IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | NOTICE OF APPEARANCE |

NOW COMES Assistant Attorney General Matthew Tulchin of the North Carolina Department of Justice, admitted to practice by this Court, and respectfully enters his notice of appearance as counsel in this action on behalf of all Defendants.

Respectfully submitted this 12th day of January, 2015.

ROY COOPER
Attorney General

/s/ Matthew Tulchin
Matthew Tulchin
Assistant Attorney General
NC State Bar No. 43921
E:mtulchin@ncdoj.gov
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

T: (919) 716-6920
F: (919) 716-6764
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on 12 January 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CME/ECF users:

Thomas R. McCarthy
William S. Consovoy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC

W. Ellis Boyle
ELLIS BOYLE LAW PLLC.

Attorneys for Plaintiff


This 12th day of January 2015.

                                        ROY COOPER
                                        Attorney General

                                        /s/ Matthew Tulchin
                                        Matthew Tulchin
                                        Assistant Attorney General
                                        NC State Bar No. 43921
                                        E:mtulchin@ncdoj.gov
                                        NC Department of Justice
                                        Post Office Box 629
                                        Raleigh, NC 27602-0629
                                        T: (919) 716-6920
                                        F: (919) 716-6764
                                        Attorneys for Defendants