IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | NOTICE OF APPEARANCE |

NOW COMES Special Deputy Attorney General Stephanie A. Brennan of the North Carolina Department of Justice, admitted to practice by this Court, and respectfully enters her notice of appearance as counsel of record in this action on behalf of all Defendants.

Respectfully submitted this 12th day of January, 2015.

>ROY COOPER
>Attorney General
>
>/s/ Stephanie A. Brennan
>Stephanie A. Brennan
>Special Deputy Attorney General
>NC State Bar No. 35955
>E: sbrennan@ncdoj.gov
>NC Department of Justice

Post Office Box 629
Raleigh, NC 27602-0629
T: (919) 716-6920
F: (919) 716-6764
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on 12 January 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CME/ECF users:

Thomas R. McCarthy
William S. Consovoy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC

W. Ellis Boyle
ELLIS BOYLE LAW PLLC.

Attorneys for Plaintiff

This 12th day of January 2015.

                        ROY COOPER
                        Attorney General

                        /s/ Stephanie A. Brennan
                        Stephanie A. Brennan
                        Special Deputy Attorney General
                        NC State Bar No. 35955
                        E: sbrennan@ncdoj.gov

3

Case 1:14-cv-00954-LCB-JLW   Document 16   Filed 01/12/15   Page 3 of 3