IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:14CV954 |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Defendants' unopposed Motion (Docket Entry 17) for an enlargement of time in which to serve an answer or otherwise respond to Plaintiff's complaint. Upon consideration of the Motion and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion (Docket Entry 17) is GRANTED, and Defendants are hereby allowed up to and including March 6, 2015, within which to serve an answer or otherwise respond to Plaintiff's complaint.

This, the 15th day of January, 2015.

_____
Joe L. Webster
United States Magistrate Judge