# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants. | Case No. 1:14-CV-954 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of William S. Consovoy of Consovoy McCarthy PLLC as counsel for Plaintiff Students for Fair Admissions, Inc., in the above-captioned civil action in association with W. Ellis Boyle who is a member of the bar of this Court.

Mr. Consovoy certifies that he is an active member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. Mr. Consovoy further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Consovoy still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

1

Mr. Boyle certifies that he remains responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Boyle further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: January 23, 2015

Respectfully submitted,

By: /s/ William S. Consovoy
William S. Consovoy
*Attorney for Plaintiff*
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Telephone: (703) 243-9423
E-mail: will@consovoymccarthy.com

/s/ W. Ellis Boyle
W. Ellis Boyle Bar Number: 33826
*Attorney for Plaintiff, LR 83.1 counsel*
ELLIS BOYLE LAW PLLC
507 N. Blount St.
Raleigh, NC 27604
Telephone: (919) 747-8386
E-mail: ellis@ellisboylelaw.com

2

Case 1:14-cv-00954-LCB-JLW   Document 21   Filed 01/23/15   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William S. Consovoy
William S. Consovoy
*Attorney for Plaintiff*
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Telephone: (703) 243-9423
E-mail: will@consovoymccarthy.com
