IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSIONS, INC., §
§
    Plaintiff, §
§
v. §
§ **PROPOSED ORDER**
UNIVERSITY OF NORTH CAROLINA, et al., §
§
    Defendants. §
§

The Court has reviewed Defendants' second motion for extension of time to respond to Plaintiff's complaint. The motion is hereby GRANTED. Defendants may file an answer or other response on or before March 16, 2015.

 

_____
The Honorable Thomas D. Schroeder
United States District Court Judge

Dated: March \_\_, 2015