IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>Defendants. | Case No. 1:14-CV-954 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Michael Y. Scudder, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP as counsel for all Defendants in the above-captioned civil action in association with Stephanie Brennan who is a member of the bar of this Court and the North Carolina Attorney General's Office.

Mr. Scudder certifies that he is an active member in good standing of the bars of the State of Illinois and the State of Ohio. Mr. Scudder further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Scudder still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. Brennan certifies that she and the Office of the Attorney General remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all

pleadings and papers, except for certificates of service. Ms. Brennan further certifies that she or one of her colleagues at the Attorney General's Office will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: March 6, 2015    Respectfully submitted,


By: /s/ Michael Y. Scudder, Jr.
Michael Y. Scudder, Jr.
*Attorney for Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0877
Email: michael.scudder@skadden.com


ROY COOPER
ATTORNEY GENERAL


/s/ Stephanie Brennan
Stephanie Brennan
*Attorney for Defendants, LR 83.1 Counsel*
Special Deputy Attorney General
NC State Bar No. 35955
NC DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6920
Email: sbrennan@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Stephanie Brennan
Stephanie Brennan
*Attorney for Defendants, LR 83.1 Counsel,*
Special Deputy Attorney General
NC State Bar No. 35955
NC DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6920
Email: sbrennan@ncdoj.gov

3

Case 1:14-cv-00954-LCB-JLW   Document 24   Filed 03/06/15   Page 3 of 3