# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENT FOR FAIR          )
ADMISSIONS, INC.,         )
                          )
   Plaintiff,     )
                          )
  v.             )  1:14CV954
                          )
UNIVERSITY OF NORTH       )
CAROLINA, et al.,         )
                          )
   Defendants.     )

## ORDER

  This matter comes before the Court on Defendants' second unopposed Motion (Docket Entry 23) for an extension of time to respond to Plaintiff's complaint. Upon consideration of the Motion and for good cause shown,

  IT IS HEREBY ORDERED that Defendants' Motion (Docket Entry 23) is GRANTED, and Defendants shall have up to and including March 16, 2015 to file an answer or other respond to Plaintiff's complaint.

  This, the 9th day of March, 2015.

          Joe L. Webster
        United States Magistrate Judge