UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA et al.,<br><br>Defendants. | ORDER |

FOR GOOD CAUSE SHOWN, the motion by Defendants for an extension of time to answer or otherwise respond to Plaintiff's complaint is GRANTED, and it is hereby ORDERED that Defendants shall have up to and including March 20, 2015 to file an answer or otherwise respond to Plaintiff's complaint.

This is the ____ day of _____, 2015.

_____
United States District Judge/Clerk