IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:14CV954 |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Defendants' third unopposed motion for an extension of time to answer or otherwise respond to Plaintiff's complaint. (Docket Entry 27.) Upon consideration of the motion and for good cause shown,

IT IS HEREBY ORDERED that the motion (Docket Entry 27) is GRANTED, and Defendants shall have up to and including March 20, 2015 to file an answer or otherwise respond to Plaintiff's complaint.

This is the 20th day of March, 2015.

Joe L. Webster
United States Magistrate Judge