# *UNITED STATES DISTRICT COURT*

## MIDDLE DISTRICT OF NORTH CAROLINA

Students for Fair Admissions, Inc.

      v.                                    Case Number: 1:14CV00954

University of North Carolina, et al

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

|              |                                      |
|-------------:|--------------------------------------|
| **PLACE:** | **U.S. Post Office Building** |
|            | **323 E. Chapel Hill St., Durham, NC** |
| **COURTROOM NO.:** | **Second Floor Courtroom** |
| **DATE AND TIME:** | **May 13,  2015 at 9:30 a.m.** |
| **PROCEEDING:** | **Initial Pretrial Conference** |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.**  The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2).  **If parties are unable to reach <u>agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),</u> <u>they shall appear for the scheduled initial pretrial conference.</u>**

---

John S. Brubaker, Clerk

By:  /s/ Kimberly Garrett, Deputy Clerk

Date:   March 25, 2015

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD