IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:14CV954 |
| ) | |
| UNIVERSITY OF NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties came before the Court on May 13, 2015 for an initial pretrial conference hearing. Both parties submitted Individual Rule 26(f) reports. At the hearing, the Court the Court reviewed both reports submitted by the parties and orally ordered that Defendants' Individual Rule 26(f) Report be adopted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Individual Rule 26(f) Report (Docket Entry 32) is **DENIED**. Defendants' Individual Rule 26(f) Report (Docket Entry 33) is **ADOPTED** with the following modification:

1. Initial pretrial disclosures shall be due no later than May 20, 2015.

/s/ Joe L. Webster
United States Magistrate Judge

Date: May 13, 2015