# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW <br><br> NOTICE OF SPECIAL APPEARANCE |

Pursuant to L.R. 83-1(d), Proposed Intervenor Defendants hereby give notice of the special appearance of Reed N. Colfax of the law firm of Relman, Dane & Colfax PLLC, appearing as co-counsel for Proposed Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Mr. Colfax has filed his application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: June 29, 2015           /s/ Reed N. Colfax
                                          Reed N. Colfax (DC Bar No. 471430)
                                          RELMAN, DANE & COLFAX PLLC
                                          1225 19th Street NW, Suite 600
                                          Washington, DC 20036
                                          Tel: (202) 728-1888
                                          Fax: (202) 728-0848
                                          E-mail: rcolfax@relmanlaw.com
                                          *Counsel for Proposed Intervenor Defendants*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on June 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Reed N. Colfax
Reed N. Colfax