UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>        Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW<br><br>NOTICE OF SPECIAL APPEARANCE |

Pursuant to L.R. 83-1(d), Proposed Intervenor Defendants hereby give notice of the special appearance of Glenn Schlactus (DC Bar No. 475950) of the law firm of Relman, Dane & Colfax PLLC, appearing as co-counsel for Proposed Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Mr. Schlactus has filed his application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: June 29, 2015
        /s/ Glenn Schlactus
        Glenn Schlactus (DC Bar No. 475950)
        RELMAN, DANE & COLFAX PLLC
        1225 19th Street NW, Suite 600
        Washington, DC 20036
        Tel: (202) 728-1888
        Fax: (202) 728-0848
        E-mail: gschlactus@relmanlaw.com
        *Counsel for Proposed Intervenor Defendants*

1

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on June 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Glenn Schlactus
Glenn Schlactus
