# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC,

        Plaintiff,

        v.

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,

        Defendants.

Civil Action No. 1:14-cv-954-LCB-JLW

NOTICE OF SPECIAL APPEARANCE

Pursuant to L.R. 83-1(d), Proposed Intervenor Defendants hereby give notice of the special appearance of Sasha Samberg-Champion of the law firm of Relman, Dane & Colfax PLLC, appearing as co-counsel for Proposed Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org.  Mr. Samberg-Champion has filed his application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: June 29, 2015

/s/ Sasha Samberg-Champion
Sasha Samberg-Champion
(DC Bar No. 1026113)
RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
E-mail: ssamberg-champion@relmanlaw.com
*Counsel for Proposed Intervenor Defendants*

1

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on June 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Sasha Samberg-Champion
Sasha Samberg-Champion

Case 1:14-cv-00954-LCB-JLW   Document 37   Filed 06/30/15   Page 2 of 2