# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br>    Plaintiff, <br><br>v. <br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br>    Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW <br><br> NOTICE OF SPECIAL APPEARANCE |

    Pursuant to L.R. 83-1(d), Proposed Intervenor Defendants hereby give notice of the special appearance of Laura Gaztambide-Arandes of the law firm of Relman, Dane & Colfax PLLC, appearing as co-counsel for Proposed Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org.  Ms. Gaztambide-Arandes has filed her application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: June 29, 2015            /s/ Laura Gaztambide-Arandes
                                         Laura Gaztambide-Arandes
                                         (MD Bar No. 201208130001)
                                         RELMAN, DANE & COLFAX PLLC
                                         1225 19th Street NW, Suite 600
                                         Washington, DC 20036
                                         Tel: (202) 728-1888
                                         Fax: (202) 728-0848
                                         E-mail: larandes@relmanlaw.com
                                         *Counsel for Intervenor Defendants*

1

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on June 29, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Laura Gaztambide-Arandes
Laura Gaztambide-Arandes
