IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF APPEARANCE OF ALAN M. RULEY** |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) | |
| Defendants. | ) | |

_____

Alan M. Ruley of the law firm of Bell, Davis & Pitt, P.A., hereby provides notice that he will appear as counsel, along with Andrew A. Freeman, on behalf of Plaintiff Students for Fair Admissions, Inc. in this civil action. Please direct all future filings, correspondence, notices and other contacts regarding this matter to Mr. Ruley through the CM/ECF electronic filing system or to the address listed below.

This the 2nd day of July, 2015.

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, N.C. 27120-1029
Telephone: 336/722-3700
Facsimile: 336/722-8153
Email: aruley@belldavispitt.com
Attorney for Plaintiff
Students for Fair Admissions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties through the Court's CM/ECF system.

/s/ Alan M. Ruley
Alan M. Ruley