IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>          Plaintiff, <br>     vs. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br>          Defendants. | ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE OF ANDREW A. FREEMAN**

_____

Andrew A. Freeman of the law firm of Bell, Davis & Pitt, P.A., hereby provides notice that he will appear as counsel, along with Alan M. Ruley, on behalf of Plaintiff Students for Fair Admissions, Inc. in this civil action. Please direct all future filings, correspondence, notices and other contacts regarding this matter to Mr. Freeman through the CM/ECF electronic filing system or to the address listed below.

This the 2nd day of July, 2015.

                                          /s/ Andrew A. Freeman
                                          Andrew A. Freeman
                                          N.C. State Bar No. 41248
                                          Bell, Davis & Pitt, P.A.
                                          Post Office Box 21029
                                          Winston-Salem, N.C. 27120-1029
                                          Telephone: 336/722-3700
                                          Facsimile: 336/722-8153
                                          Email: afreeman@belldavispitt.com
                                          Attorney for Plaintiff
                                          Students for Fair Admissions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties through the Court's CM/ECF system.

/s/ Andrew A. Freeman
Andrew A. Freeman