IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSION, )
INC., )
                               Plaintiff, )
                                   v. )
UNIVERSITY OF NORTH CAROLINA, )
et al. )
                              Defendants. )
)

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

W. Ellis Boyle and the Ellis Boyle Law, PLLC firm, as co-counsel for Plaintiff, moves the Court for an order permitting W. Ellis Boyle and the Ellis Boyle Law, PLLC firm to withdraw as co-counsel in this proceeding. Plaintiff continues to be represented by William S. Consovoy, Thomas R. McCarthy, and John Michael Connolly of the Consovoy McCarthy, PLLC firm and local attorneys from Bell Davis and Pitt entered notice as the new local counsel. Thus, Plaintiff no longer requires Mr. Boyle's services. Co-counsel for Plaintiff consent to this motion and the withdrawal of W. Ellis Boyle and the Ellis Boyle Law, PLLC.

WHEREFORE, W. Ellis Boyle and the Ellis Boyle Law, PLLC firm pray this Court to permit the withdrawal of W. Ellis Boyle and the Ellis Boyle Law, PLLC firm as co-counsel for Plaintiff.

Respectfully submitted, this the 6th day of July, 2015.

/s/ W. Ellis Boyle
N.C. State Bar No. 33826
ELLIS BOYLE LAW, PLLC
4800 Six Forks Road, Ste. 100
Raleigh, North Carolina 27609
Telephone: (919) 783-5900
Facsimile: (919) 783-9650
Email: ellis@ellisboylelaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM-ECF system, which will sent notification of such filing to all counsel of record.

/s/ W. Ellis Boyle
N.C. State Bar No. 33826
ELLIS BOYLE LAW, PLLC
4800 Six Forks Road, Ste. 100
Raleigh, North Carolina 27609
Telephone: (919) 783-5900
Facsimile: (919) 783-9650
Email: ellis@ellisboylelaw.com
*Attorney for Plaintiff*