IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSION, )
INC., )
 )
                Plaintiff, )
 )
                v. )
 )
UNIVERSITY OF NORTH CAROLINA, )
et al. )
 )
                Defendants. )
 )

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

It having been made to appear to the Court that Plaintiff no longer requires W. Ellis Boyle and the Ellis Boyle Law, PLLC law firm to represent it as counsel in this proceeding, and for good cause shown, W. Ellis Boyle and Ellis Boyle Law, PLLC should be allowed to withdraw as local counsel for Plaintiffs.

IT IS HEREBY ORDERED that W. Ellis Boyle and Ellis Boyle Law, PLLC firm are withdrawn as counsel for Plaintiffs and are discharged from any further duties or responsibilities herein.

SO ORDERED this the _____ day of July, 2015.

_____
FOR THE COURT