IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | Case No. 1:14-CV-954 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT MOTION FOR ENTRY OF** |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) | **PROTECTIVE ORDER** |
| Defendants. | ) ) ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Students for Fair Admissions, Inc. and Defendants The University of North Carolina at Chapel Hill, et al., anticipate that certain material containing confidential information is likely to be disclosed or produced during the course of discovery in this case.

Accordingly, the parties jointly respectfully request that the Court enter the proposed Protective Order, attached hereto as Exhibit 1, setting forth the conditions for treating, obtaining, and using such information.

Respectfully submitted this 6th day of July, 2015.

ROY COOPER
Attorney General

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Matthew Tulchin
Matthew Tulchin
Assistant Attorney General
NC State Bar No. 43921
E: mtulchin@ncdoj.gov
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
T: (919) 716-6920

/s/ Michael Scudder
Michael Scudder
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Driver
Chicago, IL 60606-1720
(312) 407-0877
E: michael.scudder@skadden.com

/s/ Lisa Gilford
Lisa Gilford
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave.
Suite 3400
Los Angeles, CA 90071
(213) 687-5130
E: lisa.gilford@skadden.com

*Attorneys for Defendants*

/s/ Thomas R. McCarthy
Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: tom@consovoymccarthy.com

/s/ William S. Consovoy
William S. Consovoy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: will@consovoymccarthy.com

/s/ J. Michael Connolly
J. Michael Connolly
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: mike@consovoymccarthy.com

/s/ Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2015, I filed a true and correct copy of the foregoing JOINT MOTION FOR PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system.

This 6th day of July, 2015

/s/ Michael Scudder
Michael Scudder
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Driver
Chicago, IL 60606-1720
(312) 407-0877
E: michael.scudder@skadden.com
