IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | MOTION TO STAY PROCEEDINGS |

NOW COME Defendants, by and through undersigned counsel, and respectfully move the Court to stay all proceedings in this matter pending a decision by the United States Supreme Court in *Fisher v. University of Texas at Austin*, No. 14-981. In support of this motion, Defendants submit a memorandum outlining the reasons and legal authority for the requested stay.

Respectfully submitted this 6th day of July, 2015.

| | |
|---|---|
| /s/ Michael Scudder<br>Michael Scudder<br>Skadden, Arps, Slate,<br>   Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>(312) 407-0877<br>E: michael.scudder@skadden.com | ROY COOPER<br>Attorney General<br><br>/s/ Stephanie Brennan<br>Stephanie Brennan<br>Special Deputy Attorney General<br>NC State Bar No. 35955<br>E: sbrennan@ncdoj.gov |
| /s/ Lisa Gilford<br>Lisa Gilford<br>Skadden, Arps, Slate,<br>   Meagher & Flom, LLP<br>300 South Grand Ave.<br>Suite 3400<br>Los Angeles, CA 90071<br>(213) 687-5130<br>E: lisa.gilford@skadden.com | /s/ Matthew Tulchin<br>Matthew Tulchin<br>Assistant Attorney General<br>NC State Bar No. 43921<br>E:mtulchin@ncdoj.gov<br>NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>T: (919) 716-6920<br>F: (919) 716-6764 |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2015, I electronically filed the foregoing **MOTION TO STAY PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CME/ECF users in the case.

This 6th day of July, 2015.

/s/ Michael Scudder
Michael Scudder
Skadden, Arps, Slate,
   Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0877
E: michael.scudder@skadden.com

*Attorney for Defendants*