IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, )
INC., )
                                    Plaintiffs, )
)
v.                                         )    1:14CV954
)
THE UNIVERSITY OF NORTH )
CAROLINA AT CHAPEL HILL, et al., )
)
                                    Defendants. )

## ORDER

This matter comes before the Court upon motion to withdraw by W. Ellis Boyle, co-counsel of record for Plaintiff. (Docket Entry 44.) It having been made to appear to the Court that Plaintiff no longer requires W. Ellis Boyle and the Ellis Boyle Law, PLLC law firm to represent it as counsel in this proceeding, and for good cause shown, W. Ellis Boyle and Ellis Boyle Law, PLLC should be allowed to withdraw as local counsel for Plaintiffs.

**IT IS HEREBY ORDERED** that the motion (Docket Entry 44) is **GRANTED**, and W. Ellis Boyle and Ellis Boyle Law, PLLC firm are withdrawn as counsel for Plaintiffs and are discharged from any further duties or responsibilities herein.

SO ORDERED. This, the 9th day of July, 2015.

                                                                              Joe L. Webster
                                                            United States Magistrate Judge