IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 AUG 11  AM 9: 42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

ABIGAIL NOEL FISHER and RACHEL MULTER MICHALEWICZ,
        Plaintiffs,

-vs-                                                        Case No. A-08-CA-263-SS

STATE OF TEXAS, et al.,
        Defendants.

## ORDER

BE IT REMEMBERED on the 8th day of August 2008 the Court reviewed the file in the above-styled cause, and specifically Plaintiffs' Motion for Leave to File Second Amended Complaint [#61], Motion to Intervene by Chad Stanton, Anthony Williams, Ariel Barrett, C.J. Davis, Devon Robertson, Trenton Stanton, Eric Stanton, and the University of Texas Black Student Alliance [#63], Motion to Intervene as Defendants by Sarah Cortez, Lawrence Longoria, Jr., Nathan Bunch, and Longhorn League of United Latin American Citizens [#72], and Plaintiffs' Memorandum in Opposition to Motions to Intervene [#76]. After considering the motions, the memorandum in opposition, the relevant law, and the case file as a whole, the Court enters the following orders.

    IT IS ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint [#61], being unopposed, is GRANTED.

    IT IS FURTHER ORDERED that the Motion to Intervene by Chad Stanton, Anthony Williams, Ariel Barrett, C.J. Davis, Devon Robertson, Trenton Stanton, Eric Stanton, and the University of Texas Black Student Alliance [#63] and the Motion to Intervene as

**EXHIBIT B**

Defendants by Sarah Cortez, Lawrence Longoria, Jr., Nathan Bunch, and Longhorn League of United Latin American Citizens [#72] and DENIED and the answers filed by the proposed interveners are ordered stricken from the record. Specifically, the Court finds movants' interests adequately represented by the existing parties, specifically the defendants, in this litigation. The Court also finds denial of the motions to intervene to be in the best interest of an efficient resolution of this case.

IT IS FINALLY ORDERED that, at the conclusion of the trial on the merits in this case, each group of proposed interveners will be permitted to file an amicus brief no more than twenty (20) pages in length.

SIGNED this the 8th day of August 2008.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE