UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## UNOPPOSED MOTION TO CONSOLIDATE BRIEFING

Proposed Intervenors, by and through their undersigned counsel, hereby move this Court to permit Proposed Intervenors to file a single consolidated reply brief of fifteen pages in support of Proposed Intervenors' Motion to Intervene. In support thereof, Proposed Intervenors state as follows:

1. On June 30, 2015, Proposed Intervenors filed their Motion to Intervene. (Dkt. No. 39).

2. On July 21, 2015, Plaintiff Students for Fair Admission, Inc. filed its Opposition to Proposed Intervenors' Motion to Intervene. (Dkt. No. 50). On July 22, 2015, Defendants University of North Carolina at Chapel Hill, et al. filed their Opposition to Proposed Intervenors' Motion to Intervene (Dkt. No. 51).

3. Proposed Intervenors respectfully request that the Court permit them to file a single consolidated reply brief of fifteen pages in response to both parties' opposition

briefs rather than two reply briefs of ten pages each. Proposed Intervenors will file the reply brief on or before the date that the earlier of the two reply briefs is due. Plaintiff Students for Fair Admission, Inc. and Defendants University of North Carolina at Chapel Hill, et al. have indicated that they do not oppose this Motion.

**WHEREFORE**, Proposed Intervenors respectfully request that this Court grant this Unopposed Motion to Consolidate Briefing and permit Proposed Intervenors to file a consolidated reply brief of no more than fifteen pages in support of their Motion to Intervene.

Dated: July 27, 2015

Respectfully submitted,

/s/ Reed N. Colfax
Reed N. Colfax*
Glenn Schlactus*
Sasha Samberg-Champion*
Laura Gaztambide-Arandes*
RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
rcolfax@relmanlaw.com
gschlactus@relmanlaw.com
ssamberg-champion@relmanlaw.com
larandes@relmanlaw.com
Tel: (202) 728-1888

/s/ Jack Holtzman
Jack Holtzman, N.C. Bar No. 13548
Christine Bischoff, N.C. Bar No. 41792
NORTH CAROLINA JUSTICE CENTER
224 South Dawson Street
Raleigh, NC 27601
jack@ncjustice.org
christine@ncjustice.org
Tel: (919) 856-2165

2

/s/ Jon M. Greenbaum
Jon M. Greenbaum\*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue NW, Suite 400
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
Tel: (202) 662-8600

ATTORNEYS FOR PROPOSED
DEFENDANT-INTERVENORS

\* *Special Appearance*

3

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document, filed through the CM-ECF system on July 27, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Reed N. Colfax
Reed N. Colfax
