# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## PROPOSED ORDER

UPON CONSIDERATION of Proposed Intervenors' Unopposed Motion to Consolidate Briefing, it is hereby ORDERED that the Motion is GRANTED and Proposed Intervenors are permitted to file a consolidated reply brief of no more than fifteen pages in support of their Motion to Intervene.

Date: _____  _____