IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     1:14-cv-954<br>) |
| UNIVERSITY OF NORTH CAROLINA,<br>UNIVERSITY OF NORTH CAROLINA<br>BOARD OF GOVERNORS, JOHN C.<br>FENNEBRESQUE, et al, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the Unopposed Motion to Consolidate Briefing filed by the Proposed Intervenors. (ECF No. 53.) Proposed Intervenors state in their motion that Plaintiff Students for Fair Admissions, Inc. and Defendants University of North Carolina, et al. do not oppose this request.

The Court having reviewed the motion finds that good cause exists and,

IT IS THEREFORE ORDERED that the motion is GRANTED, and Proposed Intervenors are permitted to file a consolidated reply brief of no more than fifteen pages in support of their Motion to Intervene.

This, the 3rd day of August, 2015.

                                                                   /s/ Loretta C. Biggs
                                                          United States District Judge