# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> *Plaintiff* <br> v. <br> THE UNIVERSITY OF NORTH CAROLINA, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:14-CV-954-LCB-JLW <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenors.

Date:   09/01/2015

/s/ Christine Bischoff
*Attorney's signature*

Christine Bischoff (North Carolina Bar # 41792)
*Printed name and bar number*

North Carolina Justice Center
224 South Dawson Street
P.O. Box 28068
Raleigh, North Carolina 27611
*Address*

christine@ncjustice.org
*E-mail address*

(919) 856-3195
*Telephone number*

(919) 856-2175
*FAX number*