IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, )
INC., )
                                               Plaintiffs, )
                                                       )
v. )    1:14-CV-954
                                                        )
THE UNIVERSITY OF NORTH )
CAROLINA AT CHAPEL HILL, et al., )
                                                        )
                                              Defendants. )

## ORDER

This matter having come before the Court upon the Stipulation of the parties hereto and the Court having reviewed the Stipulation of the parties and being fully advised;

IT IS HEREBY ORDERED that the terms of the Stipulation of the Parties is hereby entered as an Order of this Court.

SO ORDERED.

This, the 8th day of September, 2015.

*/s/ Joe L. Webster*
Joe L. Webster
United States Magistrate Judge