IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **JOINT MOTION FOR STATUS**<br>) **CONFERENCE**<br>) |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

Plaintiff Students for Fair Admissions, Inc. and Defendants the University of North Carolina at Chapel Hill, et al. ("Defendants") respectfully request a status conference with the District Court to discuss case management, scheduling, and related considerations in light of Defendants' Motion to Stay all proceedings pending a decision by the Supreme Court in *Fisher v. Univ. of Texas at Austin*, No. 14-981 ("*Fisher II*"). (Dkt. 46.) The Court's input and guidance on these matters, as well as the timing and duration of the discovery schedule, would benefit the parties significantly at this juncture of the litigation.

Since Defendants filed their Motion to Stay, the parties have continued to confer in good faith on discovery issues. Those discussions are beginning to slow, however, because of uncertainty about broader scheduling considerations in light of the pending Motion to Stay. Under these circumstances, the parties do not seek the conference to

raise any specific discovery issues or disputes but rather to discuss with the Court overall case management and scheduling.

    Respectfully submitted this 17th day of September, 2015.

ROY COOPER
Attorney General

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Matthew Tulchin
Matthew Tulchin
Assistant Attorney General
NC State Bar No. 43921
E: mtulchin@ncdoj.gov
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
T: (919) 716-6920

/s/ Michael Scudder
Michael Scudder
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Driver
Chicago, IL 60606-1720
(312) 407-0877
E: michael.scudder@skadden.com

/s/ Lisa Gilford
Lisa Gilford
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave.
Suite 3400
Los Angeles, CA 90071
(213) 687-5130
E: lisa.gilford@skadden.com

*Attorneys for Defendants*

/s/ Thomas R. McCarthy
Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: tom@consovoymccarthy.com

/s/ William S. Consovoy
William S. Consovoy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: will@consovoymccarthy.com

/s/ J. Michael Connolly
J. Michael Connolly
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: mike@consovoymccarthy.com

/s/ Alan M. Ruley
NC State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 17, 2015, I filed a true and correct copy of the foregoing JOINT MOTION FOR STATUS CONFERENCE with the Clerk of Court using the CM/ECF system.

This 17th day of September, 2015.

/s/ Michael Scudder
Michael Scudder
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Driver
Chicago, IL 60606-1720
(312) 407-0877
E: michael.scudder@skadden.com
