IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC., )
)
)
Plaintiff, )
)
v. )                    1:14CV954
)
THE UNIVERSITY OF NORTH )
CAROLINA AT CHAPEL HILL, et al., )
)
Defendants. )

## ORDER

This matter is before the Court on the parties' Joint Motion for Partial Stay of Proceedings (ECF No. 64) pending a decision by the United States Supreme Court in *Fisher v. University of Texas at Austin*, No. 14-981 ("*Fisher II*").

IT IS HEREBY ORDERED that (i) the Joint Motion for Partial Stay of Proceedings be, and it is hereby, GRANTED that (ii) Defendants shall produce to plaintiff by December 31, 2015 the materials in the Stipulation entered as an Order of the Court on September 8, 2015 (ECF No. 62) and certain other agreed upon documents relating to the University of North Carolina at Chapel Hill's admission policies from the 2013-2014 and 2014-2015 admissions cycles that are partially responsive to Plaintiff's discovery requests; (iii) all other proceedings in this case be stayed pending the Supreme Court's decision in *Fisher v. University of Texas at Austin*, No. 14-981, with the exception that upon motion by either party the Magistrate Judge assigned to the case may take any action deemed necessary and appropriate to

enforce the parties' agreed-upon discovery; and (iv) the parties be directed to meet and confer and notify the Court in writing of their respective positions on the course of continued proceedings within 14 days following issuance of a decision by the Supreme Court in *Fisher II*.

This, the 1st day of October, 2015.


                                         /s/ Loretta C. Biggs
                                       United States District Judge