# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S SUGGESTION OF
## SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to L.R. 7.3(i), M.D.N.C., Plaintiff Students for Fair Admissions, Inc. ("SFFA") respectfully files this suggestion of subsequently decided authority in support of its opposition to the proposed intervenor-defendants' motion to intervene, *see* Dkt. Nos. 39, 40, 50, 56. The case is *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, --- F.3d ---, 2015 WL 8285559 (1st Cir. Dec. 9, 2015), a copy of which is attached hereto as **Exhibit A**.

Respectfully submitted this 29th day of December, 2015.


/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, NC 27120-1029
Telephone:     336/722-3700
Facsimile:     336/722-8153
Email:          aruley@belldavispitt.com

1

Thomas R. McCarthy
William S. Consovoy
J. Michael Connolly
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone:     703/243-9423
Facsimile:     703/243-9423
tom@consovoymccarthy.com
will@consovoymccarthy.com
mike@consovoymccarthy.com

*Counsel for Plaintiff Students for
    Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015, I filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties through the Court's CM/ECF system.

Respectfully submitted,

/s/ Alan M. Ruley
Alan M. Ruley