IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSIONS, INC.,  )
                                      )
       Plaintiff,                    )
                                      )
                                      )
  v.                                  )
                                      )
THE UNIVERSITY OF NORTH CAROLINA      )
AT CHAPEL HILL, et al.,               )
                                      )
                                      )
       Defendants.                   )
_____)

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Christine Bischoff of the North Carolina Justice Center, as co-counsel for Proposed Defendant-Intervenors, moves the Court for an order permitting Christine Bischoff to withdraw as co-counsel in this proceeding because she is moving out of state and will no longer be employed at the North Carolina Justice Center. Proposed Defendant-Intervenors continue to be represented by Jack Holtzman of the North Carolina Justice Center; Reed N. Colfax, Glenn Schlactus, Sasha Samberg-Champion, and Laura Gaztambide-Arandes of the Relman, Dane & Colfax, PLLC firm; and Jon. M. Greenbaum of the Lawyers' Committee for Civil Rights Under Law. Co-counsel for Proposed Defendant-Intervenors consent to this motion and the withdrawal of Christine Bischoff.

WHEREFORE, Christine Bischoff prays this Court to permit the withdrawal of Christine Bischoff as co-counsel for Proposed Defendant-Intervenors.

Respectfully submitted, this the 15th day of March, 2016.

/s/ Christine Bischoff
Christine Bischoff (NC Bar# 41792)
N.C. JUSTICE CENTER
224 South Dawson Street
P.O. Box 28068
Raleigh, North Carolina  27611
Telephone: (919) 856-3195
Facsimile: (919) 856-2175
Email: christine@ncjustice.org
ATTORNEY FOR PROPOSED DEFENDANT-INTERVENORS

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 15th day of March, 2016.

/s/ Christine Bischoff
Christine Bischoff (NC Bar# 41792)
N.C. JUSTICE CENTER
224 South Dawson Street
P.O. Box 28068
Raleigh, North Carolina 27611
Telephone: (919) 856-3195
Facsimile: (919) 856-2175
Email: christine@ncjustice.org
ATTORNEY FOR PROPOSED DEFENDANT-INTERVENORS