IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSIONS, INC.,   )
   )
        Plaintiff,   )
   )
   )
      v.   )
   )
THE UNIVERSITY OF NORTH CAROLINA   )
AT CHAPEL HILL, et al.,   )
   )
   )
        Defendants.   )
_____)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

It having been made to appear to the Court that Christine Bischoff, for good cause shown, should be allowed to withdraw as counsel for Proposed Defendant-Intervenors.

IT IS HEREBY ORDERED that Christine Bischoff is withdrawn as counsel for Proposed Defendant-Intervenors and is discharged from any further duties or responsibilities herein.

SO ORDERED this the _____ day of March, 2016.

_____
FOR THE COURT