IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC., )
                                                                 )
        Plaintiff,                       )
                                                                  )
v.                                                 )          1:14CV954
                                               )
THE UNIVERSITY OF NORTH CAROLINA )
AT CHAPEL HILL, et al.,          )
                                               )
        Defendants.                   )

## ORDER

This matter comes before the Court upon motion of Christine Bischoff to withdraw as co-counsel for Proposed Defendant-Intervenors. (Docket Entry 67.) For good cause shown,

**IT IS HEREBY ORDERED** that the motion (Docket Entry 67) is **GRANTED**. Christine Bischoff is withdrawn as counsel for Proposed Defendant-Intervenors and is discharged from any further duties or responsibilities herein.

**SO ORDERED.** This, the 21st day of March, 2016.

_____
Joe L. Webster
United States Magistrate Judge