IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> **Defendants.** | SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY CONCERNING PROPOSED INTERVENORS' MOTION TO INTERVENE |

Defendants previously filed a response to the proposed intervenors' Motion to Intervene, setting forth their position on the motion, including the reasons intervention as of right is not proper and complications to the litigation that could result if permissive intervention were granted. Pursuant to Local Rule 7.3(i), Defendants respectfully submit this Suggestion of Subsequently Decided Authority in support of their response. In December 2015, after the Motion to Intervene was fully briefed, the Court of Appeals for the First Circuit issued a decision affirming the denial of a similar motion to intervene in the lawsuit by Students for Fair Admissions against Harvard. *See Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll. (Harvard Corp.),* 807 F.3d 472 (1st Cir. 2015). A copy of the decision is attached hereto as Exhibit A.

Respectfully submitted, this the 20th day of July, 2016.

| | |
|---|---|
| /s/ Michael Scudder | ROY COOPER |
| Michael Scudder | Attorney General |
| Skadden, Arps, Slate, Meagher & Flom, LLP | |
| 155 North Wacker Drive | /s/ Stephanie Brennan |
| Chicago, IL 60606-1720 | Stephanie Brennan |
| (312) 407-0877 | Special Deputy Attorney General |
| E: michael.scudder@skadden.com | NC State Bar No. 35955 |
| | E: sbrennan@ncdoj.gov |
| /s/ Lisa Gilford | |
| Lisa Gilford | /s/ Matthew Tulchin |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Matthew Tulchin |
| | Assistant Attorney General |
| 300 South Grand Ave. | NC State Bar No. 43921 |
| Suite 3400 | E: mtulchin@ncdoj.gov |
| Los Angeles, CA 90071 | NC Department of Justice |
| (213) 687-5130 | Post Office Box 629 |
| E: lisa.gilford@skadden.com | Raleigh, NC 27602-0629 |
| *Attorneys for Defendants* | T: (919) 716-6920 |
| | F: (919) 716-6764 |
| | *Attorneys for Defendants* |

1. **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2016, I electronically filed the foregoing SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CME/ECF users:

Reed N. Colfax
Laura Gaztambide-Arandes
RELMAN, DANE & COLFAX PLLC

Jack Holtzman
NORTH CAROLINA JUSTICE CENTER

Jon M. Greenbaum
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

*Attorneys for Proposed Intervenors*

Thomas R. McCarthy
William S. Consovoy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC

Alan M. Ruley
BELL, DAVIS & PITT, P.A.

*Attorneys for Plaintiff*

This 20th day of July 2016.

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov