IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, )
INC., )
 )
        Plaintiff, )
 )
v. ) 1:14CV954
 )
THE UNIVERSITY OF NORTH )
CAROLINA AT CHAPEL HILL, et al., )
 )
        Defendants. )

## ORDER

This matter is before the Court on the parties' Joint Proposal on the Course of Continued Proceedings. (Docket Entry 69.) Upon review of the proposal,

IT IS HEREBY ORDERED that the proposed discovery plan set forth in the parties' Joint Proposal on the Course of Continued Proceedings (Docket Entry 69) is ADOPTED, and discovery shall proceed as follows:

1. All discovery (fact and expert) shall be completed by December 1, 2017.

2. Fact discovery shall be completed by June 30, 2017.

3. Expert discovery shall be completed by December 1, 2017. Reports required by Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the discovery period as follows:

    (a) Affirmative expert reports by September 1, 2017

    (b) Rebuttal expert reports by October 2, 2017

    (c) Reply Expert Reports by November 1, 2017

(d) All trial experts shall be deposed during the 30 day period following the reply expert disclosures.

4. The deadline for filing any motions for summary judgment is within 60 days of the close of all discovery. Motions in opposition to summary judgment shall be due 30 days after motions for summary judgment, and reply motions shall be due 14 days after motions in opposition to summary judgment.

SO ORDERED. This the 1st day of August, 2016.

_____
Joe L. Webster
United States Magistrate Judge