# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

    v.                            Case No.    1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al.

# NOTICE OF CANCELLATION

**TAKE NOTICE** that the above-entitled case set for a **JURY TRIAL** during the **OCTOBER MASTER CALENDAR TERM** beginning on October 3, 2016 is hereby **CANCELLED**.

___

John S. Brubaker, Clerk

By:    /s/ Tina K. Samuel-Priestley, Deputy Clerk

Date:  August 11, 2016

TO:    All Counsel and/or Parties of Record

.