# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

### MASTER TRIAL CALENDAR

HONORABLE CATHERINE C. EAGLES, UNITED STATES DISTRICT JUDGE
HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE JOI ELIZABETH PEAKE, UNITED STATES MAGISTRATE JUDGE

### OCTOBER 3, 2016
9:30 a.m.

### NOTICE TO COUNSEL

Jury selection will commence at 9:30 a.m. on **October 3, 2016**. **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar**. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice.

**For the purpose of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, <u>all</u> cases listed below should consider the first date of the Master Calendar as their trial date.** A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Catherine C. Eagles** will take place in **Courtroom No. 3, 324 W. Market Street, Greensboro, N.C.** Jury selection for **Loretta C. Biggs** will take place in **Courtroom No. 1, 215 N. Main Street, Winston-Salem, N.C.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the Judge's Case Manager at least one week prior to commencement of the trial.

As cases are resolved counsel may be required to appear before a **<u>different</u>** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| 1:14CV943 | SUSAN ELIZABETH SMITH v. AMERICAN HONDA MOTOR COMPANY, INC., et al. | (Eagles) |
|---|---|---|

**JURY: DIVERSITY-ASBESTOS LITIGATION**

| Plaintiff: | Janet Ward Black |
|---|---|
| | Charles E. Soechting |
| | Kevin W. Paul |
| Defendant: | David L. Levy |
| | Beranton J. Whisenant |
| | Jon Stephen Player |
| | Amy C. Drayton |
| | Matthew P. McGuire |
| | Catherine D. Payne |
| | Lawrie E. Demorest |
| | Richard A. McAvoy |
| | William C. Massey |
| ETT: | 2 weeks |

| 1:14CV830 | RANDOLPH NORRIS v. CSX TRANSPORATION, INC. | (Biggs) |
|---|---|---|

**JURY: RAILWAYS: FED. EMPLOYER'S LIABILITY ACT**

| Plaintiff: | John E. Guerry, III |
|---|---|
| | Janet Ward Black |
| Defendant: | Daniel B. White |
| | James M. Dedman, IV |
| | Karen Jenkins Young |
| | Sarah M. Bowman |
| ETT: | 10 days |

| 1:15CV334 | U.S.A. v. $5,370.00 IN U.S. CURRENCY | (Eagles) |
|---|---|---|

**NON-JURY: FORFEITURE PROPERTY-DRUGS**

| Plaintiff: | Lynne P. Klauer, AUSA |
|---|---|
| Defendant: | |
| Claimant: | James R. Fox |
| ETT: | ? |

| 1:14CV836 | U.S.A. v. $200,000.00 IN U.S. CURRENCY | (Biggs) |
|---|---|---|

**NON-JURY: FORFEITURE PROPERTY-DRUGS**

| Plaintiff: | Lynne P. Klauer, AUSA |
|---|---|
| Defendant: | |
| Claimant: | David A. Bauernfeind |
| ETT: | ? |

| | | |
|---|---|---|
| 1:09CV698 | EMMIT L. MCNEILL v. PTL. BRANDON SCOTT, et al. | (Eagles) |
| | **JURY: PRISONER CIVIL RIGHTS** | |
| | Plaintiff: | Elliot A. Fus |
| | | Mary Rachel Dimont |
| | Defendant: | Dan M. Hartzog |
| | | Dan McCord Hartzog, Jr. |
| | | Sonny S. Haynes |
| | ETT: | ? |

| | | |
|---|---|---|
| 1:14CV921 | JEREMY JEROME OLIVER v. JERAMIE WILLIAM BAITY, et al. | (Biggs) |
| | **JURY: VIOLATION OF CIVIL RIGHTS** | |
| | Plaintiff: | Christopher T. Ward |
| | Defendant: | Tammera S. Hill |
| | | Donna E. Tanner |
| | | James R. Morgan, Jr. |
| | ETT: | 4 days |

