# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

      v.                                                Case Number:  1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al.

# NOTICE OF RESCHEDULING

————————

    **TAKE NOTICE** that the above-entitled case previously set for **JURY TRIAL** beginning October 2, 2017 has been **rescheduled** to the **OCTOBER 2018 MASTER CALENDAR TERM**. Said term shall begin on **October 1, 2018**, at a place to be determined at a later date, at 9:30 a.m., and will continue until all the cases on the calendar have been tried.  **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

          PLACE:               **TO BE DETERMINED AT A LATER DATE.**
          DATE & TIME:      **October 1, 2018 at 9:30 a.m.**
          PROCEEDING:     **Jury Trial.**

    A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Master Calendar term.   Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

    The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein.   **No later than Monday, September 10, 2018, unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

John S. Brubaker, Clerk

By:    /s/ Tina K. Samuel-Priestley, Deputy Clerk

Date:  September 16, 2016

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD