# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.,

                    Plaintiff,

          v.

UNIVERSITY OF NORTH CAROLINA, et al.,

                    Defendants.

Case No. 1:14-CV-954

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Patrick N. Strawbridge of Consovoy McCarthy Park PLLC as counsel for Plaintiff Students for Fair Admissions, Inc., in the above-captioned civil action in association with Alan M. Ruley, who is a member of the bar of this Court.

Mr. Strawbridge certifies that he is an active member in good standing of the bars of Connecticut, Maine, and Massachusetts. Mr. Strawbridge further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Strawbridge still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

1

Mr. Ruley certifies that he remains responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Ruley further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: October 7, 2016                  Respectfully submitted,

/s/ Patrick Strawbridge
Patrick Strawbridge
*Attorney for Plaintiff*
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South, PMB, #706
Boston, MA 02109
Telephone: 617/227-0548
E-mail: patrick@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
*Attorney for Plaintiff*
*LR 83.1 counsel*
BELL, DAVIS & PITT, P.A.
100 N. Cherry St., Ste. 600
Post Office Box 21029
Winston-Salem, NC 27120
Telephone: 336/722-3700
Facsimile: 336/722-8153
E-mail: aruley@belldavispitt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Patrick N. Strawbridge
Patrick N. Strawbridge
*Attorney for Plaintiff*
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South, PMB, #706
Boston, MA 02109
Telephone: 617/227-0548
E-mail: patrick@consovoymccarthy.com