UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>    Defendants; and<br><br>LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY,<br><br>    Defendant-Intervenors. | Civil Action No. 1:14-cv-954-LCB-JLW |

## [PROPOSED] ORDER

Upon consideration of the unopposed motion by Defendant-Intervenors Luis Acosta, *et al.*, to add Andrew Brennan as an additional defendant-intervenor in this action, it is hereby ORDERED that the motion is GRANTED.

_____         _____
                                                                                                             Date