# EXHIBIT 2

UNC0079668

## SUMMARY STATISTICS—FALL 2014 FIRST-YEAR CLASS

| | | |
|---|---:|---:|
| Total enrolled | 3,974 | |
| | | |
| Resident | 3,172 | 79.8% |
| Non-resident | 802 | 20.2% |
| | | |
| Female | 2,302 | 57.9% |
| Male | 1,672 | 42.1% |
| | | |
| U.S. citizens | 3,793 | 95.4% |
| U.S. permanent residents | 86 | 2.2% |
| Non-resident aliens | 95 | 2.4% |
| | | |
| Fee waiver | 425 | 10.7% |
| | | |
| First-generation college | 710 | 17.9% |
| | | |
| Resident children of alumni | 604 | 15.2% |
| Non-resident children of alumni | 114 | 2.9% |
| | | |
| Race and ethnicity—federal reporting guidelines | | |
|     Non-resident alien | 95 | 2.4% |
|     Hispanic/Latino of any race | 301 | 7.6% |
|     Two or more races | 188 | 4.7% |
|     Race and ethnicity unknown | 109 | 2.7% |
|     Native American only | 21 | 0.5% |
|     Asian/Asian American only | 424 | 10.7% |
|     Black/African American only | 328 | 8.3% |
|     Caucasian/White only | 2,507 | 63.1% |
|     Pacific Islander only | 1 | 0.0% |
| | | |
| Race and ethnicity—all reported | | |
|     Native American | 97 | 2.4% |
|     Asian/Asian American | 577 | 14.5% |
|     Black/African American | 421 | 10.6% |
|     Caucasian/White | 2,885 | 72.6% |
|     Hispanic/Latino/Latina | 308 | 7.8% |
|     Pacific Islander | 2 | 0.1% |

| | | | | |
|---|---:|---:|---:|---:|
| Need-based aid | 1,402 | 35.3% | | |
| Merit-based aid | 139 | 3.5% | | |
| Carolina Covenant | 498 | 12.5% | | |
| | | | | |
| Military-affiliated | 298 | 7.5% | | |
| Military-affiliated receiving benefits | 33 | 0.8% | | |
| | | | | |
| Talent in athletics, music, or dramatic art | 167 | 4.2% | | |
| | | | | |
| Rank in class reported | 2,843 | 71.5% | | |
| Of those reporting rank in class— | | | | |
|     Top 10 percent | 2,205 | 77.6% | | |
|     Second 10 percent | 453 | 15.9% | | |
|     Top 10 | 1,202 | 42.3% | | |
|     1st | 220 | 7.7% | | |
|     2nd | 168 | 5.9% | | |
| | | | | |
| GPA reported | 3,577 | 90.0% | | |
| Of those reporting GPA— | | | | |
|     4.0 or higher | 3,318 | 92.8% | | |
|     25th percentile | 4.44 | | | |
|     75th percentile | 4.83 | | | |
| | | | | |
| SAT reported | 3,333 | 83.9% | M | WR |
| Of those reporting SAT— | CR+M | CR | 610 | 590 |
|     25th percentile | 1210 | 600 | 710 | 700 |
|     75th percentile | 1400 | 690 | | |
| | | | | |
| ACT reported | 2,749 | 69.2% | | |
| Of those reporting ACT— | ACT | | | |
|     25th percentile | 27 | | | |
|     75th percentile | 32 | | | |
| | | | | |
| Either SAT or ACT reported | 3,974 | 100.0% | | |
| Highest score reported on SAT scale— | CR+M | | | |
|     25th percentile | 1250 | | | |
|     75th percentile | 1420 | | | |

