# EXHIBIT 5

Feb. 9, 2017 Email

| From: | Combs, Marianne H (CHI) |
|---|---|
| Sent: | Thursday, February 09, 2017 11:01 AM |
| To: | 'Patrick Strawbridge'; Thomas McCarthy; Alan M. Ruley |
| Cc: | Scudder, Michael Y (CHI); 'Brennan, Stephanie'; 'Tulchin, Matt'; Gilford, Lisa (LAC); Morgan, Alexandra (CHI) |
| Subject: | SFFA v. UNC Production |
| Attachments: | Production Letter (Feburary 9, 2017).pdf |

Counsel,

Two productions have been uploaded to an FTP for your retrieval. The FTP credentials are set forth in the attached letter and the zip file password for each production is SFFA02092017.
One production contains an overlay with additional metadata for prior productions and the other contains aggregate data responsive to your request for the same.

Regards,
Marianne

**Marianne H. Combs**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com



SKADDEN CHICAGO | SINCE APRIL 30, 1984

1

Case 1:14-cv-00954-LCB-JLW   Document 85-5   Filed 06/05/17   Page 2 of 2