# EXHIBIT 6

UNC0194052

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **FALL 2014 FIRST-YEAR CLASS CHARACTERISTICS** | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | **DEMOGRAPHICS** | | | | | | | |
| 5 | | | | | | | | |
| 6 | **Residency*** | **Number** | **%** | | | | | |
| 7 | North Carolina | 3,226 | 81.2% | | | | | |
| 8 | Out of State | 748 | 18.8% | | | | | |
| 9 | Total | 3,974 | | | | | | |
| 10 | | | | | | | | |
| 11 | * These totals reflect residency after taking into account the OOS Scholarship provision | | | | | | | |
| 12 | | | | | | | | |
| 13 | **Race/Ethnicity  (using Undergraduate Admissions reporting guidelines)** | | | | | | | |
| 14 | | **Number** | **%** | | | | | |
| 15 | One race or ethnicity only | 3,463 | 87.1% | | | | | |
| 16 | Two or more races | 402 | 10.1% | | | | | |
| 17 | No race or ethnicity reported | 109 | 2.7% | | | | | |
| 18 | Total | 3,974 | | | | | | |
| 19 | | | | | | | | |
| 20 | **Of those reporting one race or ethnicity only** | | | | | | | |
| 21 | Native American | 21 | 0.6% | | | | | |
| 22 | Asian/Asian American | 493 | 14.2% | | | | | |
| 23 | Black/African American | 334 | 9.6% | | | | | |
| 24 | Caucasian/White | 2,520 | 72.8% | | | | | |
| 25 | Hispanic/Latino/Latina | 94 | 2.7% | | | | | |
| 26 | Pacific Islander | 1 | 0.0% | | | | | |
| 27 | Total | 3,463 | | | | | | |
| 28 | | | | | | | | |
| 29 | **All reported races and ethnicities** | | | | | | | |
| 30 | Native American | 97 | 2.44% | | | | | |
| 31 | Asian/Asian American | 577 | 14.5% | | | | | |
| 32 | Black/African American | 421 | 10.6% | | | | | |
| 33 | Caucasian/White | 2,885 | 72.6% | | | | | |
| 34 | Hispanic/Latino/Latina | 308 | 7.8% | | | | | |
| 35 | Pacific Islander | 2 | 0.1% | | | | | |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 36 | | | | | | | | |
| 37 | **Race/Ethnicity  (using Federal reporting guidelines)** | | | | | | | |
| 38 | | | | | | | | |
| 39 | International/Nonresident Aliens | 95 | 2.4% | | | | | |
| 40 | | | | | | | | |
| 41 | Hispanic/Latino of Any Race | 301 | 7.6% | | | | | |
| 42 | | | | | | | | |
| 43 | Non-Hispanic/Latino: | | | | | | | |
| 44 |     Native American | 21 | 0.5% | | | | | |
| 45 |     Asian/Asian American | 424 | 10.7% | | | | | |
| 46 |     Black/African American | 328 | 8.3% | | | | | |
| 47 |     Caucasian/White | 2,507 | 63.1% | | | | | |
| 48 |     Pacific Islander | 1 | 0.0% | | | | | |
| 49 | | | | | | | | |
| 50 | Two or More Races | 188 | 4.7% | | | | | |
| 51 | Race/Ethnicity Unknown | 109 | 2.7% | | | | | |
| 52 | Total | 3,974 | 100.0% | | | | | |
| 53 | | | | | | | | |
| 54 | **Sex** | **Number** | **%** | | | | | |
| 55 | Female | 2,302 | 57.9% | | | | | |
| 56 | Male | 1,672 | 42.1% | | | | | |
| 57 | Total | 3,974 | | | | | | |
| 58 | | | | | | | | |
| 59 | **Nationality** | **Number** | **%** | | | | | |
| 60 | U.S. Citizens | 3,793 | 95.4% | | | | | |
| 61 | Permanent Residents | 86 | 2.2% | | | | | |
| 62 | Non-Resident Alien | 95 | 2.4% | | | | | |
| 63 | Total | 3,974 | | | | | | |
| 64 | | | | | | | | |
| 65 | **Fee Waiver** | **Number** | **%** | | | | | |
| 66 | Fee Waiver | 425 | 10.7% | | | | | |
| 67 | No Fee Waiver | 3,549 | 89.3% | | | | | |
| 68 | Total | 3,974 | | | | | | |
| 69 | | | | | | | | |
| 70 | **Alumni Children** | **Number** | **%** | | | | | |

