# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNIVERSITY OF NORTH CAROLINA et al.,** <br><br> **Defendants.** | **PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DATA REGARDING STUDENT PREPAREDNESS AND PERFORMANCE** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Students for Fair Admissions, Inc. ("SFFA") respectfully files moves to compel defendants ("Defendants" or "UNC") to produce anonymized data and documents regarding the academic preparedness and performance of students at UNC for the period of 2011-2017—specifically, (1) documents or data showing GPAs, graduation rates, and retention rates across racial and ethnic groups; (2) any analysis of the academic preparedness of UNC students by race/ethnicity (including any documents that analyze the possible correlation between high school GPA/test scores and academic performance at UNC); and (3) documents or data showing the race and ethnicity of

1

students who took so-called "paper classes" and of the students who maintained their academic standing because of those classes.

For the reasons stated in the accompanying brief, SFFA respectfully requests that this Court grant SFFA's motion to compel.

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Thomas R. McCarthy</u><br>Thomas R. McCarthy<br>Consovoy McCarthy PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>(703) 243-9423<br>E: tom@consovoymccarthy.com | <u>/s/ Alan M. Ruley</u><br>Alan M. Ruley<br>N.C. State Bar No. 16407<br>Bell, Davis & Pitt, P.A.<br>P.O. Box 21029<br>Winston Salem, NC 27120-1029<br>(336) 714-4147<br>E: aruley@belldavispitt.com |
| <u>/s/ William S. Consovoy</u><br>William S. Consovoy<br>Consovoy McCarthy PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>(703) 243-9423<br>E: will@consovoymccarthy.com | |

*Attorneys for Plaintiffs*

Dated: June 9, 2017

## L.R. 37.1 Certificate

The undersigned hereby certifies that this motion was filed only after personal consultation and diligent attempts to resolve the differences. Specifically, counsel for the parties conferred about the disputed issues repeatedly since December of 2016, including teleconferences on or about December 12, 2016, May 16, 2017, and June 7, 2017, and were unable to reach an accord or narrow their differences. Participants in the teleconferences included Michael Scudder and Marianne Combs for UNC and Patrick Strawbridge and Thomas McCarthy for SFFA.

*/s/ Thomas R. McCarthy*
Thomas R. McCarthy

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This the 9th day of June, 2017.

*/s/ Alan M. Ruley*
Alan M. Ruley
