# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | DECLARATION OF THOMAS MCCARTHY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF STUDENT PERFORMANCE DATA |

I Thomas R. McCarthy, being over 18 years of age and fully competent to make this declaration, declare the following pursuant to 28 U.S.C. 1746:

1. Attached as Exhibit A are true and accurate excerpts from a document that Defendants produced bearing Bates numbers UNC0124078-153.

2. Attached as Exhibit B is a true and accurate copy of a document that Defendants produced bearing Bates numbers UNC0097418-46

3. Attached as Exhibit C is a true and accurate copy of Plaintiff's First Request for Production of Documents, dated May 21, 2015.

1

4. Attached as Exhibit D is true and accurate copy of Defendants' Responses and Objections to Plaintiff's First Set of Document Requests, dated July 29, 2015.

5. Attached as Exhibit E is a true and accurate copy of Plaintiff's Second Request for Production of Documents.

6. Attached as Exhibit F are true and accurate excerpts from a document that Defendants produced bearing Bates numbers UNC0124154-93.

7. Attached as Exhibit G is a true and accurate copy of the Provost's Minority Male Workgroup: Recommendation Report, which Defendants produced to Plaintiff without Bates stamping.

8. Attached as Exhibit H is a true and accurate copy of a document that Defendants produced bearing Bates number UNC0109850.

9. Attached as Exhibit I is a true and accurate copy of a document that Defendants produced bearing Bates numbers UNC0326431-42.

10. Attached as Exhibit J is a true and accurate copy of a document that Defendants produced bearing Bates numbers UNC0140268-71.

11. Attached as Exhibit K are true and accurate excerpts of the final report of Kenneth Wainstein, which outlines the "Paper Classes" controversy at UNC-Chapel Hill.

12. Attached as Exhibit L are true and accurate excerpts from the transcript of Jennifer Kretchmar's deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2017

*/s/ Alan M. Ruley*
Alan M. Ruley