
EXHIBIT F

UNC0124154



## Acknowledgements

This report was prepared by UNC Diversity and Multicultural Affairs under the direction of Dr. Taffye Benson Clayton. We would like to thank all of the reporting schools/units and the Office of Institutional Research and Assessment for providing the initial reports and the institutional data from which this publication was derived.

## DMA Organization

**Taffye Benson Clayton, EdD**
Associate Vice Chancellor &
Chief Diversity Officer

**Marco J. Barker, PhD**
Senior Director of Education,
Operations, and Initiatives

**Sharbari Dey, MSW**
Education Programs Coordinator

**Miki Kersgard**
Communications Specialist

**Katherine Max**
Executive Assistant to the
Associate Vice Chancellor

**Josmell Perez, MA**
Assistant Director of Inclusive
Student Excellence and Carolina
Latina/o Collaborative

**Xiaowen Qin, MS**
Director of Diversity Research,
Assessment, and Analytics

**Margie Scott**
Administrative Support Specialist

**Ada Wilson Suitt, JD**
Director of Inclusive
Student Excellence




## Four-year and Six-year Graduation Rates

The graphs that follow present the four-year and six-year graduation rates of URM and white students from first-time freshmen classes entering the university in 2005–2009. For female students, the racial/ethnic gaps between the white and URM students were diminishing within the 2009 cohort. For male students, although improvement was observed within the 2009 cohort, much larger racial/ethnic gaps remained in the 4-year graduation rates, especially between white students as compared to Black and American Indian students.

**NOTE:** *Historically underserved is defined in this report as first-generation college students, and students from economically disadvantaged families. Academic achievements in this report are limited to rates of timely graduation from an accredited UNC program, and the cumulative GPA at graduation.*

**GRAPH 1.** Female 4-Year Graduation Rates of URMs and White



|  | Cohort '05 | Cohort '06 | Cohort '07 | Cohort '08 | Cohort '09 |
|---|---|---|---|---|---|
| White | 82.5% | 81.0% | 86.0% | 85.8% | 86.1% |
| American Indian | 51.9% | 58.3% | 73.1% | 57.7% | 80.0% |
| Black | 75.4% | 70.0% | 80.3% | 81.6% | 82.4% |
| Hispanic | 71.7% | 72.4% | 80.2% | 76.2% | 84.9% |

Case 1:14-cv-00954-LCB-JLW   Document 88-6   Filed 06/09/17   Page 3 of 6   UNC0124164

**GRAPH 2.** Male 4-Year Graduation Rates of URMs and White



|  | Cohort '05 | Cohort '06 | Cohort '07 | Cohort '08 | Cohort '09 |
|---|---|---|---|---|---|
| White | 76.2% | 75.9% | 77.5% | 78.2% | 80.5% |
| American Indian | 45.5% | 50.0% | 77.8% | 42.9% | 60.0% |
| Black | 52.9% | 54.5% | 57.4% | 60.8% | 60.8% |
| Hispanic | 71.8% | 72.4% | 70.9% | 66.7% | 68.4% |

**GRAPH 3.** Male 6-Year Graduation Rates of URMs and White



|  | Cohort '04 | Cohort '05 | Cohort '06 | Cohort '07 |
|---|---|---|---|---|
| White | 88.7% | 90.6% | 89.4% | 88.3% |
| American Indian | 83.3% | 45.5% | 75.0% | 77.8% |
| Black | 79.9% | 71.0% | 74.7% | 78.7% |
| Hispanic | 79.5% | 81.7% | 87.4% | 89.5% |

Graph 3 shows that the six-year graduation rates for URM males improved in the 2006 and 2007 cohorts. While Hispanic six-year graduation rates were catching up with the white six-year graduation rate for cohorts 2006 and 2007, the six year graduation rate for Black and American Indian students improved from 2005 to 2006 cohorts. However, six-year graduation rates of Black and American Indian students were still approximately 10 percent below the six-year graduation rate of white students in 2007.

Case 1:14-cv-00954-LCB-JLW   Document 88-6   Filed 06/09/17   Page 4 of 6   UNC0124165

The four-year graduation rate for first-generation students indicated an upward trend with slight variations across cohorts. Most notably, the gap between the first-generation and non-first-generation students in the 2009 cohort narrowed to approximately five percent, which represented the smallest gap in four-year graduation rates between these two groups across cohorts from 2004 to 2009.

