

# PROVOST'S MINORITY MALE WORKGROUP: RECOMMENDATION REPORT

 THE UNIVERSITY *of* NORTH CAROLINA *at* CHAPEL HILL

EXHIBIT G

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 1 of 16



# WORKGROUP MEMBERS

## CO-CONVENORS

**Taffye Benson Clayton**, *Associate Vice Chancellor for Diversity and Multicultural Affairs and Chief Diversity Officer and Clinical Professor of Educational Leadership*

**Enrique Neblett**, *Associate Professor of Psychology and Neuroscience*

**Abigail Panter**, *Senior Associate Dean for Undergraduate Education and Professor of Psychology and Neuroscience*

## WORKGROUP MEMBERS

Marco J. Barker
Paul Bonnici
Paula D. Borden
Bruce A. Cairns
Marcus L. Collins
Cynthia Demetriou
Chris Faison
Michael Highland
Brian P. Hogan
Sherick Andre Hughes
Ion Vincent Outterbridge
Josmell Perez
Claudis Polk
Deborah L. Stroman
Damon E. Toone
Ada K. Wilson
Harold Woodard



 THE UNIVERSITY of NORTH CAROLINA at CHAPEL HILL

# INTRODUCTION

The University of North Carolina at Chapel Hill (UNC) is committed to helping each student reach his or her full academic potential. Institutional data indicate that while there are many successful students of color at UNC, undergraduate men of color including Black, American Indian, and Latino students, are less likely than non-minority males to persist and graduate from Carolina.

The Provost's Minority Male Workgroup (Workgroup) first convened on February 24, 2015 to examine underrepresented minority (URM) male student progress and make recommendations for closing this academic achievement gap. The Workgroup used an Inclusive Excellence approach, which integrates diversity, equity, and inclusion into the core of academic institutions, and establishes a direct link between diversity, equity, and excellence.[1]

# RATIONALE

UNC has strong overall undergraduate graduation rates (80% of the 2007 cohort graduated within four years.) However, significant differences exist within particular groups. Overall, four-year graduation rates are lower for all male students and for URM students. Black, Latino, and American Indian male students are least likely to graduate within four years compared to their peers. While current data indicate that the achievement gap between URM male students and other students persists, the data also demonstrate that there are varying rates among Black, American Indian, and Latino undergraduate male groups. Students who are on academic probation are more likely to be male, Black, first generation and low-income.

Minority male literature indicates that successful programs that support minority male student success are tailored to meet their unique needs in a purposeful and strategic manner (Brown & Dobbins, 2004; Chiang, Hunter, & Yeh, 2004; Cabrera & Nasa, 2001; Cuyjet, 2006). Frequently, general student success strategies employed for all students will not meet all of the unique needs of many minority males. In particular, minority males are more likely than other demographic groups to be hindered by financial challenges and are less likely to access existing social and academic resources (Cuyjet, 2006; Harper & Harris, 2010). With the foundation of this research, this Workgroup, as well as campus teams and institutional efforts preceding its convening, have considered ways that our campus can more effectively provide critical and culturally-responsive support to these capable students who are experiencing unique challenges on their path toward graduation.

---

[1] While throughout this document, the phrase "URM" will include Black, American Indian, and Latina/o students, the Workgroup exercised care in acknowledging: (1) the differentiated needs of males within each of these racial and ethnic groups; (2) the intersecting identities present among URM males; and (3) the cultural distinctions and nuances that may exist within and the commonalities that may exist across URM male racial and ethnic minority groups.

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 4 of 16

# CHARGE

Following a series of campus-wide conversations, Provost James W. Dean Jr. tasked a group of faculty, staff, and administrators with examining the structures and programs designed to support the academic success of URM male students. The Provost appointed Drs. Taffye Benson Clayton, Enrique Neblett, and Abigail Panter as co-conveners. The co-conveners represent Diversity and Multicultural Affairs and the College of Arts and Sciences, units involved in supporting the academic success of undergraduate students.

Provost Dean, along with Vice Chancellor Felicia Washington, charged the Workgroup with completing four key tasks:

**Identify** areas where the university can begin to close gaps in achievement among underrepresented racial and ethnic groups on UNC's campus.

**Identify** and **examine** (1) existing data, programs, services and strategies, (2) current gaps in services and support, (3) unexplored areas of opportunity, and (4) areas of redundancy.

**Define** success in terms of enrollment, transition to first-year, persistence, campus engagement, and graduation.

**Examine** undergraduate URM male success and engage key partners across the campus to develop a set of institutional strategies to promote and sustain such success.

# PROCESS

After completing a preliminary review of URM male programs, the Workgroup convened to examine URM male support models and success strategies from the research, learn from colleagues engaged in URM and URM male focused student success efforts, and analyze relevant data points. The Workgroup also examined existing programs with positive outcomes and identified opportunities for growth and gaps in support. Workgroup members split into area-focused subgroups to maximize efficiency.

