| | |
|---|---|
| From: | Stroman, Deborah L |
| Sent: | Thursday, October 10, 2013 10:12 PM |
| To: | Stroman, Deborah L |
| Subject: | Carolina Black Caucus - News You Can Use |

Hi Friends. See attached!

FYI – I am VERY encouraged by Chancellor Folt's outreach and continued concern for the health and welfare of our community. Please try to engage her whenever, wherever possible. She is excited to visit with us at her home next month and to speak in private at our January meeting. (Stay tuned for the sign-up for November's "Giving Thanks.")

The crisis is the current state of male students of color. Please take the time to encourage them and please refer them to university resources such as counseling & wellness and advising. The admissions numbers are very low, and the retention rate is poor. ;(

I hope to see you at this year's BAR events. http://alumni.unc.edu/article.aspx?sid=162 Thank you for the congrats!

Have a super weekend!

Regards,

debby

Deborah L. Stroman, Ph.D. CLU
919.843.0336
www.unc.edu/cbc

*"When the root is deep, there is no reason to fear the wind."*



UNC
CAROLINA BLACK CAUCUS

*Celebrating Our Community*

**EXHIBIT H**