**From:** Panter, A. T.
**Sent:** Friday, March 13, 2015 9:14 PM
**To:** Williford, Lynn E; Panter, A. T.
**Subject:** Re: css data

Hi!

I just got the message, and it looks great!

I loved the piped in information about the course.

I have a few small comments.

1. Can you just check that this is grammatically correct? This spring the Office of Undergraduate Education, in partnership with... Is the "This spring" no comma ok? All of the sudden I doubted myself!
2. I love the part about the IRB and the Office of the Provost — but I still have to speak with the IRB office to verify — unless you know that this is the case.

I think this is perfect! Thank you so much!! I hope we get something! I am assuming that we are asking a fixed number in each division.

Thanks for all of the CSS stuff! Also sorry for all of the extra that is being added with these projects and whatever the update is that you are working on.

Go heels!

Abigail

A. T. Panter
panter@unc.edu

---

**From:** <Williford>, Lynn Williford <lynn_williford@unc.edu>
**Date:** Friday, March 13, 2015 at 5:06 PM
**To:** "A. Panter" <panter@ad.unc.edu>
**Subject:** RE: css data

Abigail,

Okay, I'm relieved about the form. I was afraid there was something else I had overlooked. We are already taking care of #1-8 between Chris, Weiguo, and me and will be able to send something at least by Sunday evening.

**EXHIBIT J**

Hey, would you watch your email for the next few minutes?. You're about to get a test of our request for papers. Garrett and I tried it different ways but I think we have our methodology worked out now. Would you let me know how it comes out? If it works, he will come over to your office (Ben or somebody maybe?) early Monday to launch it so it appears that it's coming from you. I hate to send a big mass email on Friday afternoon. If it bombs, people will write mean emails over the weekend and I wont even know how to fix it.

Thanks,
Lynn

---

**From:** Panter, A. T.
**Sent:** Friday, March 13, 2015 4:39 PM
**To:** Williford, Lynn E
**Subject:** Re: css data

Hi again,

Joe is working on "the form." I am pasting in the form information, FYI. We don't need to worry about this now unless there was clear data. I think a lot of the data is not in your files.

More importantly, for our presentation I am interested in analyses for the CSS students versus "others." We talked about academic indicators including DFW, GPA science, attempted hours, high impact involvement. I think you mentioned that control groups were being identified, which is super. Even if we don't have matched controls, I would be interested in "science interested" others. We are trying to describe the scholars' academic track generally and through science— even during these short years (CSS1 — now sophomores; CSS2 now spring first years).

Chancellor's Science Scholars
1. DFW
2. Average course per semester – attempted hours
3. Total attempted hours
4. Earned hours
5. GPA in science and math courses – with and without Psychology
6. In or outside of science – whether or not they stay in science and math
7. High impact practices – FYS, research exposure classes, study abroad'
8. Retention at UNC — semester to semester, year to year

I would report the data as CSS students versus controls. I think if we had some data to show that they were indeed controls, that would be good too.

I am really hoping that this program is doing something! Thank you for everything. These are so important to us and I am hoping I have something to say.

We're excited about tonight! Go Heels! It would be great to move forward again… have fun!

Abigail

A. T. Panter
panter@unc.edu

**Recruitment**[1]

|  |  | 2013 Cohort | | 2014 Cohort | | 2015 Cohort | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | Overall | URM | Overall | URM | Overall | URM |
| # Applications |  | 200 |  | 300 | 80 | 490 | 118 |
|  | Ave Math SAT |  |  |  |  | 734 | 684 |
|  | HS GPA |  |  |  |  | 4.83 | 4.53 |
| # Offers |  | 44 | 26 | 56 | 37 | 40 * | 24* |
|  | Ave Math SAT |  |  |  |  |  |  |
|  | HS GPA |  |  |  |  |  |  |
| # Accepts |  | 24 | 12 | 33 | 20 | ? |  |
|  | Ave Math SAT | 706 | 690 | 681 | 650 |  |  |
|  | HS GPA | 4.69 | 4.66 | 4.74 | 4.68 |  |  |

[1] *URM = racial/ethnic minority*

**Retention and Academic Progress**

|  | 2013 Cohort | | 2014 Cohort | |
| --- | --- | --- | --- | --- |
|  | Overall | URM | Overall | URM |
| # Completing Summer Bridge | 24 | 14 | 33 | 22 |
| # Retained Year 1 | 21 | 12 |  |  |
| Year 1 GPA | 3.59 | 3.54 |  |  |
| Fall 2014 GPA | 3.34 | 3.38 | 3.58 | 3.51 |
| # Joined on-campus research lab | 8 |  |  |  |
| # Off-campus summer research | 15 |  |  |  |

**From:** <Williford>, Lynn Williford <lynn_williford@unc.edu>
**Date:** Friday, March 13, 2015 at 4:20 PM
**To:** "A. Panter" <panter@ad.unc.edu>
**Subject:** RE: css data

Abigail,

Do you want to send me the form so we can run the specific statistics? Maybe I can do it this weekend myself.

Sadly, I won't finish anything today (instructor credentials, our paper project invitations, etc.) -- we have a SACS report issue to deal with.

I hope it's a good game tonight.

Will be in touch over the weekend.
Go Heels!
Lynn

---

**From:** Panter, A. T.
**Sent:** Friday, March 13, 2015 3:38 PM
**To:** Williford, Lynn E
**Subject:** css data

Dear Lynn,

When it rains, it pours. I hesitate to ask but I am working on the powerpoint for our presentation that is coming up. I have to add numbers to a form that Joe is submitting to HHMI and brief the Chancellor soon about the data. Any analyses/data would be so useful.

We are excited for tonight. Y and I stopped in Student Stores today to prepare.

Enjoy!

I am really happy that CFE is helping. Very good!

Abigail


A. T. Panter
panter@unc.edu

4

Case 1:14-cv-00954-LCB-JLW   Document 88-10   Filed 06/09/17   Page 4 of 4    UNC0140271