```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
         CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

---

### DEPOSITION
### OF
### JENNIFER KRETCHMAR

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514


                03-07-17
                8:51 A.M.

---

              Michael B. Lawrence
                Court Reporter

            Civil Court Reporting, LLC
                 P.O. Box 1146
              Clemmons, NC  27012
                (336) 406-7684

EXHIBIT L

1  A.  No.

2  Q.  Can you say whether or not Lynn actually
3  posted those things for review?

4  A.  Not off -- not from memory.

5  Q.  Then it also says, "The group reviewed
6  the outcomes listed above and added GPA."  Do you
7  see that?  It's the last line.

8  A.  Yes.

9  Q.  So the -- is the outcomes -- the number
10 three of the outcomes most interested in
11 measuring?

12 A.  I guess, but that's how I understand it.

13 Q.  And is that referring to GPA --
14 projected first-year GPA or the GPA of the
15 admitted class in high school?

16 A.  I couldn't say for sure.

17 Q.  Okay.  Do you know whether or not GPA
18 was something that was measured as part of the
19 Working Group's analysis?

20 A.  I don't believe it was.

21 Q.  Are you familiar with any data regarding
22 the predictive effect of high school GPA on
23 college academic performance?

24 A.  Generally, yes.

25 Q.  And what's your understanding of that

1  research?
2      A.   That past performance is a pretty good
3  predictor of future performance.
4      Q.   In other words, a high high school GPA
5  is correlated with a high college GPA.
6      A.   Correct.
7      Q.   Do you know what -- do you know anything
8  about its relative predictability as opposed to
9  standardized testing?
10     A.   I couldn't recall off the top of my
11 head.  I -- I remember looking at some reports
12 produced by the college board that looked at
13 relative weights from national samples.
14     Q.   Do you remember what the -- what the
15 conclusion was with respect to those two factors?
16     A.   From my recollection performance is one
17 of the highest.
18     Q.   And performance in terms of -- in terms
19 of GPA or test scores?
20     A.   Oh, GPA.
21     Q.   GPA is better than test scores is your
22 recollection?
23     A.   Yes.  They're both predictive but in
24 terms of weights.  That's my recollection.
25     (Off-record comments)

```
 1        Q.    I'm going to mark this as Exhibit 21.
 2              (EXHIBIT NUMBER 21 WAS MARKED)
 3   (Witness examined document)
 4        A.    Okay.
 5        Q.    Okay.  Do you recognize this exchange?
 6        A.    I don't remember it, but...
 7        Q.    It's an email exchange between you and
 8   Mr. Farmer in September 2014?
 9        A.    Correct.
10        Q.    And it's referencing a leadership group
11   meeting.
12        A.    Yes.
13        Q.    What's the leadership group?
14        A.    It's a now defunct group of -- I think
15   it was the senior assistant directors.  Anyone at
16   the senior assistant director level met on a
17   monthly basis to discus leadership.
18        Q.    And is the email you're responding to
19   here a list of sort of Mr. Farmer laying out what
20   he thought should be the Admissions Office's
21   priorities in the coming year?
22                    MR. SCUDDER:  Objection.
23        A.    I'm not sure he spec -- I'm not sure it
24   specifically lays out the -- our priorities here
25   in this email.
```