THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF NORTH CAROLINA, )<br>et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>LUIS ACOSTA; ANDREW BRENNAN, )<br>CHRISTOPHER JACKSON on behalf of )<br>C.J.; RAMONIA JONES on behalf of R.J.; )<br>JULIA NIEVES on behalf of I.N.; ANGIE & )<br>KEVIN MILLS on behalf of Q.M.; LAURA )<br>ORNELAS; CECILIA POLANCO; )<br>TAMIKA WILLIAMS on behalf of A.J.; )<br>and STAR WINGATEBEY )<br>)<br>Defendant-Intervenors. ) | NOTICE OF APPEARANCE<br>OF EMILY TURNER |

NOW COMES Emily Turner of the North Carolina Justice Center, admitted to practice by this Court, and respectfully enters here notice of her appearance as counsel in this civil action on behalf of Defendant-Intervenors.

Respectfully submitted this 19th day of June, 2017.

<u>/s/ Emily Turner</u>
Emily Turner, N.C. Bar No. 49578
NORTH CAROLINA JUSTICE CENTER
224 South Dawson Street (27601)
P.O. Box 28068
Raleigh, NC 27601
Tel: (919) 861-2073
Email  emilyt@ncjustice.org

*ATTORNEY FOR DEFENDANT-INTERVENORS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in accordance with Local Rule 5.3(b)(2), this document filed through the CM-ECF system on June 19, 2017 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Emily Turner
Emily Turner