IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>Defendants. | Case No. 1:14-CV-954 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Lara A. Flath of Skadden, Arps, Slate, Meagher & Flom LLP as counsel for all Defendants in the above-captioned civil action in association with Stephanie Brennan who is a member of the bar of this Court.

Ms. Flath certifies that she is an active member in good standing of the bar of the State of Illinois. Ms. Flath further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Ms. Flath still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Ms. Brennan certifies that she remains responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for

certificates of service. Ms. Brennan further certifies that she, or another attorney from her office, will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: June 20, 2017                    Respectfully submitted,


                                        By: /s/ Lara A. Flath
                                        Lara A. Flath
                                        *Attorney for Defendants*
                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP
                                        155 N. Wacker, Suite 2700
                                        Chicago, Illinois 60606
                                        Telephone: (312) 407-0749
                                        Email: lara.flath@skadden.com


                                        /s/ Stephanie Brennan
                                        Stephanie Brennan
                                        *Attorney for Defendants, LR 83.1 Counsel*
                                        Special Deputy Attorney General
                                        NC State Bar No. 35955
                                        NC DEPARTMENT OF JUSTICE
                                        Post Office Box 629
                                        Raleigh, North Carolina 27602-0629
                                        Telephone: (919) 716-6920
                                        Email: sbrennan@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Lara A. Flath
Lara A. Flath
*Attorney for Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0749
Email: lara.flath@skadden.com