# EXHIBIT 1

Screenshot of Filters Available on http://oira.unc.edu

# Office of Institutional Research & Assessment

## Undergraduate Retention and Graduation Rates

**Data Notes**

| | |
|---|---|
| Report | ⦿ Retention Rates as of Census Date<br>◯ Graduation Rates(As of [most recent load date]) |
| Entered as | ⦿ First-Year Full-Time Undergraduate<br>◯ New Full-Time Undergraduate Transfer |
| Cohort Entry Year | All ▼ |
| Group By | ☐ Default - All Students    ☐ Residency<br>☐ Gender    ☐ First Generation Status<br>☐ Race/Ethnicity    ☐ Financial Need Status<br>☐ Citizenship    ☐ Pell Grant Recipient Status |
| Filter By | ☐ Female    ☐ NC Resident<br>☐ Male    ☐ Non-NC Resident<br>☐ American Indian/Alaskan Native    ☐ First Generation<br>☐ Asian/Native Hawaiian/Pacific Islander    ☐ Non-First Generation<br>☐ Black or African-American    ☐ Financial Need<br>☐ Hispanic of any race    ☐ No Financial Need<br>☐ White/Caucasian    ☐ Pell Grant Recipient<br>☐ Two or more races    ☐ Non-Pell Grant Recipient<br>☐ Race/Ethnicity Unknown    ☐ Clear All Filters<br>☐ **Under-Represented Minority**<br>☐ U.S. Citizen<br>☐ Resident Alien<br>☐ Non-Resident Alien |
| Report Format: | ⦿ **HTML**  ◯ **Excel** |

[Get Report]  [Reset]  Tables Produced: **1**