# EXHIBIT 2

Screenshot of Reports Available on
http://oira.unc.edu

**Office of Institutional Research & Assessment**

Diversity Statistics

To protect individual student identities, reports marked with (*) do not include number of students.

Reports with "IPEDS" referenced in the name have a separate category for reporting non-resident aliens. Reports with "Non-IPEDS" referenced in the name do not have a separate category for non-resident aliens so all people are reported based on the race/ethnicity selections they have made.

**University Employee Diversity Profiles**

Student Diversity

Undergraduate Student Diversity

Student Diversity by Level, Ethnicity/Race and Gender Fall 2015 PDF Excel

Student Diversity by First-Generation Undergraduates Fall 2015 Cohort * PDF Excel

Undergraduate Students of First Generation by Gender and Race/Ethnicity Fall 2015 * PDF Excel

Undergraduate Students by Gender and Race/Ethnicity Fall 2013 – Fall 2015 * PDF Excel

Undergraduate Student Classification by Gender and Race/Ethnicity Fall 2013 – Fall 2015 * PDF Excel

Undergraduate Students Term GPA by Gender and Race/Ethnicity Fall 2010 – Fall 2014 * PDF Excel

First-Time Undergraduates Cumulative GPA at Graduation by Race/Ethnicity, Gender and First-Generation 2015 * PDF Excel

First-Time Undergraduates First Fall Term GPA of 2014 by Race/Ethnicity, Gender and First-Generation * PDF Excel

First-Time Undergraduates First Fall Term GPA of 2014 by Race/Ethnicity, Gender and Needy Status * PDF Excel

First-Time Undergraduates Cumulative GPA at Graduation by Race/Ethnicity, Gender and Needy Status Cohort 2007-2011 * PDF Excel

First-Time Undergraduates Cumulative GPA at Graduation by Race/Ethnicity, Gender and First-Generation Cohort 2007-2011 * PDF Excel

New First-Year Student by Gender and Race/Ethnicity Fall 2010 – Fall 2015 * PDF Excel

New First Year Students Average Cumulative GPA by First Generation, Gender, and Race/Ethnicity Fall 2013 – Fall 2014 * PDF Excel

New First Year Students Average High School GPA by First Generation, Gender, and Race/Ethnicity Fall 2010 – Fall 2015 * PDF Excel

New First Year Average Term GPA by First Generation, Gender, and Race/Ethnicity Fall 2013 – Fall 2014 * PDF Excel

New First Year Students Term GPA by First Generation, Gender, and Race/Ethnicity 2010 – 2014 * PDF Excel

New Transfer Students by Gender and Race/Ethnicity Fall 2010 – Fall 2015 * PDF Excel

New Transfer Students by First Generation, Gender, and Race/Ethnicity Fall 2010 – Fall 2015 * PDF Excel

New Transfer Students by Incoming Status, Gender, and Race/Ethnicity Fall 2013 – Fall 2015 * PDF Excel

New Transfer Students Term GPA by First Generation, Gender, and Race/Ethnicity Fall 2010 – Fall 2014 * PDF Excel

New Transfer Undergraduates First Fall Term GPA of 2014 by Race/Ethnicity, Gender and First-Generation * PDF Excel

New Transfer Undergraduates First Fall Term GPA of 2014 by Race/Ethnicity, Gender and Needy Status * PDF Excel

New Transfer Undergraduates Cumulative GPA at Graduation by Race/Ethnicity, Gender and First-Generation Cohort 2007-2011 * PDF Excel

**All Student Diversity by School**