| From: | Kosorok, Michael R [/O=UNC EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KOSOROK] |
|---|---|
| Sent: | 3/10/2017 6:44:18 PM |
| To: | Kretchmar, Jen [jkretchmar@admissions.unc.edu]; Curran, Patrick J [curran@unc.edu] |
| CC: | Panter, A. T. [panter@email.unc.edu]; Kosorok, Michael R [kosorok@bios.unc.edu] |
| Subject: | RE: Admissions Data Request and Confidentiality Agreement |

How is the attached?

Michael

**From:** Kretchmar, Jen
**Sent:** Friday, March 10, 2017 1:36 PM
**To:** Kosorok, Michael R <kosorok@bios.unc.edu>; Curran, Patrick J <curran@unc.edu>
**Cc:** Panter, A. T. <panter@email.unc.edu>
**Subject:** FW: Admissions Data Request and Confidentiality Agreement

Hi Michael and Patrick,

I'm sorry I didn't get back to you sooner. I needed to check with others in the office about downloading data from the s drive. I'm afraid I'm going to have to ask you to resubmit our data access form as well to 1) indicate that you will in fact be downloading the data from the s drive and will destroy it once the analysis is complete and 2) add the name of your graduate students.

Patrick, I copied your first submission below for reference. The link to the form is copied below again as well. If one of you submits on behalf of all three, I think that is fine.

Sorry for the extra step.

Jen

https://unc-ch.formstack.com/forms/admissionsdatarequest


**From:** formstack@unc.edu [mailto:formstack@unc.edu]
**Sent:** Tuesday, January 17, 2017 11:49 AM
**To:** Arthur, Ashley <aarthur@admissions.unc.edu>; Legge, Allison <alegge@admissions.unc.edu>; Medina, Emilio A <emedina@admissions.unc.edu>
**Subject:** Admissions Data Request and Confidentiality Agreement

## Formstack Submission for form Admissions Data Request and Confidentiality Agreement
*Submitted at 01/17/17 11:48 AM*

# Exhibit D

| | |
|---|---|
| Name, title, and organization of individual requesting the release of data (hereinafter "Requestor"): | Patrick Curran, Professor of Psychology and Neuroscience, University of North Carolina at Chapel Hill |
| Requestor's Email Address: | curran@unc.edu |
| The named individual above is requesting the following data from the University of North Carolina at Chapel Hill. Please list the specific population and data fields that are required.: | Professor Michael Kosork (School of Public Health) and I are requesting data from the admissions office relating to all undergraduate applicants in the prior five years. All available data fields are requested.<br><br>We do not request data to be removed from the premises. Instead Patrick Curran (Onyen=curran) and Michael Kosorok (Onyen=kosorok) request access to the network drive on which the data are stored. |
| The data will be used for the following purpose (provide a detailed explanation of how the data will be used. If used for more than one purpose, list each one).: | Professors Curran and Kosorok are members of the Data Analytic Subcommittee of the Race Neutral Strategies Task Force led by Dr. Abigail Panter (Senior Associate Dean for Undergraduate Education) and Dr. Stephen Farmer (Vice Provost for Enrollment and Undergraduate Admissions). These data will be used to empirically examine criteria associated with admissions decisions over a five year period. |
| Communication sample: | |
| If Requestor proposes to provide access to the data to other individuals, list their names, | Dr. Michael Kosork, W. R. Kenan, Jr. Distinguished Professor, Department of Biostatistics, and Professor, Department of Statistics and Operations Research, University of North Carolina at Chapel Hill |

| | |
|---|---|
| titles and organizations:: | |
| Specify the date the data are required. Please submit your request at least 7 working days in advance.: | January 23, 2017 |
| Specify the anticipated date of completion for the project that requires these data. Upon project completion, the data must be destroyed or confidentially recycled, and Requestor must confirm in writing to the Office of Undergraduate Admissions that they have been destroyed or recycled.: | July 30, 2017 |
| This Confidentiality Agreement is entered into between the Office of Undergraduate Admissions and the Requestor. Under this Agreement, the Office of Undergraduate | Agree |

| | |
|---|---|
| Admissions will provide the data requested. Requestor agrees to use the data exclusively for the purpose detailed in this request.: | |
| If using the data to communicate with students, please refer to the attached Policy on Communications to New Students for additional information. By entering your name below and accepting the data, you agree to be bound by the above conditions. You also acknowledge that you have read the attached Policy on Communications to New Students and will abide by the terms outlined in this policy.: | Agree |
| Requestor will not disclose, publish, or disseminate | Agree |

| | |
|---|---|
| this Confidential Information and agrees not to use Confidential Information for any purpose other than specified above without the prior written consent of an authorized representative of the Office of Undergraduate Admissions.: | |
| Requestor agrees to protect this Confidential Information. The electronic information will be stored on password-protected devices. Any hard copies will be stored in a locked cabinet.: | Agree |
| Requestor will be responsible for any violation of the terms of this Agreement. Should there be any breach in confidentiality, Requestor will immediately report this to the Director of the Office of | Agree |

| | |
|---|---|
| Undergraduate Admissions.: | |
| At the completion of the project described in this agreement, Requestor will destroy the data provided by UNC-Chapel Hill and confirm their destruction in writing to the Office of Undergraduate Admissions.: | Agree |
| Name: | Patrick J. Curran |
| Title: | Professor of Psychology and Neuroscience |
| Date: | January 17, 2017 |
| Signature: | |

Direct Link to Image

Terms | Privacy
Copyright © 2017 Formstack, LLC. All rights reserved.
This is a customer service email.
Formstack, LLC
8604 Allisonville Rd.
Suite 300
Indianapolis, IN 46250