IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME |

Plaintiff Students for Fair Admissions, Inc. ("SFFA") respectfully requests a modest extension of time until Monday, July 3rd to file a reply brief in support of its Motion to Compel Production of Documents and Data Regarding Student Preparedness and Performance ("Motion to Compel"). *See* Doc. 86. Defendants University of North Carolina et al ("UNC") consent to this motion.

1. SFFA filed the Motion to Compel on June 9, 2017. Doc. 86. UNC filed a response brief on June 23, 2017. Doc. 92.

2. The docket entry for UNC's response states: "Replies due by 7/10/2017." *See* Doc. 92. SFFA initially relied on that July 10, 2017 deadline for its reply.

3. Yesterday, June 29, SFFA realized the docket entry is inconsistent with Local Rule 7.3(h). That rule requires reply briefs to be filed seven (7) days after the response brief is filed. Under the rule, then, SFFA's reply is due today, June 30.

4. The Clerk's Office has since confirmed that the July 10, 2017 deadline indicated on the docket is incorrect.

Wherefore, SFFA requests a short extension until Monday, July 3rd to file its reply brief. This modest extension of time will allow SFFA sufficient time to complete its reply without prejudicing the parties or the Court. UNC has consented to the relief requested in this motion.

Respectfully submitted,

/s/ *Thomas R. McCarthy*
Thomas R. McCarthy
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: tom@consovoymccarthy.com

/s/ *William S. Consovoy*
William S. Consovoy

/s/ *Alan M. Ruley*
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4147
E: aruley@belldavispitt.com

Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: will@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This the 30th day of June, 2017.

/s/ *Thomas R. McCarthy*
Thomas R. McCarthy