IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **UNIVERSITY OF NORTH CAROLINA et al.,** | |
| Defendants. | |

Upon consideration of Plaintiff's Consent Motion for Extension of Time, it is hereby ORDERED that the motion is granted. Plaintiff has until July 3, 2017 to file its reply brief in support of its motion to compel.

This the ___ day of _____, 2017.

_____

1