394IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW



| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br> Defendants. | **ORDER** |

Upon consideration of Plaintiff's Motion for Leave to File Supplemental Memorandum in Support of Motion to Compel Production of Applicant Data in this action, it is hereby ORDERED that the motion is granted.

This 30th day of June, 2017.

United States Magistrate Judge