IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

    Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

    Defendants.

ORDER



Upon consideration of Plaintiff's Consent Motion for Extension of Time, it is hereby ORDERED that the motion is granted. Plaintiff has until July 3, 2017 to file its reply brief in support of its motion to compel.

This the 30th day of June, 2017.

United States Magistrate Judge

1