# *UNITED STATES DISTRICT COURT*

MIDDLE DISTRICT OF NORTH CAROLINA

Students for Fair Admissions, Inc.

      v.                                  Case Number: 1:14CV00954

University of North Carolina, et al

# **N O T I C E**

**Take notice** that a proceeding in this case has been **set**/reset as indicated below:

                  PLACE:   U.S. Post Office Building
                                    323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:   Second Floor Courtroom
 DATE AND TIME:   July 27, 2017 at 9:30 am
     PROCEEDING:   Hearing on Motions to Compel

**The Parties are to meet and confer to attempt to resolve outstanding issues in the pending motions. The parties shall provide a status report to the Court of all remaining issues no later than July 25, 2017 at 5pm. The Parties are advised that the Court is permitted to award attorney's fees to the prevailing party pursuant to Federal Rule of Civil Procedure 37(a)(5) should matters not be resolved prior to the hearing.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: July 19, 2017

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD