IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNIVERSITY OF NORTH CAROLINA et al.,** <br><br> Defendants. | **Case No. 1:14-CV-954** |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Bryan K. Weir of Consovoy McCarthy Park PLLC as counsel for Plaintiff Students for Fair Admissions, Inc., in the above-captioned civil action in association with Alan M. Ruley who is a member of the bar of this Court. Mr. Weir certifies that he is an active member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, and California.

Mr. Weir further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Weir still further

1

certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Mr. Ruley certifies that he remains responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Ruley further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Respectfully submitted this 4th day of August, 2017.

/s/ Bryan K. Weir
Bryan K. Weir
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-9423
E: bryan@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This the 4th day of August, 2017.

/s/ Bryan K. Weir
Bryan K. Weir
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard,
Suite 700
Arlington, Virginia 22201
(703) 243-9423
bryan@consovoymccarthy.com