IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

        Plaintiff,

        v.

**UNIVERSITY OF NORTH CAROLINA et al.,**

        Defendants.

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time for Case Deadlines (Dkt. 102).

IT IS HEREBY ORDERED that the proposed schedule set forth in the parties' Joint Motion For Extension of Time for Case Deadlines (Dkt. 102) is ADOPTED, and the case shall proceed as follows:

1. All expert discovery shall be completed by May 31, 2018. Reports required under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the proposed discovery period as follows:

    (a) Affirmative expert reports by December 15, 2017

    (b) Rebuttal expert reports by February 28, 2018

(c) Reply expert reports by April 13, 2018

(d) All trial experts shall be deposed during the period between April 13, 2018 and May 31, 2018.

2. The deadline for filing any motions for summary judgment is July 27, 2018. Briefs in opposition to summary judgment shall be due September 10, 2018, and reply briefs shall be due October 10, 2018.

3. The current trial date is adjourned and a new date shall not be set until resolution of any summary judgment motions.

This the ___ day of August, 2017.

_____
Loretta C. Biggs
United States District Judge