UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW <br><br> NOTICE OF SPECIAL APPEARANCE |

Pursuant to L.R. 83-1(d), Intervenor Defendants hereby give notice of the special appearance of Jon Greenbaum of the organization Lawyers' Committee for Civil Rights Under Law, appearing as co-counsel for Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Mr. Greenbaum has filed his application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: August 18, 2017   /s/ Jon Greenbaum (DC Bar No. 489887)
　　　　　　　　　　　　　　1401 New York Avenue NW, Suite 400
　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　Telephone: (202) 662-8315
　　　　　　　　　　　　　　Facsimile: (202) 783-0857
　　　　　　　　　　　　　　*Counsel for Intervenor Defendants*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on August 18, 2017 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jon M. Greenbaum
Jon M. Greenbaum