# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO. 1:14CV954 |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time for Case Deadlines (Docket Entry 102.) Upon review of the motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion (Docket Entry 102) is **GRANTED** and the case deadlines are extended as follows:

1. All expert discovery shall be completed by May 31, 2018. Reports required under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the proposed discovery period as follows:

    (a) Affirmative expert reports by December 15, 2017

    (b) Rebuttal expert reports by February 28, 2018

    (c) Reply expert reports by April 13, 2018

    (d) All trial experts shall be deposed during the period between April 13, 2018 and May 31, 2018.

2.      The deadline for filing any motions for summary judgment is July 27, 2018. Briefs in opposition to summary judgment shall be due September 10, 2018, and reply briefs shall be due October 10, 2018.

3.      The current trial date is continued to a date later determined by the Court.

     **SO ORDERED**. This, the <u>22nd</u> day of August, 2017.

Joe L. Webster
United States Magistrate Judge
