UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW <br><br> NOTICE OF SPECIAL APPEARANCE |

Pursuant to L.R. 83-1(d), Intervenor Defendants hereby give notice of the special appearance of Brenda Shum of the Lawyers' Committee for Civil Rights Under Law, appearing as co-counsel for Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Ms. Shum has filed her application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: September 6, 2017          /s/   Brenda Shum (OR Bar No. 961146)
                                  1401 New York Avenue NW, Suite 400
                                  Washington, DC 20005
                                  Telephone: (202) 662-8332
                                  Facsimile: (202) 783-0857
                                  *Counsel for Intervenor Defendants*

# CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on September 6, 2017 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    /s/ Brenda L. Shum
                                                   Brenda L. Shum