IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)** <br><br> **ORAL ARGUMENT REQUESTED** |

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move to dismiss this action for lack of subject matter jurisdiction.

1. Plaintiff Students for Fair Admissions brought suit against Defendants as an organizational plaintiff asserting representational standing. To do so, SFFA bears the threshold burden of proving that it is eligible for representational standing.

2. As explained in detail in Defendants' supporting memorandum of law, SFFA fails to meet this prerequisite because, as facts elicited through discovery demonstrate, its members lack the indicia of membership in an organization.

WHEREFORE, Defendants respectfully request that the Court:

1.  Grant Defendants' Motion to Dismiss;

2.  Enter judgment for Defendants; and

3.  Grant Defendants such other relief as may be appropriate.

Defendants also respectfully request the opportunity to present oral argument on this Motion.

**Respectfully submitted this 25th day of October, 2017.**

JOSH STEIN
Attorney General

/s/ Michael Scudder
Michael Scudder
Lara Flath
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: michael.scudder@skadden.com
E: lara.flath@skadden.com
E: marianne.combs@skadden.com

/s/ Lisa Gilford
Lisa Gilford
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave.
Los Angeles, CA 90071
(213) 687-5130
E: lisa.gilford@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General
NC State Bar No. 43921
E: mtulchin@ncdoj.gov
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
(919) 716-6920

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 25th day of October, 2017.

/s/ Michael Scudder
Michael Scudder