# EXHIBIT 2

# Excerpts of Deposition of Edward Blum

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2                   CASE NO.: 1:14-CV-954

 3
     -------------------------------X
 4   STUDENTS FOR FAIR ADMISSIONS,  :
     INC.,                          :
 5                                  :
               Plaintiff,           :
 6                                  :
     v.                             :
 7                                  :
     THE UNIVERSITY OF NORTH        :
 8   CAROLINA AT CHAPEL HILL,       :
     et al.,                        :
 9                                  :
               Defendants.          :
10   -------------------------------X

11

12

13     SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER

14

15

16        DEPOSITION OF EDWARD BLUM, INDIVIDUALLY
           AND AS THE RULE 30(B)(6) DESIGNEE OF
17            STUDENTS FOR FAIR ADMISSIONS, INC.
                   (Taken by Defendants)
18              Charlotte, North Carolina
                     May 12, 2017
19

20

21

22

23

24   Reported by:  Dayna H. Lowe
                   Court Reporter
25                 Notary Public
```

www.huseby.com　　　　　Huseby, Inc. Regional Centers　　　　　800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW　　Document 107-2　　Filed 10/25/17　　Page 2 of 15

 1  for Fair Admissions?
 2      A.   No.
 3           MR. STRAWBRIDGE:  Object to the form of the
 4  question.
 5      A.   No.
 6           BY MR. SCUDDER:
 7      Q.   Okay.  How about Twitter?
 8      A.   I don't.  I've never sent a Tweet.
 9      Q.   Okay.  Do the organizations -- the two
10  organizations that we've talked about, do they use
11  Twitter to communicate?
12      A.   I think they do.
13      Q.   And who would do that communicating via
14  Twitter?
15      A.   Engage.
16      Q.   Engage DC?
17      A.   Correct.
18      Q.   Okay.  And Engage DC, if they do engage in
19  such communications via social media, how do they know
20  what to communicate?
21      A.   They -- at the beginning of a campaign they
22  will send me a chronology of Tweets and posts that they
23  think would be appropriate to meet the goals of the
24  campaign, and I approve those Tweets and posts.
25      Q.   I see.  Who's your point of contact at

www.huseby.com     Huseby, Inc. Regional Centers     800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 3 of 15

 1     Q.    Are you assisted by anybody else?  I'm not
 2  asking for a name, but anybody else?
 3     A.    Sometimes I will ask one of our counsel to
 4  join me on a trip to explain the status of a case.
 5     Q.    Okay.  But there's no -- you don't have an
 6  employee that shoulders responsibility for some aspect
 7  of fund-raising?
 8     A.    No.
 9     Q.    How much time would you estimate last year,
10  let's just say calendar 2016, that you devoted to
11  fund-raising for Students for Fair Admissions?
12     A.    Mr. Scudder, I wouldn't know where to begin to
13  answer that question.  I can't -- I can't quantify it.
14  It's --
15     Q.    So without trying to -- I understand.  Without
16  trying to quantify it, what kind of activities does the
17  fund-raising entail, just by category?
18     A.    Sure.  Drafting grant proposals, sending grant
19  proposals, following up on grant proposals, making
20  presentations to foundations, making presentations to
21  individuals, phone calls to individuals and foundations,
22  email requests.  That's about it.
23     Q.    Do you do that from -- you do that from your
24  personal residence or office space?
25     A.    Personal residence.

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 4 of 15

```
 1      Q.   Is that how you think of it?
 2      A.   Yes.
 3      Q.   In the paragraph 4.05, do you see it there?
 4      A.   I do.
 5      Q.   Is there any -- is there any way under that
 6   provision, to your knowledge, for a member to
 7   participate in the removal of a director?
 8           MR. STRAWBRIDGE:  Object to the form of the
 9   question.
10      A.   At the time this document -- at the time of
11   this -- I think the answer is no.
12           BY MR. SCUDDER:
13      Q.   Okay.  How often does your board of directors
14   meet?
15           MR. STRAWBRIDGE:  Just one moment, Counsel.
16   I'm sorry.
17           MR. SCUDDER:  Sure.
18           MR. STRAWBRIDGE:  Counsel, are you speaking
19   generally or are you asking for dates of specific
20   meetings?
21           MR. SCUDDER:  No.  Generally.
22           MR. STRAWBRIDGE:  You may answer the question
23   generally.
24      A.   Quarterly.
25           BY MR. SCUDDER:
```

www.huseby.com | Huseby, Inc. Regional Centers | 800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 5 of 15

```
 1      Q.   So approximately four times per year?
 2      A.   Approximately four times.  Some -- most years
 3   a minimum of four.  Sometimes a meeting will be called
 4   to discuss an individual matter.
 5      Q.   Understood.  Without asking about what
 6   occurred in any particular meeting, and again staying
 7   general, do those meetings occur in person?
 8      A.   They're telephonic.
 9      Q.   And have each of them been telephonic?
10      A.   Yes.
11      Q.   Has the board ever, to your knowledge, met in
12   person?
13      A.   No.
14      Q.   And again without getting into the substance
15   of any particular meeting, in advance of a meeting is
16   there an agenda prepared to inform directors of what
17   will be discussed at the meeting?
18      A.   Yes.
19      Q.   And are those agendas ones that you maintain?
20      A.   Myself and counsel typically provide an email
21   to the board members with topics to be discussed.
22      Q.   Okay.  Without telling me about the content of
23   any particular agenda, who prepares the agenda?
24      A.   It's a joint effort.
25      Q.   And are there minutes kept of the meetings
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 6 of 15

