# EXHIBIT 3

# Excerpts of Deposition of Standing Member #1
# (Redacted)

```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3

 4
    STUDENTS FOR FAIR ADMISSIONS,      )
 5  INC.,                              )
                                       )   Case No.  1:14-CV-954
 6             Plaintiffs,             )
                                       )
 7  v.                                 )
                                       )
 8  THE UNIVERSITY OF NORTH            )
    CAROLINA AT CHAPEL HILL, et al.,   )
 9                                     )
               Defendants.             )
10                                     )

11

12

13

14          THE DEPOSITION OF ▓▓▓▓▓▓▓▓▓▓▓▓ taken on behalf

15  of the Defendants, before Suzanne G. Patterson, Registered

16  Professional Reporter and Notary Public, at the Offices of

17  North Carolina Department of Justice, 114 West Edenton

18  Street, Raleigh, North Carolina, on Wednesday, June 21,

19  2017, commencing at the hour of 9:09 a.m.

20

21

22          *** THIS TRANSCRIPT IS HIGHLY CONFIDENTIAL ***

23                *** FOR ATTORNEYS' EYES ONLY ***

24

25
```

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 2 of 9

```
 1  BY MR. SCUDDER:
 2      Q.   Okay.
 3      A.   I have also -- or I might have to retract part of
 4  my answer.  I have also spoken with some of the lawyers
 5  involved in this case.
 6      Q.   Sure.  Don't tell me what you've spoken to them
 7  about.
 8      A.   Of course.
 9      Q.   All right.
10      A.   Should I name them?
11      Q.   No.  I assume there's a couple of them are sitting
12  here and maybe there's others as well?
13      A.   Yes.
14      Q.   No problem.
15      A.   And that is all that I can name.
16      Q.   Okay.  What does Students For Fair Admissions do
17  from day-to-day?
18      A.   I don't know.
19      Q.   When did you first hear about the organization?
20      A.   In the summer of 2014 or, I'm sorry, summer
21  of 2013.
22      Q.   Okay.  How'd you hear about it?
23      A.   Through my father.
24      Q.   Okay.  What'd your father tell you about it?
25      A.   He told me that -- this was, actually, I guess
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 3 of 9

1  A.  Yes.
2  Q.  Do you recall any other discussions with him?  I
3  think the answer is no but I just want to confirm that.
4      MR. STRAWBRIDGE:  Object to the form of the
5  question.
6      THE WITNESS:  No.
7  BY MR. SCUDDER:
8  Q.  Okay.  If I said the name Corey Lou, do you
9  recognize that name at all?
10 A.  No.
11 Q.  Okay.  So you said earlier that at some point
12 before the complaint was filed that you joined the
13 organization as a member, do you remember that?
14 A.  Yes.
15 Q.  Okay.  What did you have to do to join as a member?
16 A.  I had to provide my name and address and I had to
17 in some way share the goals of the organization.
18 Q.  When you say, share the goals, meaning agree with
19 the goals?  What do you mean by, share the goals?
20 A.  I mean agree with the mission statement of the
21 organization in part or in whole.
22 Q.  Did you have to fill out like a written
23 application?
24 A.  Oh, no, nothing like that.
25 Q.  Okay.  And what do you remember doing to become a

www.huseby.com                Huseby, Inc. Regional Centers                800-333-2082
            Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 4 of 9

```
 1  member?
 2     A.   I remember giving my name and address to Edward or
 3  rather he -- I remember giving my address to Edward, he had
 4  my name and telling him that I would like to be a member.
 5     Q.   Okay.  And -- but you didn't have to fill out any
 6  paperwork or anything?
 7     A.   No.
 8     Q.   That's all I'm trying to get at.
 9     A.   No.
10     Q.   Okay.  At that -- at that point in time, are you
11  asked to make any kind of dues payment as a part of joining?
12     A.   No, there was not.
13     Q.   Have you since been asked to make a dues payment?
14     A.   No.
15     Q.   Presumably you haven't made a dues payment?
16     A.   I have not.
17     Q.   Okay.  So after you did those two things, provide
18  your name and address and you said you were asked to share
19  the goals of the organization?  How did that happen as part
20  of the application process?
21     A.   It was not part of the application process.  I
22  believe that is simply what they want from members.
23     Q.   And what do you base that belief on?
24     A.   From discussing the requirements with lawyers.
25     Q.   Okay.  After you did those things, you became a
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 5 of 9

```
 1  member?
 2      A.   Yes.
 3      Q.   Okay.  And when do you put that in time?  I know
 4  before the complaint but when?
 5      A.   I think in August or so, sometime, not long after
 6  that third meeting, I believe.
 7      Q.   After the meeting in Washington, D.C. at the legal
 8  office?
 9      A.   Yes.
10      Q.   Is being a member, to your knowledge, require any
11  financial contributions to the organization?
12      A.   Yes, now.  It did not then.
13      Q.   Okay.  And I know you previously said you haven't
14  paid any dues, have you made any other contributions to the
15  organization?  What I mean by contributions are financial
16  contributions?
17      A.   No, I have not.
18      Q.   Do you know whether your family has?
19      A.   I do not know for sure.
20      Q.   Have you ever heard of an organization named, The
21  Project on Fair Representation?
22      A.   No.
23      Q.   Or an organization by an acronym for that name,
24  POFR?
25      A.   No.
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 6 of 9

