# EXHIBIT 6

**Excerpts of Plaintiff's Second Amended Objections and Responses to Defendants' First Combined Discovery Requests
(Filed Under Seal)**