# EXHIBIT 7

**Excerpts of Form 990-PF: Return of Private Foundation for The Searle Freedom Trust, 2015
(Retrieved from
http://990.erieri.com/EINS/367244615/367244615_2015_
0d942bf4.PDF)**

# Form 990-PF
## Return of Private Foundation
or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public
▶ Information about Form 990-PF and its separate instructions is at *www.irs.gov/form990pf*.

OMB No 1545-0052

**2015**

Department of the Treasury
Internal Revenue Service

Open to Public Inspection

For calendar year 2015 or tax year beginning _____, and ending _____

| Name of foundation | A Employer identification number |
|---|---|
| THE SEARLE FREEDOM TRUST C/O KINSHIP TRUST COMPANY | 36-7244615 |

| Number and street (or P O box number if mail is not delivered to street address) | Room/suite | B Telephone number |
|---|---|---|
| 225 W WASHINGTON ST, 28TH FLOOR | | 312-803-6700 |

| City or town, state or province, country, and ZIP or foreign postal code | C If exemption application is pending, check here ▶ ☐ |
|---|---|
| CHICAGO, IL 60606 | |

**G** Check all that apply:
- ☐ Initial return
- ☐ Initial return of a former public charity
- ☐ Final return
- ☒ Amended return
- ☐ Address change
- ☐ Name change

**D** 1. Foreign organizations, check here ▶ ☐
2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**I** Fair market value of all assets at end of year (from Part II, col (c), line 16) ▶ $ 155,112,022.
**J** Accounting method: ☒ Cash ☐ Accrual ☐ Other (specify) _____
(Part I, column (d) must be on cash basis)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

### Part I — Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a))

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---:|---:|---:|---:|
| 1 | Contributions, gifts, grants, etc., received | 29,658,093. | | N/A | |
| 2 | Check ▶ ☒ if the foundation is not required to attach Sch B | | | | |
| 3 | Interest on savings and temporary cash investments | 893,167. | 826,322. | | STATEMENT 2 |
| 4 | Dividends and interest from securities | 1,531,235. | 1,531,235. | | STATEMENT 3 |
| 5a | Gross rents | -25,860. | -25,860. | | STATEMENT 4 |
| b | Net rental income or (loss) -25,860. | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 6,178,417. | | | STATEMENT 1 |
| b | Gross sales price for all assets on line 6a 9,856,089. | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 5,751,731. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less Cost of goods sold | | | | |
| c | Gross profit or (loss) | | | | |
| 11 | Other income | 524,444. | 522,481. | | STATEMENT 5 |
| 12 | Total Add lines 1 through 11 | 38,759,496. | 8,605,909. | | |
| 13 | Compensation of officers, directors, trustees, etc | 1,192,347. | 135,898. | | 1,056,449. |
| 14 | Other employee salaries and wages | 274,463. | 0. | | 274,463. |
| 15 | Pension plans, employee benefits | 141,753. | 0. | | 141,753. |
| 16a | Legal fees STMT 6 | 165. | 62. | | 103. |
| b | Accounting fees STMT 7 | 4,561. | 4,561. | | 0. |
| c | Other professional fees | | | | |
| 17 | Interest | 818,154. | 818,154. | | 0. |
| 18 | Taxes STMT 8 | 318,027. | 77,605. | | 0. |
| 19 | Depreciation and depletion | 12,543. | 3,851. | | |
| 20 | Occupancy | 267,829. | 0. | | 267,829. |
| 21 | Travel, conferences, and meetings | 33,924. | 0. | | 33,924. |
| 22 | Printing and publications | | | | |
| 23 | Other expenses STMT 9 | 1,994,336. | 1,766,604. | | 132,115. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 5,058,102. | 2,806,735. | | 1,906,636. |
| 25 | Contributions, gifts, grants paid | 17,882,921. | | | 17,882,921. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 22,941,023. | 2,806,735. | | 19,789,557. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | 15,818,473. | | | |
| b | Net investment income (if negative, enter -0-) | | 5,799,174. | | |
| c | Adjusted net income (if negative, enter -0-) | | | N/A | |

RECEIVED MAR 28 2017 OGDEN, UT

SCANNED APR 12 2017

523501 11-24-15  LHA  For Paperwork Reduction Act Notice, see instructions.  Form **990-PF** (2015)

1
14430123 796085 367244615    2015.05020 THE SEARLE FREEDOM TRUST C/ 36724461

Case 1:14-cv-00954-LCB-JLW   Document 107-7   Filed 10/25/17   Page 2 of 3

THE SEARLE FREEDOM TRUST
C/O KINSHIP TRUST COMPANY                    36-7244615

| Part XV | Supplementary Information |

**3 Grants and Contributions Paid During the Year (Continuation)**

| Recipient Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| STATISTICAL ASSESSMENT SERVICE, BROOKLYN, NY | | OTHER PUBLIC CHARITY | SCIENCE LITERACY PROJECT | 230,000. |
| STATISTICAL ASSESSMENT SERVICE, BROOKLYN, NY | | OTHER PUBLIC CHARITY | SENSE ABOUT SCIENCE US | 130,000. |
| STUDENT FREE PRESS ASSOCIATION, HILLSDALE, MI | | OTHER PUBLIC CHARITY | THE COLLEGE FIX | 100,000. |
| STUDENTS FOR FAIR ADMISSIONS, AUSTIN, TX | | OTHER PUBLIC CHARITY | LITIGATION PROGRAM | 500,000. |
| TALIESIN NEXUS, LOS ANGELES, CA | | OTHER PUBLIC CHARITY | FILM AND TELEVISION WORKSHOP AND INTERNSHIPS | 96,900. |
| TALIESIN NEXUS, LOS ANGELES, CA | | OTHER PUBLIC CHARITY | NARRATIVE WRITING PROGRAM | 110,500. |
| TAX FOUNDATION, WASHINGTON, DC | | OTHER PUBLIC CHARITY | PUTTING A FACE ON AMERICA'S TAX RETURNS | 100,000. |
| TAX FOUNDATION, WASHINGTON, DC | | OTHER PUBLIC CHARITY | TAXES AND GROWTH DYNAMIC MODELING PROJECT | 300,000. |
| TEXAS PUBLIC POLICY FOUNDATION, AUSTIN, TX | | OTHER PUBLIC CHARITY | ENERGY BOOK PROJECT | 50,000. |
| THE CLAREMONT INST FOR STUDY OF STATESMANSHIP & POLIT PHIL, CHEVY CHASE, MD | | OTHER PUBLIC CHARITY | PUBLIUS, LINCOLN, AND JOHN MARSHALL FELLOWSHIP PROGRAMS | 100,000. |
| **Total from continuation sheets** | | | | |