# EXHIBIT 8

# Excerpts of 501(c)(3) Application of Students for Fair Admissions

**Form 1023** (Rev. December 2013)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code

▶ (Use with the June 2006 revision of the instructions for Form 1023 and the current Notice 1382)

OMB No. 1545-0056

Note: *If exempt status is approved, this application will be open for public inspection.*

Use the instructions to complete this application and for a definition of all **bold** items. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 1-877-829-5500. Visit our website at www.irs.gov for forms and publications. If the required information and documents are not submitted with payment of the appropriate user fee, the application may be returned to you.

Attach additional sheets to this application if you need more space to answer fully. Put your name and EIN on each sheet and identify each answer by Part and line number. Complete Parts I - XI of Form 1023 and submit only those Schedules (A through H) that apply to you.

## Part I — Identification of Applicant

| | | |
|---|---|---|
| 1 Full name of organization (exactly as it appears in your organizing document) <br> Students for Fair Admissions, Inc. | | 2 c/o Name (if applicable) |
| 3 **Mailing address** (Number and street) (see instructions) <br> 3571 Far West Blvd #17 | Room/Suite | 4 Employer Identification Number (EIN) <br> 47-1689810 |
| City or town, state or country, and ZIP + 4 <br> Austin, TX 78731 | | 5 Month the annual accounting period ends (01 – 12) <br> 12 |
| 6 Primary contact (officer, director, trustee, or **authorized representative**) <br> a Name: Robert D. Benton | | b Phone: 202-719-7142 |
| | | c Fax: (optional) 202-719-7049 |

7. Are you represented by an **authorized representative**, such as an attorney or accountant? If "Yes," provide the authorized representative's name, and the name and address of the authorized representative's firm. Include a completed Form 2848, *Power of Attorney and Declaration of Representative*, with your application if you would like us to communicate with your representative. ☒ Yes ☐ No

8. Was a person who is not one of your officers, directors, trustees, employees, or an authorized representative listed in line 7, paid, or promised payment, to help plan, manage, or advise you about the structure or activities of your organization, or about your financial or tax matters? If "Yes," provide the person's name, the name and address of the person's firm, the amounts paid or promised to be paid, and describe that person's role. ☐ Yes ☒ No

9a. Organization's website: N/A

b. Organization's email: (optional)

10. Certain organizations are not required to file an information return (Form 990 or Form 990-EZ). If you are granted tax-exemption, are you claiming to be excused from filing Form 990 or Form 990-EZ? If "Yes," explain. See the instructions for a description of organizations not required to file Form 990 or Form 990-EZ. ☐ Yes ☒ No

11. Date incorporated if a corporation, or formed, if other than a corporation. (MM/DD/YYYY) 07 / 30 / 2014

12. Were you formed under the laws of a foreign country? ☐ Yes ☒ No
    If "Yes," state the country.

For Paperwork Reduction Act Notice, see page 24 of the instructions.  Cat. No. 17133K  Form **1023** (Rev. 12-2013)

SFFA-UNC 0000015

Case 1:14-cv-00954-LCB-JLW   Document 107-8   Filed 10/25/17   Page 2 of 3

IRS Form 1023 – Exhibit D
Students for Fair Admissions, Inc.
EIN: 47-1689810

## Part VIII, Line 15

### CLOSE CONNECTION WITH ANOTHER ORGANIZATION

Students for Fair Admissions has a "close connection" with the Project on Fair Representation ("POFR"). POFR is a legal defense fund that supports civil and voting rights litigation brought under the U.S. Constitution and federal statutes. POFR is currently in the process of transitioning from being a program of Project Liberty, Inc., a Section 509(a)(3) supporting organization, to being a legally-distinct public charity under Section 501(c)(3). Edward Blum, who serves as a volunteer director and the President of Students for Fair Admissions, also serves as a director and the Executive Director of POFR. Students for Fair Admissions' initial funding is from POFR, and the organization anticipates that POFR will continue to be the primary funder of the organization.

## Part IX, Line 23

### ANY EXPENSE NOT OTHERWISE CLASSIFIED

|  | Current Tax Year | Two Succeeding Tax Years | |
|---|---|---|---|
|  | (a) From 7/30/14 To 12/31/14 | (b) From 1/1/15 To 12/31/15 | (c) From 1/1/16 To 12/31/16 |
| Office Supplies | $5,000 | $5,000 | $5,000 |
| Travel Expenses | $20,000 | $20,000 | $20,000 |
| Line 23 Total | $25,000 | $25,000 | $25,000 |

SFFA-UNC 0000046