# Commonwealth of Virginia



# State Corporation Commission

*I Certify the Following from the Records of the Commission:*

The foregoing is a true copy of all documents constituting the charter of Students for Fair Admissions, Inc. on file in the Clerk's Office of the Commission.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*July 31, 2014*

*Joel H. Peck*, Clerk of the Commission

CIS0505

EXHIBIT B

SFFA-UNC 0000005

Case 1:14-cv-00954-LCB-JLW   Document 113-2   Filed 11/15/17   Page 1 of 1