# EXHIBIT 1

# Excerpt of Deposition of Edward Blum

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2                  CASE NO.: 1:14-CV-954

 3
     ------------------------------X
 4   STUDENTS FOR FAIR ADMISSIONS,  :
     INC.,                          :
 5                                  :
             Plaintiff,             :
 6                                  :
     v.                             :
 7                                  :
     THE UNIVERSITY OF NORTH        :
 8   CAROLINA AT CHAPEL HILL,       :
     et al.,                        :
 9                                  :
             Defendants.            :
10   ------------------------------X

11

12

13       SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER

14

15

16           DEPOSITION OF EDWARD BLUM, INDIVIDUALLY
              AND AS THE RULE 30(B)(6) DESIGNEE OF
17              STUDENTS FOR FAIR ADMISSIONS, INC.
                      (Taken by Defendants)
18                  Charlotte, North Carolina
                         May 12, 2017
19

20

21

22

23

24   Reported by:  Dayna H. Lowe
                   Court Reporter
25                 Notary Public
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 115-1   Filed 11/29/17   Page 2 of 3

1  and he has been very ill and resigned as a board member
2  when he was in the hospital.  When he was released from
3  the hospital, he expressed an interest to stay on the
4  board, so we sort of left that position open for him.
5  He has subsequently not been able to participate in
6  board meetings, so we consider him no longer a board
7  member.
8       Q.   Okay.  Are members of the organization offered
9  an opportunity to vote on anything beyond the member
10 director?
11      A.   No.
12      Q.   Are there any -- are there any committees or
13 subcommittees of the board that have been established?
14      A.   No.
15      Q.   Are there any member-based committees that
16 have been established?
17      A.   No.
18      Q.   Do you know whether a member has any right to
19 suggest the removal of a director and to participate in
20 the removal of a director?
21      A.   They don't have a right, but we would -- we're
22 always interested and consider the recommendations that
23 our members make in any of our activities.
24      Q.   What process would you follow if a member
25 suggested the removal of a director?

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 115-1   Filed 11/29/17   Page 3 of 3