# EXHIBIT 2

# Excerpts of Plaintiff's Fourth Amended Objections and Responses to Defendant's First Combined Discovery Requests
# (Filed Under Seal)