# EXHIBIT 3

**Plaintiff's Fifth Supplemental Response to Interrogatories 4 and 6**
**(Filed Under Seal)**