# EXHIBIT 4

# Plaintiff's Third Supplemental Response to Interrogatories 4 and 6
# (Filed Under Seal)