# EXHIBIT 5

**Plaintiff's Fourth Supplemental Response to Interrogatories 4 and 6
(Filed Under Seal)**