IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC., )
                                                           )
                     Plaintiff,          )
                                                           )
                         v.                       )         1:14CV954
                                                           )
UNIVERSITY OF NORTH CAROLINA, et al., )
                                                           )
                   Defendants.     )

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time for Case Deadlines. (Docket Entry 118.) Upon review of the motion and for good cause shown,

**IT IS HEREBY ORDERED** that the motion (Docket Entry 118) is **GRANTED**, and the case shall proceed as follows:

1. All expert discovery shall be completed by June 25, 2018. Reports required under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the proposed discovery period as follows:

    (a) Affirmative expert reports by January 12, 2018

    (b) Rebuttal expert reports by March 28, 2018

    (c) Reply expert reports by May 11, 2018

    (d) All trial experts shall be deposed during the period between May 11, 2018 and June 25, 2018.

2. The deadline for filing any motions for summary judgment is August 24, 2018. Motions in opposition to summary judgment shall be due October 8, 2018, and reply motions shall be due November 7, 2018.

**SO ORDERED.** This, the 4th day of December, 2017.

Joe L. Webster
United States Magistrate Judge