IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 1:14CV954 |

## ORDER

This matter is before the Court on Plaintiff's Motion to File a Surreply (ECF No. 120). The motion states that counsel for SFFA consulted with counsel for UNC about the relief requested in this motion, and UNC takes no position on this motion.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff has leave to file a Surreply to Defendants' Motion to Dismiss.

This, the 8th day of December, 2017.

/s/ Loretta C. Biggs
United States District Judge