**Exhibit 1**

This matter having come before the Court upon the Stipulation of the Defendants and Defendant-Intervenors hereto filed January 30, 2018, and the Court having reviewed the Stipulation and being fully advised;

It is hereby Ordered that the terms of the Stipulation set forth above is hereby entered as an Order of this Court on this ___ day of _____, 2018.

_____
Judge