# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:14CV954 |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| LUIS ACOSTA, et al., | ) ) ) | |
| Defendant-Intervenors. | ) | |

## ORDER

This matter is before the Court upon the Joint Stipulation and Motion to Permit Defendant-Intervenors Access to Certain Confidential Information. (Docket Entry 126.) The Court having reviewed the Stipulation and being fully advised,

**IT IS HEREBY ORDERED** that the Motion to Permit Defendant-Intervenors Access to Certain Confidential Information (Docket Entry 126) is **GRANTED**.

This, the 9th day of February, 2018.

Joe L. Webster
United States Magistrate Judge