IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

      **Plaintiff,**

v.

**UNIVERSITY OF NORTH CAROLINA et al.,**

      **Defendants.**

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time for Case Deadlines (Dkt. __)

Good cause therefore having been shown, IT IS HEREBY ORDERED that the proposed schedule set forth in the parties' Joint Motion For Extension of Time for Case Deadlines (Dkt. __) is ADOPTED, and the case shall proceed as follows:

1. All expert discovery shall be completed by July 23, 2018. Reports required under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the proposed discovery period as follows:

    (a) Affirmative expert reports by January 12, 2018

    (b) Rebuttal expert reports by April 6, 2018

(c) Reply expert reports by June 8, 2018

(d) All trial experts shall be deposed during the period between June 8, 2018 and July 23, 2018.

2. The deadline for filing any motions for summary judgment is September 21, 2018. Briefs in opposition to summary judgment shall be due November 5, 2018, and reply briefs shall be due December 5, 2018.

This the ___ day of March, 2018.

_____
Hon. Loretta C. Biggs
United States District Judge