IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC., )
                                                                   )
              Plaintiff,            )
                                                                   )
v.                                                             )          1:14CV954
                                                                  )
UNIVERSITY OF NORTH CAROLINA, et al., )
                                                                )
            Defendants.          )

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time for Case Deadlines. (Docket Entry 128.) After review of the motion, the Court finds good cause to grant the motion.

**IT IS HEREBY ORDERED** that the Motion (Docket Entry 128) is **GRANTED** and the case shall proceed as follows:

1. All expert discovery shall be completed by July 23, 2018. Reports required under Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) shall be due during the proposed discovery period as follows:

    (a) Affirmative expert reports by January 12, 2018

    (b) Rebuttal expert reports by April 6, 2018

    (c) Reply expert reports by June 8, 2018

    (d) All trial experts shall be deposed during the period between June 8, 2018 and July 23, 2018.

2. The deadline for filing any motions for summary judgment is September 21, 2018. Briefs in opposition to summary judgment shall be due November 5, 2018, and reply briefs shall be due December 5, 2018.

3. <u>There will be no further extensions and this case shall be placed on United States District Judge Loretta C. Biggs' first available Civil Master in 2019</u>.

**SO ORDERED**. This, the 13th day of March, 2018.

_____
Joe L. Webster
United States Magistrate Judge