# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

      v.                                            Case Number: 1:14CV954

UNIVERSITY OF NORTH CAROLINA, ET AL

## NOTICE
=============

      **TAKE NOTICE** that a **JURY TRIAL** has been **SET** in the above-referenced case for the **APRIL MASTER CALENDAR TERM**. Said term shall begin on April 1, 2019 at a place to be determined at a later date at 9:30 a.m. and will continue until all of the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

      PLACE:           **TO BE DETERMINED AT A LATER DATE.**
      DATE & TIME:    **April 1, 2019 - 9:30 a.m.**
      PROCEEDING:    **Jury Trial.**

      A settlement conference in the above-referenced case will be set for a date approximately two weeks before the commencement of the Master Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

      The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **No later than March 11, 2019 unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

_____

John S. Brubaker, Clerk

By:  /s/ Debbie Blay, Deputy Clerk

Date:  March 16, 2018

TO:    ALL COUNSEL OF RECORD