IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO WITHDRAW AS COUNSEL |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

It has been made to appear to the Court that Michael Y. Scudder, for good cause shown, should be allowed to withdraw as counsel for Defendants.

IT IS HEREBY ORDERED that Michael Y. Scudder is withdrawn as counsel for Defendants and is discharged from any further duties or responsibilities herein.

SO ORDERED this the _____ day of May, 2018.

_____