# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>    Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW<br><br>NOTICE OF SPECIAL APPEARANCE |

    Pursuant to L.R. 83-1(d), Defendants-Intervenors hereby give notice of the special appearance of Jamie Crook of the law firm of Relman, Dane & Colfax PLLC, appearing as co-counsel for Defendants-Intervenors in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Ms. Crook has filed her application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: May 31, 2018

    /s/ Jamie Crook
    Jamie Crook
    (D.C. Bar No. 1002504)
    RELMAN, DANE & COLFAX PLLC
    1225 19th Street NW, Suite 600
    Washington, DC 20036
    Tel: (202) 728-1888
    Fax: (202) 728-0848
    E-mail: jcrook@relmanlaw.com
    *Counsel for Defendants-Intervenors*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on May 31, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jamie Crook
Jamie Crook