IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSION, INC.

                      **Plaintiff,**

v.

THE UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL, et al.,

                      **Defendants.**

Case No. 1:14-CV-954

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Patrick J. Fitzgerald of Skadden, Arps, Slate, Meagher & Flom LLP as counsel for all Defendants in the above-captioned civil action in association with Stephanie Brennan who is a member of the bar of this Court.

Mr. Fitzgerald certifies that he is an active member in good standing of the bar of the State of Illinois and the State of New York. Mr. Fitzgerald further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Fitzgerald still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. Brennan certifies that she remains responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for

certificates of service.  Ms. Brennan further certifies that she, or another attorney from her office, will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: June 1, 2018                                    Respectfully submitted,


                                      By: */s/ Patrick J. Fitzgerald*
Patrick Fitzgerald
*Attorney for Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0700
Email: patrick.fitzgerald@skadden.com


/s/ Stephanie Brennan
Stephanie Brennan
*Attorney for Defendants, LR 83.1 Counsel*
Special Deputy Attorney General
NC State Bar No. 35955
NC DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6920
Email: sbrennan@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
*Attorney for Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0700
Email: patrick.fitzgerald@skadden.com