IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:14-CV-954-LCB-JLW

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,**<br><br>Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

NOW COMES Assistant Attorney General Nora F. Sullivan of the North Carolina Department of Justice pursuant to Local Rule 83.1(e)(2) and respectfully gives notice of her substitution as counsel of record in this action on behalf of all defendants and that Special Deputy Attorney General Matthew Tulchin be removed as counsel of record for defendants. Special Deputy Attorney General Stephanie A. Brennan will remain as counsel of record for defendants.

Respectfully submitted, this 14th day of June, 2018.

>JOSHUA H. STEIN
> Attorney General
>
> /s/Nora F. Sullivan
> Nora F. Sullivan
> Assistant Attorney General
> NC State Bar No. 43284
> nsullivan@ncdoj.gov
>
> NC Department of Justice
> PO Box 629
> Raleigh, NC  27602
> Tel.:   919.716.6920
> Fax:   919.716.6764
>
> *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

Respectfully submitted this 14th day of June, 2018.

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General

3