IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | JOINT STIPULATION |

Pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Defendants and Plaintiff and their respective counsel that, if a trial is necessary following the Court's rulings on the pending motion to dismiss for lack of standing and forthcoming motions for summary judgment, it should proceed as a bench trial. Because Plaintiff asserts only equitable claims and seeks only equitable relief in the form of a permanent injunction and declaratory relief, the parties agree that these claims should be decided without a jury.

Pursuant to the March 13, 2018 Scheduling Order (ECF No. 129), summary judgment briefing shall be completed on December 5, 2018, and a jury trial has been set for the April 2019 Master Calendar Term (ECF No. 130). Given the parties' stipulation that any necessary trial should proceed without a jury, the parties respectfully request that the case be removed from the April 2019 Jury Master Calendar Term and that, once the

Court has ruled on the parties' dispositive motions, the matter be re-scheduled as a bench trial.

Respectfully submitted this 27th day of July, 2018.

|  |  |
|---|---|
|  | JOSH STEIN<br>Attorney General |
| /s/ Patrick Fitzgerald<br>Patrick Fitzgerald<br>Lara Flath<br>Marianne Combs<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>(312) 407-0700<br>E: patrick.fitzgerald@skadden.com<br>E: lara.flath@skadden.com<br>E: marianne.combs@skadden.com<br><br>/s/ Lisa Gilford<br>Lisa Gilford<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>300 South Grand Ave.<br>Suite 3400<br>Los Angeles, CA 90071<br>(213) 687-5130<br>E: lisa.gilford@skadden.com | /s/ Stephanie Brennan<br>Stephanie Brennan<br>Special Deputy Attorney General<br>NC State Bar No. 35955<br>E: sbrennan@ncdoj.gov<br><br>/s/ Nora Sullivan<br>Nora Sullivan<br>Assistant Attorney General<br>NC State Bar No. 43284<br>E: nsullivan@ncdoj.gov<br><br><br><br><br><br><br><br><br><br>*Attorneys for Defendants* |

Respectfully submitted this 27th day of July, 2018.

/s/ Thomas R. McCarthy
Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: tom@consovoymccarthy.com

/s/ William S. Consovoy
William S. Consovoy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: will@consovoymccarthy.com

/s/ J. Michael Connolly
J. Michael Connolly
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: mike@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 270120-1029
(336) 704-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Joint Stipulation via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 27th day of July, 2018.

/s/ Lara Flath
Lara Flath