# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**UNIVERSITY OF NORTH CAROLINA et al.,**<br><br>      **Defendants.** | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Exclude Late-Designated Witnesses and Late-Produced Documents (Dkt. __)

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED; it is further ORDERED that UNC's three Late-Designated Witnesses and five Late-Produced Documents are excluded from this action, and any testimony by Robert Blouin is limited to documents and matters disclosed during the fact discovery period.

This the ___ day of _____, 2018.

                                       _____
                                       Honorable Loretta C. Biggs
                                       United States District Judge