## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0837
DIRECT FAX
(312) 827-9451
EMAIL ADDRESS
MARIANNE.COMBS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 13, 2018

<u>Via E-mail</u>

Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
tom@consovoymccarthy.com

        RE:    *Students for Fair Admissions Inc. v. The University of North Carolina, et al.*, No. 1:14-954 (M.D.N.C.)

Dear Tom:

     A production of documents bearing the Bates numbers UNC0380274 to UNC0380519 has been uploaded as Vol. UNC 056 to a FTP site for your retrieval.

     This production consists of materials generated or relied upon by the University's Committee on Race-Neutral Strategies and Educational Benefits of Diversity Working Group since our December 21, 2017 production.

     The University produces these documents pursuant to its obligations under Federal Rule of Civil Procedure 26(e), as discussed in our letter of August 16, 2017 and our December 2017 production.

     The credentials for the FTP site are:

        Site:         https://secureftp.skadden.com
        Username:  sk1376124
        Password:   xT8jFXbb (this is case sensitive)

Thomas R. McCarthy
July 13, 2018
Page 2

      Please contact me with any questions.

Sincerely,

Marianne H. Combs

cc:    Patrick Strawbridge