# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>    Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## **MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

Pursuant to L.R. 83-1(e), I, Jamie Crook, an attorney for Defendants-Intervenors respectfully request that this Court grant me leave to withdraw as counsel.

I am current employed as Counsel at Relman, Dane & Colfax. Reed Colfax and Laura Arandes of Relman, Dane & Colfax will continue to represent Defendants-Intervenors, along with additional counsel of record from the Lawyers' Committee for Civil Rights Under Law and the North Carolina Justice Center.

I seek leave to withdraw due to an impending change in employment. As of August 22, 2018, I will no longer be employed by Relman, Dane & Colfax.

My withdrawal will not result in delay or any negative impact or other circumstances causing prejudice to Defendants-Intervenors or any other party to this case.

For these reasons, I respectfully ask that the Court grant this Motion to Allow Withdrawal of Counsel.

Dated: August 21, 2018        /s/ Jamie Crook
                                              Jamie Crook
                                              RELMAN, DANE & COLFAX PLLC
                                              1225 19th Street NW, Suite 600
                                              Washington, DC 20036
                                              Tel: (202) 728-1888
                                              Fax: (202) 728-0848
                                              E-mail: jcrook@relmanlaw.com

                                              *Counsel for Defendants-Intervenors*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on August 21, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jamie Crook
Jamie Crook
