UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendant. | Civil Action No. 1:14-cv-954-LCB-JLW <br><br> NOTICE OF SPECIAL APPEARANCE |

Pursuant to L.R. 83-1(d), Intervenor Defendants hereby give notice of the special appearance of Genevieve Torres of the Lawyers' Committee for Civil Rights Under Law, appearing as co-counsel for Intervenor Defendants in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org. Ms. Torres has filed her application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: August 21, 2018

/s/ Genevieve Torres
Genevieve Bonadies Torres
(CA Bar No. 291636)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8326
Fax: (202) 783-0857
E-mail: gbonadies@lawyerscommittee.org
*Counsel for Defendants-Intervenors*

/s/ Jack Holtzman  
Jack Holtzman  
(NC State Bar No. 13548)  
North Carolina Justice Center  
Post Office Box 28068  
Raleigh, NC 27611  
Tel: (919) 856-2165  
Fax: (919) 856-2175  
E-mail: jack@ncjustice.org  
*Counsel for Defendants-Intervenors*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the ECF system on August 21, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Genevieve Torres
Genevieve Torres