IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

    **Plaintiff,**

v.

**UNIVERSITY OF NORTH CAROLINA et al.,**

    **Defendants.**

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff and the UNC-Defendants' Joint Motion to Extend Limitation on Length of Briefs (Dkt. 142).

IT IS HEREBY ORDERED that the proposed word count extension set forth in the Joint Motion to Extend Limitation on Length of Briefs (Dkt. 142) is GRANTED, and Plaintiff and UNC-Defendants each may file a brief in support of any motion for summary judgment and corresponding responsive brief of no more than 15,750 words each.

This the ___ day of August, 2018.

                                                        _____
                                                        Loretta C. Biggs
                                                        United States District Judge