# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF NORTH CAROLINA et al.,**<br><br>Defendants. | **JOINT MOTION TO REMOVE CASE FROM APRIL MASTER CALENDAR** |

Plaintiff and the UNC-Defendants jointly request that the currently scheduled jury trial in this matter be removed from the Court's current April Master Calendar given the recently filed stipulation that, if a trial is necessary in this matter, it should proceed as a bench trial rather than a jury trial.

In support of this Motion, Plaintiff and the UNC-Defendants state as follows:

1. On July 27, 2018, Plaintiff and the UNC-Defendants filed a Joint Stipulation informing the Court that they had agreed that Plaintiff's claims should be decided without a jury if a trial is necessary following the resolution of pending and forthcoming dispositive motions. (ECF No. 135).

2. As the Joint Stipulation noted, pursuant to the March 13, 2018 Scheduling Order (ECF No. 129), summary judgment briefing shall be completed on December 5, 2018, and a jury trial has been set for the April 2019 Master Calendar Term. (ECF No. 130).

3. Given the complexity of the constitutional issues presented in this case, should a trial be necessary following the resolution of the dispositive motions, trial preparations in this case will be extensive and costly. Consequently, it would conserve significant resources for the parties to have a full understanding of the landscape of the issues that remain before completing those trial preparations.

WHEREFORE, given the stipulation that any necessary trial should proceed without a jury, Plaintiff and the UNC-Defendants respectfully request that the Court remove the currently scheduled jury trial from the April Master Calendar and that, once the Court has ruled on dispositive motions, the matter be re-set as a bench trial.

Respectfully submitted this 22nd day of August, 2018.

                                  JOSH STEIN
                                  Attorney General

/s/ Patrick Fitzgerald
Patrick Fitzgerald
Lara Flath
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: patrick.fitzgerald@skadden.com
E: lara.flath@skadden.com
E: marianne.combs@skadden.com

/s/ Lisa Gilford
Lisa Gilford
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Ave.
Suite 3400
Los Angeles, CA 90071
(213) 687-5130
E: lisa.gilford@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Nora Sullivan
Nora Sullivan
Assistant Attorney General
NC State Bar No. 43284
E: nsullivan@ncdoj.gov

*Attorneys for Defendants*

Respectfully submitted this 22nd day of August, 2018.

/s/ Thomas R. McCarthy
Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: tom@consovoymccarthy.com

/s/ William S. Consovoy
William S. Consovoy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: will@consovoymccarthy.com

/s/ J. Michael Connolly
J. Michael Connolly
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: mike@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 270120-1029
(336) 704-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Joint Motion to Remove Case from April Master Calendar via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 22nd day of August, 2018.

/s/ Lara Flath
Lara Flath