IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

# [PROPOSED] ORDER

This matter is before the Court on the Plaintiff and UNC-Defendants' Joint Motion To Remove Case from April Master Calendar (Dkt. 143).

IT IS HEREBY ORDERED that the requested relief set forth in the Joint Motion To Remove Case from April Master Calendar (Dkt. 143) is GRANTED, and the case shall proceed as follows:

1. Plaintiff and the UNC-Defendants anticipate filing summary judgment motions consistent with the March 13, 2018 Scheduling Order (ECF No. 129), which dictates that briefing shall be completed on December 5, 2018.

2. Given the stipulation that this case should be decided without a jury if a trial is necessary following the resolution of pending and forthcoming dispositive motions, this case shall be removed from the April 2019 Master Calendar Term.

3. Following the resolution of any dispositive motions, the Court shall set this case for trial as a bench trial.

This the ___ day of August, 2018.

_____
Loretta C. Biggs
United States District Judge