# **EXHIBIT 4**

# Skadden, Arps, Slate, Meagher & Flom llp

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720
———
TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0877
DIRECT FAX
(312) 407-0411
EMAIL ADDRESS
MICHAEL.SCUDDER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 2, 2017

Thomas McCarthy
Patrick Strawbridge
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201

      RE:    <u>R. 30(b)(6) Deposition</u>

Dear Tom and Patrick:

    Thank you for your letter dated May 26, 2017. We appreciate the parties' continued attempts to reach resolution and believe that we have been able to do so.

    Defendants continue to maintain their objections set forth in our May 20th letter and by designating a witness to testify as to a Topic do not concede any of those objections. For the avoidance of doubt, we have set forth each Topic, any clarified scope (including the modifications set forth in our May 20th letter to which you did not object), and the witness(es) that Defendants designate.

| **Topic** | **Designation** |
|---|---|
| Topic 1: "The process by which applicants are considered and accepted for admission to UNC-Chapel Hill." | Defendants designate Jared Rosenberg and Steve Farmer. |

Thomas McCarthy
Patrick Strawbridge
June 2, 2017
Page 2

| Topic | Designation |
|---|---|
| Topic 2: "The documents used and created by the Admissions Office in the process of evaluating applicants for admission, including (but not limited to) documents that note or identify the race of the applicant." | Defendants designate Jared Rosenberg. |
| Topic 3: "UNC-Chapel-Hill's use of electronic databases in its Admissions Office, including its tracking of students by race, ethnicity, socioeconomic status, and other factors that bear upon the admissions decision." | Defendants designate Jen Kretchmar and Steve Farmer. |
| Topic 4: "The extent to which race is used during UNC-Chapel Hill's admissions process." | Defendants designate Steve Farmer. |
| Topic 5: "UNC-Chapel Hill's purpose in using race as a factor in its admissions process." | Defendants designate Steve Farmer. |
| Topic 6: "The history of UNC-Chapel Hill's use of a 'holistic' admissions process." | Defendants designate Steve Farmer to testify to UNC-Chapel Hill's use of a holistic admissions process since 2013. |
| Topic 7: "The sharing of admissions data with third parties during UNC-Chapel Hill's admissions process." | To the best of our knowledge, UNC does not share admissions data with third parties (as clarified by your May 26 letter) during the admissions process. Defendants nonetheless designate Steve Farmer. |
| Topic 8: "Investigations by the Department of Education's Office of Civil Rights of UNC-Chapel Hill's admissions process, and UNC-Chapel Hill's response to those investigations." | Defendants designate Steve Farmer. |
| Topic 9: "The reports, analyses, or assessment of the Admissions Office including, but not limited to, reports from the Office of Institutional Research & Assessment concerning the race of those who apply, are admitted, and are enrolled at UNC-Chapel Hill." | Defendants designate Jen Kretchmar, Lynn Williford, and Steve Farmer. |

| Topic | Designation |
|---|---|
| Topic 10: "All reports, analyses, or assessment so the Admissions Office of progress toward Your diversity goals by the Office of Diversity and Multi-Cultural Affairs." | Defendants designate Taffye Clayton and, as necessary, Jim Dean. Defendants will confirm by June 16 whether they will designate Jim Dean. |
| Topic 11: "Surveys of students or applicants regarding their experiences and views of diversity, race relations, campus climate, or the admissions process." | Defendants designate Lynn Williford to testify with respect to final, completed surveys but not with respect to any surveys of applicants. Defendants designate Steve Farmer with respect to surveys of applicants. |
| Topic 12: "All efforts by UNC-Chapel Hill to consider and analyze alternatives to its consideration of race in the admissions process, at any time." | Defendants designate Steve Farmer to testify about UNC-Chapel Hill's consideration and analysis of alternatives to its consideration of race in the admissions process since 2013. |
| Topic 13: "The work, analysis, and findings of the Race Neutral Alternatives Working Group, including:<br>a. The review of any literature on race-neutral admissions processes; b. The review of the implementation and effects of race-neutral admissions in other jurisdictions<br>c. The review of any feasibility of implementing a race-neutral admissions process at UNC-Chapel Hill;<br>d. The costs and benefits of a race-neutral admissions process." | Defendants designate Steve Farmer with respect to Topic 13 overall and subparts c and d and Jen Kretchmar with respect to subparts a and b. |

