# **EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NORTH CAROLINA, et al.,<br>    Defendants. | **NOTICE OF DEPOSITION OF ABIGAIL PANTER** |

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Students for Fair Admissions, Inc., will take the deposition of **Abigail Panter** upon oral examination on **June 19th, 2017**, at 9:00 a.m. Eastern time. The deposition will continue from day to day until completed, and will be held at the Office of University Counsel, University of North Carolina at Chapel Hill, 222 East Cameron Avenue, 110 Bynum Hall, Chapel Hill, NC 27514. The deposition may be recorded by stenograph, video tape, or other means, and will be taken before an officer authorized by law to administer oaths, or any other person before whom a deposition may be taken. The deposition will be taken for use in discovery and at trial and for any other purpose permitted by the Federal Rules of Civil Procedure or Federal Rules of Evidence.

This the 5th day of June, 2017.

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
Post Office Box 21029
Winston-Salem, NC 27120-1029
Telephone: 336/722-3700
Facsimile: 336/722-8153
Email: aruley@belldavispitt.com

Thomas R. McCarthy
Bryan K. Weir
Patrick Strawbridge
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: 703/243-9423
Facsimile: 703/243-9423
tom@consovoymccarthy.com
bryan@consovoymccarthy.com
patrick@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned, as counsel for Plaintiff, has this date served a copy of the foregoing document upon all parties to this action by the method(s) indicated below:

| NAME | METHOD |
|---|---|
| Josh Stein, Attorney General<br>Stephanie Brennan,<br>Special Deputy Attorney General<br>Matthew Tulchin,<br>Assistant Attorney General<br>NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>sbrennan@ncdoj.gov<br>mtulchin@ncdoj.gov<br>**ATTORNEYS FOR DEFENDANTS** | Hand Delivery ☐<br>Facsimile ☐<br>U.S. Mail ☒<br>Email ☒ |
| Michael Y. Scudder, Jr.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>michael.scudder@skadden.com<br>**ATTORNEY FOR DEFENDANTS** | Hand Delivery ☐<br>Facsimile ☐<br>U.S. Mail ☒<br>Email ☒ |
| Lisa Gilford<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>lisa.gilford@skadden.com<br>**ATTORNEY FOR DEFENDANTS** | Hand Delivery ☐<br>Facsimile ☐<br>U.S. Mail ☒<br>Email ☒ |
| Marianne H. Combs<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>marianne.combs@skadden.com<br>**ATTORNEY FOR DEFENDANTS** | |

| | |
|---|---|
| Jack Holtzman<br>NORTH CAROLINA JUSTICE CENTER<br>224 South Dawson Street<br>Raleigh, NC  27601<br>jack@ncjustice.org<br>**ATTORNEYS FOR DEFENDANT-INTERVENORS** | Hand Delivery ☐<br>Facsimile ☐<br>U.S. Mail ☒<br>Email ☒ |
| Reed Colfax<br>Laura Gaztambide-Arandes<br>Sasha M. Samberg-Champion<br>Glenn Schlactus<br>RELMAN, DANE & COLFAX, PLLC<br>1225 19th Street, NW, Ste. 600<br>Washington, DC  20036<br>rcolfax@relmanlaw.com<br>larandes@relmanlaw.com<br>ssamberg-champion@relmanlaw.com<br>gschlactus@relmanlaw.com<br>**ATTORNEYS FOR DEFENDANT-INTERVENORS** | Hand Delivery ☐<br>Facsimile ☐<br>U.S. Mail ☒<br>Email ☒ |

This the 5th day of June, 2017.

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Attorney for Plaintiff