# **EXHIBIT 6**

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
         CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

AMENDED DEPOSITION
OF
ABIGAIL PANTER

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
_____

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
110 Bynum Hall
222 East Cameron Avenue
Chapel Hill, NC  27514

06-19-17
9:08 A.M.

_____

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1  Q. Okay. Thanks. Who prepares the minutes
2  of these meetings?
3  A. Steve Farmer.
4  Q. Steve Farmer, okay. In the second, I'll
5  say, substantive paragraph down, about halfway
6  down that paragraph it says "She noted...."
7  A. Yes.
8  Q. Do you see that?
9  A. Yes.
10  Q. And that's referring to you, correct?
11  A. Yes.
12  Q. Okay. Can you read there those -- the
13  -- that half of the paragraph?
14  A. "She noted that the Committee on Race-
15  Neutral Strategies may wish to re-examine some or
16  all of the strategies considered by the Working
17  Group on Race-Neutral Alternatives but will also
18  need to consider others. She also noted that each
19  possible strategy will have its own costs and
20  benefits and that the Committee on Race-Neutral
21  Strategies will need to consider both carefully."
22  Q. So has the committee reconsidered or re-
23  examined the work of the predecessor Working
24  Group?
25  A. It is planning to do that but it's not

1      there yet.
2          Q.   Okay.  So when -- when will it do that?
3          A.   Well, right now the -- I'm thinking
4      about the data analytic subcommittee.
5          Q.   Uh-huh (yes).
6          A.   It has a set of analyses that it's
7      working on right away that are not that -- not
8      that set of analyses that you're referring to.
9          Q.   Uh-huh (yes).
10         A.   It's an additional set.  But it is --
11     you know, it's part of the plan, we -- overall,
12     that we're going to be looking at these as well.
13     But it's right now the -- the current plan there's
14     another set of analyses that's first.
15         Q.   Okay.  Are there deadlines for either of
16     the current analyses?
17         A.   Well, the current analyses, we expect to
18     have some kind of preliminary report by end of
19     fall that will give us a good understanding of our
20     current information in the file, in a student's
21     file about admitted students.
22         Q.   Okay.  And when you say ---
23         A.   And apply -- those who apply.
24         Q.   Okay.  I'm sorry.  And when you say
25     preliminary report by the end of fall, do you mean

```
 1     preliminary reports from all three of the
 2     subcommittees by then?
 3          A.    No.  They're each at a different pace.
 4          Q.    Right.
 5          A.    And we're seeing where they are at each
 6     point.
 7          Q.    Uh-huh (yes).
 8          A.    So -- so this one will be -- there is --
 9     there are three committees and so the one that has
10     to do with data analysis has a large agenda and it
11     is -- it's just large and it takes time to go
12     through and to analyze the way that we would like
13     to analyze it.
14          Q.    Okay.  And so ---
15          A.    Good question.
16          Q.    Okay.  So, which one of those
17     subcommittees is the one that will have a
18     preliminary report by the end of the fall?
19          A.    Well, I -- I think that data analysis
20     will have something about what it's doing right
21     now on the set of analyses it's doing right now.
22          Q.    Do you mean like an interim report or
23     something ---
24          A.    Yes.
25          Q.    --- like that?
```

1  A. Something about the analyses of the --
2  what they've obtained so far. What they're doing
3  is they're -- each of the committees is regularly
4  reporting in to the current committee so we can
5  get feedback.
6  Q. Uh-huh (yes).
7  A. And the Data Analysis Committee will be
8  able to report on its first set of analyses by
9  fall. For -- it depends on the progress of the
10  other committees of where they will be. But
11  they're informing the work of the Data Analysis
12  Committee.
13  Q. Handing you what's being marked as
14  Exhibit Number 11.
15  (EXHIBIT NUMBER 11 WAS MARKED)
16  Q. These are the minutes of the Committee
17  on Race-Neutral Strategies from a meeting of
18  September 9, 2016, correct?
19  A. Yes.
20  Q. Okay. About halfway down the page is
21  where the substantive part starts here and it
22  indicates that you asked Provost Jim Dean to share
23  some thoughts about the work of the committee?
24  A. Yes.
25  Q. Can you read that short paragraph there