# **EXHIBIT 7**



3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
703.243.9423
www.consovoymccarthy.com

June 30, 2017

VIA EMAIL

Michael Scudder
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720

Re: Discovery Issues

Dear Michael:

I write regarding three discovery issues.

*First*, as promised, we have amended our interrogatory responses as they relate to SFFA's standing members (see attached).

*Second*, we have learned through recent deposition testimony and UNC's interrogatory responses from earlier today that neither the Committee on Race-Neutral Strategies ("Committee") nor its various subcommittees have produced any reports, studies, papers, or presentations but that they may produce a report or reports in the future. In other words, the Committee and/or its subcommittees will produce their work (if any) after fact discovery closes. Any work produced by the Committee (or its subcommittees) cannot properly be relied upon in this litigation. If UNC attempts to submit and/or rely upon such work as evidence in this case, SFFA will seek to exclude it or seek other appropriate relief.

*Third*, we are concerned that UNC-Chapel Hill has not complied with its obligation to provide documents responsive to SFFA's Request For Production No. 46. That request asks for documents "used to predict the probability of admission for particular applicants." It pointed to a June 2015 email from Dr. Kretchmar referencing that type of analysis as an example of what the request was seeking. UNC agreed to produce responsive documents but, according to our review, it has not done so.

Although UNC yesterday produced a document (UNC0379665) that it may believe responds to RFP No. 46, we do not find it responsive. First, the document's metadata indicates that it belongs to Michael Kosorok, so it is does not respond to SFFA's request for any analysis Dr. Kretchmar conducted. In any event, UNC0379665 would

not satisfy UNC's obligations even if it did belong to Dr. Kretchmar. RFP No. 46 covers all documents showing Dr. Kretchmar's work, including any spreadsheets with her formula inputted or otherwise showing her analysis. *See also* RFP No. 32 (seeking "[a]ll documents from the Relevant Period that seek to … predict, using race or other demographic variables, … the rate at which applicants are admitted.").

If you believe there are other documents that satisfy SFFA's specific request, please point us to them. Otherwise, we reiterate our need for documents concerning Dr. Kretchmar's (and any others') predictive analysis. Please advise us with a date when we can expect those documents.

Sincerely,

s/ *Thomas R. McCarthy*