# **EXHIBIT 8**

# Skadden, Arps, Slate, Meagher & Flom LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720
———
TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

August 16, 2017

**Via E-mail**
Thomas McCarthy
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201

RE:     SFFA's June 30, 2017 Letter

Dear Tom:

I write in response to your letter dated June 30, 2017 regarding certain discovery matters.

We find SFFA's objection to the production of any future work by the Committee on Race-Neutral Strategies to be misplaced. Any reports, studies, papers, or presentations produced by the Committee or any of its subcommittees bear directly upon SFFA's claims and the University's defenses in this action. Moreover, evidence of the Committee's ongoing work, even after the close of fact discovery, is appropriate in this case as SFFA seeks prospective injunctive relief. Therefore, the University is entitled to present evidence of current facts to the Court. The University will produce—consistent with its obligations under Rule 26, and may properly rely upon at trial, any relevant work of the Committee or its subcommittees and any other additional evidence relevant to the claims and defenses in this action.

We addressed SFFA's separate request regarding the University's production in response to SFFA's Request for Production No. 46 by letter dated August 10, 2017.

Please do not hesitate to contact me if you have any questions.

Sincerely,

/s/ Michael Scudder

Michael Scudder

cc:     Stephanie Brennan
        Matt Tulchin