# **EXHIBIT 12**

| | |
|---|---|
| **From:** | Combs, Marianne H (CHI) |
| **Sent:** | Monday, December 11, 2017 2:50 PM |
| **To:** | Thomas McCarthy; 'Patrick Strawbridge'; 'Bryan Weir' |
| **Cc:** | Brennan, Stephanie; Scudder, Michael Y. (Retired Partner); Morgan, Alexandra (CHI) |
| **Subject:** | UNC Production |
| **Retention:** | Sent Item |

Tom,

We are loading a new production on the FTP today and wanted to give you a heads up. The production consists of two previously unavailable documents reflecting data and analysis from the most recent University climate survey. We'll let you know when it is available for download.

Please let me know if you have any questions.

Best,
Marianne

**Marianne H. Combs**
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com

