# **EXHIBIT 13**

| **From:** | Morgan, Alexandra (CHI) |
|---|---|
| **Sent:** | Monday, December 11, 2017 4:16 PM |
| **To:** | Combs, Marianne H (CHI); Thomas McCarthy; 'Patrick Strawbridge'; 'Bryan Weir' |
| **Cc:** | Brennan, Stephanie; Scudder, Michael Y. (Retired Partner) |
| **Subject:** | RE: UNC Production |
| **Attachments:** | Production Letter (December 11, 2017).pdf |
| | |
| **Retention:** | Sent Item |

Tom,

The production has been uploaded to the production FTP. The password for the zip file is SFFA12112017 and the FTP credentials are in the attached cover letter.

Best,
Alex

**Alexandra Morgan**
Associate
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0747 | F: 312.827.9441
almorgan@skadden.com

Skadden

---

**From:** Combs, Marianne H (CHI)
**Sent:** Monday, December 11, 2017 2:50 PM
**To:** Thomas McCarthy; 'Patrick Strawbridge'; 'Bryan Weir'
**Cc:** Brennan, Stephanie; Scudder, Michael Y (CHI); Morgan, Alexandra (CHI)
**Subject:** UNC Production

Tom,

We are loading a new production on the FTP today and wanted to give you a heads up. The production consists of two previously unavailable documents reflecting data and analysis from the most recent University climate survey. We'll let you know when it is available for download.

Please let me know if you have any questions.

Best,
Marianne

**Marianne H. Combs**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com

1

**30 ACTS OF GIVING** | **ACTS OF GIVING** | **YEARS IN CHICAGO** | Skadden

**SKADDEN CHICAGO | SINCE APRIL 30, 1984**