# **EXHIBIT 14**

| From: | Combs, Marianne H (CHI) |
|---|---|
| Sent: | Thursday, December 21, 2017 5:59 PM |
| To: | Tom McCarthy; 'Patrick Strawbridge'; Bryan Weir; aruley@belldavispitt.com |
| Cc: | Stephanie Brennan; Tulchin, Matt; Scudder, Michael Y (CHI); Flath, Lara A (CHI); Moynihan, John (CHI) |
| Subject: | SFFA v. UNC |
| Attachments: | DOC_14_30_02.pdf |
| Retention: | Sent Item |

Counsel:

A small production of materials from the University's Committee on Race Neutral Strategies has been uploaded to our production FTP. The FTP link and credentials are in the attached letter and the password for the zip file is SFFA12212017.

Please let me know if you have any questions.

Regards,
Marianne


**Marianne H. Combs**
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com


SKADDEN CHICAGO | SINCE APRIL 30, 1984

1