# **EXHIBIT 15**

| | |
|---|---|
| **From:** | Combs, Marianne H (CHI) |
| **Sent:** | Friday, July 13, 2018 4:47 PM |
| **To:** | Tom McCarthy; 'Patrick Strawbridge'; Bryan Weir; aruley@belldavispitt.com |
| **Cc:** | Fitzgerald, Patrick (CHI); Gilford, Lisa (LAC); Flath, Lara A (CHI); Moynihan, John (CHI); 'Brennan, Stephanie'; Sullivan, Nora |
| **Subject:** | SFFA v. UNC |
| **Attachments:** | image001.jpg; Supplemental Initial Disclosures.pdf; Production Letter, Vol 56 (July 13, 2018).pdf |
| **Retention:** | Sent Item |

Counsel:

A production of materials from the University's Committee on Race Neutral Strategies and Educational Benefits of Diversity Working Group has been uploaded to our production FTP. This production consists of seven documents.

The FTP link and credentials are in the attached letter and the password for the zip file is SFFA07122018.

I have also attached Defendants' Fifth Supplemental Initial Disclosures.

Please let me know if you have any questions.

Regards,
Marianne

**Marianne H. Combs**
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com

1

Case 1:14-cv-00954-LCB-JLW   Document 144-15   Filed 08/24/18   Page 2 of 2