# EXHIBIT 17

| **From:** | Combs, Marianne H (CHI) |
| **Sent:** | Friday, July 20, 2018 4:08 PM |
| **To:** | 'Patrick Strawbridge'; Tom |
| **Cc:** | Stephanie Brennan; Nora Sullivan; Fitzgerald, Patrick (CHI); Gilford, Lisa (LAC); Flath, Lara A (CHI); Moynihan, John (CHI) |
| **Subject:** | SFFA v. UNC |
| **Retention:** | Sent Item |

Patrick,

We are responding to your concerns raised during the meet and confer discussion yesterday.

UNC believes that its most recent production is proper. This is a case for prospective relief and the University is entitled to produce, and rely upon, evidence relevant to the claims and defenses in this action. SFFA has been on notice at least since August 16, 2017 when we informed you in writing by letter that the University intended to produce evidence of its continuing efforts to comply with its ongoing *Fisher I* and *Fisher II* obligations. UNC made a similar production in December that provided SFFA with notice and opportunity to inquire about the University's current and future work. This most recent production supplemented UNC's extensive prior productions, brings you up to date on the ongoing work, and was made well before summary judgment and trial deadlines.

As to the documents from the Race Neutral Committee, SFFA was well aware that this group's work is ongoing. Moreover, although you claim you were not aware of the Educational Benefits of Diversity working group, during fact discovery, UNC produced the Provost's 2017 report on the educational benefits of diversity, which discussed future efforts the University intended to make, and SFFA had the opportunity to depose then-Provost Dean about the University's future plans. Notably, you have offered no expert (or other) evidence on the educational benefits of diversity in any event.

In regards to the witnesses disclosed in Defendants' Supplemental Initial disclosures, we understand SFFA to have no objection to the disclosure of Provost Robert Blouin as successor to Jim Dean. The remaining witnesses are witnesses who may submit declarations to rebut specific issues and claims made by SFFA's experts during expert discovery. UNC reserves the right to call them as trial witnesses, if necessary.

While we find SFFA's claim of prejudice to be unwarranted and note that SFFA has already received substantial discovery, nonetheless, in a good faith effort to compromise and avoid the need for court intervention, the University will make Abigail Panter available for a supplemental deposition on the subjects of the post-June 2017 work of the Committee on Race Neutral Strategies and Educational Benefits of Diversity Working Group. UNC will also make available for deposition Rachelle Feldman, Yolanda Keith, Brian Smith, and Jonathan Pruitt, limited to the specific topics disclosed in Defendants' Supplemental Initial Disclosures. UNC will make every effort to make these witnesses available within 30 days at a mutually convenient time.

Regards,
Marianne

**Marianne H. Combs**
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0837 | F: 312.827.9451 | M: 205.718.6358
marianne.combs@skadden.com

1

SKADDEN CHICAGO | SINCE APRIL 30, 1984