IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC., )
)
Plaintiff, )
)
v. ) 1:14CV954
)
THE UNIVERSITY OF NORTH )
CAROLINA AT CHAPEL HILL, et al. )
)
Defendants. )

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Limitation on Length of Briefs, (ECF No. 142).

Based on the parties' representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED IN PART. Plaintiff and UNC-Defendants may file briefs in support of any motion for summary judgment and responsive briefs of no more than 9,500 words each.

This, the 28th day of August, 2018.

/s/ Loretta C. Biggs
United States District Judge