IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14CV954 |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Remove Case from April Master Calendar, (ECF No. 143).

Based on the parties' representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED and the case shall proceed as follows:

1. Plaintiff and UNC-Defendants anticipate filing summary judgment motions consistent with the March 13, 2018 Scheduling Order, (ECF No. 129), which dictates that briefing shall be completed on December 5, 2018.

2. Given the parties' Joint Stipulation that this case should be decided without a jury if a trial is necessary following the resolution of pending and forthcoming dispositive motions, (ECF No. 135), this case shall be removed from the April 2019 Master Calendar Term.

3. Following the resolution of all dispositive motions, the Court shall set a bench trial in this case.

This, the 28th day of August, 2018.

/s/ Loretta C. Biggs
United States District Judge