# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSION, INC.** | |
| **Plaintiff,** | |
| v. | |
| **THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,** | Case No. 1:14-CV-954 |
| **Defendants.** | |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1, please take notice of the special appearance of Amy L. Van Gelder of Skadden, Arps, Slate, Meagher & Flom LLP as counsel for all Defendants in the above-captioned civil action in association with Stephanie Brennan who is a member of the bar of this Court.

Ms. Van Gelder certifies that she is an active member in good standing of the bar of the State of Illinois. Ms. Van Gelder further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings. Ms. Van Gelder still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Ms. Brennan certifies that she remains responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for

certificates of service. Ms. Brennan further certifies that she, or another attorney from her office, will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: January 17, 2019                    Respectfully submitted,


                                           By: /s/ Amy L. Van Gelder
                                           Amy L. Van Gelder
                                           *Attorney for Defendants*
                                           SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP
                                           155 N. Wacker, Suite 2700
                                           Chicago, Illinois 60606
                                           Telephone: (312) 407-0903
                                           Email: amy.vangelder@skadden.com


                                           /s/ Stephanie Brennan
                                           Stephanie Brennan
                                           *Attorney for Defendants, LR 83.1 Counsel*
                                           Special Deputy Attorney General
                                           NC State Bar No. 35955
                                           NC DEPARTMENT OF JUSTICE
                                           Post Office Box 629
                                           Raleigh, North Carolina 27602-0629
                                           Telephone: (919) 716-6920
                                           Email: sbrennan@ncdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Amy L. Van Gelder
Amy L. Van Gelder
*Attorney for Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0903
Email: amy.vangelder@skadden.com