IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**THE UNIVERSITY OF NORTH CAROLINA et al.,**<br><br>      **Defendants.** | **CASE NO. 1:14-CV-954** |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
(ORAL ARGUMENT REQUESTED)

NOW COME Defendants, by and through undersigned counsel, and hereby move for summary judgment on the grounds that there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law.

In support of its motion, the University relies on its memoranda of law and the declarations, deposition testimony, and exhibits filed herewith.

WHEREFORE, Defendants respectfully request that the Court:

1. Grant its motion for summary judgment;

2. Enter judgment for Defendants on all of the Plaintiff's claims; and

3. Grant the University such other relief as may be appropriate.

Respectfully submitted this 18th day of January, 2019.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Joshua H. Stein<br>Attorney General |
| /s/ Patrick Fitzgerald<br>Patrick Fitzgerald<br>Amy L. Van Gelder<br>Lara Flath<br>Marianne Combs<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>(312) 407-0700<br>E: patrick.fitzgerald@skadden.com<br>E: amy.vangelder@skadden.com<br>E: lara.flath@skadden.com<br>E: marianne.combs@skadden.com | /s/ Stephanie Brennan<br>Stephanie Brennan<br>Special Deputy Attorney General<br>NC State Bar No. 35955<br>E: sbrennan@ncdoj.gov<br><br>/s/ Nora Sullivan<br>Nora Sullivan<br>Assistant Attorney General<br>NC State Bar No. 43284<br>E: nsullivan@ncdoj.gov |

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' Motion for Summary Judgment via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 18th day of January, 2019.

/s/ Patrick Fitzgerald
Patrick Fitzgerald