# EXHIBIT 1

# Declaration of Robert Blouin

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA et al.,<br><br>Defendants. | CASE NO. 1:14-CV-954 |

**DECLARATION OF ROBERT BLOUIN**

I, Robert Blouin, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## I. Background and Role at the University

1. I am the Executive Vice Chancellor and Provost at The University of North Carolina at Chapel Hill (the "University"). I serve as the University's Chief Academic Officer and its Chief Operating Officer with oversight responsibilities for budget and planning. I am also the UNC Eshelman School of Pharmacy's Bryson Distinguished Professor.

2. I received my undergraduate degree from the Massachusetts College of Pharmacy in 1975, and a PharmD from the University of Kentucky College of Pharmacy in 1978.

3. From 1978 to 2003, I served as a faculty member and an administrator at the University of Kentucky College of Pharmacy. Specifically, I served as Associate Dean for Research and Graduate Education and Executive Director of the Office for Economic Development and Innovations Management.

4. I joined the University's Eshelman School of Pharmacy in 2003 as its Dean.

5. In September 2017, I became the University's 15th Executive Vice Chancellor and Provost, succeeding James W. Dean, Jr. In this role, I report directly to Chancellor Carol L. Folt.

6. As Executive Vice Chancellor and Provost, I have oversight responsibilities for admissions and financial aid, budget and planning, student and health affairs, and the

University's workforce. My office also oversees a number of committees, centers, and programs on campus.

7. As the Chief Academic Officer, I lead the University in its academic planning and in setting academic policies and practices to further its mission of preparing the next generation of leaders. In order to accomplish this objective, we must ensure that our students have access to an education that enables them to adapt in a time of unprecedented growth in human knowledge and technological change.

8. The deans of all of the academic units within the University report to me, and I regularly meet with and provide guidance to the deans of each professional school and the College of Arts and Sciences. I work with the deans in shaping the academic vision of each school, ensuring that the school's academic plan, policies, and practices further the University's mission. I also receive feedback from the deans about the academic and classroom experience of the students within their schools.

9. My role also includes oversight of enrollment at the University, as well as the processes on which enrollment depends, such as admissions and student aid. Stephen Farmer, Vice Provost for Enrollment and Undergraduate Admissions, is responsible for the Office of Undergraduate Admissions and the Office of Scholarships and Student Aid. Mr. Farmer is a member of my Provost's Cabinet and reports directly to me. I regularly receive updates from Mr. Farmer on the status and results of the undergraduate admissions process, as well as student aid.

10. Additionally, Christi Hurt, Interim Vice Chancellor and Chief of Staff for Student Affairs, reports directly to me. Prior to Ms. Hurt assuming this position, Winston

3

Crisp, Vice Chancellor for Student Affairs, reported to me until his retirement in October 2018. Student Affairs collaborates with our academic units to meet the needs of the student body, including sustaining an inclusive and supportive campus environment through student programs and services. Information I receive from Ms. Hurt and the Student Affairs office also provides me with insight about the student body and campus environment.

11. Felicia Washington, Vice Chancellor for Workforce Strategy, Equity and Engagement, reports to me as well. Vice Chancellor Washington oversees the University's offices of Human Resources, Equal Opportunity and Compliance, and Diversity and Inclusion. These offices strive to make our campus a welcoming environment. The Office of Diversity and Inclusion is led by Rumay Alexander, the University's Chief Diversity Officer.

12. I also chair the University's Budget Committee. In this role, I make major resource allocation decisions regarding State funding and overhead funds. I prepare budget requests for academic and capital projects for submission to and consideration by the UNC System Office. I also provide budgetary oversight to the dean of each school and to the directors of centers and institutes at the University. I co-chair the Tuition and Fees Advisory Task Force, which develops proposals for tuition and fees for the following fiscal year.

