**EXHIBIT 2**

**Declaration of Winston Crisp**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

       **Plaintiff,**

v.

**UNIVERSITY OF NORTH CAROLINA et al.,**

       **Defendants.**

## DECLARATION OF WINSTON CRISP

{00109283.DOCX 3}

1. I am the Vice Chancellor for Student Affairs at The University of North Carolina, Chapel Hill ("UNC-Chapel Hill" or the "University").

2. After receiving my law degree from UNC-Chapel Hill in 1992, I joined the University as the School of Law's first full-time Assistant Dean for Student Affairs and as the first Associate Dean for Student Services. In these positions, I played a key role in strengthening coordination among academic programs within the Law School, financial management, outreach, and student support.

3. In 2008, I became the University's Assistant Vice Chancellor for Student Affairs. In that role, I was responsible for issues related to student affairs programming and advising, as well as a variety of student services functions including counseling, dispute resolution, and local community relations.

4. In 2010, I became the University's Vice Chancellor for Student Affairs, the position I hold today. I report directly to the Executive Vice Chancellor and Provost.

### Role as Vice Chancellor for Student Affairs

5. I lead Student Affairs, an office that collaborates with the University's academic units to meet the needs of the student body, including sustaining an inclusive and supportive campus environment through student programs and services. As the Vice Chancellor of Student Affairs, I am the primary liaison between students and the University's administration. I oversee policies, programs, and departments related to student services and support and work daily with campus administrators, faculty, and students to meet the needs of our diverse student body.

6. I oversee all departments within Student Affairs, spanning four broad and interconnected subject areas: student life, student health and wellness, leadership services, and

{00109283.DOCX 3}

diversity. Through these departments, Student Affairs fosters an environment that promotes student learning and success, as well as a strong sense of community.

7.      I oversee the Department of Housing and Residential Education; the Campus Y; Campus Recreation; the Office of Fraternity & Sorority Life and Community Involvement; Campus Health Services; Counseling and Psychological Services; the Office of the Dean of Students; the Office of Student Conduct; the LGBTQ Center; New Student and Carolina Parent Programs; Accessibility Resources and Service; Student Wellness; and University Career Services.

8.      Student Affairs participates in and hosts various University-wide initiatives related to student life and diversity and inclusion. These initiatives bring students together to engage in discussion about campus and world events and debate about the important issues confronting society today.

**Fulfillment of The University's Mission**

9.      The University's mission is to "to teach a diverse community of undergraduate, graduate, and professional students to become the next generation of leaders."

10.      Student Affairs helps the University achieve its mission by ensuring that all students have full access to and inclusion in a wide range of academic, student life, and campus learning experiences.

11.      Student Affairs' Strategic Plan reflects our commitment to diversity and inclusion on campus. The strategic plan identifies goals to provide quality learning experiences for students and to promote a safe, inclusive, and sustainable environment. (*See* Ex. 48 (UNC Chapel Hill - Student Affairs 2010-15 Strategic Plan), UNC0379113-31.)

12.     The overarching goal of Student Affairs is to foster student learning and success. We endeavor to create an environment in which all students can actively participate in the campus community and reach their full academic and personal potential because we believe that the educational benefits of diversity can only be realized in such an environment.

13.     The first goal of the Student Affairs strategic plan is to provide students with quality learning experiences. This effort includes creating an accessible and welcoming campus, promoting student engagement, and preparing students to develop competency in the life skills necessary for academic and professional success. We seek to achieve these goals in a variety of ways, including by providing educational opportunities for students to develop multicultural competency; offering a variety of extracurricular and community service opportunities to allow for the active involvement of all students; and creating opportunities for students to discuss core values, beliefs, and personal identity issues.

