# EXHIBIT 8

# Excerpts from Deposition Transcript of Taffye Clayton

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

AMENDED DEPOSITION
OF
DR. TAFFYE BENSON CLAYTON

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

_____


TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514


                05-24-17
                8:55 A.M.

_____

Michael B. Lawrence
Court Reporter


Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1        Q.   Okay.
 2        A.   And we customarily would receive
 3   informal input about campus climate from various
 4   groups on campus.
 5        Q.   Okay.  When you said -- I believe you
 6   said Institutional Research?
 7        A.   Yes.
 8        Q.   You mean the Office of Institutional
 9   Research and Assessment?
10        A.   Yes.
11        Q.   Okay.  Great.  Thank you for clarifying.
12        A.   Uh-huh (yes).
13        Q.   Okay.  You mentioned that there was a
14   campus climate study in progress when you left?
15        A.   There was a clampus (sic) climate study,
16   yes, under development.
17        Q.   Under development.  Do you know wether
18   that study was ever actually implemented?
19        A.   I don't know.
20        Q.   Would -- don't know.  I think that you
21   also mentioned that DMA also in somewhat of a less
22   formal way received information about the campus
23   climate.
24        A.   Uh-huh (yes).
25        Q.   Could you tell me a little bit about
```

1  that?
2  A. Sure. The institution has a number of
3  different faculty and staff caucuses or groups.
4  There is the Native Caucus, the LGBTQ Caucus,
5  Latino Caucus, Black Caucus. There are a variety
6  of different student organizations. There's the
7  Faculty Committee -- Governance Committee on
8  Community and Diversity. And so there were
9  various inputs for information to include
10 individual sort of reports of experiences around
11 climate as well.
12 Q. Okay. And when you -- sorry -- so it
13 sounds like you mentioned that there are a number
14 of, I want to make sure I say this right, faculty
15 and staff caucuses and student organizations.
16 A. Yes.
17 Q. And do you mean that they would have had
18 information solicited from them or that they would
19 just report on their own to DMA?
20 A. They would report on their own.
21 Q. Okay. Things that they observed about
22 the campus climate.
23 A. Things that they observed, their lived
24 experiences, those things.
25 Q. Okay. Did DMA do anything else to

1  (Witness complied)
2  Q. Okay. This says "Goal Two" here and
3  I'll read it.
4  A. Okay.
5  Q. "Achieve the critical masses of
6  underrepresented populations necessary to ensure
7  the educational benefits of diversity in faculty,
8  staff, students and executive, administrative and
9  managerial positions."
10     Did I read that correctly?
11  A. You did.
12  Q. Thanks. So we've talked a bit about
13  critical mass, but I wanted to talk a little bit
14  now about the educational benefits of diversity.
15  A. Okay.
16  Q. Can you tell me what those educational
17  benefits are?
18  A. Sure. They range from the ability of
19  students and other individuals to be able to
20  navigate across lines of difference, which is
21  particularly important in an increasingly diverse
22  society and a global economy.
23     It -- those benefits include things like
24  increased interpersonal capacity and comfort.
25  They include cognitive skill, development around

1    critical thinking, around problem solving and

2    contribute to increased creativity and innovation.

3    Well researched.  Scott Page, Jeff Milam, Darryl

4    Smith.

5         Q.   Okay.  Let's take a look at those types

6    of benefits one by one a little bit.  I think the

7    first thing you mentioned was interpersonal

8    capacity and comfort.

9         A.   Uh-huh (yes).

10        Q.   Did I say that right?

11        A.   Uh-huh (yes).

12        Q.   Okay.  Could you tell me what you mean

13   by that?

14        A.   Having knowledge of an individual who is

15   different from you and engaging that individual in

16   ways that allows for the development of

17   interpersonal exchanges, interpersonal, in some

18   case, relationship building.

19        Q.   Okay.

20        A.   And the ability to -- to navigate pretty

21   effectively.

22        Q.   So, just want to make sure I understand.

23   Does this mean in terms of interpersonal skills

24   relating to people across different lines in terms

25   of different types of diversity?

1    A.    Repeat that, please?

2    Q.    Okay.  I'm -- I'm trying to understand
3    what you mean by all that as you discuss
4    interpersonal capacity and comfort.  Does that
5    relate to an individual's skill or ability in
6    terms of interacting or relating to others across
7    different lines of diversity?

8    A.    Absolutely.  If I'm a civilian and put
9    in the role of the person who's in the military
10   and we exchange and share any number of things
11   about ourselves or whatever that looks like in
12   terms of the diversity that may be represented.
13   In many cases the diversity is intersectional, so
14   people come with a variety of different
15   identities.

16         The ability to engage with one another,
17   individual to individual, begins to cultivate a
18   degree of capacity.

19   Q.    So it's a -- it's a developing capacity
20   of interpersonal skills as relates to reaching
21   across lines to people of different types of
22   diversity.

23   A.    Right.

24   Q.    Okay.

25   A.    In some cases people with whom, perhaps,

