# EXHIBIT 9

# Excerpts from Deposition Transcript of Michael W. Davis

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW


     STUDENTS FOR FAIR
     ADMISSIONS, INC.,

                              Plaintiffs,

              vs.

     UNIVERSITY OF NORTH
     CAROLINA, et al.,

                              Defendants.



                     _____

                           AMENDED DEPOSITION
                                  OF
                             MICHAEL DAVIS
           THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
                PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
                 ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
                     _____




          TAKEN AT THE OFFICES OF:
          UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
          222 East Cameron Avenue
          110 Bynum Hall
          Chapel Hill, NC 27514



                              06-15-17
                              8:56 A.M.

                         _____

                          Michael B. Lawrence
                            Court Reporter


                       Civil Court Reporting, LLC
                            P.O. Box 1146
                          Clemmons, NC 27012
                            (336) 406-7684
```

1    Q. Okay. When you say our cycles overlap,
2    what's -- what are you describing there?
3    A. I'm sorry. Generally recruitment can be
4    a two or three year cycle because we start
5    recruiting students potentially even sophomores or
6    juniors in high school, so full year or two ---
7    Q. Okay.
8    A. --- prior to -- prior to them applying.
9    So those activities are happening while we are
10   still working to yield previous classes.
11   Q. Okay. So this is a plan --
12   communications plan for the entire office of
13   undergraduate admissions, but you in recruitment
14   have your own communications plan. Is that
15   correct?
16   A. Really the comprehensive communications
17   plan is the recruitment plan ---
18   Q. Okay.
19   A. --- with a few more operational or
20   evaluation communications thrown in.
21   Q. Okay. That's this document we're
22   looking at here?
23   A. Yes.
24   Q. Okay. I'll just read this first
25   sentence here. It says, "The purpose of our

1   commun" -- "comprehensive communications plan is
2   to identify communication strategies and tactics
3   to help address the four major priorities of the
4   Office of Undergraduate Admissions: 1, great care;
5   2, recruit top NC in students who contribute to
6   diversity; 3, improve the transfer experience; and
7   4, evaluate students respectfully and in ways that
8   advance our mission." Are these four -- are these
9   actually major -- the four major priorities of the
10  Office of Undergraduate Admissions today?
11       A.   They have been through the time that
12  I've been here. At a recent leadership meeting,
13  we were talking about this summer revisiting them
14  and seeing if we want to make any modifications
15  for successive years.
16       Q.   And were these the four major priorities
17  before you started at UNC?
18       A.   I believe so, yes.
19       Q.   All right. Do you know why these four
20  in particular were selected to be the four major
21  priorities?
22       A.   I do not.
23       Q.   You don't. Have you had any discussion
24  since you started about -- scratch that.
25            Number 2, "recruit top NC in students

```
 1    that ---
 2         Q.    Okay.
 3         A.    --- the college board provided us.
 4         Q.    I see. Do you know why -- starting with
 5    the test scores, why these test scores were set as
 6    a threshold for categorizing top NC?
 7         A.    No.
 8         Q.    Have you had any discussions about that
 9    threshold with anyone in the office?
10         A.    No.
11         Q.    Do you have an opinion as to whether or
12    not that is the correct threshold?
13         A.    No.
14         Q.    No. Have you had any conversations
15    about -- excuse me, do you know why the top 3
16    percent was selected?
17         A.    No.
18         Q.    Have you had any conversations with
19    anybody in the office about that?
20         A.    No.
21         Q.    "Students who contribute to diversity,"
22    what is included in that group?
23         A.    So diversity broadly defines -- really
24    any students can contribute to diversity. For the
25    purposes of some for our more focused initiatives,
```

```
 1    we are looking specifically at students from
 2    African-American, Hispanic-Latino, Native American
 3    backgrounds, first-generation-college students
 4    and/or students from a lower socioeconomic
 5    background.
 6         Q.   Great. Any time we take about diversity
 7    for the rest of the day, feel free to qualify it
 8    in that way just so we're talking about the same
 9    thing. I'll try to do so as well.
10              Do you know why these particular groups
11    were selected to -- for this category of "students
12    who contribute to diversity"?
13         A.   Why, collectively, no, I do not.
14         Q.   You don't. Have you had any
15    conversations with anybody about why these are
16    students who were included in the goal for
17    contributing to diversity here?
18         A.   No.
19         Q.   Do you know why Asian-American
20    applicants aren't included in this definition?
21         A.   No.
22         Q.   Under the next paragraph it says, "Note,
23    items in green are primary initiatives for the
24    communications team for 2015 and 2016." What is
25    the communications team?
```

1     referencing for each class roughly?

2          MS. COMBS: Object to form.

3     A.    Roughly for the past two years at least,

4     it has been between 80 and 90,000 students total.

5     Q.    (Mr. Weir) And what percentage of that

6     number from the search roughly speaking?

7     A.    It's a little bit difficult to answer

8     because this -- I do not have any reports that

9     show me the origin source of a student, so there

10    are many students that existed in our database

11    prior to this because they had visited or had

12    inquired or met us on travel and then later we

13    purchased their name. So they would have a source

14    code or a -- not a course code, but they would be

15    tagged with, you know, whatever group they showed

16    up in, even though they had existed prior to that.

17    Q.    I see. When you purchase scores from

18    the College Board or the ACT, do they tell you how

19    many names they're sending you?

20    A.    Yes.

21    Q.    And in a given class, how many names --

22    how many applicants does that add up to?

23    A.    Can you restate that question?

24    Q.    Sure. When you purchase, let's say --

25    let's use last year for example, of the -- how

```
 1    many names did the College Board and the ACT send

 2    UNC admissions office per class?

 3         A.   I believe last year it was somewhere in

 4    the 70,000's -- between 70 and 80,000.

 5         Q.   Okay. So between 70 and 80,000 of the

 6    80 and 90,000 students you have per class come

 7    from the search, right?

 8         A.   Either come from the search or we obtain

 9    additional information about the students from

10    search.

11         Q.   The -- just staying on the same page,

12    page 3 of this exhibit, the order -- 2015 Order

13    4a-Access," under "Test" it says, "Low SES 110 to

14    129 or 1100 to 1290." Would that be students with

15    a low socioeconomic status?

16         A.   That is how I would read that, yes.

17         Q.   Is that a band of data that the

18    admissions office purchases today?

19         A.   It is included in the overall purchase,

20    yes.

21         Q.   It's not something your purchase

22    separate and apart from any other list?

23         A.   For -- for this North Carolina buy, no.

24    We purchase all students in that 1100 ---

25         Q.   Okay. So that would ---
```