# EXHIBIT 10

# Excerpts from Deposition Transcript of James W. Dean, Jr.

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

    **vs.**

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

---

DEPOSITION
OF
JIM DEAN

THIS DEPOSITION CONTAINS CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC 27514

06-23-17
9:03 A.M.

---

Diane W. Ellison
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC 27012
(336) 406-7684

```
 1      (CONTINUATION OF TESTIMONY)
 2          Q.   Do you know whether the information in
 3      those reports is otherwise being, you know,
 4      reported or distributed on an annual basis at the
 5      university?
 6          A.   Then or now?
 7          Q.   Now.
 8          A.   There's probably some overlap between
 9      the information that was in those reports and what
10      is on our Carolina Metrics website.
11          Q.   And what is the Carolina Metrics
12      website?
13          A.   When I came in as provost, I felt that
14      there was no one place that people could go to to
15      understand the academic performance of the
16      university, and so I worked with colleagues for
17      over a year to create that, and that website
18      exists.
19          Q.   And did you have input -- on on what
20      information was actually included in the Carolina
21      Metrics site?
22          A.   Yes.
23          Q.   Did you have -- was that your final
24      decision?
25          A.   On the ground, the work was done by Ron
```

```
 1   Strauss, executive vice provost, and Lynn
 2   Williford, the director of institutional research,
 3   with input from me and input from a number of
 4   other people. So it was kind of a joint product,
 5   I suppose.
 6        Q.   Is there information on the Carolina
 7   Metrics website about racial diversity on campus?
 8        A.   Yes.
 9             MR. SCUDDER: Object to the form.
10        Q.   (Mr. Strawbridge) And do you know what
11   information that is?
12        A.   Yeah. We have information on the
13   percentage of various underrepresented minorities
14   in the student body as well as in   within the
15   faculty, so not staff so much, because it's really
16   academic.
17             And then there's also some information
18   about people's perceptions around diversity in
19   terms of how it -- how it relates to inclusion and
20   feeling part of the community and those kinds of
21   things. So there's both some objective
22   information and there's some subjective
23   information.
24        Q.   Starting with the objective information,
25   you said "underrepresented minorities."
```

1           MR. SCUDDER: Objection to the
2     form.
3         A.   Well, of course, this -- this document
4     isn't meant as a defense of race in the admissions
5     process.  It talks about diversity very broadly,
6     including multiple dimensions.
7           And in this particular section I don't
8     know that it's trying to connect the robust
9     exchange of ideas to a particular admissions
10    practice.  What it's saying is that if we have a
11    diverse community, we think that it promotes the
12    robust exchange of ideas.
13          So that's just background, but -- so I'm
14    still willing to answer the question within that
15    context.  So the question was how does using race
16    in the admissions practice promote the robust
17    exchange of ideas?  Did I get that right?
18        Q.   Yes.
19        A.   I think that it -- to the extent that we
20    use race as one of many factors, it probably
21    promotes a wider range of ideas within the
22    university community.
23        Q.   And -- and why do you think that is?
24    Why do you think that race is -- is inherently
25    associated with -- with particular or -- or

1       A.    That's correct.

2       Q.    The next one is "Broadening and refining

3    understanding," and this -- this again also says

4    "discussion and dialogue with classmates,

5    professors, and colleagues of different beliefs,

6    backgrounds, preferences, cultures, races,

7    ethnicities, and the like   . . inform, modify,

8    and expand our own understandings, opinions, and

9    visions."

10            Is that -- that's what it says, right?

11      A.    Correct.

12      Q.    And -- and, again, I guess I have the

13   same -- the same question. Are you -- are you

14   able to say specifically how discussion and

15   dialogue with classmates of different races

16   necessarily broadens and refines understanding?

17      A.    I would say that any difference -- this

18   document lists a number of them -- probably

19   increases the probability that there will be some

20   level of indifference there.

21      Q.    And is there any effort to measure at

22   the university, to your awareness, how -- how --

23   to quantify either how often or just the amount of

24   these interactions that take place on campus?

25      A.    Well, we've -- we've initiated something

1    called Carolina Conversations, which is intended
2    to both assess and to stimulate these kinds of
3    conversations, and we certainly count and report
4    the number of conversations that have taken place
5    within that, so yes.
6         Q.   Has there been any effort in the -- in
7    the Carolina Conversations process to identify the
8    relative racial distributions of people who
9    participate in the conversations?
10        A.   I don't know.
11        Q.   And are you able to say whether there's
12   any particular level of racial diversity that's
13   necessary to gain the benefits of the broadening
14   and refining of understanding?
15        A.   No.
16        Q.   And is this something that could be
17   measured, in your view?
18        A.   Yes.
19        Q.   And how would you measure it?
20        A.   So just to be clear, you're asking me
21   what a   what a study would look like to assess
22   this?
23        Q.   Yeah. How would you go about measuring
24   the extent to which understandings have been
25   broadened in particular because of race of the

```
 1    admissions process, the university will continue
 2    to take all efforts it can to achieve racial
 3    diversity on campus?
 4         A.   Again, it's a hypothetical. I
 5    would expect so.
 6         Q.   And I'm not trying to get you to repeat
 7    your prior testimony, but just to wrap that up,
 8    you don't -- you're not aware of any particular
 9    level of racial diversity that is or is not
10    essential to meet the various benefits described
11    in this report?
12         A.   That's correct.
13         Q.   What is your -- what is your
14    understanding of -- of the reason why the
15    university uses race in the admissions process?
16         A.   My understanding is that we believe that
17    using race as one factor among many in a holistic
18    admissions process will increase the diversity of
19    people on campus and therefore help to better
20    educate all of our students and prepare them for
21    the world to which they will be going out.
22         Q.   And have you ever heard the term
23    "critical mass"?
24         A.   I have.
25         Q.   Does this report talk about critical
```