# EXHIBIT 11

# Excerpts from Deposition Transcript of Christopher Faison

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
           CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

---

### DEPOSITION
### OF
### CHRISTOPHER FAISON

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC 27514

                03-03-17
                8:58 A.M.

             Michael B. Lawrence
              Court Reporter

          Civil Court Reporting, LLC
              P.O. Box 1146
            Clemmons, NC 27012
             (336) 406-7684

```
 1    all students, whatever their -- wherever they come
 2    from, whatever their background are all treated
 3    equally?
 4         A.   No.  That's not the definition of
 5    inclusive to me.
 6         Q.   Okay.  Well, I guess, just so I
 7    understand, could you tell me a little bit --
 8    explain to me a little more clearly what you mean
 9    or maybe I just didn't get it.  Could you try to
10    explain again what you mean by the campus being
11    inclusive?
12         A.   So inclusive is with respect to the
13    initial definition of diversity, taking difference
14    and making certain -- or looking at -- for ways to
15    make certain that people of difference are
16    included and a part of all that university has to
17    offer.
18         Q.   Okay.  So it's to make all students feel
19    a part of the university?
20         A.   Yes.
21         Q.   Okay.  What are the educational benefits
22    of diversity?
23         A.   So building on the last two definitions
24    that I spoke to, the educational benefits of
25    diversity based upon how I view or what I know is
```

1   that students not only interact with people that
2   are different and they are included in different
3   events on campus, but it also allows for students
4   who are coming to our university from very many
5   different backgrounds to have access to students
6   with other backgrounds and it informs not just
7   their academic understanding, but their social and
8   emotional development, cross-cultural
9   understandings and it just makes them a much more
10  well-rounded future citizen.
11       Q.   Okay.  How are these benefits realized
12  here at the University of North Carolina at Chapel
13  Hill?
14       A.   Can you define what realized means?
15       Q.   Sure.  Like, you know, the University
16  tries to achieve these benefits -- obtain these
17  benefits -- realize these benefits ---
18       A.   Uh-huh (yes).
19       Q.   --- that you just mentioned.
20       A.   Uh-huh (yes).
21       Q.   What does the University -- what are
22  some -- how does the University go about trying to
23  achieve those benefits?
24       A.   I think the University goes about it in
25  multiple ways.  I think it often starts with what

```
 1    the administration and faculty and staff look like
 2    for the student population.  I think it also
 3    speaks to the ways in which we engage our alumni
 4    and also the local community and others that are
 5    affiliated with the University through all the
 6    various professional schools and institutes and
 7    centers that we have.  And then all that basically
 8    provides, in my eyes, a nice preview for students
 9    to understand what the world will be like once
10    they graduate.
11         Q.   Okay.  Has the University gotten better
12    over time at achieving or realizing or obtaining
13    these benefits for its student body?
14         A.   In my opinion I think it has.
15         Q.   What -- in what -- what do you feel that
16    way?
17         A.   I feel that way because as a former
18    student I compare my experience to what I see now
19    a -- as an administrator and I see lots of just
20    difference across the board.  I don't see things
21    that's clearly defined with respect to the student
22    population, especially just walking around campus.
23    It's -- it's often, I think, sometimes difficult
24    to walk into that room or at an event and
25    understand who the event is for because students
```

1  have come to understand, based upon, I think, the
2  ethos that the University has developed that you
3  don't have to have a certain identity to
4  participate in other events.  And that is -- is
5  laudable.
6          Q.   Does the University do anything to
7  measure the benefits that it obtains or achieves
8  or realizes for diversity?
9          A.   Yes.  I believe through the diversity
10 report or to the diversity report.
11         Q.   Okay.  Okay.  I think we'll probably
12 talk about that a little bit later.
13         A.   Okay.
14         Q.   Okay.  Let me ask you a little bit about
15 your office.
16         A.   Okay.
17         Q.   The Office of Men-of-Color Engagement.
18         A.   Uh-huh (yes).
19         Q.   So did you tell me that that office
20 started in 2013?
21         A.   When I started, yes.
22         Q.   Okay.  So that office was, you know,
23 founded basically or initiated when you took the
24 role?
25         A.   Right.

1     Q.    Right?  And so that there's different
2  aspects to diversity ---
3     A.    Uh-huh (yes).
4     Q.    --- depending on the different facets
5  and ways in which people identify themselves.
6     A.    Right.
7     Q.    Right.  Okay.  So, how does that
8  translate into benefits to the student body, of
9  that diversity?
10    A.    So I think it translates in a few ways,
11 and the first ways that I can think of are
12 understanding cultural differences and
13 appreciating various perspectives because of
14 differences.  I think it promotes better work in
15 groups or in teams.
16          One of the best ways I've seen it
17 improve or be of benefit to the student body is
18 helping students think about things from various
19 vantage points.  So when there's a problem, you'll
20 have people ideally from very many backgrounds
21 that can give solutions that would not come up if
22 everyone weren't around the table.
23          And our students do a really good job of
24 interrogating processes that all of us have to be
25 accountable to, and I appreciate that.  And I

```
 1    think that would not be possible if we did not
 2    have lots of diverse pieces with respect to
 3    identities.
 4         Q.   Okay.  And just so I understand, when
 5    you say "cultural differences," ---
 6         A.   Uh-huh (yes).
 7         Q.   --- is that meant to sweep in lots of
 8    different kinds of aspects of people's identity
 9    and character that varies ---
10         A.   Yes.
11         Q.   --- from one person to the next?
12         A.   Yes.
13         Q.   So it's religious?
14         A.   Yes.
15         Q.   It's socio-economic?
16         A.   (Inaudible response)
17         Q.   Yes?
18         A.   Yes.
19         Q.   Is it geographic?
20         A.   It is.
21         Q.   Okay.  And would I be correct to presume
22    it's geographic both for in-state students and
23    out-of-state students?
24         A.   Yes.
25         Q.   Because a kid from Wilmington likely
```