# EXHIBIT 12

**Excerpts from Deposition Transcript of Stephen M. Farmer**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                        Plaintiffs,

     **vs.**

UNIVERSITY OF NORTH
CAROLINA, et al.,

                        Defendants.

---

AMENDED DEPOSITION
OF
STEPHEN FARMER

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC 27514

06-28-17
8:24 A.M.

---

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC 27012
(336) 406-7684

1    Other people tell us about that.  I -- I don't

2    know that I can say -- I think that to say

3    religion affects that decision might be

4    compartmentalizing what we're taking into account

5    there in a way that I don't know that I can agree

6    with.

7             But are we alive and alert to the

8    different ways in which students can contribute?

9    And I mean any student can contribute by virtue of

10   his identity or his background or his experience,

11   the answer there is yes.

12             MR. STRAWBRIDGE: Why don't we take

13   a short break.

14   (Brief recess: 11:04 a.m. to 11:14 a.m.)

15        Q.   (Mr. Strawbridge) Mr. Farmer, are you

16   familiar with what's known as the Core report?

17        A.   I am.

18        Q.   Okay. And what is the Core report?

19        A.   Well, what -- maybe I should talk about

20   what was the Core report because it's -- there

21   have been different reports that have had that

22   name and been -- it's kind of in a different place

23   now from where it was a couple for years ago. So

24   I think starting -- and again, I might be a little

25   bit off on some of my dates, but generally right

Case 1:14-cv-00954-LCB-JLW  Document 154-12  Filed 01/18/19  Page 3 of 22

1    now -- so I'm going to start with right now, then

2    I'll go back. Well, let me start with back and

3    then I'll go to right now.

4            So I think starting around 2006 -- I

5    think it was 2006 -- Jen Kretchmar developed a

6    report that showed a lot of information

7    disaggregated in different ways. It was mainly

8    stuff that we could -- dimensions on which we

9    could disaggregate when an application came in.

10   So the information system that we had at the time

11   stored certain information and not other

12   information, and we ended up disaggregating the

13   report or Jen ended up disaggregating the report

14   based on the information that we had at the point

15   of application.

16           I think the report was based on a report

17   that we got from another school. I think North

18   Carolina State had a similar report and Jen may

19   have used that as a template, but I'm not sure

20   about that. We felt at the time that we had a --

21   needed to stay up on applications through the

22   year. We'd get questions about how things were

23   going. We had partners across campus who wanted

24   reports and rather than going out and doing ad hoc

25   numbers adding every time we got a question, Jen

1    developed a standard report that she ran I think

2    every two weeks or maybe every month and sent

3    around to different people. I think she sent it

4    around to staff members and she had sent around it

5    to a couple of others.

6              So ---

7         Q.   Let me just ask a question.

8         A.   Sure.

9         Q.   When these Core reports were created

10   among the disaggregated data that was made

11   available, was that -- did that include the race

12   and ethnicity of the applicants?

13        A.   Yes. It included the race or ethnicity

14   information that applicants had provided to us on

15   their applications.

16        Q.   And when the Core report was created,

17   did it provide the number of students basically

18   who had applied who fell into these disaggregated

19   categories?

20        A.   Yes. I believe it did.

21        Q.   Did it also include the number of

22   students which had been admitted so far?

23        A.   Yes. I think it did.

24        Q.   Okay. And that ---

25        A.   I think maybe also the number who --

1    that had been read so the -- one of the purposes

2    of the Core report was to help people in the

3    office understand the progress that we were making

4    in reading because, again, if you've got -- and I

5    don't know what the number was at the time -- if

6    you've got 20,000 applications, you don't want to

7    wake up the day before they're due and realize

8    that you've only read a third of them. Yeah, you

9    want to do that over time. So it was kind of a

10   multi-purpose report that included applications

11   and reads and admissions, as you mentioned, and

12   also I think after we started getting enrollment

13   deposits who had chosen to enroll. So she did

14   those from 2006 to 2009.

