# EXHIBIT 13

**Excerpts from Deposition Transcript of Carol L. Folt**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                    Plaintiffs,

     vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                    Defendants.

————————————————————————

DEPOSITION
OF
CAROL LYNN FOLT

————————————————————————

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

                    05-31-17
                    8:32 A.M.

——————————————————————

                Cindy A. Flethcer
                 Court Reporter

             Civil Court Reporting, LLC
                   P.O. Box 1146
                Clemmons, NC  27012
                  (336) 406-7684

```
 1        is sufficient to make an admissions decision?

 2             A.   I think it's a -- it's part of that

 3        student's decision.  I think we allow students to

 4        have that opportunity to use that information, and

 5        I think it's part of the many ways we look at --

 6        at students' background, you know, one of I don't

 7        know how many exactly, 40 or so different

 8        criteria.

 9             Q.   And is it your testimony -- strike that.

10             Did you -- did you testify earlier that

11        the University sees a benefit to the student body

12        from its use of race in the admissions process?

13                       MR. SCUDDER:  Object to the form.

14             A.   I testified that we are trying to -- we

15        believe that there's strong educational benefits

16        to diversity and that includes in the many ways we

17        look at diversity, socioeconomic status, first

18        generation, transfer students, where you came

19        from, your race, your ethnicity, your religion.

20        You know, I think we're -- we're trying to create

21        a situation where students learn in and are part

22        of the diverse, complex world.

23             We're also very interested in making

24        sure that our educational benefits are available

25        to students from the state of North Carolina so
```

1    that all students in the state of North Carolina

2    have access to that kind of education if they have

3    the qualifications to be successful here and --

4    and are admitted through our process.

5         Q.   (Mr. Strawbridge)  And when you refer to

6    the benefits of diversity, is there a specific

7    benefit associated with racial diversity in your

8    view?

9         A.   I think it's one of many different

10   perspectives and backgrounds and differences that

11   people bring, so I do think that diversity in

12   general with all those criteria is really

13   important.  And I do think that we have a real

14   obligation to try to understand and create

15   educational experience that is going to maximize

16   the benefit for all of our students, and that's

17   exposure and interaction across the broad spectrum

18   of difference and diversity that makes up not only

19   the world that they come from but the world where

20   they're going to be citizens or the world in which

21   they're going to get jobs where these are

22   absolutely important aspects of their experience

23   and background that will make them successful.

24        Q.   Can you separate out the benefit that

25   comes from racial diversity from the benefits of

1    the broader diversity you're talking about

2    socioeconomic, political, religious?

3                    MR. SCUDDER:  Objection to the

4    form.  Go ahead.

5         A.   I think it's part of those.  It's very

6    -- it's an important part of those.  We have a

7    world in which questions of race and difference

8    and socioeconomic political perspectives are some

9    of the most important issues facing our students.

10   And I absolutely think it's a critical part of

11   their understanding and being a part of the world,

12   is that they have an opportunity to learn in and

13   be a part of a world that really represents the

14   broad range of diversity that they're going to

15   experience, people from those backgrounds,

16   religions, ethnicities, you know -- you know,

17   educational opportunity.  I think that's one of

18   the most important things, and our -- our

19   experience shows that it's really positive for

20   people.

21        Q.   (Mr. Strawbridge)  So -- so is your

22   testimony, yes, there is a specific benefit that's

23   associated with racial diversity apart from the

24   other types of diversity?

25                    MR. SCUDDER:  Object to the form.

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 5 of 21

1        A.    You know, my testimony is that I think

2    all those forms of diversity are extremely

3    critical, race being one of them.

4        Q.    (Mr. Strawbridge)  So do you -- so you

5    think that there is a -- there is a benefit that

6    is specific to racial diversity?

7        A.    I think that it's important to have

8    racial diversity, ethnic diversity, religious

9    diversity.  I don't think that there is a single

10   form, even within any of those categories that

11   brings the full educational benefits.  It's the,

12   you know, accumulation of the whole that creates

13   that kind of exciting environment for learning

14   that we think is so critical.

15       Q.    And what is the specific benefit, in

16   your mind, that arises from racial diversity?

17       A.    Well, again, I think there's many

18   different benefits that come from aspects that

19   people bring to the -- to the table.  You know, I

20   -- you know, I've not -- I guess I think that --

21   I'll start with myself.  I think I am a woman.  I

22   think when I come to the table I bring a whole

23   lifetime of experiences of people responding to me

24   as a woman.

25            I think when a person of a particular

 1      race comes to the table, they bring a whole

 2      lifetime of experiences of people responding to

 3      them based on what they see.  That's just one of

 4      many different opportunities and differences that

 5      they bring for perspective but I think it's pretty

 6      clear.

 7              Q.   And -- and what do you think is pretty

 8      clear?

