# EXHIBIT 14

Excerpts from Deposition Transcript of Jennifer Kretchmar

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
           CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW


   STUDENTS FOR FAIR
   ADMISSIONS, INC.,

                        Plaintiffs,

        vs.

   UNIVERSITY OF NORTH
   CAROLINA, et al.,

                        Defendants.




                  _____

                            DEPOSITION
                               OF
                       JENNIFER KRETCHMAR
                  _____



   TAKEN AT THE OFFICES OF:
   UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
   222 East Cameron Avenue
   110 Bynum Hall
   Chapel Hill, NC  27514


                            03-07-17
                            8:51 A.M.

                     _____

                       Michael B. Lawrence
                         Court Reporter


                    Civil Court Reporting, LLC
                          P.O. Box 1146
                       Clemmons, NC  27012
                         (336) 406-7684
```

```
 1          Q.    Okay.
 2          A.    And then --- okay.
 3          Q.    Can you -- what types of files get
 4    passed to a Tier 2 reader?
 5          A.    So the rules that are in place this year
 6    for an out-of-state application, if the decision
 7    is an admit from a first reader, that
 8    automatically has to go to a second reader.  If
 9    the decision is defer, that also has to go to a
10    second reader.
11                In-state, all deferred decisions have to
12    go to a second reader.  Any other decision a first
13    reader makes, they can use their professional
14    judgment.  If they feel like the want another
15    review, that can be passed along.
16          Q.    And you said that's the rules in place
17    this year?
18          A.    Right.
19          Q.    Was it different previously?
20          A.    It's -- it's been different over the
21    years.  I mean, not significantly, but at one
22    point in time many years ago -- I couldn't tell
23    you how many years ago -- we read every
24    application twice.  So it's varied a bit.
25          Q.    And in the time frame of 2013 and 2014,
```

1     A.   Yes.

2     Q.   So when you read a file, how does race
3 affect your grading of an applicant for admission?

4     A.   My rating?

5     Q.   Your recommendation as to whether an
6 applicant should be admitted?

7     A.   I mean, I read each applicant as an
8 individual.  I'm looking through all of the pieces
9 of information in the file, which, who knows how
10 many that adds up.  I mean, all the information
11 from the letter of rec to their extracurriculars,
12 to their essays, to their parent education
13 background and occupation, to how many languages
14 they speak.  The race and ethnicity is visible on
15 the app evaluation summary sheet.  I see it.  It's
16 one factor that I take into account in getting to
17 know that person as an individual.

18     Q.   If a student is URM, is that fact likely
19 to be noted in comments that you make on a
20 particular file?

21     A.   No.

22     Q.   In your experience, do first readers
23 tend to notify -- tend to note URM status in their
24 comments in a particular file?

25     A.   Yeah.  I don't know that I have the