# EXHIBIT 16

# Excerpts from Deposition Transcript of Jared Rosenberg

```
 1            IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
 2                      EASTERN DIVISION

 3         Civil Action No.:  1:14-CV-00954-LCB-JLW

 4      ---------------------------------------

 5      STUDENTS FOR FAIR ADMISSIONS, INC.,

 6           Plaintiff,

 7      vs.

 8      UNIVERSITY OF NORTH CAROLINA, et al.,

 9           Defendants.

10      ------------------------------------------

11

12                        DEPOSITION OF

13                       JARED ROSENBERG

14                     September 14, 2016

15                         9:00 a.m.

16                  University of North Carolina

17                       110 Bynum Hall

18                   222 East Cameron Avenue

19                  Chapel Hill, North Carolina

20

21

22

23

24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 2 of 7

```
 1   that we're right where we need to be in-state and
 2   over admitted by 200 out-of-state and we need to
 3   pull back those decisions.
 4         Q.   In your experience in the admissions
 5   office, is there a tendency to have over admitted
 6   or under admitted?
 7         A.   There's been a tendency -- the long-term
 8   trend, the tendency is to over admit the
 9   out-of-state because there's so few spaces for
10   out-of-state, and those applicants are so stellar,
11   that it's hard to say no to some of them, so we --
12   that's the tendency.
13              In-state it kind of flows up and down.
14   Sometimes we have room to pull up, sometimes we'll
15   have to pull down.  It varies from deadline to
16   deadline and year to year, so --
17         Q.   What's the source of the name of this,
18   the School Group Review?
19         A.   Sure.  So when we review the decisions,
20   there's two goals in mind.  One is to shift a
21   batch of decisions to get us to the overall target
22   number of admits and the other is to maintain some
23   consistency within schools and to look for any
24   errors that have been made by readers, so just
25   human error.
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 3 of 7

```
 1            So what will happen is, if we go to --
 2   let's say we're in the In-state School Group
 3   Review, we will go ahead and we will -- if the
 4   idea is that we have to -- I don't know -- pull
 5   back 100 decisions.  So let's say we've over
 6   admitted by 100 and we're going to go and look for
 7   100 to pull back, we'll do it by school.  So we'll
 8   look at each school's decisions individually, and
 9   we will look for decisions that we may be able to
10   change within the context of that school, and we
11   will also look for any errors that might have been
12   made.
13            For example, the number one kid in the
14   class, with stellar marks was denied, and you go
15   in and look and realize it's human error.
16   Somebody typed in the wrong decision.
17            But for the most part, we'll adjust
18   decisions accordingly within a school.  We simply
19   want to be able to discuss them with counselors if
20   they call.  It's not -- we don't admit, admit,
21   admit, and then suddenly change to wait list or
22   defer and then deny.  It's never that easy or neat
23   looking.  But it does give our senior group a
24   chance to go through decisions and make sure we're
25   comfortable with what we've done and we'll adjust
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 4 of 7

```
 1    decisions as we go along.
 2         Q.   Is it batched by school for the sake of
 3    convenience or because those are the people who
 4    are going to have direct knowledge of one another
 5    and you're more likely to call their counselor?
 6              MR. SCUDDER:  Object to the form.
 7         A.   It is -- it's really more so for
 8    consistency.  So if you have a large high
 9    school -- well, it doesn't have to be large, if
10    you just have a high school in North Carolina,
11    let's say, and we have 60 applicants from that
12    high school, we want to be able to look at those
13    decisions and if a counselor were to call and say,
14    "Why did David get in but John didn't?" we want to
15    be able to look at that and go, "Let me explain to
16    you what the subtle differences were," versus, "I
17    don't know.  Why did we not admit David?"
18              So we will look at it within a school
19    and we will make some adjustments for consistency
20    as well.  So we want to make sure that we have
21    read everyone fairly within the context of their
22    school environment with, sometimes, an over
23    arching goal of looking to pull people up or pull
24    people down.
25    BY MR. STRAWBRIDGE:
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 5 of 7

```
 1        Q.   One link away?
 2        A.   You just click on the name.  The toolkit
 3   itself for the school group, there's a PDF
 4   printout.  But once you go into one name, you can
 5   bring up an electronic version of it, and you just
 6   click on the name and it opens it up.
 7        Q.   Is that a piece of information that you
 8   have had occasion to look at when you were doing a
 9   School Group Review before?
10        A.   Yes.
11        Q.   And to what purpose?
12             MR. SCUDDER:  Objection.
13        A.   The -- in terms of what purpose would I
14   be looking at the ethnicity?
15   BY MR. STRAWBRIDGE:
16        Q.   Yes.
17        A.   Again, part of the entire review process
18   and it's a factor that we can consider, just like
19   I'll be looking at whether they're first
20   generation college, whether they're fee waiver
21   students, and reading the ratings and comments
22   that other readers have provided.
23        Q.   Prior to decisions being released
24   publicly in any given cycle, what steps, if any,
25   are taken to determine the racial composition of
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 6 of 7

```
 1   the admitted class?
 2        A.   Right.  So that -- excuse me -- that is
 3   typically when we'll have our first glance at what
 4   the makeup is of the student body.  So it will be
 5   before the decisions are released but after the
 6   School Group Review has been done.  And then the
 7   class profile that we come up with will be at the
 8   end of the summer when we actually have our
 9   enrolled group.
10             So what we're looking at, in between the
11   conclusion of school group and just before
12   decision release, is our own data to see what the
13   class looks like and to put together, perhaps, a
14   press release about our decision release.
15        Q.   Is that demographic data ever used as a
16   reference point to making adjustments to the
17   admitted class?
18        A.   No, because it's really not even
19   available to us.  The folks that are doing the
20   school group don't have it at that time that
21   they're doing school group.
22        Q.   Is there any further adjustment made to
23   the admission decisions after the School Group
24   Review by anybody in the office?
25        A.   Yes.  There can always be a last-minute
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 154-16   Filed 01/18/19   Page 7 of 7