**EXHIBIT 20**

**Expert Report of Mitchell J. Chang, Ph.D., dated January 12, 2018**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

_____

STUDENTS FOR FAIR ADMISSIONS, INC.,  :        Case 1:14-cv-00954-LCB-JLW

Plaintiff,                            :

v.                                    :

                                      :

UNIVERSITY OF NORTH CAROLINA, et al., :

Defendants.                           :

_____


EXPERT REPORT OF MITCHELL J. CHANG, PH.D.

JANUARY 12, 2018

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# I.      Expert Witness Background

I was retained in this matter by The University of North Carolina at Chapel Hill ("UNC-Chapel Hill," "UNC-CH," or the "University") to explain the well-documented educational benefits that flow from a diverse and inclusive academic environment and opine on the academic interests that higher education institutions have in promoting a diverse campus environment. I was also asked to evaluate existing University policies, programs, and survey data, as well as testimony and documents related to this case to assess whether UNC-Chapel Hill has developed and supported diversity policies and practices in ways that improve institutional capacity to realize those educational benefits.

## A.      Statement of Qualifications

I am a Professor of Education at the Graduate School of Education & Information Studies at the University of California, Los Angeles ("UCLA"). I have roughly thirty years of experience in higher education research and teaching regarding issues of racial diversity in colleges and universities. I obtained a B.A. from the University of California, Santa Barbara in 1987. I thereafter obtained an Ed.M. from Harvard University in 1990, and a Ph.D. from UCLA in 1996. I have published more than ninety peer-reviewed articles and excerpts that have explored issues relating to the benefits of diversity in higher education, race relations on college campuses, and the campus climate for diversity. My research has also focused on the educational efficacy of diversity-related initiatives on college campuses and how to apply those best practices toward advancing student learning. Courts have cited some of my articles and excerpts in previous cases, including the United States Supreme Court in *Grutter v. Bollinger*.[1] I am the Chief Editor of The Journal of Higher Education, the leading and oldest research journal of the study of higher education in the United States.  I also serve on UCLA's Council on Academic Personnel, which oversees promotion and tenure cases across the University.  Members of the council are selected based on having established an excellent scholarly record and renown reputation in their field.

During the past ten years, I have been elected a Fellow of the American Educational Research Association ("AERA"); received the Association for the Student of Higher Education ("ASHE") Council on Ethnic Participation ("CEP") Founder's Service Award in 2014; received the Citation for Outstanding

---

[1]      *See* 539 U.S. 306, 330 (2003) (citing *Compelling Interest: Examining the Evidence on Racial Dynamics in Colleges and Universities* (M. Chang, D. Witt, J. Jones, & K. Hakuta eds. 2003)).

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 3 of 137

Leadership from AERA Council in 2014; received the Outstanding Reviewer award from AERA publications in 2013 and 2014; and been appointed a Fellow of the Asian American and Pacific Islander Research Coalition ("ARC") and the National Education Policy Center ("NEPC").

My scholarly research and broad experience in education and the social and behavioral sciences have given me a theoretical and empirical foundation for considering the impact of diversity on students from various social backgrounds and the institutions in which they are enrolled. My teaching has provided me with firsthand knowledge of the ways in which diversity can enrich the learning environment, enhance the intellectual and personal development of all students and prepare them to function as engaged members of an increasingly diverse society. I used this expertise to evaluate UNC-Chapel Hill's efforts at diversity and inclusion, as demonstrated through its mission statements, policies and programs and the efficacy of these items as demonstrated by evidence found in survey data and witness testimony.

For more information about my experience and background, please see my complete *curriculum vitae*, which is attached to this report as Appendix A. A list of all of the publications I have authored in the last ten years is attached as Appendix B.

### B.  Information Considered in Forming Opinions

In writing this report, I considered a wide range of bibliographical materials, including existing scholarship and research data on the educational benefits of diversity. Moreover, I relied on my prior research and on work summarizing existing scholarship from my colleague, Dr. Jeffrey Milem, Dean of Gevirtz Graduate School of Education at the University of California, Santa Barbara. The empirical research detailed below is based on surveys, testimony, and data collected by UNC-Chapel Hill; publicly available information regarding diversity-related initiatives and programs at the University; and materials exchanged by the parties in this matter. The scholarship, survey data, declarations, documents, and deposition transcripts I utilized are cited and detailed in later sections of this report.

A complete list of the materials I considered in drafting this report is listed in Appendix C.

### C.  Other Expert Testimony; Compensation

I have not testified as an expert at trial or deposition within the preceding five years. I am being compensated for my work in connection with this matter at a rate of $400 per hour. My rate for work involving travel to North Carolina for

deposition or other litigation-related work is $4000 per day. My compensation is not dependent in any way on the nature of my findings or the outcome of this case.

## II. <u>Summary of Opinions</u>

Experts in the fields of education, education policy, and sociology have long recognized that racially and ethnically diverse student bodies provide opportunities for teaching and learning that are not available in more racially homogeneous environments. As a result, racially and ethnically diverse learning environments enhance learning and developmental outcomes for the students who are educated within them. The educational benefits of diversity in higher education accrue to all students (minority and non-minority) who are educated at more racially and ethnically diverse campuses ("individual benefits"), to the institutions in which they are educated ("institutional benefits"), to the economy and private sector ("economic and private sector benefits"), and to the society as a whole ("societal benefits").

Examples of individual and institutional benefits demonstrated in social science research include enhanced student development of academic skills; mastery of subject matter; exposure to different ideas and perspectives; reduced tokenism and isolation for minority students; creative problem solving; greater agency and self-concept (the belief in one's ability to contribute to society); and enhanced professional and career readiness. Examples of economic and private sector benefits and societal benefits include reduced prejudice; decreased stereotype threat; increased preparation for leadership in a diverse, global economy; and increased civic and social engagement. A robust body of research findings from a variety of disciplines—economics, education, health policy, law, medicine, organizational behavior, organizational effectiveness, psychology, social psychology, and sociology—demonstrates these enhanced individual, institutional, economic and private sector, and societal benefits.

As reflected in my scholarship, it is my opinion that educational institutions must strive toward racial and ethnic diversity on campus in an intentional, systematic, and sustained manner, through policies and programmatic efforts, in order to fully realize the educational benefits that flow from a diverse student body. I define this as "engagement with diversity" — purposeful actions that provide diverse stakeholders meaningful opportunities to come together to explore diverse information, ideas, and experiences across communities of difference. Diversity engagement should be viewed as a multi-faceted endeavor, and a deliberate process that responds to the particular history and circumstances of each

institution. To that end, diversity engagement should entail a number of components, including:

- Outreach, pipeline and recruiting programs, and a holistic admissions process meant to achieve racial and ethnic diversity on campus;
- Policies and mission statements meant to convey and guide an institution's commitment to diversity and inclusion;
- Curricula and pedagogy designed to promote cross-cultural exposure, collaborative learning and creative problem solving;
- Affinity groups, student organizations, and cultural spaces designed to prevent isolation and foster cross-racial interaction;
- Opportunities for cross racial dialogue and social contact; and
- Investment of resources (financial, leadership, staffing, space, etc.) to support and sustain effort over a long period of time.

Moreover, institutions should engage in periodic and ongoing campus climate assessment to understand the ways in which diversity engagement is working or can be refined and improved.

After review and evaluation of the materials made available to me, and conducting the empirical analysis detailed below, it is my opinion that UNC-Chapel Hill is genuinely and decidedly committed to diversity and inclusion and "engages diversity" in meaningful and impactful ways.

As an initial matter, the University makes a deliberate and sustained effort to achieve diversity through various means, starting with recruiting and outreach efforts designed to attract diverse applicants to the University. The University thereafter employs a holistic admissions process that includes individualized evaluation of every application, with limited and careful consideration of race to admit a diverse class of students each year. (*See* 2013-2014 Foundations and Practices Regarding the Evaluation of Candidates (UNC0000010); and Reading Document for the 2016-2017 Application Year (UNC0323603).) The University has a need-blind admissions policy and provides financial aid in an effort to enroll talented diverse students without regard to their ability to pay tuition.

Moreover, UNC-Chapel Hill also understands that achieving the educational benefits of diversity does not begin and end with its recruiting and admissions process. It also constantly strives to create and improve upon a campus environment that can realize those benefits. In the report entitled "The Educational Benefits of Diversity and Inclusion for Undergraduate Students at the University of North Carolina, Chapel Hill" by former Executive Vice Chancellor and Provost,

5

James W. Dean Jr. ("Diversity Report"), the University defines this as part of its mission, and states:

> Inscribed within this mission is the conviction and proved experience that diversity, excellence, and service to the people of North Carolina are integrally and inextricably connected. The University puts into practice what a significant and growing body of educational and organizational research has established: that diversity enhances learning, fosters discovery, and strengthens service, especially in a community in which all individuals are valued for the unique combination of attributes that make them who they are. (Dean, 2017, 1.)

The Diversity Report details the University's long-standing commitment to diversity and inclusion, and thereafter specifies the key resolutions, strategic framework, plan of action, and campus programming necessary to fully capture the benefits diversity provides. (Dean, 2017.) These statements of policy provide an important foundation for my review and evaluation of the University's efforts.

As described more fully herein, I conducted an empirical study of UNC-Chapel Hill based on available qualitative and quantitative data provided to me, as well as the factual record developed in this case. The information and data that I analyzed clearly show that UNC-Chapel Hill has developed meaningful ongoing actions toward building the conditions, which over time have increased its capacity to realize the educational benefits associated with a diverse student body. UNC-Chapel Hill's long-standing engagement with diversity includes a variety of programmatic efforts and policies of the type I consider critical to achieving the educational benefits of diversity, including a holistic admissions process; diverse recruiting and outreach programs; affinity groups; student housing initiatives; campus discussion forums; academic preparedness and mentoring programs; discipline-specific initiatives, including STEM programs; and course offerings, classroom assignments, and dialogue. A description and analysis of these programmatic efforts are contained in Section V.A. of this report.

UNC-Chapel Hill has also engaged in ongoing campus climate assessment, including the collection of survey data at numerous intervals for nearly twenty years. Individual departments have also contributed to the University's understanding of the effectiveness of its programmatic efforts through assessment work. In addition, UNC-Chapel Hill has recently taken steps to centralize and better focus its assessment efforts on fully realizing the educational benefits of diversity. UNC-Chapel Hill is already demonstrating positive educational impact

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 7 of 137

on undergraduate students as measured by these climate survey results and the factual record and testimony provided in this litigation.

The empirical research described below generally shows a consistency of perceptions, experiences, attitudes, and beliefs concerning diversity across multiple cohorts of undergraduates at UNC-Chapel Hill. Overall, the data suggest that a majority of students experienced diversity in positive ways, pointing to contributions made by peers and faculty specifically and the University generally. UNC-Chapel Hill students' self-reported gains related to racial diversity have been consistently strong, with little change across different cohorts of students. For many students, University life exposes them to a context that is compositionally much different from that of their pre-college environment and provides them with unique educational opportunities to engage with racial diversity. This conclusion is bolstered by the numerous declarations and depositions from current students, alumni, faculty, and administrators.

Likewise, the cross-sectional comparisons suggest that attending UNC-Chapel Hill made a difference in developing students' preparation and interest in engaging with racial diversity. For example, students' self-comparisons of when they "started" and "now" across two different years of the Student Experience in the Research University ("SERU") Survey show that they perceive having made significant gains in the development of their ability to appreciate diversity and their awareness/understanding of related issues. Senior students were also more likely than freshmen students to report having engaged with diversity while at UNC-Chapel Hill through either courses or interactions with others.

In short, the results from both the trends and comparative analyses, supported by the qualitative data from witness declarations and depositions, demonstrate that for a majority of undergraduate students, attending UNC-Chapel Hill made a positive difference in developing their capacity to appreciate, address, and engage with racial diversity. The results also show that UNC-Chapel Hill's commitment toward this endeavor has not been short-term, but rather, students tend to report consistently similar positive experiences and impact across multiple cohorts over time. While the educational application of diversity is an ongoing long-term institutional project at UNC-Chapel Hill and not every UNC-Chapel Hill student is necessarily changed directly by those efforts, the positive impact of diversity on students is for the most part trending upwards. This type of impact is consistent with UNC-Chapel Hill's goal to achieve educational benefits by applying the diversity of its student body as an educational resource.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 8 of 137

As stated in the Diversity Report, a more comprehensive diversity effort linked to enhancing the excellence of UNC-Chapel Hill is an institutional undertaking that still has room for refinement and improvement. (Dean, 2017.) As all campuses with such commitments have discovered, the work associated with diversity and inclusion is complicated and challenging, and is an ongoing iterative process. As UNC-Chapel Hill further develops and deepens its commitment to diversity and inclusion and assessment strategies over time, future benefits stand to be even stronger and richer for a larger proportion of students.

A more detailed discussion of my opinions, and the information and methodology upon which they are based, can be found below.

## III.  Definitions and Background

### A.  Dimensions of Diversity

Before discussing the ways in which racial and ethnic diversity benefits individual students, it is important to define *diversity* as discussed in this report. Building upon the work of Gurin (1999) and myself (Chang, 1999), Milem (2003) described three dimensions of diversity that research shows can influence student outcomes. The first, *compositional diversity*,[2] refers to the numerical and proportional representation of students from different racial/ethnic groups in the student body (Hurtado et al., 1998, 1999). A second dimension of diversity is *diversity-related initiatives*, which occur on college and university campuses. These include cultural awareness workshops, affinity groups, ethnic studies courses, core diversity requirements, etc. The final dimension, *diverse interactions*, encompasses students' exchanges with racially and ethnically diverse people as well as diverse ideas, information, and experiences.

These three dimensions of diversity are interrelated and not mutually exclusive. Students are most frequently exposed to diverse information and ideas through their interactions with diverse people. Moreover, although diversity-related initiatives benefit students who are exposed to them—even on campuses that are almost exclusively white—their impact on students is much more powerful on campuses that have greater compositional diversity (Chang, 1999). In sum,

---

[2] In his chapter in *Compelling Interest: Examining the Evidence on Racial Dynamics in College and Universities*, Milem (2003) originally described this as structural diversity to be consistent with earlier scholarship on campus climate that described this dimension this way. However, subsequent revisions of the climate framework (e.g., Milem, Chang, & antonio, 2005 and Hurtado, Alvarez, Guillermo-Wann, Cuellar, & Arellano, 2012) have renamed this compositional diversity to more accurately reflect its nature.

8

although each dimension of diversity can confer significant positive effects on educational outcomes, the impact of each is enhanced by the presence of the other dimensions of diversity (Chang, 1999; Gurin, 1999; Gurin et al., 2002; Hurtado et al., 1998, 1999; Milem, 2003). Conversely, the impact of each dimension of diversity is diminished in environments where the other dimensions are absent.

## B. Theoretical Background on the Link Between Diversity and Learning

Social scientists have developed a persuasive theory regarding higher education's unique opportunity to enhance the cognitive and psychosocial development of college students. Gurin and colleagues argued that undergraduates are at a critical stage in human growth and development where diversity, broadly defined, can facilitate greater awareness of the learning process, better critical thinking skills, and better preparation for the many challenges they will face as involved citizens in a democratic, multiracial society. Gurin asserted that "universities are ideal institutions to foster such development." (1999, 103.)

Erikson's (1946, 1956, cited in Gurin, 1999; Gurin et al., 2002) work on psychosocial development indicated that individuals' social and personal identity is formed during late adolescence and early adulthood—the time when many attend college. Accordingly, environments such as higher education facilitate the development of identity. For example, among the conditions in college that facilitate the development of identity is the opportunity to be exposed to people, experiences, and ideas that differ from one's past environment. Moreover, the college environment can accentuate the normative influence of peer groups. Diversity and complexity in the college environment "encourage intellectual experimentation and recognition of varied future possibilities" (Gurin, 1999, 103). These conditions are critical to the successful development of identity.

Gurin and colleagues drew on the work of Piaget (1971, 1985) as a conceptual and theoretical rationale for how diversity facilitates students' cognitive development. Piaget argued that cognitive growth is facilitated by disequilibrium, or periods of incongruity and dissonance. He also argued that for adolescents to develop the ability to understand and appreciate the perspectives and feelings of others, they must interact with diverse individuals in equal status, or peer group, situations. This facilitates the process of "perspective taking" and allows students to progress in intellectual and moral development. Gurin (1999) describes the resulting effect of diversity and learning in higher education as follows:

> Complex thinking occurs when people encounter a novel situation for which, by definition, they have no script, or when the

9

environment demands more than their current scripts provide. Racial diversity in a college or university student body provides the very features that research has determined are central to producing the conscious mode of thought educators demand from their students. (Expert Report of Patricia Gurin, *Grutter v. Bollinger*, No. 97-75928 (E.D. Mich.).)

Thus, a university with a racially and ethnically diverse student body and opportunities for interaction with diverse peers produces a learning environment that fosters conscious, effortful thinking and more complex modes of thought.

### C. <u>The Importance of Compositional Diversity and Diverse Interactions</u>

Compositional diversity is an important first step in realizing the benefits of diversity in higher education, and as such universities have a vested interest in seeking to admit a racially and ethnically diverse class of students each year.[3] As the student body of an institution becomes more diverse, and the representation of students of color rises on a campus, opportunities for White students to interact with people from different racial/ethnic groups increase (Hurtado, Milem, Clayton-Pedersen, & Allen, 1998, 1999). However, when students of color are not widely represented on campus, it is rather easy for White students to avoid interaction with students from other racial/ethnic groups. Conversely, as the representation of students of color increases on a campus, it becomes easier for these students to find

---

[3] Though members of the legal community have relied on the term "critical mass" to describe student diversity on campuses, educational and social science researchers typically rely on the term "compositional diversity," which describes the institutional and proportional representation of different racial and ethnic groups on campus.

Studies have recommended that institutions include the composition of their student bodies as part of defining their mission and practices to ensure greater levels of engagement in diversity-related activities. (Coleman & Palmer, 2006.) This recommendation aligns with the U.S. Supreme Court's instruction that an institution be able to describe what "critical mass" means in its unique context "by reference to the educational benefits that diversity is designed to produce." *Grutter v. Bollinger*, 539 U.S. 306, 330 (2003). Compositional diversity should not be seen as a specific number or percentage, but as a flexible range that constitutes sufficient diversity to achieve an institution's mission-driven diversity goals (Coleman & Palmer, 2006). It represents a "contextual benchmark" at which point the marginalization and isolation of minority groups decrease, full participation by all students is supported, and sufficient opportunities exist for all students to engage with those different than themselves (Brief of the American Educational Research Ass'n et al. as Amici Curiae in Support of Respondents at 25, *Grutter v. Bollinger*, 539 U.S. 309 (2003) (No. 02-241)). In other words, sufficient compositional diversity on a campus is necessary for the educational benefits of diversity to start to flow.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 11 of 137

peers from their own racial/ethnic group enrolled at the institution, thereby making it easier for them to interact within their own racial/ethnic group. That is, greater compositional diversity provides students of color with a wider range of social options at their institution that may help "to create more 'comfortable' institutional spaces for their students." (Chang, 1996, 171.)

The cross-racial interaction fostered by compositional diversity has profound implication for learning. Building upon the work described above that demonstrates why compositional diversity helps develop deeper, more critical thinking, antonio, Chang, Hakuta, Kenny, Levin, and Milem (2004) tested psychological explanations of the impact of racial diversity in student academic working groups by drawing upon theories of minority influence. Minority influence theories contend that when minority opinions are present in groups, cognitive complexity is stimulated among majority opinion members (Gruenfeld, Thomas-Hunt, & Kim, 1998). antonio et al. (2004) extended the theory to test whether the presence of diversity in groups also enhances complex thinking. Their findings suggest that diversity has a positive effect on cognitive complexity, particularly when group discussions include an issue or topic with generally different racial viewpoints. Their experiments also showed that, in these group discussions, minority students caused others to think about the issue in different ways, introduced novel perspectives to the discussion, and were influential in the group.

In one illustrative study, I examined how changes in the racial composition of the undergraduate population affected variance in student opinions at the campus level (Chang (2002a) and Chang, Seltzer, & Kim (2001)). These studies showed that there are consistent links between the compositional diversity of campuses and several educationally relevant domains of opinions. Examples include the extent to which a student feels that racial inequity is a prevalent issue in society, and the degree to which a student endorses more lenient treatment and punishment of criminals in our society. These studies showed that the divergence of opinions in these domains increased as the proportion of students of color in an entering class increased. The effects were significant in both public and private educational sectors, even after controlling for other factors that could confound the effects of underrepresented student enrollment or that are considered for admitting students (institutional selectivity and size, students' parental educational level, hours worked for pay, level of participation in high school clubs and sports, geographic diversity, etc.). Thus the compositional diversity of a particular classroom or institution can impact the range of opinions and perspectives expressed on educational and social issues. A greater divergence of opinions

impacts all students' ability to think critically about those opinions, and articulate and refine their viewpoints, regardless of what those viewpoints may be.

Moreover, numerous studies have shown that interaction with close friends of a different race or ethnicity is a powerful way students accrue educational benefits of diversity, such as enhanced self-confidence, motivation, educational aspirations, greater cultural awareness, and commitment to racial equity (Gurin, 1999; antonio 2001a, 2001b, 2004). antonio's (2001a) study of friendships on a racially diverse campus indicates that outcomes associated with diversity are realized from and mediated by friendships with students from different racial and ethnic backgrounds. In his longitudinal study of UCLA students, antonio found that students with more diverse sets of close friends were more likely to interact across race, outside of the comfort zone provided by their closest friends. When they did interact with students other than their closest friends, these students were more likely to engage in conversations on topics concerned with diversity and difference, political and social views, and social policy. Since interracial interaction and discussions of difference were directly related to gains in cultural awareness and commitment to racial understanding, antonio concluded that interracial friendships serve a critical function in defining norms of behavior for engagement with diversity. Greater levels of compositional diversity on campus increase the odds of cross-racial friendships and diverse social interactions, and therefore increase the educational gains that can be achieved.

### D.    The Importance of Diversity Engagement Initiatives

While the dimension of compositional diversity is significant, research consistently shows that educational benefits do not automatically accrue to students who attend institutions that are racially and ethnically diverse in terms of student or faculty composition. Rather, if the benefits of diversity in higher education are to be realized, close attention must be paid to the institutional context in which that diversity is present (Hurtado, Milem, Clayton-Pedersen, & Allen, 1998, 1999; Milem, Chang, & antonio, 2005). In other words, it is not enough to simply bring together a diverse group of students—although this is an important first step in creating opportunities for students to learn from diversity. Diverse college campuses provide unique challenges and opportunities that must be considered if the learning opportunities they present are to be maximized (Milem, Chang, & antonio, 2005).

As stated above, I define this process as "diversity engagement":

> Since our primary concerns here are to discuss ways of maximizing the educational benefits of diversity in college

12

learning environments and to underscore the need for certain race-conscious admissions practices, we will define diversity with a focus on race and ethnicity and with an eye toward campus process and practice .... Given our focus on process, we define diversity as engagement across racial and ethnic lines comprised of a broad and varied set of activities and initiatives. This definition is not only consistent with our own research about effective institutional practices and change processes; it also suggests that institutions must think beyond mission and value statements in developing and implementing a plan that will make an appreciable difference (Milem, Chang, & antonio, 2005, 3-4).

In planning activities designed to enhance diversity outcomes, it is important for universities to focus on both the quantity and quality of student engagement with difference. For example, Denson and Chang (2015) found that the *quality* of students' interactions across communities of difference were at least as important as the quantity of interactions in terms of enhancing students' academic self-concept and sense of social agency. In other words, *positive* cross-racial interactions are significant in realizing the educational benefits that flow from diversity. Engberg (2007) found that greater compositional diversity increased the likelihood that students would engage in positive interactions across race, which in turn had positive indirect effects on students' intergroup learning and pluralistic orientation (ability to see multiple perspectives; ability to work cooperatively with diverse people; ability to discuss and negotiate controversial issues; openness to having one's views challenged; tolerance of others with different beliefs). Engberg's findings highlight that interactions across communities of difference had to be positive to enhance the outcomes in his study.

Denson's (2009) meta-analysis of the impact of curricular and co-curricular diversity activities on a variety of learning and developmental outcomes and racial bias demonstrated that campus diversity-related initiatives reduce racial bias, and the effectiveness of these activities depends on the characteristics of the program as well as the students. Specifically, the magnitude of the effectiveness of these interventions depends on certain factors within the control of institutional leaders, including level of institutional support, comprehensiveness of approach, a diverse racial composition, and most important, whether or not intergroup contact is a major component of the intervention. Research clearly shows that the benefits associated with students' encounters with diversity are moderated by the quality of the interactions and the quality of the educational context in which those interactions occur. (Denson & Chang, 2009; Denson & Chang, 2015.)

13

This research demonstrates the importance of diversity engagement initiatives by universities that seek to not only to promote cross-racial interaction, but to do so in a way viewed as positive by students.

## IV. Research Demonstrating The Educational Benefits of Diversity

With that definitional and theoretical background, I will now discuss key research that documents the myriad ways diverse and inclusive campus environments have positive and beneficial impact. A substantial body of research demonstrates that racial and ethnic diversity on campus can enhance learning outcomes, promote democratic values and civic engagement, and provide preparation for a diverse society and workforce—goals that fall squarely within the educational mission of UNC-Chapel Hill. More specifically, several studies show that student body diversity broadens the range of intellectual discourse on university campuses and improves classroom learning environments and that cross-racial interaction has positive effects on retention, college satisfaction, self-confidence, interpersonal skills, and preparation for leadership. Diverse learning environments challenge students to consider alternative viewpoints and to develop tolerance for differences, and can promote participation in civic activities. Studies further show that student diversity better prepares students for an increasingly diverse workforce and society and produces economic gains and material benefits.

### A. Enhanced Learning Outcomes

Diversity can enhance *learning outcomes*—the active learning processes in which students become involved while in college, the engagement and motivation that students exhibit, the learning and refinement of intellectual and academic skills, and the value students place on these skills after they leave college (Gurin, 1999). In addition to the studies on minority influence and diverse interactions discussed above in Section III C, findings of research on the outcomes of diversity clearly demonstrate that more heterogeneous learning environments provide more opportunities for teaching and learning than do more homogeneous environments. (*See*, for example, Gurin, 1999; Gurin, Dey, Hurtado, & Gurin, 2002; Hurtado, Dey, Gurin, & Gurin, 2003; Milem, 2003; Milem, Chang, & antonio, 2005.) Moreover, this research indicates that students' engagement with diverse information and ideas, both in and out of the classroom, enhances learning in various ways.

Utilizing data collected as part of an evaluation of the National Science Foundation-funded Engineering Coalition of Schools for Excellence in Education and Leadership (ECSEL), Terenzini, Cabrera, Colbeck, Bjorklund, and Parente (2001) analyzed the relationship between classroom diversity and students' self-

14

reported development of problem-solving and group skills. Terenzini et al. found that low levels of classroom diversity were negatively related to students' development of both problem-solving and group skills at statistically significant levels. While findings of this study indicated that what happens in a classroom (e.g., the degree to which students engage in active and collaborative learning activities, students' interactions with instructors and peers, the level of clarity and organization in the classroom) was a more powerful influence on students' reported learning gains, the level of the classroom's compositional diversity still had a significant role in predicting growth in these outcomes.

The educational gains noted above are particularly advanced when students are encouraged by faculty members to come together to work cooperatively on course content and they have the opportunity to learn more about each other and about the specific content areas of the course (e.g., see Johnson & Johnson, 1999; Slavin, 1980). Early research confirmed that cooperative learning activities applied inside and outside the classroom had consistent positive effects on intergroup relations, as well as on the achievement of minority and majority students (Slavin, 1985). Slavin indicated that in order for these positive effects to occur, this collaborative learning had to occur in ethnically mixed learning groups that studied material presented by the teacher and were rewarded based on the learning of the group as a whole. These results indicate the impact of compositional diversity on the presentation of varied perceptions and ideas in the classroom, which in turn increases the opportunities for students to be engaged with and think critically about course content.

There is compelling evidence that enrolling in diversity-related courses while in college has a positive impact on student learning and developmental outcomes. Enrollment in an ethnic or women's studies course was positively associated with gains in learning outcomes such as complex and sociohistorical thinking (Gurin, 1999), developing critical perspectives (Musil, 1992), foreign language skills (Astin, 1993b), and critical thinking (Gurin, 1999; Hurtado, 2001a; Tsui, 1999). Enrollment in these courses was also shown to predict positive changes in democratic outcomes, including promoting racial understanding (Astin, 1993a; Gurin, 1999; Milem, 1994), interpersonal skills (Hurtado, 2001a), and participation in a community action program (Gurin, 1999).

I found that students who had nearly completed a required diversity-related course made significantly more favorable judgments of African Americans than those who had just started the requirement (Chang, 2002b). The effect occurred even though the content of the courses that were randomly selected for the study varied, and many of them did not specifically focus on African American issues.

This study's findings suggest that general education curricula, specifically diversity course requirements, can play a meaningful role in diminishing divisive racial prejudices and may subsequently improve race relations.

Laird, Engberg, and Hurtado (2005) analyzed data from the Student Thinking and Interaction Survey (STIS) of college students, which was developed as part of a larger national research project titled Preparing College Students for a Diverse Democracy to assess the relative impact of two types of courses (diversity-related courses versus an introductory management course) on students' cognitive and social development in the classroom over one term, with an emphasis on the mediating effect of students' interactions with diverse peers. The results demonstrated that previous enrollment in diversity courses and enrollment in one of the diversity courses in this study (compared to enrollment in the management course) were positive, significant determinants of the quality, or positive nature, of students' interactions with diverse peers. As such, Laird et al. concluded that diversity courses in general and the particular diversity courses in this study prepared students for the inherent challenges that await them as they enter an increasingly diverse workforce.

In a related study using data from the same research project, Laird's (2005) analyses revealed a strong connection between engaging diversity and students' confidence in their academic abilities, the importance they placed on taking action in society, and whether they viewed themselves as critical thinkers. Specifically, students who reported more experiences with diversity, especially through enrollment in diversity courses (ethnic or women's studies, multicultural education, core diversity requirements), tended to score higher on their assessments of academic self-confidence, social agency, and critical thinking disposition.

Apart from students, faculty members may be the campus constituency best positioned to assess the ways in which diversity affects the opportunities that students have to learn and develop while in college. The vast majority of faculty view diversity as an important part of the educational mission of colleges and universities. Data from a national survey of college and university faculty conducted by the Higher Education Research Institute ("HERI") at UCLA offer a vivid and informative picture of how faculty view racial/ethnic diversity in higher education. Approximately 55,000 faculty nationwide, drawn from all institutional types in the higher education system, completed the survey (*see* Sax et al., 1999, for more information about this survey). Three of the survey items are particularly helpful in determining how faculty value racial and ethnic diversity in higher education.

16

Faculty overwhelmingly believe that a diverse student body enhances all students' educational experience. More than 90 percent of the faculty surveyed agreed with the statement that "A racially/ethnically diverse student body enhances the educational experience of all students."

One cluster of items from the survey assessed the importance faculty place on items that represent different goals of undergraduate education. One item asked faculty to indicate how important they felt it was for undergraduate education to "Enhance students' knowledge of and appreciation for other racial/ethnic groups." Nearly 60 percent of faculty nationwide responded that this goal was either very important or essential.

When viewed together, these findings suggest that faculty members—those primarily responsible for the teaching and learning that occur in the classroom—believe that racial and ethnic diversity is an essential component of the teaching and learning missions of our higher education institutions.

