# EXHIBIT 32

# The Mission Statement of
# the University of North Carolina, Chapel Hill
# (UNC0323722)

breaks. Tours begin at the Office of Undergraduate Admissions and are led by Carolina students. To make reservations, call (919) 966-3621, visit www.admissions.unc.edu, e-mail unchelp@admissions.unc.edu, or write Undergraduate Admissions, CB# 2200, Jackson Hall, Chapel Hill, NC 27599-2200.

## Obtaining an *Undergraduate Bulletin*

Admitted first-year students will be given the opportunity to obtain a free printed *Undergraduate Bulletin* during their new student orientation visit to campus. Thereafter, students can refer to new printed editions of the *Bulletin* by purchasing one from Student Stores in person or via the Web. For information about purchasing the *Bulletin*, visit store.unc.edu and click on "Academics" and then "School Bulletins."

Printed reference copies of the *Bulletin* are available at campus libraries and with each student's faculty advisor. The *Bulletin* is also available on the Web at www.unc.edu/ugradbulletin.

## Reaching the Office of Undergraduate Admissions

The starting point for most prospective students is the University's Office of Undergraduate Admissions. Knowledgeable staff members help prospective students understand the requirements and procedures of applying for admission to UNC–Chapel Hill. Admissions staff can be reached at Undergraduate Admissions, CB# 2200, Jackson Hall, The University of North Carolina at Chapel Hill, Chapel Hill, NC 27599-2200, by telephone at (919) 966-3621, or at www.admissions.unc.edu.

---

## *The Mission Statement of the University of North Carolina at Chapel Hill*

The University of North Carolina at Chapel Hill, the nation's first public university, serves North Carolina, the United States, and the world through teaching, research, and public service. We embrace an unwavering commitment to excellence as one of the world's great research universities.

Our mission is to serve as a center for research, scholarship, and creativity and to teach a diverse community of undergraduate, graduate, and professional students to become the next generation of leaders. Through the efforts of our exceptional faculty and staff, and with generous support from North Carolina's citizens, we invest our knowledge and resources to enhance access to learning and to foster the success and prosperity of each rising generation. We also extend knowledge-based services and other resources of the University to the citizens of North Carolina and their institutions to enhance the quality of life for all people in the State.

With *lux, libertas*—light and liberty—as its founding principles, the University has charted a bold course of leading change to improve society and to help solve the world's greatest problems.

*Approved by the UNC Board of Governors, November 2009 and February 2014*