# EXHIBIT 33

# Faculty Council Resolution 2016-12 –
# On Commitment to Diversity and Inclusion
# (UNC0283261)

**Resolution 2016-12. On Commitment to Diversity and Inclusion**

The Faculty Council resolves:

The University has long recognized that diversity in the student body is a critical element of academic excellence and a deeply-held institutional value. It takes seriously the academic and civic contract with society and its core responsibilities to the citizens of the State of North Carolina to fulfill both its educational mission and the preparation of students as the next generation of leaders by a cadre of diverse faculty and staff.

Therefore, the Faculty Council reaffirms its commitment to the values of diversity and inclusion. We recognize that student body diversity is a vital and necessary component of academic excellence, and we believe that we can achieve our educational, research, and service missions only by creating and sustaining a diverse and inclusive environment.

We are committed to promoting the many educational benefits, generation of new ideas and the innovations that flow from a diverse student body. These benefits are a real and meaningful part of our pedagogy. It is our goal for our students to experience these benefits inside and outside the classroom as part of their educational experience by fostering the best conditions possible to maximize these results. We recognize that, among other benefits, student body diversity helps foster vibrant classroom and campus environments across all academic disciplines. Creating opportunities for dialogue and mutually beneficial interactions among members of the University community will aid in intellectual growth and the free exchange of ideas.

Consistent with the social science research in the area, we strongly believe that diversity improves learning outcomes for our students, enabling the pursuit of solutions from many different perspectives and grounded in many different life experiences. We will continue to strive for an inclusive environment that will allow students from all backgrounds to feel welcome, supported, and prepared for academic success.

Further, we recognize that a diverse campus implicitly and explicitly strives towards the minimization of bias and better prepares its students for participation in a multicultural society and a global economy. We are committed to preparing a diverse group of students to work together to meet the broad range of complex challenges facing North Carolina, the Nation, and the world. We believe that we can best do so by offering our students the opportunity to learn and live alongside individuals of different backgrounds, cultures and perspectives in an environment that is committed to diversity and inclusion.