**EXHIBIT 35**

**The University of North Carolina at Chapel Hill Academic Plan – July 2003 (UNC0379143-87)**



THE UNIVERSITY OF NORTH CAROLINA
AT CHAPEL HILL

# Academic Plan

July 2003

Case 1:14-cv-00954-LCB-JLW   Document 154-35   Filed 01/18/19   Page 2 of 46   UNC0379143

UNC0379144

# TABLE *of* CONTENTS

I. Introduction....3

II. Carolina's Vision, Core Strengths, and Mission....5

III. The Current Environment and Competitive Context....9

- Economy and Funding Sources....9
- Demographics....10
- Student Recruiting....10
- Faculty Welfare....11
- Globalization....11
- Society and Culture....11
- Technology....12
- The State of Public University Systems....12
- Collaborative Partnerships....12

IV. Carolina's Academic Priorities and Recommendations....15

- Priority A. Provide the strongest possible academic experience for undergraduate, graduate, and professional students....16
- Priority B. Further integrate interdisciplinary research, education, and public service....21
- Priority C. Improve faculty recruitment, retention, and development....24
- Priority D. Increase diversity among faculty, student, and staff....26
- Priority E. Enhance public engagement....27
- Priority F. Extend Carolina's global presence, research, and teaching....29

V. Academic Plan Implementation and Decision-Making....31

- Planning and Budget Process....31
- Implementation of the Academic Plan....32
- Action Steps....33

Academic Planning Task Force....41

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 4 of 46 UNC0379145



UNC0379146

# I INTRODUCTION

The University of North Carolina at Chapel Hill embraces an ambitious vision: becoming the nation's leading public university. By striving for the highest levels of excellence in teaching, research, and public service, the University best serves the people of North Carolina and beyond. The University intends to be the best that it can be for the State of North Carolina, the nation, and the world.

Two transforming events in the University's history now support that vision. The people of North Carolina overwhelmingly voted to approve the 2000 Statewide Higher Education Bond Referendum, which is bringing $510 million to Chapel Hill for much-needed repairs and renovations, utilities infrastructure improvements, and new classroom and research buildings. The University is investing another $600 million from non-state sources including private gifts for buildings essential to continued excellence. The resulting capital construction program, valued at more than $1 billion, is one of the largest ever undertaken on any American university campus, public or private.

In asking North Carolinians to support the bond referendum, the University pledged to triple their investment in the University with private support. The University is fulfilling that promise through the Carolina First Campaign, the largest in campus history, with a goal of raising $1.8 billion by 2007. Major campaign goals include initiatives to significantly improve support for faculty, students, strategic academic initiatives, and research.

Even as it celebrates those positive developments, the University faces crucial challenges in determining how best to reach the full potential of its academic programs and the exceptional faculty who bring them to life. No challenge is greater than the economic downturn that has gripped the nation and North Carolina since early 2001. Federal priorities and available research funding have shifted due in part to world events. Carolina has absorbed major reductions in state appropriations for two fiscal years in a row and is braced for a third. When and how economic recovery and stability will emerge is unclear.

As a result, it is more important than ever for Carolina to be well-prepared for a successful future by having a clear and interconnected academic framework upon which to base future public and private investments in people, facilities, and programs that produce new generations of leaders, advance the frontiers of knowledge, and make a difference in the daily lives of citizens. The University's responsibility is to be a good steward of the precious resources entrusted to it by planning thoughtfully to maximize UNC-Chapel Hill's contributions to North Carolina, the nation, and the world.

This Academic Plan serves as an initial five-year roadmap to guide and shape future decision-making for the entire University, as well as at the school, college, center, institute, and individual unit levels. The plan is dynamic in nature, and progress toward its implementation will be regularly evaluated and refined as internal and external developments warrant.

The Academic Plan marks a first in recent history for Carolina. It builds upon the foundation of previous assessments of academic strengths and future needs. Those studies include the Report of the Chancellor's Task Force on Intellectual Climate (1997); the Carolina First Campaign's "The Case for Support" (2002); "Making Connections: A Proposal to Revise the General Education Curriculum" by the Curriculum Review Steering Committee (2003); the Research and Graduate Studies Five-Year Strategic Plan by the Office of the Vice

Chancellor for Research and Economic Development (2003); the Report of the Chancellor's Minority Affairs Review Committee (2000); "Increasing Access to and Diversity Within the University of North Carolina: A Program for Continuing Achievement" (2001); and the Interim Report of the Provost's Committee on Native American Issues (2001). The Academic Plan also aims to guide and build upon other complementary planning efforts, including the development of a rolling five-year annual financial plan.

The Academic Plan reflects broad input from the University community. In February 2002, Executive Vice Chancellor and Provost Robert Shelton appointed a 24-member Academic Planning Task Force that he co-chaired with Darryl Gless, senior associate dean of the College of Arts and Sciences. The task force's deliberations spanned from March 2002 to April 2003, and its draft reports were a basis for inviting campus-wide comment and feedback. Faculty, staff, and students attended two open forums in early 2003. The plan was a topic of presentations at meetings of the Faculty Council, Employee Forum, Executive Branch of Student Government, and the Graduate and Professional Student Federation. Hundreds of e-mails and written responses represented the views of individual faculty, staff or students; many came on behalf of entire centers, departments, or standing committees. Deans contributed statements addressing how the plan's six major priorities mesh with the goals of their units. The University's Board of Trustees also reviewed and endorsed the plan in July 2003.

The Academic Plan elaborates on the University's vision for the future and core values, provides context by examining key trends shaping the current external environment, outlines six major academic priorities, identifies related strategic areas of opportunity, presents recommendations, links strategic planning to resource allocations, and assigns administrative units to be accountable for follow up and action.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 7 of 46 UNC0379148

# II CAROLINA'S VISION, CORE STRENGTHS, *and* MISSION

Carolina has always been a university defined by how it has demonstrated leadership and set high standards for excellence to benefit the people of North Carolina and beyond. The cornerstone laid in 1793 for Old East was not only a tangible foundation for Carolina's first building — it also was a symbolic foundation for public higher education in America, created to support a new democracy.

With *lux, libertas* — light and liberty — as its founding principles, the University began educating students based on the ideal that knowledge is the guardian of liberty. For more than two centuries, the University has charted a bold course following light, supporting liberty, and leading change to improve society.

The University of today remains true to the founders' model, continuing time-honored traditions of excellence, free inquiry, and leadership that enable America's great research universities to effectively meet new challenges. Carolina invests its resources in the success of each rising generation. It applies the University's finest minds to improving the health and well being of the people of North Carolina, the United States, and the world. And it constantly strives to improve in the belief that excellence in teaching, research, and public service is what citizens deserve.

Guided by its remarkable past, Carolina's vision for the future is to lead public higher education in America. Such leadership implies action and conveys a sense of motion rather than reaching a final goal or destination. Three recent events in the University's history demonstrate the ways in which Carolina intends to lead.

Carolina became the first major public American university to halt binding early decision admissions. That change gave prospective students and their parents more time to thoughtfully weigh all future educational options and set a principled example for other campuses to follow.

In the face of controversy, the University defended academic freedom and the propriety of teaching religion with proper scholarly detachment in a public university in response to a federal lawsuit challenging use of a book about the Qur'an for the Summer Reading Program. Carolina affirmed important academic ideals and helped lead a national discussion about Islam.

Drawing from the University's own culture and history, School of Law faculty filed an amicus brief with the United States Supreme Court supporting the University of Michigan in its landmark affirmative action case. The faculty developed an eloquent argument based on the unique responsibility of a public university to train future leaders to serve a society that is becoming much more racially and ethnically diverse. Their work was widely seen across campus as a model for faculty leadership.

*Public* is the other key word describing Carolina's vision. The University embraces alumnus Charles Kuralt's famous description of Carolina as "the University of the People."[1] As a proudly public university, Carolina remains committed to balancing its global and national aspirations with a rich history of service to North Carolinians. The University's ambitions will always be grounded in its responsibility to North Carolina. That means constantly connecting academic success in all of its forms with tangible benefits to the state's citizens in arenas such as education, health care, and economic development.

[1] Kuralt, Charles. Opening Ceremony Remarks, Bicentennial Observance, Chapel Hill, N.C. Delivered October 12, 1993. Following is the famous description: "What is it that binds us to this place as no other? It is not the well or the bell or the stone walls, or the crisp October nights or our memory of dogwoods blooming. ... No, our love for this place is based on the fact that it is as it was meant to be — The University of the People."

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 8 of 46 UNC0379149

Leading and public help define both Carolina's vision and essence. Other core qualities essential to the University's future excellence include the following:

**Courage of convictions.** Carolina consistently demonstrates that it has the courage of its convictions to do what is right, as a public university, even if those values are not fully understood by the public. The University has valiantly championed freedom of speech, expression, and inquiry. It has supported pioneering research leading to significant social change, notably including race relations in the South. A hallmark of Carolina is to be a place leading the discussion of vital social and ethical issues and subjecting dogmas and dictums to the light of truth and reason.

**Collegial culture.** Carolina's academic culture fosters excellence in interdisciplinary teaching and scholarship between and among the health, natural, and social sciences, as well as the liberal arts and the humanities. The breadth and depth of the campus community enable its members to consider complex issues, advances, and discoveries from all perspectives. Many of Carolina's academic successes were made possible by these strengths and by the faculty's passion and pride in taking a broad, holistic approach to scholarship and students.

