IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | CASE NO. 1:14-CV-954 |

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1. | Declaration of Robert Blouin |
| 2. | Declaration of Winston Crisp |
| 3. | Declaration of Michael Davis |
| 4. | Declaration of Steven M. Farmer |
| 5. | Declaration of Jennifer Kretchmar |
| 6. | Declaration of Abigail Panter |
| 7. | Declaration of Jared Rosenberg |
| 8. | Excerpts from Deposition Transcript of Taffye Clayton |
| 9. | Excerpts from Deposition Transcript of Michael W. Davis |
| 10. | Excerpts from Deposition Transcript of James W. Dean, Jr. |
| 11. | Excerpts from Deposition Transcript of Christopher Faison |
| 12. | Excerpts from Deposition Transcript of Stephen M. Farmer |
| 13. | Excerpts from Deposition Transcript of Carol L. Folt |
| 14. | Excerpts from Deposition Transcript of Jennifer Kretchmar |
| 15. | Excerpts from Deposition Transcript Vol. I of Abigail Panter |
| 16. | Excerpts from Deposition Transcript of Jared Rosenberg |
| 17. | Excerpts from Deposition Transcript of Damon Toone |
| 18. | Excerpts from Deposition Transcript of Peter Arcidiacono |
| 19. | Excerpts from Deposition Transcript of Richard Kahlenberg |
| 20. | Expert Report of Mitchell J. Chang, Ph.D., dated January 12, 2018 |
| 21. | Expert Report of Dr. Uma Jayakumar, dated January 12, 2018 |
| 22. | Expert Report of Caroline M. Hoxby, Ph.D., dated January 12, 2018 |
| 23. | Rebuttal Report of Caroline M. Hoxby, Ph.D., dated April 6, 2018 |
| 24. | Reply Report of Caroline M. Hoxby, Ph.D., dated June 8, 2018 |
| 25. | Expert Report of Peter S. Arcidiacono, dated January 12, 2018 |
| 26. | Rebuttal Expert Report of Peter S. Arcidiacono, dated April 6, 2018 |
| 27. | Expert Report of Richard D. Kahlenberg, dated January 12, 2018 |
| 28. | Expert Rebuttal Report of Richard D. Kahlenberg, dated April 6, 2018 |
| 29. | Expert Reply Report of Richard D. Kahlenberg, dated June 27, 2018 |
| 30. | Expert Report of Bridget Terry Long, Ph.D., dated January 12, 2018 |
| 31. | Expert Rebuttal Report of Bridget Terry Long, Ph.D., dated April 6, 2018 |

| Exhibit No. | Description of Exhibit |
|---|---|
| 32. | The Mission Statement of the University of North Carolina, Chapel Hill (UNC0323722) |
| 33. | Faculty Council Resolution 2016-12 - On Commitment to Diversity and Inclusion (UNC0283261) |
| 34. | "The Educational Benefits of Diversity and Inclusion for Undergraduate Students at the University of North Carolina at Chapel Hill," Report Submitted to Chancellor Carol L. Folt by Executive Vice Chancellor and Provost James W. Dean , Jr., dated May 26, 2017 (UNC0349694-712) |
| 35. | The University of North Carolina at Chapel Hill Academic Plan – July 2003 (UNC0379143-87) |
| 36. | The University of North Carolina at Chapel Hill Academic Plan 2011 (UNC0379188-283) |
| 37. | Faculty Advisory Committee on Undergraduate Admissions, Statement on the Evaluation of Candidates for Admissions, adopted September 5, 2007 (UNC0104859) |
| 38. | The University of North Carolina at Chapel Hill: Admissions Policy (UNC0376839-47) |
| 39. | Reading Document for the 2016-2017 Application Year (UNC0323603-10) |
| 40. | Top 10 Percent Plan (2012 Analysis) (UNC0079622) |
| 41. | J. Kretchmar Research Compendium (2009 Literature Review) (UNC0079519-31) |
| 42. | Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - December 19, 2013 (UNC0079624) |
| 43. | Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - January 15, 2014 (UNC0079613) |
| 44. | Working Group to Consider Race-Neutral Alternatives to Admissions Meeting Minutes - February 26, 2014 (UNC0079724-25) |
| 45. | Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - October 23, 2014 (UNC0079650) |
| 46. | Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - June 10, 2015 (UNC0079822) |
| 47. | 2014-2015 Diversity Plan Report (UNC0377852-78) |
| 48. | UNC Chapel Hill - Student Affairs 2010-15 Strategic Plan (UNC0379113-31) |
| 49. | Exploring Race-Neutral Alternatives in Undergraduate Admissions ("White Paper") (UNC0283540-68) |
| 50. | Exploring Race-Neutral Alternatives in Undergraduate Admissions (presented to Faculty Advisory Committee) (UNC0374120-48) |
| 51. | Exploring Race-Neutral Alternatives in Undergraduate Admissions, January 19, 2016 PowerPoint presentation to Committee (Top 10 Percent Plan) (UNC0323680-90) |
| 52. | Charge of the Advisory Committee on Undergraduate Admissions 2015-2016 (UNC0372902-03) |

