**EXHIBIT 36**

**The University of North Carolina at Chapel Hill Academic Plan
2011
(UNC0379188-283)**



# ACADEMIC PLAN 2011

THE UNIVERSITY *of* NORTH CAROLINA *at* CHAPEL HILL

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 2 of 97   UNC0379188

# Academic Plan Steering Committee

**Bill Andrews**, Steering Committee Co-chair, Senior Associate Dean, Fine Arts and Humanities and E. Maynard Adams Professor, *English and Comparative Literature*

**Sue Estroff**, Steering Committee Co-Chair, Professor, *Social Medicine*

**Larry Band**, Voit Gilmore Distinguished Professor, *Geography*

**Holly Boardman**, Co-chair, *Academic Affairs Committee of Student Government*

**Jane Brown**, James L. Knight Professor, *Journalism and Mass Communication* *(through 6/30/2011)*

**Regina Carelli**, Stephen B. Baxter Distinguished Professor and Associate Department Chair, *Psychology*

**McKay Coble**, Chair of the Faculty and Professor, *Dramatic Art*

**Lloyd Edwards**, Associate Professor, *Biostatistics*

**Steve Farmer**, Associate Provost and Director, *Undergraduate Admissions*

**Maryann Feldman**, S.K. Heninger Distinguished Professor, *Public Policy*

**Keith Lee**, President, Graduate and Professional Student Federation and doctoral student, *Computer Science*

**Melinda Manning**, Assistant Dean of Students, *Student Affairs*

**Rick Mumford**, Clinical Associate Professor, *Dental Ecology, Dentistry*

**Warren Newton**, William B. Aycock Distinguished Professor and Chair, *Family Medicine*

**Lou Perez**, J. Carlyle Sitterson Professor, *History* and Director, *Institute of the Americas*

**Shruti Shah**, Chair, *Chancellor's Student Innovation team*

**Ron Strauss**, Executive Associate Provost and Dental Friends Distinguished Professor, *Dentistry*

**David Bevevino**, Assistant to the Committee, *Class of 2010*

# Table of Contents

4   EXECUTIVE SUMMARY
      6   Introduction
      6   Mission
      7   Challenges and Opportunities
     12   2003 Academic Plan
     13   Overview of the 2011 Academic Plan
     14   Future of the 2011 Academic Plan

15   THEME ONE
          Work as an integrated university to attract, challenge, and inspire students through
          transformative academic experiences

     18   Recommendations
           1. Fully engage first-year undergraduate students in the academic life of the
             University.
           2. Promote and support the success of students at all levels.
           3. Challenge all undergraduate students to aspire to excellence and to accelerate
             their intellectual development.
           4. Strengthen Carolina's academic technology and infrastructure.

     24   Summary

25   THEME TWO
          Faculty: Prominence, Composition, Recruitment, Development, Retention,
          and Scholarship

     27   Recommendations
           1. Bring UNC-Chapel Hill faculty salaries to at least the 80th percentile of those of
             our peer universities.
           2. Improve health insurance coverage and ensure equity and affordability in health
             insurance benefits for all faculty and staff dependents.
           3. Reinstate the spousal hiring program.
           4. Make UNC-Chapel Hill's retirement plan for faculty and staff competitive with the
             retirement plans of other peer institutions.

# Table of Contents, continued

5. Enhance childcare services for UNC-Chapel Hill faculty, staff, and students with children.
6. Recognize and reward the contributions of fixed-term faculty to the teaching and research missions of the University.
7. Ensure that salaries and compensation are equitable through continuous monitoring of faculty and staff salaries.
8. Endorse and support faculty research and study assignment provisions across the University.
9. Fund University libraries so they can collect and preserve the research materials that faculty require.
10. Create a pilot Faculty-Student Mentoring Program.
11. Work toward developing a tuition waiver or reduction program for children of UNC-Chapel Hill faculty and staff.

31 Summary

33 THEME THREE
Interdisciplinarity in teaching, research, and public engagement
Principles and Priorities

35 Recommendations
1. Enhance facilities and infrastructure for interdisciplinary activity.
2. Develop strategic programs to support short- and long-term interdisciplinary research and teaching programs.
3. Coordinate and expedite collaborative teaching efforts across departments, schools, and disciplines.
4. Facilitate event-centered interdisciplinary activities.

39 Summary

41 THEME FOUR
Equity and Inclusion at Carolina

# Table of Contents, continued

43　Recommendations
　　1. Implementation and communication of our values, expectations, and resources.
　　2. UNC-Chapel Hill and the State of North Carolina.
　　3. Retention and Graduation.

46　Summary

47　THEME FIVE
　　Engaged scholars and scholarship

49　Recommendations
　　1. Recognize and reward engaged scholarship and activities.
　　2. Expand the purview of the Carolina Center for Public Service.
　　3. Document and publicize Carolina's engagement activities.

52　Summary

53　THEME SIX
　　Extend Carolina's global presence, teaching, research, and public service

56　Recommendations
　　1. Increase the number of faculty with international expertise.
　　2. Expand UNC-Chapel Hill's capacity to engage in global research.
　　3. Augment global learning opportunities for students.
　　4. Heighten the value and effectiveness of global partnering.
　　5. Amplify UNC's global impact.
　　6. Apply Global Perspectives to Public Service and Outreach in North Carolina.
　　7. Assess to Improve.

61　Summary

62　CODA

66　Appendices

Case 1:14-cv-00954-LCB-JLW　Document 155-1　Filed 01/18/19　Page 8 of 97　UNC0379194

# Executive Summary

*Reach Carolina*, the 2011 Academic Plan for the University of North Carolina at Chapel Hill, proposes principles and concrete steps by which faculty, students, and staff can attain levels of accomplishment and distinction befitting Carolina's mission as a leading public university. Recognizing the challenges that budget cuts and the extended recession have placed before us, we set out priorities for the next decade that are boldly aspirational yet grounded in our traditions.

The Plan consists of six interlocking priorities. The first recommends ways to ensure that every student at Carolina — undergraduate, graduate, and professional — will have a transformational academic experience here. To reach this goal, we urge the expansion of the First-Year Seminar program, re-engineered lecture courses on major problems and issues of the world, renewed commitments to retention and timely graduation, new academic trajectories, and additional means of challenging our students to aspire to excellence.

The irreducible ingredient for transformative student experiences is our faculty. Carolina must make strategic investment in faculty a priority. This Plan calls on the University to pursue fair and appropriate funding for compensation, benefits, child care, and retirement for faculty and staff, while bolstering programs that enable faculty to reach their full potential as teachers, scholars, artists, researchers, and leaders.

As pressing problems throughout the world demand collaborative, cross-disciplinary solutions, the Plan exhorts UNC-Chapel Hill to make the creative integration of disciplines a priority across the campus. We recommend enhanced facilities, technological systems, and administrative support to foster interdisciplinary activity, including strategically allocated support for short- and long-term exploration in interdisciplinary research and teaching.

Case 1:14-cv-00954-LCB-JLW    Document 155-1    Filed 01/18/19    Page 9 of 97    UNC0379195

To reach the goals laid out in this Plan, Carolina must become a community in which all students, faculty, and staff can achieve the best of which they are capable. Achieving equity and inclusion on our campus means taking thoughtful, well-funded steps that demonstrate our commitment to welcome and respect difference as a vital ingredient of creative change.

Because the University exists to serve not only its students but also the state, nation, and the world, *Reach Carolina* embraces enthusiastically a comprehensive approach to engagement that will recognize, stimulate, and reward excellence in teaching and research on the part of all members of the campus community. Enhancing Carolina's global presence — by attracting more faculty with international expertise, augmenting opportunities for global research, and expanding opportunities for students to have an international experience — remains a University priority in this Academic Plan.

The Plan envisions an Implementation Committee, composed of faculty, students, staff, and administrators, that will use *Reach Carolina* as a blueprint for future programmatic and budgetary planning. We call for an annual report from the Provost's office that will keep the community informed of our progress in implementing *Reach Carolina*.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 10 of 97   UNC0379196

# Introduction

## Mission

The Academic Plan 2011: *Reach Carolina* conveys a vision for the UNC-Chapel Hill campus community — students, faculty, and staff — over the next decade. We call on Carolina to reach, that is, to extend our aims and vision beyond our present grasp, to reach the future that beckons us. We seek to reach more students and citizens, and to be a destination of choice for students, faculty, and employees. Looking beyond our current challenges to exciting prospects ahead, Carolina will remain true to our two-century-old tradition: to make our University a model public institution, where teaching, research, and service inform and inspire our students, faculty, the citizens of North Carolina and the United States, as well as a global community.

This Academic Plan reflects the vision and principles of the UNC-Chapel Hill mission statement approved by the University of North Carolina Board of Governors in November, 2009.

> The University of North Carolina at Chapel Hill, the nation's first public university, serves North Carolina, the United States and the world through teaching, research and public service. We embrace an unwavering commitment to excellence as one of the world's great research universities.
>
> Our mission is to serve as a center for research, scholarship and creativity and to teach a diverse community of undergraduate, graduate and professional students to become the next generation of leaders. Through the efforts of our exceptional faculty and staff, and with generous support from North Carolina's citizens, we invest our knowledge and resources to enhance access to learning and



to foster the success and prosperity of each rising generation. We also extend knowledge-based services and other resources of the University to the citizens of North Carolina and their institutions to enhance the quality of life for all people in the State.

With lux, libertas — light and liberty — as its founding principles, the University has charted a bold course of leading change to improve society and to help solve the world's greatest problems.

To fulfill our founding principles — "light and liberty" — our reach, to paraphrase the poet Robert Browning, must always exceed our grasp. We cannot lapse into complacency or self-satisfaction with what we are or where we have been. Instead, to remain fully engaged with and responsive to the world around us, we must reach farther and deeper into our collective imagination to set the goals that will realize our evolving mission.

We too "embrace an unwavering commitment to excellence" for Carolina, confident that our faculty, students, and staff expect nothing less from themselves and our University. This Academic Plan charts a bold course that will catalyze positive change, calling us beyond the limits of our own expectations or external constraints. We predicate this Academic Plan on our conviction that Carolina's tradition is to lead by example, to model on our campus the values and the vision that will enable us to instruct and inspire "the next generation of leaders" among our students through exemplary "research, scholarship, and creativity."

## Challenges and Opportunities

The need for an aspirational plan for the University's academic future has never been more pressing. We face major challenges that, in the current fiscal



The first seal of the University of North Carolina, designed in 1790, showed the face of Apollo and his emblem, the rising sun, symbolizing the dawn of higher education in the state. The words "SIGUL UNIVERSITAT CAROL SEPTENT" (Seal of the University of North Carolina) surrounded the drawing. In the late 1890s a shield bearing the words LUX (light) and LIBERTAS (liberty) and flanked by lighted torches of learning, replaced Apollo's head.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 12 of 97   UNC0379198

*Despite the impact of the recession on their own portfolios, our loyal and generous Alumni and donors responded to the University's development and fund-raising efforts in 2009 with over $292 million in gifts and commitments.*

environment, magnify each other. Primary among these are: declining public resources; sustained enrollment growth; significant changes in the contractual and salary status of the faculty; and, the evolving role of non state funding from federal, private, and corporate, sources in Carolina's present and future. While the influence of these combined forces on faculty, staff, and students cannot be ignored, this Academic Plan proceeds from the knowledge that Carolina has addressed problems and challenges in the past that rival those we face today and remains in the top ranks of public research universities. The global, national, and local recessions demand that the Carolina community bring the full measure of its talents and energy to address the monumental fiscal challenges we face.

We have weathered four consecutive years (2007–2011) of substantial cuts in recurring state support. Faculty, staff, and administrative positions have been eliminated or left unfilled, hiring has been suspended, salaries frozen, and degree programs and entire units discontinued in an effort to sustain the core teaching functions and research commitments of the University. At the same time, an increasing number and proportion of faculty, particularly in health affairs, are responsible for generating the funds for their own salaries and benefits, while University-wide, fixed-term appointments rather than tenure-track or tenured positions increase steadily. Further budget reductions in our base funding will erode our ability to fulfill our core missions. Recognizing that our elected leaders have made sincere efforts to protect the state's investment in UNC-Chapel Hill, we understand that for the foreseeable future we will continue to share with the people of North Carolina the burden of reduced state support, along with increasing expectations for service to our students and the state.

Carolina's efforts to contribute an increasing proportion of needed support from external sources continue unabated. Despite the impact of the recession on their own portfolios, our loyal and generous Alumni and donors have responded to the University's development and fund-raising efforts in 2009 with over $292 million in gifts and commitments. Through the creativity and innovative spirit of our intellectually enterprising faculty, the University of North Carolina at Chapel Hill was awarded $803 million in contracts and grants in 2009–10. This was an unprecedented achievement, representing an annual increase of 12.2% in external grant support for Carolina, and marked the 14th consecutive year of growth in external research funding. The intellectual curiosity and competitive spirit that result in this success benefit not only the University but also the people of North Carolina. Externally funded research has a direct impact, through the infusion of dollars into the state economy, and indirect value, through the application of faculty research to improve on the quality of life for people in this state, the nation, and the world. This Academic Plan aims to reinforce and encourage research, scholarship, and creativity throughout the University community so that we may reach beyond even these notable levels of recognition and success.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 13 of 97   UNC0379199

As our state and the University seek the resources necessary to fulfill our mission, we face another ongoing and mounting challenge: the steady growth of increasingly diverse and well-qualified student applicants to Carolina. Carolina welcomes the opportunity to educate these students from North Carolina's urban centers, rural counties, and from beyond our borders, among them recent high-school graduates, working professionals, and veterans. They bring to Chapel Hill extraordinary qualities and promise. In order for these students to reach for their dreams in Chapel Hill, we rely on and are grateful for the state appropriations that enable us to hire more faculty to address this accelerating need. Because external funding sources rarely support teaching as a principal activity, we must rely on state and tuition finances to sustain our commitment to instruction, especially at the undergraduate level.

Continuing growth in undergraduate and graduate enrollments, however, places demonstrable strain on Carolina's ability to offer current and future undergraduate and graduate students the kind of educational experience that alumni have treasured and that has led to the University's global reputation as a public ivy. Soon our student body will cross the 30,000-student threshold, an increase of 20% over the past decade. The pressure that enrollment growth places on the University's infrastructure is already a matter of attention and concern, prompting careful reassessment of our classroom, library, and laboratory capacities, teaching and learning space use patterns, available office space, and the ways our academic staff are deployed to provide needed services to our students. Absent



Professor Daniel Reichart's class in Astrophysics.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 14 of 97   UNC0379200

the resources and infrastructure required to maintain excellence in teaching, learning, and research for a steadily growing faculty and student body, many recommendations of the Academic Plan will be largely unfeasible.

Even with careful and creative planning, sustained enrollment growth will alter the balance of small, medium, and large classes that has enabled Carolina traditionally to educate large numbers of students while promoting and enabling individual faculty-student relationships. Because the number of large lecture classes that students are obliged to take appears likely to grow, this Academic Plan seeks to convert this challenge into an opportunity to re-engineer large classes, including advances in technology, to create increasingly student-centered and more intellectually stimulating learning.

As we develop new ways to teach larger classes, the University must re-affirm its dedication to providing small-class experiences, particularly in first-year and Honors courses, that have been the hallmark of "the Carolina way" in public education for many years. The recommendations of the Academic Plan are designed to stimulate a spirit of inquiry, dialogue, collaboration, and innovation at every level of pedagogy across the campus.

A final challenge that Carolina faces in the early twenty-first century stems from the University's evolving relationships with foundations, federal agencies, corporations, and private donors. These relationships represent opportunities to form productive partnerships that have funded classroom buildings and research facilities, endowments that reward faculty teaching and research, and investments in the University's most precious resources, the creativity of its faculty. At the same time, these relationships may challenge the University's tradition of intellectual independence by inviting external interests, expectations, and values to influence how we allocate our time, what we teach, what research is rewarded, and what the purpose of a Carolina education should be. However we assess the actual and potential influence of this shift in funding, it is clear that an increasing proportion of UNC-Chapel Hill faculty relies either solely or to a considerable extent for their salaries on other than state funding. As a result, time for students, teaching, and engagement with the work of the University community competes with the necessity of acquiring grants and other types of external funding that support not only research but the salaries of the researchers. When salaries depend on external sources, commitment to the needs of the University — students, colleagues, the University community — can be compromised. Carolina's enduring tradition of shared governance among faculty, administration, and students depends upon our ability to engage in the work of the campus, and an investment in the present and future. Whether faculty will have the time, opportunity and commitment to develop future academic plans rests on how well we accomplish the goals set out here.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 15 of 97   UNC0379201

*Because the number of large lecture classes that students are obliged to take appears likely to grow, this Academic Plan seeks to convert this challenge into an opportunity to re-engineer large classes, including advances in technology, to create increasingly student-centered and more intellectually stimulating learning.*

This Academic Plan recognizes the enduring challenge and opportunity that external funding — including student tuition, competitive grants from public institutes and private foundations, corporate gifts and sponsorships, and individual donations — constitutes for public higher education in Chapel Hill and elsewhere. We understand that these resources have been and will be crucial to Carolina's ability to attract and retain outstanding faculty and students as well as to pursue other needed initiatives that reinforce traditional disciplines on our campus. To realize the future we envision in this Plan, financial support from a mixture of public and private sources is essential, as is our constant attention to their influence on the campus.

To sustain the public and private partnerships that support and enhance Carolina's enterprise in teaching, research, and service, we believe that the University must continue to foster, invest in, and reward creativity on an expansive scale. The intellectual freedom central to a campus-wide commitment to creative exploration will yield scholarly endeavors that are valued and supported on the basis of inherent quality, as well as applied research that engages with and solves real-world problems. As Carolina seeks to encourage research that generates a wide range of applications, we should maintain support for research across the range of academic disciplines represented by schools, departments, centers, and institutes — wherever faculty, staff, and students make an original contribution to the state of knowledge and/or the state of the art in a discipline, area of research, or analogous field of inquiry. Our centers and institutes produce strong efficiencies in overcoming barriers to interdisciplinary collaboration by providing frameworks that complement schools and departments as well as flexibility for developing new research directions that often fall between established academic units.

This Academic Plan suggests ways the University can promote teaching and research that is transformative for students and rewarding for faculty, and that benefits the state, nation, and world. Through *Reach Carolina* we seek to prime the wellspring of all such work, the creativity of our entire community, so that the liberty of faculty and students to pursue the light of discovery will continue to lead Carolina to the forefront of public higher education.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 16 of 97   UNC0379202

## 2003 Academic Plan

Chancellor Michael Hooker challenged the campus community in 1996 to engage in an intensive and extensive study of the intellectual climate at Carolina. That undertaking focused the thinking of the campus on our priorities and directions for future development. From that starting point, in 2003 UNC-Chapel Hill developed and adopted its first academic plan as a blueprint for progress on a wide range of fronts, from augmenting the academic experience of our students to extending Carolina's global presence. Drawing concrete recommendations from an imaginative, holistic vision of what this University can and should be, the 2003 Academic Plan spawned innovations that have demonstrably improved the quality of academic life and work on our campus. The 2003 Academic Plan also energized our thinking about what it means to be a leading public research university that embraces an increasingly national and global profile as well as local commitments and responsibilities. The 2003 Plan spurred faculty, students, and staff to pursue and accomplish:

- a redesigned General Education curriculum;
- expanding the Honors Program and First Year Seminars in the College of Arts and Sciences;
- a Carolina Covenant guaranteeing admission to UNC-Chapel Hill for undergraduates with limited financial resources;
- a Center for Faculty Excellence that enables advances in teaching, research, and leadership;
- programs that enlist Faculty Engaged Scholars and undergraduate Public Service Scholars in projectsthat contribute to the common good; and
- accelerating the global reach of Carolina research, educational partnerships, and expansion of the global composition of our students and faculty.

*Reach Carolina*, UNC-Chapel Hill's 2011 Academic Plan, is consciously constructed on the foundations laid by the 2003 Plan. The priorities that were identified in 2003 remain central to our current and future aspirations, yet are informed by developments in the intervening years. In 2011 we proceed from the conviction that Carolina's future depends on maintaining a thoughtful focus on the priorities and goals that our faculty, students, and staff articulated in 2003, while reaching beyond those aspirations. *Reach Carolina* calls on our entire community to re-dedicate ourselves to our core traditions, principles, and priorities and to seek the most creative, humane, sustainable, and honorable ways to achieve success and provide inspiration for the next Plan.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 17 of 97   UNC0379203

## Overview of the 2011 Academic Plan

The 2011 Academic Plan is composed of six interlocking priorities, each of which is defined briefly and followed by specific recommendations. These six priorities cohere around what is at the heart of the University: the quality of the educational experience that Carolina offers every undergraduate, graduate, and professional student. A commitment to the most exciting, imaginative, and rigorous learning experience for every UNC-Chapel Hill student underlies this Academic Plan. At its best, a Carolina education has a transformational effect on the students who graduate from UNC-Chapel Hill. Aiming for nothing less than the best for our students, our recommendations call for Carolina's commitment to a transformational academic experience wherever ideas and inquiry meet – in the classroom, the lab, the studio, the library, or faculty offices – on our campus.

