# EXHIBIT 38

# The University of North Carolina at Chapel Hill: Admissions Policy (UNC0376839-47)

# Admissions

## The University of North Carolina at Chapel Hill: Admissions Policy

I. All qualified persons are welcome to seek admission to the University of North Carolina at Chapel Hill, and all persons may apply for and accept admission confident that the policy and regular practice of the institution are not to discriminate in offering access to its educational programs and activities on the basis of age, gender, race, color, national origin, religion, creed, disability, veteran's status, sexual orientation, gender identity, or gender expression. (See policies.unc.edu/policies/nondiscrim).

II. Projections of the number of students to be admitted and enrolled in any year shall be determined a) by the capacity of the institution to meet the instructional and other needs of students in the colleges, schools, departments, curricula, or other programs to which applicants seek admission and b) by enrollment levels approved for budgetary or other appropriate purposes.

III. When at any time the number of qualified applicants for admission exceeds the number of persons who can be admitted and enrolled (as determined by the criteria specified in II above), those to be offered admission shall be selected on the basis of a) recognition of the institution's special responsibility to residents of North Carolina and b) the institution's judgment of the applicant's relative qualifications for satisfactory performance in the specific college, school, department, curriculum, or other program to which the applicant seeks admission.

Provided that the criteria set forth hereinafter are met, this policy of competitive admissions shall not prevent the admission of selected applicants a) who give evidence of possessing special talents for University programs requiring such special talents, b) whose admission is designed to help achieve variety within the total number of students admitted and enrolled, or c) who seek educational programs not readily available at other institutions.

In seeking variety within the total number of students admitted and enrolled, the University shall affirm its commitment to achieve excellence, to provide for the leadership of the educational, governmental, scientific, business, humanistic, artistic, and professional institutions of the state and nation, and to enrich the lives of all the people of North Carolina.

In the application of this policy of competitive admissions to nonresident students, preference for admission may be given to nonresident applicants who are children of alumni of the institution.

IV. Admission of persons to the specific colleges, schools, curricula, or other programs of the institution shall be governed by the provisions set forth below.

## Undergraduate Admissions

Admission of undergraduate students to colleges or schools to pursue programs leading to a baccalaureate degree shall be the responsibility of the Office of Undergraduate Admissions. The Admissions Office shall apply policies and procedures that, not inconsistent with policies adopted by the Board of Trustees, are approved by the Advisory Committee on Undergraduate Admissions.

In the application of the provisions set forth in III above, preference for admission shall be given to qualified residents of North Carolina; however, in recognition of the educational and other values accruing to North Carolina students, to the institution, and to the state from participation of nonresident students in the programs of the institution, nonresidents may be admitted in the entering first-year class in numbers likely to result in no more than 18 percent nonresident enrollment in the entering first-year class.

Admission of undergraduates shall be to the first-year class, to other classes by transfer after satisfactory completion of one or more years of acceptable college-level work in some other institution(s) of higher education, or to Part-Time Classroom Studies.

Admission and enrollment of persons who are candidates for financial aid for which athletic ability is a consideration shall be conditional upon compliance with applicable regulations of the Atlantic Coast Conference and the National Collegiate Athletic Association.

## Admission to the First-Year Class

Admission to and enrollment in the first-year class shall be conditional upon graduation from secondary school with such units of secondary school academic course credit as may be specified by the Office of Undergraduate Admissions; however, if all other criteria are met, the Admissions Office may make exceptions to the secondary school graduation and course credit requirements in accordance with procedures approved by the Advisory Committee on Undergraduate Admissions.

Criteria employed for determination of each applicant's qualifications for admission shall include a) satisfactory evidence of scholastic promise based upon the applicant's previous academic record, recommendations from schools previously attended, scores on selected tests of scholastic aptitude or achievement, and the applicant's written application for admission, and b) satisfactory evidence of the applicant's capacity to cope with the demands of University life.

## Admission by Transfer

Admission and enrollment by transfer from another institution shall be conditional upon a satisfactory academic record on work undertaken in all other institutions attended, satisfactory recommendations from institutions previously attended, and eligibility to return to all previously attended institutions of higher education.

## Part-Time Classroom Studies Admissions

Eligibility for admission to Part-Time Classroom Studies shall normally be limited to adult individuals living within commuting distance of Chapel Hill.

Admission to Part-Time Classroom Studies of an applicant who does not hold a baccalaureate degree shall be the responsibility of the Office of Undergraduate Admissions. Such admissions shall be either

- For full credit, applicable toward fulfillment of degree requirements, in which case the minimum requirements shall be the same as those for admission to degree programs and in which case the Office of Undergraduate Admissions shall review each applicant using the same admissions criteria as for comparable full-time, degree-seeking students applying to the University; OR
- For personal benefit and enjoyment, in which case the applicant may be exempted from the qualitative requirements for admission to degree programs. Notwithstanding this exemption from qualitative requirements, the applicant must have graduated from an approved or accredited secondary school and must demonstrate the capacity to cope with the demands of University life.

