# EXHIBIT 42

# Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - December 19, 2013
# (UNC0079624)

Working Group to Consider Race-Neutral Alternatives to Admissions

Agenda: December 19, 2013

1. Committee introductions
2. Group charge
3. How did we get here?
4. Review of current admissions practices
5. How will we know when we've reached "critical mass"?
6. Wrap up and topics for next meeting

UNC0079624