# EXHIBIT 43

# Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - January 15, 2014
## (UNC0079613)

Working Group to Consider Race-Neutral Alternatives to Admissions

Agenda: January 15, 2014   2:30 PM-4:00 PM     Jackson Hall

1. Committee introductions
2. Admissions Organization Chart
3. Review of 2013 Admitted/Applied/Enrolled data
4. Application review process
5. Zip code approach to diversity
6. Report on sub-committee
7. Wrap up and topics for next meeting

In attendance:  Jen Kretchmar, Lou Perez, Catherine Pierce, Barbara Polk, Taffye Clayton

   Lynn Willifor in d (by conference call)

Introductions of members

Taffye shared her experience in looking at ways to restructure scholarship programs based on race/ethnicity. (While at ECU)

ECU was a more regionally based campus so they had the advantage of that geographical population.

UNC draws from a larger zip code map.  Are there schools within codes that may be rich in diversity but schools don't offer the same academic experiences.

Outreach could be impacted by this.  More thoughtful and smarter about outreach/targeted.

Consideration of tax basis and what schools have available. What if colleges put honors academies in these schools?