# EXHIBIT 44

# Working Group to Consider Race-Neutral Alternatives to Admissions Meeting Minutes - February 26, 2014
# (UNC0079724-25)

February 26, 2014

In attendance:  Louis Perez, Taffye Clayton, Deborah Stroman, Lynn Williford,
Jen Kretchmar, Barbara Polk

Discussion focused on data needed to inform our approach to race-neutral admissions. Jen will take the lead in submitting a request to IRB. Upon approval, she will then make the appropriate data request from DPI. That process, followed by the data analysis, will take approximately 2-3 months. The group decided to wait until we have the data before meeting again. March and April meetings will be cancelled. The group will come together again once we have a preliminary report to review.

Lynn will post data regarding graduation and retention rates for the group to review.

Timeline and Next Steps for Data Collection

1) Submit IRB proposal – March 3, 2014

2) Approval from IRB received – March 14, 2014

3) Submit data request to North Carolina Education Research Data Center – April 6th

4) Conduct Analyses – mid-April to end of May

5) Present preliminary findings – May 30th

Questions to consider before we start:

1) How do we want to define a "serious, good faith consideration of workable race-neutral alternatives?" e.g. how many race-neutral alternatives should we pursue, how many cohorts of data do we need to analyze?

Although "[n]arrow tailoring does not require exhaustion of every *conceivable* race-neutral alternative," strict scrutiny does require a court to examine with care, and not defer to, a university's "serious, good faith consideration of workable race-neutral alternatives." (*Fisher v. Texas*, p. 10)

2) Which race-neutral alternatives are most viable given demographics of our state?

a) Top % rank plan
b) Geo-demographic plan

c) SES plan
d) Lottery systems (with and without minimum standards)
e) Applications Quest – cluster analysis
f) Probability of admission by SAT band (retrospective analysis of existing applicant pool)

3) Which outcomes are we most interested in measuring?

    a) % underrepresented minority
    b) % first-generation-college
    c) SES (and its potential impact on aid?)
    d) Geographic diversity (e.g. number of counties represented)
    e) Average test scores
    f) Number of college-level courses
    g) % ranked in top x % of class
    h) Participation in extracurricular activities

In attendance: Louis Perez, Taffye Clayton, Deborah Stroman, Lynn Williford, Jen Kretchmar, Barbara Polk

Discussion focused on data needed to inform our approach to race-neutral admissions. Jen will take the lead in submitting a request to IRB. Upon approval, she will then make the appropriate data request to DPI. That process, followed by the data analysis, will take approximately 2-3 months. The group decided to wait until we have the data before meeting again. March and April meetings will be cancelled. The group will come together again once we have a preliminary report to review.

Lynn will post data regarding graduation and retention rates for the group to review.

The group reviewed the outcomes listed above (3) and added GPA. No other additions/corrections were made.