# EXHIBIT 45

# Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - October 23, 2014
# (UNC0079650)

ifo

Race-Neutral Admissions Working Group    Agenda    10.23.14

Debbie Stroman, Jen Kretchmar, Patrick Akos, Lynn Williford, Kara Simmons, Barbara Polk, Taffye Clayton

1. Brief update on last few months          Barbara

2. Top XX % plan                            Jen

3. Discussion: What about zip code? More to be done with SES. No legal requirement to do more research. Save more options for the future, if they exist.

4. Why top 20% top feeder schools? Drop down in numbers?

5. Race-neutral is a term from the courts.

6. Applications Quest                       Barbara and Jen

7. Concerns about cut-offs

8. Not recommended at this time

9.

10.

11. Additional areas to explore             Barbara
12. Enlist Howie for his feedback; enhance draft; focus on race-neutral threshold; have we met it?

13. Next steps

14. Meeting with Howie and committee

15. Draft to committee

16. Final report to STeve                   Barbara