# EXHIBIT 46

# Working Group to Consider Race-Neutral Alternatives to Admissions Agenda - June 10, 2015
# (UNC0079822)

RAG Meeting

Agenda: June 10, 2015    2:00-3:00 PM    Jackson Hall

1. Welcome and update on committee work     Barbara Polk
2. Students for Fair Admissions Update      Kara Simmons
3. Committee charge                         Steve Farmer
4. Committee membership                     Barbara Polk
5. Future meetings                          Barbara Polk