**EXHIBIT 47**

**2014-2015 Diversity Plan Report**
**(UNC0377852-78)**

# 2014-2015 Diversity Plan Report

**The University of North Carolina at Chapel Hill Diversity and Multicultural Affairs**
**Committed to a Diverse and Inclusive Campus Community**

## Acknowledgement

This report was prepared by Diversity and Multicultural Affairs, a unit in the Division of Workforce Strategy, Equity, and Engagement, under the direction of Dr. Taffye Benson Clayton. We would like to thank the thirty-one reporting schools/units and the Office of Institutional Research and Assessment for providing the initial reports and the institutional data from which this publication was derived.

## Message from the Chancellor and Chief Diversity Officer

## Executive Summary

The University of North Carolina at Chapel Hill strives to be a truly diverse community that is well-represented by individuals from different races, ethnicities, sexual/gender orientations, religions, and other sociocultural groups. We believe it is important that such a community affords each member an equal opportunity to flourish and thrive. In the spirit of promoting the principles of equity and inclusion, this sixth Diversity Report seeks to describe Carolina's state of diversity in terms of race/ethnicity and gender, evaluate the academic performance of underrepresented minority (URM) and historically underserved undergraduate students, and highlight successful strategies and recommendations for enhancing UNC's capacity for promoting diversity and inclusion. In addition to cataloging the state of diversity at UNC, the Diversity and Multicultural Affairs (DMA) Office hopes that the production of this report will inspire creativity and innovation within and among our campus community for pioneering new frontiers towards becoming a truly diverse and inclusive university.

Consistent with previous academic years, academic and administrative units have actively publicized their commitment to diversity and inclusion by showcasing their diversity statements, diversity-related websites, racial/ethnic and gender compositions, and the achievements of minority faculty members, students, and staff. Although many of these efforts were highlighted in last year's report, it is noteworthy to mention that more diversity liaisons and diversity committees were established across the academic units to work with school administrators in crafting and implementing visions for student, faculty, and staff diversity at UNC. Further, greater campus involvement in publicizing diversity and inclusion were noted, as a higher proportion of units, for instance, crafted diversity statements and developed diversity-oriented websites this academic year than any previous year.

Campus involvement in the recruitment and retention of diverse students, faculty, and staff appeared consistent since the fifth report. That is, many of the reported efforts in recruitment and retention during the 2014-2015 academic year existed as well during the 2012-2014 academic years. Despite the lack of observed significant numerical progressions of racial diversity this year across the University, the fall 2014 undergraduate entering first-year profile indicated that the enrollment of underrepresented minority (URM) male students was the highest since 2010. It is plausible that schools/units that took an

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 2 of 28   UNC0377852

intentional, goal-directed approach in the pursuit of diversity contributed greatly to these positive recruitment and retention outcomes.

Enormous effort has been put into offering diversity training, orientation, and education within and between units. Diversity training and orientation efforts predominantly focused on building awareness of prejudice, discrimination, implicit biases, and other encounters that impact the lives of members in minority groups. Members of the University who attended campus-wide diversity training programs reported an increased awareness of racism, sexism, and other forms of discrimination, and a desire to translate their learning experiences into diversity-advancing practices (e.g., book club focused on racism). A number of academic units offered course series that examined topics such as educational reform, health inequality, and classical philosophy using a multicultural lens. Most notably, professors in several schools have actively redesigned courses to integrate diverse perspectives into their academic curriculum.

In alignment with the University's diversity goals, researchers at UNC conducted innovative and sophisticated scholarship addressing the topics pertinent to heterogeneity of humans. From social to physical sciences, scholars have actively engaged in research that enhances our understanding of discrimination, health disparity, social justice, and educational outcomes to more effectively address the issues that confront underserved populations. Further, administrative units at UNC conducted research to identify crucial factors that improve admission and enrollment rates for diverse students at UNC. In the end, these studies informed policies and interventions to support and nurture the academic development of diverse students and community members, while identifying areas that require targeted outreach. Lastly, and importantly, diversity climate surveys were an effective approach to promote diversity and inclusion on campus. Student, faculty, and staff demographics data were a vital resource in redesigning instructional material, initiating targeted hiring/outreach, and creating policies that diversify the cultural, racial, and gender landscape of UNC.

The current state of UNC's racial and gender diversity attests to the success of our recent diversity efforts, while illuminating areas that are in dire need of targeted outreach and initiatives. As a focal point, in the 2014-2015 academic year, UNC saw a marked increase in first-year underrepresented minority male enrollments. Further, the faculty and staff populations have also increased their numbers of underrepresented professors, lecturers, researchers, and staff in the recent academic year. Despite the upward progression towards becoming a more diverse and inclusive campus, some of the data on underrepresented minority students indicate a greater need for increased campus involvement to actualize the University's diversity goals. That is, substantial gaps in graduation rates, academic achievement, and enrollment remain between underrepresented minority students and their white counterparts.

As a whole, UNC continues to make strides toward the cultural, racial/ethnic and gender diversification of students, faculty, and staff. Academic and administrative units have been involved in their respective diversity efforts, and have formed collaborations and partnerships to confront issues that impede diversity. Further, as the current demographic data calls attention to areas in need of targeted outreach

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 3 of 28   UNC0377853

(e.g., international students and faculty), the UNC community members have additional areas of opportunity to become a truly diverse campus that cultivates the talents of its entire population.

## Introduction

What is diversity? "Diversity refers to all of the ways in which people differ, including primary characteristics, such as age, race, gender, ethnicity, mental and physical abilities, and sexual orientation; and secondary characteristics, such as education, income, religion, work experiences, language skills, geographic location, and family status. Put simply, diversity refers to all of the characteristics that make individuals different from each other, and in its most basic form refers to heterogeneity" (Damon A. Williams, *Strategic Diversity Leadership*).

Diversity in higher education is of paramount importance, as "diversity enhances student growth and development in the cognitive, affective, and interpersonal domains" (Jeffrey F. Milem, *The Educational Benefits of Diversity: Evidence from Multiple Sectors*). This report highlights efforts to promote diversity at UNC and summarizes strategies to cultivate a more diverse and inclusive campus community. Specifically, this report consists of three sections that review recent diversity efforts, outcomes, and commentaries/recommendations. As a caveat, no data, to date, examined diversity efforts as they relates to cultural minority groups. Therefore, the assessment of diversity efforts at Carolina was constricted to racial minority groups and gender.

The first section highlights recent diversity efforts and initiatives at UNC, such as Carolina Conversations. This offers perspectives into Carolina's diversity-related initiatives in 2014-2015. Although the first section highlights a subset of recent diversity initiatives at Carolina, the recognized efforts were noted as innovative and effectual diversity-related practices in recent years.

The second section is composed of two parts:

- Part one: The compositional diversity of UNC faculty, staff, and students will be reported for the most recent academic year. In particular, emphasis will be placed on academic achievement outcomes in underrepresented and historically underserved undergraduates. Additionally, the current state of diversity efforts in minority faculty hiring practices will be examined in detail.
- Part two: There will be a catalogue of the ways by which units and schools across campus coordinated efforts and shared the responsibility of advancing the University's five diversity goals:

  Goal 1: Clearly define and publicize the University's commitment to diversity.

  Goal 2: Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity in faculty, staff, students, and executive, administrative and managerial positions.

  Goal 3: Make high quality diversity and education, orientation, and training available to all members of the university community.

[ PAGE  \* MERGEFORMAT ]

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 4 of 28   UNC0377854

Goal 4: Create and sustain a climate in which respectful discussions of diversity are encouraged and take leadership in creating opportunities for interaction and cross-group learning.

Goal 5: Support further research to advance the University's commitment to diversity and to assess the ways in which diversity advances the University's mission.

The third section provides commentaries and recommendations based on the institutional data and unit- and school-level reports. The key findings will be discussed and commentaries will be organized to elucidate Carolina's efforts in advancing the five diversity goals. Following the commentaries, recommendations will be generated for addressing the institutional challenges that impede the advancement of diversity at Carolina.

## Update of Current and Recent Diversity Events and Initiatives

The first section focuses on several recent diversity events and initiatives that reflect UNC's continuing commitment to diversity.

