# EXHIBIT 48

## UNC Chapel Hill - Student Affairs 2010-15 Strategic Plan (UNC0379113-31)

# UNC Chapel Hill - Student Affairs
# 2010-15 Strategic Plan

## *Fostering Student Learning and Success*



**Goals**
Provide quality learning experiences
Promote a safe, supportive and inclusive campus environment
Engage with students and other internal and external constituents
Develop and manage human, financial, physical and technological resources to
provide efficient and effective delivery of student support services




## Core Values

- Leadership and Service
- Health, Wellness, Safety and Resiliency
- Inclusion and Accessibility
- Culture of Learning
- Ethics and integrity (i.e. responsible, respectful, ethical)

## Organizational Support

(Keys to Success)
- Financial Planning
- Facilities & Environment
- Communication
- Technology
- HR Management
- Assessment
- Development

Case 1:14-cv-00954-LCB-JLW   Document 155-13   Filed 01/18/19   Page 2 of 20      UNC0379113

**Strategic Goals and Objectives**

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| **Goal 1. Provide quality learning experiences** | | | | |
| 1.1. Establish and assess a set of common learning outcomes/competencies for students (Theme 1 Academic Plan) | | | | |
| 1.1.1 Identify best practices related to common learning outcomes/competencies in Student Affairs and Higher Education | Identify which SA departments have learning outcomes/competencies for students and gather information from higher education associations | Collect the data | 2013-2014<br><br>By August 2012 - completed | Leadership and Engagement Theme Team |
| 1.1.2 Provide opportunities for input across student affairs via an open forum | Schedule and host | Post event evaluation | 2013-2014<br><br><br>September 2012 - complted | Completed |
| 1.1.3 Identify core group to refine the list of common learning outcomes/competencies in Student Affairs at UNC | Group selected | Create memo and outline recommendations | 2013-2014<br><br><br>Completed | Completed |
| 1.1.4 Develop an implementation plan for launching the initiative | Recommendation plan presented as overall report | Benchmarking best practices | 2013-2014<br><br>By December 2013 - | Competency Steering Committee |

UNC0379114

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| | | | completed | |
| 1.1.5 Promote awareness about the model across SA and the University | University community is aware of the outcomes/competencies | Promote a plan to communicate the plan in a variety (at least 25 methods) of campus communication platforms | 2013-2014

December 2012 - ongoing | Marketing and Branding Sub-committee |
| 1.1.6 Provide professional development workshops for implementation at the unit level | Develop a standardized workshop for Student Affairs and every unit has completed the training | 1) Evaluation for the workshop
2) Follow-up evaluation to determine how it has been implemented in the unit | 2013-2014

1) May 2012
2) November 2013 - ongoing | Professional Development Committee |
| 1.1.7 Develop an assessment plan to evaluate the effectiveness of the competency model | Semi-annual evaluation of the program | Evaluations and annual focus groups | 2013-2014

Not completed - Initiate July 2013 – happens semi-annually in July and December each with students | Assessment Committee |
| 1.2. Ensure that Student Affairs programs are addressing identified learning outcomes/competencies | | | | |
| 1.2.1 Inventory existing programs against identified learning outcomes/competencies | Identify which SA departments have learning outcomes/competencies for students | Upload inventory to My Curriculums into CollegiateLink | 2014-15
Begin 2013-14. Complete by July 1, 2014 | Leadership and Engagement Theme Team |

