**EXHIBIT 51**

**Exploring Race-Neutral Alternatives in Undergraduate Admissions, January 19, 2016 PowerPoint presentation to Committee (Top 10 Percent Plan) (UNC0323680-90)**

# Exploring Race-Neutral Alternatives in Undergraduate Admissions

*Faculty Advisory Committee on Undergraduate Admissions*
*January 19, 2016*



Case 1:14-cv-00954-LCB-JLW   Document 156-3   Filed 01/18/19   Page 2 of 12   UNC0323680

## Working Group Members

Patrick Akos
Taffye Clayton
Lou Perez
Debby Stroman
Consultant: Kara Simmons

Catherine Pierce
Jen Kretchmar
Barbara Polk
Lynn Williford

# Charge

- Identify reasonable alternatives to race-conscious practices in admissions

- Evaluate each alternative on whether it will yield an entering class with equal or greater:
    - Diversity
    - Academic quality

- Present findings to the Advisory Committee on Undergraduate Admissions

# Foundations

- University Mission
- Board of Trustee Policy
- The Academic Plan
- Chancellor's Minority Affairs Review Committee
- Faculty Advisory Committee on Undergraduate Admissions
- Faculty Council

# Approaches

1. Literature Review
2. Work of Peer Institutions
3. UNC Based Research

In-State
- Top 10% Plan
- Top 4.5% Plan
- Top X % + Socioeconomic Diversity
- Strength of Curriculum
- Standardized Testing

Out-of-State
- Top 10% Plan
- Top 5% + Testing
- Grades + Testing

All
- Application Quest

# Findings: In-State Public

## Top 10% Plan

Automatic admission to all public school students ranked in the top 10% of their graduating class

Result:
- Double the size of the admitted class
- Racial/ethnic diversity remains constant
- Greater socio-economic diversity
- Reduced rigor in high school course work
- SAT average ↓130 points

## Top 4.5% Plan

Automatic admission to all public school students ranked in the top 4.5% of their graduating class

Result:
- Admitted class remains the same in size
- Racial/ethnic diversity ↓ 2 percentage points
- Reduced rigor in high school course work
- SAT average ↓75 points

# Findings: In-State

**Testing**

≥ 1280 on SAT

Results:
- SAT average ↑ 60 points
- Reduced rigor in high school course work
- Racial/ethnic/socioeconomic diversity would decline significantly

**Strength of Curriculum + Testing**

5 AP courses & > 1150 on SAT

Results:
- Admitted class increases slightly
- SAT ↓ 4 points
- Diversity of class declined significantly
- Only 81/100 counties represented

# Findings: Out-of-state

## Top 10% Plan

Automatic admission for all out-of-state applicants ranked in the top 10% of their high school graduating class

### Results

- Admitted OOS class ↑ 2000 students
- Academic rigor remains constant
- Racial/ethnic diversity ↓ 13 percentage points
- SAT averages ↓ 100 points

## Top 5% + Testing

Automatic admission for all out-of-state applicants ranked in the top 5% of their high school class and ≥ 1230 on SAT

### Results

- Admitted OOS class size remains constant
- Academic rigor remains constant
- Racial/ethnic diversity ↓ 21%

UNC0323687

# Findings: Out-of-state

### High School Grades + Testing

Automatic admission to all students with grades of all A's and ≥ 1220 on SAT

### Results

- Academic rigor remains constant
- SAT averages ↓ 20 points
- Racial/ethnic diversity ↓ 20 percentage points
- International students ↑ 6 percentage points

# Additional Findings

## NC Students Attending Private High Schools

### Results

- Academic rigor in high school declines
- Racial/ethnic diversity remains constant
- SAT average ↓ 200 points

## Application Quest

Software program designed to maintain/increase diversity and academic qualifications of the admitted class

### Results

- Holistic review is compromised
- Different review processes for different populations

# Conclusion

No identifiable race-neutral approach was found that would result in an admitted class that is academically as qualified while also maintaining or enhancing racial/ethnic diversity.

Therefore, the working group recommends that the Office of Undergraduate Admissions continue to use race/ethnicity as one of many factors when selecting the admitted class of first-year students.