# EXHIBIT 52

# Charge of the Advisory Committee on Undergraduate Admissions
# 2015-2016
# (UNC0372902-03)

# Advisory Committee on Undergraduate Admissions
## 2015-2016

**Faculty Appointees**

| | | |
|---|---|---|
| Martha Alexander | A&S Humanities/Fine Arts Division | 2015-2018 |
| Paul Cuadros | School of Media and Journalism | 2014-2017 |
| Jon Engel | A&S Natural Sciences Division | 2015-2018 |
| Dan Gitterman | A&S Social Sciences Division | 2013-2016 |
| Thomas Otten | A&S Humanities/Fine Arts Division | 2013-2016 |
| Charlene Regester | A&S Social Sciences Division | 2015-2018 |
| Beverly Taylor | A&S Humanities/Fine Arts Division | 2014-2017 |

**Deans (non-Arts and Sciences)**

| | | |
|---|---|---|
| Susan King | School of Media and Journalism | 2014-2017 |
| Douglas Shackelford | Kenan-Flagler Business School | 2014-2017 |

**Ex Officio (non-voting)**

| | |
|---|---|
| Christopher Derickson | University Registrar |
| Stephen Farmer | Vice Provost, Enrollment and Undergraduate Admissions |
| Lee May | Associate Dean, Academic Advising Program |
| Abigail Panter (Chair) | Senior Associate Dean, Arts and Sciences (designee of Karen Gil, Dean of the College of Arts and Sciences) |
| Bettina Shuford | Associate Vice Chancellor for Student Affairs (designee of Winston Crisp, Vice Chancellor for Student Affairs) |

**Consultants (non-voting)**

| | |
|---|---|
| Michelle Brown | Assistant Provost, Academic Support Program for Student Athletes |
| Taffye Benson Clayton | Associate Vice Chancellor for Diversity and Multicultural Affairs |
| Barbara Polk | Deputy Director, Undergraduate Admissions |
| Dan Thornton | Associate Director, Scholarships and Student Aid |
| Lynn Williford | Director, Institutional Research and Assessment |
| Marcus Collins | Interim Associate Dean, Center for Student Success and Academic Counseling |

**CC List**

| | |
|---|---|
| Marcus Donie | Academic Support Program for Student Athletes |
| Ashley Arthur | Office of Undergraduate Admissions |
| Cornelia Burch | Office of Student Affairs |
| Bruce Cairns | Chair of the Faculty, Office of Faculty Governance |
| Joseph Ferrell | Secretary of the Faculty, Office of Faculty Governance |
| Paula Goodman / Ben Haven | Office of Undergraduate Education |
| Garret Hirth | Office of Institutional Research and Assessment |
| Sherri Cloyd | Office of Diversity and Multicultural Affairs |
| Ann Oldham | Office of Academic Advising |
| Rachel Pittman | School of Journalism |
| Marnie Ross | Office of the Registrar |
| Dara Slivka | Center for Student Success and Academic Counseling |
| Amy Tufts | Kenan-Flagler Business School |
| Kathryn Turner | Office of Faculty Governance |
| Anne Whisnant | Office of Faculty Governance |

Advisory Committee on Undergraduate Admissions      8/27/2015

Case 1:14-cv-00954-LCB-JLW   Document 156-4   Filed 01/18/19   Page 2 of 3   UNC0372902

| 2014-2015 Meetings (Location: Steele 3020) |
| --- |
| Meeting #1: Tuesday, September 1, 2015, 3:30-5pm |
| Meeting #2: Tuesday, October 27, 2015, 3:30-5pm |
| Meeting #3: Tuesday, January 19, 2016, 3:30-5pm |
| Meeting #4: Tuesday, March 22, 2016, 3:30-5pm |
| Meeting #5: Tuesday, April 26, 2016, 3:30-5pm |

**Committee Charge:**
From the Faculty Code (http://www.unc.edu/faculty/faccoun/code/Code2005.htm):

4-24. Advisory Committee on Undergraduate Admissions. (a) The Advisory Committee on Undergraduate Admissions consists of the dean of the College of Arts and Sciences or the dean's designee as chair; the associate dean for academic advising in the College of Arts and Sciences; and two other academic deans from outside the College of Arts and Sciences and seven faculty members engaged in undergraduate instruction, all appointed by the chancellor. At least five of these faculty members hold primary appointments in the College of Arts and Sciences. The university registrar, the director of undergraduate admissions, and the vice chancellor for student affairs are ex officio, non-voting members of the committee.

(b) The committee serves in an advisory capacity to the director of undergraduate admissions. In particular, it addresses the design and application of admissions policy, recommends guidelines for special talent and exceptional admissions, and monitors and responds to the national college admissions environment.

(c) The committee meets at least once each semester or more on call of the chair. The chair calls a meeting whenever requested by the director of undergraduate admissions.

Advisory Committee on Undergraduate Admissions					8/27/2015