# EXHIBIT 53

# Advisory Committee on Undergraduate Admissions Meeting Minutes, dated September 30, 2014 (UNC0087705)

Advisory Committee on Undergraduate Admissions
Meeting of September 30, 2014
Minutes

**Members present:** Taffye Benson Clayton, Michelle Brown, Sabrina Burmeister, Chris Derickson, Jon Engel, Stephen Farmer, Daniel Gitterman, Lee May, Layna Mosley, Thomas Otten, Abigail Panter, Bettina Shuford, Beverly Taylor, Dan Thornton, Harold Woodard.

**Members absent:** Paul Cuadros, Susan King, Barbara Polk, Douglas Shackelford, Lynn Williford.

Dean Abigail Panter called the meeting to order at 3:30p.

Steve Farmer gave a brief overview of the Office of Undergraduate Admissions, including its mission, priorities, staff, recent results, ongoing challenges, and public-service efforts.

In the discussion that followed, members:

1. Discussed whether a question on sexual and/or gender identity should be added to the application for admission. The admissions staff will research current practices at peer universities and develop alternatives for the committee to consider.

2. Suggested that the admissions office include section and subject scores when summarizing the standardized-test scores achieved by the entering class.

3. Requested a follow-up conversation about the C-STEP program, including its results and other data, later in the year.

4. Discussed the membership of the Committee on Special Talent—specifically, the possibility of naming one or more additional members from the Advisory Committee, and the importance of naming members who either teach or have taught the courses that undergraduate student-athletes are likely to take. Layna Mosley, who chairs the Committee on Special Talent, observed that the group is focusing more on issues of policy and oversight and less on the evaluation of individual candidates, because the number of students requiring committee review has fallen.

5. Discussed whether the Ad Hoc Committee on Transfer Students, which was disbanded last year, should be reconstituted; and if not, how the Advisory Committee as a whole might better understand and improve the transfer experience. Among the subjects to be considered: Should junior transfer students be admitted to a specific major? Should the benefits of C-STEP be extended to a broader group of community-college transfer students? How might the awarding of transfer credit be improved?

Dean Panter adjourned the meeting at 5p.