# EXHIBIT 54

## 2014-2015 Annual Report of the Advisory Committee on Undergraduate Admissions, dated February 19, 2016 (UNC0283447-65)


**2014-2015 Annual Report**
**Advisory Committee on Undergraduate Admissions**
**February 19, 2016**

**Members:** Sabrina Burmeister (Professor, Division of Natural Sciences, College of Arts and Sciences); Paul Cuadros (Associate Professor, School of Journalism and Mass Communication); Jon Engel (Professor, Division of Natural Sciences, College of Arts and Sciences); Daniel Gitterman (Professor, Division of Social Sciences, College of Arts and Sciences); Susan King (Dean, School of Media and Journalism); M. Layna Mosley (Professor, Division of Social Sciences, College of Arts and Sciences); Thomas Otten (Associate Professor, Division of Humanities and Fine Arts, College of Arts and Sciences); Douglas Shackelford (Dean, Kenan-Flagler Business School); Beverly Taylor (Professor, Division of Humanities and Fine Arts, College of Arts and Sciences).

**Ex officio (voting) members:** Abigail Panter, Chair (Professor and Senior Associate Dean, Undergraduate Education, College of Arts and Sciences, representing Karen Gil, Dean, College of Arts and Sciences); Lee May (Associate Dean, Academic Advising, College of Arts and Sciences).

**Ex officio (non-voting) members:** Chris Derickson (Assistant Provost and University Registrar); Stephen Farmer (Vice Provost for Enrollment and Undergraduate Admissions); Bettina Shuford (Associate Vice Chancellor for Student Affairs, representing Winston Crisp, Vice Chancellor for Student Affairs).

**Consultants (non-voting):** Michelle Brown (Assistant Provost and Director, Academic Support Program for Student Athletes); Taffye Benson Clayton (Associate Vice Chancellor, Diversity and Multicultural Affairs); Barbara Polk (Deputy Director, Undergraduate Admissions); Dan Thornton (Associate Director, Scholarships and Student Aid); Lynn Williford (Assistant Provost and Director, Institutional Research and Assessment); Harold Woodard (Associate Dean, Center for Student Success and Academic Counseling, College of Arts and Sciences).

**Members, <u>Committee on Disabilities</u>:** Tiffany Bailey (Director, Accessibility Resources and Services); Theresa Maitland (Senior Learning Specialist, ADHD/LD Services); Jared Rosenberg (Senior Assistant Director, Undergraduate Admissions).

**Members, <u>Committee on Special Talent</u>:** M. Layna Mosley, Chair (Professor, College of Arts and Sciences); Lissa Broome (Professor, School of Law, and Faculty Representative to the NCAA); Daniel Gitterman (Professor, College of Arts and Sciences); Lee May (Associate Dean, Academic Advising, College of Arts and Sciences); Joy Renner (Associate Professor, Allied Health Sciences); Todd Taylor (Professor, College of Arts and Sciences); Brent Wissick (Professor, College of Arts and Sciences).

**Meetings during 2013-2014:** September 30, 2014; October 21, 2014; January 13, 2015; March 31, 2015; April 14, 2015.

Case 1:14-cv-00954-LCB-JLW   Document 156-6   Filed 01/18/19   Page 2 of 20   UNC0283447

**Report prepared by:** Abigail Panter (Chair and Senior Associate Dean, Undergraduate Education, College of Arts and Sciences); Stephen Farmer (Vice Provost for Enrollment and Undergraduate Admissions).

**Report of activities (see attached summary statistics and key terms):**

1. Oriented new and returning members to the work of the committee and the Office of Undergraduate Admissions by reviewing:
   - The committee's charge and membership;
   - The 2012-2013 annual report to Faculty Council, including the report on student-athletes enrolling in 2013;
   - The University's admissions policy, as found in the *Undergraduate Bulletin*;
   - The committee's previous advice to the Office of Undergraduate Admissions, as expressed in the *Statement on the Evaluation of Candidates* and the *Guidelines for Standardized Testing*;
   - The charges and membership of the Committee on Disabilities and the Committee on Special Talent;
   - Efforts by the Office of Undergraduate Admissions to assess outcomes; and
   - Selected media coverage from April 2014 through September 2014.

2. Discussed the membership of the Committee on Special Talent—specifically, the possibility of naming one or more additional members from the Advisory Committee, and the importance of naming members who either teach or have taught the courses that undergraduate student-athletes are likely to take. Dean Panter subsequently appointed Professor Daniel Gitterman to the committee.

3. Discussed how the Office of Undergraduate Admissions welcomes students who visit campus, noting the crucial role that 200+ students play as Admissions Ambassadors.

4. Received an update from the working group studying race-neutral alternatives in the evaluation of candidates for admission.

5. Received and discussed preliminary information about student-athletes enrolling in 2014, including the nine students who required review by the Committee on Special Talent.

6. Discussed a de-identified application for first-year admission, noting the ways in which the application revealed aspects of each student's potential to contribute to the diversity of the student body, and especially to its socioeconomic diversity.

7. Reviewed and confirmed the format for the annual report to Faculty Council.

8. Discussed, in response to Resolution 2015-3, background information about student-athlete admissions, including detailed information about the academic credentials presented by each student who had been reviewed and recommended by the Committee on Special Talent.

**Addendum—report of 2015-2016 activities to date:**

**Left committee:** Sabrina Burmeister and Layna Mosley (terms ended); Harold Woodard (left University).

**Joined committee:** Martha Alexander (Division of Humanities and Fine Arts, College of Arts and Sciences); Charlene Regester (Division of Social Sciences, College of Arts and Sciences). Dean Kevin Guskiewicz renewed the delegation of the chair to Dean Abigail Panter.

