**EXHIBIT 55**


**2015-2016 Annual Report of the Advisory Committee on Undergraduate Admissions, dated February 24, 2017 (UNC0237297-320)**



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

**OFFICE OF UNDERGRADUATE ADMISSIONS**

JACKSON HALL          t 919.966.3621
CAMPUS BOX 2200     f 919.962.3045
CHAPEL HILL, NC 27599-2200    www.admissions.unc.edu

**2015-2016 Annual Report**
**Advisory Committee on Undergraduate Admissions**
**February 24, 2017**

**Members:** Martha Alexander (Lecturer, Division of Humanities, College of Arts and Sciences); Paul Cuadros (Associate Professor, School of Journalism and Mass Communication); Jon Engel (Professor, Division of Natural Sciences, College of Arts and Sciences); Daniel Gitterman (Professor, Division of Social Sciences, College of Arts and Sciences); Susan King (Dean, School of Media and Journalism); Thomas Otten (Associate Professor, Division of Humanities and Fine Arts, College of Arts and Sciences); Charlene Regester (Associate Professor, Division of Social Sciences, College of Arts and Sciences); Douglas Shackelford (Dean, Kenan-Flagler Business School); Beverly Taylor (Professor, Division of Humanities and Fine Arts, College of Arts and Sciences).

**Ex officio (voting) members:** Abigail Panter, Chair (Professor and Senior Associate Dean, Undergraduate Education, College of Arts and Sciences, representing Kevin Guskiewicz, Dean, College of Arts and Sciences); Lee May (Associate Dean, Academic Advising, College of Arts and Sciences).

**Ex officio (non-voting) members:** Christopher Derickson (Assistant Provost and University Registrar); Stephen Farmer (Vice Provost for Enrollment and Undergraduate Admissions); Bettina Shuford (Associate Vice Chancellor for Student Affairs, representing Winston Crisp, Vice Chancellor for Student Affairs).

**Consultants (non-voting):** Michelle Brown (Assistant Provost and Director, Academic Support Program for Student Athletes); Taffye Benson Clayton (Associate Vice Chancellor, Diversity and Multicultural Affairs); Barbara Polk (Deputy Director, Undergraduate Admissions); Dan Thornton (Associate Director, Scholarships and Student Aid); Lynn Williford (Assistant Provost and Director, Institutional Research and Assessment); Marcus Collins (Associate Dean, Center for Student Success and Academic Counseling, College of Arts and Sciences).

**Members, <u>Committee on Disabilities</u>:** Tiffany Bailey (Director, Accessibility Resources and Services); Theresa Maitland (Senior Learning Specialist, ADHD/LD Services); Jared Rosenberg (Associate Director, Undergraduate Admissions); Maureen Windle (Associate Director, Counseling and Psychological Services); Jennifer Youngstrom (Clinical Professor, Psychology and Neuroscience).

**Members, <u>Committee on Special Talent</u>:** Todd Taylor, Chair (Professor, College of Arts and Sciences); Lissa Broome (Professor, School of Law, and Faculty Representative to the NCAA); Daniel Gitterman (Professor, College of Arts and Sciences); Lee May (Associate Dean, Academic Advising, College of Arts and Sciences); M. Layna Mosley (Professor, College of Arts and Sciences); Joy Renner (Associate Professor, Allied Health Sciences); Brent Wissick (Professor, College of Arts and Sciences).

**Meetings during 2015-2016:** September 1, 2015; October 27, 2015; February 25, 2016; April 26, 2016.

**Report prepared by:** Abigail Panter (Chair and Senior Associate Dean, Undergraduate Education, College of Arts and Sciences); Stephen Farmer (Vice Provost for Enrollment and Undergraduate Admissions).

**Report of 2015-2016 activities**

1.    Received updates from the Office of University Counsel regarding the lawsuit filed against the University by a private group that opposes any use of race or ethnicity in admissions.

2.    Discussed changes in the staff in the admissions office, including:
   - The promotions of Jared Rosenberg and Damon Toone to associate director and Barkley Barton, Melody Levy, and Patty Baum to senior assistant director;
   - The appointments of Michael Davis to associate director and Mitzy González, Betsy Lee, Olivia Miller, Allee Olive, María Rodriguez, Montez Thomas, Hayes Tilson, and María Véjar to assistant director.

3.    Reviewed and discussed the first-year and transfer classes that entered in Fall 2015.

4.    Received in closed session a detailed, student-level report on the academic progress of the nine special-talent student-athletes who enrolled at the University in 2014 after being reviewed and recommended by the Committee on Special Talent.

5.    Met jointly with the Faculty Athletics Committee to receive detailed information about athletics admissions, including protected and confidential student information discussed in closed session.

6.    Discussed at length Resolution 2015-3, which had been referred to the committee by Faculty Council, eventually voting unanimously to recommend that Faculty Council not adopt the resolution.

7.    Received and approved the final report of the Committee on Race-Neutral Alternatives.

8.    Reviewed and approved the 2014-2015 report to Faculty Council.

9.    Approved the charge of a new Committee on Race-Neutral Strategies (see attached).

10.  Reviewed the results of a survey of faculty regarding international students and recommendations from recent surveys of international students.

**Addendum—report of 2016-2017 activities to date (see attached statistics and key terms):**

1.    Discussed the progress of Thrive@Carolina, a University-wide effort to strengthen success for all students.

2.    Welcomed Rachelle Feldman, the new Associate Provost and Director of Scholarships and Student Aid, and Brian Woodard, a new Assistant Director of Undergraduate Admissions.

3.    Received regular updates from the Committee on Race-Neutral Strategies, which was created and charged last year.

4.    Received regular updates regarding the admission of special-talent student-athletes, including detailed student-level data regarding the admissions credentials, academic performance, and course enrollments of student-athletes who required review by the Committee on Special Talent and enrolled in 2013, 2014, and 2015.

5.    Approved a request to require entering transfer students who present transfer credit for courses completed at global universities to secure independent evaluations of those credits from World Education Services.

6.    Reviewed drafts of the annual narrative and statistical reports to Faculty Council, suggesting that the latter include additional information regarding the backgrounds and academic and vocational interests of new students.

7.    Discussed the advisability of establishing clear enrollment goals for both the number and geographical diversity of global students—that is, those who are neither citizens nor permanent residents of the United States.

8.    Reviewed plans for Excel@Carolina, an effort to connect top admitted applicants with fifteen outstanding opportunities that might encourage then to choose the University.

9.    Met jointly with the Faculty Athletics Committee to review policies and practices that guide the evaluation and admission of special-talent student-athletes, as well as student-level data regarding the admissions credentials, academic performance, and course enrollments of student-athletes who required review by the Committee on Special Talent.

10.    Charged the admissions office to work with the College of Arts and Sciences and other stakeholders to review the policies and procedures that govern the awarding of transfer credit for courses completed at other colleges and universities, and if warranted, to recommend changes.

11.    Charged the admissions office to study whether the University should enroll new first-year and transfer students not only in Fall and Summer but also in Spring.

## ADVISORY COMMITTEE ON UNDERGRADUATE ADMISSIONS
## COMMITTEE ON RACE-NEUTRAL STRATEGIES

The Advisory Committee on Undergraduate Admissions ("Advisory Committee"), a standing committee of the faculty chartered under the *Faculty Code of University Government*, hereby establishes the Committee on Race-Neutral Strategies ("Committee").

