# EXHIBIT 57

**Charge of the Literature Review Subcommittee, dated December 16, 2016 (updated January 13, 2017) (UNC0283529)**

# Committee on Race-Neutral Strategies
# Literature Review Subcommittee

December 16, 2016
(updated January 13, 2017)

*Chair*
Holning Lau

*Other members*
TBD

*Charge*

This Subcommittee shall perform a literature review to provide the Committee with a better understanding of the research that the University should undertake to continually assess its need for race-conscious admissions strategies. The literature review shall address questions such as the following:

- The previous UNC-Chapel Hill working group on race-neutral strategies wrote a report that included a literature review of studies on universities' need for race-conscious admissions programs. What studies have been published since that working group's previous literature review?

- What are race-neutral admissions strategies that have been adopted by other schools, especially peer schools and aspirational target schools? Should UNC-Chapel Hill study the potential effects of adopting of these practices?

- What has been said in academic literature and public policy reports about the types of studies a university should conduct to assess its need for race-conscious admissions?

- Has there been any discussion in court documents (e.g., briefs and judicial opinions) about the types of studies a university should conduct to assess its need for race-conscious admissions?

*Proposed next steps*

- Hire a research assistant from the School of Law by early February. This assistant can work up to 20 hours per week.

- Hire another research assistant with expertise in quantitative methods by late early March.