# EXHIBIT 58

# Charge of the Data Analytics Subcommittee of the Race Neutral Strategies Task Force, dated November 30, 2016 (UNC0283530)

Data Analytics Subcommittee of the Race Neutral Strategies Task Force
November 30, 2016

### Current Committee Members

Michael Kosorok, Biostatistics, co-chair
Patrick Curran, Psychology and Neuroscience, co-chair
Jen Kretchmar, Admissions
Ming Lin, Computer Science
Jonathan Engel, Physics
Holning Lau, Law
Bettina Shuford, Student Affairs

### Committe Charge as defined by Dr. Panter

1. Identify available data sources and different, feasible analytic approaches that could support the careful consideration of race neutral approaches in undergraduate admissions at UNC-Chapel Hill.
2. Empirically evaluate these analytic approaches and their ability to achieve important institutional outcomes for incoming undergraduate classes.
3. Provide regular updates and data reports to the larger Race Neutral Strategies Committee so that broad input may be provided about the different analytic approaches, legal context, direction, and findings.

### Potential Initial Steps

1. Kosorok and Curran will meet to develop strategic plan with a particular emphasis on identifying specific goals and working towards concrete deliverables on an agreed upon timeline.
    a. This meeting is currently being scheduled.
2. Kosorok and Curran will meet with admissions staff to identify what data sources are available and in what form they can be accessed.
    a. Will need special emphasis on de-identification and data security issues.
3. Given the likely outcomes of points #1 and #2, Kosorok and Curran will each focus on sub-components of the overall charge of the committee.
    a. The details of this are not yet established, but prior discussions have suggested the Kosorok might oversee a computer simulation-based approach and Curran can oversee a direct analysis of the available data. However, this is not yet established.
    b. Both Kosorok and Curran can potentially recruit a graduate student from their respective Departments to support their work and provide a training opportunity for the students.

A key challenge that directly affects the success of this subcommittee is the identification of the theoretical constructs that are believed to be most relevant in the process of application, review, admission, and academic success. It will be critical to draw on the joint expertise of the group to define exactly what we mean by concepts such as *diversity, achievement, preparedness, character, promise,* and *academic success*. It is not possible to develop numerical measures from existing data without first agreeing upon how we define the core constructs involved in the admissions process and navigating the college experience.