# EXHIBIT 59

# Charge of the Subcommittee on the Impact of Diversity on the Student Experience
# (UNC0379565)

Subcommittee on the Impact of Diversity on the Student Experience

Committee Charge:

The subcommittee is charged with gathering the perspectives of current students on their educational experiences at the University, particularly as it relates to how diversity has contributed to their overall experience at UNC. Student perspectives will be pulled from a variety of sources, including institutional and departmental surveys related to student engagement, student responses from the campus climate survey, along with institutional demographic information by College, School, department and major. A review of the literature on the impact of diversity on the student experience will also be conducted.

Action items:

Aggregate and synthesize responses to diversity related questions related to student engagement from the following institutional and departmental assessments.

- Cooperative Institutional Research Program (CIRP) – first-year survey
- Student Experience in the Research University (SERU) – student engagement
- Multi-Institutional Study of Leadership (MSL)
- Campus Climate Survey for UNC Undergraduate Students
- Arts and Sciences Foundation – Alumni Survey
- Departmental assessments with diversity specific questions
- Disaggregate data by race and gender
    - Department/School/College
- Retention by department by race and gender
- Racial make-up by major
- Common themes across instruments
- What questions have not been asked?

Note: Undergraduate Education has the data on retention and racial make-up by department