# EXHIBIT 61

# 2015 Carolina College Advising Corps (CCAC) Information Sheet for Robeson County Schools
# (UNC0226162-63)

# Carolina College Advising Corps

*The Carolina College Advising Corps helps low-income, first-generation, and underrepresented students find their way to college. By placing recent Chapel Hill graduates as advisers in high schools across North Carolina, the Corps helps students plan their college searches, complete admissions and financial-aid applications, and enroll at schools that will serve them well.*



**A NEAR-PEER MODEL**

Advisers are all recent UNC-Chapel Hill graduates who are close in age and often in circumstance as the students they serve, making them both peers and role models.

**BUILDING A THRIVING COLLEGE-GOING CULTURE**

Advisers work with principals, counselors, teachers, and the community to provide an open-door, whole-school approach to advising. They integrate fully into the life of the community they serve.

**BEST-FIT, BEST-MATCH**

Advisers focus on helping students identify post-secondary programs that will best serve them both academically and socially, increasing the likelihood they will successfully complete their degrees.

OUR SERVICE TO THE STUDENTS OF NORTH CAROLINA
- Guide students through their exploration of all post-secondary opportunities
- Help students start and complete college admissions applications
- Assist students and families with financial aid and scholarship applications
- Offer students assistance registering for the ACT and SAT
- Help students secure test and application fee waivers
- Arrange visits to college campuses
- Lead workshops on admissions, personal statements, and financial aid process
- Organize school and community events related to college preparation and success



In 2014-2015 42 advisers served 59 schools across North Carolina.

A MORE EDUCATED WORKFORCE

Postsecondary education has never been more critical for the people of North Carolina. According to the U.S. Department of Labor, 90 percent of the fastest-growing jobs will require education beyond high school. Unless more North Carolinians find their way to and through college, these opportunities will be lost to our children, and our future will be compromised.

The challenge for our state is both formidable and urgent. According to the Lumina Foundation for Education, North Carolina ranks in the bottom half of the nation in the proportion of working-age adults (38.2 percent as of 2011) who hold at least a two-year degree. In the communities served by the Carolina Corps, the proportion of working-age adults who hold at least a two-year degree is 29.1 percent--9 percentage points lower than the statewide rate.

**The Carolina Corps strives to fill the gap in college-going rates and meet the educational needs in North Carolina.**



CAROLINA COLLEGE ADVISING CORPS
Jackson Hall, Campus Box 2200
Chapel Hill, NC 27599-2200
t 919.843.7286  f 919.962.3045
CarolinaCollegeAdvisingCorps.UNC.EDU

# An Educated Workforce in Robeson County

The 2014-2015 academic year marks the seventh year serving the students of South Robeson High School, and marks the first year of a more robust partnership with Robeson County while extending partnerships with Purnell Swett and Fairmont High Schools. Two full-time advisers serve the students of these three schools, as students seek a post-secondary opportunities and navigate the college application and financial aid processes



**Ms. Victoria Chavis,**
College Adviser serving Purnell Swett



**Ms. Jessica Oxendine**
College Adviser serving Fairmont
and South Robeson High Schools

## UPDATES

College Application Week is one of the highlighted events in which the advisers support their students. Leading up to the week, advisers work with students to assist them with college choice and match, and to ensure they have registered and taken standardized tests. This year, Ms. Oxendine, the college adviser of Fairmont and S. Robeson High Schools, schedule hour blocks for students to allow time to begin and finish at least on application. This year, 91 students from the two schools submitted over 200 applications. During the first semester, almost 50% of the senior classes in both schools logged submitted at least one application to a two- or four-year institution.

At Purnell Swett, Ms. Chavis has utilized non-traditional ways to encourage and educate students about college related initiatives such as social media. The first promotion pushed SAT registrations early in the year. Over 30 students sought out the college adviser to register and inquire about fee waivers. In addition, the Ms. Chavis assist with College Application Week initiatives for the school. In an effort to work efficiently and reach all 360 seniors, the Ms. Chavis held CFNC lunch drives to prepare the students. During the week, over 130 students submitted applications. This lead to a total of 182 students submitting at least one application.

Currently Ms. Chavis and Ms. Oxendine are planning for financial aid season with goals to have as many students submit before the March 1st priority deadline. They will promote a series of community financial aid nights that will allow for assist with FAFSA completion. Each plan to set up tables during basketball games to answer questions and support families with the financial aid application. The advisers plan to partner with faculty to offer workshops and classroom presentations to students to discuss financing a post-secondary education and scholarships. They both have a goals to increase FAFSA submissions for the three schools in the county through community partnerships, such as with RCC, direct outreach, such as cold calling parents, and through student engagement, such

## Robeson County Data
## August 2014-January 2015*

### South Robeson HS
### Fairmont High School
### Purnell Swett High School

| | |
|---|---|
| Number of advisers | 2 |
| Reported number Of seniors | 645 |
| Partner high schools | 3 |
| Number of one-on-one interactions with students | 1148 with 70% of all seniors |
| Students assisted with registration SAT/ACT | 166/109 |
| Students logged with submitting at least 1 application | 380 or 57% |
| Applications submitted | 403 |

* This data is representative of the first semester of the 2014-2015 academic year. Data will be fully reconciled upon the completion of the academic year in June 2015. Application data as reported by CFNC.

**Ms. Chavis and Ms. Oxendine are alumna of Purnell Swett High School, class of 2010 and graduates of the UNC-Chapel Hill, class of 2014. They are both honored to serve the community they come from.**

CAROLINA COLLEGE ADVISING CORPS
Jackson Hall, Campus Box 2200
Chapel Hill, NC 27599-2200
t 919.843.7286  f 919.962.3045
CarolinaCollegeAdvisingCorps.UNC.EDU



Case 1:14-cv-00954-LCB-JLW   Document 156-13   Filed 01/18/19   Page 3 of 3   UNC0226163