# EXHIBIT 62

# Carolina Metrics Presentation
(UNC0132974-90)



## Goals:

- Build a set of visible and accessible metrics to measure UNC-Chapel Hill's academic status
- Develop an on-line dashboard visible to stakeholders
- Assess performance towards mission and strategic priorities
- Benchmark against peers
- Set targets for improvement
- Support decision-making and resource use

## First Step:

- Engage academic stakeholders in focus groups regarding relevant academic domains and measures
    - Vice Provosts
    - Deans and Vice Chancellors
    - Faculty Executive Committee
    - UNC-Chapel Hill Center Directors
    - Student input – TBD with Chancellor's Advisory Committee

## Second Step:

- Build a cognitive map that examines "How good is UNC-Chapel Hill's academic performance?"


Case 1:14-cv-00954-LCB-JLW   Document 156-14   Filed 01/18/19   Page 5 of 18   UNC0132977













10



## Examples: Measures of Public Benefit



Reputation: Peer Assessment Scores, US News

### Teach For America
National Ranking for Most Seniors Hired 2013

| | |
|---|---|
| Texas | 1 |
| Pennsylvania | 2 |
| So. California | 2 |
| Berkeley | 3 |
| Michigan | 4 |
| **UNC-Chapel Hill** | **6** |
| Northwestern | 8 |
| Virginia | 9 |
| Wisconsin | 10 |
| Minnesota | 12 |
| Maryland | 14 |
| Washington | 14 |
| UCLA | 17 |
| Pittsburgh | 19 |

### Academic Ranking
Shanghai University Academic Ranking of World Universities 2013

| | |
|---|---|
| Berkeley | 3 |
| UCLA | 12 |
| Pennsylvania | 15 |
| Washington | 16 |
| Johns Hopkins | 17 |
| Wisconsin | 19 |
| Michigan | 23 |
| Minnesota | 29 |
| Northwestern | 30 |
| Duke | 31 |
| Texas | 36 |
| Maryland | 38 |
| **UNC-Chapel Hill** | **43** |
| So. California | 47 |
| Pittsburgh | 61 |
| Virginia | 101-150 |

### State Appropriations as Percentage of Total Revenue

| | Total Revenue | State Appropriations | |
|---|---|---|---|
| Maryland | 1,617,320,056 | 414,752,099 | 25.6% |
| **UNC-Chapel Hill** | **2,543,246,909** | **486,492,294** | **19.1%** |
| Minnesota | 2,734,365,073 | 515,075,198 | 18.8% |
| Wisconsin | 2,386,152,185 | 353,789,156 | 14.8% |
| Texas | 2,069,155,424 | 289,350,074 | 14.0% |
| Berkeley | 2,162,868,000 | 288,499,000 | 13.3% |
| UCLA | 5,381,308,000 | 409,450,000 | 7.6% |
| Washington | 3,898,940,784 | 218,342,921 | 5.6% |
| Virginia | 2,518,801,030 | 131,581,036 | 5.2% |
| Michigan | 5,371,506,000 | 286,604,000 | 5.0% |
| Pittsburgh | NA | NA | NA |

Sources: Reputation: Peer Assessment Scores – US News & World Report Best Colleges, 2014. State Appropriations as Percentage of Total Revenue – IPEDS Finance Survey, FY 2012. Teach for America – Teach for America website. Academic Ranking – Shanghai University Academic Ranking of World Universities 2013.

12

UNC0132985

## Criteria for Selecting Metrics

1. Reliability of data sources
2. Availability of data on an ongoing basis
3. Validity of measures chosen
4. Clear and understandable to constituents
5. Can benchmark against existing peer group
6. Aligned with university priorities and goals
7. Suggest inter-institutional variation exists
8. Actionable results that lead to improvement

## Examples of Data Sources for Metrics

- Federal databases – Integrated Postsecondary Education Data System (IPEDS), National Science Foundation (NSF) etc.
- Association of American Universities (AAU) Data Exchange
- The Common Data Set
- Databases of media outlets and other organizations that collect data and publish rankings -- Princeton Review, US News and World Report, Kiplinger's, etc.
- Publication and citation databases
- Surveys of faculty and students conducted by peer groups

## Steps to Select and Implement Metrics

1. Consult campus experts
2. Assure data is most recent and appropriate
3. Share with BOT and administration
4. Develop a process for ongoing data collection and review
5. Design a dashboard display



