# EXHIBIT 67

# Declaration of Ezra Baeli-Wang

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| STUDENTS FOR FAIR ADMISSIONS, INC., |
|---|
| Plaintiff, |
| v. |
| UNIVERSITY OF NORTH CAROLINA et al., |
| Defendants. |

## DECLARATION OF EZRA BAELI-WANG

# DECLARATION OF EZRA BAELI-WANG

I, Ezra Baeli-Wang, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I am an Asian-American male from Hillsborough, New Jersey. I attended Hillsborough High School ("HHS"), a public school with approximately 2,000 students. At HHS, I participated in track and was a National AP Scholar.

2. I graduated in May 2017 from the University of North Carolina at Chapel Hill ("UNC-CH"). My majors were Peace, War, and Defense ("PWAD") and Asian Studies with a concentration in Chinese, and my minor was Creative Writing.

3. I was a member of the UNC-CH varsity fencing team and served as captain of the men's foil squad during my sophomore and senior years.

4. As a sophomore, I received the Arthur Ashe, Jr. Sport-Scholar Award for my commitment to athletics, academics, community service, and student leadership.

5. I also received the Leader of Distinction Award as a junior. The Leader of Distinction Award is the Baddour Carolina Leadership Academy's highest honor.

6. My senior year, I served as president of the Atlantic Coast Conference ("ACC") Student-Athlete Advisory Committee. My junior year, I was a member of that committee. My junior and senior years, I was also co-president of UNC's campus chapter of the ACC's Student-Athlete Advisory Committee. In addition, I served as a student-athlete representative on the Faculty Athletics Committee at Carolina during my junior and senior years.

7.  I made the Dean's List each semester and was named to the ACC Academic Honor Roll each year. In 2015 and 2016, I received the UNC 4.0 Club Scholar-Athlete Award for maintaining a 4.0 GPA for one or both semesters. I was elected to Phi Beta Kappa in 2016.

8.  I am starting a position as an operations analyst at a global health firm, Vigilint. My dream job is to serve as the U.S. Ambassador to China.

### Importance of Diversity at UNC-CH

9.  I spent my entire childhood in New Jersey. When choosing a college, I knew I wanted to have new experiences in a warmer climate. My top two choices were UNC-CH and the University of California at Berkeley ("UC-Berkeley"). Financial considerations were an important part of my decision to attend UNC-CH, but so was school spirit. The Town of Chapel Hill exudes school spirit, and I had the impression that students at UNC-CH were genuinely excited to be at UNC-CH.

10. I grew up in a predominantly white, upper-middle-class, suburban area. Even as a high school senior, I knew that my upbringing had been sheltered and looked forward to interacting with people from different backgrounds in college.

11. The diversity at UNC-CH has played a critical role in my educational experience both inside and outside the classroom.

12. At UNC-CH, I actively sought out opportunities to interact with people who are different from me. There is diversity at UNC-CH, but in many cases it is still necessary to seek it out. It would be possible for students to insulate themselves, surrounded by other students who think and talk and look like they do.

13. During my freshman year, I lived in an on-campus residence hall. One of my suitemates, who later became my roommate, was Nigerian. When he pointed out how few Black males there are in our graduating class, I was shocked. He mentioned that he felt sad and lonely at times because it had been difficult to find or create a sense of community on campus. This interaction was eye-opening for me, because this was something I had not given much thought to.

14. One arena in which I found opportunities to interact with a diverse group of students was in athletics. In fact, being an athlete created opportunities to interact with many African-Americans on campus. While there were no Black athletes on the fencing team when I joined, I later recruited my roommate who was African to join; my senior year, there were three Black athletes on the team.

15. As a senior at UNC-CH, I became involved in a number of Asian student organizations, including the Asian Student Association and the Mixed Asian Student Heritage ("MASH") Club. This is the first time I was involved in an organization related to my Asian heritage.

16. In the academic sphere, diversity is especially important in classes that cover controversial issues and offer opportunities for debate. In some of my classes, we debated race-related issues like affirmative action even though there were no students of color in addition to myself there to offer their perspectives. Those conversations would have been far more interesting and robust if those classes had been more diverse. I believe we overestimate how many people share our perspectives, and insufficient diversity can restrict a conversation.

17. Even though it would be possible to remain insulated at UNC-CH, I met many students at UNC-CH who value diversity. In fact, our student body seemed to recognize that we live in a global world and that life after graduation will involve interactions with people who don't have the same background they have. Students at UNC-CH want to succeed and are interested in developing as individuals. As many of my classmates recognize, exposure to diversity is both critical to success today and conducive to becoming a better human being. Thanks to the diversity at UNC-CH, I have developed a clear appreciation for what diversity has to offer no matter the scenario or space.

## Conclusion

18. Diversity has contributed to my personal experience at UNC-CH and is something that is important to students at UNC-CH today. I believe that the University would be an even better place and offer even more opportunities to learn from diverse peers if there were even more racial and ethnic diversity than we see today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/17/2017.

_____
Ezra Baeli-Wang

4