# EXHIBIT 71

# Declaration of Taylor Bates

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

## DECLARATION OF TAYLOR BATES

## DECLARATION OF TAYLOR BATES

I, Taylor Bates, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1. I am a Caucasian male from Nashville, Tennessee.

2. I just completed my senior year at The University of North Carolina at Chapel Hill ("UNC-CH"). I majored in Economics and Public Policy, and received a minor in Education.

3. I served for three years as President of the UNC-CH Residence Hall Association ("RHA") and am a member of the National Residence Hall Honorary. I first became involved with the RHA as a first-year, out-of-state student looking for a way to build a community on campus. Later, I decided to run for RHA President because I wanted to help students from different places and backgrounds feel at home. The other RHA officers and I strive to accomplish that goal by providing fun programs and educational initiatives for students. Bates Declaration Exhibit 1 is a photograph of myself (far right) with other members of the 2016-17 RHA executive board. Bates Declaration Exhibit 2 is a photograph of myself (far right) with other members of the 2015-16 RHA executive board.

4. I also am a member of the Carolina Union Board of Directors. The Union is a visible, central meeting place for students and the place where student organizations reside. In short, it is a hub for student life. I enjoy talking with faculty and other leaders about how to make the Union feel more like home to more students.

5.     In addition to my activities on campus, I am an intern with the International Lactation Consultant program. In that role, I am helping to write a policy manual with the ultimate goal of sharing knowledge about childhood nutrition.

### Diversity at UNC-CH

6.     Interacting with students who are different from me has greatly impacted my educational experience. For example, I took a class on justice and public policy taught by Dr. Benjamin Meier. The class was based on classroom discussions of complex topics, many of which were related to public health policy. Hearing others speak from different life experiences often prompted me to think about issues differently. It also helped me understand that weighing the merits of public health policy requires consideration of issues like economics and access to health care. Public health is an issue that goes beyond what we can read in a textbook. As a public policy major, understanding the impact of public health policy from different perspectives is important.

7.     UNC-CH actively fosters understanding of diverse points of view outside the classroom as well. One example is the Tunnels of Oppression Program put on by RHA and several other student organizations, which helps students explore different identities and understand different perspectives.

8.     Other programs that promote understanding of diversity include the Carolina Conversations held at the Union; the social justice and diversity forums at the Campus Y; the educational components of the Spring into Service event; International Fest; and the RHA Social Justice Advocate Program, through which student advocates learn about topics like privilege and help incorporate those lessons into engaging and fun programs for students who live in UNC-CH residence halls.

9. Extracurricular programs like the ones described above have greatly impacted my experience at UNC-CH in a positive way. I have friends of many different backgrounds. I also have much broader knowledge of history and diverse cultures, which I can connect with discussions in a variety of settings. I am better able to interact with different people and experiences. For example, when I see concerns about police brutality in the media, I am able to keep in mind what it means to people on a personal level. I haven't experienced police brutality myself, but when engaging in discussion, I can understand that it is an emotional and personal issue.

**Conclusion**

10. Diversity at UNC-CH has provided a big educational benefit to me both inside and outside of the classroom.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/12/17.

Taylor Bates

3

Case 1:14-cv-00954-LCB-JLW Document 157-7 Filed 01/18/19 Page 5 of 5