**EXHIBIT  72**

**Declaration of Frank Baumgartner**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

      **Plaintiff,**

v.

**UNIVERSITY OF NORTH CAROLINA et al.,**

      **Defendants.**

## DECLARATION OF FRANK BAUMGARTNER

DECLARATION OF FRANK BAUMGARTNER

I, Frank Baumgartner, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1.    I am the Richard J. Richardson Distinguished Professor of Political Science at The University of North Carolina at Chapel Hill (UNC-CH). I joined the Political Science Department at UNC-CH in 2009 as the first holder of the Richardson professorship.

2.    Prior to coming to UNC-CH, I held academic positions at The University of Iowa (1986-87), Texas A&M University (1987-98), and Pennsylvania State University (1998-2009). I have also held numerous visiting appointments, including at universities in Norway, Scotland, France, Italy and Spain.

3.    I am originally from Detroit. I received my Bachelor of Arts in Political Science and French, my Master of Arts in Political Science, and my Ph.D. in Political Science from the University of Michigan, Ann Arbor.

4.    My research focuses on public policy, agenda-setting, and interest groups in American and comparative politics. My work has appeared in such journals as the American Political Science Review, the American Journal of Political Science, the Journal of Politics, Comparative Politics, the Journal of European Public Policy, and Legislative Studies Quarterly.

5.    Along with Bryan D. Jones, I created the Policy Agendas Project, which is now the Comparative Agendas Project. The project collects and organizes data from archived sources to track policy outcomes across countries. Dr. Jones and I have written three books together, all published by the University of Chicago Press: *The Politics of Information* (2015); *The Politics of*

*Attention: How Government Prioritizes Problems* (2005); and *Agendas and Instability in American Politics* (1993; second edition 2009).

      6.     I have written several other books in my field with various collaborators, including: *Basic Interests, on the Importance of Interest Groups in American Politics and Political Science* (Princeton University Press, 1998, with Beth Leech); *Conflict and Rhetoric in French Policymaking* (Pittsburgh, 1989); *The Decline of the Death Penalty and the Discovery of Innocence* (Cambridge University Press, 2008, with Suzanna De Boef and Amber E. Boydstun); *Lobbying and Policy Change: Who Wins, Who Loses, and Why* (U. Chicago Press, 2009, with Jeffrey M. Berry, Marie Hojnacki, David C. Kimball, and Beth L. Leech); and *Agenda Dynamics in Spain* (Palgrave Macmillan, 2015, with Laura Chaqués Bonafont and Anna M. Palau).

      7.     My collaborators and I have received awards and recognitions for our work. In 2001, the American Political Sciences Association (APSA) Organized Section on Public Policy awarded us the Aaron Wildavsky Award for *Agendas and Instability in American Politics* and called it "a work of lasting impact on the field of public policy." In 2008, *The Decline of the Death Penalty* and the *Discovery of Innocence* was awarded the Gladys M. Kammerer Award by the APSA for the best book on U.S. national policy. In 2010, *Lobbying and Policy Change: Who Wins, Who Loses, and Why* won the Leon D. Epstein Outstanding Book Award from the APSA Section on Political Organizations and Parties. In 2016, the National Academy of Public Administration awarded us the Louis Brownlow Award, denoting *The Politics of Information* as the best book in the field in 2015. In 2017, *The Politics of Information* will receive the award for the best book published in English in 2015 on the topic of public policy from the International Public Policy Association.

2

8.      In October of 2017, I will be inducted into the American Academy of Arts and Sciences.

9.      My current research interests include the continued extension of the Policy Agendas Project. Comparative policy agendas projects are underway in Australia, Belgium, Canada, Croatia, Denmark, the European Union, France, Greece, Hungary, Hong Kong, Israel, Italy, Japan, Malta, the Netherlands, Portugal, Scotland, South Korea, Spain, Sweden, Switzerland, Turkey, the United Kingdom, and for the U.S. states of Pennsylvania and Florida.

10.      My current research agenda also includes studies of race, with particular focus on the death penalty and traffic stops. With UNC-CH colleagues Seth Kotch (American Studies) and Isaac Unah (Political Science), I am writing a book tentatively entitled *A Deadly Symbol: Race and Capital Punishment in North Carolina*, focusing on the decline of the death penalty in the state and its potent racial symbolism throughout history.

11.      In addition, with a number of current and former UNC-CH undergraduate students, I recently finished a book entitled *Deadly Justice: A Statistical Portrait of the Death Penalty* which brings together much of my recent work on race, innocence, delays, reversals, and the geographically-arbitrary nature of the death penalty in the modern (post-1976) era. The book has three audiences: students learning about the death penalty, anyone concerned about the facts of how the death penalty actually operates (as opposed to how we might wish it operated), and the Justices of the U.S. Supreme Court. The book seeks to answer some of the most pertinent empirical questions relevant to the Court's review. This book will be published by Oxford University Press in 2017.

12.      In 2011, I began a research project with UNC-CH graduate student Derek Epp focused on the analysis of all traffic stops in North Carolina, based on official data collected

3

since 2000 that has never been subjected to systematic analysis. This work has led to considerable news coverage across the state and is engaging policymakers to address the problem of racial profiling. We are also revising chapters of a book tentatively entitled *Eroding Trust, Policing Anger: How Racial Disparities in Traffic Stops Threaten Democratic Values*, which is under advanced contract with Cambridge University Press. The book takes a comprehensive look at more than 20 million traffic stops in North Carolina and focuses on racial profiling and the high costs, but low dividends, of diverting the traffic safety function of traffic patrols to the war on drugs.

13.    In the last four years, I have taught the following courses at UNC-CH:

- Political Science / English / American Studies 248, Spring 2017, Intersectionality: Race, Gender. Sexuality and Social Justice
- Political Science 718, Spring 2017, Graduate Seminar on Agenda-Setting
- Political Science 421, Fall 2016, Framing Public Policies
- Political Science 203, Spring 2016, Race, Innocence, and the Decline of the Death Penalty
- Political Science 490, Fall 2015, Advanced Seminar: The Death Penalty
- Political Science 421, Spring 2015, Framing Public Policies
- Political Science 727, Spring 2015, Graduate Seminar on Framing
- Political Science 203, Fall 2014, Race, Innocence, and the Decline of the Death Penalty
- Political Science 718, Spring 2014, Graduate Seminar on Agenda-Setting
- Political Science 421, Fall 2013, Framing Public Policies

14.    I serve on the editorial boards of the Journal of Public Policy, Public Administration, Policy Studies Journal, Political Research Quarterly, the Journal of European Public Policy, Gouvernement et Action Publique, and other journals.

15.    I have been active in the American Political Sciences Association (APSA). In 2011, the APSA Section on Political Organizations and Parties awarded me the Samuel J. Eldersveld Award for Career Achievement.

4

16.     I am active in University service activities, serving as an elected member of the University-wide Faculty Council, as the Diversity officer for the Department of Political Science, and in various other service capacities.

17.     I serve on the Board of Directors of Healing Justice, an organization my wife created in 2015 to help address the extensive human damage caused by wrongful convictions. Healing Justice hopes to promote restorative justice principles in wrongful conviction cases, assist with the provision of services to individuals harmed by wrongful convictions, and create opportunities to unify the diverse voices of those harmed in order to prevent future wrongful convictions.

18.     Baumgartner Declaration Exhibit 1 is a true and correct copy of my current curriculum vitae. Baumgartner Declaration Exhibit 2 is a photograph of me from my UNC-CH webpage.

## Educational Benefits of Diversity

19.     Diversity provides substantial and real educational benefits and is critical to our students' learning at UNC-CH. I have personally observed these benefits over my many years of teaching.

20.     For example, classroom discussion and learning in my courses is richer and deeper when we have a diverse group of students in the classroom, with diversity defined broadly. Diversity in the classroom also helps our students develop awareness and an understanding of different perspectives and experiences in a more meaningful way. Learning about race and diversity-related issues with diverse classmates is particularly important in promoting cross-cultural understanding and helping break down stereotypes and prejudices. It

5

would be extremely difficult, and ineffective, to teach about diversity issues without diversity among students.

21.    Because I believe that my students learn the most from each other, my courses are structured to provide meaningful interaction between students.

22.    In Spring 2017, I co-taught a diversity super-course entitled American Studies/English/Political Science 248: Intersectionality: Race, Gender. Sexuality and Social Justice. I co-taught the course along with Professors Jennifer Ho (English and Comparative Literature) and Sharon P. Holland (American Studies). Baumgartner Declaration Exhibit 3 is a true and correct copy of the syllabus for the course.

23.    The course description, as set forth in our syllabus, states as follows:

> According to the US Census Bureau, in the year 2020 "more than half of the nation's children are expected to be part of a minority race or ethnic group. All Americans under the age of 18 are now at the front of a trend that will see the overall population follow suit some 20 years later" (NPR's Hansi Lo Wang). In essence, we are in a time of a dynamic racial shift, and yet our country seems to be divided or confused about what "race" is, how to talk about it, and how it might intersect with other identity formations such as gender, class, or sexuality. The first goal of this super-course is to give students real tools for how to address multiple modes of difference.

> The second arc of this course is its focus on the southern hemisphere – a region that is in the midst of a dramatic demographic transformation that is likely to accelerate as we approach the mid-century mark. By understanding region and race, for example, students will not only enhance their understandings of the south, but also contribute a substantial body of scholarship to the state archives through group and individual projects (see below). We plan to be at the forefront of the discussion on the future of the U.S. south and its connections with sister states above and below the equator.

> In order to do this work, this interdisciplinary course will cover such topics as racial formation, ethnic identities, racial profiling, environmental justice, gender violence and bias, histories of

6

institutions (education/prison) and narratives of belonging and citizenship.

By the year 2044, "no one racial or ethnic group will dominate the U.S. in terms of size," (U.S. Census Bureau). We want to be ready for that moment and so do you.

24.    In the super-course, we cover various subjects related to diversity, including intersectionality, citizenship, American dreams, race and punishment, and campus culture.

25.    In addition to lectures, we employ "Interaction Groups" which constitute 40 percent of a student's grade. For these groups, students organize into groups of 3-4 in their recitation sections to work on a course-long project that will also be tied to the final exam and will serve as a class-produced public Word Press website. At the end of this class, each student will have contributed content to creating a web page that engages with the theme of this course. Teaching Assistants (TAs) work with students in recitation during the early stages, but students are expected to meet outside of class to work on the content for their Word Press contribution.

26.    As stated on our syllabus, "The goal of this portion of the course is to have students engage one another on intersectional issues and for them to demonstrate their skill at redacting materials and formulating questions about them. We hope that the website will produce a conversation at UNC about diversity and inclusion that is not only visible to members of the University community but also able to reach a broader audience of scholars, teachers and students concerned about intersectional issues in the state and elsewhere."

27.    The diversity of students in the diversity super-course is essential to its effectiveness and success.

28.    I also teach about the death penalty. In Spring 2016, for instance, I taught POLI 203: Race, Innocence, and the End of the Death Penalty. This course typically has around 250 students in the lecture class, and each student is also assigned to a 20-person discussion section

7

that meets weekly with a TA. Quality participation in discussion was expected, and a student's participation in discussions was graded. I also arranged for eight evening speakers, and for each event, I organized a dinner with four or five undergraduates, a TA, and the speaker – creating terrific opportunities for discussion. Baumgartner Declaration Exhibit 4 is a true and correct copy of my course syllabus from Spring 2016 in POLI 203.

29.     Some of my classes do not attract as much diversity. For instance, if I teach a class about lobbying, I do not necessarily get a big minority presence. If I teach about the death penalty, I get a higher percentage. I notice a significant difference in the conversations – with conversations enhanced by diversity of all kinds.

30.     Conversations in my class discussion sections are enhanced by whatever diversity may be there, whether students are from underrepresented minorities or impoverished backgrounds. For example, a topic we have discussed is police behavior toward black, white, and Hispanic drivers. Minority students understand this in a way that majority students do not, and some have personal experiences of having been stopped by police. When these students share their personal experiences with their classmates, this provides a powerful and impactful learning moment.

31.     The Political Science Department has a program where students take a professor to lunch. Students email the department and set up lunch with a professor, and the department pays. In my death penalty course, I immediately had two students who emailed and wanted to have lunch with me. One was a Hispanic female and one was an African-American female, and they were in the same discussion section. Both had family members in prison. They were fascinated by the class, and they believed they were the only ones in the class with family members in prison. We talk a lot in class about the racial dynamics of who is on death row, what

8

crimes they committed, and who the victims of their crimes were. It is extremely helpful to hear about people's own family experiences and hear from people who are touched personally by the subject matter. It creates interesting, difficult, and fulfilling conversations and enhances learning, bringing the points home to those students who are able to see that another student whom they know and respect has had such experiences. Bryan Stevenson refers to this concept as "proximity" in his book, *Just Mercy*. It can also be an important element of learning.

32. Diversity among the student body is also needed to encourage students' full participation at UNC-CH. I have observed that if there are only one (or two) minority students in class, they may be inclined to stay quiet. If there are five, they are more likely to bring out issues and perspectives that generate real learning. It benefits those whose voice might not be heard if they feel intimidated by small numbers, but it also benefits the other students in the class if they can hear these perspectives, otherwise silenced.

### Faculty Diversity at UNC-CH

33. I serve as the Diversity Liaison for the College of Arts and Sciences. In that capacity, I am on a task force that presented a diversity survey to the College of Arts and Sciences, which expressed concern about the lack faculty diversity. Recruiting underrepresented minority faculty members continues to be a challenge. Until we have a larger pipeline of diverse candidates in graduate school from top undergraduate programs, that will continue to be a challenge.

34. I have observed that a diverse student body in the Ph.D. program makes the variety of dissertation topics expand. When I have African-American or Hispanic graduate students, they are interested in writing their dissertations on race-associated disparities and explaining puzzles related to race and ethnicity. Female graduate students are interested in

9

gender disparities. This provides a richness to the whole profession, as these students are the pipeline of future faculty members.

35.     It was not mainstream to study race and politics in the 1980s, nor was it mainstream to study gender and politics. Few of the white male individuals who constituted the vast majority of the professorate were particularly interested in gender and politics, so that area of research was under-studied until women entered the profession. Now, race and ethnicity are major sections of political science, and there is significant research on voting and electability. It enhances the profession to have a more diverse professorate as well as a more diverse student body. We certainly have a stronger profession of political science with a richer set of scholars studying issues such as gender and race, which I think we can all agree are central to the practice and realities of political life. Until there was greater diversity in the profession, these were under-studied areas of political science. In retrospect, it would seem surprising that such essential issues would be peripheral to a profession centered on political struggles. But to a professional group which was largely white, middle class, and male, it was as natural as breathing the air, something we collectively did without thinking. Diversity enhances the profession by avoiding such glaring blind spots. It enhances the classroom and more general learning experience of the University in a similar manner.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _14 JAN, 2019_

Frank Baumgartner

10

**Exhibit 1 to Baumgartner Declaration**

## FRANK R. BAUMGARTNER
Richard J. Richardson Distinguished Professor of Political Science
University of North Carolina at Chapel Hill
313 Hamilton Hall • Chapel Hill, NC 27599–3265
Phone 919 962 3041 • Fax 919 962 0432
Frankb@unc.edu • http://www.unc.edu/~fbaum/

## EDUCATION

Ph.D., 1986, The University of Michigan. (Fields: Comparative, American, methods.)
    *Dissertation:* "Strategies of Policy Making: Education Policy in France, 1983–1984."
    Doctoral fieldwork conducted in Paris, France, 1983–84.
M.A., 1983, The University of Michigan. *Thesis:* "Models of Incumbent Spending in U.S. House
    Races."
B.A., 1980, The University of Michigan. Honors in Political Science, honors in French, high
    distinction, Phi Beta Kappa, junior year at Université de Provence, Aix-en-Provence,
    France, 1978–79.
Diploma, 1976, Cass Technical High School, Detroit, Michigan. Class rank: 3/914.