| | | |
|---|---|---|
| 1:12CV148 | RICHARD S. STACK, M.D. v. ABBOTT LABORATORIES, INC., et al. | (Eagles) |
| | **JURY: DIVERSITY-BREACH OF CONTRACT** | |
| | Plaintiff: | A. Charles Ellis |
| | | Charnanda T. Reid |
| | | Joseph A. Schouten |
| | | James T. Williams, Jr. |
| | | Jennifer K. Van Zant |
| | | Jim W. Phillips, Jr. |
| | | Lee Michael Whitman |
| | | Samuel A. Slater |
| | | Donalt James Eglinton |
| | Defendnat: | James F. Hurst |
| | | John Howard Cobb |
| | | Nash E. Long, III |
| | | Andrew E. Smith |
| | | Jonathan D. Brightbill |
| | | Liam P. Hardy |
| | | Matthew A. Campbell |
| | | Raj N. Shah |
| | | Raja Gaddipati |
| | ETT: | 3 weeks |

| 1:14CV954 | STUDENTS FOR FAIR ADMISSIONS, INC. v. UNIVERSITY OF NORTH CAROLINA, et al. | (Biggs) |

**JURY: CIVIL RIGHTS**

| Plaintiff: | Andrew A. Freeman |
| | Daniel Alan M. Ruley |
| | Thomas R. McCarthy |
| | John M. Connolly |
| | William S. Consovoy |
| Defendant: | Stephanie A. Brennan |
| | Marianne H. Combs |
| | Matthew T. Tulchin |
| | Michael Yale Scudder |
| Intervenor Defendant: | Glenn Schlactus |
| | Jack Holtzman |
| | Laura J. Gaztambide-Arandes |
| | Reed N. Colfax |
| | Sasha M. Samberg-Champion |
| ETT: | 10-15 days |

| 1:15CV303 | L. JAMES CRISP v. ALLIED INTERSTATE COLLECTION AGENCY | (Eagles) |

**JURY: FAIR DEBT COLLECTION ACT**

| Plaintiff: | L. James Crisp, (Pro Se) |
| Defendant: | Rebecca Kinlein Lindahl |
| ETT: | 2 days |

| 1:15CV7 | BELLA COLLINA EVENTS, LLC v. DCS REAL ESTATE INVESTMENTS, LLC | (Biggs) |

**JURY: DECLARATORY JUDGMENT**

| Plaintiff: | David William Sar |
| | Kimberly M. Marston |
| Defendant: | Michael D. Crosbie |
| | Christopher M. Kelly |
| ETT: | 3-4 days |

| | |
|---|---|
| 1:15CV321 | ROBERTO HUEPA-TECUANHUEY v. AMERICAN DOOR & GLASS-SOUTHWEST VIRGINIA, INC., et al.  (Eagles) |

**JURY: NOTICE OF REMOVAL-PERSONAL INJURY**

Plaintiff:    Steven R. Edelstein
              M. Travis Payne
              Vanessa K. Lucas
Defendant:    Rodney E. Pettey
              Sean Timothy Partrick
              Stephanie W. Anderson
ETT:          4 days

| | |
|---|---|
| 1:15CV216 | JESSICA SLICE-SADLER v. PRINCIPAL LIFE INSURANCE COMPANY                            (Biggs) |

**JURY: BREACH OF CONTACT-INSURANCE**

Plaintiff:    Jeffrey R. Monroe
              Jason A. Miller
Defendant:    Elizabeth J. Bondurant
              Johnny M. Loper
              Marcey Rose Selle
ETT:          3-4 days

| | |
|---|---|
| 1:15CV346 | SOLSTAS LAB PARTNERS GROUP, LLC v. STEPHEN C. MAXWELL, et al.                       (Biggs) |

**JURY: DIVERSITY-BREACH OF CONTRACT**

Plaintiff:    Austin F. Breen
              John G. McDonald
Defendant:    Carrie B. Hoffman
              Taylor E. White
              Zebulon D. Anderson
ETT:          4-5 days