UNC0079668

# SUMMARY STATISTICS—FIRST-YEAR APPLIED / ADMITTED

| | APPLIED | | | | | | | ADMITTED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | 1 Year | 5 Years | 2010 | 2011 | 2012 | 2013 | 2014 | 1 Year | 5 Years |
| Total | 23,271 | 23,753 | 29,497 | 30,835 | 31,331 | 2% | 35% | 7,559 | 7,469 | 7,847 | 8,243 | 8,930 | 8% | 18% |
| Resident | 9,469 | 9,429 | 9,979 | 9,893 | 9,756 | -1% | 3% | 4,735 | 4,876 | 4,972 | 5,043 | 5,138 | 2% | 9% |
| Non-resident | 13,802 | 14,324 | 19,518 | 20,942 | 21,575 | 3% | 56% | 2,824 | 2,593 | 2,875 | 3,200 | 3,792 | 19% | 34% |
| Female | 14,108 | 14,467 | 17,386 | 18,361 | 18,554 | 1% | 32% | 4,528 | 4,376 | 4,553 | 4,853 | 5,172 | 7% | 14% |
| Male | 9,163 | 9,286 | 12,111 | 12,474 | 12,777 | 2% | 39% | 3,031 | 3,094 | 3,294 | 3,390 | 3,758 | 11% | 24% |
| U.S. citizens | 21,263 | 21,546 | 26,320 | 27,292 | 27,600 | 1% | 30% | 7,111 | 7,046 | 7,303 | 7,604 | 8,221 | 8% | 16% |
| U.S. permanent residents | 533 | 543 | 710 | 718 | 715 | 0% | 34% | 206 | 169 | 212 | 195 | 197 | 1% | -4% |
| Non-resident aliens | 1,475 | 1,664 | 2,467 | 2,825 | 3,016 | 7% | 104% | 242 | 254 | 332 | 444 | 512 | 15% | 112% |
| Fee waiver | 1,469 | 1,967 | 2,681 | 2,710 | 3,505 | 29% | 139% | 392 | 480 | 541 | 557 | 840 | 51% | 114% |
| First-generation college | 4,151 | 4,123 | 4,978 | 4,968 | 5,019 | 1% | 21% | 1,123 | 1,139 | 1,172 | 1,225 | 1,242 | 1% | 11% |
| Resident children of alumni | 1,283 | 1,420 | 1,565 | 1,566 | 1,528 | -2% | 19% | 821 | 883 | 907 | 927 | 919 | -1% | 12% |
| Non-resident children of alumni | 510 | 579 | 635 | 677 | 625 | -8% | 23% | 218 | 245 | 269 | 308 | 310 | 1% | 42% |
| Race and ethnicity—federal reporting guidelines | | | | | | | | | | | | | | |
| Non-resident alien | 1,475 | 1,664 | 2,467 | 2,825 | 3,016 | 7% | 104% | 242 | 254 | 332 | 444 | 512 | 15% | 112% |
| Hispanic/Latino of any race | 1,485 | 1,580 | 2,013 | 2,307 | 2,378 | 3% | 60% | 615 | 556 | 585 | 630 | 722 | 15% | 17% |
| Two or more races | 700 | 830 | 1,151 | 1,169 | 1,248 | 7% | 78% | 227 | 282 | 363 | 354 | 413 | 17% | 82% |
| Race and ethnicity unknown | 798 | 424 | 611 | 1,867 | 974 | -48% | 22% | 207 | 117 | 155 | 484 | 310 | -36% | 50% |
| Native American only | 78 | 92 | 103 | 105 | 80 | -24% | 3% | 33 | 40 | 46 | 31 | 39 | 26% | 18% |
| Asian/Asian American only | 1,966 | 2,005 | 2,884 | 2,902 | 3,422 | 18% | 74% | 697 | 714 | 908 | 901 | 1,088 | 21% | 56% |
| Black/African American only | 2,444 | 2,297 | 2,613 | 2,686 | 2,590 | -4% | 6% | 695 | 633 | 611 | 578 | 669 | 16% | -4% |
| Caucasian/White only | 14,307 | 14,844 | 17,641 | 16,960 | 17,605 | 4% | 23% | 4,838 | 4,870 | 4,842 | 4,815 | 5,175 | 7% | 7% |
| Pacific Islander only | 18 | 17 | 14 | 14 | 18 | 29% | 0% | 5 | 3 | 5 | 6 | 2 | -67% | -60% |
| Race and ethnicity—all reported | | | | | | | | | | | | | | |
| Native American | 302 | 378 | 534 | 587 | 513 | -13% | 70% | 110 | 136 | 194 | 185 | 202 | 9% | 84% |
| Asian/Asian American | 3,523 | 3,854 | 5,491 | 5,653 | 6,561 | 16% | 86% | 983 | 1,068 | 1,298 | 1,384 | 1,693 | 22% | 72% |
| Black/African American | 2,831 | 2,736 | 3,254 | 3,393 | 3,274 | -4% | 16% | 812 | 749 | 799 | 772 | 880 | 14% | 8% |
| Caucasian/White | 15,789 | 16,559 | 20,228 | 19,764 | 20,660 | 5% | 31% | 5,414 | 5,487 | 5,642 | 5,625 | 6,109 | 9% | 13% |
| Hispanic/Latino/Latina | 1,570 | 1,661 | 2,168 | 2,471 | 2,558 | 4% | 63% | 642 | 574 | 629 | 666 | 755 | 13% | 18% |
| Pacific Islander | 87 | 104 | 66 | 66 | 84 | 27% | -3% | 23 | 28 | 17 | 15 | 14 | -7% | -39% |