|     | A | B | C | D | E | F | G | H |
|-----|---|---|---|---|---|---|---|---|
| 71  | NC Alumni Children | 604 | 15.2% | | | | | |
| 72  | OOS Alumni Children | 114 | 2.9% | | | | | |
| 73  | Non-Alumni Children | 3,256 | 81.9% | | | | | |
| 74  | Total | 3,974 | | | | | | |
| 75  | | | | | | | | |
| 76  | **First Generation College** | **Number** | **%** | | | | | |
| 77  | FGC | 710 | 17.9% | | | | | |
| 78  | Non-FGC | 3,264 | 82.1% | | | | | |
| 79  | Total | 3,974 | | | | | | |
| 80  | | | | | | | | |
| 81  | **ACADEMIC PREPARATION** | | | | | | | |
| 82  | | | | | | | | |
| 83  | **Rank in Class** | **Number** | **%** | | | | | |
| 84  | Reported | 2,843 | 71.5% | | | | | |
| 85  | Not Reported | 1,131 | 28.5% | | | | | |
| 86  | Total | 3,974 | | | | | | |
| 87  | | | | | | | | |
| 88  | **Decile Rank** | **Number** | **%** | **Cum %** | | | | |
| 89  | First Decile | 2,205 | 77.6% | 77.6% | | | | |
| 90  | Second Decile | 453 | 15.9% | 93.5% | | | | |
| 91  | Third Decile | 106 | 3.7% | 97.2% | | | | |
| 92  | Below Third Decile | 79 | 2.8% | 100.0% | | | | |
| 93  | Total | 2,843 | | | | | | |
| 94  | | | | | | | | |
| 95  | **Ordinal Rank** | **Number** | **%** | **Cum %** | | | | |
| 96  | 1st | 220 | 7.7% | 7.7% | | | | |
| 97  | 2nd | 168 | 5.9% | 13.6% | | | | |
| 98  | 3rd | 129 | 4.5% | 18.2% | | | | |
| 99  | 4th - 10th | 685 | 24.1% | 42.3% | | | | |
| 100 | Total | 1,202 | 42.28% | | | | | |
| 101 | | | | | | | | |
| 102 | **GPA** | **Number** | **%** | | | | | |
| 103 | Reported | 3,577 | 90.0% | | | | | |
| 104 | Not Reported | 397 | 10.0% | | | | | |
| 105 | Total | 3,974 | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 106 | | | | | | | | |
| 107 | | **Number** | **%** | | | | | |
| 108 | 4.0 or Higher | 3,318 | 92.8% | | | | | |
| 109 | Average | 4.59 | | | | | | |
| 110 | | | | | | | | |
| 111 | **SAT Reasoning** | **Number** | **%** | | | | | |
| 112 | Reported | 3,333 | 83.9% | | | | | |
| 113 | Not reported | 641 | 16.1% | | | | | |
| 114 | Total | 3,974 | 100.00% | | | | | |
| 115 | | | | | | | | |
| 116 | **Average and Middle 50 Percent of All Reported SAT Scores** | | | | | | | |
| 117 | | **CR** | **M** | **WR** | **CR+M** | **Total** | | |
| 118 | North Carolina | 642 | 655 | 634 | 1297 | 1931 | | |
| 119 | Out of State | 666 | 690 | 675 | 1356 | 2030 | | |
| 120 | All | 646 | 662 | 641 | 1308 | 1949 | | |
| 121 | | | | | | | | |
| 122 | North Carolina | 600-690 | 610-700 | 590-690 | 1210-1390 | 1800-2080 | | |
| 123 | Out of State | 620-730 | 640-760 | 620-740 | 1260-1490 | 1880-2230 | | |
| 124 | All | 600-690 | 610-710 | 590-700 | 1210-1400 | 1800-2110 | | |
| 125 | | | | | | | | |
| 126 | **Average and Middle 50 Percent of Highest Reported Score\* (SAT>=ACT)** | | | | | | | |
| 127 | | **CR** | **M** | **WR** | **CR+M** | **Total** | | |
| 128 | North Carolina | 648 | 661 | 634 | 1308 | 1943 | | |
| 129 | Out of State | 665 | 691 | 673 | 1356 | 2029 | | |
| 130 | All | 651 | 667 | 642 | 1318 | 1960 | | |
| 131 | | | | | | | | |
| 132 | North Carolina | 600-690 | 620-710 | 590-690 | 1220-1400 | 1810-2090 | | |
| 133 | Out of State | 610-730 | 630-760 | 620-740 | 1240-1490 | 1860-2230 | | |
| 134 | All | 600-700 | 620-720 | 590-700 | 1220-1420 | 1810-2120 | | |
| 135 | | | | | | | | |
| 136 | \* Averages and Middle 50% range calculated for students whose highest reported SAT was higher than or equal to their highest reported ACT | | | | | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | **ACT** | **Number** | **%** | | | | | |
| 140 | Reported | 2,749 | 69.2% | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 141 | Not Reported | 1,225 | 30.8% | | | | | |
| 142 | Total | 3,974 | | | | | | |
| 143 | | | | | | | | |
| 144 | **Average and Middle 50 Percent of All Reported ACT Scores** | | | | | | | |
| 145 | North Carolina | 28.6 | | | | | | |
| 146 | Out of State | 31.1 | | | | | | |
| 147 | All | 29.0 | | | | | | |
| 148 | | | | | | | | |
| 149 | North Carolina | 26-31 | | | | | | |
| 150 | Out of State | 30-34 | | | | | | |
| 151 | All | 27-32 | | | | | | |
| 152 | | | | | | | | |
| 153 | **Average and Middle 50 Percent of Highest Reported Score (ACT>=SAT)** | | | | | | | |
| 154 | North Carolina | 29.8 | | | | | | |
| 155 | Out of State | 31.6 | | | | | | |
| 156 | All | 30.1 | | | | | | |
| 157 | | | | | | | | |
| 158 | North Carolina | 28-32 | | | | | | |
| 159 | Out of State | 30-34 | | | | | | |
| 160 | All | 28-33 | | | | | | |
| 161 | | | | | | | | |
| 162 | * Averages and Middle 50% range calculated for students whose highest reported ACT was higher than or equal to their highest reported SAT | | | | | | | |
| 163 | | | | | | | | |
| 164 | **Average and Middle 50 Percent of All Highest Reported CR/V+M Scores (ACT converted to CR+M Scale)** | | | | | | | |
| 165 | | **CR+M** | | | | | | |
| 166 | North Carolina | 1319 | | | | | | |
| 167 | Out of State | 1381 | | | | | | |
| 168 | All | 1332 | | | | | | |
| 169 | | | | | | | | |
| 170 | North Carolina | 1240-1400 | | | | | | |