**GRAPH 4.** 4-Year Graduation Rates for First-Generation and Non First-Generation Students

[Line graph showing graduation rates from Cohort '04 to Cohort '09. Non First-Generation line ranges from about 80% to 84%. First-Generation line ranges from about 67% to 78%.]

○ First-Generation   ● Non First-Generation

## Cumulative GPA at Graduation

Differences existed in cumulative GPA between graduates with and without financial need, and between URMs and white graduates. As a whole, graduates not in need of financial assistance had a higher cumulative GPA than graduates in need of financial assistance. Compared to their white counterparts, Hispanic graduates had the smallest GPA gap, whereas Black and American Indian graduates displayed a much wider GPA gap. Detailed information is presented in Table 5.

**TABLE 5.** Undergraduate Cumulative GPA at Graduation by Group by Cohort

| Year | Hispanic | American Indian | Black | White | Total | In Need of Financial Aid | Not In Need of Financial Aid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Cohort '05 | 3.18 | 3.09 | 2.87 | 3.29 | 3.22 | 3.15 | 3.29 |
| Cohort '06 | 3.15 | 2.93 | 2.92 | 3.28 | 3.21 | 3.13 | 3.29 |
| Cohort '07 | 3.16 | 3.01 | 2.94 | 3.31 | 3.24 | 3.15 | 3.32 |
| Cohort '08 | 3.18 | 2.86 | 3.01 | 3.3 | 3.25 | 3.16 | 3.33 |
| Cohort '09 | 3.18 | 3.14 | 3.03 | 3.36 | 3.29 | 3.20 | 3.37 |

**NOTE:** The GPAs of the racial groups are the average GPAs of the groups in need of and not in need of financial aid.

Case 1:14-cv-00954-LCB-JLW   Document 88-6   Filed 06/09/17   Page 5 of 6    UNC0124166





## Student Access and Success

For both undergraduate and graduate/professional student populations, there were no major changes observed in racial/ethnic composition compared to 2011, however, for American Indian student enrollment, a slow downward trend was observed over the past five years. Within the undergraduate student body, a similar downward trend was present for Black student enrollment. Hispanic student enrollment also decreased by 1.5 percent from 2011 to 2013. In contrast, Asian undergraduate student enrollment increased from a single digit to a double digit.

Compared to the 2008 cohort, the four-year graduation rates for female students increased for all the racial/ethnic groups, and the gap between URM and white students diminished significantly for the 2009 cohort. Although the four-year graduation rate of male undergraduate students in the 2009 cohort increased for American Indian and Hispanic students and remained the same for Black students, Hispanic students were 12 percent lower, and Black and American Indian students were 20 percent lower than their white counterparts. In terms of six-year graduation rates, continuous improvements were observed in URM males. In particular, the gap between the six-year graduation rates for Hispanic males and white males closed considerably in the 2006 and 2007 cohort. Similarly, first-generation four-year graduation rates showed an upward trend from 2005 to 2009. In the 2009 cohort, the gap in four-year graduation rates between the first-generation and non-first-generation was five percent, which was a significant improvement from the 10 percent difference, or higher, in the prior years.

As cumulative GPAs serve as a key indicator of academic performance, we examined and compared the cumulative GPAs of undergraduate students by racial/ethnic groups and by socio-economic status comparing students who were in need of, or not in need of financial aid. Generally, graduates who did not need financial aid had higher GPAs than graduates who were in need of financial aid; and the white graduates had higher cumulative GPAs than ethnic/racial minority graduates. However, the GPA gap between the graduates in need of financial assistance and not in need of financial assistance was marginal as the difference was under 0.2 percent. In terms of the underrepresented racial/ethnic groups, Hispanic graduates had the smallest GPA gap (ranging from 0.13 to 0.18), while the Black and American Indian graduates had wider gaps (ranging from 0.27 to 0.42), compared to the cumulative GPA of their white counterparts.

## Diversifying the Workforce

To ensure the educational benefits of diversity, UNC needs to achieve the critical masses of underrepresented populations. Students don't fully benefit from diversity on campus unless the faculty is truly diverse. In recent years, however, the average annual hiring rate of URM faculty was less than one percent. After subtracting the number of URM faculty

Case 1:14-cv-00954-LCB-JLW   Document 88-6   Filed 06/09/17   Page 6 of 6   UNC0124189