Over the course of four months, the Workgroup, using relevant retention models and standards, proposed and vetted fourteen areas of focus for URM male strategy development. Through a prioritization process, the focus areas were reduced from fourteen to four. These four focus areas guided the development of four strategies and supporting recommendations designed to holistically impact the success culture for URM males at UNC.

| |
|---|
| Discussed existing URM male cohort data, to include GPAs and graduation rates |
| Viewed the 2011 UNC Minority Male Summit video featuring Shaun Harper, discussed existing minority male demographic and GPA data and completed and discussed selected readings |
| Compiled and reviewed an inventory of existing minority male programs and services |
| Adopted a research model to assist in organizing its thinking and strategy development process |
| Discussed other effective strategies for minority male support and success from other institutions (Harper, UPenn; Hrabrowski, UMBC; Moore, Ohio State; Woodard/Ray, NC State) |
| Learned from our colleagues who are directly involved in minority male or student success programs about their efforts and outcomes (Carolina Millennial Scholars Program, Marco Barker; CAS Minority Male Initiative, Chris Faison, THRIVE@ Carolina and The Finish Line Project, Cynthia Demetriou) |
| Consulted with UNC programs with positive URM academic performance data for minority males (Carolina Covenant, Michael Highland and Initiative for Minority Excellence, Valerie Ashby) |
| Learned about the culturally specific needs of differentiated minority males within the URM male umbrella (American Indian, Marcus Collins; Latino, Josmell Perez; and African American, Marco Barker) |
| Viewed data highlights regarding 2015-2016 first year minority male students (Admissions, Damon Toone) |

**FIGURE 1. CONTENT OF WORKGROUP MEETINGS**






# APPROACH

UNC has embraced a model of inclusive excellence to implement diversity and inclusion organizational strategies on campus. At its core, inclusive excellence engages a change-focused planning process that integrates diversity, equity, and inclusion into the core of academic institutions, establishing a direct link between diversity, equity, and excellence.

UNC's adoption of an inclusive excellence model has been marked by new and innovative approaches to advancing student success and completion. Most notably, the university has engaged evidence-based approaches through course redesign efforts in gateway science courses with outcomes that indicate greater success for all students. The university has also utilized data-informed approaches for the development of student support and success strategies.

A key element of the inclusive excellence philosophy is a data driven approach to inform institutional responsiveness, action, and change across the organization. As it relates to underrepresented student success more specifically, the application of an inclusive excellence approach employs data disaggregation to better understand which students are succeeding and which students are not. Diversity researcher Smith refers to this process of data disaggregation as "inclusive and differentiated" (Smith, 2009).

On the one hand, undergraduate student success can be viewed in the aggregate, with metrics indicating the success of the overall undergraduate student body. On the other hand, an "inclusive and differentiated" process follows a similar approach, but employs the practice of disaggregating the data for a more granular, accurate, differentiated view of student success. The "inclusive and differentiated" approach can thus indicate academic progress or challenges within specific student populations such as first generation students, gender groups, Pell and non-Pell eligible students, and racial and ethnic under-represented minority students, etc.

The Workgroup used the inclusive excellence and inclusive and differentiated approaches to clarify which students are progressing academically. By examining quantitative metrics that are widely used as academic success indicators to determine minority male progress (e.g., GPA and graduation rates), we have gained insight regarding the recent performance of minority male undergraduate cohorts.

## CAO stands for
**C**ontexts
**A**ctions
**O**utcomes

The Workgroup sought to identify a working model that embodied the essence of inclusive excellence. Among the models reviewed were, (1) Harvey-Smith's Retention Model, which highlights the importance of institutional commitment, critical mass, cultural and psychosocial support and interaction and a supportive campus climate; (2) Harper's Standards for Black Male Campus Initiatives which outlines developing a written strategy, grounding initiatives in research and engaging campus-wide honest discussions about racism and its effects on black male student outcomes; and (3) J. Luke Wood and Robert Palmer's Contexts, Actions and Outcomes Model of Institutional Responsibility. The Workgroup found the Contexts, Actions, and Outcomes (CAO) Model of Institutional Responsibility, (which shares key principles with the inclusive excellence model) to be the most viable framework for identifying, organizing, and adapting the aspects of institutional support that are vital to supporting URM males at UNC.

CAO takes a holistic approach to success, looking at the entire institution's approach to its diverse student body. Each of the eight CAO model key domains of institutional responsibility and action (programs, policies, practices, resources, structures, climate, partnerships and inquiry) are focused on the same goal, which is student success (Wood & Palmer, 2015). The model contends that institutions of higher learning must "assume responsibility for the students that are enrolled in their institutions" and "[take] ownership of [each] student's affective development, cognitive development, and academic performance outcomes" (Wood & Palmer, 2015). In addition to institutional responsibility for student success, it also emphasizes a need for institutional action in support of URM male student success.[2]

While the Workgroup was guided and influenced by the CAO model, it also utilized the retention models of Harvey-Smith, Harper and Wood and Palmer to inform a more customized model for UNC, focusing on (1) academic performance; (2) student enrollment, engagement, and wellness; (3) administration, faculty, and staff employment and education; and (4) communications and marketing.



**INSTITUTIONAL STRATEGY:**
INCORPORATING IE AND CAO MODEL

[2]Appendix A outlines the full CAO model.