 1                MR. STRAWBRIDGE:  I'd caution that you may
 2   generally describe types of things the board discusses
 3   at those meetings, but please do not disclose any
 4   specific discussions.  Keep it general, as I understand
 5   the question calls for.
 6                MR. SCUDDER:  Yes.
 7        A.   We discuss the status of litigation.  We
 8   discuss articles of interest that have appeared about
 9   our topic.  We discuss future litigation.
10                BY MR. SCUDDER:
11        Q.   Topically that's generally what comes to mind?
12        A.   Yes.
13        Q.   When you say -- and I'm not asking about any
14   specifics.  When you say "articles of interest," things
15   that are published that appear in the press --
16        A.   Yes.
17        Q.   -- or scholarly literature or commentary and
18   the like?
19        A.   Correct.
20        Q.   Who would you say manages the day-to-day
21   activities of the organization?
22        A.   I do.
23        Q.   And what are those activities?
24        A.   Communication with counsel, communication with
25   members, fund-raising, outreach, media relations.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 7 of 15

```
 1      Q.   With the quarterly meetings, approximately how
 2   long do they last?
 3           MR. STRAWBRIDGE:  I don't know --
 4           BY MR. SCUDDER:
 5      Q.   I'm not asking you about any content or any
 6   topics of discussion.  How long would you estimate they
 7   last on average?
 8           MR. STRAWBRIDGE:  Counsel, one second.  As I
 9   understand the question, the question is on average how
10   long does a board of directors meeting last, and you're
11   not seeking information about the length of any
12   particular meeting.
13           MR. SCUDDER:  Exactly right.
14           MR. STRAWBRIDGE:  You may -- consistent with
15   our agreement, you may answer that question.
16      A.   About 45 minutes.
17           BY MR. SCUDDER:
18      Q.   Okay.  How would you describe the mission or
19   purposes of the organization, Students for Fair
20   Admissions?
21      A.   The mission is to eliminate the consideration
22   of race in K through 12 admissions decisions and higher
23   education admissions decisions.
24      Q.   What are the means that the organization
25   pursues to achieve that mission?
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 8 of 15

```
 1              MR. STRAWBRIDGE:  Object to the form of the
 2   question.  You're not calling for any specific action?
 3              MR. SCUDDER:  No.  I can make clear, I'm not
 4   intending with any question to breach the agreement that
 5   we reached coming into today.
 6              MR. STRAWBRIDGE:  And I'm not suggesting that
 7   you are, Counsel.  I just want to make sure the witness
 8   understands.
 9              MR. SCUDDER:  I understand.
10       A.   We primarily rely on litigation to achieve our
11   mission.
12              BY MR. SCUDDER:
13       Q.   Okay.  And do you rely upon anything
14   secondarily to achieve your mission?
15       A.   Advocacy.  Yes, advocacy and -- yes.  Just
16   call it advocacy.
17       Q.   And when you say "advocacy," what do you mean
18   by advocacy?
19       A.   Educate the American public about the unfair
20   and unconstitutional uses of race by educational
21   institutions in their admissions policies.
22       Q.   And with respect to the advocacy prong of the
23   mission or that aspect of the mission, how do you go
24   about pursuing those educational efforts?
25       A.   Speeches, debates, forums, one-on-one
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 9 of 15

1  Q.  Yes.
2  A.  Yes.
3  Q.  Okay.  Can you approximate the percentage?
4  A.  Well, let me see if I can quantify it for you.
5  We did not assess a membership fee from inception
6  through the date or shortly after the date of these
7  amended bylaws.
8  Q.  Right.
9  A.  At that point we had over 20,000 members.
10  When we assessed the membership fee, then our membership
11  has continued to grow, but not anything like the numbers
12  prior to that.
13  Q.  Right.  So what I am taking away is that at
14  the time that the board made that decision in June of
15  2015, you had a membership in the area of
16  20,000 members.  Today you have a membership in the
17  ballpark of 21,500 members, so approximately
18  1500 members have been asked to pay a one-time
19  assessment?
20  A.  No.  My numbers -- I think by the time we
21  instituted and were able to actually have the mechanism
22  to collect the $10, which took some time, we have added
23  I believe about a hundred new members who have paid
24  their membership fee.  Not the 1500.
25  Q.  I see.  You're just talking about the