```
 1  marked previously as Defense Exhibit 8.  And I'll let you
 2  take a look at it.  As you do so, I'll tell you, it's a
 3  printout from that same website we were just talking about,
 4  UNCnotfair.org and this is a printout of the, about, tab.
 5  And why don't you just take a look at what's in that, the
 6  text that's in that box there.
 7      A.   (Complies.)  Okay.
 8      Q.   You've had a chance to take a look at it?
 9      A.   Yes.
10      Q.   In looking at that, does that bring back any
11  recollection you have about this particular website,
12  UNCnotfair.org or Project Unfair Representation?
13      A.   No.
14      Q.   Do you think you've ever seen this before?
15      A.   I have not seen it.
16      Q.   Okay.  You said that you thought you became a
17  member sometime before the complaint was filed but after
18  that meeting at the law office in Washington, D.C.; is that
19  right?
20      A.   Yes.
21      Q.   What have you had to do since becoming a member?
22           MR. STRAWBRIDGE:  Object to the form of the
23  question.
24           THE WITNESS:  I had to make a declaration and
25  appear here today, no other responsibilities.
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW  Document 107-3  Filed 10/25/17  Page 7 of 9

```
 1          MR. STRAWBRIDGE:  Just want to clarify, Counsel,
 2   you mean other than communications with counsel?
 3          MR. SCUDDER:  Yeah.
 4   BY MR. SCUDDER:
 5      Q.  So other than the communications, making the
 6   declaration and appearing here today?
 7      A.  No, I have not been involved other than that.
 8      Q.  Do you have any duties or responsibilities just in
 9   the ordinary course per month or year as a member?
10      A.  No.
11      Q.  Do you have any rights that you know of as a
12   member?
13      A.  The right to leave the organization.
14      Q.  Okay.  Any others that you can think of?
15      A.  The right to vote for one of the board positions.
16      Q.  And how do you know that you have that right?
17      A.  Because I was told.
18      Q.  By who?
19      A.  By legal counsel.
20      Q.  Okay.  When?
21      A.  Recently, like the last week or so.
22      Q.  Okay.  Before that point in time, did you know that
23   you had a right to vote for -- vote for any position in the
24   organization?
25      A.  No.
```

www.huseby.com             Huseby, Inc. Regional Centers                800-333-2082
         Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 8 of 9

```
 1    A.   No.
 2    Q.   Do you ever receive any communications from
 3 Students For Fair Admissions?
 4    A.   Not that I know of.  I probably, if they have an
 5 email list, I probably get emails but I generally ignore
 6 most emails unless they are of particular importance, so.
 7    Q.   So it -- okay.  And that would have been emails, if
 8 you received any, you would have ignored them?
 9    A.   Yes.
10    Q.   How about any nonelectronic, like old-fashioned
11 letters?
12         MR. STRAWBRIDGE:  Pony Express?
13         THE WITNESS:  No, not that I can remember.
14 BY MR. SCUDDER:
15    Q.   Okay.  We talked about -- can you think of any
16 other ways that the organization may communicate with you as
17 a member?
18    A.   Aside from my personally speaking with Edward Blum,
19 no.
20    Q.   Do you know anybody else who's a member of Students
21 For Fair Admissions?
22    A.   Yes.
23    Q.   You ever spoken to those -- I'm not asking you, if
24 you have, what they said to you or what you said to them,
25 but have you ever spoken to another member of the
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 107-3   Filed 10/25/17   Page 9 of 9