| Topic | Designation |
|---|---|
| Topic 14: "The work, analysis, and findings of the Committee on Race-Neutral Strategies, including:<br>a. The review of any literature on race-neutral admissions processes;<br>b. The review of the implementation and effects of race-neutral admissions in other jurisdictions;<br>c. The review of any feasibility of implementing a race-neutral admissions process at UNC-Chapel Hill;<br>d. The costs and benefits of a race-neutral admissions process." | Defendants designate Abigail Panter. |
| Topic 15: "Any analysis by UNC-Chapel Hill of disparities in the GPA, graduation rates, or chosen concentrations of matriculating students by racial categories." | Defendants designate Abigail Panter and Lynn Williford with respect to retention efforts. |
| Topic 16: "The process by which applicants are evaluated along one or more factors or otherwise assigned ratings by the Admissions Office as part of the application process." | Defendants designate Jared Rosenberg. |
| Topic 17: "Efforts by UNC-Chapel Hill to ensure consistency or audit the reliability of the ratings assigned by admissions officers." | Defendants designate Jen Kretchmar and Steve Farmer. |
| Topic 18: "The extent to which UNC-Chapel Hill's Admissions Office has analyzed or otherwise discussed the 'mismatch' effect in college admissions." | Defendants designate Steve Farmer. |
| Topic 19: "The extent to which relation to an alum of UNC-Chapel Hill affects the chances of admission for a particular applicant." | Defendants designate Jared Rosenberg and Steve Farmer. |
| Topic 20: "The extent to which status as a recruited athlete affects the chances of admission for a particular applicant." | Defendants designate Jared Rosenberg and Steve Farmer. |

Thomas McCarthy
Patrick Strawbridge
June 2, 2017
Page 5

| Topic | Designation |
|---|---|
| Topic 21: "UNC-Chapel Hill's use of reports reflecting the ethnic composition of a class during its admissions process." | Defendants designate Jared Rosenberg and Steve Farmer. |
| Topic 22: "The School Group Review process, including (but not limited to) the use or disclosure of the race of applicants during that process." | Defendants designate Jared Rosenberg and Steve Farmer. |
| Topic 23: "Efforts by UNC-Chapel Hill to measure the benefits or results of its use of race in its admissions process." | Defendants designate Steve Farmer. |
| Topic 24: "Efforts by UNC-Chapel Hill to measure any costs or other harms resulting from its use of race in its admissions process." | Defendants designate Steve Farmer. |
| Topic 25: "UNC-Chapel Hill's consideration of socioeconomic status in its admissions process." | Defendants designate Jared Rosenberg and Steve Farmer. |
| Topic 26: "Any changes to UNC-Chapel Hill's admissions process after the filing of the Complaint by SFFA." | Defendants designate Steve Farmer. |
| Topic 27: "UNC-Chapel Hill's certification of compliance with Title VI of the Civil Rights Act of 1964." | Defendants accept your proposal to seek this information through an interrogatory rather than R. 30(b)(6) testimony. Defendants do not anticipate objecting to such interrogatory in its entirety and will seek to provide an answer consistent with the obligations imposed by the Federal Rules of Civil Procedure. |
| Topic 28: "Your recruitment of high school students on the basis of their race, geographic location, socioeconomic status, or other characteristics." | Defendants designate Steve Farmer and Michael Davis. |
| Topic 29: "Efforts designed to retain minority students and to address any disparity in graduation rates among ethnicities at UNC-Chapel Hill." | Defendants designate Abigail Panter and Lynn Williford with respect to retention efforts. |

| Topic | Designation |
|---|---|
| Topic 30: "Exceptions made to your admissions standards for students reviewed by the Committee on Special Talent." | Defendants designate Steve Farmer. |

Sincerely,

/s/ Michael Scudder

Michael Scudder

cc: Stephanie Brennan
      Matt Tulchin