13. As part of my leadership of the University's academic planning and vision, I serve as a non-voting representative of the Faculty Council. The Faculty Council is the main faculty governance body that has the primary responsibility for setting University-

wide educational policies. It establishes policies on a variety of campus-wide issues including curricula and programs of study. The Faculty Council also develops admissions policies and procedures and ensures that they are consistent with the UNC System's and Board of Trustees' policies. I attend Faculty Council meetings and serve in a consultative role, including reviewing resolutions under consideration by the Faculty Council.

14. In December 2017, I convened the Educational Benefits of Diversity and Inclusion Working Group. The group coordinates and enhances the assessment of the University's ongoing efforts to realize the educational benefits of diversity and inclusion for its undergraduate students.

## II. The University's Commitment to Diversity is Grounded In Our Mission

### A. At the core of the University's mission and academic principles is a commitment to diversity and to the educational benefits of diversity.

15. The University exists "to teach a diverse community of undergraduate, graduate, and professional students to become the next generation of leaders." (Ex. 32 (The Mission Statement of the University of North Carolina, Chapel Hill), UNC0323722.)

16. As the nation's first public university and North Carolina's flagship public institution, the University recognizes that it has a special responsibility to "foster the success and prosperity of each rising generation" and "to improve society and to help solve the world's greatest problems." (*See id.*)

5

17. The University's commitment to diversity stems from its mission to bring its expertise to bear for the benefit of the state of North Carolina and beyond and to eliminate barriers to accessing higher education.

18. Moreover, since its inception, the University has been instrumental in helping the state, region, and world solve important problems. We know that solving the critical societal questions facing the next generation will require the talents of diverse students and graduates, working together.

19. The University's strategic framework, Blueprint for Next, reflects the University's commitment to the citizens of North Carolina and to the provision of excellence in public higher education. The University's Board of Trustees endorsed the Blueprint for Next in January 2017. The Blueprint for Next identifies the priorities that will guide the University's decision-making for the next ten years.

20. As the University's mission statement and strategic framework illustrate, diversity is a deeply held value. Our commitment to diversity also reflects the University's proven understanding and experience that diversity yields enlightening, lasting, and transformational educational benefits.

### B. The University's belief that substantial educational benefits result from learning in a diverse environment aligns with its experience and stated commitments over time.

21. The University defines diversity broadly. Dimensions of diversity include race, ethnicity, religion, sexual identity, physical ability, veteran status, first generation college/high school status, socioeconomic status, political orientation, age, citizenship, and many other elements of individual differences.

22. As Provost, and previously as an academic dean and member of the faculty, I have observed the ways in which our students and the entire University community benefit from learning, living, and interacting in a diverse and inclusive environment. There is no doubt that diversity produces meaningful and real educational benefits for members of the University community.

23. The University's faculty have long recognized the educational benefits of diversity that students acquire in the classroom, and our faculty believe these benefits are critically important to the education of our students.

24. On April 15, 2016, the Faculty Council enacted Resolution 2016-12 "On Commitment to Diversity and Inclusion." (Ex. 33 (Faculty Council Resolution 2016-12 - On Commitment to Diversity and Inclusion), UNC028326.)

25. The Faculty Resolution reaffirms the faculty's commitment to the values of diversity and inclusion, stating in part:

> We recognize that student body diversity is a vital and necessary component of academic excellence, and we believe that we can achieve our educational, research, and service missions only by creating and sustaining a diverse and inclusive environment.
>
> We are committed to promoting the many educational benefits, generation of new ideas and the innovations that flow from a diverse student body.

(*Id.*)

26. The Faculty Resolution recognizes that some of the educational benefits of diversity include:

(a) Fostering vibrant classroom and campus environments across all academic disciplines;

7

(b) Aiding in intellectual growth and the free exchange of ideas;

(c) Enabling the pursuit of solutions from many different perspectives and grounded in many different life experiences; and

(d) The minimization of bias, which better prepares students for participation in a multicultural society and a global economy.