14.     Another goal in the Student Affairs Strategic Plan is to promote a safe and inclusive environment. We seek to achieve this goal by working to ensure that all students have access to the same resources and opportunities and to feel included in the student body. In particular, we recognize the important role that racial and ethnic-interest groups play in our students' identity development and their sense of comfort and belonging on campus. When students have this support, they are more likely to have the confidence to engage in the cross-cultural interactions that are so beneficial to our students and to our campus. We embrace the role that racial and ethnic affinity and interest groups play in supporting our students and providing them critically-needed cultural space. Our students have many different types of opportunities to engage with students who share various aspects of their identity.

Case 1:14-cv-00954-LCB-JLW   Document 154-2   Filed 01/18/19   Page 5 of 21

15.     At the same time, we want all of our students to engage with students who are different from them. Some have not previously had that opportunity, which is particularly critical in today's world. We strive to provide opportunities for all students to interact meaningfully with their peers as part of their campus life experience at Carolina.

16.     We are in the process of preparing our next strategic plan, the University's Blueprint for Next, and diversity, inclusion, and realizing the educational benefits of diversity will remain key components of our strategy and work in fulfillment of the University's mission.

### Commitment to Diversity and Inclusion

17.     Student Affairs' Statement on Diversity recognizes our office's commitment to diversity and inclusion and provides a guiding framework for our departments, programs, and every day work. Our Statement on Diversity provides:

> Fundamental to the Carolina experience is an understanding and appreciation of diversity. To further this mission Student Affairs must provide opportunities to learn about diversity in its many forms through our programs and services. By identifying the issues of diversity we may begin to better understand their impact on the Carolina experience, along with how they shape perceptions and interactions between members of the Carolina community. We also need to understand how institutional diversity initiatives relate to our work in our departments and how we can support an overall inclusive campus climate.

18.     Consistent with these overarching principles, Student Affairs works to provide students with opportunities to grow and develop skills that complement their overall academic achievement, including opportunities to explore leadership styles and develop leadership skills through involvement in various campus activities. Through participation in student organizations and clubs, service opportunities, and campus-wide events and initiatives, students develop

Case 1:14-cv-00954-LCB-JLW   Document 154-2   Filed 01/18/19   Page 6 of 21

important social and leadership skills. These campus activities give students the chance to get to know their classmates and to learn to collaborate with individuals of different backgrounds.

19.     Student Affairs works to sustain a supportive campus environment for all students, including through programs and services to learn about diversity. We recognize that success is rooted in promoting students' social, physical, and mental welfare. We challenge and enable our students to become compassionate and responsible citizens and leaders by fostering a welcoming culturally diverse living and learning campus environment.

20.     Diversity and inclusion work is critical to the Student Affairs mission because if students do not feel that they are an integrated part of the University, they will not engage with the University in as meaningful a way as more included students. Thus, we seek to help all of our students become active and engaged members of the University community.

21.     Diversity is critical to our students' success because it is the University's mission to prepare students to thrive in an interconnected world. Students must be able to transcend differences and have effective conversations with people who are different from them in order to achieve their goals. At Carolina, we are trying to prepare students to navigate in a world where they will confront difference all of the time.

22.     We know from the work of our Career Services unit that many of our employers are keenly interested in recruiting diverse students into the workplace, and we also know that they expect our graduates to have the cross-cultural experiences and skills that exposure to diversity promotes. Employers expect our graduates to be able to navigate across difference toward common goals.

## Carolina Excellence

23.     Student Affairs' Carolina Excellence framework (formerly Excellence in Action) is an initiative to foster student learning and success during and after their time at Carolina. The initiative engages students to develop and demonstrate critical skills for the twenty-first century by providing students the tools and support to identify opportunities and to reflect on experiences. Through Carolina Excellence, students participate in a variety of events and programs that help them to develop these critical skills.

24.     The goals of Carolina Excellence are to facilitate intentional student engagement across the University to support the development of critical academic, professional, and interpersonal skills, and to help students put these skills to use in the fulfillment of their current responsibilities and the realization of their future endeavors. The program also aids students in making meaning of these diverse learning experiences and to translate such engagement into a demonstration of competency development in their personal and professional lives.