```
 1    you haven't had the same opportunity to engage.
 2         Q.   Uh-huh (yes).  Okay.  Makes sense.
 3              The second one, I think you mentioned
 4    some kind of cognitive skill and problem solving.
 5    Is that right?
 6         A.   Yes.
 7         Q.   Okay.  Can you tell me a little about
 8    that?
 9         A.   Certainly.  There's research on diverse
10    teams that talks about the fact that when diverse
11    teams defined in a broad and encompassing way are
12    brought together to work on an issue, that there's
13    a benefit from the variety of different
14    intellectual and diverse points of view that are
15    represented.
16         Q.   Uh-huh (yes).
17         A.   And that while in the short term there
18    has to be a degree and an ability to be able to --
19    to get through some of the dissonance that can be
20    created by all of these different opinions and
21    thoughts and points of view.  But at the point at
22    which groups can push beyond that, that there
23    outcomes are -- are much more thoughtful,
24    insightful and elegant.
25         Q.   Okay.  So I'm going to try to see if I
```

1  understand what you mean.
2        Is the idea that of different
3  backgrounds will approach a problem in different
4  ways?
5     A.   They can, yes.
6     Q.   They may.
7     A.   Yes.
8     Q.   They won't necessarily but people of
9  different backgrounds may approach a particular
10 problem in different ways and different manner?
11    A.   Right.
12    Q.   And the sharing of those different ways
13 and manners might lead to a, as you said, more
14 elegant solution?
15    A.   Yes.
16    Q.   Okay.
17    A.   One that takes advantage of the -- the
18 heterogeneity of the group.
19    Q.   Okay.  And so the -- is then the
20 cognitive skill developing that you're referring
21 to, is that then the individual who's exposed to
22 these different ways and different manners of
23 problem solving will develop their own thinking in
24 that regard?
25    A.   Well, it's -- it's the idea that

1  whatever kind of perspective or point of view you
2  bring into a diverse space engaging with others
3  can be honed and sharpened against the ideas and
4  perspectives of others, in many cases perspectives
5  that may be different from your own.
6      Q.  Okay.  And the -- the last of the three
7  educational benefits you identified was increased
8  innovation?  Is ---
9      A.  Yes.
10      Q.  --- that right?  Can you tell me what
11  you mean by that?
12      A.  The creativity, some -- and it's
13  connected to some degree in terms of the critical
14  thinking piece but the -- the level of creativity
15  and innovation that can come from a diverse team,
16  individuals, different perspectives, points of
17  view, different approaches to solving a problem.
18  Putting those things together and perhaps
19  developing a new way or a new idea or a new
20  knowledge, which is the essence of the academy.
21      Q.  Okay.  So then I think -- and I think
22  you said -- let's back up.
23          It sounds like from your description, I
24  thought you said the second and third benefits
25  relate.

1    A.   I said they could.

2    Q.   They could.  Okay.

3    A.   But perhaps it's clearer to have them
4    stand alone.

5    Q.   Okay.  Why is that?

6    A.   Because I just think I gave two
7    distinctive -- or distinct examples that alone may
8    be clearer than taken together.

9    Q.   Okay.  Let me see if I can understand
10   the difference between the two.

11   A.   Okay.

12   Q.   So the cognitive skill and problem
13   solving is a function of collaborating between
14   different perspectives and possible different
15   methods and ways of analyzing a problem.  Is that
16   correct?

17   A.   Yes.

18   Q.   And then increased innovation is
19   distinct, but is it related to some extent because
20   it's also a product of this collaboration of
21   different perspectives?

22   A.   I think both can be seen as products of
23   collaboration, but I think that it can be
24   dependent on what the task might be.

25   Q.   Okay.  All right.  When you were running

1   DMA, did you think that UNC was successful at --
2   at obtaining these educational benefits of
3   diversity?
4          A.   I think I saw evidence of the
5   educational benefits of diversity playing out.
6          Q.   Could you give me some examples?
7          A.   Certainly.  Being able to watch diverse
8   teams engaging whether that was through the
9   Provost Committee on Inclusive Excellence and
10  Diversity, whether that was with respect to being
11  engaged with various groups of diverse students,
12  whether that was engagement with graduate students
13  on my team, whether that was engagement with
14  faculty.
15         Q.   Okay.
16         A.   The benefit of the diversity amongst
17  those groups.
18         Q.   So I want to ask about the students in
19  particular.  Is there a way of -- is there a way
20  for DMA or UNC more broadly to evaluate whether
21  students were developing the cognitive skill in
22  terms of problem solving that relates to
23  diversity?
24         A.   So I think that there is a national
25  survey instrument that is administered by many