15          And then we made a transition. We'd

16   been working in a system called Admission Pros,

17   which was an admissions system that we helped

18   develop. You know, I mentioned before when I was

19   talking about why I came here, we wanted to

20   improve the technology in the office and one of

21   the changes that we made was contracting with this

22   organization. It was kind of new at the time --

23   they did develop an admissions information system

24   for us and a communication system for us.

25          So the Core report that Jen developed

Case 1:14-cv-00954-LCB-JLW  Document 154-12  Filed 01/18/19  Page 6 of 22

1    she developed out of Admissions Pros. And I think

2    what she did was just go out and run queries and

3    plug information into the cells on the spreadsheet

4    and then send it around.

5            We spent two or -- maybe two years,

6    maybe three years preparing for a transition from

7    Admission Pros to PeopleSoft and I think we

8    implemented PeopleSoft in 2009 and that the first

9    class that we enrolled in PeopleSoft was fall of

10   2010.

11           It was really hard getting information

12   out of PeopleSoft. It just really -- especially

13   initially. We worked so hard to stand up the

14   system and just to have it up and operating and it

15   was a mammoth undertaking. There wasn't a lot of

16   attention paid at all to how we were going to get

17   data back out of the system. And I think in 2009,

18   maybe 2010 the folks in information technology

19   developed a query that we could run using whatever

20   the -- I think the tool was Web Focus where we

21   could go -- and if you could figure out how to do

22   it, you could go and run a report and it would

23   show you the information that the Core report

24   showed, with the exception that it didn't show

25   prior year information.

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 7 of 22

1          I should have mentioned earlier, one of

2     the things that the Core report showed was how

3     those numbers disaggregated in the way that you

4     described compared to the year prior.

5          Q.   And why -- why did you include prior

6     year data?

7          A.   Just as a benchmark. Just as a rough

8     gauge of how things were going.

9          Q.   Compared to the previous year?

10         A.   Compared only to the previous year.

11    That's right.

12         So 2010, we did the 2010 cycle with this

13    Core report. It might have been called that --

14    out of Web Focus and out of PeopleSoft. And then

15    starting, I think, in July of 2010, the following

16    year, effective for the fall of 2011 admissions

17    cycle, we had been complaining to ITS that, you

18    know, it was so hard to run this report that it

19    was just labor intensive and it was clunky and it

20    took a long time to run because I think each of

21    the -- if I'm remembering correctly -- each of the

22    numbers was actually a hot link in a drill down,

23    so there was actually -- you could click on a cell

24    and it would list all the different people and it

25    was just -- it was a mammoth report and it was a

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 8 of 22

1    terrible use of resources.

2              So we asked ITS to automate that report

3    and to    if they could to generate it and produce

4    it daily, which they did.  I mean, I don't even

5    know that we asked them to produce it daily, but

6    we wanted a regular report and I think the answer

7    at the time was, well, we can give it to you -- if

8    we can give it to you every other week, we can

9    just give it -- we're just going to run it daily.

10             So the Core report became an

11   automatically generated report for the fall 2011

12   group that came out of ITS and they just went to a

13   couple people's inboxes and I ---

14        Q.   When you say went to a couple of

15   people's inboxes, whose inboxes did it ---

16        A.   Yeah.  No, that's a great question.  We

17     we -- I actually asked -- we asked ITS who the

18   report went to -- and I should -- that was part of

19   my preparations because I would -- am rehearsing

20   -- I'm trying to figure out things in the past and

21   I -- our office asked ITS if they could give a

22   list of all the people who received that report.

23   I know that I received it.  I've got reports in my

24   inbox and if you've got my email, you can see

25   them.  They just went straight into a folder that

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 9 of 22

1          Q.    Okay. At some point, did the list of

2    recipients who received those reports change?

3          A.    Those Core reports? Those ---

4          Q.    Yes.

5          A.    --- electron -- the generated reports?

6    I don't think so.

7          Q.    Okay. Your testimony is that nobody

8    else in the admissions office other than Ms. Polk,

9    Ms. Kretchmar, yourself, the IT person,

10   Ms. Florio, received those reports from 2010 until

11   present?

12               MR. SCUDDER: Objection to the

13   form.

14         A.    I think that's the case.

15         Q.    (Mr. Strawbridge) And do you know

16   whether or not that information was provided to

17   admissions officers during the reading process

18   through any other means, the same disaggregated

19   information?