 9              A.   That people have different experiences

10      based on where they live, what their wealth is,

11      what they look like, how they're perceived and

12      responded to by other people, the issues that are

13      important to them.  I mean all of those are

14      important, and I just think that they go together,

15      that it's that holistic approach that's really

16      important and that race is an important part of

17      that.

18              Q.   And so -- and so what -- I guess I'm

19      still trying to understand what exactly is the

20      educational benefit that comes from racial

21      diversity by itself ---

22                      MR. SCUDDER:  Objection ---

23              Q.   (Mr. Strawbridge)  --- besides the other

24      types of diversity?

25              A.   Well, I can't really extract a single

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 7 of 21

 1        one.  I -- I don't -- I think that they come from

 2        the holistic.  You know, we really believe and I

 3        believe, personally, that it's about a person.

 4        You know, I think I've talked about this many

 5        times.

 6               Every person walks a different path and

 7        it's the accumulation of those differences that

 8        come and part of those are identified by who they

 9        are, their -- how they identify their race, their

10        ethnicity, their background and they bring that

11        perspective.  That perspective is one of the most

12        important educational benefits that we offer.

13               It brings chance for debate,

14        cross-fertilization of ideas.  It brings an

15        incredible opportunity for people to understand.

16        I believe it's really important to try to

17        understand what it's like to walk in somebody

18        else's shoes.  That's a -- creates empathy.  It

19        creates understanding.  It also really helps

20        improve problem solving.

21               You know, these are all what someone

22        brings, and it doesn't extract to a single metric.

23        But each one of those is very important.

24           Q.   What is, in your view, the level of

25        racial diversity that's required to realize the

1    benefit associated with racial diversity?

2        A.   You know, I don't think there is a

3    single -- there isn't a -- I think it's a

4    qualitative experience.  I don't think there's a

5    single number.  What we try to achieve by these

6    metrics of diversity, I think it's really

7    important, is that we try to achieve a place where

8    people have an opportunity to learn cross-exchange

9    of ideas, problem solving.

10           It has to create and be taking place in

11   an environment where people are comfortable.

12   They're able to work together.  They can have

13   understanding.  They're not being isolated.

14   There's so much evidence that shows that when

15   people are feeling very stressed in their

16   environment, they don't succeed as well.  You

17   know, there's many, many things we could talk

18   about that, but there's not a single number.  You

19   know, we -- we assess this in many different ways.

20       Q.   If the University's -- if the

21   University's -- if the University student body was

22   88 percent white, would that be sufficient racial

23   diversity to promote this -- this understanding

24   and learning benefit that you've identified?

25       A.   Well, again, I wouldn't go to a

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 9 of 21

1    of attributes that makes them who they are."

2              Did I read that correctly?

3         A.   Yes.

4         Q.   And when you refer to diversity that

5    enhances learning, fosters discovery, and

6    strengthens service -- I should say when this

7    report refers to those concepts, that includes

8    racial diversity?

9         A.   It does.

10        Q.   Okay.  And do you -- and this -- this

11   report goes on at the end to say that learning,

12   discovery, and service require other resources.

13   And it lists some, intellect, integrity, capacity

14   for hard work.

15             And then it says, "But none would

16   flourish without diversity and inclusion and the

17   benefits that the two taken together provide."

18             Did I read that correctly?

19        A.   Yes.

20        Q.   And it's your -- is it your testimony

21   that learning, discovery, and service would not

22   flourish without racial diversity and inclusion?

23             MR. SCUDDER:  Object to the form,

24   but go ahead.

25        A.   I would say that learning, discovery,

1      and service are all enhanced, as it says, by the

2      whole aspect of diversity.

3           Q.   (Mr. Strawbridge)  And, in fact, the

4      next one talks about the fact that they're

5      "mutually reinforcing pillars of our mission to

6      achieve academic excellence and to prepare

7      graduations to -- graduates," I'm sorry, "to

8      succeed and lead."

9                Did I read that correctly?

10          A.   Yes, you did.

11          Q.   Okay.  And so this -- is this suggesting

12     that racial and diversity are essential for -- to

13     academic excellence?

14          A.   I think it is suggesting that diversity

15     in its forms, including racial, are mutually

16     reinforcing pillars of our mission to achieve

17     academic excellence and preparing graduates to

18     succeed and lead.

19          Q.   And do you think that there is a level

20     of racial diversity that is necessary in order to

21     achieve academic excellence?

22          A.   Are you asking me what you mean by --

23     can I -- can you just clarify for me by what you

24     mean by a level?