## B.  Preparation for Participation in a Pluralistic, Democratic Society

Engagement with diversity in college helps to enhance important outcomes required of citizens in an increasingly diverse democracy. Gurin (1999) suggested that three major categories characterize democracy outcomes—citizenship engagement, racial/cultural engagement, and compatibility of differences. *Citizenship engagement* referred to students' interest in and motivation to influence society and the political structure, as well as to students' participation in community and volunteer service. *Racial/cultural engagement* referred to students' levels of cultural awareness and appreciation and their commitment to participating in activities that promote racial understanding. *Compatibility of differences* referred to students' understanding of common values across racial/ethnic groups, that group conflict can be constructive when handled appropriately, and that differences do not have to be a divisive force in society. Another type of democracy outcome discussed by Gurin (1999) relates to students' ability to live and work effectively in a diverse society. Specifically, this referred to the extent to which college prepares students to succeed after college and the extent to which students' college experience breaks a pattern of continuing segregation in society.

The extent to which students interact cross-racially has been shown to be influential in determining the amount of acceptance students report for people from other cultures, the rate at which they participate in community service programs, and the amount of growth they exhibit in other areas of civic responsibility (Bowen & Bok, 1998). Similarly, engagement in more racially diverse environments and activities leads to higher levels of cultural awareness and acceptance, and increased

17

commitment to the goal of improving racial understanding (Milem, 1992, 1994; Sax & Astin, 1997). Conversely, the absence of interracial contact adversely influences students' views toward others, students' support for campus initiatives, and educational outcomes. White students who had the least social interaction with individuals of a different background were shown to be less likely to express positive attitudes about multiculturalism on campus (Globetti et al., 1993).

More recent empirical evidence has shown that more racially and ethnically diverse campuses tend to provide more richly varied educational experiences that enhance students' learning and better prepare them for participation in a democratic society. In part, this is because individuals from different racial and ethnic groups often have differing opinions and viewpoints about a wide range of issues (Chang, 2002a, 2003; Chang, Seltzer, & Kim, 2001; Pike & Kuh, 2006). For example, I confirmed that there are significant differences in viewpoints between racial groups at the point of college entry on a variety of pressing contemporary issues (Chang, 2003). Although individuals of any given race hold a range of opinions, the average viewpoints of each group differ. My study established that statistically significant differences of opinion exist between racial groups on important social and political issues such as consumer protection, health care, drug testing, taxation, the death penalty, free speech, criminal rights, and the prevalence of discrimination. Saenz, Ngai, and Hurtado (2007) found that fostering positive intergroup relations on campus was key to enhancing students' democracy outcomes and helping them develop skills that allow them to negotiate differences in a diverse society. Positive growth in these outcomes was facilitated by the presence of diverse peers *combined* with opportunities for facilitated interactions that expand student knowledge about diverse others, perspectives, and backgrounds.

### C.    Reduction of Prejudice

Our society benefits in other important ways from student engagement with diversity while in college. Consistent with summaries of earlier scholarship regarding the effects of school and campus desegregation s*See e.g.*, Hurtado, Milem, Clayton-Pedersen, & Allen, 1998, 1999), Gurin (1999) and Gurin et al. (2002) found that enhanced compositional diversity on campus had dramatic long-term effects on the likelihood that White students who had grown up in predominantly White neighborhoods would live and work in diverse settings after college. White students who attended colleges with 25 percent or more minority enrollment, as contrasted to White students who attended colleges with very low minority enrollment, were much more likely to have diverse friendships after

leaving college and to live in diverse neighborhoods and work in settings where co-workers were diverse.

Moreover, these experiences help students to develop the insights, skills, and commitments essential to becoming a productive member of a society that is becoming increasingly diverse and complex (Milem, 2003; Milem, Chang, & antonio, 2005; Hurtado, Alvarez, Guillermo-Wann, Cuellar, & Arellano, 2012). This is evident when the relationship between campus diversity and civic outcomes is examined (Milem, 2003). Research findings support the view that students' interactions with diverse people and ideas while in college have positive impacts on the students. The extent to which students interacted cross-racially was influential in determining the amount of acceptance students report for people from other cultures, the rate at which they participate in community service programs, and the amount of growth they exhibit in other areas of civic responsibility (Bowen & Bok, 1998).

### D.    Satisfaction with the College Experience

Astin (1993) found that faculty members' emphasis on diversity in their courses had positive effects on students' overall satisfaction with college. Villalpando (1994) reported similar findings regarding the relationship between satisfaction and the extent to which faculty included racially/ethnically diverse materials in their courses. This finding was as true for White students as for students of color. Tanaka (1996, cited in Smith et al., 1997) found that a more supportive campus climate, as evidenced by campus efforts to create a multicultural environment and to include racial/ethnic material in the curriculum, had positive effects on students' sense of community and overall satisfaction with college.

Similarly, a study of students attending Harvard University Law School and University of Michigan Law School offers helpful information about the process outcomes of diversity, especially as they pertain to legal education (Orfield & Whitla, 1999). A survey conducted by the Gallup Organization was administered by telephone to 1,800 law students attending these two schools. Results indicated that these law students believed their interactions with diverse people and ideas while in law school enhanced their learning and thinking in fundamental ways. Specifically, the overwhelming majority of students (90 percent) indicated that their exposure to racial and ethnic diversity while in law school had a positive impact on their educational experience. Students also reported that being in a racially diverse environment enabled them to engage in discussions with others that enhanced their learning. Nearly two-thirds of the students indicated that

19

diversity improved in-class discussions. More than six-in-ten (62 percent) students indicated that diversity improved their ability to work and to get along with others. Approximately eight-in-ten students (78 percent for Harvard students and 84 percent for Michigan students) reported that discussions with students from different racial and ethnic backgrounds significantly affected their views of the U.S. criminal justice system. The majority of students reported that their discussions with students from different racial and ethnic backgrounds significantly influenced their views about civil rights and conditions in various social and economic institutions. In sum, students who attended two of the most highly selective law schools in the country indicated that diversity was an essential aspect of their legal education.

Whitla, Orfield, Silen, Teperow, Howard, and Reede (2003) studied medical students' views regarding diversity in medical school among students enrolled at the University of California, San Francisco and Harvard University. More than nine-in-ten (94 percent) students reported that their contacts with diverse peers greatly enhanced their educational experiences. More than eight-in-ten (84 percent) students indicated diversity in their classrooms enriched discussions by causing them to consider alternative viewpoints, thereby enhancing their understanding of medical conditions and treatments. Moreover, by engaging with diverse peers, they were able to develop a more robust understanding of others, and their similarities and differences. Finally, more than eight-in-ten students reported that their discussions with diverse peers in medical school enhanced their commitment to working for greater equity in the health delivery system and better access to medical care for those in our society who are medically underserved.

## E. <u>Persistence to Graduation</u>

The institutional context/campus climate has been shown to have an important role in predicting persistence to graduation. Museus, Nichols, and Lambert (2008) used data from the Beginning Postsecondary Study ("BPS") to study direct and indirect effects of campus climate on the persistence of Asian, Black, Latina/o and White students. They found that climate affects college student persistence and that these effects are primarily indirect and conditional on the race of the student. These findings support Hurtado et al. (1998, 1999) who argued that students from different racial/ethnic groups perceive and experience the institution in different ways. For example, Museus et al. (2008) found climate was more likely to affect the academic experiences of Asian and Black students, as reflected in the lower GPAs for these students at the end of their first year of college. For Latina/o students, campus climate had an indirect effect on degree completion through social involvement. Museus et al. (2008) also demonstrated that campus

20

racial climates affect experiences and outcomes of various racial minority groups in disparate ways, accentuating the importance of analyzing multiple minority groups and racial differences in studies of college student experiences and outcomes.

### F.    Combatting Tokenism/Racial Isolation

A compositionally diverse campus provides students who have been historically underrepresented with support that combats their feelings of racial isolation. The absence of compositional diversity on campus can produce many negative consequences, especially for students of color underrepresented on the campus. On college campuses that lack a diverse population of students, underrepresented groups have an increased chance of being viewed as tokens. (Hurtado et al., 1998, 1999; Milem, Chang, & antonio, 2005.) Tokenism contributes to the enhanced visibility of underrepresented groups, the exaggeration of group differences, and the alteration of images to fit existing stereotypes. (Kanter, 1977.)

Recent empirical research (both quantitative and qualitative) indicates that the underrepresentation or racial isolation of a particular group in an educational setting can have a negative impact on students' ability to feel connected to others and to be successful in that setting. Specifically, empirical evidence documents an increase in the likelihood that students who are underrepresented or feel that they are racially isolated will experience social identity threat and/or stereotype threat. This can have a significant negative effect on very highly motivated, high-achieving students from the targeted group. *Social identity threat* represents "a threat that occurs when people recognize they may be devalued in a setting because of one of their social identities." (Murphy, Steele, & Gross, 2007, 879.) "When a negative stereotype about a group that one is part of becomes personally relevant, usually as an interpretation of one's behavior or an experience one is having, *stereotype threat* is the resulting sense that one can then be judged or treated in terms of the stereotype or that one might do something that would inadvertently confirm it." (Steele, Spencer, & Aronson, 2002, 389 (emphasis added).)

Walton and Cohen (2007) argue that having to contend with negative stereotypes in a particular environment causes people to feel uncertain about the extent to which they belong in that environment. In a recent synthesis of the research that explores the relationship between negative intellectual stereotypes and sense of social belonging, Walton and Carr (2012) assert that "as a consequence of numeric underrepresentation and negative stereotypes, members of marginalized groups may chronically wonder whether they belong in certain

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 22 of 137

groups." (24.) Hence, on predominantly White higher education campuses, the fact that students of color are underrepresented can produce both negative social stigma (e.g., see Steele, 1992, 1997, 1998; Steele & Aronson, 1995) and "minority status" stressors (Prillerman, Myers, & Smedley, 1989; Smedley, Myers, & Harrell, 1993) that can adversely affect student achievement.

Findings from two qualitative studies that explored the experiences of high achieving Black students illustrate these phenomena. In a comparative study of successful Black collegians on a predominantly White campus and a historically Black campus, Fries-Britt and Turner (2002) described the high frequency with which Black students enrolled at the White campus reported that they were exposed to comments from White peers that were rooted in stereotypical images of Blacks. In response to these comments, the high-achieving Black students indicated that they felt they had to constantly engage in what they described as a "proving process," whereby they sought to establish themselves as academically worthy and able. A study by Fries-Britt and Griffin (2007) built upon these earlier findings, and racial isolation emerged as a common theme in interviews with the high-achieving Black students. Students reported that they were frequently the only Black student in their classes and few of their professors were faculty of color. These students reported a heightened sense of being stereotyped by peers and professors, which they said put pressure on them "to behave in ways that are considered 'non-Black' ... and prove that they were smart ...." (p. 514). The authors identified several factors that students reported helped them to deal with the stresses and pressures they felt related to underrepresentation and stereotypes. Key among these was having the ability to connect with stimuli or cultural connections related to their own identity as African Americans. The authors note that this is more likely to happen when there are greater numbers of diverse students and faculty at the institution. A disturbing finding was the pressure that many of these students felt that they had to "give up part of what it means to be Black" (p. 516) in order to reject the stereotypes being placed upon them by White peers and professors.

## G.  Material Benefits/Outcomes

A body of evidence documents the material benefits that accrue to students who attend selective colleges and universities, including White students. In their study of the outcomes of racial diversity in selective colleges and universities, Bowen and Bok (1998) reported that Black students who attended selective institutions were five times as likely as all Black students nationwide to earn advanced degrees (professional degrees or Ph.D.'s). Black men in the cohort of 1976 reported average postgraduate annual incomes of $82,000—twice the average

22

earnings of Black college graduates nationally. Black women graduates of selective institutions earned an average of $58,500 annually—80 percent more than Black women graduates nationwide (Bowen & Bok, 1998). Daniel, Black, and Smith (1997) examined the relationship between college quality and wages of young men. Not surprisingly, the authors found that young men who attended a higher-quality college earned higher wages. These "returns" were significantly higher for Black than White men. The study also found that both Black and White men who attended selective colleges with more diverse student bodies had higher earnings (although the returns were somewhat higher for White than Black men).

## V.     Analyses of UNC-Chapel Hill's Efforts to Realize the Educational Benefits of Diversity

The foregoing academic background and framework inform how I assessed the success of UNC-Chapel Hill in promoting and realizing the educational benefits of diversity. In practice, we have learned that realizing the added educational benefits associated with being in a diverse environment depends on the robustness of the educational context for supporting those student experiences that lead to benefits (*see*, for example, Denson & Chang, 2009, 2015). Therefore, if an institution seeks to actualize related educational benefits, the research suggests that it must address their educational context in ways that improve both the quantity and quality of students' engagement with diversity. In considering an institution's capacity to actualize the added benefits, I applied an ecological perspective. Decades of research concerning how college affects students (*see* Astin, 1993b; Dey, 1997; Pascarella & Terenzini, 1991) have conclusively shown that the relationship between students and the college environment is both reciprocal and dynamic. In other words, one of the fundamental principles in higher education research is what is referred to as an ecological perspective, which posits that there are tight interconnections between individual change, institutional change, and social change. Thus, in order to achieve those benefits associated with diversity, a campus must account for many different but interrelated moving parts, shaped by multiple external and internal forces that can affect whether or not being a member of a diverse student body will have added value to a student's learning and educational experience. Accordingly, achieving high quantity and quality undergraduate engagement with diversity is an ongoing dynamic institutional process that is constantly evolving to account for many shifting parts both within and outside the university.

23

Given this ecological perspective, gauging the robustness of an institution's efforts subsequently requires going beyond just taking a snapshot of an institution at a single time point with one data source. Instead, I examined multiple data sources to assess the quantity and quality of UNC-Chapel Hill's engagement with diversity over a period of more than a decade. With this range of information, I focused on the scope and depth of UNC-Chapel Hill's evolving efforts associated with diversity and how undergraduate students came to be affected and shaped by those efforts over time. This examination allowed me to draw empirical conclusions about UNC Chapel Hill's overall capacity to actualize the educational benefits associated with their efforts to diversify their student body.

In conducting this study, I relied on, reviewed, and utilized the following materials: publicly available materials located on the UNC-Chapel Hill Office of Diversity and Inclusion website[4]; the legal complaint filed in this action; select documents including faculty and administrative materials exchanged during the discovery of this action; the 2017 Diversity Report; sworn testimonial evidence from this case, including deposition transcripts, and witness declarations; and publicly available data and information located on the UNC-Chapel Hill Office of Institutional Research and Assessment ("OIRA") website. A complete list of all the materials utilized in this report can be found in Appendix C.

For the analyses, I undertook two approaches to the materials. First, I reviewed relevant documents including the 2017 Diversity Report, and testimonial evidence gathered in this litigation to examine [1] UNC-Chapel Hill's mission and commitment to diversity, and [2] UNC-Chapel Hill's programmatic efforts and initiatives including academic programs, student life and campus programs and activities made available on campus. These analyses are reported in Section A, and serve mostly to corroborate my later conclusions. Second, I conducted a quantitative review of publicly available survey data to examine how students were affected and shaped over time by UNC-Chapel Hill's diversity-related efforts. To understand better the noted trends, I reviewed and synthesized testimonial evidence and assigned a set of relevant citations for each trend to assist in drawing substantive conclusions. Lastly, I also pointed to preliminary results from the 2016 Undergraduate Diversity and Inclusion Campus Climate Survey (Climate Survey) to provide additional data points to understand where those trends presently stand. These analyses are reported in Section B.

---

[4]     These publicly available materials were formerly located on the UNC-Chapel Hill Diversity and Multicultural Affairs website.

## A.     UNC-Chapel Hill's Efforts to Promote Diversity and Inclusion

I first examined several different initiatives, programs, and efforts undertaken by UNC-Chapel Hill to promote, foster, and utilize diversity and inclusion for the associated educational benefits. As noted in my prior research, it is not enough for higher education institutions to expect the educational benefits of diversity to accrue without some effort by those institutions to realize such benefits. More specifically, in "Making Diversity Work on Campus: A Research-Based Perspective," Jeffrey Milem, Anthony Lising antonio and I made several recommendations for engaging diversity on campus through "an intentional and coherent process of planning, developing, and implementing institutional policies and practices explicitly designed to help students attain the benefits that can be gained from attending a racially and ethnically diverse college or university." (19.) These recommendations were derived by a review of the research since *Grutter* and *Gratz*, and built upon the foundational work of Patricia Gurin, which she submitted in her expert reports. Drawing upon this research, as well as our own experiences and prior publications, we sought to synthesize the best practices and guidance for universities in maximizing the benefits derived from diversity and inclusion. Our proposals were not exhaustive, but included several components for meaningful diversity engagement in a multi-dimensional approach, meant to engage all students in an ongoing dynamic process. (*Id.*) These diversity engagement components included, *inter alia*:

[1]     Developing and maintaining a diverse student body through a race-conscious holistic admissions process;

[2]     Outreach, enrichment and recruitment programs;

[3]     Retention and academic success efforts;

[4]     Developing positive perceptions of campus racial climate;

[5]     Developing diversity as a policy through campus statements, faculty diversity policies, and sustained institutional support;

[6]     Development of cultural spaces;

[7]     Addressing classroom environment, curriculum, and pedagogy;

[8]     Encouraging inter-group dialogues, interracial contact, and diverse residential housing; and

[9]     Supporting affinity groups, fraternities, and sororities.

To evaluate UNC-Chapel Hill's diversity engagement, I reviewed its recent reports and policies on diversity and inclusion and examined testimony and

25

documents regarding some of its diversity initiatives that fall within the components listed above. Based on this review and assessment, it is my opinion that UNC-Chapel Hill provides, manages, and promotes a wide range of many different initiatives that, taken together, is an intentional and effective plan for actualizing the associated benefits from the diversity of its student body. Clearly, the University has not acted as a passive participant, but is making conscientious and deliberate efforts on all fronts to foster diversity through interactions between individuals and group, diversity-related events, and creating a welcoming and inclusive campus environment. Those efforts have ramped up over time and have improved the institution's overall capacity to maximize the educational benefits from diversity, enriching learning experiences for students at UNC-Chapel Hill.

Each of these initiatives and programmatic efforts, as well as the benefits from diversity in classrooms and beyond UNC-Chapel Hill, is discussed more fully below:

### 1. Developing and Maintaining a Diverse Student Body

UNC-Chapel Hill engages in the use of holistic admissions practices with careful considerations of race as a "plus factor" to evaluate applicants and to admit a diverse group of students. Witnesses are clear that the admissions process holistically considers all aspects of an applicant's experiences. Stephen Farmer, the Vice Provost for Enrollment and Undergraduate Admissions, for example, described how applicants are considered in a "nonformulaic way ... that's respectful of them as persons." (**Stephen Farmer Deposition** ("**Depo.**") 17:6-14.) Witnesses also testified that everything in an application can be considered when deciding whether to admit the applicant to the University. (**Jared Rosenberg Depo.** 155:13-19 ("The holistic review process is that if we take into consideration the whole person, so it's everything – anything and everything in a student's application can be considered. It's not strictly based on a GPA or a test score, but it's based on a whole host of factors, and experiences that the student brings."); **Ni-Eric Perkins Depo.** 35:8-25.) UNC-Chapel Hill strives to develop and maintain a diverse student body, as the University believes "there is a[n] educational benefit to having students from all backgrounds," and that "one of the backgrounds that one should consider would be race." (**Damon Toone Depo.** 158:19-23.)

### 2. Outreach, Enrichment and Recruitment Programs

Even before individuals matriculate to UNC-Chapel Hill as students, UNC-Chapel Hill undertakes a variety of programmatic efforts focusing on increasing the diversity in the potential applicant pool. Below are just a sampling of some of

the programs mentioned in the documents and testimony. Many of the individual witnesses recognize that pipeline programs and UNC-Chapel Hill outreach and recruitment initiatives are essential to reaping the benefits of diversity.

### (a) *High School Honors Day and Decision Day*

"High School Honors Day" and "Decision Day" are on-campus events that are aimed at potential and admitted applicants to UNC-Chapel Hill. (**Rumay Alexander Depo.** 44:11-46:7; **Michael Davis Depo.** 76:6-20.) During these programs, UNC-Chapel Hill officials present information about University resources, including educational majors, academic programming, and campus life. (**Rumay Alexander Depo.** 44:11-46:7.) By design, these programs target any applicant who may be thinking of matriculating to UNC-Chapel Hill. (*Id.*) Decision Day has been run by the Office of Diversity and Multicultural Affairs ("DMA") as part of an effort to engage diversity or engage diverse populations with UNC-Chapel Hill. (**Michael Davis Depo.** 76:6-20.)

### (b) *Expanding the Circle, Many Nations One Carolina, and Carolina Horizons*

DMA and the American Indian Center jointly coordinated several pipeline programs aimed at Native American applicants and their parents. (**Rumay Alexander Depo.** 44:11-48:6; **Michael Davis Depo.** 74:17-75:11, 77:20-78:3.) These programs, "Expanding the Circle," "Many Nations One Carolina," and "Carolina Horizons," are on-campus events that provide information about resources available to Native American students. (*Id.*; **Rumay Alexander Depo.** 44:11-48:6.)

### (c) *Nuestra Carolina and Dia de Bienvenida*

"Nuestra Carolina" and "Dia de Bienvenida" are on-campus events that provide information for prospective Latinx students and their parents. (**Rumay Alexander Depo.** 44:11-48:6.) The events also give prospective students the opportunity to ask questions that Latinx students and their families may have about attending UNC-Chapel Hill. (*Id.*)

### (d) *Summer Institutes*

UNC-Chapel Hill hosts three Summer Institutes – "Carolina Renaissance," "Project Uplift," and "Uplift Plus." (**Rumay Alexander Depo.** 46:25-48:6.) All three programs host pre-college students and expose them to campus life, activities, and resources. (*Id.*) Students may visit different schools or programs on campus, ask questions, and engage with academic materials that they may not be familiar with. (*Id.*) Relatedly, "Uplift Plus," a secondary program to Project Uplift

27

for a smaller number of students, is responsible for organizing and managing other pipeline and outreach programs. (**Michael Davis Depo.** 63:19-24.) A former student and alumna remarked that Project Uplift "was a wonderful opportunity for me, particularly because I was the first person in my family to go to college," and that it "gave me a chance to see that there were a few people like me at UNC-[CH] and people would care about me once I got to the University." (**Ashley McMillan Declaration**[5] ¶¶ 6-7; *see also* **Camille Wilson** ¶¶ 3-4 (describing how Project Uplift similarly impacted her decision to attend UNC-Chapel Hill).)

### (e)   UNC-Chapel Hill Scholars' Latino Initiative

The "UNC-CH Scholars' Latino Initiative" is "a three-year mentoring and college preparatory program between UNC-Chapel Hill students and Latin[x] high school students at six area high schools." (**Paul Cuadros** ¶ 11.) The program has more than one hundred and fifty students, and is housed and operated by the UNC-Chapel Hill Center for Global Initiatives.   (*Id.*)   Paul Cuadros, the chair and executive director of the program, has noted that it is "critical [to] help[] students from [the Latinx] communities see themselves as college-bound .... [which] provides them with hope about their own futures and, in some cases, may help them see college as a possibility." (*Id.* ¶¶ 34-35.) From the personal experiences of some individuals, the group has been described as one "big family setting," where mentors and mentees meet "once or twice a month to talk about college goals and how [their] lives were going." (**Teodoro ("Teddy") Gonzalez** ¶¶ 11-12.)

### (f)   Carolina College Advising Corps

The "Carolina College Advising Corps" is a branch of the National College Advising Corps that is coordinated by the Office of Undergraduate Admissions. (**Barbara Polk Depo.** 52:3-8; **Damon Toone Depo.** 101:18-102:8; **Camille Wilson** ¶¶ 14-15; **Michael Davis Depo.** 148:20-149:9.) The Carolina College Advising Corps hires recent UNC-Chapel Hill graduates to serve as college advisors in high schools throughout the state, typically in more historically underserved areas. (*Id.*) These students partner with the school's guidance or college office. (*Id.*) In addition to college counseling, the advisors also provide resources and guidance on available financial aid opportunities. (**Jared Rosenberg Depo.** 63:13-17.) Unlike other programs and initiatives undertaken by UNC-Chapel Hill, the Advising Corps does not specifically direct high school students to

---

[5]     This report cites to statements in declarations filed in this case by the individual's full name. Later citations to statements omit the "Declaration" portion of the citation.

UNC-Chapel Hill; instead, "[t]heir job is to help young people find their way to places where they'll thrive." (**Stephen Farmer Depo.** 265:12-25; *see also* **Donovan Livingston** ¶ 2.) Currently, the Advising Corps has roughly 50 advisors that will serve 78 schools in North Carolina in the following academic year. (**Stephen Farmer Depo.** 265:12-25.)

(g)     *Carolina Student Transfer Excellence Program (C-STEP)*

The Office of Undergraduate Admissions initiated the "Carolina Student Transfer Excellence Program" or "C-STEP" in 2006 to foster a pathway to UNC-Chapel Hill for low to moderate income community college transfer students who were not necessarily thinking of themselves as transfer candidates or were not necessarily thinking of UNC-Chapel Hill as their destination. (**Stephen Farmer Depo.** 273:1-7; **Damon Toone Depo.** 120:24-121:12.) The C-STEP program confers upon some transfer students at one of ten partner schools guaranteed admission to UNC-Chapel Hill, so long as the students achieve certain minimum academic requirements. (**Ni-Eric Perkins Depo.** 147:4-148:23.) The University conceived the C-STEP program to enhance diversity – not only on the basis of race, but also on the basis of socioeconomic status. (*Id.*) C-STEP is one program that remains available to students once they are already on campus. (**Taffye Benson Clayton Depo.** 103:1-19.) C-STEP provides special events, advising services, and transition and support services. (*See* C-STEP website.) The overall graduation rate for C-STEP students who matriculate to UNC-Chapel Hill is 85%, and the program is considered a success for the University. (**Jim Dean Depo.** 175:5-9.)

3.     Retention and Academic Success Efforts

UNC-Chapel Hill has several academic and financial assistance programs that are geared toward promoting diversity and assisting historically underrepresented populations at the University. These programs also positively impact graduation rates among underrepresented populations at the University.

(a)     *Carolina Covenant*

The "Carolina Covenant" is a program that provides low-income students with grants, scholarships, and work study opportunities so that they can graduate from UNC-Chapel Hill debt-free. (**Damon Toone Depo.** 108:22-109:5; **Ronald F. Bilbao** ¶ 4.) As one UNC-Chapel Hill alumnus noted, "[b]efore the Covenant, low-income minorities mostly just had the option to go to community college if they could not afford the cost of college." (*Id.*) The same student has noted that "[t]he Carolina Covenant changed the course of my life and my career." (*Id.*) In addition to financial support, the Carolina Covenant also provides mentoring and support

29

programs to help ensure successful academic careers and to increase the likelihood of graduation. (**Mary Cooper** ¶ 18 (mentioning a discussion of how Carolina Covenant "increase[s] graduation rates for African-American students").) Stephen Farmer, Vice Provost for Enrollment and Undergraduate Admissions, has remarked that Carolina Covenant is a "race-neutral alternative to improve financial aid" pursuant to Department of Education recommendations. (**Stephen Farmer Depo.** 204:23-205:1.) The program has personally helped several former students and alumni of UNC-Chapel Hill by facilitating a debt-free education. (**Laura Gamo** ¶¶ 3-4.)

### (b) Chancellor's Science Scholar's Program

The "Chancellor's Science Scholar's Program" is a partnership with the University of Maryland Baltimore County ("UMBC") and is modeled after UMBC's nationally recognized Meyerhoff Scholars program. (**Michael T. Crimmins** ¶¶ 27-30; **J. Christopher Clemens** ¶¶ 27-29.) The purpose of the program is to diversify and provide access to jobs in the fields of STEM, to bring awareness to the issues of diversity as well as to provide a space where students, regardless of background, can be supported in their pursuit of careers in STEM. (*Id.*) The program seeks to maximize student success by building a community of learners who work collaboratively to succeed academically and in research and provides a space where these students can challenge each other to think differently and ask questions that foster intellectual growth. (*Id.*) Moreover, the program brings in students with high capacity and interest in aspects of diversity who wish to be future science and technology leaders. (**Carol Lynn Folt Depo.** 105:24-106:10.) One of the goals of the program is to help underrepresented minority students become Doctor of Philosophy students in STEM fields, where visibility still remains low. (**Viji Sathy** ¶¶ 14-16; **Andrew Parrish Depo.** 152:15-19; **Yolanda Coleman Depo.** 65:11-17.)

### (c) Latinx Peer Mentoring Program

The Latinx Peer Mentoring Program, sponsored by DMA, pairs first-year students with older students to serve as mentors. (**Laura Gamo** ¶ 6.) First-year students are also paired with faculty and staff. (*Id.*) The program includes social events, personal and professional development, and monthly mentor talks. (*Id.*)

### (d) Carolina Millennial Scholars Program

The Carolina Millennial Scholars Program is "a two-year program that provides a community and networking experience for males from diverse backgrounds." (**Teddy Gonzalez** ¶ 8.) As one former student in the program

attested, "it was interesting learning about different minorities from different kinds of life." (*Id.*)

### (e)    *Carolina First Program*

The Carolina First Program is a comprehensive program for first generation students who are the first in their family to attend college. The program provides academic, networking, and other resources to first generation students in order to help them succeed both at UNC-Chapel Hill and beyond their time at the University.

### (f)    *Diversity and Inclusiveness in Collegiate Environments*

Diversity & Inclusiveness in Collegiate Environments ("DICE") is a campus organization that aims to change the campus climate through innovative initiatives that promote diversity awareness. (**Merrick Osborne** ¶ 6.) DICE is a student-led organization operated from the Campus Health and Wellness center, and it aims to promote holistic student wellness, and it seeks to create greater diversity awareness and program inclusiveness. (*See* DICE website.)

### (g)    *Men of Color Engagement*

DMA formed the Men of Color Engagement following a retention study that analyzed the retention and graduation rates of men of color. (**Christopher Faison Depo.** 30:1-17.) The organization has several different coordinators, including a transfer coordinator, a first generation coordinator, and a veterans' coordinator. (*Id.*) One current student stated that he was "exposed to people with different religions and ethnicities," and while he "did not always agree with their viewpoints," he "had the opportunity to sit down and talk with them to understand where they were coming from." (**Kendall Luton** ¶ 7.) The group was also involved in assisting the Center for Student Success & Academic Counseling by examining retention and graduation rates for men of color. (*Id.* ¶ 13.)

### (h)    *Thrive@Carolina*

Thrive@Carolina is a program that originated in July 2013 from a recommendation from the 21st Century Vision Committee on Access and Completion, which had recommended that the UNC-Chapel Hill coordinate and enhance support services to eliminate disparities in retention and graduation rates for students of all races, ethnicities, incomes, abilities, and educational backgrounds. (*See* Resolution 2015-15. Statement on Thrive@Carolina (UNC0283484); Thrive@Carolina Background and Origins (UNC0283488).)

Thrive@Carolina promotes and encourages student success through fostering individual competency development and academic achievement. (*Id.*)

####  4.    Developing Positive Perceptions of Campus Racial Climate

UNC-Chapel Hill's diversity initiatives and programming are positively impacting the campus climate. Many of these programs foster affinity groups and diverse communities within the larger academic community. Other programs harness the diversity on campus to promote greater benefits to the University. However, a review of all of these efforts—discussed throughout this section reviewing UNC-Chapel Hill's efforts—reveals that these diversity initiatives and programming are improving and benefitting the campus climate.