## UNIVERSITY MISSION STATEMENT

The University of North Carolina at Chapel Hill has been built by the people of the State and has existed for two centuries as the nation's first state university. Through its excellent undergraduate programs, it has provided higher education to ten generations of students, many of whom have become leaders of the state and the nation. Since the nineteenth century, it has offered distinguished graduate and professional programs.

The University is a research university. Fundamental to this designation is a faculty actively involved in research, scholarship, and creative work, whose teaching is transformed by discovery and whose service is informed by current knowledge.

The mission of the University is to serve all the people of the State, and indeed the nation, as a center for scholarship and creative endeavor. The University exists to teach students at all levels in an environment of research, free inquiry, and personal responsibility; to expand the body of knowledge; to improve the condition of human life through service and publication; and to enrich our culture.

To fulfill this mission, the University must:

* provide high-quality undergraduate instruction to students within a community engaged in original inquiry and creative expression, while committed to intellectual freedom, to personal integrity and justice, and to those values that foster enlightened leadership for the State and the nation;
* acquire, discover, preserve, synthesize, and transmit knowledge;
* provide graduate and professional programs of national distinction at the doctoral and other advanced levels to future generations of research scholars, educators, professionals, and informed citizens;
* extend knowledge-based services and other resources of the University to the citizens of North Carolina and their institutions to enhance the quality of life of all people in the State; and
* address, as appropriate, regional, national, and international needs.

This mission imposes special responsibilities upon the faculty, students, staff, administration, trustees, and other governance structures and constituencies of the University in their service and decision making on behalf of the University.

*Adopted by the UNC-Chapel Hill Board of Trustees, April 25, 1996*

**Vibrant learning community.** Carolina, often called a "public Ivy," offers an unsurpassed student experience. Chapel Hill historically has been a place where the children of farmers and mill workers across North Carolina have been nurtured into leaders for North Carolina and the nation. Today's students draw from an increasing array of opportunities to participate in the process of discovery and engage in discourse, making them better-prepared citizens and leaders.

**Accessibility.** Access to Carolina should be based on merit, not the ability to pay. That tradition has characterized North Carolina's approach to public higher education from the University's beginnings. It is based on the State Constitution's oft-quoted sentence saying the General Assembly must extend the University's benefits "as far as practicable" to state citizens "free of expense." Today's challenge is balancing that cherished heritage with 21st Century standards. Carolina has followed two key principles in carrying out recent campus-based tuition increases. First, keep in-state tuition rates in the lowest quartile of national public university peers. Second, meet all demonstrated financial needs of students to hold them harmless from any campus hike.

**Engagement.** Faculty innovations and discoveries touch the lives of people, extending the reach of knowledge beyond the campus in Chapel Hill. University of North Carolina President Edward Kidder Graham once told North Carolinians, "Send us your problems." He declared the state and its practical problems a legitimate field of university study and service. Throughout its history, a defining characteristic of Carolina has been its capacity for and commitment to serving the people of North Carolina. Faculty, staff, and students continue to shape their teaching, research, and public service agendas around the state's needs.

**Carolina spirit.** Carolina's people — its students, faculty, staff, alumni, and friends alike — celebrate a special atmosphere permeating the campus that goes beyond its beauty, signature stone walls, or academic prowess. It is marked in part by profound optimism and a "can do" attitude. Those who know and hold a special love for the University revere its history, traditions, and ability to transform lives in ways that are uniquely Carolina.

Case 1:14-cv-00954-LCB-JLW   Document 154-35   Filed 01/18/19   Page 10 of 46   UNC0379151





# THE CURRENT ENVIRONMENT *and* COMPETITIVE CONTEXT

The University's continued success is vital to North Carolina, whose taxpayers have so generously supported academic endeavors in Chapel Hill since its founding. The University's nationally and internationally recognized academic excellence provides the state with leaders and professionals who meet ever-changing challenges, ideas, and innovations springing from a vast array of disciplines and fields, and an increasingly sophisticated engine for economic growth.

The Academic Plan affirms the University's key leadership role in North Carolina and American public higher education, and considers the current environment in which the campus operates. Those surroundings are affected by far-reaching economic, societal, and demographic trends, as well as by the threats and opportunities facing higher education. A sampling of these myriad forces described briefly in this section of the plan helps provide context for the University's academic priorities.

## ECONOMY AND FUNDING SOURCES

The national recession that started in March 2001 has affected the stability of governmental budgets, research dollars, and appropriations by the states for virtually all publicly funded educational systems nationwide.

Top public universities had already become more entrepreneurial in their approaches to funding in order to remain competitive and to pursue key initiatives. The economic downturn has accelerated this trend. Students on these campuses have consistently paid higher tuition rates as state support has shrunk. Private giving increasingly provides the margin of excellence.

Mirroring national trends, North Carolina's economy is shifting dramatically away from its traditional strengths in the agriculture, furniture, and textiles industries to knowledge-based businesses like those in banking centers such as Charlotte or among the high-technology firms in the Research Triangle Park. The United States military also maintains a significant presence in the state and its economy.

Considering the tough economic times — among the worst in 50 years — and crisis-level budget challenges, the State of North Carolina has continued to provide generous support for the University, especially compared with other states. UNC-Chapel Hill, like the rest of the 16-campus University of North Carolina system, public schools, and state agencies, has absorbed state budget cuts. Carolina's recurring and non-recurring state appropriations have been reduced by tens of millions of dollars over the past two fiscal years, and more cuts are expected in 2003-2004. Analysts predict improvements once the economy recovers, but the short-term outlook remains challenging.

***Implications:*** *Although state support remains essential to the future of Carolina, state appropriations have shrunk to a quarter of the total campus operating budget. Carolina relies more than ever on sponsored research grants — fueled mainly by sharp increases in National Institutes of Health support — private gifts to the Carolina First campaign, and other funding sources to maintain and boost the overall quality of its academic programs.*

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 12 of 46 UNC0379153

*Consistent with its mission, the University is positioned to strengthen the economic engine producing the new knowledge that will drive North Carolina's economy and lead to greater prosperity for the state's citizens. Currently, the University's sponsored research funding ($488 million) already creates an estimated 15,128 jobs for the state, a number that can grow.*

## DEMOGRAPHICS

More than any other nation, the history of the United States and its economy are dramatically linked to dynamic changes of demographics that continue today. Hispanics are now the country's largest minority group. As of mid-2001, Hispanics comprised 13 percent of the nation's 285 million residents, slightly more than for African-Americans. At 70 percent, whites remained the largest single group. By 2050, some predict Hispanics will make up as much as 25 percent of the nation's population, while the proportion of whites will drop.

North Carolina's population grew to more than 8.3 million people in 2002, ranking 11th nationwide. The state has become particularly attractive to Hispanics, whose numbers grew by more than 300,000 — a 393 percent increase — from 1990 to 2000. North Carolina also is home to more Asians and non-native Tar Heels than in the past and a smaller percentage of whites.

Population growth explains the rising number of high school graduates. Between 1999-2000 and 2011-2012, the federal government predicts a 9 percent gain in the number of high school graduates nationwide to more than 3 million. North Carolina ranks second among Southern states expecting the largest increases — 22 percent — among public high school graduates during that period. The state's projections show a major spike upward, rising from nearly 64,000 public high school graduates in 2002 to 78,000 by 2012. The numbers of graduates from private and other schools are expected to increase. Such gains track with expected overall full-time enrollment increases among campuses in both the UNC and community college systems by the end of the decade.

***Implications:*** *Although the University's recent progress with diversity issues has been strong, the commitment remains to ensure that Carolina's people — students, faculty, and staff — better reflect the growing diversity of North Carolina and the nation. The University's academic programs and scholarly activities can help address how ethnic population and other demographic shifts transform the social and economic landscape. Predicted increases among North Carolina's prospective college-age students are linked with concerns about how much growth Carolina can appropriately absorb while remaining true to its mission of serving the state.*

## STUDENT RECRUITING

Competition for the best and brightest students at all levels grows more intense each year as the levels of academic preparedness, quality, and diversity among applicants rise. Increasingly, top undergraduate prospects want details about high-quality academic programs and what to expect from their student experiences.

***Implications:*** *Maintaining Carolina's recent success in admitting freshman classes with ever stronger academic credentials will be challenging as peer competition deepens. Top applicants continue to seek Carolina's superb programs in the arts, humanities, and social sciences, as well as in distinctive cutting-edge science fields. Some of North Carolina's very best students choose campuses in other states enrolling more geographically diverse student bodies. Carolina should face these*

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 13 of 46 UNC0379154

*challenges in determining its proper role in attracting the most talented out-of-state students and contributing to the reputation of North Carolina as a place that values the very best in education.*

## FACULTY WELFARE

Key issues affecting the welfare of faculty across the nation include recruitment, retention, total compensation and benefit packages, and perennial policy issues such as tenure and sabbaticals. Public universities affected by recent state budget cuts have been especially hard-pressed to maintain faculty recruiting and retention efforts, which, in turn, affect attracting the brightest students and research grants.

***Implications:*** *A third of Carolina's senior faculty are expected to retire in the next decade, spurring a major test of the University's capacity to recruit their successors. Private universities pose a particularly significant competitive challenge for Carolina. The University's academic workplace must be made as attractive as possible to retain current faculty. A portion of campus-based tuition hikes — now frozen by the UNC Board of Governors because of the poor economy and hardships now faced by North Carolina families — have provided the only significant campus-wide source of faculty salary increase funding for the past two fiscal years.*

## GLOBALIZATION

Employers increasingly need employees with knowledge and skills related to other cultures, countries, and languages. Those needs respond to a convergence of global forces that have changed the world's economic structure. Communication is instantaneous, fueled by satellite technology and the Internet. In a post 9-11 environment that included a war with Iraq, worldwide events have reached new levels of relevance for many Americans.