| Exhibit No. | Description of Exhibit |
|---|---|
| 53. | Advisory Committee on Undergraduate Admissions Meeting Minutes, dated September 30, 2014 (UNC0087705) |
| 54. | 2014-2015 Annual Report of the Advisory Committee on Undergraduate Admissions, dated February 19, 2016 (UNC0283447-65) |
| 55. | 2015-2016 Annual Report of the Advisory Committee on Undergraduate Admissions, dated February 24, 2017 (UNC0237297-320) |
| 56. | Charge of the Committee on Race-Neutral Strategies (UNC0378215) |
| 57. | Charge of the Literature Review Subcommittee, dated December 16, 2016 (updated January 13, 2017) (UNC0283529) |
| 58. | Charge of the Data Analytics Subcommittee of the Race Neutral Strategies Task Force, dated November 30, 2016 (UNC0283530) |
| 59. | Charge of the Subcommittee on the Impact of Diversity on the Student Experience (UNC0379565) |
| 60. | Review of Admissions Decisions (School Group Review), October 1, 2015 (UNC0079438) |
| 61. | 2015 Carolina College Advising Corps (CCAC) Information Sheet for Robeson County Schools (UNC0226162-63) |
| 62. | Carolina Metrics Presentation (UNC0132974-90) |
| 63. | Committee on Race-Neutral Strategy, Meeting of September 9, 2016 Minutes (UNC0283505-06) |
| 64. | The Educational Benefits of Diversity & Inclusion Working Group, Status Report for December 2017 – June 2018, dated June 25, 2018 (UNC0380278-360) |
| 65. | Interim Report Examining Potential Race-Neutral Strategies in Undergraduate Admissions at University of North Carolina at Chapel Hill, dated May 2018 (UNC0380383-519) |
| 66. | Declaration of Nilay Tanik Argon |
| 67. | Declaration of Ezra Baeli-Wang |
| 68. | Declaration of Rye Barcott |
| 69. | Declaration of Chelsea Barnes |
| 70. | Declaration of Melody Barnes |
| 71. | Declaration of Taylor Bates |
| 72. | Declaration of Frank Baumgartner |
| 73. | Declaration of Ronald F. Bilbao |
| 74. | Declaration of Alan Blattner |
| 75. | Declaration of W. Fitzhugh Brundage |
| 76. | Declaration of Regan Buchanan |

| Exhibit No. | Description of Exhibit |
|---|---|
| 77. | Declaration of J. Christopher Clemens |
| 78. | Declaration of Mary Cooper |
| 79. | Declaration of Michael T. Crimmins |
| 80. | Declaration of Paul Cuadros |
| 81. | Declaration of Marty Davidson |
| 82. | Declaration of Joseph DeSimone |
| 83. | Declaration of Lauren Eaves |
| 84. | Declaration of Laura Gamo |
| 85. | Declaration of Rachel Gogal |
| 86. | Declaration of Teodoro ("Teddy") Gonzalez |
| 87. | Declaration of Atrayus O. Goode |
| 88. | Declaration of Peter Henry |
| 89. | Declaration of Jennifer Ho |
| 90. | Declaration of Kelly Hogan |
| 91. | Declaration of Sherick Hughes |
| 92. | Declaration of Brittany Hunt |
| 93. | Declaration of Emil Kang |
| 94. | Declaration of Crystal King |
| 95. | Declaration of Richard H. Kohn |
| 96. | Declaration of Donovan Livingston |
| 97. | Declaration of Kendall Luton |
| 98. | Declaration of Karol Mason |
| 99. | Declaration of Steven Matson |
| 100. | Declaration of Patricia McAnany |
| 101. | Declaration of Lindsay-Rae McIntyre |
| 102. | Declaration of Ashley McMillan |
| 103. | Declaration of J. Michael Ortiz |
| 104. | Declaration of Merrick Osborne |
| 105. | Declaration of Jordan Peterkin |

| Exhibit No. | Description of Exhibit |
|---|---|
| 106. | Declaration of Micah Poulson |
| 107. | Declaration of Jonathan Reckford |
| 108. | Declaration of Vishal Reddy |
| 109. | Declaration of Neils Ribeiro-Yemofio |
| 110. | Declaration of Jonathan Rich |
| 111. | Declaration of Viji Sathy |
| 112. | Declaration of Shruti Shah |
| 113. | Declaration of Louise Toppin |
| 114. | Declaration of Richard Vinroot |
| 115. | Declaration of Richard ("Stick") Williams |
| 116. | Declaration of Camille Wilson |
| 117. | Declaration of Anan Zhou |
| 118. | Educational Benefits of Diversity Working Group Meeting Minutes – December 20, 2017 (UNC0388702) |
| 119. | Educational Benefits of Diversity and Inclusion Working Group Meeting Minutes - June 22, 2018 (UNC0389268) |
| 120. | Educational Benefits of Diversity and Inclusion Working Group Meeting Minutes – July 11, 2018 (UNC0389271) |
| 121. | Educational Benefits of Diversity and Inclusion Working Group Meeting Minutes – August 20, 2018 (UNC0389062) |
| 122. | Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity and Inclusion, updated June 2018 (UNC0384902) |
| 123. | Students for Fair Admissions, Inc. v. President and Fellows of Harvard College, et al., No. 14-14176-ADB, U.S. District Court, District of Massachusetts, Transcript of Bench Trial – Day 6, October 22, 2018 |
| 124. | Excerpts from Deposition Transcript Vol. II of Abigail Panter |
| 125. | Expert Reply Report of Bridget Terry Long, Ph.D., dated June 8, 2018 |