Carolina's faculty, both tenure-stream and fixed-term, are foundational to the academic experience we seek for every UNC-Chapel Hill student. A faculty that embodies Carolina's historic commitment to learning, research, and service is essential to reaching, engaging, and inspiring the minds of our students. To sustain this pivotal relationship between faculty and student, *Reach Carolina* outlines the steps that we must take to ensure that our faculty, as well as our students, have every opportunity to reach their full potential as teachers, scholars, artists, researchers, and leaders. As an institution UNC-Chapel Hill needs to do more to promote the creative integration of the disciplines in the classrooms and laboratories, across departments, schools, centers, and institutes. *Reach Carolina* calls for renewed efforts to eliminate barriers that inhibit collaboration and innovation among our faculty and students. Recognizing the power of institutional inertia, we believe that cross- and interdisciplinary cooperation and discovery will flourish only when UNC-Chapel Hill channels incentives, resources, and tangible rewards to those who explore and expand their scholarship and pedagogy.

To sustain and nurture optimal student-faculty relationships, Carolina must ensure that the intellectual community in which students and faculty live and work is vibrant, stimulating, and fully geared to achieving the best of which each one of us is capable. To this end, Carolina must be a fully equitable, representative, inclusive community that provides the tools and the opportunities for everyone to make her or his best contribution to the University. A community that welcomes difference as a vital ingredient of creative change will thrive in manifold ways.

Because the University community exists to serve not only its students but also the state, nation, and the world, this Academic Plan calls on Carolina to encourage and reward the engagement of our faculty, staff, and students with communities beyond the University. Applauding the progress the University

> *A faculty that embodies Carolina's historic commitment to learning, research, and service is essential to reaching, engaging, and inspiring the minds of our students.*

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 18 of 97   UNC0379204

has made in the recognition of engaged scholarship, *Reach Carolina* envisions a comprehensive approach to engagement that will recognize, stimulate and reward excellence in teaching and research on the part of all members of the campus community. This spirit of engagement impels us to reach out to the world beyond our national borders, continuing the University's expansion of its global collaborations and responsibilities. The 2011 Academic Plan recommends that UNC-Chapel Hill's evolution as a global university continue by setting priorities that will enable us to maximize strategically selected partnerships abroad while making Carolina a global institution where students and faculty come to participate in our educational and scholarly enterprise.

## Future of the 2011 Academic Plan

The goal of *Reach Carolina* is to provide a blueprint for productive change. To this end, the authors of this Plan consider the implementation of these recommendations and broader initiatives as the second, and arguably most important, phase of our work. We envision an Academic Plan Implementation Committee, composed of faculty, students, staff, and administrators, convened by the Provost and Chancellor, that will use *Reach Carolina* as a blueprint for future programmatic and budgetary planning. The implementation committee should draw membership from across the campus and be appointed close on the heels of the submission of the Academic Plan in early 2011. This group should be responsible for advising the Provost and Chancellor in setting priorities, determining costs, working out needed details, monitoring progress toward implementation, and remaining inclusive and collaborative with the campus as a whole. We also call for an annual report from the Provost's office to the Carolina community — students, faculty, staff, and Board of Trustees — updating all the stakeholders as to the University's progress in implementing *Reach Carolina*.

In addition to the Plan Steering Committee, the campus community has been fully engaged in identifying and specifying the recommendations that follow. Faculty and administrators across all the schools have submitted ideas, priorities, and proposals, as have students and staff. The Steering Committee met with multiple constituents, soliciting contributions through the revision process, and making successive versions of the Plan available to everyone. While it is impossible to include every idea and point of view submitted for the Plan, the Appendix recognizes the many thoughtful proposals that we received. Two additional appendices contain reference documents that support assertions in the Plan and identify the membership of the Steering Committee. Because a number of extant campus programs and entities exemplify aspects of the Plan's recommendations, we have listed a representative — but by no means complete — sample of illustrative models at UNC-Chapel Hill. All the outstanding programs of research and teaching across the campus deserving of recognition could not be mentioned in the Plan due solely to limitations of space. ▪

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 19 of 97   UNC0379205

# 1

## Theme 1

**Work as an integrated university to attract, challenge, and inspire students through transformative academic experiences**



**1**

# Work as an integrated university to attract, challenge, and inspire students through transformative academic experiences



As a public research university, UNC has an historic commitment to teaching, learning, research, and discovery. To fulfill this educational commitment, the 2011 Academic Plan is predicated on the conviction that the University's future depends on recognizing and maintaining our strongest and most sustainable academic foundations. We propose initiatives that will continually re-invigorate the academic experience at Carolina and transform our students' intellectual skills, knowledge of the world, preparation for citizenship, and vision of our common future.

Limited resources remind us to be vigilant, trustworthy, and effective stewards. At the same time we should not undervalue the inherent richness of what Carolina is and can be as a community of teaching and learning. Our students are better prepared, more public-spirited, more aware of global issues, and more

*The linkage of scholarship, research, and education is fundamental to being a leading research university.*

Ron Strauss, Distinguished Professor of Dental Ecology
Executive Associate Provost and Chief International Officer

Previous Page: The campus landscape
is a cherished classroom in its own right.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 21 of 97   UNC0379207



diverse than ever before. The academic experience we offer must strengthen not only the students we attract but enable us to attract more deserving, stronger students at all levels. Research and creative activity — the hallmark of our innovativeness and capacity for excellence in the classroom, the lab, and the studio — attracts to Carolina an increasingly higher caliber of faculty who inspire each other, as well as our students, across disciplines and schools. Despite attenuated budgets and enrollment increases, informed, long-term investments in Carolina's most precious resources, its students and faculty, are essential to the ultimate success of the transformative academic experiences envisioned in this Academic Plan.

In light of the challenges and opportunities before us, even as UNC-Chapel Hill grows and diversifies as a global university, Carolina must retain its sense of common identity and purpose. The residential nature and geographic core of our campus should be valued and conserved because it is the launch site for this community of learning, especially insofar as the undergraduate academic experience is concerned. We must work as an integrated university — to instill in students a sense of belonging to a diverse commons of learning enriched by many kinds of people, classes, research, and engagement. As the University has repeatedly asserted over the last two decades — most recently in the April 2006 Quality Enhancement Plan — one key to the transformation of student academic

Graduate student Timothy Merkel and Professor Joseph DeSimone (Chemistry) stretch out a sample of the squishy hydrogel polymer they used to make synthetic red blood cells; in the background is a reel-to-reel system which enables the researchers to manufacture large quantities of such particles.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 22 of 97   UNC0379208



*Offering transformative academic experiences for all students at Carolina is the most important goal this university can strive towards. The Academic Plan offers bold, new ways to advance our intellectual climate, coupling past successes with future aspirations.*

Holly Boardman, Student Government Vice President
Biology and Spanish major, UNC-CH Class of 2011

Professor Rebecca Dobbs's
First Year Seminar on geography.

experiences at Carolina is our willingness to make a University-wide commitment to learning opportunities that bridge disciplines, schools, and other traditional boundaries. As scholarship evolves, some of these inherited arrangements can become disincentives to creativity in curricula, team-teaching, and student engagement and research at all levels. The 2011 Academic Plan envisions a UNC-Chapel Hill that welcomes imagination and exploration in collaborative teaching and learning, that encourages pedagogical experimentation with new technologies and subjects, and that rewards graduate and professional students to contribute in new ways to transformative academic experiences for Carolina's undergraduates.

## Recommendations

1. **Fully engage first-year undergraduate students in the academic life of the University by introducing them to unsolved problems, encouraging them to identify their research interests, and connecting them with faculty and graduate students who will inspire and mentor them.** Resources for the following programs should be marshaled simultaneously in order to benefit the greatest number of each year's entering undergraduate class.

   A. *Guarantee every entering first-year student a seat in a First Year Seminar* by calling on each school within the University to provide a share of these seminars that is at least proportional to their share of total undergraduate enrollment. To bolster the creation of these



seminars outside the College, the Provost should provide appropriate course-development resources. Faculty who lead First Year Seminars should receive appropriate teaching credit and support for their teaching. Outstanding graduate and professional student instructors, such as Royster Society Fellows, should have the opportunity to collaborate with faculty in creating and teaching First Year Seminars.

**B. Pilot innovative lecture courses** that enable students and faculty from various schools and departments to focus on major problems of our time. Such courses — team-taught, multidisciplinary, technologically-supported, and research-oriented — should draw on existing strengths in teaching, research, and engagement among our faculty. Where appropriate, they should also be designed to make full and effective use of blended teaching-learning approaches and interactive technologies, and to offer advanced graduate students meaningful opportunities to instruct, mentor, and collaborate with undergraduates. Because many of our current and prospective students are increasingly motivated by a desire to tackle big problems, these courses, if properly conceived and adequately resourced and coordinated, may well become a signature feature of intellectual life at the University, providing life-changing academic experiences that enhance a sense of common purpose and intellectual community among students and faculty. Appropriate space in such courses should be reserved for new undergraduate students. Should these courses succeed in joining students and faculty in common purpose, this initiative should be expanded to include related opportunities — such as subsequent or concurrent seminars, linked research-exposure and research-intensive courses as recommended under the Quality Enhancement Plan, or field-research courses held during Maymester or summer session.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 24 of 97   UNC0379210

2. **Promote and support the success of students at all levels.**

A. *Invest in efforts to retain and graduate all undergraduate students*,
with a specific goal of improving the four-year graduation rate
for all first-year and transfer students to 80 percent and the
six-year graduation rate to 92 percent. Although graduation
rates have improved since the publication of the 2003 Academic
Plan, the six-year rate continues to trail those of our major public
peers. Two previous retention studies have identified factors
that lead students to leave without their degrees and have
recommended ways in which the University can better support
students who are struggling. Many of these interventions have
been wholly or partially implemented, with promising results.
We call for a renewed effort to retain and graduate students,
appropriately funded and coordinated across all schools,
departments, and administrative units that teach, mentor, or
benefit from undergraduates. We also call for a focused effort
to eliminate disparities in retention and graduation rates among
undergraduate students whose academic progress will benefit
from proactive attention.

B. *Enhance the support, opportunities, and professional preparation
of UNC-Chapel Hill graduate and professional students for
increased integration into the teaching and research missions
of the University.* Strengthening our commitment to graduate
and professional education will benefit not only the graduate
and professional students themselves but also the faculty
members and undergraduates with whom they teach and conduct
research. The Provost should charge a task force to assess the role,
training, recruitment, and support of graduate and professional
students at Carolina. The task force should focus on strategies that
will enable UNC-Chapel Hill to 1) strengthen its best graduate and
professional degree programs; 2) bolster the recruitment, training,
and support of outstanding post-baccalaureate students; and 3)
provide these students opportunities to contribute to innovative
teaching and research programs at UNC-Chapel Hill as they pursue
their degrees.

Specifically, the University should require teaching training
programs for graduate and professional students. These programs
should be regularly assessed to determine best practices across
schools and departments. The Center for Faculty Excellence
should adapt and disseminate these models to help UNC-Chapel
Hill set a University-wide standard for graduate and professional

*The academic
experience we offer
must strengthen not
only the students we
attract but enable
us to attract more
deserving, stronger
students at all levels.*

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 25 of 97   UNC0379211

student training and evaluation as classroom teachers. All UNC-Chapel Hill graduate and professional students should receive formal training in research and scholarly ethics.

The success of our current students can be an important factor in the recruitment of outstanding future students, as well as a significant influence on the successful recruitment and retention of the best faculty, and the success of the University's research mission. To compete successfully for the best undergraduate, graduate, and professional students, Carolina needs a coordinated fundraising plan to support these students. For undergraduate students, such support must include both need- and merit-based aid; for graduate and professional students, it must include fellowships and funds for research travel, summer support, and dissertation completion.

3. **Challenge all undergraduate students to aspire to excellence and to accelerate their intellectual development.**

A. *Create Bachelor's to Master's degrees that can be earned in four or five years of combined study.* These dual-degree programs will appeal to high-achieving prospective students, the increasing number of students who post-pone or launch their educational careers later in life, and to undergraduates who realize, early in their student careers, that advanced training is both desirable and possible for them at UNC-Chapel Hill. Entering students who bring to UNC-Chapel Hill 30 or more Advanced Placement credits will find a dual degree a challenging but rewarding academic goal. The four-year Master's degree option will enhance the tuition bargain of a Carolina education. Dual-degree programs that can be satisfied in four years will also enable Carolina to augment its graduate enrollments with M.A. students who would not require additional fellowship or departmental support in their first year of graduate study. Enhanced advising and mentorship from the admissions office, academic advisers, and faculty members will enable undergraduates to decide whether a dual-degree program is right for them.

B. *Develop direct-entry undergraduate-professional school matriculation programs* that would allow qualified students a defined path from a bachelor's degree to the MD, DDS, JD, PharmD, MSW, MBA, MPH, or other professional degrees. These programs would also attract prospective students to Carolina who have set their sights on these degrees, while encouraging

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 26 of 97   UNC0379212

undergraduate students to pursue challenging programs of study that would yield rewards beyond the traditional bachelor's degree. New and broader paths into professional study and degrees will be an important benefit of these proposed programs, encouraging students to expand their intellectual growth in courses outside of their chosen professional pathway. Enhanced advising and mentorship will be important to ensure that all students know about and are able to benefit from direct-entry programs.

C. *Expand support for undergraduate research and engaged scholarship.* The Office for Undergraduate Research and its Summer Undergraduate Research Program should be expanded to at least 100 students per summer, as recommended in the Quality Enhancement Plan. We should enhance the current infrastructure of the Office for Undergraduate Research and increase the Graduate Mentor Award program, which supports graduate students who supervise and facilitate undergraduate research and scholarship. Research-intensive courses (currently over 160 per year) that are taught in collaboration with Graduate Research Consultants (GRCs) should continue to increase. In addition, the large, multidisciplinary lecture courses proposed previously (see Recommendation 1.B) should involve GRCs from multiple areas of the University and create the opportunity for graduate and undergraduate students to connect for future work. We support the collaboration between the Office for Undergraduate Research and the Center for Public Service to facilitate additional engaged research projects.

D. *Support the expansion of the Honors Program and develop alternate opportunities to Honors.* We support the Honors Program's aims to reach an optimal enrollment of 10 percent of the entering first-year class, develop a robust and academically rigorous four-year program for Honors, and improve retention of third- and fourth-year students in the Honors Program. This expansion will permit qualified academically-motivated first-year students a measure of exemption from General Education requirements in exchange for enrollment in comparable honors offerings. Merit awards for research and/or study abroad should be available to Honors students on a competitive basis. In order to augment the presence and impact of the Honors experience on third- and fourth-year undergraduates, Carolina should increase the number of classes that qualify for Honors credit and provide more opportunities to build connections with faculty mentors and designated advisers in the Academic Advising Program. Students

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 27 of 97 UNC0379213



should have more incentives to undertake a senior Honors Thesis or a comparable intensive senior intellectual experience. In this way, student-faculty partnerships in research will provide support and mentoring for Honors students through their entire four-year experience at UNC-Chapel Hill.

The University should develop attractive alternatives for students who do not engage in the Honors program. The First Year Fellows Program and the Carolina Research Scholar Program, for example, can be offered to at least an additional 10 to 15 percent of each enrolling class.

4. **Strengthen Carolina's academic technology systems and infrastructure.**

A. *Enhance support to campus academic technological capacity and libraries* to serve the needs of students and faculty. For our students to have a transformative experience, we require technology that expands teaching, promotes research, brings global benefits into classrooms and homes, enhances diversity and interdisciplinary efforts, and operates vital campus functions each day. The current Campus Library Strategic Plan, "To Collect and to Serve," lays out goals that will augment and support pedagogy and research for students and faculty envisioned in this Plan. These goals are to: build strong research collections and connect users to them through a user-centered service program; leverage

Professor Bereket Selassie's First Year Seminar on African history and law.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 28 of 97   UNC0379214

the Library's information technology expertise and infrastructure to foster innovative academic inquiry and scholarship in the digital realm; revitalize and renovate Library buildings and facilities to make them more responsive to changing user needs and to address safety concerns; and support a library culture characterized by leadership, diversity, flexibility, and collaboration. Appropriate use of innovative pedagogies including e- and blended learning should be supported with training and facilities. These aspirations are entirely compatible with our goals, and are crucial to their realization.

**B. Establish a Provost's committee of students, faculty, and administrators to examine existing academic regulations,** with an eye towards eliminating those that impede pedagogical innovation or prevent students from pursuing programs of study for which they are otherwise qualified. This systematic review of existing regulations will allow the University to eliminate or modify those that have outlived their usefulness and to streamline and consolidate those that can be simplified. The result will be a system that enables students and faculty to develop exploratory learning opportunities and new models and programs of study, rather than negotiating regulations that inhibit discovery and learning. This committee should be encouraged to examine issues such as the sequencing of undergraduate courses, the principles and efficacy of the current Academic Advising model, the services and programs provided to encourage transfer students' academic success, funding models for in-state vs. out-of-state study abroad students, support for an Interdisciplinary Studies major, and the need for increased use of Graduate Research Consultants (GRC).

## Summary

Carolina continues to attract students at all levels whose life experiences, trajectories, and goals are varied and boundary spanning. The University must dedicate itself to imaginative programs that reward highly-motivated students while guaranteeing that each student has a fair and equitable opportunity to learn, grow, and discover his or her unique potential. To this end Carolina should work as one university to engage, challenge, and inspire our students with multiple and wide ranging programs of study. To maximize the strengths of the University we must dedicate ourselves to a concerted and coordinated effort across schools and disciplines to open doors to academic opportunities that we may not have imagined yet for our students. Acting as an integrated university, we can make the whole of the academic experience at Carolina greater than the sum of its parts. ▪

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 29 of 97   UNC0379215



# 2

## Theme 2

Faculty: Prominence,
Composition, Recruitment,
Development, Retention,
and Scholarship

# 2

Theme 2

# Faculty: Prominence, Composition, Recruitment, Development, Retention, and Scholarship



To maintain and augment the University's excellence in teaching, research and service, Carolina must recruit, develop, and support faculty second to none. In turn, the faculty's responsibility to our students and, increasingly, beyond the campus, demands a commitment to the highest standards of teaching, scholarship, creative work, engagement, and service. Such a commitment will attract outstanding students at all levels, and bolster the investment of resources from the state of North Carolina, external granting agencies, foundations, corporations, alumni, and donors that UNC-Chapel Hill requires in order to fulfill its mission as a leading public institution. In partnership with its multiple public and private constituencies and supporters, UNC-Chapel Hill's faculty will always be the engine of the University's research, the driver that generates new insights into the past and future and fresh approaches to the challenges and opportunities we face today.

Through their teaching and scholarship, our faculty, including tenure-stream and fixed-term, should exemplify Carolina's ideal of inclusion and intellectual leadership that inspires students in the classroom, clinic, studio, library, or lab; advances disciplinary and interdisciplinary knowledge; and benefits the citizens of North Carolina. Intellectual leaders of this caliber will consider Carolina a career destination because of a vibrant intellectual climate and a robust, mutual commitment between the faculty and the University. Carolina will recruit, retain, and enhance the inclusiveness of our faculty by ensuring that faculty may pursue new ideas in teaching and/or research in an open, stimulating, collaborative, and intellectually rewarding atmosphere with state-of-the-art work space and academic technology.

UNC-Chapel Hill's ability to recruit faculty in the academic marketplace remains strong. However, Carolina's ability to retain its best faculty, those whom it has nurtured and promoted over a sustained period of time, is at risk. Recent trends suggest that Carolina is losing more than half of the faculty members who receive

Previous Page: Professor Valerie Ashby lectures to her chemistry class.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 31 of 97   UNC0379217

outside offers despite making counter-offers to retain them. Recruitment and retention of faculty members of color and of an array of ethnicities are especially challenging, and requires sustained, informed, and innovative strategies.

To the extent that state employment regulations prevent or restrict UNC-Chapel Hill from rewarding outstanding faculty according to their merits, we will continue to struggle to retain our most productive colleagues. Providing rewards and resources to faculty *before* they receive external offers not only provides incentives for continued productivity but reduces the need for expensive counter-offers and national searches for replacements.

While many factors can affect a decision to leave Carolina for a job elsewhere, salary alone is seldom the primary factor that determines whether faculty come to UNC-Chapel Hill or stay here in the face of attractive offers from other institutions. As employees of the University and the state of North Carolina, faculty and staff morale is affected by the same concerns that all workers have: affordable housing, health insurance, retirement benefits, childcare, and education for dependents, to name only the most obvious. As the cost of housing in the Chapel Hill-Carrboro area escalates, absent a coordinated response on the part of the University, challenges in hiring and retaining both faculty and staff will mount. The University must attend to its role as an employer in a highly competitive enterprise with a holistic approach to the workplace for staff and faculty. We must incorporate into the workplace affordable child care facilities for faculty, staff, and students with families as well as improved public transportation and access to the workplace from homes in the Triangle, Chapel Hill and Carrboro that are affordable for University employees.

The following recommendations provide specificity about major concerns that affect the morale of faculty as employees of the University and the state of North Carolina. Tenured faculty are acutely aware of and grateful for the opportunities and employment conditions at the University of North Carolina. At the same time, many faculty and staff are also aware of areas of compensation and support in which Carolina does not compare favorably with rival public and private institutions. University faculty and staff realize that UNC-Chapel Hill cannot amend state policies by itself. However, our administration and Board of Trustees' endorsement of and active commitment to policies that will render Carolina more competitive in key areas of compensation will demonstrate to faculty and staff across the ranks the kind of leadership in these areas that we call for in every part of *Reach Carolina*.