Admission to Part-Time Classroom Studies of an applicant who is currently enrolled in high school shall be the responsibility of the Office of Undergraduate Admissions. Such admissions shall be considered only when an applicant a) seeks to enroll in a University course for which there is no comparable course at the student's secondary school and b) demonstrates adequate preparation for the course in which the student seeks to enroll.

Admission to Part-Time Classroom Studies of an applicant who holds a baccalaureate degree shall be the responsibility of the William and Ida Friday Center for Continuing Education. Such admissions shall be for personal benefit and enjoyment, for the satisfaction of prerequisite requirements for professional or graduate programs, or for transfer of credit to a postbaccalaureate degree program, in which case the applicant may be exempted from the qualitative requirements for admission to degree programs.

## Graduate School Admissions

With recognition of the institution's special responsibility to residents of North Carolina but without restrictions based on residence status, admission to The Graduate School shall be a selective process with the objective of enrolling from the pool of applicants for each discipline those students who, in the judgment of the institution, are best qualified to pursue graduate degrees in their chosen academic fields. Admission of graduate students shall be the responsibility of the dean of The Graduate School with the advice and assistance of the Administrative Board of The Graduate School and of the graduate faculties of the departments, schools, and curricula authorized to offer graduate degree programs.

For admission to The Graduate School, the applicant must
- Hold a baccalaureate degree from an accredited college or university in the United States or its equivalent from an institution abroad
- Present a strong overall record of academic achievement
- Be in good standing in the last-attended institution where graduate work has been or is being taken, and
- Be admitted as a degree student unless there are exceptional circumstances justifying admission for nondegree study with the approval of the dean of The Graduate School.

The graduate student enrollment level for each school, department, or curriculum shall be determined for each academic year by the dean of The Graduate School following consultation with each of the schools, departments, and curricula concerned.

### Professional School Admissions

Admission of students to the professional degree programs in schools other than The Graduate School and to nondegree programs in the schools of the Division of Health Affairs shall be, in each of these schools, the responsibility of its established committee on admissions, which shall apply policies, procedures, and requirements, not inconsistent with the provisions of this policy, adopted by the faculty of the school and approved by the chancellor or his delegate.

### Summer Admissions

Admission of applicants to any summer session shall be the responsibility

- Of the Office of Undergraduate Admissions with respect to those who wish to begin in the summer an undergraduate program of study that will continue into the following academic year or that is intended to lead to a baccalaureate degree from the University of North Carolina at Chapel Hill, as well as those undergraduates already enrolled in this institution who wish to return for undergraduate work in the summer
- Of The Graduate School with respect to those who wish to begin a degree program of graduate study in the summer, as well as those graduate students already enrolled in this institution who wish to return for graduate study in the summer
- Of Part-Time Classroom Studies in the Friday Center for Continuing Education with respect to those who wish to begin in the summer on a part-time basis as a postbaccalaureate nondegree student, as well as those already enrolled in the University of North Carolina at Chapel Hill who wish to return for part-time study in the summer.

Admission to Summer School by the Office of Undergraduate Admissions, The Graduate School, and Part-Time Classroom Studies shall be in conformity with the provisions set forth in this policy for other undergraduate and graduate admissions.

Admission to Summer School by the dean of Summer School shall be in conformity with policies, procedures, and requirements adopted by the Administrative Board of Summer School. Each such admission shall terminate as of the last day of that summer term and shall include no commitment, stated or implied, for admission of the student to any subsequent semester or session of the University of North Carolina at Chapel Hill.

V. Appeals concerning individual admission, or admission rescission, decisions shall be governed by the admissions appeal procedure contained in Appendix A.

*\* This policy adopted by resolution of the Board of Trustees on September 3, 1976.*
*\* Amended by Board of Trustees, August 24, 1984.*
*\* Amended by Board of Governors, March 14, 1986.*
*\* Amended by Board of Trustees, May 27, 1994.*
*\* Amended by Board of Trustees, effective January 1, 2006.*
*\* Amended by Board of Trustees, effective January 23, 2014.*

## Appendix A: Admissions Appeal Procedure

This document sets forth the procedures to be followed with respect to the appeal of a negative admissions decision, including a decision to rescind an admission that has already been granted.