**2015 Diversity Seminar –Daryl Smith Keynote Presentation:** Dr. Daryl Smith, a senior research fellow and professor emerita in Education and Psychology at Claremont Graduate University, presented the keynote address titled "Exploring the Institutional Diversity Framework at Carolina" at the spring 2015 Diversity in Higher Educational Seminar. The presentation was attended by faculty, staff, and senior-level administrators. Dr. Smith generated ideas for positioning and framing inclusion and diversity as standards of excellence at Carolina and discussed ways to measure and articulate the progress of Carolina's diversity efforts.

**Five Big Ideas proposed by the PCIED:** The Provost's Committee on Inclusive Excellence and Diversity (PCIED) is an institution-wide group of faculty, staff, and students that investigates inclusiveness and diversity on campus and proposes recommendations for institutional action. In 2015, PCIED outlined "Five Big Ideas" as an initial step to enhance inclusiveness and diversity: Communication & Marketing, Inter- and Intra-group Dialogue, Education, Institutional Leadership, and Strategic Planning. To learn more about PCIED's Five Big Ideas, visit Inclusive Excellence at Carolina, [ HYPERLINK "http://inclusive.unc.edu/" ].

**Carolina Conversations:** Carolina Conversations was an effort to promote interaction, understanding, and respect among the campus community through dialogue. The Carolina Conversations initiative broadly encompassed three programs during the 2015 spring semester: My Carolina Voice, Carolina Pulse, and Carolina Fund.  To learn more about Carolina Conversations, visit [ HYPERLINK "http://carolinaconversations.unc.edu/" ].

**UNC's Upcoming Diversity Climate Assessment:** UNC plans to conduct a campus-wide diversity-related climate assessment in spring 2016. The offices of Institutional Research and Assessment and Diversity and Multicultural Affairs have undertaken and coordinated this task since 2014, and three campus work groups, the Diversity Advisory Workgroup, the Survey Instrument Workgroup, and the Communication Workgroup, established in 2014, have been working enthusiastically at the project.

[ PAGE  \* MERGEFORMAT ]

## Current State of UNC's Racial/Ethnical and Gender Diversity

### Student Racial/Ethnical and Gender Composition

In fall 2014, the enrollment rate for underrepresented minority (URM) students (i.e., black, Hispanic and American Indian) was 16.68 percent for undergraduates and 13.51 percent for graduate/professional students. Although there were no significant variations in racial/ethnic composition compared to the student demographic data from fall 2013, a marked increase was observed for the entering first-year male URM students (see Graph 1). In terms of gender diversity, a small increase in male enrollments for both undergraduate and graduate/professional students was observed in relation to fall 2013. Table 1 presents the enrollment rates of UNC's undergraduate and graduate/professional students by racial/ethnic group and gender during fall 2014.

Table 1. Fall 2014 Compositional Diversity of Students

| Group | Black | Amer. Indian | Asian | Hispanic | White | Other | Male | Female | Total N |
|---|---|---|---|---|---|---|---|---|---|
| Undergraduate | 8.58 | 0.53 | 10.94 | 7.57 | 65.30 | 7.07 | 42.30 | 57.70 | 18350 |
| Graduate/Professional | 7.41 | 0.33 | 13.16 | 5.77 | 63.13 | 10.20 | 45.40 | 54.60 | 10785 |

Note: 'Other' includes individuals who reported as Hawaiian or other Pacific Islander, more than one race, or preferred not to report.

Graph 1. Entering Minority Male First-Year Students



Graph 1 also shows that in the past five years, the highest enrollment of entering first-year minority males was in fall 2014. To increase the presence of minority students, campus units reported many intentional efforts. Most notably, the Office of Undergraduate Admissions reported regularly evaluating their admissions practices, including selection criteria, to identify ways to increase the acceptance rate

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 6 of 28   UNC0377856

for minority applicants. In 2014, alternative criteria (e.g. non-cognitive predictors, reasonable number of college-level courses) to evaluate applicants were incorporated with traditional measures (high school grades, standardized test scores), which, we believe, contributed to a higher acceptance rate for all minority applicant groups in 2014 and 2015 as compared to 2013 (see Graph 2 below). Greater fluctuation occurred among American Indian and Alaska Native acceptance rate due to the limited number of American Indian or Alaskan Native applicants each year, as seen in Graph 2.

Graph 2. Minority Acceptance Rates for Undergraduate Programs



### Minority Acceptance Rates for Undergraduate Programs

| | Y2010 | Y2011 | Y2012 | Y2013 | Y2014 | Y2015 |
|---|---|---|---|---|---|---|
| African-American | 28.44% | 27.56% | 23.38% | 21.52% | 25.83% | 25.42% |
| Asian-American | 35.45% | 35.61% | 31.48% | 31.05% | 31.79% | 34.00% |
| Ameri.Indian/Alask.Native | 42.31% | 43.48% | 44.66% | 29.52% | 48.75% | 35.48% |
| Hispanic | 41.41% | 35.19% | 29.06% | 27.31% | 30.36% | 31.48% |
| Two or More Races | 32.43% | 33.98% | 31.54% | 30.28% | 33.09% | 34.91% |

Note: Acceptance rate is calculated by the number of admitted applicants of a group divided by the total number of that group's applicants.

**Where do we stand on student diversity compared to UNC benchmarking peers?** In the most recent 2013 benchmarking data of 15 peer institutions, UNC's presence of URM students ranked seventh for undergraduate and fourth for graduate/professional students. Further, with respect to the composition of white students, UNC ranked fourth for undergraduate and third for graduate/professional students. For Asian students, UNC ranked fourteenth and thirteenth for undergraduate and graduate enrollment, respectively. Lastly, for international students, UNC ranked last for both undergraduate and graduate enrollment in relation to the 15 peer institutions.

**Underrepresented Minority and Historically Underserved Student Academic Performance**

Graph 3 delineates the average four-year graduation rates across three cohorts of URM undergraduate students. Among the URM groups, the graduation rate for Hispanic students was higher (82.3% for

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 7 of 28   UNC0377857

female, 70.9% for male) than black (81.8% for female, 61.1% for male) and American Indian (69.7% for female, 60% for male) students. Further, American Indian males had the lowest graduation rate, 17 percent lower than the average graduation rate for males at UNC (77.1%). With respect to gender discrepancies, the largest male-female gap was observed between black females and males (20%). Graph 4 presents the four-year graduation rates between first-generation and non-first-generation college students. Although the four-year graduation rate of the 2010 cohort for first-generation college students fell approximately 1 percent relative to the 2009 cohort, improvements were still notable in relation to graduation rates from the 2006, 2007 and 2008 cohorts.

Graph 3. Average Four-Year Graduation Rates of Undergraduates (2008-2010)



Graph 4. Four-Year Graduation Rates between First-Generation and Non-First-Generation Students




Data in Graph 3 indicates that URM female students perform much better than their male counterparts, especially within black and Hispanic groups. In light of this finding, a substantial number of diversity efforts were put in place to specifically improve the educational experience and academic performance of URM males. To examine the impact of campus efforts, we looked at the first year GPA of URM males

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 8 of 28   UNC0377858

from 1990 to 2015 at an interval of every five years. As indicated in Graph 5, the data reveals a steady increase in the percentages of spring GPA at or above 3.0 for URM students, with the most noticeable increase in black males. In 2015, the percentage of first year GPA at or above 3.0 was 37.4 percent for black males and 47.8 percent for American Indian males; in 1990, it was only 10.6 and 17.1 percent for Black and American Indian males, respectively. In light of the longitudinal data, we believe that campus efforts are playing a positive role in assisting URM students to succeed.

Graph 5. New First-Year URM Males with Spring Term GPA at/above 3.0



## Workforce Racial/Ethnical and Gender Diversity

Table 2. 2014 Compositional Diversity of the Workforce

| Group | Black | Amer. Indian | Asian | Hispanic | white | Other | Male | Female | Total N |
|---|---|---|---|---|---|---|---|---|---|
| Faculty | 5.3 | 0.4 | 10.9 | 4.1 | 79.0 | 0.4 | 54.5 | 45.5 | 3667 |
| EPA Staff | 8.6 | 0.7 | 8.7 | 2.9 | 78.7 | 0.6 | 39.0 | 61.0 | 1975 |
| SPA Staff | 19.3 | 0.4 | 7.5 | 2.5 | 69.6 | 0.6 | 41.0 | 59.0 | 6322 |

In 2014, the concentration of faculty males was 9 percent higher than female faculty. In comparison, within the EPA non-faculty and SPA staff groups, the concentration of females was 22 percent and 18 percent higher than males, respectively. Further, the composition of underrepresented minorities were 9.7, 12.2, and 22.2 percent for faculty, EPA non-faculty, and SPA staff, respectively. Lastly, the composition of underrepresented minorities represented in faculty, EPA non-faculty, and SPA staff, were 0.3, 0.65, and 0.67 percent higher than 2013, respectively. Detailed information is presented in Table 2.