UNC0379115

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| 1.2.2 Implement assessment strategies to measure identified learning outcomes/competencies | Department level – complete an assessment plan template | Develop an assessment plan that includes priorities | Begin 013-14, complete by June 2014- in progress | Assessment Committee |
| 1.3. Create an accessible and inclusive campus for students (Theme 4 Academic Plan) | | | | |
| 1.3.1 Provide educational opportunities to develop multicultural competency (Diversity Goal 3) | A) PDC offers at least 4 division-wide professional development programs related to this topic.<br><br>B) Each Student Affairs permanent staff member will complete at least one multicultural competency program. | A) Workshops offered and evaluated.<br><br>B) Consider goal achievement when completing annual performance appraisals. | Ongoing - Annually-implement for 2013-14 academic year | Professional Development Committee<br><br>Inclusion & Accessibility Theme Team<br><br>Supervisors |
| 1.3.2 Fully Implement the diversity goals from the SA diversity plan (See Appendix A) | Staff will work intentionally and collaboratively to implement goals | Assess accomplishment of goals in year-end reports | Ongoing - Annually beginning with 2013-14 year | AVC Shuford and Inclusion & Accessibility Theme Team |
| 1.3.3 Incorporate universal design concepts in physical spaces, policy and program development and implementation. (Diversity Goal 3) | A) Complete the accessibility inventory and address findings<br>B) Develop and implement universal design guidelines for use in Student Affairs | A) Submit report to OVC to incorporate into the annual report and outline action steps taken to address findings<br>B) Guidelines developed and incorporated into standard practice. | Not completed<br>A) Report Completed by June 30, 2014<br>B) Guidelines developed by the Inclusion and Accessibility Theme | Inclusion and Accessibility Theme Team |

UNC0379116

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| | | | Team by April 30, 2014 and utilized on an ongoing basis. | |
| 1.3.4 Ensure that images, materials, and art are representative of the diverse populations of the campus (Diversity Goal 2) | Address these topics in the accessibility inventory (1.3.3) and guidelines (1.3.3) | A) Submit report to OVC to incorporate into the annual report and outline action steps taken to address findings B) Guidelines developed and incorporated into standard practice. | Not completed – A) Report Completed June 30, 2015 B) Guidelines developed by the Inclusion and Accessibility Theme Team by April 30, 2014 and utilized on an ongoing basis. | I&A Theme Team |
| 1.4 Promote intentional student engagement (Theme 5 Academic Plan) | | | | |
| 1.4.1 Provide ongoing opportunities for involvement for all students | Map competencies to existing programs by department | Use data from Collegiate Link and existing data sets to identify levels of engagement | Annually | Leadership and Engagement Theme Team |
| 1.4.2 Provide ongoing opportunities for increasing levels of responsibility in informal and formal leadership development | Provide a continuum (novice to advanced) of leadership opportunities through all student development | Map the continuum of opportunities available within existing programs | Not completed - July 1, 2014 | Competency Sub-committee |
| 1.4.3 Promote and use Collegiate Link as a portfolio for student | Identify current active usage statistics and increase usage by 25% each year for three years until at 75% threshold | Access usage annually and produce usage statistics year-to-year | Still in review - Begin in 2013-14 | Competency Sub-committee |

UNC0379117

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| involvement | can be maintained. | comparisons. | | |
| 1.4.4 Provide opportunities for self-reflection and feedback | Provide opportunities for self-reflection and feedback in the CollegiateLink system | Develop departmental self-reflection and feedback questions to upload into CollegiateLink that are associated with departmental programming (Assessment Committee) | Not complted - Implement in 2014-15 | Competency sub-committee |
| 1.5 Develop responsible, respectful and ethical citizens (Theme 4 Academic Plan) | | | | |
| 1.5.1 Emphasize the qualities of respect, civility, inclusion, and engagement (Diversity Goal 4) | Charge the Diversity and Inclusion Theme Team with identifying and articulating these values for Student Affairs. | Values statement developed | June 30, 2015 | Inclusion & Accessibility Theme Team |
| 1.5.2 Create opportunities for students to discuss core values, beliefs, and personal identity development (Diversity Goal 4) | Each department incorporates these values into a new or existing program/service (one per year) for students to discuss core values, beliefs and personal identity development. | Each department reports the program/service that fulfilled these criteria in their annual report. | June 30, 2015 | All departments Reviewed by SET |
| 1.5.3 Educate and promote adherence to the Honor Code including academic integrity | Offer and encourage participation in in-house trainings related to the Honor Code. | Training offered and assessed. | June 30, 2015 | Director of Student Conduct |
| 1.6 Prepare students to be competent in life skills necessary for success | | | | |
| 1.6.1 Continue career | UCS collaborates with | Offer, assess and report | Ongoing - June 30, | University Career Services |