1. Oriented new and returning members to the work of the committee and the Office of Undergraduate Admissions by reviewing:
   - The committee's charge and membership;
   - The 2013-2014 annual report to Faculty Council;
   - The University's descriptions of its admissions policies and practices, as outlined in its January 2015 report to the Southern Association of Colleges and Schools Commission on Colleges;
   - A summary of major decisions by the Advisory Committee since the 1997-1998 academic year;
   - Selected media coverage from June 2015 through August 2015.

2. Discussed changes in the staff and organization in the admissions office and welcomed new assistant and associate directors.

3. Reviewed and discussed the profile of the first-year and transfer classes that entered in Fall 2015, well as the comprehensive, holistic, and individualized evaluations afforded to each candidate for admission.

4. Received a report on the academic progress of the nine student-athletes who enrolled at the University in 2014 after being reviewed and recommended by the Committee on Special Talent.

5. Met jointly with the Faculty Athletics Committee to receive detailed information about athletics admissions, including protected and confidential student information discussed in closed session.

6. Discussed at length Resolution 2015-3, which had been referred to the committee by Faculty Council, eventually voting unanimously to recommend that Faculty Council not adopt the resolution.

# SUMMARY STATISTICS—FALL 2015 FIRST-YEAR CLASS

Total enrolled     4,076

| | | | Need-based aid | 1,406 | 34.5% | | |
|---|---|---|---|---|---|---|---|
| Resident | 3,221 | 79.0% | Merit-based aid | 207 | 5.1% | | |
| Non-resident | 855 | 21.0% | Carolina Covenant | 587 | 14.4% | | |
| Female | 2,421 | 59.4% | | | | | |
| Male | 1,655 | 40.6% | Military-affiliated | 258 | 6.3% | | |
| | | | Military-affiliated receiving benefits | 36 | 0.9% | | |
| U.S. citizens | 3,860 | 94.7% | | | | | |
| U.S. permanent residents | 96 | 2.4% | Talent in athletics, music, or dramatic art | 172 | 4.2% | | |
| Non-resident aliens | 120 | 2.9% | | | | | |
| | | | Rank in class reported | 2,869 | 70.4% | | |
| Fee waiver | 474 | 11.6% | Of those reporting rank in class— | | | | |
| | | |   Top 10 percent | 2,211 | 77.1% | | |
| First-generation college | 760 | 18.6% |   Second 10 percent | 490 | 17.1% | | |
| | | |   Top 10 | 1,214 | 42.3% | | |
| Resident children of alumni | 633 | 15.5% |   1st | 223 | 7.8% | | |
| Non-resident children of alumni | 126 | 3.1% |   2nd | 167 | 5.8% | | |
| Race and ethnicity—federal reporting guidelines | | | GPA reported | 3,598 | 88.3% | | |
|   Non-resident alien | 120 | 2.9% | Of those reporting GPA— | | | | |
|   Hispanic/Latino of any race | 286 | 7.0% |   4.0 or higher | 3,380 | 93.9% | | |
|   Two or more races | 166 | 4.1% |   25th percentile | 4.48 | | | |
|   Race and ethnicity unknown | 172 | 4.2% |   75th percentile | 4.85 | | | |
|   Native American only | 22 | 0.5% | | | | | |
|   Asian/Asian American only | 441 | 10.8% | SAT reported | 3,109 | 76.3% | | |
|   Black/African American only | 300 | 7.4% | Of those reporting SAT— | CR+M | CR | M | WR |
|   Caucasian/White only | 2,565 | 62.9% |   25th percentile | 1200 | 590 | 610 | 590 |
|   Pacific Islander only | 4 | 0.1% |   75th percentile | 1390 | 690 | 700 | 700 |
| Race and ethnicity—all reported | | | ACT reported | 3,026 | 74.2% | | |
|   Native American | 97 | 2.4% | Of those reporting ACT— | ACT | | | |
|   Asian/Asian American | 628 | 15.4% |   25th percentile | 27 | | | |
|   Black/African American | 365 | 9.0% |   75th percentile | 32 | | | |
|   Caucasian/White | 2,894 | 71.0% | | | | | |
|   Hispanic/Latino/Latina | 292 | 7.2% | Either SAT or ACT reported | 4,076 | 100.0% | | |
|   Pacific Islander | 9 | 0.2% | Highest score reported on SAT scale— | CR+M | | | |
| | | |   25th percentile | 1260 | | | |
| | | |   75th percentile | 1420 | | | |