The Committee is charged:

1. To consider whether there are workable race-neutral strategies and practices that the Office of Undergraduate Admissions could employ in evaluating applications for undergraduate admission;

2. To advise the Office of Undergraduate Admissions about these strategies and practices; and

3. To report to the Advisory Committee on the Committee's consideration of specific race-neutral strategies approximately every two years. In addition, the Committee will, as appropriate, provide information regarding its assessments and recommendations to the Dean of the College of Arts and Sciences, the Executive Vice Chancellor and Provost, the Chancellor, and the Board of Trustees.

The Committee's work is essential given the guidance the Supreme Court has offered regarding the consideration of race in admissions assessments. The adoption of race-conscious admissions practices requires adherence to standards of strict scrutiny and narrow tailoring. In its decision in *Grutter v. Bollinger*, the Supreme Court explained that those standards, among other things, require institutions to give "serious, good faith consideration [to] workable race-neutral alternatives that will achieve the diversity" sought by the University. The Court also made clear that universities are not required to adopt any alternative that "would require a dramatic sacrifice of diversity, the academic quality of all admitted students, or both." In its decision in *Fisher v. University of Texas,* the Supreme Court reiterated that the University's serious, good faith consideration of race-neutral alternatives is "necessary" and explained that "The reviewing court must ultimately be satisfied that no workable race-neutral alternatives would produce the educational benefits of diversity. If a nonracial approach . . . could promote the substantial interest about as well and at tolerable administrative expense, then the university may not consider race."

The Committee will be briefed about the University's diversity initiatives and objectives. With that context, the Committee will evaluate whether there are race-neutral alternatives that would allow the University to achieve these objectives without sacrificing the academic quality of the entering class or imposing intolerable administrative expense. This evaluation will include consideration of information gleaned from University leaders, faculty members, and students; whether existing admissions practices are necessary to help the University meet its diversity interests and objectives; and what, if any, adjustments to those practices are warranted.

In order to assure that the Committee's evaluation is informed by existing legal standards and guidance and the practices of the University's peer institutions, the Committee will stay abreast of legal developments as well as best practices in undergraduate admissions at comparable highly selective institutions.

# SUMMARY STATISTICS—FALL 2016 FIRST-YEAR CLASS

Total enrolled 4,228

| | | |
|---|---|---|
| Resident | 3,506 | 82.9% |
| Non-resident | 722 | 17.1% |
| | | |
| Female | 2,539 | 60.1% |
| Male | 1,689 | 39.9% |
| | | |
| U.S. citizens | 4,047 | 95.7% |
| U.S. permanent residents | 92 | 2.2% |
| Non-resident aliens | 89 | 2.1% |
| | | |
| Fee waiver | 484 | 11.4% |
| | | |
| First-generation college | 707 | 16.7% |
| | | |
| Resident children of alumni | 647 | 15.3% |
| Non-resident children of alumni | 145 | 3.4% |
| | | |
| Race and ethnicity—federal reporting guidelines | | |
| Non-resident alien | 89 | 2.1% |
| Hispanic/Latino of any race | 295 | 7.0% |
| Two or more races | 177 | 4.2% |
| Race and ethnicity unknown | 192 | 4.5% |
| Native American only | 21 | 0.5% |
| Asian/Asian American only | 448 | 10.6% |
| Black/African American only | 345 | 8.2% |
| Caucasian/White only | 2,661 | 62.9% |
| Pacific Islander only | 0 | 0.0% |
| | | |
| Race and ethnicity—all reported | | |
| Native American | 79 | 1.9% |
| Asian/Asian American | 609 | 14.4% |
| Black/African American | 444 | 10.5% |
| Caucasian/White | 3,013 | 71.3% |
| Hispanic/Latino/Latina | 303 | 7.2% |
| Pacific Islander | 6 | 0.1% |

| | | |
|---|---|---|
| Need-based aid | 1,428 | 33.8% |
| Merit-based aid | 171 | 4.0% |
| Carolina Covenant | 547 | 12.9% |
| | | |
| Military-affiliated | 308 | 7.3% |
| Military-affiliated receiving benefits | 59 | 1.4% |
| | | |
| Talent in athletics, music, or dramatic art | 157 | 3.7% |
| | | |
| Rank in class reported | 3,016 | 71.3% |
| Of those reporting rank in class— | | |
| Top 10 percent | 2,339 | 77.6% |
| Second 10 percent | 453 | 15.0% |
| Top 10 | 1,303 | 43.2% |
| 1st | 226 | 7.5% |
| 2nd | 172 | 5.7% |
| | | |
| GPA reported | 3,822 | 90.4% |
| Of those reporting GPA— | | |
| 4.0 or higher | 3,616 | 94.6% |
| 25th percentile | 4.50 | |
| 75th percentile | 4.88 | |

| | | | | |
|---|---|---|---|---|
| SAT reported | 2,996 | 70.9% | | |
| Of those reporting SAT— | CR+M | CR | M | WR |
| 25th percentile | 1190 | 590 | 600 | 580 |
| 75th percentile | 1410 | 700 | 710 | 690 |

| | | |
|---|---|---|
| ACT reported | 3,315 | 78.4% |
| Of those reporting ACT— | ACT | |
| 25th percentile | 27 | |
| 75th percentile | 32 | |
| | | |
| Either SAT or ACT reported | 4,228 | 100.0% |
| Highest score reported on SAT scale— | CR+M | |
| 25th percentile | 1260 | |
| 75th percentile | 1430 | |