Personal: Born, 1958; U.S. citizen; Married in 2011 to Jennifer E. Thompson

Languages: American (native); French (fluent).

## PROFESSIONAL EXPERIENCE

### *Full-Time Academic Appointments*

| | |
|---|---|
| 2009– | Richard J. Richardson Distinguished Professor of Political Science, UNC Chapel Hill |
| 1998–09 | The Pennsylvania State University (Professor 1998–2005; Interim Head, 1999–2000; Head, 2000–04; Distinguished Professor, 2005–2007; Bruce R. Miller and Dean D. LaVigne Professor, 2007–09) |
| 1998–99 | California Institute of Technology, Visiting Professor |
| 1987–98 | Texas A&M University (Assistant Professor 1987–92; Associate Professor 1992–97; Professor 1997–98) |
| 1986–87 | The University of Iowa, Visiting Assistant Professor |

### *Temporary and other Appointments*

| | |
|---|---|
| 2016 | Fellow, Institute for Advanced Studies in the Humanities, University of Edinburg, May–June |
| 2011–12 | Visiting Professor, University of Barcelona, May–June 2011, January–June 2012 |
| 2006–10 | Chercheur associé (faculty associate), Center for European Studies / Cevipof / Sciences Po, Paris, France; also Professeur invité, Sciences Po (graduate courses in public policy). May–June, 2006–10. |
| 2000–10 | Professor (honorary appointment), University of Aberdeen, Scotland |
| 2007 | Fellow, The Camargo Foundation, Cassis, France, January–May |
| 2005 | Visiting Professor, Cevipof / Sciences Po, Paris, France, March–August |
| 2004–05 | Visiting Fellow, European University Institute, Department of Political and Social Sciences, Florence, Italy, September–February |
| 1997 | Visiting Scholar, The University of Washington, Seattle, Summer |
| 1996, 90, 87 | Visiting Scholar, The University of Michigan, Ann Arbor, Summers |

| 1988 | Visiting Scholar, Institut de Management Public, Paris, Summer |
|------|-----------------------------------------------------------------|
| 1983–84 | Visiting Scholar, Institut de Management Public, Paris |
| 1981–86 | Teaching Assistant, then Instructor, then Lecturer, The University of Michigan |
| 1981–86 | Research Assistant, then Research Associate, The University of Michigan. Institute for Public Policy Studies; National Election Studies; Center for Political Studies; Inter-university Consortium for Political and Social Research |
| 1981 | Summer intern and interpreter, *Conseil Régional du Nord – Pas-de-Calais*, France, M. Pierre Mauroy, President of the Region and Prime Minister of France |

### *Fields of Teaching and Research Interest*

Public policy, punctuated equilibrium theory, agenda-setting, framing, interest groups, lobbying, social movements, budgeting, capital punishment, racial disparities in police traffic stops, American politics, comparative politics.

## CURRENT RESEARCH

Comparative Agendas Project (see http://www.comparativeagendas.net). Bryan Jones and I started the US Policy Agendas Project in 1994, which makes publicly available data on the activities of the US government since 1947. It has now expanded internationally to become the Comparative Agendas Project (CAP), with affiliated projects in over a dozen countries.

Capital Punishment Research (see http://www.unc.edu/~fbaum/Innocence/Innocence.htm and http://www.unc.edu/~fbaum/books/DeadlyJustice/index.html) Following on the research I conducted for a book published in 2008, I continue to be involved in analyses of the death penalty in the US and in North Carolina.

Traffic Stops (see http://www.unc.edu/~fbaum/traffic.htm). After being asked to calculate the rate at which drivers of different races and ethnicities are searched or arrested following a police traffic stop, I have become involved in a comprehensive analysis of over 20 million traffic stops in North Carolina since 2000. Several papers and a book are in preparation exploring different elements of the "driving while Black" phenomenon.

Research Under Review or Near Completion:

- Being revised for submission

*Eroding Trust, Policing Anger: How Racial Disparities in Traffic Stops Threaten Democratic Values.* Under contract, Cambridge University Press; deadline for submission: May 2017. (Frank R. Baumgartner, Derek A. Epp and Kelsey Shoub)

*A Deadly Symbol: Race and Capital Punishment in North Carolina.* Under contract, University of North Carolina Press; target for submission: 2018. (Frank R. Baumgartner, Seth Kotch, and Isaac Unah)

*Comparative Policy Agendas: Theory, Tools, Data.* Edited book in progress based on the comparative agendas project and its new web site integrating data analysis and distribution for over a dozen western countries. Target for submission to Oxford University Press, Summer 2017. (Frank R. Baumgartner, Christian Breunig, and Emiliano Grossman, eds.)

- Under review

The Mayhem of Wrongful Liberty: Documenting the Crimes of True Perpetrators in Cases of
      Wrongful Incarceration. Under review at several law reviews, submitted April 2017
      (Frank R. Baumgartner, Amanda Grigg, Rachelle Ramirez, and J. Sawyer Lucy).
Punctuations and Trends in Budgetary Change, Submitted, *Policy Studies Journal,* April 2017
      (Ehud Segal and Frank R. Baumgartner)
A Power Law of Death: Event Dependence in U.S. Executions. Submitted, March 2017,
      *Proceedings of the National Academy of Sciences.* (Frank R. Baumgartner, Janet M. Box-
      Steffensmeier, and Benjamin W. Campbell)

## PUBLICATIONS

### *Authored Books*

*Deadly Justice: A Statistical Portrait of the Death Penalty.* New York: Oxford University Press,
      forthcoming, 2017. (Frank R. Baumgartner, Marty Davidson, Kaneesha R. Johnson,
      Arvind Krishnamurthy, and Colin P. Wilson).
*Agenda Dynamics in Spain.* London: Palgrave Macmillan, 2015. (Laura Chaqués Bonafont,
      Anna M. Palau, and Frank R. Baumgartner).
*The Politics of Information: Problem Definition and the Course of Public Policy in America.*
      Chicago: University of Chicago Press, 2015. (Frank R. Baumgartner and Bryan D. Jones)
   - Winner of the Louis Brownlow Award for the best book in public administration,
      National Academy of Public Administration, 2016.
   - Winner of the book award for public policy from the International Public Policy
      Association, to be awarded in 2017, recognizing the best book published in the English
      language in 2015 on any topic of public policy.
*Lobbying and Policy Change: Who Wins, Who Loses, and Why.* Chicago: University of Chicago
      Press, 2009 (Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, Beth L. Leech,
      and David C. Kimball).
   - Winner of the Leon D. Epstein Outstanding Book Award, APSA Section on Political
      Organizations and Parties, 2010.
*Agendas and Instability in American Politics,* 2nd ed. Chicago: University of Chicago Press, 2009
      (Frank R. Baumgartner and Bryan D. Jones).
*The Decline of the Death Penalty and the Discovery of Innocence.* New York: Cambridge
      University Press, 2008 (Frank R. Baumgartner, Suzanna L. De Boef and Amber E.
      Boydstun).
   - Winner of the Gladys M. Kammerer Award for the best publication in the field of US
      national policy, American Political Science Association, 2008.
*The Politics of Attention: How Government Prioritizes Problems.* Chicago: University of
      Chicago Press, 2005. (Frank R. Baumgartner and Bryan D. Jones)
*Basic Interests: The Importance of Groups in Politics and in Political Science.* Princeton:
      Princeton University Press, 1998. (Frank R. Baumgartner and Beth L. Leech)
*Agendas and Instability in American Politics.* Chicago: University of Chicago Press, 1993.
      (Frank R. Baumgartner and Bryan D. Jones)
   - Chapter 6, The Dynamics of Media Attention, reprinted in *Mediare la Realità: Mass
      Media, Systema Politico, & Opinione Pubblica* (ed. Sara Bentivegna. Milano: Franco
      Angeli, 1994.
   - Winner of the Aaron Wildavsky Award for a work of lasting impact on the field of public

policy, APSA Organized Section on Public Policy, 2001.
- Featured in *Oxford Handbook of the Classics of Public Policy and Administration* (Steven Balla, Martin Lodge, and Edward Page, eds., Oxford University Press, 2015)
- Chinese translation, Peking University Press, 2011.

*Conflict and Rhetoric in French Policymaking*. Pittsburgh: University of Pittsburgh Press, 1989.

### Edited Books and Special Issues of Journals

*The Dynamics of Policy Change in Comparative Perspective*, special issue of *Comparative Political Studies* 44, 8, August 2011. Frank R. Baumgartner, Bryan D. Jones, Sylvain Brouard, Christoffer Green-Pedersen, and Stefaan Walgrave, editors.

*Comparative Studies of Policy Agendas*. New York: Routledge, 2008. Frank R. Baumgartner, Christoffer Green-Pedersen, and Bryan D. Jones, editors.
- Previously published as a special issue of the *Journal of European Public Policy*, vol. 13, no. 7, September 2006.

*Policy Dynamics*. Chicago: University of Chicago Press, 2002. Frank R. Baumgartner and Bryan D. Jones, editors.

### Other Editorial Work

*Theoretical Models of the Policy Process*, virtual special issue of *Journal of European Public Policy*, 2014. Frank R. Baumgartner and Petya Alexandrova, guest editors. (This is our selection of 11 influential articles from previous issues of *JEPP*, with a short introduction.) http://explore.tandfonline.com/page/pgas/rjpp-policy-process

### Articles in Peer-Reviewed Journals

Budgetary Change in Authoritarian and Democratic Regimes. Forthcoming *Journal of European Public Policy* 2017. (Frank R. Baumgartner, Marcello Carammia, Derek A. Epp, Ben Noble, Beatriz Rey, and Tevfik Murat Yildirim) (online, 2016)

Complexity, Capacity, and Budget Punctuations. *Policy Studies Journal* forthcoming 2017 (Derek A. Epp and Frank R. Baumgartner) (online, 2016)

Endogenous Disjoint Change. 2017 *Cognitive Systems Research* 44: 69–73.

Creating an Infrastructure for Comparative Policy Analysis. *Governance* 30, 1 (2017): 59–65.

Targeting Young Men of Color for Search and Arrest during Traffic Stops: Evidence from North Carolina, 2002-2013. *Politics, Groups, and Identities* 5, 1 (2017): 107–31. (Frank R. Baumgartner, Derek A. Epp, Kelsey Shoub, and Bayard Love)

Do the Media set the Parliamentary Agenda? A Comparative Study in Seven Countries. Forthcoming, *European Journal of Political Research* 55 (2016): 283–301. (Rens Vliegenthart, Stefaan Walgrave, Frank R. Baumgartner, Shaun Bevan, Christian Breunig, Sylvain Brouard, Laura Chaqués Bonafont, Emiliano Grossman, Will Jennings, Peter B. Mortensen, Anna M. Palau, Pascal Sciarini, and Anke Tresch)

Assessing Business Advantage in Washington Lobbying. *Interest Groups and Advocacy* 4 (2015): 205–24. (Marie Hojnacki, Kathleen M. Marchetti, Frank R. Baumgartner, Jeffrey M. Berry, David C. Kimball, and Beth L. Leech)

Images of an Unbiased Interest System. *Journal of European Public Policy* 22, 8 (2015): 1212–31 (David Lowery, Frank R. Baumgartner, Joost Berkhout, Jeffrey M. Berry, Darren Halpin, Marie Hojnakci, Heike Klüver, Beate Kohler-Koch, Jeremy Richardson, and Kay Lehman Schlozman)

#BlackLivesDon'tMatter: Race-of-Victim Effects in US Executions, 1977-2013. *Politics,*

*Groups, and Identities* 3, 2 (2015): 209–21. (Frank R. Baumgartner, Amanda Grigg, and Alisa Mastro)

All News is Bad News: Newspaper Coverage of Politics in Spain. *Political Communication* 32, 2 (2015): 268–91. (Frank R. Baumgartner and Laura Chaqués Bonafont).

Partners in Advocacy: Lobbyists and Government Officials in the Policy Process. *Journal of Politics* 77, 1 (2015): 202–15. (Christine Mahoney and Frank R. Baumgartner)

Popular Presidents Can Influence Congressional Attention, for a Little While. *Policy Studies Journal* 43, 1 (2015): 22-43. (John Lovett, Shaun Bevan, and Frank R. Baumgartner)

Partisan Priorities and Public Budgeting. *Political Research Quarterly* 67, 4 (2014): 864–78. (Derek A. Epp, John Lovett, and Frank R. Baumgartner)

The Two Worlds of Lobbying: Washington Lobbyists in the Core and on the Periphery. *Interest Groups and Advocacy* 3, 3 (2014): 219–45. (Timothy M. LaPira, Herschel F. Thomas III, and Frank R. Baumgartner).

The State of the Discipline: Authorship, Research Designs, and Citation Patterns in Studies of EU Interest Groups and Lobbying. *Journal of European Public Policy* 21, 10 (2014): 1412–34. (Adriana Bunea and Frank R. Baumgartner)

Money, Priorities, and Stalemate: How Lobbying Affects Public Policy. *Election Law Journal* 13, 1 (2014): 194–209. (Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, David C. Kimball, and Beth L. Leech)

Divided Government, Legislative Productivity, and Policy Change in the US and France. *Governance* 27, 3 (2014): 423–447. (Frank R. Baumgartner, Sylvain Brouard, Emiliano Grossman, Sebastien G. Lazardeux, and Jon Moody)

Measuring the Media Agenda. *Political Communication* 31, 2 (2014): 355–80. (Mary Layton Atkinson, John Lovett, and Frank R. Baumgartner)

Ideas, Paradigms, and Confusions. *Journal of European Public Policy* 21, 3 (2014): 475–80.

Understanding Time-Lags and Measurement Validity in Secondary Data: The *Encyclopedia of Associations* Database. *Social Science Research* 42 (2013): 1750–64. (Shaun Bevan, Frank R. Baumgartner, Erik W. Johnson, and John McCarthy)

Ideas and Policy Change. *Governance* 26, 2 (2013): 239–58.

A Failure to Communicate: Agenda Setting in Media and Policy Studies. *Political Communication* 30, 2 (2013): 175–192. (Michelle Wolfe, Bryan D. Jones, and Frank R. Baumgartner)

Newspaper Attention and Policy Activities in Spain. *Journal of Public Policy* 13, 1 (2013): 1–24. (Laura Chaqués Bonafont and Frank R. Baumgartner)

Framing the Poor: Media Coverage and US Poverty Policy, 1960–2008. *Policy Studies Journal* 41, 1 (2013): 22–53. (Max Rose and Frank R. Baumgartner)

Public Budgeting in the EU Commission: A Test of the Punctuated Equilibrium Thesis. *Politique Européenne* 38 (2012): 70–99. (Frank R. Baumgartner, Martial Foucault and Abel François)

Who Cares About the Lobbying Agenda? *Interest Groups and Advocacy* 1, 1 (2012): 1–21. (David C. Kimball, Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, Beth L. Leech, and Bryce Summary)

From There to Here: Punctuated Equilibrium to the General Punctuation Thesis to a Theory of Government Information Processing. *Policy Studies Journal* 40, 1 (2012): 1–19. (Bryan D. Jones and Frank R. Baumgartner)

 – Introduction to special issue on punctuated equilibrium studies of public policy, one of

four special issues on the major theoretical approaches to the study of public policy.

Studying Organizational Advocacy and Influence: Reexamining Interest Group Research. *Annual Review of Political Science* 15 (2012): 379–99. (Marie Hojnacki, David C. Kimball, Frank R. Baumgartner, Jeffrey M. Berry, and Beth L. Leech).