Case 1:14-cv-00954-LCB-JLW Document 85-2 Filed 06/05/17 Page 3 of 7 UNC0079669

# SUMMARY STATISTICS—FALL 2014 TRANSFER CLASS—ARTS AND SCIENCES

| Category | Count | % | Category | Count | % | | |
|---|---|---|---|---|---|---|---|
| Enrolled | 784 | | | | | | |
| Resident | 519 | 66.2% | Non-traditional | 98 | 12.5% | | |
| Non-resident | 265 | 33.8% | | | | | |
| Female | 420 | 53.6% | Need-based aid | 458 | 58.4% | | |
| Male | 364 | 46.4% | Carolina Covenant | 144 | 18.4% | | |
| U.S. citizens | 701 | 89.4% | Military affiliated | 49 | 6.3% | | |
| U.S. permanent residents | 39 | 5.0% | Military affiliated receiving benefits | 25 | 3.2% | | |
| Non-resident aliens | 44 | 5.6% | Transferred from NC Community College | 227 | 29.0% | | |
| Fee waiver | 122 | 15.6% | C-STEP participant | 48 | 6.1% | | |
| First-generation college | 247 | 31.5% | First-year transfer | 177 | 22.6% | | |
| | | | Sophomore transfer | 339 | 43.2% | | |
| Children of alumni | 91 | 11.6% | Junior transfer | 268 | 34.2% | | |
| Race and ethnicity—federal reporting guidelines | | | College GPA | | | | |
| Non-resident alien | 44 | 5.6% | 25th percentile | 3.5 | | | |
| Hispanic/Latino of any race | 98 | 12.5% | 75th percentile | 3.9 | | | |
| Two or more races | 36 | 4.6% | | | | | |
| Race and ethnicity unknown | 27 | 3.4% | SAT reported | 440 | 56.1% | | |
| Native American only | 5 | 0.6% | Of those reporting SAT— | CR+M | CR | M | WR |
| Asian/Asian American only | 41 | 5.2% | 25th percentile | 1130 | 550 | 560 | 540 |
| Black/African American only | 37 | 4.7% | 75th percentile | 1330 | 670 | 670 | 660 |
| Caucasian/White only | 496 | 63.3% | | | | | |
| Pacific Islander only | 0 | 0.0% | ACT reported | 231 | 29.5% | | |
| | | | Of those reporting ACT— | ACT | | | |
| Race and ethnicity—all reported | | | 25th percentile | 24 | | | |
| Native American | 23 | 2.9% | 75th percentile | 30 | | | |
| Asian/Asian American | 97 | 12.4% | | | | | |
| Black/African American | 55 | 7.0% | Either SAT or ACT reported | 524 | 66.8% | | |
| Caucasian/White | 607 | 77.4% | Highest score reported on SAT scale— | CR+M | | | |
| Hispanic/Latino/Latina | 102 | 13.0% | 25th percentile | 1130 | | | |
| Pacific Islander | 0 | 0.0% | 75th percentile | 1340 | | | |

Case 1:14-cv-00954-LCB-JLW   Document 85-2   Filed 06/05/17   Page 4 of 7   UNC0079670

**Summary Statistics—Key Terms**

The data summarized in this report have been validated by the Office of Undergraduate Admissions. In keeping with University policy and practice, and in order to protect the privacy and other rights of individual students, this report does not include aggregate academic data for groups with five or fewer students.

**Fall 2014 first-year class.** First-year students who enrolled at the University for the first time during Fall 2014 semester and remained enrolled as of the census date, which was the 10th day of class. Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not.

**Resident/non-resident.** The residency status of each student, as determined under North Carolina law and using guidelines established by the UNC system. The figures reported here do not include the impact of the so-called Scholarship Provision, the state law by which non-residents who receive full academic scholarships may be counted as residents.

**Fee-waiver.** Students who requested and were granted a waiver of the application fee. The University accepts fee-waiver requests that follow guidelines established by the College Board or the National Association for College Admission Counseling, as well as those submitted by school counselors who attest to their students' financial circumstances.

**First-generation college.** Students for whom neither parent has earned a bachelor's degree.

**Children of alumni**. Any student whose parent, step-parent, or legal guardian attended the University for at least one Fall or Spring semester, whether or not the parent, step-parent, or legal guardian earned a degree.