| 171 | Out of State | 1300-1480 | | | | | | |
| 172 | All | 1250-1420 | | | | | | |
| 173 | | | | | | | | |
| 174 | | | | | | | | |
| 175 | **AP Exams*** | **Scores** | **Scores 3+** | **% 3+** | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 176 | Total submitted | 20,484 | 17,620 | 86.0% | | | | |
| 177 | | | | | | | | |
| 178 | | ALL SCORES | | | | SCORES 3+ | | |
| 179 | | Students | % of Class | 2013 | | Students | % of Class | 2013 |
| 180 | 1 or more | 3,062 | 77.1% | 77.1% | | 2,988 | 75.2% | 75.3% |
| 181 | 2 or more | 2,970 | 74.7% | 75.4% | | 2,817 | 70.9% | 71.0% |
| 182 | 3 or more | 2,858 | 71.9% | 71.5% | | 2,609 | 65.7% | 65.8% |
| 183 | 4 or more | 2,665 | 67.1% | 67.3% | | 2,332 | 58.7% | 59.3% |
| 184 | 5 or more | 2,406 | 60.5% | 59.6% | | 1,983 | 49.9% | 50.0% |
| 185 | 6 or more | 1,997 | 50.3% | 49.2% | | 1,570 | 39.5% | 39.1% |
| 186 | 7 or more | 1,565 | 39.4% | 37.9% | | 1,170 | 29.4% | 29.1% |
| 187 | 8 or more | 1,120 | 28.2% | 26.0% | | 842 | 21.2% | 20.1% |
| 188 | 9 or more | 728 | 18.3% | 17.2% | | 527 | 13.3% | 13.0% |
| 189 | 10 or more | 469 | 11.8% | 10.9% | | 340 | 8.6% | 7.9% |
| 190 | 11 or more | 277 | 7.0% | 6.3% | | 194 | 4.9% | 4.6% |
| 191 | 12 or more | 159 | 4.0% | 3.5% | | 108 | 2.7% | 2.4% |
| 192 | 13 or more | 92 | 2.3% | 1.7% | | 63 | 1.6% | 1.1% |
| 193 | 14 or more | 51 | 1.3% | 0.9% | | 38 | 1.0% | 0.6% |
| 194 | | | | | | | | |
| 195 | **Top Exams** | Students | % of Class | | | | | |
| 196 | USHIST | 2,033 | 51.2% | | | | | |
| 197 | ENGLNG | 1,971 | 49.6% | | | | | |
| 198 | ENGLIT | 1,655 | 41.6% | | | | | |
| 199 | PSYC | 1,378 | 34.7% | | | | | |
| 200 | STATIS | 1,332 | 33.5% | | | | | |
| 201 | CALCAB | 1,313 | 33.0% | | | | | |
| 202 | ENVSCI | 1,302 | 32.8% | | | | | |
| 203 | BIOL | 1,216 | 30.6% | | | | | |
| 204 | GOVUS | 1,112 | 28.0% | | | | | |
| 205 | CALCBC | 1,034 | 26.0% | | | | | |
| 206 | CHEM | 803 | 20.2% | | | | | |
| 207 | WRLDHISTORY | 761 | 19.1% | | | | | |
| 208 | HUMGEOG | 499 | 12.6% | | | | | |
| 209 | EUHISTORY | 494 | 12.4% | | | | | |
| 210 | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 211 | * AP exams continue to be uploaded through September | | | | | | | |
| 212 | | | | | | | | |
| 213 | **HS Extracurriculars** | | | | | | | |
| 214 | Participated in community service | | | 93% | | | | |
| 215 | Played a sport | | | 74% | | | | |
| 216 | Contributed to a cause I believe in | | | 63% | | | | |
| 217 | Pursued an independent hobby | | | 61% | | | | |
| 218 | Participated in music, drama, or other arts | | | 54% | | | | |
| 219 | Assumed daily family responsibilities | | | 53% | | | | |
| 220 | Traveled outside my home country | | | 51% | | | | |
| 221 | Held a job during the school year | | | 46% | | | | |
| 222 | Held position as president of class or club | | | 49% | | | | |
| 223 | Participated in academic competitions | | | 42% | | | | |
| 224 | Captained a varsity sport | | | 36% | | | | |
| 225 | Participated in student government | | | 34% | | | | |
| 226 | Participated in academic or professional internship | | | 25% | | | | |
| 227 | Earned all-conference or higher recognition as an athlete | | | 23% | | | | |
| 228 | Conducted research outside the classroom | | | 22% | | | | |
| 229 | Contributed to school publication | | | 20% | | | | |
| 230 | Founded an organization | | | 18% | | | | |
| 231 | Achieved fluency in non-native language | | | 16% | | | | |
| 232 | Earned National Merit Semifinalist recognition | | | 8% | | | | |
| 233 | Named National Achievement Scholar | | | 7% | | | | |
| 234 | Served as Editor-in-Chief of publication | | | 6% | | | | |
| 235 | Participated in Governor's School | | | 6% | | | | |
| 236 | Studied Abroad during high school | | | 6% | | | | |
| 237 | Participated in Boys' or Girls' State | | | 5% | | | | |
| 238 | Earned National Merit Finalist recognition | | | 5% | | | | |
| 239 | Earned Eagle Scout or Gold Award | | | 5% | | | | |
| 240 | Served as Student Body President | | | 5% | | | | |
| 241 | | | | | | | | |
| 242 | | | | | | | | |
| 243 | **By Country of Citizenship** | | | | | | | |
| 244 | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 245 | United States | 3,879 | | | | | | |
| 246 | Bermuda | 1 | | | | | | |
| 247 | Brazil | 1 | | | | | | |
| 248 | Canada | 5 | | | | | | |
| 249 | China | 52 | | | | | | |
| 250 | Colombia | 2 | | | | | | |
| 251 | El Salvador | 1 | | | | | | |
| 252 | Germany | 1 | | | | | | |
| 253 | India | 4 | | | | | | |
| 254 | Iran (Islamic Republic Of) | 1 | | | | | | |
| 255 | Jordan | 1 | | | | | | |
| 256 | Kenya | 2 | | | | | | |
| 257 | Korea, Republic of | 8 | | | | | | |
| 258 | Malaysia | 1 | | | | | | |
| 259 | Mexico | 2 | | | | | | |
| 260 | Moldova, Republic of | 1 | | | | | | |
| 261 | Philippines | 1 | | | | | | |
| 262 | Russian Federation | 1 | | | | | | |
| 263 | South Africa | 2 | | | | | | |
| 264 | Taiwan | 1 | | | | | | |
| 265 | Turkey | 1 | | | | | | |
| 266 | United Kingdom | 5 | | | | | | |
| 267 | Viet Nam | 1 | | | | | | |