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 6 of 16

# HISTORY AND CONTEXT

In Spring 2014, national and local events sparked critical conversations across the campus community. Even prior to the last year of sustained national and institutional race and ethnicity related discourse, UNC URM males were expressing their needs to our institution through direct communication with professional staff, to one another, within campus organizations such as the Carolina Indian Circle, Black Student Movement and ChispA (Carolina Hispanic Student Association), as well as through social media. Through the use of social media, multicultural organizations and informal groups of diverse students at UNC and on campuses nationwide have created a "real time" student feedback culture for URM and broader student climate issues. An important topic among students has been the status of URM males at the University. UNC's demographic make-up (see Figure 2,) the increased discussion regarding URM and URM male related topics in social media, and consistent media focus on male student-athletes, has increased concern about the climate for URM males students in particular.

Over the last five years, data disaggregation and analysis has sparked important conversations about URM male success. In 2010, the Retention Task Force at UNC conducted a study of student retention, to follow up on the last major retention study, which was conducted in 2004.[4] In 2012, an institutional team convened by Diversity and Multicultural Affairs (DMA), the Center for Student Success and Academic Counseling, and Undergraduate Retention submitted a grant proposal for the Carolina Millennial Scholars Program (CMSP). The CMSP program, an active URM male cohort program currently housed in DMA, was originally funded for one year by the U.S. Department of Education and UNC General Administration.

In 2014 and 2015, two new initiatives began in the area of student success at UNC. Thrive@Carolina, a student success initiative, developed by a campus workgroup and led by Enrollment Management and Diversity and Multicultural Affairs was established. The Finish Line Project, a series of research studies focused on first-generation college students and funded by the U.S. Department of Education, was also launched.

A longer standing program, Carolina Covenant Scholars, is a premiere institutional scholarship effort and academic success model. Covenant, which began in October 2003, combines a web of support services and programs (including academic support and intervention, enrichment and personal development, mentoring, study abroad and campus engagement and community service) in support of each scholar's academic success.

---

**The focused attention to this issue, particularly during the last five years, demonstrates the institution's commitment to develop, implement and assess sustainable strategies that will eliminate the existing achievement gap in the near future.**

---



**FIGURE 2A. DEMOGRAPHIC MAKE-UP OF UNC STUDENTS**

- BLACK (8.5%)
- AMERICAN INDIAN (0.53%)
- ASIAN (10.94%)
- HISPANIC (7.57%)
- WHITE (65.3%)
- OTHER (7.07%)[3]







**FIGURE 2B. DEMOGRAPHIC MAKE-UP OF UNC STUDENTS**

- MALE (42.3%)
- FEMALE (57.7%)



---

[3] In this report, the term "other" refers to students who self-identified as Hawaiian or other pacific islander, more than one race, or preferred not to report.

[4] The 2004 study, titled "Promoting Success for Carolina's Undergraduates: Factors Related to Retention and Graduation," was a university-wide study of UNC-Chapel Hill's undergraduate retention policies, services, and procedures and was initiated by the Enrollment Policy Advisory Committee (EPAC).

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 7 of 16

# UNDERSTANDING THE DATA

In an effort to understand the full picture of URM males at UNC, the Workgroup critically examined retention and grade point averages (GPA) of URM males and their White male counterparts. While improvement of URM males' four-year graduation rates were observed in recent years, for cohort 2010, the gaps of the four-year graduation rates between White and Hispanic, and American Indian students were reduced to 4% and 6% respectively, but for Black males, the gap is still as large as 19%.

Figure 4, depicts the GPA at graduation of URM male students at UNC from cohort 2001 (Class of 2005) through cohort 2009 (Class of 2013). As Figure 2 shows, for Black male students, GPAs never break the 2.9 mark. Given the 3.0 GPA minimum standard for acceptance and success in graduate and professional school, this is an area of concern.

Taken together, the average GPAs for all URM male students—Black, Latino, and American Indian, has not exceeded the 3.2 mark for over a decade.

The data show that URM male students at UNC graduate at a lower rate than their White peers and that they have lower GPAs. For students who graduate, those low GPAs affect post-graduate study potential, lessening UNC's effectiveness in supplying the diverse talent pipeline for graduate study and completion.

------

**FIGURE 4.**
**GPA AT GRADUATION OF URM MALE STUDENTS AT UNC**



------

**FIGURE 3.**
**FOUR YEAR GRADUATION RATES OF URM MALE AND WHITE MALE UNDERGRADUATES**




Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 8 of 16

# SUCCESSFUL URM MALE STUDENTS

For nearly 25 years, Black and American Indian male and female students with 3.0 cumulative GPAs have been acknowledged at the College of Arts and Sciences' Hayden B. Renwick Awards, a minority academic achievement ceremony.

On November 2, 2011, UNC's Office of Undergraduate Retention conducted a survey of "successful" URM male students at UNC, with success defined, in part, as a 3.0 GPA or higher. URM male grades and credit hours were analyzed and URM males responded to a self-reporting survey.



Reports by Carolina Covenant highlighting URM male graduation rates and GPAs and Undergraduate Retention's data drawn from its 2011 survey provides an indication of an internal success-bearing model for URM male student success and guidance on the types of strengths that UNC must cultivate in its URM male students. The Provost's Minority Male Workgroup builds on the work of previous groups by offering an institutional action model with key areas of focus and initial outline of strategies for near term implementation.