www.huseby.com | Huseby, Inc. Regional Centers | 800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 10 of 15

```
 1              MR. STRAWBRIDGE:  We can go through the
 2   record.
 3              BY MR. SCUDDER:
 4        Q.   Can you identify what percentage of that
 5   number of individuals, the 21,500 members of the
 6   organization, have not yet applied to college?
 7              MR. STRAWBRIDGE:  I think I have the same
 8   objection and the same instruction on that one.
 9              BY MR. SCUDDER:
10        Q.   What's the process for becoming a member?  If
11   an individual wanted to join, can you just walk me
12   through that?
13        A.   Sure.  The Students for Fair Admissions
14   website allows an individual to provide us his first and
15   last name, I believe his ZIP code, his cell number
16   optionally, and I do think there is a field in which the
17   prospective new member can tell us a little bit about
18   himself or herself, and there is a donate or a join
19   button.  Activating that button then takes the
20   prospective member to a payment page in which the
21   prospective member makes his $10 donation via credit
22   card and submits it.  That person thereafter is a member
23   of Students for Fair Admissions.
24        Q.   Okay.  If an individual goes through each of
25   the steps that you just described, is there an
```

www.huseby.com       Huseby, Inc. Regional Centers       800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 11 of 15

1  join and been denied?
2       A.   No.
3       Q.   Does the organization do anything to recruit
4  members?
5       A.   Yes.
6       Q.   Can you walk me through those activities?
7       A.   What I detailed before.  I'm invited to give
8  talks, participate in forums.  I encourage members and
9  friends and associates to send the link, the membership
10 link, to their friends and associates.  We have -- we
11 have engaged Engage DC to send the Students for Fair
12 Admissions, I guess, portal to individuals who use
13 social media and things like that.
14      Q.   Okay.  And then I think when you reference
15 some of your -- you just alluded to your prior answers,
16 the talks that you gave, for example, in northern and
17 southern California to the Asian affinity groups.  Would
18 those fairly be characterized as, at least in part,
19 recruiting in nature?
20      A.   Yes.
21      Q.   Upon joining, becoming a member and receiving
22 the welcome letter that you described, are there any
23 communications with members that inform them of rights,
24 responsibilities, privileges, opportunities that
25 associate with membership?

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 12 of 15

 1      A.   They have the right to elect a board member.

 2      Q.   Do they have any other rights?

 3      A.   They have the right to contact us, express

 4   opinions.  They have, I guess, the right to resign if

 5   they don't like our activities.  They have no other

 6   rights that I know of than what I've just described.

 7      Q.   And apart from the request for the $10

 8   one-time assessment, do members have any obligations

 9   imposed upon them?

10      A.   No.

11      Q.   Do they have any responsibilities, any

12   expectations of them --

13      A.   No.

14      Q.   -- communicated to them?  And you testified

15   earlier, I believe, that the election of a member

16   director in fact occurred?

17      A.   Yes.

18      Q.   Pursuant to the July 2015 amended bylaw

19   provision?

20      A.   Yes.

21      Q.   Are there ever any in-person gatherings of the

22   organization at which members attend?  Just a means

23   of -- do you ever do any in-person gatherings?

24           MR. STRAWBRIDGE:  I guess I feel like that

25   calls for --

www.huseby.com | Huseby, Inc. Regional Centers | 800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 13 of 15

```
 1            MR. SCUDDER:  I don't see how it's any
 2   different than email.
 3            MR. STRAWBRIDGE:  You're not asking for a
 4   specific gathering, you're just wanting to know
 5   generally what types of --
 6            MR. SCUDDER:  Not a date, I don't care who was
 7   there, who was not there.
 8            MR. STRAWBRIDGE:  You can answer that
 9   question.
10       A.   Okay.  We've never had a convention or
11   anything like that.  We've never had a formal invitation
12   go out to 21,000 people asking them to join us in, you
13   know, Milwaukee or St. Louis or something for a
14   conference.
15            BY MR. SCUDDER:
16       Q.   No.  Understood.  I just want to make sure --
17   and I don't want to pick on the word "convention," but a
18   lot of times organizations will offer an opportunity to
19   convene around an annual meeting.  Quite common in the
20   corporate world.
21       A.   Yes.
22       Q.   Right.  You know that.
23       A.   Sure.
24       Q.   Okay.  Is there any such opportunity that's
25   extended to your membership here?
```

www.huseby.com | Huseby, Inc. Regional Centers | 800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 14 of 15

```
 1        A.   Just telephonic.
 2        Q.   Okay.  I just want to ask about another means,
 3   not specific communications.  Are members ever gathered
 4   in like a -- you know what I mean when I refer to it as
 5   like a chat room?
 6        A.   Yes.
 7        Q.   Is there ever any convening of the membership
 8   in a forum like that?
 9        A.   Informally.
10        Q.   And what do you mean by that?
11        A.   Many of our members are immigrant Chinese who
12   make use of a social media platform called WeChat, and
13   often I'm informed that there is a WeChat discussion
14   group in progress discussing the Students for Fair
15   Admissions and their activities.
16        Q.   And you choose or not choose as you see fit to
17   participate from there?
18        A.   I always try to participate.
19        Q.   I want to ask you about -- you referred to --
20   I think you called it an annual report or an annual
21   letter?
22        A.   Yes.
23        Q.   Why don't we take a look at a couple of those
24   if you don't mind.
25        A.   Sure.
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-2   Filed 10/25/17   Page 15 of 15