(*Id.*)

### C. The University reinforced its commitment to the educational benefits of diversity in the 2017 Provost's Report.

27. Following the Supreme Court's decision in *Fisher II*, the University formalized its efforts to assess the University's progress toward realizing the educational benefits of diversity.

28. Our goals were to: (1) make sure the University's diversity objectives are defined as clearly as possible; (2) establish the best measures by which to assess the achievement of those objectives and to identify opportunities for continuous improvement; (3) identify what data and information—qualitative and quantitative—will be necessary and helpful in the measurement of success and, as necessary, establish processes for capturing that data; (4) evaluate ways to improve strategic coordination among the entities that contribute to the achievement of the University's diversity program; and (5) continue to evaluate the contribution of admissions to the achievement of the University's diversity objectives.

29. On May 26, 2017, the Provost's office, under the leadership of my predecessor, James W. Dean Jr., completed a report entitled "The Educational Benefits of Diversity and Inclusion for Undergraduate Students at the University of North Carolina at

8

Chapel Hill" ("Provost's Report") and submitted it to Chancellor Folt. (Ex. 34 (Provost's Report), UNC0349694-712.)

30. I have fully embraced the Provost's Report. Indeed, I believe the Provost's Report reaffirms the University's longstanding position on diversity and its educational benefits and reflects a compilation and synthesis of many prior statements and publications by the University regarding the educational benefits of diversity and inclusion.

31. The Provost's Report reaffirmed the University's commitment to diversity and the importance of a diverse student body to the achievement of the University's mission. Further, the report identified the specific educational benefits, essential to the University's mission, deriving from diversity, including:

(a) Promoting the robust exchange of ideas;

(b) Broadening and refining understanding;

(c) Fostering innovation and problem solving;

(d) Preparing engaged and productive citizens and leaders; and

(e) Enhancing appreciation, respect, and empathy.

(*Id.* at UNC0349698-700.)

32. The Provost's Report recognized that in order to achieve the educational benefits of diversity, it is necessary for the University to attract and enroll a diverse student body. (*Id.* at UNC0349700.) To that end, the University devotes a great deal of resources to pipeline programs, recruitment initiatives, financial aid programs, and

9

student success efforts to build a body of talented students from all backgrounds. Many of these programs are discussed in the Provost's Report. (*Id.* at UNC0349700-05.)

### D. The University's admissions approach helps to achieve the educational benefits of diversity.

33. The University's admissions approach is an integral part of our ability to provide the educational benefits of diversity.

34. I meet regularly with Stephen Farmer and discuss an array of issues related to the University's undergraduate admissions philosophy and approach. Mr. Farmer provides periodic updates regarding admissions outcomes to me and to other University leaders, including the Chancellor and the Board of Trustees.

35. I pay close attention to our admissions strategies and outcomes so that I am able to understand whether and how the University is fulfilling its goal of admitting a strong class of students and meeting our legislative and UNC System mandates.

### E. The University commits a great deal of resources to eliminate financial barriers to enrollment.

36. One critical aspect of our approach to admissions includes removing financial barriers to enrollment at the University. We are proud to have a need-blind admissions policy, which means we make admissions decisions about applicants without regard to their financial means and their ability to afford a Carolina education. We also meet the full financial need of every admitted student who applies and qualifies for financial aid. This practice affords us the ability to enroll students from diverse socioeconomic backgrounds.

37. The University's commitment to financial aid represents an incredible investment. In order to meet our financial aid commitments, the University often—on a yearly basis—has to make tough decisions regarding how to allocate its limited financial resources. In many cases, the use of those resources is restricted by the federal government, the State of North Carolina, or donors who contributed funds. Directing funds to student aid—in order to maintain our commitment to excellence, opportunity, and diversity—necessarily means that we cannot direct those funds to other important goals that would advance the University's mission.

38. Although the University receives gifts and donations on an annual basis and maintains a large endowment, there are restrictions on our ability to make these funds readily available for financial aid programs.

39. The use of donor funds is almost always restricted by donors to a specific request or project, and we cannot deviate from gift restrictions without written consent from the donor.