25.     Through participation in our events and programs, students develop nine key learning and development outcomes across three areas. We selected these areas and outcomes based on our review of best practices in higher education generally and within the field of student affairs specifically. We also conducted our own careful assessment (with input from our various units) of the skills we believe Carolina graduates need to develop as part of their Carolina experience consistent with Carolina's mission. Our goal is to promote the success and wellbeing of our students and, in turn, the communities that our students will work in and lead.

26.     The Carolina Excellence learning framework emphasizes 9 Competencies organized under 3 Elements:

| Dynamic Learning | Personal Growth | Community Engagement |
|---|---|---|
| Critical thinking | Integrity | Intercultural Competence |
| Creativity | Self-Awareness | Interpersonal Development |
| Communication | Wellness | Public Service |

27. First, Carolina Excellence provides students with opportunities to engage in Dynamic Learning, which we define as "the process of intellectual exploration that leverages communication skills, creativity, and critical thinking to express one's commitment and capacity to address real world challenges." We believe that dynamic learning through activities yields critical thinking, creativity, and communication.

28. Second, Carolina Excellence promotes the development of Personal Growth, which we define as "the process through which one achieves authenticity, balance, and purpose while creating a path toward a congruent wholehearted life." In this area, we aim for students to achieve integrity, self-awareness, and wellness.

29. Third, Carolina Excellence promotes Community Engagement, "the process of taking action with members of a community to positively impact conditions and/or the quality of community life." Participating in community engagement projects allows students to develop intercultural competence, interpersonal development, and public service. We define intercultural competence as "recognizing diverse perspectives to support appropriate and meaningful engagement across varying interpersonal and cultural contexts." We define interpersonal development as "forming and sustaining healthy social relationships and the capacity to work

Case 1:14-cv-00954-LCB-JLW   Document 154-2   Filed 01/18/19   Page 9 of 21

effectively with others." We define public service as "engaging in activities and partnerships in reflective ways that are individually enriching and beneficial to the common good."

30.    Because we believe these outcomes are competencies that are essential for success in today's world, we help students track their participation in events that promote these learning outcomes so that they have a way to capture the information and demonstrate to future employers their development of these particular competencies.

31.    The diversity of the student body contributes significantly to the development of these essential outcomes. Indeed, our ability to effectively teach our students about cross-cultural perspectives would be significantly hindered without a diverse campus environment. Carolina Excellence arms students with critical skills that they will need during their time at Carolina and after graduation, and many of these skills are dependent on high-quality cross-cultural interactions and discourse.

### Student Affairs' Programming

32.    Student Affairs attempts to foster broad integration of all students, as well as quality learning and interactions, through a number of specific programs and initiatives.

33.    Our impact is meaningful. In 2016-17, for example, we offered more than 3,000 leadership positions across Student Affairs; delivered more than 110 programs related to diversity and/or inclusion; sponsored approximately 180 student organizations with missions related to advocacy or diversity and approximately 780 student organizations overall; and implemented more than 1200 unique workshops and events.

34.    Some illustrative examples of our work are described below.

New Student and Family Programs

35.     We begin encouraging positive engagement with students from different

backgrounds from the very beginning. For example, Student Affairs presented a program at the

summer 2018 orientation for new students entitled "Exploring Our Stories," which was designed

to allow new students to: (1) identify and reflect on components of their individual identities; (2)

understand the value of respect for commonalities and differences within the Carolina

community and beyond; (3) gain an understanding of strategies and tools for inclusive

interpersonal communication; and (4) learn about on-campus resources available to further

explore their identities and those of their classmates.

36.     In this session, students considered their own identities and how those intersect to

build their stories. They had the opportunity to share their stories with others and to begin to

build connections. As part of the program, we taught communications tools to use in the program

and throughout students' time at Carolina, including attention, engagement, and listening to

understand (not to respond). We discussed with them the challenges of interacting across

difference, encouraged them to engage and learn outside of their comfort zones, and provided

resources for additional discussion and reflection along these lines at Carolina.