20         A.    I don't know.

21         Q.    If other people have testified that that

22   information was available to them, do you have any

23   basis to challenge that as a 30(b)6 witness?

24               MR. SCUDDER: Objection to the

25   form.

Case 1:14-cv-00954-LCB-JLW  Document 154-12  Filed 01/18/19  Page 10 of 22

1          A.    I'm sorry. I've already said I don't

2     know. And I -- you know, so you were asking about

3     the Core report. So that -- I think that report

4     started in 2009 for the -- or 2010 for the 2011

5     cycle. It did not include prior year information

6     It was just a static report.

7               At some point over the next couple of

8     years -- it might have been 2014, Jen either on

9     her own or working with Wissuta, developed a new

10    version of the report that did show prior year

11    comparisons, and then in subsequent years we split

12    out an applications report or a recruitment

13    report, if you want to think about it that way,

14    from a report about reading.

15         Q.    (Mr. Strawbridge) In 2013 and 2014, did

16    Mr. Rosenberg receive copies of the Core report?

17         A.    I don't know. You mean, the

18    automatically generated Core report?

19         Q.    Yeah.

20         A.    Yeah. I don't know. I mean, I asked

21    Melissa Florio for help in figuring out who

22    received copies of the Core report and I've -- I'm

23    telling you what I think. I don't know, though,

24    that others did not.

25         Q.    Do you know whether Andrea Felder

1                    MR. SCUDDER: The dashboard report?

2          A.   Well, it's the -- sometimes you refer to

3     it -- we referred to it as a version of the Core

4     report. Sometimes it was, unless -- so perhaps I

5     should ask you, do you have a copy of the

6     dashboard report that you'd like to show me so

7     that I can make sure that I'm answering your

8     question accurately?

9          Q.    (Mr. Strawbridge) I'm happy to show you

10    a document, but my real question is just do you

11    know what was on the dashboard that was available

12    to the readers?

13         A.   You're asking me to -- this was four

14    years ago, five years ago. I can't remember

15    everything that was on reports that we ran four to

16    five years ago. I'm sorry.

17         Q.   At some point was there a decision made

18    to remove race or ethnicity information with

19    respect to how the applications process was

20    progressing from being available to the readers of

21    the applications?

22         A.   Yes.

23         Q.   And when was that decision made?

24         A.   I think we made that decision in fall of

25    2015.

1    ethnicity of the candidates when they are

2    reviewing for SGR purposes?

3        A.   When they open the files, they do, yes.

4        Q.   All right. That basically is

5    essentially is a click on the screen to get to the

6    file?

7        A.   Well, they have to look up the student

8    first and then they have to click and sometimes it

9    takes 30 seconds or a minute for the file to load,

10   but yes.

11       Q.   There used to be a -- strike that.

12            Is there actually an SGR report that

13   lists all the students, as I think you've

14   testified earlier, in order by GPA or class rank?

15       A.   There is. And by state and by school.

16       Q.   And did that data -- and is that

17   basically kind of sort of a menu that SGR

18   reviewers use when they're trying to assess the

19   SGR process?

20       A.   Generally, yes. Some people do it

21   different ways, but yes.

22       Q.   Did the SGR reports that appeared on

23   sort of that -- that list page, did that include

24   students about -- information about student

25   ethnicity prior to 2015?

1          A.   Yes, it did. And I'm trying to think of

2    when that information was removed from that

3    report. It was just after we resolved the

4    complaint that had been filed with the Office for

5    Civil Rights.

6          Q.   And was it done at the request of the

7    Office of Civil Rights?

8          A.   No.

9          Q.   Why was it done?

10         A.   You know, I -- I think -- and I'm sorry,

11   I don't remember the year, but I think this was

12   2012. It was 2012 or 2013. The representatives

13   of the Office for Civil Rights visited and spent

14   roughly a week here. It might have been a day

15   less than a week -- it might have been four days.

16   I think I spent five hours with them. I think

17   that office reviewed our admissions policies, it

18   reviewed our admissions practices, it interviewed

19   a number of staff members, it reviewed I don't

20   know how many files. So it did a lot of thorough

21   looking and in the last conversation that I had

22   with them they were asking me about the school

23   group review process and I told them what we did.