25          Q.   There -- that there is some -- there is

```
1        today about the many ways in which the University

2        sort of recognizes diversity, correct?

3             A.   Yes, I have.

4             Q.   And this, for example, starts off by

5        saying, "This focus often leads us to describe

6        diversity in terms of background, belief, and

7        experience."

8                  Did I read that correctly?

9             A.   It's part of a sentence, correct.

10            Q.   Right.  So that sentence -- so -- so

11       when this report talks about background, what --

12       what sort of things is it talking about?

13            A.   Well, of course, that sentence is much

14       longer than the way you said it.  It was

15       "background, belief, experience, socioeconomic

16       status, race, ethnicity, veteran or military

17       status, physical ability, sexual orientation, sex,

18       gender, gender identity or gender expression."  So

19       in that context, I don't know that it has a

20       specific statement but that could be also where

21       you were born, where your parents came from.  You

22       know, it can be many of those things that wouldn't

23       be described by those other characteristics or it

24       could be the combination of all of them.

25            Q.   Yeah, that's -- I guess that's what ---
```

1        A.    Yeah.

2        Q.    --- I'm trying to get at.  And I see

3    there's just a list separated by semicolons so I

4    assume that each of these things is kind of its

5    own category.  Is that ---

6        A.    Well ---

7        Q.    --- your understanding?

8        A.    No, actually, you couldn't possibly

9    separate.  They're all interwoven.  I think we say

10   that a number of places that they all -- they're

11   mutually -- they're -- they're all tangled or they

12   all have influence on each other.  So we use that

13   long list because they're all important but we

14   don't extract any one of them and say it has a set

15   -- a single set of attributes to it.

16       Q.    So, I mean, I guess ---

17       A.    Like that, yes.

18       Q.    I guess is there a diversity of

19   background other than what -- what follows on this

20   list that the University often describes when it

21   describes diversity.

22       A.    Well, I think we think about diversity

23   of background just within the state of where

24   people -- where they come from.

25       Q.    In terms ---

1    A.   Rural versus urban; mountain versus

2    ocean.  I mean there's -- that would just be one

3    sense of background.  There's, you know again,

4    many different aspects of a person's background I

5    think that could go in there.

6        Q.   And do you think that the -- the

7    admissions process takes those -- those

8    distinctions into account?

9        A.   I think they consider that as part of

10   the description of who they came from, where they

11   were, sure.

12       Q.   Do you think that the University

13   admissions office does any reporting on rural

14   versus urban students?

15       A.   You know, I -- I don't know that they do

16   that in a formal way.  I mean, I'm always

17   interested, for instance, we're a public

18   university.  Are our students coming from across

19   the state.  So again, you know, you could find

20   that out.  I don't think they have a formal report

21   that produces that ---

22       Q.   Do ---

23       A.   --- but -- but I don't know.

24       Q.   Do you think that would be something

25   that would be important to track during the

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 14 of 21

1     information that the University should track

2     during the admissions process to make sure it's

3     obtaining diversity in terms of veteran or

4     military's representation in the student body?

5          A.   I think, again, I don't know whether we

6     track that during that status of that.  Again,

7     it's a self-reported status so students can choose

8     to report it.  I'm very excited and interested in

9     making sure that our military and veterans are

10    able to apply and succeed here.  But I have no

11    idea how it's tracked during admissions.

12         Q.   Do you think, for example, military

13    veteran status is essential to the -- to the

14    educational benefits of diversity described in

15    this report?

16         A.   I think it certainly increases the

17    educational benefits of diversity.

18         Q.   Do you think that the University would

19    -- would -- do you think there's a certain level

20    of veteran or military representation that's

21    necessary to realize the educational benefits of

22    diversity?

23         A.   I don't have a specific quantitative

24    number, but I think it really enhances the

25    diversity and the lived experience of our

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 15 of 21

1    students.

2         Q.    The next -- the next line is physical

3    ability.

4         A.    Uh-huh (yes).

5         Q.    Is that referring to whether or not

6    somebody has a disability or not?

7         A.    I think it's primarily referring to

8    that.

9         Q.    Okay.  Do you know whether or not the

10   admissions process tracks the applicants who have

11   disabilities as part of the decision as to ---

12        A.    I don't know what the admissions office

13   tracks.

14        Q.    Okay.  Do you know whether or not there

15   are any reports prepared by the Office of

16   Diversity and Inclusion, formerly the Office of

17   Diversity and Multicultural Affairs, that track

18   the level of diversity by physical disability on

19   campus?

20        A.    I don't know if they track that.

21        Q.    Okay.  Do you recall ever seeing or

22   reviewing any other reports that track the level

23   of disability representation on campus?

24        A.    You know, I really don't recall.

25        Q.    Is there a certain level of physical

1       A.   I think we're -- you know, again, I

2    think we benefit from the diversity that comes

3    with having, I'm just going to say sex, males and

4    females or gender identity, gender expression,

5    sexual orientation, veteran status.  I think all

6    of those go into creating the assemblage of people

7    that are going to make this University really

8    thrive and produce a -- great education outcomes

9    for our students.