For instance, several witnesses discussed how UNC-Chapel Hill's efforts have affected the community. Apparent from the depositions and declarations in the record is that many staff, faculty, administrators, and students strive to better the campus climate at UNC-Chapel Hill and appreciate the diverse campus climate. (*See* **Ezra Baeli-Wang** ¶¶ 12-15 (discussing impact of being in racially diverse environment); **Melody Barnes** ¶ 15 ("[I] had a much richer experience because of the diversity of people I met at UNC-CH."); **Chelsea Barnes** ¶ 23 ("Having other students of color, and native students specifically, to support me made a big difference in how comfortable I was on campus and how willing I was to put myself out there and meet new people. Having students from different backgrounds and having other students who shared aspects of my race and ethnicity helped me to learn and thrive at UNC[-CH]."); **Ronald F. Bilbao** ¶¶ 16-17 ("[D]iversity is so beneficial, not in terms of whether you pass a test, but how you grow as a person -- which is really the purpose of going to college. Not everything you learn is in the classroom. The people you build relationships with and the chance to learn from different people is what helps you build a career, launch a business, or become an entrepreneur. It is a no-brainer that people benefit from learning from other people's experiences."); **Mary Cooper** ¶¶ 7-19 (describing how diversity on campus affected her as a former student body president at UNC-Chapel Hill); **Neils Ribeiro-Yemofio** ¶ 9 ("UNC-[CH], through its diverse student organizations, makes students feel like members of a community, provides opportunities for students to feel like they are not alone, and helps them find people who will support them."); **Damon Toone Depo.** 70:10-15 ("[W]e care deeply about the students that we admit and enroll to UNC[-CH] and we do not want students to feel as though they have to be the singular voice for their group, their culture, their first generation college status, their religion, their

orientation."); **Anan Zhou** ¶ 12 ("[W]ithout the richness of our UNC community in experience, background, religion, and race, I do not believe I would have gained the knowledge nor education I bear now.").)

>       5.       Developing Diversity as a Policy through Campus Statements,
>                Faculty Diversity Policies, and Sustained Institutional Support

UNC-Chapel Hill has developed numerous policies and has provided sustained institutional support for diversity initiatives and programming. Its sustained institutional support has taken many forms, including establishing an institutional office with dedicated resources to promote diversity and inclusion on campus. The University also works closely with students through the Carolina Union. Both of these initiatives are discussed in detail below. Other initiatives demonstrating the University's sustained institutional support include the annual diversity plans, the recent Diversity Report, and several administrative committees focusing on promoting diversity and inclusion on campus.

Moreover, its faculty have also taken an active role in promoting diversity-related policies. For example, the Faculty Council recently affirmed their commitment to diversity and inclusion. (*See* UNC Faculty Council Resolution 2016-12 On Commitment to Diversity and Inclusion ("We are committed to promoting the many educational benefits, generation of new ideas and the innovations that flow from a diverse student body .... Consistent with the social science research in the area, we strongly believe that diversity improves learning outcomes for our students ....").) The faculty are also engaged—through regular presentations—in learning more about how to better incorporate and promote diversity and inclusion at UNC-Chapel Hill. (*See* April 15, 2016 Presentation, "Educational Benefits of Diversity," by Professor Rumay Alexander.)

>       (a)      *Office of Diversity and Inclusion (formerly, the Office of*
>                *Diversity and Multicultural Affairs)*

The former Office of Diversity and Multicultural Affairs ("DMA") was one of the main offices and administrative units at UNC-Chapel Hill that managed and monitored the campus climate until 2017.[6] (**Taffye Benson Clayton Depo.** 19:3-

---

[6]     The DMA was recently reorganized into the Office of Diversity and Inclusion ("ODI"). The Chancellor named Rumay Alexander, who previously served as Special Assistant to the Chancellor since January 2016 and as Interim Chief Diversity Officer since July 2016, to the vacant position of Associate Vice Chancellor for Diversity and Inclusion (Chief Diversity Officer). Rumay Alexander reorganized DMA into ODI while serving as interim Chief Diversity Officer.

33

24.) The DMA "help[ed] facilitate the University's progress regarding diversity and inclusion and to help the institution leverage that diversity as an institutional strength reaping the educational benefits." (*Id.*) The DMA received information about the campus climate through formal ways, including surveys, and informal ways, including feedback from individual students and student groups. (*Id.* at 27:20-28:24.) UNC-Chapel Hill administers climate surveys that ask students questions about whether the students believe they have received the educational benefits of diversity and whether they feel as though they are free to be individuals. (**Stephen Farmer Depo.** 67:16-22; **Carol Lynn Folt Depo.** 168:6-15.) These campus climate surveys are administered and compiled by the Office of Institutional Research at UNC-Chapel Hill. (**Lynn Williford Depo.** 203:18-219:1.) In addition to working with student groups, the DMA also hired several students as volunteers or coordinators. (**Camille Wilson** ¶ 6 ("I grew the most from my DMA experiences.").) The new Office of Diversity and Inclusion website publicly maintains and provides access to the former DMA annual reports among other former DMA information.

*(b) Carolina Union and Carolina Union Activities Board*

The Carolina Union is the student union at UNC-Chapel Hill, and it focuses on creating safe, inclusive, and educational experiences for students. It is the "nerve center" for the campus where students "can gather for debate, discussion, information exchange, association with other students and faculty, relaxation and quiet contemplation." (**Crystal King** ¶ 5.) Carolina Union offers academic or educational, cultural, social, and recreational programs and services. (*Id.*)

Several sub-committees of the Carolina Union, including the Carolina Union Activities Board ("CUAB"), addressed issues relating to diversity and increased the number of diversity lectures and programs during recent years. (**Merrick Osborne** ¶¶ 29-30 ("CUAB became a safe space because we could critically challenge each other and, thus, the status quo.").) CUAB is the largest student volunteer programming organization at UNC-Chapel Hill, hosting several highly regarded scholars and leaders, collaborating with affinity groups on campus for programming, and with other student groups, including sororities and fraternities. (**Crystal King** ¶¶ 25-31.)

34

6.     Development of Cultural Spaces

   (a)     *Cultural Centers:  Latina/o Collaborative (Latinx Center);
            American Indian Center;  Sonya Hayes Stone Center for Black
            Culture and History; and Carolina Asia Center*

UNC-Chapel Hill is home to several cultural centers, including the Latina/o Collaborative (Latinx Center), the American Indian Center, the Sonya Hayes Stone Center for Black Culture and History, and the Carolina Asia Center.  (**Ronald F. Bilbao ¶¶** 6-7.)

The Latina/o Collaborative is an organization that provides cultural programs and showcases Latinx artists. (*Id*.) Students, faculty, and staff formed the Latinx Center to create a Latino/a center on campus and to offer a mentoring program specifically to Latinx students on campus.  (**Paul Cuadros ¶** 30.)

The American Indian Center has been described by students as "an incredibly supportive community." (**Brittany Hunt ¶** 11; *see also* **Chelsea Barnes ¶** 13 (discussing the American Indian Center).) The American Indian Center connects faculty, students and staff to Native Nations and communities in North Carolina and abroad, and provides assistance in research, class projects, and student support and programming. (*See* American Indian Center website.)

The Sonya Hayes Stone Center for Black Culture and History provides intellectual and cultural programming that aims to be informative about and relevant to issues affecting Black or African-American students. (*See* Sonya Hayes Stone Center website.)

The Carolina Asia Center promotes engagement with Asia-related topics through seminars, language study, outreach, cultural competency, study abroad, and visiting scholars programs, and is the flagship organization for Asia-related activities at UNC-Chapel Hill. (*See* Carolina Asia Center website.) All four centers promote campus dialogue, discussion and debate through hosted activities and events.

7.     Addressing Classroom Environment, Curriculum, and Pedagogy

In addition to pipeline programs, and initiatives relating to campus climate, UNC-Chapel Hill also places an emphasis on diversity-related academic programming, including diversity courses, seminars, and projects. UNC-Chapel Hill's commitment to diversity also flows through the faculty and staff: and their commitment to diversity is readily apparent through the testimony and declarations submitted. Moreover, it is clear from this evidence that diversity in classrooms has

a powerful and positive impact on the learning environment for UNC-Chapel Hill students.

Faculty have been intimately involved in promoting diversity in the classroom. Some of these efforts have included teaching topics relating to diversity issues. For example, Professor Frank Baumgartner describes how he co-taught "a diversity super-course entitled American Studies/English/Political Science 248: Intersectionality: Race, Gender[,] Sexuality and Social Justice." (**Frank Baumgartner ¶¶** 22-28.) This diversity super-course promotes learning beyond lectures: Professor Baumgartner describes how he and Professors Jennifer Ho and Sharon P. Holland utilize "Interaction Groups" to create content and evaluative work product that "engages with the theme[s] of th[e] course." (*Id.*)

Some of these other efforts at promoting diversity in the classroom focus beyond the substance of teaching diversity and instead on the mechanics of teaching and learning. Professor Kelly Hogan, for example, describes how she "reduc[ed] the amount of lecturing and incorporat[ed] a greater variety of learning activities in class." (**Kelly Hogan ¶** 18.) Under her "course philosophy [of] us[ing] a variety of methods to hold students accountable for their learning," she describes how she found that the "more interactive instructional format, with less lecture and more in-class activities and collaborative learning, significantly reduced achievement gaps for African-American, Latin[x], and first-generation college students in my classes, while also improving the average performance of the White students." (*Id.* ¶¶ 20-21.) Professor Hogan also notes that "all students in the interactive courses ... reported feeling more of a sense of community than students in lecture-style courses," combatting isolation of "students of color and first-generation college students," and contributing to the success of the interactive style of teaching. (*Id.* ¶ 26.) Other UNC-Chapel Hill professors who have adopted approaches similar to Professor Hogan's interactive style, including Professor Michael T. Crimmins, report that performance has improved for all students, with higher achievement rates in entry level science courses for "first generation college students, historically underrepresented minorities, and women." (**Michael T. Crimmins ¶** 26; *see id.* ¶¶ 14-26 (describing innovating teaching to reach diverse students).)

Several UNC-Chapel Hill faculty have noted that diversity is essential to their students' learning as well as their professional fields. (**Michael T. Crimmins ¶** 31 ("Diversity has also been a major contributor to innovation in teaching methods for the scientists, which has improved learning and understanding for all students. With this innovation in our teaching and programs like the Chancellor's

Science Scholars Program, I believe we can make real progress in reaching our students and diversifying the pipeline for careers in the sciences.").)

8. Encouraging Inter-Group Dialogues, Interracial Contact, and Diverse Residential Housing

UNC-Chapel Hill has several programs and initiatives which promote opportunities for students to engage in cross-cultural interactions, and which encourage inter-group dialogue and interracial contact. (*See* **Crystal King** Ex. 5 (providing a comprehensive list of all student organizations and programs at UNC-Chapel Hill).) Several of these key programs are summarized and discussed below.

*(a)    Carolina Conversations*

Carolina Conversations is a program that promotes cross-racial interactions on campus, and is intended to both assess and stimulate cross-racial conversations. (**Jim Dean Depo.** 117:15-24.) The program is a series of interactive events, including one on the "Inclusive Classrooms" advocated by Professor Kelly Hogan,[7] which focuses on the multiple identities of individuals and their interplay in inclusive classrooms. (**Kelly Hogan** ¶ 35; **Viji Sathay** ¶ 17.) Such forums allow students, staff, and faculty to have conversations about how to make the University a more welcoming place that continues to value inclusion and diversity. (**Kelly Hogan** ¶ 35; **Jordan Peterkin** ¶ 9; **Viji Sathay** ¶ 17.)

*(b)    Carolina United*

Carolina United is a program sponsored by the Carolina Union that brings student leaders together to explore issues relating to diversity and inclusion. (**Donovan Livingston** ¶ 13.) The program hosts more than ninety students with different identities who participate in a week-long retreat to discuss various issues regarding race, ethnicity, religious diversity, and sexual orientation, including affirmative action, interfaith dialogue and conflict resolution. (*Id.*) One student that participated in the program noted that his "grades began improving and [he] gained more confidence ... through [] connections to the diverse community at UNC-CH." (*Id.* ¶¶ 14-15.) Some topics of sessions include Interfaith Dialogue, Dimensions of Power and Privilege, and Conflict Resolution. (**Crystal King** ¶ 21.)

---

[7]    *See supra* Section V.A.7.

Case 1:14-cv-00954-LCB-JLW    Document 154-20    Filed 01/18/19    Page 38 of 137

(c)   *Dialogue Organizations: Carolina Black Caucus (Black Caucus); UNC-Chapel Hill Latina/o Faculty and Staff Caucus (Latino Caucus); the LGBTQ Caucus; the Native Caucus*

UNC-Chapel Hill has several organizations that are committed to bringing individuals together to promote dialogue and communication within their communities. The Carolina Black Caucus is a group that brings black faculty, staff, and students together for regularly occurring meetings. (**Rumay Alexander Depo.** 20:7-14.) These meetings facilitate conversation, mentoring and a place for the discussion of issues that are of particular interest to the community. (*Id.*) The UNC-Chapel Hill Latina/o Faculty and Staff Caucus is a strategic, collaborative alliance composed of Latina/o alumni, faculty, staff, and postdoctoral fellows working to assure constructive institutional change, as well as promoting opportunities for enhancing the quality of education. (**Maribel Carrion** ¶ 4; **Paul Cuadros** ¶¶ 12-13.) UNC-Chapel Hill also has two other caucuses, the LGBTQ Caucus, and the Native Caucus, both of which operate similarly as the Latino and Black Caucuses. (**Taffye Benson Clayton Depo.** 27:20-28:24.)

(d)   *Residence Hall Association Events*

The Residence Hall Association ("RHA") at UNC-Chapel Hill hosts varying events which foster an understanding of diverse points of view outside the classroom. (**Taylor Bates** ¶¶ 7-8.) One past event has included the Tunnels of Oppression Program, which helps students explore different identities and understand different perspectives. (*Id.*) Other programs that promote understanding of diversity include the RHA Social Justice Advocate Program, through which student advocates learn about topics like privilege and help incorporate those lessons into engaging and fun programs for students who live in UNC-Chapel Hill residence halls. (*Id.*)

(e)   *Residential Housing*

Student housing provides other opportunities for students to have significant cross-cultural interactions. Allan Blattner, the Director of the Department of Housing and Residential Education ("DHRE") at UNC-Chapel Hill, describes how DHRE "aids the University in achieving this mission by fostering inclusive and accessible residential environments that promote student success and learning." (**Allan Blattner** ¶ 23.) DHRE's efforts include a four-pronged approach, including (1) "seek[ing] to develop and encourage opportunities for all staff ... to gain cultural awareness, enhance skills, and increase investment in each other and in the University;" (2) "maintain[ing] residential facilities that support each and every student by offering inclusive, accessible, and welcoming environments;" (3)

38

"promot[ing] inclusive hiring and recruitment practices that foster a diverse work environment;" and (4) "incorporate[ing] multiculturalism into our student[-c]entered learning by creating co-curricular educational opportunities." (*Id.* ¶ 25.) These programs run the gamut, and include: Residential Learning Programs, which group students based on common academic and extracurricular interests (*id.* ¶¶ 36-43); Residential Hall Association, previously described (*id.* ¶¶ 44-45); Meals with Heels, which allows faculty members and residents of campus housing to get together for a free meal at the University's main dining hall (*id.* ¶¶ 46-47); among other educational and social programming (*id.* ¶¶ 48-78). DHRE also supports a number of student-run and organized events. (*Id.* ¶ 39 (mentioning DHRE staff supporting RHA's event, Tunnel of Oppression).) Finally, some residence halls offered themed floors, including the UNITAS floor of the Carmichael Residence Hall, which is based on sociocultural diversity and is committed to helping students discover similarities through differences. (**Lindsay-Rae McIntyre** ¶ 5.)

### 9. Supporting Affinity Groups, Fraternities, and Sororities

UNC-Chapel Hill is also home to numerous diverse affinity groups, and diverse fraternities and sororities. These student organizations contribute positively to the campus climate, and provide communities for diverse students. These groups and organizations are more fully discussed below.

#### (a) *Affinity Groups: Black Student Movement, Carolina Hispanic Association*

Students at UNC-Chapel Hill have formed several affinity groups on the basis of race and ethnicity. The Carolina Hispanic Association ("CHispA") is an organization that provides resources and community to Hispanic students at UNC-Chapel Hill. (**Laura Gamo** ¶ 6.) The CHispA seeks to sponsor awareness of Latinx issues, culture, and heritage at UNC-Chapel Hill and provides events and programming for its members. (*See* CHispA website.)

The Black Student Movement is another affinity group that provides resources and community to Black students at UNC-Chapel Hill. (**Donovan Livingston** ¶ 10.) The Black Student Movement is one of the largest cultural organizations on campus, and seeks to voice the concerns and grievances of its members, and offers outlets for expressing Black ideals and culture through events and activities. (*See* Black Student Movement website.)

39

### (b) Carolina Indian Circle

The Carolina Indian Circle is the undergraduate Native student group that assists Native American-Indian students by providing a welcoming community. (**Chelsea Barnes** ¶¶ 11-13; **Ashley McMillan** ¶ 11.) One alumna described the Carolina Indian Circle as "providing ... an American-Indian community," that "hearing [her] peers' struggles and sharing [her struggles] gave [her] comfort," and that student members "were allies for each other and understood each other's experiences on campus." (*Id.*)

### (c) Radical Asians

Radical Asians, or "Rad Asians," is a group formed to address the lack of political organization of Asian Americans at UNC-Chapel Hill. (**Anan Zhou** ¶¶ 7-8.) The group has roughly sixty members who are interested in exploring the identities of Asian Americans in the American South. (*Id.* ¶ 7.) Rad Asians also collaborates with other organizations and groups, allowing members to meet students from other backgrounds, including different racial and ethnic backgrounds. (*Id.* ¶¶ 7-8.)

### (d) Muslim Students Association

The Muslim Students Association is an organization that provides a community and support for Muslim students at UNC-Chapel Hill. (**Anan Zhou** ¶ 9.) The Muslim Students Association is a religious, social and outreach student organization that aims to connect members at UNC-Chapel Hill to the greater Chapel Hill area, serve as a voice in the community, and seek interfaith cooperation on campus to bring about positive change. (*See* Muslim Students Association website.)

### (e) Diverse Fraternities and Sororities

Several fraternities and sororities at UNC-Chapel Hill have diversity themes. For instance, there is one Native American interest sorority that, unlike a traditional social sorority, is much smaller (five or six members), employs a different recruitment process, and has several study hall activities, in addition to other social activities. (**Chelsea Barnes** ¶ 14.) Several historically Black fraternities, including Alpha Phi Alpha and Phi Beta Sigma, also operate on the UNC-Chapel Hill campus. (**Atrayus O. Goode** ¶ 15; **Donovan Livingston** ¶ 10.) UNC-Chapel Hill also has other diverse fraternities and sororities, including Asian American fraternities and sororities, Latinx fraternities and sororities, Black

40

fraternities and sororities, Native American fraternities and sororities, and other cultural fraternities and sororities. (*See* Greek Alliance Council website.)

## B. How UNC Students Are Affected and Shaped by Diversity

To undertake the second analytical approach to the materials, I first examined data collected from different cohorts of UNC-Chapel Hill undergraduate students concerning their general perceptions, experiences, attitudes, and beliefs about racial diversity at different points of their undergraduate studies. The analyses draw from survey reports that were publicly available between November 11, 2016 through March 30, 2017 on the UNC-Chapel Hill OIRA website (http://oira.unc.edu/institutional-effectiveness/surveys-and-other-assessment-data/). Those reports emerged from a strategic survey program conducted by OIRA for the purpose of advancing institutional effectiveness and improvement. The survey activities included participation in both nationally and institutionally developed/administered survey programs. Of the six different survey programs listed on the website, five were relevant to this report and are described below (detailed information regarding survey administration and response rates was not available on the website).

### 1. Materials

#### (a) CIRP Freshman Surveys

The Cooperative Institutional Research Program ("CIRP") is a continuing national longitudinal study of the American higher education system undertaken by the *Higher Education Research Institute* housed at UCLA. The principal purpose of CIRP is to assess the opinions and interests of first-year college students. UNC-Chapel Hill has participated in the CIRP survey since its inception, and the profiles of entering freshman between 2006 and 2015 were publicly available on the OIRA website.

#### (b) NSSE

The National Survey of Student Engagement ("NSSE") is a national survey program that samples first-year and senior students to assess their experiences in activities that research has shown to be related to positive learning and developmental outcomes. The NSSE combines various items in the survey to create "benchmark" measures in five specific categories: Active and Collaborate Learning, Student-Faculty Interaction, Supportive Campus Environment, Enriching Educational Experiences, and Level of Academic Challenge. Responses were provided by randomly selected UNC-Chapel Hill students surveyed during the

41

spring of either their freshman or senior year. The website posted reports for survey years 2005 and 2007-2010. UNC-Chapel Hill switched to SERU after 2010.

### (c)    SERU

The SERU Survey project is a national collaborative effort among various (mostly public) AAU institutions. Developed by the University of California at Berkeley, the purpose of the SERU project is to develop "new data sources and policy relevant analysis to help broaden our understanding of the undergraduate experience and to promote a culture of institutional self-improvement" at large, public research universities. The survey was administered by the UC Berkeley Office of Student Research and Campus Surveys and all degree-seeking undergraduates at UNC-Chapel Hill were asked to participate. SERU surveys from the years 2011, 2013, and 2015 were publicly available on the OIRA website.

### (d)    UNC-Chapel Hill Sophomore Survey

This survey was designed and administered by UNC-Chapel Hill to assess sophomore students' ratings of academic and non-academic support services; campus climate; development in acquiring knowledge and career skills; co-curricular activities; faculty contributions to their educational experience; and overall satisfaction. Sophomores were generally surveyed every other year in the spring between 1998 and 2010, and every three years from 2010 to 2016.

### (e)    UNC-Chapel Hill Graduating Senior Survey

This survey was also designed by UNC-Chapel Hill and was administered to graduating seniors in the spring of even years for more than a decade. Graduating seniors were asked about overall satisfaction; faculty contributions to their educational experience; academic and non-academic support services; campus climate; self-rated knowledge, skills, and development; participation in co-curricular activities and in enriching educational experiences. Reports for senior surveys ranging from 1998 to 2016 were publicly available on the OIRA website.

### (f)    Witness Declarations, Depositions, and Other Materials

In addition to the publicly available survey data on UNC-Chapel Hill's website, Skadden, Arps, Slate, Meagher & Flom LLP provided me with results drawn from a 2016 Campus Climate Survey, which as of the writing of this report, were still in draft form and had not yet been made publicly available pending final review and approval for privacy concerns. Counsel also provided 55 declarations that are being submitted to the United States District Court for the Middle District of North Carolina (Case No. 1:14-CV-954). Those declarations were provided under oath from alumni, students, faculty, and staff. I have highlighted quotes from

those declarations to provide insights into the survey findings and UNC-Chapel Hill's overall commitment to diversity and inclusion.

A complete list of all of the materials I relied upon in forming this expert report can be found in Appendix C.

### 2. Analytical Foundation

Due to privacy concerns with student data, raw survey data were not provided, but I did have access to publicly available survey reports that are available to anyone. I reviewed and reference information from those reports posted on the UNC-Chapel Hill website.[8] Thus, the conclusions and assessments within this expert report can be confirmed and utilized by anyone, as the reports are publicly available on the Internet.

Within the survey reports, I identified relevant survey items concerning UNC-Chapel Hill students' general perceptions, experiences, attitudes, and beliefs about racial diversity across available years for each of the five survey programs. Those items included in surveys that addressed race and consistently appeared across all years of a survey program were preferred because they provide a better longitudinal picture of racial diversity at UNC-Chapel Hill than do those items that appeared on only a few survey years. Corresponding reported statistics for identified survey items were entered into *Excel* spreadsheets and then compiled for cross-sectional descriptive analyses.

The descriptive analyses conducted for this report revealed some noteworthy trends concerning racial diversity at UNC-Chapel Hill. A later section of this report identifies those trends and is organized to emphasize change over time and differences between students at various time points in their undergraduate studies. To further illuminate those findings, I point to relevant quotes from the witness declarations and the Diversity Report.

### 3. Trends

Figure 1 shows trends for different cohorts of entering freshman students and their responses to three questions from the CIRP survey concerning their precollege exposure to diversity. The figure shows that students' responses to each question across eight consecutive time points from 2007 to 2015 are fairly stable,

---

[8] While the 2016 Climate Survey results have not been made public as of this writing, those results were utilized to gain an understanding of the current status of trends revealed by the publicly available survey data. Conclusions based on the 2016 data are specifically identified herein.

43

with less than a 10 percentage point difference between years. The trends show that between 2007-2015, most respondents (>79.2%) reported on a five-point scale from "completely White" to "completely non-White" that the racial composition of the neighborhood where they grew up was either mostly or completely White. By comparison, entering freshman students across every survey year consistently regarded their high schools to be more diverse than their neighborhood, with fewer than 60% of respondents reporting that the racial composition of their high school was either mostly or completely White. Lastly, the proportion of entering freshman reporting on a three-point scale from "frequently" to "not at all" that they "frequently" socialized with someone of another racial/ethnic group has increased over time from a low of 77.4% in 2007 to a high of 87.3% in 2015, even though there was not much change reported over the same time regarding the racial composition of students' neighborhoods and high schools.

---

Figure 1



Similarly, Figure 2 shows consistency within the same time frame regarding different cohorts of entering freshman students and their responses to four diversity-related CIRP survey questions. Across all survey years, a consistently large proportion (>80%) of entering students also reported that there was a "very

44

good chance" on a four-point scale from "very good chance" to "no chance" that they will socialize with someone of another racial/ethnic group and that their ability to work cooperatively with diverse people was "above average" on a five-point scale from "highest 10%" to "lowest 10%." Whereas a consistently small proportion (<36%) of entering students reported a "very good chance" that they will have a roommate of a different race/ethnicity. Finally, the proportion of freshman who reported that helping to promote racial understanding is either "essential" or "very important" to them on a four-point scale from "essential" to "not important" has shown the largest fluctuation across survey years, increasing steadily over time from a low of 34.1% in 2010 to a high of 47.2% in 2015.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 46 of 137

_____

Figure 2



## CIRP Trends 2

Freshman who reported that their ability to work cooperatively with diverse people is "above average"

Freshman who reported that helping to promote racial understanding is either "essential" or "very important"

Freshman who reported a "very good" chance that they will socialize with someone of another racial/ethnic group

Freshman who reported a "very good" chance that they will have a roomate of a different race/ethnicity

_____

Together, Figure 1 and Figure 2 demonstrate that students are moving from homogenous environments, into a more diverse and inclusive environment at the University. Moreover, these entering students have increasing expectations of interacting with other students who are diverse, and engaging with racial issues. Preliminary results from the 2016 Undergraduate Diversity and Inclusion Campus Climate Survey (Climate Survey) further confirm that these trends have remained relatively stable. Whereas 65.3% of the overall students surveyed in 2016 reported that the racial and ethnic composition of the neighborhood where they grew up was either nearly all or mostly of their same race or ethnicity, this proportion varied by race. White students were most likely to report that they grew up in largely same-race communities (87.1%), compared to 40.4% of African American, 30.3%

46

Latino, and only 12.1% of Asian American students. Relatedly, most students (52.8%) either strongly agreed or agreed with the statement that the expectation to encounter students, faculty and staff from diverse background factored into their decision to attend UNC-Chapel Hill, with only slight differences across race groups (57.7% for Asians, 59.1% for African Americans, 52.9% for Latinos, and 50.1% for Whites). Witness declarations further illuminate the relative difference of students' precollege environment to UNC-Chapel Hill, and the relevance of this divergence for increasing understanding and learning.

[1] **Regan Buchanan**, a White female recent UNC-Chapel Hill graduate: "I went to high school with people who looked just like me and had the same experiences I had. I knew racism existed, but I never knew the extent to which racism impacts people's day to day lives currently." (see statement ¶ 11)

[2] **Lauren Eaves**, a White female UNC-Chapel Hill senior from England: "I had a predominantly White upbringing and went to a predominantly White high school …. I did not have the chance to appreciate how someone's life experience could be radically different based on their race." (¶ 5)

[3] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: "Many students come from non-diverse communities but will ultimately function at a higher level at the University and beyond because of the diverse community they experience here." (¶ 11)

[4] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "The level of diversity among students at UNC-CH plays a powerful role in preparing UNC-CH students for their professional endeavors. This is especially important for students who have not had much exposure to diverse points of view prior to college." (¶ 37)

[5] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "Diversity is more important now than ever. This is, in part, because of the changing landscapes of civic dialogue, which are becoming more binary and polarized." (¶ 8) "In my view, there is no such thing as a binary approach to life. We need to preserve the multiplicity and plurality of opinions and viewpoints so we can ensure that civic discourse is continued." (¶ 9) "Without diversity, it becomes nearly impossible to preserve the importance of discourse in our society." (¶ 10)

47

[6] **Joseph Alexander Kenley**, a White male, 2009 UNC-Chapel Hill graduate and Manager at Deloitte Strategy and Operations: "As a young adult, my point of view was narrow, but meeting people from different cultures and backgrounds broadened my perspective. It opened my world and helped me ask more questions." (¶ 12)

[7] **Marty Davidson**, an African American male, 2016 UNC-Chapel Hill graduate: "One of my friends had a roommate who had never interacted with anyone who was not White. Sometimes this diversity created uncomfortable situations, especially for first-year students who were just beginning to explore their identities." (¶ 13)

[8] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "I grew up in a predominantly white, upper-middle-class, suburban area. Even as a high school senior, I knew that my upbringing had been sheltered and looked forward to interacting with people from different backgrounds in college." (¶ 10)

[9] **Patricia McAnany**, a White female and Professor in the Department of Anthropology at UNC-CH: "I see students who come from little towns all over North Carolina. For their entire lives, they have been around other kids who look and act just like them. These young students could be exposed to a variety of cultures at UNC-Chapel Hill, but not if they are unable to engage with other students from different life experiences. We need to ensure that UNC-Chapel Hill students have an opportunity to experience diversity." (¶ 15)

Figure 3 reports trends concerning different cohorts of freshman students and their responses obtained near the end of their freshman year on six diversity-related items from the NSSE survey. The figure shows that student responses to those NSSE questions across five different time points from 2005 to 2010 are fairly stable. The largest fluctuation (10 percentage points) concerned the percentage of students who reported on a four-point scale from "very little" to "very much" that UNC-Chapel Hill either "very much" or "quite a bit" encouraged contact among students from different backgrounds, with a low of 61% in 2005 to a high of 71% in 2008. By comparison, there was almost no fluctuation (<2 percentage points) across five years regarding the proportion of students who reported either "often" or "very often" on a four-point scale from "never" to "very often" regarding the inclusion of diverse perspectives in courses and having had serious conversations with students of a different race or ethnicity. The trends in Figure 3 also suggest that a majority of students (>60%) were generally experiencing diversity in positive ways.

48

Figure 3



Figure 3

Figure 3 demonstrates that UNC-Chapel Hill's programmatic efforts at fostering diversity, inclusion, and dialogue are recognized and appreciated by students. The impact of those efforts is further substantiated by the preliminary results from the 2016 Climate Survey. A majority of the students reported that they either very often or often reconsidered the way they thought about an issue after hearing the perspectives of other students at UNC-Chapel Hill whose race or ethnicity is different from their own (60.3%) and have learned from perspectives offered by other students whose race or ethnicity is different from their own (70%). Moreover, the data reflect the positive impact that such efforts are having on students. Witness declarations provide additional insights into how exposure to diversity contributes to undergraduate students' education.