***Implications:*** *Carolina's academic programs must more aggressively prepare students to compete successfully in a global economy and participate constructively in increasingly diverse societies. Those programs must evolve and adapt to serve North Carolina and the United States most effectively.*

## SOCIETY AND CULTURE

On the heels of accounting scandals and Wall Street mismanagement, ethics, accountability, and leadership have emerged as dominant issues for American business, government, and public life.

The arts, humanities, and social sciences provide essential knowledge on which students, researchers, and citizens can draw to understand the complex cultures in which they live. Such broad-based knowledge equips them with habits of curiosity, as well as critical and creative thinking that will enable them to help build a better future.

***Implications:*** *Ethics and a wide range of related contemporary issues offer a rich and relevant source of additional academic content consistent with the University's broad-based strengths. The arts, humanities, and social sciences remain among those core strengths and are central to Carolina's academic distinction and identity. Future challenges will include determining how Carolina can best contribute to setting new ethical standards addressing the increasingly complex demands of a global society.*

UNC0379155

## TECHNOLOGY

Universities and colleges continue to find new ways to tap technology as a tool to enhance the academic experience of students and faculty. Making technological advances widely accessible enhances communication and helps produce graduates with the high-tech savvy required for 21st Century professional success. Classroom trends include course management systems that help teachers create World Wide Web sites for individual classes. On-line and distance learning opportunities continue to grow. Campuses continue to expand high-tech infrastructure to support sophisticated research, manage essential student and faculty support functions, and streamline business operations.

***Implications:*** *Continuing to make available appropriately supported and high-quality technological resources is an important component of Carolina's ability to offer an excellent academic setting and to extend the reach of its resources beyond the physical walls of campus.*

## THE STATE OF PUBLIC UNIVERSITY SYSTEMS

Most American public university systems, including North Carolina's, are experiencing state budget pressures. They face challenges in enrollment growth, capital and infrastructure needs, faculty pay, student costs, and initiatives targeting workforce shortages and economic development.

In addition, state systems are confronting several recurring governance, organization, and management issues, including differential funding formulas for research campuses and their regional sister institutions.

Most states are tackling resource and facility issues directly related to the rising numbers of high school graduates. Across the UNC system, sharp enrollment growth, some of which has been funded with tuition increases, remains a major issue over the next five years. Left unclear is when the state budget process might make enrollment growth part of the higher education continuation budget.

***Implications:*** *Every state university system must respond to these environmental trends while reflecting the unique characteristics of individual campuses and their differentiated missions. Carolina is committed to sustaining and improving still further its role as a top research university in a system widely regarded as one of the nation's models for public higher education. Carolina's mission is to serve all of North Carolina, the nation, and the world, and its dominant academic pursuits effectively balance and complement those of the system's land-grant research campus, North Carolina State University. Other UNC campuses, with their differing program objectives, make critical contributions to the state's educational system. Carolina's future academic priorities should continue to help positively position the entire UNC system and public education across North Carolina.*

## COLLABORATIVE PARTNERSHIPS

Universities increasingly are partnering with one another and private industry to maximize the impact of academic programs and research. The North Carolina Area Health Education Centers Program, headquartered at UNC-Chapel Hill, represents the University's longtime partnerships with other public and private medical schools across the state. The Research Triangle Park in North Carolina was founded on the strength of its linchpins: Carolina, Duke University, and North Carolina State. Joint programs among all three campuses are accelerating.

Carolina's bonds with Duke have grown particularly stronger, building on collaborations dating back to the 1930s that now flourish in the liberal arts, humanities, and health sciences. A unique joint merit scholarship initiative, the Robertson Scholars Program, has been launched with a remarkable private gift. The program includes a free daily bus service between Carolina and Duke that has removed a primary obstacle to inter-campus collaboration. Both campuses have taken major strides forward to coordinate their academic calendars.

***Implications:*** *The three major Triangle universities and the Research Triangle Park's public-private composition constitute a formidable array of public and private resources. Their proximity, combined with the presence of North Carolina Central University, is a considerable strength. There is untapped potential for even more robust partnerships with Duke, as well as the other UNC campuses, to reach mutual goals and serve the state's best interests.*

UNC0379157



# IV CAROLINA'S ACADEMIC PRIORITIES *and* RECOMMENDATIONS

## INTRODUCTION

The mix of current economic, demographic, international, cultural, competitive, and technological forces requires that the University establish a set of academic priorities to guide program and resource decisions. Since Carolina cannot afford to pursue all opportunities, these priorities reflect a strategy of building on current strengths and in areas with the greatest potential for future success. Any new initiative must have sufficient support to make it a nationally recognized program. The priorities and themes are broad, allowing maximum flexibility to address changing environmental factors.

**Six overriding academic priorities will guide Carolina over the next five years:**

A. Provide the strongest possible academic experience for undergraduate, graduate, and professional students.
B. Further integrate interdisciplinary research, education, and public service.
C. Significantly strengthen faculty recruitment, retention, and development.
D. Increase diversity among faculty, students, and staff.
E. Enhance public engagement.
F. Extend global presence, research, and teaching.

This section of the Academic Plan describes each of the six key priorities — not ranked in any order of importance — and the accompanying recommendations. It also lists a few benchmarks that illustrate how the University might chart progress in these six areas. Those benchmarks are intended to guide schools, the College of Arts and Sciences, departments, and other units in developing their own integrated strategic planning and measures of achievement.

The six overarching priorities provide a framework for considering Carolina's academic future. The University is committed, above all, to using its public and private funding to support academic programs and initiatives that have considerable intellectual significance, demonstrate far-reaching educational impact, and promise major advances in research and improvements in the quality of life for North Carolinians. Exercising responsible management of the University's resources requires making tough decisions about strategic reallocations — regardless of the outlook for any particular budget cycle — in a manner consistent with Carolina's values and goals for future excellence.

The Academic Plan intends to preserve and strengthen what the University already does best and provides a sound basis for seizing new opportunities consistent with Carolina's mission when they emerge. The University's approach will emphasize quality and a fundamental duty, as a public university, to uphold the citizens' trust and provide an excellent return on the investments made from both public and private sources.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 18 of 46 UNC0379159

## ACADEMIC PRIORITIES

**Priority A: Provide the strongest possible academic experience for undergraduate, graduate, and professional students.**

Though proudly public, Carolina's culture of excellence means the University's aspirations equal those of the great private campuses with which it regularly competes for the very best students and faculty at every level. One of Carolina's greatest strengths is the overall balance and mutually reinforcing character of its undergraduate, graduate, and professional programs. In that context, this section addresses ways to protect and improve the quality of the education all students receive in Chapel Hill.

### The Undergraduate Experience: Enrollment and Quality Issues

Carolina's defining characteristics include its capacity to provide an outstanding liberal arts education for undergraduates on a major research university campus with many other strengths, including five health sciences schools and a leading academic medical center. Senior faculty, researchers, and well-qualified graduate teaching assistants all play important roles in teaching the University's undergraduates. Their collective commitment to exceptional teaching at Carolina is unwavering and campus-wide.

Undergraduates have benefited from the University's recent investments in improving the first-year educational experience and extending undergraduate research opportunities. Now it is easier for new students to make the transition from high school to Carolina because of the Summer Reading Program, orientation, First-Year Seminars, and high-quality advising. Undergraduates continue to benefit, as they long have at Carolina, by beginning their academic careers pursuing a single General College curriculum that provides a broad liberal-arts foundation for their more focused studies as juniors and seniors. A revised General College curriculum, approved by the Faculty Council in 2003 following three years of campus-wide deliberations, will help further strengthen undergraduate education as it is implemented. The new curriculum, coupled with such innovations as the upcoming Carolina Integrity Initiative and the Public Service Scholars Program, will enhance the intellectual climate for all Carolina students. Undergraduates also gain from a diverse residential environment that complements and enriches their academic work.

Students, in turn, have a responsibility to take full advantage of the rigorous academic programs available at Carolina. Because of the University's powerful graduate and professional programs, there is no limit to the academic, research, and public service opportunities available to challenge even the strongest undergraduate. Students are selected for admission to Carolina because of the full range of contri-

**ILLUSTRATIVE BENCHMARKS**

Examples of benchmarks that can help measure improvements to the undergraduate experience include:

- Number of courses with fewer than 20 students.
- First-year retention rates.
- Four-year and six-year graduation rates.
- Student evaluation results from programs such as research, internships, study abroad, and honors.
- External rankings and evaluations of undergraduate programs.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 19 of 46 UNC0379160

butions they are capable of making to the University community. In accepting that offer, they enter into a partnership with the University that demands they challenge themselves.

Maintaining this vibrant intellectual climate requires carefully limiting the future enrollment growth that is required for the University to do its part in educating the state's growing numbers of students. Properly balancing the mix of students and faculty, facilities, and Carolina's distinctive campus culture is a delicate matter. Carolina exists to serve the state, and the question of size must be framed in terms of what serves the state the best. Carolina's intellectual and physical infrastructure, as well as the local community, cannot support a student enrollment swelling to the "megacampus" proportions of some of the largest public campuses. The ability to provide an exceptionally high-quality education is the overriding concern because that is how Carolina has for more than two centuries successfully trained generations of leaders for North Carolina and the nation.