## Recommendations

1. **Bring UNC-Chapel Hill faculty salaries to at least the 80th percentile of those of our peer universities.** While faculty have been subject to the same

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 32 of 97   UNC0379218

freeze in salary levied on all other state employees during the recession, bringing faculty salaries to at least the 80th percentile of those of our rival and peer institutions remains a central priority. Before the current recession, Carolina set a goal of increasing faculty salaries to the 80th percentile of those at peer institutions, which led to several years of substantial raises, which significantly slowed the losses we had been experiencing as top faculty left UNC-Chapel Hill for dramatically better compensation and opportunities elsewhere. The erosion of salaries during the past several years widens the gaps between UNC-Chapel Hill faculty salaries at all levels and the compensation enjoyed by their counterparts at other major universities. Narrowing those gaps will be critical to enabling UNC-Chapel Hill to recruit and retain outstanding faculty.

*Providing rewards and resources to faculty before they receive external offers not only provides incentives for continued productivity but reduces the need for expensive counter-offers and national searches for replacements.*

2. **Improve health insurance coverage and ensure equity and affordability in health insurance benefits for all faculty and staff dependents.** At a time when salaries are static, increasing health care costs for faculty and staff are particularly daunting. We call on the University to work with the UNC Health Care System to develop an innovative health care delivery system for faculty and staff that will provide improved access and quality of care at a lower price. UNC-Chapel Hill faculty and staff currently have very little choice in health insurance plans and few if any options short of delayed or foregone care or even discontinuing coverage to reduce the out-of-pocket cost of coverage, deductibles, and co-payments. To recruit and retain the best faculty, the University must provide competitive health care benefits including health insurance for their families and domestic partners, as is the case at many private and public universities. The University should improve health insurance policy coverage to reduce faculty and staff policy out of pocket costs for deductibles, copayments, and dependent coverage, and include domestic partners and co-parented children in all healthcare benefits offered to faculty.

3. **Reinstate the spousal hiring program.** The University should reinstate and sustain a flexible, adequately-funded spousal hiring program. This resource allows hiring units to conduct flexible faculty searches that rapidly identify new talent, and to complete negotiations, and formulate offers that involve inclusion of spousal hires, outside as well as inside academic settings. Lack of spousal or partner opportunities for employment is a major factor in failed recruitment and in failure to retain valued faculty. Since faculty members increasingly have professional spouses and partners, the University should make better use of the local resources of colleges, universities, and businesses in the Triangle to recruit both partners simultaneously.

4. **Make UNC-Chapel Hill's retirement plan for faculty and staff competitive with the retirement plans of other peer institutions.** Increasing the

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 33 of 97 UNC0379219

*Through the Plan, we can work with our administration to better recruit, retain, and promote faculty who have made research, teaching, and service to the Carolina community their life's mission.*

Regina Carelli
Stephen B. Baxter Distinguished Professor of Psychology
Director of Behavioral Neuroscience Program

University contribution to retirement plans is as important as salary levels for recruitment and retention of faculty. Over the tenure of an employee, these contributions accumulate and investment returns compound, constituting a significant source of remuneration. The Appendix provides data demonstrating that UNC-Chapel Hill's matching contributions to faculty retirement plans are not competitive with those of our peer institutions. UNC-Chapel Hill faculty contribute proportionately more to funding their retirement than do faculty at the University of Florida, the University of Virginia, and the University of Michigan. UNC-Chapel Hill pays a smaller percentage of salary into its faculty's retirement than does the University of Virginia, the University of Florida, the University of Washington, the University of Michigan, the University of Illinois, the University of Pittsburgh, and the University of Texas.

5. **Enhance childcare services for UNC-Chapel Hill faculty, staff, and students with children.** To recruit and retain the best faculty, staff, and students at UNC-Chapel Hill, affordable and accessible childcare must be provided for their pre-school children. Currently, UNC-Chapel Hill has an exceptional childcare center, but it is often difficult for faculty, staff, and students to enroll their children due to limited space and unaffordable costs. The University should work toward expanding the childcare resources at UNC-Chapel Hill while keeping costs at a competitive and affordable level.

6. **Recognize and reward the contributions of fixed-term faculty to the teaching and research missions of the University.** During the past decade, the number of faculty with fixed term and other types of time- or resource-limited appointments has increased at an unprecedented rate. Health Affairs has led the way, increasing from 34% fixed-term faculty in 2001 to 44.1% in 2009. Academic Affairs has seen a smaller rise, from 21% fixed-term faculty in 2001 to 25.2% in 2009. To accommodate these changes, we must devise a campus wide, equitable framework for hiring, assessment, promotion, and rewards comparable to what we have in place for the existing tenured faculty ranks. Such a system should include policies and procedures that provide for greater opportunities

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 34 of 97   UNC0379220

*The future of Carolina's teaching and research mission rests primarily in the hands of its faculty.*

for professional development, recognition of their accomplishments, and enhanced participation in faculty governance and decision-making. Because EPA administrators on the campus can play an important role in the teaching and research enterprise, Carolina should open doors for those whose graduate training qualifies them to make additional significant contributions to teaching and research.

7. **Ensure that salaries and compensation are equitable through continuous monitoring of faculty and staff salaries.** Demonstrated by the current salary equity review launched by the Provost, UNC-Chapel Hill has made a serious commitment to ensure that faculty and staff members at equivalent ranks are paid equal amounts for equal work, regardless of gender, race and ethnicity. To ensure that unexpected salary inequities do not arise, the University should conduct an annual comprehensive pay equity survey to assess equity issues related to gender, race, and ethnicity. The survey should rely on a statistical model that identifies employees who are paid substantially less than would be expected based on degree year, rank, merit, and/or other important factors. The study findings should be communicated to Deans and department chairs, and to individual faculty members upon request for their specific information.

8. **Endorse and support faculty research and study assignment provisions across the University.** The University's senior administration should develop and foster programs that enable faculty at all levels to qualify for periods of intensive research and/or other justified professional development. The opportunity to devote concentrated attention to scholarly projects is a precious and productive resource for faculty members. For example, during academic year 2009–10 faculty in the College of Arts and Sciences who had these opportunities produced or completed 40 books, 140 journal articles, 20 book chapters, and 15 arts and creative projects. The support for study and research assignment at Carolina lags behind that of our peers, and expansion will help us to retain our best faculty. While a single policy is unlikely to be applicable to all schools at UNC-Chapel Hill, the University should ensure that faculty in any school have the opportunity to apply for internal as well as external fellowships and assignments, awarded on an equitable basis through a well-publicized, peer-reviewed process.

9. **Fund University libraries so they can collect and preserve the scholarly materials that faculty require.** The changing nature of library acquisitions requires a significantly greater investment of continuing funds, to sustain monograph, periodical, and on-line subscription purchasing. We should also invest in maintenance and development of library physical facilities as space where faculty and faculty-student collaborations may be launched and sustained.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 35 of 97   UNC0379221

10. **Create a pilot Faculty-Student Mentoring Program.** One-on-one interactions between faculty and students can have a profoundly positive influence on student intellectual growth, help students better define their educational goals, and help them navigate career paths. This kind of relationship offers faculty a chance to interact with students they might not otherwise encounter, and an opportunity to contribute to the student community. Such an arrangement can be rewarding to faculty as well as students. We propose piloting a voluntary faculty/student mentoring program, available as early as the first year for undergraduates. Such a program would reach a broad range of students, including those with clearly defined career trajectories, as well as those who have not yet established their academic major and/or career direction. Learning from best mentoring practices already in place on the campus, Carolina should match students who desire this kind of opportunity with suitable faculty, based on initial academic interests, although mentors could be changed if career interests shift through this process. This program should complement and expand services provided by the College of Arts and Sciences Academic Advising Program by focusing on guiding students as they recognize, explore, and obtain career objectives that are achievable with a Carolina education.

11. **Work toward developing a tuition waiver or reduction program for children of UNC-Chapel Hill faculty and staff.** Many of our peer universities offer tuition assistance for the children and dependents of their faculty and staff at varying levels. Some universities fund the entire cost of a faculty or staff child's education, while others offer scaled tuition discounts based on length of service, rank, and other considerations. Currently, children of UNC-Chapel Hill faculty and staff pay the full cost of tuition, room, board, student fees, and all other expenses to attend the University regardless of their parents' time in service at UNC-Chapel Hill or North Carolina residency status. We call on Carolina's administration to work with the Board of Governors on the development of a tuition waiver or reduction program for UNC-Chapel Hill faculty and staff whose children attend Carolina. The availability of this benefit will serve to recruit top faculty to UNC-Chapel Hill, and to recognize, reward, and retain those who have provided their expertise and service to the University.

## Summary

The future of Carolina's teaching and research mission rests primarily in the hands of its faculty. While adequate funding is critical to the achievement of many of our short and long term goals, addressing the quality of professional life and work-place issues in an active manner will also demonstrate to the faculty Carolina's commitment to recruiting and keeping an outstanding faculty. ∎

*UNC-Chapel Hill's faculty will always be the engine of the University's research, the driver that generates new insights into the past and future and fresh approaches to the challenges and opportunities we face today.*

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 36 of 97   UNC0379222



**3**

Interdisciplinarity in teaching, research, and public engagement

Theme 3

# Interdisciplinarity in teaching, research, and public engagement

Albert Einstein observed, "The significant problems we face cannot be solved at the same level of thinking we were at when we created them." Many of the central challenges and problems of the 21st century require skills and perspectives from multiple academic and professional disciplines. The rapid evolution of interdisciplinarity among scholars, teachers, and students will be increasingly valuable to those universities that invest in innovative cross-disciplinary research, teaching, and service. Major research and funding agencies increasingly solicit and reward interdisciplinary programs and the development of inter- and cross-disciplinary teams. UNC-Chapel Hill must develop equitable, feasible methods of identifying, prioritizing, and promoting inter- and cross-disciplinary scholarship and teaching while maintaining the strengths of its disciplines, departments, schools, and colleges. The opportunity to research and teach from a collaborative standpoint offers faculty, staff, and students the chance to engage in exploratory boundary-crossing research to discover new and productive solutions to challenges and problems, and to open new pathways in scholarship.

## Principles and Priorities

Interdisciplinary study and practice arise from intentional trespass into unfamiliar territory as well as opportunistic encounters. Although interdisciplinary ventures are often successful when they arise spontaneously, UNC-Chapel Hill should adopt a proactive strategy with regard to the most promising interdisciplinary undertakings, in different stages of development, spanning our entire academic landscape. We can reach our potential to expand and re-combine scholarship only when we identify and mitigate the significant roadblocks and institutional barriers in the current structure and management of the University.

The future of interdisciplinary activities and programs to fulfill the University's missions in research, education and engagement requires that we reach



Previous Page: Mark Clarke and Sarah Acuff in the community garden at the University of North Carolina at Chapel Hill.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 38 of 97   UNC0379224

agreement on our priorities, and provide the resources to realize them. Keenly aware of limited resources and the number of nascent and constantly expanding interdisciplinary activities that could be proposed (see Appendix B for specific proposals from UNC-Chapel Hill faculty), we recommend prioritizing the implementation of proposals based on criteria developed by a faculty workgroup. We place a priority on identifying initiatives with broad support that involve and benefit from existing campus units. The University libraries are particularly valuable foundational resources, both in terms of their collections and resources, and in expert staff in relevant areas. The libraries are positioned to be key collaborators for the path-breaking futures we envision.

Successful interdisciplinary endeavors on our campus require effective and equitable administrative support. Faculty, staff, and students often encounter obstacles rather than incentives when they try to plan activities and events, share facilities, apply for collaborative funding, or undertake teaching initiatives that unite scholars and students from across the University. Difficulties arise when salary support is needed from multiple department or centers with different requirements, and when teaching reaches across schools and departments. Faculty members may not get credit for teaching if their department does not accrue enrollment-based funding, or when research overhead goes to an entity other than their home department. Graduate study often requires the participation of faculty from across the University who may not be eligible to serve on thesis committees or to get credit for the time and effort they contribute. Clinical and professional school faculty who wish to teach undergraduates or participate in University-wide initiatives face disincentives, such as the obligation to replace lost clinical revenue or research funding. The University should identify and remove obstacles to collaboration and create visible, fair, and accessible pathways to new forms of inter- and cross-disciplinary teaching and scholarship. A working group of Deans and faculty should assess these barriers and pursue solutions. The University's commitment to interdisciplinary faculty endeavors in research, teaching, and engagement should inform its promotion and tenure decisions.

Faculty, staff, and students need physical space and a technological infrastructure that facilitate collaborations on exciting intellectual enterprises focused on complex problems. Libraries, centers, and institutes should be encouraged and supported to take significant roles in providing space and expertise for interdisciplinary activities. Students should receive advice, mentoring, and support in finding interdisciplinary opportunities in the curriculum and elsewhere on campus. UNC-Chapel Hill should work with the UNC General Administration to facilitate the implementation of new degree and certificate programs created in and administered by Carolina's most innovative units.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 39 of 97   UNC0379225

## Recommendations

**1. Enhance facilities and technological systems for interdisciplinary activity.**

Space and physical facilities for interdisciplinary work are insufficient. The campus-wide shortage of flexible teaching, collaborative, and laboratory space results in lower productivity and efficiency and is therefore a barrier to entrepreneurial intellectual activity. UNC-Chapel Hill's Renaissance Computing Initiative (RENCI) and Genome Science Laboratory or the University of Michigan Arts Engine provide models for alternative thinking about how to adapt space and resources to interdisciplinary work. Our libraries have led the way in adapting their space, digitizing collections, and innovative engagement in teaching and research resources. They should play a pivotal role in charting and realizing the enhanced interdisciplinarity we envision. Reallocation of existing space, as well as increasing the number of venues for interdisciplinary and small-group teaching, constitute challenges that are likely only to get worse as enrollment increases. Encouraging faculty and student interdisciplinary efforts apart from expanding the space needed for such efforts will inhibit progress significantly.

Professor Debra Barksdale (Nursing), right, watches as doctoral student Jeongok Logan, left, and post-doctoral fellow Minhee Suh, center, evaluate data in the lab at the School of Nursing.



**A. Space development and reallocation for long-term projects.** All new campus buildings must have teaching and collaborative space that reflects the nature and scope of the home unit and that contributes to the overall campus space supply. Existing space that is currently under- or mis-used must be identified and reallocated or made available to units that can make interdisciplinary use of the space. Existing units need incentives that will help them upgrade facilities in exchange for priority access for interdisciplinary activities. Academic units should be encouraged to combine different, but functionally similar labs and other work spaces into more accessible, better equipped and staffed facilities. Rather than following traditional classroom models in which the instructor occupies a position of focus and students are arranged as an audience, we need to design teaching space so as to promote active learning, critical thinking, collaboration, and knowledge creation. Technologies that inspire and enable collaboration and communication should play an important role in redesigning space for interdisciplinary activity.

**B. Space development and reallocation for short-term projects.** The University should invest in laboratory and other types of work space that can be allocated for project-based activity that will arise in a university open and dedicated to innovation. To maximize the potential for new synergy between researchers from different campus homes in close proximity, flexible sharable space that can be allocated for the life of a project is needed. In the absence of new or redesigned building(s), UNC-Chapel Hill's libraries offer untapped potential for short-term collaborative work, especially in facilitating digital projects. Research centers similar to RENCI, where technology can be shared among campus units, can promote interdisciplinary teaching as well as research. Space for the incubation of new ideas and methods, such as that provided by the Institute for the Arts and Humanities, will help to foster important grant proposals, high-quality journal articles, policy briefings, and the like. The planned Innovation Center at Carolina North may be partially dedicated to these space needs, for nascent as well as established collaborative groups.

2. **Develop strategic programs to support short- and long-term interdisciplinary research and teaching programs.** A number of interdisciplinary curricula and research programs have sprung up over the last decade, drawing faculty from multiple departments and schools (e.g. Global Studies, Curriculum in Ecology and Environment, Humanities and Medicine, Ethics, Women's Studies). Yet strong disincentives hamper faculty from different

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 41 of 97   UNC0379227

departments and schools who wish to launch and implement path-breaking undergraduate and graduate curricula. In response Carolina should invest in:

**A. Expanded joint hiring of interdisciplinary faculty.** Carolina should prioritize the joint hiring of faculty based on interdisciplinary priorities, allowing these hires to hold tenure in one department while more than one unit shares their expertise. Memoranda of Understanding between departments engaged in new hires should specify their allocation of effort, guidelines for promotion, salary increases, tenure standards, and resources for prospective cluster hiring. The departments involved in collaborative hiring should receive incentives for these recruitments (e.g., overhead return, additional teaching assistant funding). Tenure and promotion committees should include representation from multiple units.

**B. Scholar or Artist in Residence.** A scholar or artist in residence who coordinates activities with an interdisciplinary theme would provide expertise and help to germinate ideas, perhaps leading to longer-term hiring and investment, in an interdisciplinary area identified by faculty and students as a key area of inquiry. Carolina's Global Research Institute has put this scholar-in-residence model to effective use. The work of an artist in residence can provide a focal point for curricular initiatives, arts programming, student life activities, and community and campus partnerships.

> *The greatest training we can offer our students is to teach them to realize the connectivity of our world. We have the opportunity to teach holistically through all that we have and do at Carolina. Education should not be a check list. It should be a great, wonderful, sometimes even messy experience that helps students learn to move more freely and creatively in the world.*
>
> McKay Coble
> Professor of Dramatic Art
> Chair of the Faculty

*Interdisciplinary study and practice arise from intentional trespass into unfamiliar territory as well as opportunistic encounters.*

**C. Provost's award for Pioneering Collaborative Projects.** This competitive award would re-assign a team of faculty and, if appropriate, staff and students, for a designated period of time to work on an innovative collaborative project that advances teaching and/or research in two or more units of the University. The award would support excellence in interdisciplinary work, including engaged projects that range from local to global.

3. **Coordinate and expedite collaborative teaching efforts across departments, schools, and disciplines.** The University should develop coordinated policies that foster and expedite interdisciplinarity in teaching as well as research. New policies that enable the funding of cross-school and cross-departmental teaching should be a priority of the Office of the Provost. All UNC-Chapel Hill units should be apprised of the principles, practices, and guidelines for interdisciplinary initiatives to which the University subscribes and supports. The policies to be developed should address:

   **A. Co-funding mechanisms.** For each initiative, a co-funding mechanism with cost sharing from the Provost and at least two schools or departments should determine the costs and benefits that units will incur from participation in joint programs and/or facilities. Matching resources can be of various types and amounts.

   **B. Maximum collaboration and resource sharing with other Universities.** At present, UNC-Chapel Hill participates in several joint programs and projects with Duke University, North Carolina State University, North Carolina Central University, and UNC-Greensboro, to mention our most proximate partners. We should explore further shared endeavors, particularly when one of the partners has an area of strength that could complement a need for another. Examples include the joint Ph.D. programs at UNC-Chapel Hill and Duke University, the Gillings School of Global Public Health at UNC-Chapel Hill as a unique resource for students at other schools, and the biomedical engineering partnership between UNC-Chapel Hill and North Carolina State University. Cooperative agreements among the members of the Triangle Research Libraries Network, which have benefited a number of existing inter-institutional partnerships, should provide a basis for additional productive research endeavors. In the arts, UNC-Chapel Hill's performance arts strengths and Duke University's programs in dance hold potential for another complementary, enhanced area of study.

4. **Facilitate interdisciplinary activities:** Well-designed events will highlight and facilitate interdisciplinary endeavors that promise to lead to instructional and/or research or artistic discovery:

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 43 of 97   UNC0379229

**A. *Annual interdisciplinary conference.*** The University should host an
annual interdisciplinary conference that builds on or contributes
to the development of path-breaking collaboration, co-funded by
the senior administration and a minimum of two units on campus.
Competitive funding to promote and underwrite novel cross-school
initiatives should be created to provide seed money or matching
funds for participating campus units.

**B. *Annual speaker series.*** A single outstanding speaker or a series
of speakers should visit UNC-Chapel Hill annually to initiate or
enhance the development of an interdisciplinary theme and to
advise an interdisciplinary group of faculty and students who are
working on that theme.

**C. *Creative Campus and Difficult Dialogues Series.*** Campus-wide
initiatives that focus on complex, sometimes controversial issues
that require interventions from multiple disciplinary perspectives
should continue. Our Creative Campus and Difficult Dialogues
initiatives of the recent past effectively engaged faculty and
students in and beyond the classroom. Discussions of issues such
as diversity and inclusion on campus, health care reform, violence
against women, multiple orthodoxies/one community, and energy
production and management should complement interdisciplinary
courses, projects, and co-curricular activities that engage the
campus with surrounding communities.

**D. *Summer reading program.*** While preserving this useful program, the
University should recognize its value as a potential gateway for
interdisciplinary experience for first-year students. When possible,
the program should pair discussion leaders from different disciplines
so that students from the outset of their Carolina experience see
how learning is enhanced when multiple disciplinary perspectives
are brought to bear on a subject.