I. **Appeal to Admissions Officer**

Appeals concerning individual admission, or admission rescission, decisions may be had only if it is contended that a) a provision set forth in the University of North Carolina at Chapel Hill admissions policy ("admissions policy") has been violated or b) the decision not to admit the individual or to rescind admission resulted from a material procedural error in the admissions process. Such an appeal shall be lodged by the applicant-appellant with the administrative officer (the director of undergraduate admissions, the dean of The Graduate School, the dean of the professional school concerned, or the dean of Summer School) whose office had responsibility for the admission in question (hereafter the "admissions officer") within 30 days after the University posts the appellant's online decision. The appeal shall be in writing and shall set forth the grounds for the appeal.

Upon receipt of the appeal, the admissions officer shall review the applicant-appellant's file and appeal letter and shall communicate his or her decision to the appellant in writing.

II. **Appeal to Provost**

The decision of the admissions officer may be appealed to the provost only if it is contended that a) a provision set forth in the admissions policy has been violated or b) the decision not to admit the individual or to rescind admission resulted from a material procedural error in the admissions, or appeal, process. Such an appeal shall be lodged with the provost by filing a letter of appeal specifying the grounds for the appeal within 15 days after the appellant has received the letter communicating the decision of the admissions officer.

The appeal shall be heard by the provost or the provost's designee, and the appellant, at his or her option, may appear in person or conduct the appeal by telephone. Following the hearing, the provost or designee will communicate the decision to the appellant in writing.

III. **Appeal to the Board of Trustees**

The decision of the provost or his or her designee may be appealed to the Board of Trustees only if it is contended that a) a provision set forth in the admissions policy has been violated or b) the decision not to admit the individual or to rescind admission resulted from a material procedural error in the admissions, or appeal, process. The appellant shall file a letter of appeal specifying the grounds for the appeal and all supporting facts upon which the appellant bases his or her appeal within 15 days after receiving the letter communicating the decision of the provost. The appeal letter shall be sent to the Office of University Counsel for transmission to the Board of Trustees.

The Office of University Counsel shall review the appeal letter to determine if it states a valid ground for appeal. If the letter does not state a proper ground for appeal, the appeal will not go forward to the Board of Trustees, and the appellant will be notified to that effect. If the Office of University Counsel determines that the letter of appeal states a valid ground for appeal, it shall transmit the appeal to the Board of Trustees.

An appeal to the Board of Trustees shall be considered by a three-person panel of the Board of Trustees and shall be solely on the written record, unless the panel expressly requests the presence, in person or by phone, of both the appellant and the admissions officer or his or her designee. This three-person panel shall have full authority to act on behalf of the Board of Trustees, and the decision of the panel shall be deemed the decision of the Board of Trustees.

The Board of Trustees panel shall consider the record presented to the provost and all documents and other writings submitted by the appellant and the admissions officer. The trustee panel may reverse the decision of the provost only upon a showing by the appellant of clear and material error on the part of the provost in his or her decision. Otherwise, the panel shall sustain the provost's decision. If the trustee panel reverses the provost's decision, the panel shall remand the case to the appropriate admissions office for reconsideration in light of any guidance the trustee panel chooses to provide. The panel's decision will be communicated to the appellant in writing. There is no appeal from the decision of the trustee panel.

# Undergraduate Admissions

The Office of Undergraduate Admissions serves students interested in continuing their education at the University of North Carolina at Chapel Hill. Applications from all students are accepted and considered. Eighty-two percent of the first-year class will be from North Carolina, with 18 percent coming from outside the state.

## Admission Requirements

Admission to the University of North Carolina at Chapel Hill is competitive. Although all 16 public universities in North Carolina share the same minimum course and admission requirements, which are published at www.northcarolina.edu, these minimum credentials do not guarantee admission to UNC–Chapel Hill, and successful candidates typically exceed them.

In evaluating candidates for admission, the University seeks an entering class whose collective strengths will foster excellence within the University community; enhance the education of everyone within it; provide for the leadership of the educational, governmental, scientific, business, humanistic, artistic, and professional institution of the state, nation, and world; and enrich the lives of all the people of North Carolina.

The University evaluates individual candidates rigorously, holistically, and sympathetically. The admissions committee seeks to assess the ways in which each candidate will likely contribute to the campus community and enable the University to fulfill its mission. The qualities we seek include intellect, talent, curiosity, and creativity; leadership, kindness, and courage; honesty, perseverance, perspective, and diversity. Although we expect each successful candidate to demonstrate strength in many of these areas, we do not expect every candidate to be equally strong in all of them. Just as there is no formula for admission, there is no list of qualities or characteristics that every applicant must present.

In evaluating each candidate's academic record, the admissions committee considers not only the student's grades but also the difficulty of the courses attempted. Although each candidate's academic record and standardized test scores are important elements in the admissions decision, the candidate's essays, accomplishments outside the classroom, and personal qualities are also carefully considered.

By their anticipated date of enrollment, candidates for admission must have graduated from secondary school. In addition, the University asks that candidates present evidence of the capacity to cope with the demands of University life.