## Leadership Diversity

Table 3. 2014 Compositional Diversity of the Leadership Team

[ PAGE  \* MERGEFORMAT ]

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 9 of 28   UNC0377859

| Position | Total | Female | Male | African American | Hispanic | White | Hawaiian Native |
|---|---|---|---|---|---|---|---|
| Chancellor | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| Provost | 1 | 0 | 1 | 0 | 0 | 1 | 0 |
| Vice Chancellor | 10 | 5 | 5 | 3 | 0 | 7 | 0 |
| Associate Vice Chancellor | 15 | 6 | 9 | 2 | 1 | 12 | 0 |
| Associate Provost | 8 | 5 | 3 | 2 | 0 | 6 | 0 |
| Dean | 16 | 7 | 9 | 0 | 0 | 16 | 0 |
| Associate Dean | 30 | 19 | 11 | 1 | 1 | 27 | 1 |
| **Total Count** | **81** | **43** | **38** | **8** | **2** | **70** | **1** |
| **Total Percentage** | | **53.09** | **46.91** | **9.88** | **2.47** | **86.42** | **1.23** |

Among the 81 members of the University leadership team (i.e., associate dean or higher), eight identified as black and two identified as Hispanic. Thus, as indicated in Table 3, 12.4 percent of the leadership team consisted of URMs in 2014. This was approximately 1.9 percent higher than 2013. In terms of gender composition, females outnumbered males by approximately 6.2 percent.

**Minority faculty hiring:** In 2014, 252 new faculty members were hired. Among them, 135 (53.6%) identified as female, 35 (13.9%) identified as Asian, 14 (5.6%) identified as black, 13 (5.2%) identified as Hispanic, and 1 (0.4%) identified as American Indian. Among the 28 newly hired URM faculty, 20 (71.4%) were hired through UNC's targeted minority hiring programs.

**Where do we stand on faculty diversity compared to UNC's benchmarking peers?** In comparison to UNC's 15 benchmarking peers, the 2013 data of the Integrated Postsecondary Education Data System (IPEDS) reveals that UNC ranked first for having the highest concentration of female faculty and ranked second for the combined presence of black, Hispanic and American Indian faculty. UNC also ranked second for the amount of white faculty, and fell below 14 of our peers for the concentration of Asian and international faculty.

## Campus-wide Efforts in Advancing the University's Five Diversity Goals

This section summarizes 2014-2015 campus-wide efforts in advancing the University's diversity goals. Campus units reported strategies to articulate diversity in their core value and mission, strategies and programs for the development of multicultural competencies, mechanisms for open dialogues and forums pertaining to diversity topics, and the perceived benefits and challenges of advancing diversity and inclusion on campus. The objective of this section is to present the array of diversity responses and services at UNC to facilitate the strategic diversity planning process in the upcoming academic years.

### Goal 1: Clearly define and publicize the University's commitment to diversity.

A commitment to defining and publicizing diversity is integral to fostering a culture that encourages diversity and inclusion at the University. Representatives from 31 reporting units indicated a variety of ways by which they publicize their commitment to diversity, including:

[ PAGE \* MERGEFORMAT ]

- highlighting the unit's diversity statement and efforts on their website
- publishing newsletters and articles that publicize the unit's commitment to diversity
- featuring the achievements of minority faculty, staff, and students
- showcasing the racial and gender composition of minority faculty, staff, and students
- showcasing the integration of diversity education in academic curricula
- assigning diversity liaisons and forming diversity committees
- advertising open positions with considerations for diversity (e.g., using employees' native language in posters)

**Highlight the unit's diversity statement and efforts on their website**
Websites were the most utilized method for defining and publicizing a unit's commitment to the University's diversity goals among the reporting units (26 units, 83.9%). The School of Dentistry, for instance, published a diversity statement that affirmed their commitment to enhancing diversity in their community by maintaining an environment that values and respects individuals from all cultural groups; enriching the academic environment by applying a multicultural lens in coursework and research; and providing opportunities for diversity training/orientation. Likewise, diversity statements originating from other units have, by and large, expressed commitment to diversity by fostering an environment that acknowledges and values diversity through education, research, and diversity training programs.

Units have also featured their diversity efforts in their website by highlighting prior and future diversity training events and programs. For example, the Frank Porter Graham Child Development Institute, Center for Developmental Science, and the Carolina Population Center have used their website to highlight upcoming or prior research projects and events (e.g., conferences and presentations) pertaining to diverse populations. Moreover, the UNC School of Media and Journalism used their website to advertise and discuss the impact of the Chuck Stone Diversity in Media program, a program that offers minority high school seniors an opportunity to attend journalism workshops and seminars.

**Publish newsletters, articles, and posters that publicize the unit's commitment to diversity**
Over half of the reporting units used print or online newsletters to showcase their commitment to the University's diversity goals (16 units, 51.6%). The Gillings School of Global Public Health published weekly news articles on their website to spotlight research projects relating to diversity. Other units, such as the School of Nursing, used magazines as a platform to showcase their diversity statement and efforts, while also announcing campus-wide diversity training programs.

The Facilities Services Human Resources office displayed posters that included commonly used workplace words and phrases translated from English to the four primary languages spoken by Housekeeping Services employees: English, Burmese, Karen, and Spanish. These posters were displayed to reflect the unit's commitment to diversity.

**Featuring achievements from minority faculty, staff, and students**
Another way reporting units (10 units, 32.3%) publicized their commitment to the University's diversity goals was to emphasize the accomplishment of minority faculty, staff, and students in their websites and publications. By way of illustration, the School of Nursing, in their magazine "Carolina Nursing," highlighted the awards and achievements of diverse faculty and students. Similarly, the most recent publication of "Carolina Law," a magazine published by the School of Law, an article celebrated the pedagogical impact of Dr. Charles Daye, an African American law professor, at the University. A few

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 11 of 28   UNC0377861

administrative units also featured University minority staff members who were recipients of awards for their superior service to the University. As an illustrative point, the *University Gazette* featured the recipients of the C. Knox Massey Distinguished Services Award, several of whom were racial minority members.

### Showcasing the representation of minority faculty, staff and students
The composition of minority students, faculty, and staff were reported by several units (12 units, 38.7%) using a variety of outlets such as pamphlets and websites. For example, the Dean of the School of Dentistry presented the sociodemographic composition of students and faculty in their catalogue for prospective students. The Graduate School and School of Nursing provided the sociodemographic composition of their students and faculty on their websites.

### Showcasing diversity education in their academic curriculum
A number of academic units publicized the University's commitment to diversity (12 units, 38.7%) by showcasing the integration of diversity education into their academic curricula. In particular, academic units developed courses integrating diverse perspectives such as race, gender, and socio-economic status; poverty and health inequalities in the United States; and philosophical issues in gender, race, and class. The School of Information and Library Science offered three courses that examined diversity-related issues in information sciences: Going the Last Mile: Access to Information for Underserved Populations (INLS 490-204), Youth Services in a Diverse Society (INLS 795), and Information Services for Specific Populations (INLS 739).

### Assigning diversity liaisons and/or forming diversity committees
Several units (19 units, 61.3%) appointed diversity liaisons and formed diversity committees to facilitate efforts towards showcasing and advancing the University's diversity goals. These groups were actively involved in developing diversity events such as campus-wide diversity orientations and conferences. For example, the University Library's Diversity Programming and Education Committee was established to revise the Library's diversity statement. Further, the Library diversity committee hosted diversity events such as the showing and discussion of the movie "Miss Navajo" to explore and celebrate the role of females in Navajo culture.

Diversity liaisons were appointed in nearly three dozen of the academic departments in the College of Arts and Sciences to work closely with senior administrators in supporting students and hiring faculty from underrepresented backgrounds.