UNC0379118

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| development programming | Student Affairs departments to identify and offer life skills training as needed | programs in the annual report | 2014 | |
| 1.6.2 Expand financial literacy programming | Partner with relevant student groups and departments to identify training opportunities. | Offer, assess and report partnership programs in the annual report. | In progress - June 30, 2014 | DOS |
| 1.6.3 Expand student employee professional development | Review the effectiveness of the 2012-2013 Target Grant leadership training program and develop in-house Student Affairs student employee training. | Training schedule developed and implemented | In progress (Target grant is no longer available) - June 30, 2014 | To be determined (recommendations from Target group/HR-Finance Sub-group ) |
| **Goal 2. Promote a safe, inclusive and sustainable campus environment** | | | | |
| 2.1. Promote personal and property safety in and around campus and the community | | | | |
| 2.1.1. Conduct a review and assessment of current emergency response protocols and policies with a focus on communication mechanisms and response awareness | • VC appoints ad hoc committee to conduct review<br>• Review is conducted<br>• Report is prepared for VC | Completion of steps | May 2014 – not completed | Vice Chancellor for Student Affairs |
| 2.1.2. Develop a comprehensive set of protocols and policies | • Based on feedback from report… ad hoc committee | Completion of steps | August 2014 – not completed | AD Hoc Committee |

UNC0379119

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| based on best practices for campus safety and security | develops recommendations for protocols and policy <br> • - Submit recommendations to VC | | | |
| 2.1.3. Educate the community about personal and property safety <br><br> 2.1.3.1. Increase awareness of emergency response protocols <br><br> 2.1.3.2. Provide trainings on personal safety and prevention strategies <br><br> 2.1.3.3. Promote and support campus transportation options <br><br> 2.1.3.4. Develop a campus safety and security marketing campaign including appropriate signage | • Create central point(s) of contact/info on topic to include DOS, DPS, EEAC & Parents Council <br> • Develop a marketing plan inclusive of PSA's & mobile alert notices <br> • Increase % of faculty/staff/student training ops and trained in CPR/First aid and Shots Fire/Active Shooter response <br> • -Incorporate info into summer orientation Safety program and new Faculty/Staff orientation | Awareness pre/post survey <br><br> Track number of faculty/staff/students trained | Ongoing – Begin in 2013-2014 | Health, Safety, Wellness, and Resiliency Theme Team |
| 2.2. Promote an ethic of environmental responsibility and facility sustainability | | | | |

UNC0379120

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| 2.2.1. Develop an environmental responsibility and space use philosophy and statement of space utilization to insure sustainable, efficient, transparent, and consistent space use | • VC appoints ad hoc committee (include BJ Tipton & Scott Hudson) to draft <br>• VC review, feedback, ad hoc committee finalize recommendations | Completion of steps | May 2014 – not completed | Ad Hoc Committee |
| 2.2.2. Conduct an assessment of current environmental sustainability practices and an inventory of existing space utilization to include an evaluation of current and future needs | • Ad hoc committee to conduct review <br>• Review is conducted <br>• Report is prepared for VC <br>• Based on feedback from report… ad hoc committee develops recommendations for sustainability and future needs <br>• Submit recommendations to VC | Completion of steps | August 2015 | Ad Hoc Committee |
| 2.2.3. Incorporate universal design principles, inclusive aesthetics, and energy saving practices in construction projects and programmatic endeavors | Development of professional development committee workshop on universal design, inclusive aesthetics and green energy practices | Delivery of workshop; # of attendees | 2013-2014 – not completed | Professional Development committee, Assoc. VC Payne |
| 2.2.4. Identify the potential for strategic synergistic opportunities through physical space connections | Ad hoc committee makes recommendations to VC through report | Completion of step | 2014-2015 | Space Use ad hoc committee |
| 2.2.5. Promote energy efficiency practices within SA offices | • Create central point(s) of contact for info on topic | Completion of steps | 2016-2017 | Dr. Payne, etc. |