# SUMMARY STATISTICS—FIRST-YEAR APPLIED / ADMITTED

| | APPLIED | | | | | | | ADMITTED | | | | | | |
| --- | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: |
| | 2011 | 2012 | 2013 | 2014 | 2015 | 1 Year | 5 Years | 2011 | 2012 | 2013 | 2014 | 2015 | 1 Year | 5 Years |
| Total | 23,753 | 29,497 | 30,835 | 31,331 | 31,953 | 2% | 35% | 7,469 | 7,847 | 8,243 | 8,930 | 9,510 | 6% | 27% |
| Resident | 9,429 | 9,979 | 9,893 | 9,756 | 10,287 | 5% | 9% | 4,876 | 4,972 | 5,043 | 5,138 | 5,330 | 4% | 9% |
| Non-resident | 14,324 | 19,518 | 20,942 | 21,575 | 21,666 | 0% | 51% | 2,593 | 2,875 | 3,200 | 3,792 | 4,180 | 9% | 61% |
| Female | 14,467 | 17,386 | 18,361 | 18,554 | 18,873 | 2% | 30% | 4,376 | 4,553 | 4,853 | 5,172 | 5,596 | 8% | 28% |
| Male | 9,286 | 12,111 | 12,474 | 12,777 | 13,080 | 2% | 41% | 3,094 | 3,294 | 3,390 | 3,758 | 3,914 | 4% | 27% |
| U.S. citizens | 21,546 | 26,320 | 27,292 | 27,600 | 28,024 | 2% | 30% | 7,046 | 7,303 | 7,604 | 8,221 | 8,725 | 6% | 24% |
| U.S. permanent residents | 543 | 710 | 718 | 715 | 742 | 4% | 37% | 169 | 212 | 195 | 197 | 236 | 17% | 40% |
| Non-resident aliens | 1,664 | 2,467 | 2,825 | 3,016 | 3,187 | 6% | 92% | 254 | 332 | 444 | 512 | 549 | 7% | 116% |
| Fee waiver | 1,967 | 2,681 | 2,710 | 3,505 | 3,488 | 0% | 77% | 480 | 541 | 557 | 840 | 898 | 6% | 87% |
| First-generation college | 4,123 | 4,978 | 4,968 | 5,019 | 5,008 | 0% | 21% | 1,139 | 1,172 | 1,225 | 1,242 | 1,378 | 10% | 21% |
| Resident children of alumni | 1,420 | 1,565 | 1,566 | 1,528 | 1,645 | 8% | 16% | 883 | 907 | 927 | 919 | 981 | 6% | 11% |
| Non-resident children of alumni | 579 | 635 | 677 | 625 | 642 | 3% | 11% | 245 | 269 | 308 | 310 | 322 | 4% | 31% |
| Race and ethnicity—federal reporting guidelines | | | | | | | | | | | | | | |
| Non-resident alien | 1,664 | 2,467 | 2,825 | 3,016 | 3,187 | 6% | 92% | 254 | 332 | 444 | 512 | 549 | 7% | 116% |
| Hispanic/Latino of any race | 1,580 | 2,013 | 2,307 | 2,378 | 2,403 | 1% | 52% | 556 | 585 | 630 | 722 | 760 | 5% | 37% |
| Two or more races | 830 | 1,151 | 1,169 | 1,248 | 1,164 | -7% | 40% | 282 | 363 | 354 | 413 | 407 | -1% | 44% |
| Race and ethnicity unknown | 424 | 611 | 1,867 | 974 | 1,576 | 62% | 272% | 117 | 155 | 484 | 310 | 517 | 40% | 342% |
| Native American only | 92 | 103 | 105 | 80 | 95 | 19% | 3% | 40 | 46 | 31 | 39 | 35 | -11% | -13% |
| Asian/Asian American only | 2,005 | 2,884 | 2,902 | 3,422 | 3,508 | 3% | 75% | 714 | 908 | 901 | 1,088 | 1,199 | 9% | 68% |
| Black/African American only | 2,297 | 2,613 | 2,686 | 2,590 | 2,606 | 1% | 13% | 633 | 611 | 578 | 669 | 668 | 0% | 6% |
| Caucasian/White only | 14,844 | 17,641 | 16,960 | 17,605 | 17,392 | -1% | 17% | 4,870 | 4,842 | 4,815 | 5,175 | 5,370 | 4% | 10% |
| Pacific Islander only | 17 | 14 | 14 | 18 | 22 | 22% | 29% | 3 | 5 | 6 | 2 | 5 | 60% | 67% |
| Race and ethnicity—all reported | | | | | | | | | | | | | | |
| Native American | 378 | 534 | 587 | 513 | 450 | -12% | 19% | 136 | 194 | 185 | 202 | 198 | -2% | 46% |
| Asian/Asian American | 3,854 | 5,491 | 5,653 | 6,561 | 6,803 | 4% | 77% | 1,068 | 1,298 | 1,384 | 1,693 | 1,865 | 9% | 75% |
| Black/African American | 2,736 | 3,254 | 3,393 | 3,274 | 3,245 | -1% | 19% | 749 | 799 | 772 | 880 | 840 | -5% | 12% |
| Caucasian/White | 16,559 | 20,228 | 19,764 | 20,660 | 20,292 | -2% | 23% | 5,487 | 5,642 | 5,625 | 6,109 | 6,306 | 3% | 15% |
| Hispanic/Latino/Latina | 1,661 | 2,168 | 2,471 | 2,558 | 2,594 | 1% | 56% | 574 | 629 | 666 | 755 | 795 | 5% | 39% |
| Pacific Islander | 104 | 66 | 66 | 84 | 83 | -1% | -20% | 28 | 17 | 15 | 14 | 20 | 30% | -29% |

# SUMMARY STATISTICS—FALL 2015 TRANSFER CLASS—ARTS AND SCIENCES

| | | |
|---|---|---|
| Enrolled | 771 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Resident | 551 | 71.5% | Non-traditional | 96 | 12.5% | | |
| Non-resident | 220 | 28.5% | | | | | |
| | | | Carolina Covenant | 136 | 17.6% | | |
| Female | 406 | 52.7% | Need-based aid | 418 | 54.2% | | |
| Male | 365 | 47.3% | | | | | |
| | | | Military affiliated | 63 | 8.2% | | |
| U.S. citizens | 692 | 89.8% | Military affiliated receiving benefits | 41 | 5.3% | | |
| U.S. permanent residents | 43 | 5.6% | | | | | |
| Non-resident aliens | 36 | 4.7% | Transferred from NC Community College | 259 | 33.6% | | |
| | | | | | | | |
| Fee waiver | 125 | 16.2% | CSTEP participant | 56 | 7.3% | | |
| | | | | | | | |
| First-generation college | 237 | 30.7% | First-year transfer | 145 | 18.8% | | |
| | | | Sophomore transfer | 319 | 41.4% | | |
| Children of alumni | 108 | 14.0% | Junior transfer | 307 | 39.8% | | |
| | | | | | | | |
| **Race and ethnicity—federal reporting guidelines** | | | **College GPA** | | | | |
| Non-resident alien | 36 | 4.7% | 25th percentile | 3.5 | | | |
| Hispanic/Latino of any race | 101 | 13.1% | 75th percentile | 3.9 | | | |
| Two or more races | 28 | 3.6% | | | | | |
| Race and ethnicity unknown | 32 | 4.2% | SAT reported | 392 | 50.8% | | |
| Native American only | 2 | 0.3% | Of those reporting SAT— | CR+M | CR | M | WR |
| Asian/Asian American only | 55 | 7.1% | 25th percentile | 1110 | 540 | 550 | 530 |
| Black/African American only | 43 | 5.6% | 75th percentile | 1310 | 650 | 660 | 660 |
| Caucasian/White only | 473 | 61.3% | | | | | |
| Pacific Islander only | 1 | 0.1% | ACT reported | 255 | 33.1% | | |
| | | | Of those reporting ACT— | ACT | | | |
| **Race and ethnicity—all reported** | | | 25th percentile | 23 | | | |
| Native American | 16 | 2.1% | 75th percentile | 29 | | | |
| Asian/Asian American | 94 | 12.2% | | | | | |
| Black/African American | 67 | 8.7% | Either SAT or ACT reported | 496 | 64.3% | | |
| Caucasian/White | 570 | 73.9% | Highest score reported on SAT scale— | CR+M | | | |
| Hispanic/Latino/Latina | 106 | 13.7% | 25th percentile | 1110 | | | |
| Pacific Islander | 5 | 0.6% | 75th percentile | 1320 | | | |