# SUMMARY STATISTICS—FIRST-YEAR APPLIED / ADMITTED

| | APPLIED | | | | | | | ADMITTED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012 | 2013 | 2014 | 2015 | 2016 | 1 Year | 5 Years | 2012 | 2013 | 2014 | 2015 | 2016 | 1 Year | 5 Years |
| Total | 29,497 | 30,835 | 31,331 | 31,953 | 35,875 | 12% | 22% | 7,847 | 8,243 | 8,930 | 9,510 | 9,386 | -1% | 20% |
| Resident | 9,979 | 9,893 | 9,756 | 10,287 | 11,663 | 13% | 17% | 4,972 | 5,043 | 5,138 | 5,330 | 5,696 | 6% | 15% |
| Non-resident | 19,518 | 20,942 | 21,575 | 21,666 | 24,212 | 12% | 24% | 2,875 | 3,200 | 3,792 | 4,180 | 3,690 | -13% | 28% |
| Female | 17,386 | 18,361 | 18,554 | 18,873 | 20,988 | 11% | 21% | 4,553 | 4,853 | 5,172 | 5,596 | 5,565 | -1% | 22% |
| Male | 12,111 | 12,474 | 12,777 | 13,080 | 14,887 | 14% | 23% | 3,294 | 3,390 | 3,758 | 3,914 | 3,821 | -2% | 16% |
| U.S. citizens | 26,320 | 27,292 | 27,600 | 28,024 | 31,271 | 12% | 19% | 7,303 | 7,604 | 8,221 | 8,725 | 8,686 | 0% | 19% |
| U.S. permanent residents | 710 | 718 | 715 | 742 | 804 | 8% | 13% | 212 | 195 | 197 | 236 | 203 | -16% | -4% |
| Non-resident aliens | 2,467 | 2,825 | 3,016 | 3,187 | 3,800 | 19% | 54% | 332 | 444 | 512 | 549 | 497 | -10% | 50% |
| Fee waiver | 2,681 | 2,710 | 3,505 | 3,488 | 4,355 | 25% | 62% | 541 | 557 | 840 | 898 | 887 | -1% | 64% |
| First-generation college | 4,978 | 4,968 | 5,019 | 5,008 | 5,780 | 15% | 16% | 1,172 | 1,225 | 1,242 | 1,378 | 1,230 | -12% | 5% |
| Resident children of alumni | 1,565 | 1,566 | 1,528 | 1,645 | 1,717 | 4% | 10% | 907 | 927 | 919 | 981 | 1,013 | 3% | 12% |
| Non-resident children of alumni | 635 | 677 | 625 | 642 | 697 | 9% | 10% | 269 | 308 | 310 | 322 | 340 | 5% | 26% |
| Race and ethnicity—federal reporting guidelines | | | | | | | | | | | | | | |
| Non-resident alien | 2,467 | 2,825 | 3,016 | 3,187 | 3,800 | 19% | 54% | 332 | 444 | 512 | 549 | 497 | -10% | 50% |
| Hispanic/Latino of any race | 2,013 | 2,307 | 2,378 | 2,403 | 2,918 | 21% | 45% | 585 | 630 | 722 | 760 | 795 | 4% | 36% |
| Two or more races | 1,151 | 1,169 | 1,248 | 1,164 | 1,328 | 14% | 15% | 363 | 354 | 413 | 407 | 393 | -4% | 8% |
| Race and ethnicity unknown | 611 | 1,867 | 974 | 1,576 | 1,830 | 16% | 200% | 155 | 484 | 310 | 517 | 556 | 7% | 259% |
| Native American only | 103 | 105 | 80 | 95 | 117 | 23% | 14% | 46 | 31 | 39 | 35 | 44 | 20% | -4% |
| Asian/Asian American only | 2,884 | 2,902 | 3,422 | 3,508 | 3,953 | 13% | 37% | 908 | 901 | 1,088 | 1,199 | 1,134 | -6% | 25% |
| Black/African American only | 2,613 | 2,686 | 2,590 | 2,606 | 2,903 | 11% | 11% | 611 | 578 | 669 | 668 | 702 | 5% | 15% |
| Caucasian/White only | 17,641 | 16,960 | 17,605 | 17,392 | 19,003 | 9% | 8% | 4,842 | 4,815 | 5,175 | 5,370 | 5,263 | -2% | 9% |
| Pacific Islander only | 14 | 14 | 18 | 22 | 23 | 5% | 64% | 5 | 6 | 2 | 5 | 2 | -150% | -60% |
| Race and ethnicity—all reported | | | | | | | | | | | | | | |
| Native American | 534 | 587 | 513 | 450 | 527 | 17% | -1% | 194 | 185 | 202 | 198 | 180 | -10% | -7% |
| Asian/Asian American | 5,491 | 5,653 | 6,561 | 6,803 | 7,870 | 16% | 43% | 1,298 | 1,384 | 1,693 | 1,865 | 1,757 | -6% | 35% |
| Black/African American | 3,254 | 3,393 | 3,274 | 3,245 | 3,702 | 14% | 14% | 799 | 772 | 880 | 840 | 905 | 7% | 13% |
| Caucasian/White | 20,228 | 19,764 | 20,660 | 20,292 | 22,340 | 10% | 10% | 5,642 | 5,625 | 6,109 | 6,306 | 6,195 | -2% | 10% |
| Hispanic/Latino/Latina | 2,168 | 2,471 | 2,558 | 2,594 | 3,120 | 20% | 44% | 629 | 666 | 755 | 795 | 831 | 4% | 32% |
| Pacific Islander | 66 | 66 | 84 | 83 | 106 | 28% | 61% | 17 | 15 | 14 | 20 | 19 | -5% | 12% |

# ADDITIONAL STATISTICS—FALL 2016 FIRST-YEAR CLASS

## INTENDED MAJOR

| | |
|---|---|
| Biology | 20.6% |
| Undecided | 17.5% |
| Business Administration | 11.0% |
| Chemistry | 5.0% |
| Psychology | 4.2% |
| Computer Science | 3.8% |
| Political Science | 3.5% |
| Economics | 2.9% |
| Nursing | 2.9% |
| Exercise and Sport Science | 2.3% |
| Media and Journalism | 2.2% |
| Pharmacy | 2.1% |
| English | 1.8% |
| Global Studies | 1.7% |
| Communication Studies | 1.5% |
| Biomedical and Health Sci Eng | 1.5% |
| Mathematics | 1.5% |
| Environmental Sciences | 1.4% |
| Physics | 1.3% |
| History | 0.9% |

## BACKGROUND

- 50% of new first-year students were born in North Carolina
- 61% of the North Carolinians
- 4% of the out-of-state students
- 9% were born outside the United States
- 7% of the North Carolinians
- 15% of the out-of-state students
- 8% speak a first language other than English
- 2% speak Mandarin as a first language
- 2% speak Spanish as a first language
- 32% self-reported fluency in two or more languages
- 9% are only children
- 16% have three or more siblings
- 84% have at least one parent who earned a college degree
- 46% have at least one parent who earned a graduate degree
- 3% have no parent who earned a high-school diploma
- 35% have at least one parent who is a business executive or owner
- 13% ... school teacher or administrator
- 12% ... full-time homemaker
- 8% ... engineer
- 7% ... physician
- 7% ... salesperson or buyer
- 6% ... computer programmer
- 6% ... nurse
- 5% ... accountant or actuary
- 5% ... lawyer or judge
- 4% ... clerk
- 3% ... college teacher
- 3% ... skilled trades
- 2% ... military service
- 2% ... scientific researcher
- 2% ... unskilled laborer

## CAREER INTEREST

| | |
|---|---|
| Physician | 18.9% |
| Business executive | 9.5% |
| Scientific researcher | 7.5% |
| Engineer | 4.8% |
| Lawyer or judge | 4.4% |
| Writer or journalist | 2.9% |
| Computer programmer | 2.9% |
| Therapist (physical, occupational, speech) | 2.7% |
| Pharmacist | 2.5% |
| Nurse | 2.3% |
| Dentist | 2.3% |
| Policymaker or government employee | 2.1% |
| Business owner or proprietor | 2.0% |
| Clinical psychologist | 1.7% |
| Foreign service worker | 1.4% |

# SUMMARY STATISTICS—FALL 2016 TRANSFER CLASS—ARTS AND SCIENCES

| Enrolled | 725 | | | | | |
|---|---|---|---|---|---|---|
| Resident | 507 | 69.9% | | | | |
| Non-resident | 218 | 30.1% | | | | |
| Female | 379 | 52.3% | | | | |
| Male | 346 | 47.7% | | | | |
| U.S. citizens | 648 | 89.4% | | | | |
| U.S. permanent residents | 37 | 5.1% | | | | |
| Non-resident aliens | 40 | 5.5% | | | | |
| Fee waiver | 134 | 18.5% | | | | |
| First-generation college | 212 | 29.2% | | | | |
| Children of alumni | 89 | 12.3% | | | | |
| **Race and ethnicity—federal reporting guidelines** | | | | | | |
| Non-resident alien | 40 | 5.5% | | | | |
| Hispanic/Latino of any race | 94 | 13.0% | | | | |
| Two or more races | 41 | 5.7% | | | | |
| Race and ethnicity unknown | 24 | 3.3% | | | | |
| Native American only | 3 | 0.4% | | | | |
| Asian/Asian American only | 62 | 8.6% | | | | |
| Black/African American only | 53 | 7.3% | | | | |
| Caucasian/White only | 408 | 56.3% | | | | |
| Pacific Islander only | 0 | 0.0% | | | | |
| **Race and ethnicity—all reported** | | | | | | |
| Native American | 21 | 2.9% | | | | |
| Asian/Asian American | 108 | 14.9% | | | | |
| Black/African American | 78 | 10.8% | | | | |
| Caucasian/White | 513 | 70.8% | | | | |
| Hispanic/Latino/Latina | 100 | 13.8% | | | | |
| Pacific Islander | 3 | 0.4% | | | | |