Comparative Studies of Policy Dynamics. *Comparative Political Studies* 44, 8 (August 2011): 947–72. (Frank R. Baumgartner, Bryan D. Jones and John Wilkerson)

Policy Attention in State and Nation: Is Anyone Listening to the Laboratories of Democracy? *Publius* 41, 2 (2011): 286–310. (David Lowery, Virginia Gray and Frank R. Baumgartner)

Replacing Members with Managers? Mutualism Among Membership and Non-Membership Advocacy Organizations in the U.S. *American Journal of Sociology* 116, 4 (January 2011): 1284–1337. (Edward T. Walker, John D. McCarthy, and Frank R. Baumgartner)

Congressional and Presidential Effects on the Demand for Lobbying. *Political Research Quarterly* 64, 1 (March 2011): 3–16. (Frank R. Baumgartner, Heather A. Larsen, Beth L. Leech, and Paul Rutledge)

Measuring the Size and Scope of the EU Interest Group Population. *European Union Politics* 11, 3 (September) 2010: 463–76. (Arndt Wonka, Frank R. Baumgartner, Christine Mahoney, and Joost Berkhout)

A General Empirical Law for Public Budgets: A Comparative Analysis. *American Journal of Political Science* 53, 4 (October 2009): 855–73. (Bryan D. Jones, Frank R. Baumgartner, Christian Breunig, Christopher Wlezien, Stuart Soroka, Martial Foucault, Abel François, Christoffer Green-Pedersen, Peter John, Chris Koski, Peter B. Mortensen, Frédéric Varone, and Stefaan Walgrave)

Punctuated Equilibrium in Comparative Perspective. *American Journal of Political Science*, 53, 3, (July 2009): 602–19. (Frank R. Baumgartner, Christian Breunig, Christoffer Green-Pedersen, Bryan D. Jones, Peter B. Mortensen, Michiel Neytemans, and Stefaan Walgrave)

Agenda-setting Dynamics in France: Revisiting the "Partisan Hypothesis." *French Politics*, 7, 2 (2009): 57–95. (Frank R. Baumgartner, Emiliano Grossman and Sylvain Brouard)

Federal Policy Activity and the Mobilization of State Lobbying Organizations. *Political Research Quarterly* 62, 3 (September 2009): 552–67. (Frank R. Baumgartner, Virginia Gray and David Lowery)

Public Budgeting in the French Fifth Republic: The End of *La République des partis*? *West European Politics* 32, 2 (2009): 401–19. (Frank R. Baumgartner, Martial Foucault and Abel François)

Le Projet Agendas Comparés : Objectifs et Contenus. *Revue Internationale de Politique Comparée*, 16, 3 (2009): 365–79. (John Wilkerson, Frank R. Baumgartner, Sylvain Brouard, Laura Chaqués Bonafont, Christopher Green-Pedersen, Emiliano Grossman, Bryan D. Jones, Arco Timmermans, and Stefaan Walgrave)

Comparer les Productions Législatives : Enjeux et Méthodes. *Revue Internationale de Politique Comparée* 16, 3 (2009): 381–404. (Sylvain Brouard, John Wilkerson, Frank R. Baumgartner, Arco Timmermans, Shaun Bevan, Gerard Breeman, Christian Breunig, Laura Chaqués Bonafont, Christopher Green-Pedersen, Will Jennings, Peter John, Bryan D. Jones, and David Lowery)

Converging Perspectives on Interest-Group Research in Europe and America. *West European Politics*, 31, 6 (2008): 1251–71. (Christine Mahoney and Frank R. Baumgartner)

- Reprinted in Jan Beyers, Rainer Eising, and William A. Maloney, eds. 2013. *Interest Group Politics in Europe: Lessons from EU Studies and Comparative Politics* (London and New York: Routledge).

The Two Faces of Framing: Individual-Level Framing and Collective Issue-Definition in the EU. *European Union Politics* 9, 3 (2008): 435–49. (Frank R. Baumgartner and Christine Mahoney)

Media Framing of Capital Punishment and Its Impact on Individuals' Cognitive Responses. *Mass Communication and Society* 11, 2 (2008): 115–40. (Frank R. Baumgartner, Suzanna De Boef, Amber E. Boydstun, Frank E. Dardis, and Fuyuan Shen)

EU Lobbying: A View from the US. *Journal of European Public Policy* 14, 3 (March 2007): 482–88.

Comparative Studies of Policy Agendas. *Journal of European Public Policy* 13, 7 (September 2006): 955–70. (Frank R. Baumgartner, Christoffer Green-Pedersen and Bryan D. Jones)
- Reprinted in Peter Hupe and Michael Hill, eds. 2012. *Public Policy*. London: Sage.

Punctuated Equilibrium in French Budgeting Processes. *Journal of European Public Policy* 13, 7 (September 2006): 1082–99. (Frank R. Baumgartner, Martial Foucault and Abel François)

Measuring Association Populations Using the *Encyclopedia of Associations*: Evidence from the Field of Labor Unions. *Social Science Research* 35 (2006): 771–78. (Andrew W. Martin, Frank R. Baumgartner, and John McCarthy)

A Model of Choice for Public Policy. *Journal of Public Administration Research and Theory* 15, 3 (July 2005): 325–51. (Bryan D. Jones and Frank R. Baumgartner)
- Selected for inclusion in special issue reprinting the most outstanding articles for the 20ᵗʰ anniversary issue of *JPART*, 2010.

Drawing Lobbyists to Washington: Government Activity and Interest-Group Mobilization. *Political Research Quarterly* 58, 1 (March 2005): 19–30. (Beth L. Leech, Frank R. Baumgartner, Timothy La Pira, and Nicholas A. Semanko)

Representation and Agenda-Setting. *Policy Studies Journal* 32, 1 (January 2004): 1–24. (Bryan D. Jones and Frank R. Baumgartner

Issue Niches and Policy Bandwagons: Patterns of Interest Group Involvement in National Politics. *Journal of Politics* 63, 4 (November 2001): 1191–1213. (Frank R. Baumgartner and Beth L. Leech)
- Reprinted in Phil Harris, ed., *Public Affairs Management* (London: Sage Publications, 2013)

The Evolution of Legislative Jurisdictions. *Journal of Politics* 62, 2 (May 2000): 321–49. (Frank R. Baumgartner, Bryan D. Jones and Michael C. MacLeod)

Policy Punctuations: US Budget Authority, 1947–95. *Journal of Politics* 60, 1 (February 1998): 1–33. (Bryan D. Jones, Frank R. Baumgartner, and James L. True)

Does Incrementalism Stem from Political Consensus or Institutional Gridlock? *American Journal of Political Science* 41, 4 (October 1997): 1319–39. (Bryan D. Jones, James L. True, and Frank R. Baumgartner)

The Multiple Ambiguities of "Counteractive Lobbying." *American Journal of Political Science* 40, 2 (May 1996): 521–42. (Frank R. Baumgartner and Beth L. Leech)
This article led to a rebuttal and response as follows:
– Theory and Evidence for Counteractive Lobbying *American Journal of Political Science* 40, 2: 543–64. (David Austen-Smith and Jack R. Wright)

– Good Theories Deserve Good Data. *American Journal of Political Science* 40, 2: 565–
9. (Frank R. Baumgartner and Beth L. Leech)

Public Interest Groups in France and the United States. *Governance* 9 (1996): 1–22.

From Setting a National Agenda on Health Care to Making Decisions in Congress. *Journal of Health Politics, Policy and Law* 20 (1995): 437–45. (Frank R. Baumgartner and Jeffery C. Talbert)

Nonlegislative Hearings and Policy Change in Congress. *American Journal of Political Science* 39, 2 (May 1995): 383–406. (Jeffery C. Talbert, Bryan D. Jones, and Frank R. Baumgartner)

– reprinted in Steven S. Smith, Jason M. Roberts, and Ryan J. Vander Wielen, eds. *The American Congress Reader Pack,* various editions (New York: Cambridge University Press, 2011 and previous years)

The Politics of Protest and Mass Mobilization in France. *French Politics and Society* 12 (1994): 84–96.

The Destruction of Issue Monopolies in Congress. *American Political Science Review* 87, 3 (September 1993): 673–87. (Bryan D. Jones, Frank R. Baumgartner, and Jeffery C. Talbert)

Agenda Dynamics and Policy Subsystems. *Journal of Politics* 53, 4 (November 1991): 1044–74. (Frank R. Baumgartner and Bryan D. Jones)

Measurement Validity and the Continuity of Results in Survey Research. *American Journal of Political Science* 34, 3 (August 1990): 662–70. (Frank R. Baumgartner and Jack L. Walker)
(In response to: Trends in Voluntary Group Membership: Comments on Baumgartner and Walker, by Tom W. Smith. *American Journal of Political Science* 34, 3 (August 1990): 646–61.)

Independent and Politicized Policy Communities: Education and Nuclear Energy in France and the United States. *Governance* 2 (1989): 42–66.

Afterword on Policy Communities: A Framework for Comparative Research. *Governance* 2 (1989): 86–94. (John Creighton Campbell, with Mark A. Baskin, Frank R. Baumgartner, and Nina P. Halpern)

Educational Policy Making and the Interest Group Structure in France and the United States. *Comparative Politics* 21, 3 (April 1989): 273–88. (Frank R. Baumgartner and Jack L. Walker)

Survey Research and Membership in Voluntary Associations. *American Journal of Political Science* 32, 4 (November 1988): 908–28. (Frank R. Baumgartner and Jack L. Walker)

Parliament's Capacity to Expand Political Controversy in France. *Legislative Studies Quarterly* 12 (1987): 33–54.

– Reprinted in: *The International Library of Politics and Comparative Government: France.* Ed. David Bell. Hampshire, U.K.: Dartmouth Publishing, 1994.

Preemptive and Reactive Spending in U.S. House Races. *Political Behavior* 8 (1986): 3–20. (Edie N. Goldenberg, Michael W. Traugott and Frank R. Baumgartner)

### Articles Published in Law Reviews

Racial Disparities in Traffic Stop Outcomes. Forthcoming 2017. *Duke Forum for Law and Social Change.* (Frank R. Baumgartner, Leah Christiani, Derek A. Epp, Kevin Roach, and Kelsey Shoub)

These Lives Matter, Those Ones Don't: Comparing Execution Rates by the Race and Gender of the Victim in the US and in the Top Death Penalty States. *Albany Law Review* 79, 3 (2016): 797–860. (Frank R. Baumgartner, Emma Johnson, Colin Wilson, and Clarke Whitehead)

The Geographic Distribution of US Executions. *Duke Journal of Constitutional Law and Public Policy* 11, 1&2 (2016): 1–33. (Frank R. Baumgartner, Woody Gram, Kaneesha R. Johnson, Arvind Krishnamurthy, and Colin P. Wilson)

Louisiana Death-Sentenced Cases and their Reversals, 1976-2015. *Southern University Law Center Journal of Race, Gender, & Poverty* 7 (2016): 58–75. (Frank R. Baumgartner and Tim Lyman)

Race-Of-Victim Discrepancies in Homicides and Executions, Louisiana 1976-2015. *Loyola University of New Orleans Journal of Public Interest Law* 17 (2015): 128-44. (Frank R. Baumgartner and Tim Lyman)

### Book Chapters

Punctuated Equilibrium Theory: Explaining Stability and Change in Public Policy. In Christopher M. Weible and Paul A. Sabatier, eds., *Theories of the Policy Process* 4th ed. Boulder: Westview Press, 2017, pp. 55–101. (Frank R. Baumgartner, Bryan D. Jones, and Peter B. Mortensen)

Politics in France: Participation versus Control. In Paulette Kurzer, eds., *Comparative Governance*. New York: McGraw-Hill, 2017. (Previously published as "France: The Fifth Republic at Fifty" in 2012 and 2008 and as "Politics in France: Democracy and Efficiency" in 2005, 2000, 1997, 1995.) (2017 edition co-authored with Sebastien G. Lazardeux)

John Kingdon and the Evolution Approach to Public Policy and Agenda-Setting. In Nikolaos Zahariadis, ed. *Handbook of Public Policy Agenda-Setting*. Cheltenham, UK: Edward Elgar, 2016, pp. 53–68.

Agendas: Political. 2015. In: James D. Wright (editor-in-chief), *International Encyclopedia of the Social & Behavioral Sciences*, 2nd edition, Vol 1. Oxford: Elsevier. pp. 362–366.

Population Dynamics and Representation. In David Lowery, Virginia Gray, and Darren Halpin, eds., *The Organization Ecology of Interest Communities: Assessment and Agenda.* London: Palgrave, 2015, pp 203–24. (Frank R. Baumgartner and Kelsey Shoub)

Punctuated Equilibrium Theory: Explaining Stability and Change in Public Policy. In Christopher M. Weible and Paul A. Sabatier, eds., *Theories of the Policy Process* 3rd ed. Boulder: Westview Press, 2014, pp. 59–103. (Frank R. Baumgartner, Bryan D. Jones, and Peter B. Mortensen)

Public Policy Responses to Wrongful Convictions. In Allison D. Relich, James R Acker, Robert J. Norris, and Catherin L. Bonventre, eds., *Examining Wrongful Convictions: Stepping Back, Moving Forward.* Durham, NC: Carolina Academic Publishing, 2014, pp. 251–66. (Frank R. Baumgartner, Saundra D. Westervelt, and Kimberly J. Cook)

Lessons from the "Lobbying and Policy Change" Project. In Layna Mosley, ed., *Interview Research in Political Science.* Ithaca, NY: Cornell University Press, 2013, pp. 209–24. (Beth L. Leech, Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, and David C. Kimball)

Tracking Interest-Group Populations in the US and UK. In Darren Halpin and Grant Jordan, eds., *The Scale of Interest Organization in Democratic Politics.* London: Palgrave, 2012, pp.

141–60. (Grant Jordan, Frank R. Baumgartner, John McCarthy, Shaun Bevan, and Jamie Greenan)

Incrémentalisme et les ponctuations budgétaires en France. In Philippe Bezes et Alexandre Siné, eds., *Gourverner (par) les finances publiques*. Paris: Presses de Sciences Po, 2011, pp. 299–322. (Frank R. Baumgartner, Martial Foucault, and Abel François)

Interest Groups and Agendas. In L. Sandy Maisel and Jeffrey M. Berry, eds., *Oxford Handbook of American Political Parties and Interest Groups*. New York: Oxford University Press, 2010, pp. 519–33.

The Decline of the Death Penalty: How Media Framing Changed Capital Punishment in America. In Brian F. Schaffner and Patrick J. Sellers, eds. *Winning with Words: The Origins and Impact of Framing*. New York: Routledge, 2010, pp. 159–84. (Frank R. Baumgartner, Suzanna Linn and Amber E. Boydstun)

Patterns of Public Budgeting in the French Fifth Republic: From Hierarchical Control to Multi-Level Governance. In Sylvain Brouard, Andrew Appleton and Amy Mazur, eds., *The Fifth Republic at Fifty: Beyond Stereotypes*. London: Palgrave, 2008, pp. 174–90. (Frank R. Baumgartner, Martial Foucault and Abel François)

Punctuated Equilibrium Theory: Explaining Stability and Change in American Policymaking. In Paul Sabatier, ed., *Theories of the Policy Process* 2nd ed. Boulder: Westview Press, 2007, pp. 155–188. (James L. True, Bryan D. Jones, and Frank R. Baumgartner)

Friction, Resistance, and Breakthroughs. In Liesbet Heyse, Sandra Resodihardjo, Tineke Lantink, and Berber Lettinga, eds. *Reform in Europe: Breaking the Barriers in Government*. Hampshire (UK): Ashgate, 2006, pp. 193–200.