**Race and ethnicity—federal reporting guidelines.** In 2010 the U.S. Department of Education implemented new guidelines for the reporting of race and ethnicity. Under these guidelines, colleges and universities are required to ask students one question about their ethnicity and a second question about their race. Students cannot be required to answer either question and may choose not to respond. The ethnicity question offers students two choices: Hispanic/Latino or Not Hispanic/Latino. The race question offers students multiple choices and specifies that students may choose all that apply. These guidelines require that colleges and universities report:

- non-resident aliens (that is, global or international students) separately from U.S. citizens and U.S. permanent residents;
- Hispanic/Latino/Latina students separately, regardless of whether they also identify one or more races; and
- all students who report more than one race as a single group, "Two or more races," without reporting the races these students specify.

**Race and ethnicity—all reported.** Because federal reporting guidelines result in incomplete information about the races and ethnicities reported by applicants for admission, the Office of Undergraduate Admissions has developed an alternate method of reporting as a complement to the federal guidelines. This alternate method includes all applicants regardless of their citizenship and summarizes all of the races and ethnicities that students report. Since some students identified themselves as more than one race or ethnicity, the responses exceed the total number of students in the entering class.

**Need-based aid.** Students receiving need-based financial aid in the form of loans, work-study, or grants.

**Merit-based aid.** Students receiving merit-based aid, excluding athletic scholarships.

**Military-affiliated.** Any student who self-identified as currently or previously serving in the United States military, or as a dependent or spouse of someone currently or previously serving.

**Military-affiliated receiving benefits.** Any military-affiliated student who applied for and received federal aid through the U.S. Department of Veterans Affairs.

**Carolina Covenant.** Students who entered the University as Carolina Covenant Scholars.

**Talent in athletics, music, or dramatic art.** Students who enrolled at the University through the special-talent policies and procedures approved by the Board of Governors, the Board of Trustees, the Advisory Committee on Undergraduate Admissions, and/or the faculty Committee on Special Talent. For Fall 2014, these 167 students included 138 for athletics, 20 for music, and nine for dramatic art.

**Rank in class.** High-school rank in class as reported by the student's high school. The results only include official ranks reported by students' high schools. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate ranks when high schools do not provide them.

**GPA.** High-school grade-point average as reported by the student's high school. The results only include official GPAs reported by students' high school, and only when the school reports GPAs on a 4.0 scale; no estimated GPAs are included. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate GPAs when high schools do not provide them, and it does not recalculate GPAs when high schools provide them on anything other than a 4.0 scale.

**25th percentile.** The value below which 25 percent of all the values in the group fall.

**75th percentile.** The value below which 75 percent of all the values in the group fall.

**SAT reported.** Students who submitted official results from the SAT. The 25th and 75th percentiles are calculated for all students who submitted SAT scores, using the highest score earned by each student reporting a score.

**ACT reported.** Students who submitted official results from the ACT. The 25th and 75th percentile composite scores are calculated for all students who submitted ACT scores, using the highest score earned by each student reporting a score.

**Either SAT or ACT reported.** Highest official score earned by each student on either the SAT (Critical Reading and Math combined) or the ACT Composite, with the ACT Composite converted to the SAT Critical Reading and Math scale using the standard concordance table approved by the College Board and ACT. This method of summarizing test scores best represents the way that scores are used by the University. Under guidelines for standardized testing approved by the Advisory Committee on Undergraduate Admissions, when any candidate for admission submits results from both the SAT and the ACT, the University considers the test with the stronger results.

**Transfer Summary Statistics—Additional Key Terms**

**Fall 2014 transfer class.** Transfer students who enrolled at the University for the first time during Fall 2014 semester and remained enrolled as of the census date, which was the 10th day of class. Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not. In keeping with federal reporting guidelines, UNC-Chapel Hill considers as a candidate for transfer admission any student who has enrolled in college after graduating from high school.

**Non-traditionally aged.** Students who are 25 years old or older on the first day of their first semester at UNC-Chapel Hill.

**North Carolina community colleges.** Students who were attending any of the 58 colleges in the North Carolina Community College System at the time they applied for admission to UNC-Chapel Hill.

**C-STEP.** Students who entered UNC-Chapel Hill as members of the Carolina Student Transfer Excellence Program, which offers guaranteed admission, as well as transition and support services, to low- and moderate-income students enrolled at nine partner community colleges.

**First-year transfer**. Students who enter the University with fewer than 30 transferable hours.

**Sophomore transfer**. Students who enter the University with 30-59 transferable hours.

**Junior transfer.** Students who enters the University with 60 or more transferable hours.

**College GPA.** Cumulative grade-point average earned for all college and university courses attempted after graduating from high school.