**FALL 2014 FIRST-YEAR APPLIED-ADMITTED-ENROLLED**

**BY RESIDENCY AND ALUMN STATUS**

| North Carolina | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Non-alumn | 8,228 | 4,219 | 51.3% | 2,568 | 60.9% |
| Alumn | 1,528 | 919 | 60.1% | 604 | 65.7% |
| Total | 9,756 | 5,138 | 52.7% | 3,172 | 61.7% |

| Out of State | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Non-alumn | 20,950 | 3,482 | 16.6% | 688 | 19.8% |
| Alumn | 625 | 310 | 49.6% | 114 | 36.8% |
| Total | 21,575 | 3,792 | 17.6% | 802 | 21.1% |

| All | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Non-alumn | 29,178 | 7,701 | 26.4% | 3,256 | 42.3% |
| Alumn | 2,153 | 1,229 | 57.1% | 718 | 58.4% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY ETHNICITY (USING UNDERGRADUATE ADMISSIONS REPORTING GUIDELINES)**

| Race/Ethnicity | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| One race or ethnicity only | 27,064 | 7,618 | 28.1% | 3,463 | 45.5% |
| Two or more races | 3,194 | 990 | 31.0% | 402 | 40.6% |
| No race or ethnicity reported | 1,073 | 322 | 30.0% | 109 | 33.9% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**Of those reporting one race or ethnicity only**

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Native American | 80 | 39 | 48.8% | 21 | 53.8% |
| Asian/Asian American | 5,873 | 1,492 | 25.4% | 493 | 33.0% |
| Black/African American | 2,668 | 686 | 25.7% | 334 | 48.7% |
| Caucasian/White | 17,799 | 5,218 | 29.3% | 2,520 | 48.3% |

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Hispanic/Latino/Latina | 626 | 181 | 28.9% | 94 | 51.9% |
| Pacific Islander | 18 | 2 | 11.1% | 1 | 50.0% |
| Total | 27,064 | 7,618 | 28.1% | 3,463 | 45.5% |

**All reported races and ethnicities**

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Native American | 513 | 202 | 39.4% | 97 | 48.0% |
| Asian/Asian American | 6,561 | 1,693 | 25.8% | 577 | 34.1% |
| Black/African American | 3,274 | 880 | 26.9% | 422 | 48.0% |
| Caucasian/White | 20,660 | 6,109 | 29.6% | 2,897 | 47.4% |
| Hispanic/Latino/Latina | 2,558 | 755 | 29.5% | 308 | 40.8% |
| Pacific Islander | 84 | 14 | 16.7% | 2 | 14.3% |

**BY ETHNICITY (USING FEDERAL REPORTING GUIDELINES)**

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| International/Nonresident Aliens | 3,016 | 512 | 17.0% | 95 | 18.6% |
| Hispanic/Latino of Any Race | 2,378 | 722 | 30.4% | 301 | 41.7% |
| Non-Hispanic/Latino: | | | | | |
|   Native American | 80 | 39 | 48.8% | 21 | 53.8% |
|   Asian/Asian American | 3,422 | 1,088 | 31.8% | 424 | 39.0% |
|   Black/African American | 2,590 | 669 | 25.8% | 328 | 49.0% |
|   Caucasian/White | 17,605 | 5,175 | 29.4% | 2,507 | 48.4% |
|   Pacific Islander | 18 | 2 | 11.1% | 1 | 50.0% |
| Two or More Races | 1,248 | 413 | 33.1% | 188 | 45.5% |
| Race/Ethnicity Unknown | 974 | 310 | 31.8% | 109 | 35.2% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY RESIDENCY AND GENDER**

| North Carolina | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Female | 5,755 | 3,033 | 52.7% | 1,869 | 61.6% |
| Male | 4,001 | 2,105 | 52.6% | 1,303 | 61.9% |
| Total | 9,756 | 5,138 | 52.7% | 3,172 | 61.7% |

| Out of State | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Female | 12,799 | 2,139 | 16.7% | 433 | 20.2% |
| Male | 8,776 | 1,653 | 18.8% | 369 | 22.3% |
| Total | 21,575 | 3,792 | 17.6% | 802 | 21.1% |

| All | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Female | 18,554 | 5,172 | 27.9% | 2,302 | 44.5% |
| Male | 12,777 | 3,758 | 29.4% | 1,672 | 44.5% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY RESIDENCY AND FIRST-GENERATION COLLEGE**

| North Carolina | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| FGC | 2,134 | 862 | 40.4% | 602 | 69.8% |
| Non-FGC | 7,622 | 4,276 | 56.1% | 2,570 | 60.1% |
| Total | 9,756 | 5,138 | 52.7% | 3,172 | 61.7% |

| Out of State | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| FGC | 2,885 | 380 | 13.2% | 108 | 28.4% |
| Non-FGC | 18,690 | 3,412 | 18.3% | 694 | 20.3% |
| Total | 21,575 | 3,792 | 17.6% | 802 | 21.1% |

| All | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| FGC | 5,019 | 1,242 | 24.7% | 710 | 57.2% |
| Non-FGC | 26,312 | 7,688 | 29.2% | 3,264 | 42.5% |

| | | | | | |
|---|---|---|---|---|---|
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY RESIDENCY AND FEE WAIVER**

| **North Carolina** | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| Fee Waiver | 1,384 | 526 | 38.0% | 350 | 66.5% |
| Non Fee Waiver | 8,372 | 4,612 | 55.1% | 2,822 | 61.2% |
| Total | 9,756 | 5,138 | 52.7% | 3,172 | 61.7% |

| **Out of State** | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| Fee Waiver | 2,121 | 314 | 14.8% | 75 | 23.9% |
| Non Fee Waiver | 19,454 | 3,478 | 17.9% | 727 | 20.9% |
| Total | 21,575 | 3,792 | 17.6% | 802 | 21.1% |

| **All** | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| Fee Waiver | 3,505 | 840 | 24.0% | 425 | 50.6% |
| Non Fee Waiver | 27,826 | 8,090 | 29.1% | 3,549 | 43.9% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY CITIZENSHIP**

| | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| U.S. Citizens | 27,600 | 8,221 | 29.8% | 3,793 | 46.1% |
| Permanent Residents | 715 | 197 | 27.6% | 86 | 43.7% |
| Non-Resident Alien | 3,016 | 512 | 17.0% | 95 | 18.6% |
| Total | 31,331 | 8,930 | 28.5% | 3,974 | 44.5% |