**FIGURE 5. STRENGTHS OF SUCCESSFUL URM MALE STUDENTS AT UNC**
(Demetriou and Powell, 2011)

# INSTITUTIONAL OPPORTUNITIES

Following the 2010 retention study and subsequent Forum on Minority Male Success, campus units developed and implemented programs designed to enhance the living, learning, and social experiences of URM males at UNC.[5] While these initiatives represent a concerted effort to meet the needs of UNC's URM male student population, the Workgroup identified gaps in services that require immediate action:



**FIGURE 6. SERVICE GAPS THAT REQUIRE IMMEDIATE ACTION**

**Without a central office taking leadership of URM male efforts, there is potential for well-intentioned program development to lead to redundant and competing efforts.**

---

[5] Appendix B highlights current programs targeting URM males.

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 9 of 16

# ADDITIONAL PRIORITY AREAS

In addition to the four target areas, the Workgroup identified additional domains informed by the CAO model (Wood & Palmer, 2015) that should be attended to in future efforts. These include: review of existing institutional policies; strategic planning; culturally relevant pedagogy/practice; resources for institutional capacity; maintenance and development of partnerships; and assessment and inquiry.

**Review of Institutional Policy**: Institutional academic policies (add/drop, withdrawal, filing deadlines, admission criteria) and services (e.g., work study, institutional aid) should be reviewed to identify any that may adversely impact or inhibit the success of URM males. An example would be eligibility and enrollment policy. Such a review might consist of surveys or interviews assessing why minority males stop/dropout and consist of direct outreach and engagement with those students who leave the university.

**Strategic Planning**: Institutions should develop strategic plans that specifically target improved URM male success and outcomes. Such a plan can serve as a benchmark for achieving success goals and provide a framework for continuous improvement. Workgroup members suggested establishing a plan that articulates specific programs and strategies and institutional philosophies and policies that are designed to change the campus climate to better support the success of males of color.

**Culturally Relevant Pedagogy**: In recent years, UNC has identified several cutting edge strategies for engaging diverse students. Course redesign strategies have resulted in increased success among all students with notable improvements among specific URM student populations. UNC should continue to identify best practices with regard to serving URM males, such that students see themselves represented in curricular materials, and the teaching approaches employed by instructors are congruent with diverse cultural perspectives/worldviews.

**Resources for Institutional Capacity**: Wood and Palmer make the point that resources allocated to the success of men of color would build institutional capacity. They note that a key element is sustainability as efforts often rely upon one-time or intermittent funds. They suggest that institutions make strong efforts to sustain advancements with respect to URM male success through the institutionalization of dedicated resources.

**Partnerships**: UNC should continue to foster strategic partnerships with PreK-12, other postsecondary institutions, and industry. PreK-12 programming should maximize exposure of future students to the campus and outreach efforts should also visit the communities where future students may reside. While programs such as First Look, Carolina ADMIRES, Tar Heel Preview Day, and High School Honors Day serve as positive examples of this work at UNC, Workgroup members suggested further enhancing existing programs by preparing minority males prior to college entry to better navigate UNC; creating touch points with counselors and teachers; and providing opportunities for UNC minority males to engage male youth. Workgroup members also felt that resources to create new (or expand existing) programs aimed at K-12 outreach targeting minority males would be beneficial. Relations with community colleges might be one example of other postsecondary institutions that might facilitate the successful transfer of URM male students to Carolina. Finally, partnerships that result in professional opportunities (e.g., internships, practica, fellowships, work experiences) for URM males should continue to be maintained, fostered, and developed.

**Assessment/Inquiry**: Given institutional emphasis on evidence-based practice and data-driven decision making, resources should be allocated for ongoing critical assessment and inquiry of campus climate, existing programs serving URM males, and URM male student outcomes. Workgroup members suggested that additional inquiry efforts might include interviews with current and former students, analysis of graduation and matriculation rates, and assessment of other programs and institutions with a successful track record for supporting minority males.

------------------------------------

Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 10 of 16

# STRATEGIES AND RECOMMENDATIONS

The Workgroup's strategies and recommendations were developed with an eye toward the best opportunities for immediate impact. The recommendations that follow are a first step to address the previously stated gaps in support while eliminating the risk of redundant and decentralized efforts.

The strategies target four areas: (1) *shared oversight of academic performance*; (2) *creating a safe space for student growth and development*; (3) *training and education for administration, faculty, and staff*; and (4) *strengthened communications and marketing*.[6]

## I. SHARED OVERSIGHT OF ACADEMIC PERFORMANCE

Two units currently have responsibility for undergraduate academic performance and student success at UNC:

- Office of Undergraduate Education
- Office of Diversity and Multicultural Affairs
- Office of the University Registrar

The Workgroup identified several strategies within this area of focus. Shared access to academic performance data (as permissible under the law) for all key stakeholders, including increased data tracking ability and data transparency across the institution, is vital. Additionally, stakeholders would need an improved early warning system to track student progress during each semester.