40. Presently, the vast majority of the University's endowment carries external restrictions that limit the use of those funds to specific purposes. The very limited portion of unrestricted endowment funds is allocated for recurring needs such as University libraries, scholarships, fellowships, and other mission-critical purposes.

### III. The University demonstrates its commitment to the educational benefits of diversity through campus programming

41. We know that achieving the educational benefits of diversity requires that we provide opportunities for students from different backgrounds to interact with one

another, both in and out of the classroom. As Provost, I oversee numerous programs, committees, and initiatives dedicated to creating and supporting these opportunities at the University.

42. The University strives to foster a learning environment that leverages the diversity of its student body through encouraging class discussions that feature diverse perspectives, creating opportunities for collaboration and teamwork, and through course offerings that focus on topics of diversity and inclusion.

43. We also support faculty-led diversity initiatives that cultivate the educational benefits of diversity in the classroom, such as through the Center for Faculty Excellence program regarding inclusive teaching.

44. Through our Division of Student Affairs, we offer our students programs that provide opportunities for interaction outside the classroom with others who may come from different backgrounds.

45. We pursue the educational benefits of diversity through the University Office for Diversity and Inclusion, which operates a range of cultural programs, campus activities, and support services.

46. As Provost, one of my goals is to ensure that the academic colleges and other units reporting to me receive the institutional support needed to foster a diverse and inclusive environment. I do this by regularly engaging with the individuals I supervise; providing institutional and financial support where needed for efforts (such as those described above) related to these issues; and regularly receiving feedback about the classroom and campus experience of our students.

## IV. The University is engaged in ongoing assessment of the educational benefits of diversity

47. Over the years, the University has engaged in assessment of its efforts to realize the educational benefits of diversity. These assessments have included both the collection and analysis of quantitative data tracking the diversity of our campus, as well as learning about our students' experiences of diversity and inclusion through surveys and in-person encounters. These assessments occur centrally, as well as within academic departments and programs at the University.

48. For example, the Carolina Metrics project incorporates student and faculty questionnaires and other campus data in order to assess the University's success in achieving its academic priorities and goals. Carolina Metrics is an ongoing effort and has been shared with the University Board of Trustees. (Ex. 62 (Carolina Metrics Presentation), UNC0132974-90.)

49. Building upon these efforts and the 2017 Provost's Report, I convened the Educational Benefits of Diversity and Inclusion Working Group ("EBD Working Group"). The EBD Working Group is formally charged with coordinating and enhancing the assessment of the University's ongoing efforts to realize the educational benefits of diversity and inclusion for its undergraduate students.

50. I chair the EBD Working Group. Other members of the EBD Working Group are campus leaders with skills and expertise across a variety of fields including educational research and assessment; admissions; and student support.

13

51. The EBD Working Group met six times beginning in December 2017 and throughout the Spring 2018 academic semester. The EBD Working Group also met twice during the Summer of 2018 and throughout the Fall 2018 academic semester.

52. We detailed our progress, discussions, and future plans in our June 25, 2018 Status Report, which we shared with University leadership, including Chancellor Folt. (Ex. 64 (The Educational Benefits of Diversity & Inclusion Working Group, Status Report for December 2017 – June 2018), UNC0380278-360.)

53. Our activities included adopting assessment principles and a framework to guide our assessment work. We also inventoried and reviewed significant existing data and analyses from across the campus community regarding the University's delivery of the educational benefits of diversity.

54. The EBD Working group developed a formal assessment plan to enhance the University's evaluation of its efforts to achieve the educational benefits of diversity identified in the Provost's Report.

55. The EBD Working Group will continue to meet regularly, conduct its planned assessments, and will communicate our progress to University leadership, as well as to the broader University community.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**
**SIGNATURE PAGE FOLLOWS**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on January 14, 2019.

*Robert Blouin*
Robert Blouin
Executive Vice Chancellor and Provost

15