Housing and Residential Education

37.     I work closely with our Department of Housing and Residential Education

Department ("DHRE"). One of the goals of DHRE is to ensure students live and thrive in

proximity to people who are different from them.

38.     DHRE provides innovative and purposeful opportunities for our students to live and learn together. The Declaration of the Director of DHRE, Allen Blattner, details these opportunities.

Campus Y

39.     I oversee the Campus Y, the largest and most vibrant advocacy and public service student organization at Carolina since its establishment in 1860. Thirty-two student-led social justice committees operate under the umbrella of the Campus Y. These committees are dedicated to public health, human rights, youth development, environmental advocacy, education, poverty alleviation, and immigration policy.

40.     The Campus Y offers the Bonner Leaders Program, an intensive community service program for fifteen undergraduates a year that guides students from an exploration of direct service in a local agency to community-based research and public policy. There are currently sixty Bonners students on campus.

41.     The Campus Y also houses CUBE, our social innovation incubator, which helps students, faculty, and staff grow and accelerate business ventures that have the potential to address social challenges both locally and internationally, creating social value through sustainable, systemic change. Fourteen social ventures are currently serving two-year residencies.

42.     The Campus Y has developed a unique educative model that focuses on experiential learning, builds bridges between campus and community, and inspires public service

locally and globally. These programs provide rich opportunities for diverse students to learn from one another as they actively serve others.

Carolina Union

43.     Another department within Student Affairs that promotes the broad inclusion and integration of all students is the Carolina Union, which offers programs, services, and facilities to the entire campus community.

44.     The Declaration of the Carolina Union's Director, Crystal King, further details information regarding the Carolina Union.

Fraternity & Sorority Life and Community Involvement, Campus Recreation

45.     Student Affairs oversees a host of other programs and organizations that promote student engagement and inclusion, as well as student learning and success. These include fraternities and sororities, recreational activities, and dozens of other interest groups and student services.

46.     Some of our students choose to join Greek organizations. These include eight historically African American fraternities and sororities, as well as fourteen multicultural and interest-based fraternities and sororities, including Asian, South Asian, Latina, Latino, Jewish, Native American and Multicultural-interest groups.

47.     The historically African American fraternities and sororities are service-oriented organizations governed by the National Pan-Hellenic Council. The National Pan-Hellenic Council hosts a variety of social, service, and cultural programs throughout the year aimed at educating members of the Carolina community and uplifting all people in the community-at-large.

48.     Carolina's fourteen multicultural and interest-based fraternities and sororities comprise the Greek Alliance Council. These culturally diverse fraternities and sororities serve the entire student body through their efforts to improve campus life by fostering collaboration amongst and within all member fraternities and sororities. Through interaction between these diverse groups, members of these fraternities and sororities learn to collaborate with and appreciate people whose race, sexual identity, gender, gender expression, religion, ethnicity, and interests may be different from their own.

49.     Our Greek leaders receive training and have an opportunity to engage across difference through leadership retreats and development. These events lead to important cross-cultural interactions and conversations, as well as create new friendships.

50.     Our students also have the opportunity to participate in many recreational activities, including intramural sports, sports clubs, and outdoor education. These programs engage a diverse group of student participants in an inclusive and accessible environment that enhances the social, mental, and physical well-being of the entire University community.

### Carolina Conversations

51.     In 2014, Felicia Washington, Vice Chancellor for Workforce Strategy, Equity, and Engagement, and I helped Chancellor Carol Folt initiate Carolina Conversations. Carolina Conversations consists of a variety of campus-wide interactive events and town hall discussions that seek to promote discourse on issues of equity and inclusion related to race, intellectual diversity, religion, identity and culture.