24   And they said, well, you know, to what extent is

25   race or ethnicity used on this report, because

1    they were looking at a similar report or the same

2    report that you're talking about. And I said,

3    well, that's really -- that's not particularly

4    useful information -- it's not useful information

5    to staff and it -- it doesn't really help us in

6    the work that we do because the point of school

7    group review is to afford students a comprehensive

8    and individual review. So the person for Office

9    for Civil Rights said, and I'm paraphrasing --

10   said, "Look, if you're not using this, why don't

11   you just take it off." And I thought about it and

12   I thought it made good sense.

13        Q.   Is it your testimony that ethnicity is

14   not used in the school group review process?

15             MR. SCUDDER: Object to the form.

16        A.   It's my testimony that having ethnicity

17   listed on the school group review sheet is not

18   important for the work that we do.

19        Q.   (Mr. Strawbridge) But ethnicity is, in

20   fact, something that the school group review can

21   take into account in trying to determine whether

22   admissions decisions would stand or be changed?

23        A.   Yeah. I hope I said this earlier. I --

24   we think of school group review as an extension of

25   comprehensive review. It gives us a chance to go

1   in and read more files. And so to the extent that

2   if race or ethnicity can be used as one factor

3   among many in the comprehensive review that we

4   give everybody, it's used in school group as well

5   or it can be.

6       Q.   So the change you're referring to is

7   really just a change in that report? It's not a

8   change in what governs the substantive standards

9   of school group review process?

10               MR. SCUDDER: Object to the form.

11      A.   That's right.

12      Q.   (Mr. Strawbridge) Was there a change in

13  the   strike that.

14          When the reviewers review files, do they

15  have a field in which they can enter comments

16  about the -- about the applicant?

17      A.   They do.

18      Q.   And at some point in time were reviewers

19  instructed not to put information about race and

20  ethnicity in that comment box?

21      A.   I think what they were asked to do was

22  to not repeat in the comment box information

23  that's available at the top of the screen.

24      Q.   Was that in part because of concern

25  about repeating information about race and

1    that people make to meet students where they are

2    and try to figure them out and try to place them

3    in the community here.

4         Q.   Is the SGR process ever used to shape

5    the class toward a particular goal?

6              MR. SCUDDER: Object to the form.

7         A.   You know, honestly the way that the

8    school group review process has worked, at least

9    in the last five years, has been to help us get to

10   the right number of North Carolina admits and the

11   right number of out-of-state admits. And I think

12   that's the great pressure at school group time, is

13   to figure out how not to over enroll or to figure

14   out how to not leave a lot of people disappointed

15   when we could have admitted them. So, you know,

16   again, within that pressure and in -- in reference

17   to that goal, people go in and they look at

18   individual folders to try to get the decision

19   right. But the main shaping that happens in this

20   school group process, at least in the aggregate,

21   is in terms of North Carolinians and out-of-state

22   students. The individual shaping, though, the

23   opening up of files, the understanding students,

24   the trying to fit them into the puzzle, that

25   happens in school group review just as it happens

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 17 of 22

1    in individual reads because school group review is

2    an extension of the comprehensive and holistic

3    review that we afford from the beginning to the

4    end.

5              (EXHIBIT NUMBER 5 WAS MARKED)

6         Q.   (Mr. Strawbridge) Just take a second to

7    review that email. Oh, yes, that's Exhibit 5 for

8    the record.

9    (Witness examined document)

10        Q.   Have you had a chance to read that

11   document?

12        A.   Yes, sir.

13        Q.   Do you recall this exchange?

14        A.   I do.

15        Q.   Okay. And is this an email exchange

16   between you and Chancellor Folt regarding

17   diversity and undergraduate enrollment?

18        A.   Yes. And I copied the provost, my boss,

19   Jim Dean.

20        Q.   On the original email, correct?

21        A.   Yes, sir.

22        Q.   All right. And this is an email that

23   was sent in February 2014?

24        A.   Yes, sir.

25        Q.   That's in the middle of the admissions

1    undergraduate students with certain Pell grants?