10       Q.   (Mr. Strawbridge)  For purposes of

11   achieving the educational benefits of diversity,

12   is any one item on this list more important than

13   the other?

14       A.   I think they're all important.

15       Q.   Do you think they're all equally

16   important?

17       A.   I don't have a -- I -- I can't really

18   say in any kind of quantitative scale which is

19   more important than the other.  They're all

20   important.

21       Q.   And do you think they're -- so -- so

22   you're unable to say that any one of these is more

23   important than the other?

24       A.   I think they're all important.

25       Q.   And you can't -- you can't say whether

 1    any one is more important than the other?

 2                    MR. SCUDDER:  Objection; asked and

 3    answered.

 4         A.   I think they're all important.

 5         Q.   (Mr. Strawbridge)  So if, for example,

 6    you -- you know that -- if I understand your

 7    testimony, your testimony is not that race and

 8    ethnicity is more important than any of the other

 9    types of diversity listed here.

10         A.   What I'm saying is that all of these are

11    important.  They help create an institution that

12    is a great place for students to go and to learn.

13    They're used in different ways.

14         Q.   Does the University prioritize racial

15    diversity over any other type of diversity?

16         A.   I don't have any -- you mean in the

17    admissions process?  I don't think so, but I don't

18    have any direct involvement in that.

19         Q.   Apart from the admissions process,

20    you're the -- you're the CEO of the University,

21    correct?  That's what you testified.  The

22    chancellor is the CEO of the University, right?

23         A.   Yes.

24         Q.   Okay.  So as CEO of this University, do

25    you think that racial diversity is any more

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 18 of 21

 1      important than the other items on this list in

 2      obtaining the educational benefits of diversity

 3      referred to in this report?

 4          A.   I think everyone of these

 5      characteristics is important and I'd want to be

 6      sure that students were feeling they had the

 7      freedom to express any one of these aspects of

 8      their identity, that that could be part of what

 9      they're doing, that we're providing the support

10      necessary for them to thrive.

11              And I think in every single case it's

12      very much an individual situation.  So I think

13      they're all -- I think they're all important.  And

14      I do think race and ethnicity is important.

15          Q.   But the -- but I just want to make sure

16      I understand your testimony.  Your testimony is

17      that it's not more important than any of these

18      other factors?

19                  MR. SCUDDER:  Objection.  It's been

20      asked and answered a few times, Patrick.

21                  MR. STRAWBRIDGE:  No, I don't think

22      it has been.

23                  MR. SCUDDER:  I -- I ---

24                  MR. STRAWBRIDGE:  She said they're

25      all important.  She hasn't said -- I'm asking her

1    to say whether race or -- or race or ethnicity is

2    any more important.

3                      MR. SCUDDER:  For the fourth ---

4                      MR. STRAWBRIDGE:  It's a different

5    question.

6                      MR. SCUDDER:  For the fourth time

7    you've asked her.  If you can answer, you can

8    answer for the fifth time.

9         A.   I believe that they're all important.

10        Q.   (Mr. Strawbridge)  Do you think that the

11   University's Office of Diversity and Inclusion

12   places more importance on any one of these factors

13   compared to the others?

14        A.   No, I don't.  I think they're really

15   trying very hard to be an office that really does

16   meet the idea of diversity and inclusion, which is

17   to take these various aspects of people's

18   background, the way they choose to describe

19   themselves, and make the institution secure in a

20   belief that it's offering the educational benefits

21   of diversity to everyone on campus.

22        Q.   Do you think that the admissions office

23   places any greater priority on one of these

24   factors compared to the others?

25        A.   I don't know.

Case 1:14-cv-00954-LCB-JLW   Document 154-13   Filed 01/18/19   Page 20 of 21

 1          Q.    What about STEM majors; are you familiar

 2     with any efforts to measure the -- the racial

 3     diversity in students who have declared an

 4     interest in majoring in science, technology,

 5     engineering, or math?

 6          A.    You know, that's something people do at

 7     the national level, but I don't know what has been

 8     done here.

 9          Q.    Do you think it's important that UNC

10     achieve racial diversity in the classroom level?

11          A.    I think it's important that we have the

12     -- that the benefits of diversity happen very

13     clearly in the classroom role.  I think that's

14     where we go through the teaching of students of

15     working across difference, achieving the benefits

16     of having different opinion, coming from different

17     backgrounds, approaching problems from very

18     different perspectives.  Learning how to work in

19     teams, probably the single biggest factor

20     effecting workforce success in the future is that.

21     So I think all of those are very critical in the

22     classroom.

23          Q.    But what effort do you make to measure

24     the level of diversity in the classroom?

25          A.    I don't know what they do to quantify it