49

[1] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: "In my capacity as Vice President, I interacted with students of different backgrounds on a daily basis." (¶ 7) "One of the biggest things I have gained from my higher education experience at Carolina is perspective. I grew up shielded from the world around me. At Carolina, I became exposed to the realities of the world. As a white female, I cannot relate in some ways to a black female's experiences but now, I am able to have open-minded conversations, understand where people from different backgrounds are coming from, try to help in my capacity to elevate concerns, and drive the conversation." (¶ 11)

[2] **Taylor Bates**, a White male recent UNC-Chapel Hill graduate: "Extracurricular programs … have greatly impacted my experience at UNC-CH in a positive way. I have friends of many different backgrounds. I also have a much broader knowledge of history and diverse cultures …. I am better able to interact with different people and experiences." (¶ 9)

[3] **Regan Buchanan**, a White female recent UNC-Chapel Hill graduate: "Being around people who did not look like me at UNC-CH and hearing their experiences about racism … opened my eyes to the way the world works and has dramatically changed the way I think about the world." (¶ 11)

[4] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "Diversity, in all its forms, is essential to creating important and civil student body disagreement and discourse. It is critical that we ensure a diverse student body, racially and otherwise. For me, this issue is really at the heart of being an institution of higher education." (¶ 12)

[5] **Steven Matson**, a White male and Dean of The Graduate School and Professor in the Biology Department at UNC-Chapel Hill: "Having a diverse student body makes for a far richer learning environment and changes the nature of questions being asked by students both in and out of the classroom." (¶ 9)

[6] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "Having students from diverse backgrounds deepens and broadens their education, expanding their perspectives and understanding, and leading them to question their own assumptions and to develop critical thinking and writing skills that better prepare them for success." (¶ 11)

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 51 of 137

[7] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "I believe there are significant educational benefits that derive from having diversity at UNC-Chapel Hill, both in the classroom and on the campus at large. Those benefits include developing a better understanding of different people and cultures, learning to get along with others, and gaining better, broader perspectives." (¶ 16)

[8] **Chelsea Barnes**, an American Indian female, 2015 UNC-Chapel Hill graduate and current UNC-Chapel Hill law student: "Diversity played an important role in the educational experience I had at UNC-CH. In the classroom, I heard good and bad things about Native American culture. Fortunately, this provided opportunities to educate others. If there is no one in the room from a particular background, statements and assumptions about people from those backgrounds may be inaccurate and go unchallenged." (¶ 21)

[9] **Kelly Hogan**, a White female and STEM Teaching Associate Professor in Biology and Assistant Dean of the Office of Innovational Instruction: "Diversity jolts us into cognitive action in ways that homogeneity simply does not. The pain associated with diversity can be thought of as the pain of exercise. You have to push yourself to grow your muscles. The pain, as the old saw goes, produces the gain. In just the same way, we need diversity—in teams, organizations and society as a whole—if we are to change, grow and innovate." (¶ 38)

[10] **Viji Sathy**, an Indian (South Asian) female Teaching Associate Professor in the Department of Psychology and Neuroscience: "Diversity matters when it comes to developing a range of solutions to solve a problem. Having diverse students can improve the overall result and enhance student learning." (¶ 11) "We are actively working on better ways to help students feel comfortable in and be successful in fields where they are currently underrepresented. Having sufficient diverse students in the student body will be critical to these efforts." (¶ 19)

[11] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: "The diversity I experienced at UNC-Chapel Hill shaped and enriched my college experience. It provided me with an opportunity that I had never previously had to learn about people from backgrounds very different from my own. It played an important role in my own process of understanding and accepting my personal identity. It allowed me to find a meaningful community." (¶ 12)

[12] **Mary Cooper**, a White female 2012 UNC-Chapel Hill graduate: "In 2011, I was elected Student Body President. When campaigning, I learned so much by interacting with different affinity groups and talking with their members about their experiences and perspectives. Similarly, serving as Student Body President allowed me to meet so many diverse people. Through these experiences, I was able to learn what the Carolina experience is like from many different points of view." (¶ 11)

51

"UNC-CH's diversity is one of its greatest assets. The diversity I experienced enriched my education and made me a better leader." (¶ 23)

[13] **Vishal Reddy**, an Indian male, 2016 UNC-Chapel Hill graduate: "One of the biggest ways you can grow is through conversations with friends and with people in class. If all of your friends share the same background, you will operate in a silo. I think everyone can agree that the more perspectives you bring into an issue and a discussion, the more enlightening that discussion is for everyone …. Through these dialogues, people become more tactful, aware, and empathetic when they encounter people from different backgrounds." (¶ 12)

[14] **Rye Barcott**, White male veteran, 2001 UNC-Chapel Hill graduate and co-founder of the Carolina for Kibera organization: "In my experience, diversity is important for the classroom experience, as it exposes students to how others think. Diversity added to the richness of discussion in virtually every class I took at UNC." (¶ 8) "You only recognize that talent is universal but opportunity is not when you escape from your own comfort zone. That concept resonated with me and influenced my work with CFK (Carolina for Kibera)." (¶ 9)

[15] **Neils Ribeiro-Yemofio**, an African American male, 2008 UNC-Chapel Hill graduate: "In my African and Afro-American Studies ("AFAM") class, my professor was White, and only five Black students were enrolled in the class. I found that class so rewarding. Granted, it was great to hear perspectives of people who look like me, talk like me, and act like me, but it was also great to hear the perspectives of potential allies with different backgrounds, who can empathize and share their thoughts. Our class had a robust exchange of ideas, where students had a true desire to learn about African-American history." (¶ 10)

Figure 4 reports the percentage of different cohorts of sophomores and seniors who reported on either "excellent" or "good" to the UNC-Chapel Hill Sophomore and Graduating Senior Survey question, "How well do faculty in your major department respect diversity" across six different survey time points from 1997 to 2008 on a four-point scale from "excellent" to "poor." The figure shows that seniors were more likely than their sophomore counterparts to report that faculty did an "excellent" or "good" job respecting diversity. Also, an increasingly larger proportion of seniors over time reported that their faculty was doing very well respecting diversity, with a low of 77.3% in the 1997-98 survey to a high of 84.9% in the 2007-2008 survey. The same trend also occurred for sophomores, but there was a much steeper gain over survey years, with a low of 60% for those sophomores surveyed in 1997-8 and a high of 80% in 2005-6 reporting that their

52

faculty was doing either a "good" or "excellent" job respecting diversity. Overall, however, a majority of students (>50%) across all survey years, regardless of whether they were seniors or sophomores, gave faculty members of their major department high marks for respecting diversity.

---

Figure 4



The trends in Figure 4 show that academic departments at UNC-Chapel Hill are actively engaging with and applying diversity and inclusion. Preliminary results from the 2016 Climate Survey also point to the availability of those opportunities, with 79.8% of students reporting that their classes either frequently or occasionally provide opportunities for intensive dialogue between students with different backgrounds and beliefs. Witness declarations further inform how faculty members create conditions to realize the educational and social benefits of diversity and how students experienced those efforts.

[1] **Jennifer Ho**, an Asian American Professor in the English Department: "When students leave my classes, I want them to have social and racial literacy. To that end, I encourage discussion

and community building in my classes." (¶ 13) "I have Black students discussing what it is like to grow up in a Black body, White students discussing relationships with people of color, Asian students talking about how they do not fit with the language of Black and White, and conservative students challenging their more liberal peers. There is immense educational virtue from students hearing one another's stories and reactions." (¶ 15)

[2] **Frank Baumgartner**, a White male and Distinguished Professor of Political Science: "Because I believe that my students learn the most from each other, my courses are structured to provide meaningful interaction between students" (¶ 21). "In Spring 2017, I co-taught a diversity super-course" (¶ 22), "we employ 'Interaction Groups'" (¶ 25), "to have students engage one another on intersectional issues and for them to demonstrate their skill at redacting materials and formulating questions about them." (¶ 26) "The diversity of students in the diversity super-course is essential to its effectiveness and success." (¶ 27)

[3] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: "Students who are part of a diverse classroom setting receive many important benefits. For one, the students may get to know those around them, helping them to understand differing cultural backgrounds. They are also exposed to different points of view when a classroom is more diverse. It has also been my experience that diversity helps students to better understand difficult concepts by looking at the concept from a different direction or point-of-view. There is also a sense of community that can be created within a diverse classroom. This community remains even after the class ends, as students often interact outside of class through study groups." (¶ 12) "In my classroom, I have adopted these new teaching methods and attempted to create a 'community of learning.'" (¶ 22) "With these innovations in the classroom setting, performance has improved for all students. It is important to note that the University is not lowering standards; the students are simply performing better and at higher levels …. these methods result in the elevated performance of all students …. first generation college students, historically underrepresented minorities, and women made gains at a disproportionately higher level than the group as a whole when exposed to these types of teaching styles. This is consistent with what I have seen in my own classroom." (¶ 26) "Diversity has also been a major contributor to innovation in teaching methods for the scientists, which has improved learning and understanding for all students." (¶ 31)

[4] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "Homogeneity inhibits innovative thinking in the classroom just as it inhibits innovative thinking in the workplace. The last thing you want as a scientist and an educator is a classroom lacking viewpoint diversity." (¶ 36)

[5] **Lauren Eaves**, a White female and UNC-Chapel Hill senior from England: "In all courses, hearing from classmates with different backgrounds adds value. Hearing other people's perspectives

54

allows you to relate to them more and it causes you to think more. Some of my classes at UNC-CH have been much more diverse than others, and I learn so much from my classmates in the courses that are diverse." (¶ 8)

[6] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: "One significant class I remember where diversity made an impact was a crisis communication class .… The class consisted of individuals from a variety of different backgrounds and cultures, which provided important perspectives. Considering real-world, current issues helped us learn how to be better crisis communicators." (¶ 10)

[7] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "Diversity of the students contributes significantly to their experience in the classroom .… the students' socioeconomic and racial diversity is critical to the conversations we have." (¶ 15) "In order to facilitate the discussions, I intentionally break the students into groups with people from different parts of the world. For example, I would have a Latino from Siler City, North Carolina partnered with a White football player from Dallas, Texas … There is no question that students learn from each other's experiences. The more diverse our community, the more our students learn." (¶ 16)

[8] **Jordan Peterkin**, an African American male, 2017 UNC-Chapel Hill graduate: "My Philosophy professor … was not used to walking past the Chancellor's building and seeing hundreds of people talking about Black Lives Matter. He was intrigued and wanted to talk about it in class .… Students discussed their personal experiences together, talked about fulfillment, and explained how they go through life carrying their own burdens. It was an excellent discussion. The discussion would never have occurred without so many students with different perspectives in class, a professor being open, and a protest happening on campus with students talking about Black Lives Matter. That is the kind of culture you want to cultivate at a university." (¶ 10)

[9] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "I created and taught a course on the music of African Americans .… I taught students about spirituals, hymns and worship, and the African American students immediately recognized and responded by moving to the music. These students expressed for the white students how to respond to music. The presence of African Americans helped the whole class understand, grapple with, and become comfortable with the material. It helped to bring the discussion along, because these students could talk from their own perspectives about what this music meant in their worship." (¶ 14) "When we lack African American students in the room who come from different traditions, the conversation gets very flat as I try to tell the students about those traditions."

(¶ 17) "Whenever I see students of a certain race or ethnicity clumping together, I try to break them up and make sure that they have an opportunity to work with students from different backgrounds." (¶ 19)

[10] **Sherick Hughes,** an African American male and Professor of Education at UNC-Chapel Hill: "In the courses, my students do auto-ethnographies, which is a form of critical self-study. They must think of salient experiences that have been troubling for them across culture and grapple with their role in those experiences. This exercise is impossible to do if our students have not had any cross-cultural interaction." (¶ 18)

[11] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "Discussions regarding race and class are difficult to have in the classroom when the student body is homogenous. If there are a few Black or Latinx persons in the classroom, the burden of discussion is often placed on them to represent their group. Placing this burden on just a few minority students is very unfair and is ineffective, because minority students may not be comfortable contributing in such a setting. Furthermore, the diversity of perspectives among students who share the same race or ethnicity is necessarily lacking." (¶ 21)

[12] **W. Fitzhugh Brundage**, a White male and Distinguished Professor and Department Chair in the Department of History at UNC-Chapel Hill: "I believe it is critical from a pedagogic standpoint to have a diverse student body. The education in my courses is greatly enriched when we have students from different racial and ethnic backgrounds, because students have the opportunity to hear from classmates with different experiences and perspectives." (¶ 6) "As one example, I had an African-American female student …. She was very effusive and vocal about how dangerous the food ways were in her family …. I could have made the same points that she did but it was more impactful coming from her rather than a white academic. It was enormously compelling that she could speak to the topic we were discussing" (¶ 8) "I am very keen to have minority students in my Southern history class because of the historical perspective they bring. In classes with only white students, which I have had happen, the students have to speculate and channel what they assume an African-American peer would say about this or that topic. Given the subject matter, it is essential to have a diverse student body so that students have a robust and fully inclusive conversation about the history of the South." (¶ 9)

[13] **Kelly Hogan**, a White female and STEM Teaching Associate Professor in Biology and Assistant Dean of the Office of Innovational Instruction: "An interactive course can help break down stereotypes if—and only if—there is sufficient diversity in the class …. Students also echo the benefit of learning from each other in diverse groups when asked on end of course evaluations about

56

the benefits of group work. The value of exposure to diverse perspectives is a theme I see in the evaluations." (¶ 33)

[14] **Mary Cooper**, a White female 2012 UNC-Chapel Hill graduate: "Hearing different perspectives from other students in my biostatistics and epidemiology classes really pushed me to think about my own experiences in new ways. My education truly benefitted enormously from the diversity in my classes." (¶ 17)

Trends for responses on a four-point scale from "not at all" to "very much" for two diversity-related items on the UNC-Chapel Hill Graduating Senior surveys are shown in Figure 5. The figure reports the percentage of seniors across six different survey time points from 1997 to 2008, who reported either "very much" or "somewhat" to questions regarding UNC-Chapel Hill's contribution toward developing either their respect for diversity or their appreciation for racial equity. For both questions and for all years, nearly all seniors (>80%) reported that UNC-Chapel Hill contributed to their development in positive ways. Those trends have remained stable over time.



Figure 5

The data support the claim that UNC-Chapel Hill's efforts are contributing to enhancing students' respect and appreciation for diversity and racial equity. Preliminary results from the 2016 Climate Survey also show that a majority of the students reported that during the past year at UNC-Chapel Hill, they either very frequently or occasionally made an effort to get to know people from diverse backgrounds (92.1%), recognized the biases that affected their own thinking (95.9%), and either very often or often avoided using language that reinforces negative stereotypes (74.3%) and encouraged behaviors that support diversity (57.9%). Witness declarations by UNC-Chapel Hill alumni add to the understanding of how sustained exposure to diversity makes a difference in one's life after graduation:

[1] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: "Cross-cultural understanding is hugely important …. Every roommate I had was conservative, and we had conversations about issues, including immigration. Learning about my brother changed their perspectives, and understanding their backgrounds helped

58

me see their arguments …. This understanding helped me at the ACLU in representing people with other perspectives. This exposure to diverse viewpoints helped me when working with Republicans, and I have brought that understanding to my career." (¶ 18)

[2] **Donovan Livingston**, an African American male, 2009 UNC-Chapel Hill graduate: "Diversity in education, and including underrepresented voices like mine in the conversation, is critical to truly learning and understanding the history of race in this country and making the world better. I benefitted, and was ultimately able to succeed at UNC-CH, Columbia, and Harvard, due to programs at UNC-CH that embraced and promoted diversity." (¶ 17)

[3] **Peter Henry**, an African American male graduate of UNC-Chapel Hill and Dean of the Leonard N. Stern School of Business at New York University ("NYU"): "I experienced the educational benefits of diversity first-hand as a student at UNC-CH …. I had not met many people like the ones attending UNC-CH." (¶ 18) He also discussed working with a White student from a small, rural, southern town who "taught me a real lesson about the implicit assumptions I was making about people …. That is what college is all about: experiencing diversity and changing assumptions as a result." (¶ 19)

[4] **Joseph Alexander Kenley**, a White male, 2009 UNC-Chapel Hill graduate and Manager at Deloitte Strategy and Operations: "I took away from GLOBE cross-cultural empathy and the ability to not only 'work well with others' but to actively seek out and thrive in the face of diversity …. That human understanding allowed me to succeed in a relationship-focused industry (consulting) and also to excel at the Kellog School of Management. My global perspective and ability to relate to my peers, regardless of their background or experience, enhanced the experience that I had and what I was able to bring to my classmates, as well as what I am able to bring to my career." (¶ 13)

[5] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "As many of my classmates recognize, exposure to diversity is both critical to success today and conducive to becoming a better human being. Thanks to the diversity at UNC-CH, I have developed a clear appreciation for what diversity has to offer no matter the scenario or space." (¶ 17)

[6] **Melody Barnes**, an African American female, 1986 UNC-Chapel Hill graduate and former Director of the White House Domestic Policy Council: "My cross-cultural experiences have been essential to my professional success. As a chief counsel on the Senate Judiciary Committee and as Director of the White House Domestic Policy Council, those experiences were important to understanding—and developing solutions to address—the challenges facing our country. My

59

education at UNC-CH and particularly my exposure to a diverse community of students and faculty were essential preparation for my role as policy advisor." (¶ 18)

[7] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "In the military, being able to interact with people from diverse backgrounds, including indigenous people, is critical." (¶ 13) "The Marines pull in people from all parts of the country …. You often work with people who have different experiences, and the ability to work cohesively and still be able to produce the product you are hoping to produce is a testament to the power of diversity." (¶ 14) "My experiences in the military affirm the importance of an educational environment where students are exposed to great diversity, and I believe that my experiences with diversity and different viewpoints will help me to be more successful as a lawyer." (¶ 15)

[8] **Mary Cooper**, a White female 2012 UNC-Chapel Hill graduate: "My experiences with diversity at UNC-CH and beyond have made me confident in my ability to work with, coach, and teach others who do not look like me or who have not had the same experiences. That confidence and that ability to connect with others have been critical in my role as a teacher." (¶ 21)

[9] **Teddy Gonzalez**, a Hispanic male 2016 UNC-Chapel Hill graduate: "In health care, it is important to consider reach within diverse communities …. Experience with people from different backgrounds has helped me with my current position doing business all over the world." (¶ 17) "I loved my experience at UNC-CH, and UNC-CH's diversity was part of what made the experience so amazing. The chance to interact with people from many different backgrounds helps prepare UNC-CH's students for their future careers and life in a global world." (¶ 18)

[10] **Richard ("Stick") Williams**, a Black male, 1975 UNC-Chapel Hill graduate and former Vice President of Corporate Community Affairs, Vice President of Diversity, Ethics, and Compliance, and President of the Duke Energy Foundation: "Diversity is essential from a business perspective, as well as an educational one …. I compelled people to bring ideas to the table instead of sitting on the sidelines, because I knew that diversity of ideas made the product better. Diversity of ideas comes from having people around the table who have a diversity of experiences and perspectives." (¶ 17)

Likewise, responses by different cohorts of senior students to six diversity-related questions on the NSSE survey were relatively consistent over time. Figure 6 shows that a majority (>50%) of seniors across five survey years reported that they engaged or experienced key diversity-related activities at a high rate. Of those six activities, the inclusion of diverse perspectives consistently had the largest

60

proportion of seniors, 70% or greater across the five survey years, reporting on a four-point scale from "never" to "very often" that this either "often" or "very often" occurred in their courses. A large proportion of seniors also consistently reported that they learned something that changed how they understood an issue and that they also tried to understand how an issue looked from another perspective. There was also very little fluctuation across years (<3 percentage points) regarding senior student responses on a four-point scale from "very little" to "very much" to whether UNC-Chapel Hill enhanced their understanding of people of other racial and ethnic backgrounds, with consistently over 66% reporting either "very much" or "quite a bit."

_____



Figure 6



_____

By contrast, Figure 6 also shows that there was relatively more fluctuation across years in terms of how senior students responded to whether UNC-Chapel Hill encouraged contact among students from different backgrounds, with a low of 55% of seniors reporting either "very much" or "quite a bit" in 2005 to a high of

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 62 of 137

63% across 2008-10. Likewise, seniors varied across different cohort years in their response to having had serious conversations with students of a different race or ethnicity, with a low of 62% of them reporting either "often" or "very often" in 2007 and a high of 70% reporting the same thing in 2009. Still, by 2010 over 60% of UNC-Chapel Hill seniors reported experiencing a wide range of diversity-related activities at a consistently high rate. This rate suggests that UNC-Chapel Hill's diversity initiatives and efforts are positively reaching and impacting its students.

Preliminary results from the 2016 Climate Survey further support the positive impact on students. A majority of the students either strongly agreed or agreed with the statement that (1) they have been challenged at UNC-Chapel Hill to think differently about an issue due to their interactions with people whose race or ethnicity is different from their own (78.6%), (2) being exposed to diverse people and diverse ideas at UNC-Chapel Hill has improved their ability to understand people from racial or ethnic backgrounds different from their own (79.7%), and (3) they have benefited from being exposed to diverse people and diverse ideas at UNC-Chapel Hill (82.1%).

4.    Comparisons

Figure 7 draws from the SERU Survey and shows students' self-comparisons of when they "started" at UNC-Chapel Hill vs. "now" on the development of four diversity-related competencies: ability to appreciate racial and ethnic diversity, ability to appreciate global and cultural diversity, awareness of their own racial and ethnic identity, and understanding of racial and ethnic differences/issues. The figure reports the percentage of those who reported to be either "excellent" or "very good" in those competencies when they "started" compared to "now" on a six-point scale from "very poor" to "excellent" across the two different survey years, 2013 and 2015.

Figure 7



Figure 7

Regardless of year surveyed, students were significantly more likely to report that they were either "excellent" or "very good" in a particular competency now compared to when they had started at UNC-Chapel Hill. The self-comparison difference is particularly large in response to "understanding of racial and ethnic differences/issues." Whereas in 2013 and 2015, only 37% and 30.9%, respectively, reported that they had either "excellent" or "very good" understanding when they started compared to twice that proportion (71.7% and 70%, respectively) for now.

Another trend to note, which demonstrates the fluid nature of diversity work on campus, is that compared to those who were surveyed in 2013, a slightly smaller proportion of those surveyed in 2015 reported to be "excellent" or "very good" on those diversity-related competencies. This is especially the case for self-rating of when they started. For example, looking at the far left side of the figure, 51% of those surveyed in 2013 reported that their ability to appreciate racial and

ethnic diversity when they started college was either "excellent" or "very good" compared to only 32.6% in 2015.

Likewise, the preliminary results from the 2016 Climate Survey also show that a majority of students rated themselves as having a major strength or being somewhat strong in the following abilities: to discuss and negotiate controversial issues (66%), to see the world from someone else's perspective (79.5%), and to work cooperatively with diverse people (85.2%). Across all three abilities, a larger proportion of students who were fourth-year and beyond than first-year students rated themselves as having a major strength or being somewhat strong. The difference was largest concerning the ability to see from someone else's perspective, with 83% of fourth-year and beyond students rating themselves in that way compared to 77.4% of first-year students. Witness declarations point to the long-term significance of individual gains made in those areas of competency, demonstrating their importance beyond UNC-Chapel Hill.

[1] **Jonathan Reckford**, a White male graduate of UNC-Chapel Hill and Chief Executive Officer for Habitat for Humanity International: "When I look at the competencies we hire for Habitat, you almost cannot succeed in this environment if you can not work cross-culturally, cross-functionally, and cross-geographically … working with people from different cultures, races, and genders better prepares students to be citizens and to be professionally successful." (¶ 15)

[2] **Jennifer Ho**, an Asian American Professor in the English Department: "UNC-CH educates students to live and work in a global network. When students graduate, they need to be able to interact with and be comfortable with people from a variety of social groups. To cope in a global environment, students need to have racial and social literacy. Part of that is being able to understand and interact with people from different racial and ethnic groups. These experiences at UNC-CH help prepare students for life after graduation." (¶ 12)

[3] **Peter Henry**, an African American male graduate of UNC-Chapel Hill and Dean of the Leonard N. Stern School of Business at NYU: "Diversity of perspective is not just a nice thing for companies. Diversity of perspective is a critical competitive consideration in the business world." (¶ 11) "Exposure to diversity in an educational environment provides the perspective that produces business school graduates who are going to be effective business professionals." (¶ 12) "Students need to be challenged with diverse perspectives, and that comes from their educational environment. Building a diverse classroom experience is how to turn out the most informed critical thinkers. Classroom diversity is crucial to producing employable, productive, and value-adding citizens in business." (¶ 16) "Having a diverse student body, including a racially-diverse student body, helps

students break down stereotypes, improves their critical thinking, and prepares them for success in today's competitive global world." (¶ 20)

[4] **Lindsay-Rae McIntyre**, a White female, 1997 UNC-Chapel Hill graduate and Human Resources Vice President and Chief Diversity Officer at IBM: "When we are recruiting, it is no longer enough for a candidate to be an incredible scholar. There are plenty of high-performing and smart students …. The most competitive candidates must have an inclusive, global mindset." (¶ 14)

[5] **Cedric Bright**, an African American male and Assistant Dean of Medical Education and Admission and Associate Professor of Internal Medicine at UNC-CH: "All of our medical and health care students must develop cultural competencies that allow them to understand and communicate with diverse patients …. Exposure to diversity is a key component of developing the necessary cultural competencies to be successful in health care fields." (¶ 15)

[6] **Shruti Shah**, a mixed-race Jewish Indian female, 2011 UNC-Chapel Hill graduate: "I often think that if students had more exposure to individuals from varying racial and ethnic backgrounds, they might be less inclined to make assumptions about another person's identity. This type of cultural awareness and competency is likely developed through increased exposure to people who are different." (¶ 13) "Additionally, having a more racially diverse student body would help equip college students with a language to talk about and navigate complex conversations about race and identity. They hopefully would be better equipped with a thoughtful and culturally aware skill set to use in the working world." (¶ 15)

[7] **Vishal Reddy**, an Indian male, 2016 UNC-Chapel Hill graduate: "I was enrolled in a couple of Anthropology and Sociology classes that addressed, amongst other issues, how concepts like racism become institutionalized. I started to think more critically about power structures and our relationship to them." (¶ 10) "[P]ublic universities have a responsibility to make sure students are educated about the world, which means not insulating them from the world. Having racial diversity at UNC-Chapel Hill is an important part of that." (¶ 13)

[8] **Melody Barnes**, an African American female, 1986 UNC-Chapel Hill graduate and former Director of the White House Domestic Policy Council: "One of the things that creates capacity for leadership is cross-cultural experience. Early cross-cultural experiences are the prerequisites to developing respect and appreciation for diverse opinions and experiences. They broaden the aperture to help us wrestle with complexity and approach problem-solving with greater creativity. With these critical badges of leadership, one is better able to build a robust network and achieve success in all fields, including business, academia, science and technology, public policy, the arts

65

and beyond." (¶ 17) "Our world is becoming more diverse, and if we want UNC-CH graduates to be successful individuals and leaders, UNC-CH must continue to expose its students to classmates from different backgrounds who have different experiences than their own." (¶ 19)

[9] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "Getting to interact with people with different perspectives was one of the most rewarding experiences of being at UNC-Chapel Hill." (¶ 9) "We also dealt with issues of racism and brutality, and it means a lot hearing from people with ethnic backgrounds who had family members who experienced unfortunate events. Hearing these personal stories drove the point home and made class discussions a real world experience. Being a white male from California, hate speech was not as prevalent in my life as it is in other parts of the country. That class really stuck with me." (¶ 10)

Figure 8 compares survey responses from 2013 and 2015 concerning the frequency of experiencing eight different diversity-related experiences. Overall, the patterns for the two different survey years were similar. For both years, a majority of students (>50%) reported on a six-point scale from "never" to "very often" to have interacted either "often" or "very often" with someone with views that were different from their own. Students in both years were slightly more likely to report that they "often" or "very often" gained a deeper understanding speaking with students of different race or ethnicity than with students of different nationality, with the largest proportion of students (38.7%) in 2015 reporting such gains related to race and ethnicity. Lastly, only a very small percentage of students reported that they often heard expressions of negative racial stereotypes and that when they did, it was more likely to be expressed by students, with a larger proportion of those in 2015 (13.9%) reporting to have heard such expressions.

66

Figure 8



SERU Survey Comparisons between 2013 and 2015 Responses

Declarations from students corroborate these survey results, demonstrating that students have gained a deeper understanding speaking with other students of a different race or ethnicity.

[1] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "At UNC-CH, I actively sought out opportunities to interact with people who are different from me." (¶ 12)

[2] **Taylor Bates**, a White male recent UNC-Chapel Hill graduate: "Interacting with students who are different from me has greatly impacted my educational experience." (¶ 6)

[3] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: "I benefitted from hearing the perspectives of others." (¶ 9)

[4] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: discussing interaction with friend about differences and similarities in cultures. (¶ 15)

[5] **Atrayus O. Goode**, an African American male, 2007 UNC-Chapel Hill graduate: "Regular interaction with people of different races and backgrounds is important for understanding each other." (¶ 28)

[6] **Kendall Luton**, an African American male, current UNC-Chapel Hill student, class of 2018: "Through my work with the Undergraduate Honor Court and with Men of Color Engagement, I was exposed to people with different religions and ethnicities. I did not always agree with their viewpoints, but I had the opportunity to sit down and talk with them to understand where they were coming from. Through meeting these people, I have a greater appreciation for the world we live in and have developed a different worldview." (¶ 7)

[7] **Ashley McMillan**, an American Indian female, 2009 UNC-Chapel Hill graduate: "Working with [the] DMA helped me be a part of a community and gave me a chance to work with other students of color .... [T]here were definitely benefits from interacting with others with different backgrounds at UNC-Chapel Hill. I learned from them, and I believe that they learned from me." (¶¶ 13-14)

[8] **Vishal Reddy**, an Indian male, 2016 UNC-Chapel Hill graduate: "One of the biggest ways you can grow is through conversations with friends and with people in class .... It is an enlightening experience if you come to UNC-Chapel Hill from one section of America and encounter people who have had and will continue to have different life experiences from you." (¶ 12)

[9] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "We also dealt with issues of racism and brutality, and it meant a lot of hearing from people with ethnic backgrounds who experience unfortunate events." (¶ 10)

[10] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: discussing student organized interactions that made the experience "richer" as they "listen[ed] to each other's experience." (¶ 11)

The preliminary results from the 2016 Climate Survey also show that a majority of the students either strongly agreed or agreed with the statement that (1) UNC-Chapel Hill encourages students to have a public voice and share their ideas openly (75.7%), and (2) UNC-Chapel Hill has campus administrators who regularly speak about the value of diversity (64.8%).

Figure 9 compares SERU Survey responses from 2013 and 2015 concerning the level of agreement across four diversity-related statements, measured on a six-point scale from "strongly disagree" to "strongly agree." The figure shows that a majority of students (>70%) in both survey years reported that they either "agree" or "strongly agree" with each of the four statements. For three of the four statements concerning sense of belonging at this institution, choice to enroll at

UNC-Chapel Hill, and importance of diversity, there was less than a 4 percentage point difference between responses in 2013 and 2015. For the statement that students of my race/ethnicity are respected on this campus, a significantly smaller percentage of students in 2015 (70.1%) compared to 2013 (83.9%) agreed with this statement.

---

Figure 9



It may seem counter-intuitive that a recent cohort of undergraduates would rate diversity as being more important to them and yet also report experiencing a more negative campus climate than reported by their counterparts who graduated two years earlier. One would expect a cohort with less interest in diversity and thereby less invested in it to also have a more negative perception of the campus climate. This discrepancy, however, is explained in part by the UNC-Chapel Hill's Diversity Report and the witness declarations.