## RECOMMENDATIONS:

**A. 1. Sustain modest, controlled enrollment growth.**

The combination of statewide enrollment pressures, a lack of state funding to pay for the true costs of such growth, and a central campus already at its physical capacity requires that Carolina's enrollment over the next five years increase modestly, based on the ability to maintain and enhance academic quality. Continuing to meet the changing needs of students, the state, and society must remain a priority, with expansion into any new areas occurring only as adequate infrastructure, faculty, staff, and funding become available. Now at 26,000-plus undergraduate, graduate, and professional students, Carolina is large enough to have attained a critical mass of competing and complementary thought and a well-deserved national and international reputation for excellence in research, teaching, and service. At the same time, the campus has retained a distinctive ethos that inspires students and alumni alike to consider Chapel Hill a magical place, a campus defined by an honorable philosophy, high intellectual achievement, remarkable opportunity, and close-knit collegiality. Maintaining this culture requires careful monitoring and control of enrollment growth.

**A. 2. Reassess the implications of the 18 percent cap on undergraduate out-of-state students.**

Because of the large sums of state resources allocated to public university systems, some states or university systems set caps on the proportion of students that can be enrolled from other states. North Carolina's current 18 percent cap, set by the UNC Board of Governors, is more restrictive and rigid compared with those governing UNC-Chapel Hill's peer campuses.

Many of North Carolina's brightest high school graduates, in a desire for a greater "away-from-home" experience, pursue their undergraduate education and careers outside of the state. Carolina needs the very best in-state students to choose Chapel Hill first. Conversely, UNC-Chapel Hill receives thousands of applications from prospective students from other states. The University must decline admission to thousands of exceedingly bright out-of-state applicants whose presence on campus would add to the geographic, intellectual, artistic, and cultural diversity of the student population, as well as offset the "brain drain" of North Carolina talent to other states. Many out-of-state students ultimately remain in North Carolina after graduation. The University

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 20 of 46 UNC0379161

should explore responsible ways to seek relief from the current out-of-state enrollment cap to help reverse the current "brain drain."

### A. 3. Broaden small-group student opportunities.

Two proven undergraduate programs that cross numerous majors and help distinguish Carolina from other major public research universities warrant expansion, along with efforts to make small-group and experiential learning more fully available to students. The successful First-Year Seminar Program, which serves slightly more than half the entering class, should be fully implemented so every first-year student can take at least one such seminar. Similarly, the Honors Program should be expanded significantly to improve the University's ability to recruit top undergraduates, including the brightest out-of-state students who have academically competitive offers from other outstanding universities.

So appropriate to course content, faculty at every level should adopt innovative course formats, including interdisciplinary and inquiry-based seminars that reflect student input. Students seek more opportunities to participate in class and in on-line discussions and to express their ideas and test them in dialogue with other faculty and students. Students want to learn by doing and observing outside of the classroom. Making that possible will require more service-learning classes, independent study opportunities, internships, and study-abroad options — as well as scholarships to make overseas experiences affordable for more students. An integral part of every Carolina undergraduate's academic experience should be the opportunity to participate in seminars, to study abroad, to engage in research projects, or to perform public service. High-achieving students who have established proper academic credentials should be able to write a senior honors thesis. Lastly, within the constraints of available funding, efforts should be made to reduce section sizes in introductory courses. Such reductions, when feasible, will increase the quality of instruction and improve the students' experiences in key courses that provide the foundation for their more advanced studies.

### A. 4. Provide a better mix of physical spaces in which students can live and learn.

The University should explore additional ways to integrate living and learning environments, part of a well-regarded national trend. The campus master plan's emphasis on mixed-use spaces in south campus development addresses this issue, and several general undergraduate courses are now taught in seminar rooms in the four new residence halls. Academic leaders should review first-year orientation programs to ensure that they contribute directly to the intellectual engagement of incoming students. Those leaders should foster closer interactions and collaborations among student orientation, the residential learning environment, and an array of General College programs, including first-year seminars. Students would benefit from more residential space organized around academic themes. Finally, a series of new academically motivated reforms to the timing and nature of rush for fraternities and sororities should be closely monitored. Those rush proposals, which take effect in fall 2003, resulted from more than a year of deliberations by the Chancellor's Task Force on Greek Affairs.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 21 of 46 UNC0379162

**ILLUSTRATIVE BENCHMARKS**

Examples of benchmarks that can help measure progress toward improvements to the graduate and professional experience include:

- Passing rates on graduate students' professional examinations.
- Placement of doctoral and master's degree recipients.
- Comparisons of average teaching assistant compensation with peers in the Association of American Universities.
- External rankings and evaluations for graduate and professional programs.
- Number of jobs created annually through economic development results.

**A. 5. Improve the culture of honor.**

The Carolina community should make honor, integrity, and ethics a stronger part of the fabric of undergraduate life, improving the entire intellectual climate in the process. Progress has been made through campus-wide deliberations involved with the Honor Code system revisions that will take effect in July 2003. Now comes the hard work of sustaining outreach and educational efforts to keep students, faculty, and staff focused on this topic and its importance to the University's integrity. Reinvigorating an environment of honor begins with first-year orientation and continues throughout the undergraduate experience. The next steps to ensure that a culture of honor pervades the campus include developing related courses, reading and discussion groups, lecture and colloquium programs, and leadership development initiatives. Doing just that is the focus of the Carolina Integrity Initiative, a yearlong campus-wide conversation planned in 2003-2004, will focus the community on issues of honor, ethics, and integrity.

## THE GRADUATE AND PROFESSIONAL STUDENT EXPERIENCE

Many of Carolina's graduate and professional programs in both health affairs and academic affairs have emerged as national leaders over the past half-century. Maintaining and advancing the standings of those units, as well as programs in emerging interdisciplinary fields, will require ongoing investments of resources. The most critical of these investments will be in faculty and, as appropriate, in creative partnerships with other campuses that help take full advantage of joint resources. Two cooperative ventures with North Carolina State University in materials science and in a newly approved joint biomedical engineering degree program offer excellent examples of such partnerships.

## RECOMMENDATIONS:

**A. 6. Invest for sustained growth and leadership in the research enterprise.**

The continued excellence of the graduate and professional experience relies on the University's efforts to maintain its role as a leading Research I university and its success in expanding the research enterprise at a level competitive with top public campus peers. Through its sponsored research program, the University sustains overall research capacity, enhances academic programs, and helps support key capital improvements that benefit the entire campus.

The University has made impressive gains in peer-review funded research grants awarded to faculty from sources including the National Institutes of Health and the National Science Foundation. The faculty are poised to exceed the $500 million mark for total awards, reflecting the excellence of the five health sciences schools, the College of Arts and Sciences, and other units. Continued growth will depend

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 22 of 46 UNC0379163

in part on the University's response to increased grant-seeking competition among peers. Also crucial is Carolina's ability to retain and fully reinvest the reimbursements of the costs of research — facilities and administrative costs, or overhead receipts — in the face of ongoing state budget challenges. Those funds represent the seed corn for future progress. Resolution of these and related issues lie at the heart of the University's future ability to invest for sustained growth in the research enterprise. Strategies should include better funding support for research-related services, providing seed funding for new research, identifying and developing areas of excellence and strategic importance in research, and increasing incentives to carry out research that benefits North Carolinians.

**A. 7. Promote technology transfer and economic development.**

The University's current success in promoting economic development results from technologies created by faculty and students in laboratories and research settings that are transferred into the commercial marketplace through invention disclosures, patents, licensing activity, and spin-off companies that create products to treat diseases and advance technology. The excellence of the University's research and graduate education creates the potential to contribute more jobs to the state's economy. The Office of Technology Development, under the Vice Chancellor for Research and Economic Development, will play a critical role in helping the University realize this potential.

Future achievements in this arena depend upon several factors. The University should address a lack of resources to invest in companies growing out of inventions by Carolina faculty and to provide the expertise required to evaluate technologies, apply for patents, and negotiate licensing agreements. Comparisons with peer campuses show the need for more staff and for infrastructure to incubate businesses properly.

Housing such activity is among the possibilities for the future development of Carolina North, the 900-acre tract of University land near the main campus. Planning continues with community involvement and a vision of becoming a living-learning community that can expand the University's multiple missions, create diverse partnerships, and connect to and enhance both the main campus and local communities. Few major research universities, public or private, have an opportunity to develop such a large tract so near — about two miles — a main campus. Doing so successfully has major implications for Carolina's future research success and its commitment to the local community to be an excellent neighbor.

**A. 8. Attract and retain top graduate students.**

The University's graduate and professional programs will flourish only by attracting and retaining top graduate students. Current success in these efforts is attributable to the quality of the faculty and the opportunity to engage in multidisciplinary cutting-edge research and discovery. However, Carolina has not been able to provide consistently competitive financial support packages to prospective students. Making those packages more attractive requires increased tuition remission funds, which permit students to pay in-state tuition rates, and competitive stipends. Other needs include more fellowship opportunities that encourage multidisciplinary study and research, as well as additional support for the development of teaching skills. Equally important is continued attention to and support for post-graduate doctoral fellows, who play an important role in the success of Carolina's research enterprise.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 23 of 46 UNC0379164

### A. 9. Integrate graduate and professional students more full into the life of the University.

Maintaining and enhancing the University's overall quality requires integrating graduate and professional students more fully into the life of the campus. The presence of exemplary graduate and professional students as teaching and research assistants strengthens Carolina's undergraduate programs, just as undergraduates help enliven and enrich graduate and professional studies. But graduate and professional study often focuses students on distinct disciplines located on a single part of the campus. Those students benefit from engaging with people in other disciplines. The University should identify and promote opportunities for graduate students to participate in interdisciplinary seminars and other similar collegial activities. Graduate and professional students should be recruited to serve as advisors and role models for undergraduates in residence halls, extracurricular activities, and departments and schools.