## Summary

UNC-Chapel Hill provides excellent undergraduate and graduate education and
boasts high-quality research within the disciplines represented in departments
and schools. There is ample evidence of student and faculty interest in
emerging, dynamic areas of interdisciplinary inquiry that have not always
been fostered within existing administrative hierarchies and funding priorities.
Without neglecting the real and deserving resource needs of existing units,
the University should undertake a Provost-level coordinated assessment of its
interdisciplinary priorities and develop a five-year plan for implementing new

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 44 of 97   UNC0379230

principles, practices, and goals for harnessing the creativity and collaborative energy of the entire campus. ✳



Scanning electron microscope (SEM) in the Chapel Hill Analytical and Nannofabrication Laboratory at the University of North Carolina at Chapel Hill.

# 4

## Equity and Inclusion at Carolina

### Theme 4



# 4

# Equity and Inclusion at Carolina



Carolina aspires to be an increasingly inclusive educational institution that attracts, retains, and values talented people from all backgrounds, enabling them to contribute to the state of North Carolina and beyond as leaders, scholars, and educated citizens. The University must foster and maintain a welcoming and inclusive campus environment in which all individuals can achieve their fullest potential. Our approach to equity and inclusion on campus must proceed from a moral conviction, a social commitment, and an institutional educational priority that recognize how much Carolina's learning environment is enhanced by students, faculty, and staff from multiple backgrounds and ethnicities interacting together.

For all these reasons, we should not be satisfied with simply meeting federal or state requirements, or measuring our success by the mere presence of individuals in particular groups who study and work at UNC-Chapel Hill. Diversity alone does not ensure community. Carolina must commit itself to

*The Academic Plan states: "Once accepted, all Carolina students should have the resources and support to graduate in a timely fashion." To me, this is the heart of what UNC is all about.*

Melinda Manning
Assistant Dean of Students

Previous Page: Art Professor Yun Nam in his pottery studio.

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 47 of 97 UNC0379233

the full integration of diverse populations into a welcoming and inclusive campus community. A world-class institution takes intentional steps to promote community by respecting and valuing differences in race, ethnicity, economic background, regional identification, disability, religious beliefs, political affiliation, gender, gender expression, and sexual orientation. Such a community provides the best foundation for cutting-edge research, service, and teaching.

## Recommendations

1. **Implementation and communication of our values, expectations, and resources.** To further our goals as an institution, our commitment to diversity and inclusion must be visibly implemented and widely communicated throughout the University community and beyond. To this end, we recommend the following:

   *A.* Broaden the mandate and resources of the Office of Diversity and Multicultural Affairs to reflect the University's dedication to more expansive principles of equity and inclusion. Empower the Office of Diversity and Multicultural Affairs and its staff to monitor progress toward University diversity goals.

   *B.* Create and maintain a central inclusion and equity website that highlights specific successful programs, such as the Provost Council for Diversity Pipeline (PCDPP), while providing links to related resources from the entire campus community including the various centers and professional school initiatives. This website should be prominently linked to the University's home page to ensure visibility and ease of access.

   *C.* Require equity and inclusion training for all faculty and staff participating on search committees for faculty and EPA staff positions.

   *D.* Explore and implement new strategies for recruitment that will increase the breadth of representation among Carolina faculty and administrators.

   *E.* Charge department chairs and Deans to implement and monitor curricula, recruitment and hiring, retention, and intellectual and working climates that reflect our principles of equity and inclusion. Provide the means to be successful in inclusive hiring and retention of under-represented faculty. Establish and implement measures of success and expectations of accountability, while rewarding units for reaching inclusion goals.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 48 of 97   UNC0379234

*Diversity alone does not ensure community. Carolina must commit itself to the full integration of diverse populations into a welcoming and inclusive campus community.*

*F.* Enhance and revise the University equity and inclusion plan to enable units to be more successful in equity and inclusion efforts, so as to serve more effectively the needs of the broad University community. The plan should focus on creating an equitable community that embraces many types of difference.

*G.* Initiate a comprehensive review of harassment and discrimination policies, particularly the student grievance policy. Establish a network of student grievance mentors to help resolve conflicts and grievances. Establish a task force to examine whether a student ombudsperson is needed.

2. **UNC-Chapel Hill and the State of North Carolina.** Because the core mission of the University is to serve the people of the state of North Carolina, UNC-Chapel Hill must seek to reflect the make-up of the state population. While we can be proud of our progress insofar as our student population is concerned, the diversification of our faculty lags significantly and unacceptably. The same is true in other important areas, particularly disabilities. We aim to be a welcoming campus for people whose abilities to navigate our buildings and grounds necessitate more informed attitudes and assistance. We must redouble our efforts to enroll students and hire diverse faculty and staff who reflect the changing demographics of the state, and to ensure that Carolina is accessible in every way. To reach this goal, we recommend:

*A.* All academic and enrichment programs should offer and advertise application fee waivers so that no potentially qualified applicant is discouraged from applying due to financial constraints.

*B.* UNC-Chapel Hill should maintain its strategic partnerships with North Carolina high schools with substantial Native American, Latino, and African American populations, expanding them in advantageous directions, such as UNC-Pembroke's First Peoples program and the Project Uplift program in the Office of Diversity and Multicultural Affairs.

*C.* Augment resources for state-of-the-art accessible learning and residential facilities so that UNC-Chapel Hill can earn a national reputation as a model campus for faculty and students with disabilities.

*D.* UNC-Chapel Hill should expand the Carolina Postdoctoral Program for Faculty Diversity and establish new benchmarks for recruitment and retention, particularly in the sciences.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 49 of 97   UNC0379235

*E.* Peer mentoring should be a well-publicized option for all traditionally and historically underrepresented students, staff, and faculty. For students, peer mentoring opportunities should be available from the outset of an undergraduate's Carolina career.

3. **Retention and Graduation.** Adhering to Carolina's traditional standards, we should maintain current programs and practices that promote academic success, while investing in additional means of enhancing the retention and timely graduation of students from underrepresented groups. Carolina's campus climate must welcome and integrate into our community all students, faculty, and staff who come here to live, work, and learn.

Retention efforts for students: Using the 2010 Retention Study recommendations as a guideline, Carolina's goal should be to enable all students, regardless of educational background, gender, ethnicity, financial means, or other differentiating factors, to be successful at Carolina. Once accepted, all Carolina students should have the resources and support to graduate in a timely fashion. Efforts to eliminate retention differences between various groups of students should receive funding necessary to make steady and sustained progress in Carolina's rates of graduation. To these ends, Carolina should take the following steps:

*A.* Increase funding and strengthen programs, such as the Center for Student Success, Academic Advising, the Carolina Covenant, and Summer Bridge, with proven records of promoting academic success among students from historically underrepresented populations, including students with learning disabilities, African American and Latino males, transfer students, and graduates of under-performing high schools. These resources should be offered to any student who would benefit from guidance or mentoring, particularly those who are not in academic peril but whose learning experience and trajectory could be enhanced.

*B.* Establish priority registration for students who have significant commitments outside the University, such as parenting or employment in order to pay for school. Allowing student parents and those who must work more than half time to register for classes early will provide them maximum flexibility in scheduling their classes, which will facilitate their progress toward graduation.

*C.* Augment resources to help students from historically under-represented groups engage in study and research abroad.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 50 of 97   UNC0379236

**D.** Examine policies for undergraduate and graduate students that govern continuous enrollment, semester limits, and academic eligibility to determine if more options and advising can be provided for students whose circumstances place them at risk for not graduating in a timely fashion.

**E.** Invest strategically in living-learning communities, multicultural programs, and programs that enhance contact between ethnic and racial minority staff and faculty and UNC-Chapel Hill students to augment the integration of minority, transfer, Covenant scholars, and first-generation college students into the Carolina community.

<u>Retention of faculty and staff:</u> As discussed in the Faculty section of the Plan, the retention of an inclusive faculty and staff poses as many challenges as does their recruitment. Because inclusion and equity principles are central to Carolina's mission, we augment the recommendations for improvement here. While we face ongoing financial challenges, Carolina should deploy a variety of creative strategies to ensure that we have an equitable and inclusive workplace and community of successful faculty and staff. Promising strategies to improve retention are:

**F.** A comprehensive review of policies regarding harassment and discrimination should examine not only rules governing the behavior of individuals, but also the effect of campus climate and the experiences of particular groups of students and faculty.

**G.** Faculty and staff benefits, such as health insurance for dependents, should be equitable, regardless of an employee's family composition.

**H.** Charge department chairs and Deans to establish and maintain mentoring programs for all new faculty, with particular emphasis on faculty from historically underrepresented populations.

## Summary

To ensure that Carolina remains a leading institution of higher education, we must continue our efforts to create and maintain a community in which all people are valued and where the free exchange of ideas is preserved and appreciated. It is imperative that we educate our students to thrive and succeed in increasingly global and diverse communities. We also must appreciate that equity and inclusion require attention to much more than race and gender. Excellence cannot be achieved without a truly diverse and inclusive community of faculty and staff, as well as students. ▪

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 51 of 97 UNC0379237

# 5

## Engaged scholars and scholarship

## Theme 5



# 5

Theme 5

# Engaged scholars and scholarship



Since its inception, the University has been instrumental in helping the state, region, and world solve important problems. Over the past century, faculty, staff, and students have found inspiration in teaching, coursework, and research endeavors that engage them as scholars and citizens. Faculty, staff, and students have worked on a wide range of issues, including rural poverty, clean water, health disparities, and the preservation of the history of the state and region. The University has contributed to policy debates at all levels of government, and has helped to develop a health care system that benefits the whole state.

As a premier public university we must continue these mutually beneficial collaborations. Both the common good and Carolina's core academic purposes are enhanced through an integrated blend of discovery, teaching, and action that links our intellectual resources and know-how to society's issues and problems. Engaging core civic, social, and commercial problems draws faculty and students together across disciplines and augments intellectual integration and creativity. As a residential campus within Chapel Hill, we hold dear our mutually beneficial relationships with our neighbors, as well as our obligations as citizens who contribute to the community with projects like Carolina Builds and numerous ongoing Habitat projects.

Engaged scholarship and productive community collaborations are facets of innovation that Carolina should increasingly support over the next decade. Many students, faculty, and staff already are and have been involved in engaged projects, research, and teaching facilitated by the Center for Public Service and other public service and research centers and institutes as well as the College of Arts and Sciences and the professional schools. Carolina can and should do more to inspire, support, and reward those who accept the challenges inherent in making our state, nation, and world a better place.

Previous Page: Students exchange ideas in Senior Lecturer Donna LeFebvre's Political Science class on American criminal law.

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 53 of 97 UNC0379239




## Recommendations

1. **Recognize and reward engaged scholarship and activities.** Although engaged scholarship and activities take different forms in the various schools, divisions, centers, institutes, and departments of the University, engagement should be understood as scholarly, creative or pedagogical activities for the public good, directed toward persons and groups outside the University. Such activities, in the form of research, teaching, and/or service, develop as collaborative interactions that respond to short and long-term societal needs. Engagement serves people in our state, nation, or the wider world. Engaged scholarship and associated activities should be acknowledged and rewarded in a number of different ways.

    A. *Include engaged scholarship and activities in tenure and promotion criteria for tenure-track and fixed-term faculty.* Because the tenure and promotion policies and criteria for most units on campus do not recognize engaged scholarship, the University should adopt the recommendations of the May 2009 University-wide Task Force on Future Promotion and Tenure Policies and Practices, which call for the inclusion of engaged scholarship and activities in departmental tenure and promotion policies and criteria. Following these recommendations, each academic unit should review and revise its tenure and promotion criteria to include engaged scholarship and activities appropriate for their discipline. An excerpt from the report and a description of toolkits that have been used to design appropriate criteria are included in the Appendix.

    B. *Encourage and support students' engaged scholarship and activities.* Undergraduate, graduate, and professional students conducting engaged scholarship and activities should receive

Left: UNC-Chapel Hill Library staff at the Phoenix site in Chapel Hill. From left, Christine Stachowicz, Liz Garner, and Alison Murray.

Right: Professor Scott Singleton (Medicinal Chemistry) and Research Specialist Demet Gunias prepare 96 different RecA inhibitors for testing against live bacteria in his lab at the Eshelman School of Pharmacy.

incentives and support and be encouraged to work with faculty who can provide guidance, help with presentation and publication of student research, and help sustain engaged projects in communities after students graduate.

Through expanded programs such as the Faculty Engaged Scholars and the Public Service Scholar programs, UNC-Chapel Hill should offer competitive grants for faculty who lead engaged projects that involve students. The University should earmark competitive fellowships and awards for graduate students who pursue engaged scholarship and activities.

The University should provide more support for classes across the curriculum that have an engaged, innovative, or entrepreneurial focus or component. Undergraduate students may require more guidance and mentoring about best practices and the ethical considerations that obtain when undertaking effective and productive engagement with communities. A proposed new minor in public service and engagement would provide an academic pathway to learn how to provide valuable and respectful assistance to communities.

**C. Recognize and reward the staff's contributions to engagement.**
Much of the engaged work at UNC-Chapel Hill is generated and/or supported by our Centers and Institutes, the University libraries, and their professional staffs. EPA non-faculty who are academically prepared and professionally disposed to contribute to engaged scholarship and activities should be encouraged, recognized and supported.

2. **Expand the purview of the Carolina Center for Public Service** In the past decade, the Carolina Center for Public Service has done a great deal to promote engaged activities and scholarship. The Center should now be given the charge and resources necessary to be a stronger hub for engaged scholarship and activities at Carolina. The Center should promote and support innovative and engaged scholarship and activities of faculty, staff, and students across the campus. As part of its expanded mission, the Center should:

**A. Launch a UNC-Chapel Hill Engagement Council.** A campus-wide Engagement Council should be established that would set general guidelines for engaged projects and data collection, assist in promoting and supporting engaged scholarship and activities, and report Carolina's progress to the Provost and Chancellor on a regular basis.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 55 of 97   UNC0379241

*Both the common good and Carolina's core academic purposes are enhanced through an integrated blend of discovery, teaching, and action that links our intellectual resources and know-how to society's issues and problems.*

The Council should develop a process for coordinating engagement initiatives and for assuring that interactions with communities will be appropriate, above and beyond routine IRB approval.

**B. Facilitate and connect existing engagement initiatives and develop new ones.** Engagement and engaged scholarship flourish in our public service and instructional centers (such as the Ackland Art Museum, Friday Center, North Carolina Botanical Garden, and Morehead Planetarium and Science Center) and in research centers that have strong public service missions (e.g., the Sheps Center and the Institute for the Environment). Although these units promote engagement activities among many faculty, staff, and students, greater coordination among them would benefit all concerned. Moreover, growing interest in engaged scholarship and activities has generated a number of new opportunities that should be publicized and supported. These initiatives include:

Community-Campus partnerships. The University should expand its support for and commitment to community-campus partnerships while fostering participation from faculty and students across campus in similar partnerships, such as a shared digital library between Carolina, high-school libraries, and county libraries throughout the state.

The Chancellor's Roadmap for Innovation and Entrepreneurship (released October, 2011) promotes opportunities for engagement among faculty, staff, and students, and seeks to provide resources for engaged scholarship. The Academic Plan's implementation committee and the Roadmap's implementation group should work together to ensure that many forms of engaged scholarship are encouraged, recognized, and rewarded across campus.

The Campus Y. The Campus Y has been the center of social justice and social entrepreneurship on campus for 150 years. The University should support the expansion of the Y's social entrepreneurship mission and collaborations with other engagement centers on campus.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 56 of 97   UNC0379242

3. **Document and publicize Carolina's engagement activities.** The Carolina Center for Public Service should be provided a means of gathering and collating information at regular intervals to determine the nature and extent of ongoing engaged scholarship and activities at UNC-Chapel Hill. To aid in documentation, academic units, centers, and institutes, and libraries should expand their annual reports and evaluations to enable faculty and staff to record engaged scholarship and activities. To enhance and streamline these efforts the University should consider expanding the RAMSES system to track engaged scholarship and activity proposals, funding, and outcomes.

The scope and impact of Carolina's engaged scholarship should be publicized widely through the *University Gazette* and the University's website. The state and region should know the extent to which the University is engaged in helping to solve significant problems.

### Summary

Almost a century ago, in the shadow of a severe recession and the first world war, UNC President Edward Kidder Graham wrote: "The great college is the college that supplies the civilization it serves with a program of guidance — a way out of the difficulties through which people are trying to find their way." Today, in the wake of another severe recession and increasing challenges across the country and world, we affirm this heritage, believing that Carolina can and should be a model of engagement with our national and global communities. ▨

---

*Many of our faculty and students are deeply engaged in helping solve important problems in the state, region, and world. We need to acknowledge and encourage this work by recognizing and rewarding engaged scholarship, teaching and service activities when faculty are reviewed for merit pay, tenure, and promotion.*

Jane D. Brown
James L. Knight Distinguished Professor of Journalism

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 57 of 97   UNC0379243



**6**

Extend Carolina's global presence, teaching, research, and public service

Theme 6



Theme 6

# Extend Carolina's global presence, teaching, research, and public service



Globalization is rapidly changing the social and economic foundations of our state, region, and nation by shifting labor forces and market pressures that, in turn, alter social interaction, cultural practices, and our political economy. As our state's 20th-century economy shifts away from textiles, tobacco, and furniture toward banking, technology, and health care, UNC-Chapel Hill must prepare students to excel in this fast-changing world, whether they live in North Carolina, elsewhere in the United States, or abroad. At the same time, our research must address evolving challenges in this interconnected world to help local communities, the state, the nation, and the world. Our challenge is to enhance Carolina's global prominence while fulfilling our public mission.

Carolina aims to become a leading global university that prepares students for life in an interlinked world while addressing international and regional problems. Education and collaborative research undertaken by UNC-Chapel Hill faculty and students with strategically selected partners around the world are the foundations for our ambitions. Carolina's vision and guiding principles for becoming a global university are detailed in the 2009 *Strategic Roadmap for Globalizing UNC-Chapel Hill.*

Over the past decade, Carolina has made significant strides in its efforts to globalize the campus. During the past two years, over 63% of all tenure-track faculty hires within the College of Arts & Sciences were in positions requiring significant global expertise. International faculty expertise is expanding across the professional schools and key centers and institutes as well. Our global partnerships have increased dramatically, with unprecedented numbers of faculty and students participating in global collaborative research, teaching, and international exchanges. The University's "strategic partnerships" have become increasingly multidimensional, involving faculty members, graduate students, and undergraduates in research, teaching, and engagement as components of the partnership.

Previous Page: Passersby examine Bryant Holsenbeck's mandala installation, "Away and Back Again," on the floor of the FedEx Global Education Center.

Undergraduate student participation in Study Abroad has grown from 750 in 2001 to over 1200 in recent years, even as it has also diversified across the globe. More than one-third of UNC-Chapel Hill students study abroad before they graduate, giving Carolina one of the highest study abroad participation rates among public research universities. The growth in both the number of students studying abroad and the variety of their destinations is related closely to generous new scholarship programs, the result of the University's accelerating development efforts in the international realm.

Global study opportunities are one reason for the success of Carolina students in competitions for international post-baccalaureate awards. For the most recent academic year, UNC-Chapel Hill ranked third in the country in the number of student and faculty Fulbright scholars. We now have 94 graduates in the Peace Corps, 6th among U.S. schools. Our production of Rhodes Scholars ranks second among public research universities in the U.S. UNC-Chapel Hill leads the nation in Luce Scholarship winners.

The growing emphasis on global education and research is evident across the campus. The dedication of the Gillings School of Global Public Health and the establishment of the Institute for Global Health and Infectious Diseases marked progress in the globalization of our health professions schools. Currently all campus schools have global programs and partnerships and many offer international degrees. Since its opening in 2007 the FedEx Global Education Center has evolved into a highly visible and vibrant hub for global activity on the UNC-Chapel Hill campus.

Seven Title VI National Resource Centers at Carolina are funded through competitive grants from the U.S. Department of Education, fostering global research, language and non-language course instruction, and outreach. UNC-Chapel Hill ranks near the top among U.S. universities in the number of such centers. Ranging across the Americas, Europe, Africa, Eurasia, Asia, and the Middle East, Carolina's National Resource Centers earn federal support for global initiatives and business education research. Other centers and institutes in both Academic Affairs and Health Affairs examine population and demographic developments, infectious diseases, and the environment, for example, from a global perspective.

Our global efforts are driven by a commitment to deepening our international presence through partnering, rather than unilateral, undertakings. Problem solving through partnerships, whether in Duplin County or in rural Thailand, is an outgrowth of our institutional history and culture. UNC-Chapel Hill has a longstanding national reputation for collegiality and interdisciplinary collaboration. Three of our Title VI centers collaborate with Duke University, for example. We view collaboration with compatible institutions around the

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 60 of 97   UNC0379246

*Applying global perspectives to public service and outreach in North Carolina is crucial.*

Rick Mumford
Clinical Associate Professor
Director, Dentistry in Service to Communities — DISC Program
UNC-Chapel Hill — School of Dentistry

world as the best way to grapple with and ultimately solve today's complex global problems. More than twenty pan-University centers and institutes on campus foster a culture of collaboration in basic and engaged research and interdisciplinary partnerships.

These trends have propelled Carolina to 30th place in the 2010 London Times Higher Education World University Rankings. The Shanghai Jiao Tong University Academic Ranking, which evaluates scientific and research productivity among the world's top 500 universities, ranked Carolina 41st in 2010. Recognition of UNC-Chapel Hill's achievements as a global university encourages us to push forward in research, engagement, undergraduate teaching, and graduate training focusing on global programs.