## Items Necessary for a Complete Application

### First-Year Admission

Students may apply for admission by following the instructions at www.admissions.unc.edu. In addition to the completed application, which includes the nonrefundable application fee (or fee-waiver request) and required essays, students are expected to submit the following materials:
- Official transcript(s) from all secondary schools and all colleges or universities attended
- Official results from the SAT Reasoning or the ACT Plus Writing examination
- Counselor statement and one teacher recommendation (if the candidate is in his or her first year at a new school, an additional recommendation from the previous school is suggested)
- Any additional items or information requested in the application or by the Office of Undergraduate Admissions.

In addition to the required information indicated above, applicants may submit information that will enhance the University's understanding of the student's background and preparation for college. The Office of Undergraduate Admissions, in its discretion, may deny admission to students who submit completed applications but who do not provide one or more of the materials listed above.

### Transfer Admission

A student is considered a transfer applicant if he/she has attended another postsecondary institution after graduating from high school. Such students may apply for transfer admission by following the instructions at www.admissions.unc.edu. In addition to the completed application, which includes the nonrefundable application fee (or fee-waiver request) and required essays, students are expected to submit the following materials:
- Official transcript from all colleges attended, including summer sessions and including any online or distance-education classes
- Official high school transcript (grades nine through 12)
- Official results from the SAT Reasoning or the ACT Plus Writing examination (sophomore transfers only)
- Any additional items or information requested in the application or by the Office of Undergraduate Admissions
- Community standards form or criminal background check (for all enrolling transfer students and for other candidates as requested by the Office of Undergraduate Admissions).

The Office of Undergraduate Admissions, in its discretion, may deny admission to students who submit completed applications but who do not provide one or more of the additional materials listed above.

### Standardized Testing

In accordance with University policy, as well as procedures approved by the Advisory Committee on Undergraduate Admissions, the admissions committee evaluates each candidate rigorously, holistically, and sympathetically, with an eye towards assessing the candidate's capacity to contribute to the kind of campus community that will enable the University to fulfill its mission. Although each evaluation includes the results of standardized testing, these results do not constitute the sole or main criterion for admission. There are no cutoff or threshold scores, no scores below which candidates are automatically denied admission, and no scores above which they are automatically offered admission. Instead, results from standardized testing represent one factor among many. For more about the role of tests in admissions, please see www.admissions.unc.edu.

**Fall/Winter Grades for Transfer Applicants**

The fall and winter grades should be submitted to the Office of Undergraduate Admissions as soon as they become available. An application will be considered incomplete without them.

**High School Course Requirements**

Students interested in attending the University should pursue a challenging high school curriculum. Such a curriculum will typically include at least five academic courses during each year of high school—preferably one each in the core disciplines of English, mathematics, social science, natural science, and foreign language. We also encourage our candidates to take at least five of the most rigorous courses available to them, including college-level courses offered through Advanced Placement, International Baccalaureate, or dual-enrollment programs. In evaluating academic performance in such a curriculum, we pay less attention to class rank and grade point average than we do to grades and to trends and patterns in grades.

To be considered for first-year admission, all applicants should meet the minimum high school (including the ninth grade) course requirements of the University of North Carolina system. These requirements are listed in the *UNC Policy Manual* (Chapter 700.1.1.1[R]).

Candidates who do not fulfill these course requirements may still apply for admission and be considered for an exception, although such exceptions are made rarely. Because admission to the University is competitive, candidates should normally enroll in courses beyond these minimum requirements.

Since admitted students will take placement exams in foreign language, candidates should continue in advanced foreign language courses during their final year in high school even if they have already met the minimum requirements.

Placement in courses during students' first semester at the University will be based on their performance on placement tests. Students may also receive credit for University courses based on dual-enrollment courses taken during high school. Although the student will take placement exams in some subjects at the University before the first semester begins, it is to the student's advantage to take placement tests in high school, especially those accepted by the University for placement purposes. For mathematics placement, the Department of Mathematics strongly recommends that enrolling students arrange to take the Mathematics 2 SAT Subject Test; although this test is not required for admission, many majors at Carolina require a quantitative reasoning course for which a mathematics placement score is necessary. Foreign language placement may be based on University placement exams, SAT Subject Tests, or College Board Advanced Placement tests. For English placement, students are required to take either English 105 at the University, or present an equivalent transferable course from another college or university. Students also are encouraged to take standardized tests that are recognized for placement in other subject areas.

**Dual Enrollment for High School Students**

All courses attempted at UNC–Chapel Hill, including but not limited to summer session courses and dual-enrollment courses attempted while a student is still in secondary school, will be included in the UNC grade point average.