### Showcase the University's commitment to diversity in the hiring process
A proportion of units publicized their commitment to the University's diversity goals by taking diversity and inclusion into perspective in their hiring practices (11 units, 35.5%). These units paid attention to equity and inclusion in their hiring practices, as well as the availability of people of color and women in their applicant pool. For example, some units advertised their open positions in diversity career fairs such as the Diversity Hiring Expo in Charlotte, North Carolina. Likewise, the Hunt Institute advertised their job openings in platforms such as Diverse Jobs, Charlotte Observer and Nemnet to encourage a diverse applicant pool. Several units, such as Communications, Public Affairs and Strategic Services, collaborated with UNC's Equal Opportunity and Compliance Office to publicize the University's commitment to diversity and recruit employees from diverse backgrounds.

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 12 of 28   UNC0377862

**Goal 2: Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity in faculty, staff, students, and executive, administrative, and managerial positions.**

The integration of multiple perspectives in classrooms and administrative offices is vital for nurturing a vibrant academic community that equips students and faculty members to address complex problems in today's society. In the process of ensuring the educational benefits of diversity, the reporting units indicated implementing programs that:

- promote the recruitment of diverse students
- promote the recruitment of diverse faculty/staff
- support diverse students
- support diverse faculty/staff

**Programs that attract underrepresented students**

To achieve the critical masses of underrepresented populations, more than half of the reporting units (20 units, 64.5%) reported implementing programs that attracted students from diverse populations. These programs -- such as the Chuck Stone Program, Carolina College Advising Corps, Heels for Success, and Project Uplift – primarily target diverse high school and undergraduate students interested in applying to UNC for college or graduate school and have been instrumental in attracting these students to the University. Programs such as the Chuck Stone Program and Project Uplift offered high-achieving, underrepresented high school students an opportunity to experience college life, receive mentorship from professors and current students, and gain exposure to real-world experiences such as publishing an article in the *Daily Tar Heel*. Carolina College Advising Corps, Carolina Horizons, and Heels for Success sought to help underprivileged high school students in preparing college applications through seminars, workshops, and one-on-one mentorship. Topics usually covered were test-taking strategies for college entrance exams (e.g., ACTs), college application essay writing, and learning first-hand about the academic and extracurricular expectations set by selective colleges.

Units have also developed and implemented programs to recruit high-achieving, underrepresented undergraduates into UNC's graduate programs. Most notably, the School of Education waived their Graduate Record Examination (GRE) requirements for their Masters in School Administration program as the admissions committee found the test to be an impediment towards the recruitment of minority students. Similarly, the School of Nursing submitted a five-year proposal to waive the GRE from their application requirements. Other units developed an annual diversity recruitment event to assist underrepresented undergraduates and post-baccalaureate students to explore career options and graduate training opportunities. For example, the UNC School of Social Work hosted their annual Diversity Recruitment Event, inviting 19 undergraduates who self-identify into a minority group. The event offered class visitations, a GRE overview workshop, writing workshop, admissions and financial aid overview, mingling with current students, meetings with various faculty and staff members, and one night of lodging.

**Programs that support diverse students**

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 13 of 28   UNC0377863

Reporting units have also developed and implemented programs to support and retain diverse students enrolled at UNC (22 units, 71%). Several units have provided an outlet to discuss challenges that relate to their identities. For example, Student Affairs has hosted campus-wide forums such as "Real Talk," while the Carolina Conversations program noted above offers students an opportunity to share their personal encounters with discrimination. Additionally, the Student Wellness Center hosted an event every other week throughout the academic year to discuss relational, academic, and transitional challenges faced by women of color at Carolina.

Units have also developed programs that seek to support diverse students by offering opportunities such as professional development programs. For example, the School of Dentistry and the School of Medicine offered the Medical Education Development (MED) program, an intensive educational program for minority healthcare students to gain insights into the realities of attending medical or dental school. Similarly for undergraduates, the Science Enrichment Program (SEP) - an eight-week, honors-level academic enrichment program - was offered to first-generation, underrepresented minority, rural, and/or socioeconomically disadvantaged undergraduates who sought admission into graduate schools for health professions.

Lastly, a number of units offered supplemental funds and training programs to support and retain underrepresented graduate students. For example, the Graduate School offered the North Carolina Native American Incentive Grant and the North Carolina Excellence Fellowship, which covered the stipend, tuition/fees, and health insurance for eligible underrepresented graduate students. The Graduate School also provided a variety of dissertation fellowships and awards (e.g., Diversity Travel Award) to support the research training of diverse graduate students. The Odum Institute received a gift of $30,000 from SAGE Publications to design and offer a week-long course on quantitative methods for underrepresented minority students entering doctoral programs in the social sciences.

**Programs that promote the recruitment of diverse faculty and staff**

Units have also invested effort into developing and implementing programs to attract and recruit diverse faculty and staff (17 units, 54.8%). The Office of the Executive Vice Chancellor and Provost initiated the Targeted Hiring Program to attract talented diverse faculty members interested in pursuing a tenure-track faculty position at UNC. The College of Arts and Sciences, SILS, and a number of schools and departments have used the program to recruit diverse faculty members. Similarly, the School of Law used the American Association for Law Schools (AALS) - a database of primarily women and minorities seeking entry-level faculty positions - to increase the presence of diversity in their faculty. Some units also reported recruiting diverse faculty candidates at national and local conferences.

The Office of Human Resources recruited diverse staff members for positions across the University through events such as the Diversity Jobs and Internship Fair, and used the PeopleAdmin workforce profile to show the underrepresentation of minority members in departments that were hiring. In addition, departments such as the Hunt Institute posted their job openings in platforms frequented by members of underrepresented groups, including the Durham Herald-Sun, Raleigh News and Observer, Teach for America Job Board, Fritzwire, Sanford School of Public Policy and Idealist.org, Diverse Jobs, Charlotte Observer and Nemnet minority recruitment. Similarly, other units/departments, such as the UNC Nutrition Institute, relayed information about open positions to historically black colleges and universities such as North Carolina Agricultural and Technical State University and North Carolina Central University.

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 14 of 28   UNC0377864

**Programs that support diverse faculty and staff**

To support and retain minority faculty and staff members, reporting units posited various strategies that included increasing funding, mentorship, and professional development opportunities (15 units, 48.4%). The most used strategy for supporting and retaining diverse faculty members involved salary increases. For example, the College of Arts and Sciences and the School of Public Health offered pre-emptive salary increases and counter-offers to retain diverse faculty, while the Research and Economic Development division provided salary support such as bridge funding for minority investigators. The Carolina Population Center retained its minority fellows by developing retention packages.

In addition to increasing salary, several units provided minority faculty with funds to conduct research and develop courses that strive to advance diversity and inclusion. For example, departmental chairs in the College of Arts and Sciences nominated diverse faculty for distinguished professorships and awards and provided strategic funding for their research, course development, and professional activity. Likewise, the Center for Global Initiatives awarded faculty who either added global content to existing courses that have little or no such content, or who developed new courses with significant global content.

Several units provided mentorship support to diverse junior faculty members. For example, the College of Arts and Sciences reported that more than three-quarters of their academic departments had mentoring programs to support and retain diverse faculty. Additionally, several diverse faculty members were asked to help develop a plan for retaining and supporting diverse faculty members in academic units. For example, after losing three diverse faculty members in 2013-2014, the School of Media and Journalism began meeting with its diverse faculty during the 2014-2015 academic year to explore and identify ways to support diverse faculty members.

Lastly, all UNC staff managers and supervisors were required to attend the Equal Employment Opportunity Institute (EEOI) to build awareness about equal employment opportunity laws and to develop a conceptual understanding of the manager's role in eliminating discrimination practices in employee relations.

## Goal 3: Make high-quality diversity education, orientation, and training available to all members of the University community.

Members of the campus community cultivated innovative programs to develop and sustain an academic environment grounded in respecting, embracing, and celebrating diversity in all its forms. Broadly, the campus efforts included:

- diversity orientation and training programs for undergraduate and graduate students
- diversity orientation and training programs for faculty and staff
- educational courses related to diversity
- units that co-hosted large-scale diversity programs to the University community

**Diversity Orientation and Training Programs for Undergraduate and Graduate Students**

Reporting units indicated a variety of methods for demonstrating commitment towards providing high quality diversity orientation and training to UNC students (16 units, 51.6%). A number of schools used books or articles, videos, and team building exercises to promote greater awareness and understanding

of issues related to diversity and provide an orientation to diversity topics. In the School of Social Work, incoming first-year graduate students were required to read and compose a two-page essay on "Invisible Child: Girl in the Shadows" – a New York Times article that examined the effect of poverty and homelessness on American children. Moreover, all incoming Master of Social Work students were required to complete an online module, "Brief History of Oppression," to gain a historical understanding of institutional discrimination and oppression in the United States. Likewise, the School of Nursing and Kenan Flagler Business School offered presentations introducing student organizations that seek to promote cultural awareness, education, and community building in their school. The orientation program Jumpstart was an opportunity for incoming undergraduate students to engage in dialogues pertained to discrimination and prejudice and to participate in a poverty simulation.