UNC0379121

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| and facilities<br>2.2.5.1. Develop marketing strategy and campaign around sustainable practices<br>2.2.5.2. Educate departments about Green Event guidelines and encourage the use of these in event planning<br>2.2.5.3. Provide incentives for energy efficiency (i.e. recycling) in all SA offices and facilities<br>2.2.5.4. Educate departments about incentivization opportunities (i.e. Green Fee)_ | (include BJ Tipton & Scott Hudson)<br>• Develop marketing plan inclusive of PSA's<br>• est. system for tracking of events<br>• -Incorporate into professional development training opportunities | | | |
| **Goal 3. Engage with student and other internal and external constituents** | | | | |
| 3.1. Promote communication and collaboration with undergraduate, graduate, and professional student body. | | | | |
| 3.1.1. Utilize maximally effective communication mediums for targeted constituency groups (Diversity Goal 1, (Theme 5 Academic Plan) | Identify best practices | Implement best practices | June 30, 2014 – on-going | Kerrenda Crandol, Communications & Events Coordinator |

UNC0379122

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| 3.1.2. Collaborate with academic and student services colleagues in graduate and professional programs to maximize communication with students | Staff will work intentionally and collaboratively with academic partners to Identify how colleagues are using social media to communicate with students at the September SAC meeting. | Inventory of common practices and ways to share and access resources | October 2013 - completed | Marketing and Communications Committee |
| 3.2. Increase communication within Student Affairs and identify opportunities for collaboration across departments. | | | | |
| 3.2.1. Identify communication mediums used within Student Affairs | Collect information on communication mediums from every SA department | Inventory completed | 2012-2013<br><br>Summer 2013- completed | Marketing & Communications Committee |
| 3.2.2. Create a master Student Affairs calendar | Identify major Student Affairs and department activities to be posted in the calendar | Calendar completed/Number of hits (usage) | Fall 2013 - completed | Crystal King and Desirée Rieckenberg, SAIT representative |
| 3.2.3. Share information throughout Student Affairs | Identify a common mode of communication (e.g., Share Point) | Consult with SAIT. IT and the SA Marketing and Communications Committee and assess the effectiveness of the medium | Spring 2013 – on-going | Marketing and Communications Committee |
| 3.3. Increase student, faculty, senior administration (including Board of Trustees) and staff awareness of Student Affairs as a vital, integral component of the student | | | | |

UNC0379123

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| experience at Carolina. | | | | |
| 3.3.1. Presentations from SA offices and student organizations at BOT meetings | Demonstrate awareness of material following the presentation | Informal feedback and follow-up questions from BOT members | Ongoing | Vice Chancellor Crisp |
| 3.3.2. Increase partnerships among departments in SA and with other campus units on University initiatives | Staff will work intentionally and collaboratively with academic partners on a regular basis | Number and quality of partnerships<br><br>Include in annual reports | Ongoing | All departments and SET |
| 3.3.3. Include presentations from Student Affairs departments and committees at SAC meetings or other Student Affairs gatherings | Meeting and event coordinators will be intentional in including presentations in meetings and gatherings | | Ongoing | Assoc, VC Shuford |
| 3.3.4. Develop and distribute materials to market the value of Student Affairs to internal constituents | Increase in the number and quality of submissions for the SA Newsletter | Feedback from users (i.e. survey results) | Ongoing | Kerrenda Crandol, Marketing & Communication Committee |
| 3.4. Enhance communication with parents, families, and alumni and increase their participation in, and support of Student Affairs initiatives. (Diversity Goal 1) | | | | New Students and Carolina Parent Programs |