Case 1:14-cv-00954-LCB-JLW   Document 156-6   Filed 01/18/19   Page 7 of 20   UNC0283452

**Summary Statistics—Key Terms**

The data summarized in this report have been validated by the Office of Undergraduate Admissions. In keeping with University policy and practice, and in order to protect the privacy and other rights of individual students, this report does not include aggregate academic data for groups with five or fewer students.

**Fall 2015 first-year class.** First-year students who enrolled at the University for the first time during Fall 2015 semester and remained enrolled as of the census date, which was the 10th day of class. Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not.

**Resident/non-resident.** The residency status of each student, as determined under North Carolina law and using guidelines established by the UNC system. The figures reported here do not include the impact of the so-called Scholarship Provision, the state law by which non-residents who receive full academic scholarships may be counted as residents.

**Fee-waiver**. Students who requested and were granted a waiver of the application fee. The University accepts fee-waiver requests that follow guidelines established by the College Board or the National Association for College Admission Counseling, as well as those submitted by school counselors who attest to their students' financial circumstances.

**First-generation college.** Students for whom neither parent has earned a bachelor's degree.

**Children of alumni**. Any student whose parent, step-parent, or legal guardian attended the University for at least one Fall or Spring semester, whether or not the parent, step-parent, or legal guardian earned a degree.

**Race and ethnicity—federal reporting guidelines.** In 2010 the U.S. Department of Education implemented new guidelines for the reporting of race and ethnicity. Under these guidelines, colleges and universities are required to ask students one question about their ethnicity and a second question about their race. Students cannot be required to answer either question and may choose not to respond. The ethnicity question offers students two choices: Hispanic/Latino or Not Hispanic/Latino. The race question offers students multiple choices and specifies that students may choose all that apply. These guidelines require that colleges and universities report:

- non-resident aliens (that is, global or international students) separately from U.S. citizens and U.S. permanent residents;
- Hispanic/Latino/Latina students separately, regardless of whether they also identify one or more races; and
- all students who report more than one race as a single group, "Two or more races," without reporting the races these students specify.

**Race and ethnicity—all reported.** Because federal reporting guidelines result in incomplete information about the races and ethnicities reported by applicants for admission, the Office of Undergraduate Admissions has developed an alternate method of reporting as a complement to the federal guidelines. This alternate method includes all applicants regardless of their citizenship and summarizes all of the races and ethnicities that students report. Since some students identified themselves as more than one race or ethnicity, the responses exceed the total number of students in the entering class.

**Need-based aid.** Students receiving need-based financial aid in the form of loans, work-study, or grants.

**Merit-based aid.** Students receiving merit-based aid, excluding athletic scholarships.

**Military-affiliated.** Any student who self-identified as currently or previously serving in the United States military, or as a dependent or spouse of someone currently or previously serving.

**Military-affiliated receiving benefits.** Any military-affiliated student who applied for and received federal aid through the U.S. Department of Veterans Affairs.

**Carolina Covenant.** Students who entered the University as Carolina Covenant Scholars.

**Talent in athletics, music, or dramatic art.** Students who enrolled at the University through the special-talent policies and procedures approved by the Board of Governors, the Board of Trustees, the Advisory Committee on Undergraduate Admissions, and/or the faculty Committee on Special Talent. For Fall 2015, these 172 students included 141 for athletics, 20 for music, and 11 for dramatic art.

**Rank in class.** High-school rank in class as reported by the student's high school. The results only include official ranks reported by students' high schools. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate ranks when high schools do not provide them.

**GPA.** High-school grade-point average as reported by the student's high school. The results only include official GPAs reported by students' high school, and only when the school reports GPAs on a 4.0 scale; no estimated GPAs are included. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate GPAs when high schools do not provide them, and it does not recalculate GPAs when high schools provide them on anything other than a 4.0 scale.

**25th percentile.** The value below which 25 percent of all the values in the group fall.

**75th percentile.** The value below which 75 percent of all the values in the group fall.

**SAT reported.** Students who submitted official results from the SAT. The 25th and 75th percentiles are calculated for all students who submitted SAT scores, using the highest score earned by each student reporting a score.

**ACT reported.** Students who submitted official results from the ACT. The 25th and 75th percentile composite scores are calculated for all students who submitted ACT scores, using the highest score earned by each student reporting a score.

**Either SAT or ACT reported.** Highest official score earned by each student on either the SAT (Critical Reading and Math combined) or the ACT Composite, with the ACT Composite converted to the SAT Critical Reading and Math scale using the standard concordance table approved by the College Board and ACT. This method of summarizing test scores best represents the way that scores are used by the University. Under guidelines for standardized testing approved by the Advisory Committee on Undergraduate Admissions, when any candidate for admission submits results from both the SAT and the ACT, the University considers the test with the stronger results.