| | | | CR+M | CR | M | WR |
|---|---|---|---|---|---|---|
| Non-traditional | 76 | 10.5% | | | | |
| Carolina Covenant | 128 | 17.7% | | | | |
| Need-based aid | 393 | 54.2% | | | | |
| Military affiliated | 89 | 12.3% | | | | |
| Military affiliated receiving benefits | 42 | 5.8% | | | | |
| Transferred from NC Community College | 250 | 34.5% | | | | |
| C-STEP scholar | 57 | 7.9% | | | | |
| First-year transfer | 141 | 19.4% | | | | |
| Sophomore transfer | 321 | 44.3% | | | | |
| Junior transfer | 263 | 36.3% | | | | |
| **College GPA** | | | | | | |
| 25th percentile | 3.6 | | | | | |
| 75th percentile | 3.9 | | | | | |
| SAT reported | 340 | 46.9% | | | | |
| Of those reporting SAT— | | | | | | |
| 25th percentile | | | 1080 | 530 | 550 | 520 |
| 75th percentile | | | 1310 | 650 | 660 | 640 |
| ACT reported | 268 | 37.0% | ACT | | | |
| Of those reporting ACT— | | | | | | |
| 25th percentile | | | 23 | | | |
| 75th percentile | | | 29 | | | |
| Either SAT or ACT reported | 457 | 63.0% | | | | |
| Highest score reported on SAT scale— | | | CR+M | | | |
| 25th percentile | | | 1110 | | | |
| 75th percentile | | | 1330 | | | |

# ADDITIONAL STATISTICS—FALL 2016 TRANSFER CLASS—ARTS AND SCIENCES

| INTENDED MAJOR | | BACKGROUND |
|---|---|---|
| Biology | 16.7% | 35% of new transfer students were born in North Carolina |
| Economics | 9.5% | 49% of the North Carolinians |
| Business Administration | 9.1% | 1% of the out-of-state students |
| Psychology | 5.9% | |
| Computer Science | 5.7% | 20% were born outside the United States |
| Exercise and Sport Science | 5.2% | 14% of the North Carolinians |
| Political Science | 5.0% | 34% of the out-of-state students |
| Chemistry | 4.8% | |
| Communication Studies | 3.4% | 17% speak a first language other than English |
| Mathematics | 3.0% | 6% speak Spanish as a first language |
| Media and Journalism | 3.0% | 4% speak Mandarin as a first language |
| Undecided | 2.6% | |
| Global Studies | 2.5% | 38% self-reported fluency in two or more languages |
| English | 2.3% | |
| Management and Society | 1.8% | 13% are only children |
| History | 1.5% | 18% have three or more siblings |
| Sociology | 1.4% | |
| Linguistics | 1.1% | 73% have at least one parent who earned a college degree |
| Public Policy | 1.1% | 32% have at least one parent who earned a graduate degree |
| Studio Art | 1.1% | 5% have no parent who earned a high-school diploma |
| | | |
| | | 26% have at least one parent who is a business executive or owner |
| | | 11% ... school teacher or administrator |
| | | 9% ... full-time homemaker |
| | | 8% ... engineer |
| | | 7% ... salesperson or buyer |
| | | 7% ... unskilled laborer |
| | | 6% ... nurse |
| | | 5% ... clerk |
| | | 5% ... skilled trades |
| | | 4% ... lawyer or judge |
| | | 4% ... physician |
| | | 3% ... accountant or actuary |
| | | 3% ... college teacher |
| | | 3% ... computer programmer |
| | | 3% ... military service |
| | | 3% ... social worker |

# SUMMARY STATISTICS—ALL FALL 2016 NEW STUDENTS, FIRST-YEAR AND TRANSFER

Total enrolled: 4,953

| Category | Count | Percent |
|---|---|---|
| Resident | 4,013 | 81.0% |
| Non-resident | 940 | 19.0% |
| Female | 2,918 | 58.9% |
| Male | 2,035 | 41.1% |
| U.S. citizens | 4,695 | 94.8% |
| U.S. permanent residents | 129 | 2.6% |
| Non-resident aliens | 129 | 2.6% |
| Fee waiver | 618 | 12.5% |
| First-generation college | 919 | 18.6% |
| Resident children of alumni | 726 | 14.7% |
| Non-resident children of alumni | 155 | 3.1% |

Race and ethnicity—federal reporting guidelines

| Category | Count | Percent |
|---|---|---|
| Non-resident alien | 129 | 2.6% |
| Hispanic/Latino of any race | 389 | 7.9% |
| Two or more races | 218 | 4.4% |
| Race and ethnicity unknown | 216 | 4.4% |
| Native American only | 24 | 0.5% |
| Asian/Asian American only | 510 | 10.3% |
| Black/African American only | 398 | 8.0% |
| Caucasian/White only | 3,069 | 62.0% |
| Pacific Islander only | 0 | 0.0% |

Race and ethnicity—all reported

| Category | Count | Percent |
|---|---|---|
| Native American | 100 | 2.0% |
| Asian/Asian American | 717 | 14.5% |
| Black/African American | 522 | 10.5% |
| Caucasian/White | 3,526 | 71.2% |
| Hispanic/Latino/Latina | 403 | 8.1% |
| Pacific Islander | 9 | 0.2% |

| Category | Count | Percent |
|---|---|---|
| Need-based aid | 1,821 | 36.8% |
| Merit-based aid | 171 | 3.5% |
| Carolina Covenant | 675 | 13.6% |
| Military-affiliated | 397 | 8.0% |
| Military-affiliated receiving benefits | 101 | 2.0% |
| Talent in athletics, music, or dramatic art | 170 | 3.4% |

| | Count | Percent |
|---|---|---|
| High-school rank in class reported | 3,425 | 69.2% |

Of those reporting rank in class—

| | Count | Percent |
|---|---|---|
| Top 10 percent | 2,454 | 71.6% |
| Second 10 percent | 543 | 15.9% |
| Top 10 | 1,356 | 39.6% |
| 1st | 232 | 6.8% |
| 2nd | 176 | 5.1% |

| | Count | Percent |
|---|---|---|
| High school GPA reported | 4,376 | 88.4% |

Of those reporting GPA—

| | GPA | Percent |
|---|---|---|
| 4.0 or higher | 3,908 | 89.3% |
| 25th percentile | 4.39 | |
| 75th percentile | 4.87 | |

| | Count | Percent |
|---|---|---|
| SAT reported | 3,336 | 67.4% |

Of those reporting SAT—

| | CR+M | CR | M | WR |
|---|---|---|---|---|
| 25th percentile | 1190 | 590 | 600 | 570 |
| 75th percentile | 1400 | 690 | 710 | 690 |

| | Count | Percent |
|---|---|---|
| ACT reported | 3,583 | 72.3% |

Of those reporting ACT—

| | ACT |
|---|---|
| 25th percentile | 27 |
| 75th percentile | 32 |

| | Count | Percent |
|---|---|---|
| Either SAT or ACT reported | 4,685 | 94.6% |

Highest score reported on SAT scale—

| | CR+M |
|---|---|
| 25th percentile | 1230 |
| 75th percentile | 1420 |

**Summary Statistics—Key Terms**

The data summarized in this report have been validated by the Office of Undergraduate Admissions. In keeping with University policy and practice, and in order to protect the privacy and other rights of individual students, this report does not include aggregate academic data for groups with five or fewer students.