Punctuated Equilibrium Theory and Environmental Policy. In Robert Repetto, ed., *Punctuated Equilibrium and the Dynamics of U.S. Environmental Policy*. New Haven: Yale University Press, 2006, pp. 24–46.

Social Movements, the Rise of New Issues, and the Public Agenda. In David S. Meyer, Valerie Jenness, and Helen Ingram, eds., *Routing the Opposition: Social Movements, Public Policy, and Democracy*. Minneapolis: University of Minnesota Press, 2005, pp. 65–86. (Frank R. Baumgartner and Christine Mahoney)

The following chapters in Clive S. Thomas, ed., *Research Guide to US and International Interest Groups*. Westport, CT: Praeger Press, 2004:
- The Origins, Organization, Maintenance, and Mortality of Interest Groups (with Beth L. Leech), pp. 95–111.
- Criminal Justice Interest Groups (with Michael C. MacLeod), pp. 248–49.
- Education Interest Groups (with Michael C. MacLeod), pp. 221–23.
- Health-Care Interest Groups (with Jeffery C. Talbert), pp. 257–59.

The following chapters in Frank R. Baumgartner and Bryan D. Jones, eds., *Policy Dynamics*. Chicago: University of Chicago Press, 2002:
- Introduction: Positive and Negative Feedback in Politics (Frank R. Baumgartner and Bryan D. Jones)
- Studying Policy Dynamics (Frank R. Baumgartner, Bryan D. Jones, and John Wilkerson)
- The Changing Agendas of Congress and the Supreme Court (Frank R. Baumgartner and Jamie Gold)
- Conclusion (Frank R. Baumgartner and Bryan D. Jones)

Organized Interests and Issue Definition in Policy Debates. In Allan J. Cigler and Burdett A.

Loomis, eds., *Interest Group Politics*, 6th ed. Washington, D.C.: Congressional Quarterly, 2002, pp. 275–92. (Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, Beth L. Leech, and David C. Kimball)

Political Agendas. In Niel J. Smelser and Paul B. Baltes, eds. *International Encyclopedia of Social and Behavioral Sciences: Political Science*. New York: Elsevier Science and Oxford: Pergamon, 2001, pp. 288–90.

Interest Groups. In Paul Barry Clarke and Joe Foweraker, eds., *Encyclopedia of Democratic Thought*. London and New York: Routledge, 2001, pp. 371–74.

Punctuated Equilibrium Theory: Explaining Stability and Change in American Policymaking. In Paul Sabatier, ed., *Theories of the Policy Process*. Boulder: Westview Press, 1999, pp. 97–115. (Bryan D. Jones, James L. True, and Frank R. Baumgartner)

Lobbying Friends and Foes in Washington. In Allan J. Cigler and Burdett A. Loomis, eds., *Interest Group Politics*, 5th ed. Washington, D.C.: Congressional Quarterly, 1998, pp. 217–33. (Frank R. Baumgartner and Beth L. Leech)

Media Attention and Congressional Agendas. In Shanto Iyengar and Richard Reeves, eds. *Do The Media Govern? Politicians, Voters, and Reporters in America*. Thousand Oaks, Calif.: Sage, 1997, pp. 355–69. (Frank R. Baumgartner, Bryan D. Jones and Beth L. Leech)

The Many Styles of Policymaking in France. In John T.S. Keeler and Martin A. Schain, eds. *Chirac's Challenge: Liberalization, Europeanization and Malaise in France*. New York: St. Martin's and London: Macmillan, 1996, pp. 85–101.

Interest Groups and Political Change. In Bryan D. Jones, ed., *The New American Politics*. Boulder: Westview Press, 1995, pp. 93–108. (Frank R. Baumgartner and Jeffery C. Talbert)

Attention, Boundary Effects, and Large-Scale Policy Change in Air Transportation Policy. In David A. Rochefort and Roger W. Cobb, eds., *The Politics of Problem Definition*. Lawrence: University Press of Kansas, 1994, pp. 50–66. (Frank R. Baumgartner and Bryan D. Jones)

France: Science within the State. In Etel Solingen, ed. *Between Power and Ethos: Scientists and the State in Comparative Perspective*. Ann Arbor: University of Michigan Press, 1994, pp. 63–91. (with David Wilsford)

Preface and Epilogue: The Unfinished Research Agenda. In Jack L. Walker, Jr. *Mobilizing Interest Groups in America*. Ann Arbor: University of Michigan Press, 1991. (with Joel D. Aberbach, et al.)

Strategies of Political Leadership in Diverse Settings. In Bryan D. Jones, ed., *Leadership and Politics: New Perspectives from Political Science*. Lawrence: University Press of Kansas, 1989, pp. 114–34

### *Invited Essays and Other Publications*

Analyzing Patterns of Government Attention and What Drives Them: The Comparative Agendas Project. Introductory essay to a symposium on the Comparative Agendas Project. *Perspectives on Europe* 42, 2 (2012): 7-13. (Arco Timmermans and Frank R. Baumgartner)

What We Can All Learn from Lin Ostrom. 2010. *Perspectives on Politics* 8, 2: 575–77. Invited essay as part of a symposium on the work of Nobel Prize winner Elinor Ostrom
— Reprinted in *Elinor Ostrom and the Bloomington School of Political Economy: A Compendium of Key Statements, Collaborations, and Reactions, Volume 1:*

*Polycentricity and the Bloomington School* (Daniel Cole and Michael McGinnis, eds., Lexington Books, forthcoming, 2015)

"3. Jack L. Walker Jr. 1969. The Diffusion of Innovation Among the American States. *American Political Science Review* 63 (September): 880–99. Cited 482 times." 2006. *American Political Science Review* 100, 4 (November): 672. Invited commentary as part of a review of "The *APSR* Citation Classics."

The Growth and Diversity of US Associations, 1956–2004: Analyzing Trends using the *Encyclopedia of Associations*. Working paper on my web site. March 29, 2005.

Studying Interest Groups Using Lobby Disclosure Reports. *VOX POP* (Newsletter of the Political Organizations and Parties Section of the APSA) Vol. 18, No. 1 (Fall 1999), pp. 1–3. (with Beth L. Leech)

The Policy Agendas Project: A Public Resource for the Systematic Study of Public Policy. *Policy Currents* (Newsletter of the Public Policy Section of the APSA) Vol. 9, No. 2 (June, 1999): 12–14. (with Bryan D. Jones) (Also published in *PS: Political Science and Politics*, 1999; and at the APSA web site: www.apsanet.org/PS/announcements/)

Lessons from the Trenches: Ensuring Quality, Reliability, and Usability in the Creation of a New Data Source. *The Political Methodologist* (Newsletter of the Political Methodology Section of the APSA) Vol. 8, No. 2 (Spring 1998), pp. 1–10. (Frank R. Baumgartner, Bryan D. Jones, and Michael C. MacLeod)

L'aide de l'état aux groupes d'intérêt en France: Le cas de l'éducation. *Problèmes politiques et sociaux* No. 511 (Paris: La Documentation Française), 1985.

### *Legal / Criminal Justice / Legislative Testimony / Reports*

Analyzing Racial Disparities in Traffic Stops Statistics from the Texas Department of Public Safety. Report to the Texas House of Representatives, Committee on County Affairs, September 20, 2016. (Frank R. Baumgartner, Leah Christiani, and Kevin Roach)

Amicus brief to the US Supreme Court regarding constitutional defects in the application of the death penalty. Related case is *Tucker v. Louisiana* (15-946); brief filed February 29, 2016. (lead author, with 20 signatories)

Racial Disparities in Texas Department of Public Safety Traffic Stops, 2002-2014. Report to the Texas House of Representatives, Committee on County Affairs, November 18, 2015. (Frank R. Baumgartner, Bryan D. Jones, Julio Zaconet, Colin Wilson, Arvind Krishnamurthy)

Analysis of Trespass Stops in Grand Rapids Michigan, 2011-2013. Report for the ACLU of Michigan as part of legal action alleging racial bias by the Grand Rapids Police Department. March 5, 2014

Affidavit in support of litigants seeking relief under the NC Racial Justice Act to be tried in Forsyth County, NC August 8, 2012.

Amicus brief to the US Supreme Court regarding mandatory life without parole sentences for juveniles, January 17, 2012; related Supreme Court Decision is *Miller v. Alabama* No. 10–9646, Decided June 25, 2012. (co-signed with Jefferey Fagan lead author and 44 others)

Member, Task Force on Racial and Ethnic Bias in the Criminal Justice System, North Carolina Advocates for Justice, 2010-2012. Our report (see below) led the Attorney General to create The North Carolina Commission on Racial Disparities in the Criminal Justice System in September 2012. I am not a member of this commission but have consulted with it.

North Carolina Traffic Stop Statistics Analysis. Report to the North Carolina Advocates for
   Justice, 1 February 2012. (with Derek A. Epp) These technical reports were based on
   official statistics provided by the NC Department of Justice and relate to possible racial
   bias associated with each traffic stop in the state from January 1, 2000 through June
   2011. The report was submitted to the Governor, Attorney General, and leaders of both
   parties in both chambers of the NC legislature in April 2012. In June 2012, it was leaked
   to the press.

### Opinion Pieces / Op Eds

There's been a big change in how the news media covers sexual assault. *WashingtonPost.com*
   Monkey Cage, May 11, 2017. (Frank R. Baumgartner and Sarah McAdon)
Arkansas plans to execute 7 men in 11 days. They're likely to botch one. *WashingtonPost.com*
   Monkey Cage, April 14, 2017 (Frank R. Baumgartner and Kaneesha Johnson)
Does the death penalty target people who are mentally ill? We checked. *WashingtonPost.com*
   Monkey Cage, April 3, 2017 (Frank R. Baumgartner and Betsy Neill)
U.S. executions and death sentences dropped dramatically in 2016 — except in a few hotspots.
   *WashingtonPost.com* Monkey Cage, January 27, 2017. (Frank R. Baumgartner, Arvind
   Krishnamurthy and Emily Williams)
Is Congress working as it should? Depends on who you are, by Frank R. Baumgartner and Lee
   Drutman, *Vox.com*, September 15, 2016.
Forty Years of Experience with the "New and Improved" Death Penalty, 1976–2016, *The
   American Prospect*, July 5, 2016.
Study shows racial bias in death penalties in Florida, *The Florida Times Union* (Jacksonville),
   February 5, 2016
Racial bias plagues Florida's death penalty, *The Gainesville (FL) Sun*, January 26, 2016 (online),
   January 31 (print).
Americans are turning against the death penalty. Are politicians far behind?
   *WashingtonPost.com* Monkey Cage December 7, 2015 (Frank R. Baumgartner, Emily
   Williams and Kaneesha Johnson)
Racial bias plagues state's death penalty, *Shreveport Times*, September 24, 2015.
The death penalty is about to go on trial in California. Here's why it might lose.
   *WashingtonPost.com* Monkey Cage, August 5, 2015.
Missouri should abandon death penalty, *St. Louis American*, July 22, 2015
The number of lethal injections is declining. That's what history would predict.
   *WashingtonPost.com* Monkey Cage, June 29, 2015.
Differential Policing by Neighborhood, June 11, 2015. *TheUrbanNews.com*
The Death Penalty: A Symbol of Which Lives Matter, and Which Lives Don't, April 24, 2015.
   *90MillionStrong.org*
Most death penalty sentences are overturned. Here's why that matters. *WashingtonPost.com*
   Monkey Cage Blog, March 17, 2015. (Frank R. Baumgartner and Anna W. Dietrich)
   • This article was referenced by Justice Breyer in his dissent in *Glossip v. Gross* (USSC
      14-7955, June 29, 2015) on the constitutionality of lethal injection.
North Carolina's rickety, unreliable death penalty, *Raleigh News and Observer*, February 14,
   2015
NC's death penalty: Going, going, good riddance. *North Carolina Policy Watch*, November 18,
   2013. Reprinted in *Durham Herald-Sun*, December 2, 2013 and in the *Chapel Hill News*
   under the title of "Death penalty still failed policy."

Governor must veto RJA repeal, *Winston Salem Journal*, December 8, 2011
Detecting bias essential in death penalty cases, *The Burlington Times-News*, November 26, 2011
On the decline: murders and death sentences, *Raleigh News and Observer*, October 31, 2010.
Death Penalty Moratorium is Not Enough, *Chapel Hill News*, October 10, 2010.
Time to Commute N.C.'s Death Sentences. *Carrboro Citizen*, September 20, 2010.
N.C. Should Commute Death Sentences, *Herald-Sun*, September 16, 2010.
The Death of the Death Penalty at Hand? *Asheville Citizen-Times*, September 16, 2010.
In N.C., only 20 percent of condemned are executed. *Charlotte Observer*, March 5, 2010.
Death penalty's vanishing point? *Raleigh News and Observer*, January 24, 2010.

## Book Reviews

Agenda Setting in Comparative Perspective. Review of: Christoffer Green-Pedersen and Stefaan Walgrave Agenda Setting, eds. *Policies, and Political Systems: A Comparative Approach.* (Chicago: University of Chicago Press, 2014). *Perspectives on Politics* 14, 2 (2016): 456–60.

The Gatekeepers of International Human Rights; review of *"Lost" Causes: Agenda Vetting in Global Issue Networks and the Shaping of Human Security,* by Charli Carpenter (Ithaca: Cornell University Press, 2014). *International Studies Review*, 17, 4 (2015): 711–13.

Westervelt, Saundra D., and Kimberly J. Cook. *Life After Death Row: Exonerees' Search for Community and Identity.* (New Brunswick, NJ: Rutgers University Press, 2012). *Sociation Today* (North Carolina Sociological Association), 11, 1 (Spring/Summer 2013).

Jacques Gerstlé, *La Communication politique*, 2nd ed. (Paris, Armand Colin, 2008), *International Journal of Public Opinion Research*, 2011.

David Hanley, *Party, Society, Government: Republican Democracy in France* (Berghahn Books, 2002). *French Politics, Society, and Culture* 23, 2 (Summer 2005): 150–53.

Stuart N. Soroka, *Agenda-Setting Dynamics in Canada* (University of British Columbia, 2002). *Canadian Journal of Political Science* 37, 2 (2004): 444.

Christine Musselin, *La longue marche des universités françaises* (PUF, 2001). *French Politics, Society, and Culture* 21, 2 (Summer 2003): 154–56.

Michael S. Lewis-Beck, ed., *How France Votes* (Chatham House, 2000), *French Politics, Society, and Culture* 18, 2 (Summer 2000): 130–32.

Richard L. Hall, *Participation in Congress* (Yale, 1996), *The Annals of the American Academy of Political and Social Science* 566 (1999): 177–78.

Graham K. Wilson, *Only in America? The Politics of the United States in Comparative Perspective* (Chatham House, 1998) and John W. Kingdon, *America the Unusual* (St. Martin's, 1998) *Governance* 12 (1999): 495–506.

Vivien A. Schmidt, *From State to Market? The Transformation of French Business and Government.* (Cambridge, 1996) *American Political Science Review* 93 (1999): 229–30.

Hans Keman, ed., *The Politics of Problem-Solving in Postwar Democracies*. (St. Martin's, 1997) *Journal of Politics* 60 (1998): 1249–51.

Thomas A. Birkland, *After Disaster: Agenda-Setting, Public Policy, and Focusing Events* (Georgetown, 1997), *Political Science Quarterly* 113 (1998): 516–17.

Edith Archambault, *The Nonprofit Sector in France* (Manchester, 1997) *French Politics and Society* 16 (1998): 49–51.

Olivier Wieviorka, *Nous entrerons dans la carrière: De la Résistance à l'exercice du pouvoir* (Seuil, 1994) *Contemporary French Civilization* 19 (1995): 340–42.

William H. Riker, ed., *Agenda Formation* (Michigan, 1993) *Journal of Politics* 57 (1995): 564–

66.