**BY RESIDENCY AND SAT**

| **North Carolina** | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| Below 1200 | 38 | 2 | 5.3% | 2 | 100.0% |
| 1200's | 80 | 1 | 1.3% | 1 | 100.0% |
| 1300's | 202 | 6 | 3.0% | 6 | 100.0% |

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| 1400's | 347 | 24 | 6.9% | 18 | 75.0% |
| 1500's | 572 | 96 | 16.8% | 73 | 76.0% |
| 1600's | 870 | 220 | 25.3% | 157 | 71.4% |
| 1700's | 1,228 | 463 | 37.7% | 337 | 72.8% |
| 1800's | 1,378 | 756 | 54.9% | 497 | 65.7% |
| 1900's | 1,323 | 922 | 69.7% | 625 | 67.8% |
| 2000's | 1,302 | 826 | 63.4% | 520 | 63.0% |
| 2100's | 656 | 565 | 86.1% | 292 | 51.7% |
| 2200's | 354 | 332 | 93.8% | 142 | 42.8% |
| 2300's | 152 | 140 | 92.1% | 38 | 27.1% |
| 2400 | 12 | 12 | 100.0% | 3 | 25.0% |
| | | | | | |
| No. w/ scores | 8,244 | 4,356 | | 2,711 | |
| Submitted ACT only | 1,414 | 773 | | 461 | |
| | | | | | |
| Average SAT CR | 614 | 652 | | 642 | |
| Average SAT Math | 625 | 664 | | 655 | |
| Average SAT Writing | 603 | 644 | | 634 | |
| Average SAT CR + M | 1238 | 1316 | | 1297 | |

| **Out of State** | **Applied** | **Admitted** | **Admit %** | **Enrolled** | **Yield** |
|---|---|---|---|---|---|
| Below 1200 | 41 | 1 | 2.4% | 1 | 100.0% |
| 1200's | 77 | 1 | 1.3% | 1 | 100.0% |
| 1300's | 149 | 8 | 5.4% | 7 | 87.5% |
| 1400's | 266 | 15 | 5.6% | 12 | 80.0% |
| 1500's | 464 | 17 | 3.7% | 16 | 94.1% |
| 1600's | 800 | 27 | 3.4% | 19 | 70.4% |
| 1700's | 1,310 | 69 | 5.3% | 42 | 60.9% |
| 1800's | 2,016 | 110 | 5.5% | 53 | 48.2% |
| 1900's | 2,481 | 213 | 8.6% | 63 | 29.6% |
| 2000's | 2,766 | 346 | 12.5% | 101 | 29.2% |
| 2100's | 2,504 | 658 | 26.3% | 148 | 22.5% |
| 2200's | 1,638 | 813 | 49.6% | 124 | 15.3% |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| 2300's | 631 | 489 | 77.5% | 35 | 7.2% |
| 2400 | 33 | 30 | 90.9% | 0 | 0.0% |
| | | | | | |
| No. w/ scores | 15,179 | 2,797 | | 622 | |
| Submitted ACT only | 5,876 | 995 | | 180 | |
| | | | | | |
| Average SAT CR | 641 | 708 | | 665 | |
| Average SAT Math | 673 | 726 | | 690 | |
| Average SAT Writing | 653 | 713 | | 675 | |
| Average SAT CR + M | 1314 | 1434 | | 1355 | |

| All | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---:|---:|---:|---:|---:|
| Below 1200 | 79 | 3 | 3.8% | 3 | 100.0% |
| 1200's | 157 | 2 | 1.3% | 2 | 100.0% |
| 1300's | 351 | 14 | 4.0% | 13 | 92.9% |
| 1400's | 613 | 39 | 6.4% | 30 | 76.9% |
| 1500's | 1,036 | 113 | 10.9% | 89 | 78.8% |
| 1600's | 1,670 | 247 | 14.8% | 176 | 71.3% |
| 1700's | 2,538 | 532 | 21.0% | 379 | 71.2% |
| 1800's | 3,394 | 866 | 25.5% | 550 | 63.5% |
| 1900's | 3,804 | 1,135 | 29.8% | 688 | 60.6% |
| 2000's | 4,068 | 1,172 | 28.8% | 621 | 53.0% |
| 2100's | 3,160 | 1,223 | 38.7% | 440 | 36.0% |
| 2200's | 1,992 | 1,145 | 57.5% | 266 | 23.2% |
| 2300's | 783 | 629 | 80.3% | 73 | 11.6% |
| 2400 | 45 | 42 | 93.3% | 3 | 7.1% |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| No. w/ scores | 23,690 | 7,162 | | 3,333 | |
| Submitted ACT only | 7,290 | 1,768 | | 641 | |
| | | | | | |
| Average SAT CR | 631 | 674 | | 646 | |

| | | | | |
|---|---|---|---|---|
| Average SAT Math | 656 | 688 | | 662 |
| Average SAT Writing | 635 | 671 | | 641 |
| Average SAT CR + M | 1287 | 1362 | | 1308 |

## BY RESIDENCY AND CLASS RANK

| North Carolina | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Top tenth | 4,050 | 3,107 | 76.7% | 1,948 | 62.7% |
| Second Tenth | 1,748 | 616 | 35.2% | 426 | 69.2% |
| Second Fifth | 1,309 | 170 | 13.0% | 124 | 72.9% |
| Third Fifth | 325 | 15 | 4.6% | 14 | 93.3% |
| Fourth Fifth | 84 | 3 | 3.6% | 3 | 100.0% |
| Bottom Fifth | 10 | 0 | 0.0% | -- | -- |
| | | | | | |
| No. w/ Ranks | 7,526 | 3,911 | | 2,515 | |
| Rank not available | 2,230 | 1,227 | | 657 | |
| Total | 9,756 | 5,138 | | 3,172 | |