In order to leverage increased access to academic performance data and the early warning system among selected stakeholders there must be a more routinized and coordinated process for working together. An iterative, ongoing process for discussing and developing critical new interventions is necessary. To ensure a coordinated approach, more specific support structures for advising need to be implemented and a central professional to monitor the success of URM male students should be designated. The central professional should serve as a point of contact for URM male students. This approach would increase coordination and signal the priority nature of this issue to the university.

The campus must develop and reinforce a culture of help-seeking behavior which promotes "calls for help" by URM male students earlier in the academic term, as well as find ways to be attentive to the diversity of URM male students across various intersections, including ethnicity, class, veteran status, transfer status, sexual orientation, gender identity and expression, and more.

### RECOMMENDATIONS

To implement the academic performance strategies mentioned above, the Workgroup makes the following two recommendations.

(1) *Implement Robust Student Success Tools (Degree Audit, Early Warning, and Data Analytics)*

**Description**: To serve URM males, robust student success tools are critical to provide continuous communication with students and provide quick, accurate feedback on student performance to University professionals. Additionally, sophisticated data analytics are required to fully appreciate student academic performance and needs, and to make timely interventions. A key group of student success stakeholders, led by Steve Farmer, Chris Derickson, and Abigail Panter, are currently developing designs with ITS to refine our limited degree audit and early warning systems.

**Implementation**: A representative from Diversity and Multicultural Affairs should join the group of student success stakeholders. These tools must provide support to current programs and services supporting URM males in the following ways:

- Easy identification of participants in cohort programs (Carolina Millennial Scholars Programs, Carolina Covenant Scholars, Carolina Firsts, Greek organizations).
- Full access to critical student data granted to campus partners who work with URM male populations including, but not limited to, semester-to-semester and year-to-year retention, early warnings, use of campus services, and progress towards degree completion.

(2) *Hire an Academic and Leadership Coordinator*

**Description**: The Academic and Leadership Coordinator will report to the Director for Inclusive Student Excellence. Having the position at the institutional level allows the coordinator to monitor students across colleges, schools, and majors.

**Search Committee**: The search committee would be led by Ada Wilson Suitt, Josmell Perez, Chris Faison, Cynthia Demetriou, and Ion Outterbridge.

**Job Duties**: The Academic and Leadership Coordinator would have the following duties:

- Monitor the new alert system and provide reports to key administrators

## SHARED OVERSIGHT OF ACADEMIC PERFORMANCE
### RECOMMENDATIONS

(1) *Implement Robust Student Success Tools (Degree Audit, Early Warning, and Data Analytics)*
(2) *Hire an Academic and Leadership Coordinator*

---

- Assess the effectiveness of the alert system
- Collaborate with the Coordinator for Minority Male Mentoring and Engagement
- Collaborate with the Learning Center, Career Services, and other key units in reviewing presentations and student performance workshops and how presenters interface with diverse male students.
- Focus on junior and senior engagement, which will build beyond first- and second-year engagement that is currently in place in the College of Arts and Sciences.
- Leadership development and academic coaching for multicultural students and organizations

## II. CREATING SAFE SPACES THROUGH ENROLLMENT, ENGAGEMENT AND WELLNESS

Three units currently work in, have responsibility for, or are charged to address student enrollment, engagement, and wellness at UNC:

- Division of Student Affairs
- Undergraduate Admissions and Enrollment Management
- Diversity and Multicultural Affairs

The Workgroup identified several strategies that would help achieve success in this focus area. UNC should create a safe and vibrant physical space for dialogue on identity and racial and ethnic consciousness. This space should also promote cultural belonging and affirm identity. There are an

---

[6] The Workgroup found the following factors deemed critical to the effective implementation of the strategies and recommendations. (1) staffing/capacity; (2) resources; (3) facilities; and (4) timeliness of execution.

array of URM male related opportunities (Carolina Millennial Scholars, Carolina M.A.L.E.S., Men of Color Engagement, RISE), as well as many other engagement activities for URM male students. The extensive number of engagement opportunities on our campus requires an easier way for students to connect with the information. Both a physical location and a virtual hub where URM students can connect and easily access information should be established. This strategy can alleviate student confusion about various URM male efforts and decrease feelings of

---

## CREATING SAFE SPACES THROUGH ENROLLMENT, ENGAGEMENT AND WELLNESS
### RECOMMENDATIONS

(1) *Create an Inclusive Excellence Grant Fund*
(2) *Grow Current Successful URM Male Initiatives*
(3) *Create a physical space on campus that affirms URM male experiences*

---

isolation created when students are unable to easily consider and navigate the range of opportunities.

Academic advisors should be well trained in engaging URM male students and available to offer direct assistance, as needed, to URM male students during the class registration process, particularly those who are first generation college students. Furthermore, UNC should require cultural competence and anti-racism workshops for all faculty and staff, particularly those who work with URM male and other diverse student populations.

The University should examine URM male-specific outcomes for student conduct and honor systems and support and clarify the re-entry process for URM male students following academic or personal challenges.

In terms of outreach and admissions, our campus should strengthen its efforts to attract and recruit URM male students. Increasing URM male presence and other forms of diversity on our campus enhances the academic and co-curricular experiences of all students. There are new opportunities to connect URM alumni engagement with student success efforts by developing more intentional connections with URM alumni networks. The university should allocate resources to explore and support potential URM alumni engagement and student success synergies.