52.     The goal of Carolina Conversations is to give students the opportunity to come together and to promote dialogue across differences of opinion, as well as to teach students how

Case 1:14-cv-00954-LCB-JLW   Document 154-2   Filed 01/18/19   Page 14 of 21

to listen to people with whom they disagree. Our goal is to ensure that Carolina stands always as a place that is inclusive and welcoming for all. Carolina Conversations is an opportunity to engage the University community in a robust and honest dialogue, across all of our differences, about the many challenges and issues that we are facing today.

53.     The timing of Carolina Conversations was no coincidence. Incidents of police brutality and other news coverage of issues regarding race, religion, sexual orientation, and politics have caused many students to experience distress. In addition to national issues creating unrest on our campus, we also have experienced a number of controversies on campus regarding inclusion and diversity. For example, some students feel that some building names on campus are offensive based on their namesakes, which has led to dialogue and ultimately the renaming of a building on campus to Carolina Hall. Students have also actively protested the presence of a Confederate monument on our campus.

54.     Issues that can cause division on campus do not relate solely to race—Carolina Conversations seeks to promote dialogue across a host of controversial issues.

55.     Carolina Conversations is a series of ongoing events to encourage dialogue and discussion.

56.     Carolina Conversations also hosted "Carolina Pulse" events—recurring, reception-style, interactive gatherings designed for students to share their perspective on current events and their impact on the Carolina community. During these events, we hosted facilitators from various corners of campus to guide diverse groups of individuals as they shared their views and reactions to recent events and trends occurring on and off campus.

57.     The Chancellor, Vice Chancellor Washington, and I, along with several other University leaders, attended the initial Carolina Pulse event alongside more than 130 students, faculty, and staff. Facilitators led small groups of campus community members and encouraged discussion by encouraging group members to share different perspectives while maintaining a "safe place" where individuals could express themselves without judgement or intimidation. Every fifteen minutes, the groups rearranged to allow attendees to hear multiple views.

58.     In September 2016, the Chancellor hosted a Carolina Conversations event, "Inclusive Classrooms," that addressed the multiple identities of individuals and their interplay in inclusive classrooms. The event was open to all students, faculty and staff.

59.     Recent Carolina Conversations have addressed bystander issues, harassment and the #MeToo movement, and what it means to be a public university.

60.     I think it is really important that people know that those at the highest level of our institution—the Chancellor, the Vice Chancellors, the deans—are listening and paying attention to the issues that matter to us. Carolina Conversations provides an opportunity for this dialogue.

## Feedback and Assessment Efforts

61.     In my role, I receive regular feedback from students who are benefitting from opportunities they have to interact with diverse classmates at Carolina. I frequently interact with students and student groups, and my staff also report student feedback to me. We take student feedback very seriously and alter our programs and services in response.

62.     Furthermore, Student Affairs has engaged in formal assessment efforts that date back at least to 2004. In 2004, the former Vice Chancellor of Student Affairs appointed a Student Affairs Standing Committee on Assessment.

63.     Student Affairs' assessment framework builds capacity to deliver quality educational programming which contributes to student learning and success in support of the University's mission. Assessment aids us in operating efficiently and utilizing resources responsibly to achieve desired goals. Our shared practice of assessment informs decision making, enhances collaboration and communication with internal and external partners, and helps to shape the impact of Student Affairs on the student experience at UNC-Chapel Hill.

64.     Bettina Shuford, Associate Vice Chancellor for Student Affairs, has oversight for assessment at the divisional level. She supervises the work of the Coordinator for Assessment and Strategic Planning for Student Affairs, Belinda Locke.

65.     Five units have positions with varying degrees of responsibilities for departmental assessment written into their job descriptions: DHRE's Assistant Director of Assessment and Strategic Initiatives; the Carolina Union's Co-curricular Learning and Assessment Coordinator; the Office of New Student and Carolina Parent Programs' Program Coordinator for Week of Welcome and Assessment; the Office of the Dean of Students' Program and Outreach Coordinator, and Accessibility Resources and Service's Accessibility Resources Coordinator.