2         A.   Yes.

3         Q.   Receiving Pell grants, I'm sorry. So in

4    this case, when you were referring to diversity in

5    enrollment, you were mainly referring to the

6    the racial diversity, correct?

7                   MR. SCUDDER: Object to the form.

8         A.   Well, there's context for this email.

9         Q.   (Mr. Strawbridge) And what's the

10   context of this email?

11        A.    I think I mentioned awhile ago that in

12   one of the years and I see now that it was October

13   2013 because this email is partly in response to

14   that, the number of African American men here at

15   UNC declined pretty significantly, at least in

16   light of the conversation on campus and as judging

17   from the conversation that ensued. I think this

18   was the year that three young African American

19   students came over and sat in front of Jackson

20   Hall and made a video of themselves talking about

21   African American enrollment at UNC and posted it

22   on YouTube. And I think that in the same year

23   American Indian students made a similar video and

24   released it. So there was a lot of conversation

25   on campus at the time about enrollment, a lot of

1    conversation about if you want to think about it

2    this way compositional diversity.

3            I ended up talking a couple of times to

4    Carolina Black Caucus. They invited me to come

5    and talk because the members of the caucus were

6    concerned. I recall having some conversations

7    with Chancellor Folt and with Provost Dean because

8    the same people who were talking to me were

9    talking to them. And so one of the things that

10   occurred to me as I was talking with folks around

11   campus is that, you know, although it's helpful to

12   assess how people feel here in the moment, it is

13   also helpful to take a look at how enrollment here

14   compares to enrollment in other schools. And so I

15   went out to the IPEDS data center, the U.S.

16   Department of Education official data, about

17   colleges and universities and I tried to take a

18   look to see where other schools stood and where we

19   stood in relation to them. And because there's no

20   one defined set of comparison institutions here

21   and people use comparisons of different kinds for

22   different purposes, I thought it would be helpful

23   to include the system peers. The University

24   system negotiates a set of peer institutions with

25   us and then we're sort of compared to our peer

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 20 of 22

1    hard to try to make sure that we continued to

2    educate students in the way that we believe we

3    need to educate them.

4        Q.    (Mr. Strawbridge) Earlier when I asked

5    you about measuring the level of diversity on

6    campus to try to determine if you've reached the

7    educational benefits. You referred to climate

8    surveys; you referred to student conversations and

9    faculty conversations. And I believe you referred

10   to conversations among the administration as well.

11           Is there any other -- is there any other

12   tools that you can think of that UNC would use to

13   measure if it has sufficient racial diversity to

14   realize the educational benefits?

15           MR. SCUDDER: Object to form.

16       A.    You know, I think we've got such a good

17   -- as I mentioned, when we worked on the Diversity

18   Report, the real aim was to try to,draw together

19   and align people across campus who've been working

20   to make life better for our students and recruit

21   them for a long time. I think the report that

22   we've produced now, the fact that the provost has

23   shared it so widely, is going to give us a good

24   basis moving forward for trying to figure that

25   out.

1           I mean, we added, in response -- and

2      this is a method of assessment. We added on our

3      admitted student questionnaire this year, which is

4      a -- it's a questionnaire that we send out to

5      every student who's admitted, whether the student

6      enrolls or whether the student doesn't enroll.

7      And we asked students to tell us the extent to

8      which they agreed that they wanted the educational

9      benefits of diversity that are described in the

10     report in their experience at a college or

11     university. So we're hoping that things like that

12     -- you know, asking the question, framing it in

13     terms of the clear definitions of educational

14     benefits of diversity that we've now developed and

15     shared, we believe that that's going to give us a

16     strong basis moving forward to assess where we are

17     and to try to do better.

18          Q.   (Mr. Strawbridge) How would the number

19     of students who say they wanted the educational

20     benefits of diversity in a form, what level of

21     racial diversity is required to realize those

22     benefits?

23               MR. SCUDDER: Object to form. Go

24     ahead.

25          A.   You know, I'm sorry. I may have

Case 1:14-cv-00954-LCB-JLW   Document 154-12   Filed 01/18/19   Page 22 of 22