First, the Diversity Report acknowledges unique challenges faced by UNC-Chapel Hill:

> The last several years have revealed fundamental challenges in our civic life, in the form of real and urgent concerns about issues involving race, religion, identity, culture, and intellectual diversity. Events and circumstances arising across the country, including some in Chapel Hill, have sparked important discussions about discrimination, bias, and equity. On our own campus, students, faculty, and staff have expressed frustration with the prejudice they have experienced or witnessed on campus and across our state and nation. In the face of these controversies, which are both urgent and painful to many in our community, our success as an institution will depend on our ongoing actions to foster diversity and inclusion and secure their full benefits. (Dean, 2017, 4)

Those challenges were also evident in the preliminary results of the 2016 Climate Survey. For example, African American students were much *less* likely than their White counterparts to either strongly agree or agree with the following statements: I feel a sense of belonging to this campus (54.4% vs. 78.1%), I feel that faculty believe in my potential to succeed academically (66.3% vs. 84.1%), and UNC-Chapel Hill is committed to diversity (44.3% vs. 73.4%). By contrast, African American students were much *more* likely than their White counterparts to either strongly agree or agree with the following statements: I feel isolated at UNC because of the absence or low representation of people like me (48.3% vs. 9.3%), I feel pressured at UNC to represent the views of all people from my racial or ethnic background (50.7% vs. 3.9%), I feel that I need to minimize aspects of my racial or ethnic culture to fit in here (40.6% vs. 7.1%), and I feel isolated in class because of the absence or low representation of people like me (63.1% vs. 8.5%). Similarly, a majority of African American students reported being either very dissatisfied or dissatisfied with the racial and ethnic diversity of the faculty (52.4%) and student body (52.2%); a much smaller fraction of White students reported the same thing (13% & 13.4% respectively). Witness declarations further illuminate those challenges at UNC-Chapel Hill.

[1] **Richard Vinroot**, a White male, 1963 UNC-Chapel Hill graduate and former Mayor of the City of Charlotte: "There was a riot in Charlotte in September 2016 following the shooting of a Black man by a police officer." (¶ 15)

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 71 of 137

[2] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: Pointed to controversies on campus related to an invitation to Tom Tancredo to speak at UNC-CH (¶¶ 12-13) and that "UNC-CH has done a really good job of making diversity a priority, but it certainly is not perfect." (¶ 20)


[3] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate: "As a Black male, I faced many challenges at UNC-CH." (¶ 14) "Sometimes, in classes of 200 or more, I would be the only person of color or the only Black male. In fact, I dropped my business major because I felt ostracized. I distinctly remember not seeing anyone like me in the business school building on the days when I had classes there." (¶ 15) "As the only Black male in the classroom, I do not have the psychological safety of being supported by someone who shares my sentiments about society …. I wish I had had more minority peers who could walk through the experience with me." (¶ 17) "… I believe that UNC-CH still has substantial room for improvement in terms of bringing students of color to campus … to make sure the University is inclusive and welcoming to students of color." (¶ 33)


[4] **Brittany Hunt**, a Native American female who received a Master's Degree from UNC-Chapel Hill: "Many at UNC-CH still feel isolated, even though I found that UNC-CH is making efforts to help Native students feel welcome and supported." (¶ 16)


[5] **Jordan Peterkin**, an African American male, 2017 UNC-Chapel Hill graduate: "When I started at UNC-Chapel Hill in 2013, there were 98 Black males in my class …. I found that there were only about 40 to 50 students from my entire class who were Black males with similar experiences to me. Out of a class of many thousands, this was a very small number." (¶ 3) "I felt as though I did not have class members to rely on or faculty members who understood my background." (¶ 4) "My fellow students and I have voiced concerns about feeling isolated at UNC-Chapel Hill …. I have had many friends transfer from UNC-Chapel Hill because they felt like they did not fit in. Recruitment and retention of African-American students is a significant issue." (¶ 5)


"As the only Black member in many classes, I was often called out by professors based on my race for my perspective …. One professor in the business school had a class in which we discussed the market share of Walmart and how it appealed to lower socioeconomic people and Black and Hispanic people. He asked me to comment on behalf of these people. It was humiliating and alienating." (¶ 6)

71

[6] **Joseph Alexander Kenley**, a White male, 2009 UNC-Chapel Hill graduate and Manager at Deloitte Strategy and Operations: "At the same time, the lack of racial diversity I personally experienced at UNC did not prepare me very well for the diversity of the world I live and work in. I do not think I realized how segregated UNC-Chapel Hill was when I attended until several years later when I reflected on the experience." (¶ 14) "I wish I had been exposed to more diversity from the beginning at UNC-Chapel Hill …. I believe UNC-Chapel Hill should continue to value and promote diversity on campus." (¶ 21)

[7] **Laura Gamo**, a Latina, 2016 UNC-Chapel Hill graduate: "I had some ups and downs at Carolina." (¶ 9) "There were times at Carolina where I was the only immigrant in the room." (¶ 10) "A professor once asked me, not maliciously, to talk about immigration in a group presentation because it was not covered in class. I sometimes felt like I was asked to be a spokesperson, but when people are willing to listen and understand, I do not mind at all." (¶ 11)

[8] **Marty Davidson**, an African American male, 2016 UNC-Chapel Hill graduate: "Although I had a great overall experience at UNC-CH and benefited somewhat from the diversity on campus, I also experienced significant isolation and tokenism. In several of my classes, I was one of ten or fewer students—and sometimes even the only student—who was Black or a person of color. In a 200-person class, I could sometimes count the number of Blacks and Latinos on one hand." (¶ 14)

[9] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "One of my suitemates, who later became my roommate, was Nigerian. When he pointed out how few Black males there are in our graduating class, I was shocked. He mentioned that he felt sad and lonely at times because it had been difficult to find or create a sense of community on campus. This interaction was eye-opening for me, because this was something I had not given much thought to." (¶ 13)

[10] **Kendall Luton**, an African American male, current UNC-Chapel Hill student, class of 2018: "[T]here were several times when I was only one of two or three Black students in class. Whenever there was discussion in class about something happening in the Black community, people would ask or look to me for an explanation. There was an expectation that if I was a Black person in a predominantly White space, they would look to me to represent the entire Black community. I would not give into that and would not answer for the entire Black community." (¶ 9) "…, being a Black male on campus still poses real challenges due to the low number of diverse students." (¶ 14)

[11] **Ashley McMillan**, an American Indian female, 2009 UNC-Chapel Hill graduate: "When I first arrived at UNC-Chapel Hill, I realized that I was often the only person of color in the

72

classroom. I felt like I had to be the spokesperson for all American-Indian people. I often felt like American-Indians on campus were nonexistent, like we were the invisible minority." (¶ 9)

[12] **Atrayus Goode**, an African American male, 2007 UNC-CH graduate: "At UNC-Chapel Hill, my interactions with people of different races were mostly positive. However, I did experience some microaggressions, and several times, my fellow students questioned whether I was qualified to be at UNC-Chapel Hill …. it was difficult for me to have my work questioned for no reason other than my race. It lowered my self-esteem." (¶ 26) "In several larger classes, I was the only person of color in the room." (¶ 27)

[13] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: "[F]requently worked with the Real Silent Sam Coalition, especially around the renaming of Saunders Hall. The [R]eal Silent Sam Coalition is a broad and diverse group of community members who hope to create honest public dialogue and provoke critical thought surrounding the monuments and buildings in  Chapel Hill and Carrboro. Saunders Hall was a building on campus that had been named after a Grand Wizard in the Klu Klux Klan." (¶ 8)

While the discrepancies observed in Figure 9 may well be related to a combination of events that exacerbated unresolved campus issues and tensions, witness declarations also suggest that UNC-Chapel Hill is still working toward addressing those deep-rooted issues toward building the necessary conditions to realize educational benefits associated with improving diversity and inclusion.

[1] **Jennifer Ho**, an Asian American Professor in the English Department: "In North Carolina, this history of inequity is still within people's memories …. After an entire class of people was excluded for centuries, it is not possible to create a place of inclusion within a few years." (¶ 10) "Creating an environment of equity and inclusion is very important to facilitate these interactions.  Students do not feel they have owned their education unless they feel they have been included.  I do not get buy-in and engagement from students in my classes unless they feel included.  My job as a professor is to think about how best to create an environment of equity and inclusion." (¶ 16)

[2] **Regan Buchanan**, a White female recent UNC-Chapel Hill graduate: "[Diversity] makes UNC-CH a better place by promoting exposure to difference and expanding students' experiences and world views …. UNC-CH has better diversity than many institutions, but we need to do even more." (¶ 12)

[3] **Patricia McAnany**, a White female and Professor in the Department of Anthropology at UNC-Chapel Hill: "North Carolina has had a rich history that is both dark and positive. On one

hand, we want to hold onto that heritage and on the other hand we want to be forward-looking and important players in a global world." (¶ 16)

[4] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "In my 20 years at UNC-Chapel Hill, I observed a tendency toward self-segregation among students … it represented to me the desire to stay in their 'comfort zones' and I have always believed that an important function of the college experience is to encourage students to experience life outside those zones …. The University has made efforts, and must continue to make efforts, to promote interaction among diverse students." (¶ 13)

[5] **Brittany Hunt**, a Native American female who received a Master's Degree from UNC-Chapel Hill: "… I found I was the only Native-American in my cohort." (¶ 9) "Even with this support [from the UNC-CH American Indian Center] and UNC-CH's proactive stance, I still experienced microaggressions, stereotypes, and other problems because of my race." (¶ 12) "I believe that greater representation of underrepresented groups will improve the UNC-CH experience both for minority students and for other students." (¶ 14) "As a Native student, having other students of color—and especially Native students—better represented on campus matters greatly to me, because I know it provides critical support to Native students who may feel alone and contributes important perspectives to the campus community." (¶ 16)

[6] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "[A]lthough there has been progress, we have not yet achieved sufficient diversity, particularly in certain fields where it may be more difficult to attract minority students." (¶ 17) "I see many missed educational opportunities because our student body diversity is not greater." (¶ 20) "The educational experience we provide our students could be even more outstanding with greater diversity." (¶ 37)

That UNC-Chapel Hill has challenges associated with diversity is not uncommon, but rather universal among institutions of higher education that have become increasingly more racially diverse with respect to student enrollment. As discussed in Section III of this report, while enrolling a diverse student body is an important start, it alone is insufficient for actualizing the benefits of that educational asset. From an ecological perspective, explained in Section V, many other forces determine whether or not a diverse student body will broadly and consistently add value to students' learning and experiences in college. Accordingly, institutions must also initiate policies and offer a wide range of programs that account for those forces so as to enhance the quantity and quality of

74

undergraduate engagement with diversity. Approaching diversity in this way is not just a one-time act but is an ongoing dynamic process because institutions cannot always anticipate yet must still respond to regular shifts both internally and externally, such as a campus or national crisis, which affect campus diversity. So, while there will always be more to be done to build and sustain an inclusive community at UNC-Chapel Hill, witness declarations also pointed to significant changes made based on evolving and expanding initiatives and efforts. These declarations corroborate that such programming is already having a positive impact on students and benefitting the UNC-Chapel Hill community.

[1] **Jonathan Reckford**, a White male graduate of UNC-CH and Chief Executive Officer for Habitat for Humanity International: "I attended UNC-Chapel Hill from 1980-1984. At that time, UNC-CH was diverse but, in some ways, it was not as fully integrated in its diversity." (¶ 6)

[2] **Richard Vinroot**, a White male, 1963 UNC-Chapel Hill graduate and former Mayor of the City of Charlotte: His wife and all three of his children graduated from UNC-CH, "My experiences with diversity were limited early in my life, and I believe this made a difference in my upbringing. My children were exposed to diverse individuals from kindergarten on, and I believe they have had broader and better experiences as a result." (¶ 8) "They acquired a cultural experience and are better able to live in the world as a result." (¶ 12)

[3] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: "Fifteen years ago, my classrooms were not very diverse," but now "[t]he diversity in my classrooms allows my students to learn from each other, break down stereotypes, and form cross-cultural connections. With increased diversity, we are preparing more students of different backgrounds for careers in the sciences, which will contribute to innovation in our fields." (¶¶ 23-24)

[4] **Maribel Carrion**, a Puerto Rican female graduate of UNC-Chapel Hill (undergraduate and MBA) and UNC-Chapel Hill administrator: Received degrees in the 1970s and 80's, "I experienced very different environments during my two prior experiences at UNC-CH, and the campus today is very different from what it was like back then." (¶ 3) "[T]here were very few Hispanics. There were no student organizations for Hispanics and no active faculty members of Hispanic background." (¶ 8) "Progress is happening because students are adding to the diversity of the institution and proving themselves capable of success." (¶ 18) "I am confident that the University is a much better place as its racial and ethnic diversity has increased over time …. There is still much work to do, but I am proud to see UNC-CH moving in the right direction." (¶ 21)

75

[5] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "Faculty in the Music Department have made large shifts in accepting diversity in music. However, the curriculum and work of the Department will not fully develop and grow without more faculty and students who are diverse and who are open to diversity." (¶ 27)

[6] **Camille Wilson**, an African American female, 2007 UNC-Chapel Hill graduate: "I have seen first-hand the importance of having a meaningful representation of people from different racial and ethnic backgrounds at UNC-Chapel Hill. Seeing college students and college graduates of color gives students of color hope for their own futures and helps them to see themselves in college and succeeding." (¶ 13)

[7] **Shruti Shah**, a mixed-race Jewish Indian female, 2011 UNC-Chapel Hill graduate: "My experiences as a student at UNC-Chapel Hill were critical in helping me develop a deeper understanding of the complexity of identity as it relates to race, gender, class, and sexual orientation. But, UNC-Chapel Hill can and must do more to attract students from diverse backgrounds, particularly students of color. Doing so will better prepare graduates for the world they will experience beyond University walls." (¶ 17)

[8] **Lindsay-Rae McIntyre**, a White female, 1997 UNC-Chapel Hill graduate and Human Resources Vice President and Chief Diversity Officer at IBM: "UNC-Chapel Hill has become significantly more diverse and inclusive since I graduated, indicating its commitment to growing competitive leaders and citizens for the world beyond UNC-Chapel Hill." (¶ 10)

[9] **J. Michael Ortiz**, a Latino who received his doctorate at UNC-Chapel Hill and served as the former President of Cal Poly Pomona: "Diversity at UNC-Chapel Hill was pretty limited when I was there …. Since my time at UNC-Chapel Hill, the University has undergone remarkable changes. I have been back to campus several times to work with a Hispanic organization. I have been really amazed by the number and quality of Hispanic students admitted to UNC-Chapel Hill." (¶ 7)

[10] **Karol Mason**, a Black female 1979 UNC-Chapel Hill graduate and former Assistant Attorney General for the Office of Justice Programs and current President of the John Jay College of Criminal Justice at the City University of New York: "I went through UNC-Chapel Hill during a time when there were serious disputes about tenure for Black Faculty Members. There were protests about it. There were also issues about the inclusion of Black students on campus and

76

whether we were welcome at UNC-Chapel Hill." (¶ 12) "My experiences taught me the importance of having other students of color on campus. Representation is very important to make sure that the campus is welcoming and inclusive, as well as to ensure that diverse perspectives are represented." (¶ 13)

[11] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: "The struggle with UNC administration to rename Saunders Hall was a decade long difficult struggle. It was a change that would not have happened without black and brown students advocating for it. When you bring diversity, and different bodies to campus, the students can push the greater institution in the right direction." (¶ 8)

That UNC-Chapel Hill is moving in the right direction when it comes to creating and sustaining a diverse and inclusive educational environment that engages and empowers students is also supported by the witness declarations of those alumni who struggled when they first arrived at UNC-Chapel Hill, but later found mentors, allies, and key programs on campus to help them overcome their challenges.

[1] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate: "I understand UNC-CH was not built for Black people, but now it has to be a place where Black people are supposed to belong. I truly hope that one day, we can be valued as the scholars we are capable of becoming." (¶ 20) "The classroom was not the most welcoming environment. It was critical to my success to have that opportunity to relate to people who identified with my experience." (¶ 22) "Students of color sometimes have to retreat to stay psychologically safe since not every person in power is our ally. That is a function of the culture of the University, but also because there are not enough of us (students of color) to facilitate our own growth." (¶ 23) "With the right mentorship and encouragement, and after finding the right support, I was able to turn frustration into leadership and take advantage of many opportunities to contribute to the larger campus community." (¶ 27)

[2] **Neils Ribeiro-Yemofio**, an African American male, 2008 UNC-Chapel Hill graduate: "When I was growing up, the makeup of Northern Virginia was a hub of diversity with lots of first and second-generation United States citizens. It was shocking to come from Northern Virginia to a place where the majority is White." (¶ 5) "During my first semester at UNC-[CH], I did not feel like it was the right place for me, and it did not feel like home …. I changed my major five times before finally settling on Management and Society." (¶ 6) "UNC-[CH], through its diverse student organizations, makes students feel like members of a community, provides opportunities for students to feel like they are not alone, and helps them find people who will support them. The friends that I met through student organizations helped me overcome my academic struggles and helped me feel at home at UNC-[CH]." (¶ 9) "I was able to overcome challenges to find a strong

sense of community at UNC-[CH]. UNC-[CH] prepared me well for a career in service, and I am honored to use my education to help other minority students succeed in school and achieve their dreams." (¶ 19)

[3] **Donovan Livingston**, an African American male, 2009 UNC-Chapel Hill graduate: "Unfortunately, when I got to UNC-CH, I struggled being an underrepresented minority." (¶ 9) "There are many reminders of the segregated history of UNC-CH on campus, and I kept thinking about how it was built by slave labor. It was a constant subtle reminder that I did not belong and that this institution was not constructed for me. It weighed on me as a student." (¶ 11) "[M]y friend group and social network began to expand [and] I felt more integrated into the University after my experience with Carolina United." (¶ 14)

[4] **Laura Gamo**, a Latina, 2016 UNC-Chapel Hill graduate: "During my sophomore year, I started working with the Latinx Peer Mentoring program as part of my work-study …. The program included social events, personal and professional development, and monthly mentor talks. These talks were really beneficial, and we asked professors about their successes and failures and learned about perseverance." (¶ 6) "It is important to interact with students from different backgrounds and ethnicities …. These conversations happened in and out of the classroom, and they helped me solidify my identity, my values, and what I believed in. Sometimes conversations led me to change or shift my perspective." (¶ 12)

[5] **Marty Davidson**, an African American male, 2016 UNC-Chapel Hill graduate: "While the diversity-related programming at UNC-CH benefitted me significantly, there is more work to be done. If UNC-CH is to continue providing its students with a quality education, diversity must be considered." (¶ 17)

[6] **J. Michael Ortiz**, a Latino who received his doctorate at UNC-Chapel Hill and served as the former President of Cal Poly Pomona: "My experience is completely contrary to the idea that schools like UNC-Chapel Hill are harming minorities by admitting them. College transforms the lives of minorities in a positive way. I have seen in my own family the transformation that occurs when someone goes to college. There is a major transformation that impacts the entire family when one family member graduates from college." (¶ 14) "Once we create a sense of belonging, students will demonstrate the abilities to succeed. They understand that as they participate in the learning process, they play an important role by providing different perspectives and sharing different experiences that enhance the conversation …. They have to overcome significant challenges to adjust to the rigors and the culture of the University, but they get established, and the transformation takes place." (¶ 15)

[7] **Chelsea Barnes**, an American Indian female, 2015 UNC-Chapel Hill graduate and current UNC-Chapel Hill law student: "Becoming involved with the American Indian Center ("AI Center") was a turning point for me. The AI Center was the first organization on campus to reach out to me." (¶ 13) "In the spring of my sophomore year, I joined the Native American interest sorority. It was not a traditional social sorority." (¶ 14) "The support of my sorority sisters was a catalyst for many other positive experiences at UNC-CH. I picked up a lot of good leadership experiences both within the sorority and beyond. As an example, my sisters encouraged me to become president of the Carolina Indian Circle ("CIC"). I never would have fathomed I could do that." (¶ 15) "My junior year, I was a scholar with the Cultural Competence Leadership Institute ("CCLI"), a leadership development program …. As a CCLI scholar, I was able to be a part of the small community of people who took the time to attempt to work and mediate the issues that still exist …. help[ing] us to develop the skills needed to promote a diverse, yet inclusive, environment." (¶ 16) "While UNC-CH is by no means perfect and has a long way to go (along with the rest of the world), UNC-CH made many efforts to be inclusive and I was proud to be part of these efforts." (*Id.*)

The preliminary results from the 2016 Climate Survey also show that a sizeable portion of African American (62.5%), Asian American (48.6%), and Latino (39.7%) students joined a racial or ethnic student organization reflecting their own background and took an ethnic studies course (75.9% of African Americans, 47% of Asian Americans, and 50.8% of Latinos). Also 51% of African American and 26.6% of Latino students reported to have utilized services provided by Diversity and Multicultural Affairs.

Figure 10 compares NSSE Survey responses between those surveyed in their freshman year in 2007 and in their senior year in 2010. Presumably, many of those who were surveyed as freshman in 2007 would be seniors in 2010. Although this is not a perfect matched sample, there should be significant overlap in respondents across those two groups, thus providing a sense of gains made by a single cohort of students during their studies at UNC-Chapel Hill. There is remarkable consistency across those six NSSE diversity-related questions. For five of the six questions, students were more likely as seniors compared to when they were freshmen to report having experienced higher frequencies of key diversity-related outcomes. Those outcomes include (1) having had serious conversations with students of a different race or ethnicity, (2) trying to understand how an issue looks from others' perspectives, (3) learning something that changed how they understand an issue, (4) observing inclusion of diverse perspectives in their courses, and (5) recognizing UNC-Chapel Hill's contribution toward enhancing their understanding of people of

other racial and ethnic backgrounds. The most significant difference in response between when students were seniors compared to when they were freshmen concerned the inclusion of diversity in their courses, with 73% of 2010 seniors reporting on a four-point scale from "never" to "very often" that this happened either "very often" or "often," compared to 63% of 2007 freshmen. Conversely, students were more likely as freshmen (69%) than as seniors (63%) to report on a four-point scale from "very little" to "very much" that UNC-Chapel Hill encouraged contact among students from different backgrounds either "very much" or "quite a bit." Overall, these trends suggest that by the time UNC-Chapel Hill students were seniors compared to when they were freshmen, they were more likely to have experienced higher frequencies of diversity-related activities on campus.

---

Figure 10



---

Some witness declarations from students and alumni evidence the increasing trend of students to have experienced higher frequencies of diversity-related activities on campus.

[1] **Chelsea Barnes**, an American Indian female, 2015 UNC-Chapel Hill graduate and current UNC-Chapel Hill law student: discussing involvement beginning sophomore year in a Native American interest sorority, and in the Cultural Competence Leadership Institute beginning junior year. (¶¶ 15-16)

[2] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: discussing involvement with the Scholars Latino Initiative beginning Gonzalez's sophomore year. (¶¶ 11-12)

[3] **Brittany Hunt**, a Native American female who received a Master's Degree from UNC-Chapel Hill: discussing her involvement with the American Indian Center. (¶ 11)

[4] **Donovan Livingston**, an African American male, 2009 UNC-Chapel Hill graduate: discussing his involvement as the co-president of the Ebony Readers/Onyx Theater, a performance group in the Black Student Movement specializing in poetry, spoken word, and theatrical drama. (¶¶ 16-23)

[5] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate: discussing his tenure as the first African American male president of the CUAB, and how he advanced and promoted diverse and inclusive programming. (¶¶ 27-32)

[6] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: discussing involvement with the student organization Radical Asians in Zhou's sophomore year. (¶ 7)

Finally, Figure 11 compares survey responses between those surveyed on CIRP as entering freshmen in 2012 and on the UNC-Chapel Hill Senior Survey in 2015. Although this is not a perfect matched sample, survey respondents should overlap across these two surveys since many of those who entered UNC-Chapel Hill in fall 2011 as freshmen were likely to be seniors by the fall 2015 and set to graduate in spring 2016 when the survey was administered. If so, this would provide a sense of gains made by a single cohort of students during their studies at UNC-Chapel Hill. Whereas only 38.4% of entering freshman students reported that helping to promote racial understanding was either "essential" or "very important" to them on a four-point scale from "essential" to "not important," by their senior year, a much larger proportion of this cohort reported on a four-point scale from "very much" to "not at all" that UNC-Chapel Hill contributed "very much" to their ability to work with people of diverse backgrounds (63.3%) and to their sensitivity to issues associated with racial equity (54.9%).

Figure 11



The gains made by students reported in Figures 10 and 11 are further supported by the results of the 2016 Climate Survey. For example, compared to first-year students, a larger proportion of students who were fourth-year and beyond reported that they either strongly agree or agree with the following statements: Being exposed to diverse people and diverse ideas at UNC-Chapel Hill has improved my ability to understand people from racial or ethnic backgrounds different from my own (83.2% vs. 75.3%), I have benefited from being exposed to diverse people and diverse ideas at UNC-Chapel Hill (86% vs. 80.4%). Similarly, compared to first-year students, a larger proportion of students who were fourth-year and beyond reported that they either very often or often reconsidered the way they thought about an issue after hearing the perspectives of other students at UNC-Chapel Hill whose race or ethnicity is different from their own (63.7% vs. 54.3%) and have learned from perspectives offered by other students whose race or ethnicity is different from their own (71% vs. 67.4%).

82

Witness declarations from students and alumni reflect that UNC-Chapel Hill contributed to an individual's ability to work with people of diverse backgrounds and to his or her sensitivities associated with racial equity.

[1] **Taylor Bates**, a White male recent UNC-Chapel Hill graduate: discussing importance of broad knowledge of history and diverse cultures, and increased empathy. (¶ 9)

[2] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: discussing how cross cultural interactions at UNC-Chapel Hill have helped him in his career at the ACLU and as a legislative specialist. (¶ 18)

[3] **Mary Cooper**, a White female, 2012 UNC-Chapel Hill graduate: "My experiences with diversity at UNC-CH and beyond have made me confident in my ability to work with, coach, and teach others who do not look like me or who have not had the same experiences." (¶ 21)

[4] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: discussing how conversations with diverse students while at UNC-Chapel Hill have now made her more open-minded and understanding. (¶ 11)

[5] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: "My ability to work with diverse populations will absolutely be important in the future .... Being a global individual makes a huge difference. Experience with people from different backgrounds has helped me with my current position doing business all over the world." (¶ 17)

[6] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "My time at UNC-CH prepared me to be around people from all different walks of life and helped me understand that people are not all the same and everyone has a different perspective." (¶ 12)

Given the challenges often associated with improving diversity and inclusion, the gains made by students shown in both Figures 10 and 11 are especially impressive since having such educational impact does not happen arbitrarily. Instead, students' increased capacity and competency to engage in more diverse settings need to be intentionally fostered by applying and sustaining a wide range of campus efforts. Some of those initiatives and programs employed by UNC-Chapel Hill are listed in the Diversity Report and are also mentioned in witness declarations and testimony summarized in an earlier section of this report.

According to the UNC-Chapel Hill Diversity Report, diversity in enrollments alone is insufficient to realize fully the benefits of a diverse and inclusive community, so "the University invests in a host of programs to provide opportunities—both in and out of the classroom—for students from different

backgrounds to interact with one another and enjoy the benefits that diversity and inclusion provide" (Dean, 2017, 12). Those include taking deliberate steps to ensure that talented students from all walks of life are considering the opportunities UNC-Chapel Hill offers and preparing themselves to compete for admission.[9] Those pipeline efforts contribute to achieving an entering class of students that is diverse in every way. After admissions decisions have been made, UNC-Chapel Hill works purposefully to recruit students who have been offered admission, with particular attention focused upon students who would contribute to the diversity of the student body and help UNC-Chapel Hill facilitate the educational benefits of diversity and inclusion for all of its students. An important aspect of this phase is to remove financial barriers to enrollment.

The Diversity Report also points to a number of campus programs and initiatives, which were also mentioned along with others in the witness declarations.[10]

[1] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: referred to Chancellor's Science Scholars Program. (¶ 27)

[2] **Frank Baumgartner**, a White male Distinguished Professor of Political Science: referred to a program in the Political Science Department whereby students take a professor to lunch. He recalls a lunch with a Hispanic female and African-American female who were enrolled in his death penalty course and they discussed "the racial dynamics of who is on death row, what crimes they committed, and who the victims of their crimes were. It was extremely helpful to hear about people's own family experiences and hear from people who are touched personally by the subject matter." (¶ 31)

---

[9]     Some of those efforts noted in the Diversity Report are in the form of outreach programs, including the First Look Program, Project Uplift, Carolina College Advising Corps, North Carolina Renaissance, Chuck Stone Program for Diversity in Education and Media, Pre-College Expo and Symposium, the American Indian Center summer program, and active recruiting by the Office of Undergraduate Admissions. (Dean, 2017.) A detailed discussion of these pipeline programs, and witness testimony regarding their purpose and efficacy, is contained in an earlier section of this report.