**ILLUSTRATIVE BENCHMARKS**

Examples of benchmarks that can help measure progress in further integrating interdisciplinary research, education, and public service include:

- Funding generated by centrally supported interdisciplinary initiatives.
- Percentage increase of space dedicated to interdisciplinary activities.
- Number of interdisciplinary courses provided through partnerships among various units.
- External rankings or evaluations for research libraries, such as the annual assessments by the Association of Research Libraries.

## Priority B: Further integrate interdisciplinary research, education, and public service.

To reach its potential, Carolina requires a more focused campus-wide approach to generate and make available centrally administered seed funding to seize compelling opportunities for interdisciplinary research, education, and public service.

Carolina long has encouraged effective collaborations on important academic endeavors that cross many traditional disciplinary boundaries. One of the University's strengths is that the faculty at such a large, decentralized research university have mobilized around many diverse topics. Building on this cross-disciplinary culture is the most critical building block for setting strategic academic priorities, allocating resources, and enhancing Carolina's national leadership among public universities.

RECOMMENDATIONS:

### B. 1. Support strategic opportunities for interdisciplinary programs, research, and public service.

The University has identified five broad interdisciplinary themes of strategic opportunity: biological, medical, and technology sciences; fine arts, humanities, and social sciences; global citizenship; social problem-solving; and ethics, leadership, and public life. Within each theme, there are areas in which Carolina has achieved excellence, others in which Carolina is building strength, and still others that promise multi-unit capacity to address pressing issues facing North Carolina, the nation, and the world. These interdisciplinary areas of strategic opportunity are described briefly below.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 24 of 46 UNC0379165

BIOLOGICAL, MEDICAL, AND TECHNOLOGY SCIENCES

**Genome Sciences.** Carolina is uniquely positioned to contribute to the post-genome challenges of providing meaning to the sequence of DNA. Successes of a campus-wide initiative include designation by the Centers for Disease Control and Prevention as one of three national centers of excellence for genomics and public health.

**Proteomics.** This research aims to produce a catalog of the proteins expressed in cells — crucial to realizing the full potential of the Human Genome Project. Proteins are instrumental in the processes that keep the human body healthy.

**Computational Biology.** This rapidly emerging field focuses on the role of computing in advancing molecular biological research.

**Biomedical Engineering.** Science and engineering combine to help solve practical problems in biology and medicine through tools such as computerized imaging.

**Materials Science.** The University's material sciences graduate program — unique because it is not based in an engineering school — builds on campus-wide science strengths to focus on electronic and optical materials, polymeric materials, and biomaterials.

**Nanotechnology.** Carolina faculty have pioneered sophisticated atom-scale research techniques that have vast potential to advance knowledge in areas including biology, medicine, and "green" manufacturing. The science behind building increasingly fast devices in dramatically smaller packages affects everything from sensors and computer chips to medical implants.

FINE ARTS, HUMANITIES, AND SOCIAL SCIENCES

**Fine Arts.** Carolina's nationally recognized arts programs — soon to be enhanced by the development of a planned "arts common" and several major facility improvements — position the University to become a leader in the arts among public universities.

**Writing.** Longtime excellence in dramatic art, communication studies, and creative writing provide distinctive cross-disciplinary opportunities in writing for the stage, screen, and established — as well as emerging — electronic media.

**Humanities and Social Sciences.** Among Carolina's greatest strengths are its faculty, programs, and traditions of excellence in the humanities and social sciences. Ongoing scholarship in the multi-disciplinary examination of social, cultural, historical, and artistic endeavors promises to be an area of focus with great potential for continued powerful collaboration across the campus.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 25 of 46 UNC0379166

GLOBAL CITIZENSHIP

**Area Studies.** Carolina aspires to be a national leader in a broad array of area studies — both geographic and ethnic — in which faculty from multiple academic and health affairs units strive to deepen understanding of economic, cultural, historical, religious, and social issues. Examples include African and Afro-American studies, American studies, Asian studies, Jewish studies, Latin-American studies, Native-American studies, and Southern studies.

**Global Health.** As envisioned at Carolina, global health responds to the new links between the health of the world's peoples with social stability, economic progress, and peace. Faculty bring together expertise across broad perspectives — including clinical, biomedical, cultural, epidemiological, behavioral, anthropological, legal, environmental, and economic — to better understand both diseases and wellness.

SOCIAL PROBLEM-SOLVING

**K-12 Education.** Carolina brings broad faculty expertise in education, childhood development, and public health, among other fields, to bear on the needs of K-12 education in North Carolina and beyond.

**Health-Care Access.** North Carolina's large indigent, migratory and immigrant populations create special challenges for providing health-care access and developing research agendas that best meet the needs of the state's citizens.

**Civil Rights.** Civil rights scholarship examines such issues as education, economic and social justice, employment, health care, housing, and voting rights.

**Community Preparedness.** In the wake of the 9-11 terrorist attacks, bioterrorism and community preparedness are two areas in which Carolina has a growing body of resources to share with governments, the public health workforce, and citizens.

**Environment and Sustainability.** Promoting environmental learning, research, and outreach is the responsibility of a diverse group of campus units collaborating to fulfill the University's responsibility to society. At issue are such factors as growing population, a rising demand for consumable goods, and the resulting stress on the environment and quality of life.

ETHICS, LEADERSHIP, AND PUBLIC SERVICE

**Ethics.** Ethics transcends all disciplines. Carolina's culture of honor requires the University to equip graduates with the critical thinking skills required to analyze problems from the worlds of business, medicine, government, or everyday life and evaluate the potential human and moral consequences of their decisions.

**Leadership and Public Life.** The future of society — at the state, national, and international levels — requires greater understanding of how the next generation of leaders can be nurtured effectively to become the best possible decision-makers for the public and private sectors.

Case 1:14-cv-00954-LCB-JLW   Document 154-35   Filed 01/18/19   Page 26 of 46   UNC0379167

**B. 2. Build sufficient infrastructure and provide adequate staff support for faculty research and teaching.**

Campus infrastructure is essential for the recruitment, retention, and development of faculty in all disciplines. Centralized research facilities for modern scientific research require not only equipment, but also well-qualified and well-compensated staff. Most critical to Carolina's interdisciplinary goals for excellence is the development of physical, chemical, biological, and computational facilities that are considered part of the normal operations required for science programs on other campuses. The multi-phase Science Complex provides an historic opportunity for Carolina, and the physical space that it promises should be complemented with a long-range plan for the maintenance of these resources. The social sciences require better primary data collection and data analysis facilities. Such facilities would include the ability to conduct scientific social surveys that enhance faculty research and further student training. Also needed are social science facilities that would allow the University to take advantage of non-traditional sources of data such as video, voice, and electronic forms of information that will be the basis of new forms of social science inquiry. Classrooms must be continually improved and adapted to changing instructional techniques.

**B. 3. Fund the libraries to ensure access to both traditional and digital media.**

The University should make funding the libraries a key priority. The libraries are confronting an explosion of information and a reduction in purchasing power caused by unprecedented price increases, especially for scientific journals. Dramatic changes loom in scholarly communication, including the rising cost of traditional publishing and commercial and governmental restrictions on access to intellectual property. Positive trends include the growing power of on-line technology to bring current information quickly to the point of use and to archive and make available vast amounts of information in multiple formats. Carolina should strengthen its leadership role in providing resources for learning and research.

**Priority C. Improve faculty recruitment, retention, and development.**

To sustain Carolina's strengths and realize its future aspirations, Carolina must successfully recruit, retain, and develop an extraordinary faculty. Over the next decade, Carolina will experience unprecedented levels of retirements. Faculty retention has become an urgent issue as the best public and private universities are recruiting Carolina faculty away to campuses with lower student-to-faculty ratios and better compensation and research support. In recent decades, the pressure has grown on many faculty to generate revenue by securing external research funding and, in some health science schools, by providing clinical services. Faculty face demands to teach ever-more students with limited increases in resources. These stressors combined with stagnant salaries are limiting Carolina's ability to maintain its thoughtful leadership and teaching capacity in a number of key areas.

The following proposals will help Carolina maintain its collective excellence by attracting and retaining this prized resource.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 27 of 46 UNC0379168

RECOMMENDATIONS:

**C. 1. Increase base salaries, benefits, and compensation packages to competitive levels.**

Carolina must compete vigorously for the best talent in the entire intellectual pool. The University should make allocation of faculty support a sufficiently high priority so that base salary, benefits, and compensation packages are competitive with peer public and private universities.

**C. 2. Streamline the recruiting process and incorporate a spousal hiring program.**

The University should design flexible faculty searches that rapidly identify new talent, complete negotiations, and formulate offers. Since faculty members increasingly come as proposed pairs, the University should use the strong base of colleges, universities, and businesses in the Triangle to recruit both partners simultaneously. The University must respond to the special challenges of recruiting women and minorities, including adopting a tenure and leave process that recognizes the difficulty of starting families while establishing research and teaching programs.

**C. 3. Design a formal sabbatical program.**

Carolina's lack of a formal sabbatical program has placed the campus at a competitive disadvantage compared with top private institutions and public university peers. A patchwork of leave programs has increased research opportunities in recent years, but the lack of a formal sabbatical program is an impediment to faculty development. Any program developed should have a policy that defines goals and sets expectations for faculty outcomes.