### Recommendations

1. **Increase the number of faculty with international expertise.** Enhancing Carolina's global reputation depends on attracting and hiring high-quality scholars, from global settings or with area studies expertise, who will expand the University's global presence through seminal research and first-rate teaching. Preparing students to succeed both professionally and personally in today's rapidly changing world will require a significant investment and expansion in the number of internationally expert faculty to lead this effort. Support for research must enable faculty with international expertise to investigate new ways to pursue scholarship and engagement on a global scale.

   Augmenting the faculty's international expertise must include building breadth (across all units and disciplines in the entire University) as well as depth (across all ranks). In particular, the study of globalization as an evolving process requires a broader and deeper faculty base, and the ongoing partnerships of our centers. Current faculty must receive support and assistance in expanding their teaching and research to ensure that

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 61 of 97   UNC0379247

they have the opportunity to contribute to the expansion of UNC-Chapel Hill's global mission. Investment in this initiative would support cross-regional scholarly initiatives, expand opportunities for graduate students, support visiting scholars and expand strategic partnerships.

2. **Expand UNC-Chapel Hill's capacity to engage in global research.** To become a leading global university, Carolina must establish selected areas of global research in which to distinguish itself. Since many global problems demand multifaceted and multi-disciplinary responses, we must develop research protocols that build on campus strengths, depending less on narrowly defined fields and piecemeal studies and more on a confluence of interconnected disciplines that can tackle big problems and devise creative solutions. As it selects cross-disciplinary global themes for multi-year development, the Global Research Institute can play an important role in identifying and launching key areas of research. Talent acquisition, expanded opportunities for graduate student participation and study concentration, more effective partnerships, and strategic planning will be essential to determining and building the research areas in which Carolina will become internationally celebrated. Continued success will require innovative leadership, participation in the most productive research networks, careful marshaling of external research funds and opportunities, extensive consultation, and targeted resources, while mandating even greater accountability.

3. **Augment global learning opportunities for students.** Expanding high-quality opportunities for Carolina graduate and undergraduate students to study abroad, conduct global field research, and participate in internships must be a high priority. This will require further integration of study abroad programming into the University's curriculum, as well as the provision of additional scholarships and financial aid opportunities for our students. The College of Arts and Sciences and UNC Global should reevaluate existing policies governing Study Abroad faculty compensation and student costs in order to enhance undergraduate offerings and increase undergraduate and graduate student enrollment.

When students return from their experiences abroad, they should have a robust curriculum available in language, culture, and areas studies that enables them to continue to deepen their knowledge of the world. Some units have funded faculty to identify deliberate strategies to globalize the curriculum. This practice should be encouraged to enhance the international curriculum, including continued classes in less-commonly-taught-languages.

*If Carolina is successful at promoting this connection, we could positively impact the wellbeing and life experiences of our fellow North Carolinians by what we learn from global service abroad.*

— Rick Mumford

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 62 of 97   UNC0379248

Carolina's historic strengths in European and Latin American studies must be maintained while we expand our faculty expertise, research, and course offerings in Africa, Asia, the Middle East, and Eurasia. Joint degree programs between global universities and the College of Arts and Sciences, the Eshelman School of Pharmacy and the Kenan-Flagler Business School provide models for additional programs that can provide Carolina students with a more globally expansive curriculum, increase degree-seeking students from abroad at UNC-Chapel Hill, and pioneer strategic international partnerships.

Digital communication technologies are important resources in expanding opportunities to communicate and collaborate internationally. Faster and more cost-efficient than international travel, these technologies make new global learning and research opportunities available to students who may not have the wherewithal to travel abroad. Carolina should commit to enhancing digital communication technologies available on campus and to encouraging their increased use.

Increasing the number of international graduate and undergraduate students on campus can help to diversify the study body at Carolina and deepen all students' understanding of global perspectives. This growth can be achieved through an increase in first year undergraduate student enrollment, transfer enrollment from abroad, and international exchanges, as well as scholarships and financial aid needed for international student recruitment, and services needed for the retention of international students and staff. It is important that Carolina seek to be the best possible host for global students though assistance with transitions, academic advising, counseling, and a welcoming integration into the social fabric of the campus community.

Because of their beneficial impact in terms of research, teaching, and engagement, it is also important to expand the representation of international visiting and faculty and scholars.

4. **Heighten the value and effectiveness of global partnering.** Carolina's success in attaining world-class stature among global universities depends in large part on its capacity to participate meaningfully in partnerships and exchanges in key regions of the world. Global partners help us build on our current strengths, provide important opportunities to our faculty and students, and facilitate substantial contributions in teaching, research, and/or engagement, while enabling UNC-Chapel Hill to reach its international objectives.

The University must be strategic in choosing its partners, while being open to new opportunities. Our strategy should be to focus on a limited

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 63 of 97   UNC0379249

number of special relationships with other global institutions that share strategic international goals with us. We should seek partnerships that engage the strengths of our intellectual community and enable Carolina to make a positive and noteworthy impact on pressing issues and problems on the global scene.

It is essential that UNC-Chapel Hill identify and invest in appropriate international partnerships that have clear, significant, and mutually beneficial returns. Building new strategic initiatives as well as maintaining existing partnerships should be overseen and coordinated by UNC Global. UNC-Chapel Hill's strategic partnerships should be supported financially by the Office of the Executive Vice Chancellor and Provost and the Deans of individual schools. At their best, these global partnerships will be multidimensional, providing ample opportunities for teaching, research, and service.

5. **Amplify UNC-Chapel Hill's global impact.** Carolina currently ranks in the top tier among U.S. universities, public and private, with numerous schools and academic departments counted among the best in the nation. We can do much more, however, to insure that Carolina gains a commensurate recognition of quality beyond the United States. Funding opportunities for research — particularly those supporting large-scale international projects outside the United States — go to institutions that are able to leverage their international reputations and global identities to attract the world's most brilliant scholars and researchers.

> *Our community appreciates the need to develop a particular sensibility among our students: one possessed of the capacity to transcend national interests and engage other cultures with decorum and dignity, attributes essential for a global community acting in concert in behalf of mutually shared interests.*
>
> Louis A. Perez, Jr.
> J. Carlyle Sitterson Distinguished Professor of History
> Director, Institute for the Study of the Americas

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 64 of 97   UNC0379250

*Public universities have a special responsibility: the formation of an informed citizenry, prepared to participate in and be party to the debates and discussions that exert salutary influence on the character of the American global presence.*

— Louis A. Perez, Jr.

To build on our existing strengths in the international arena, Carolina needs to develop and execute a globally-focused communication plan that informs targeted audiences as well as the world about the University's international aims and achievements, ongoing initiatives, and future goals. Publicizing Carolina's global mission, priorities, and initiatives, as well as highlighting UNC-Chapel Hill's rankings relative to other peers in various areas of international endeavors, will help to build pan-university collaboration and foster a sense of common purpose. Collecting, promoting, and publicizing the extraordinary international research and accomplishments of our faculty and students will facilitate greater collaborations on our own campus while helping people in the state, nation, and world appreciate Carolina's leadership as a global university.

6. **Apply Global Perspectives to Public Service and Outreach in North Carolina.**
The perspectives and resources gained through the continuing globalization of Carolina's teaching and research should be promoted and made accessible to schools, colleges, and communities across North Carolina. International outreach programs, offered through such units as the Center for Global Initiatives' Carolina Navigators, World View, and the Title VI National Resource Centers, should receive the support they need to connect K–12 students and teachers, community college faculty, and local and state residents to the full array of international resources at Carolina.

The benefits of Carolina's international resources should also be made available in an expanding number of global settings. Carolina for Kibera exemplifies the year-round service and collaborations that our international programs can provide to particular communities. These programs also provide valuable, first-hand cross-cultural experiences for faculty and students.

7. **Assess to Improve.** UNC Global should prepare a periodic update to the Provost, faculty, and the Board of Trustees designed to highlight the achievements, state the goals, and provide an overview of the activities of faculty, researchers, administrators, staff, and students engaged in international research, teaching and service. The purpose of this update should be to document and assess the depth and breadth of the intellectual and material resources in global studies at the University, noting areas of success as well as opportunities for improvement. The benchmarks and metrics featured in the update should allow the University a) to monitor progress in each global area, b) to compare each area's standing to that of its peers at other universities, and c) to make regular and timely decisions about resource allocations across the spectrum of the University's global programs.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 65 of 97   UNC0379251

## Summary

Consistent with its tradition of academic excellence, Carolina must advance its global mission through research, teaching, engagement, and innovative institutional initiatives with strategically selected global partners. As a public university, Carolina should re-dedicate itself to sharing the value and benefits of its global initiatives with UNC-Chapel Hill students and faculty, local and state government agencies, private sector organizations, and the citizens of the state of North Carolina and the nation. ■

Counselors welcome arriving first-year student Samantha Farquharson to campus at Carolina Kick Off.



Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 66 of 97   UNC0379252



CODA

# Reach Carolina —
# Looking back; looking ahead

Carolina is a world-class university by any measure, whether by the quality of the instruction that we provide to our undergraduate, graduate, and professional students, or by the excellence, impact, and depth of our research, or by our engagement with the people of North Carolina, our nation, and the world. Both quantitative and qualitative rankings recognize us for all of these endeavors. But no university, and especially a leading one, can remain static, nor would our students, faculty, and staff accept complacency. We need to frequently re-evaluate our processes, our curricula, our research enterprises, and our ambitions.

For the past couple years it has been clear to me that the campus has been ready, even eager, to begin development of a new academic plan to complement some of the other critical endeavors underway. At the process level, the efforts underway include implementing the recommendations from Bain and Company, now known as *Carolina Counts*, to maximize our administrative efficiency (see http://carolinacounts.unc.edu ). We have also engaged in major rebuilding of our student, finance, and human resources supporting software, work that continues under the theme of *Connect Carolina* (see http://connectcarolina.unc. edu ). Recommendations to strengthen Carolina's role in global education and engagement were formulated into the *Strategic Roadmap for Globalizing UNC-Chapel Hill* and in consequence we now have the Global Research Institute and a strong UNC Global program (see http://global.unc.edu ). Fortunately, during the early stages of the work on this Academic Plan, a major new *Working Report on Innovation and Entrepreneurship at UNC-Chapel Hill* also became available, which provided clear plans for implementing a vital new component of education for the future of North Carolina and the nation (http://innovate.unc.edu ). These endeavors offer a foundation for building specific new campus enterprises, but they do not satisfy the need for a comprehensive review of our academic mission.

The development of *Reach Carolina* has been one of the most exciting aspects of this past year for both the committee members and me. My enjoyment began

Previous Page: The doorway to Playmakers Theatre.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 68 of 97   UNC0379254

as I assembled the materials that the committee would need to consider and when I began to determine who might best serve on the Steering Committee, and perhaps most importantly, who would lead the endeavor. In all those efforts, the University was blessed. Bill Andrews and Sue Estroff provided a marvelous leadership team and they represented two of the largest contributors to our academic mission: the College of Arts and the School of Medicine. Ron Strauss from my office was deeply engaged, both intellectually and in terms of time. Despite her incredibly busy schedule, I was also delighted that McKay Coble, Chair of the Faculty, was able to participate fully. Indeed, almost everyone I asked took very little time to agree to serve, which confirmed my view that the time was right to undertake the effort. I chose faculty from five of the largest schools and with a wide range of academic positions. In addition to those noted above, I thank Larry Band, Jane Brown, Gina Carelli, Lloyd Edwards, Maryann Feldman, Rick Mumford, Warren Newton, and Lou Perez. Their expertise reaches far beyond their own schools, and covers many of the themes that defined the 2003 Academic Plan, which was the natural starting point for our discussions. Steve Farmer and Melinda Manning from the staff joined the Steering Committee effort. Again, their expertise and insight went far beyond their roles with student admissions and student affairs, and covered a broad range of the University's strengths and ambitions, and, as did everyone else, their participation expressed a true love for Carolina. And finally, of course (!), two sets of student leaders were involved, including Shruti Shah, from the Chancellor's Student Innovation Circle, David Bevevino and Holly Boardman as successive student body vice presidents, and Keith Lee and David Wiltshire as representatives of graduate and professional students. They all brought in-depth understanding of student experiences, needs, and opportunities, and we are all indebted to them for joining the Steering Committee despite the demands and excitement of their studies. The students' engagement reminded us how special Carolina is and why we need to plan for our future students. I am grateful to David Bevevino, in particular, for remaining with the Steering Committee following his graduation to serve as the staff person whose administrative skills guaranteed that everything worked.

The Steering Committee's early work involved both brainstorming and sending a message to the campus that all ideas were welcomed and would be carefully considered. Chancellor Thorp's *You Tube* communication and my memo to the campus elicited eighty-seven separate suggestions for the Steering Committee, another sign that the campus was ready to engage. The Steering Committee worked hard, and long, in the development of the Plan. Subcommittees were formed; discussions with students and faculty flourished, and as the Plan matured, meetings with all the Deans provided additional insight. In the end, *Reach Carolina* has benefitted from very wide participation across our campus. The results here represent a shared vision for the future for the faculty, students, and staff at Carolina over the next decade.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 69 of 97   UNC0379255

Now that the discussion, drafting, and design portions of the *Reach Carolina* effort are complete, what's next? As I expected, the Steering Committee thought of that, too, including continued assessment and more refined planning. For example, some of the recommendations are in the process of being implemented already, I'm happy to say. Some projects require further studies at the level of task forces, so we need to prioritize those and initiate the most time-critical ones. Some recommendations require concurrence of and financial support from the Legislature, so we need to marshal our arguments carefully and initiate discussions with our Trustees, the UNC President, and the Board of Governors. Finally, many projects require moderate or substantial funding, and we need to match priorities against available resources.

Yes, budgets have been bad, but they won't stay bad indefinitely. Like any journey, there may be delays due to construction, accidents, and stops along the way, but we'll reach our destination. My immediate plan, therefore, is to reconstitute the Steering Committee, work with them to refine priorities and plan an implementation roadmap, and, as *Reach Carolina* recommends, deliver an annual report to the students, faculty, and staff, probably each spring. I look forward to an exciting future at Carolina. ▪

— Bruce W. Carney, Executive Vice Chancellor and Provost



Students taking the traditional drink from The Old Well before Commencement, symbolizing their thirst for knowledge — quenched, but not for long.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 70 of 97   UNC0379256



# APPENDICES

**Noteworthy and ongoing UNC-Chapel Hill programs that exemplify recommendations in the Academic Plan.**

*Theme 1 – Work As An Integrated University To Attract, Challenge, And Inspire Students Through Transformative Academic Experiences*

### Gillings School of Global Public Health

*New Undergraduate Course*

Two faculty members, Drs. Anthony Viera and Diane Calleson, with two Public Health Leadership Program graduate students as TAs, are leading a new, first year seminar course (Public Health 101) to teach students about public health. The course is a collaboration between the School of Medicine (SOM) and the Gillings School of Global Public Health (SPH). Students are from all across UNC-Chapel Hill.

*Gillings Innovation Laboratory Experiences*

Most of the 18 Gillings Innovation Labs (GILs) engage students (paid and unpaid), as do several visiting professors. Leah Devlin, DDS, MPH, Gillings Visiting Professor, has obtained at least a dozen internships for students, and Sheila Leatherman has added internships for students in her "microfinance and health" visiting professorship. At least one student said she enrolled at UNC because of the chance to work with Alice Ammerman on the "local food" GIL. More examples include competitions (dissertation award, award to support service projects), and funding to all departments each year to recruit their best applicants.

*Health Behavior and Health Education MPH Capstone and Practicum*

Both the required MPH practicum and Capstone qualify as "transformative academic experiences" as: mentored, evaluated, experiential learning opportunities that serve as bridges between a student's academic training and applied public health practice. These programs also exemplify "interdisciplinarity in teaching, research, and public engagement." Practicum and Capstone students' involvement with NC BEAUTY, whose mission is to "develop partnerships between North Carolina beauty salon owners, licensed cosmetologists and their customers, and public health professionals, with the aim of addressing health disparities by promoting health in these settings," is just one example of how our field programs are transformative and interdisciplinary.

### Graduate School

*Royster Society of Fellows*

(http://gradschool.unc.edu/funding/roystersociety.html)

The Royster Society of Fellows is one of the most selective and prestigious

Previous Page: The historic stone walls on Carolina's campus provide impromptu space for conversation and community on the University's upper quad.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 72 of 97   UNC0379258

fellowship programs in the world. Fellows receive five years of generous financial support, including stipend, tuition, fees, health insurance, and funds for professional travel. But the financial package is just part of what it means to be a member of the Royster Society. It also means participating in a vibrant interdisciplinary community that offers unparalleled opportunities for intellectual engagement and professional development.

*Summer Research Fellowships*
(http://gradschool.unc.edu/funding/summerresearch.html)
The purpose of this fellowship is to provide summer support to approximately twenty doctoral students in the fine arts and humanities, selected social sciences and selected professional programs administered by the graduate school so they may focus exclusively on their dissertation research during the summer. These fellowships are intended to enable graduate students to move forward more quickly toward completion of their degrees.

*Dissertation Research Fellowships*
(http://gradschool.unc.edu/funding/dissertation.html)
These non-service fellowships support doctoral students engaged in research and writing toward the completion of their dissertations. These fellowships enable students to focus full time on completing their dissertation, improving quality and shortening the time required to complete a doctoral degree.

*Professional Development opportunities*
(http://gradschool.unc.edu/student/profdev/)
The University of North Carolina at Chapel Hill is committed to providing students with the highest quality graduate education. While this clearly entails academic training, it also includes a commitment to providing students with resources and services to enhance their graduate experience and prepare them for their post-student careers. The Graduate Student Professional Development Program seeks to aid students in their development by serving as a gateway to campus resources and providing direct services. This program complements the efforts of established academic programs and other student-services units.

## School of Dentistry

*Dentistry in Service to Communities (DISC): A DDS Educational Experience*
(http://www.dentistry.unc.edu/community/disc/index.cfm)
With health care undergoing vast changes and the level of dental underserved or uninsured rising, it is important for DDS students to understand the oral health care needs in North Carolina, nationally and internationally.

In the Summer prior to the 4th year, all DDS students participate in two four-week rotations (*Community and Hospital Rotations*, DENT 401), as part of the Dentists in Service to Communities (DISC) Program. These culminating off-campus extramural experiences in community practices and hospital settings provide students an opportunity to observe and provide care to diverse patient populations, including those with special needs, in these oral health care delivery systems. Students may be assigned to Federal and State institutions with confined or incarcerated populations; others are assigned to county public health departments, U.S. military installations or public hospitals. In each instance, aspects of the delivery system are studied including provider and consumer perspectives, the organizational setting, the services provided, financing mechanisms, and facilities and administration. Students are challenged to consider their roles as an integral part of the health care system. DISC operates over 180 rotation sites in North Carolina and across the U.S. A limited number of international sites are also available.

Regardless of a student's ultimate career choice, the experiences of the DISC extramural rotations program broaden the students' outlook and enable them to make more informed judgments about the practice of dentistry.

In the U.S., there is a shortage of dental faculty and lack of interest in students seeking careers in dental academics. Thus, there is a critical need for "grass-roots" recruitment efforts by dental schools to educate and encourage dental students to consider a career in academics. A program was established in 2006 to support institutions in educating and attracting future

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 73 of 97   UNC0379259

dental academicians: the **Academic Dental Career Fellowship Program** (http://www.adea.org/professional_development/academic_dental_careers/Pages/default.aspx).

This program, sponsored by the ADEA (American Dental Education Association) Gies Foundation and AADR (American Association for Dental Research), is a year-long program exposing dental students to a career in dental academics by working with a faculty mentor, conducting an educational research project/or other research, and serving as an instructor for other dental students in various classroom settings, among other activities. Each year, 10 total fellows are chosen from U.S. and Canadian institutions to participate in this program. For the 2011–2012 program, two of the 10 student fellows are DDS students at the UNC School of Dentistry. These 3rd year DDS students (Kevin Ricker and Kelly Higgins) will be recognized at the ADEA annual session in March 2011 and will begin their training (along with their faculty mentors, Dr. Janet Guthmiller and Dr. Mike Milano, at this meeting).

## School of Law

For the second time, the School of Law is offering a course in the spring of 2011 in *Carbon Trading Practice*, taught by Professor Victor Flatt, who is the Thomas F. and Elizabeth Taft Distinguished Professor in Environmental Law. (See: http://www.law.unc.edu/faculty/directory/flattvictorb/). The purposes of the course are to introduce students to scientific information about the relationship between increased carbon emissions and global warming; to introduce students to the idea of using worldwide carbon 'markets' in which major emitters of carbon trade licenses to emit carbon at higher or lower prices as an alternative to direct governmental regulation of their carbon emissions; and to examine how such systems might work in practice. Students learn about the economics of environmental control, the basics of commodity trading, greenhouse gas control mechanisms, existing systems of greenhouse gas trading (the European Emissions Trading System, the California system, the Regional Greenhouse Gas Initiative) and the status of the United States federal efforts in this area

## School of Education

*Create Bachelor's or Master's degrees that can be earned in four or five years of combined study*
The School of Education's efforts (in conjunction with the College of Arts and Sciences) in the design and continued implementation of the UNC BEST program (http://www.unc.edu/uncbest/index.html) allows undergraduate students in the mathematics and sciences areas to complete a degree in their discipline as well as obtain a North Carolina teaching license in the area in the span of four years. We will be expanding this program further in Fall 2012.