**College Board Placement Tests**

The University recognizes, for placement and degree credit, satisfactory scores on the College Board Advanced Placement, International Baccalaureate, and certain SAT Subject Tests. For more information, please visit www.admissions.unc.edu. Information about College Board tests and applications for specific tests may be obtained by visiting www.collegeboard.com; by writing the Educational Testing Service (Rosedale Road, Princeton, NJ 08541) or by contacting a high school counselor. Applicants should apply to take a test six to eight weeks in advance of the actual test date.

**Transfer Candidates**

The requirements for transfer applicants are listed in the *UNC Policy Manual* (Chapter 700.1.1.2[R]). Transfer applicants deficient in any of the minimum course or admission requirements will be eligible for transfer consideration only if one of the following two conditions is met:

A. The applicant has earned at least 24 transferrable undergraduate credits from one or more regionally accredited, postsecondary institutions. Undergraduate credits awarded for AP, IB, or other credit by exam shall not be included as part of these 24 hours. OR

B. The applicant is at least 21 years old.

To be considered for transfer admission, students must present at least a C average (2.0 on a 4.0 scale) in all courses attempted at other accredited colleges and universities. However, a much higher average is required to be competitive.

Except as otherwise noted, transfer students must satisfy the minimum course requirements of the University of North Carolina system, even if these requirements differ from the minimum requirements of their previous institutions.

Students also must be eligible to return to all institutions previously attended. Students who have less than a C average and who are, therefore, academically ineligible for consideration as transfer students may complete courses at another university in order to raise their grade point average to the point where they may be considered for transfer admission to the University. Coursework attempted through any academic program at UNC–Chapel Hill cannot be used to increase a student's grade point average for the purpose of establishing transfer eligibility.

The Office of Undergraduate Admissions evaluates candidates comprehensively and holistically based on both their high school and college records. We value strong performance in a challenging curriculum, including courses in English, mathematics, laboratory science, social science, and foreign language. All established academic records, as well as personal qualities and accomplishments, will be considered in the selection of the transfer class.

Once an applicant is admitted as a transfer student, all course credits taken at UNC–Chapel Hill become part of the student's official transcript, and grades received are included in the grade point average.

A transfer student' class standing upon admission is based on credit hours accepted by UNC–Chapel Hill for transfer, not

on the number of semesters enrolled at other colleges. Because students are allowed only eight undergraduate semesters to complete their degrees at the University, the number of semesters that a student completes before enrolling at Carolina determines the number of semesters available after enrolling. Because at least 15 credit hours are required to complete a semester, a student's class standing upon enrollment at UNC–Chapel Hill may differ from his or her class standing at the college or university previously attended. Students must earn at least 45 academic credit hours at UNC–Chapel Hill to earn a UNC–Chapel Hill degree.

A new transfer student with fewer than 30 hours of transfer credit accepted by UNC–Chapel Hill will have class standing as a first-year student upon admission to the University.

To enroll with sophomore class standing, a new transfer student must have at least 30 (and fewer than 59) credit hours accepted for transfer by UNC–Chapel Hill. Summer enrollment and AP/IB Subject Test credit immediately prior to the first semester of UNC–Chapel Hill enrollment will not be counted in the hours needed to qualify as a sophomore.

To enroll with junior class standing, a new transfer student must have at least 60 credit hours accepted for transfer by UNC–Chapel Hill. Summer enrollment and AP/IB Subject Test credit immediately prior to the first semester of UNC–Chapel Hill enrollment will not be counted in the hours needed to qualify as a junior.

More specifically,
- A new transfer student with fewer than 15.0 transferable credit hours will be regarded as having completed no semesters and will have first-year standing upon enrollment at UNC–Chapel Hill.
- A new transfer student having between 15.0 and 29.9 transferable credit hours will be regarded as having completed one semester and will have first-year standing upon enrollment at UNC–Chapel Hill.
- A new transfer student having between 30.0 and 44.9 transferable credit hours will be regarded as having completed two semesters and will have sophomore standing upon enrollment at UNC–Chapel Hill.
- A new transfer student having between 45.0 and 59.9 transferable credit hours will be regarded as having completed three semesters and will have sophomore standing upon enrollment at UNC–Chapel Hill.
- A new transfer student having between 60.0 and 75.0 transferable credit hours will be regarded as having completed four semesters and will have junior standing upon enrollment at UNC–Chapel Hill.

Offers of admission typically are extended before an applicant's transfer credit can be fully evaluated. As a result, while transfer students are advised of their likely classification at the point of admission, this classification is provisional until confirmed by notification of transfer credits earned.