Other units reported using workshops, seminars, and plenary sessions to provide diversity training to students. The Carolina Center for Public Service (CCPS) hired four graduate students to provide topical workshops on diversity and cultural awareness, advocacy and community organizing, and effective communication to students in the Buckley Public Service Scholars program. CCPS also organized a training program for their first-year service corps titled "Environmental Justice and the History of Rogers Road," which discussed the legacy of racism in Chapel Hill and racial disparities in North Carolina's educational system. Student Affairs was also active in providing diversity training workshops to undergraduate and graduate students. For example, the division's Professional Development Committee offered a fall workshop entitled "Social Identity within a Multicultural World." This workshop facilitated conversations on inclusion and thriving in a multicultural environment. Student Affairs also sponsored "Carolina United" - a retreat where students attended sessions on topics such as Affirmative Action and Interfaith Dialogue - to learn strategies for creating and implementing programs that promote diversity inclusiveness on campus.

**Diversity orientation and training programs for faculty and staff**

Reporting units also offered diversity orientation and training programs to faculty and staff (21 units, 67.7%) to enhance multicultural competencies in faculty members and staff. Notably, the School of Nursing encouraged faculty and staff to attend "Courageous Dialogues" and participate in their diversity book club to increase cultural awareness, sensitivity, and diversity appreciation. The diversity committee in the School of Government scheduled three faculty events where external experts presented on diversity topics such as engaging women in public service. The School of Public Health offered workshops to provide faculty members with strategies for applying a multicultural perspective to topics in public health, in response to a charge from the Council of Education for Public Health to increase course content that integrates diversity into health issues.

For staff in administrative units, a variety of diversity training programs were made available to employees to promote cultural awareness and to perform their duties in the most culturally competent way. As a case in point, the Division of Finance and Administration offered a number of diversity training programs such as "Workplace Online," a course that covers laws governing discrimination and violence, ways to identify these issues on campus, and resources to assist employees who have experienced or know of someone experiencing discrimination and violence.

**Educational courses related to diversity**

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 16 of 28   UNC0377866

Diversity education was offered by nine units (29%) to students, faculty, and staff. Diversity education refers to academic courses (credit and non-credit) that integrate diverse perspectives. At the graduate level, the School of Public Health offered a series of courses that, when taken together, surveyed health-related topics using a multicultural framework: Aging, Family, and Long-Term Care: Cultural, Ethnic, and Racial Issues (HPM 522); Lesbian, Gay, Bisexual, and Transgender Health: A Population Perspective (HBEH 705/HPM 707); and Leading for Racial Equity: Examining Structural Issues of Race and Class (SPH 690). The School of Information and Library Science and the Center for Health Promotion and Disease Prevention encouraged their graduate students and research fellows to enroll in these courses as well.

The Graduate School also encouraged their departments to incorporate diversity and multicultural education into the academic curriculum for graduate students. For example, in Clinical Psychology, graduate students were required to take the course Multiculturalism and Clinical Psychology (PSYC 827) to develop competencies in working effectively with clients from diverse populations.

Undergraduates were also offered academic courses that integrated diversity-oriented perspectives into their educational curricula. For instance, the School of Pharmacy offered undergraduates a course called The Contemporary Communication in Health Care (PSCY 124) to examine communication approaches and strategies for optimizing communication in today's healthcare field. In the College of Arts and Sciences, departments offered students courses aimed at educating students to apply multicultural perspectives. In the Philosophy Department, courses such as Race and Affirmative Action (PHIL 57); African American Political Philosophy (PHIL 274); Moral and Philosophical Issues of Gender in Society (PHIL 275 / WMST 275); and Philosophical Issues in Gender, Race, and Class (PHIL 475 / WMST 475) were offered. In particular, PHIL 475 increases awareness about the marginalization, inequalities, and injustices of gender, race, and class in classical philosophical traditions. The Anthropology Department also offered a course called Poverty, Inequality, and Health (ANTH 446) to examine poverty, inequalities, and health disparities from a sociopolitical, global, and historical perspective. Lastly, the School of Media and Journalism offered a number of courses that examined topics pertained to media and communication through a multicultural lens – such as The Black Press and U.S. History (JOMC 342), Diversity and Communication (JOMC 441), and Latino Media Studies (JOMC 443).

**Units that sponsored and co-sponsored campus-wide diversity programs for the University community**

More than half of the reporting units (18 units, 58%) co-sponsored campus-wide diversity educational and training programs that sought to enhance awareness and knowledge of the experiences of race, gender, religious, and sexual orientation of minority groups. The annual THINKposium, sponsored by the Office of Diversity and Multicultural Affairs, Center for Faculty Excellence, and the College of Arts and Sciences, was an exemplary large-scale, campus-wide diversity program where faculty and staff listened to speakers and exchanged ideas to advance diversity. In 2015, faculty and staff explored multiple ways that race, class, gender, and other aspects of identity interact in classroom, workplace, and educational experiences for students, faculty, and staff. Discussions were aimed at helping the participants reflect on their own practices, understanding the concepts and behaviors that perpetuate oppression of marginalized identities, and developing the skills to address these issues in their own units and departments.

Campus-wide webinars, such as "Racial and LGBT Micro-aggressions: An Introduction for Library Leaders," were sponsored by the School of Information and Library Science, UNC Libraries, and the American Library Association (ALA). In the webinar, speakers defined the term micro-aggression and

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 17 of 28   UNC0377867

discussed how experiences of race-related and sexuality-related micro-aggressions negatively impacted job satisfaction and productivity. The LGBTQ Center, housed in Student Affairs, hosted Safe Zone training and Safe Zone Gender Identity and Gender Expression program for instructors, graduate students, staff, and faculty. The Safe Zone programs offered the University community a diversity training program that increased awareness and acceptance of diverse communities with respect to sexual orientation, gender identity, and gender expression. The College of Arts and Sciences, the Workforce Strategy, Equity, and Engagement Division, and the School of Public Health are a few of the many units that benefitted from Safe Zone training.

## Campus-wide Efforts in Advancing the University's Five Diversity Goals

### Goal 4: Create and sustain a climate in which respectful discussion of diversity are encouraged and take leadership in creating opportunities for interaction and cross-group learning.

Carolina have implemented a variety of strategies to create opportunities for cross-group interaction and learning, including:

- diversity training and orientation
- diversity recruitment events
- diversity research and educational resources (e.g., courses)
- diversity support programs

**Cross-group interactions in diversity training and orientations**

In light of the University's commitment toward increasing cultural awareness and knowledge in all campus community members, several reporting units teamed with other departments to cultivate or inspire intergroup interactions in diversity orientation, seminars, and trainings (21 units, 67.7%). In particular, the diversity committee from the School of Information and Library Sciences and the UNC Library Diversity and Education Program Committee collaborated in offering three diversity-related webinars - "The Diversity Conversation: Why You Need to Have It and How to Start It," "Racial and LGBT Micro-aggressions: An Introduction for Library Leaders", and "How Diversity Matters: Micro-Practices That Keep Libraries Relevant." Together, the webinars used the available research to develop awareness on discrimination and explain the importance of having conservations about diversity and practices for making libraries relevant in underserved communities. As another example, the School of Dentistry diversity committee partnered with the School of Medicine to offer a diversity training program called "Opening Doors: A Personal and Professional Journey." The program sought to increase the understanding of the cultural differences, examine how practices of institutions maintain inequalities among people, and assist participants in gaining the skills that would enable them to build alliances and networks to advance diversity as a community.

Research units such as the Center for Health Promotion and Disease Prevention lead an implicit bias training course through which staff and faculty members, as well as Chapel Hill community members (the chief and assistant chief of Chapel Hill Police Department), met and discussed ways to prevent students, faculty, and staff from deliberately acting upon preconceived stereotypes and prejudices. The World View organization also offered seminars to more than 125 elementary, high school and

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 18 of 28   UNC0377868

community college educators about the challenges faced by Latina/o immigrants in North Carolina schools. The seminars offered by World View were facilitated by Carolina faculty members and other professionals, who strove to inform educators of the challenges and opportunities faced in serving the academic needs of diverse, underserved populations. Employees in Communications, Public Affairs, and Strategic Services worked closely with Student Affairs on Carolina Conversations, which drew students, faculty and staff to discuss topics such as race, diversity and social media in a safe setting.