UNC0379124

| | Criteria for Success | Methods to Assess | Timeline | Coordinated By |
|---|---|---|---|---|
| 3.4.1. Support initiatives around communication with families | Staff will work intentionally and collaboratively with NSCPP | Number and quality of partnerships | Ongoing | New Students & Carolina Parent Programs |
| 3.4.2. Increase visibility of initiatives and accomplishments in SA across campus and externally | TBD by the Marketing and Communications Committee | Completion of a communication strategy | 2014-15 | Marketing & Communication Committee |
| 3.4.3. Develop and distribute materials to market the value of Student Affairs to external constituents | Develop an annual publication highlighting accomplishments for the academic year | Publication competed and distributed | Fall publication beginning Summer 2013 – on-going | Kerrenda Crandol |
| 3.5. Create sustainable and successful community relationships. | | | | |
| 3.5.1. Support community outreach initiatives of SA units | Develop a Community Relations committee | Identify and implement goals and action steps | Meet quarterly beginning in 2015-16 | Aaron Bachenheimer |
| 3.5.2. Maintain engagement with local community initiatives (e.g., Chapel Hill 2020) | Staff will work intentionally and collaboratively with community partners | Number and quality of partnerships | 2014-15-Ongoing | Aaron Bachenheimer |
| 3.5.3. Target and cultivate development opportunities | | | 2013-14 | Mary Murray, Director of Development & External Relations an MGO |
| Goal 4. Develop and manage human, financial, physical and technological resources to | Greater efficiency across Student Affairs | Identify and implement goals and action steps | | First Group |

UNC0379125

| | | | | |
|---|---|---|---|---|
| provide efficient and effective delivery of student support services. (First Working Group) | | | | |
| 4.1 Create long-term fiscal plan to support strategic initiatives and ongoing operations | Comprehensive development and marketing strategic plan with specific and targeted outcomes | Listed in detail below | Listed in detail below | Listed in detail below |
| 4.1.1. Develop a specific and comprehensive plan to secure new funding sources (i.e., alternatives to dependence upon state budget and auxiliary units) | Comprehensive development and marketing strategic plan with specific and targeted outcomes | • Preliminary plan with marketing and development targets and recommended actions to reach the targets<br>• Approved plan with defined action steps<br>• Opportunities within individual units<br>• Upcoming capital campaign | June 2014 –progress made, ongoing<br><br><br>June 2015<br><br>June 2015<br><br>June 2015 | FIRST Lead: Mary Murray<br><br>Others: Marketing and Communications Committee, Capital Campaign Committee, Larry Hicks |
| 4.1.2. Determine sustainable funding strategies for core functional areas | Comprehensive assessment strategic plan with specific and targeted outcomes | • Preliminary plan with assessment targets and recommended actions to reach the targets<br>• Approved plan with defined action steps<br>• Approved three year phasing plan/budget targets<br>• Needs assessed and inventoried recommended actions to reach the targets | June 2014<br><br><br>June 2015<br><br>June 2015<br><br>June 2015 | FIRST Lead: Audra Slavin<br><br>Others: First Working Group |
| 4.1.3 Develop a long term plan for | Comprehensive facilities plan with specific and targeted | •Preliminary plan with | June 2015 | FIRST Lead: Larry Hicks, Crystal King, |

| | outcomes | assessment targets and recommended actions to reach the targets | | April Mann |
|---|---|---|---|---|
| all facilities to include new facilities and renovation of existing facilities | Long term project inventory and space needs for all of SA clearly identified and prioritized | • Approved plan with defined action steps | June 2016 | Others:<br>• Facilities Planning<br>• Department heads with capital projects<br>• Audra Slavin<br>• Auxillary departments |
| 4.2. Cultivate and sustain a positive work environment for all staff. (Theme 2 Academic Plan) | | Listed in detail below | Listed in detail below | Listed in detail below |
| 4.2.1. Conduct and report department self-audits of SA working environment. (Diversity Goal 2, Unit Director) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Shanna Fleenor<br><br>Others: Inclusion & Accessibility Theme Team |
| 4.2.2. Provide opportunities for ongoing employee feedback (e.g., employee satisfaction surveys, focus groups) (Diversity Goal 2; OVC/Unit Director) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Shanna Fleenor<br><br>Others: Inclusion & Accessibility Theme Team |
| 4.2.3 Advocate for equitable benefits and policies for all employees (SET) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Shanna Fleenor<br>Others: Senior Executive Team |
| 4.2.4 Create and communicate SA employee compensation philosophy and process. (SET) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Shanna Fleenor<br>Others: Senior Executive Team |
| 4.2.5 Implement the Equity and Inclusion Development Plan recommendation from the Inclusion | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | Completed Spring 2013 | |