**Transfer Summary Statistics—Additional Key Terms**

**Fall 2015 transfer class.** Transfer students who enrolled at the University for the first time during Fall 2015 semester and remained enrolled as of the census date, which was the 10th day of class. Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not. In keeping with federal reporting guidelines, UNC-Chapel Hill considers as a candidate for transfer admission any student who has enrolled in college after graduating from high school.

**Non-traditionally aged.** Students who are 25 years old or older on the first day of their first semester at UNC-Chapel Hill.

**North Carolina community colleges.** Students who were attending any of the 58 colleges in the North Carolina Community College System at the time they applied for admission to UNC-Chapel Hill.

**C-STEP.** Students who entered UNC-Chapel Hill as members of the Carolina Student Transfer Excellence Program, which offers guaranteed admission, as well as transition and support services, to low- and moderate-income students enrolled at nine partner community colleges.

**First-year transfer**. Students who enter the University with fewer than 30 transferable hours.

**Sophomore transfer**. Students who enter the University with 30-59 transferable hours.

**Junior transfer.** Students who enters the University with 60 or more transferable hours.

**College GPA.** Cumulative grade-point average earned for all college and university courses attempted after graduating from high school.

# ENROLLING STUDENT-ATHLETES—CLASS ENTERING 2015

**Introduction**

The <u>Office of Undergraduate Admissions</u> has the final decision-making authority for all candidates for undergraduate admission to the University of North Carolina at Chapel Hill. The admissions office follows policies established by the Board of Governors of the University of North Carolina system and by the Board of Trustees of UNC-Chapel Hill. By trustee policy, the admissions office also applies procedures approved by the <u>Advisory Committee on Undergraduate Admissions</u>, an appointed committee of Faculty Council.

Trustee policy provides for the admission of students who "give evidence of possessing special talents for University programs requiring such special talents." The Advisory Committee has approved intercollegiate athletics as one such program and has allocated 160 spaces in each entering first-year class, on average, for students who will participate. In addition to these 160 student-athletes, each year other student-athletes apply and are admitted competitively and without specific consideration of their talent in athletics. Taken together, all student-athletes typically comprise 4 to 5 percent of the entering first-year class each year.

All prospective student-athletes, like all candidates for undergraduate admission, are evaluated comprehensively, rigorously, and holistically by the admissions office. The primary criterion for admission is the student's capacity to succeed academically at the University. Beyond this criterion, there is no formula for admission and no fixed standard that every student must meet. This approach is consistent with guidance provided by the Advisory Committee in its <u>Statement on the Evaluation of Candidates</u> and its <u>Guidelines for Standardized Testing</u>.

**Committee on Special Talent**

Under guidelines established by the Advisory Committee in 2012, the admissions office may offer admission to special-talent students provided they have predicted first-year grade-point averages of 2.3 or higher, fulfill the course and admissions requirements of the UNC system, and meet the same community standards for behavior that all admitted students must meet.

Special-talent students who do not fulfill all of these expectations may be offered admission only if they are reviewed by the Committee on Special Talent, a faculty group established by the Advisory Committee. The <u>charge, procedures, and membership</u> of the Committee on Special Talent are approved by the Advisory Committee and published on the Faculty Council website. By charter, a majority of the committee's voting members must be tenured or tenure-track faculty members in the College of Arts and Sciences. In 2015, the committee consisted of seven members, four of whom were tenured professors in the College.

**Preliminary Evaluations – Applications – Admissions**

In 2015 the University enrolled a total of 188 new first-year student-athletes—152 through the special-talent provisions outlined above and another 36 through competitive review and without specific consideration of their talent in athletics.

To yield this class of student-athletes, 527 candidates were presented by the athletics department for preliminary evaluation for admission on the basis of their courses, grades, test scores, and other information. As a result of these preliminary evaluations, the admissions office advised the athletics department that some prospective students would not be admitted if they applied, the athletics department chose not to recommend other students for admission, and still other students chose to pursue admission to other colleges and universities. Of the 527 students presented for preliminary evaluation, 261 subsequently applied for admission, and 197 were admitted. Fifty-two of the 527 students were identified as requiring review by the Committee on Special Talent; of these 52 students, 14 applied for admission, and nine were admitted. The chart at right summarizes these results.



## About This Report

This document is the third annual report on the admissions credentials of enrolling first-year student-athletes. The current report follows the same format of the first and second reports, which described the classes entering in 2013 and 2014, respectively. The current report uses the same data definitions as the previous reports, except where edited for clarity. All three reports are published on the Faculty Council and Carolina Commitment websites.

The first report was developed by a working group of faculty members and administrators at the request of the Advisory Committee on Undergraduate Admissions, the Office of Undergraduate Admissions, and the Department of Athletics. The group was charged with developing a report that would foster transparency; protect the privacy of individual students; provide context for campus and national conversations about the academic preparation and success of student-athletes; enable assessment of admissions and other academic processes; disaggregate information meaningfully and fairly; encourage ongoing improvement; and provide leadership. The approach that the group recommended was subsequently approved by the Advisory Committee, which presented the first report to Faculty Council in April 2014.

As the working group noted in the first report, any summary of admissions statistics offers at best a partial portrait, given the wide range of qualities that the University considers in admissions, most of which cannot be quantified. This report, like the two previous editions, focuses on the two credentials—test scores and high-school grade-point averages—that are most easily summarized. These two credentials together predict less than a third of the variance in the

Case 1:14-cv-00954-LCB-JLW   Document 156-6   Filed 01/18/19   Page 12 of 20   UNC0283457

eventual academic performance of students who enroll. Other factors—including the personal qualities enumerated in the <u>Statement on the Evaluation of Candidates</u> and assessed through comprehensive review—account for the rest.