**Fall 2016 first-year class.**  First-year students who enrolled at the University for the first time during Fall 2016 semester and remained enrolled as of the census date, which was the 10th day of class. Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not.

**Resident/non-resident.**  The residency status of each student, as determined under North Carolina law and using guidelines established by the UNC system.  The figures reported here include the impact of the so-called Scholarship Provision, the state law by which non-residents who receive full academic scholarships may be counted as residents.

**Fee-waiver**.  Students who requested and were granted a waiver of the application fee.  The University accepts fee-waiver requests that follow guidelines established by the College Board or the National Association for College Admission Counseling, as well as those submitted by school counselors who attest to their students' financial circumstances.

**First-generation college.**  Students for whom neither parent has earned a bachelor's degree.

**Children of alumni**.  Any student whose parent, step-parent, or legal guardian attended the University for at least one Fall or Spring semester, whether or not the parent, step-parent, or legal guardian earned a degree.

**Race and ethnicity—federal reporting guidelines.**  In 2010 the U.S. Department of Education implemented new guidelines for the reporting of race and ethnicity. Under these guidelines, colleges and universities are required to ask students one question about their ethnicity and a second question about their race.  Students cannot be required to answer either question and may choose not to respond. The ethnicity question offers students two choices:  Hispanic/Latino or Not Hispanic/Latino.  The race question offers students multiple choices and specifies that students may choose all that apply. These guidelines require that colleges and universities report:

- non-resident aliens (that is, global or international students) separately from U.S. citizens and U.S. permanent residents;
- Hispanic/Latino/Latina students separately, regardless of whether they also identify one or more races; and
- all students who report more than one race as a single group, "Two or more races," without reporting the races these students specify.

**Race and ethnicity—all reported.**  Because federal reporting guidelines result in incomplete information about the races and ethnicities reported by applicants for admission, the Office of Undergraduate Admissions has developed an alternate method of reporting as a complement to the federal guidelines.  This alternate method includes all applicants regardless of their citizenship and summarizes all of the races and ethnicities that students report.  Since some students identified themselves as more than one race or ethnicity, the responses exceed the total number of students in the entering class.

**Need-based aid.** Students receiving need-based financial aid in the form of loans, work-study, or grants.

**Merit-based aid.** Students receiving merit-based aid, excluding athletic scholarships.

**Military-affiliated.** Any student who self-identified as currently or previously serving in the United States military, or as a dependent or spouse of someone currently or previously serving.

**Military-affiliated receiving benefits.** Any military-affiliated student who applied for and received federal aid through the U.S. Department of Veterans Affairs.

**Carolina Covenant.** Students who entered the University as Carolina Covenant Scholars.

**Talent in athletics, music, or dramatic art.** Students who enrolled at the University through the special-talent policies and procedures approved by the Board of Governors, the Board of Trustees, the Advisory Committee on Undergraduate Admissions, and/or the faculty Committee on Special Talent.

**Rank in class.** High-school rank in class as reported by the student's high school. The results only include official ranks reported by students' high schools. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate ranks when high schools do not provide them.

**GPA.** High-school grade-point average as reported by the student's high school. The results only include official GPAs reported by students' high school, and only when the school reports GPAs on a 4.0 scale; no estimated GPAs are included. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate GPAs when high schools do not provide them, and it does not recalculate GPAs when high schools provide them on anything other than a 4.0 scale.

**25th percentile.** The value below which 25 percent of all the values in the group fall.

**75th percentile.** The value below which 75 percent of all the values in the group fall.

**SAT reported.** Students who submitted official results from the SAT. The 25th and 75th percentiles are calculated for all students who submitted SAT scores, using the highest score earned by each student reporting a score.

**ACT reported.** Students who submitted official results from the ACT. The 25th and 75th percentile composite scores are calculated for all students who submitted ACT scores, using the highest score earned by each student reporting a score.

**Either SAT or ACT reported.** Highest official score earned by each student on either the SAT (Critical Reading and Math combined) or the ACT Composite, with the ACT Composite converted to the SAT Critical Reading and Math scale using the standard concordance table approved by the College Board and ACT. This method of summarizing test scores best represents the way that scores are used by the University. Under guidelines for standardized testing approved by the Advisory Committee on Undergraduate Admissions, when any candidate for admission submits results from both the SAT and the ACT, the University considers the test with the stronger results.

**Transfer Summary Statistics—Additional Key Terms**

**Fall 2016 transfer class.**  Transfer students who enrolled at the University for the first time during Fall 2016 semester and remained enrolled as of the census date, which was the 10th day of class.  Students who enrolled for the first time in the preceding Summer term are included; those who enrolled for the first time in the preceding Spring term are not.  In keeping with federal reporting guidelines, UNC-Chapel Hill considers as a candidate for transfer admission any student who has enrolled in college after graduating from high school.

**Non-traditionally aged.**  Students who are 25 years old or older on the first day of their first semester at UNC-Chapel Hill.

**North Carolina community colleges.**  Students who were attending any of the 58 colleges in the North Carolina Community College System at the time they applied for admission to UNC-Chapel Hill.

**C-STEP.**  Students who entered UNC-Chapel Hill as members of the Carolina Student Transfer Excellence Program, which offers guaranteed admission, as well as transition and support services, to low- and moderate-income students enrolled at nine partner community colleges.

**First-year transfer**.  Students who enter the University with fewer than 30 transferable hours.

**Sophomore transfer**.  Students who enter the University with 30-59 transferable hours.

**Junior transfer.**  Students who enters the University with 60 or more transferable hours.

**College GPA.**  Cumulative grade-point average earned for all college and university courses attempted after graduating from high school.

# ENROLLING STUDENT-ATHLETES—CLASS ENTERING 2016

**Introduction**

The <u>Office of Undergraduate Admissions</u> has the final decision-making authority for all candidates for undergraduate admission to the University of North Carolina at Chapel Hill. The admissions office follows policies established by the Board of Governors of the University of North Carolina system and by the Board of Trustees of UNC-Chapel Hill. By trustee policy, the admissions office also applies procedures approved by the <u>Advisory Committee on Undergraduate Admissions</u>, an appointed committee of <u>Faculty Council</u>.

<u>Trustee policy</u> provides for the admission of students who "give evidence of possessing special talents for University programs requiring such special talents." The Advisory Committee has approved intercollegiate athletics as one such program and has allocated 160 spaces in each entering first-year class, on average, for students who will participate. In addition to these 160 student-athletes, each year other student-athletes apply and are admitted competitively and without specific consideration of their talent in athletics. Taken together, all student-athletes typically comprise 5 percent of the entering first-year class each year.