Martin J. Smith, *Pressure, Power and Policy: State Autonomy and Policy Networks in Britain and the United States* (Pittsburgh 1994) *Governance* 7 (1994): 315–6.

David M. Ricci, *The Transformation of American Politics: The New Washington and the Rise of Think Tanks* (Yale, 1993) *The Annals of the American Academy of Political and Social Science* 534 (1994): 195–96.

Jack Hayward, ed., *De Gaulle to Mitterrand: Presidential Power in France* (Hurst, 1993) *Political Studies* 41 (1993): 703.

Michael R. Reich, *Toxic Politics: Responding to Chemical Disasters* (Cornell, 1991) *Comparative Political Studies* 25 (1992): 420–23.

David Wilsford, *Doctors and the State: The Politics of Health Care in France and the United States* (Duke, 1991) *Journal of Politics* 54 (1992): 930–33.

David Knoke, *Organizing for Collective Action: The Political Economies of Associations* (Aldine de Gruyter, 1990) *Journal of Politics* 53 (1991): 884–86.

Andrew McPherson and Charles D. Raab, *Governing Education: A Sociology of Policy Since 1945* (Edinburgh University Press, 1988) *Governance* 4 (1991): 223–24.

John L. Campbell, *Collapse of an Industry: Nuclear Power and the Contradictions of U.S. Policy* (Cornell, 1988) and Spencer R. Weart, *Nuclear Fear: A History of Images* (Harvard, 1988) *Journal of Politics* 52 (1990): 1021–25.

John T.S. Keeler, *The Politics of Neocorporatism in France* (Oxford, 1987) and Frank L. Wilson, *Interest-Group Politics in France* (Cambridge, 1988) *American Political Science Review* 83 (1989): 325–26.

Edward A. Kolodziej, *Making and Marketing Arms* (Princeton, 1987) *Journal of Politics* 51 (1989): 786–88.

Annual Meetings, APSA 1983. *Politiques et Management Public* 1, 4 (Automne 1983): 164–71.

## CONFERENCE PRESENTATIONS

Author meets critics panel on *Deadly Justice: A Statistical Portrait of the Death Penalty.* Annual meeting of the American Society of Criminology, Philadelphia, November 15–18, 2017.

Policing the Powerless: How Black Political Power Reduces Racial Disparities in Traffic Stop Outcomes. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, IL, April 6–8, 2017. (Kelsey Shoub, Frank R. Baumgartner, and Derek A. Epp)

Author Meets Critics Panel on *The Politics of Information.* Annual meeting of the Public Management Research Association, Aarhus, Denmark, 23 June 2016.

Geographic Disparities in US Capital Punishment. Paper presented at the *Duke Journal of Constitutional Law and Public Policy* Spring 2016 Symposium: Death Penalty in America Post-Glossip, Durham, NC, February 19, 2016. (Frank R. Baumgartner, Woody Gram, Kaneesha Johnson, Arvind Krishnamurthy, and Colin Wilson)

Budgeting in Authoritarian and Democratic Regimes. Paper presented at the Political Budgeting across Europe conference, Texas A&M University, December 2015 (Frank R. Baumgartner, Marcello Carammia, Derek A. Epp, Ben Noble, Beatriz Rey, and Tevfik Murat Yildirim)

Images of an Unbiased Interest System. Paper presented at the annual meetings of the American Political Science Association, San Francisco, CA, September 2–6, 2015. (David Lowery,

Frank R. Baumgartner, Joost Berkhout, Jeffrey M. Berry, Darren Halpin, Marie Hojnakci, Heike Klüver, Beate Kohler-Koch, Jeremy Richardson, and Kay Lehman Schlozman)

Budgeting in Authoritarian and Democratic Regimes. Paper presented at the annual meetings of the Comparative Agendas Project, Lisbon, June 2015. (Frank R. Baumgartner, Petra Bishtawi, Marcello Carammia, Derek A. Epp, Ben Noble, Beatriz Rey, and Tevfik Murat Yildirim)

Punctuated Equilibrium in Public Budgeting in Authoritarian and Democratic Brazil. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, IL, April 16–19, 2015. (Beatriz Rey, Derek A. Epp, and Frank R. Baumgartner)

Policy Competition and Friction. Paper presented at the workshop on The Politics of Non-Proportionate Policy Response, ECPR Joint Workshops, Warsaw Poland, 29 March – 2 April 2015.

The Mayhem of Wrongful Liberty: Documenting the Crimes of True Perpetrators in Cases of Wrongful Incarceration. Paper presented at the Innocence Network Conference, Portland OR, April 11-12 2014. (Frank R. Baumgartner, Amanda Grigg, Rachelle Ramirez, Kenneth J. Rose, and J. Sawyer Lucy)

How Robust are Distributional Findings of Punctuated Equilibrium in Public Budgets? Paper presented at the annual meetings of the Midwest Political Science Association, Chicago IL, April 2–6, 2014. (Derek A. Epp and Frank R. Baumgartner)

The Diversity of Internet Media: Utopia or Dystopia? Paper presented at the annual meetings of the Midwest Political Science Association, Chicago IL, April 2–6, 2014. (Bryan J. Dworak, John Lovett, and Frank R. Baumgartner)

The Hierarchy of Victims in Death Penalty Processing. Paper presented at the annual meeting of the National Conference of Black Political Scientists, Wilmington DE, March 13–15, 2014. (Frank R. Baumgartner, Seth Kotch, and Isaac Unah)

The Two Worlds of Lobbying: Washington Lobbyists in the Core and on the Periphery. Paper presented at the annual meetings of the American Political Science Association, Chicago, August 29–September 1, 2013. (Tim LaPira, Trey Thomas, and Frank R. Baumgartner).

Finding the Limits of Partisan Budgeting. Paper presented at the annual meetings of the Association Française de Science Politique, Paris, July 9-11, 2013. (Derek A. Epp, John Lovett, and Frank R. Baumgartner)

Explaining Punctuations. Paper presented at the annual meetings of the Comparative Agendas Project, Antwerp, Belgium, June 27–29, 2013. (Frank R. Baumgartner and Derek A. Epp)

All News is Bad News: Newspaper Coverage of Politics in Spain. Paper presented at the annual meetings of the Council for European Studies, Amsterdam, June 24–26, 2013. (Frank R. Baumgartner and Laura Chaqués Bonafont).

Contraverting Expectations: New Empirial Evidence on Congressional Lobbying and Public Policy. Paper presented at the SUNY Albany Law School Conference, Under the Influence? Interest Groups, Lobbying, and Campaign Finance, March 8–9, 2013.

When Is There a Single Media Agenda? Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 12–14, 2012. (John Lovett and Frank R. Baumgartner)

Searching for Election Effects in US Policymaking and Spending. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 12–14, 2012. (Derek A. Epp, John Lovett, and Frank R. Baumgartner)

Who Cares About the Lobbying Agenda?  Paper presented at the Annual Meeting of the
    American Political Science Association, Seattle, WA, August 30–September 3, 2011.
    (David C. Kimball, Frank R. Baumgartner, Jeffrey M. Berry, Marie Hojnacki, Beth L.
    Leech, and Bryce Summary)
Developing Policy-Specific Conceptions of Mood: The United States.  Paper presented at the
    Annual Meetings of the Comparative Agendas Project, Catania, Italy, June 23–25, 2011.
    (Mary Layton Atkinson, Frank R. Baumgartner, K. Elizabeth Coggins, and James A.
    Stimson)
Legislative Productivity and Divided Government in the US and France.  Paper presented at the
    Council of European Studies, Barcelona,  June 20, 2011. (Frank R.  Baumgartner,
    Sylvain Brouard, Emiliano Grossman, Sebastien G. Lazardeux, and Jon Moody)
Mood and Agendas: Developing Policy-Specific Conceptions of Mood. Paper presented at the
    annual meeting of the Midwest Political Science Association, Chicago, March 30–April
    3, 2011. (Mary Layton Atkinson, Frank R. Baumgartner, Elizabeth Coggins, and James
    A. Stimson)
Explaining the Surprising Decline of Capital Punishment in North Carolina.  Paper presented at
    the annual meetings of the National Conference of Black Political Scientists, March 18,
    2011, Raleigh, NC. (Frank R. Baumgartner and Isaac Unah)
Ideas and Policy Change. Paper presented at the *Governance* Symposium on Policy Paradigms
    and Social Learning Suffolk University, February 11, 2011, Boston.
Retrospective on 20 years after the publication of Jack L. Walker, Jr.'s  *Mobilizing Interest
    Groups in America*, annual meetings of the Southern Political Science Association, New
    Orleans, LA, January 8–11, 2011.
The Decline of Capital Punishment in North Carolina.  Paper presented at the annual meetings of
    the American Society of Criminology, San Francisco, CA, November 17–20, 2010.
    (Frank R. Baumgartner and Isaac Unah)
Advocates and Interest Representation in Policy Debates.  Paper presented at the Annual
    Meeting of the American Political Science Association, Washington, DC, September 1–4,
    2010. (Marie Hojnacki, Kathleen Marchetti, Frank R. Baumgartner, Jeffrey M. Berry,
    David C. Kimball, and Beth L. Leech)
"Author meets critics" panel on *Lobbying and Policy Change*, annual meetings of the Southern
    Political Science Association, Atlanta, GA, January 7–10, 2010.
Taking Advantage of "Crisis."  Paper presented at the workshop on Politics in Times of Crisis,
    University of Heidelberg, Germany, December 4–5, 2009.
Dynamic Threshold Modeling of Budget Changes.  Paper presented at the annual meeting of the
    Association for the Advancement of Artificial Intelligence, Washington, DC, November
    5–7, 2009. (Bryan D. Jones, László Zalányi, Frank R. Baumgartner, and Péter Érdi.)
Measuring the Size and Scope of the EU Interest Group Population.  Paper prepared for the 5th
    ECPR General Conference, Potsdam, Germany, September 10–12, 2009. (Arndt Wonka,
    Frank R. Baumgartner, Christine Mahoney, Joost Berkhout.)
The Structure and Stability of Lobbying Networks in Washington.  Paper presented at the annual
    meeting of the Midwest Political Science Association, Chicago, April 2–5, 2009.  (with
    Timothy M. LaPira and Herschel F. Thomas III)
Comparing the Topics of Front-Page and Full-Paper Stories in the New York Times.  Paper
    presented at the annual meeting of the Midwest Political Science Association, Chicago,
    April 2–5, 2009.  (with Michelle Wolfe, Amber E. Boydstun)

"Author meets critics" panel on *The Decline of the Death Penalty*, annual meetings of the
     Academy for Criminal Justice Sciences, Boston, March 13, 2009.

Partisanship and Political Attention in France: Agenda Dynamics and Electoral Incentives.
     Paper presented at the Annual Meeting of the American Political Science Association,
     Boston, MA, August 28–31, 2008. (with Sylvain Brouard and Emiliano Grossman)

Tracing Interest-Group Populations in the US and UK. Paper presented at the Annual Meeting
     of the American Political Science Association, Boston, MA, August 28–31, 2008. (with
     Grant Jordan, John McCarthy, Shaun Bevan, and Jamie Greenan)

Advocacy Behavior and Conflict Expansion in Policy Debates. Paper presented at the Annual
     Meeting of the American Political Science Association, Boston, MA, August 28–31,
     2008. (with Marie Hojnacki, Jeffrey M. Berry, David C. Kimball, and Beth L. Leech)

Policy Attention in State and Nation: Is Anyone Listening to the Laboratories of Democracy?
     Paper presented at the Annual Meeting of the American Political Science Association,
     Boston, MA, August 28–31, 2008. (with David Lowery and Virginia Gray)

Legislative Productivity in Comparative Perspective: An Introduction to the Comparative
     Agendas Project. Paper presented at the ECPR Joint Sessions, Rennes, April 11–16,
     2008. (Sylvain Brouard, Frank Baumgartner, John Wilkerson, Gerard Breeman, Christian
     Breunig, Laura Chaqués Bonafont, Christopher Green-Pedersen, Will Jennings, Peter
     John, Bryan Jones, David Lowery, Arco Timmermans, and Shaun Bevan)

The Structure of Washington Lobbying Networks: Mapping the Ties that Bind. Paper presented
     at the annual meetings of the Midwest Political Science Association, Chicago IL, April
     3–6, 2008. (With Timothy M. La Pira and Herschel F. Thomas III)

The Discovery of Innocence: Americans and the Death Penalty. Paper presented at the annual
     meetings of the National Conference of Black Political Scientists, Chicago, March 21,
     2008.

Patterns of Public Budgeting in the French Fifth Republic: From Hierarchical Control to Multi-
     Level Governance. Paper presented at the annual meetings of the American Political
     Science Association, Chicago IL, August 30–September 2, 2007. (with Martial Foucault
     and Abel François)

Washington: The Real No-Spin Zone. Paper presented at the annual meetings of the American
     Political Science Association, Chicago IL, August 30–September 2, 2007. (with Jeff
     Berry, Marie Hojnacki, Beth Leech, and David Kimball)

Federal Policy Activity and the Mobilization of State Lobbying Organizations. Paper presented
     at the annual meetings of the American Political Science Association, Chicago IL,
     August 30–September 2, 2007. (with Virginia Gray and David Lowery)

The Discovery of Innocence and the Decline of the Death Penalty. Paper presented at the
     research conference on issue framing, American University, Washington DC, June 21,
     2007. (with Suzanna De Boef, and Amber E. Boydstun)

Public Budgeting in EU Commission: A Test of the Punctuated Equilibrium Thesis. Paper
     presented at the annual meetings of the European Union Studies Association, Montreal,
     Canada, May, 2007. (with Martial Foucault and Abel François)

Does Money Buy Power? Interest Group Resources and Policy Outcomes. Paper presented at
     the annual meetings of the Midwest Political Science Association, Chicago, April 12–15,
     2007. (with Jeff Berry, Marie Hojnacki, Beth Leech, and David Kimball)

Congressional Influence on State lobbying Activity. Paper presented at the annual meetings of
     the Midwest Political Science Association, Chicago, April 12–15, 2007. (with Virginia

Gray and David Lowery)

Goals, Salience, and the Nature of Advocacy. Paper presented at the annual meetings of the American Political Science Association, Philadelphia, August 31–September 3, 2006. (with Jeff Berry, Marie Hojnacki, Beth Leech, and David Kimball)

Essays on Policy Dynamics. Paper presented at the European Consortium for Political Research, Nicosia, Cyprus, April 25–30, 2006. (with Bryan D. Jones, Heather Larsen-Price, James L. True, and John Wilkerson)

Punctuated Equlibrium in French Budgeting Processes. Paper presented at the European Consortium for Political Research, Nicosia, Cyprus, April 25–30, 2006. (with Martial Foucault and Abel François)

The Structure of Policy Conflict. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 20–23, 2006. (with Jeff Berry, Marie Hojnacki, Beth Leech, and David Kimball)

Framing Capital Punishment: Morality, Constitutionality, and Innocence, 1960–2004. Paper presented in a plenary address by Baumgartner to the annual meeting of the National Coalition to Abolish the Death Penalty, Austin Texas, October 27–30, 2005. (with Suzanna De Boef, Amber E. Boydstun, Frank E. Dardis, and Fuyuan Shen)

A Model of Choice for Public Policy. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 7–10, 2005. (with Bryan D. Jones)

The Determinants and Effects of Interest-Group Coalitions. Paper presented at the annual meetings of the American Political Science Association, Chicago, September 2–5, 2004. (with Christine Mahoney)

An Evolutionary Factor Analysis Approach to the Study of Issue-Definition. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 15–18, 2004. (with Suzanna De Boef and Amber E. Boydstun)

Representation and Agenda-Setting. Paper presented at the annual meetings of the American Political Science Association, August 28–31, 2003. (with Bryan D. Jones) (Nominated, best paper, Public Policy Section.)