| Out of State | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Top tenth | 5,069 | 1,401 | 27.6% | 257 | 18.3% |
| Second Tenth | 1,746 | 81 | 4.6% | 27 | 33.3% |
| Second Fifth | 1,198 | 34 | 2.8% | 23 | 67.6% |
| Third Fifth | 330 | 16 | 4.8% | 16 | 100.0% |
| Fourth Fifth | 99 | 7 | 7.1% | 5 | 71.4% |
| Bottom Fifth | 25 | 0 | 0.0% | -- | -- |
| | | | | | |
| No. w/ Ranks | 8,467 | 1,539 | | 328 | |
| Rank not available | 13,108 | 2,253 | | 474 | |
| Total | 21,575 | 3,792 | | 802 | |

| All | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Top tenth | 9,119 | 4,508 | 49.4% | 2,205 | 48.9% |
| Second Tenth | 3,494 | 697 | 19.9% | 453 | 65.0% |

| | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| Second Fifth | 2,507 | 204 | 8.1% | 147 | 72.1% |
| Third Fifth | 655 | 31 | 4.7% | 30 | 96.8% |
| Fourth Fifth | 183 | 10 | 5.5% | 8 | 80.0% |
| Bottom Fifth | 35 | 0 | 0.0% | 0 | -- |
| | | | | | |
| No. w/ Ranks | 15,993 | 5,450 | | 2,843 | |
| Rank not available | 15,338 | 3,480 | | 1,131 | |
| Total | 31,331 | 8,930 | | 3,974 | |

**BY DEADLINE**

| NC | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| 1 | 7,098 | 4,241 | 59.7% | 2,680 | 63.2% |
| 2 | 2,658 | 897 | 33.7% | 493 | 55.0% |
| Total | 9,756 | 5,138 | 52.7% | 3,173 | 61.8% |

| Out of State | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| 1 | 9,860 | 2,243 | 22.7% | 486 | 21.7% |
| 2 | 11,715 | 1,549 | 13.2% | 316 | 20.4% |
| Total | 21,575 | 3,792 | 17.6% | 802 | 21.1% |

| ALL | Applied | Admitted | Admit % | Enrolled | Yield |
|---|---|---|---|---|---|
| 1 | 16,958 | 6,484 | 38.2% | 3,166 | 48.8% |
| 2 | 14,373 | 2,446 | 17.0% | 809 | 33.1% |
| Total | 31,331 | 8,930 | 28.5% | 3,975 | 44.5% |

**BY NC COUNTY (based on permanent home address, not residency)**

| | Applied | Admitted | Admit % | nties.CountOfID | Yield |
|---|---|---|---|---|---|
| Alamance | 116 | 62 | 53.4% | 36 | 58.1% |
| Alexander | 23 | 15 | 65.2% | 10 | 66.7% |

| | | | | | |
|---|---|---|---|---|---|
| Alleghany | 4 | 3 | 75.0% | 3 | 100.0% |
| Anson | 7 | 2 | 28.6% | 2 | 100.0% |
| Ashe | 17 | 9 | 52.9% | 3 | 33.3% |
| Avery | 8 | 3 | 37.5% | 3 | 100.0% |
| Beaufort | 21 | 11 | 52.4% | 4 | 36.4% |
| Bertie | 8 | 3 | 37.5% | 2 | 66.7% |
| Bladen | 13 | 6 | 46.2% | 4 | 66.7% |
| Brunswick | 59 | 26 | 44.1% | 17 | 65.4% |
| Buncombe | 280 | 152 | 54.3% | 90 | 59.2% |
| Burke | 58 | 27 | 46.6% | 21 | 77.8% |
| Cabarrus | 226 | 113 | 50.0% | 74 | 65.5% |
| Caldwell | 49 | 26 | 53.1% | 20 | 76.9% |
| Camden | 8 | 5 | 62.5% | 2 | 40.0% |
| Carteret | 47 | 26 | 55.3% | 20 | 76.9% |
| Caswell | 7 | 2 | 28.6% | 1 | 50.0% |
| Catawba | 133 | 79 | 59.4% | 47 | 59.5% |
| Chatham | 94 | 45 | 47.9% | 27 | 60.0% |
| Cherokee | 8 | 6 | 75.0% | 3 | 50.0% |
| Chowan | 8 | 5 | 62.5% | 4 | 80.0% |
| Clay | 3 | 2 | 66.7% | 1 | 50.0% |
| Cleveland | 61 | 35 | 57.4% | 23 | 65.7% |
| Columbus | 16 | 7 | 43.8% | 2 | 28.6% |
| Craven | 63 | 35 | 55.6% | 24 | 68.6% |
| Cumberland | 244 | 123 | 50.4% | 85 | 69.1% |
| Currituck | 20 | 12 | 60.0% | 6 | 50.0% |
| Dare | 43 | 20 | 46.5% | 14 | 70.0% |
| Davidson | 113 | 69 | 61.1% | 36 | 52.2% |
| Davie | 36 | 19 | 52.8% | 12 | 63.2% |
| Duplin | 23 | 8 | 34.8% | 5 | 62.5% |
| Durham | 365 | 181 | 49.6% | 98 | 54.1% |
| Edgecombe | 17 | 6 | 35.3% | 4 | 66.7% |
| Forsyth | 437 | 251 | 57.4% | 167 | 66.5% |
| Franklin | 32 | 11 | 34.4% | 8 | 72.7% |