### RECOMMENDATIONS

In general, the Workgroup recommends building on existing UNC programs that support enrollment, engagement, and wellness.

(1) *Create an Inclusive Excellence Grant Fund*
**Description**: The Inclusive Excellence Grant Fund is a $250,000 grant fund specifically allocated for URM male success as a component of a broader inclusive excellence institutional capacity building effort. UNC programs designed to enhance the experience of URM male students can submit a request for up to a three-year grant cycle.
**Grant Selection**: An Inclusive Excellence committee will select the grant recipients.
**Accounting**: Accounting for the grant will be managed by the Office of the Provost.
**Grant Administrator**: The grant will be administered by Diversity and Multicultural Affairs.
(2) *Grow Current Successful URM Male Initiatives*
**Description**: Certain UNC initiatives have been successful in encouraging the academic success of URM male students at UNC. These initiatives need support to grow.
**Carolina Millennial Scholars Program**: Increase cohort size by 10 students (to 40 total students) and add a graduate assistant.
**Minority Male Mentoring and Success**: Expand the first-year retreat and symposium to incorporate Strengthsquest, DiSC, and other assessments designed to measure student performance and outcomes.
**College of Arts and Sciences' Summer Bridge Program**: Increase the number of slots specifically for male students.
**Fraternity and Sorority Life and Community Involvement**: Provide academic and engagement sessions specifically for male students, working with the Coordinator for Minority Male Engagement in the College of Arts and Sciences and the new Coordinator for Academic and Leadership Development.
(3) *Create a physical space on campus that affirms URM male experiences*
**Description**: A dedicated physical space will allow URM males to build community, cultivate brotherhood, and develop a genuine connection Carolina.
**Funding source**: Offices of the Chancellor and Provost
**Location**: A committee will identify current unused spaces and submit a recommendation to the Chancellor and Provost.
**Timeline (Two Years): Year 1**: Review existing unused space and submit recommendations; **Year 2**: Begin space renovation and modifications.

## III. ADMINISTRATION, FACULTY, AND STAFF RECRUITMENT AND EDUCATION

Four units currently work in, have responsibility for, or are charged to address administration, faculty and staff employment and education at UNC:

- Division of Workforce, Strategy, Equity, and Engagement
- Diversity and Multicultural Affairs
- Office of the Provost
- Postdoctoral Affairs
- Center for Faculty Excellence

The Workgroup identified several strategies that would help achieve success in this focus area. Cultural competence and anti-racism education workshops

---

## ADMINISTRATION, FACULTY, AND STAFF RECRUITMENT AND EDUCATION
### RECOMMENDATIONS

(1) *Hire a Counseling and Psychological Services (CAPS) Counselor Specializing in Race/Ethnicity and Gender*
(2) *Hire a Scholar in the Area of Diversity, Male College Students, and Student Engagement*
(3) *Publicize and encourage Faculty and Staff Training Opportunities*

---

for faculty and staff are an important step towards furthering organizational learning at UNC. Having senior level leadership engagement and support of these efforts will be critical to encouraging faculty and staff participation. Continuing and increasing support for current workshops for faculty and staff addressing matters of race, climate, inclusion, and cultural competence is also recommended.

Furthering progress on UNC's commitment to diversify its administration, faculty, and staff is integral. Leveraging the Provost's Targeted Hiring Program, the Carolina Postdoctoral Program for Faculty Diversity, and more innovative hiring strategies, such as cluster hiring, could assist in advancing these efforts.

Recognition for mentoring and service related work performed by faculty and staff, to include consideration of how individual faculty service efforts (service on diversity, inclusion and URM-related committees, student mentoring) are valued in promotion decisions, as well as by the greater campus community, could encourage more faculty engagement around URM and URM male student success.



Case 1:14-cv-00954-LCB-JLW   Document 88-7   Filed 06/09/17   Page 12 of 16

## RECOMMENDATIONS

To implement the administration, faculty, and staff employment and education opportunities mentioned above, the Workgroup makes the following three recommendations.

(1) *Hire a Counseling and Psychological Services (CAPS) Counselor Specializing in Race/Ethnicity and Gender*

**Description**: Hire a CAPS counselor whose specialty is the intersection of race/ethnicity and gender or intersecting identities with experience working with URM males in higher education. The counselor will provide services to students, hold regular discussion sessions about race, and respond to national traumatic events. The budget will be $60-70K for annual salary with an additional $5,000 annually for an operational budget.

**Hiring Committee**: The hiring committee will be led by the CAPS director in consultation with Enrique Neblett.

(2) *Hire a Scholar in the Area of Diversity, Male College Students, and Student Engagement*

**Description**: Housed in the Office of the Provost or the Office of Undergraduate Education, post-doctorate position (salary $75,000-$90,000) will target a scholar whose area of research is male college students, diversity, and student engagement and who has a desire to pursue a career in diversity, inclusion and/or inclusive excellence.

**Job Description**: The scholar will teach at least one course, lead seminars for faculty and staff on URM male student engagement, and regularly consult with senior leadership.

**Research**: The scholar will engage in important research studies such as examining URM male athlete and non-athlete experiences at UNC and organizing student focus groups.