66.     In addition to units with staff who have designated assessment responsibilities, 12 out of 14 direct service units have staff members who sit on the Student Affairs Assessment Council.

67.     The Student Affairs Assessment Council brings together the departments' assessment experts to work on shared goals and best practices. This group acts as a critical mechanism for advancing assessment across the organization. The Council works to create a culture of assessment in Student Affairs by helping colleagues articulate a need for assessment;

utilize appropriate methodology; develop a comprehensive, understandable assessment tool; and clarify how to use the assessment results. Council members serve as internal resources for their unit on assessment planning and reporting.

68.     Student Affairs' Strategic Plan sets forth clear goals and core values that shape the organization's assessment efforts. Each Student Affairs unit is charged with contributing to the assessment of our strategic goals in unique ways. Each of our units provides us with annual reports.

69.     Our Carolina Excellence initiative offers a shared framework to achieve the Student Affairs' strategic goal related to the provision of quality learning experiences in order to foster student learning and success in the context of co-curricular programming. Each of our service units have mapped programs to our learning goals in Carolina Excellence.

70.     There are several organization-wide mechanisms currently in place for sustaining a culture of evidence in Student Affairs at UNC-Chapel Hill. The Coordinator for Assessment and Strategic Planning schedules assessment consultations throughout the annual cycle. The Assessment Council and our Assessment Learning Community meet monthly. The goal of the Learning Community is to support participants in developing the basic knowledge and skills needed to initiate assessment at the program level.  We also offer a series of assessment-related workshops and publish monthly editions of Eye on Assessment, a newsletter designed to keep staff up to date on best practices, events, and available resources.

71.     We utilize Baseline and Collegiate Link software to collect, store, and analyze data at the organizational and department levels. At the organizational level, these platforms

make it possible to track student engagement and performance towards the achievement of our learning goals.

72.     At the close of each academic year, we host an "Assessment Poster Fair" highlighting the various types of assessment projects happening across Student Affairs.

73.     In addition, Student Affairs sets aside professional development funds specifically for assessment activities and encourages interested staff to attend assessment-related conferences or conference presentations. Within the last few years, the Division of Student Affairs has sent staff members to the Assessment Institute at Indiana University-Purdue University Indianapolis and the Virginia Assessment Group Conference. Staff members have also attended assessment-focused tracks at the annual conferences of the National Association of Student Personnel Administrators ("NASPA") and the American College of Personnel Administration ("ACPA").

74.     Several departments, including the Carolina Union, Student Life and Leadership, DHRE, Campus Recreation, New Student and Carolina Parent Programs, and the Office of Student Conduct, have recently participated in national benchmarking studies.

75.     Furthermore, we actively seek opportunities to partner with the University's Office of Institutional Research and Assessment to access and utilize institutional data such as data generated by our annual participation in the Consumer Intelligence Research Partners ("CIRP") Freshman Study.

76.     In looking ahead, we are focusing assessment efforts in a number of areas. Our assessment-related goals include:

- advancing the definition of assessment and shared assessment priorities across the organization;

- marketing and increasing the use of Baseline survey, rubric, and polling tools;

- enhancing assessment webpages and further developing online resources;

- creating stronger alignment between communications and assessment; and

- creating a series of user-friendly assessment briefs.

## Conclusion

77.     Student Affairs works towards the University's mission of teaching a diverse community of students to learn and grow from one another and to become the next generation of leaders. We do this by promoting student development and learning through a host of varied programs, services, and organizations.

78.     In my experience, such meaningful participation in an inclusive campus allows students to realize the many educational benefits of a diverse student body.

79.     Our student body diversity is critical to what we are trying to accomplish at Carolina. Without a diverse student body, we would be severely limited in our ability to help our graduates develop key skills and competencies that they need for their future success through their academic and co-curricular experiences. Accordingly, I strongly support all of Carolina's efforts to enroll a talented and diverse student body.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on September ___ 2018.

Winston Crisp

{00109283.DOCX 3}19