[10]     *See supra* Section V.A. for a detailed list of the formal campus programs and initiatives that promote or relate to diversity or inclusion at UNC-Chapel Hill.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 85 of 137

[3] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate: Pointed to Diversity and Inclusiveness in Collegiate Environments (DICE) and Carolina Union Activities Board (CUAB). (¶¶ 5-6) "CUAB became a safe space because we could critically challenge each other and, thus, the status quo." (¶ 29)

[4] **Donovan Livingston**, an African American male, 2009 UNC-Chapel Hill graduate: "I gravitated towards African-American cultural activities, programs, and initiatives." (¶ 10) (Black Student Movement, Movement of Youth, Black fraternity, Project Uplift, Office of Diversity and Multicultural Affairs, Carolina United.) "My experience with Carolina United was a turning point …. We talked about race, ethnicity, religious diversity, and sexual orientation. It exposed me to another side of UNC-CH." (¶ 13)

[5] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "Minority faculty are especially helpful; not only can they provide other perspectives, but they offer young people mentorship and role models that can encourage minority students to expand their career ambitions." (¶ 11)

[6] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "One arena in which I found opportunities to interact with a diverse group of students was in athletics. In fact, being an athlete created opportunities to interact with many African-Americans on campus." (¶ 14)

[7] **J. Christopher Clemens**, a White male Professor in the Department of Physics and Astronomy and Senior Associate Dean for Natural Sciences at UNC-Chapel Hill: "As an organization, the Chancellor Science Scholars work to bring awareness to the issues of diversity as well as provide a program where students, regardless of background, can be supported to pursue fields in STEM." (¶ 28)

[8] **Jordan Peterkin**, an African American male, 2017 UNC-Chapel Hill graduate: "UNC-Chapel Hill is doing many good things to improve diversity. DMA works to try to get more minority students to apply to UNC-Chapel Hill and to feel welcome when they arrive …. UNC-Chapel Hill has established programs and services …. Chancellor Carol Folt has done an excellent job with Carolina conversations …. Black faculty have done a great job creating a shared digital site to engage with one another virtually. It is not perfect, but it is a work in progress." (¶ 9)

85

[9] **Kendall Luton**, an African American male, current UNC-Chapel Hill student, class of 2018: "I was exposed to many people I would have never thought to talk to before coming to UNC-Chapel Hill." (¶ 6) "Through my work with the Undergraduate Honor Court and with Men of Color Engagement, I was exposed to people with different religions and ethnicities. I did not always agree with their viewpoints, but I had the opportunity to sit down and talk with them to understand where they were coming from. Through meeting these people, I have a greater appreciation for the world we live in and have developed a different worldview." (¶ 7)

[10] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: "At UNC-Chapel Hill, I was actively involved in a student organization, Radical Asians ("Rad Asians") …. [W]e were interested in exploring what it means to be Asian-American in the South …. [W]e felt it imperative to interrogate the stereotypes of Asian-Americans, and to define, in our own personal ways, what this label meant to us." (¶ 7) "This activism allowed me to meet and work with students from many different backgrounds, including various racial and ethnic backgrounds." (¶ 8)

[11] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: "I applied to and was accepted into the Carolina Millennial Scholars Program, a two-year program that provides a community and networking experience for males from diverse backgrounds. For me, this was a cool way to get involved in campus and make more friends." (¶ 8) "I joined UNC's SLI, or Scholars Latino Initiative, my sophomore year." (¶ 11) "I got a lot out of the mentorship opportunity and SLI. I was not just working with mentees and helping them with their goals, but I also interacted with other mentors/mentees. The group became almost like a big family setting …. Because of this experience, I am helping friend[s] establish [a] similar program in the Research Triangle Park region of North Carolina." (¶ 12)

[12] **Ashley McMillan**, an American Indian female, 2009 UNC-Chapel Hill graduate: "Project Uplift gave me a chance to see that there were a few people like me at UNC-Chapel Hill and that people would care about me once I got to the University. That was important to me and impacted my decision to attend UNC-Chapel Hill." (¶ 7) "At UNC-Chapel Hill, I was a part of CIC [(Carolina Indian Circle)]. CIC is a student organization that assists Native American-Indian students by providing a positive atmosphere. CIC provided me with an American-Indian community …. [W]e were allies for each other …." (¶ 11) "I also was involved with DMA [(Diversity and Multicultural Affairs office)]. DMA is an office at UNC-Chapel Hill that works to build and sustain an inclusive campus." (¶ 12) "Sometimes, at UNC-Chapel Hill, I felt I could get lost in the crowd. If I had not been involved with CIC and DMA, I would have felt lost. It was very challenging for me at times. Working with DMA helped me be a part of a community and gave me a chance to work with other students of color." (¶ 13) "I found support from other American-Indian students and students of color on campus, which allowed me to pursue my goals and succeed academically." (¶ 16)

[13] **Atrayus Goode**, an African American male, 2007 UNC-Chapel Hill graduate: "I was involved with the University's Office of Diversity and Multicultural Affairs, became a Project Uplift counselor … was a resident advisor, worked with the Black Student Movement (a Black affinity group), sang in an acapella group, and pledged a Black fraternity, Alpha Phi Alpha." (¶ 15)

[14] **Crystal King**, an African American female, Director of the Carolina Union at UNC-Chapel Hill: "Our mission is to create safe, inclusive, and educational experiences that enable students to maximize their time at Carolina. The Union is the nerve center for the campus: a place where members of the University community can gather for debate, discussion, information exchange, association with other students and faculty, relaxation and quiet contemplation. Through our extensive variety of programs and services, the Union complements the academic experience by providing a well-planned and diverse offering of educational, cultural, social and recreational activities and events." (¶ 5) "To put it simply, we are the campus community builders." (¶ 6) Those programs and services include "Carolina United [which was] designed to create a safe environment for students to candidly discuss issues of diversity and multiculturalism." (¶ 21) "The NC Fellows program … seeks to rethink conventional understandings of leadership; to facilitate learning between and among program members, build a supportive community through methods like storytelling and dialogue; and to encourage positive social change by way of those mechanisms." (¶ 22) "The Carolina Union Activities Board's … mission is to enhance the quality of life … through high-quality social, educational, fun, diverse, inclusive, and engaging programming that enhance intellectual life, offer cultural experiences, and promote social interactions and citizenship." (¶ 25) "'Spark' … a three-year program for women of color to engage in meaningful dialogue around identity and what it means to be a woman of color on UNC's campus." (¶ 44) "By providing enriching, intentional diverse experiences in challenging but supportive environments like a college campus, we facilitate the social, emotional, intellectual, moral, and career development of our students for their overall wellness." (¶ 56)

[15] **Allan Blattner**, a White male, Director of Housing and Residential Education (DHRE) at UNC-Chapel Hill: "DHRE facilitates cross-cultural interactions between students. We do this, in part, by ensuring that we have welcoming common space areas within our residence halls—these are places for students to come together and interact. We also foster an inclusive and welcoming environment for all students through educational and leadership opportunities; programming on multiculturalism and diversity; and an engaged and supportive professional and student staff." (¶ 16) "Our Community Directors and RAs play a key role in facilitating positive living arrangements for our students. They are purposeful about helping a diverse group of students come together to live, learn and grow." (¶ 21) "Students organize and run an event each year called Tunnel of Oppression with support from DHRE professional staff." (¶ 39) "Participants directly experience scenes of oppression such as: ability, body image, gender identity, homelessness, homophobia, religion, interpersonal violence, race, human trafficking, and mental health." (¶ 40)

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 88 of 137

"During the Fall of 2013, DHRE launched an Equity and Inclusion Professional Development Plan, serving as a guide for each staff member to engage with their supervisor on a development plan relating to issues of diversity." (¶ 53) "We have a Multicultural Competence Committee comprised of some of our professional staff." (¶ 58) "This group meets bi-weekly to discuss current issues happening on campus and nationally that may be affecting our students. The committee plans new programs and initiatives and provides diversity training." (¶ 59) "The Multicultural Advisor Program promotes learning in the areas of multiculturalism, diversity, and social justice through monthly staff development sessions co-facilitated by a Multicultural Advisor and a Community Director." (¶ 60) "Multicultural Advisors are RAs who receive additional training on social justice issues and on facilitating group discussion regarding multiculturalism. They encourage and promote learning through dialogue, resident interactions, and programming." (¶ 61) "In Spring 2015, DHRE launched a pilot Social Justice Advocate ("SJA") Program." (¶ 65) "The program allows students to help plan events in their community and train community government members, acting as 'social justice voice' for their hall." (¶ 66) "Our assessment efforts thus far indicate that, overall, we are improving diverse interactions." (¶ 90)

[16] **J. Christopher Clemens**, a White male Professor in the Department of Physics and Astronomy and Senior Associate Dean for Natural Sciences at UNC-Chapel Hill: "I supervise the Chancellors Science Scholars program, which began as a partnership …. to diversify and provide access to jobs in the fields of STEM." (¶ 27) "As an organization, the Chancellor Science Scholars work to bring awareness to the issues of diversity as well as provide a program where students, regardless of background, can be supported to pursue fields in STEM." (¶ 28)

[17] **Stick Williams**, a Black male, 1975 UNC-Chapel Hill graduate and former Vice President of Corporate Community Affairs, Vice President of Diversity, Ethics, and Compliance, and President of the Duke Energy Foundation: "Similarly, the entire State benefits from programs like the Carolina Covenant, which attracts students to UNC-Chapel Hill who otherwise would not have considered attending or who would have been left with so much debt. It draws students like me—not necessarily Black students, but students who never would have imagined that they could attend or be successful at UNC-Chapel Hill. It has been incredible to see those students' success." (¶ 19)

### C. <u>Testimony on the Impact of the Educational Benefits of Diversity at UNC-Chapel Hill</u>

Declarations from current and former students, faculty, and staff of UNC-Chapel Hill suggest that UNC-Chapel Hill is realizing significant educational benefits from its diversity initiatives and programming. This section details and summarizes witness statements provided by UNC-Chapel Hill that corroborate that UNC-Chapel Hill is realizing significant benefits from diversity.

88

1. <u>Student and Alumni Perspectives</u>

Evidence in this case demonstrates that UNC-Chapel Hill's current and former students are greatly interested in diversity in the classroom and in campus settings, and report that there are significant benefits that accrue from diversity.

[1] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "At UNC-CH, I actively sought out opportunities to interact with people who are different from me." (¶ 12)

[2] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: "It is a no-brainer that people benefit from learning from other people's experiences. This is important in the classroom but it goes beyond the classroom as well." (¶ 17)

[3] **Regan Buchanan**, a White female, recent UNC-Chapel Hill graduate: "My classroom experience was greatly enhanced because of diversity." (¶ 10)

[4] **Laura Gamo**, a Latina, 2016 UNC-Chapel Hill graduate: "It is important to interact with students from different backgrounds and ethnicities." (¶ 12)

[5] **Atrayus O. Goode**, an African American male, 2007 UNC-Chapel Hill graduate: "Regular interaction with people of different races and backgrounds is important for understanding each other." (¶ 28)

[6] **Karol Mason**, a Black female 1979 UNC-Chapel Hill graduate and former Assistant Attorney General for the Office of Justice Programs and current President of the John Jay College of Criminal Justice at the City University of New York: "[I]n the education context, diversity is particularly important because education is about teaching people how to think. Diversity of perspective and background is critical to developing critical thinking skills." (¶ 15)

[7] **Lindsay-Rae McIntyre**, a White female, 1997 UNC-Chapel Hill graduate and Human Resources Vice President and Chief Diversity Officer at IBM: "I had the benefit of learning and interacting with individuals from different backgrounds both in class and outside of the classroom." (¶ 4)

[8] **Jonathan Reckford**, a White male graduate of UNC-Chapel Hill and Chief Executive Officer for Habitat for Humanity International: "For me, diversity contributed to my education. People bring their experiences to the classroom but so much of education is not in the classroom, but it is broader." (¶ 8)

[9] **Vishal Reddy**, an Indian male, 2016 UNC-Chapel Hill graduate: "When discussing issues that are happening in the world, it is critical to have people from different parts of the world in the discussion." (¶ 11)

89

Many students reported that their learning was enhanced by discussions of diversity, and confronting challenging and complex topics from multiple varying perspectives.

[1] **Taylor Bates**, a White male recent UNC-Chapel Hill graduate: discussing "classroom discussions of complex topics" and learning from other students' "different life experiences [which] often prompted [him] to think about issues differently." (¶ 6)

[2] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "In the academic sphere, diversity is especially important in classes that cover controversial issues and offer opportunities for debate." (¶ 16)

[3] **Mary Cooper**, a White female, 2012 UNC-Chapel Hill graduate: "Hearing different perspectives from other students in my biostatistics and epidemiology classes really pushed me to think about my own experiences in new ways." (¶ 17)

[4] **Marty Davidson**, an African American male, 2016 UNC-Chapel Hill graduate: "Often, as a person of color, I brought a different perspective to a class discussion .... Absent my presence [in one class], the class conversation would not have gone in [the same] direction; rather, it would have been missing a component." (¶ 15)

[5] **Lauren Eaves**, a White female UNC-Chapel Hill senior from England: "In all courses, hearing from classmates with different backgrounds adds value." (¶ 8)

[6] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: "I benefitted from hearing the perspectives of others." (¶ 9)

[7] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: discussing class on religion and how he contributed a personal anecdote from growing up in Puerto Rico. (¶ 10)

[8] **Camille Wilson**, an African American female, 2007 UNC-Chapel Hill graduate: "The diversity of the students in that classroom made the course and its material more impactful and personal." (¶ 10)

Students and alumni also reported that diversity-specific classes were also greatly beneficial to their overall learning experience while at UNC-Chapel Hill.

[1] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: discussing experiences taking classes in the African, Afro-American, and Diaspora ("AAAD") Studies Department, and the Latino Studies minor. (¶¶ 14-15)

[2] **Lauren Eaves**, a White female UNC-Chapel Hill senior from England: discussing course on the politics of identity, where she learned "a great deal from listening to other students" in a diverse class. (¶ 7)

[3] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "Hearing these personal stories drove the point home and made class discussions a real world experience .... [T]hat class really stuck with me." (¶ 10)


Some students have even noted that more diversity at UNC-Chapel Hill would only enhance classroom discussions and their learning experiences.


[1] **Ezra Baeli-Wang**, an Asian American male, 2017 UNC-Chapel Hill graduate: "[Classroom] conversations would have been far more interesting and robust if those classes had been more diverse." (¶ 16)

[2] **Shruti Shah**, a mixed-race Jewish Indian female, 2011 UNC-Chapel Hill graduate: "[H]aving an even more diverse student body would have made a huge difference and would have changed perspectives inside and outside the classroom." (¶ 16)


Some minority students and alumni at UNC-Chapel Hill also reported that they wished there was more diversity in academic settings, both among students and faculty, so that they were not the only minority individual in the room.


[1] **Chelsea Barnes**, an American Indian female, 2015 UNC-Chapel Hill graduate and current UNC-Chapel Hill law student: "As a UNC-CH student, at times I was the only non-white person in the room." (¶ 20)

[2] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: "There were very few Hispanic or Spanish professors when I was at UNC-CH." (¶ 20)

[3] **Marty Davidson**, an African American male, 2016 UNC-Chapel Hill graduate: "Although I had a great overall experience at UNC-CH and benefitted somewhat from the diversity on campus, I also experienced significant isolation and tokenism. In several of my classes, I was one of ten or fewer students – and sometimes even the only student – who was Black or a person of color." (¶ 14)

[4] **Laura Gamo**, a Latina, 2016 UNC-Chapel Hill graduate: "I sometimes felt like I was asked to be a spokesperson, but when people are willing to listen and understand, I do not mind at all." (¶ 11)

[5] **Kendall Luton**, an African American male, current UNC-Chapel Hill student, class of 2018: "[T]here were several times when I was the only one of two or three Black students in class .... [T]hey would look to me to represent the entire Black community." (¶ 9)

[6] **Ashley McMillan**, an American Indian female, 2009 UNC-Chapel Hill graduate: "When I first arrived at UNC-Chapel Hill, I realized that I was often the only person of color in the classroom. I felt like I had to be the spokesperson for all American-Indian people." (¶ 9)

[7] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate: "Sometimes, in classes of 200 or more, I would be the only person of color or the only Black male. In fact, I dropped my business major because I felt ostracized .... I wish I had had more minority peers who could walk through the experience with me." (¶¶ 15, 17)

[8] **Jordan Peterkin**, an African American male, 2017 UNC-Chapel Hill graduate: "At the business school, there were only a few Black students and regularly I was the only Black student in classes. In addition to having only a small number of Black students in these classes, there were only a few Black faculty members. I felt as though I did not have class members to rely on or faculty members who understood my background." (¶ 4)

[9] **Anan Zhou**, an Asian American female, 2016 UNC-Chapel Hill graduate: "In my English courses, I was usually the only person of color." (¶ 4)

## 2. Faculty and Administration Perspectives

Faculty and staff are unanimous that there are great benefits that flow from diversity in classrooms and education.

[1] **Nilay Tanik Argon**, a White female Associate Professor from Turkey in the Department of Statistics and Operations Research: "[C]ross-cultural learning is important." ( ¶ 11)

[2] **Frank Baumgartner**, a White male and Distinguished Professor of Political Science: "Diversity provides substantial and real educational benefits and is critical to our students' learning at UNC-CH. I have personally observed these benefits over my many years of teaching." (¶ 19)

[3] **W. Fitzhugh Brundage**, a White male and Distinguished Professor and Department Chair in the Department of History at UNC-Chapel Hill: "I believe it is critical from a pedagogic standpoint to have a diverse student body. The education in my courses is greatly enriched when we have students from different racial and ethnic backgrounds, because students have the opportunity to hear from classmates with different experiences and perspectives." (¶ 6)

92

[4] **Maribel Carrion**, a Puerto Rican female graduate of UNC-Chapel Hill (undergraduate and MBA) and UNC-Chapel Hill administrator: "Diverse students stand up and stand out and help create understanding about people from different backgrounds." (¶ 13)

[5] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: "Students who are part of a diverse classroom setting receive many important benefits." (¶ 12)

[6] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "I believe there are significant educational benefits that derive from having diversity at UNC-Chapel Hill, both in the classroom and on the campus at large. Those benefits include developing a better understanding of different people and cultures, learning to get along with others, and gaining better, broader perspectives." (¶ 16)

[7] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "Fostering innovation—the development of new ideas and solutions—is central to the UNC-CH mission. Education must not be a stagnant enterprise. Rather, the classroom can and must become richer year after year as ideas build upon one another. Homogeneity inhibits innovative thinking in the classroom just as it inhibits innovative thinking in the workplace. The last thing you want as a scientist and an educator is a classroom lacking viewpoint diversity." (¶¶ 35-36)

[8] **Carol Lynn Folt Depo.**, Chancellor of the UNC-Chapel Hill: "[T]he benefits of diversity happen very clearly in the classroom role .... [including] working across difference, achieving the benefits of having different opinion, coming from different backgrounds, approaching problems from very different perspectives." (173:9-173:22)

[9] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "Diversity of the students contributes significantly to their experience in the classroom .... The more diverse our community, the more our students learn." (¶¶ 15-16)

[10] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "Having students from diverse backgrounds deepens and broadens their education, expanding their perspectives and understanding, and leading them to question their own assumptions and to develop critical thinking and writing skills that better prepare them for success." (¶ 11)

[11] **Abigail Panter Depo.**, Professor of Psychology and Neuroscience, and Senior Associate Dean for Undergraduate Education in the College of Arts and Sciences: "[S]tudent body diversity is critical to our mission for the University as I've mentioned before, since we're a center for scholarship and research and creativity and we teach undergraduates, graduate students, and professional students. Having a diverse student body allows us to have discussions of students together talking about issues, thinking about different perspectives and -- and improves our learning outcomes." (106:15-25)

[12] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "Having diverse students in the classroom enhances learning for all." (¶¶ 14-17)

Indeed, some faculty and staff have noted that it is only with diversity in educational settings at UNC-Chapel Hill that certain difficult conversations and learning can occur.

[1] **Frank Baumgartner**, a White male and Distinguished Professor of Political Science: "When [diverse] students share their personal experiences with their classmates, this provides a powerful and impactful learning moment .... It is extremely helpful to hear about people's own family experiences and hear from people who are touched personally by the subject matter. It creates interesting, difficult, and fulfilling conversations and enhances learning, bringing the points home to those students who are able to see that another student whom they know and respect has had such experiences." (¶¶ 30-31)

[2] **W. Fitzhugh Brundage**, a White male and Distinguished Professor and Department Chair in the Department of History at UNC-Chapel Hill: "I am very keen to have minority students in my Southern history class because of the historical perspective they bring .... it is essential to have a diverse student body so that students have a robust and fully inclusive conversation about the history of the South." (¶ 9)

[3] **Jennifer Ho**, an Asian American Professor in the English Department: "If UNC-CH's racial diversity were diminished or compromised, I fear that it would have a very detrimental impact on the effectiveness of my courses on race and ethnicity, as well as on the overall academic quality of the institution." (¶ 23)

[4] **Sherick Hughes**, an African American male and Professor of Education at UNC-Chapel Hill: discussing how class exercise would be "impossible to do if our students have not had any cross-cultural interaction." (¶¶ 18-26)

[5] **Crystal King**, an African American female, Director of the Carolina Union at UNC-Chapel Hill: "We know from the literature that it is erroneous to assume that students will naturally learn about their peers. Rather, it is up to educators to facilitate structured opportunities for dialogue to transpire." (¶ 13)

[6] **Patricia McAnany**, a White female and Professor in the Department of Anthropology at UNC-Chapel Hill: discussing conversations in class made possible due to diversity at UNC-Chapel Hill. (¶¶ 9-13)

[7] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "Our discussions are much livelier and more current with diverse students present and participating.

94

When we lack African-American students in the room, who come from different traditions, the conversation gets very flat as I try to tell the students about those traditions." (¶¶ 14-17)

[8] *See also* UNC Faculty Council Resolution 2016-12 On Commitment to Diversity and Inclusion ("We are committed to promoting the many educational benefits, generation of new ideas and the innovations that flow from a diverse student body .... Consistent with the social science research in the area, we strongly believe that diversity improves learning outcomes for our students ...."); April 15, 2016 Presentation, "Educational Benefits of Diversity," by Professor Rumay Alexander.

Some faculty and staff have remarked that they want *more* diversity to unlock greater benefits from diversity in the educational setting.

[1] **Nilay Tanik Argon**, a White female Associate Professor from Turkey in the Department of Statistics and Operations Research: "We need more diversity at UNC-CH and more diversity in my field. Greater diversity would improve the learning experience for all students .... Underrepresentation of minorities is a major issue in statistics and operations research at the undergraduate and graduate levels." (¶¶ 7-8, 13)

[2] **W. Fitzhugh Brundage**, a White male and Distinguished Professor and Department Chair in the Department of History at UNC-Chapel Hill: "Greater diversity would enhance the class even more." (¶ 18)

[3] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "The lack of diversity is a real problem for the UNC-[CH] School of Media and Journalism .... We cannot effectively teach our students these key skills they will need to achieve in the workplace without greater diversity." (¶ 23)

Many department leaders, professors, and staff are committed to increasing diversity in the classroom and their academic field.

[1] **Nilay Tanik Argon**, a White female Associate Professor from Turkey in the Department of Statistics and Operations Research: "I am committed to increasing diversity in our department and in statistics and operations research generally. I am a diversity liaison, and I represent my department at diversity meetings. I also arrange events for female graduate students and attend diversity-related workshops and seminars." (¶ 15)

[2] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: discussing steps to increase diversity in entry-level science courses among minority students. (¶¶ 19-25)

95

[3] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "Because I believe that diversity fosters innovation, I have sought to foster diversity and work with diverse teams both in the tech industry and in academia." (¶ 25)

[4] **Jennifer Ho**, an Asian American Professor in the English Department: "I am very focused on creating a classroom of equity and inclusion so that all students can contribute and learn." (¶ 11)

[5] **Viji Sathy**, an Indian (South Asian) female Teaching Associate Professor in the Department of Psychology and Neuroscience: "UNC-Chapel Hill is committed to encouraging more underrepresented minorities to study in the STEM fields, and I would like to see more diversity in my own courses." (¶ 13)


Faculty and staff witnesses report that diversity at UNC-Chapel Hill, both in the undergraduate, graduate, faculty and staff level, is highly desirable for the richness and innovation associated with the benefits of diversity.


[1] **Frank Baumgartner**, a White male and Distinguished Professor of Political Science: discussing diversity in students at the undergraduate and graduate levels, concluding that diversity "provides a richness to the whole profession." (¶¶ 32, 34)

[2] **Kelly Hogan**, a White female and STEM Teaching Associate Professor in Biology and Assistant Dean of the Office of Innovational Instruction: "Like students, faculty stand to benefit significantly from the diversity of the student body." (¶ 39)

[3] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "Having diversity in the Music Department helps the field grow and become richer by adding new voices and interests." (¶ 24)


Moreover, many faculty and staff have noted that without diversity, an academic environment can be intimidating to minorities, making them feel like outsiders.


[1] **J. Christopher Clemens**, a White male Professor in the Department of Physics and Astronomy and Senior Associate Dean for Natural Sciences at UNC-Chapel Hill: "Underrepresentation of women and minorities in physics is a major issue .... We also know that there are barriers to women and minorities remaining in the sciences, including the challenge for these students of being a small minority without sufficient role models, peer support, or mentors

96

who understand the challenges they face .... This environment can be intimidating for students who feel like 'outsiders.' I have observed women, for example, who have felt sidelined by the culture in the laboratory and the classroom." (¶¶ 15, 20-21)

[2] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "Minority faculty are especially helpful; not only can they provide other perspectives, but they offer young people mentorship and role models that can encourage minority students to expand their career ambitions." (¶ 11)

### 3.    Beyond UNC-Chapel Hill

UNC-Chapel Hill faculty, staff, administrators, students, and alumni identified how diversity impacts student preparedness beyond UNC-Chapel Hill. For instance, many overwhelmingly identified how diversity better prepared individuals as "world leaders" in an increasingly globalized and diverse society.

[1] **Rumay Alexander Depo.**, Professor and Director of the Office of Inclusive Excellence in the School of Nursing, special assistant to the Chancellor, and interim Chief Diversity Officer for UNC-Chapel Hill: discussing how a diverse student body yields educational benefits and prepares world leaders. (24:9-25:10)

[2]  **Rye Barcott**, White male veteran, 2001 UNC-Chapel Hill graduate and co-founder of the Carolina for Kibera organization: "Promoting the development of cross-cultural skills is important in the college experience to prepare students for lives and careers beyond UNC.  We live in a global world with a global economy.  Cross cultural skills are also important from a military perspective, especially since the types of conflicts we face are increasingly counterinsurgency.  The ability to understand how people think is the key to success in a military situation." (¶ 18)

[3] **Melody Barnes**, an African American female, 1986 UNC-Chapel Hill graduate and former Director of the White House Domestic Policy Council: "Our world is becoming more diverse, and if we want UNC-CH graduates to be successful individuals and leaders, UNC-CH must continue to expose its students to classmates from different backgrounds who have different experiences than their own." (¶  19)

[4] **J. Christopher Clemens**, a White male Professor in the Department of Physics and Astronomy and Senior Associate Dean for Natural Sciences at UNC-Chapel Hill: "We know the talent for science exists in diverse groups of students, and we need to do a better job of bringing that talent into our programs …. Having a good pipeline of diverse undergraduates from top programs will be essential to increasing the number of diverse scientists in graduate school and in the field." (¶¶ 23-24)

[5] **Mary Cooper**, a White female, 2012 UNC-Chapel Hill graduate: "UNC-CH has a long history of producing leaders.  If you are going to be a leader in the world today, you have to have

had diverse experiences or have supported the diversity of others. We do not operate in silos anymore. It is critical that leaders have the ability to engage and speak about issues." (¶ 20)

[6] **Christopher Faison Depo.**, Coordinator for Men of Color Engagement at UNC-Chapel Hill: "And then all that basically provides, in my eyes, a nice preview for students to understand what the world will be like once they graduate." (28:7-10)

[7] **Carol Lynn Folt Depo.**, Chancellor of the UNC-Chapel Hill: "I think it is suggesting that diversity in its forms, including racial, are mutually reinforcing pillars of our mission to achieve academic excellence and preparing graduates to succeed and lead." (75:14-18)

[8] **Jennifer Ho**, an Asian American Professor in the English Department: "UNC-CH educates students to live and work in a global network. When students graduate, they need to be able to interact with and be comfortable with people from a variety of social groups." (¶ 12)

[9] **Sherick Hughes**, an African American male and Professor of Education at UNC-Chapel Hill: "In addition, we expect that Carolina students will become leaders. Diversity is essential to preparing our students for leadership as teachers, as principals, and in other roles and occupations. In the field of education, in particular, it is essential that we train future K-12 teachers and administrators from diverse backgrounds as leaders and that all of our future leaders understand how to lead and work with diverse populations." (¶ 13)

[10] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "The University is the most important place for discourse and diversity to thrive. It is critical for a university to protect the ability of disagreements to exist. It is human nature to try to avoid controversy and conflict. But the University should fight against that and do the opposite. Otherwise we will be graduating students with limited world views and life experiences." (¶ 11)

[11] **Jennifer Kretchmar Depo.**, Senior Assistant Director of Research at UNC-Chapel Hill: "Preparing students to work in a -- the global workplace; exposing students to different cultures and breaking down stereotypes; allowing students who might be a member of a minority group, however you define that minority group to feel as if they are a spokesperson for that minority group when they're here on campus; enhancing the sense of belonging for all students on campus; exposing people to different perspectives and beliefs that are -- and experiences that are different than your own." (131:2-12)

[12] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "Graduates must be agile, and open-minded, prepared to meet people of different races, cultures, attitudes and values. If UNC-Chapel Hill does not expose its students to different modes of thought, differing beliefs, and interactions with diverse groups of people, the University will be derelict in its duty and its promise to educate its students." (¶ 17)

[13] **Patricia McAnany**, a White female and Professor in the Department of Anthropology at UNC-Chapel Hill: "Our responsibility at UNC-Chapel Hill is to train future leaders who hail from North Carolina." (¶ 16)

[14] **Barbara Polk Depo.**, Senior Associate Director at UNC-Chapel Hill: "The value of the educational diversity that part of the University's mission is to educate future leaders of the state, country, and beyond. The society in which we live is diverse. We need to educate students and future leaders who understand that diversity, plus students just for the sake of education in and of itself, will learn more if they are talking with and interacting with students who have different thoughts, different approaches, different opinions than they do." (339:8-17)

[15] **Micah Poulson**, a Black male, 2014 UNC-Chapel Hill graduate: "I cannot emphasize enough how important I think diversity is to educate people and to help people understand each other and grow together. We need those different voices in the room. Diversity was important not only to my educational experience but in helping me develop skills for the military as well." (¶ 15)

[16] **Vishal Reddy**, an Indian male, 2016 UNC-Chapel Hill graduate: "[I]f you have a diverse student body, it likely results in diverse student interests. Having diverse interests at the University is very powerful and can incubate passions that lead to progressive thinking. If we are attempting to raise a new generation of leaders, it is critical to facilitate that kind of thinking." (¶ 4)

[17] **Damon Toone Depo.**, Associate Director for Professional Development and Diversity at UNC-Chapel Hill: "[R]ight down to our mission statement we are trying to prepare leaders who have gone out into the world and be successful in business and in law and everything else. And we certainly want to give our students a reflection of all students, all people." (60:1-6)

[18] **Stick Williams**, a Black male, 1975 UNC-Chapel Hill graduate and former Vice President of Corporate Community Affairs, Vice President of Diversity, Ethics, and Compliance, and President of the Duke Energy Foundation: "Diversity is essential from a business perspective, as well as an educational one. In order to optimize the quality of a project and products we produce, we must have people who come from different perspectives." (¶ 17)


Moreover, a substantial number of individuals cited an increase in skills that were directly relevant for future business leaders or were relevant for their ultimately chosen profession.


[1] **Melody Barnes**, an African American female, 1986 UNC-Chapel Hill graduate and former Director of the White House Domestic Policy Council: "My education at UNC-CH, and in particular my exposure to other students and faculty [was] essential preparation for my role as a policy advisor." (¶ 18)

[2] **Mary Cooper**, a White female, 2012 UNC-Chapel Hill graduate: "My experiences with diversity at UNC-CH and beyond have made me confident in my ability to work with, coach, and teach others who do not look like me or who have not had the same experiences." (¶ 21)

99

[3] **Jim Dean Depo.**, Executive Vice Chancellor and Provost at UNC-Chapel Hill: discussing corporate interest in hiring individuals who can work with diverse people.  (130:1-132:25)

[4] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "Furthermore, employers want to hire individuals with broad perspectives. The level of diversity among students at UNC-CH plays a powerful role in preparing UNC-CH students for their professional endeavors." (¶ 37)

[5] **Carol Lynn Folt Depo.**, Chancellor of the UNC-Chapel Hill: "I know from talking to so many employers that one of the key characteristics in coming and working in a job is that you have a very good experience of working with people from different backgrounds, different areas." (36:3-8)

[6] **Teddy Gonzalez**, a Hispanic male, 2016 UNC-Chapel Hill graduate: "My ability to work with diverse populations will absolutely be important in the future .... Being a global individual makes a huge difference.  Experience with people from different backgrounds has helped me with my current position doing business all over the world." (¶ 17)

[7]**Joseph Alexander Kenley**, a White male, 2009 UNC-Chapel Hill graduate and Manager at Deloitte Strategy and Operations: "My global perspective and ability to relate to my peers, regardless of their background or experience, enhanced the experience that I had and what I was able to bring to my classmates, as well as what I am able to bring to my career." (¶ 13)

[8] **Karol Mason**, a Black female 1979 UNC-Chapel Hill graduate and former Assistant Attorney General for the Office of Justice Programs and current President of the John Jay College of Criminal Justice at the City University of New York: "It is important to understand why people think the way they do.  You cannot understand the range of solutions if you do not understand the people you are trying to help.  As the Assistant Attorney General, for instance, it was essential to have cross-cultural understanding as we addressed issues that impacted diverse communities." (¶ 17)

[9] **Merrick Osborne**, an African American male, 2016 UNC-Chapel Hill graduate:  "If we want our students to be part of a competitive market, they need to be fluent in the languages of the world and some of them we may not easily understand without adding those voices to the student experience." (¶ 32)

[10] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "Diversity is important for many reasons, but it is especially important when teaching students who want to be music professionals how to interact with different groups of people .... In order to prepare students to be professionals in music, we must teach them how to communicate and work with a wide range of people.  Increasing diversity at UNC-Chapel Hill and in the Music Department is important to preparing all of our students for their careers and their lives after UNC-Chapel Hill." (¶¶ 20-22)

Further, many individuals cited an increased ability in interacting with different people and experiences, which would be relevant in their professions, as well as their lives generally.