**C. 4. Recognize and reward superb teaching.**

In addition to their core classroom responsibilities, faculty teach by advising, mentoring, directing independent study, and guiding students' research. They need additional knowledge and skills to promote problem-based learning, service learning, interdisciplinary education, and effectively use instructional technology. The University should recognize and better reward superb teaching efforts — in all its permutations — through the tenure, promotion, and salary increase processes.

ILLUSTRATIVE BENCHMARKS

Examples of benchmarks that can help measure progress in strengthening faculty recruitment, retention, and development include:

- Number of faculty retained compared with competing offers from peer campuses.
- Average time for recruitment from announcing position to completing hiring agreement.
- Number of spousal or partner hires per year.
- Funding to support faculty research and course development.
- Student evaluations of quality of instruction, research supervision, and training.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 28 of 46 UNC0379169

**C. 5. Develop faculty resources and tools that further improve teaching and research quality.**

The sustained intellectual life of the faculty requires time dedicated to research and starting new scholarly directions. Opportunities for recurrent retooling and development, in turn, help improve teaching and research.

Key areas worthy of support include the use of instructional technologies for both on-campus and distance education and opportunities for new course development that draw from the latest faculty research. Faculty need summer stipends, pre-doctoral and post-doctoral research assistance, technical assistance, and improved facilities. Many faculty, particularly in the sciences and medicine, find external support for some of these needs, but others do not have support available and depend on the University to provide it.

Staff support is critical to the success of good teaching and faculty retention. Competitive staff salaries and benefits are crucial to maintain Carolina's research, teaching, and public service.

**Priority D. Increase diversity among faculty, student and staff.**

Diversity is critical to the University's effectiveness in fully preparing students for the world. The University is committed to reflecting the rich and changing diversity of the state and nation. Carolina must increase its capacity to draw upon, welcome, and benefit from the most able researchers, teachers, and public servants around the nation and the world. The University should meet its responsibility to contribute to the diverse pool of outstanding leaders needed for business, education, government, health care, and non-profits.

RECOMMENDATIONS:

**D. 1. Continue successful minority student recruitment efforts and increase support for minority faculty recruitment and scholarship programs.**

Recruiting and retention efforts should be reinforced by implementing the United States diversity requirement for undergraduates recently enacted as part of the general education curriculum review. The University should make better use of established minority organizations in recruiting minority faculty and students and ensure that all people feel welcomed as valued members of the University community. The School of Medicine's Minority Faculty Recruitment Program provides a successful model.

ILLUSTRATIVE BENCHMARKS

Examples of benchmarks that can help measure progress in improving diversity include:

* Percentage increase in the number of minority faculty and students.
* Number of minority faculty retained despite counter offers from other campuses.
* Rate of minority student retention and graduation.
* Number of collaborative programs established with historically minority campuses.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 29 of 46 UNC0379170

**D. 2. Integrate the needs and concerns of African-Americans, Native-Americans, Latinos, and Asians into the curriculum and daily life.**

To make progress toward this priority, Carolina should nurture individuals and help them realize their potential, without limitation as to race, ethnicity, disability, gender, age, or sexual orientation. The University should sustain excellence in African and Afro-American studies; increase support for Native-American and other area studies; continue support for the Office of Minority Affairs and activities of centers and institutes that address minority concerns; and continue to implement recommendations of special concern to minorities still pending from both the Report of the Chancellor's Minority Affairs Review Committee and the Report of the Chancellor's Task Force on Intellectual Climate.

**D. 3. Increase partnerships with North Carolina's historically minority universities.**

Expanded programs with other campuses should draw on the unique historical perspectives and special opportunities available at the state's historically black and minority universities. Minimally, Carolina should identify additional opportunities to cross-list courses with area minority institutions. Other activities should include joint research efforts, shared lectures, distance-learning opportunities, conferences and seminars, and cross-campus exchange programs modeled after the Robertson Scholars Program with Duke.

**Priority E. Enhance public engagement**

The University's tradition and history of public service to North Carolina fulfills one of its core missions. Through the broader concept of engagement, the University transcends public service and links Carolina's research and creativity to the felt needs of the state. Through engagement with individuals, communities, and business and industry, the University transforms lives far beyond Chapel Hill while enriching the education of students and the professional lives of faculty and staff. To lead public higher education in America, engagement must remain one of Carolina's highest priorities. The University must demonstrate its beneficial impact, tangible and intangible, for the campus itself and the communities it serves in all 100 counties of North Carolina.

RECOMMENDATIONS:

**E. 1. Provide senior leadership in public engagement.**

Public engagement must be assigned a high priority. With the Chancellor modeling and communicating the importance of engagement to people inside and outside the campus, all UNC-Chapel Hill leaders are responsible for developing plans and demonstrating results that advance the University's public service mission in North Carolina. Many initiatives arising from these plans should involve multiple units of the University. Progress toward achieving engagement goals should be a regular topic of discussion with key leadership groups including the Chancellor's Cabinet, the Dean's Council, and the Faculty Council.

In devising plans for enhancing its commitment to engagement, the University should work closely with state leaders, citizens, and other stakeholders to identify major challenges facing North Carolina — in areas such as K-12 education,

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 30 of 46
UNC0379171

job creation, economic development, and health-care access — and develop proposals to help address those concerns. That is exactly what a University, especially a great public institution, should be doing in tough times. A variety of mechanisms can be used to identify the state's needs. The University can, for example, host regional town meetings and convene a diverse and representative advisory board composed of government officials, business and community leaders, foundation directors, representatives of grassroots and non-profit organizations, students, faculty, staff, and administrators. Such an advisory board should include leaders of underserved and emerging communities that may not typically have a strong public voice.

**E. 2. Shift the focus from public service to public engagement.**

The University of North Carolina at Chapel Hill has a 200-year-old record of distinguished achievement in fulfilling its public service mission. By embracing public engagement, Carolina can sharpen and strengthen its service. The University should be responsive to community concerns and build strong and lasting community partnerships while integrating services more fully into its teaching and research missions. Working collaboratively and with coordination to achieve maximum efficiencies, the University should engage communities throughout the state by inviting them to share their needs and how the University might help and learn from them. The Chancellor has re-energized such conversations through recent state outreach efforts. The University should conduct partnered and participatory research and provide continuing and non-degree educational programs for North Carolina businesses, non-profits, and governments in economic and community development, based on the needs defined by leaders in those organizations.

**E. 3. Build partnerships for engagement within and outside the University.**

The University should further develop partnerships within the University and with outside groups to help meet the challenges facing North Carolina. As Carolina becomes more fully engaged with North Carolina, it will be important to develop stronger relationships with business, government, non-profits, grassroots groups, emerging communities, and other campuses. Through soliciting and selecting the best faculty and student proposals, and providing the necessary resources to support the work, the University will ensure that it is investing in the projects that best foster engagement and achieve its goals.

The University should build on successful foundations already in place to enhance how it delivers services to the citizens of North Carolina. Notable exemplars of public service activity at Carolina include the School of Government and its efforts to train public officials and the North Carolina Area Health Education Centers Program. More recent additions to the University's service repertoire include the Carolina Center for Public Service, which has created a central data base tracking University activities in all 100 North Carolina counties, and the William and Ida Friday Center for Continuing

ILLUSTRATIVE BENCHMARKS

Examples of benchmarks that can help measure progress in enhancing the commitment to public engagement include:

- Number and measured achievements of educational programs and research partnerships with businesses, governmental agencies, and non-profits.
- Amount of external funding received for engagement initiatives.
- Amount of funding provided to faculty, staff, and students for proposals advancing the University's engagement efforts through the Carolina Center for Public Service and other units.
- Number of continuing education activities and events conducted under University auspices.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 31 of 46
UNC0379172

Education, which offers academic programs to a wide range of part-time learners through both courses offered on campus and through distance education.

**Illustrative Benchmarks**

Examples of benchmarks that can help measure progress in extending Carolina's global presence include:

- Number and rate of students enrolled in international and study abroad programs.
- Number of programs or initiatives Carolina has with domestic and foreign partners or in international locations.
- Number and proportion of faculty engaged in international research and creative activities.
- Amount of funding provided to foreign students and scholars.

**Priority F. Extend Carolina's global presence, research, and teaching.**

Recent events highlight why all University community members require an understanding of how world problems are created and resolved, as well as how global issues of economic, geo-political, and cultural orientation drive international relationships and affect the health and development of the world's population. Carolina is a global university with worldwide interests, world-class programs, extensive participation by international students and faculty, and programs around the globe. Yet, an expansion and strengthening of this globalization is essential if the University intends to remain a major university in the new millennium. In pursuit of excellence, the University must not only broaden and deepen its globalization by supporting existing initiatives and adding others, but it needs to seek enhanced recognition for those efforts. All that Carolina does internationally must be grounded in its North Carolina location and as a state university proud to be serving its citizens. For these reasons, strengthening Carolina's international focus will contribute significantly to the University's aspirations to lead.

RECOMMENDATIONS:

**F. 1. Build and integrate global issues and perspectives into undergraduate curricula.**

All undergraduate students graduating from Carolina should be endowed with intercultural competence, possess an enhanced understanding of global events and processes, and be prepared to participate constructively in discussions of issues of worldwide concern. To achieve a more comprehensive globalization of the undergraduate curriculum, the University should expand the Study Abroad program; implement the global citizenship requirements of the newly approved general education curriculum; enhance study at Carolina of undergraduate international students; and create incentives for Chapel Hill faculty to lead study abroad programs.