## School of Nursing

*Create Bachelor's to Master's degrees that can be earned in four or five years of combined study.*
This option for the School of Nursing was designed to enable registered nurses (RNs) who held either an associate's degree or a diploma in nursing, to apply to an accelerated option for the MSN degree. This option provides a unique opportunity for the School of Nursing to enroll students from diverse backgrounds who, upon graduation, are meeting the health care needs of North Carolinians throughout the state. Given the growing nursing shortage, regionally and nationally, and the increased numbers of citizens who are underserved in terms of health care, this program is well positioned to meet the needs of North Carolina and beyond. http://nursing.unc.edu/degree/rn_options/rn-msn.html

*Develop direct — entry undergraduate — professional school matriculation programs.*
We offer a program that enables BSN students to move to the PhD without earning a master's degree so that they can graduate with the doctorate in about 5 years. The program requires the BSN student to take the theory section of master's core courses and earn 15 units. This can be started prior to PhD level courses or conjoint with PhD level coursework. This is very attractive to the second degree BSN student.

Students in this track graduate at least one semester earlier than those entering through the MSN-PhD route.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 74 of 97   UNC0379260

## School of Information and Library Science

SILS is working to integrate our doctoral students into the teaching mission of the School by providing them with the training and continuing support that they need to develop as instructors. To begin his/her preparation, the doctoral student is required to take a 3-credit course in pedagogy (e.g., EDUC 757, College Teaching, or INLS 888, Seminar in Teaching and Academic Life). Most doctoral students also assist a faculty member in teaching a course, as a volunteer. After these preliminary experiences, the doctoral student is assigned a SILS course to teach, based on his/her expertise and long-term teaching interests. While teaching for SILS, each student is expected to participate in INLS 889, Seminar in Teaching Practice, a forum in which all of the current teaching fellows can share and discuss their experiences with a more experience faculty member. In addition, during each semester of teaching, the doctoral student is observed by a full-time faculty member and provided with a written report of suggestions for improving his/her teaching. Through these various mechanisms, the doctoral students who teach at SILS are well-integrated in the academic life of the School and the profession."

*Dual degree programs and certificates*
SILS currently offers a number of dual master's degrees, in collaboration with other units at UNC-CH and other nearby universities. They are described at http://sils.unc.edu/programs/dual-degrees and include: Art History (UNC-CH College of Arts & Sciences), Business Adminstration (UNC-CH Kenan-Flagler Business School), Public Administration (UNC-CH School of Government), Health Administration (UNC-CH Gillings School of Global Public Health), Law (UNC-CH School of Law), Medicine (Duke University School of Medicine), Nursing (UNC-CH School of Nursing), and Public History (North Carolina State University Public History Department). In addition, SILS offers several interdisciplinary graduate certificates (see http://sils.unc.edu/programs/certificates): Aging (administered by the School of Social Work),Nonprofit Leadership (also administered by the School of Social Work), International Development (administered by the Center for Global Initiatives), and Health Communication (administered jointly by SILS, the School of Journalism

and Mass Communication, and the Gillings School of Global Public Health)."

## Theme 2 – Faculty: Prominence, Composition, Recruitment, Development, Retention, And Scholarship

### College of Arts and Sciences

In the College tenured faculty are eligible for a one-semester research and study assignment every five academic years, provided their proposal is competitive and their track record is productive. The call in Theme 2 for making such research and study opportunities available to faculty across the campus makes the research and study assignments program in the College a useful model.

### School of Dentistry

*Faculty Development Program*
In Fall 2008, a Director of Faculty Development (Professor Rebecca Wilder) was named and a committee formulated to oversee and build a faculty development program at the School of Dentistry.

Wilder Named Director of Faculty Development (http://www.dentistry.unc.edu/news/2008/2008-09-17_Wilder.cfm)
Faculty Development Committee (http://www.dentistry.unc.edu/resources/committees/fac_development/)

1. Faculty Development Programs: Since 2008, over 15 different programs have been offered at the School of Dentistry as a result of the planning of the committee, including: a Faculty Enrichment Series, a Clinical Update Series, Calibration Sessions and Lunch & Learn Sessions.

2. Enhancing Faculty Recognition: Part of the role of the School of Dentistry Faculty Development Program is to identify individuals who are eligible for campus, national, and international awards. This has resulted in an increased number of faculty who have been nominated and subsequently received campus and national awards.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 75 of 97   UNC0379261

3. Welcoming New Faculty: The Faculty Development Committee instituted an annual new faculty reception as well as a new faculty orientation session (this is in addition to the University receptions and orientation sessions).

4. Faculty Development Committee In-Service Activities: Since 2008, the Faculty Development Committee has hosted three faculty development guest speakers from other dental institutions to discuss faculty development programs and faculty issues at other schools.

### School of Nursing

Since 1996 the doctoral program has had the benefit of a federally funded T32 training grant from the National Institute of Nursing Research and a second T32 from the same federal agency since 2004. Both of these training grants have enabled us to fund the strongest applicants to the program. The awards are based upon the productivity of the doctoral faculty and their success in funding for their research.

Dr. Debra Barksdale was recently featured on the UNC website for her leadership in research, practice, and teaching. She has been appointed to a presidential commission to oversee research related to health care reform. http://www.unc.edu/spotlight/barksdale

## Theme 3 – Interdisciplinarity in Teaching, Research, and Public Engagement

### School of Medicine

**Center for Environmental Medicine, Asthma, and Lung Biology:** The Center for Environmental Medicine and Lung Biology of the School of Medicine was established in 1979 and is broadly concerned with environmental impacts on human health and on respiratory health in particular. The name was changed in 2002 to Center for Environmental Medicine, Asthma, and Lung Biology. The Center's research programs are closely related to those of U.S. EPA's Human Studies Division located on the UNC-CH medical campus. The Center is associated with the Carolina Environmental Program. Multidisciplinary approaches are used to study the effects of inhaled agents on diseased and healthy human subjects following in vivo exposures in environmental chambers. Human cells and cell lines are studied in vitro. In addition to applied and basic research programs the Center offers educational and research training opportunities for graduate students and postdoctoral fellows. A formal course (ENVR 232) directed by Professor Hazucha, "Health Effects of Outdoor and Indoor Air Pollution," is offered through the Department of Environmental Sciences and Engineering in the School of Public Health.

The Center has administrative offices and laboratories located in the EPA Human Studies Facility (104 Mason Farm Road). The Center also facilitates access to the sophisticated animal environmental exposure facilities of the Environmental Public Health Division of the U.S. Environmental Protection Agency (EPA), located in Research Triangle Park. Approximately thirty investigators from several departments in the schools of Medicine and Public Health have been involved in Center activities. Most collaborate closely with EPA scientists in the Human Studies Division, most of whom have adjunct appointments to the UNC faculty.

The Center sponsors seminars, visiting scientists, and research conferences related to basic and clinical studies in environmental health sciences.

### College of Arts and Sciences

#### Interdisciplinary curricula

The Curriculum for Applied Sciences and Engineering (CASE) and the Curriculum for the Environment and Ecology (CEE), as the focus for interdisciplinary and applied sciences at Carolina, foster and coordinate cutting-edge interdisciplinary teaching and research that span departmental and school boundaries. New intellectual endeavors create collaboration among Carolina's outstanding basic science programs (both social and natural) to provide solutions to the world's most persistent problems in health care, energy, resources, technology and national security. Programs in areas such as biomedical engineering, energy sciences, climate change, and environmental studies will allow students to access flexible and responsive curricula in the rapidly evolving landscape of emerging opportunities in applied sciences.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 76 of 97   UNC0379262

## Gillings School of Global Public Health

Cervical Cancer-Free NC is an initiative to end or substantially reduce cervical cancer in North Carolina. We develop research to practice solutions through partnerships with the N.C. Division of Public Health (including their Immunization Branch, Breast and Cervical Cancer Control Program, and Comprehensive Cancer Control Program). Students actively participate in CCFNC through the HBHE Capstone course, paid research assistantships and summer practicum. Noel Brewer, PhD, Associate Professor of Health Behavior and Health Education, directs the project with Jennifer S. Smith, PhD, Research Associate Professor of Epidemiology, who is Director of Cervical Cancer-Free America.

Since 2000, the federally-funded (Maternal and Child Health Bureau (MCHB)/Health Resources and Services Administration (HRSA)) UNC Leadership Training Programs in Maternal and Child Health have joined to co-sponsor an interdisciplinary leadership development curriculum for graduate and post-graduate fellows. This integrated approach to interdisciplinary training continues to be cited as a national model and serves as an effective platform for academic/practice engagement in public health practice in maternal and child health. Four training programs: Maternal and Child Health at the School of Public Health , Social Work , Audiology and Speech-Language Pathology, and Leadership in Neurodevelopmental and Related Disabilities (LEND) at the Center for Development and Learning are partnering with the Family Council for Children & Youth with Special Health Care Needs (CSHCN) of the N.C. Division of Public Health to offer this interdisciplinary training experience to approximately 20 fellows and for the MCHB/ HRSA research/training grant to examine the effects of interdisciplinary training on MCH professionals and systems.

*The Water Institute at UNC*, led by Dr. Jamie Bartram, will bring together individuals and institutions from diverse disciplines and sectors and empower them to work together to solve the most critical global issues in water and health. The unprecedented water crisis has created an extraordinary need for academic leadership in research, information and education at the nexus of water and public health. Water is a lynch pin of

public health in the 21st century, and we have both the unique opportunity and the responsibility to take our leadership role in water and health to a new level. The School's commitment is demonstrated by the creation and support of The Water Institute at UNC, one of the Gillings gift strategic investments. Professor Bartram's recruitment to UNC was enabled by support from former President Bowles.

Our research is not limited to technical solutions, but also to innovations in policy, finance, and entrepreneurship that make business sense and lead to sustainable, real-world progress.

Through teaching, we leverage our capacity for effective change. We help to fill the enormous global need for relevant, accessible training through on-campus and innovative distance learning programs and hands-on learning. Through knowledge dissemination, we offer policy makers, practitioners, and public and private sectors a place to turn for balanced, objective and relevant information on water, health and development. We work to ensure that funders and projects in the field benefit from the latest information on effectiveness and impact, and that scientific research is translated into cutting-edge work with the potential to transform the water and sanitation landscape in the U.S. and the developing world.

## School of Dentistry
### Formal Cooperative Agreements

The School of Dentistry has established formal cooperative agreements for the various educational programs:

1. School of Medicine faculty provide educational instruction in the basic sciences (anatomy, biochemistry, physiology, pharmacology, and general pathology) for DDS students and for select courses in Dental Hygiene and Advanced Education programs. In addition to serving as course directors for the basic science courses in the DDS curriculum, the School of Medicine faculty hold positions on the School of Dentistry Teaching Committees, Curriculum Committee and the Academic Performance Committee. The course directors were an integral part of the School's self-study efforts in the reaccreditation process (2008–2010).

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 77 of 97   UNC0379263

2. The School of Dentistry has cooperative agreements with an extensive number of sites for extramural rotations (over 180) as a part of the Dentistry in Service to Communities (DISC) program.

3. The School of Dentistry also has formal affiliations with:

- A number of PHS sites within the local area and throughout the State of North Carolina (the Cherokee Indian Hospital in Cherokee, NC and the Orange, Durham and Wake County Health Departments).

- Area Health Education Centers (AHEC) to provide continuing education courses, technical assistance, and student patient care experiences that are part of the students' extramural rotations.

- UNC Hospitals — These agreements relate to the delivery of patient care services by the department of Pediatric Dentistry.

- UNC Hospitals system: Hospital Dentistry

- VA Hospitals — for delivery of patient care services by the departments of Dental Ecology (GPR residents), Oral and Maxillofacial Surgery, and Endodontics.

- *North Carolina Department of Corrections — for delivery of patient care services by the Departments of Dental Ecology (GPR residents), Oral and Maxillofacial Surgery, and Endodontics.*

## Interdisciplinary Faculty

Over half (65) of the SOD full-time faculty (109) have additional degrees beyond the DDS or DMD degree. Twenty-six faculty have earned a PhD or DMSc in addition to their clinical training; 44 have an MS or MA and nine faculty have an MPH. Fourteen faculty have a PhD (without the DDS/DMD degree). This diverse group of faculty brings a multitude of interdisciplinary teaching, research and service attributes to the School of Dentistry. Interdisciplinary representation is present on our many school committees, including our curriculum and teaching committees. In addition, the School has enlisted the support of an educational consultant from the School of Nursing (previously with the School of Medicine), who is an active participant in our curriculum activities and assists in bridging activities with other health affairs schools.

## School of Dentistry Interdisciplinary Faculty Teaching Service to the University

Ten School of Dentistry faculty members have additional teaching responsibilities outside the School of Dentistry. This interdisciplinary activity occurs in the Schools of Medicine, Public Health, and Pharmacy.

## Program for Comprehensive Treatment and Research of Craniofacial Anomalies

(http://www.dentistry.unc.edu/patient/craniofacial/) This program consists of an interdisciplinary team dedicated to the care of the patient and family with cleft lip, cleft palate, and other craniofacial anomalies. It includes members from the Schools of Medicine and Dentistry. The Craniofacial Program is also involved in research of craniofacial anomalies with a focus in patient care, health outcomes and also in social aspects involving patients and their families, such as educational and psychological/behavioral outcomes. The team consists of specialists from the fields of:

- Audiology
- Genetics
- Otolaryngology
- Oral and Maxillofacial Surgery
- Orthodontics
- Pediatrics
- Pediatric Dentistry
- Plastic Surgery
- Prosthodontics
- Psychology
- Social Work
- Speech-Language Pathology

## The Center for Neurosensory Disorders

(http://www.dentistry.unc.edu/research/researchcenters/CNSD/) The Center for Neurosensory Disorders is an interdisciplinary and international program for research, training, and therapy based in the University of North Carolina at Chapel Hill School of Dentistry. This program investigates and treats the pain and dysfunction associated with neurosensory disorders

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 78 of 97   UNC0379264

such as tempromandibular joint disorders, fibromyalgia syndrome, headaches, irritable bowel syndrome, vulvar vestibulitis and related, idiopathic chronic pain conditions. Our members are highly accomplished scientists, clinicians and educators who share a common goal: to diminish the suffering that these disorders inflict on a large segment of our population.

The center's research activities are conducted in a large multidisciplinary environment and focus on genetic, environmental, biological and psychological risk factors or determinates contributing to the onset and persistence of chronic pain conditions and related sensory disorders. A major emphasis of this center is in the area of pain genomics. The center fosters learning related to the basic, behavioral and clinical sciences as this knowledge relates to understanding and treating neurosensory disorders. The center prepares trainees in several disciplines to provide research and clinical services through varied settings, primarily in service to the people of North Carolina. In addition to a strong faculty of internationally recognized experts, the center trainees and members benefit from the experience and perspectives of regular, invited guest speakers. Finally, we strive to provide high-quality comprehensive, primary and specialized care to a wide range of individuals with chronic neurosensory disorders. Patient care enhances the center's educational programs and supports our research and clinical research efforts.

## School of Government

The School's multi-disciplinary faculty (public law, administration, finance, leadership, and economics) pursue the mission of improving the lives of North Carolinians through teaching, research, and advising — a form of public engagement. Each year, we reach 10,000–14,000 public officials with training; prepare 20–30 Master of Public Administration graduates; answer 100,000 questions or so from public officials, the press, and general public; and produce up to new 50 pieces of scholarship. Annually, we teach public officials from each of North Carolina's 100 counties and distribute publications to every one of those counties. Recently, we have embarked on electronic publishing and blogging as tools to share knowledge with North Carolina's public officials — see North Carolina Criminal

Law (http://sogweb.sog.unc.edu/blogs/ncclaw/) and Coates' Canons (http://sogweb.sog.unc.edu/blogs/localgovt/). We are home to innovative, interdisciplinary efforts like the Environmental Finance Center (www.efc.unc.edu), Civic Education Consortium (www.sog.unc.edu/programs/civiced/index.php), Center for Public Technology (www.sog.unc.edu/c4pt) , and the Community Campus Partnership (www.sog.unc.edu/programs/ccp/). See http://www.sog.unc.edu/about/history.html for more about the School.

*Public Executive Leadership Academy (PELA).*
http://www.sog.unc.edu/programs/pela/index.html In PELA city and county managers and other local government officials from North Carolina learn about themselves as leaders and gain skills to help them lead and manage change in their communities. School of Government faculty, with a UNC women's studies faculty member, faculty of psychology and public administration from other universities, and independent experts in communication teach this audience in two week-long residential settings. Afterwards, SOG faculty are available to advise these officials in their work.

## School of Law

The School of Law has cooperated with the School of Journalism and Mass Communication since 2006 to support an interdisciplinary **Center on Law and Media Policy** (see: http://medialaw.unc.edu/). The longer term goal of the Center is to focus less on print or broadcast media, and more on emerging media — including Internet sources, blogs, social media, and other outgrowths of recent computer and related technologies — with the objective of highlighting areas of innovation in communication that lie largely unregulated and outside the traditional legal and policy worlds subject to the Federal Communications Commission or to traditional First Amendment press and printed media concerns. Joint fund-raising efforts have attracted gifts from the Hearst Corporation and other print and broadcast companies. The School of Law is poised to become a far more active partner with the School of Journalism in creating new joint courses, symposia, research projects, and other opportunities to allow scholars and students to explore in greater depth this rapidly changing area of public life.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 79 of 97   UNC0379265

## School of Information and Library Science

*Interdisciplinary faculty appointments*

The current SILS faculty of 27 members (see http://sils. unc.edu/people/faculty for the complete list of SILS faculty) includes five who hold joint appointments with other units: Brad Hemminger (with an appointment in the Carolina Center for Genome Sciences), Javed Mostafa (with an appointment in the Biomedical Research & Imaging Center, BRIC), and Richard Marciano, Reagan Moore, and Arcot Rajasekar (all with joint appointments in the Renaissance Computing Initiative, RENCI). In addition, SILS participated with the Computer Science Department in attempting a targeted faculty hire in Spring 2010; while unsuccessful, it demonstrates our willingness to participate in such interdisciplinary efforts."

*Sample of an interdisciplinary research project*

"Bot 2.0: Botany through Web 2.0, the Memex and Social Learning," an NSF-funded project (see http:// ils.unc.edu/mrc/bot-20/), explored an innovative technological approach to retaining student interest in the biological and botanical sciences and addresses the lack of diversity in the student population pursuing this discipline. Project partners included the Metadata Research Center at the School of Information and Library Science (SILS); the North Carolina Botanical Garden and UNC Herbarium; and the Renaissance Computing Initiative (RENCI).

A botany camp known as 'BotCamp' introduced students from area universities and community colleges to a three-phased curriculum involving reading and field exercises that incorporate inquiry-based learning, communal learning, and reflection. Exercises in scientific naming, taxonomy, and standards highlight the interdisciplinary nature between information and library science and botanical science, and exposed students to the cross-over among these disciplines."

## School of Nursing

*Sponsor Event-sponsored activities that expose students to new forms of collaborative scholarship and help students locate interdisciplinary opportunities on campus.*

There is a Tuesday presentation every other week

in the SON where an outstanding faculty member from another discipline presents his/her research to faculty, doctoral students and visitors from other UNC schools. These presentations are very well attended-standing room only and they expose doctoral students to new perspectives and new faculty to approach for collaborative research.

*Enhance facilities for interdisciplinary activity*

The biobehavioral laboratory at the School of Nursing is heavily used by doctoral students who design methods to address patient problems. The lab has extensive storage facilities where biomarkers of blood, serum and saliva can be stored and analyzed. This provides doctoral students with a strong biological focus for their dissertations and future studies. This is a transformative experience as they broaden the hypotheses under investigation.

*Coordinate collaborative efforts across departments, schools, and disciplines.*

As a result of a two year interinstitutional, interdisciplinary research project between the University of North Carolina at Chapel and Duke University schools of medicine and nursing funded by the GlaxoSmithKline Foundation, we launched an interprofessional elective focusing on patient safety for nursing, medicine and pharmacy students. The research project measured the impact of four pedagogies on teamwork training and faculty development. We learned that combined learning experiences across the professions increasing role understanding, and capacity to work together.

The doctoral program requires that students select 2–3 faculty from outside of nursing to be members of their dissertation committee. Students are encouraged to meet and take a course with such individuals' in order to determine their fit with the student's research. This produces interdisciplinary dissertation committees and enriches the student's educational experience

Students in the School of Nursing undergraduate leadership class work in groups with physicians from Duke and UNC to discuss their perspectives on four healthcare case studies. This informative class, entitled "Can you hear me now?", provide participants with

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 80 of 97   UNC0379266

a deeper understanding of the other professions' viewpoint, priorities for care, and practice decisions.