## Transfer of Credit

The University will award credit hours for courses from other accredited institutions when the student has made a satisfactory grade (a C or its equivalent) and when a similar course is offered by the University. If a passing grade of D is earned, the University will grant credit for the course but no hours will be awarded. If no passing grade is earned, no credit or hours will be granted. In most cases, professional courses and courses taken from nonaccredited institutions (including foreign institutions) will not transfer. The Office of Undergraduate Admissions may grant credit from foreign institutions to entering transfer students when the student provides an evaluation conducted by a professional evaluation service found at www.naces.org. For other institutions, the courses must be approved through the appropriate departments at this University, and the departments will determine if the course(s) may be applied toward requirements for the degree.

The Office of Undergraduate Admissions will not award any credit hours to currently enrolled UNC–Chapel Hill students for courses taken outside the Unites States, including study abroad courses offered by colleges and universities accredited within the United States. Credit will only be awarded for such courses if the UNC–Chapel Hill Study Abroad Office in the College of Arts and Sciences has approved them. If a student enrolls in a study abroad program offered through a UNC professional school and not the College of Arts and Sciences, the student must seek approval through that professional school.

The University honors the official Comprehensive Articulation Agreement with the North Carolina Community College System.

The University will consult two publications when settling questions that arise concerning the transfer of credit: *Transfer Credit Practices*, published by the American Association of Collegiate Registrars and Admissions Officers, and *Accredited Institutions of Post-Secondary Education*, published by the American Council on Education.

A student may petition any University course credit evaluation provided by the Office of Undergraduate Admissions through the appropriate academic department. Additional information about having courses reevaluated is available at admissions.unc.edu. The academic department will determine how many, if any, credits can be awarded.

Students seeking transfer to the University may wish to plan their courses at their current institution in a way that will ensure the transfer of those courses. The University encourages such prior planning, and the Office of Undergraduate Admissions will assist prospective transfer students with it.

The University will award a maximum of 75 semester hours of transfer credit if the student's last attended institution was a four-year institution. Students may transfer credit hours from a two-year institution only while they are earning their first 64 hours of college credit. For example, if a student has transferred fewer than 64 credit hours from two-year institutions but has earned 64 or more total credit hours (including hours from UNC–Chapel Hill or other four-year institutions), the student cannot transfer any additional credit hours from a two-year institution.

If a student enrolls in a course at a two-year institution concurrently with enrollment in courses at a four-year institution

(including UNC–Chapel Hill), transfer credit hours will not be awarded for the course taken at the two-year institution if the hours from the concurrent courses at the four-year institution bring the total earned hours to 64 or more.

For the calculations described herein, credit hours are tallied according to the chronological order in which the courses are taken, not according to the sequence in which documentation of the credits are submitted to the Office of Undergraduate Admissions.

**Military-Affiliated Students**

We welcome applications from veterans of the United States military, active-duty servicemen and women, and their dependents. All persons who have completed a minimum of three years of active duty service will be considered transfer students with the branch of service functioning as the institution of transfer. Veterans and those who remain on active duty may earn as many as 18 hours of University credit, depending upon their experience. Those on active duty may qualify for the military tuition benefit, which allows them to attend the University at the in-state tuition rate. Students who are eligible for GI Bill or other veteran education benefits must apply directly to the U.S. Department of Veterans Affairs for these funds. For more information, please visit admissions.unc.edu/apply/military-veterans.

## Application and Notification Deadlines

First-year applicants may apply for admission for their choice of one of two deadlines, neither of which is binding. Decisions will be posted online for all applicants through the ConnectCarolina Student Center. For the latest first-year admission deadlines and notification dates, please visit www.admissions.unc.edu.

The application deadline and notification dates for sophomore and junior admission to the College of Arts and Sciences and the School of Media and Journalism are available at www.admissions.unc.edu. The admission deadlines and notification dates for junior transfer applicants to the professional schools with programs in dental hygiene, clinical laboratory science, health policy and management, nursing, radiologic science, and biostatistics vary by department. Please contact the specific department for additional information.

## Appeals of Admissions Decisions

For information on appealing an admissions decision, refer to the "Admissions Appeal Procedure" in the "Admissions" section of this bulletin.

## Programs with Limited Admissions

Only a small number of transfer students will be admitted to the professional schools offering majors in media and journalism, and the allied health and public health programs. Junior transfer students planning to major in business administration, education, environmental health science, nutrition, or information and library science must enroll in the College of Arts and Sciences and complete at least one semester before applying for admission to the professional schools offering these degree programs. Students interested in one of these fields may wish to consider another major as a second choice; however, even if admitted to an alternate program, students cannot be guaranteed subsequent admission to their first choice of major. In addition, notification of acceptance to these programs is generally later than for other programs.

## Health Program Majors

Early applications for these programs are encouraged. After completion of the fall semester, a transcript of that semester's work should be submitted. Applicants should also contact the specific department for additional application materials and specific program requirements.

Junior transfer applicants for the pharmacy program must apply directly to the School of Pharmacy. Junior transfer applicants also must provide Pharmacy College Admission Test scores as part of the application. Sophomore students must apply directly to the Office of Undergraduate Admissions.