Lastly, through the Baddour Leadership Academy and the CREED program in Athletics, first-year student-athletes and their mentors (a total of 350 student-athletes) were given a presentation on diversity. After the presentation, a panel of five student-athletes (i.e., gay, lesbian, disabled and an interracial couple) talked about their experiences that stemmed from their minority status. Afterward, student athletes completed a training exercise on eliminating stereotypes and understanding inclusion, rather than exclusion, in a team setting.

**Cross-group interactions in diversity recruitment events**

To increase the presence of diverse students and faculty, a few reporting units partnered together to develop recruitment programs. The Visitors' Center, within Communications, Public Affairs, and Strategic Services, offered the "First Look" program to introduce college life to diverse middle school students. In this program, the Visitors' Center partners with work-study students, mostly Carolina Covenant Scholars, who serve as discussion facilitators and tour group leaders. The Minority Student Recruitment Committee (MSRC) is another example of cross-group interaction for recruiting diverse students. The MSRC partners with student organizations such as the Black Student Movement, the Carolina Indian Circle, Carolina Hispanic Association, Student Government and other campus units to coordinate and implement enriching mentorship programs to diverse high school students, and to provide academic, social, and cultural support to diverse undergraduates at Carolina.

Several of the units also worked together to recruit more faculty members from underrepresented minority backgrounds. Diversity Liaisons in the College of Arts and Sciences, in particular, engaged in cross-group interactions as liaisons collectively identified successful initiatives, programs, and best practices for hiring diverse faculty and staff members in their departments. Furthermore, for faculty and staff of color, Diversity and Multicultural Affairs and the Equal Opportunity and Compliance Office conducted a training called "Diversity in Hiring" for the Institute for the Arts and Humanities and the Office of Scholarship and Student Aid. Through the workshop, faculty became aware of national trends, peer institution practices, broader issues involved in incorporating inclusive language, and practical steps to address barriers in hiring minority faculty members.

**Cross-group interactions relating to diversity research and education**

Reporting units also worked together to offer diversity research presentations and conferences, as well as diversity education to students, faculty, and staff at Carolina (8 units, 25.81%). Through the Institute of African American Research (IAAR), scholars from various disciplines collaborated on research that pertains to African Americans and African American culture. Specifically, the IAAR sponsored undergraduate scholars from the Moore Undergraduate Research Apprenticeship program (MURAP), a research apprenticeship program for diverse undergraduate researchers pursuing a doctoral education in the humanities, social sciences, and fine arts. The IAAR provided weekly seminars and workshops for

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 19 of 28   UNC0377869

MURAP scholars to allow for discussions on diversity, such as understanding the race-related experiences of faculty and students of color in the academy.

Diversity education, as mentioned earlier, relates to credit and non-credit academic courses that examine a multicultural perspective to build cultural awareness, knowledge, and, if applicable, skill. At Carolina, two or more schools and departments have developed courses that combine multiple disciplines to provide multicultural insights into an array of subject matters. As mentioned earlier, the School of Public Health and the Racial Equity Institute offered a course titled Leading for Racial Equity: Examining Structural Issues of Race and Class (SPHG 690) to critically analyze institutions, rather than characteristics of individuals and groups, to understand institutional legacy, response, and accountability to underrepresented populations.

**Cross-group interactions for diversity support programs**

In striving to support and celebrate diversity at Carolina, several units reported joint initiatives (15 units, 48.4%). For example, in supporting the LGBTQI community, the School of Social Work Field Education Program collaborated with the School's LBGTQI Student Caucus to provide a panel discussion for the campus community. The panel was called "Managing and Supporting LGBTQI Identities in the Workplace." Similarly, in the College of Arts and Sciences, graduate students from the department of geography organized a mini-seminar, "Afro-Pessimism and Black Optimism," at the Institute for African American Research for Black Culture and History month. The event was attended by students and faculty from geography, English, anthropology, and public health.

Support for diverse students, faculty, and staff also includes cultural celebrations and presentations. For example, the housing housekeeping assistant director and housing zone managers at Carolina hosted an annual Cultural Holiday Event for employees. These employees learned about and celebrated the presence of diversity in their unit by sharing with one another their cultural signature dishes and telling stories about their cultures. Employees from Burma, Jamaica, Mexico and the United States shared stories about their family holiday traditions. Likewise, UNC Global was also committed to expanding diversity through international education through the arts. Specifically, UNC Global curated art exhibits that represented various world regions and issues and hosted cultural performances. The staff and faculty regularly collaborated with units across campus including Carolina Performing Arts and its initiative, Arts@theCore, to create dialogue on diverse issues through the arts. The Ackland Art Museum was also a prominent unit on campus in the recent academic year and showcased cultural diversity. For example, An Eye for the Unexpected Selections from The McCrindle Collection spans nearly 500 years of history (from the 1500s to the 1990s), representing half a dozen nationalities. Further, the recent acquisition of Japanese art was an installment that celebrated and cultivated a deeper awareness of Japan's cultural heritage and art from a 13th century ritual bell to an early 19th century scroll painting.

**Goal 5. Support further research to advance the University's commitment to diversity and to assess the ways in which diversity advances the University's mission.**

The University's longstanding commitment to complex and innovative research has been instrumental to advancing social justice, reducing health disparities, and enriching diversity at Carolina. To this end, diversity research at Carolina includes the following:

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 20 of 28   UNC0377870

- Research examining health disparity, cultural experiences, social justice, and educational outcomes in diverse populations
- Research examining factors that influence enrollment for diverse students
- Diversity assessments in departments and units

**Research examining health disparity, cultural experiences, social justice, and educational outcomes in diverse populations**

Commitment and engagement to research that investigates the lives and experiences of underrepresented groups was evidenced in more than half of the reporting units (17 units, 54.8%). In particular, many of the research centers and institutes indicated that they conducted research that examines racial health disparities. As a case in point, two researchers from the Center for Health Promotion and Disease Prevention were principal investigators on a NIH-funded research project known as Envisioning Health. Scholars from areas such as social work, art history, public health, social psychology, and medicine came together to address implicit biases in healthcare providers toward Latino adolescents. In addition, Dr. Eng and Dr. Cykert were principal investigators on the Accountability for Cancer Care through the Undoing Racism and Equity (ACCURE) study. ACCURE is a systems-change intervention addressing disparities in treatment initiation and completion and outcomes for early stage black and white breast and lung cancer patients. The Institute of Injury Prevention was another research institute that examined susceptibility to various injuries in diverse communities. For example, projects in this institute included "Prevention of Youth Violence in Robeson County" and "Family-Based Dating Violence Prevention for Latino Teens."

In addition to health disparity research, other research institutes endeavored to examine cultural experiences in diverse populations. The Institute of African American Research hosts two faculty fellows, Dr. Enrique Neblett and Dr. Alvaro Reyes, through its Faculty Fellowship. Dr. Neblett, a tenured associate professor of psychology, conducted a longitudinal pilot study that investigates the psychological well-being of two cohorts of African American first-year college students. Dr. Reyes is an assistant professor in the geography department. As an IAAR Faculty Fellow, he worked on a book manuscript concerning black and indigenous movements and thinkers. He also worked on a number of research articles that theorize race and social movements.

In addition, the Graduate Student Summer Research Grant promotes faculty research. A few of the research topics through this fund include: visual resources for mapping police brutality against unarmed African Americans; philanthropy and the civil rights movement; and the perceived discrimination and task performance among African Americans with schizophrenia.

Social justice research was another component of diversity-oriented research at Carolina. The School of Government published a reference manual titled "Raising Issues of Race in North Carolina Criminal Cases" to assist North Carolina courts in identifying and addressing issues of racial bias in criminal cases. An article published in the New York Times titled "Activists Wield Search Data to Challenge and Change Police Policy." discusses how police have searched black male motorists at more than twice the rate of white male motorists even though drugs were found no more often on blacks. Lastly, the School of Social Work's Jordan Institute for Families, a research arm of the school, seeks to develop and test policies that strengthen families and engage underserved communities in North Carolina. Some of the

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 21 of 28   UNC0377871

institute's areas of research and policy development include child or adult welfare, nutrition, and mental health.