| | | | | |
|---|---|---|---|---|
| and Accessibility Team (Diversity Goal 3; Supervisors at unit level with support from the Inclusion and Accessibility Theme team) | | | | |
| 4.2.6 Expand recognition categories at the End of the Year Celebration (e.g. new professionals, mid-managers; OVC) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2014 - completed | FIRST Lead: Dr. Shuford<br><br>Others: SALT |
| 4.2.7. Continue to recognize staff accomplishments in the SA Newsletter and other University marketing mediums (SA Marketing and Communications Committee) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | Ongoing | Ongoing<br>FIRST Lead: Dr. Shuford<br><br>Others: Marketing and Communications Committee |
| 4.3. Emphasize and support work/life balance. | | Listed in detail below | Listed in detail below | Listed in detail below |
| 4.3.1 Evaluate / improve effectiveness of SA committees and balance of committee assignments | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: April Mann<br><br>Others: Senior Executive Team |
| 4.3.2. Flextime review (SET) | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Shanna Fleenor<br><br>Others: Senior Executive Team |

UNC0379128

| | | | | |
|---|---|---|---|---|
| 4.3.3 Evaluate leveraging resources; use of student workers, flex time, space, reduce duplications | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2015 | FIRST Lead: Dean Sauls<br><br>Others: Senior Executive Team |
| 4.3.4 Promote opportunities for stress reduction, exercise, etc. | Provide greater efficiencies across Student Affairs<br><br>Establish a professional development calendar | Identify and implement goals and action steps | June 2015 | FIRST Lead: Bill Goa<br><br>Others: Professional Development Committee |
| 4.4. Increase and encourage employee participation in staff development opportunities. (Diversity Goals 3 & 4) | | Listed in detail below | Listed in detail below | Listed in detail below |
| 4.4.1. Provide professional development workshops for implementation at the unit level | Provide greater efficiencies across Student Affairs | Identify and implement goals and action steps | June 2014 – on-going | FIRST Lead: Dr. Shuford<br><br>• Others: Professional Development Committee<br>• SALT |

UNC0379129

| | | | | |
|---|---|---|---|---|
| 4.4.2. Actively promote and encourage participation in professional development opportunities internal and external to the University community | Listed in detail below | Identify and implement goals and action steps | June 2014 – on-going | Ongoing<br>FIRST Lead: Dr. Shuford<br><br>• Others: Professional Development Committee<br>• SALT<br>• Accessibility and Inclusiveness Theme Team |
| 4.5  Improve technology operations and use technology strategically to meet the business needs of departments and Student Affairs | SAIT Co-Department Heads: Define and finalize organizational structure best designed to manage needs of SA.  Include strategy in Goal 4.1.2 | Listed below in detail | Listed below in detail | Listed below in detail |
| 4.5.1 Improve SAIT project management | | To be recommended by SAIT, Co-department Heads and presented to SALT Advisory Board | June 2015 | FIRST Lead: Christopher Payne<br><br>Others: SAIT staff, SALT Advisory Committee |
| 4.5.2 Develop long term funding strategy for resources | | Approved for budget planning | February 2015 | FIRST Lead: Audra Slavin<br><br>Others: SAIT staff, SALT Advisory Committee |

UNC0379130

Completed June 6, 2013
Updated: June 21, 2013
Updated August 10, 2013
Updated October 4, 2013

UNC0379131