**Comparisons**

Because data about athletics admissions are not widely available, it is difficult if not impossible to compare in detail the credentials of the student-athletes described in this report to those of student-athletes at other universities. Limited comparisons with other UNC-system schools are made possible by the intercollegiate athletics report that is presented annually to the Board of Governors. The next edition of this report will be discussed at a Board of Governors meeting later this year; an abstract of the information submitted by UNC-Chapel Hill was presented to the Board of Trustees in September 2015 and is available <u>here</u>. The most recent final Board of Governors report is available in Appendix N in the <u>materials of the January 2015 meeting</u> of the board. Please note that the information in Board of Governors reports cannot be compared directly to the data contained in the current report, since the reports cover different periods of time and use different data definitions.

It is possible to compare the 2015 class with those that entered in previous years. The table at right applies the current standard for student-athlete admissions, based upon predicted first-year grade-point average and first implemented for students enrolling in 2013, retrospectively to the classes that entered between 2006 and 2012. The results enable comparisons on identical criteria across the last ten entering classes of special-talent student-athletes.

|  | All Special-Talent Student-Athletes | Requiring Faculty Review | |
|---|---|---|---|
| 2006 | 157 | 29 | 18% |
| 2007 | 156 | 28 | 18% |
| 2008 | 152 | 17 | 11% |
| 2009 | 159 | 30 | 19% |
| 2010 | 148 | 16 | 11% |
| 2011 | 163 | 23 | 14% |
| 2012 | 167 | 23 | 14% |
| 2013 | 154 | 14 | 9% |
| 2014 | 147 | 9 | 6% |
| 2015 | 152 | 9 | 6% |

Because most colleges and universities report the test scores of their student bodies to the U.S. Department of Education, it is also possible to compare those scores to the scores earned by UNC-Chapel Hill student-athletes. Among the 188 student-athletes who enrolled at the University in 2015, the 25th percentile test score was 1030, and the 75th percentile was 1220. In comparison, in 2013, the last year for which the Department of Education has published data, the median 25th percentile SAT score for the undergraduate student bodies at 48 public and private not-for-profit four-year institutions in North Carolina was 875, and the median 75th percentile score was 1090. Among UNC-system institutions, the median 25th percentile was 960, and the median 75th percentile was 1125. Among public universities in the Association of American Universities, the median 25th percentile was 1110, and the median 75th percentile was 1340.

|  | Student-Athletes at UNC-Chapel Hill | Student Bodies at 48 NC Schools | Student Bodies at 16 UNC Schools | Student Bodies at 33 AAU Publics |
|---|---|---|---|---|
| 25th %ile | 1030 | 875 | 960 | 1110 |
| 75th %ile | 1270 | 1090 | 1125 | 1340 |

Case 1:14-cv-00954-LCB-JLW   Document 156-6   Filed 01/18/19   Page 13 of 20   UNC0283458

FACTS ABOUT ENROLLING STUDENT-ATHLETES—CLASS ENTERING 2015

- The first-year class that enrolled in 2015 included 188 student-athletes.

  - The 25th percentile high-school grade-point average (HS GPA) for these 188 students was 3.44, and the 75th percentile was 4.40.

  - The 25th percentile test score was 1030, and the 75th percentile was 1270.

- In regard to UNC-system requirements:

  - 187 of the 188 student-athletes met both the testing and the HS GPA components of the minimum admissions requirements (MAR).

  - All 188 students met the HS GPA component of MAR; one student met the HS GPA component but not the testing component.

  - All 188 students met the minimum course requirements.

- 152 of these first-year student-athletes were admitted under special-talent policies and procedures approved by the Board of Trustees of UNC-Chapel Hill and the Advisory Committee on Undergraduate Admissions, a standing faculty committee appointed by the Chancellor.

  - The 25th percentile HS GPA for these students was 3.38, and the 75th percentile was 4.10.

  - The 25th percentile test score was 990, and the 75th percentile was 1220.

- Nine student-athletes required review by the Committee on Special Talent.

  - Six of these nine students were recruited to participate in "revenue" sports, which the University, following UNC-system guidelines, defines as football, men's basketball, and women's basketball.

## QUESTIONS AND ANSWERS

**Who makes decisions regarding the admission of student-athletes?**

The Office of Undergraduate Admissions has the final decision-making authority for all candidates for undergraduate admission to the University of North Carolina at Chapel Hill.

**What are the criteria for admission?**

All candidates for undergraduate admission, including all prospective student-athletes, are evaluated comprehensively and individually. The primary criterion for admission is the student's capacity to succeed academically at UNC-Chapel Hill. Beyond this criterion, there is no formula for admission and no fixed standard that every student must meet. Rather, as the Advisory Committee has instructed in its Statement on the Evaluation of Candidates, the admissions office "evaluate[s] individual candidates rigorously, holistically, and sympathetically" and in light of "the ways in which each candidate will likely contribute to the kind of campus community that will enable the University to fulfill its mission."

**Why are you reporting admissions data for student-athletes?**

For many years the Office of Undergraduate Admissions provided annual reports to Faculty Council about first-year and transfer admissions, including student-athlete admissions. Two years ago, at the request of the Office of Undergraduate Admissions, the Advisory Committee on Undergraduate Admissions, and the Department of Athletics, a working group developed a framework for a new report. The current report follows this framework. Data have been compiled using the definitions that appear below, and they have been validated by the Office of Undergraduate Admissions and the Office of Institutional Research and Assessment.

**Has the admissions process for student-athletes changed?**

The University has acted repeatedly over the last several years to strengthen student-athlete admissions. In Fall 2009, the Advisory Committee and the admissions office developed a written charge and written procedures for the Subcommittee on Athletics Admissions, the precursor of the Committee on Special Talent. The charge and procedures, which were approved formally by the Advisory Committee in January 2010, resulted in the subcommittee becoming more systematic and detailed in its evaluation of individual candidates. The first students reviewed under the new charge and procedures enrolled in Fall 2010.