All candidates for undergraduate admission, including all prospective student-athletes, are evaluated comprehensively by the admissions office. In conducting these evaluations, the office is guided by the Advisory Committee's *Statement on the Evaluation of Candidates* and *Guidelines for Standardized Testing*. The primary criterion for admission is the student's capacity to succeed academically at the University. Beyond this criterion, there is no formula for admission and no fixed standard that every student must meet. Rather, as the Advisory Committee has instructed in its *Statement*, the admissions office "evaluate[s] individual candidates rigorously, holistically, and sympathetically" and in light of "the ways in which each candidate will likely contribute to the kind of campus community that will enable the University to fulfill its mission." This kind of individualized evaluation requires careful attention to quantitative measures such as test scores, as well as nuanced understanding, informed by research, of what those measures do and do not predict. But it also requires consideration of qualities that cannot be easily measured, including, in the words of the *Statement*, "intellect, talent, curiosity, and creativity; leadership, kindness, and courage; honesty, perseverance, perspective, and diversity." Finally, this method of evaluation, in the words of the *Statement*, requires that the admissions office consider "not only the achievements and potential of each applicant," but also "the context within which achievements have been realized and potential forged."

**Committee on Special Talent**

Under guidelines established by the Advisory Committee in 2012, the admissions office may offer admission to special-talent students provided they have predicted first-year grade-point averages (PGPA) of 2.3 or higher, fulfill the course and admissions requirements of the University of North Carolina system, and meet the same community standards for behavior that all admitted students must meet.

Special-talent students who do not fulfill all of these expectations may be offered admission only if they are reviewed by the Committee on Special Talent, a faculty group established by the Advisory Committee. The <u>charge, procedures, and membership</u> of the Committee on Special Talent are approved by the Advisory Committee and published on the Faculty Council website. By charter, a majority of the committee's voting members must be tenured or tenure-track faculty members in the College of Arts and Sciences. For special-talent students enrolling in 2016, the committee consisted of seven members, including four who were tenured professors in the College.

### Preliminary Evaluations – Applications – Admissions

In 2016 the University enrolled a total of 201 new first-year student-athletes—149 through the special-talent provisions outlined above and another 52 through competitive review and without specific consideration of their talent in athletics.

To yield this class of student-athletes, 473 candidates were presented by the athletics department for preliminary evaluation for admission on the basis of their courses, grades, test scores, and other information. As a result of these preliminary evaluations, the admissions office advised the athletics department that some prospective students would not be admitted if they applied; the athletics department chose not to recommend other students for admission; and still other students chose not to apply to UNC-Chapel Hill and instead pursued admission to other colleges and universities. Of the 473 students presented for preliminary evaluation, 270 subsequently applied for admission, and 219 were admitted. Thirty-five of the 473 students were identified as requiring review by the Committee on Special Talent; of these 35 students, 19 applied for admission, and 13 were admitted. The chart at right summarizes these results.



### About This Report

This document is the fourth annual report on the admissions credentials of enrolling first-year student-athletes. The current report follows the same format of the first three reports, which described the classes entering in <u>2013</u>, <u>2014</u>, and <u>2015</u>, respectively. The current report uses the same data definitions as the previous reports, although some of the definitions have been edited for clarity from year to year. All reports are published on the <u>Faculty Council</u> and <u>Carolina Commitment</u> websites.

The first report was developed by a working group of faculty members and administrators at the request of the Advisory Committee on Undergraduate Admissions, the Office of Undergraduate Admissions, and the Department of Athletics. The group was charged with developing a report that would foster transparency; protect the privacy of individual students; provide context for campus and national conversations about the academic preparation and success of student-athletes; enable assessment of admissions and other academic processes; disaggregate information meaningfully and fairly; encourage ongoing improvement; and provide leadership. The approach that the group recommended was subsequently approved by the Advisory Committee, which presented the first report to Faculty Council in April 2014.

As the working group noted in the first report, any summary of admissions statistics offers at best a partial portrait, given the wide range of qualities that the University considers in admissions, most of which cannot be quantified. This report, like the three previous editions, focuses on the two credentials—test scores and high-school grade-point averages—that are most easily summarized. These two credentials together predict less than a third of the variance in the eventual academic performance of students who enroll. Other factors—including the personal qualities enumerated in the _Statement on the Evaluation of Candidates_ and assessed through comprehensive review—account for the rest.

**Comparisons**

Because data about athletics admissions are not widely available, it is difficult if not impossible to compare in detail the credentials of the student-athletes described in this report to those of student-athletes at other universities. Limited comparisons of previous entering classes with those of other UNC-system schools are made possible by the intercollegiate athletics report that is presented annually to the Board of Governors, the most recent of which is for the academic year 2014-2015. Please note that the information in Board of Governors reports cannot be compared directly to the data contained in the current report, since the reports cover different periods of time and use different data definitions.

It is possible to compare the 2016 class with those that entered in previous years. The table at right applies the current framework for student-athlete admissions, based upon predicted first-year grade-point average and first implemented for students enrolling in 2013, retrospectively to the classes that entered between 2006 and 2012. The results enable comparisons on identical criteria across the last eleven entering classes of special-talent student-athletes.

Because most colleges and universities report the test scores of their student bodies to the U.S. Department of Education, it is also possible to compare those scores to the scores earned by UNC-Chapel Hill student-athletes. Among

| | All Special-Talent Student-Athletes | Requiring Faculty Review | |
|---|---|---|---|
| 2006 | 157 | 29 | 18% |
| 2007 | 156 | 28 | 18% |
| 2008 | 152 | 17 | 11% |
| 2009 | 159 | 30 | 19% |
| 2010 | 148 | 16 | 11% |
| 2011 | 163 | 23 | 14% |
| 2012 | 167 | 23 | 14% |
| 2013 | 154 | 14 | 9% |
| 2014 | 147 | 9 | 6% |
| 2015 | 152 | 9 | 6% |
| 2016 | 149 | 13 | 9% |

the 201 student-athletes who enrolled at the University in 2016, the 25th percentile test score was 1030, and the 75th percentile was 1300. In comparison, in 2014-2015, the last year for which the Department of Education has published data, the median 25th percentile SAT score for the undergraduate student bodies at 42 public and private not-for-profit four-year institutions in North Carolina was 875, and the median 75th percentile score was 1125. Among UNC-system institutions, the median 25th percentile was 955, and the median 75th percentile was 1130. Among the 32 public universities in the Association of American Universities that reported SAT scores, the median 25th percentile was 1120, and the median 75th percentile was 1355.

|  | Student-Athletes at UNC-Chapel Hill | Student Bodies at 48 NC Schools | Student Bodies at 16 UNC Schools | Student Bodies at 32 AAU Publics |
|---|---|---|---|---|
| 25th %ile | 1030 | 875 | 955 | 1120 |
| 75th %ile | 1300 | 1125 | 1130 | 1355 |

One other means of comparison is the Institutional Performance Program (IPP) of the National Collegiate Athletic Association (NCAA), which allows member institutions to compare the test scores and the NCAA core high-school grade-point averages of their scholarship student-athletes to those of scholarship student-athletes at institutionally defined peer groups of eight or more universities. The test scores are reported on the SAT Critical Reading and Math scale, for which the highest score is 1600; the core GPAs are reported on a 4.0 scale. Because 2016 results are not yet available in IPP, the following table summarizes 2015 results for UNC and for three comparison groups of NCAA Division I universities:

- System Peers: UNC-Chapel Hill peer universities as defined by the UNC system (California, UCLA, Duke, Maryland, Michigan, Minnesota, Northwestern, Pittsburgh, Southern California, Texas, Virginia, Washington, Wisconsin).

- Aspirational Peers: Universities ranked equal to or higher than UNC-Chapel Hill in the most recent *U.S. News and World Report* rankings (California, UCLA, Duke, Michigan, Northwestern, Notre Dame, Rice, Southern California, Stanford, Vanderbilt, Virginia, Wake Forest).