The Co-evolution of Groups and Government. Paper presented at the annual meetings of the American Political Science Association, August 28–31, 2003. (with Beth L. Leech and Christine Mahoney)

Symbols and Advocacy. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 3–6, 2003. (with Marie Hojnacki)

Gaining Government Allies: Groups, Officials, and Alliance Behavior. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 25–28, 2002. (with Christine Mahoney)

The Demand Side of Lobbying: Government Attention and the Mobilization of Organized Interests. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 25–28, 2002. (with Beth L. Leech, Timothy La Pira, and Nicholas A. Semanko)

Policy Macro-Punctuations: How the US Government Budget Evolved. Paper presented at the conference on Budgetary Policy Change: Measures and Models, Nuffield College, Oxford, March 8–9, 2002. (with Bryan D. Jones and James L. True)

Patterns and Punctuations in the US Budget. Paper presented at the conference on Budgetary Policy Change: Measures and Models, Nuffield College, Oxford, March 8–9, 2002. (with Bryan D. Jones and James L. True)

Social Movements and the Rise of New Issues. Paper presented at the Conference on Social
     Movements, Public Policy, and Democracy at the University of California, Irvine,
     January 11–13, 2002.

Issue Advocacy and Interest-Group Influence. Paper presented at the First General Conference,
     European Consortium for Political Research (ECPR 2001), University of Kent at
     Canterbury, England, September 6–8, 2001. (with Jeffrey M. Berry, Marie Hojnacki,
     Beth L. Leech, and David C. Kimball)

Policy Dynamics. Paper presented at the annual meetings of the Midwest Political Science
     Association, Chicago, April 18–21, 2001. (with Bryan D. Jones)

Where is the Public in Public Policy? Paper presented at the conference on Political
     Participation: Building a Research Agenda, Princeton University, October 12–14, 2000.
     (with Beth L. Leech)

Advocacy and Policy Argumentation. Paper presented at the annual meetings of the American
     Political Science Association, Washington, DC, August 30–September 3, 2000. (with
     Jeffrey M. Berry, Marie Hojnacki, Beth L. Leech, and David C. Kimball)

Lobbying Alone or in a Crowd: The Distribution of Lobbying in a Sample of Issues. Paper
     presented at the annual meetings of the Midwest Political Science Association, Chicago,
     April 27–29, 2000. (with Beth L. Leech)

The Evolution of American Government, 1947–1999. Paper presented at the annual meetings of
     the American Political Science Association, Atlanta, GA, September 2–5, 1999. (with
     Bryan D. Jones)

Business Advantage in the Washington Lobbying Community: Evidence from the 1996 Lobby
     Disclosure Reports. Paper presented at the annual meetings of the Midwest Political
     Science Association, Chicago, April 15–17, 1999. (with Beth L. Leech)

Trends in the Production of Legislation, 1949–1994. Paper presented at the annual meetings of
     the American Political Science Association, Washington, DC, August 28–31, 1997. (with
     Bryan D. Jones, Glen S. Krutz, and Michael C. Rosenstiehl)

Lobbying with Governmental Allies. Paper presented at the annual meetings of the Midwest
     Political Science Association, Chicago, April 10–12, 1997. (with Beth L. Leech)

New Issues and Old Committees: Jurisdictional Change in Congress, 1947–93. Paper presented
     at the annual meetings of the Midwest Political Science Association, Chicago, April 10–
     12, 1997. (with Bryan D. Jones and Michael C. Rosenstiehl)

Normative Perspectives on Interest Groups and Lobbying. Paper presented at the annual
     meetings of the Southern Political Science Association, Atlanta, GA, November 6–8,
     1996. (with Nicole Canzoneri)

Problems in the Study of Lobbying. Paper presented at the annual meetings of the American
     Political Science Association, San Francisco, CA, August 29–September 1, 1996. (with
     Beth L. Leech)

Shepsle Meets Schattschneider: Conflict Expansion in Congress. Paper presented at the annual
     meetings of the American Political Science Association, San Francisco, CA, August 29–
     September 1, 1996. (with Bryan D. Jones and Michael C. Rosenstiehl)

Tractability and Triviality in Interest-Group Studies. Paper presented at the annual meetings of
     the Midwest Political Science Association, Chicago, April 18–20, 1996. (with Beth L.
     Leech)

The Shape of Change: Incrementalism and Shifts in Federal Budgeting, 1946–1994. Paper
     presented at the annual meetings of the Midwest Political Science Association, Chicago,

April 18–20, 1996. (with Bryan D. Jones and James L. True)

Producing Legislation in Congress. Paper presented at the annual meetings of the American Political Science Association, Chicago, August 31–September 3, 1995. (with Bryan D. Jones, Jeffery C. Talbert, and Glen Krutz)

Policy Agendas in the United States since 1945. Poster presented at the annual meetings of the Midwest Political Science Association, Chicago, April 6–8, 1995. (with Bryan D. Jones, Jeffery C. Talbert, Beth L. Leech, Michael C. Rosenstiehl, and James L. True)

Committee Jurisdictions in Congress, 1980–1991. Paper presented at the annual meetings of the American Political Science Association, New York, NY, September 1–4, 1994. (with Bryan D. Jones, Michael C. Rosenstiehl, and Ronald Lorenzo)

Public Interest Lobbies in France and the United States. Paper presented at the meetings of the International Political Science Association, Berlin, Germany, August 21–25, 1994.

The Legislative Importance of Non-Legislative Hearings. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 14–16, 1994 (with Bryan D. Jones and Jeffery C. Talbert)

Agendas and Instability in American Politics. Paper presented at the annual meetings of the American Political Science Association, Chicago, September 3–6, 1992. (with Bryan D. Jones)

Congressional Committees and Jurisdictional Dynamics. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 8–11, 1992. (with Bryan D. Jones and Jeffery C. Talbert)

The Dynamics of Bias. Paper presented at the annual meetings of the American Political Science Association, Washington, DC, August 29–September 1, 1991. (with Bryan D. Jones)

Attention and Valence in Agenda-Setting. Paper presented at the annual meetings of the Southern Political Science Association, Atlanta, GA, November, 1990. (with Jeffery C. Talbert and Bryan D. Jones)

Towards the Quantitative Study of Agenda-Setting. Paper presented at the annual meetings of the American Political Science Association, San Francisco, CA, August 30–September 2, 1990. (with Bryan D. Jones)

Interest Groups and Agenda-Setting in America. Paper presented at the Conference on Organized Interests and Democracy, VIth Feltrinelli International Colloquium, Cortona, Italy, May, 1990. (with Bryan D. Jones)

Keeping Nuclear Power Off the Political Agenda in France. Paper presented at the Workshop on the Comparative Political Economy of Science: Scientists and the State, sponsored by the UCLA Center for International Studies and Overseas Programs, Los Angeles, CA, January 12–14, 1990.

Explaining Variation in Policy Styles in France. Paper presented at the annual meetings of the American Political Science Association, Atlanta, GA, September 1–3, 1989.

Shifting Images and Venues of a Public Issue: Explaining the Demise of Nuclear Power in the United States. Paper presented at the annual meetings of the American Political Science Association, Atlanta, GA, September 1–3, 1989. (with Bryan D. Jones)

Image and Agenda in Urban Politics. Paper presented at the Second annual Conference on Public Policy, Department of Public Administration and Policy, State University of New York at Albany, Albany, NY, April, 1989. (with Bryan D. Jones)

Changing Image and Venue as a Political Strategy. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 14–15, 1989. (with Bryan D.

Jones)

Changing Images and Venues of Nuclear Power in the United States. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 14–15, 1989. (with Bryan D. Jones)

Creating and Maintaining Consensus over Nuclear Power in France: A Preliminary Report. Paper presented at the annual meetings of the American Political Science Association, Washington, DC, September 1–4, 1988.

Policy Communities in France: The Strategic Implications of Conflict and Consensus. Paper presented at the annual meetings of the American Political Science Association, Chicago, September 3–6, 1987.

Survey Research and Membership in Voluntary Associations. Paper presented at the National Election Studies Conference on Groups and American Politics, Center for Advanced Study in the Behavioral Sciences, Stanford, CA, January 16–17, 1987. (with Jack L. Walker)

Education Policy Making and the Interest Group Structure in France and the United States: A Commentary on Pluralism and Corporatism. Paper presented at the annual meetings of the American Political Science Association, Washington, DC, August 28–31, 1986. (with Jack L. Walker)

A New Question on Group Affiliations in the 1986 NES Pilot Study. Report to the Board of Overseers of the National Election Study, May 20, 1986. (with Jack L. Walker)

Politicians and Technicians in the Policy Process: Education Policy in France, 1983–1984. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 10–12, 1986.

French Interest Groups and the Pluralism-Corporatism Debate. Paper presented at the annual meetings of the American Political Science Association, New Orleans, LA, August 29– September 1, 1985.

Preemptive and Reactive Spending in U.S. House Races. Paper presented at the annual meetings of the Midwest Political Science Association, Chicago, April 20–23, 1983. (with Edie N. Goldenberg and Michael W. Traugott)

Chair, discussant, or paper presenter at the following meetings, American Political Science Association, 1985–2017; Midwest Political Science Association, 1983, 1986–87, 1989– 2017; European Consortium for Political Research, 2001, 2006, 2008, 2009, 2015; Southern Political Science Association, 1996–97, 2010, 2011; Council on European Studies, 2010, 2011, 2013; International Political Science Association, 1994; Western Political Science Association, 1988, 1999; Southwestern Social Science Association, 1990; Association for the Advancement of Artificial Intelligence, 2009; National Conference of Black Political Scientists, 2008, 2011, 2014; American Society of Criminology 2010, 2017; Comparative Agendas Project annual meetings 2006 (Aarhus), 2007 (Paris), 2008 (Barcelona), 2009 (The Hague), 2010 (Seattle), 2011 (Catania), 2012 (Reims), 2013 (Antwerp), 2014 (Konstanz), 2015 (Lisbon), 2016 (Geneva), 2017 (Edinburgh).

## EXTERNAL GRANTS AND AWARDS

*Grants Submitted / Pending*

-

***Grants Funded / Awarded***

National Science Foundation, Developing Policy-Specific Measures of Public Opinion, award number SES 1024291. $157,989 for the period of July 1, 2010 to August 31, 2013. Jim Stimson, PI; Frank R. Baumgartner, Co-PI.

National Science Foundation, Framing Policy Debates in the European Union, proposal 1102978. $300,000 awarded for the period of August 15, 2011 to July 31, 2013. Christine Mahoney (University of Virginia), PI; Frank R. Baumgartner, Co-PI; Heike Kluever, consultant.

Visiting International Scholar, Catalonia Ministry of Education and Research, funding for eight month visit to the University of Barcelona, December 2011–July 2012 (with Laura Chaqués Bonafont, University of Barcelona)

Center for Advanced Study in the Behavioral Sciences (CASBS), Stanford University. Expenses for a dozen scholars from the social sciences, computer science, government, and industry to travel to Stanford and attend a one-week workshop: *Tracking, Transcribing, and Tagging Government: Building Digital Records for Computational Social Science*, June 21–25, 2010. Frank R. Baumgartner and James T. Hamilton (Duke University), PIs

Agence nationale de la recherche (ANR) (France), Les médias, les partis et les agendas politiques de la 5ᵉ République. Emiliano Grossman, Frank Baumgartner, Sylvain Brouard, Manlio Cinalli, Abel François, Martial Foucault, Pierre Lascoumes, Nicolas Sauger. Project funded in October 2008.

European Science Foundation (European Union), "The Politics of Attention: West European Politics in Times of Change." Proposal with subprojects in Denmark, Netherlands, United Kingdom, Italy, Switzerland, Belgium, and Spain, with Christoffer Green-Pedersen and others. Submitted April 2007. Projects have been funded starting in 2008 for Denmark, Spain, United Kingdom, Switzerland, the Netherlands, and Belgium.

National Science Foundation, "New Computer Science Applications in Automated Text Identification and Classification for the Social Sciences." Grant # SES 0719703, $55,722, September 1, 2007 to August 31, 2008. Principal investigator, with John McCarthy.

Camargo Foundation Residential Fellowship for Spring 2007. This covers the period of January to May 2007. The Foundation maintains a residence for scholars in Cassis, France.

National Science Foundation, "Nanotechnology and Science Federalism." Grant # NER 0608986, $85,000, August 1, 2006 to July 31, 2007. Co-PI. Paul Hallacher (Penn State) is PI. Additional Co-PI's are Roger Geiger, Henry Foley, and Creso Sa.

National Science Foundation dissertation award for Amber Boydstun, "Doctoral Dissertation Research in Political Science: Agenda Setting and Issue Framing Dynamics on Front Page News." Grant # SES 0617492, $10,907, July 1, 2006 to June 30, 2007.

Pennsylvania Policy Agendas Database. State of Pennsylvania appropriation to Temple University for $480,000 over three years, 2005–08. Penn State subcontract for $77,888 awarded March 2006. Additional funds of $26,600 awarded September 2007; $5,500 in 2008; $22,500 in 2009. Joe McLaughlin, Temple University, principal investigator.

National Science Foundation, "Collaborative Research: Database Development for the Study of Public Policy." Grant # SBR 0111611, $690,719, January 1, 2002 to December 31, 2007. Co-Principal Investigator, with Bryan D. Jones.

- Policy Agendas Project focus of NSF press release, January 2005; see

http://www.nsf.gov/discoveries/disc_summ.jsp?cntn_id=100599&org=NSF.

National Science Foundation, REU supplemental award for award 0111611, $15,000, awarded October 12, 2005.

National Science Foundation, "Lobbying and Issue-Definition." Grant # SBR 0111224, $235,930, July 1, 2001 to June 30, 2004. Principal Investigator. Co-Investigators are: Jeff Berry, Marie Hojnacki, Beth Leech, and David Kimball.

Pew Charitable Trusts / University of Wisconsin, "Lobbying and Television Advocacy," $36,503, June 1 to December 31, 2002. With Marie Hojnacki and Ken Goldstein.

National Science Foundation, "Collaborative Research on Lobbying." Grant # SBR 9905195, $80,569, August 1, 1999 to December 31, 2000. Principal Investigator. Co-Investigators are: Jeff Berry, Marie Hojnacki, Beth Leech, and David Kimball.

Norwegian Science Foundation (Norges forskningsråd), "Agenda Setting and Public Policy" to support teaching a graduate seminar at the University of Bergen, in fall 1998. (69,300 Norwegian Krone, with Richard L. Matland.) Awarded December 1997.

National Science Foundation dissertation award for Beth L. Leech, "Lobbying Strategies of American Interest Groups," # SBR 9631232, $8,476, July 15, 1996 to July 14, 1997

National Science Foundation, "Policy Agendas in the United States since 1945." Grant # SBR 9320922, $245,000, March 15, 1994 to February 28, 1998. (with Bryan D. Jones)

National Science Foundation, Research Opportunities for Undergraduates, supplements to the Policy Agendas grant, $12,500 per year, 1994, 1995. (with Bryan D. Jones)

French Government Travel Grant ($1,000), 1988.

*Bourse Chateaubriand*, French Government Dissertation Grant, 1983–84.

### *Awards*

Member, American Academy of Arts & Sciences, to be inducted in October 2017.

Book award, International Public Policy Association, 2017, for the best book published in 2015 in English on the topic of public policy (for *The Politics of Information*).

Louis Brownlow Book Award, National Academy of Public Administration, 2016 (for *The Politics of Information*).

Samuel J. Eldersveld Career Achievement Award, APSA Section on Political Organizations and Parties, 2011.