| | | | | |
|---|---|---|---|---|
| Gaston | 131 | 73 | 55.7% | 44 | 60.3% |
| Gates | 3 | 2 | 66.7% | 2 | 100.0% |
| Graham | 5 | 4 | 80.0% | 2 | 50.0% |
| Granville | 28 | 13 | 46.4% | 10 | 76.9% |
| Greene | 4 | 0 | 0.0% | -- | -- |
| Guilford | 776 | 423 | 54.5% | 257 | 60.8% |
| Halifax | 44 | 22 | 50.0% | 16 | 72.7% |
| Harnett | 53 | 15 | 28.3% | 9 | 60.0% |
| Haywood | 22 | 10 | 45.5% | 6 | 60.0% |
| Henderson | 70 | 33 | 47.1% | 17 | 51.5% |
| Hertford | 11 | 5 | 45.5% | 4 | 80.0% |
| Hoke | 16 | 5 | 31.3% | 3 | 60.0% |
| Hyde | 3 | 1 | 33.3% | 1 | 100.0% |
| Iredell | 194 | 93 | 47.9% | 65 | 69.9% |
| Jackson | 15 | 8 | 53.3% | 6 | 75.0% |
| Johnston | 126 | 54 | 42.9% | 29 | 53.7% |
| Jones | 3 | 2 | 66.7% | 1 | 50.0% |
| Lee | 32 | 16 | 50.0% | 10 | 62.5% |
| Lenoir | 36 | 18 | 50.0% | 14 | 77.8% |
| Lincoln | 62 | 28 | 45.2% | 17 | 60.7% |
| Macon | 18 | 9 | 50.0% | 6 | 66.7% |
| Madison | 14 | 10 | 71.4% | 7 | 70.0% |
| Martin | 8 | 3 | 37.5% | 3 | 100.0% |
| McDowell | 18 | 7 | 38.9% | 5 | 71.4% |
| Mecklenburg | 1,429 | 731 | 51.2% | 424 | 58.0% |
| Mitchell | 5 | 1 | 20.0% | 0 | 0.0% |
| Montgomery | 11 | 7 | 63.6% | 5 | 71.4% |
| Moore | 92 | 36 | 39.1% | 19 | 52.8% |
| Nash | 78 | 44 | 56.4% | 31 | 70.5% |
| New Hanover | 247 | 140 | 56.7% | 85 | 60.7% |
| Northampton | 17 | 5 | 29.4% | 4 | 80.0% |
| Onslow | 85 | 45 | 52.9% | 36 | 80.0% |
| Orange | 472 | 275 | 58.3% | 157 | 57.1% |

| | | | | | |
|---|---|---|---|---|---|
| Pamlico | 7 | 3 | 42.9% | 2 | 66.7% |
| Pasquotank | 19 | 9 | 47.4% | 7 | 77.8% |
| Pender | 36 | 18 | 50.0% | 11 | 61.1% |
| Perquimans | 5 | 1 | 20.0% | 0 | 0.0% |
| Person | 19 | 6 | 31.6% | 6 | 100.0% |
| Pitt | 129 | 84 | 65.1% | 46 | 54.8% |
| Polk | 10 | 8 | 80.0% | 5 | 62.5% |
| Randolph | 82 | 47 | 57.3% | 30 | 63.8% |
| Richmond | 21 | 9 | 42.9% | 5 | 55.6% |
| Robeson | 40 | 19 | 47.5% | 12 | 63.2% |
| Rockingham | 55 | 26 | 47.3% | 19 | 73.1% |
| Rowan | 69 | 42 | 60.9% | 27 | 64.3% |
| Rutherford | 19 | 12 | 63.2% | 7 | 58.3% |
| Sampson | 32 | 16 | 50.0% | 12 | 75.0% |
| Scotland | 17 | 10 | 58.8% | 5 | 50.0% |
| Stanly | 29 | 13 | 44.8% | 6 | 46.2% |
| Stokes | 18 | 7 | 38.9% | 4 | 57.1% |
| Surry | 43 | 25 | 58.1% | 15 | 60.0% |
| Swain | 4 | 2 | 50.0% | 2 | 100.0% |
| Transylvania | 16 | 12 | 75.0% | 8 | 66.7% |
| Tyrrell | 3 | 0 | 0.0% | -- | -- |
| Union | 332 | 193 | 58.1% | 124 | 64.2% |
| Vance | 20 | 10 | 50.0% | 7 | 70.0% |
| Wake | 1,881 | 918 | 48.8% | 569 | 62.0% |
| Warren | 6 | 3 | 50.0% | 2 | 66.7% |
| Washington | 2 | 0 | 0.0% | -- | -- |
| Watauga | 35 | 18 | 51.4% | 11 | 61.1% |
| Wayne | 57 | 32 | 56.1% | 17 | 53.1% |
| Wilkes | 30 | 17 | 56.7% | 7 | 41.2% |
| Wilson | 52 | 26 | 50.0% | 16 | 61.5% |
| Yadkin | 18 | 11 | 61.1% | 6 | 54.5% |
| Yancey | 5 | 3 | 60.0% | 3 | 100.0% |

**BY US STATE (using home address field)**

|    | Applied | Admitted | Admit % | Enrolled | Yield |
|----|--------:|---------:|--------:|---------:|------:|
| AK | 12 | 4 | 33.3% | 0 | 0.0% |
| AL | 124 | 26 | 21.0% | 4 | 15.4% |
| AR | 52 | 15 | 28.8% | 5 | 33.3% |
| AZ | 156 | 49 | 31.4% | 6 | 12.2% |
| CA | 1,302 | 181 | 13.9% | 25 | 13.8% |
| CO | 236 | 55 | 23.3% | 13 | 23.6% |
| CT | 521 | 65 | 12.5% | 19 | 29.2% |
| DC | 97 | 26 | 26.8% | 5 | 19.2% |
| DE | 101 | 11 | 10.9% | 6 | 54.5% |
| FL | 1,602 | 404 | 25.2% | 83 | 20.5% |
| GA | 1,113 | 276 | 24.8% | 70 | 25.4% |
| HI | 23 | 0 | 0.0% | -- | -- |
| IA | 57 | 15 | 26.3% | 1 | 6.7% |
| ID | 32 | 5 | 15.6% | 0 | 0.0% |
| IL | 670 | 80 | 11.9% | 12 | 15.0% |
| IN | 191 | 24 | 12.6% | 6 | 25.0% |
| KS | 91 | 20 | 22.0% | 1 | 5.0% |
| KY | 149 | 39 | 26.2% | 4 | 10.3% |
| LA | 110 | 35 | 31.8% | 5 | 14.3% |
| MA | 688 | 59 | 8.6% | 12 | 20.3% |
| MD | 1,248 | 216 | 17.3% | 52 | 24.1% |
| ME | 73 | 2 | 2.7% | 0 | 0.0% |
| MI | 284 | 37 | 13.0% | 9 | 24.3% |
| MN | 192 | 30 | 15.6% | 7 | 23.3% |
| MO | 172 | 31 | 18.0% | 8 | 25.8% |
| MS | 40 | 17 | 42.5% | 0 | 0.0% |
| MT | 17 | 2 | 11.8% | 0 | 0.0% |
| NC | 9,934 | 5,163 | 52.0% | 3,183 | 61.7% |
| ND | 9 | 3 | 33.3% | 0 | 0.0% |