**Search Committee**: The search committee will be led by Marcus Collins, Deborah Stroman, Sherick Hughes, Abigail Panter, and Marco Barker.

(3) *Publicize and encourage Faculty and Staff*

# STRENGTHEN COMMUNICATIONS AND MARKETING
## RECOMMENDATIONS

(1) *Create Positive Narratives of URMs on Campus*
(2) *Create a Central Hub for Information*
(3) *Ensure URM Male Students Participate in Achieving Carolina Excellence*

---

*Training Opportunities*

**Description**: To ensure faculty and staff are informed about new training opportunities created by the recommendations of this Workgroup and those of the Provost's Committee on Inclusive Excellence and Diversity (PCIED), we recommend working with the PCIED to create a centralized listing of these educational resources.

- The Chancellor's or Provost's designee can apprise faculty and staff through a variety of communication venues, informing them of the available educational resources. Connections should be created with Deans and Department Chairs.

## IV. STRENGTHEN COMMUNICATIONS AND MARKETING

Three units currently work in, have responsibility for, or are charged to address communications and marketing at UNC:

- Communications and Public Affairs
- Division of Student Affairs
- Diversity and Multicultural Affairs

Schools and divisions across the university community are also responsible for maintaining up-to-date communications. The Workgroup identified several strategies that would help achieve success in this focus area. UNC should maintain and update a calendar with events of interest to URM male students. The calendar should be easily accessible and kept up-to-date.

Similarly, there should be a mechanism to post programs, services, and opportunities available to URM male students and to share good news with the entire university community and key stakeholders. Similar challenges exist with this notification system as do with the calendar system.

UNC should consider "Welcome" communications to URM male students regarding university activities when the students first receive acceptances to UNC. UNC should also consider a door marker (similar to "Safe Zone") to identify faculty and staff advocates.

## RECOMMENDATIONS

To implement the communications and marketing opportunities mentioned above, the Workgroup makes the following three recommendations.

(1) *Create Positive Narratives of URMs on Campus*

**Description**: We recommend that UNC ensure that there are campus stories and profiles (of faculty, staff, and students) that focus on men from diverse backgrounds, and ensure that these stories are published on both UNC, local, and national outlets.

**Leadership**: This initiative will be led by Chris Faison.

(2) *Create a Central Hub for Information*

**Description**: We recommend that UNC invest resources to improve and expand the existing website, http://menofcolor.web.unc.edu, which contains a listing of programs, research and data, resources, and more. It also provides access to a listserv that students can subscribe to.

**Graduate Assistant**: Hire a communications graduate assistant who can ensure the website is up-to-date and who can create stories for communications.

**Leadership**: This initiative will be directed by Chris Faison, who will also supervise the graduate assistant.

(3) *Ensure URM Male Students Participate in Achieving Carolina Excellence*

**Description**: Achieving Carolina Excellence (ACE) is a pre-orientation program designed to welcome new students to Carolina, hosted by Diversity and Multicultural Affairs. The purpose of ACE is to provide "additional opportunities for students to ensure a successful transition to the Carolina campus through a series of activities that assist with establishing a network of peer support and familiarity with important academic, social, and cultural supports."

**Leadership**: This initiative will be directed by Ada Wilson Suitt.

---



# OVERARCHING ACTION ITEMS

In addition to the recommendations and strategies outlined above, there were five key action items that emerged as "overarching" recommendations.

These action items are:

**(1) Establish a formal advisory board for the Minority Male Initiative.** This board should be composed of professionals with a documented record of success working with URM male students with ties to the university, e.g., William Keyes and Freeman Hrabowski. The advisory board should be convened by the co-conveners of the Workgroup. Following the delivery of this report and the consideration of its recommendations, the co-conveners should engage a process of identifying advisory board prospects for review.

**(2) Engage a URM male strategic planning effort.** A strategic planning process should be engaged in the near future for the Minority Male Initiative.

**(3) Task Diversity and Multicultural Affairs with coordinating, managing and monitoring URM male progress.** The Workgroups recommendations are extensive enough to require coordination and management by this office to monitor the progress on the recommendations in the four focus areas. Given the role and evidence-based URM male efforts currently underway in the Diversity and Multicultural Affairs, the professional staffing in the Office should be increased to serve as the coordinating unit for these efforts.

**(4) Assess and measure URM male progress in the established focus areas and additional areas of interest.** Develop an assessment tool to measure the activities of each of the four focus areas.

**(5) Assign and promote accountability for each of the four focus areas.** While accountability for the four focus areas will be jointly assigned, as appropriate, UNC should further cultivate an institutional culture of shared responsibility for inclusive excellence and the success of all students.

# CONCLUSION

Minority male achievement is a critical "top of mind" issue for higher education institutions across the country. As the nation's first public university, UNC will respond effectively to an achievement gap that persists to varying degrees among URM (American Indian, Black, Latino) undergraduate males. Recent investments by institutional leadership in academic support programs for all students indicate the priority nature of this matter for our university. We are committed to supporting talented undergraduate students who arrive on our campus each year to achieve their loftiest academic goals. Our institution has the leadership, the will, and the desire to continue to examine and address the needs of our students with evidence-based approaches and promising practices.