[1] **Taylor Bates**, a White male recent UNC-Chapel Hill graduate: discussing importance of broad knowledge of history and diverse cultures, and increased empathy. (¶ 9)

[2] **Ronald F. Bilbao**, a Latino male, 2010 UNC-Chapel Hill graduate and legislative specialist at the Florida Education Association: "Cross-cultural understanding is hugely important .... This understanding helped me at the ACLU in representing people with other perspectives." (¶ 18)

[3] **Maribel Carrion**, a Puerto Rican female graduate of UNC-Chapel Hill (undergraduate and MBA) and UNC-Chapel Hill administrator: "Increased diversity allows the University to graduate individuals who are prepared to be successful in life. The University will graduate individuals who are better citizens because they are more open and they will work better with everyone they encounter. They will be able to connect better to diverse individuals since they had those experiences in their college careers. Diversity leads to opening minds with respect to education, culture, and history. Graduates will carry that throughout their lives." (¶¶ 19-20)

[4] **Michael T. Crimmins**, a White male and Mary Ann Smith Distinguished Professor of Chemistry: "The diversity in my classrooms allows my students to learn from each other, break down stereotypes, and form cross-cultural connections. With increased diversity, we are preparing more students of different backgrounds for careers in the sciences, which will contribute to innovation in our fields." (¶ 24)

[5] **Rachel Gogal**, a White female, 2016 UNC-Chapel Hill graduate: "One of the biggest things I have gained from my higher education experience at Carolina is perspective. I grew up shielded from the world around me. At Carolina, I became exposed to the realities of the world. As a white female, I cannot relate in some ways to a black female's experiences but now, I am able to have open-minded conversations, understand where people from different backgrounds are coming from, try to help in my capacity to elevate concerns, and drive the conversation." (¶ 11)

[6] **Kelly Hogan**, a White female and STEM Teaching Associate Professor in Biology and Assistant Dean of the Office of Innovational Instruction: "Furthermore, the diversity in my classes certainly has expanded my worldview .... I can transfer that awareness or understanding to other situations, too. In short, I am a more empathetic and accommodating person because of the diversity in my classes." (¶ 40)

[7] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "My time at UNC-CH prepared me to be around people from all different walks of life and helped me understand that people are not all the same and everyone has a different perspective." (¶ 12)

[8] **Richard Vinroot**, a White male, 1963 UNC-Chapel Hill graduate and former Mayor of the City of Charlotte: "If there were diminished diversity at UNC-CH, UNC-CH would not be true to the mission of serving all of North Carolina. UNC-CH graduates also would not be as enlightened when they come out of UNC-CH. To serve the diverse world, diverse experiences are critical." (¶ 17)

Some individuals even noted that diversity is important to and crucial for the military, especially in today's increasingly globalized and interconnected world.

[1] **Rye Barcott**, White male veteran, 2001 UNC-Chapel Hill graduate and co-founder of the Carolina for Kibera organization: "Diversity is basically a part of the military's fabric, and it makes the military stronger. It is just the natural reflection of America. Diversity gives us strength. Exposure to diversity and cross-cultural understanding is critical to effective military service." (¶ 19)

[2] **Micah Poulson**, a Black male, 2014 UNC-Chapel Hill graduate: "The Commander of ROTC brought in a Muslim professor to teach us about the Middle East. In order to serve and work in countries, we need to have an understanding about other cultures." (¶ 14)

[3] **Jonathan Rich**, a White male veteran and 2014 UNC-Chapel Hill graduate: "In the military, being able to interact with people from diverse backgrounds, including indigenous people, is critical. When you go abroad, even though you have been trained and briefed, you have one point of view but you need to gain perspectives of the people you interact with." (¶ 13)

In short, many UNC-Chapel Hill students, faculty, and alumni identified ways in which they benefitted from the diversity that UNC-Chapel Hill offers. Those benefits extended to their professional, military, educational, and social experiences. Further, many of these individuals cited the need for the University to increase its diversity in order to assure that students are continuing to receive the educational benefits that flow from a diverse student body.

## VI. Opinions Derived from Empirical Analyses

UNC-Chapel Hill has undertaken significant diversity initiatives and promoted meaningful diversity interactions on campus. UNC-Chapel Hill is making conscientious and deliberate efforts on a number of fronts to foster diversity through interactions between individuals and group, diversity-related events, and creating a welcoming and inclusive campus environment. These efforts include recruitment and pipeline activities, cultivating diversity initiatives at the institution level and among students, promoting diversity initiatives in the classroom and in academics, and fostering cross-cultural interactions. Based on these efforts, as well as my empirical analysis of the survey data from UNC-Chapel Hill, it is my opinion that, while additional improvement can be accomplished, UNC-Chapel Hill is realizing and achieving identifiable and significant educational benefits from diversity.

UNC-Chapel Hill regularly conducts a variety of ongoing strategic survey programs to understand better the general perceptions, experiences, attitudes, and beliefs of its undergraduate students. Information obtained through reports from five of those survey programs was compiled for cross-sectional analyses to capture broadly a longitudinal overview of racial diversity at UNC-Chapel Hill.

The results from the analyses of the surveys are further illuminated by the witness declarations, which consistently point to a deep appreciation for the ongoing work associated with diversity and inclusion at UNC-Chapel Hill.

[1] **Nilay Tanik Argon**, a White female Associate Professor from Turkey in the Department of Statistics and Operations Research: "Greater diversity would improve the learning experience for all students and would make sure that our field [statistics] has the best minds available." (¶ 7)

[2] **Frank Baumgartner**, a White male Distinguished Professor of Political Science: "Diversity provides substantial and real educational benefits and is critical to our students learning at UNC-CH. I have personally observed these benefits over my many years of teaching." (¶ 19) "For example, classroom discussion and learning in my courses is richer and deeper when we have a diverse group of students in the classroom …. [D]iversity … helps our students develop awareness and an understanding of different perspectives and experiences in a more meaningful way. Learning about race and diversity-related issues with diverse classmates is particularly important in promoting cross-cultural understanding and helping break down stereotypes and prejudice. It would be extremely difficult, and ineffective, to teach about diversity issues without diversity among students." (¶ 20)

[3] **Joseph DeSimone**, a White male and former Chancellor's Eminent Professor of Chemistry: "My work as a scientist and as an entrepreneur has taught me that diversity is central to innovation. Nothing is more impactful than a diverse set of individuals driving toward a common goal to make a difference." (¶ 18)

[4] **Lauren Eaves**, a White female UNC-Chapel Hill senior from England: "The University's diversity is one of its greatest strengths. I believe, and have seen first-hand, that diversity brings great benefits to the University and to its students. I am extremely grateful for the opportunity I have had to live and learn in a diverse community while in college." (¶ 11)

[5] **Emil Kang**, an Asian male and Executive Director for the Arts and Professor of the Practice in the Department of Music at UNC-Chapel Hill: "The university is the most important place for discourse and diversity to thrive. It is critical for a university to protect the ability of disagreements to exist … we, as educators want our students to be actively engaged in respectful disagreements and not retreat to corners. It is important that our students learn how to do these things and become more empathetic and sympathetic to other views." (¶ 11)

[6] **Louise Toppin**, an African American female and former Professor and Chair of the Department of Music at UNC-Chapel Hill, currently at the University of Michigan: "In order to prepare students to be professionals in music, we must teach them how to communicate and work with a wide range of people. Increasing diversity at UNC-Chapel Hill and in the Music Department is important to preparing all of our students for their careers and their lives after UNC-Chapel Hill." (¶ 22)

[7] **Cedric Bright**, an African American male and Assistant Dean of Medical Education and Admission and Associate Professor of Internal Medicine at UNC-Chapel Hill: "Because UNC-Chapel Hill is a major feeder for our medical school and other health programs, diversity is critical at the undergraduate level as well." (¶ 19) "The number of diverse undergraduates at leading universities like UNC-Chapel Hill today will impact our ability to effectively meet the health care demands of our future." (¶ 20)

[8] **Karol Mason**, a Black female 1979 UNC-Chapel Hill graduate and former Assistant Attorney General for the Office of Justice Programs and current President of the John Jay College of Criminal Justice at the City University of New York: "As an alumna and former member of the UNC-Chapel Hill Board of Trustees, I care deeply about UNC-Chapel Hill. Racial and ethnic diversity at UNC-Chapel Hill helps students develop the skills they will need to succeed in life, become leaders, and solve society's pressing problems." (¶ 21)

104

[9] **Rye Barcott**, White male veteran, 2001 UNC-Chapel Hill graduate and co-founder of the Carolina for Kibera organization: "Diversity is basically a part of the military's fabric, and it makes the military stronger …. Diversity gives us strength. Exposure to diversity and cross-cultural understanding is critical to effective military service." (¶ 19)

[10] **Stick Williams**, a Black male, 1975 UNC-Chapel Hill graduate and former Vice President of Corporate Community Affairs, Vice President of Diversity, Ethics, and Compliance, and President of the Duke Energy Foundation: "The diversity I encountered at UNC-Chapel Hill was transformative. I benefitted immeasurably from experiencing other cultures and from listening to other students' stories …. I learned a lot about what is important in life, and I left UNC-Chapel Hill a very different person than I was when I arrived on campus." (¶ 16)

     While the witness declarations regularly acclaimed benefits associated with diversity and inclusion, there were also serious concerns raised about how the elimination of any ongoing efforts to achieve diversity and inclusion would severely diminish UNC-Chapel Hill's capacity to secure educational benefits.

[1] **Frank Baumgartner**, a White male Distinguished Professor of Political Science: "Some of my classes do not attract as much diversity …. I notice a significant difference in the conversations -- with conversations enhanced by diversity of all kinds." (¶ 29) "When these [minority] students share their personal experiences with their classmates, this provides a powerful and impactful learning moment." (¶ 30) "It creates interesting, difficult, and fulfilling conversations and enhances learning, bringing the points home to those students who are able to see that another student whom they know and respect has had such experiences." (¶ 31)

[2] **Maribel Carrion**, a Puerto Rican female graduate of UNC-Chapel Hill (undergraduate and MBA) and UNC-Chapel Hill administrator: "It is sometimes hard for students to engage with faculty members who are different than them because those faculty members do not understand where the students are coming from. The students can feel like they have nowhere to go to ask for help or advice." (¶ 14)

[3] **Richard Vinroot**, a White male, 1963 UNC-CH graduate and former Mayor of the City of Charlotte: "Without diversity, UNC-CH would create warped graduates who are technically sound but lack the humanity we brag about at UNC-CH …. We would not be true to our mission without diversity of all kinds …." (¶ 14)

[4] **Merrick Osborne**, an African American male, 2016 UNC-CH graduate: "I do not feel like I would have had an adequate liberal arts education without having the opportunity to interact with people who are not like me. For me, it taught me to be resilient and a better global citizen …. But at the end of the day, the absence of like individuals certainly was a challenge." (¶ 18) "I have struggled with feeling valued by the University." (¶ 19)

[5] **Neils Ribeiro-Yemofio**, an African American male, 2008 UNC-Chapel Hill graduate: "… I know other minority students who struggled more at UNC-[CH]. If UNC-[CH]'s enrollment of minorities were to drop, I would be very concerned about minority students being able to find community on campus." (¶ 13)

[6] **Cedric Bright**, an African American male and Assistant Dean of Medical Education and Admission and Associate Professor of Internal Medicine at UNC-Chapel Hill: "There are changing demographics in North Carolina, and North Carolina is growing at a faster rate than forty-six other states. Because of these demographic changes, it is imperative that there also is diversity in the healthcare system to effectively meet the needs of diverse patients in the future …. Our health care providers must be able to serve people with different values, health beliefs, and perspectives." (¶ 11) "With a homogenous student body, there would be no growth in students' understanding of those of diverse culture or heritage …. Exposure to diversity makes our students better doctors who are better prepared to serve increasingly diverse populations." (¶ 14)

[7] **Jennifer Ho**, an Asian American Professor in the English Department: "As an Asian-American professor who studies race and identity, UNC-CH's ability to continue to enroll a diverse student population that includes many students from different racial and ethnic backgrounds is essential to the work that I do and to the educational experience I want my students to have. If UNC-CH's racial diversity were diminished or compromised, I fear that it would have a very detrimental impact on the effectiveness of my courses on race and ethnicity, as well as on the overall academic quality of the institution." (¶ 23)

[8] **Peter Henry**, an African American male graduate of UNC-Chapel Hill and Dean of the Leonard N. Stern School of Business at NYU: "If our students are only around other students with similar backgrounds, they might as well be with only one other student." (¶ 16)

[9] **Richard H. Kohn**, a White male and retired Professor in the History Department at UNC-Chapel Hill: "If UNC-Chapel Hill does not expose its students to different modes of thought,

106

differing beliefs, and interactions with diverse groups of people, the University will be derelict in its duty and its promise to educate its students …. And our society will be the lesser for this failure." (¶ 17)

[10] **Sherick Hughes,** an African American male and Professor of Education at UNC-Chapel Hill: "Our research concluded that affirmative action has very little effect on the rates at which White and Asian students are admitted to top universities in the United States, including UNC-Chapel Hill. In particular, we determined that the relevant data indicate that there are too few applicants of color admitted to the top universities to have any meaningful impact on the likelihood of a White or Asian student's admission." (¶ 10)

[11] **Paul Cuadros**, a Latino male and Associate Professor of Journalism and Mass Communications at UNC-Chapel Hill: "The demographics of society are changing rapidly. The inability to have a diverse or plural society reflected in classrooms lessens discussion of coverage of news and topics we are interested in as a people. It does not provide the depth of experience and knowledge we need to understand what is truly happening in society." (¶ 25)

[12] **J. Christopher Clemens**, a White male Professor in the Department of Physics and Astronomy and Senior Associate Dean for Natural Sciences at UNC-Chapel Hill: "We know the talent for science exists in diverse groups of students, and we need to do a better job of bringing that talent into our programs. If we do not do that, we will deprive the world, our field, UNC-Chapel Hill and UNC-Chapel Hill's students of a large talent pool. We will never hear the ideas and new ways of thinking these students have to offer." (¶ 23)

[13] **Stick Williams**, a Black male, 1975 UNC-Chapel Hill graduate and former Vice President of Corporate Community Affairs, Vice President of Diversity, Ethics, and Compliance, and President of the Duke Energy Foundation: "…the purpose of a public university is to prepare the common man for service. Diversity, including racial diversity, is essential to that preparation. UNC-Chapel Hill simply cannot afford to leave its students' talent on the table." (¶ 20)

Indeed, it would be very difficult to imagine how UNC-Chapel Hill can achieve the educational benefits documented in this report without having developed a strong commitment from a significant proportion of the campus community that cuts across traditional professional and disciplinary boundaries, which collectively translated into sustained and purposeful action to foster diversity and inclusion. Despite showing measureable gains associated with building the necessary conditions to foster those benefits, the Diversity Report also acknowledged that:

107

> [O]ur work is far from complete. Although our commitment to diversity and inclusion will remain unwavering, we recognize that our efforts to achieve these ends must be constantly reevaluated and improved, especially in the face of present challenges. Progress is an iterative process: it requires persistent effort and evaluation. (Dean, 2017, 16)

Toward that end, the Diversity Report also announced that UNC-Chapel Hill is ramping up its efforts:

> This commitment to diversity and inclusion—driven by our conviction that the two are integral to one another and to the excellence we seek as an institution—has most recently manifested itself in our recommendation regarding the new University Office of Diversity and Inclusion. This office will be charged to build understanding across differences, promote the free exchange of disparate ideas, and create conditions to ensure that the educational and social benefits of diversity are equitably realized. This office will also address the issues of our contemporary society and strive to position all students, faculty, and staff to reach their greatest potential. (Dean, 2017, 3)

Recognizing the need to ramp up rather than scale back effort is especially important given that UNC-Chapel Hill has committed to pursuing diversity and inclusion as a broader and more comprehensive institutional project that responds to ongoing changes within and outside the University. As noted in the Diversity Report:

> It is worth noting that our understanding of these issues has changed and deepened over time. Although the University enrolled its first student in 1795, it was another full century until we enrolled our first female student, and another thirty years until we enrolled our first American Indian student, and another twenty until we enrolled our first black student. The student body at the University has changed dramatically since then—partly because our state and nation have changed, but also because those who came before us on this campus came to realize that the differences we had resisted were in fact crucial to the excellence we sought. (Dean, 2017, 2)

108

Based on the survey data, the declarations, deposition transcripts, and other resources, it is clear that UNC-Chapel Hill is realizing educational benefits that flow from diversity and inclusion and is committed to doing more to further realize the educational benefits of diversity. The findings from my analyses reinforce the following points:

[1] The relative difference of students' precollege environment elevates the importance of exposing students to diversity toward preparing them to live and work in more diverse and complex environments after graduation.

[2] Exposure to diversity both in and outside of the classroom contributes to undergraduate students' education in a variety of ways that are consistent with the empirical literature.

[3] Faculty members actively create conditions in the classroom to realize the educational and social benefits of diversity.

[4] Sustained exposure to diversity has made a significant difference in the lives of alumni after graduation.

[5] The intellectual and social gains associated with diversity through undergraduate education have both short- and long-term significance for students' preparation for life beyond college.

[6] The University has responded to challenges associated with diversity by addressing those challenges in ways that improve its overall institutional capacity to actualize the benefits for all students.

[7] The University has become even more committed over time toward engaging in a long-term process of building the necessary conditions to improve diversity and inclusion.

[8] The University's commitment is reflected in its investment of resources toward building and sustaining an inclusive community by undertaking a wide range of campus programs and initiatives.

[9] By offering key programs and personnel, UNC-Chapel Hill's efforts have engaged and empowered students on campus, which have especially helped those who had to overcome their initial academic, cultural, and social challenges.

[10] There exists a deep appreciation among administrators, faculty, staff, and students for the ongoing work associated with diversity and inclusion at UNC-Chapel Hill.

109

[11] The elimination of any ongoing efforts to achieve diversity and inclusion, especially regarding the enrollment of a diverse student body, would severely diminish UNC-Chapel Hill's capacity to secure educational benefits.

[12] Scaling back efforts will be especially detrimental for those students from groups who feel most isolated in class, least supported by faculty, and most alienated on campus due largely to their race and ethnicity.

Overall, UNC-Chapel Hill is on a solid upward trajectory toward further securing and fostering educational benefits through its leadership, programmatic efforts, and targeted initiatives, which taken together is in accordance with the plan articulated in the Diversity Report:

> The achievement of these crucial benefits requires sustained and purposeful action. From pipeline programs and recruitment initiatives that reach students as they consider whether to apply to the University, to admissions and student-aid practices that allow us to enroll an outstanding and diverse student body, to the many programs that encourage excellence once students arrive, to the ways in which teaching and learning are being reinvented to optimize outcomes—in all that we do, we seek to act out our commitment to diversity and inclusion. (Dean, 2017, 6)

In closing, I have found that UNC-Chapel Hill has invested meaningfully in a purposeful and systematic approach concerning diversity, which begins but does not end with recruiting and admitting a diverse student body. A major part of this approach is to intentionally enrich the educational context in ways that improve both the quantity and quality of undergraduate students' engagement with diversity. The University's overall approach is responsive, ongoing, and multifaceted, accounting for many stakeholders and parts of university life. Taken together, its efforts have both secured significant benefits for undergraduate students and enhanced the capacity of the University to prepare those students to reason, communicate, and engage in an increasingly more diverse and complex world. Accordingly, the University's purposeful and systematic approach to diversity sustains and expands upon a wide range of deliberate actions both in and outside of the classroom, toward fulfilling the University's mission to serve better the people of North Carolina.

I reserve the right to amend or supplement my report and opinions.

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, I affirm this report.

_____

Dr. Mitchell J. Chang

1–11–18

_____

Date

111

# Mitchell James Chang

## (張孟杰)

University of California, Los Angeles
Graduate School of Education & Information Studies
3127 Moore Hall, Box 951521
(310) 825-0504/office
(310) 206-6293/fax
e-mail: mjchang@gseis.ucla.edu
Los Angeles, CA 90095-1521
http://www.gseis.ucla.edu/faculty/Chang

**EDUCATIONAL BACKGROUND**

*Doctor of Philosophy in Education*, June 1996
> Emphasis on Social Sciences and Higher Education
> University of California, Los Angeles
> Dissertation title: *Racial Diversity in Higher Education: Does a Racially Mixed Student Population Affect Educational Outcomes?*

*Masters in Education*, June 1990
> Emphasis on Human Development and Psychology
> Harvard University
> Comprehensive paper title: *Asian American Mental Health: A Perspective on Student Concerns*

*Bachelor of Arts*, June 1987
> With High Honors & Distinction in the Major
> Major in Personality Psychology
> University of California, Santa Barbara
> Senior Honor Thesis title: *The Effects of Status and Ingroup/Outgroup Salience on Group Ratings*

**ACADEMIC & ADMINISTRATIVE APPOINTMENTS**

CURRENT POSITION
University of California, Los Angeles
Graduate School of Education & Information Studies
> *Professor:* July, 2008-present in the division of Higher Education and Organizational Change with a joint appointment (courtesy) in the Asian American Studies Department
> • Faculty Chair, Sept. 2009-June 2010 (elect), Sept. 2010-2011.

> *Associate Professor:* July 2003-June 2008

112

- Division Head, July 2004-June 2006; July 2007-June 2008.

*Assistant Professor:* November 1999-June 2003
- Developed and taught courses in higher educational systems and organizations, campus diversity, doctoral research practicum, and Asian American experience in education.

PREVIOUS POSITIONS

University of Massachusetts Boston
Graduate College of Education & Information Studies
*Assistant Professor:* Winter 1998-Summer 1999 in the division of Higher Education Administration.
- Developed and taught courses in quantitative research design.

Stanford University
Center for Comparative Studies in Race and Ethnicity
*Postdoctoral Scholar & Executive Director of AERA Presidential Panel on Racial Dynamics in Higher Education:* Summer 1997-Summer 1999
- Developed and supervised an American Educational Research Association project that examined the state of research on racial dynamics in higher education.

Loyola Marymount University
College of Liberal Arts
*Associate Dean:* Summer 1996-Summer 1997
- Supervised and participated in curriculum and program development.
- Enforced university requirements for undergraduate education.
- Mentored undergraduate students.
- Chaired or participated in various university-wide committees.
- Represented the university at public and private functions.
- Advised and supported the Dean and Vice-President of Academic Affairs on budgetary and academic matters.

Asian Pacific American Studies
*Director:* Spring 1996-Summer 1997
- Administered annual program budget and hired part-time faculty.
- Supervised and evaluated part-time faculty and course offerings.
- Developed and implemented curriculum (readings, lectures and exams) for an introductory course in *Asian Pacific American Studies* (APAM 117).
- Co-developed and completed a university proposal to establish *Asian Pacific American Studies* as a minor.
- Supervised research assistants and undergraduate independent studies projects.
- Chaired the APAM Advisory Committee for curricular and program development.

American Cultures Department
*Instructor:* Fall 1995-Spring 1997
- Developed and implemented curriculum for an introductory course in comparative *race/ethnic studies*.
- Courses were designed to challenge students' notions of identity, positions of privilege, and assumptions about race, culture, class, gender, sexuality, etc.

113

# APPENDIX B

## JOURNAL ARTICLES

Tran, M.C., & Chang, M.J. (forthcoming). Asian American interest fraternities: Fulfilling unmet needs of the loneliest Americans. New Directions for Student Services.

Chang, M.J., Nguyen, M.H., & Chandler, K.L. (2015). Can data desegregation resolve blind spots in policy making?: Examining a case for Native Hawaiians. AAPI Nexus: Asian Americans & Pacific Islanders Policy Practice and Community, 13(1&2), 297-320.

Denson, N., & Chang, M.J. (2015). Dynamic relationships: Identifying moderators that maximize benefits associated with diversity. The Journal of Higher Education, 86(1), 1-37.

Chang, M.J. (2015). Applying our imagination to settle unfinished business, Journal Committed to Social Change on Race and Ethnicity, 1(1), 5-20.

Chang, M.J., Soh, M., Eagan, M.K., & Hurtado, S. (2014). Premedical students' orientation toward education: Challenges for the pipeline into medical school. Texas Education Review, 2(1), 44-61.

Chang, M. J., Sharkness, J., Hurtado, S., & Newman, C. B. (2014). What matters in college for retaining aspiring scientists and engineers from underrepresented racial groups. Journal of Research in Science Teaching, 51(5), 555-677.

Eagan, M.K., Hurtado, S., Chang, M.J., Garcia, G.A., Herrera, F.A., & Garibay, J.C. (2013). Making a difference in science education: The impact of

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 115 of 137

undergraduate research programs. <u>American Educational Research Journal</u>, <u>50</u>(4), 683-713.

Chang, M.J. (2013). Post-*Fisher*: The unfinished research agenda on student diversity in higher education, <u>Educational Researcher</u>, <u>42</u>(3), 172-173.

Gasiewski, J.A., Kagan, M.K., Garcia, G.A., Hurtado, S., & Chang, M.J. (2012). From gatekeeping to engagement: A multicontextual, mixed method study of student academic engagement in introductory STEM courses. <u>Research in Higher Education</u>, <u>53</u>(2), 229-261.

Hurtado, S., Eagan, M. K., Tran, M. C., Newman, C. B., Chang, M. J., & Velasco, P. (2011). "We do science here": Underrepresented students' interactions with faculty in different college contexts. <u>Journal of Social Issues</u>, <u>67</u>(3), 553-579.

Chang, M.J., Eagan, M.K., Lin, M.H., & Hurtado, S. (2011). Considering the impact of racial stigmas and science identity: Persistence among biomedical and behavioral science aspirants. <u>Journal of Higher Education</u>, <u>82</u>(5), 564-596.

Eagan, M.K., Sharkness, J., Hurtado, S., Mosqueda, C.M., & Chang, M.J. (2011). Engaging undergraduates in science research: Not just about faculty willingness. <u>Research in Higher Education</u>, <u>52</u>(2), 151-177.

Chang, M.J. (2011). Battle hymn of the model minority myth, <u>Amerasia Journal</u>, <u>37</u>(2), 137-143.

Hurtado, S., Newman, C.B., Tran, M.C., & Chang, M.J. (2010). Improving the rate of success for underrepresented racial minorities in STEM fields: Insights

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 116 of 137

from a national project. <u>New Directions for Institutional Research</u>, <u>148</u> (Winter), 5-15.

Park, J.J., & Chang, M.J. (2010). AAPI serving institutions: The motivations and challenges behind seeking a federal designation. <u>AAPI Nexus: Asian Americans & Pacific Islanders Policy Practice and Community</u>, <u>7</u>(2), 107-125.

Kim, Y., Chang, M.J., & Park, J.J. (2009). Engaging with faculty: Examining rates, predictors, and educational effects for Asian American Undergraduates. <u>Journal of Diversity in Higher Education</u>. <u>2</u>(4), 206-218.

Museus, S.D., & Chang, M.J. (2009). Rising to the challenge of conducting research on Asian Americans in Higher Education. <u>New Directions for Institutional Research</u>, <u>142</u> (Summer), 95-105.

Denson, N., & Chang, M.J. (2009). Racial diversity matters: The impact of diversity-related student engagement and institutional context. <u>American Educational Research Journal</u>, <u>46</u>(2), 322-353.

*Reprinted in S. R. Harper & S. Hurtado (Eds.), Racial and ethnic diversity in higher education. ASHE Reader Series (3rd ed.). Boston: Pearson.*

Chang, M.J., Cerna, O., Han, J., & Saenz, V. (2008). The contradictory roles of institutional status in retaining underrepresented students in biomedical and behavioral science majors. <u>The Review of Higher Education</u>, <u>31</u>(4), 433-464.

Guiton, G., Chang, M.J., & Wilkerson, L. (2007). Student body diversity: Relationship to medical students' experiences and attitudes. <u>Academic Medicine</u>, <u>82</u>(10 Suppl), S85-S88.

Chang, M.J. (2007). Beyond artificial integration: Re-imagining cross-racial interactions among undergraduates. <u>New Directions for Student Services</u>, <u>120</u>(Winter), 25-38.

116

EDITED BOOKS & JOURNALS

Chang, M.J., & Kiang, P. (Eds.; 2010). Special Issue on Higher Education. <u>AAPI Nexus: Asian Americans & Pacific Islanders Policy Practice and Community</u>, <u>7</u>(2).


Kiang, P., & Chang, M.J. (Eds.; 2010). Special Issue on K-12 Education. <u>AAPI Nexus: Asian Americans & Pacific Islanders Policy Practice and Community</u>, <u>7</u>(1).


BOOK CHAPTERS/PUBLISHED REPORTS

Chang, M.J. (forthcoming). Changing the course of history: Imagining new possibilities for addressing old business. In L. Perna (Ed.), <u>Advancing Equity, Inclusiveness, and Social Change in Higher Education: How Academics Connect Research, Advocacy, and Policy</u>. Baltimore, MD: Johns Hopkins University Press.


Chang, M.J. (forthcoming). Realizing the Educational Benefits of Diversity: A State of Perpetual Institutional Self-Correction. In R.S. Feldman (Ed.), <u>First Year Student Success</u>. Cambridge, UK: Cambridge University Press.


Kukahiko,K.T., & Chang, M.J. (forthcoming). Athletic scholarship arrangement: Maximizing educational opportunities for Pacific Islanders in college football. In E. Comeaux, E. (Ed.). <u>College Athletes' Rights and Well-being: Critical Perspectives on Policy and Practice</u>. Baltimore, MD: Johns Hopkins University Press.


Chang, M.J. (2017). Foreword: Moving the course of history. In S. D. Museus, A. Agbayani, & D. M. Ching (Eds.), <u>Focusing on the Underserved: Immigrant, Refugee, and Indigenous Asian American and Pacific Islanders in Higher Education</u> (pp. ix-xii). Charlotte, NC: Information Age Publishing Inc.

Chang, M.J. (2015). Amplifying Asian American presence: Contending with dominant racial narratives in *Fisher*. In U. M. Jayakumar, & L. M. Garces (Eds.), <u>Affirmative Action and Racial Equity: Considering the Fisher Case to Forge the Path Ahead</u> (pp. 130-149). New York, NY: Routledge.

Jayakumar, U.M. & Adamian, A.S., with Chang, M.J. (2015). Reflections on the diversity (rationale) literature: Examining the potential and need for critical diversity research praxis. In U. M. Jayakumar, & L. M. Garces (Eds.), <u>Affirmative Action and Racial Equity: Considering the Fisher Case to Forge the Path Ahead</u> (pp. 186-209). New York, NY: Routledge.

Chang, M.J. (2015). Sense and sensibility: Considering the dynamic between scholarship and lived experiences. In B. Pusser, A. Martinez-Aleman, & E. Bensimon (Eds.), <u>Critical Research in Higher Education: A Practical Introduction</u> (pp. 44-58). Baltimore, MD: Johns Hopkins University Press.