**F. 2. Build and integrate global issues and perspectives into graduate and professional experiences and the University's overall research enterprise.**

The University should extend its global priorities to graduate and professional education and throughout the research enterprise to meet challenges facing the state, the nation, and the world. To meet those goals, the University must initiate and support intensive fieldwork and research opportunities overseas; increase

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 32 of 46 UNC0379173

tuition remission waivers for graduate foreign students; and expand advanced research centers and area-studies institutes; and add programs for visiting foreign scholars and faculty exchanges. In addition, Carolina should expand its international presence through more linkages with strategically selected sister institutions and joint projects and partnerships with American and foreign universities, research institutions, and governmental organizations.

Carolina's contributions to the study and solution of pressing global economic, health, political, ethical, and social issues should include broad participation not only by the traditional liberal arts fields, but also by the sciences and professional schools to the fullest extent possible.

All that Carolina does internationally should enhance how it serves North Carolina. The University should expand and support its commitment to global education at all levels — from K-12 outreach through undergraduate, graduate, and professional education — and into all relevant aspects of faculty research. The University has an obligation to connect "global to local" and fully integrate international aspects into campus-based endeavors and studies. Finally, the University should develop programs and services that effectively involve alumni and other interested constituents in Carolina's international endeavors.

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 33 of 46 UNC0379174



# ACADEMIC PLAN IMPLEMENTATION *and* DECISION-MAKING

Developed as a dynamic blueprint for the University's future, the Academic Plan serves as a broad statement of Carolina's priorities. As such, it becomes an integral part of the University's planning and budget process, enabling Carolina to guide its schools and departments in desired ways and on specific timetables in directions the plan highlights.

## PLANNING AND BUDGET PROCESS

Over the last three years, the Office of the Provost has implemented an annual planning and budget process. Deans and vice chancellors develop planning documents and then meet with the Provost's review committee to share their unit's vision and goals, comment on significant unit achievements, and link these goals and achievements to their resource requirements. This process has greatly increased the transparency of the University's resource allocation process. As a result, hard decisions involving differentiated cuts caused by recent annual reductions and mid-year reversions of state appropriations have been made in an atmosphere of rational deliberation and open discussion. The Academic Plan will further refine the planning and budget process and expand the annual committee review, which will focus not only on budget planning for the next year but also on progress toward the plan's strategic priorities and recommendations.

Each February, the Provost will issues guidelines to all deans and vice chancellors describing that year's process. These guidelines will reflect both the maturation of the process and environmental changes. They will describe expectations for submitting annual planning and budget reports. Although specific expectations will be adjusted annually, the planning and budget documents generally will include:

* An overview of the unit.
* A description of how the unit has addressed the plan's six priorities and the corresponding recommendations and action steps in the prior year.
* A statement of how the unit leverages funding from non-state sources.
* Identification of major concerns, including elevated risks, vulnerabilities, or possible disruptions.
* A synopsis of any changes in the unit's strategic planning goals resulting from changes in environmental trends or resource conditions.
* A presentation of opportunities for significant new or modified programs, policies, or processes, including potential for interdisciplinary collaboration.
* Identification of the unit's resource allocation plans, including anticipated internal reallocations, resource requirements, and prospective campus-wide budget changes.

The Executive Vice Chancellor and Provost will lead one-hour hearings for each dean and vice chancellor with the budget and planning review committee in April, and a planning and budget action plan for each unit will be finalized by May. The University's final budget depends upon completion of the state budget process by the North Carolina General Assembly.

 UNC0379175

## IMPLEMENTATION OF THE ACADEMIC PLAN

Successful implementation of recommendations set forth in the Academic Plan requires diligent attention and effort. The following section tracks 26 specific recommendations identified in the plan and lists approximately 75 action steps to guide follow up and completion. Many of these action steps require ongoing attention, while others involve specific, one-time action. Some of these steps may need to be modified.

In the next section, each action step includes a column listing the administrative unit within the University responsible for overseeing implementation. In all instances, the units assigned oversight for these action steps are responsible for reporting on implementation progress both through normal communication channels and in the annual planning and budget process. These units also are responsible for involving appropriate University constituents in the implementation.

Reaching the Academic Plan's objectives will require continued conversation among the administration, faculty, students, and staff to ensure steady progress and to monitor any new developments on or off campus that may require modifications to this or future iterations of the plan, its recommendations, and the action steps.

Successfully completing such collaboration will ensure that the Academic Plan produces its intended objective: to significantly strengthen Carolina's excellence.

## ACTION STEPS

**Priority A: Provide the strongest possible academic experience for undergraduate, graduate, and professional students.**

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| A.1. Sustain modest, controlled enrollment growth. | A.1.1. Continue development of a strategy to manage enrollment growth. | · Enrollment Management |
| | A.1.2. Conduct an impact study of projected enrollment growth across all academic units, physical capacity, and services. | · Enrollment Management<br>· Student Affairs<br>· Finance and Administration<br>· Provost and Academic Leadership<br>· Deans |
| | A.1.3. Approve enrollment strategy. | · Chancellor's Cabinet |
| A.2. Reassess the implications of the 18 percent cap on out-of-state undergraduates. | A.2.1. Develop a proposal to increase the out-of-state student enrollment cap. | · Enrollment Management<br>· Chancellor's Cabinet |
| A.3. Broaden small-group student opportunities. | A.3.1.a. Identify resource requirements for the First-Year Seminar Program. | · College of Arts and Sciences<br>· Provost and Academic Leadership |
| | A.3.1.b. Develop a phase-in strategy tied to available resources, including general funds and Carolina First campaign funds, for the first-year seminar program. | |
| | A.3.1.c. Develop an alternative implementation strategy in the absence of required funding. | |
| | A.3.2.a. Identify resource requirements for doubling the size of the Honors Program. | · College of Arts and Sciences |
| | A.3.2.b. Develop a phase-in strategy tied to available resources, including general funds and Carolina First campaign funds, for the Honors Program. | |
| | A.3.3.a. Create a comprehensive menu of available resources supporting innovative teaching. | · Center for Teaching and Learning |
| | A.3.3.b. Identify creative solutions to increase available funding for students and faculty to promote new learning scenarios. | · Center for Teaching and Learning<br>· Provost |
| | A.3.4.a. Identify resource requirements to reduce introductory course section size. | · College of Arts and Sciences |
| | A.3.4.b. Develop a phase-in strategy tied to available resources, including general funds and Carolina First campaign funds, to reduce introductory course section size. | |
| | A.3.4.c. Develop an alternative implementation strategy in the absence of required funding. | |

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 36 of 46 UNC0379177

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| A.4. Provide a better mix of physical spaces in which students can live and learn. | A.4.1.a. Develop an evaluation plan of existing programs for integrating living and learning, including current residential spaces organized around academic themes. | · Student Affairs<br>· Provost and Academic Leadership<br>· College of Arts and Sciences |
| | A.4.1.b. Incorporate findings of evaluation into plans for new and renovated residential environments. | |
| | A.4.1.c. Propose additional programs consistent with available funding. | |
| | A.4.2. Conduct a review of first-year orientation programs and initiate changes in response to findings. | · Student Affairs<br>· College of Arts and Sciences |
| | A.4.3. Design an evaluation plan for monitoring implementation of the Chancellor's Task Force on Greek Affairs report (2003). | · Student Affairs |
| A.5. Improve the culture of honor. | A.5.1. Design an implementation strategy for the recent recommendations for improving the University's honor code. (COSC committee 2003) (Chancellor's Task Force report 2002). | · Student Affairs |
| | A.5.2. Provide reports each November and April on implementation progress to the Chancellor's Cabinet, Faculty Council, Student Government, and the Graduate and Professional Student Federation. | |
| A.6. Invest for sustained growth and leadership in the research enterprise. | A.6.1. Develop a funding strategy for providing seed funding for faculty research initiatives. | · Research and Economic Development<br>· Deans |
| | A.6.2. Design a program evaluation on the impact of research seed funding. | · Research and Economic Development |
| A.7. Promote technology transfer and economic development. | A.7.1. Develop Carolina North. | · Research and Economic Development |
| | A.7.2. Provide increased funding for technology development and patent activity. | |
| | A.7.3. Increase staffing capacity to support economic development plans and initiatives. | |
| A.8. Attract and retain top graduate students. | A.8.1. Implement permanent funding to support teaching assistants. (Recommendations of the Teaching Assistants Advisory Task Force). | · Graduate School<br>· Deans |

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| A.9. Integrate graduate and professional students more fully into the life of the University. | A.9.1. Explore the feasibility of an annual graduate research exposition. | · Graduate School<br>· Graduate and Professional Student Federation |
| | A.9.2. Explore the feasibility and incentives for creating opportunities for participation by graduate and professional students in the intellectual life of the University. | · Graduate and Professional Student Federation<br>· Student Affairs<br>· Graduate School |
| | A.9.3. Explore the feasibility and incentives for creating opportunities for participation by graduate and professional students into the undergraduate academic experience. | · Graduate and Professional Student Federation<br>· Student Affairs<br>· Graduate School |
| | A.9.4. Develop a solution for creating a graduate student center within the constraints of both fiscal and facilities limitations. | · Graduate School<br>· Graduate and Professional Student Federation<br>· Facilities Management<br>· Student Affairs |