The School of Nursing participates in the delivery and coordination of the following multi- and interdisciplinary courses that also allow for participation of students across program levels:

With the School of Social Work:
Nurs 685 Care of the dying and bereaved throughout the life span

Multidisciplinary courses include:
Nurs 780i Multidisciplinary Perspectives On Managing Diabetes Mellitus
Nurs 781 Genomics And Society
Nurs 782i Aging And Health
Nurs 783i [607] Aging And Public Policy

## Theme 4 – Equity And Inclusion at Carolina

### School of Medicine

**CAMPOS:** The Comprehensive Advanced Medical Program of Spanish (CAMPOS) is an enrichment program offered to entering students who have intermediate to advanced Spanish fluency. It is designed to run concurrently with the traditional curriculum. The goal of CAMPOS is to graduate more students who can independently care for the increasing number Latino patients in North Carolina. CAMPOS students have special electives they are encouraged to take, and when possible, are placed in communities with high numbers of Spanish-speaking patients so they can practice their medical and language skills.

The UNC School of Medicine views CAMPOS as one of several strategies to address a critical need in our state: a shortage of linguistically and culturally competent physicians caring for the growing number of Latino patients. The program has a formal application process that is voluntary and relies on student input to make it more responsive to learner needs. CAMPOS, supported by a four-year grant from The Duke Endowment, was developed from collaboration between the Departments of Medicine and Family Medicine at the University of North Carolina School of Medicine

### Gillings School of Global Public Health

*UNC Summer Public Health Fellowship Program (UNC SPHF)*
*Empowering Students to Explore Public Health*
(sph.unc.edu/uncsphf)
UNC SPHF aims to increase diversity in public health professions by sharing with students (primarily) from minority and disadvantaged communities the knowledge, connections and skills that can help them successfully pursue public health careers. Students have come from multiple disciplinary areas, universities and geographic areas. In 2010, we inaugurated the program with 29 fellows. The program's staff rely on a cadre of top-notch students, professors, staff, alumni and externship sponsors to provide the content, experiences, networks and relationships that results in an amazing experience for our Fellows.

### School of Dentistry

*UNC School of Dentistry Commitment to Diversity*
1. DDS Admissions
   The University of North Carolina School of Dentistry is committed to recruiting and admitting a diverse and well qualified student body that generally reflects the ethnic diversity of the population of the state of North Carolina. The School has been successful in meeting this goal and has maintained among the highest percentages of Black students enrolled in U.S. dental schools (i.e., in 2008–2009 the UNC School of Dentistry and the University of Mississippi Medical Center School of Dentistry had the highest percentage of Black students enrolled among the 55 majority dental schools).

   Maintaining diversity is facilitated by a number of factors:
   The **Medical Education Development** pipeline program (co-sponsored with the School of Medicine) is an eight-week summer program at UNC enrolling promising minority and disadvantaged students with aspirations for applying to dental or medical school or other health professional schools (http://www.med.unc.edu/medprogram).
   • The School of Dentistry provides fiscal and programmatic support to the University's Medical Education Development (MED) Program.

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 81 of 97 UNC0379267

- Participation in the MED Program helps disadvantaged and underrepresented minority students gain experience and familiarity with the coursework and hand skills required to be a successful dental student. Students who have participated in the MED Program have an excellent record of admittance to the University of North Carolina's School of Dentistry program and to other dental schools.

Other important admissions elements in support of recruiting a diverse student body:

- Recruitment of students at strong historically black colleges and universities such as Spelman, Morehouse, Norfolk State and Hampton.

- Awarding scholarships to support minority and disadvantaged students with financial need.

- Associate Director of Special Programs (shared with the UNC School of Medicine) to recruit qualified minority and disadvantaged applicants to the dental and medical schools.

- A diverse Admissions Committee mirroring the ethnic diversity in the state of North Carolina.

- In-service activities sponsored by the Admissions Committee on diversity and a holistic approach to admissions.

*Dean's Task Force on Diversity and Inclusivity*
The UNC School of Dentistry is an institution which deeply values diversity in people, thought and opinion. As stated in our Core Values (Carolina 2010)* the school professes that we have a commitment to diverse beliefs. It is a place where students, faculty and staff can come, work and learn in an environment free from hostility, oppression or intimidation. In an effort to support these values and assure that the School is meeting these stated objectives, a Dean's Task Force on Diversity and Inclusivity was created in the Spring of 2010 to explore the climate of the dental school and its related programs to determine how well we are fulfilling these objectives and to make recommendations about initiatives which may be taken to improve our environment.

The task force, consisting of School of Dentistry faculty, staff and students has been working in tandem with the Office of Diversity and Multicultural Affairs. As a result of this task force, a climate survey was completed by staff, faculty and students and the results shared with the dental school community. In response to the survey results, the Task Force is currently developing action items as recommendations for initiatives.

* (http://www.dentistry.unc.edu/units/admin/documents/Carolina2010.pdf)

Page 8, #2: "Respect diverse beliefs and cultivate the involvement of students, staff, faculty, and patients drawn from an array of cultures and heritages."

*Educational Programs*
- DISC Program (http://www.dentistry.unc.edu/community/disc/index.cfm) (Fully described in Section I.) DISC (Dentistry in Service to Communities) provides further opportunities for students to improve their communication and behavior management skills and develop their understanding of the provision of care in a multicultural and diverse environment through these externship experiences.
- Pediatric Extramural Rotations (Fully described in Section I.) The Pediatric Dentistry Graduate and DDS extramural rotations provide opportunities for our students to participate in the care of diverse groups of people in a variety of clinical settings.

## School of Education
### Equity and Inclusion at Carolina
- The hiring of faculty of color since 2009 (see #2 above) demonstrates our commitment to social justice in our hiring practices. We realize that we, like most schools and departments on campus, have more milestones to reach in this area. However, the hiring of these faculty of color enables us to better recruit a diverse student body as well as support focused research with Latina/o public school populations, a burgeoning population within North Carolina's K–12 schools.
- As part of faculty planning for the Ph.D. in Ed, we will be looking at issues of equity in terms of intellectual and working climates within the School of Education.
- For the first time in almost a decade, we have been

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 82 of 97   UNC0379268

successful at the university level in bringing a minority post-doctoral fellow to the School of Education beginning in Fall 2011.

- We are working with the Summer School to offer a new course tentatively entitled Mining Carolina as a Research University. Students will explore the value of a liberal arts education as well as survey educational theories of academic motivation, resiliency, and self-advocacy. Through critical thinking, thoughtful analysis, and writing, students will examine the roles of research, diversity and engagement in a community of scholars. This course will (a) provide students with knowledge requisite for success at a research university and (b) will be contextualized within students' current work toward academic success and their path to degree attainment.

## School of Law

Students at the School of Law annually design and carry out a Conference on Race, Class, Gender, and Ethnicity, devoted each year to a different interdisciplinary theme. (See: http://studentorgs.law.unc.edu/crcge/default.aspx). The conference in the spring of 2011 was on 'Health Care Reform: Who's Left Out?' Conferences in past years have examined welfare reform and its impact on battered women in 1997, hate crimes in 2000, the prospect of reparations for past racial and ethnic violence in 2002, community economic development in 2005 and on international and domestic human rights in 2008 and crime and economics in 2009.

Each conference is deliberately interdisciplinary in design. Professors, researchers, and public figures in the related fields are always invited to take part, and law students reach out to student audiences at the most pertinent graduate and undergraduate departments and schools to assure an interdisciplinary audience.

Each summer for the past three years, the School of Law has sponsored a two-week program for promising non-white undergraduate students who are interested in law and legal studies. A part of the nationwide CLEO network, UNC Chapel Hill's efforts including hosting the 30 or so selected students for classes at the School, providing faculty members for the two-week

introductory courses drawn from the School's full-time faculty, and offering extra enrichment provided by the School's Dean of Admissions Michael States and others who advise these students on how best to prepare themselves for admission to law school and for success in meeting their professional aspirations.

## Kenan-Flagler Business School

### UNC and the State of North Carolina

Kenan-Flagler Business School is planning to offer substantial scholarships for our new MBA@UNC program to qualified applicants from Tier 1 (less developed) counties in North Carolina. We are currently in discussions with the Golden Leaf Foundation about how to implement this, so there is not yet a web description of this scholarship program, but the website for the program itself is http://onlinemba.unc.edu/.

## School of Nursing

The Director of Multicultural Affairs led faculty and staff in *Courageous Dialogues* to explore perceived and real differences in power relationships, increase interrelationships across and among faculty and staff, and learn productive ways in which to resolve conflict. Some of our faculty utilize this technique in classes to explore sensitive subjects related to vulnerable populations.

*Office of Multicultural Affairs (OMA) Book Club*: To increase cultural awareness, sensitivity, and competency through the appreciation and acceptance of differences in students, faculty, staff, and the clients that we serve. The book club concept is based on critical literacy theory. http://nursing.unc.edu/departments/oma/book_club.html

Ethnic Minority Visiting Scholar Program: Minority Visiting Scholar Lecture Series: The Minority Visiting Scholar Lecture series was established at UNC Chapel Hill School of Nursing in 2000 as an initiative to highlight the research and contributions of minority nurse scholars. the lecture brings outstanding specialists, educators, clinical researchers and directors to Chapel Hill for discussion of timely nursing matters affecting ethnic or minority populations.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 83 of 97   UNC0379269

## Theme 5 – Engaged Scholars and Scholarship

### College of Arts and Sciences

*Collaborations for Integrating Research and Action (CIRA) at the University of North Carolina-Chapel Hill*: An initiative bringing together university-based researchers with community-based leaders to collaborate on producing research/action projects to advance sustainable development and community well-being and social justice in North Carolina and beyond. CIRA's work is broadly defined by the participants themselves, meaning that community organizations, movements, individual activists leaders and researchers may choose to self-identify their work with a particular theme, and make requests to CIRA faculty for collaboration. CIRA's work is focused on four specific areas of research and action: Community Empowerment /Collective Action, Cultural Heritage, Alternative Economies and Energy Development, Food & Justice. CIRA affiliated faculty have taught 75 related courses on campus. http://cira.unc.edu

### School of Medicine

***Improving Performance in Practice***: In 2005, North Carolina was chosen to pilot the Improving Performance In Practice (IPIP) project. NC IPIP is now implemented through a statewide network of quality improvement consultants (QICs) employed at each of AHEC's nine regional centers. Based on its success in working with primary care practices in quality improvement through IPIP and other statewide efforts, NC AHEC was awarded a $13.6 million four-year grant from the Office of the National Coordinator for Health Information Technology (HIT) in early 2010. This grant has enabled the development of a Regional Extension Center (REC) for North Carolina designed to support primary care practices in selecting and implementing an electronic health record (EHR) for their practices. As a result of the federal grant, NC AHEC has been able to rapidly expand its capacity to support primary care practices in EHR selection and adoption, in practice redesign, and in using clinical and administrative data to improve the delivery of care as well as clinical outcomes for patients and families.

***Cecil G. Sheps Center for Health Services Research***: Cecil G. Sheps Center for Health Services Research seeks to improve the health of individuals, families, and populations by understanding the problems, issues and alternatives in the design and delivery of health care services. This is accomplished through an interdisciplinary program of research, consultation, technical assistance and training that focuses on timely and policy-relevant questions concerning the accessibility, adequacy, organization, cost and effectiveness of health care services and the dissemination of this information to policy makers and the general public. The North Carolina Nursing Home Medication Error Quality Initiative is one example. In 2003, individual cases of serious medication error in nursing homes were brought to the attention of the North Carolina General Assembly and in late 2003, the Assembly passed a law addressing medication management and errors in North Carolina Nursing Homes. North Carolina is the first state to implement mandatory reporting of all medication errors in nursing homes, including near misses and potential errors, rather than focusing on only serious adverse medical events. In early 2004, the Sheps Center helped implement a mandatory annual medication error reporting system for nearly all nursing homes in the State. The Sheps Center has just completed the second year of annual reporting. In the second year of reporting, a total of more than 16,000 errors or potential errors were reported, an average of 34 per 100 nursing home beds. Most (86 %) did not reach or did not harm the patient, but over 1600 (10%) led to a situation that required monitoring and/or further intervention. Funded by: Division of Facility Services, North Carolina Department of Health and Human Services

### School of Dentistry

*Alamance and Durham County Health Departments*

- Graduate Program: Residents provide dental care for children at the Alamance and Durham County Health Departments under the mentorship of the Department of Pediatric Dentistry faculty. These rotations offer the resident the opportunity to work as part of a community dental team. Most of the patients in this program are healthy children between 5 to 15 years of age.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 84 of 97   UNC0379270

- DDS Program (Durham County Health Department): Dental students provide a variety of oral health services for infants, toddlers, children and adolescents under the mentorship of faculty of the Department. This rotation offers the opportunity to deliver care to a diverse group of underserved families in a community setting and as part of a dental team. The department's expectation for pediatric advanced restorative experiences care is often attained in this extramural setting. Over 80% of DDS students participate in this rotation.

*Cherokee Indian Health Service Hospital*
- Graduate Program: Our graduate students provide care and assist DDS students in the provision of care for young, Native American Cherokee children who have extensive restorative and surgical dental needs. The clinic is located in the modern Cherokee IHS Hospital in remote western North Carolina on the Cherokee Indian Reservation.
- DDS Program: This one-week summer rotation is extended to a three-week period to 15% of our rising fourth year students. Participants provide a variety of restorative and preventive services in a modern facility that serves Native American Cherokee children under the supervision of full-time faculty and in collaboration with pediatric dental residents. Beyond the outstanding clinical experience that this rotation offers, it provides students with an important cultural experience as they delve into the rich Cherokee history and lifestyle.

*Gateway Education Center (Graduate Program)* – This is a clinical rotation wherein students provide care for patients with cerebral palsy and other developmental disabilities, most of which are related to traumatic head injuries.

*Baby Oral Health Program (bOHP) (DDS Program)* – This rotation takes place in multiple locations including the Lincoln Community Health Center, an Early Head Start Facility, the Alamance County Health Department and the school-based Children's Dental Clinic at UNC. The program's goal is to provide clinical experiences in the delivery of preventive oral health services to children ages three and under. Nearly 70% of all dental

students are involved in this rotation as an avenue to educate a generation of graduates that can help address the increase in dental disease in preschool-age children through early prevention.

*Carolina Oral Health Literacy (COHL) Program*
Although research is underway concerning medical health literacy, there are no studies that have systematically studied oral health and the ability to understand written oral- health information that is presented to certain high-risk groups of dental patients. The Carolina Oral Health Literacy (COHL) Program is investigating how certain populations understand dental health prevention information and navigate the dental health system. COHL seeks to improve the process for caregivers and their children to access dental care and reduce health disparities. Approximately six faculty, two doctoral students, two masters students and one undergraduate student from five disciplines in three schools are engaged in COHL program. COHL is currently in seven North Carolina Counties including: Brunswick Co. (Shallote), Buncombe (Ashville), Burke (Morganton), New Hanover (Wilmington), Orange (Piedmont Health Services in Chapel Hill), Robeson (Lumberton), and Wake (Raleigh). Approximately 1400 caregivers, pregnant women, and children have been recruited to participate in the COHL program.

*Dr. Jessica Y. Lee* is the principal investigator for a $1.8-million grant addressing how the oral health literacy of caregivers and parents affects the oral health outcomes of their preschool-aged children and was recently awarded a *Presidential Early Career Award for Scientists and Engineers (PECASE).* The award is the highest honor bestowed by the United States government on science and engineering professionals in the early stages of their independent research careers. (http://www.dentistry.unc.edu/news/2010/2010-11-08_lee.cfm)

**School of Law**
The School sponsors an **Office of Public Service Programs**, led by Assistant Dean Sylvia Novinsky (see: http://www.law.unc.edu/publicservice/programs/default.aspx). In the past dozen years, it has won national awards among all American law schools, as

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 85 of 97 UNC0379271

well as statewide awards from the North Carolina Bar Association, for support of a wide variety of public interest activities by law students and faculty. Dean Novinsky has annually led students on winter and spring break trips to New Orleans following Hurricane Katrina, offering legal services to local clients and agencies in desperate need of extra help. They have traveled to Eastern North Carolina and to the NC mountains for week-long projects to write wills for low-income families, assuring that they can able lawfully pass their real property along to descendants. The Office also oversees a Pro Bono Board that offers student legal research and related services to private law practitioners who need help to render free free legal service to needy clients. Another branch of the Office raises funds to support summer fellowships for law students who want to volunteer for non-profit agencies that need summer legal assistance but cannot afford to pay even minimum wages. Finally, this Office supports students in volunteering for, and logging their pro bono public hours spent in, public service projects. Over the past decade, they have encouraged more than a majority of each graduating class to render scores of uncompensated hours of volunteer time to help local low-income residents with their taxes, to provide legal assistance to AIDS victims, and otherwise to improve the lives of North Carolina citizens, all while creating a life-long pattern of public service among Carolina Law students.

The **UNC Center for Civil Rights** (http://www.law.unc.edu/centers/civilrights) has four, full-time attorneys who represent and advocate for clients in areas including public education and community development. The Center, often working with law students as research assistants or summer assistants, is co-counsel in litigation challenging changes to the student assignment plans in the Wake County and Charlotte/Mecklenburg school districts, contending that they will lead to racial resegregation and socio-economic isolation of lower-income students in high-poverty schools. The Center also represents non-whites who have been traditionally excluded or marginalized from political participation in their local governments, where they often find their homes have been kept outside town political boundaries to deny them municipal services and political participation.

## School of Education

*Engaged scholars and scholarship: Acknowledge, support and reward engaged scholarship and activities*
- *Recording Carolina's engagement*
- *Publicize engaged scholarship within and beyond campus*

The School of Education is extending our outreach in any number of areas as envisioned in the above themes from the Academic Plan. (See http://soe.unc.edu/news_events/news/2011/110303-from-the-dean.php as well as http://soe.unc.edu/outreach/centers_partnerships.php).

## School of Government

*Center for Public Technology (CPT).* (www.sog.unc.edu/c4pt). CPT works closely with North Carolina's local and state information technology professionals to provide education, advising, and useful scholarship to governments and their IT workers and managers, with the goal of strengthening North Carolina communities through the appropriate use of information technology. Led by faculty member Shannon Tufts, the CPT has created innovative executive leadership for information technology managers and provides technical assistance on IT plans for the state as well as local governments. Tufts was recognized with a *Government Technology* magazine's Top 25 Doers, Dreamers, and Drivers Award in March, 2010, primarily because of work she's done creating this executive education. Her program began with a focus on North Carolina local officials, and it has expanded to state level officials in North Carolina, and now to chief information officers across the country (http://www.sog.unc.edu/c4pt/cio.htm).

*The Community Campus Partnership* (CCP) is already referenced in this section of the document on p 28. (http://www.sog.unc.edu/programs/ccp/). As I think you know, CCP is NOT just an SOG endeavor, however. It's focus is on involving faculty, staff, and students from across campus in efforts to partner with and bring university knowledge and abilities to bear in economically-distressed North Carolina communities.

*Public Executive Leadership Academy* (PELA). http://www.sog.unc.edu/programs/pela/index.html In PELA city and county managers and other local government

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 86 of 97   UNC0379272

officials from North Carolina learn about themselves as leaders and gain skills to help them lead and manage change in their communities. School of Government faculty, with a UNC women's studies faculty member, faculty of psychology and public administration from other universities, and independent experts in communication teach this audience in two week-long residential settings. Afterwards, SOG faculty are available to advise these officials in their work.

## Theme 6 – Extend Carolina's Global Presence, Teaching, Research, and Public Service

### School of Medicine

**CFID Collaborations in Malawi:** In 1989, UNC faculty were invited by the Malawian government to help the country develop STI treatment protocols, and UNC has been working in Malawi ever since. In 1999 UNC partnered with the Malawi Ministry of Health to establish UNC Project–Malawi, a research, care and training facility in the capital city of Lilongwe. The mission of UNC Project–Malawi is to identify innovative, culturally acceptable, and relatively inexpensive methods of reducing the risk of HIV/STI and infectious disease transmission through research; strengthen the local research capacity through training and technology transfers; and improve patient care for the people of Malawi.

| Research | Clinical Care | Training |
|---|---|---|
| HIV treatment and prevention | Adult medicine | Adult medicine |
| HIV vaccine development | Antenatal | Epidemiology |
| Injury prevention | HIV counseling/ testing | Lab science |
| Malaria vaccine development | HIV/AIDS treatment | Medical geography |
| STI management | Internal medicine | Nursing |
| | Pediatrics | Nutrition |
| | STI management | Pediatrics |

UNC Project-Malawi operates through Tidziwe Centre at Kamuzu Central Hospital. "Tidziwe" is a Chichewa word meaning "we should find out." The center is a two-story, 17,500 sq ft building that includes outpatient and

research exam and counseling rooms, a state of the art laboratory, medical library with satellite web connections supporting journal access, a lecture hall and classroom with teleconferencing capacity, a data management area with remote and local data entry capacity, secure data storage space, a pharmacy and dispensary, and administrative and community activity office space. UNC Project employs medical and clinical officers, nurses, laboratory and pharmacy technicians, data officers and administrative and logistical support staff.

### School of Dentistry

*Service* (http://www.dentistry.unc.edu/community/) Congruent with a two-century old University of North Carolina at Chapel Hill tradition, the School of Dentistry places strong emphasis on bringing knowledge-based services to the public, particularly throughout the State of North Carolina. This form of public service complements the School's major commitment to patient care. The DISC Program (Dentistry in Service to Communities), fully described in Section I (http://www. dentistry.unc.edu/community/disc/index.cfm), offers enhanced opportunities for DDS students to broaden their understanding of the practice of dentistry in a variety of communities within North Carolina as well as nationally and internationally with the hope that these students will have an expanded worldview throughout their professional careers.