## Music or Dramatic Art Majors

First-year and transfer students applying as music majors should contact the director of undergraduate studies in music at 101 Hill Hall to arrange an audition. Please indicate whether you wish to study voice or an instrument; if an instrument, please indicate which one. Students applying to major in the dramatic arts should contact the director of undergraduate studies in dramatic art at 222 Center for Dramatic Art.

## Confirmation of Acceptance

The University requires a nonrefundable enrollment deposit, due by May 1 for first-year admission or mid-May for transfer admission or within two weeks of receipt of the admission decision for students admitted after the deadline, whichever is later.

Degree-seeking students who wish to start their studies during the summer must notify the Office of Undergraduate Admissions of their plans and pay their summer fees as well as the fall term deposits to reserve a space for the fall term.

## Admission of International Students

International students are considered for admission on the same basis as other candidates and must provide the same information required of all other applicants. In addition, international students are required to submit results on the Test of English as a Foreign Language (TOEFL) (minimum score of 100), the International English Language Testing System (IELTS) (minimum band score of 7), or the Pearson Test of English (minimum score of 68) if English is not their native language. As a condition of enrollment, all entering students who have completed coursework from a foreign college or university that is not accredited within the United States must have their official transcripts evaluated by an accredited evaluation service such as the services available at www.naces.org.

United States immigration law requires proof of financial support for the student's entire program of study. Before enrollment, admitted students must provide documentation that they have sufficient funds in a bank to cover the first year of tuition and living expenses. See the section "Finances and Financial Aid" in this bulletin for information on expenses. The University will issue the necessary visa documentation to those students who are formally admitted to the University. International students should not leave their native country intending to enroll at the University until they have received a formal letter of acceptance and appropriate visa documents.

Questions concerning international student life on the UNC–Chapel Hill campus should be referred to the Foreign Student Advisor, CB# 5240, Room 2004 FedEx Global Education Center, 301 Pittsboro Street, The University of North Carolina at Chapel Hill, Chapel Hill, NC 27599-5240.

# Readmission

Any student who withdraws or for any other reason fails to complete a semester must apply for readmission through the Office of Undergraduate Admissions. Students applying in this manner must submit a nonrefundable application fee or fee waiver request, as indicated in the application. Application for readmission should be made as early as possible and no later than the stated deadline found on the application for readmission. The readmission application is available at www.admissions.unc.edu.

A student leaving the University with an academic deficiency must restore his or her eligibility in order to be readmitted as a regular student. Restoration of eligibility can be accomplished only by enrolling in summer sessions or through distance-education instruction from the University (see below).

Students who have enrolled in courses at another college or university since their last enrollment at the University of North Carolina at Chapel Hill must submit transcripts of these courses and must have maintained a C average for all such courses attempted in order to be eligible for readmission. The grade point average required for readmission is based on all courses attempted on all campuses. (By contrast, a student's UNC–Chapel Hill grade point average is based on UNC–Chapel Hill courses only.)

Students leaving the University for medical or disciplinary reasons must be cleared by the appropriate office before being readmitted.

Because the University must adhere to enrollment projections, readmission cannot be guaranteed even if the student is academically eligible.

# Admission as a Summer School Visitor

Any student who has not been regularly enrolled or has not been admitted for a fall semester in any school in the University should send an application for admission as a visiting summer student to the Dean of Summer School, CB# 3340, 134 E. Franklin Street. By contrast, those students who are in residence at the University will register for a summer session through their academic dean or advisor and need not make a separate application to the Dean of Summer School. A student who plans to restore academic eligibility through work done in a summer session must apply for readmission through the Office of Undergraduate Admissions, CB# 2200, Jackson Hall.

# Admissions Confidentiality

The University of North Carolina at Chapel Hill will protect the privacy of all students seeking admission through the Office of Undergraduate Admissions by soliciting and receiving all academic and nonacademic records obtained for the purpose of admission on the condition that they be held in confidence by the University. No information obtained through the admissions process will be shared with individuals, internal or external to the University, other than the chancellor, the provost, and members of the Advisory Committee on Undergraduate Admissions and its subcommittees.

Though current federal legislation allows students enrolling at the University access to their files, students do not have access to their applications.

Exceptions to this confidentiality policy will be made only at the direction of the chancellor or the provost.

# Further Information

For additional information and services related to the admission of first-year and transfer students, please contact the Vice Provost for Enrollment and Undergraduate Admissions, CB# 2200, Jackson Hall, The University of North Carolina at Chapel Hill, Chapel Hill, NC 27599-2200.

# Intra-University Transfer

Transfer from one school or college within the University is possible with the approval of both academic deans concerned.