Lastly, units have engaged in research that examines academic achievement outcomes in diverse students. Notably, many faculty members in the School of Education investigated questions and issues such as predictors of school readiness among ethnic minority children, Latino/a and Chicano/a education with special attention to educational impacts on Latino males, psychoeducational assessments for diverse populations, and early intervention and literacy with Latina mothers and children. The Hunt Institute cohosted the Readiness Matters Conference with the National Council of La Raza (NCLR) and Southern Regional Education Board (SREB). The conference focused on college- and career-ready (CCR) standards and the impact that successful implementation can have on traditionally underrepresented students in post-secondary programs.  With respect to educational outcomes at the post-doctoral level, Dr. Sibby Anderson-Thompkins, the director of Office of Postdoctoral Affairs, was a panelist for the National Postdoctoral Association conference titled "Institutional diversity postdoctoral fellowships: Growing your own faculty pipeline." The panelists described how institutional fellowships are created, funded, and administered, and discussed career outcomes for minority postdoctoral scholars.

**Research examining factors that influence enrollment for diverse students**

Several units indicated that they conducted assessments to examine factors associated with the enrollment of diverse students at Carolina (4 units, 12.9%). The Office of Undergraduate Admissions, in collaboration with Dr. Patrick Akos, a professor in the School of Education, is currently investigating non-cognitive predictors of college success. Admissions professionals have historically relied on measures of cognitive ability and academic achievement to make decisions about which applicants are admitted to their institutions. While traditional measures like high school grades and standardized test scores are substantial and significant predictors of first-year grade point average, they are not without limitations.  At the very least, selection on the basis of these factors alone potentially decreases ethnic and socioeconomic diversity, and underestimates the likelihood of success for many capable students. Early results of the investigation of a non-cognitive characteristic called grit - broadly defined as perseverance and passion for long-term goals - demonstrates that both self-reported and informant-reported grit explained significant variance in first-year GPA in a sample of currently enrolled students.

The offices related to student enrollment also conducted assessments to examine enrollment patterns in undergraduate students at Carolina. Specifically, the Office of Scholarships and Student Aid worked with the Office of Institutional Research and Assessment to understand the effect of student aid policies on various cohorts of students. This information enabled the unit to further assist in the recruitment, retention, and graduation of a diverse student body; continually improve service to students; and support long-range enrollment and planning goals in support of the instructional mission of the University. Additionally, Admissions conducted a study to examine the relationship between the number of college-level courses high school students pursue and success at UNC, measured by the students' GPA after their first year. Results suggested that college students who completed five to six college-level courses during high school performed better than students who completed fewer than five college-level courses, but performed just as well as students who completed more than six college-level courses. The results from this study encouraged using an evaluation in which students pursuing a reasonable number of college-level courses were evaluated on equal footing as those who pursued six or more. This

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 22 of 28   UNC0377872

evaluation can promote diversity in the undergraduate student body as first-generation college students and underrepresented minorities often attend under-resourced high schools that have less access to college level courses.

**Diversity climate assessments in departments and units**

Diversity research at Carolina included diversity climate assessments that gauged the unit's commitment to the University's diversity goals (8 units, 25.8%). For instance, Ms. Crystal Adams, the Director of Diversity, Engagement and Outreach at the Morehead Planetarium and Science Center (MPSC) was licensed to administer the Intercultural Development Inventory (IDI) - an assessment tool for building cultural competence in an organization. The MPSC received a score of 103 (lowest score is 55, and the highest score is 145), indicating that MPSC was an organization that had "an orientation that highlights cultural commonality and universal values and principles that may also mask deeper recognition and appreciation of cultural differences." Another notable demonstration of a diversity climate assessment came from the Office of Accessibility Resources and Services (housed in Student Affairs). The office conducted the Signature Assessment Plan for Accessibility Resources and Service to help them identify areas where the office may need to do more targeted outreach, which includes providing diversity training and education. Other programs within Student Affairs – such as the Tunnel of Oppression and Safe Zone - conducted post-training assessments for their diversity training programs to enhance the diversity learning experience for students, faculty, and staff at Carolina.

Diversity assessment also entailed tracking the composition and academic experience of underrepresented students at Carolina. For example, the Graduate School continued to track the number of underrepresented minority students who applied to graduate degree programs, were accepted to the respective programs, and matriculated into degree programs. The Diversity and Student Success program have devised a plan to track retention and time to degree completion in underrepresented minority doctoral graduate students across the academic programs. The School of Social Work, on the other hand, began to assess students' perceptions on how well instructors placed diverse perspectives into their course material and whether instructors were culturally sensitive and respectful. The School of Social Work's Student Services Team also administered an "Implicit Curriculum" Survey for graduating students to better understand the students' thoughts about how well the school addressed different areas of diversity and created a welcoming and supportive environment for students from all backgrounds.

**Summary of perceived impact in advancing the University five diversity goals**
Advancing diversity is essential for promoting academic excellence and institutional relevance at Carolina. In this regard, many units shared the perceived benefits of promoting diversity and inclusion such as the compositional rise of minority students and faculty. Below, we highlight the most notable perceived impacts as reported by the units:

- Campus-wide diversity education, orientation, and training programs greatly increased the community's awareness to the importance of diversity in higher education.
- Faculty, staff, and students involved in preparing and providing diversity education, training, and workshops have noted substantial gains in multicultural knowledge and understanding of diverse perspectives as well as issues of diversity.

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 23 of 28   UNC0377873

- Diversity events have been essential for devising future cross-campus diversity training. Many campus community members felt inspired by the training programs, workshops, and webinars, and sought to implement strategies that would advance diversity in their unit and beyond.
- Diversity events have brought to light the prevalence and negative impact of racial micro-aggressions on racial minority students, faculty, and staff. For example, most of the white students attending the Interactive Theatre Carolina's program on racial micro-aggressions indicated that they became more aware of the race-related experiences that burden the lives of their non-white counterparts.
- Building awareness to racial- and gender-related experiences have inspired program attendees to become an active member in promoting racial equality and equity. For example, after attending the "Undoing Racism" training program, staff members at the Center for Health Promotion and Injury Protection initiated a book club focused on topics related to diversity and the promotion of racial equity.
- Units noted three types of website content that played an important role in recruiting diverse students, faculty, and staff. These showcase the unit's diversity statement, feature the accomplishments of diverse campus community members, and present the racial composition of students, faculty, and staff.
- The positive implications of exerting effort to increase the enrollment rates of students from minority backgrounds were well-evidenced in several units. For example, in the School of Media and Journalism, the overall number of undergraduate minority students increased from 16 percent (2009) to 22 percent (2014). At the graduate level, the composition of minority students in the residential Master's program in the School of Social Work increased from 12.5 percent (2009) to 24.2 percent (2014), while student enrollment for minority students at the School of Pharmacy increased from 32 percent in 2007 to 44 percent in 2014.
- Diversity efforts had an important role in increasing the retention and graduation rate of racial minority students. For example, at the School of Pharmacy, the school's graduation and the board licensure rate exceeded 98 percent for all students. Similarly, the School of Public Health reported sustaining 88 percent graduation rates for all students in their programs.
- Shared responsibility in advancing the University diversity goals promotes cross-campus collaboration in the recruitment and retaining of diverse students, faculty, and staff, as well as embodying policies and procedures that advance diversity and inclusion at Carolina. For example, the Office of University Council worked with many campus units to assist with the review of faculty promotion and tenure actions, to advise departments and programs regarding academic appeals, and ensure compliance with diversity and non-discrimination requirements.

**Summary of reported challenges in advancing the University's five diversity goals**
If Carolina endeavors to continuously grow into a diverse and inclusive academic institution, the campus community must publicly acknowledge and address some of the barriers and challenges that forestall its progress in advancing the University's five diversity goals. By bringing to light these challenges, the DMA Office hopes that campus units share accountability, collaboration, and an unwavering willingness to confront these issues.