During Spring 2012 semester, the admissions office worked with the Odum Institute to study the extent to which various admissions credentials predicted the eventual academic performance of special-talent student-athletes once enrolled at the University. As a result of this consultation, the admissions office developed a formula, based on the actual academic performance of previously enrolled special-talent student-athletes, to predict the first-year grade-point average of prospective student-athletes.

In November 2012, the Advisory Committee on Undergraduate Admissions:

- Expanded the scope of the Subcommittee on Athletics Admissions to include all special-talent admissions;
- Approved a change in the membership of the renamed Committee on Special Talent that required the majority of the committee members to be tenured or tenure-track faculty in the College of Arts and Sciences; and
- Implemented a new and tougher standard for review by the Committee on Special Talent, based on the predicted grade-point average (PGPA) developed by the admissions office and the Odum Institute, effective for students enrolling in 2013.

Taken together, the reforms since Fall 2009 have strengthened the individualized evaluations afforded to all prospective student-athletes and grounded those evaluations more firmly in evidence.

### Why do you publish statistics for "special-talent" student-athletes?

Both University policy and guidelines established by the faculty through the Advisory Committee on Undergraduate Admissions provide for the admission of students with special talent in athletics, music, and dramatic art. The Office of Undergraduate Admissions has for many years reported annually on the admission of these students. This report builds upon that tradition.

### Why don't you publish statistics for each individual sport?

The working group that developed the framework for this report considered publishing statistics for each individual sport but was concerned that doing so would compromise the federally mandated privacy rights of individual students, given the small number of students recruited by some of the sports each year. Since the first report was published, additional concerns were raised about the institution's responsibility to allow students to engage fully in their undergraduate education without their being subject to assumptions about their individual academic performance or potential made on the basis of their association with a relatively small group. Readers interested in admissions statistics for each of the three "revenue" sports—which the UNC system defines as football, men's basketball, and women's basketball—may find them in the annual report on intercollegiate athletics received by the Board of Governors. Final reports have been posted for 2012-2013 and for 2013-2014; the 2014-2015 report will be discussed at a Board of Governors meeting later this year. For an abstract of the information submitted by UNC-Chapel Hill for the 2014-2015 report, please see this presentation from the September 2015 meeting of the University Affairs Committee of the Board of Trustees.

### Why doesn't this report include more information about the academic performance of student-athletes once they've enrolled at the University?

Neither the admissions office nor the Advisory Committee on Undergraduate Admissions is responsible for detailed reporting on academic performance.

Information about the academic performance and graduation rates of student-athletes is publicly available on the NCAA website (NCAA Reports of Academic Performance). The Atlantic Coast Conference also regularly produces reports of student-athletes who earn honor roll dis-

tinction (ACC Honor Roll). The annual report on athletics to the Board of Governors of the university system also includes data on academic performance at each of the 16 constituent universities, including UNC-Chapel Hill; as examples, please see the 2013-2014 report and the 2012-2013 report. The 2014-2015 report will be discussed at a Board of Governors meeting later this year. For an abstract of the information submitted by UNC-Chapel Hill for the 2014-2015 report, please see this presentation from the September 2015 meeting of the University Affairs Committee of the Board of Trustees.

**How were admissions expectations for student-athletes established?**

The primary criterion for admission for all students, including all student-athletes, is the student's capacity to succeed academically at the University. Specific admissions expectations for student-athletes are informed by close attention to the actual academic performance of student-athletes who enrolled at UNC-Chapel Hill. In keeping with guidelines established by the Advisory Committee for all candidates for undergraduate admission, the admissions office does not impose thresholds or cutoffs—that is, scores or GPAs below which students are automatically denied admission or above which students are automatically admitted. Rather, the admissions office evaluates each prospective student-athlete individually and considers both quantitative and qualitative factors in its evaluation.

**How are standardized tests used in admissions?**

The makers of the SAT and the ACT encourage colleges and universities to use their tests in conjunction with other quantitative and qualitative factors. In keeping with this advice, the admissions policies of both the UNC system and UNC-Chapel Hill promote flexibility and fairness in the use of test results. In the UNC system, students who do not achieve designated scores on the SAT or ACT may still be offered admission, provided that faculty members are involved in the evaluation of their applications and provided they are approved by their respective chancellors. At UNC-Chapel Hill, the Advisory Committee has developed Guidelines for Standardized Testing that instruct the admissions office to consider test scores as "one factor among many."

**Why do you report data about test scores using the SAT scale for Critical Reading and Math scores combined?**

Test scores are reported on the SAT scale for Critical Reading and Math scores combined so that the test score of every student is reported on a uniform scale. ACT composite scores are converted to the SAT scale for Critical Reading and Math using the standard concordance table approved by the College Board and ACT.

**How many prospective student-athletes are denied admission each year?**

The athletics department typically identifies prospective student-athletes well before the admissions season begins. These students undergo preliminary evaluation for admissions on the basis of their courses, grades, test scores, and other information. As a result of these preliminary evaluations, the admissions office advised the athletics department that some prospective students would not be admitted if they applied, the athletics department chose not to recommend other students for admission, and still other students chose to pursue admission to other

colleges and universities. The effect of this process is that student-athletes who will not be viable candidates for admission ordinarily are not recommended by the athletics department and do not apply to the University. In 2015, of the 527 student-athletes presented for preliminary evaluation, 261 applied, and 197 were offered admission. Of the 52 student-athletes who were identified as requiring review by the Committee on Special Talent, 14 applied, and nine were offered admission.

### Isn't it true that all of the students who require review by the Committee on Special Talent are recruited by the revenue sports?

Six of the nine students who required faculty review in 2015 were recruited by revenue sports as defined by the UNC system: football, men's basketball, and women's basketball. The other three students were recruited by three different non-revenue sports.