- ACC Schools: Member institutions in the Atlantic Coast Conference.

|  | Student-Athletes at UNC-Chapel Hill | Student-Athletes at System Peers | Student-Athletes at Aspirational Peers | Student-Athletes at ACC Schools |
|---|---|---|---|---|
| Test score | 1113 | 1109 | 1141 | 1055 |
| Core GPA | 3.55 | 3.46 | 3.56 | 3.44 |

FACTS ABOUT ENROLLING STUDENT-ATHLETES—CLASS ENTERING 2016

- The first-year class that enrolled in 2016 included 201 student-athletes.
    - The 25th percentile high-school grade-point average (HS GPA) for these 201 students was 3.62, and the 75th percentile was 4.48.
    - The 25th percentile test score was 1030, and the 75th percentile was 1300.

- In regard to UNC-system requirements:
    - All 201 met both the testing and the HS GPA components of the minimum admissions requirements (MAR).
    - All 201 met the minimum course requirements.

- 149 of these first-year student-athletes were admitted under special-talent policies and procedures approved by the Board of Trustees of UNC-Chapel Hill and the Advisory Committee on Undergraduate Admissions, a standing faculty committee appointed by the Chancellor.
    - The 25th percentile HS GPA for these 149 students was 3.50, and the 75th percentile was 4.06.
    - The 25th percentile test score was 990, and the 75th percentile was 1190.

- 13 student-athletes required review by the Committee on Special Talent.
    - 11 of these 13 students were recruited to participate in "revenue" sports, which the University, following UNC-system guidelines, defines as football, men's basketball, and women's basketball.

## QUESTIONS AND ANSWERS

**Who makes decisions regarding the admission of student-athletes?**

The Office of Undergraduate Admissions has the final decision-making authority for all candidates for undergraduate admission to the University of North Carolina at Chapel Hill.

**What are the criteria for admission?**

All candidates for undergraduate admission, including all prospective student-athletes, are evaluated comprehensively and individually.  The primary criterion for admission is the student's capacity to succeed academically at UNC-Chapel Hill.  Beyond this criterion, there is no formula for admission and no fixed standard that every student must meet.  Rather, as the Advisory Committee has instructed in its *Statement on the Evaluation of Candidates*, the admissions office "evaluate[s] individual candidates rigorously, holistically, and sympathetically" and in light of "the ways in which each candidate will likely contribute to the kind of campus community that will enable the University to fulfill its mission."

**Why are you reporting admissions data for student-athletes?**

For many years the Office of Undergraduate Admissions provided annual reports to Faculty Council about first-year and transfer admissions, including student-athlete admissions.  Several years ago, at the request of the Office of Undergraduate Admissions, the Advisory Committee on Undergraduate Admissions, and the Department of Athletics, a working group developed a framework for a new report.  The current report follows this framework.  Data have been compiled using the definitions that appear below, and they have been validated by the Office of Undergraduate Admissions and the Office of Institutional Research and Assessment.

**Has the admissions process for student-athletes changed?**

The University has acted repeatedly to strengthen student-athlete admissions.  In Fall 2009, the Advisory Committee and the admissions office developed a written charge and written procedures for the Subcommittee on Athletics Admissions, the precursor of the Committee on Special Talent.  The charge and procedures, which were approved formally by the Advisory Committee in January 2010, resulted in the subcommittee's becoming more systematic and detailed in its evaluation of individual candidates. The first students reviewed under the new charge and procedures enrolled in Fall 2010.

During Spring 2012 semester, the admissions office worked with the Odum Institute at UNC-Chapel Hill to study the extent to which various admissions credentials predicted the eventual academic performance of special-talent student-athletes once enrolled at the University.  As a result of this consultation, the admissions office developed a formula, based on the actual academic performance of previously enrolled special-talent student-athletes, to predict the first-year grade-point average of prospective student-athletes.

In November 2012, the Advisory Committee on Undergraduate Admissions:

- Expanded the scope of the Subcommittee on Athletics Admissions to include all special-talent admissions;
- Approved a change in the membership of the renamed Committee on Special Talent that required the majority of the committee members to be tenured or tenure-track faculty in the College of Arts and Sciences; and
- Implemented a new and tougher standard for review by the Committee on Special Talent, based on the predicted grade-point average (PGPA) developed by the admissions office and the Odum Institute, effective for students enrolling in 2013.

Taken together, the reforms since Fall 2009 have strengthened the individualized evaluations afforded to all prospective student-athletes and grounded those evaluations more firmly in evidence.

### Why do you publish statistics for "special-talent" student-athletes?

Both University policy and guidelines established by the faculty through the Advisory Committee on Undergraduate Admissions provide for the admission of students with special talent in athletics, music, and dramatic art.  The Office of Undergraduate Admissions has for many years reported annually on the admission of these students. This report builds upon that tradition.

### Why don't you publish statistics for each individual sport?

The working group that developed the framework for this report considered publishing statistics for each individual sport but was concerned that doing so would compromise the federally mandated privacy rights of individual students, given the small number of students recruited by some of the sports each year.  Since the first report was published, additional concerns were raised about the institution's responsibility to allow students to engage fully in their undergraduate education without their being subject to assumptions about their individual academic performance or potential made on the basis of their association with a relatively small group.  Readers interested in admissions statistics for each of the three "revenue" sports—which the UNC system defines as football, men's basketball, and women's basketball—may find them in the annual report on intercollegiate athletics received by the Board of Governors.  Final reports have been posted for 2012-2013, 2013-2014, and 2014-2015.

### Why doesn't this report include more information about the academic performance of student-athletes once they've enrolled at the University?

Neither the admissions office nor the Advisory Committee on Undergraduate Admissions is responsible for detailed reporting on academic performance.

Information about the academic performance and graduation rates of student-athletes is publicly available on the NCAA website (NCAA Reports of Academic Performance). The Atlantic Coast Conference also regularly produces reports of student-athletes who earn honor roll distinction (ACC Honor Roll).  The annual report on athletics to the Board of Governors of the university system also includes data on academic performance at each of the 16 constituent universities, including UNC-Chapel Hill; final reports have been posted for 2012-2013, 2013-2014, and 2014-2015.

**How were admissions expectations for student-athletes established?**

The primary criterion for admission for all students, including all student-athletes, is the student's capacity to succeed academically at the University. Specific admissions expectations for student-athletes are informed by close attention to the actual academic performance of student-athletes who enrolled at UNC-Chapel Hill. In keeping with guidelines established by the Advisory Committee for all candidates for undergraduate admission, the admissions office does not impose thresholds or cutoffs—that is, scores or GPAs below which students are automatically denied admission or above which students are automatically admitted. Rather, the admissions office evaluates each prospective student-athlete individually and considers both quantitative and qualitative factors in its evaluation.

**How are standardized tests used in admissions?**

The makers of the SAT and the ACT encourage colleges and universities to use their tests in conjunction with other quantitative and qualitative factors. In keeping with this advice, the admissions policies of both the UNC system and UNC-Chapel Hill promote flexibility and fairness in the use of test results. In the UNC system, students who do not achieve designated scores on the SAT or ACT may still be offered admission, provided that faculty members are involved in the evaluation of their applications and provided they are approved by their respective chancellors. At UNC-Chapel Hill, the Advisory Committee has developed _Guidelines for Standardized Testing_ that instruct the admissions office to consider test scores as "one factor among many."