Hometown Hero Award, News Talk 1360 WCHL Chapel Hill NC, concerning career achievement award listed above, July 2011.

Leon D. Epstein Outstanding Book Award, APSA Section on Political Organizations and Parties, 2010 (for *Lobbying and Policy Change)*.

Article selected for inclusion in special issue reprinting the most outstanding articles for the 20th anniversary issue of *JPART*, 2010, for "A Model of Choice for Public Policy."

Gladys M. Kammerer Award, American Political Science Association, for the best publication in the field of US national policy, 2008 (for *The Decline of the Death Penalty)*.

Best Instructional Political Science Web Site, for www.policyagendas.org, from the Information Technology and Politics Section of the American Political Science Association, 2007.

Mentoring Award from the Public Policy Section of the American Political Science Association, 2005. For mentoring younger members of the profession.

Winner, vote by the members of the Public Policy Section of the American Political Science Association for *Agendas and Instability in American Politics*; top vote-getter in an election where members of the section were asked to identify the top five policy-related

books or articles written in the past ten years. See *Policy Currents* 11 (2), Summer 2001, p. 14.

Aaron Wildavsky Award from the Public Policy Section of the American Political Science Association, 2001, for *Agendas and Instability in American Politics*. The Wildavsky Award recognizes work of lasting impact on the field of public policy.

Phi Beta Kappa, The University of Michigan, 1980.

## INTERNAL GRANTS, AWARDS, AND SCHOLARSHIPS

Faculty Fellowship, Institute of African American Research, UNC-CH, Fall 2015.

Charles Robson Award for Excellence in Graduate Instruction, UNC-CH, Department of Political Science, 2013.

Welch Alumni Relations Award, Pennsylvania State University, College of the Liberal Arts, 2008.

Best Graduate Student Advisor, Pennsylvania State University, Department of Political Science, Spring 2005. Based on a vote by current graduate students.

Faculty Scholar Medal in Social Sciences, Pennsylvania State University, 2005.

Distinction in the Social Sciences Award, Pennsylvania State University, College of the Liberal Arts, 2003.

"Legislative Lobbying," $5,000 grant from the Program in American Politics, Texas A&M University (with Beth L. Leech), 1998.

"Lobbying Congress," $7,500 grant from the Texas A&M Office of Associate Provost for Research, Program to Enhance Scholarly and Creative Activities (with Beth L. Leech), 1997.

"Interest Groups and Lobbying in American Politics," $3,000 grant from the Program in American Politics, Texas A&M University (with Beth L. Leech), 1996.

Jordan Faculty Fellow, Center for Presidential Studies, Texas A&M University, 1994, 1995.

"Policy Agendas in Congress Since 1945," $7,500 grant from the Texas A&M Office of Associate Provost for Research, Program to Enhance Scholarly and Creative Activities (with Bryan D. Jones), 1993.

International Curriculum Development Grant ($1,100, with Richard Golsan), 1993.

Honors Program Curriculum Development Grant ($6,000, with Bryan D. Jones, Nehemia Geva, and Alex Mintz), 1993.

Center for Presidential Studies Grant ($1,000, with Bryan D. Jones), 1993.

Center for Energy and Mineral Resources Grant, Texas A&M University ($12,500, with Bryan D. Jones) 1989.

College of Liberal Arts Summer Research Award ($7,000), 1988.

International Enhancement Grant, Texas A&M University ($1,200), 1988.

Center for Energy and Mineral Resources Grant, Texas A&M University ($3,000) 1988.

Nominee, Gabriel Almond Prize for best dissertation in comparative politics, 1986.

Rackham Pre-Doctoral Fellowship, The University of Michigan, 1985–86.

Rackham Dissertation Grant, The University of Michigan, 1983–84.

Teaching Fellow, The University of Michigan, 1981–83.

Rackham First Year Fellowship, The University of Michigan, 1980–81.

## DOCTORAL STUDENTS ADVISED AND ACADEMIC / POLICY PLACEMENTS

Kelly Tzoumis** (Texas A&M, 1992; DePaul University, tenured)

Jeffery C. Talbert** (Texas A&M, 1994; University of Kentucky School of Medicine, tenured)
Shalini Vallabhan* (Texas A&M, 1995; Cancer / anti- tobacco advocate, New Dehli India)
Rachel Gibson** (Texas A&M, 1995; University of Manchester, England, tenured)
Billy Ray Hall** (Texas A&M, 1995; Baylor, now an attorney in private practice)
Beth L. Leech* (Texas A&M, 1998; Rutgers, tenured)
Michael C. MacLeod* (Texas A&M, 1998; Hewitt Associates)
James L. True* (Texas A&M, 1998; Lamar, tenured, retired)
Doris McGonagle* (Texas A&M, 1998; Blinn College, tenured)
Glen Krutz*** (Texas A&M, 1999; Oklahoma, tenured)
Nicole Canzoneri** (Texas A&M, 1999; Alexandria, VA schools)
Xingsheng Liu** (Texas A&M, 1999; Texas A&M)
Valery Hunt*** (University of Washington, 2002)
Jens Feeley*** (University of Washington, 2002; NASA)
Matthieu Dalle** (Penn State, French, 2002; University of Louisville)
Suzanne Robbins** (SUNY, Stony Brook, 2003; George Mason University)
Chad Lavin** (Penn State, 2003; SUNY Buffalo (English), tenured)
Andrew Martin** (Penn State, Sociology, 2004; Ohio State University, tenured)
Maria Inclan** (Penn State, 2005; CIDE, Mexico City, tenured)
Christine Mahoney*** (Penn State, 2006; University of Virginia, tenured)
Amber Boydstun* (Penn State, 2008; University of California, Davis, tenured)
Tim LaPira** (Rutgers University, 2008; James Madison University, tenured)
Manuele Citi** (European University Institute, Florence, 2009; Copenhagen Business School)
Sam Workman** (University of Washington, Seattle, 2009; University of Oklahoma, tenured)
Caelesta Poppelaars** (Leiden University, Netherlands, 2009; Leiden)
Erika Martin** (Yale, 2009; SUNY Albany, Public Health)
Paul Rutledge** (West Virginia University, 2009; University of West Georgia, tenured)
Julianna Sandel Pacheco** (Penn State 2010; University of Iowa, tenured)
Stéphanie Yates** (Université de Laval, Quebec City, Canada, 2010; University of Ottowa)
Joost Berkhout** (Leiden University, Netherlands, 2010; University of Amsterdam)
Chris Faricy ** (UNC 2010; Syracuse University)
Shaun Bevan* (Penn State, 2011; University Edinburg, tenured)
Jiso Yoon* (Penn State, 2011; University of Kansas)
Isabelle Guinaudeau** (Sciences Po Bordeaux, 2011; CNRS / Sciences Po Bordeaux)
Cecilia Cannon** (Graduate Institute of International and Development Stuides, Geneva, 2012)
Jon Moody* (Penn State 2013; Pew Charitable Trusts)
Mary Layton Atkinson* (UNC 2013; UNC-Charlotte)
C. Elizabeth Coggins** (UNC 2013; Colorado College)
Roy Gava** (PhD 2014, University of Geneva; University of Geneva)
Petya Alexandrova** (PhD 2014, Leiden University; Hanover University (Germany), post-doc)
Tinette Schnatterer** (PhD 2014, Sciences Po, Bordeaux; University of Konstanz)
Trey Thomas** (PhD 2015, University of Texas at Austin; University of Texas at Arlington)
Tyler Hughes** (PhD 2015, University of Oklahoma; Cal State Northridge)
Derek Epp* (PhD 2015, UNC; University of Texas at Austin)
Nick Howard** (PhD 2015, UNC; Auburn University at Montgomery)
Greg Wolf** (PhD 2015, UNC; Drake University)
Stephen Weir ** (PhD 2015, Trinity University, Dublin)

John Lovett* (PhD 2017, UNC; University of Richmond)
Ehud Segal** (PhD 2017, Hebrew University, Israel; Haifa University, post-doc)
Carmen Huerta* (PhD 2017, UNC Sociology; UNC Office of Student Affairs)
Stephen Sparks** (ABD UNC Public Health; current student)
Mike Fliss** (ABD UNC Epidemiology; current student)
John Wachen** (ABD UNC Education Policy, current student)
Annelise Russell** (ABD, University of Texas, current student)
Kelsey Shoub* (ABD UNC, current student)
Milad Minooie** (UNC Mass Communications; current student)
Zoila Ponce de Leon** (UNC, current student)
Beatriz Rey** (Syracuse University; current student)
Emily Carty** (UNC, current student)
Lindsey Tello** (UNC, current student)
Amy Sentementes** (UNC, current student)
Andrew Tyner* (UNC, current student)
Kevin Roach* (UNC, current student)
Leah Christiani* (UNC, current student)
Serge Severenchuk** (UNC, current student)

*        indicates committee chair or co-chair
**       indicates committee member
***      indicates another student from the Policy Agendas Project or the Advocacy and Public
         Policy Project with whom I have worked closely

## INVITED TALKS AND CONFERENCES

ESADE Business School, Madrid, Spain, January 12, 2017
National Academy of Public Administration, Washington DC, November 17, 2016
NC State University, Raleigh, graduate seminar on public policy, October 10, 2016
UNC-Chapel Hill THINKposium, August 17, 2016
Columbia University, "Politics at Work" book workshop, August 15, 2016
University of Edinburgh, Scotland, May 19, May 26, June 16, 2016
Centro de Investigación y Docencia Económicas (CIDE), Mexico City, May 4, 2016
Distinguished Lecturer in the Social, Behavioral, and Economic Sciences, National Science
         Foundation, October 14, 2015
UNC-Chapel Hill School of Journalism, September 11, 2015
UNC- Chapel Hill Institute of African-American Research, September 9, 2015
University of Glasgow, Scotland, June 12, 2015
Duke University, Ralph Bunche Summer Institute, June 4, 2015
University of Michigan, May 8, 2015
University of Texas, May 6, 2015
University of Oklahoma, April 30, 2015
University of Houston, February 6, 2015
Princeton University, November 10, 2014
University of Minnesota, November 6, 2014
Center for the Study of the American South, UNC-CH, October 28, 2014
University of California, Irvine, January 30, 2014

University of Geneva, January 27, 2014
University of Michigan, September 13, 2013
University of Malta, May 21, 2013
University of Pennsylvania, March 21, 2013
SUNY at Buffalo, March 8-9, 2013
University of South Carolina, March 1, 2013
University Institute of Lisbon, Portugal, February 6, 2013
University of Maryland, November 30, 2012
Appalachian State University, November 6, 2012
University of Geneva, September 5, 2012
UNC- Chapel Hill Conference on Policy Change in Complex Urban Systems, Keynote, March
       31, 2012
Georgetown University, March 26, 2012
Oxford University, All Souls College, March 8, 2012
Aarhus University, Denmark, January 26, 2012
Sciences Po Bordeaux, December 1, 2011
UNC-Charlotte, November 10, 2011
Santa Fe Institute, August 2011
University of Florida, July 14, 2011
SUNY Albany, April 24, 2011
University of Michigan, 100th anniversary of the political science department, April 7, 2011
UCLA, February 27, 2011
Washington State University, February 25, 2011
Suffolk University School of Law, Symposium on Peter Hall, February 11, 2011
Trinity College, Dublin, December 13, 2010
Johns Hopkins University, November 4, 2010
National Press Club, Washington DC, debate on *Lobbying and Policy Change*, September 16,
       2010
Hewlett Foundation, San Francisco, symposium on public advocacy, July 2, 2010
Stanford University, CASBS workshop on digital government records, June 21–25, 2010
Sciences Po, Paris, May 19, 2010
University of Milan, Italy, May 12, 2010
Institut National de l'Audiovisuel, Paris France, May 3, 2010
University of Laval, Quebec, April 16, 2010
Northwestern University conference on "Text as Data," March 11–12, 2010
Kalamazoo College workshop on complexity in the social sciences, March 5, 2010
University of North Carolina, Charlotte, February 18, 2010
University of Heidleberg, conference on "Politics in Times of Crisis," December 3–4, 2009
Witness to Innocence (Death penalty advocacy group), Philadelphia, PA, October 23–24, 2009
University of North Carolina, Department of Public Policy, October 2, 2009
University of Leiden, Den Haag campus, June 16, 2009
University of Mannheim, Germany, MZES, June 8, 2009
University of Lausanne, Switzerland, May 18, 2009
University of Geneva, Switzerland, May 18, 2009
University of Manchester, England, May 15, 2009
University of Leiden, Netherlands, May 8, 2009

Northwestern University, NICO (complexity series), April 1, 2009
University of Michigan, RWJ Health Policy Scholars Program, March 3, 2009
University of Southern California, February 18, 2009
National Coalition to Abolish the Death Penalty, Harrisburg PA, January 23–24, 2009
Sciences Po, Paris, Roundtable on US Elections, January 19, 2009
Sciences Po, Paris, Social Movement Effects on Public Policy, January 5, 2009
Hebrew University of Jerusalem and IDC, Herzliya, Israel, December 14–21, 2008
SPIRIT / Sciences Po, Bordeaux, France, November 28, 2008
University of Nebraska, Lincoln, November 7, 2008
University of Antwerp, October 29, 2008
Wageningen University, NL, keynote speaker, Agriculture in Transition, October 28, 2008
University of Antwerp, workshop on US-EU lobbying, October 23–24, 2008
University of Washington, Seattle, American Politics series, October 10, 2008
Cevipof / Sciences Po, Paris, France, Groupe Argent et Politique,  June 23, 2008
SPIRIT / Sciences Po, Bordeaux, France, June 9, 2008
Cevipof / Sciences Po, Paris, France, "Pôle Action Publique" series, May 14, 2008
Syracuse University workshop on US-EU lobbying studies, April 24–25, 2008
Yale University, April 15, 2008
Wayne State University, Detroit, March 20, 2008
CONNEX workshop on lobbying, University of Mannheim, Germany, March 6–8, 2008
University of North Carolina, February 15, 2008
University of Washington, Seattle, November 2, 2007
Harvard University, Graduate School of Education, Askwith Education Forum, October 4, 2007
University of Antwerp, September 20–21, 2007
University of Aberdeen, July 1, 2007
University of Barcelona, June 14, 2007
University of Aarhus, Denmark, June 8, 2007
Netherlands Institute of Government, The Hague, keynote speech, May 23, 2007
University of Geneva, May 7, 2007
Oxford University, March 6, 2007
World Congress Against the Death Penalty, Paris France, February 1–3, 2007
University of Newcastle, January 25–26, 2007
Université de Montréal, November 18, 2006
Public Policy Institute of California, San Francisco, October 27, 2006
University of Newcastle, England, May 3–4, 2006
UCLA Law School, Conference on Capital Punishment, April 8, 2006
University of Manchester, England, March 17, 2006
Mount St. Mary's University, Maryland, February 23, 2006
University of Wisconsin, Madison, February 10, 2006
Indiana University, January 27, 2006
University College, London, England, School of Public Policy, Distinguished Visiting Speaker,
        January 16–20, 2006
National Coalition to Abolish the Death Penalty, Austin Texas, October 28, 2005
Yale University, Aspen Conference on Climate Change, October 6–8, 2005
University of Aarhus, Denmark, Workshop on Comparative Agenda-Setting, July 1–2, 2005
University of Aberdeen, Scotland, June 15, 2005