| | | | | | |
|-----|------|-----|-------|----|-------|
| NE | 40 | 9 | 22.5% | 1 | 11.1% |
| NH | 138 | 7 | 5.1% | 0 | 0.0% |
| NJ | 1,565 | 191 | 12.2% | 46 | 24.1% |
| NM | 42 | 4 | 9.5% | 1 | 25.0% |
| NV | 44 | 7 | 15.9% | 0 | 0.0% |
| NY | 1,744 | 268 | 15.4% | 81 | 30.2% |
| OH | 587 | 89 | 15.2% | 13 | 14.6% |
| OK | 53 | 6 | 11.3% | 0 | 0.0% |
| OR | 92 | 18 | 19.6% | 4 | 22.2% |
| PA | 933 | 136 | 14.6% | 44 | 32.4% |
| RI | 80 | 8 | 10.0% | 2 | 25.0% |
| SC | 414 | 91 | 22.0% | 22 | 24.2% |
| SD | 15 | 4 | 26.7% | 1 | 25.0% |
| TN | 404 | 104 | 25.7% | 20 | 19.2% |
| TX | 912 | 203 | 22.3% | 34 | 16.7% |
| UT | 38 | 11 | 28.9% | 1 | 9.1% |
| VA | 1,451 | 306 | 21.1% | 70 | 22.9% |
| VT | 50 | 1 | 2.0% | 0 | 0.0% |
| WA | 162 | 27 | 16.7% | 6 | 22.2% |
| WI | 163 | 17 | 10.4% | 0 | 0.0% |
| WV | 50 | 11 | 22.0% | 2 | 18.2% |
| WY | 5 | 1 | 20.0% | 0 | 0.0% |

**FALL 2013 VS. FALL 2014**

| Applications | 2013 | 2014 | % Change |
|---|---|---|---|
| All | 30,835 | 31,331 | 1.6% |
| NC | 9,893 | 9,756 | -1.4% |
| OOS | 20,942 | 21,575 | 3.0% |
| | | | |
| Black/African American | 3,393 | 3,274 | -3.5% |
| Hispanic/Latino/Latina | 2,471 | 2,558 | 3.5% |
| Native American | 587 | 513 | -12.6% |
| | | | |
| FGC | 4,968 | 5,019 | 1.0% |
| Fee waivers | 2,710 | 3,505 | 29.3% |
| | | | |
| Female | 18,361 | 18,554 | 1.1% |
| Male | 12,474 | 12,777 | 2.4% |

| Admissions | 2013 | 2014 | % Change |
|---|---|---|---|
| All | 8,243 | 8,930 | 8.3% |
| NC | 5,043 | 5,138 | 1.9% |
| OOS | 3,200 | 3,792 | 18.5% |
| | | | |
| Black/African American | 772 | 880 | 14.0% |
| Hispanic/Latino/Latina | 666 | 755 | 13.4% |
| Native American | 185 | 202 | 9.2% |
| | | | |
| FGC | 1,225 | 1,242 | 1.4% |
| Fee Waivers | 557 | 840 | 50.8% |
| | | | |
| Female | 4,853 | 5,172 | 6.6% |
| Male | 3,390 | 3,758 | 10.9% |

| Yield | 2013 | 2014 | Change |
|---|---|---|---|

| | | | |
|---|---|---|---|
| All | 47.9% | 44.5% | -3.4 |
| From NC | 63.4% | 61.7% | -1.6 |
| From OOS | 23.4% | 21.1% | -2.3 |
| | | | |
| Black/African American | 50.6% | 48.0% | -2.6 |
| Hispanic/Latino/Latina | 42.5% | 40.8% | -1.7 |
| Native American | 50.3% | 48.0% | -2.3 |
| | | | |
| FGC | 59.8% | 57.2% | -2.7 |
| Fee Waivers | 61.9% | 50.6% | -11.3 |
| | | | |
| Female | 48.3% | 44.5% | -3.8 |
| Male | 47.2% | 44.5% | -2.7 |
| | | | |
| NC Female | 62.9% | 61.6% | -1.2 |
| NC Male | 64.2% | 61.9% | -2.3 |
| | | | |
| OOS Female | 23.9% | 20.2% | -3.7 |
| OOS Male | 22.8% | 22.3% | -0.5 |

| Decile Rank | 2013 | 2014 | Change |
|---|---|---|---|
| % First Decile | 78.4% | 77.6% | -0.8 |
| % Second Decile | 15.6% | 15.9% | 0.3 |
| % First Quintile | 94.0% | 93.5% | -0.5 |

| Numerical Rank | 2013 | 2014 | Change |
|---|---|---|---|
| % First | 7.1% | 7.7% | 0.6 |
| % Second | 6.4% | 5.9% | -0.5 |
| % Third | 5.6% | 4.5% | -1.1 |
| % Fourth Through Tenth | 24.4% | 24.1% | -0.3 |
| Total Top Ten | 43.6% | 42.3% | -1.3 |

**SAT Ranges**

| All | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 1780 | 1810 | 30 |
| 75th Percentile | 2110 | 2120 | 10 |

| NC | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 1780 | 1810 | 30 |
| 75th Percentile | 2080 | 2090 | 10 |

| OOS | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 1870 | 1860 | -10 |
| 75th Percentile | 2260 | 2230 | -30 |

**ACT Ranges**

| All | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 28 | 28 | 0 |
| 75th Percentile | 33 | 33 | 0 |

| NC | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 28 | 28 | 0 |
| 75th Percentile | 32 | 32 | 0 |

| OOS | 2013 | 2014 | Change |
|---|---|---|---|
| 25th Percentile | 30 | 30 | 0 |
| 75th Percentile | 34 | 34 | 0 |

| AP Scores | 2013 | 2014 | Change |
|---|---|---|---|
| Total Submitted | 19,953 | 20,484 | 531 |
| % Scores 3+ | 87.0% | 86.0% | -1.0% |