# REFERENCES

Brown, L. M., & Dobbins, H. (2004). *Students' perceptions of teachers: The role of ethnic matching between pupils and instructors*. Journal of Social Issues, 60, 157 - 174.

Cabrera, A. F., & La Nasa, S. M. (2001). *On the path to college: Three critical tasks facing America's disadvantaged*. Research in Higher Education, 42, 119-150.

Chiang, L., Hunter, C. D., & Yeh, C. J. (2004). *Coping attitudes, sources, and practices among Black and Latino college students*. Adolescence. 39, 793 – 815.

Cuyjet, M. J. (2006). *African-American men in college*. San Francisco, CA: Jossey-Bass.

Demetriou, C. & Powell, C. (2011, November). *Understanding minority male persistence and encouraging student success*. Poster presented at the National Symposium on Student Retention, Charleston, SC. Poster retrieved from: http://studentsuccess.unc.edu/files/2012/08/NSSR-poster-11X17.pdf.

Harper, S. & Harris, F. (Eds.). (2010). *College men and masculinities: Theory, research and implications for practice*. San Francisco, CA: Jossey-Bass.

Smith, D. (2009) *Diversity's promise for higher education: Making it work*. Baltimore, Md: Johns Hopkins University Press.

UNC Enrollment Policy Advisory Committee. (2010 – 2011). *Encouraging student success at Carolina: The undergraduate retention study*. Retrieved from http://studentsuccess.unc.edu/news/.

UNC Enrollment Policy Advisory Committee. (2004). *Promoting success for Carolina's undergraduates: Factors related to retention and graduation*. Retrieved from http://studentsuccess.unc.edu/news/.

Wood, J. & Palmer, R. (2015). *Black men in higher education: A guide to ensuring student success*. New York & London: Routledge.

# APPENDIX A: THE CAO MODEL



**CAO** — contexts, actions, and outcomes — can be understood in this manner:

**Context**: Context focuses on the "institution's inputs" including the institution's history, revenue, location, size, and type (Wood & Palmer, 2015).

**Actions**: In the CAO model, "institutional actions and ethos shape the experiential realities within the institution" (Wood & Palmer, 2015). Although students come to an institution from a variety of backgrounds, the institution has the responsibility to meet students "where they are" (Wood & Palmer, 2015). The CAO model provides eight key domains for action:

    **Programs**: Programming needed to provide "access to networks (social capital) and understanding of the spoken and unspoken structures of academe (cultural capital) (Wood & Palmer, 2015).

    **Policies**: Polices should focus on "resource equity" (Wood & Palmer, 2015).

    **Practices**: Practices include both "formal and informal operations on campus" (Wood & Palmer, 2015).

    **Resources**: Often, programs for URM male students are "chronically under-resourced and therefore cannot impact student success" (Wood & Palmer, 2015).

    **Structures**: Structures include the physical institutional structure that can "prevent students from establishing a sense of belonging" as well as the compositional structure of the campus leaders (Wood & Palmer, 2015).

    **Climates**: Campus climate is the "day-to-day dispositions…thinking, and self-perceptions held within the college or university"—the "institutional psyche" (Wood & Palmer, 2015).

    **Partnerships**: Institutions should form partnerships with PreK-12 institutions, with community colleges from which many URM males transfer to four-year schools, and with industry (Wood & Palmer, 2015).

    **Inquiry**: Institutions must be committed to inquiry, that is, to self-examination. "[O]rganizations, just as individuals, can learn and change over time" (Wood & Palmer, 2015).

**Outcomes**: All eight of the prior domains of institutional responsibility share the same goal: "student success" (Wood & Palmer, 2015). Under the CAO approach, institutions of higher learning must "assume responsibility for the students that are enrolled in their institutions" and "[take] ownership of [each] student's affective development, cognitive development, and academic performance outcomes." (Wood & Palmer, 2015)

------

Case 1:14-cv-00954-LCB-JLW  Document 88-7  Filed 06/09/17  Page 15 of 16

# APPENDIX B:
# EXISTING URM MALE PROGRAMS

| NAME | CAROLINA MILLENNIAL SCHOLARS PROGRAM | MEN OF COLOR ENGAGEMENT | THE FINISH LINE PROJECT: MINORITY MALE INITIATIVE | STUDENT ORGANIZATIONS |
|---|---|---|---|---|
| PROGRAM ELEMENTS | Facilitate the participation of diverse males in high-impact activities (e.g., study abroad and undergraduate research) Assist program participants in forming connections through workshops, faculty and staff, Carolina alumni, and community members; Provide professional, academic, social, and cultural development | Design and implement programs for men of color including: Monthly Networking Events; Pen Lineage Groups; First Year student retreat Host online portal: menofcolor.web.unc.edu | Launching Fall 2015 Faculty mentoring Coaching groups | Carolina M.A.L.E.S. UNC RISE Building Bonds Breaking B.A.R.S. National Pan-Hellenic Council Fraternities Greek Alliance Council Fraternities Intrafraternity Council |
| PROGRAM TYPE | 2-year program for first and second year students; cohort-based | Varies | Open to all URM males Varies | Membership-based |

**27**

THE UNIVERSITY of NORTH CAROLINA at CHAPEL HILL