Chang, M.J. (2013). Introduction to Asian American and Pacific Islander identity. In S.D. Museus, D.C. Maramba, & R.T. Teranishi (Eds.), <u>The Misrepresented Minority</u> (pp. 43-46). Sterling, VA: Stylus.

Tran, M.C., & Chang, M.J. (2013). To be mice or men. In S.D. Museus, D.C. Maramba, & R.T. Teranishi (Eds.), <u>The Misrepresented Minority</u> (pp. 67-85). Sterling, VA: Stylus.

Chang, M.J. (2012). Educational benefits of diversity. In J.A. Banks (Ed.), <u>Encyclopedia of Diversity in Education, Volume 2</u> (pp. 745-749). Thousand Oaks, CA: Sage Publication Inc.

Chang, M.J., & Shek, Y.L. (2012). Asian American Studies. In J.A. Banks (Ed.), Encyclopedia of Diversity in Education, Volume 1 (pp. 142-145). Thousand Oaks, CA: Sage Publication Inc.

Chang, M.J., & Garibay, J. (2012). Campus balkanization and segregation. In J.A. Banks (Ed.), Encyclopedia of Diversity in Education, Volume 1 (pp. 287-290). Thousand Oaks, CA: Sage Publication Inc.

Chang, M.J. (2011). Quality matters: Achieving benefits associated with racial diversity. Kirwan Institute, Ohio State University. Available at: (http://www.kirwaninstitute.osu.edu/reports/2011/10_2011_AchievingBenefitsAssociatedwithDiversity.pdf)

Chang, M.J. (2011). Asian American and Pacific Islander millennial students at a tipping point. In F.A. Bonner II, A.F. Marbley, & M.F. Howard-Hamilton (Eds.), Diverse Millennial Students in College: Implications for Faculty and Student Affairs (pp. 55-67). Sterling, VA: Stylus Publishing.

Chang, M.J., & Ledesma, M.C. (2011). The diversity rationale: Its limitations for educational practice. In L.M. Stulberg, & S.L. Weinberg (Eds.), Diversity in Higher Education: Toward a More Comprehensive Approach (pp. 74-85). New York, NY: Routledge.

Chang, M.J., Milem, J.F., & antonio, A.L. (2011). Campus climate and diversity. In S.R. Harper, & J. Schuh (Eds.), Student Services: A Handbook for the Profession, 5th Edition. San Francisco, CA: Jossey-Bass.

Park, J.J., Lin, M.H., Poon, O.A., & Chang, M.J. (2008). Asian American college students and civic engagement. In Ong, P.M. (Ed.) The State of Asian America: Trajectory of Civic and Political Engagement. Los Angeles: Leadership Education for Asian Pacifics. http://www.leap.org/inform_ppi_downloads.html

119

Chang, M.J., Park, J., Lin, M.H., Poon, O., & Nakanishi, D.T. (2007). <u>Beyond myths: The growth and diversity of Asian American college freshmen, 1971-2005</u>. Higher Education Research Institute, UCLA.

REVIEWS

Chang, M.J. (2009). Review of Li, G., & Wang, L. (Eds.). *Model Minority Myth Revisited: An Interdisciplinary Approach to Demystifying Asian American Educational Experiences*. <u>Education Review</u>, http://edrev.asu.edu/reviews/rev771.htm.

OTHER PUBLISHED ARTICLES

Chang, M.J. (February 14, 2014), The pyramid shape of our higher education system. <u>Zocalo Public Square</u>, http://www.zocalopublicsquare.org/2014/02/14/americas-got-an-undergraduate-problem/ideas/up-for-discussion/

Chang, M.J. (May 23, 2011). Is Harvard worth all the fuss? <u>Huffington Post</u>, http://www.huffingtonpost.com/mitchell-j-chang/is-harvard-worth-all-the-_b_865774.html

Chang, M.J. (May 23, 2011). Busting the myth: Are Asian Americans really up for it? <u>Hyphen Magazine</u>, http://www.hyphenmagazine.com/blog/archive/2011/05/busting-myth-are-asian-americans-really-it

Chang, M.J. (January 26, 2011). 'Tiger Mother' adds to stereotype, hurts chances for college. <u>Sacramento Bee</u>, 17A.

Chang, M.J. (May 15, 2008). Asian evasion: A recipe for flawed resolutions. <u>Diverse: Issues in Higher Education</u>, 26.


TECHNICAL REPORTS/MONOGRAPHS

Chang, M.J., Chandler, K.L., & Nguyen, M.H. (2015). Leadership Development Program for Higher Education (LDPHE): Participants' Job Mobility. For Leadership Education for Asian Pacifics, Inc. (LEAP).


Drange, S.L., Mayorga, O., & Chang, M.J. (2015). Special Report on the Academic Senate's Departmental Program Review Process and its Influence on Diversity-Related Departmental Issues. For the UCLA Office of the Executive Vice Chancellor/Provost.

Park, J.J., & Chang, M.J. (Fall 2008). <u>Asian American & Pacific Islander Serving Institutions</u>. Asian American & Pacific Islander Policy Multi-Campus Research Program (MRP) Policy Brief, University of California.

## I. __Academic References__

Addams, A. N., Bletzinger, R. B., Sondheimer, H. M., White, S. E., & Johnson, L. M. (2010). *Roadmap to diversity: Integrating holistic review practices into medical school admission processes*. Washington, DC: American Association of Medical Colleges.

antonio, A. L. (2001a). Diversity and the influence of friendship groups in college. *The Review of Higher Education*, *25*(1), 63-89.

antonio, A. L. (2001b). The role of interracial interaction in the development of leadership skills and cultural knowledge and understanding. *Research in Higher Education*, *42*(5), 593-617.

antonio, A. L. (2004). When does race matter in college friendships? Exploring men's diverse and homogeneous friendship groups. *The Review of Higher Education*, *27*(4), 553-575.

antonio, A. L., Chang, M. J., Hakuta, K., Kenny, D. A., Levin, S., & Milem, J. F. (2004). Effects of racial diversity on complex thinking in college students. *Psychological Science*, *15*(8), 507-510.

Astin, A. W. (1968). *The college environment*. Washington, DC: American Council on Education.

Astin, A. W. (1991). *Assessment for Excellence: The Philosophy and Practice of Assessment and Evaluation in Higher Education*. New York: Macmillan.

Astin, A. W. (1993a). Diversity and multiculturalism on the campus. How are students affected? *Change, 25*(2), 44-49.

Astin, A. W. (1993b). *What matters in college?: Four critical years revisited.* San Francisco: Jossey-Bass.

Astin, A. W., & Oseguera, L. (2004). The declining 'equity' of American higher education. *The Review of Higher Education, 27*(3), 321-342

Bastedo, M. N., & Jaquette, O. (2011). Running in place: Low-income students and the dynamics of higher education stratification. *Educational Evaluation and Policy Analysis*, *33*(3), 318-339.

Bontrager, B. (2008). A definition and context for current SEM practice. In B. Bontrager (ed.), *SEM and institutional success: Integrating enrollment,*

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 123 of 137

*finance, and student access.* Washington, DC: Association of Collegiate Registrars and Admissions Officers.

Bowen., W.G., & Bok, D. (1998). *The Shape of the River: Long-Term Consequences of Considering Race in College and University Admissions.* Princeton: Princeton University Press.

Bowman, N. A., Park, J. J., & Denson, N. (2015). Student involvement in ethnic student organizations: Examining civic outcomes 6 years after graduation. *Research in Higher Education*, *56*(2), 127-145.

Braddock, J. H. (1980). The perpetuation of segregation across levels of education: A behavioral assessment of the contact-hypothesis. *Sociology of Education*, 178-186.

Cabrera, A. F., Crissman, J. L., Bernal, E. M., Nora, A., Terenzini, P. T., & Pascarella, E. T. (2002). Collaborative learning: Its impact on college students' development and diversity. *Journal of College Student Development, 43*(1), 20-34.

Carnevale, A. P., & Rose, S. J. (2003). *Socioeconomic status, race/ethnicity, and selective college admissions.* New York, NY: Report for the Century Foundation.

Chang, M. J. (1996). *Racial diversity in higher education: Does a racially mixed student population affect educational outcomes?* Ph.D. dissertation, University of California, Los Angeles.

Chang, M. J. (1999). Does racial diversity matter?; The educational impact of a racially diverse undergraduate population. *Journal of College Student Development, 40*(4), 377-395.

Chang, M. J. (2002a). An exploratory study of the role of race in selecting a student body with a broader range of viewpoints. *Promoting Inclusion,* 5, 4-13.

Chang, M.J. (2002b). The impact of an undergraduate diversity course requirement on students' level of racial prejudice, Journal of General Education, 51(1), 21-42.

123

Chang, M. J., Astin, A. W., & Kim, D. (2004). Cross-racial interaction among undergraduates: Some consequences, causes, and patterns. *Research in Higher Education*, *45*(5), 529-553.

Chang, M. J. (2003). Racial differences in viewpoints about contemporary issues among entering college students: Fact or fiction? *NASPA Journal, 40*(4), 55-71.

Chang, M. J., Seltzer, M., & Kim, J. (2001). Diversity of opinions among entering college students: Does race matter? In *American Educational Researcher Association Conference*.

Cheslock, J. J.,  & Kroc, R. (2012). Managing college enrollments. In R. D. Howard, G. W. McLaughlin, & W. E. Knight (eds.), *The handbook of institutional research* (221-236)*.* San Francisco, CA: Jossey-Bass.

Coleman, A. L., Palmer, S. R., & Winnick, S. Y. (2008). Roadmap to diversity: Key legal and educational policy foundations for medical schools. Washington, DC: Association of American Medical Colleges.

Coleman, A.L., & Palmer S.R. (2006). *Admissions and diversity after Michigan: The next generation of legal and policy issues*. Washington, DC: The College Board.

Coser, R. (1975). The Complexity of Roses as a Seedbed of Individual Autonomy. In L.A. Coser (ed.) *The Idea of Social Structure: Papers in Honor of Robert Merton*. New York: Harcourt Brace Jovanovich.

Cox, T.H. (1993). *Cultural Diversity in Organizations: Theory, Research & Practice*. San Francisco: Berrett-Koehler.

Daniel, K., Black, D., & Smith, J. (1997). College quality and the wages of young men. Manuscript.

Denson, N. (2009). Do curricular and cocurricular diversity activities influence racial bias? A meta-analysis. *Review of Educational Research*, *79* (2), 805-838.

Denson, N., & Chang, M. J. (2015). Dynamic relationships: Identifying moderators that maximize benefits associated with diversity. *The Journal of Higher Education*, *86*(1), 1-37.

124

Denson, N., & Chang, M. J. (2009). Racial diversity matters: The impact of diversity-related student engagement and institutional context. *American Educational Research Journal*, *46*(2), 322-353.

Dey, E. L. (1997). Undergraduate political attitudes: Peer influence in changing social contexts. *Journal of Higher Education*, *68* (4), 398–413.

Dental Pipeline. (2010). *Pipeline, profession and practice: Community-based dental education*. Retrieved from http://www.dentalpipeline.org/index.html.

Edmunds, R. K. (2006). Increasing access to care with diversity. *Journal of Dental Education*, *70*(9), 918-920.

Edwards, J. C., Maldonado Jr., F. G., & Engelgau, G. R. (2000). Beyond affirmative action: One school's experiences with a race-neutral admission process. *Academic Medicine*, *75*(8), 806-815.

Engberg, M. E. (2007). Educating the workforce for the 21st century: A cross-disciplinary analysis of the impact of the undergraduate experience on students' development of a pluralistic orientation. *Research in Higher Education*, *48*(3), 283-317.

Erickson, E. H. (1946). Ego development and historical change. In P. Greenacre et al. (eds.) *The Psychoanalytic Study of the Child*, *2*, 359-396.

Erikson, E. H. (1956). The Problem of Ego Identity. *Journal of the American Psychoanalytic Association*, *4* (1), 56-121.

Fries-Britt, S., & Griffin, K. (2007). The Black box: How high-achieving Blacks resist stereotypes about Black Americans. *Journal of College Student Development*, *48*(5), 509-524.

Fries-Britt, S., & Turner, B. (2002). Uneven stories: Successful black collegians at a black and a white campus. *The Review of Higher Education*, *25*(3), 315-330.

Globetti, E. C., Globetti, G., Brown, C. L., & Smith, R. E. (1993). Social Interaction and Multiculturalism. *NASPA Journal, 30* (3), 209-218.

Gruenfeld, D. H., Thomas-Hunt, M. C., & Kim, P. H. (1998). Cognitive flexibility, communication strategy, and integrative complexity in groups: Public versus

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 126 of 137

private reactions to majority and minority status. *Journal of Experimental Social Psychology*, *34*(2), 202-226.

Guiton, G., Chang, M. J., & Wilkerson, L. (2007). Student body diversity: Relationship to medical students' experiences and attitudes. *Academic Medicine*, *82*(10), S85-S88.

Gurin, P. (1999). Expert Report of Patricia Gurin, in *The Compelling Need for Diversity in Higher Education:* Gratz, et al. v. Bollinger, et al*., No. 97-75231 (E.D. Mich.)*; Grutter et al. v. Bollinger, et al*., No. 97-75928 (E.D. Mich.)*. Ann Arbor: University of Michigan.

Gurin, P., Dey, E., Hurtado, S., & Gurin, G. (2002). Diversity and higher education: Theory and impact on educational outcomes. *Harvard Educational Review*, *72*(3), 330-366.

Hossler, D. (2014). Origins of strategic enrollment management. In D. Hossler & B. Bontrager (eds.), *Handbook of strategic enrollment management* (pp. 3-17)*.* San Francisco: Jossey-Bass.

Hurtado, S. (2001a). Linking diversity and educational purpose: How diversity affects the classroom environment and student development. In G. Orfield (ed.), *Diversity challenged: Evidence on the impact of affirmative action* (pp. 187–203)*.* Cambridge, MA: Harvard Education Publishing Group.

Hurtado, S., Alvarez, C. L., Guillermo-Wann, C., Cuellar, M., & Arellano, L. (2012). A model for diverse learning environments. In J.C. Smart & M.B. Paulsen (eds.), *Higher education: Handbook of theory and research* (41-122). New York: Springer.

Hurtado, S., Dey, E. L., Gurin, P., & Gurin, G. (2003). College environments, diversity, and student learning. In *Higher education: Handbook of theory and research 18,* ed. J. C. Smart, 145-90. UK: Kluwer Academic Publishers.

Hurtado, S., Milem, J. F., Clayton-Pedersen, A. R., & Allen, W. R. (1998). Enhancing campus climates for racial/ethnic diversity: Educational policy and practice. *The Review of Higher Education*, *21* (3), 279-302.

Hurtado, S., Milem, J. F., Clayton-Pedersen, A. R., & Allen, W. R. (1999). Enacting diverse learning environments: Improving the climate for

126

racial/ethnic diversity in higher education. *ASHE/ERIC Higher Education Reports Series*, *26*(8).

Johnson , R. T., & Johnson, D. W. (1986). Action research: Cooperative learning in the science classroom. *Science and Children* , 24, 31-32.

Johnson, D. W., & Johnson, R. T. (1989). Cooperation and competition: Theory and research. Edina, MN: Interaction Book Company.

Johnson, D. W., & Johnson, R. T. (1999). Making cooperative learning work. *Theory into practice*, *38*(2), 67-73.

Kanter, R.M. (1977).  Some effects of proportions on group life: Skewed sex ratios and responses to token women. *American Journal of Sociology, 82* (5), 965-990.

Kanter, R.M. (1983). *The Change Masters*. New York: Simon & Schuster.

Karen, D. (2002). Changes in access to higher education in the United States: 1980-1992. *Sociology of Education, 75*(3), 191-210.

Komaromy, M., Grumbach, K., Drake, M., Vranizan, K., Lurie, N., Keane, D., & Bindman, A. B. (1996). The role of black and Hispanic physicians in providing health care for underserved populations. *New England Journal of Medicine*, *334*(20), 1305-1310.

Laird, T. F. N., Engberg, M. E., & Hurtado, S. (2005). Modeling accentuation effects: Enrolling in a diversity course and the importance of social action engagement. *The Journal of Higher Education*, *76*(4), 448-476.

Langer, E.J. (1978). Rethinking the Role of Thought in Social Interaction. In J. Harvey, W. Ickes, & R. Kiss (eds.)  *New Directions in Attribution Research*, 2, 35-58.

Lapovsky, L. (2001). Institutional financial health: Tuition discounting and enrollment management. In A. F. Cunningham, J. V. Wellman, M. E. Clinedinst, J. P. Merisotis, & C. D. Carroll (eds.), *Study of college costs and prices, 1988–89 to 1997–98 Volume 2: Commissioned Papers* (pp. 57-76). Washington, DC: U.S. Department of Education, National Center for Education Statistics.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 128 of 137

Milem, J. F. (1992). The impact of college on students' racial attitudes and levels of racial awareness and acceptance. (Doctoral dissertation, UCLA, 1992). *Dissertation Abstracts International*, *53*, 2706.

Milem, J. F. (1994). College, students, and racial understanding. *Thought & Action, 9*(2), 51-92.

Milem, J. F. (2003). The educational benefits of diversity: Evidence from multiple sectors. In M. J. Chang, D. Witt, J. Jones, & K. Hakuta (eds.), *Compelling interest: Examining the evidence on racial dynamics in colleges and universities* (126-169). Palo Alto: Stanford University Press.

Milem, J. F., Chang, M. J., & antonio, a. l. (2005). *Making diversity work on campus: A research-based perspective.* Washington, DC: Association of American Colleges and Universities.

Milem, J.F., Umbach, P.D., and Liang, C.T.H. (2004). Exploring the perpetuation hypothesis: The role of colleges and universities in desegregating society. *Journal of College Student Development, 45* (6), 688-700.

Monroe, A., Quinn, E., Samuelson, W., Dunleavy, D. M., & Dowd, K. W. (2013). An overview of the medical school admission process and use of applicant data in decision making: What has changed since the 1980s? *Academic Medicine*, *88*(5), 672-681

Murphy, M. C., Steele, C. M., & Gross, J. J. (2007). Signaling threat: How situational cues affect women in math, science, and engineering settings. *Psychological Science*, *18* (10), 879-885.

Museus, S. D. "The Role of Ethnic Student Organizations in Fostering African American and Asian American Students' Cultural Adjustment and Membership at Predominantly White Institutions." *Journal of College Student Development*, vol. 49 no. 6, 2008, 568-586.

Museus, S. D., Nichols, A. H., & Lambert, A. D. (2008). Racial differences in the effects of campus racial climate on degree completion: A structural equation model. *The Review of Higher Education*, *32*(1), 107-134.

Musil, C. M. (Ed.) (1992). *The courage to question: Women's studies and student learning.* Washington, DC: Association of American Colleges.

128

Orfield, G., & Eaton, S. E. (1996). *Dismantling desegregation: The quiet reversal of Brown v. Board of Education*. New York: New Press.

Orfield, G., & Whitla, D. (1999). *Diversity and legal education: Student experiences in leading law schools.* Cambridge: Civil Rights Project at Harvard University.

Page, S. E. (2008). *The difference: How the power of diversity creates better groups, firms, schools, and societies*. Princeton University Press.

Pascarella, E. T., & Terenzini, P. T. (1991). *How college affects students: findings and insights from twenty years of research*. San Francisco: Jossey-Bass.

Perry, W. G. 1970. *Forms of intellectual and ethical development in the college years: A scheme*. New York: Holt, Rinehart and Winston.

Piaget, J. (1971). The theory of stages in cognitive development. In D.R. Green, M.P. Ford, & G.B. Flamer (eds.), *Measurement and Piaget* (1-11). New York: McGraw Hill.

Piaget, J. (1975/1985). *The equilibrium of cognitive structures: The central problem of intellectual development*. Chicago: University of Chicago Press.

Pike, G. R., & Kuh, G. D. (2006). Relationships among structural diversity, informal peer interactions and perceptions of the campus environment. *The Review of Higher Education*, *29*(4), 425-450.

Posselt, J. R., Jaquette, O., Bielby, R., & Bastedo, M. N. (2012). Access without equity: Longitudinal analyses of institutional stratification by race and ethnicity, 1972–2004. *American Educational Research Journal*, *49*(6), 1074-1111.

Price, S. S., & Grant-Mills, D. (2010). Effective admissions practices to achieve greater student diversity in dental school. *Journal of Dental Education, 74*(10 supplement), s87-s97.

Prillerman, S. L., Myers, H. F., & Smedley, B. D. (1989). Stress, well-being, and academic achievement in college. In G. L. Berry & J. K. Asamen (Eds.), *Black students: Psychosocial issues and academic achievement* (198-217). Thousand Oaks, CA: Sage Publications.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 130 of 137

Reskin, B.F. (1998). *The Realities of Affirmative Action in Employment*. Washington, DC: American Sociological Association.

Rowan-Kenyon, H. (2007). Predictors of delayed college enrollment and the impact of socioeconomic status. *The Journal of Higher Education, 78*(2), 188-214.

Saenz, V. B., Ngai, H. N., & Hurtado, S. (2007). Factors influencing positive interactions across race for African American, Asian American, Latino, and White college students. *Research in Higher Education*, *48*(1), 1-38.

Saha, S., Guiton, G., Wimmers, P. F., & Wilkerson, L. (2008). Student body racial and ethnic composition and diversity-related outcomes in US medical schools. *Jama*, *300*(10), 1135-1145.

Sax, L. J., & Astin, A. W. (1997). The development of 'civic virtue'among college students. *The Senior year experience: Facilitating integration, reflection, closure, and transition* (131-151).

Sax, L. J., Astin, A. W., Korn, W. S., & Gilmartin, S. K. (1999). *The American College Teacher: National Norms for the 1998–1999 HERI Faculty Survey*. Los Angeles*:* University of California, Higher Education Research Institute.

Slavin , R. E. (1989). Research on cooperative learning: An international perspective. *Scandinavian Journal of Educational Research,* 33(4), 231-243.

Slavin, R. E. (1985). Cooperative learning: Applying contact theory in desegregated schools. *Journal of Social Issues, 41(*1), 45-62.

Slavin, R. E. (1980). Cooperative learning. *Review of educational research*, *50*(2), 315-342.

Smedley, B. D., Myers, H. F., & Harrell, S. P. (1993). Minority-status stresses and the college adjustment of ethnic minority freshmen. *The Journal of Higher Education*, *64*(4), 434-452.

Steele, C. M. (1992). Race and the schooling of Black Americans. *The Atlantic Monthly*, April, 68-78.

Steele, C. M. (1997). A threat in the air: How stereotypes shape intellectual identity and performance. *American Psychologist, 52*(6), 613-629.

Case 1:14-cv-00954-LCB-JLW   Document 154-20   Filed 01/18/19   Page 131 of 137

Steele, C. M. (1998). Stereotyping and its threat are real. *American Psychologist*, *53*(6), 680-681.

Steele, C. M., & Aronson, J. (1995). Stereotype threat and the intellectual test performance of African Americans. *Journal of Personality and Social Psychology, 69*(5), 797-811.

Steele, C. M., Spencer, S. J., & Aronson, J. (2002). Contending with group image: The psychology of stereotype and social identity threat. *Advances in Experimental Social Psychology*, *34*, 379-440.

Sullivan, L. W. (2004). Missing persons: Minorities in the health professions, A report of the Sullivan Commission on Diversity in the Healthcare Workforce.

Tanaka, G. K. (1996). *The impact of multiculturalism on white students* (Order No. 9629220). Available from Dissertations & Theses @ University of California; ProQuest Dissertations & Theses A&I. (304270425).

Terenzini, P. T., Cabrera, A. F., Colbeck, C. L., Bjorklund, S. A., & Parente, J. M. (2001). Racial and ethnic diversity in the classroom: Does it promote student learning?. *The Journal of Higher Education*, *72*(5), 509-531.

Terrell, C., & Beaudreau, J. (2003). 3000 by 2000 and beyond: Next steps for promoting diversity in the health professions. *Journal of Dental Education*, *67*(9), 1048-1052.

Tsui, A. S., & Gutek, B. A. (1999). *Demographic differences in organizations: Current research and future directions*. Lexington Books.

US Department of Health and Human Services [USDHHS]. (2000). Oral health in America: A report of the Surgeon General. *Rockville, MD: US Department of Health and Human Services, National Institute of Dental and Craniofacial Research, National Institutes of Health*, *63*, 74-94.

Villalpando, O. (1994). *Comparing the Effects of Multiculturalism and Diversity on Minority and White Students' Satisfaction with College*. Paper presented at the Annual Meeting of the Association for the Study of Higher Education, Tucson, AZ, ERIC Clearinghouse, ED 375721.

Walton, G. M., & Carr, P. B. (2012). Social belonging and the motivation and intellectual achievement of negatively stereotyped students. In M. Inzlicht &

T. Schmader (eds.), *Stereotype threat: Theory, process, and application* (89-106). New York: Oxford University Press.

Walton, G. M., & Cohen, G. L. (2007). A question of belonging: Race, social fit, and achievement. *Journal of personality and social psychology*, *92*(1), 82-96.

Whitla, D. K., Orfield, G., Silen, W., Teperow, C., Howard, C., & Reede, J. (2003). Educational benefits of diversity in medical school: A survey of students. *Academic Medicine*, *78*(5), 460-466.

## II.  <u>Witness Declarations (Listed Alphabetically by Last Name)</u>

1. Nilay Tanik Argon
2. Ezra Baeli-Wang
3. Rye Barcott
4. Chelsea Barnes
5. Melody Barnes
6. Taylor Bates
7. Frank Baumgartner
8. Ronald F. Bilbao
9. Allan Blattner
10. Cedric Bright
11. W. Fitzhugh Brundage
12. Regan Buchanan
13. Maribel Carrion
14. J. Christopher Clemens
15. Mary Cooper
16. Michael T. Crimmins
17. Paul Cuadros
18. Marty Davidson
19. Joseph DeSimone
20. Lauren Eaves
21. Laura Gamo
22. Rachel Gogal
23. Teodoro ("Teddy") Gonzalez
24. Atrayus O. Goode
25. Peter Henry
26. Jennifer Ho
27. Kelly Hogan

28. Sherick Hughes
29. Brittany Hunt
30. Emil Kang
31. Joseph Alexander Kenley
32. Crystal King
33. Richard H. Kohn
34. Donovan Livingston
35. Kendall Luton
36. Karol Mason
37. Steven Matson
38. Patricia McAnany
39. Lindsay-Rae McIntyre
40. Ashley McMillan
41. J. Michael Ortiz
42. Merrick Osborne
43. Jordan Peterkin
44. Micah Poulson
45. Jonathan Reckford
46. Vishal Reddy
47. Neils Ribeiro-Yemofio
48. Jonathan Rich
49. Viji Sathy
50. Shruti Shah
51. Louise Toppin
52. Richard Vinroot
53. Richard ("Stick") Williams
54. Camille Wilson
55. Anan Zhou

III. **Deposition Transcripts (Listed Alphabetically by Last Name)**
1. Rumay Alexander
2. Taffye Benson Clayton
3. Yolanda Coleman
4. Michael Davis
5. Jim Dean
6. Christopher Faison
7. Stephen Farmer
8. Carol Lynn Folt

133

9.     Jennifer Kretchmar
10.    Abigail Panter
11.    Andrew Parrish
12.    Ni-Eric Perkins
13.    Barbara Polk
14.    Jared Rosenberg
15.    Damon Toone
16.    Lynn Williford


IV.  **Other Materials**

1.  Publicly available data and information located on the UNC-Chapel Hill Office of Institutional Research and Assessment website, available at <https://oira.unc.edu/institutional-effectiveness/surveys-and-other-assessment-data/>.

    a.     Cooperative Institutional Research Program Freshman Surveys
    b.     National Survey of Student Engagement Surveys
    c.     Student Experience in the Research University Surveys
    d.     UNC-Chapel Hill Sophomore Surveys
    e.     UNC-Chapel Hill Graduating Senior Surveys

2.  Publicly available materials located on the UNC-Chapel Hill Office of Diversity and Inclusion (formerly the Office of Diversity and Multicultural Affairs) website

3.  The legal complaint filed in this action, *Students for Fair Admissions, Inc. v. University of North Carolina*, No. 1:14-CV-954 (M.D.N.C.) (publicly available)

4.  The Educational Benefits of Diversity and Inclusion for Undergraduate Students at the University of North Carolina Chapel Hill, Report Submitted to Chancellor Carol L. Folt by Executive Vice Chancellor and Provost James W. Dean, Jr., May 26, 2017

5.  Brief of Amicus Curiae The University of North Carolina at Chapel Hill in Support of Respondents, *Fisher v. University of Texas Austin*, No. 14-981 (publicly available)

6.  UNC Faculty Council Resolution 2016-12 On Commitment to Diversity and Inclusion (UNC0283261)

7.  April 15, 2016 Presentation, "Educational Benefits of Diversity," by Professor Rumay Alexander (UNC0283224)

8.  Report of the Chancellor's Task Force on Diversity (April 26, 2005) (publicly available)

134

9. Comparison Document Between 2010 and 2005 Diversity Survey Data (UNC0137792)
10. Summary Reports of 2010 Faculty Responses (Diversity Survey) (UNC0137808)
11. Summary Reports of 2010 Staff Responses (Diversity Survey) (UNC0137892)
12. Summary Reports of 2010 Student Responses (Diversity Survey) (UNC0130773)
13. DMA Diversity Plan Report (2014-2015) (UNC0283397)
14. Provost's Committee on Inclusive Excellence and Diversity: Big 5 Ideas (UNC0108659)
15. The Carolina Metrics PowerPoint (UNC0132974)
16. 2020 Strategic Plan for Underrepresented Undergraduate Males of Color (Minority Male Engagement) (UNC0195636)
17. 2015-2016 Community and Diversity Committee Annual Report (April 15, 2016) (UNC0283194)
18. Faculty Council PowerPoint on Financial Aid & Student Diversity (UNC0283197)
19. Faculty Council PowerPoint on the Diversity Syllabus (UNC0283217)
20. Resolution 2015-15. Statement on Thrive@Carolina (UNC0283484)
21. Thrive@Carolina Background and Origins (UNC0283488)
22. Faculty Council Presentation on Diversity Imperative from a Dean's Perspective (UNC0323591)
23. Provost's Committee on Inclusive Excellence and Diversity: White Paper (UNC0326456)
24. Department of Housing and Residential Education 2014-2015 Diversity Goals Reporting (UNC0378980)
25. Department of Housing and Residential Education Multicultural Advisor Report (2013-2014) (UNC0378991)
26. 2014-2015 Multicultural Advisor Report (UNC0379650)
27. Department of Housing & Residential Education First-Year Social Justice Experience Report (Spring 2015) (UNC0379009)
28. Student Affairs 2010-15 Strategic Plan (UNC0379113)
29. Academic Plan Report (2011) (UNC0379188)
30. NC ASQ Takeaways (UNC0327450)
31. NC ASQ Ppt. (UNC0327451)
32. ASQ 2016 Report (UNC0327504)
33. Climate Survey Demographic Breakout Analysis (Nov 2017) (00103917) (UNC0379839)

135

34. Preliminary Results From the 2016 Undergraduate Diversity and Inclusion Campus Climate Survey (UNC0379840)
35. 2013-2014 Foundations and Practices Regarding the Evaluation of Candidates (UNC0000010)
36. 2014-2015 Reading 101 – New Reader Training (UNC0000029)
37. Reading Document for the 2016-2017 Application Year  (UNC0323603)