## ACTION STEPS

**Priority B: Further integrate interdisciplinary research, education, and public service.**

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| B.1. Support strategic opportunities for interdisciplinary programs, research, and public service. | B.1.1. Develop a central, comprehensive compendium of all interdisciplinary programs and corresponding financial resources, including externally generated funds. | · Provost and Academic Leadership<br>· Research and Economic Development<br>· Deans |
| | B.1.2. Widely communicate to all faculty the broad interdisciplinary themes for prospective funding. | · Provost<br>· Research and Economic Development |
| | B.1.3. Develop the criteria for submitting proposals through the University's planning and budgeting process for establishing new interdisciplinary initiatives. | |
| | B.1.4. Develop a revolving source of funding for supporting priority initiatives. | · Provost<br>· Research and Economic Development<br>· Finance and Administration |
| | B.1.5. Develop a strategy for replenishing the revolving fund. | |
| B.2. Build sufficient infrastructure and provide adequate staff support for faculty research and teaching. | B.2.1. Maintain an accurate inventory of all research space. | · Research and Economic Development<br>· Facilities Management |
| | B.2.2. Create and update a list of most pressing research space needs. | |
| | B.2.3. Seek restoration of deferred maintenance funding. | · Finance and Administration |
| B.3. Fund the libraries to ensure access to both traditional and digital media. | B.3.1. Develop a strategy to ensure adequate library budgets. | · Provost and Academic Leadership<br>· University Libraries<br>· Administrative Board of the Library |
| | B.3.2. Develop a comprehensive strategy for extending access to collections through the use of modern technologies. | · University Libraries |

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 39 of 46 UNC0379180

## ACTION STEPS

**Priority C: Improve faculty recruitment, retention, and development.**

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
| --- | --- | --- |
| C.1.<br>Increase base salary, benefits, and compensation packages to competitive levels. | C.1.1.<br>Continue to explore, in conjunction with the Office of the President, a flexible personnel system. | · Finance and Administration |
| | C.1.2.<br>Develop a five-year plan for raising faculty compensation to competitive levels with peer institutions. | · Provost and Academic Leadership<br>· Finance and Administration |
| C.2.<br>Streamline the recruiting process and incorporate a spousal hiring program. | C.2.1.<br>Monitor faculty appointment and recruitment process. | · Deans |
| | C.2.2.<br>Develop a communication and networking process for spousal hiring opportunities at regional colleges, universities, and research enterprises. | · Provost<br>· Deans<br>· Research and Economic Development<br>· Faculty Council |
| C.3.<br>Design a formal sabbatical program. | C.3.1.<br>Develop a plan for establishing a sabbatical program consistent with programs provided by peer universities. | · Provost<br>· Faculty Council |
| | C.3.2.<br>Prepare a sabbatical policy and implementation guidelines. | |
| C.4.<br>Recognize and reward superb teaching. | C.4.1.<br>Monitor progress on implementing recommendations for improving the promotion and tenure process. | · Provost<br>· Faculty Council |
| | C.4.2.<br>Document annually how teaching accomplishments are appropriately recognized and rewarded through tenure, promotion, and salary increases. | · Deans |
| C.5.<br>Develop faculty resources and tools that further improve teaching and research quality. | C.5.1.a.<br>Examine and modify, based on available funding, faculty incentives for employing instructional technologies into courses and programs. | · Center for Instructional Technology<br>· Faculty Council<br>· Center for Teaching and Learning |
| | C.5.1.b.<br>Evaluate utilization and impact of available instructional design and technology support services. | |
| | C.5.1.c.<br>Create new mechanisms and opportunities for faculty to share their experiences and learn from others both within and across units. | |
| | C.5.2.<br>Review staff salary and benefits to develop funding strategies for maintaining competitive compensation packages. | · Finance and Administration<br>· Employee Forum |

## ACTION STEPS

**Priority: D: Increase diversity among faculty, students, and staff.**

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| D.1. Continue successful minority student recruitment efforts and increase support for minority faculty recruitment and scholarship programs. | D.1.1. Implement the newly approved U.S. diversity curriculum requirement. | · College of Arts and Sciences |
| | D.1.2. Extend successful individual unit minority faculty recruitment programs to other units of the University. | · Deans |
| D.2. Integrate the needs and concerns of African Americans, Native Americans, Latinos and Asians into the curriculum and daily life. | D.2.1. Monitor and analyze progress of implementing various campus initiatives — including new tracking efforts in the Office of Minority Affairs — concerning minorities, women and other under-represented groups. | · Minority Affairs<br>· Deans |
| | D.2.2. Report widely the results of campus initiatives. | · Chancellor<br>· Provost and Academic Leadership<br>· Deans |
| | D.2.3. Incorporate progress reports on campus initiatives in the annual planning and budgeting process. | · Deans<br>· Vice Chancellors |
| D.3. Increase partnerships with North Carolina's historically minority universities. | D.3.1. Increase the number of cross-listed courses with minority institutions. | · Deans<br>· University Registrar |
| | D.3.2. Increase the number of cross-campus exchange programs with minority institutions. | · Deans<br>· Center and Institute Directors<br>· Research and Economic Development<br>· Student Affairs |

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 41 of 46 UNC0379182

## ACTION STEPS

**Priority E: Enhance public engagement.**

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| E.1.<br>Provide senior leadership in public engagement. | E.1.1.<br>Incorporate strategies for expanding the University's public engagement activities in the annual planning and budget process. | · Provost and Academic Leadership |
| E.2.<br>Shift the focus from public service to public engagement. | E.2.1<br>Include public engagement as appropriate among topics discussed in meetings of the Chancellor's Cabinet, Dean's Council, and Faculty Council. | · Chancellor<br>· Provost<br>· Secretary of the Faculty |
| E.3.<br>Build partnerships for engagement within and outside the University. | E.3.1.<br>Continue regional town meetings as appropriate. | · Chancellor<br>· Provost and Academic Leadership<br>· Deans |
| | E.3.2.<br>Track and report public engagements. | · Carolina Center for Public Service |
| | E.3.3.<br>Consult with Advisory Board of the Carolina Center for Public Service to provide advice on engagement activities and opportunities. | · Carolina Center for Public Service Advisory Board |
| | E.3.4.<br>Design, fund, and implement a strategy for developing partnerships and programs that respond to engagement opportunities. | · Provost and Academic Leadership |
| | E.3.5.<br>Develop an integrated vision of public engagement. | · Provost<br>· Research and Economic Development<br>· Finance and Administration<br>· University Advancement<br>· Deans<br>· Carolina Center for Public Service |



Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 42 of 46 UNC0379183

## ACTION STEPS

### Priority F: Extend Carolina's global presence, research, and teaching.

| RECOMMENDATION | ACTION STEPS | RESPONSIBILITY |
|---|---|---|
| F1. Build and integrate global issues and perspectives into undergraduate curricula. | F1.1. Implement the newly approved global issues curriculum requirement. | · College of Arts and Sciences |
| | F1.2. Integrate the multiple international educational programs and services. | · Provost |
| | F1.3. Establish a fund for supplementing expenses incurred by students participating in study abroad programs. | · University Advancement |
| | F1.4.a. Develop an information clearinghouse to track faculty engaged in overseas research activities at or near study-abroad sites. | · University Center for International Studies |
| | F1.4.b. Develop strategies for integrating these faculty into the study abroad experience. | · Study Abroad |
| F2. Build and integrate global issues and perspectives into graduate and professional experiences and the University's overall research enterprise. | F2.1.a. Develop and maintain an on-line repository of faculty and staff international activities, language skills and international research expertise. | · University Center for International Studies |
| | F2.1.b. Utilize the repository to connect faculty, staff, and students interested in expanding the University's international activities. | |
| | F2.1.c. Communicate the availability of the repository to global business and industry leaders within North Carolina. | · Research and Economic Development |

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 43 of 46 UNC0379184

# ACADEMIC PLANNING TASK FORCE

| | |
|---|---|
| Dr. Robert Shelton | Executive Vice Chancellor and Provost (Co-Chair) |
| Professor Darryl Gless | Senior Associate Dean, College of Arts and Sciences (Co-Chair) |
| Professor Steve Allred | Associate Provost for Academic Initiatives |
| Professor Harry Amana | School of Journalism and Mass Communication |
| Professor Edward Brooks | Department of Health Policy and Administration |
| Dr. Linda Carl | Associate Director for Distance Education and E-Learning Policy |
| Professor Ray Dooley | Chair, Department of Dramatic Art |
| Professor Arturo Escobar | Department of Anthropology |
| Professor Sue Estroff | Chair of the Faculty, School of Medicine |
| Ms. Frances Ferris | Undergraduate Student |
| Ms. Rebecca Frucht | Undergraduate Student |
| Professor Elizabeth Gibson | School of Law |
| Ms. Carol Jenkins | Director, Health Sciences Library |
| Professor Joseph Jordan | Director, Sonja Haynes Stone Center for Black Culture and History |
| Mr. Gary Lloyd | Office of the Registrar |
| Dr. Jerome Lucido | Vice Provost for Enrollment Management and Director of Undergraduate Admissions |
| Professor Laurie Mesibov | School of Government |
| Professor Gene Orringer | Executive Associate Dean, School of Medicine |
| Professor David Reeve | Department of Philosophy |
| Ms. Stephanie Schmitt | Graduate Student |
| Ms. Mariecia Smith | Graduate Student |
| Professor Linda Spremulli | Department of Chemistry |
| Professor Ron Strauss | Chair, Department of Dental Ecology |
| Professor Rich Superfine | Department of Physics and Astronomy |

Case 1:14-cv-00954-LCB-JLW Document 154-35 Filed 01/18/19 Page 44 of 46 UNC0379185



UNC0379187