In addition, School of Dentistry faculty and students are committed to leadership and service in support of state and national organizations. The faculty and students provide service at all levels for recognized governmental programs aimed at advancing community-based oral health. The School's faculty and students serve, often in key leadership capacities, a large variety of national and international organizations — professional, governmental, scientific and non-profit. The School of Dentistry's faculty provide the major portion of continuing professional dental education in North Carolina, updating the state's dental professionals and thereby constantly improving the quality of oral health care and enhancing the quality of life enjoyed by the citizens of this state. In addition to the Continuing Dental Education (CDE) program, the Area Health Education Centers (AHEC) program serves as a conduit for faculty to reach out to

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 87 of 97 UNC0379273

dental professionals across North Carolina. (http://www.dentistry.unc.edu/ce/) Students, staff and faculty are fully engaged in community and outreach service activities.

*Examples of Local and State Service*
ENNEAD – This is a unique student-led volunteer organization (started by SOD students in 2003) whose mission is to serve the underserved populations in North Carolina through dentistry. (http://www.dentistry.unc.edu/student/orgs/ennead/)

As a part of the ENNEAD service projects – Over 230 School of Dentistry students participated in at least one service project during a single academic year (2009–2010). Many students participate in multiple service activities, which have included:

- Dental screenings and fluoride varnish application at daycares and community centers

- Mouthguard fabrication for local school athletes

- Providing oral health education throughout the community (including a new initiative: oral health education outreach to pediatric oncology patients at the UNC Cancer Hospital as a part of a Schweitzer grant awarded to dental students, Maggie Fetner and Jessica Oliver; together these two students have contributed more than 100 hours of volunteer service as a part of this project since June 1, 2010).

*Fetner, Oliver Named N.C. Schweitzer Fellows –* 5/17/2010 (http://www.dentistry.unc.edu/news/2010/2010-05-17_fellows.cfm

- Providing information about tobacco use and oral cancer prevention
- Education about the proper management of traumatic dental injuries
- Participation at free clinics throughout NC Missions of Mercy Organization (MOM Clinics)

*ENNAD Serves NC Communities, NC Dental Review 10/0, page 19* (http://www.dentistry.unc.edu/news/ncdentalreview/NCDR_fall07_web.pdf)
*Student Health Action Coalition (SHAC)* (http://www.med.unc.edu/shac/shac-medical-clinics/shacs-dental-clinic) –

Over the past three academic years, 50 DDS students have coordinated and provided services to patients in free dental clinics. This clinic helps provide the oral healthcare needs of those in Orange County whom can not afford care elsewhere. Services include screenings, cleanings, restorative procedures and extractions. The clinic also offers restorative and emergency care. Founded in the early 1970s, SHAC dental clinic is the oldest student run dental clinic in the state and one of the oldest in the United States. Under the organization of third-year students from the UNC School of Dentistry and a faculty supervisor, the young dentists of tomorrow learn valuable hands-on experience while improving the oral and systemic health of Orange County.

*Missions of Mercy (MOM)* – The UNC School of Dentistry has co-sponsored three Missions of Mercy Free Dental Clinics with the North Carolina Dental Society including Hillsborough, NC — 2008, Kill Devil Hills, NC — 2009 and 2010. MOM School of Dentistry faculty, staff and students have participated in these clinics. In addition to the annual school sponsored MOM clinics, students have participated in 29 MOM clinics over the past three academic years.

School Partners with MOM Program for Free Dental Clinic, North Carolina Dental Review, 2009 Winter Issue — for the Future — Pg. 30 (http://www.dentistry.unc.edu/news/ncdentalreview/NCDR_winter09_web.pdf)

North Carolina Missions of Mercy gives the gift of free dental care, (http://gazette.unc.edu/archives/09dec16/file.2.html)

Smiles: Dental students, faculty, staff and alums help those in need, (https://www.unc.edu/spotlight/CCM1_033584)

UNC Dental Students Garner National Recognition for Service to Community (http://www.dentistry.unc.edu/news/2006/2006-03-16_momclinics.cfm)

Dental Access Day – The UNC School of Dentistry participated in the State's largest free dental clinic at Rocky Mount, NC in 2008. UNC Students to Participate in State's Largest Free Dental Clinic (http://www.dentistry.unc.edu/news/2008/2008-03-07_dad.cfm)

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 88 of 97   UNC0379274

Global Service and Outreach
(http://www.dentistry.unc.edu/community/
globalservice.cfm)
Globally engaged scholarship, research and service
are key components of the mission of the School
of Dentistry. Below are a few examples of the ways
in which the School of Dentistry extends its mission
internationally:

- **Dental Student International Project Trips**
  Using a team-oriented approach to outreach —
  within the cultural settings unique to other countries,
  our students gain first-hand knowledge of the
  global challenges in accessing oral health care,
  as they provide treatment and education to adults
  and children.
- **School-to-School Exchange Agreements**
  Our current exchange program includes the nations
  of: Brazil, Moldova and Singapore. Through these
  valuable professional exchanges, dental faculty,
  staff and students have the opportunity to discuss
  emerging issues and learn from their global
  colleagues.
- **Faculty Global Engagement**
  Faculty members travel internationally to teach,
  provide academic or professional consultation,
  deliver clinical services, or conduct research with
  international research colleagues.

The UNC School of Dentistry recognizes that its
graduates are entering a truly global profession. Our
vision encompasses both local and global perspectives
and aims to contribute educational, research and service
outreach that will make a positive difference at home
and beyond.

**Key Programs & Initiatives**
- Dental Student International Project Trips
- DISC International Dental School Exchange Programs
- School of Dentistry International Research Projects
- School of Dentistry Faculty with International
  Expertise
- School of Dentistry International Student
  Organizations

## Gillings School of Global Public Health

### Global Executive Doctoral Program

Our Health Policy and Management faculty developed
the first executive doctoral program in Public Health
Leadership. The program has been extremely successful
domestically. To increase global reach, we created the
International Network for Doctoral Training in Health
Leadership (NETDOC) http://www.sph.unc.edu/docglobal/
consortium_background_12317.html. NETDOC will increase
capacity globally to produce first-rate future health leaders.
A significant advantage for students is that synchronous
distance technology enables world class experts to
teach courses regardless of location. The network will
enable schools to expand their access to faculty expertise
throughout the world. Diversity promotes excellence.

### Global Learning Programs

Dr. Rohit Ramaswamy (Gillings Visiting Professor in PHLP)
is developing a distance learning program for health
workers across the world called the Global Learning
Program. He has created three courses or learning
units, and piloted them with health practitioners and 59
students so far (and more in progress) in Ethiopia, India,
South Sudan, Swaziland, Cambodia, Lesotho with. He
is also conducting an evaluation of the Global Learning
Program, and comments from the participants are
enthusiastically supportive.

### Global Health Education

The Graduate Certificate in Global Health prepares
residential graduate students to work in changing
environments and with diverse populations, and to
respond competently to the challenges presented by
permeable geographic and cultural boundaries.
The Public Health Leadership Program offers an
online Certificate in Global Health for working health
professionals around the world. The online Global
Health Certificate is a formal academic certificate for
non-degree students who learn complexities inherent in
improving health on a global scale.

### Global Research

Steven Meshnick, MD, PhD, epidemiology professor, SPH,
received a Grand Challenges Explorations Grant from the
Bill & Melinda Gates Foundation. The award supports an
innovative global health research project titled "Devel-

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 89 of 97   UNC0379275

opment and Evaluation of the Synthetic Lymph Node." Meshnick's project is one of 67 grants announced by the Gates Foundation in the fifth funding round of Grand Challenges Explorations, an initiative to help scientists around the world explore bold and largely unproven ways to improve health in developing countries.

The World Health Organization Collaborating Center for Research Evidence in Sexual and Reproductive Health, based in SPH's Maternal and Child Health under chair and Kenan Professor Herbert Peterson's leadership, is providing support to the United Nations Secretary General's Global Strategy for Women's and Children's Health. This global initiative, which was launched in September 2010, is working to prevent maternal and child deaths in the 49 countries in which most such deaths occur. The Center is working closely with the World Health Organization, the United Nations Children's Fund (UNICEF) and the United Nations Population Fund (UNFPA) in this effort — primarily through its role in contributing to the development and implementation of state-of-the art evidence-based guidelines and its efforts to link cutting edge implementation science to addressing implementation challenges in countries.

## The Graduate School

*Preparing International Teaching Assistants Program*
(http://gradschool.unc.edu/student/pitap/)
The mission of the Preparing International Teaching Assistants Program (PITAP) is to enhance the communication and teaching skills of International Teaching Assistants (ITAs) at the University of North Carolina at Chapel Hill, and to help ITAs maintain the high level of instruction that students have come to expect at UNC. The PITAP courses prepare International Teaching Assistants for their role as classroom or lab instructors by helping them:
- develop sound pedagogical techniques for teaching in classroom and laboratory settings at UNC
- build cross-cultural communication skills
- provide a forum for discussing issues related to academic life at UNC

The program offers high level individual guidance, small group sessions, and activities that orient International Teaching Assistants to standards and methods of University classroom instruction.

All international graduate students who plan to be teaching assistants during their studies are strongly encouraged to register. International post-docs and other international scholars are welcome to audit courses subject to available seating.

## School of Education
*Project Carolina's presence abroad through ... collaborative undertakings through which to deploy students, staff, administrators, and faculty in the development of programs of shared interests and mutual benefits.*

Descriptions of initiatives in Thailand and China begun in the last two years:

- Dean Bill McDiarmid was in Bangkok, Thailand during March, attending the Kenan Institute Asia annual board meeting and meeting with officials in the Ministry of Education to discuss additional collaborative work. KIA has sponsored projects designed to improve science and math curriculum and teaching in Thailand. Dr. Nick Cabot, clinical assistant professor of science education, visited Thailand in the fall to help lead a training of master science teachers as part of collaboration with the Ministry, KIA, the SOE and Teachers College. Dr. Cathy Scott, clinical assistant professor of mathematics education, will participate in this project beginning Spring and Summer 2011. Beginning this year, KIA is offering an internship to a graduate student in the School of Education. This summer intern will work with the educational team at KIA, largely on the UPGRADE science & math project with which Dr. Cabot has been involved.

- Dean Bill McDiarmid and Bjorn Hennings, Director of International Programs for the School of Education, were in China in December 2010 to hold talks with the Beijing Royal School. The school's founder, Chairman Wang Guangfa, has expressed interest in having the School of Education train his teachers in teaching AP classes. Efforts are underway to begin a cohort of the Masters' for Experienced Teachers program for 15+ math teachers from the Beijing Royal School to begin in Fall 2011. This pilot program is projected to extend in the future to other teaching content areas as well as involve teachers from schools throughout China.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 90 of 97   UNC0379276

## School of Information and Library Sciences

### Strategic partnerships

"For at least the last two decades, SILS has become known as a leader in globalization in the area of information and library studies. The School has a number of international cooperative agreements that allow us to bring a global perspective to SILS. Among these are study abroad programs with Charles University in Prague, the Royal School of Information and Library Science in Copenhagen, University of Ljubljana in Slovenia, University of Carlos III in Madrid, and National University of Singapore. SILS also sponsors two very popular international summer seminars in Prague and London (see http://sils.unc.edu/programs/international/ for descriptions) which attract not only SILS students but students and professionals from across the world.

Not only do SILS students and faculty study and present research internationally but SILS is enriched by the number of international students and faculty (both visiting faculty and Fulbright Scholars) who come to Chapel Hill each year. One new area of interest for international endeavors is the Middle East. This February, SILS will inaugurate a new certificate program in Archives and Records Management with Zayed University in the United Arab Emirates. Planning is also underway for a grant-supported effort to bring ILS education to Morocco and Egypt, working with partners at Al Akhawayn University and American University Cairo, which will begin in July. As the reputation of SILS has increased globally, so have the international activities within the School. We expect even more growth over the next decade."

## Kenan-Flagler Business School (provided by Jim Dean) — Strategic partnerships

Re: Carolina's Global Presence, we have a strong relationship with Tsinghua University, based on a joint center between the Kenan-Flagler Business School and the Department of Industrial Engineering at Tsinghua. More information about the center can be obtained from Noel Greis or from http://global.unc.edu/index.php?option=com_content&view=article&id=116&Itemid=102.

## School of Nursing

In the School of Nursing, students enter the doctoral program from a variety of countries. The quality of the SON is recognized across the world. We recognize that in the number of international students who apply and enter the doctoral program. We look forward to their arrival and arrange for them to be included in the scholarship of the program and the warmth of their fellow students. In the past few years students have entered the doctoral program from Malawi, Nigeria, Ghana, Kenya, Israel, China, Taiwan, Korea, and Thailand. We instituted a Roundtable event to be able to address their integration into the school. We also developed an online orientation for them which we post on our Blackboard site.

Three to four global health trips (N609: Health Care in a Global Context) are offered each Spring in the SON that are open to other health affairs students. Student from the SON and other Schools participate in these trips allowing for interdisciplinary exchanges among faculty and students within a global context.

Recurring trips during Spring Break include Honduras, Vulnerable Populations in the U.S. (various locations), and Guatemala.

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 91 of 97   UNC0379277

Appendix B

## Index of Proposals Submitted to the Academic Plan Steering Committee (divided by applicable theme)

### Theme 1

Add a career seminar requirement to the undergraduate curriculum
— *Emma Gilliam (Undergraduate student)*

Create a Carolina Writing Track
— *Associate Professor Jane Danielwicz, Jordyn Jack,*
*Professor Daniel Anderson (English)*

Proposals from the Carolina Center for Public Service
— *Director Lynn Blanchard (CCPS)*

Proposals from the Center for Faculty Excellence
— *Professor Ruth Walden and Executive Director Todd Zakrajsek (CFE)*

Proposal for Online Doctoral Degree Pathways
— *Kathi Wimmer (Kenan-Flagler Business School)*

Increase collaboration among the NC Botanical Garden, the Morehead Planetarium, and the Ackland Art Museum for academic and co-curricular programming
— *Professor Peter White (NC Botanical Garden and Biology)*

Create a BA in Computer Science
— *Zach Dexter (undergraduate student)*

Create a woodshop class
— *Chris L. Cook (undergraduate student)*

Create a first-year-focused, senior-taught class on diversity
— *Will Barbour (undergraduate student)*

Create an academic dance program
— *Laurie Yeames (Ballet and PHYA)*

Extend the time between the end of classes and final exams
— *Michael King (undergraduate student)*

Increase medical Spanish education
— *Lecturer Victoria Martin (Romance Languages)*

Create an interdisciplinary mental health course
— *Assistant Professor Barbara Smith (Psychiatry)*

Increase leadership education in the undergraduate curriculum
— *Lieutenant Colonel Lawrence King (AFROTC)*

Create a junior or senior seminar on life skills
— *Michael Hurst (Undergraduate student)*

Case 1:14-cv-00954-LCB-JLW Document 155-1 Filed 01/18/19 Page 92 of 97 UNC0379278

Proposals from the Odum Institute for Social Science Research
— *Staff of the Odum Institute for Social Science Research*

Proposal for the improvement and growth of the Curriculum in the Environment and Ecology
— *William M. Bobbitt (Undergraduate student)*

Create a community leadership program modeled on the INVST program at the University of Colorado-Boulder
— *Executive Director David Anderson (Medical Foundation of North Carolina)*

## Theme 2

Proposal from Dean Michael Smith (School of Government)

Improve childcare services, create a Masters in Public Health program for UNC medical students, and provide more grant writing support
— *Assistant Professor Liza Makowski (Nutrition)*

Proposals from the Carolina Center for Public Service
— *Director Lynn Blanchard (Carolina Center for Public Service)*

Proposals from the Center for Faculty Excellence
— *Professor Ruth Walden and Executive Director Todd Zakrajsek (Center for Faculty Excellence)*

Create a first-year faculty cohort program
— *Assistant Dean of Students Melinda Manning (Student Affairs) and Kathryn McDonnell (Classics)*

Create a Carolina Future Faculty Initiative to support postdoctoral scholar who will become faculty members
— *Stephen Fuchs (Biochemistry and Biophysics)*

## Theme 3

Proposal to incorporate fine arts education more fully into the undergraduate curriculum
— *Director Emily Kass (Ackland Art Museum)*

Create and Administrator-Scholar Corps
— *Anne Whisnant (Office of Faculty Governance) and Director Donna Bickford (Carolina Women's Center)*

Increase collaboration among NC Botanical Garden, Morehead Planetarium, and the Ackland Art Museum for academic and co-curricular programming
— *Professor Peter White (NC Botanical Garden and Biology)*

Create interdisciplinary courses focused on engineering or related topics
— *Deputy Director Robert Pinschmidt (Institute for Advanced Materials, Nanoscience, and Technology)*

Improve data cyber-infrastructure
— *Professor Reagan Moore (School of Information and Library Science)*

Remove barriers to cross-departmental teaching and improve use of technology for interdisciplinarity
— *Anne Klinefelter (School of Law Library)*

Create a digital innovation lab to teach students how to utilize technology in a variety of fields
— *Associate Professor Joyce Rudinsky (Renaissance Computing Initiative and Communication Studies)*

Provide more opportunities to study women's health from local and global perspectives
— *Professor and Chair Joanne Hershfield (Women's Studies)*

Utilize UNC's centers and institutes as field sites for students to do internships and mentored research
— *Director Stanley Ahalt (Renaissance Computing Initiative)*

## Theme 4

Create a first-year-focused, senior-taught class on diversity
— *Will Barbour (undergraduate student)*

Retain more postdoctoral scholars in the sciences from the Carolina Postdoctoral Program for Faculty Diversity
— *Adjunct Assistant Professor Kwan Skinner (Physics)*

Create a network of student grievance resource mentors
— *David Bevevino (2009–2010 Vice President of the Student Body)*

Comments on diversity and diversity research
— *Melva 'Cookie' Newsome, (Office of Diversity and Multicultural Affairs)*

Increase engagement with North Carolina's American Indian population
— *Adjunct Professor J. Matthew Martin (School of Law)*

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 93 of 97   UNC0379279

## Theme 5

Barriers and benefits to faculty participation in community engagement
— *Director Alice Ammerman  (Center for Health Promotion and Disease Prevention)*

Proposals from the Carolina Center for Public Service
— *Director Lynn Blanchard (Carolina Center for Public Service)*

Create a graduate certificate in innovation
— *Lecturer Darcy Lear (Romance Languages)*

Provide more support for NC TraCS
— *Laboratory Research Specialist David Barrow (Dentistry)*

Reward faculty for including undergraduate students in their social justice-oriented projects
— *Professor Judith Blau (Sociology)*

## Theme 6

Create a partnership with Semester at Sea
— *Clinical Instructor Theresa Palmer (School of Social Work)*

Provide more opportunities for medical students to travel with faculty on international service projects
— *Assistant Professor Eric Halvorson (School of Medicine - Surgery)*

Provide more opportunities to study women's health from local and global perspectives
— *Professor and Chai Joanne Hershfield (Women's Studies)*

Provide more and better support for international students
— *Lecturer Geetha Vaidyanathan (Economics)*

Improve publicity of diversity resources
— *Eric Butter (Undergraduate student)*

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 94 of 97   UNC0379280

Appendix C
## Supporting documents

### Theme 1

NC resident and non-resident study abroad participation (Source: UNC Study Abroad Office)

### Theme 2

COACHE Institutional Report 2008–09
(please visit provost.unc.edu/academicplan for a link to this document)

UNC Benefits Equity Comparisons
(please visit provost.unc.edu/academicplan for a link to this document)

Employee Benefits Peer Comparison Presentation 2010
(please visit provost.unc.edu/academicplan for a link to this presentation)

Dependent tuition benefit peer comparison
(please visit provost.unc.edu/academicplan for a link to this document)

Faculty demographic breakdown by race, ethnicity, and sex
(please visit provost.unc.edu/academicplan for a link to this information)

### Theme 3

University of Michigan ArtsEngine
(please visit http://www.artsonearth.org/ for more information)

Michigan Meetings
(please visit http://www.rackham.umich.edu/academics/rii/michigan_meetings/ for more information)

### Theme 4

UNC Diversity Plan
(please visit http://www.unc.edu/diversity/baseline.pdf to view the Diversity Plan)

Encouraging Student Success — The 2010 Retention Study
(please visit provost.unc.edu/academicplan for a link to this document)

Hires vs. applicants spreadsheet
(please visit provost.unc.edu/academicplan for a link to this information)

Student Grievance Resource Proposal
(please visit provost.unc.edu/academicplan for a link to this document)

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 95 of 97   UNC0379281

## Theme 5

Final Report of the Provost's Task Force on Future Promotion and Tenure Policies and Practices (http://go.unc.edu/En9y5)

## Theme 6

Global Roadmap (http://go.unc.edu/Zx89E)

Design: UNC Creative
Photography: Dan Sears / UNC News Services

Case 1:14-cv-00954-LCB-JLW   Document 155-1   Filed 01/18/19   Page 96 of 97   UNC0379282



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

This publication was printed on 100% post-consumer waste recycled paper, which was processed chlorine-free and manufactured using biogas energy.