# Other Credit Programs

### Carolina Courses Online

Carolina Courses Online is a distance-education program that offers UNC–Chapel Hill courses over the Internet. Class sessions are not required, but courses follow the semester schedule. Access to the World Wide Web and e-mail are required in order to enroll. The courses are administered through the Friday Center for Continuing Education, (919) 962-1134.

Undergraduate students in the College of Arts and Sciences are limited to 24 credit hours toward a degree at UNC–Chapel Hill through Carolina Courses Online.

See the section in this bulletin under "Distance-Learning Courses via the Friday Center for Continuing Education" for additional information.

### Self-Paced Courses

Many undergraduate distance-education opportunities are available through Self-Paced Courses, including online and print-based correspondence courses. Students can enroll at any time, work at their own pace, and take up to nine months to complete a course. Undergraduate students in the College of Arts and Sciences are not allowed to take Self-Paced Courses except in

unusual circumstances; written consent of the student's dean is required in order to enroll.

Students found academically ineligible to continue in resident study at the University should consider enrolling in Carolina Courses Online and/or Summer School. If extraordinary circumstances exist, a student may contact his or her dean to discuss using Self-Paced Courses to restore eligibility.

Application for Self-Paced Courses is made to the Friday Center for Continuing Education, CB# 1020, (919) 962-1134. Application forms and a complete catalog of course listings may be obtained from the same office.

## Admission to Part-Time Classroom Studies

Part-Time Classroom Studies is the academic unit in the Friday Center for Continuing Education through which area adults (customarily students aged 24 and older) enroll in University courses part time. Both undergraduate and postbaccalaureate students are admitted without respect to race, color, national origin, religion, sex, age, or handicap.

Part-Time Classroom Studies students may register for a maximum course load of eight credit hours per semester. A small selection of courses is scheduled for the evening hours; the University's daytime courses are also open to Part-Time Classroom Studies students if space permits.

Undergraduate or high school students desiring to enroll through Part-Time Classroom Studies should file an admission application and nonrefundable application fee with the Office of Undergraduate Admissions, CB# 2200, Jackson Hall, University of North Carolina at Chapel Hill, Chapel Hill, NC 27599-2200, or at www.admissions.unc.edu.

Admission is limited for both prospective degree candidates and for those seeking to take courses for personal benefit and enjoyment. To be eligible, students must have been away from a traditional school setting for at least 12 months and must have graduated from a secondary school. Admission is available to UNC–Chapel Hill faculty and staff employees. Traditional students who have been denied full-time admission to the University are not immediately eligible for enrollment through Part-Time Classroom Studies. All students admitted as prospective degree candidates must meet minimum University requirements for admission. In considering prospective degree candidates for admission, the Office of Undergraduate Admissions shall use the same admissions criteria that it uses to evaluate comparable full-time, degree-seeking students applying to the University. For information about those criteria, please see the sections on first-year and transfer admission above. Students who have a baccalaureate degree may apply online at fridaycenter.unc.edu.

Admission to Part-Time Classroom Studies does not constitute admission to a degree program at the University. Undergraduates wishing to pursue a degree must be accepted for transfer into one of the degree-granting schools or colleges of the University. For a bachelor's degree a minimum of 45 academic credit hours must be earned from UNC–Chapel Hill, and at least 24 of the last 30 academic credits must be earned from UNC–Chapel Hill courses. Beyond these minimum course requirements, students attempting to transfer from Part-Time Classroom Studies into one of the degree-seeking schools or colleges of the University must present evidence that they are prepared to make satisfactory progress towards the degree. Postbaccalaureate students must apply and be accepted to a graduate degree program.

Undergraduate students enrolled through Part-Time Classroom Studies for personal benefit and enjoyment may apply to convert to degree-seeking status. Such applications will be reviewed in light of the criteria for admission to Part-Time Classroom Studies for degree-seeking status.

## Orientation and New Student Registration

Summer orientation offers a range of programs intended to introduce new students and their parents to the University; to acquaint them with the academic opportunities available to undergraduates; to aid them in their adjustment to campus living; to offer other information, discussion, and academic advice; and to help them thrive when they join the Carolina community. New student orientation continues when students arrive in the fall with a variety of activities during the Week of Welcome.

## Transfer Student Orientation

All new undergraduate students admitted as sophomore or junior transfers are required to attend one of the summer orientation programs designed specifically for transfer students to learn about college life at Carolina.

During this one-day transfer orientation program, new transfer students meet and interact with faculty, staff, and other new transfer students. Students attend a formal welcome, learn about academic advising, learn about the services and educational opportunities, and, if applicable, complete a foreign language placement examination.

To help ensure the availability of preferred courses, transfer students should register for fall classes prior to summer orientation. Transfer students may enroll online to register for courses as soon as their deposit is paid and the personal identification number (PID number) is generated.