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 24 of 28   UNC0377874

- Units indicated concerns about not having a clearly publicized definition of diversity at the University. Challenges of defining diversity arose due to the vast heterogeneity in how diversity is conceptualized across different units and cultural groups.
- The lack of competitive student support programs and packages (e.g., funding) to attract diverse applicants also limited progress in advancing diversity. For example, the School of Social Work attributed challenges in recruiting diverse graduate students to less competitive stipends and financial benefits compared to other academic institutions. The School also noted that the challenges of attracting and retaining a more diverse student population were further exacerbated by recent increases in in-state and out-of-state tuition.
- Another challenge in the advancement of diversity was a shortage of qualified diverse student candidates. For example, the School of Law reported facing challenges in maintaining a highly diverse student population as the number of diverse law school applicants was limited and declining. Moreover, this challenge was amplified for some academic fields, such as academic librarians, because only a small proportion of underrepresented minorities have historically and presently are pursuing degrees in those fields.
- The low numbers of diverse faculty members on campus also negatively influenced efforts to retain and support other diverse faculty members. The School of Social Work aptly noted that faculty from underrepresented groups preferred academic communities where they could interact with scholars with similar backgrounds, experiences, and heritage. Similarly, the School of Education mentioned that faculty of color often felt like they were "representatives" of their group and, in turn, felt as if they were the sole bearer of advancing diversity in their home institution.
- Time constraints and scheduling conflicts posed difficulties for campus community members to attend diversity training, workshops, and seminars.
- Available space and location also hindered the diversity training programs. For example, the UNC Nutrition Research Institute, located off-campus, faced challenges when attending diversity training programs on the main campus.
- Challenges emerged in facilitating open and honest conversations around topics related to diversity. The following are some reasons.
  - First, due to the broad meaning of diversity, some units felt that the discussions pertaining to diversity were unfocused.
  - Second, several units struggled with identifying a successful approach to ensure that all participants were comfortable discussing diversity-related issues. This was especially evident this year when race relations played a major role in the local and national news. Engaging campus community members around discussions of privilege, racial discrimination, and prejudice can be a challenge due to the sensitive nature of such topics.
  - Third, the small proportion of diverse students, faculty and staff at Carolina said they were tasked with advancing diversity without support. In turn, these aforementioned barriers serve as a hindrance to productive and honest diversity-oriented conversations – the very foundation of a richly diverse community.
- Another concern raised by units was about the lengthy processes involved in making job offers to job candidates. A few units reported losing highly qualified minority faculty candidates because they were unable to offer positions in a timely manner.

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 25 of 28   UNC0377875

# Commentary and Recommendations

## Commentary

### Current State of UNC's Diversity

**Student racial/ethnic and national diversity**: In 2014, minority (i.e., black, American Indian, Hispanic and Asian) students made up 27.6 percent of the undergraduate and 26.7 percent of the graduate/professional student body. Further, in relation to student demographic data from 2013, no significant variations in racial/ethnic composition were observed. It is also noteworthy to mention that comparisons between UNC's 15 benchmarking peer institutions from the 2013 data of the Integrated Postsecondary Education Data System (IPEDS) revealed that six institutions had a higher representation of underrepresented minority (URM; i.e., black, American Indian and Hispanic) students in their undergraduate population. Moreover, UNC's composition of Asian students fell below 12 of its peer institutions for undergraduate and graduate/professional populations, while UNC reported the lowest composition of international students in undergraduate and graduate/professional populations in relation to its benchmarking peer institutions. In sum, more than two-thirds of our peer institutions reported a higher concentration of diverse students on their campuses.

**Faculty racial/ethnic, gender and national diversity:** In 2014, 21.7 percent of faculty members self-reported into one of the minority groups (i.e., black, American Indian, Hispanic and Asian). In relation to UNC's 15 benchmarking peer institutions, the 2013 IPEDS data indicated that UNC ranked first and second for the presence of female (45.4 percent) and URM (9.5 percent) faculty members, respectively. Unfortunately, it is also important to mention that UNC fell below 14 of its peer institutions with respect to the presence of Asian faculty members and international faculty. Thus, although UNC has a relatively higher presence of URM faculty members than most of its peer institutions, UNC claims one of the least diverse faculty populations. This is because when the number of URM, Asian and international faculty are combined, the percentage of diverse faculty members was 23.5 percent, which was lower than most of the UNC benchmarking peers.

Ensuring the educational benefits of diversity for students requires the presence of a critical mass of diverse students, faculty and staff as "the educational experiences and outcomes of individual students are enhanced by the presence of diversity on campus" (Jeffrey F. Milem, *The Educational Benefits of Diversity: Evidence from Multiple Sectors*). To achieve this aim, it is crucial that the University puts forth greater effort into recruiting more diverse students and faculty members including international students and faculty. The Office of World View pointed out that preparing students to succeed both professionally and personally in today's pluralistic society requires a significant investment toward training students and faculty to lead the charge in cultivating UNC's engagement, reach, and visibility locally and globally.

**Academic Success of URM and Historically Underserved Undergraduate Students:** The average four-year graduation rate for undergraduates in the 2008, 2009, and 2010 cohorts revealed significant discrepancies between URM and first-generation students, and among URM males in particular. For example, the average four-year graduation rates of black and American Indian male students were 16 and 17 percent lower than the rate of all the males. Thus, it is imperative that UNC explores and identifies solutions for effectively closing achievement gaps. The recently established campus

Case 1:14-cv-00954-LCB-JLW   Document 155-12   Filed 01/18/19   Page 26 of 28   UNC0377876

workgroup for the Provost Minority Males Program is one of the many efforts to confront issues that impede academic success in minority males and also provides resources and other support structures to help minority males succeed.

**Campus-wide Efforts in Advancing the Diversity Goals**
In the recent 2014- 2015 academic year, all of the 31 reporting units were actively engaged in publicizing the University's commitment to diversity. Also notable was that more units reported that they assigned diversity liaisons or formed diversity committees to develop and conduct diversity-related activities.

To attract more high-achieving diverse students to UNC's undergraduate programs, more than half of the reporting schools/units implemented programs that targeted high school students and community college students from diverse populations and/or low income families. Further, to attract diverse faculty and staff members, units indicated that they advertised positions in minority organizations such as the National Association of Black Journalists, participated in national and local job fairs, and utilized the University's Targeted Hiring Program to recruit diverse faculty and staff. Schools and units also made an effort to provide resources such as tutoring, research fellowship, and other academic enrichment programs to minority and first-generation students in an effort to increase retention for diverse students. For faculty members, units reported strategies such as offering pre-emptive salary increase or counter-offers, providing networking opportunities, and mentoring programs to diverse faculty members.

Diversity-related education and intergroup interaction were offered by many of the reporting schools and units in the academic year. Efforts to provide diversity education were evidenced by units that designed courses to examine diversity, equity, and cultural competency in a field of study such as public health. In addition to diversity education, other diversity training and orientation opportunities were available for students and faculties to discuss inequality, implicit biases in the workplace, and other topics that relate to diversity. It is important to note that many schools/units joined together to offer diversity-related programs on campus. Moreover, feedback from the attendees indicates that the programs enhanced understanding and appreciation for multiculturalism and diverse perspectives.

Carolina also demonstrated its commitment to diversity by orchestrating research that examines diversity, equity, social justice, discrimination, and the wellbeing of individuals, families, and communities from underserved backgrounds.  In addition, a number of administrative units conducted research to examine factors that influences the enrollment of URM students at Carolina. The units, in turn, utilized the findings from these studies to develop effective recruitment and retention strategies and to, ultimately, cultivate a diverse and inclusive campus community at UNC.

## Recommendations
- To increase the presence of diversity on campus, additional resources should be allocated toward recruiting students and faculty from diverse backgrounds, including international students and faculty.
- The University should continue to develop coordinated institutional strategies for eliminating achievement gaps for URM and historically underserved undergraduate students.
- To improve the academic experience and outcomes of URM students, the University should exert more effort into assessing and evaluating the effectiveness of the current institutional strategies in place.

[ PAGE  \* MERGEFORMAT ]

- To facilitate cross-campus diversity efforts, the University should develop a working definition of diversity that is widely acknowledged and accepted by the University community.
- In light of concerns about the lack of time and resources allowed to participate in diversity training, it is encouraged that the University provide online diversity education, training and seminars in one central location (e.g., an official UNC diversity web page) to make these resources easily accessible to the campus community and beyond.
- To use institutional data to inform decisions. Recently the Office of Institutional Research and Assessment has diversity data posted on its website.
- To create infrastructure within department, unit or division to address inclusive excellence. This may be in the form of a diversity committee or inclusive excellence committee.
- Take full advantage of diversity education opportunities at the University.

[ PAGE  \* MERGEFORMAT ]