### How can we compare the credentials of UNC student-athletes to the credentials of student-athletes at other universities?

We doubt that such a comparison is possible. Few universities publish data about student-athlete admissions. Even when universities do publish such data, they may define the population of student-athletes differently from the way that this report defines the population, or they may use different methods for calculating test scores and grade-point averages.

The Board of Governors of the UNC system publishes information annually about the academic credentials and performance of student-athletes at each of its 16 constituent universities. This information cannot be compared directly to the data contained in the current report, since the two reports use different data and different data definitions.

### Where may I read more about the University's admissions policies and practices, including those that pertain to student-athletes?

More information about the University's admissions policies and practices may be found on the Undergraduate Admissions website (Policies and Reports). Information about policies and practices that pertain to students with special talent can be found in the Undergraduate Bulletin; a detailed description is also available here. Previous reports on athletics admissions may be found here for the class entering in 2013 and here for the class entering in 2014, as well as on the Carolina Commitment website.

# KEY TERMS

The data summarized in this report have been validated by the Office of Undergraduate Admissions and the <u>Office of Institutional Research and Assessment</u> using the definitions and methods described below. In keeping with University policy and practice, and in order to protect the privacy and other rights of individual students, this report does not include aggregate educational data, including admissions credentials, for groups with five or fewer students.

**Enrolling.** Enrolled in the University as of the official census date, which for Spring and Fall semesters is the 10th day of class.

**Class entering 2015.** First-year students who enrolled for the first time at the University during any 2015 term: Spring, Summer I, Summer II, or Fall.

**All student-athletes.** The entire population of student-athletes in the first-year class. This group includes special-talent student-athletes (defined below) and other first-year student athletes who (a) were admitted and enrolled at the University without regard for their special talent in athletics and (b) appeared on the official Fall 2015 squad lists of the athletics department.

**Special-talent student-athletes.** All first-year student-athletes who enrolled at the University through the special-talent policies and procedures approved by the Board of Governors, the Board of Trustees, the Advisory Committee on Undergraduate Admissions, and/or the faculty Committee on Special Talent.

**High-school grade-point average.** Final high-school grade-point average as reported by the student's high school. The results only include official GPAs reported by the student's high school, and only when the school reports GPAs on a 4.0 scale; no estimated GPAs are included. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate GPAs when high schools do not provide them, and it does not recalculate GPAs when high schools provide them on anything other than a 4.0 scale.

**25th percentile.** The value below which 25 percent of all the values in the group fall.

**75th percentile.** The value below which 75 percent of all the values in the group fall.

**Median.** The value at the midpoint of the group.

**Test score.** Highest official score earned by each student on either the SAT (Critical Reading and Math combined) or the ACT Composite, with the ACT Composite converted to the SAT Critical Reading and Math scale using the <u>standard concordance table</u> approved by the College Board and ACT. This method of summarizing test scores best represents the way that scores are used by the University. Under <u>guidelines for standardized testing</u> approved by the Advisory Committee on Undergraduate Admissions, when any candidate for admission submits results from both the SAT and the ACT, the University considers the test with the stronger results.

**Minimum course requirements (MCR).** The <u>minimum course requirements</u> for all undergraduate candidates established by the Board of Governors of the University of North Carolina system. These requirements include four courses in English; two courses in a language other than

English; four courses in mathematics, including one course for which Algebra 2 is a prerequisite; three years of natural science, including one course in life or biological science, one course in physical science, and at least one course with a laboratory component; two courses in social science, including one course in United States history; and one additional course selected from any of these five core academic areas. Under UNC-system and UNC-Chapel Hill policy, students who do not meet MCR may be offered admission only after being reviewed and approved by the faculty Committee on Special Talent, the Office of Undergraduate Admissions, and the Chancellor.

**Minimum admissions requirements (MAR).** The minimum admissions requirements (MAR) for all undergraduate candidates established by the Board of Governors of the University of North Carolina system. The current minimum requirements include a HS GPA of 2.5 and a score of 800 on the SAT (Critical Reading and Math combined) or 17 on the ACT. Under UNC-system and UNC-Chapel Hill policy, students who do not meet MAR may be offered admission only after being reviewed and approved by the faculty Committee on Special Talent, the Office of Undergraduate Admissions, and the Chancellor.

**Require review by the Committee on Special Talent.** In Fall 2012, the Advisory Committee on Undergraduate Admissions approved a framework for the admission of first-year special-talent students that categorized such students in three groups based largely upon their predicted first- year grade-point average (PGPA). Students with PGPAs below 2.3, students who do not meet MAR or MCR, and students who require review for possible violations of community standards may only be offered admission if they are first reviewed and recommended by the Committee on Special Talent. The new framework took effect for students enrolling in 2013; to enable comparisons over time, this same framework has been applied retrospectively to previous classes. Of the nine students requiring review in 2015, none required review for possible breaches of community standards.

**PGPA.** Predicted first-year grade-point average at UNC-Chapel Hill, calculated for each student-athlete based on the student's test score and NCAA core grade-point average and the athletics program (men's or women's) that the student will be joining. The PGPA formula, developed by the Office of Undergraduate Admissions and the Odum Institute at UNC-Chapel Hill, is based on the actual first-year performance of UNC-Chapel Hill special-talent student-athletes and explains approximately 30 percent of the variance in their first-year GPAs. The formula will be revised periodically as new cohorts enter the University and complete their first year.

**NCAA core grade-point average.** Grade-point average calculated by the National Collegiate Athletic Association, the governing body of intercollegiate athletics, based on student-athlete performance in core academic courses (see NCAA Guidelines). Because the NCAA core GPA is calculated on a standard 4.0 scale and is available for every student-athlete, the NCAA core GPA is used in the calculation of PGPA. High-school grade-point-average is used for reporting purposes to maintain consistency with data reported for all entering first-year students.