**Why do you report data about test scores using the SAT scale for Critical Reading and Math scores combined?**

Test scores are reported on the SAT scale for Critical Reading and Math scores combined so that the test score of every student is reported on a uniform scale. ACT composite scores are converted to the SAT scale for Critical Reading and Math using the standard concordance table approved by the College Board and ACT.

**How many prospective student-athletes are denied admission each year?**

The athletics department typically identifies prospective student-athletes well before the admissions season begins. These students undergo preliminary evaluation for admissions on the basis of their courses, grades, test scores, and other information. As a result of these preliminary evaluations, the admissions office advised the athletics department that some prospective students would not be admitted if they applied, the athletics department chose not to recommend other students for admission, and still other students chose to pursue admission to other colleges and universities. The effect of this process is that student-athletes who will not be viable candidates for admission ordinarily are not recommended by the athletics department and do not apply to the University. Of the 473 students presented for preliminary evaluation, 270 subsequently applied for admission, and 219 were admitted. Thirty-five of the 527 students were identified as requiring review by the Committee on Special Talent; of these 35 students, 19 applied for admission, and 13 were admitted.

**Isn't it true that all of the students who require review by the Committee on Special Talent are**

**recruited by the revenue sports?**

Eleven of the thirteen students who required faculty review in 2016 were recruited by revenue sports as defined by the UNC system: football, men's basketball, and women's basketball. The other two students were recruited by two non-revenue sports.

**How can we compare the credentials of UNC student-athletes to the credentials of student-athletes at other universities?**

Few universities publish data about student-athlete admissions. Even when universities do publish such data, they may define the population of student-athletes differently from the way that this report defines the population, or they may use different methods for calculating test scores and grade-point averages.

The Board of Governors of the UNC system publishes information annually about the academic credentials and performance of student-athletes at each of its 16 constituent universities. This information cannot be compared directly to the data contained in the current report, since the two reports use different data and different data definitions.

The Institutional Performance Program (IPP) of the National Collegiate Athletic Association (NCAA) allows member institutions to compare the admissions credentials of their student-athletes to those of student-athletes at institutionally defined peer groups of eight or more universities.

**Where may I read more about the University's admissions policies and practices, including those that pertain to student-athletes?**

More information about the University's admissions policies and practices may be found on the Undergraduate Admissions website (Policies and Reports). Information about policies and practices that pertain to students with special talent can be found in the Undergraduate Bulletin; a detailed description is also available here. Previous reports on athletics admissions may be found here for the class entering in 2013, here for the class entering in 2014, and here for the class entering in 2015, as well as on the Carolina Commitment website.

## KEY TERMS

The data summarized in this report have been validated by the Office of Undergraduate Admissions and the <u>Office of Institutional Research and Assessment</u> using the definitions and methods described below. In keeping with University policy and practice, and in order to protect the privacy and other rights of individual students, this report does not include aggregate educational data, including admissions credentials, for groups with five or fewer students.

**Enrolling.** Enrolled in the University as of the official census date, which for Spring and Fall semesters is the 10th day of class.

**Class entering 2016.** First-year students who enrolled for the first time at the University during any 2016 term: Spring, Summer I, Summer II, or Fall.

**All student-athletes.** The entire population of student-athletes in the first-year class. This group includes special-talent student-athletes (defined below) and other first-year student athletes who (a) were admitted and enrolled at the University without regard for their special talent in athletics and (b) appeared on the official Fall 2016 squad lists of the athletics department.

**Special-talent student-athletes.** All first-year student-athletes who enrolled at the University through the special-talent policies and procedures approved by the Board of Governors, the Board of Trustees, the Advisory Committee on Undergraduate Admissions, and/or the faculty Committee on Special Talent.

**High-school grade-point average.** Final high-school grade-point average as reported by the student's high school. The results only include official GPAs reported by the student's high school, and only when the school reports GPAs on a 4.0 scale; no estimated GPAs are included. To maintain the integrity of admissions data, the Office of Undergraduate Admissions does not estimate GPAs when high schools do not provide them, and it does not recalculate GPAs when high schools provide them on anything other than a 4.0 scale.

**25th percentile.** The value below which 25 percent of all the values in the group fall.

**75th percentile.** The value below which 75 percent of all the values in the group fall.

**Median.** The value at the midpoint of the group.

**Test score.** Highest official score earned by each student on either the SAT (Critical Reading and Math combined) or the ACT Composite, with the ACT Composite converted to the SAT Critical Reading and Math scale using the <u>standard concordance table</u> approved by the College Board and ACT. This method of summarizing test scores best represents the way that scores are used by the University. Under <u>guidelines for standardized testing</u> approved by the Advisory Committee on Undergraduate Admissions, when any candidate for admission submits results from both the SAT and the ACT, the University considers the test with the stronger results.

**Minimum course requirements (MCR).** The <u>minimum course requirements</u> for all undergraduate candidates established by the Board of Governors of the University of North Carolina system. These requirements include four courses in English; two courses in a language other than

English; four courses in mathematics, including one course for which Algebra 2 is a prerequisite; three years of natural science, including one course in life or biological science, one course in physical science, and at least one course with a laboratory component; two courses in social science, including one course in United States history; and one additional course selected from any of these five core academic areas. Under UNC-system and UNC-Chapel Hill policy, students who do not meet MCR may be offered admission only after being reviewed and approved by the faculty Committee on Special Talent, the Office of Undergraduate Admissions, and the Chancellor.

**Minimum admissions requirements (MAR).** The minimum admissions requirements (MAR) for all undergraduate candidates established by the Board of Governors of the University of North Carolina system. The current minimum requirements include a HS GPA of 2.5 and a score of 800 on the old SAT (Critical Reading and Math combined) or 17 on the ACT. Under UNC-system and UNC-Chapel Hill policy, students who do not meet MAR may be offered admission only after being reviewed and approved by the faculty Committee on Special Talent, the Office of Undergraduate Admissions, and the Chancellor.

**Require review by the Committee on Special Talent.** In Fall 2012, the Advisory Committee on Undergraduate Admissions approved a framework for the admission of first-year special-talent students that categorized such students in three groups based largely upon their predicted first- year grade-point average (PGPA). Students with PGPAs below 2.3, students who do not meet MAR or MCR, and students who require review for possible violations of community standards may only be offered admission if they are first reviewed and recommended by the Committee on Special Talent. The new framework took effect for students enrolling in 2013; to enable comparisons over time, this same framework has been applied retrospectively to previous classes. Of the thirteen students requiring review in 2016, none required review for possible breaches of community standards.

**PGPA.** Predicted first-year grade-point average at UNC-Chapel Hill, calculated for each student-athlete based on the student's test score and NCAA core high-school grade-point average and the athletics program (men's or women's) that the student will be joining. The PGPA formula, developed by the Office of Undergraduate Admissions and the Odum Institute at UNC-Chapel Hill, is based on the actual first-year performance of UNC-Chapel Hill special-talent student-athletes and explains approximately 30 percent of the variance in their first-year GPAs. The formula has been revised for 2017 and subsequent entering classes to reflect the academic performance of the most recent four entering classes.

**NCAA core high-school grade-point average.** Grade-point average calculated by the National Collegiate Athletic Association, the governing body of intercollegiate athletics, based on student-athlete performance in core academic courses (see NCAA Guidelines). Because the NCAA core GPA is calculated on a standard 4.0 scale and is available for every student-athlete, the NCAA core GPA is used in the calculation of PGPA. High-school grade-point-average is used for reporting purposes to maintain consistency with data reported for all entering first-year students.