University of Manchester, England, June 14, 2005
Centre de Sociologie des Organisations (CSO–CNRS), Paris, France, June 10, 2005
University of Leiden, Netherlands, Workshop on Reform Miracles, May 27–28, 2005
University of Exeter, England, May 18, 2005
Cevipof / Sciences Po, Paris, France, "Pôle Action Publique" series, May 11, 2005
University of Leiden, Netherlands, Workshop on Interest Groups in the EU, April 14–16, 2005
University of Utrecht, School of Governance, Netherlands, March 17, 2005
University of Antwerp, Belgium, March 15, 2005
University of Mannheim, Germany, Center for European Social Research, January 24, 2005
University of Aarhus, Denmark, January 21, 2005
University of Trento, Italy, January 19, 2005
European University Institute, Florence, Italy, November 22, 2004
University of Aberdeen, Scotland, November 19, 2004
University of Leiden, Netherlands, June 10–12, 2004
University of Aberdeen, Scotland, May 24–June 4, 2004
University of North Carolina, American Politics Research Group, April 2, 2004
University of Pennsylvania, Wharton School, Conference on Management Strategy and the
        Business Environment, March 26–27, 2004
Harvard University, Conference on The Transformation of American Politics: Policies,
        Institutions, and Participation, March 5–6, 2004
University of Kentucky, Martin School of Public Policy, January 23, 2004
University of Aberdeen, Scotland, December 15–19, 2003
Rutgers University, November 21, 2003
University of Arizona, Conference on Research Policy as an Agent of Change, October 10–11,
        2003
Pennsylvania State University, College of Communications, September 26, 2003
University of British Columbia, Vancouver, Canada, August 18–19, 2003
NAACP Legal Defense and Educational Fund, Inc., 24th Annual Capital Punishment Training
        Conference, Airlie Conference Center, Warrenton, VA, July 17–20, 2003
Yale University, School of Forestry, Conference on Punctuated Equilibrium Models of
        Environmental Policymaking, June 30, 2003
The Justice Project, Washington DC, May 15, 2003
University of Michigan, Robert Wood Johnson Health Policy Fellows Program, April 10, 2003
Pennsylvania State University, Hazelton Campus, November 7, 2002
University of Michigan, Conference on Social Movements and Organizations, May 10–11, 2002
West Virginia University, April 19, 2002
Nuffield College, Oxford University, England, Conference on Budgetary Policy Change:
        Measures and Models, March 8–9, 2002
University of California, Irvine, Conference on Social Movements, Public Policy, and
        Democracy, January 11–13, 2002
University of Chicago, May 21, 2001
University of Kentucky, April 13, 2001
Temple University, March 14, 2001
Columbia University, January 26, 2001
Harvard University, November 3, 2000
Princeton University, Conference on Political Participation: Building a Research Agenda,

October 13–14, 2000
University of Aberdeen, Scotland, May 15–19, 2000
University of Pittsburgh and Carnegie Mellon University, April 10, 2000
Pennsylvania State University, Department of French, February 28, 2000
Western Michigan University, Sam Clark Lecturer, March 15–16, 1999
University of California, Santa Barbara, February 12, 1999
University of Aberdeen, Scotland, October 1998
University of Bergen, Norway, October 1998
University of Texas School of Public Health, October 2, 1997
Harvard University Conference on Civic Engagement, September 26–28, 1997
University of Michigan, 5th Annual Jack L. Walker Memorial Conference of Political Affairs:
        The Politics (or Un-Politics) of the Underclass and Unemployed, March 20, 1992
UCLA Workshop on Comparative Political Economy of Science, January 1990
Feltrinelli Foundation Conference on Organized Interests and Democracy, Cortona, Italy, 1990

## LEGAL EDUCATION TRAININGS PRESENTED

NC Association of District Court Judges, Asheville NC, October 5, 2016
UNC School of Government, for judges, April 6, 2016
UNC School of Government, Racial Equity Network (public defenders), July 24, 2015
North Carolina Public Defenders and Investigators, Greensboro NC, May 15, 2015

## PROFESSIONAL SERVICE AND MEMBERSHIP

*University / College / Department service at UNC-Chapel Hill:*

University
Faculty Council (elected position), 2012–13, 2013–16; 2016–19
Carolina Summer Reading Program Selection Committee, 2013–14; Chair, 2014–15
Member, review team, Institute for African American Research, Spring 2016
Faculty Affiliate, Institute of African American Research, 2014–
College of Arts and Science
Member, Dean's Faculty Diversity Advisory Group, 2016–
Co-Chair, Diversity Task Force, 2015–16
Member, Interdisciplinary Grants Awards Committee, 2013
Member, Dean's Task Force on Faculty Diversity, 2010–11
Department of Political Science
Diversity Liaison, 2011–
Chair, Diversity Affairs and Recruitment, 2010– (Member, 2009–10)
Director of PhD Placement, 2014–
Chair, American Politics Talent Search Committee, 2015–16
Chair, Dawson Chair Search Committee, 2016–17
Member, Strategic Planning (SWOT) Committee, 2016–17
Director of Graduate Admissions, 2013–14
Member, Salary Review Committee, 2011–12, 2014–15
Member, Mentoring Committee, 2016–17
Interim Placement Director, Fall 2012
Member, post-tenure review committees, 2010–13, 2014–17; Chair 2012–13

   Member or chair, ad hoc faculty recruitment committees, 2009–15, 2016–17
   Member, internal evaluation (promotion) committees, 2013–14, 2016–17
   Member, best MA thesis committee, 2013; best graduate student publication award
     committee, 2015

### *Editorial boards*

   *Policy Studies Journal*, 2003 –
   *Journal of European Public Policy*, 2004 –
   *Journal of Information Technology and Politics,* 2006 –
   *Public Administration,* 2008 –
   *Journal of Public Policy*, 2010 –
   *Gouvernement et Action Publique*, 2010 –
   *Interest Groups and Advocacy,* 2011–
   *Governance,* 2012 –
   *French Politics, Society, and Culture*, 2013 –
   *West European Politics*, 2015–
   *Politics, Groups, and Identies*, 2017–
   *Political Research Quarterly,* 2006–14
   *American Journal of Political Science,* 2006–09
   *Journal of Politics*, 1993–2001

Series editor, Palgrave Macmillan series on Comparative Studies of Political Agendas, with
   Laura Chaqués Bonafont, Christoffer Green Pedersen, Frédéric Varone, and Arco
   Timmermans. Publications began in 2012, as listed below:

 –  Laura Chaqués Bonafont, Anna M. Palau, and Frank R. Baumgartner. 2015. *Agenda
   Dynamics in Spain.*
 –  Peter John, Anthony Bertelli, Will Jennings, and Shaun Bevan. 2013. *Policy Agendas in
   British Politics.*
 –  Isabelle Engeli, Christoffer Green-Pedersen and Lars Thorup Larsen, eds. 2012.
   *Morality Politics in Western Europe: Parties, Agendas and Policy Choices.*

Book review board, *French Politics, Society, and Culture* (formerly *French Politics and
   Society*), 1997 – 2012

Tenure and promotion reviews for the following colleges and universities: Aberdeen (Scotland),
   Alabama-Birmingham, Arizona, Arizona State, Australian National, Brandeis, California
   at Los Angeles, California at Riverside, California at San Diego, Chicago, Colorado at
   Denver, Colorado at Boulder, Cronell, Dartmouth, Denver, Duke, East Carolina,
   Edinbourg (Scotland), Georgia, Georgia State, Georgetown, Harvard, Hebrew University
   of Jerusalem (Israel), Iowa State, Kentucky (Law School), Lamar, London School of
   Economics, Marquette, Maryland, Massachusetts, Memphis, Miami, Michigan, Michigan
   State, Minnesota, Missouri, New School, Ohio, Ohio State, Oklahoma, Potsdam
   (Germany), Pittsburgh, Princeton, Purdue, Reed, Roosevelt, Rutgers, SciencesPo (Paris),
   SUNY-Albany, SUNY-Buffalo, St. John Fisher College, Syracuse, Tel Aviv (Israel),
   Temple, Texas at Dallas, Villanova, Virginia, Washington, Wellesley College, West
   Virginia, Wisconsin, Yale

Manuscript reviewer, proposal reviewer, or consultant for:

Journals: *American Political Science Review; Perspectives on Politics; PS; American Journal of Political Science; Journal of Politics; Polity; Political Research Quarterly; American Politics Quarterly; Journal of Theoretical Politics; Public Choice; Social Science Quarterly; Social Forces; Social Problems; Legislative Studies Quarterly; Congress and the Presidency; Interest Groups and Advocacy; Presidential Studies Quarterly; Political Behavior; Party Politics; Journal of Information Technology and Politics; Journal of Health Politics, Policy and Law; State Politics and Policy Quarterly; State and Local Government Review; Local Government Studies; Electoral Studies; Political Communication; World Politics; Comparative Politics; Comparative Political Studies; European Union Politics; Comparative European Politics; Journal of Common Market Studies; Canadian Journal of Political Science; Public Administration Review; Policy and Politics; Public Administration; Administration and Society; Governance; Politics and Governance; Regulation and Governance; Journal of Public Administration Research and Theory; Urban Affairs Review; Government and Policy; Journal of Policy History; Human Welfare; Journal of Public Policy; Journal of European Public Policy; West European Politics; Journal of European Politics; Acta Politica; Policy Studies Journal; Journal of Comparative Policy Analysis; Policy Studies Review; Review of Policy Research; Political Science Research and Methods; Harvard International Journal of Press/Politics; Southeastern Political Review; Politics and Policy; Australian Journal of Political Science; Research and Politics; Applied Behavioral Science Review; International Review of Administrative Sciences; Wetlands; Environmental Politics; Global Environmental Politics; Journal of Environmental Policy and Planning; International Planning Studies; Journal of Contingencies and Crisis Management; Women and Politics; Milbank Quarterly; Journal of International Business Studies; Business and Politics; International Migration Review; Education Evaluation and Policy Analysis; Computational and Mathematical Organization Theory; Politics; The Social Science Journal; Social Science Research; Cambridge Review of International Affairs; Journal of Criminal Law and Criminology; Criminology; American Journal of Criminal Justice; Journal of Global Governance; Big Data and Society; Gouvernement et Action Publique; American Sociological Review; Science*

University Presses: Princeton, Chicago, Harvard, Cambridge, Oxford, Cornell, California, Michigan, Pittsburgh, Kansas, State University of New York, New York University, Ohio State, Georgetown, Manchester (UK), Brookings Institution

Commercial and other Publishers: HarperCollins, Westview, Longman, Routledge, St. Martin's, Allyn & Bacon, Congressional Quarterly, Haworth Press, Resources for the Future Press, Palgrave MacMillan

Funding Agencies: National Science Foundation (US), Social Science Research Council (UK), British Academy, European Social Research Council, European Research Council, Social Science and Humanities Research Council (Canada), Irish Research Council for Humanities and Social Sciences, Irish Academy of Science, National Science Foundation (Switzerland), Research Grants Council (Hong Kong), Hungarian Scientific Research Fund, Isreali Science Foundation, Council for the Earth and Life Sciences (Netherlands), Research Foundation – Flanders (Belgium), Danish Council for Independent Research, University of Milan (Italy), Australian Research Council, Agence Nationale de la Recherche (France), Japan Society for the Promotion of Science (Japan), Agency for

Management of University and Research Grants (AGAUR) (Catalonia), Hungarian
Academy of Sciences, MacArthur Foundation, Spencer Foundation, Earhart Foundation,
Pew Charitable Trusts

Camargo Foundation, selection review board, 2009–14

Other: Educational Testing Service, Decision Insights, Inc., Handbook of Decision-Making

National Science Foundation:

Interdisciplinary Behavioral and Social Science Research review panel, 2016
Distinguished Lecturer, SBE Division, 2015
Cyber-Enabled Discovery and Innovation (CDI) panel, 2009
Workshop on Cyberinfrastructure Needs in the Social Sciences, October 22, 2004
Chair, Committee of Visitors, Political Science Program, 2004
IGERT Proposal review panel, 2003
IGERT Preproposal review panel, 2002
Political Science advisory panel, 2000–02

Outside evaluations:

University of Glasgow, Policy Scotland external advisory board, 2013–
Political Science Department, Purdue University, October 2015
Political Science Department, University of California, Santa Cruz, January 2008
Political Science Department, Graduate Programs, Western Michigan University,
        December 2005
Political Science Department, Syracuse University, October 2005
Political Science Department, University of British Columbia, Canada, September 2005
Political Science Department, Michigan State University, Spring 2004
M.A. in Public Policy Program, SUNY-Stony Brook, October 1999

***Professional Service and Association Work***

American Political Science Association:

*Association-wide assignments*
        Vice-President, 2015–16
        Member, *APSR* editor selection committee, 2014–15
        Member, Lasswell Award Committee, 2012 (for best dissertation in public policy)
        Member, Nominating Committee, 2004
        Chair, Nominating Committee, 2003
        Chair, EE Schattschneider Award Committee, 2002 (for best dissertation in American
                politics)
*Section on Public Policy*
        Best paper on comparative public policy committee, 2012, 2013
        Short Course on the Comparative Policy Agendas Project, annual meetings, August 30,
                2011. (with Bryan D. Jones and others)
        President, 2008–09
        President-elect (section organizer), 2007–08 (29 panels)
        Short Course on Teaching Public Policy, workshop on comparative approaches, annual
                meetings, August 27, 2008. (with Kent Weaver)
        Member, selection committee for editor, *Policy Studies Journal*, 2008

Short Course on the Comparative Policy Agendas Project, annual meetings, August 30,
    2006. (with Bryan D. Jones, John Wilkerson, and others)
Member, Aaron Wildavsky Award selection committee, 2005–06
Short Course on the Policy Agendas Project, annual meetings, August 31, 2005. (with
    Bryan D. Jones, John Wilkerson, and others)
Short Course on the Policy Agendas Project, annual meetings, August 27, 2003. (with
    Bryan D. Jones, John Wilkerson, and others)
Member, Executive Council, 1997–2000
Member, Nominating Committee, 2000
Short Course on Using the Policy Agendas Project in Your Research, annual meetings,
    August 30, 2000 (with Bryan D. Jones)
Chair, Aaron Wildavsky Award selection committee, 1997–98
*Section on Political Organizations and Parties*
Member, Leon Epstein Award committee for best book, 2011
Member, Selection committee for special issue of *Party Politics*, 2010
Chair, Samuel Eldersveld Career Achievement Award Committee, 2008
Chair, 2003–05
Member, Emerging Scholar Selection Committee, 2002
Member, Nominating Committee, 1999–2000
*Division on Politics and Society in Western Europe*
Program Chair, annual meetings, 1998 (18 panels)
*Conference Group on French Politics and Society*
Program organizer, 1993–97 (2 to 4 panels per year)
Member, Stanley Hoffman Award for the best article on French politics, 2009

Midwest Political Science Association:

Member, Best Poster Award Committee, 2010
Member, Patrick J. Fett Award Committee, 2008
Member, Selection Committee for Editorship of the *AJPS*, 2004
Member, Committee on the Annual Program, 1996–97
Program co-chair, annual meetings, 1995 (approx. 300 panels and 2,000 participants)

Southern Political Science Association:

Member, Malcolm Jewell Award Committee for best paper by a graduate student
    presented at the 2010 meetings
Chair, Section on Interest Groups, annual meetings, 2002 (8 panels)
Chair, Section on Interest Groups, annual meetings, 1996 (5 panels)

Association Française de Science Politique:

Comité de direction, groupe argent et politique
Other:

Chair, Charles Levine memorial book prize selection committee, International Political
    Science Association, committee on Structures and Organization of Government,
    to recognize a distinguished book in the field of comparative public
    administration, 2005–06
Member, Nominating Committee, Midwest Public Administration Caucus, 2005

Member, National Election Studies 1997 Pilot Study Planning Committee

Member of: American Political Science Association; Midwest Political Science Association; Southern Political Science Association; Conference Group on French Politics and Society, APSA Organized Sections on Public Policy and Political Organizations and Parties

References available on request

**Exhibit 2 to Baumgartner Declaration**

