# EXHIBIT 74

# Declaration of Alan Blattner

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                                Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                                Defendants.

## DECLARATION OF ALLAN BLATTNER

## DECLARATION OF ALLAN BLATTNER

### Background and Experience

1.     I am the Director of the Department of Housing and Residential Education ("DHRE") at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill," "Carolina," or the "University").

2.     I received my undergraduate degree in Public Administration from San Diego State University in 1990 and my Master's degree in Education with a focus on Higher Education and Student Affairs Administration from the University of Vermont in 1992.

3.     Early in my career, I worked in a variety of Residence Life leadership positions at Ohio University, The University of Vermont, and San Diego State University. From 1998 through 2000, I was the Director of Residence Life at Allegheny College in Pennsylvania, and from 1993 to 1998, I served as the Assistant and then Associate Director of Residential Life at Allegheny College.

4.     From 2000 through 2015, I worked at The University of North Carolina at Charlotte within their Department of Housing and Residence Life. From 2000 through 2012, I was the Associate Director of Housing and Residence Life. From 2012 through 2015, I was the Senior Associate Director of Housing and Residence Life.

5.     I have served in a number of leadership positions within housing and student affairs professional associations. I am a past President of the Association of College and University Housing Officers-International ("ACUHO-I"), an organization

comprised of officers and administrators in housing from more than 1,000 institutions in 22 countries. I have been involved in the ACUHO-I since 1997 and have held many leadership positions with that association.

6.     I have participated on numerous external review teams of the housing and residence life departments of other institutions and have served as a consultant for campuses around the country. I have served on the faculty of the National Housing Training Institute, the South African Housing Training Institute, and ACUHO-I's STARS College. STARS College is a three-day experience for undergraduate students interested in learning about the student affairs and campus housing professions. Additionally, I have authored chapters in Campus Housing Management: Campus Housing Past, Present, and Future and the past two editions of Advice for Advisors and has several articles that have been published in The Talking Stick, a bimonthly publication available to all ACUHO-I members.

7.     I joined UNC-Chapel Hill in February 2015 as the Director of DHRE. I report to Christopher Payne, Associate Vice Chancellor for Student Affairs.

**Role as Director of The Department of Housing and Residential Education**

8.     As Director of DHRE at UNC-Chapel Hill, I manage a comprehensive campus housing operation for over 10,000 residents. This operation includes a number of components, including residence life and education, family housing, administrative services, housekeeping, maintenance, human resources, marketing and public relations, business services, and information technology.

9.      I also lead DHRE's academic and leadership initiatives.  We work with campus partners and faculty members to create and implement opportunities that promote student success, learning, and development.  I oversee programs and initiatives designed to enrich and support students' academic experiences, including our Residential Learning Programs, which are programs that connect classroom learning with resident life.

10.     I oversee the department's professional development efforts, which include extensive training on areas of diversity and multicultural competence for our many student staff members.

11.     I oversee our Multicultural Competence Committee, a committee comprised of our professional staff members that works to cultivate a culture of collaboration and open communication in our living environments.

12.     Finally, I have supervisory responsibility for our First Year Experience program, an effort to help new students find community and get connected on campus. Our First Year Experience initiative strives to develop a cohesive and integrated academic and co-curricular program that supports student academic success.

## DHRE

13.     DHRE, which is housed within Student Affairs, strives to create an inclusive on-campus housing environment that promotes personal development, citizenship, community involvement, and leadership.

14.     At UNC-Chapel Hill, we house approximately 10,000 undergraduate, graduate and professional students in thirty-two residence halls and one apartment community.  We require first-year students to live on campus.  Many of our first-year

students are assigned roommates and live with someone they did not know prior to coming to Carolina. After their first year, students can choose to live off campus. However, many of our returning students choose to live in on-campus housing. Overall, we provide housing for approximately 40% of the undergraduate population each year.

15. On-campus living is central to the Carolina experience. Students who live on campus have ample opportunities to interact with their peers outside of the classroom, attend cultural and academic events in residence halls and on campus, seek employment in residence halls and on campus, and participate in clubs and organizations. By getting involved, students identify with the larger University community, expand their social networks, and find opportunities for personal and intellectual growth.

16. DHRE facilitates cross-cultural interactions between students. We do this, in part, by ensuring that we have welcoming common space areas within our residence halls—these are places for students to come together and interact. We also foster an inclusive and welcoming environment for all students through educational and leadership opportunities; programming on multiculturalism and diversity; and an engaged and supportive professional and student staff.

17. DHRE consists of educators, full-time professional staff, and student staff. We have 50 full-time employees and 400 student employees.

18. Each residential community has at least one Community Director, who is a full-time live-in member of the community. Community Directors are designated as managers of their communities. Community Directors serve as the lead educator for students in the community and assess, plan, implement, and evaluate intentional learning

opportunities in the community to meet the developmental needs and learning objectives of student residents and staff.

19. Each Community Director has responsibility for the selection, training, evaluation, supervision, and mentoring of 20-50 student staff. Community Directors directly interact with students on a daily basis, and serve in an advisory capacity for various programs and organizations. Our community directors have Master's degrees in many fields such as Student Affairs Administration and Higher Education Administration.

20. Our Community Directors supervise our student Resident Advisors ("RAs"), who are full-time undergraduate and graduate students living on each floor or suite of our residence halls. Our RAs are trained to promote engagement within the residential community and the broader campus community and serve as counselors and role models for the residents in their communities.

21. Our Community Directors and RAs play a key role in facilitating positive living arrangements for our students. They are purposeful about helping a diverse group of students come together to live, learn and grow.

### The Educational Benefits of Diversity

22. The University's mission is to "to teach a diverse community of undergraduate, graduate, and professional students to become the next generation of leaders."

23. DHRE aids the University in achieving this mission by fostering inclusive and accessible residential environments that promote student success and learning.

24.     Our Values Statement, which guides the department's work, recognizes the

importance of diversity and inclusion.  It provides:

> The role of the Department of Housing and Residential Education at the
> University of North Carolina - Chapel Hill is to help our students succeed.
> We accomplish this with the overriding philosophy of Community
> Immersion. Simply stated, we provide opportunities for residents and staff to
> connect with themselves, each other, the campus, the Carolina culture, the
> community, and ultimately the world around us. The more we understand
> ourselves and others, the better we are able to support our students.

> Our students come from various diverse background, cultures, and
> communities. They are of different races, religions, ethnicities, sexual
> orientations, genders, abilities, and socio-economic status. They bring with
> them a multitude of perspectives and experiences to be further developed and
> shared.

25.     One of the department's fundamental goals is to incorporate

multiculturalism into the various facets of our work.  This effort falls into four broad

efforts.  First, we seek to develop and encourage opportunities for all staff—including our

large number of student staff—to gain cultural awareness, enhance skills, and increase

investment in each other and in the University community.  Second, we aim to maintain

residential facilities that support each and every student by offering inclusive, accessible,

and welcoming environments which enhance the on-campus experience. Third, we seek

to promote inclusive hiring and recruitment practices that foster a diverse work

environment and advocate for equitable and transparent policies and procedures in our

daily practices.  Finally, we seek to incorporate multiculturalism into our student -entered

learning by creating co-curricular educational opportunities that empower students to take

ownership over their personal growth and develop skills to navigate an ever-changing

global society.

26.     Blattner Decl. Ex. 1 is a true and correct copy of DHRE's strategic plan for 2015-2020.  Blattner Decl. Ex. 2 is a true and correct copy of 2017 strategic updates for that plan.

27.     In our strategic plan, we discuss several goals.  One of our goals is to "PROVIDE QUALITY PROGRAMMATIC OPPORTUNITIES THAT FOSTER A SENSE OF BELONGING, STUDENT SUCCESS AND COMMUNITY ENGAGEMENT." (Ex. 1 at 10)

28.     Our strategic plan also discusses our goal to "PROMOTE EQUITY, ACCESS AND DIVERSITY THROUGH THE IMPLEMENTATION OF INITIATIVES THAT FOSTER SAFE, INCLUSIVE AND RESPECTFUL ENVIRONMENTS FOR ALL STUDENTS." (Ex. 1 at 11)

29.     Additionally, our work is guided by UNC-Chapel Hill Student Affairs' Excellence in Action initiative, which identifies competencies we want our students to develop through their curricular and co-curricular experiences at Carolina.  Excellence in Action promotes community engagement and the development of cross-cultural perspectives.  The diversity our students experience within our residence halls and classrooms is a critical aspect of our students' development of those skills.

30.     For instance, Excellence in Action focuses on Community Engagement, which involves the commitment of an individual to developing cross-cultural perspectives.  Our goal is for our students to actively engage in local and global communities.  To meet these goals, we are very intentional about promoting civic

involvement, local and global citizenship, and cross-cultural perspectives through our programming.

31.     The University's student body diversity is an invaluable asset to our students and to furthering these goals. While we do not dictate where or with whom our students live, if we have a diverse class, our students will have the opportunity to interact with, learn from, live with, and potentially befriend people who are different from themselves in the residential setting. These living space interactions are a fundamental part of our students' college experience.

32.     Our department is committed to ensuring that Carolina's residence halls are places where diversity and inclusion are part of the fabric of how we live and learn together. As a department, we invest time, energy, and resources into training, services, and programs designed to raise the level of cultural competence in the residential community. The intended result of these efforts is to empower our community to live up to founding principles of this campus "lux, libertas — light and liberty" as we create an environment that appreciates difference and advocates for inclusion.

## DHRE Programs and Initiatives

33.     DHRE is committed to achieving the educational benefits of diversity in the residential setting by fostering an inclusive living and learning environment and promoting equity, engagement, and growth. We accomplish this by offering our students a wide array of programs, services, and initiatives that create opportunities for meaningful interaction and growth. Our department leads numerous academic,

leadership, and social programs that extend our students' learning experiences outside of the classroom.

34.    One of DHRE's articulated values is inclusivity.  We strive to "[p]rovide programs, spaces, and experiences that promote a sense of belonging, adaptability and responsiveness to student needs, an understanding of others different in their interests, backgrounds, cultures, and perspectives, as well as affirm cultural identities in order to develop the potential of every individual in our community."  (Ex. 1 at 4)

35.    We do this, and provide opportunities for meaningful interaction and growth, through a variety of innovative programming.  Each of these programs provides opportunities for diverse students to interact with each other and promotes meaningful cross-cultural interaction so that our students can learn from one another.

*Residential Learning Programs*

36.    Our Residential Learning Programs are programs in which students with common academic and extracurricular interests are grouped together in residence halls. Residential Learning Programs provide a unique way for students to connect classroom learning with residence life.  Students enjoy all the usual advantages of living on campus in a residence hall, with the added benefit of living among a group that shares academic goals and interests.

37.    Through student, faculty, and staff partnerships and educational and cultural programs, active involvement in a Residential Learning Program allows students to broaden their perspectives and understanding of the world around them. This holistic

approach complements classroom experiences and lays the foundation for students to become better prepared to succeed in life beyond college.

38.  DHRE offers a number of Residential Learning Programs, including programs for Chancellor's Science Scholars, Carolina Research Scholars, Service & Leadership, and First Generation College Students.

*Tunnel of Oppression*

39.  Students organize and run an event each year called Tunnel of Oppression with support from DHRE professional staff.

40.  The Tunnel of Oppression is a tour that engages students in an immersive experience of scenes where participants will experience firsthand different forms of oppression through interactive acting, viewing monologues, and multimedia. Participants directly experience scenes of oppression such as: ability, body image, gender identity, homelessness, homophobia, religion, interpersonal violence, race, human trafficking, and mental health. All of the scenes are written with UNC-Chapel Hill students in mind. Some scenes are direct monologues from student experiences on campus.

41.  At the completion of the Tunnel of Oppression experience, participants go through an active 30 minute processing session where they discuss the experience and learn how they can "rethink their role" in creating positive social change.

42.  This program has been well attended. In 2015, for instance, 525 students, faculty, and staff engaged in the program.

43.  This program teaches our students about diversity and diverse experiences on campus, and is enhanced by the participation of a diverse group of students who can

share their perspectives and experiences in developing scenarios to help educate the campus community.

*Residence Hall Association*

44.     The Residence Hall Association is a student organization that represents all students who live on campus.  It serves as the governing body of the residence halls.  The members of this organization are responsible for providing input to develop ideas for activities and programs that improve and enhance the residence hall experience.

45.     A diverse group of students participates together in governance for the residence halls on campus.

*Meals with Heels*

46.     Meals with Heels is a student-initiated program, in partnership with Carolina Dining Services, that allows faculty members and residents of campus housing to get together for a free meal at the University's main dining hall.  The intent of the program is to facilitate casual conversations between faculty and students that build relationships and ultimately lead to student academic success.

47.     This is yet another opportunity for students and faculty who may not know each other and may not otherwise be comfortable interacting informally to have conversation and form relationships.

*Miscellaneous Educational and Social Events*

48.     Our staff offer many opportunities for our communities to participate in programming around particular topics, such as career exploration.  For example, our staff

bring in faculty to talk about their research or plan other programs of interest to students. Much of this programming is residence hall-specific.

49.     We also offer many events that are simply designed to allow our students to meet each other and socialize.  This allows our students to meet students from all types of different backgrounds and hopefully to develop friendships.

*Staff Training*

50.     DHRE is committed to the growth and development of its staff members, including its many student staff members, in the area of multicultural competence.  Our expectation is that the work we do with our staff will affect and elevate the community as a whole, particularly because we have such a large number of student staff members who are working directly with other students.

51.     Each year, DHRE conducts training for student staff members.  Objectives of this training include informing student staff of crisis and safety protocols, reviewing the Community Living Standards, equipping student staff members with skills needed for hall programming, and teaching student staff how to exemplify Community Immersion, which as described above is our philosophy of building community connecting with one another to build lifelong friendships.

52.     In 2017-18, the racial and ethnic demographic breakdown of the student staff members who participated in DHRE training was:

- White or Caucasian (42%),
- African American or Black (22%),
- Asian or Asian American (14%),

- Latino(a) or Hispanic (7%),

- American Indian or Alaska Native (.5%),

- Multiracial (7%),

- Middle Eastern (.5%), and

- Prefer Not to or Did Not disclose (7%).

Student staff are also diverse in many other ways, including by gender, first generation college status, and sexual orientation.

53.     During the Fall of 2013, DHRE launched an Equity and Inclusion Professional Development Plan, serving as a guide for each staff member to engage with their supervisor on a development plan relating to issues of diversity.  This plan involves staff members attending or participating in various diversity experiences and reflecting on its application to their role and professional development.

54.     This staff training not only creates an opportunity for large numbers of staff to develop multicultural competence and interact on diversity issues – an experience that is greatly enhanced with diverse student staff – it helps us develop our staff so that they can create an environment that is welcoming to all students and that allows them to interact with and learn from one another.

*First Year Experience*

55.     DHRE staff are focused on creating an enriching out-of-classroom experience for first year students.

56.     We host men of color gatherings monthly for first-year students in the residence halls as part of the first year experience.

57.    The first year experience has also involved social justice experience trips, as discussed below.

*Multicultural Competence Committee*

58.    We have a Multicultural Competence Committee comprised of some of our professional staff.  The committee is a key component of our commitment to diversity and inclusion.

59.    This group meets bi-weekly to discuss current issues happening on campus and nationally that may be affecting our students.  The Committee plans new programs and initiatives and provides diversity training.

*Multicultural Advisor Program*

60.    The Multicultural Advisor Program promotes learning in the areas of multiculturalism, diversity, and social justice through monthly staff development sessions co-facilitated by a Multicultural Advisor and a Community Director.

61.    Multicultural Advisors are RAs who receive additional training on social justice issues and on facilitating group discussion regarding multiculturalism.  They encourage and promote learning through dialogue, resident interactions, and programming.

62.    The objectives of this program are to create an environment that enables student leaders in housing to dialogue around topics related to diversity, multiculturalism and social justice; to increase awareness and knowledge of diverse identities and how they influence interactions with others; to promote inclusive communities through

positive interaction; and to increase resources available for staff on topics relating to diversity, multiculturalism, and social justice.

63.     The program objectives are met through the creation and facilitation of modules that cover a range of topics related to multiculturalism and social justice through the use of discussions, scenarios, interactive multimedia, and campus tours.

64.     This program serves to further the department's commitment to fostering an inclusive housing environment, student self-awareness, and development.

*Social Justice Advocates ("SJAs")*

65.     In Spring 2015, DHRE launched a pilot Social Justice Advocate ("SJA") Program.  Students interested in inclusion, diversity, religious differences, gender issues, and LGBT issues were encouraged to apply.

66.     The program allows students to help plan events in their community and train community government members, acting as a "social justice voice" for their hall.

67.     These positions complemented the Multicultural Advisor Program and worked to educate residential students who are members of community government on social justice issues.

68.     SJAs receive training for their positions, including sessions were centered on culture and socialization, privilege, oppression, and bystander intervention.  SJAs then work with RAs to plan various programs addressing diversity-related topics at the local, residence hall floor level.

69.     This past year, professional and student staff (including RAs and SJAs) offered approximately 274 programs related to diversity and/or advocacy in order to

foster cultural and open dialogue about factors that would interfere with the creation of an inclusive living-learning environment. Those programs reached approximately 1387 people.

70.     SJAs have proven to be powerful leaders on campus in addressing diversity-related issues. For instance, an RA prepared a Black Lives Matter bulletin board in a residence hall to address misconceptions about the movement, and someone tore it down. When this happened, we included the SJA in our staff response to the incident and sought their input about how best to raise this issue within the residential communities. The SJA in the hall where the incident occurred worked with the RA and community director to talk about how to respond and what conversations the community needed to have. They held a meeting on the floor to talk about the incident with the community and then followed up with all of the individual students who lived on the floor who elected not to attend. We also had additional opportunities for students to gather and talk about the incident and how it impacted them. I was very proud of the team's response.

*Social Justice Experience Trips*

71.     We have offered social justice trips to small, diverse groups of students who are interested in learning about social justice issues together in a group experiential setting.

72.     The first trip involved three parts. Part one was a field trip to the International Civil Rights Museum on February 7, 2015. Part 2 was a presentation day at our Residential Education staff meeting on February 12, 2015. Part 3 was a cohort-

created programming effort on April 22, 2015 called, "What Does Social Justice Mean To You? An Art Gallery and Reception."

73.     Fifteen first-year students took part in the experiential trip to the International Civil Rights Museum in Greensboro. Students participated in a guided tour of the museum. They saw and learned about the permanent exhibition that celebrates the nonviolent sit-in that catalyzed the Civil Rights Movement. The second part of the Social Justice Experience allowed the cohort to share their knowledge and reflections with the Residential Education group. The third part of the Social Justice Experience empowered these students to brainstorm and find a way to bring this information into the first-year communities. This was a way for them to share the knowledge they gained with their peers and to experience what it means to take action and be a change agent in their communities.

74.     As a part of this immersion experience, students completed a reflection journal, provided responses to an effectiveness survey, and presented on their experience to professional staff at a residential education meeting.

75.     After participating in this experience, 100% of respondents reported that they developed relationship(s) with other students participating in this experience and built connections with students from diverse backgrounds.

76.     The second and third trips were to Charleston, South Carolina in Spring 2016 and Fall 2016. As with the Greensboro trip, these experiences were structured in three parts, with the first part involving a tour presenting an in depth look at the racial history of Charleston, the second part involving a presentation to residential education,

and the third part involving one-on-one meetings with staff to process learning and discuss applying the experience to future leadership opportunities.

77.     In Fall 2016, we sent ten students to Trinidad/Tobago for an immersive experience.  Approximately 120 students applied for 10 spots.  We selected an amazing and diverse group of students to participate, including some students who had never been outside of North Carolina.   We have plans for another trip to Trinidad in October 2017.

78.     These trips are interactive, and we help the students interact.  There is a powerful reflective portion of the experience concerning what it means to have privilege, including the privilege of being at Carolina.

## Assessment of Our Efforts and Future Plans

79.     Our programming is intentionally developed to help our students achieve multicultural competencies, as well as various other competencies set forth in the Student Affairs' Excellence in Action plan.  We believe that our DHRE programming has been extremely successful in helping our students to feel comfortable engaging with difference, to hear different perspectives, and to learn and grow more fully from exposure to diversity.

80.     We believe it is extremely important to assess the impact of our efforts in these areas.  Our 2015-20 strategic plan includes a goal to "USE DATA TO INFORM PROGRESS AND MEASURE OVERALL PROGRAMMATIC EFFECTIVENESS INCLUDING STUDENT LEARNING AND SATISFACTION AND SHARE WITH STAKEHOLDERS HOW DATA HAS INFLUENCED OUR DECISION MAKING." (Ex. 1 at 13)

81.     We have an assistant director level position for assessment and strategic planning to help lead our assessment efforts so that we can learn how to be even more effective – among other things, in helping our students realize the educational benefits of diversity.

82.     Our assessment work helps us to answer key questions such as, What are we doing well? What do we need to change?   When we obtain data, we talk about the data, try to understand it, and determine how we can strengthen our efforts.

83.     Improving our student interactions is a particular focus.  We are constantly asking how we can better help our students meet and interact with students with different experiences than their own.

84.     Under our strategic plan in the assessment area, we have worked to "[c]ontinue the cultivation of student feedback to inform our practice and show how it has influenced our decision making inclusive of strategies that share assessment results with students and incorporate students into decisions made around assessment initiatives."  (Ex. 1 at 13)

85.     We have plans in the next few years to "[c]onsider additional tools that may provide benchmarking data on key programs and services."  (Ex. 1 at 13)  We also are developing plans to "[c]ollaborate with the Office of Institutional Research and Assessment to conduct a yearly data analysis that compares housing retention, key performance indicators (GPA, etc.), and other program measures as a function of race, ethnicity, class year, transfer status and gender."  (*Id.*)

86.     Our annual report communicates and discusses our outcomes.  Blattner Decl. Ex. 2 is true and correct copy of our report for 2017.

87.     One assessment effort is the EBI Benchmarking survey, a national survey which many colleges across the country administer to assess satisfaction with the residence hall environment and use for benchmarking.  We participate in the EBI Benchmarking survey annually.

88.     Our assessment efforts also include program-specific assessments.  For instance, Blattner Decl. Exs. 3 and 4 are true and correct copies of reports from 2014-15 and 2013-14 respectively evaluating the Multicultural Advisors Program; Blattner Decl. Ex. 5 is a true and correct copy of the report from the Social Justice Experience trip to Greensboro; Blattner Decl. Exs. 6 and 7 are true and correct copies of the reports from the Social Justice Experience trips to Charleston in Spring 2016 and Fall 2016; and Blattner Decl. Ex. 8 is a true and correct copy of our report on staff training.

89.     In past years, we have gathered information to provide to the University's Diversity and Multicultural Affairs office on diversity issues.  Blattner Decl. Ex. 9 is a true and correct copy of our Diversity Goals Plan Outcome Report for 2014-15.

90.     Our assessment efforts thus far indicate that, overall, we are improving diverse interactions.  The EBI Benchmarking survey, a national survey which many colleges across the country administer to assess satisfaction with the residence hall environment and use for benchmarking, shows that on-campus housing experiences at Carolina have: (1) helped students interact with residents who are different from them; (2) helped students understand other residents by putting themselves in the place of other

residents; and (3) benefitted students from the interactions with residents who are different from them. Blattner Decl. Ex. 10 is a snapshot summary of the relevant survey responses on these issues.

91.     Through our programmatic assessment efforts, we have also seen that some of our particular programs (and the interactions they create) have major effects on improving our students' multicultural competencies, among other skills.

92.     Blattner Decl. Exs. 3 and 4 are evaluations of the Multicultural Advisors Program. They show that students who serve as Multicultural Advisors or participate in the Multicultural Advisors module series develop competency in the areas of self-awareness and cross-cultural perspectives. To demonstrate the development of these competencies, student staff completed a pretest and post-test related to the given module. Students reported growth in four objectives: (1) ability to understand how your identities influence your attitude and behavior; (2) ability to consider more than one perspective; (3) ability to engage with people different from yourself; and (4) ability to openly discuss and address culturally insensitive behaviors.

93.     As yet another example, Blattner Decl. Exs. 5-7 show the impact of the social justice trips. For the first trip, every single participant reported that they developed relationship(s) with other students in this program and built connections with students from diverse backgrounds and students enriched their skills in self-awareness, interpersonal development, civic involvement, and cross-cultural perspectives. (Ex. 5) Of those who participated in the Spring 2016 experience, 100% agreed they were better equipped to build relationships with those from other backgrounds and better equipped to

engage cross-cultural perspectives. (Ex. 6) Pre-tests and post-tests from the Fall 2016 experience demonstrated student gains in areas including using inclusive language and behaviors, engaging with persons with different identities, recognizing how actions impact others, and developing relationships with students from diverse backgrounds. (Ex. 7)

94.     In Blattner Decl. Ex. 8, which is an evaluation of our staff training in 2014-15, students provided data on several areas of learning. In the area of Multicultural Competency/Diversity, 72% felt competent or exceled in this area before training. After training, this figure rose to 97%, an increase of 25%. Students also reported gains in leadership, communication, and programming (including building relationships and implementing inclusive programs). Participants identified communication, fairness, and respect for others, critical thinking, and ethics and integrity as skills that are the most important in being successful in their role. When asked to select the top three skills students developed during training, they selected communication, cross-cultural perspectives, and ethics and integrity.

95.     As we move forward, we are committed to continuing to improve our assessment of our efforts and our important contribution to the campus' realization of the educational benefits of diversity.

## Conclusion

96.     UNC-Chapel Hill's diversity is part of its fabric and is central to everything DHRE does and is seeking to achieve. It is vitally important to our mission for our students to have the opportunity to live – and grow from their interactions – with a

diverse group of fellow students. Our efforts to make the college residential experience meaningful for our students are intentional and they are working. Before arriving at UNC-Chapel Hill, many of our students did not have significant exposure to diversity. Through the Housing and Residential Experience, it is our hope that they will leave UNC-Chapel Hill with new and diverse friendships, a strong desire to become socially-engaged citizens, and a comfort and ease with cross-cultural interactions that will launch them into successful careers and lives in a global world.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _10/18/2017_

_____

Allan Blattner

# Exhibit 1 to Blattner Declaration

*Department of* HOUSING &
RESIDENTIAL EDUCATION

# STRATEGIC
# PLAN
## 2015-2020



# ABOUT THE DEPARTMENT

The Department of Housing and Residential Education (Carolina Housing) provides housing for approximately 10,000 undergraduate, graduate and professional students in 32 residence halls and two apartment communities for both single students and student families. The residence halls vary in age from the historic north campus buildings to new apartment buildings on south campus. The current average assignable capacity is approximately 8,100. The annual operating budget for the department is $59 million, and the department employs 215 full-time employees and 524 part-time employees. Carolina Housing provides housing for approximately 40 percent of the undergraduate population. First year students are required to live on campus.

The First Year Experience (FYE) program launched in 2013 and is one of the signature programs in the department. In addition to FYE, there were nine Residential Learning Programs offered in 2015-2016. All first-year students who choose not to live in a Residential Learning Program are housed in seven residence halls on south campus, two residence halls on north campus, or the public-private partnership community – Granville Towers. The FYE program aims to provide intentional learning experiences that support students in their transition to the University, integrate the academic setting into the residential environment, provide students with knowledge and skills to persist and complete their degree in four years, and provide safe, supportive, and inclusive environments.

The FYE program has laid a solid foundation for the growth and development of first-year students at Carolina. Now, it is important that our scope expand to develop intentional learning experiences for sophomore residential students. DISCOVER [sopho]MORE is a residential sophomore year experience program that will focus on aiding a student's development in the realms of academic commitment, career exploration, personal enrichment and social responsibility. The program is designed to meet these goals by focusing on small and large scale programs that expose students to resources on-campus. The program will be launched in fall 2016 and will be housed in our north and mid-campus residence halls as well as in our undergraduate apartment community. These communities include: Carmichael, Cobb, Connor, Granville, Kenan, Morrison, Olde Campus Lower Quad, Olde Campus Upper Quad, Parker and Ram Village.



Carolina's Residential Learning Programs (RLP) give students a unique, inclusive residential learning experience that connects classroom learning with residence life. Students enjoy all the usual advantages of living on campus in a residence hall, with the added benefit of living among a group that shares academic goals and interests. Through student, faculty and staff partnerships, and educational and cultural programs, active involvement in an RLP allows students to broaden their perspectives and understanding of the world around them. This holistic approach complements classroom experiences and lays the foundation for students to become better prepared to succeed in life beyond college.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 29 of 131

# OUR MISSION

Carolina Housing works to provide convenient housing that is secure, inclusive and supportive. Students create a home in our on-campus communities, build life-long friendships and develop skills for their current and future successes as they journey through their Carolina experience.

# OUR ENVISIONED FUTURE

As the department continues to enact its strategic plan, the residential students of UNC Chapel Hill will have:
- World-class residence hall environments that blend modern features of home with the traditional elements of a historic campus.
- Dynamic administrative systems that balance efficiency and consistency with flexibility and responsiveness to individual needs.
- Consistent access to services and amenities regardless of which hall they choose to live.
- A residential experience created to be the best value and greatest benefit for the cost.
- Phenomenal programs and services that provide:
  - Access to multiple paths to academic excellence and success.
  - Opportunities to develop leadership, interpersonal, intercultural, and other critical life skills.
  - Safe and inclusive communities that create space for the exploration of self and social justice.

# ARTICULATED VALUES

## INCLUSIVE

Provide programs, spaces, and experiences that promote a sense of belonging, adaptability and responsiveness to student needs, an understanding of others different in their interests, backgrounds, cultures, and perspectives, as well as affirm cultural identities in order to develop the potential of every individual in our community.

## SAFETY

Aim to maintain residential facilities and programs that are safe, secure, and healthy, promote physical and emotional well-being, and educate students to live safely and make decisions in line with their values and goals.

## SUPPORTIVE

With care and compassion, place students at the center of our work and engage them in educational activities, roles, and relationships that support success and foster growth.

## QUALITY

Take innovative approaches to balancing our tradition with progressiveness, providing comfortable living and learning environments, and being accountable for the efficient and effective use of resources.

4



# CURRENT STATE

In our current state, occupancy has increased from the 2015-2016 year, long-term facilities Capital Plan and Financial Plans are in development, and Key Performance Indicators of success have been identified. The deferred maintenance backlog continues to grow in an aging physical plant. Adjacent to campus there has been a recent private apartment boom that has impacted on-campus housing retention. It is anticipated that a significant number of new apartment beds will be build in the Chapel Hill community in the coming years. In light of the volume of vacancies and returning student cancellations, it continues to be apparent that north campus residence halls are less attractive options than off-campus. We must look for ways to reinvent these spaces to attract more students. The occupancy rates graphed below illustrate occupancy trends since 2008 for on-campus communities and the combination of on-campus communities and the public-private partnership community Granville Towers.



HOUSING OCCUPANCY COUNTS 2008-2016

ON-CAMPUS COMMUNITIES — ON-CAMPUS COMMUNITIES AND GRANVILLE TOWERS

# BAITY HILL FAMILY AND GRADUATE STUDENT HOUSING

The focus of traditional Family Housing at our Baity Hill property has changed in recent years. What was exclusively housing for students who were married, domestic partners or students with children has changed to include individual graduate student housing where we rent by the bedroom to non-related roommate pairs. This shift has primarily occurred due to the lower demand for traditional Family Housing. The shift to allow individual graduate student roommate pairs affords the department greater flexibility in future years. This strategy has allowed us to remain at full occupancy while serving more students at the same time.

5

Overall grade point averages for students living on campus compared to those living off campus over the last two years point to positive trends for first years, sophomore, and junior students. From the spring of 2013 to the fall of 2015, sophomore and junior students living on campus consistently have higher GPAs then their counterparts off campus.

A comparison of resident versus commuter GPAs by race/ethnicity identifies several trends. Students living on campus who identify as Black, Asian, White, or Other/Unknown have higher GPAs than their commuter counterparts across the 2013-2014 and 2014-2015 academic years.

| | 2013-2014 | | 2014-2015 | |
|---|---|---|---|---|
| | RESIDENT | COMMU | RESIDENT | COMMUTER |
| BLACK (NON- | ⬆2.89 | 2.78 | ⬆2.90 | 2.74 |
| HISPANIC | 3.12 | ⬆3.14 | 3.10 | ⬆3.14 |
| AMERICAN INDIAN/ | ⬆3.02 | 2.97 | 2.80 | ⬆2.98 |
| NATIVE HAWAIIAN/ | 2.80 | ⬆3.35 | ⬆3.35 | 3.11 |
| ASIAN | ⬆3.26 | 3.16 | ⬆3.25 | 3.19 |
| WHITE | ⬆3.30 | 3.27 | ⬆3.30 | 3.27 |
| TWO OR MORE | 3.11 | ⬆3.15 | 3.11 | ⬆3.14 |
| NON-RESIDENT | ●3.34 | ●3.34 | ⬆3.47 | 3.28 |
| OTHER/UNKN | ⬆3.28 | 3.16 | ⬆3.34 | 3.17 |

⬆ REPRESENTS HIGHER ON TWO COMPARATIVE GPAS

Regarding retention rates, students who live on campus return to the institution at higher rates than students who do not live on campus. This has been true each semester since Spring 2013.



PERCENT OF TOTAL RESIDENTS OR COMMUTERS WHO RETURNED TO THE UNIVERSITY THE FOLLOWING SEMESTER

6

# STRATEGIC PLANNING PROCESS

The strategic long-range plan represents a compass that will guide our work over the next five years. In each year of the current plan, the plan will be updated based on experiences, new circumstances, or as new opportunities or challenges emerge. By the year 2020 or earlier, Carolina Housing will draft a new strategic plan based on the evolving environment, education and student needs. To draft the strategic planning framework, Housing and Residential Education staff carried out the steps described below.

## EXTERNAL REVIEW
In preparation for the University's master plan update in the fall of 2016, the Director of the department convened an external review team focused on the best practices based on its knowledge of national trends and effective approaches in the following areas:

- Occupancy Management
- Residential Education including First-Year Experience Programming and Academic Initiatives
- Renovation of Historic and Aging Facilities
- Promoting Equity, Access and Diversity
- Budget and Financial policies

Over two and a half days, the external review team interviewed staff and students, Student Affairs senior leadership, university facilities and financial management leadership, Admissions, and key members of Undergraduate Education, Academic Advising, Honors, and New Student and Carolina Parents staff.

**405**

APPROXIMATELY 405 HOURS WERE SPENT IN DIALOGUE AROUND THE CREATION & IMPLEMENTATION OF STRATEGIC

## STRATEGIC PLANNING DISCUSSIONS
Information and feedback from stakeholders is vital in developing a strategic plan. To meet this need, members of the departmental leadership took a variety of steps to gather the necessary feedback, including:

- Hosting three departmental staff discussion opportunities.
- Hosting three student staff discussion opportunities.
- Hosting a discussion opportunity with student leaders of the Housing Advisory Board/RHA.

## LEADERSHIP TEAM STRATEGIC PLANNING MEETINGS
The departmental leadership team embarked on a process to develop the strategic long-range plan for Carolina Housing. As a part of this process the leadership team took the following steps:

- **Retreat:** In September of 2015, Leadership Team met with one of the external reviewers to engage in a retreat. In this retreat, Leadership Team:
  - Discussed the identity of the department.
  - Discussed the core purpose of Carolina Housing.
  - Identified current and future conditions affecting the department over the next five years.
- **Weekly Meetings:** Leadership Team convened to discuss the strategic planning process, discuss priorities, and provide progress updates. Leadership team has also accomplished the list below:
  - Articulated our envisioned future.
  - Identified outcome-oriented goals and objectives that would cover the next three to five years.
  - Solidified departmental mission.
  - Developed strategies that would move the department toward its envisioned future.
  - Discussed ways in which the strategic plan would affect the work of the department as well as how it would transition into an operational plan.
- Once Leadership Team identified goals and developed strategies that would move Carolina Housing toward our envisioned future, small groups of staff from the different areas encompassed by the department were formed to work towards the accomplishments of articulated outcomes and goals.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 35 of 131

# STRATEGIC PLAN

The Carolina Housing strategic plan, with attention to the Student Success at Carolina (Thrive @ Carolina) initiative and the Student Affairs Strategic Plan, describes a desired vision and the steps necessary to achieve that vision. With the pending release of the institution's strategic plan, efforts will be made to ensure alignment between this strategic plan and the larger institutional plan. Carolina Housing articulates a commitment to the vision through goals, outcomes, and metrics. Goals are outcome-oriented statements expressing the foundation of future success. The goals are not in any order of priority, the accomplishment of each goal is necessary to achieve the envisioned future. Each proceeding goal is accompanied by a set of learning and/or operational outcomes. Outcomes represent key action strategies affecting the department's ability to achieve stated goals and make progress toward the envisioned future. Denoted below each outcome is a metric, or metrics, that serve as an articulated milestone against which to measure progress. A check mark symbolizes completed metrics, and subsequently, their associated outcomes.

## GOAL 1: EMPLOY FLEXIBLE AND EQUITABLE SYSTEMS AND SERVICES WITHIN THE UNIVERSITY FRAMEWORK IN ORDER TO MEET STUDENT AND STAFF NEEDS.

### 2015-2017

- **Outcome:** Situate an Admissions model room central to the campus tour route to create easy access to a residential space viewable by families and prospective students.
  - ✓ **Metric:** In the fall of 2016, an Admissions model room will be established in Alexander residence hall on North Campus.
- **Outcome:** Respond to increasing student demands for single rooms by providing more single rooms, considering implications of increased singles on students and the budget, and determining if additional double rooms should be converted to singles.
  - ✓ **Metric:** Number of single rooms in Olde Campus Upper Quad and Spencer communities have increased by 20% for the 2016-2017 academic year.
- **Outcome:** Standardize all community office key boxes and utilize the StarRez key module to ensure better control of all keys in our system.
  - ✓ **Metric:** Implement new key system in StarRez during the summer of 2016 and standardize key boxes in each community office by the fall of 2016.
- **Outcome:** Standardize all community programming forms and evaluations by utilizing the ERezLife programming module to ensure better accuracy in accounting for the number and type of programs offered.
- **Outcome:** Explore the impact of remaining open for break housing during Thanksgiving/Spring Breaks.
- **Outcome:** Implement new communication database system and protocol for on-call responsibilities in ERezLife to better communicate, track and follow up to issues that occur on-call.

### 2017-2020

- **Outcome:** In collaboration with the campus-wide effort, consider changes to the Mail Services delivery model moving from two package centers and approximately 18 service desks to more centralized service desks and additional package centers.
- **Outcome:** Examine current rate structure for potential changes.

8

# GOAL 2: OFFER HIGH QUALITY FACILITIES THAT BALANCE THE SUSTAINABILITY NEEDS OF RESIDENTIAL BUILDINGS WITH THE EVOLVING DEMANDS OF INNOVATIVE AND WORLD-CLASS STUDENTS.

## 2015-2017

- **Outcome:** Explore opportunities to collaborate with campus partners for the development of Maker Space(s) in the residence halls, as demonstrated in the design example at bottom left.
  - 9 **Metric:** For the 2016-2017 Academic Year, eight students will use five mobile maker carts to provide programs teaching students how to make items ranging from websites and baked goods to clothing, robots, and 3D printed products.
- **Outcome:** Revisit the building usage strategy for 2016 to reflect recent changes.
  - 9 **Metric:** Stacy and Everett were converted to FYE buildings for 2016-2017 which allows Connor residence hall to house only sophomores, juniors, and seniors.
  - 9 **Metric:** Odum Village successfully closed in May 2016.
- **Outcome:** Assess network coverage in the residence halls and work with ITS Networking to relocate access points for optimal coverage.
  - 9 **Metric:** Floor by floor EBI data regarding satisfaction with Internet coverage in the residence halls was used to identify and address building wide as well as floor level issues with coverage.
  - 9 **Metric:** Targeted specific floors, using the EBI data, to identify devices causing wireless interference within the residence halls detected by Access Points.
- **Outcome:** Develop and begin the implementation of a UNC branding campaign in the residence halls.
  - 9 **Metric:** During the Summer of 2016, nine first year residence halls received two dimensional wall graphics depicting campus scenes related to the UNC brand. An example of these graphics is shown at bottom right.
- **Outcome:** Reevaluate current CCI printer distribution in the residence halls and work with ITS Labs to identify additional CCI printer locations.
  - 9 **Metric:** Building by building EBI data regarding satisfaction with CCI printing in the residence halls was collected and informed the discussions and decisions around printer distribution.
  - 9 **Metric:** The number of pages printed per CCI printer location on campus in relation to where students live has been identified and is also informing printer distribution.
- **Outcome:** Reevaluate Network Access Control (NAC) to ensure it is continuing to meet the needs of the residence hall environment and ITS.
  - 9 **Metric:** NAC has been removed.





Lasting
**traditions**

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 38 of 131

- **Outcome:** Continue the implementation of the UNC branding campaign plan in remaining residence halls throughout the Summers of 2017 and 2018.
- **Outcome:** Continue to explore opportunities to collaborate with campus partners for the development of Maker Space(s) in the residence halls, including a permanent Maker Space.
- **Outcome:** Explore opportunities to collaborate with campus partners for the development of NPHC and other Greek Housing in the residence halls.
- **Outcome:** Continue developing a building usage strategy for 2017 and beyond in conjunction with campus partners.
- **Outcome:** Develop a multi-year renovation plan for lounge, bathroom, and kitchen upgrades.

## GOAL 3: PROVIDE QUALITY PROGRAMMATIC OPPORTUNITIES THAT FOSTER A SENSE OF BELONGING, STUDENT SUCCESS AND COMMUNITY ENGAGEMENT.

### 2015-2017

- **Outcome:** Collaborate with Residence Hall Association (RHA) to utilize the Executive Board members as a Housing Advisory Board (HAB).
  - 9 **Metric:** In the Fall of 2015, RHA Executive Board agreed to serve as the HAB. This group serves as a voice for student feedback on ongoing processes and initiatives.
- **Outcome:** Provide educational programs that foster students' ability to engage and value diverse interactions, personal interactions, feel a sense of community, and manage their activities, time, and well-being.
  - 9 **Metric:** On a 7-point scale, students rated their experience, on average, around personal interactions as a 5.19, sense of community (5.83), diverse interactions (4.98) and self-management (4.90).
- **Outcome:** Develop, pilot, launch, and assess a sophomore year experience program that assists students in making academic and social connections to the university.
  - 9 **Metric:** A team of professionals designed a DISCOVER sopho[MORE] experience to be piloted in Fall 2016.
- **Outcome:** Identify and promote high-impact practices that positively influence student retention and success.
  - 9 **Metric:** Currently reviewing programs and submitting information to the Student Affairs Assessment Council for programs to be designated as high-impact.
- **Outcome:** Identify areas of need with our under-represented residence hall students and address those areas of concern in collaboration with strategic partners.
  - 9 **Metric:** Launched a new Special Interest House dedicated to students in recovery.
- **Outcome:** Develop a conflict resolution program for students to focus on resolving interpersonal conflict, learn about conflict style and manage community relationships in the residence halls.
- **Outcome:** Expand the RLPs to include Undergraduate Research.

### 2017-2020

- **Outcome:** Expand the RLPs to include Business and Entrepreneurial programs.
- **Outcome:** Launch the DISCOVER sopho[MORE] program for students to engage in opportunities around Academic Commitment, Career Exploration, Personal Environment, and Social Responsibility.
- **Outcome:** Continue to identify areas of need with our under-represented residence hall students and address those areas of concern in collaboration with strategic partners.

10

# GOAL 4: PROMOTE EQUITY, ACCESS AND DIVERSITY THROUGH THE IMPLEMENTATION OF INITIATIVES THAT FOSTER SAFE, INCLUSIVE AND RESPECTFUL ENVIRONMENTS FOR ALL STUDENTS.

## 2015-2017



- **Outcome:** Continue to identify opportunities to support Men of Color and international students residing in the residence halls.
  - 9 **Metric:** Hosted and assessed a series of Men of Color Gatherings throughout 2015-2016.
  - 9 **Metric:** Hosted a series of international student gatherings.
- **Outcome:** Expand the RLPs to include Pride Place, for LGBTQ students.

## 2017-2020

- **Outcome:** Conduct diligent reviews of policies, procedures, and practices in order to support equitable treatment of students, and foster access to programs and services.
- **Outcome:** Offer professional development and para- professional trainings that foster cultural competence and open dialogue about factors that would interfere with the creation of an inclusive living-learning environment.
- **Outcome:** Continue to recruit and retain staff that represent a broad range of social identities.
- **Outcome:** Continue to identify opportunities to support diverse populations as articulated by campus and community partnerships, emergent trends, student feedback, and data.





## GOAL 5: INVEST IN THE PROFESSIONAL AND PERSONAL DEVELOPMENT OF ALL STAFF TO MAINTAIN THE QUALITY OF SERVICES WE OFFER AND ENHANCE THE OVERALL STUDENT EXPERIENCE IN THE RESIDENCE HALLS.

### 2015-2017

- **Outcome:** Review the Community Manager student staff position. Decide whether to maintain, modify, eliminate, or replace the CM position with an option more in line with student needs.
  - 9 **Metric:** The combination of a student RAM/CM combined position will be piloted in 2016-2017.
- **Outcome:** Explore and consider revising Community Director involvement in summer conference housing operations.
  - 9 **Metric:** The involvement of Community Directors in summer conference operations has been limited to Orientation and Summer School operations.
- **Outcome:** Provide ongoing opportunities for staff to provide feedback on the climate and culture of Carolina Housing.
  - 9 **Metric:** In March of 2016, staff provided feedback via the Staff Engagement survey.
- **Outcome:** Continue to foster a culture of recognition.
- **Outcome:** Continue to explore strategies for enhancing communication across the department.
  - 9 **Metric:** Presentations from monthly meetings are posted on the shared drive.
  - 9 **Metric:** Supervisors commit to hosting consistent staff meetings and/or one on ones.
- **Outcome:** Offer professional development and para-professional training opportunities.



95%

NUMBER OF RESPONDENTS TO THE STAFF ENGAGEMENT SURVEY WHO SAY THEY ENJOY WORKING

### 2017-2020

**Outcome:** Provide ongoing training and professional development opportunities for staff.

# GOAL 6: USE DATA TO INFORM PROGRESS AND MEASURE OVERALL PROGRAMMATIC EFFECTIVENESS INCLUDING STUDENT LEARNING AND SATISFACTION AND SHARE WITH STAKEHOLDERS HOW DATA HAS INFLUENCED OUR DECISION MAKING.

## 2015-2017

- **Outcome:** Continue the cultivation of student feedback to inform our practice and show how it has influenced our decision making inclusive of strategies that share assessment results with students and incorporate students into decisions made around assessment initiatives.
  - **Metric:** In November 2015 Carolina Housing launched the first Educational Benchmarking Inc. (EBI, now Skyfactor) survey since 2008.
  - **Metric:** Four Tar Heels Talk Back notifications were distributed through the website and digital bulletin boards informing students of both specific data points and how staff responded to those data points to improve the student experience. An example is shown below.
  - **Metric:** Posters were created that communicated open-ended and quantitative responses collected from the survey. These posters were distributed throughout the residence halls and admin offices.
  - **Metric:** Presentations around EBI data were given at student staff training, Housing Advisory Board, and National Residence Hall Honorary meetings.
  - **Metric:** A "brag" poster was printed and distributed throughout the residence halls which highlighted changes made based on student feedback.

## 2017-2020

- **Outcome:** Consider additional tools that may provide benchmarking data on key programs and services.
- **Outcome:** Collaborate with the Office of Institutional Research and Assessment to conduct a yearly data analysis that compares housing retention, key performance indicators (GPA, etc.), and other program measures as a function of race, ethnicity, class year, transfer status and gender.



13

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 42 of 131

# FUTURE DIRECTIONS

With an established plan in place, a yearly publication will be released in multiple venues that will articulate the department's annual progress towards the outlined goals through accomplished outcomes and articulated metrics. Progress towards our future will be measured through a combination of annual assessments, key performance indicators, departmental and committee dialogues, and narratives supplied by our stakeholders. The strategic planning process will position Carolina Housing staff to drive conversations, not only within Student Affairs, but across The University of North Carolina at Chapel Hill with regard to the Campus Master Plan, faculty and staff collaborative educational efforts, and shaping the journey of the Carolina student through their campus and housing experiences.

## 2015 KEY PERFORMANCE INDICATORS



BUDGET

TECHNOLOGY SUPPORT TICKETS
2,80

$59,000,000

1 REVENUE STREAMS (RENT

SUMMER CONFERENCES

PACKAGES DELIVERED

8,10 0

TOTAL OCCUPANCY

DEFERRED MAINTENANCE FOR KPIs

$64,000,000

FACILITIES WORK REQUESTS

CONDUCT & CARE REPORTS
1,40

513 STUDENT EMPLOYEES

## 2015-2016 HIGHLIGHTS AND ACCOMPLISHMENTS

Each year, the Carolina Housing team works collectively to provide a number of high-quality services and learning experiences. Some of our proudest accomplishments for the 2015-2016 year are captured below:

- 1,409 care and conduct touch points with students (care reports and student conduct meetings, not including appeals)
- 138,951 packages delivered through two package centers in Morrison and Spencer residence halls
- 513 student employees including RAs, RAMs, CMs, OAs and RCCs
- When viewing available data from the Spring of 2013 to the Fall of 2015, residents who live on campus are retained at higher rates than those who live off campus/commute.
- Completed 6,914 Proactive Technology Support Checklists

- Hosted 56 diversity programs
- Launched a pilot for the Men of Color initiative
- Wrote and launched the Housing and Residential Education Strategic Plan for 2015-2020
- Developed a curriculum for the Discover sohpo[MORE] Experience
- 38 unique students invited 22 unique faculty members out to eat using the MWH program
- Hosted 3 Scholars-in-Residence
- Students expressed that Residential Learning Programs foster community involvement, diverse interactions, self-awareness, critical thinking, interpersonal relationships, and integrated learning.
- Launched the EBI resident assessment for the first time since 2008 with sense of community, student staff, community environment, facilities services, safety & security, roommates, hall/apartment environment, and overall satisfaction identified as strengths

14



SPENCER ALDERMAN
KEN
AN
MCIVE
R
FRANKLIN
STREET

GRAHAM
MANLY
STACY
AYCOCK
EVERETT
OLD
EAST CAMERON
D
AVENUE
GRIMES
LE
COUNTR
CUBR OD
Y L A
OLD
EA
WIS
COBB
ST
MANGUM
WEST
RUFFIN
JOYNER

ALEXANDER

SOUTH
COLUMBIA
STREET
CONNOR

WINSTON

SOUT
H
ROAD

CARMICHAEL
STADIU
M DRIVE
TEAGUE

PARK

RIDG
E
ER
ROAD

AVE

RY



# RESIDE NCE HALLS OF UNC

housing.unc.edu

Department of Housing & Residential Education
University of North Carolina at Chapel Hill
450 Ridge Road, CB #5500, Chapel Hill, NC





MORRISON
EHRINGHAUS

HARDIN
KOUR
CRAIGE NORTH
PAUL
MANNIN
HARDIN
Y
SW
P
G DRIVE
DRIVE
R
P
B
E
R
OW
CRAIGE
HORTON

RAM VILLAGE
L
E S DRIVE
HINT
ON



JAMES

RAM VILLAGE

BAITY HILL

MASON
FARM RD

carolina
HOUSING

# Exhibit 2 to Blattner Declaration

# STRATEGIC UPDATES 2017

## carolina
## HOUSING
*Department of Housing & Residential Education*

PUBLISHED SUMMER 2017



## OUR MISSION

Carolina Housing works to provide convenient housing that is secure, inclusive and supportive. Students create a home in our on-campus communities, build life-long friendships and develop skills for their current and future successes as they journey through their Carolina experience.

## OUR ENVISIONED FUTURE

As the department continues to enact its strategic plan, the residential students of UNC Chapel Hill will have:
- ► World-class residence hall environments that blend modern features of home with the traditional elements of a historic campus.
- ► Dynamic administrative systems that balance efficiency and consistency with flexibility and responsiveness to individual needs.
- ► Consistent access to services and amenities regardless of which hall they choose to live.
- ► A residential experience created to be the best value and greatest benefit for the cost.
- ► Phenomenal programs and services that provide:
  - ■ Access to multiple paths to academic excellence and success.
  - ■ Opportunities to develop leadership, interpersonal, intercultural, and other critical life skills.
  - ■ Safe and inclusive communities that create space for the exploration of self and social justice.

2



## ARTICULATED VALUES

### INCLUSIVE

Provide programs, spaces, and experiences that promote a sense of belonging, adaptability and responsiveness to student needs, an understanding of others different in their interests, backgrounds, cultures, and perspectives, as well as affirm cultural identities in order to develop the potential of every individual in our community.

### SAFETY

Aim to maintain residential facilities and programs that are safe, secure, and healthy, promote physical and emotional well-being, and educate students to live safely and make decisions in line with their values and goals.

### SUPPORTIVE

With care and compassion, place students at the center of our work and engage them in educational activities, roles, and relationships that support success and foster growth.

### QUALITY

Take innovative approaches to balancing our tradition with progressiveness, providing comfortable living and learning environments, and being accountable for the efficient and effective use of resources.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 51 of 131

provides housing for
approximately

## 10,000

undergraduate,
graduate and
professional students
in

## 32

residence halls and

## 2

apartment
communities for single
students and student
families.

The current average
assignable capacity is
approximately

## 8,100

The annual operating
budget is

## $59 MILLION

The department has

## 215

full-time employees
and

## 524

part-time employees.

Carolina Housing
provides housing for
approximately

## 40%

of the undergraduate
population, with
first-year students
required to live on
campus.

4

# ABOUT THE DEPARTMENT

## LEARNING

Residential Education staff cultivate co-curricular environments for students and student staff to thrive. Several signature programs exist to serve students such as the First Year Experience, Cultural Immersion Experience, Men of Color, Discover More, Residential Learning Programs, Social Justice Advocates, and Residence Hall Association. Through these programs and more, student develop skills to help them be successful at and after Carolina such as communication, cross-cultural perspectives, civic involvement, fairness and respect for others, interpersonal development and self-awareness.

## OPERATIONS

Carolina Housing staff continue to explore opportunities to make our operations flexible, adaptable, and efficient for students and staff. The assignments process is regularly evaluated to best serve the diverse needs of the multitude of students applying for housing. A long-term map of building usage, developed in conjunction with the campus master plan and inclusive of diverse student populations, residential programming, and summer conference operations, provides perspective on how our buildings could be utilized in the short and long-term.



## FACILITIES

The average build year for the on campus residence halls is 1946. With aging residences halls comes increased costs in deferred maintenance and a growing divide between the needs of 21st century world-class students and the current residential facilities. Carolina Housing aims to bridge this divide by offering high quality facilities that balance sustainability needs with student demands for innovative educational and social spaces. Bridging this divide has led to new collaborations across campus and increased communication with students about the design of their residential spaces.

## ASSESSMENT

Through assessment efforts, the Carolina Housing team is able to invest in sustainable and desirable facilities solutions for short-term and long-term needs of students and staff. Operations are made more effective and efficient while incorporating student feedback into processes, policies, and procedures such as the housing assignments process. Assessment is used to continually explore the experience of diverse students in the residence halls to promote equity and access and foster safe and inclusive environments. Using minute papers, surveys, rubrics, and retrospective pre and posttest, the Carolina Housing staff can articulate our contributions to student learning in the co-curricular environment and share this learning with students, parents, and other stakeholders.



## 2016-2017 HIGHLIGHTS AND ACCOMPLISHMENTS

Each year, the Carolina Housing team works collectively to provide a number of high-quality services and learning experiences. Listed below are some of our proudest accomplishments for the year.

▶ *In an effort to employ flexible and equitable systems and services to meet student and staff needs, Carolina Housing has:*
- Situated an Admissions model room on North Campus.
- Provided more single bedrooms.
- Standardized community key boxes.
- Standardized community programming and duty reporting forms.
- Remained open for Thanksgiving and Spring Breaks.

▶ *To offer high quality facilities that balance the sustainability needs of residence halls with the evolving needs of students:*
- Housing launched the development of a Maker Space.
- Improved network coverage.
- Removed the Network Access Control.
- Installed branding in common spaces.
- Increased the number of CCI printers.
- Used student feedback to reimagine study and social spaces in the halls.

▶ Housing also launched the Discover [sophomo]re program serving upper class students in the halls.

▶ Housing has led, or collaborated to lead, a number of initiatives that promote equity, access, and diversity and foster safe, inclusive, and respectful environments for all students. An example is the Cultural Immersion Experience that allowed eight students and two staff to immerse themselves in Trinidad for four days. Engaging in conversation with the Vice Principal of the University of the West Indies (UWI), talking to students from UWI, and attending Diwali fostered the development of student competencies such as local and global citizenship.

▶ Throughout the year, Carolina Housing worked collaboratively with Brailsford & Dunlavey, Ayers, Saint, Gross and the Campus Master Planning group to envision how the future of Carolina Housing aligns with and supports the Campus Master Plan vision.

## 2016-2017 KEY PERFORMANCE INDICATORS

| | |
|---|---|
| **2,325** REACTIVE TECHNOLOGY SUPPORT TICKETS | **135,725** PACKAGES DELIVERED |
| **95%** AVERAGE OCCUPANCY RATE / PROACTIVE TECHNOLOGY SUPPORT TICKETS **6,932** | P-CARD TRANSACTIONS **1,564** / **968** PAYMENT REQUESTS |

STUDENT STAFF & COMMUNITY GOVERNMENT PROGRAMS **4,206**

**4.9/5** CUSTOMER SERVICE INDEX

DOCUMENTED INCIDENTS **1,071**

FACILITIES WORK REQUEST SATISFACTION **98.9%**

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 53 of 131

# STRATEGIC PLAN

The Carolina Housing strategic plan, with attention to the Student Success at Carolina (Thrive @ Carolina) initiative and the Student Affairs Strategic Plan, describes a desired vision and the steps necessary to achieve that vision.

With the release of the Blueprint to Next, efforts will continue to be made to ensure alignment between this strategic plan and the larger institutional plan. Carolina Housing articulates a commitment to the vision through goals, outcomes, and metrics.

Goals are outcome-oriented statements expressing the foundation of future success. The goals are not in any order of priority, the accomplishment of each goal is necessary to achieve the envisioned future. Each proceeding goal is accompanied by a set of learning and/or operational outcomes. Outcomes that are not yet completed are labeled as outcomes. Outcomes that have been completed are denoted with an arrow and an explanation of how the outcome was achieved.

 NOTEWORTHY COMPLETED OUTCOME     COMPLETED OUTCOME     OUTCOME NOT COMPLETED



6

# GOAL 1: EMPLOY FLEXIBLE AND EQUITABLE SYSTEMS AND SERVICES WITHIN THE UNIVERSITY FRAMEWORK IN ORDER TO MEET STUDENT AND STAFF NEEDS.

## 2015-2017



In the fall of 2016, an Admissions model room was established in Alexander residence hall on North Campus, central to the campus tour route to create easy access to a residential space viewable by families and prospective students. Admissions estimates approximately 10,000 parents and prospective students have visited the Alexander model room since opening.

► The increased the demand for single rooms was met by increasing the number of single spaces in Olde Campus Upper Quad and Spencer residence halls by 20% for the 2016-2017 academic year. Over the years, the number of waitlisted students beyond what we have met in terms of singles has increased from 391 in 2014-2015 to 417 in 2017-2018.

☐ **Outcome:** Continue to consider the implications of increased singles on students and the budget, and determining if additional double rooms should be converted to singles.



Implementing a new key system in the summer of 2016 using StarRez allowed staff to standardize all community office key boxes and ensured better control of all keys in the system. In 2014-2015, staff reversed 12% of key related charged compared to 9% reversed in 2016-2017.

► By implementing the ERezLife programming model, all community programming forms and evaluations were standardized allowing staff to account for the vast number and type of programs offered. Staff hosted thousands of programs across the First Year Experience and the Discover More program.



The impact of remaining open for break housing was that 175 residents signed up for Thanksgiving Break and 215 residents signed up for Spring Break. The decision to open for break housing appears to be successful and will continue in the future.

► Implementing a new communication database system and protocol for on-call responsibilities in ERezLife allowed staff to better communicate, track and follow up to issues that occur on-call. Staff submitted 1,425 incident reports that were easily categorized and filed for further follow up.

## 2017-2020

☐ **Outcome:** In collaboration with the campus-wide effort, a team of staff considered changing the Mail Services delivery model from two package centers and approximately 18 service desks to more centralized service desks and additional package centers. Due to costs, dissenting feedback from Housing Advisory Board and student perceptions of a decrease in service, the decision was to maintain the current service model.

☐ **Outcome:** Update the Deferred Maintenance schedule and Capital Improvement projects to align with the Campus Master Plan model presented by B&D with ESG.

☐ **Outcome:** Examine current rate structure for potential changes.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 55 of 131



## GOAL 2: OFFER HIGH QUALITY FACILITIES THAT BALANCE THE SUSTAINABILITY NEEDS OF RESIDENTIAL BUILDINGS WITH THE EVOLVING DEMANDS OF INNOVATIVE AND WORLD-CLASS STUDENTS.

### 2015-2017

► For the 2016-2017 academic year, eight students used five mobile maker carts to provide 19 programs. Of these programs, six focused on 3D printing, five on backing, three each on robotics, sewing and web design.

► As a part of the updated building usage strategy, Stacy and Everett were converted to FYE buildings for 2016-2017. Aycock, Graham, and Lewis become FYE buildings in 2017-2018. With this change, a portion of Hardin and Craige North transition to housing for sophomores, juniors, and seniors.

 Network coverage in the residence halls was assessed using Skyfactor Resident Assessment data regarding satisfaction with Internet coverage broken down by building and floor to identify and address building-wide and floor-level issues with coverage. ResNET and ITS Networking staff worked to relocate access points for optimal coverage. This data was also used to target specific floors and identify devices causing wireless interference within the residence halls detected by Access Points.



 As a part of the UNC residence hall branding campaign, 29 out of 39 individual halls will be branded by the end of summer 2017, including Connor and Kenan communities as well as Old East and Old West.

► The current CCI printer distribution in the residence halls was reevaluated using building by building Resident Assessment data regarding satisfaction with CCI printing. This data informed the discussions and decisions around printer distributions allowing ResNET and ITS Labs to collaborate and identify additional CCI printer locations. In 2016-2017, 10 new printers were added across campus for a total of 28 printers, one in each residence hall.

Network Access Control (NAC) was reevaluated to ensure it is continuing to meet the needs of the residence hall environment and ITS. At its implementation several years ago, NAC helped to ensure a more secure network environment. With advances in technology and security standards on devices, the benefits of NAC no longer outweighed the additional setup requirements. NAC has been removed.

8

☐ **Outcome:** Continue the implementation of the UNC branding campaign plan in remaining residence halls throughout the fall of 2017.

▶ Collaborated with the Be A Maker (BeAM) initiative and the Kenan Flagler Business School to develop the Blue Sky Innovation Community Residential Learning Program, a permanent Maker Space in Carmichael residence hall.

☐ **Outcome:** Explore opportunities to collaborate with campus partners for the development of NPHC and other Greek Housing in the residence halls.

☐ **Outcome:** Continue developing a building usage strategy for 2017 and beyond in conjunction with campus partners.

☐ **Outcome:** Develop a multi-year renovation plan for lounge, bathroom, and kitchen upgrades.

This year, a multi-phase project was launched to renovate and repurpose common lounges to better meet student needs. On the 2015-2016 Resident Assessment, 17% of responding students said adding more study space was a priority. Another 13% said there was a need for more lounges and common spaces. This data was analyzed by building and community. As a follow up in 2016-2017, students provided feedback on how space in each individual community could be maximized in one of different 12 focus groups. Students provided input on lounge furniture and design features.

Students commented that they wanted comfortable and flexible furniture that could be moved easily to make the space adaptable to their needs. Comments included:

- *"Comfortable but traditional style furniture"*
- *"Flip top tables on casters would add flexibility to small lounges"*
- *"Furniture should be on casters for flexibility"*
- *"Whiteboards would be great, especially stacking ones that could be rolled out of the way"*

In response to student feedback and data from the Resident Assessment and the student focus groups, lounges are being redesigned and repurposed for each of the communities, including $2,392,000 in furniture purchases that meet students' needs for flexibility, adaptability, and access to electricity. Pictured below are the mock ups for the Mangum Basement TV Lounge (1) & Multi-Purpose Room (2) as well as the realization of one of the lounges (3).





9

# GOAL 3: PROVIDE QUALITY PROGRAMMATIC OPPORTUNITIES THAT FOSTER A SENSE OF BELONGING, STUDENT SUCCESS AND COMMUNITY ENGAGEMENT.

## 2015-2017

▶ In the Fall of 2015, RHA Executive Board agreed to serve as the Housing Advisory Board. This group serves as a voice for student feedback on ongoing processes and initiatives.

▶ In 2016-2017, staff provided a number of educational programs to foster students' ability to engage and value diverse interactions, personal interactions, feel a sense of community, and manage their activities, time, and well-being. *The graphic at right represents students' average rating of their experience in each of these areas on a 7-point scale for the last two years as collected through the Resident Assessment.*

### RESIDENT ASSESSMENT DATA



Based on a 7-point scale



| Personal Interactions | Sense of Community |
| 5.21  5.19 | 5.87  5.83 |
| Diverse Interactions | Self-management |
| 4.97  4.98 | 4.90  4.90 |

Overall grade point averages for students living on campus compared to those living off campus over the last two years point to positive trends for first years, sophomore, and junior students. From the spring of 2013 to the spring of 2016, sophomore and junior students living on campus consistently have higher GPAs then their counterparts off campus. Students who live on campus return to the institution at higher rates than students who do not live on campus.

> 66 *After visiting Trinidad and seeing first-hand the respectful blending of cultures, I have a new found hope for accomplishing the same respectful and open mindset in America… My privilege in society gives me a louder voice than those who have less privilege than I.* 99
>
> **Student's response to the Cultural Immersion Experience trip to Trinidad**



The Cultural Immersion Program implemented during the 2016-2017 year focused on facilitating diverse interactions, self-awareness, student engagement, and personal interactions. As part of the FYE program, Carolina Housing embarked on one of our largest collaborations to date with a four day, fully funded, trip to Trinidad with eight first-year students and two staff. This trip was offered at no cost to students due to funding from the UNC Parent Grant, UNC Global and Carolina Housing. A pretest and posttest as well as journals evaluated with a rubric were used to measure the impact of the program on student participants. Students showed significant growth in every area.

10

► Students involved in Residential Learning Programs develop skills that help them build interpersonal relationships, engage in the community, and work towards their academic and personal success. In addition, students living in RLPs are significantly more likely report higher satisfaction with their ability to meet other people than students not living in RLPs.

*The graphic at right represents students' average rating of their experience in the designated areas on a 6-point scale.*



**COMPETENCY BEFORE AND AFTER PARTICIPATING IN RLPS**

After  Before

Based on a 6-point scale



Civic Engagements — 4.40  4.14

Self Awareness & Cross-cultural Perspectives — 4.95  4.84

Academic & Personal Success — 4.06  3.73

Interpersonal Relationships — 4.49  4.18

► First year students report below the benchmark of 5.5 on the Resident Assessment survey in meeting other people, building relationships, and feeling a sense of belonging. In the Community Immersion one on one conversations with students and student staff, students share that they are involved at Carolina and are aware of resources for their personal and academic success. Given the lower ratings on the areas described above, staff are examining the connection between student involvement in the halls and their sense of belonging at UNC.


A team of professionals designed a Discover [sopho]More experience piloted in Fall 2016 to assists students in making academic and social connections to the university. Efforts to effectively launch and assess this program are ongoing. Student responses to the Resident Assessment Survey from 2015-2016 compared to 2016-2017 show that sophomores, juniors, and seniors reported an increase in their overall learning. Sophomores and seniors showed an increase in their overall satisfaction and juniors and seniors showed an increase in their sense of belonging.

► To date, three high-impact practices have been established and additional programs will be submitted for high-impact designation in the coming year: Social Justice Advocates, Resident Advisor Student Staff Position and Residence Hall Association and Community Government.
► In 2016-2017, a Special Interest House dedicated to students in recovery was launched in collaboration with strategic partners to address an area of need identified for our under-represented residence hall students. Using Resident Assessment data, additional needs were communicated by students identifying as African American and students identifying as Transgender. In response to these needs, staff formed two working groups to further identify how to meet student needs and work collaboratively with campus partners to implement developed action items.
☐ **Outcome:** Develop a conflict resolution program for students to focus on resolving interpersonal conflict, learn about conflict style and manage community relationships in the residence halls.

Residential Learning Programs have been expanded from 2015-2017 to include Pride Place, First Generation College Students, the Blue Sky Innovation Community and the Global Scholars Program.

## 2017-2020

☐ **Outcome:** Expand the RLPs to include Business and Entrepreneurial programs.
☐ **Outcome:** Launch the Discover More program for students to engage in opportunities around Academic Commitment, Career Exploration, Personal Environment, and Social Responsibility.
☐ **Outcome:** Continue to identify areas of need with our under-represented residence hall students and address those areas of concern in collaboration with strategic partners.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 59 of 131

# GOAL 4: PROMOTE EQUITY, ACCESS AND DIVERSITY THROUGH THE IMPLEMENTATION OF INITIATIVES THAT FOSTER SAFE, INCLUSIVE AND RESPECTFUL ENVIRONMENTS FOR ALL STUDENTS.

## 2015-2017



▶ From 2015-2016, eight programs were hosted to support Men of Color and six programs to support international students residing in the residence halls. From 2016-2017, eight programs were hosted to support Men of Color and 14 programs to support international students residing in the residence halls. The Global RA program launched in 2015 and has served as a tool for supporting international students.
▶ Pride Place launched in the fall of 2016.

## 2017-2020

☐ **Outcome:** Continue to conduct diligent reviews of policies, procedures, and practices in order to support equitable treatment of students, and foster access to programs and services.
▶ Two approaches were taken to conduct diligent reviews of policies, procedures, and practices in order to support equitable treatment of students, and foster access to programs and services. The first approach to this effort was to examine any GPA differences across populations living in the residence halls. A comparison of resident versus non-resident GPAs by race/ethnicity identifies several trends. Students living on campus who identify as Black, Asian or White have consistently higher GPAs than their off-campus counterparts. A second approach examined Resident Assessment data by class year, gender, race, and sexual orientation.

> ▶ This year, professional and student staff offered approximately 274 programs related to diversity and/or advocacy in order to foster cultural competence and open dialogue about factors that would interfere with the creation of an inclusive living-learning environment. These programs reached approximately 1,387 people.

☐ **Outcome:** Continue to recruit and retain staff that represent a broad range of social identities.
☐ **Outcome:** Continue to conduct diligent reviews of policies, procedures, and practices in order to support equitable treatment of students, and foster access to programs and services.

**200** Staff facilitated approximately 200 programs around diversity initiatives in 2016. In order to improve these outcomes, each community will host one diversity-themed program a month and a minute paper will evaluate the outcomes.

> ▶ Using Resident Assessment data, differences in student responses to seven core outcomes were analyzed across race, gender, and class year. There was a significant difference across racial groups for feelings of acceptance and overall satisfaction. A task force formed to identify action items in response to this data. Focus groups and interviews were hosted to hear more from students identifying as students of color. Several students talked about building their network by chance or through friends. There are a number of programs, services, and resources available to students and the feedback indicates that students still have to build their own in-roads. To expedite this process for African American students, signature programs such as the Men of Color Initiative, First Year Fridays, Womyn of Worth, and Spark will be announced through digital signs as well as at the FYE first floor meeting.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 60 of 131

## GOAL 5: INVEST IN THE PROFESSIONAL AND PERSONAL DEVELOPMENT OF ALL STAFF TO MAINTAIN THE QUALITY OF SERVICES WE OFFER AND ENHANCE THE OVERALL STUDENT EXPERIENCE IN THE RESIDENCE HALLS.

### 2015-2017

► A team of staff reviewed the Community Manager student staff position in order to decide whether to maintain, modify, eliminate, or replace the CM position with an option more in line with student needs. After piloting a student RAM/CM combined position in 2016-2017, the decision was made to maintain the current structure.

► The involvement of Community Directors in summer conference operations has been limited to Orientation and Summer School operations.

► To provide ongoing opportunities for staff to provide feedback on the climate and culture of Carolina Housing, a Staff Engagement survey was launched in March 2016.

► Several steps were taken to continue to foster a culture of recognition. A form was created for staff to provide comments recognizing each other for their work. These comments were showcased at each monthly staff meeting. Several recognition events were hosted throughout the year. Examples of these events include the Joe Van Gough painting party, It's Fall Ya'll luncheon, March Madness ACC tournament party, the Comfort Food cook off, It's All About the Music End of Year Celebration, Watch Parties and the Summer BBQ held for staff later in the summer. In addition, breakfast items (coffee, bagels, yogurt) are now offered at DHRE meetings as a thank you to the staff.

► Several strategies have been employed to enhance communication across the department. Presentations from monthly meetings are posted on the shared drive. Supervisors are committed to hosting consistent staff meetings and/or one on ones with team members. Monthly announcements are provided around strategic planning initiatives and as series of Strategic Updates emails, photos, and videos will be shared to help staff see how their work contributes to the attainment of our departmental vision and goals.

► Approximately 416 professional development and para-professional training opportunities were offered in 2016-2017.

### 2017-2020

☐ **Outcome:** Provide ongoing training and professional development opportunities for staff.



13

# GOAL 6: USE DATA TO INFORM PROGRESS AND MEASURE OVERALL PROGRAMMATIC EFFECTIVENESS INCLUDING STUDENT LEARNING AND SATISFACTION AND SHARE WITH STAKEHOLDERS HOW DATA HAS INFLUENCED OUR DECISION MAKING.

## 2015-2017

▶ Multiple opportunities exist to cultivate student feedback to inform our practice and show how it has influenced our decision making, including the Resident Assessment in 2015 and 2016, a series of Tar Heels Talk Back digital signs and a poster showcasing student responses. Data collected from the Resident Assessment, retrospective pre and posttest, minute papers, postcards, focus groups and rubrics show that living on campus helps students live and learn.



▶ First-year students self-report, through EBI, that they respect others in their environment (6.36) and reported below the benchmark on interacting with others different from themselves (5.18) and engaging in cross cultural perspectives (4.83).

**86%** This percentage of students (180 out of 209) accurately listed and located one campus resource for their success. Fifty-eight percent (58%) of First Years say they study with peers in residence halls daily or weekly.

▶ Using data from EBI, Community Immersion Logs, postcards, and Institutional Research, it is clear that first year students are aware of academic resources. Students study together in the halls, feel strongly about their academic success in the fall, but experience a drop in their GPA in the spring. In response, the FYE team is investigating programming, in addition to the Long Night Against Procrastination and Safetoberfest, that can bring academic support resources to students where they live.

▶ In the Discover [sopho]MORE program, 10 communities hosted 65 community wide programs. Attendance varied from 8 to 273 students. Community-wide programs were the most successful programming type. Next year, each community will host a community-wide event focused on each of the four goals and two community-wide community immersion events to help students meet other people.

 Data collected around GPAs, large and small-scale programs, the Resident Assessment, and focus groups have allowed us to work collaboratively with Brailsford & Dunlevy consultants to represent the needs of residential students to the Campus Master Planning Steering Committee to better align our efforts with the campus-wide efforts.

## 2017-2020

☐ **Outcome:** Consider additional tools that may provide benchmarking data on key programs and services.
☐ **Outcome:** Collaborate with the Office of Institutional Research and Assessment to conduct a yearly data analysis that compares housing retention, key performance indicators (GPA, etc.), and other program measures as a function of race, ethnicity, class year, transfer status and gender.

14

# FUTURE DIRECTIONS

The continued unfolding of this strategic plan will bring Carolina Housing ever closer to the realization of our envisioned future and align our departmental efforts with the University's Campus Master Plan and strategic framework "Blueprint to Next."

Living on campus has always afforded residential students countless opportunities for connection, growth and support.  As Carolina Housing continues to help students Thrive @ Carolina and support the development of 21st Century skills in alignment with Carolina Excellence in Action, our programs will continue to change and evolve.  Current considerations include strengthening our Discover More programming for upper-class residents, facilitating opportunities for students to live together by academic major/interests, and expanding our partnerships with Innovate Carolina, the Maker Movement, UNC Global, Arts Everywhere, and others to connect the residential experience with these pan-University learning opportunities.

Many of the current building configurations do not meet the demands of the residential population, deferred maintenance continues to grow, and South Campus continues to hold a variety of opportunities to better serve residents. Creative solutions to these challenges may include renovating the high-rises to include more super-suites for upper division students, continuing to strengthen First Year Neighborhoods, adjusting the class year composition of various buildings (including Granville Towers) to retain more sophomore students on campus, and repurposing residential buildings to better serve students and the larger campus community.





carolina HOUSING

Department of Housing & Residential Education

# RESIDENCE HALLS OF UNC

## *housing.unc.edu*

Department of Housing & Residential Education
University of North Carolina at Chapel Hill
450 Ridge Road, CB #5500, Chapel Hill, NC 27599-5500
919.962.5401
Email: *housing@unc.edu*

**Exhibit 3 to Blattner Declaration**

## Introduction

The Multicultural Advisor (MA) Program is grounded in the multicultural competence framework that allows student staff to gain the awareness, knowledge, and skills necessary to work effectively across cultures. The program allows for understanding of social identity groups experiences, histories, and practices. Components of the program aim to Increase understanding of one's own identity through critical reflection of attitudes, beliefs, worldviews, and values as they pertain to understanding and appreciation of differences. This program intends to increase ability to openly discuss cultural differences and confront culturally insensitive behavior.

During the 2014-2015 academic year, the Department of Housing & Residential Education (DHRE) implemented the Multicultural Advisor (MA) Program for the third consecutive year. The purpose of this program is to

- create an environment that enables DHRE student leaders to dialogue around topics related to diversity, multiculturalism and social justice;
- to increase awareness and knowledge of diverse identities and how they influence interactions with others;
- to promote inclusive communities through positive interaction;
- and increase resources available for staff on topics relating to diversity, multiculturalism and social justice.

Multicultural Advisors (MAs) are Resident Assistants (RAs) who work with Community Directors (CDs) to co-facilitate monthly staff development modules or sessions around multicultural topics.

This program serves to further the department's commitment to fostering an inclusive housing environment, student self-awareness, and development. The MA program connects to the Student Affairs Strategic Plan Theme 1.3.1 of providing educational opportunities to develop multicultural competency (Diversity Goal 3) and Theme 1.5.2 of creating opportunities for students to discuss core values, beliefs, and personal identity development (Diversity Goal 4). The *Excellence in Action* competencies this program maps to fall under the elements of Personal Responsibility and Community Engagement. Students who serve as MAs or participate in the MA module series develop competency in the areas of Self-Awareness and Cross-Cultural Perspectives. To demonstrate the development of these competencies, student staff completed a pretest and posttest related to the given module. In addition to the pre and posttest, multiple modules incorporated direct measures of student learning. The information obtained from these assessments allowed us to demonstrate student learning, make necessary programmatic improvements, and evaluate the effectiveness and impact of the MA program on our student leaders.

## Meeting the Program Goals

The first four questions on each pre and posttests asked student staff participants to rank their development toward each of the four goals. Students articulated their responses using a four-point scale of beginner (1), developing (2), competent (3), and advanced (4). The responses to these questions were summarized by calculating a mean for "before MA module" and "after MA module" responses. The four goals for the MA program state that after participating in the Multicultural Advisor Modules, student staff will be able to

- understand how their identities influence their attitude and behavior,
- consider more than one perspective,
- engage with people different from oneself, and
- openly discuss and address culturally insensitive behaviors.

The first approach of analysis was to determine if each of the modules contributed to students' growth towards the four goals. For each of the four goals, a mean was developed by averaging the

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 66 of 131

before and after responses. The results listed in the chart below indicate that each module contributed to the growth of students around the four goals. Students' self-reported average growth does not fluctuate substantially from module to module.

## Module Specific Impact on Student Self-Reported Learning



The second approach of analysis was to determine if students articulated growth around each of the four goals. Participants reported the most growth (37%) in their ability to openly discuss and address culturally insensitive behaviors after participating in the MA series. The ability to understand how their identities influence their attitude and behavior was the second most developed area, according to student responses, with a 27% increase. Students reported a 21% increase in their ability to engage with people different from themselves and a 16% increase in their ability to consider more than one perspective. The graph below illustrates the growth reported by students before and after the modules. According to this data, the Multicultural Advisor Modules are accomplishing their four overarching goals.

## Achievement of the Four Overarching Goals



Because students participating in the MA modules responded to these same four overarching questions in 2013-2014, it is possible to create the trend analysis highlighted in the chart below. Findings indicate that overall, there is a drop in the level of goal achievement in these four areas. Approximately 50% of student staff return to the position for a second, third, or fourth year. This is the third year of implementation for this program and these results may be indicating a certain sense of saturation in content. Even though the data indicated a drop, the data also indicated goal achievement in each of the four areas.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 67 of 131



**Comparison of the Achievement of the Four Overarching Goals**

A Deeper Look: Module Specific Learning

      The remaining questions on each of the pre and posttests related to the content of the specific module.  These questions were written as direct measures of the module content and hosted a variety a question types including short answer response, check all that apply, and multiple choice.  For the remainder of the majority of this report, each page will capture the purpose of the module, the learning outcomes associated with each module, data related to the outcomes, if the outcomes were met, and actionable items related to each module and the overall program.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 68 of 131

Power and Privilege

      During this session, participants engaged in dialogue and activities to define privilege, discuss how individuals can recognize dominant and subordinate identities, and discuss how systems of power and privilege affect everyday life. This module aims to help participants gain a better understanding of how to promote inclusivity and social justice among people of all identities. The module included an activity where students defined privilege and explored varying forms of privilege. Further, they explored varying types of oppression and discussed how to take their learning back to the halls.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Participants will recognize systems of power & privilege | Students identified components of privilege both before and after participating in the module. On the pretest, 66% of students correctly identified all of the components of privilege compared to the posttest where 89% of students accurately identified privilege. | No |
| Participants will be able to identify their own dominant and subordinate identities | Students were given a scenario and asked to identify which identity groups were marginalized. On average, more students (5% more) correctly identified the marginalized identities represented in the scenario on the posttest than the pretest. In the same scenario, participants selected which forms of oppression were present. On the pretest, 94% of respondents indicated individual oppression and 82% selected cultural oppression. On the posttest, 97% of participants selected individual oppression and 87% identified cultural oppression. | No |
| Participants will be able to engage in conversations about social justice | There was no evidence to support this outcome. | No |
| Participants will learn intervention strategies that pertain to the residence hall | When asked, "What is one thing you can do to work against systems of oppression?" student open-ended comments coded into five major themes represented in the graph below. | Yes |





What is one thing you can do to work against systems of oppression?

*Student comment on working against systems of oppression: "Create an inclusive environment and set an example by speaking, not being silent."*

| Feedback | Response | Responsible | Deadline |
|---|---|---|---|
| There is a disconnect between the learning outcomes and module content. | Revisit the module and outcomes to better articulate student learning and connect module content. Change the m & m activity to a bead activity to provide a visual representation of privilege. | Justin | Fall 2015 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 69 of 131

Cultural Competence

This module encouraged students to identify their own cultural lenses and begin to understand the cultural perspectives of others. While progressing through this module, students read an article and participated in a guided activity and discussion that allowed them to articulate how their cultural views influence their understanding and interpretation of unfamiliar situations or contexts. In another activity, students distinguished between deep and surface level cultural elements by placing these elements on an iceberg symbolizing culture. A total of 12 (out of 18) staffs submitted their completed iceberg theory of culture activity and not every staff placed every term. Below is an illustrative representation of where the terms should be located and the percentage of staff who accurately placed them.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Participants will identify visible and non-visible elements of culture. | The iceberg theory of culture activity served as a direct measure of student performance in this area. On average, staffs placed 69% of terms correctly as deep and surface level cultural elements. | Yes |
| Participants will describe, interpret, and evaluate cultural differences. | In the context of the module, students completed this outcome. | Yes |
| Participants will articulate how their cultural lenses influence their interactions as student leaders. | In the context of the module, students completed this outcome. | Yes |
| Participants will articulate one step they can take to becoming more culturally competent. | There is no evidence to indicate this outcome was met. | No |



Music (83%) Food (82%)
Gestures (82%)

Notions of Modesty (67%)
Religious Rituals (64%)

Religious Beliefs (89%)
Concepts of Beauty (60%), Fairness (80%), Cheating (91%), Self (92%), Leadership (64%)
Nature of Friendships (70%)

Facial Expressions (92%)
Styles of Dress (92%)
Paintings (75%)
Literature (75%)    Holiday Customs (73%)
Eating Habits (67%)
Concepts of Personal Space (45%)

Child Raising Beliefs (64%)
Importance of Time (18%)
Values (82%)      General World View (64%)
Work Ethic (33%)   Social Etiquette (18%)
Understanding of the Natural World (80%)

| Feedback | Response | Responsible | Deadline |
|---|---|---|---|
| The last outcome was not met. | Ask students to identify one step they could take to become more culturally competent, write these down on butcher block and collect/analyze. Give this back to the staffs to keep in the community/office as a reminder throughout the year. | Justin | Fall 2015 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 70 of 131

Mental Health

This module examined facts surrounding various mental health trends nationally and at Carolina. After progressing through this module, student staff designed a social norming campaign by creating posters. The purpose of this activity was to create a positive message through a visual medium (posters) that served to debunk myths, stereotypes, and stigmas surrounding mental health; connect students to resources, on and off campus; and share benefits of help seeking behavior. Each building submitted one or more posters for a total of 30 submissions. Each poster was reviewed and compared to the criteria established for the activity in a document analysis.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Students will be able to identify current mental health trends at Carolina. | This learning outcome was met within the context of the module. | Yes |
| Students will be able to identify common myths surrounding mental health. | Of the posters submitted, 80% debunked a myth around mental health, addressed stereotypes or combated a stigma around mental health. | Yes |
| Students will know available mental health resources. | Of the posters submitted, 77% provided resources around mental health. | Yes |
| Students will be able to demonstrate knowledge of the benefits of help seeking behaviors | Of the posters submitted, 3% identified the benefits of help seeking behavior. | No |

*The Mental Health Module creates space for student staff to dialogue around myths and stereotypes associated with mental illness while simultaneously creating an educational poster campaign to debunk myths, combat stereotypes, and provide resources for our students.*



| | Feedback | Response | Person Responsible | Deadline |
|---|---|---|---|
| One poster identified the benefits of help seeking behavior indicating an area of growth for this module. | Clarify expectations around creating the poster. Look at the activities and be intentional about discussing the benefits of help-seeking behavior. Target: 50% of posters cover this material. | Justin | Fall 2015 |
| Make sure to follow through with having the posters printed and distributed across residence halls. | This can inspire staff and have a trickledown effect on students and their knowledge around mental health. | Justin | Potentially ready for Fall 2015 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 71 of 131

Body Image

    During this session, the participants engaged in activities and dialogue around body image. The module allowed participants to reflect on their personal body image, identify influences of body image, discuss symptoms of positive and negative body image, discuss available body image and nutrition resources, and create a program outline designed to promote positive body image.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Participants will be able to reflect on personal body image | Within the context of the module, students reflected individually on personal body image. In addition, on the pre and posttest, students identified the correct definition of body image. On the pretest, 44% of students did so correctly compared to 69% on the posttest. | Yes |
| Participants will identify influences on body image | Within the context of the module, students completed a *Defining Body Image* worksheet where that discussed influences on body image. | Yes |
| Participants will discuss symptoms of positive body image and negative body image | In the posttest, 63% (compared to 59% on the pretest) of participants correctly identified that the scenario offered described a person with positive body image. | Yes |
| Participants will discuss available body image and nutrition resources | Each participant received a list of campus and community resources for students to use. | Yes |
| Participants will create a program outline designed to promote positive body image and an awareness of resources | Each staff developed a campaign to foster positive body image across campus as a part of the Fostering Positive Body Image Campaign with Campus Recreation. The programming list generated 14 active programs and 13 passive programs (27 total). Some examples of what the staff's created included: "I love my self-ie", "Mirror-less Monday", cooking demonstrations, and fitness classes. | Yes |



*Each staff developed a campaign to foster positive body image across campus as a part of the Fostering Positive Body Image Campaign with Campus Recreation. The programming list generated 14 active programs and 13 passive programs (27 total). Some examples of what the staff's created included: "I love my self-ie", "Mirror-less Monday", cooking demonstrations, and fitness classes.*

| Feedback | Response | Person Responsible | Deadline |
|---|---|---|---|
| No feedback or action items at this time. | | | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 72 of 131

Exploring Sexuality

Through participating in this module, students explored their own identities and addressed assumptions or preconceptions related to various sexual identities represented throughout the Carolina community. Activities and discussions included defining relevant terms and language, working through case study scenarios, and attempting to engage in discussion without the utilization of pronouns.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Participants will gain an awareness of appropriate terminology when discussing sexual identity topics | On average, each staff accurately matched terms to definitions for 16 out of 20 (80%) terms related to sexual identity. Staffs struggled the most with accurately defining the terms gender, gender identity, sexual identity, and sexual orientation. In addition to these terms, terms of Gay, Gender Expression, Homosexual, Queer, Transgender, and Transsexual also challenged some staffs. | Yes |
| Participants will explore their gender identity and contextualize their understanding of gender within a social environment | Through the Case Studies, students were able to contextualize their understanding of gender identity within the context of their residence hall communities | Yes |
| Participants will discuss the intersections of their various identities | | No |

In the pre/posttest assessment, participants identified how they would respond to the following scenario. Marcie and Patty are first-year students who were randomly assigned to live together. On the third day after move in, Marcie knocks on your door and appears to be very upset. Marcie is demanding that Patty switch rooms because Marcie just found out that Patty is a lesbian and it makes Marcie uncomfortable.



How would you respond to a roommate uncomfortable living with someone who identified as part of the LGBTQ community?

| Feedback | Response | Person Responsible | Deadline |
|---|---|---|---|
| The second and third learning outcomes were not completely met | Tweak the outcomes/activities so they are better aligned. A scenario could give an example of intersectionality. | Kyle/Justin | Fall 2015 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 73 of 131

Module: Veterans

This module allows participants to explore challenges that student veterans and military families face in the University environment. The activities and discussions in the module help student leaders identify these challenges, develop an awareness of resources related to these challenges, and determine ways to create an inclusive and welcoming environment for our veteran population attending UNC.

| Learning Outcomes | Findings | Met |
|---|---|---|
| Obtain knowledge about student veterans and hot topics/issues facing student veterans | On average, more students were able to identify specific challenges facing veterans on the posttest (96%) than on the pretest (91%). This data is highlights in the graph below. | Yes |
| Participants will have an awareness of student veteran resources and ways to approach student veterans in need of assistance. | The majority of student identified academic advising (96%), Carolina Veterans Organization (89%), Dean of Students Office (88%), Kenan-Flagler Military Veterans Club (73%), Student Learning Center (74%), and the Veterans Military Advocacy Student Organization (83%) as resources on the posttest. Student Government was the least identified resource at 39% on the posttest. | Yes |
| Determine ways to create a welcoming environment for student veterans | Participants responded to a prompt around this topic with six key themes. Being aware of veteran needs, creating inclusive environments, creating welcoming environment and being a welcoming presence, offering passive and active programming, providing veterans with resources, and normalizing the veteran experience ("treat veterans like everyone else") were the key themes. | Yes |



Which of the following are issues, challenges, or hot topics student veterans may face?





What is one way you can create an inclusive environment for student veterans?



| Feedback | Response | Person Responsible | Deadline |
|---|---|---|---|
| More structured activities may enhance student learning. | Work with campus partners around veterans to identify activities. | Justin | Fall 2015 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 74 of 131

**Program Feedback & Ideas for Change**

After reviewing data related to the programs overarching goals, trends from last year, and module-specific learning outcomes, the leaders of the program discussed several positive changes that could maintain the work of the program and/or enhance the program. These suggestions and ideas are outlined in the chart below.

| Suggestion | Action Item | Timeline & Person Responsible |
|---|---|---|
| Shift the program from a focus on individual identities to larger topics such as intersectionality, notions of justice in today's society, etc. | | |
| Work with the modules to be more flexible and responsive to current events (building off of topics often discussed at MCC meetings) | | |
| Align modules within a broader diversity context (e.g. Exploring Sexuality in October) | | |
| Create a module on intersectionality that addresses incidents of bias, gives staff the tools to address incidents (6 steps activity from EDUC 318), and covers bystander intervention. | | |
| After the individual module has been completed, follow up with staffs prior to the next module and ask, "What next steps did you take after the last module?" (e.g. After the body image module, my entire staff participated in Embody Carolina.) | | |
| Explore opportunities to incorporate more students into the learning experience (e.g. SJA with RHA). | | |
| Consider developing modules that allow for engagement and discussion. | | |
| Consider questions such as: How does content weave together month after month? How do we engage students in reflection on the pre/post? How are staff using this knowledge in the residence halls? | | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 75 of 131

Conclusion

The Multicultural Advisor Program aims to create an environment that enables student leaders to dialogue around topics related to diversity; to increase awareness and knowledge of diverse identities and how they influence interactions with others; to promote inclusive communities; and to increase resources available for staff on topics relating to diversity.  In addition, students develop a greater sense of self-awareness and gain competency in cross-cultural perspectives as they progress through the modules. Students develop a breadth and depth of knowledge, awareness, and skills after participating in the Multicultural Advisor Program.

Students gained a better understanding of how their identities influence their attitudes and behavior through activities facilitated in the Cultural Competence, Power and Privilege, Exploring Sexuality, and Body Image modules. Participants grew in their ability to consider more than one perspective by engaging in the discussion and activities in the Cultural Competence, Power and Privilege, Mental Health, and Exploring Sexuality modules. The skill of being able to engage with people different from oneself was facilitated through module content related to topics of Cultural Competence, Student Veterans, and Exploring Sexuality. Students engaged in the modules demonstrated growth in their ability to openly discuss and address culturally insensitive behaviors through the Exploring Sexuality and Power and Privilege modules.

Key questions to consider during the growth and evolution of this program are, How does content weave together month after month? How do we engage students in reflection on the pre/post or just in general? How are staff using this knowledge in the residence halls? Some student staff may be more reactive than proactive with the material. In other words, when staff face a difficult body image situation, they may lean more heavily on this knowledge than proactively engaging residents in a programming opportunity around body image. Learning more about how staff engage with the content outside the context of the module could be a potential next step for exploring the impact of this program.

Overall, data provided by students participating in the modules supports that students developed skills in their ability to consider more than one perspective, engage with people different from themselves, and openly address and discuss openly insensitive behaviors.  The assessments conducted this year demonstrate the successful accomplishment of both student learning outcomes and the programmatic goals. The Multicultural Advisor Program through the Department of Housing and Residential Education provides our student leaders with self-awareness and cross-cultural perspectives as well as teaches them to create an inclusive community conducive to our guiding philosophy of Community Immersion.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 76 of 131

**Exhibit 4 to Blattner Declaration**

# 2013-2014 Multicultural Advisor Report

## Introduction

During the 2012-2013 academic year, the Department of Housing & Residential Education launched the Multicultural Advisor (MA) Program.  The purpose of this program is to create an environment that enables DHRE student leaders to dialogue around topics related to diversity, multiculturalism and social justice; to increase awareness and knowledge of diverse identities and how they influence interactions with others; to promote inclusive communities through positive interaction; and increase resources available for staff on topics relating to diversity, multiculturalism and social justice.  Multicultural Advisors (MAs) are Resident Assistants (RAs) who work with Community Directors (CDs) to co-facilitate monthly staff development modules or sessions around multicultural topics.

This program serves to further the department's commitment to fostering an inclusive housing environment, student self-awareness and development.  The MA program connects to the Student Affairs Strategic Plan Theme 1.3.1 of providing educational opportunities to develop multicultural competency (Diversity Goal 3) and Theme 1.5.2 of creating opportunities for students to discuss core values, beliefs, and personal identity development (Diversity Goal 4).  The *Excellence in Action* competencies this program maps to fall under the elements of Personal Responsibility and Community Engagement.  Students who serve as MAs or participate in the MA module series develop competency in the areas of Self-awareness and Cross-Cultural Perspectives.  To demonstrate the development of these competencies, student staff completed a pretest and posttest related to the given module.  The information gleaned from these assessments allows us to demonstrate student learning, make necessary programmatic improvements, and evaluate the effectiveness and impact of the MA program on our student leaders.

## Methodology

The MA educational modules are designed to facilitate the development of both overarching outcomes for the entire program and learning outcomes related to each individual module.  Each module hosts between seven and nine learning outcomes.  In order to identify if students achieved these learning outcomes, a pretest and posttest (PPT) assessment tool was designed for each module.  Each time students participated in a module, they reflected on their learning and growth through completing the PPT.  A total of ten instruments were launched for the corresponding six modules.  Each instrument collected a different number of PPT responses outlined in the table below.

| Module | Pretest (n) | Posttest (n) |
|---|---|---|
| Power & Privilege | 226 | 226 (same tool) |
| Socio-economic Status | 226 | 175 |
| Gender Binary | 207 | 168 |
| Ability | 165 | 165 (same tool) |
| First Generation College Student | 172 | 100 |
| Mental Health | 152 | 106 |

The first four questions on each PPT asked student staff participants to rank their development toward each of the four overarching learning outcomes.  Students articulated their responses using a four point scale of beginner (1), developing (2), competent (3), and advanced (4).  To provide parameters for the respondents, beginner was defined as, "I have limited or no skill in this area" and advanced was defined as, "I can demonstrate or give examples of how I use this ability in my leadership role."  These questions helped to identify areas of self-reported (an indirect measure) competency development for students who participated in the MA program.  The responses to questions under each overarching learning outcomes were summarized by calculating a mean.  Means were calculated for "before MA

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 78 of 131

module" and "after MA module" responses. From these means, a percentage difference was calculated to identify student self-reported growth in the four areas.

The remaining questions on each of the PPTs related to the content of the specific module. These questions were written as direct measures of the module content. The PPTs hosted a variety a question types including short answer response, check all that apply, and multiple choice. Pretest responses compared to posttest responses helped to identify changes in student responses (or an increase in the accuracy of student responses) before and after participating in the MA module. For PPT with short answer responses, the team used the module content to identify how students should have responded, created a coding scheme with definitions, and coded the open-ended comments around the scheme.

### Overarching Outcomes Findings

The four overarching outcomes for the MA program state that as a result of participating in the Multicultural Advisor Modules, student staff will be able to

- understand how their identities influence their attitude and behavior,
- consider more than one perspective,
- engage with people different from oneself, and
- openly discuss and address culturally insensitive behaviors.

To learn about student staff development towards each of these outcomes, each module pre and posttest asked participants to rank their growth on a four point scale. Student staff responses to these four areas were analyzed in multiple ways.

The first approach of analysis was to determine if each of the modules contributed to students' growth in the four overarching outcomes. For each of the four outcomes, a mean was developed by averaging the before and after responses. The mean encompassed all four outcomes before and after an individual module. The results listed in the table indicate that each module contributed to the growth of students around the four overarching learning outcomes.

| Before/After Means Per Module | Before | After | Difference |
|---|---|---|---|
| Power & Privilege | 2.93 | 3.98 | 36% |
| Ability | 3.08 | 3.45 | 12% |
| SES | 3.26 | 3.60 | 11% |
| Gender Identity | 3.20 | 3.49 | 9% |
| First Generation College Student | 3.30 | 3.52 | 7% |
| Mental Health | 3.32 | 3.59 | 8% |

The module around Power and Privilege is the first module in the series and students reported an average growth of 36% across all four outcomes as a result of participating in this module. After the first module, there is a drop in the reported growth from 36% to 12% then 11%. The decline gradually decreases with the First Generation College Student module showing an average growth of 7%. Although students report that each module contributes to their growth, the data indicates that the first three modules (Power and Privilege, Ability, and Socio-Economic Status) have the most impact on students' growth with each subsequent module having less of an impact. This concept is illustrated in the graph below.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 79 of 131



After looking at the individual impact of each module on the overarching outcomes, the next level of analysis examined the aggregated impact of all the modules on each of the overarching outcomes. This was done by averaging the impact of all of the modules before and after each modules for each overarching learning outcome. Up to this point, the outcomes have been examined in the aggregate. Now, they will be examined individually. The table below illustrates the aggregated growth before each module and after each module for each of the overarching learning outcomes.

| Learning Outcomes | Before | After | Difference |
|---|---|---|---|
| Ability to understand how your identities influence your attitude and behavior | 3.14 | 3.55 | 41% |
| Ability to consider more than one perspective | 3.37 | 3.68 | 31% |
| Ability to engage with people different from yourself | 3.31 | 3.62 | 31% |
| Ability to openly discuss and address culturally insensitive behaviors | 3.00 | 3.56 | 56% |

Through the PPT, students reported growth in each of the four overarching outcomes by as much as 56%. Participants reported the most growth (56%) in their ability to openly discuss and address culturally insensitive behaviors as a result of participating in the MA series. The ability to understand how their identities influence their attitude and behavior was the second most developed area according to student responses with a 41% increase. Students reported a 31% increase in both their ability to consider more than one perspective and their ability to engage with people different from themselves. The graph below illustrates the growth reported by students before and after the modules

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 80 of 131



In conclusion, according to student self-reported data, the Multicultural Advisor Modules are accomplishing their four overarching outcomes.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 81 of 131

**Exhibit 5 to Blattner Declaration**

**PROGRAM OVERVIEW:**

For spring 2015, the First Year Experience Curriculum included the creation of an on-going learning experience for first-year students around the topic of social justice, the FYE Social Justice Experience, which occurred in three parts. Fifteen first-year students participated in the first part of this experiential trip to the International Civil Rights Museum in Greensboro, NC. Students received a guided tour of the museum, which serves as an archive of information surrounding civil and human rights. They also visited the permanent exhibition that celebrates the nonviolent sit-in that catalyzed the Civil Rights Movement. The second part of the Social Justice Experience allowed the cohort to share their knowledge and reflections with the Residential Education group. The third part of the Social Justice Experience empowered students to find a way to share this information with their first-year communities. This, in effect, was a way for them to put what they learned into action in the community with their peers. This also allowed them to experience what it means to take action and be a change agent in their communities.

**PROGRAM OUTCOMES AND EXCELLENCE IN ACTION:**

The four outcomes of the program connect to four of the Student Affairs *Excellence in Action* (EIA) Competencies and two of the Elements. The four competencies this program aimed to develop in student participants were Interpersonal Development, Civic Involvement, Self-Awareness, and Cross-Cultural Perspectives. Collectively, these four competencies fall under the Elements of Personal Responsibility and Community Engagement. The chart below maps how each outcome relates to EIA, the depth of learning established as a benchmark, and the assessment used to measure student learning throughout the experience.

| Outcome | EIA Elements & Competencies | Depth | Assessment |
|---|---|---|---|
| During and after engaging in the FYE Social Justice Experience, student participants will initiate relationships with other students and/or staff from diverse backgrounds. | Interpersonal Development | This learning opportunity aims to cultivate a beginner level of competency. | Observation Effectiveness survey |
| After engaging in the FYE Social Justice Experience, student participants will accurately describe 3-5 facts or ideas about the Civil Rights Movement covered by the museum tour. | Civic Involvement Self-Awareness | This learning opportunity aims to cultivate a beginner level of competency. | Journal reflection Presentation (rubrics) |
| After engaging in the FYE Social Justice Experience, student participants will reflect on how the content in the museum connects to their own personal identities. | Cross-Cultural Perspectives | This learning opportunity aims to cultivate a beginner level of competency. | Journal reflection Presentation (rubrics) |
| After engaging in the FYE Social Justice Experience, student participants will articulate how the experience influenced their views on social justice and diversity. | Cross-Cultural Perspectives Self-Awareness Civic Involvement | This learning opportunity aims to cultivate a beginner level of competency. | Presentation rubric Effectiveness survey |

**PROGRAM ASSESSMENT:**

As a part of this immersion experience, students completed a reflection journal, provided responses to an effectiveness survey, responded to a minute paper, and presented on their experience to professional staff at a residential education meeting. Professionals evaluated the journals and presentations with a rubric using a five-point scale with the levels of beginning (1), transition (2),

developing (3), transition (4), and competent (5). For the journal reflections, students addressed three to five ideas that were challenged or confirmed by the experience and drew connections between museum content and their personal identities and life experiences. In their presentations, students addressed three to five ideas challenged or confirmed by the experience, reflected on how their attitudes and beliefs may be different from others, and connected knowledge gained from the trip to their own experience and understanding of social justice. The effectiveness survey allowed students to provide feedback on their overall experience and continue to reflect on how their views changed because of participating in the experience. The minute paper asked students to rate their satisfaction with the experience and again, provided the opportunity to reflect on how participating in this trip influenced their view on issues of social justice and diversity.

**FINDINGS:**

Student Presentations

- Four students, out of fifteen, volunteered to give presentations.
- Through presentations, students demonstrated their ability to articulate three to five ideas challenged or confirmed by their experience. On a five-point rubric, participants averaged a score of 2.42.
- Participants successfully articulated a connection between content from the museum to their own attitudes and beliefs, averaging a score of 2.33.
- Presenters displayed the development of their ability to articulate how the experience influenced their views on social justice with an average score of 3.00.
- The graph below represents the level at which presenters, on average, achieved three of the outcomes linked to the Social Justice Experience.



Effectiveness Survey

- Eight out of fifteen student participants responded to the Effectiveness Survey. Of the students who provided feedback, 100% reported that they developed relationship(s) with other students participating in this experience and built connections with students from diverse backgrounds.
- In addition, 75% of respondents shared that they built connections with a Student Affairs or Housing and Residential Education staff member and that they maintained relationships they formed with other participants from the experience.
- When asked to explain how participating in this trip influenced their view on issues of social justice and diversity, student comments validated that the experience expanded their views on social justice and diversity work. Comments represented one dominant theme centered on

Case 1:14-cv-00954-LCB-JLW Document 157-10 Filed 01/18/19 Page 84 of 131

understanding historical events, shaping change, and the influence of young people on history. The three excerpts from comments below illustrate this overarching theme.

- o *"Although I was well-aware of racial issues in America, the trip helped me realize how close to home the entirety of the Civil Rights Movement was - thereby highlighting the potential we have at UNC to instigate major social change as well."*

- o *"It also helped me see other people'ls thoughts on our world, which is very important to my own understanding because I can compare my view points with theirs."*

- o *"This trip broadened my view on issues of social justice and diversity by making me more aware on past issues. By seeing how far my ancestors came and how much they influenced my quality of life, I want to do more to continue their work."*

- This information supports the achievement of two of the established outcomes and the development of four of the competencies.

Journal Prompts
- Seven out of fifteen students provided journal reflections.
- Through journal reflections, students demonstrated their ability to articulate three to five ideas challenged or confirmed by their experience. On a five-point rubric, participants averaged a score of 2.29.
- The journal reflections prompted students to reflect on their personal identity (ies) and experiences. The reflections illustrated the participants' ability to articulate their own identity (1.86) and to recognize multiple aspects of identity (1.71).
- Participants successfully articulated a connection between content from the museum to their own attitudes and beliefs, averaging a score of 2.71.
- The graph below represents the level at which students who provided journals, on average, achieved each of the four outcomes linked to the Social Justice Experience.



FYE: Social Justice Experience Student Journal Reflections

Minute Papers
- Five of the fifteen students who participated in the experience responded to the minute papers distributed at the final program. Of these five, 100% report being very satisfied with the First Year Experience Social Justice Experience.
- Students offered making the event larger, adding more publicity, and adding more events as ways the experience could improve.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 85 of 131

CONCLUSIONS:

The outcomes of the program state that this experience aims to expose students to ideas around social justice and diversity in order to begin the process of student skill development around areas of self-awareness, cross-cultural perspectives, interpersonal development, and civic involvement. Findings from the journal prompt responses, the presentations, the minute papers, and the effectiveness survey confirm that the First Year Experience Social Justice Experience offered students the opportunity to:

- initiate relationships with other students and/or staff from diverse backgrounds;
- describe 3-5 facts or ideas about the Civil Rights Movement covered by the tour;
- reflect on how the content in the museum connected to their own personal identities; and
- articulate how the experience influenced their views on social justice and diversity.

For each of the program outcomes, the Social Justice Experience accomplished or exceeded the target established of simply exposing students, at a beginner level (1.00), to concepts of diversity and social justice, and encouraged students to develop (3.00) around these areas. Achieving the established outcomes indicates that students enriched their skills in self-awareness, interpersonal development, civic involvement, and cross-cultural perspectives.

ACTION ITEMS RELATED TO THE FYE SOCIAL JUSTICE EXPERIENCE:

After reviewing the data, the professional staff leading this initiative outlined future action items and suggestions for improving the program in the 2015-2016 academic year.

| Feedback | Response | Person Responsible | Deadline |
|---|---|---|---|
| Program leaders would like to see higher response and participation rates from the participants. | ☐ To collect 100% journal response rates for the next experience, leaders will bring supplies (printed copies, clipboards, and pens) for students to engage in the moment. <br> ☐ Incentivize student participation in the presentations <br> ☐ Increase the number of students who presented from 4 to 8. <br> ☐ Increase the students who follow through with the program and provided a program to their peers from 5 to 8. | | |
| The timeline for implementing the pilot was truncated due to conflicting spring events. | ☐ Solidify the timeline and planning for the program in the Fall (checking for possible conflicting dates – i.e. Rejuvenation day) and launch the program in the Spring | | |
| How do we engage students in an experience where they can talk about how their learning transfers to other/future steps? | ☐ Consider hosting an "after event" or one on ones with students to help them translate their experience into transferable skills for future goals and endeavors (related to the competencies developed). | | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 86 of 131

| Share the data | ☐ Use the information obtained from students to talk about student learning at the Student Affairs Poster Presentation<br>☐ Consider publishing in the *Talking Stick* or the *SEAHO Report* | | |
|---|---|---|---|
| Long-term ideas: | ☐ Create a poster to hang in the Union during Orientation that highlights "what students gained in this experience" and connecting the content to EIA<br>☐ Build an Alumni data base, using returners for mentors in the following years, inviting them to presentations, inviting them to programs<br>☐ Include information from this experience on the FYE website, and provide follow up comments over the years | | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 87 of 131

# Exhibit 6 to Blattner Declaration

## THE FIRST-YEAR SOCIAL JUSTICE EXPERIENCE

**PROGRAM OVERVIEW:**

The First Year Experience Curriculum includes the creation of an on-going learning experience for students around the topic of social justice name the FYE Social Justice Experience, which occurs in three parts. In the spring of 2016, seven first-year students participated in the first part of this experiential trip to Charleston, South Carolina. Students received a half-day guided tour, title the Gullah Tour. This tour gives an in-depth look at the racial history of Charleston including the Gullah people which is a culture that has persisted since black slaves were brought to that area. The students were then able to journal using premade prompts to help them process what they had experienced and how it relates to their identities and experience so far at UNC Chapel Hill. Since it was an overnight trip, the students were able to develop relationships with each other as well as further dialogue about the tour. The next day of the trip featured a tour of the Charleston Aquarium to further inspire and educate the students. The second part of the Social Justice Experience gave an opportunity for students to volunteer a presentation to our Residential Education group to share with us their experience on the trip. Thirdly, the students were invited to complete one-on-one meetings with staff leaders for the trip to continue to process what they had learned, but to also find ways to articulate their experience in their application to new leadership positions and opportunities in the future.

**PROGRAM OUTCOMES AND EXCELLENCE IN ACTION:**

The four outcomes of the program connect to four of the Student Affairs *Excellence in Action* (EIA) Competencies and two of the Elements. The four competencies this program aimed to develop in student participants were Interpersonal Development, Civic Involvement, Self-Awareness, and Cross-Cultural Perspectives. Collectively, these four competencies fall under the Elements of Personal Responsibility and Community Engagement. The chart below maps how each outcome relates to EIA, the depth of learning established as a benchmark, and the assessment used to measure student learning throughout the experience.

| Outcome | EIA Elements & Competencies | Assessment |
|---|---|---|
| During and after engaging in the FYE Social Justice Experience, student participants will begin to initiate relationships with other students and/or staff from diverse backgrounds. | Interpersonal Development | Effectiveness survey |
| After engaging in the FYE Social Justice Experience, student participants will accurately describe 3-5 facts or ideas about the Civil Rights Movement covered by the tour. | Civic Involvement Self-Awareness | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to reflect on how the content of the trip connects to their own personal identities. | Cross-Cultural Perspectives | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to articulate how the experience influenced their views on social justice and diversity. | Cross-Cultural Perspectives Self-Awareness Civic Involvement | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to articulate the knowledge skills and awareness gained from participating in the trip. | Self-Awareness | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 89 of 131

PROGRAM ASSESSMENT:

As a part of this immersion experience, students completed a reflection journal, provided responses to an effectiveness survey, and engaged in one on one conversations with trip leaders. Professionals evaluated the journals with a rubric using a five-point scale with the levels of beginning (1), transition (2), developing (3), transition (4), and competent (5). For the journal reflections, students addressed three to five ideas that were challenged or confirmed by the experience and drew connections between museum content and their personal identities and life experiences. The effectiveness survey allowed students to provide feedback on their overall satisfaction, respond to questions around the designated learning outcomes, and provide feedback for improving the experience. During one on one conversations, trip advisors focused on coaching students to articulate how they grew by engaging in this experience (what knowledge, awareness, or skills students gained as a result of participating)? How can students connect this experience to their future endeavors? How can students articulate what they gained to potential employers or graduate schools, in essays, on resumes? In addition, to these assessment opportunities, students were offered the chance to present on their experience to the Residential Education team of Assistant Directors, Coordinators, and Community Directors. Although formal feedback was not collected during presentations, this was an important opportunity for students to articulate what they gained from participating in the experience.

FINDINGS:

Journal Prompts

All seven students provided journal reflections. Through journal reflections, students demonstrated their ability to articulate three to five ideas challenged or confirmed by their experience. On a five-point rubric, participants averaged a score of 2.14. The journal reflections prompted students to reflect on their personal identity (ies) and experiences. The reflections illustrated the participants' ability to articulate their own identity (2.14) and to recognize multiple aspects of identity (1.43). Participants successfully articulated a connection between content from the museum to their own attitudes and beliefs, averaging a score of 2.57. When asked to articulate the knowledge, skills, and awareness gained from their experiences, students provided an average score of 2.00. The graph below represents the level at which students who provided journals, on average, achieved each of the outcomes linked to the Social Justice Experience.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 90 of 131



Average Performance on Journal Reflections of Students on SJE on a 5-point scale

Effectiveness Survey
After participating in this experience,
- 80% of students agree, they are better equipped to recognize their own characteristics, attitudes, feelings and/or behaviors,
- 100% of students agree, they are better equipped to develop relationships with students from diverse backgrounds, and,
- 100% of students agree, they are better equipped to engage cross-cultural perspectives.
- Students agree this was a learning opportunity to engage with new people at around a specific topic at deeper levels then they would typically engage.

All respondents (100%) agree that because of participating in this trip, they built connections with a Student Affairs or Housing and Residential Education staff member. Additionally, 100% of respondents report they developed relationship(s) with other students participating in this experience.

Overall, 100% of respondents reported being very satisfied with the SJA.

One on One Meetings
The two staff leaders of the trip offered opportunities to the student participants to meet for one-on-one follow-up meetings to further process the experience. Below observations from those meetings.
- The students enjoyed an opportunity to get away from campus and to see something new. They talked about a new interest in learning more about places when the visit. They are now more inclined to seek out information about the historical perspective of a place they are visiting, such as finding educational tours to participate in.
- The students were able to make a connection to some of the history of Charleston and current students concerns at UNC in terms of racial history.
- The experience gave them concrete examples of things to speak about in upcoming interviews. Specifically, one recalled being able to talk about examples of how he has developed his own awareness and knowledge of issues of campus diversity.
- The students talked about how they valued getting to know other students on the trip that they may not have met if not for the trip.
- The student expressed appreciation to staff for organizing the trip.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 91 of 131

- The student mentioned that they feel more comfortable around engaging students of color in conversations around race
- The student enjoyed getting to know staff and other students on the trip. I have already received a request to serve as a reference for the students and summer internship opportunity.
- There was an appreciation for travel and gaining new experiences.

Student Presentations

Two students engaged in the opportunity to share their perspective on the Social Justice Experience by giving a presentation to professional staff. The presentations covered three to five take facts from the trip, how the trip influenced their ideas views on social justice and diversity, and why they decided to go on the trip.

CONCLUSIONS:

The outcomes of the program state that this experience aims to expose students to ideas around social justice and diversity in order to begin the process of student skill development around areas of self-awareness, cross-cultural perspectives, interpersonal development, and civic involvement. Findings from the journal prompt responses, the effectiveness survey, and the one on one conversations confirm that the First Year Experience Social Justice Experience offered students the opportunity to:

- initiate relationships with other students and/or staff from diverse backgrounds;
- describe 3-5 facts or ideas covered by the tour;
- reflect on how the content in the tour connected to their own personal identities;
- articulate how the experience influenced their views on social justice and diversity; and,
- articulate the knowledge, skills, and awareness they gained from participating in the experience.

For each of the program outcomes, the Social Justice Experience accomplished or exceeded the target established of simply exposing students, at a beginner level (1.00), to concepts of diversity and social justice, and encouraged students to develop (3.00) around these areas. Achieving the established outcomes indicates that students enriched their skills in self-awareness, interpersonal development, civic involvement, and cross-cultural perspectives.

ACTION ITEMS RELATED TO THE FYE SOCIAL JUSTICE EXPERIENCE:

Staff leading this initiative outlined future, and updated past, action items articulated below.

| Feedback | Response | Updates |
|---|---|---|
| Program leaders would like to see higher response and participation rates from the participants. | ✓ To collect 100% journal response rates for the next experience, leaders will bring supplies (printed copies, clipboards, and pens) for students to engage in the moment.<br>☐ Incentivize student participation in the presentations and programs to increase numbers from 4 to 8. | Successfully completed, we will adopt this strategy in 2016-2017 as well.<br>Replaced programs with one on ones. |
| The timeline for implementing the pilot was truncated due to conflicting spring events. | ✓ Solidify the timeline and planning for the program in the Fall (checking for possible conflicting dates – i.e. Rejuvenation day) and launch the program in the Spring | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 92 of 131

| | | |
|---|---|---|
| Help students articulate how their learning transfers to other/future steps | ☐ Consider hosting an "after event" or one on ones with students to help them translate their experience into transferable skills for future goals and endeavors | Hosted one on ones, added this reflection to the journaling. |
| Identify ways to create a more immersive trip. | ☐ Students want a longer trip with more stops (museums/tours) included. | |
| Share the data | ✓ Use the data for a SA Poster Presentation<br>☐ Consider publishing in the *Talking Stick* or the *SEAHO Report* | 2014-2015 & 2015-2016 |
| Long-term ideas: | ☐ Create a poster to hang in the Union during Orientation that highlights "what students gained in this experience" & connecting the content to EIA<br>☐ Build an Alumni data base, using returners for mentors in the following years, inviting them to presentations, inviting them to programs<br>☐ Include information from this experience on the FYE website, and provide follow up comments over the years | |

**Exhibit 7 to Blattner Declaration**

PROGRAM OVERVIEW:

The First Year Experience Curriculum includes the creation of an on-going learning experience for students around the topic of social justice named the FYE Social Justice Experience, which occurs in three parts. In the fall of 2016, seven first-year students participated in the first part of this experiential trip to Charleston, South Carolina. Students received a half-day guided tour, titled the Gullah Tour. This tour gives an in-depth look at the racial history of Charleston including the Gullah people which is a culture that has persisted since black slaves were brought to that area. The students were then able to journal using premade prompts to help them process what they had experienced and how it relates to their identities and experience so far at UNC Chapel Hill. Since it was an overnight trip, the students were able to develop relationships with each other as well as further dialogue about the tour. The next day of the trip featured a tour of the Charleston Aquarium to further inspire and educate the students. The second part of the Social Justice Experience gave an opportunity for students to volunteer a presentation to our Residential Education group to share with us their experience on the trip. Thirdly, the students were invited to complete one-on-one meetings with staff leaders for the trip to process what they had learned, but to also find ways to articulate their experience in their application to new leadership positions and opportunities in the future.

THEORETICAL FRAMEWORK:

In approaching this trip, it was important to ground its development in theory. In 2007, the Association of American Colleges & Universities identified a list educational innovations that demonstrated effectiveness with college students. The research on these innovations showed important outcomes such as first-year GPA and first- to second- year retention (Kuh, 2008). These outcomes and others are also significant for those students from historically underserved backgrounds (AAC&U, 2007; Kuh, 2008). This list of "high impact educational practices" (Kuh, 2008) or as we call them, high impact practices (HIPs) includes co-curricular components that speak directly to the First Year Experience and this initiative:

- Common intellectual experiences
- Collaborative assignments and projects
- Diversity or global learning

Kuh (2008,) writes that one thing that can be done to enhance student engagement and increase student success is to "make it possible for every student to participate in at least two high-impact activities during his or her undergraduate program, one in the first year, and one taken later in relation to the major field" (p. 21). Given the multi-faceted approach and high-impact nature of this trip and total experience, along with the supporting research, it was our belief that students would be very excited to participate. Furthermore, the experience would positively impact participating students in their first semester at UNC Chapel Hill. It was our hope that the trip would open up avenues for these students to continually engage in new opportunities in their collegiate career that they may otherwise have not. As staff leaders for this trip, our intention would be to work with the students throughout the program to continually prepare them for and connect them to new educational opportunities.

HISTORICAL CONTEXT:

The Social Justice Experience began in Spring 2015 as part of the First Year Experience curriculum in Housing and Residential Education at UNC Chapel Hill. The experience aimed to provide a more immersive, high impact opportunity for first-year residential students around topics of diversity and social justice. The assessment results from two previous trips confirmed that students had a positive experience while making connections between what was learned on the trips to current happenings and experiences on-campus.

In the spring 2015 semester, 15 first-year students had the opportunity to take part in an experiential trip to the International Civil Rights Museum in Greensboro, NC. The students toured the museum which currently serves as an archive of information surrounding civil and human rights in the United States. They saw and learned about the permanent exhibition that celebrates the nonviolent sit-in that catalyzed the Civil Rights Movement.

In Spring 2016, 7 first year students had the opportunity to take part in an experiential trip to Charleston, SC. The students participated in a Gullah tour, the language spoken by the first black inhabitants in the U.S. Also, students toured the South Carolina aquarium. The aquarium component provided additional time for students to be educationally engaged and to develop these important relationships with others from diverse backgrounds.

The Social Justice Experience has developed over time as an immersive experience; a way for students to get away from campus and their first-year environment to experience something educational and different. That difference sometimes manifests as new information and other times as developing interactions and relationships with others from diverse backgrounds and identities. Taking a group of students, who have never travelled before, outside of the country, would immediately result in an immersive and impactful experience. The Parent's Council Grant, UNC Global and Carolina Housing made this trip easily accessible for students who may not otherwise seek out such an experience.

PROGRAM OUTCOMES AND EXCELLENCE IN ACTION:

The outcomes of the program connect to four of the Student Affairs *Excellence in Action* (EIA) Competencies and two of the Elements. The four competencies this program aimed to develop in student participants were Interpersonal Development, Civic Involvement, Self-Awareness, and Cross-Cultural Perspectives. Collectively, these four competencies fall under the Elements of Personal Responsibility and Community Engagement. The chart below maps how each outcome relates to EIA, the depth of learning established as a benchmark, and the assessment used to measure student learning throughout the experience.

| Outcome | EIA Elements & Competencies | Assessment |
| --- | --- | --- |
| During and after engaging in the FYE Social Justice Experience, student participants will begin to initiate relationships with other students and/or staff from diverse backgrounds. | Interpersonal Development | Effectiveness survey |
| After engaging in the FYE Social Justice Experience, student participants will accurately describe 3-5 facts or ideas around social justice covered by the tour. | Civic Involvement Self-Awareness | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to reflect on how the content of the trip connects to their own personal identities. | Cross-Cultural Perspectives (CCP) | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to articulate how the experience influenced their views on social justice and diversity. | CCP Self-Awareness Civic Involvement | Journal prompt and rubric evaluation |
| After engaging in the FYE Social Justice Experience, student participants will begin to articulate the knowledge skills and awareness gained from participating in the trip. | Self-Awareness | One on one or small group discussions |

PROGRAM ASSESSMENT:

As a part of this immersion experience, students completed a reflection journal and provided responses to a pretest and posttest. Professionals evaluated the journals with a rubric using a five-point scale with the levels of beginning (1), transition (2), developing (3), transition (4), and competent (5). The pretest and posttest allowed students to provide feedback on their overall satisfaction, respond to questions around the designated learning outcomes, and provide feedback for improving the experience. Throughout the trip, advisors focused on coaching students to articulate what they gained each day of the trip and how they grew by engaging in the experience (what knowledge, awareness, or skills students gained as a result of participating)? In addition, to these assessment opportunities, students were offered the chance to present on their experience to Carolina Housing staff. Although formal feedback was not collected during presentations, this was an important opportunity for students to articulate what they gained from participating in the experience.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 97 of 131

FINDINGS:

Journal Prompts

Seven out of eight students provided journal reflections. On a five-point rubric, participants averaged a score of 3.48. The journal reflections prompted students to reflect on their personal identities and experiences. The reflections illustrated the participants' ability to articulate their own identity and to recognize multiple aspects of identity. Participants successfully articulated a connection between content from the trip to their own attitudes and beliefs. The graph below represents the level at which students who provided journals, on average, achieved each of the outcomes linked to the Social Justice Experience. Nine criteria were measured using the rubric with five dimensions.



Pre and Posttest Survey

All eight students responded to the pretest and posttest surveys which covered the topics of interpersonal development, cross-cultural perspectives, civic involvement, self-awareness, fairness and respect for others, and local and global citizenship. Students responded to several questions in each of these areas. Students reported growth in each of the identified areas from the pretest to the posttest. The pretest was administered directly before the trip and the posttest was administered on the return trip back to North Carolina. Students completed the posttest within one week of returning back to campus.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 98 of 131

*Interpersonal development*

Students responses increased from the pretest to the posttest for each question asked in the area of interpersonal development. Students demonstrated the most growth with regard to building connections with a staff member (+1.13), developing relationships with students from diverse backgrounds (+1.00), recognizing how their actions affect others (+.75), recognizing their identities differ from their own (+.62) and engaging with persons whose identities differ from their own (+.62). The graph below depicts student responses to each question related to interpersonal development before and after the trip to Trinidad.



Several student comments from the journaling prompt also aligned with the ideas assessed under interpersonal development. One student focused deeply on the intersection of people from diverse cultures in Trinidad: "After visiting Trinidad and seeing first-hand the respectful blending of cultures, I have a new found hope for accomplishing the same respectful and open mindset in America. Although I know the fight for respect will. or be an easy or short one, I am excited to start planting the seeds for equality and respect in my community. My privilege in society gives me a louder voice than those who have less privilege than I. Although this is unfair, I can use my voice to amplify those whose voices may not be heard as often as mine is. Throughout the remainder of my time at Carolina, I hope to take this inspiration and this experience and apply it to my own life in order to make the community a better place for all." This reflection highlights that this student began to recognize their identities, how their identities were different and privileged compared to other identifies, and even moved from reflection to an action-oriented mindset in wanting to provoke change upon their return to UNC.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 99 of 131

*Cross-Cultural Perspectives*

Students responses increased from the pretest to the posttest for each question asked in the area of cross-cultural perspectives. Students demonstrated the most growth with regard to recognizing issues that hold significance for members of another culture (+1.50), engaging in interactions based on understanding and appreciating for differences (+1.37), recognizing diverse perspectives (+1.25), engaging meaningfully across cultural differences (+1.25), the ability to suspend judgement when interacting across cultural differences (+1.25), openly discussing cultural differences and issues (+1.25), and critically analyzing issues related to social justice (+1.00).



One student reflected in their journal about the issues that hold significance for the people of Trinidad. The student wrote: "I learned that as a result of America's new energy policies of intrinsic production energy producing countries like Trinidad that are smaller have taken huge economic setbacks. To put this into perspective they have provided free education for as long as the chancellor could remember however, they could face having to change this policy and force students to pay." The same student went on to reflect on another issue of importance at the University of the West Indies and at UNC, "Another issue I noticed while on campus is that we met very few men, most of the students and staff we met were women, this turned out to be a result of the way that the drug trade has influenced the country. Since Trinidad is in line with the trafficking routes a lot of the male population has got caught up in that industry and pursuing the life of a criminal as opposed to that of an academic, and the economic situation doesn't exactly deter them from this path." Another student reflected, "This multicultural island has given me a better perspective on USA influence. Even in a country separated from our country by more than just distance, separated by culture, mannerism and education. Difference in the basic foundations of our country does not stop the USA from influencing the economy and policies of this country... America is such a big player in global economy that the simple switching of presidents can launch several other countries into turmoil. It changes the way I see politics and my voice." These two excerpts exemplify the development of cross-cultural perspectives.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 100 of 131

*Civic Involvement*

Students responses increased from the pretest to the posttest for each question asked in the area of civic involvement. Students demonstrated significant gains (one full scale point or more) in each question. Students showed the most growth with regard to their desire to make a difference in their community (+1.37), then to identify opportunities to make a difference in their own community or society (+1.25), and to work with others to create more diverse and inclusive communities (+1.00).



The journal reflections of the students reflected back this idea of making a difference in the community. One student shared, "I am changed to know that my actions and that of others have a backlash on the community of the world. And thanks to this trip I will work on sharing my knowledge with my friends, in the hopes that they can do what they can to make sure they are using every possible resource available and making decisions with others in mind." Several students commented in similar ways about a newfound understanding of the global implications of their actions and the actions of their home country, the United States.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 101 of 131

Self-awareness

Students responses increased from the pretest to the posttest for each question asked in the area of self-awareness. Students showed gains for one full scale point or more in three out of the four questions asked. Students show the most growth with regard to their ability to recognize their own characteristics, attitudes, feelings and/or behaviors (+1.25), to identify the factors that influence their identity (+1.12) and their ability to articulate their personal beliefs and values (+1.12).



One student's journal reflection illustrated self-awareness. The student shared, "This trip for me changed how I viewed social justice. That conversation we had with the Vice Chancellor and the small debriefing conversations we had with one another really put the whole experience into perspective. I was able to analyze who I was and my own place in the world compared to others. I figured out there was more than the border of America and I was able to experience firsthand how monumental that is. If we could realize America is not the only place affected by our politics, we could come together and change the world. I think everyone deserves a chance to experience that and I am so grateful I was able to experience it this early on in life. I think it will forever change how I see my life and the lives of others." This comment echoes similar thoughts shared related to civic involvement and understanding the global impact the United States can have on other countries.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 102 of 131

Fairness & Respect for Others

Students responses increased from the pretest to the posttest for each question asked in the area of fairness and respect for others. Students demonstrated the most growth with regard to making an effort to understand the perspectives of others (+1.37), recognizing the impact of their words and actions on others (+1.13), and articulating ow stereotypes and discrimination impact communities (+1.00).

### Fairness & Respect for Others



One student in particularly focused on fairness and respect for others as well as understanding privilege in their journal reflection. The students wrote: "Before visiting Trinidad and Tobago I had a very singular scope of the world. My perspectives had been morphed by my family and environment, and reflected that of someone who had a privileged upbringing. However, after this cultural experience I was able to replace that singular view that was instilled in me, with a multicultural perspective I developed myself. I was able to understand that not everyone is given the same opportunities and that in order to maximize global potential, there is a need for social justice. I think this is important because while there are individuals in other countries fighting and giving their all for a single opportunity, such as a young Trinidadian student waking up at three am to study in order to be admitted to their countries only university, there are students elsewhere who are handed every opportunity and still manage to fail. This has made me realize the privileges and opportunities I have been provided, just from being in the United States alone. It has also taught me to think twice before I take something for granted, because someone else would love to be in my position. Finally, I have learned to respect the adversities that others may have had to face on their own personal educational, professional, and personal paths. There is no way for me to truly understand the struggles and injustices that others have had to face unless I have experienced them alongside them. However, I can reserve prejudgments and can extend my upmost respect."

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 103 of 131

Local & Global Citizenship

Students responses increased from the pretest to the posttest for each question asked in the area of local and global citizenship. Student responses grew by more than one full scale point for each of the questions asked around local and global citizenship.



While meeting with the Vice Principal for the University of the West Indies, the upcoming United States Presidential Election was a part of the discussion. Multiple students comments on this discussion and how it influenced their decision to vote and in some cases, motivated the students to vote. One student said, "Before this trip, I did not have a clue as to how much the United States, controlled the way the rest of the world worked. Presidential Elections have only been a small part of my life, but for the most part every other inhabitant of this world are impacted somehow, someway directly or indirectly. She said and I loosely quote, "We get live footage of hundreds of your channels, and we watch the debates in real time just like you. Some of you all (Americans), are throwing away your vote, on third party or not voting at all and many of us (Trinidadians), would love to come and vote instead of them." Our government decides immigration and economy of any nation looking to associate with us in those ways. So depending upon which candidate gets elected much of the world could be negatively affected.  This makes me take voting even more seriously than before. Not only do I have the right to vote under our constitution, but I have an implied responsibility to the rest of the world. If I can't do anything else to help, the least I could do is vote."

Another student reflected, "Another conversation held at the University of the West Indies had me consider how the actions of Americans impact citizens of other countries...She (the Vice Principal) pointed out that many Americans do not consider the impacts of other countries when they cast their vote. She also mentioned many Trinidadians are keeping up with the U.S. presidential election, and it is commonplace to hear Trinidadians discussing American politics, and they especially were fearful for the outcome of the election since they could not vote themselves. This somewhat shocked me at first, as I never considered how politics in the United States directly impact other countries. In order to learn more, I asked for examples of United States policies that would affect Trinidad as a result of the election. The response was that a stricter immigration policy could hurt many college-educated professionals. Since Trinidad is such a small island, many adults and their families leave Trinidad in

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 104 of 131

order to pursue more opportunity in their practice. If it were more difficult to immigrate to the United States, this could limit the career opportunities of Trinidadians." Multiple students shared comments along these lines in their reflections which strengthen the quantitative data reflected in the graphic above.

Overall, students showed growth in each areas measured by the pretest and posttest and these results were substantiated by the open-ended comments pulled from the journal prompts as well as the data collected from the rubrics used to evaluate the journal prompts.



Social Justice Experience Average Prettest and Posttest Results

PROGRAM EFFECTIVENESS FEEDBACK:

On the post-test survey, students provided responses to a handful of program effectiveness questions. All participants (100%) were satisfied or very satisfied with the experience. In addition, 5 out of 7 students would improve the trip by lengthening it. The most influential parts of the experience were the conversation with the University of the West Indies Vice Principal and the Diwali festival. This is supported by the narrative provided throughout the journal reflections.

CONCLUSIONS:

The outcomes of the program state that this experience aims to expose students to ideas around social justice and diversity in order to begin the process of student skill development around areas of self-awareness, cross-cultural perspectives, interpersonal development, and civic involvement. Findings from the pretest, posttest, and journal articles confirm that the First Year Experience Social Justice Experience offered students the opportunity to:

- initiate relationships with other students and/or staff from diverse backgrounds;
- reflect on how the content in the tour connected to their own personal identities; and
- articulate how the experience influenced their views on social justice and diversity.

For each of the program outcomes, the Social Justice Experience accomplished or exceeded the target established of simply exposing students, at a beginner level (1.00), to concepts of diversity and social justice, and encouraged students to develop (3.00) around these areas. Achieving the

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 105 of 131

established outcomes indicates that students enriched their skills in self-awareness, interpersonal development, civic involvement, and cross-cultural perspectives.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 106 of 131

ACTION ITEMS RELATED TO THE FYE SOCIAL JUSTICE EXPERIENCE:
>    Staff leading this initiative outlined future action items articulated below.

| Feedback | Response | Updates |
|---|---|---|
| Continue to help students articulate how their learning transfers to other/future steps | ☐ Consider hosting an "after event" or one on ones with students to help them translate their experience into transferable skills for future goals and endeavors | Hosted one on ones, added this reflection to the journaling. |
| Identify ways to create a more immersive trip. | ☐ Students want a longer trip with more stops (museums/tours) included. | |
| Share the data | ☐ Present on data at 2017 SA Winter Conference<br>☐ Present on data at 2017 FYE Conference<br>☐ Submit findings for publication | 2016 & 2017 |
| Long-term ideas: | ☐ Create a poster to hang in the Union during Orientation that highlights "what students gained in this experience" & connecting the content to EIA<br>☐ Build an Alumni data base, using returners for mentors in the following years, inviting them to presentations, inviting them to programs<br>☐ Include information from this experience on the FYE website, and provide follow up comments over the years<br>☐ Continue to assess immigration climate and determine if outcomes of this experience can be achieved with a domestic trip.<br>☐ Seek external funding sources (parents grant and thrive grant)<br>☐ Explore the opportunity of offering this opportunity for a course credit. | |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 107 of 131

**Exhibit 8 to Blattner Declaration**

## 2014-2015 STUDENT STAFF TRAINING & DEVELOPMENT

**INTRODUCTION & PURPOSE**

Each year, the Department of Housing & Residential Education conducts training for student staff members. Objectives of this training include informing student staff of crisis and safety protocol, reviewing the Community Living Standards, equipping student staff with skills needed for hall programming, and teaching student staff how to exemplify Community Immersion. Student positions in attendance at training are Community Managers (CMs), Granville Tower Liaisons (GTLs), Office Assistants (OAs), Resident Advisors (RAs), Resident Advisor Mentors (RAMs) and Student Coordinators (SCs). Each training session aims to impart the necessary knowledge, skills, and awareness that student staff members need to fulfill the duties of their respective positions to realize the departmental mission and promote student success, satisfaction, and self-awareness. To capture student learning after participating in training, students participated in a Retrospective Pre and Posttest (RPP) and professional staff used rubrics during the Behind Closed Doors scenarios.

**DEMOGRAPHICS**

To understand the responses provided by student staff, it is important to consider who is represented in the responses. All student staff were invited to participate in the RPP, 7% of respondents were CMs and GTLs, 20% OAs, 64% RAs, 6% of RAMs, and 4% of SCs chose to do so. According to responses, 58% of staff attended training for the first time and 42% were returners to training. The majority of respondents reported being White or Caucasian (56%), African American or Black (18%), Asian or Asian American (13%), Latino(a) or Hispanic (9%), American Indian or Alaska Native (3%), Multiracial (5%), or Middle Eastern (2%). Sophomore participants accounted for 21% of responses, juniors for 36%, and seniors for 42%. About 12% of respondents identified as First Generation College students. Almost 61% of participants reported being female, 37% reported being male, and 4% preferred not to disclose. Regarding sexual orientation, 89% of students identified as Straight, 7% Gay, 1% Bisexual, 2% preferred not to disclose, 1% Queer, 1% Fluid, and 1% self-identified.

**METHODOLOGY**

The RPP was distributed by email to student staff at the conclusion of training. This tool incorporated a variety of questions including direct and indirect measures yielding qualitative and quantitative data. This survey combined retrospective pre and posttest questions, learning outcomes assessment, satisfaction and needs assessment questions, and overall training effectiveness questions. In total, 374 student staff received the survey and 59% (n= 219) responded. The RPP asked student staff to reflect on six separate categories: Administration; Leadership; Communication; Supervision; Safety, Privacy, and Crisis Response; and Programming. The RPP used a four-point scale of need improvement (1), developing (2), competent (3), and excels (4). Assessment Committee members summarized the responses under each category above by calculating a mean for "before training" and "after training" responses. From these means, a percentage difference was obtained. Student staff members also responded to questions around the learning outcome of Community Immersion, their satisfaction with training, and the overall effectiveness of training. In addition to participating in training sessions, newly hired RAs participated in Behind Closed Doors (BCD) role-playing scenarios during the week of training. For selected scenarios, the professional staff who monitored the scenes utilized rubrics to capture a direct measure of the RAs' ability to address these situations. Professional staff who used the rubric could select need improvement (1), developing (2), competent (3), and excels (4). Open-ended feedback was also included in the rubric.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 109 of 131

**STUDENT LEARNING OUTCOMES**

Students provided data on several areas of learning including general training topics, administrative elements of their positions, leadership, communication, supervision, safety, privacy, and crisis responses protocols, and programming. After participating in training, 85% or more of students should report a level of competent and/or excel in each of these areas. In some cases, the 85% target was not reached. A review of the means and the percentages reveals that significant growth occurred in many of these cases. For this reason, both the means and percentages are represented for each area. Respondents also articulated which areas of their role they did not feel able to respond to and in which areas they would like additional training. Less than 15% of staff said they felt unable to respond to their role. The two most frequent areas where staff felt unable to respond were sexual assault (14%) and mental health situations (14%). Staff (24%) would like additional training in sexual assault response and programming.

<u>Community Immersion</u>

In the area of Community Immersion, 61% of students felt they were competent or exceled in this area before training. After training, this changed to 94%, an increase of 33%. In terms of the mean, before training students reported average of 2.6 and after training an average of 3.31. This signifies a shift from students feeling they are still developing or competent to feeling competent or excelling in their understanding of Community Immersion. The self-reported data is positive, but unsupported by the learning outcome question asked. When asked to isolate the meaning of Community Immersion out of three options, 39% did so correctly (compared to 64% in 2013).

<u>General Topics</u>

When asked to report on their development before and after training on general topics, student responses were positive. The graph below illustrates the percent of students who felt competent or exceled in these areas before and after training. The areas of programming and sexual assault did not reach the 85% target. When looking at the means before and after training in these areas students reported a shift from 2.49 to 3.15 in programming and 2.30 to 3.14 in sexual assault response demonstrating growth in these areas. The overarching mean in this area shifted from 2.52 to 3.27.



General Topics Before & After Training

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 110 of 131

<u>Administration</u>

　　　　One of the learning outcomes designed for staff training states that student leaders will accurately execute administrative and operational tasks (i.e. Room Condition Reports, check-ins, budget forms).  The graph below illustrates students' self-reported growth in the area of administration, which covered these tasks.  Overall, students moved from an average of 2.33 to 3.33, from developing to competent, suggesting this outcome was met.



Administration

| Administration | Before Mean | After Mean |
|---|---|---|
| Your knowledge of the administrative aspects of your position | 2.38 | 3.32 |
| Ability to accurately complete operational tasks associated w/ your position | 2.40 | 3.40 |
| Ability to accurately complete administrative tasks associated w/ your position | 2.22 | 3.27 |

Staff identified which administrative tasks most closely connected to their position.  The table below highlights the percent of staff who accurately articulated their primary administrative functions. In this case, the direct measure supports student perspectives of their growth.

| | Office Assistant | Community Manager | Resident Advisor | Resident Advisor Mentor |
|---|---|---|---|---|
| TIM | 93% | 93% | | |
| Budget Management | | 100% | | 80% |
| Key Audits | 73% | 93% | | |
| Desk Logs | 100% | 80% | 68% | 50% |
| Room reservations | | 47% | | |
| Star Rez | 97% | 93% | 77% | |
| Enhancements management | 93% | 97% | 53% | |
| Serving on duty | | | 93% | 90% |
| Incident reports | | | 95% | 100% |
| Care reports | | | 93% | 100% |
| Weekly reports | | | | 60% |
| Program tracking/ evaluation | | | 51% | 100% |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 111 of 131

<u>Leadership</u>

Identifying student needs, taking a customer service approach, leading meetings, and the ability to connect students to resources are key outcomes for student staff training and developing student leaders. The graph below captures staff development in areas related to leadership. On one indicator, knowledge of DHRE campus partners, student staff responded at 83%, falling short of the target.



| Leadership | Before Mean | After Mean |
|---|---|---|
| Your ability to create a positive environment | 3.09 | 3.53 |
| Your knowledge of DHRE campus partners | 2.29 | 3.20 |
| Your knowledge of resources at UNC | 2.63 | 3.41 |
| Your ability to identify problems | 2.91 | 3.40 |
| Your ability to resolve problems | 2.86 | 3.36 |
| Your knowledge of how to make appropriate referrals | 2.52 | 3.31 |
| Your ability to address customer service related issues | 3.05 | 3.47 |
| Your knowledge of the ethical standards for DHRE & UNC | 2.72 | 3.42 |
| Your ability to hold peers accountable | 2.75 | 3.39 |

Resident Advisor Mentors grew from a 3.00 to a 3.50 in the area of their knowledge of how to advise their peers and from a 2.75 to a 3.75 in their ability to lead staff trainings. Both RAMs and CMs responded to their ability to identify staff development activities and meet the needs of staff and grew from a 2.78 to a 3.52. Responses to the statements under leadership indicated an increase in students' critical thinking (identify and resolve problems), interpersonal development (hold peers accountable, customer service, advising), and ethics and integrity (knowledge of ethical standards). On average, students moved from 2.78 to 3.44 from developing/competent to competent/excel highlighting that students felt they still needed to develop before training and felt competent after.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 112 of 131

<u>Communication</u>

     The area of communication covered topics of mediating conflict, receiving and providing feedback, and active listening skills. OAs also rated their ability to respond to concerns at the desk. Overall, training effectively helped students move from an average ability level of developing (2.9) to competent (3.4) by the end of training. All five areas within communication met the established benchmark of 85%.



| Communication | Before Mean | After Mean |
|---|---|---|
| Your ability to mediate conflict | 2.74 | 3.36 |
| Your ability to incorporate feedback into your leadership style | 2.77 | 3.30 |
| Your ability to provide positive and constructive feedback | 2.94 | 3.43 |
| Your knowledge of active listening skills. | 3.15 | 3.50 |
| Your ability to respond to concerns at the desk. | 2.79 | 3.45 |

<u>Supervision</u>

     Targeted solely to CMs serving in a supervisory capacity, the area of supervision focused on knowledge of DHRE's Office Assistant performance evaluations, knowledge of DHRE's human resource practices, and the ability to delegate tasks. Overall, responses remained in an average ability level of "developing" (2.27 to 2.96) over the course of training in the area of supervision. Two areas of supervision did not meet the target of 85%.



| Supervision | Before Mean | After Mean |
|---|---|---|
| Your ability to delegate tasks. | 2.67 | 3.47 |
| Your knowledge of DHRE's human resource practices. | 2.13 | 2.80 |
| Your knowledge of DHRE's OA performance evaluations. | 2.00 | 2.60 |

Safety, Privacy, and Crisis Response

Under the area of safety, privacy, and crisis response, staff received training in privacy standards, FERPA, crises, and the Community Living Standards. The graph below shows students' growth in these areas.  Knowledge of FERPA and resolving CLS violations did not meet the 85% target.  On average, students moved from a mean of 2.49 to 3.27 progressing from developing to competent.



| Safety, Privacy, and Crisis Response | Before Mean | After Mean |
|---|---|---|
| Your knowledge of DHRE's Community Living Standards | 2.34 | 3.37 |
| Your ability to approach, assess, and resolve a CLS violation | 2.20 | 3.12 |
| Your knowledge of DHRE's crisis response protocols | 2.28 | 3.35 |
| Your ability to manage a crisis situation | 2.50 | 3.27 |
| Your knowledge of FERPA | 2.70 | 3.17 |
| Your knowledge of DHRE's privacy standards | 2.91 | 3.35 |

Under this area, respondents also answered three scenario-based questions.  In these questions, students isolated the responses to the scenario from an assortment of possible answers.  In the first question, staff were given a scenario and asked to identify the potential policy violations.  Staff correctly isolated alcohol (100%), quiet hours (100%), and student rights and responsibilities (61%).  In a second scenario, students identified what course of action they would take if they walked by a room and smelled marijuana while on rounds.  Most students (84%) isolated the correct responses of calling DPS, contacting the CD on Call and waiting outside the door for DPS to arrive and confront the room.  This answer also included documenting the situation once DPS has finished.  In a final scenario, students differentiated between private and confidential situations.  Almost all respondents (97%) accurately identified that they can respect privacy, but confidentiality cannot be promised.  These scenarios provide additional information to support students' self-reported development.  Specifically, students are aware of CLS and responses to violations and are able to distinguish between private and confidential situations. Responses to the scenarios support that staff have a foundation to approach and address CLS violations.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 114 of 131

<u>Programming</u>

Programming is a key component of building community for RAs, RAMs, and SCs. Staff responding to statements around programming demonstrated significant growth and moved from developing, to competent in each area. One area, the ability to plan a program, reached an 84% (below 85% target). On average, staff responding to this area moved from a 2.67 mean to a 3.33 mean and progressed from developing to competent.



| Programming | Before Mean | After Mean |
| --- | --- | --- |
| Your ability to implement inclusive programs | 2.55 | 3.32 |
| Your ability to identify the needs of students | 2.67 | 3.35 |
| Your ability to plan a program | 2.56 | 3.22 |
| Your ability to build relationships with your residents | 2.90 | 3.41 |

Under the area of programming, student staff also responded to a scenario-based question. When hosting a movie night with residents on the hall, the RA hears the residents talking about stress before upcoming midterms. Staff isolated resources relevant to these students as Academic Advising (87%), The Writing Center (80%), and CAPS (71%). For future assessments, the options provided to student staff in the "check all that apply" could be enhanced to represent additional relevant resources.

TRAINING EFFECTIVENESS AND SATISFACTION

Overall, 84% of students reported being satisfied or very satisfied with training compared to 77% last year. When the 3% of students who responded as dissatisfied or very dissatisfied elaborated on their responses, suggested better utilizing returning staff and analyzing the disparity between enforcing policy and building community. Participants found in-community time (83%), behind closed doors (64%), breakout sessions in small groups (42%) and sessions with their building team (41%) to be the most helpful in learning their role. Most (78%) feel that there was just the right amount of in-community time. Many students (66%) thought training was just right while about one-fourth thought it was too long. About one-third of staff felt training days were too long, but most (64%) reported they were just right.

As a part of the RPP, respondents provided feedback in the form of open-ended comments to the question of how to improve training and the question of which aspects of training were the most successful. Student staff responded with 117 suggestions for improving training. These open-ended comments divided into the seven themes of training structure & logistics, content of training, training length, in-community time (ICT), technical skills, behind closed doors (BCDs), and miscellaneous comments. Training structure and logistics captured 50 comments (43%) which focused on how the implementation of presentations/trainings could improve. Splitting up heavy topics, continuing to use

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 115 of 131

small groups, changing locations, reorganizing some of the sessions, and creating room for more building preparation time are all ideas included in this theme. Content of training is the second most frequent theme with 49 (42%) comments focusing on the material covered in training, suggestions for topics, areas of redundancy, and feedback on presentations. The next most frequent code focused on the length of training overall and the length of training days with 22 (19%) comments. Technical skills emerged as the next code with 16 comments (14%). Time to practice new skills, desk training, and targeted skill training with Star Rez, keys, and supervision are included in this code. A total of 16 comments focused on in-community time (ICT) and how it could be improved. In this code, students commented on a need for accountability for leading ICT, using this time more effectively, and conflicting feedback on having more or less of this time. Following ICT, were comments on BCDs (14 comments, 12%). These comments focused on how BCDs and their implementation could improve by limited preparation time on diversity day, including more preparation time for returners, the size of the groups going through BCDs, and the desire for more BCDs. Finally, a miscellaneous code of 20 comments (17%) captured ideas around food, the utilization of returners, and bonding time with each other and professional staff.

Staff provided 118 responses regarding successful aspects of training. These open-ended comments divided into four themes of BCDs, ICT, training structure, and training content. Behind Closed Doors captured 51 out of 118 (46%) comments, which focused on the success and effectiveness of BCDS as a part of training. Comments around In Community Time (42, 36%) noted the effectiveness of the ICT modules and the positive use of returners during this time. The content of training, specifically job expectations, the resource fair, bonding time, the roundtables, the minute to win it games, and providing food captured 41 (35%) comments. The final code, training structure, was the focus of 32 (27%) comments emphasizing the value of small groups, the inclusion of break times, the shorter training days, and the student lead sections of training. These four areas were reported by students as the most successful areas of training.

Participants identified communication, fairness and respect for others, critical thinking, and ethics and integrity as skills that are the most important in being successful in their role. When asked to select the top three skills students developed during training, they selected communication, cross-cultural perspectives, and ethics and integrity.

### BEHIND CLOSED DOORS

Behind Closed Door data captured student performance as they approached, assessed, served as a resource, and followed protocol for a number of role-play scenarios. Students demonstrated competence in their ability to approach and assess situations, and are still developing the ability to cite policy and follow protocol. The graph below illustrates how first year RAs did, on average, in each of these areas across the BCDs.



Average by Dimension



| 3.13 | 3.08 | 2.81 | 2.82 |
| Approach | Assess | Cites policy | Follow protocol |

New RAs demonstrated competence in most of the BCDs including relationships violence, disordered eating, sexual misconduct, suicidal ideation, and larger party scenarios. These same RAs are still developing in their ability to confront and resolve quiet hours and alcohol situations.



During BCDs, new RAs also address a number of scenarios requiring multicultural competence. Overall in this area, RAs are still developing.



This information demonstrates that the week and a half of training that students engage before they address BCDs scenarios is effectively giving students the knowledge, awareness, and skills needed to handle the most frequent CLS violations in the residence halls and begin to broach difficult multicultural scenarios.

**DATA-DRIVEN CONSIDERATIONS FOR 2015-2016**
- Based on their responses, student staff do not appear to have a solid understanding of Community Immersion. Less than 85% identified the correct definition and there was a drop from last year to this year.
- Although Community Managers demonstrated growth in the area of supervision, the data indicates that going into the year, after training, CMs are still unsure of their abilities.
- Student staff dipped below the 85% line in their reported ability to plan a program.

**CONCLUSION**

In short, training was great. Data from the 2014 student staff training retrospective pre-posttest and BCDs illustrate that training successfully accomplished its core outcomes. Even in areas where the 85% benchmark was not met, students still reported significant growth. From training, students serving as RAMs, CMs, OAs, RAs, and SCs develop basic skills to commence their leadership roles and begin the year.

**Exhibit 9 to Blattner Declaration**

# UNC 2014-15 Diversity Goals Plan Outcomes Report

Name of your school or unit:

Department of Housing and Residential Education

Name of the person who completes this report:

Ciji Heiser and Hazael Andrew

Phone number of the person who completes this report

Ciji Heiser: 919-962-1285

Hazael Andrew: 919-962.2063

Email address of the person who completes this report

Ciji Heiser: caheiser@unc.edu

Hazael Andrew: hazael@email.unc.edu

1

# Goal 1: Clearly define and publicize the University's commitment to diversity.

**1_1. List and describe any actions by your unit's leadership, faculty, staff or committees reflecting, defining, and publicizing the University's commitment to diversity.**

1. Website-housing.unc.edu
   - DHRE's Commitment to Diversity and Inclusion Statement- The following statement is publicized on the DHRE website- "The Department of Housing and Residential Education is committed to fostering an inclusive work and living environment through a culture of trust, growth and collaboration. We promote equity, education and advocacy through developmental opportunities that explore individual identity and personal growth." In addition to the above goals, the website outlines the goal of incorporating multiculturalism into the various facets of DHRE guiding principles.
   - First Year Experience (FYE) Brochure: This brochure is published on the main Housing and Residential Education website and mailed out to all first year students. It contains opportunities for first year students to learn more about social justice programs and events within the Department of Housing and Residential Education (DHRE) and FYE.

2. Professional Employment Recruitment:
   - Participation in the Placement Exchange: The Placement Exchange is the largest student affairs career placement service available. This March hundreds of institutions and hundreds more job hunters came together, looking to recruit a diverse candidate pool.
   - Publicize position announcements using various professional journals, associations and listserv: Diversity Issues in Higher Education, Studentaffairs.com, SEAHO & NCHO
   - As a results of the above efforts, DHRE is proud to report the results of these efforts. A total of 210 individuals applied for the Community Director position (116 whites, 59 Black or African American, 3 Asian, 14 Hispanic).

3. Student Staff Recruitment:
   - This year our student staff recruitment and selection committee continued to examine the recruitment plan in order to increase awareness about the resident advisor position to diverse and underrepresent student populations. These efforts allowed for DHRE to hire a diverse student staff which reflects our residential student population. The table below provides a percentage summary of the diversity of candidates who applied and was hired:

| Applications      (415) | | Hired    (145) | |
|---|---|---|---|
| African American/Black | 18.07 | African American/Black | 26.90 |
| American Indian or Alaska Native | 0.48 | American Indian or Alaska Native | .69 |
| Asian or Asian American | 13.73 | Asian or Asian American | 14.48 |
| Latino(a) or Hispanic | 5.78 | Latino(a) or Hispanic | 4.14 |
| Middle Eastern | 1.69 | Middle Eastern | .69 |
| Multiracial | 3.13 | Multiracial | 2.07 |
| Prefer not to disclose | 1.20 | Prefer not to disclose | .69 |
| Self-Identify | 1.45 | Self-Identify | 2.07 |
| White or Caucasian | 45.78 | White or Caucasian | 42.07 |
| Did not answer | 8.67 | Did not answer | 6.21 |

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 120 of 131

4. Equity and Inclusion Professional Development Plan: The goal of this plan is to encourage each member of DHRE to explore areas of growth and passions related to diversity. Through conversation and reflection, we hope the experiences staff members select will assist in their development, gaining the knowledge, awareness, and skills to work and interact with people who are different from themselves. As our department engages in these experiences, we hope it will expand opportunities to create welcoming and inclusive environments for staff and student success. The goals of the program are:
   - Participants will identify areas for growth around topics relating to multicultural issues
   - Participants will gain knowledge working with diverse populations on campus
   - Participants will be develop the necessary skills to engage in a diverse environment
   - Participants will reflect on their experiences to contextualize their understanding of multiculturalism

**1_2. Describe the perceived impact, if applicable, of defining and publicizing the University's commitment to diversity.**
   1. Provided training opportunities for campus partners. DHRE staff members presented diversity trainings for different units during the academic year
   2. Increased opportunities for engagement and training for staff members and students
   3. Increase the number of underrepresented students, staff, and faculty
   4. Through our recruitment efforts, we have seen an increase in diverse applicants for professional and student staff positions.

**1_3. List any other data point(s) that you consider important to advance Goal 1.**

**1_4. List and describe your most successful strategies, if any, in defining and publicizing the University's commitment to diversity.**
   - With regard to diversity goal one, our most successful strategies have been through our professional staff recruitment and the implementation of the departmental Equity and Inclusion Professional Development Plan.

**1_5. List obstacles and challenges you face other than funding, if applicable, in addressing Goal 1.**
   - Collaboration: Identifying additional collaboration opportunities with campus partners including student affairs, academic affairs and faculty.
   - Training: Identifying opportunities for cross trainings amongst various units in student affairs
   - Resources: Identify resources that can be utilized for training purposes

**Goal 2: Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity in faculty, staff, students and executive, administrative and managerial positions.**

**2_1. List and describe the targeted programs your unit uses to attract underrepresented students, faculty, and/or staff.**
   1. Residential Learning Community Programs
   - *Transfer United:* Transfer United (TU) is a collaborative effort designed to promote your seamless transition as a junior transfer student to the University of North Carolina at Chapel Hill.
   - UNITAS: UNITAS is a living-learning community dedicated to building community, tolerance and understanding among individuals of diverse backgrounds and spreading these values throughout the larger community.

3

- *Language and Cultural Houses*
  - o Chinese House: The mission of the Chinese House Residential Learning Program is to offer UNC students the opportunity to pursue their interests in a foreign language and culture beyond the classroom.
  - o Spanish House: La Casa is a community of students dedicated to improving the Spanish language skills and exploring the Latina/o culture. To that end, we challenge each other to maintain an environment of immersion and cooperative learning.
  - o Carolina Millennial Scholars program: The Carolina Millennial Scholars Program, or CMSP, aims to enhance and enrich student life and learning among first-year undergraduate and transfer minority males.
2. Decision Day events through ODMA: A housing staff member is present at Decision day events to educate students and parents about DHRE, living on campus and the various programs and initiatives that happen on campus.
3. Attended cultural student organizations' meetings that targeted underrepresented students with the goal of sharing our department's student leadership opportunities (RA position)

**2_2. List and describe retention programs/efforts to retain diverse students, faculty and/or staff, and the impact (supported by data) of such efforts, if applicable.**
1. Equity and Inclusion Professional Development Plan (explained under Goal 1.1)
2. International Student Workgroup: This workgroup is made of professional staff members from the International Student Scholar and Services (ISSS) and DHRE. As a results of this workgroup, there have been a series of educational sessions geared towards engaging first year international students in the residence halls. These events were publicized on various websites and social media sites managed by ISSS.

**2_3. List and describe programs and efforts to support diverse students, faculty and staff development or success, and the impact (supported by data) of such efforts, if applicable.**
1. **First Year Experience Minority Male Gathering:** These are monthly gathering for first year Men of Color in the residence halls. Minority male students are provided with resources needed to be successful at UNC while getting an opportunity to engage with faculty and staff. This is a partnership with DHRE and the Center for Student Success and Academic Counseling. A total of 4 session and approximately 18 first year minority males participated in this programs during the spring semester.
2. **International Students gathering:** These gatherings, hosted by DHRE and ISSS, create a space for first year international students to meet each other students and share various resources that is needed to be successful at UNC. A total of 3 gathering occurred in spring 2015 and 14 first year international students participated in these gathering. Various international students across the residence halls take ownership on organizing and publicizing these events.
3. **Social Justice Advocate Position:** This pilot program provided a space for residential students who are members of Community Government to discuss social justice issues. This spring, a total of 7 sessions were held with the social justice advocates. Sessions were centered on culture and socialization, privilege, oppression, bystander intervention and Allyship. A total of 32 students applied and 12 were selected to participate in this pilot program.
4. **Multicultural Advisor Program**: The Multicultural Advisor program promotes learning in the areas of multiculturalism, diversity and social justice through monthly staff development sessions co-facilitated by a Multicultural Advisor and a Community Director. Multicultural Advisors are resident advisors who receive additional training on social justice issues and facilitating group discussion on issues focused on multiculturalism.

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 122 of 131

They encourage and promote learning through dialogue, resident interactions and programming. Currently there are 37 Multicultural Advisors.

5. **First Year Experience (FYE) Social Justice Experience**: The SJE happened in three parts
   - Part 1: A field trip to the International Civil Rights Museum on February 7, 2015
   - Part 2: A presentation day at the Residential Education staff meeting on February 12, 2015
   - Part 3: A cohort-created programming effort on April 22, 2015 called, "What Does Social Justice Mean To You? An Art Gallery and Reception"

   Fifteen first-year students took part in this experiential trip to the International Civil Rights Museum in Greensboro, NC. Students got a guided tour of the museum. They saw and learned about the permanent exhibition that celebrates the nonviolent sit-in that catalyzed the Civil Rights Movement. The second part of the Social Justice Experience allowed the cohort to share their knowledge and reflections with the Residential Education group. The third part of the Social Justice Experience empowered these students to brainstorm and find a way to bring this information into the first-year communities. This was a way for them to put that education back out to their peers. This was a way for them to experience what it means to take action and be a change agent in their communities.

6. **Tunnel of Oppression:** The Tunnel of Oppression is a tour that engages participants in an immersive experience of scenes where individuals witness different forms of oppression through interactive acting, viewing monologues, and multimedia. Participants directly experience the following scenes of oppression: ability, body image, gender identity, homelessness, homophobia, religion, interpersonal violence, race, human trafficking, and mental health. At the completion of the Tunnel experience participants go through an active 30 minute processing session where they discuss the experience and learn how they can "rethink their role" in creating positive social change on our campus and in the broader society. This past February, 525 students, faculty, and staff engaged in the program.

## 2_4. List and describe any collaborations and partnerships to address Goal 2 and their impact (supported by data) if applicable.

- The Center for Student Success and Academic Counseling
- LGBTQA Center
- Carolina Union
- UNC Global- International Student & Scholar Services

## 2_5. List any other data point(s) that you consider important to advance Goal 2.
NA

## 2_6. List and describe your most successful strategies, if any, in increasing the presence of diversity in your area.

- The email communication to first year students appeared to be successful and was able to draw students towards applying to take part of the Social Justice Experience.
- With regard to diversity goal two, our most successful strategies have been through our professional staff recruitment and the implementation of the departmental Equity and Inclusion Professional Development Plan.

## 2_7. List obstacles and challenges you face other than funding, if applicable, in addressing Goal 2.

- Collaboration: Identifying additional collaboration opportunities with campus partners including student affairs, academic affairs and faculty.
- Staff time: New initiatives are great but participating staff members usually need to stay after hours to accommodate student schedule.
- Training: Identify opportunities for cross trainings amongst various units in student affairs
- Resources: Identify resources that can be utilized for training purposes

5

**Goal 3. Make high quality diversity education, orientation, and training available to all members of the University community.**

**3_1. List and describe the diversity education (credit and/or non-credit courses), orientation activities, and training offered or facilitated.**

1. Professional Staff
   - Racial Equity Institute: The Racial Equity Institute is an alliance of trainers and organizers committed to the work of anti-racist transformation. They provide their expertise in shaping the discourse in this workshop. Their approach is designed to help students, leaders, and organizations who want to proactively understand and address racism.
   - New Staff Introduction to Multicultural Competence: Multicultural Competency presentation presented to new Community Director Staff in July 2014.
   - DHRE Common Read: In the spring 2015, DHRE professional staff members read the book the "The Other Wes Moore" and had conversations around the book and how the information presented in the book could tie back to the student experience.
   - Green Zone Veteran's Training sponsored the Office of the Dean of Students
   - Mental Health Awareness training for DHRE in July 2014
   - DHRE Multicultural Competency Committee: This committee is made of professional staff members in DHRE that provide education and training to staff and students residing in the residence halls.

2. Student Staff
   - The Multicultural Advisor program (described previously) facilitated modules on the following topics the during 2014-2015 school year include:
     - Who am I and what do I bring?
     - Power and Privilege
     - Cultural Competence
     - Mental Health
     - Body Image
     - Exploring Sexuality
     - Student Veterans
   - Student Staff Training Summer and Midyear Training sessions
     - Introduction to Multicultural Competence
     - Multicultural Competence Session for returning staff
     - Inclusive Language
     - Understanding your role through a Multicultural lens

3. Residential Students
   - Community Government Social Justice Advocate Position (mentioned above)
   - First Year Experience Social Justice Experience (mentioned above)
   - UNITAS RLP
   - Spanish House RLP
   - Chinese House RLP

**3_2. Number and percentage of students, faculty and staff who attended diversity education, orientation, and training from June 2014-May 2015.**

- Full Time staff- 49 (participate in the Equity and Inclusion Professional Development plan and 21 in the Common Read)

6

- 49 DHRE staff also participated in the Mental Health awareness training in July
- Student staff-400 (participate in trainings throughout the year)
- Community Government -12 participated in the Social Justice Advocate position
- 15 first year students engaged in the Social Justice Experience

**3_3. Describe the impact (supported by data) of the diversity education, orientation, and training if applicable.**

1. The Multicultural Advisor Program: Participants reported the most growth (37%) in their ability to openly discuss and address culturally insensitive behaviors after participating in the MA series. The ability to understand how their identities influence their attitude and behavior was the second most developed area according to student responses with a 27% increase. Students reported a 21% increase in their ability to engage with people different from themselves and a 16% increase in their ability to consider more than one perspective.

2. Tunnel of Oppression
   - When asked to respond to the open-ended prompt: Given your TOP experience, the happy hall reflection, and the group debrief, explain the impact this program has had on you, 278 out of 339 (82%) people responded. These responses grouped into four themes of knowledge acquisition and awareness (151 comments), personal reflection and emotional response (99 comments), feedback (62 comments), and feeling a call to action (34 comments).
   - Respondents reported an increase in their awareness by 48% around the topic of undocumented students, 30% around the topic of learning disabilities, 15% around the topic of interpersonal violence, 19% around spirituality and sexuality, 23% around homelessness, and 37% around human trafficking.
   - When asked to list one fact or idea that they did not know before participating in TOP, participants cited facts around human trafficking, gender identity, homelessness, transgender community, and posttraumatic stress disorder.

3. Student Staff Training

| Programming | Before Mean | After Mean |
|---|---|---|
| Your ability to implement inclusive programs | 2.55 | 3.32 |

- During BCDs, new RAs also address a number of scenarios requiring multicultural competence. Overall in this area, RAs are still developing.



- This information demonstrates that the week and a half of training that students engage before they address BCDs scenarios is effectively giving students the knowledge, awareness, and skills needed to handle the most frequent CLS violations in the residence halls and begin to broach difficult multicultural scenarios.

7

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 125 of 131

4. FYE Social Justice Experience Assessment Results
   - Through presentations, students demonstrated a transition from beginner to developing in their ability to articulate 3-5 ideas challenged or confirmed by their experience
   - Through presentations, students showed a transition from beginner to developing in their ability to connect content from the museum to their own attitudes and beliefs.
   - Through presentations, students displayed the development of their ability to articulate how the experience influenced their views on social justice.
   - After participating in this experience, 100% of respondents reported that they developed relationship(s) with other students participating in this experience and built connections with students from diverse backgrounds.
   - After the Social Justice Experience, 75% of respondents reported that they built connections with a Student Affairs or Housing and Residential Education staff member and that they maintained relationships they formed with other participants from the Social Justice Experience.

**3_4. List any other data point(s) you consider important to advance Goal 3.**
   NA

**3_5. List and describe your most successful strategies, if any, in improving the awareness of the importance of diversity within your school/unit and beyond.**
   - Through the Multicultural Advisor program, we have trained student staff on how to engage and manage difficult conversations specific to diversity, identity and systems of oppression. This program has also served as a space for student staff to plan and implement active and passive programs around these topics.
   - The FYE social justice experience provided an experiential learning opportunity for first year students to get engaged with each other around our history while building relationships with other students and staff.
   - The social justice advocate pilot program provided a group of residential students who are members of community governance an opportunity to have ongoing discussion and dialogue around social justice issues that are happening on campus and around the USA.

**3_6. List obstacles and challenges you face other than funding, if applicable, in addressing Goal 3.**
   - Encourage staff to engage in discussion and self-exploration around topics specific to diversity. This exploration will hopefully allow them to see the impact in their current roles while also looking at personal values and ethics.
   - *Collaboration:* Identifying additional collaboration opportunities with campus partners including student affairs, academic affairs and faculty.
   - *Staff time:* New initiatives are great but participating staff members usually need to stay after hours to accommodate student schedule.

**Goal 4. Create and sustain a climate in which respectful discussions of diversity are encouraged and take leadership in creating opportunities for interaction and cross group learning.**

**4_1. List and describe inter-group interaction and cross group learning opportunities offered or facilitated.**
- Training for the Multicultural Advisor Program

8

- o   Monthly trainings for student staff and community directors to engage their respective staff on the assigned topic
- DHRE Common Reading Discussion
  - o   Small group discussion based on the book "The Other Wes Moore" The book is about two kids with the same name, living in the same city. One grew up to be a Rhodes Scholar, decorated combat veteran, White House Fellow, and business leader. The other is serving a life sentence in prison for felony murder.
- Tunnel of Oppression: See section 2.1, #6

- The social justice advocate pilot program provided a group of residential students who are members of community governance an opportunity to have ongoing discussion and dialogue around social justice issues that are happening on campus and around the USA.
- The FYE social justice experience provided an experiential learning opportunity for first year students to get engaged with each other around our history while building relationships with other students and staff.


**4_2. List the number and percentage of students, faculty and staff who participated in the inter-group interaction and cross group learning.**

1. Multicultural Advisor Program
   - 44 Multicultural Advisors
   - 18 Community Directors
   - 250 Resident Advisors

2. Common Reading Discussion
   - 31 staff members

3. Tunnel of Oppression
   - 526 participants

4. The Social Justice Advocate position
   - 12 participants

5. FYE Social Justice Experience
   - 15 participants


**4_3. Describe the impact (supported by data) of the interaction and cross group learning or change in climate in your area, if applicable.**
NA


**4_4. List any other data point(s) that you consider important to advance Goal 4.**
- Through the Multicultural Advisor program we have trained student staff on how to engage and manage difficult conversations specific to diversity, identity and systems of oppression. This program has also served as a space for student staff to plan and implement active and passive programs around these topics.
- Increase in opportunities for professional staff to engage in trainings

9

**4_5. List and describe your most successful strategies, if any, in engaging members in your school or unit in respectful conversation and cross group learning.**

- Through the Multicultural Advisor program, we have trained student staff on how to engage and manage difficult conversations specific to diversity, identity and systems of oppression. This program has also served as a space for student staff to plan and implement active and passive programs around these topics.
- The FYE social justice experience provided an experiential learning opportunity for first year students to get engaged with each other around our history while building relationships with other students and staff.
- The social justice advocate pilot program provided a group of residential students who are members of community governance an opportunity to have ongoing discussion and dialogue around social justice issues that are happening on campus and around the USA.

**4_6. List obstacles and challenges you face other than funding, if applicable, in addressing Goal 4.**

- Encourage staff to engage in discussion and self-exploration around topics specific to diversity. This exploration will hopefully allow them to see the impact in their current roles while also looking at personal values and ethics.
- *Collaboration:* Identifying additional collaboration opportunities with campus partners including student affairs, academic affairs and faculty.
- *Staff time:* New initiatives are great but participating staff members usually need to stay after hours to accommodate student schedule.


**Goal 5. Support further research to advance the University's commitment to diversity and to assess the ways in which diversity advances the University mission.**

**5_1. List and describe examples of diversity related research and/or assessment supported in your area, if applicable.**

- The majority of our diversity related programs or programs that incorporate diversity training are assessed including
    - Tunnel of Oppression
    - Multicultural Advisors
    - The Social Justice Experience
    - Social Justice Advocates
    - Professional Staff Recruitment Efforts
    - Student Staff Recruitment Efforts
    - Student Staff Training

**5_2. List examples of diversity related research and/or assessment published or presented by faculty, staff, or administrators in your unit.**

- Although there were no research published, there were some innovative items assessed this academic year that we hope to publish or present at conferences during the 2015-2016 academic year.
- Examples of diversity related assessment are provided in section 3.3.

**5_3. Describe the perceived impact of the diversity related research and/or assessment on the community and beyond, if applicable.**

- Please see section 3.3.

10

**5_4. List and describe assessment(s), if any, that you conducted (are conducting) to measure the impact or success of your diversity-related program(s), and/or the positive change of the climate for all members of the community.**

- An end of term assessment was conducted on residential students who participated in the Social Justice pilot program. The data is currently being analyzed and coded.
- An end of year assessment was conducted on the multicultural advisor program. The data is currently being analyzed.
- An end of year program assessment was conducted on the Tunnel of Oppression. Please see results above.
- An end of year assessment was conducted on the FYE Social Justice Experience. The results are being analyzed in an effort to provide improvements to the experience next academic year.

**5_5. List and describe your most successful strategies, if any, in engaging your faculty, staff, and students in diversity related research and assessment.**

- Ensuring that partners are aware of new programs and initiatives in DHRE.

**5_6. List obstacles and challenges you face other than funding, if applicable, in addressing Goal 5.**

- Learning about the resources that ODMA provides as it relates to the collective research occurring at UNC related to retention and the student experience of underrepresented and diverse populations.
- Continuing to brainstorm strategies to engage other campus partners.

**Additional Questions**

Please list the total dollars spent on diversity-specific programs in your area in fiscal year 2014-15.
NA

Does your school/unit have strategic plans to advance the university diversity goals?
- ❍ **Yes (1)- In progress**
- ❍ No (2)

If yes to last question, do you have assessment plans to measure the extent to which your diversity goals or objectives are achieved?
- ❍ **Yes (1)**
- ❍ No (2)

If you have strategic plans and the associated assessment plans, please share them here.
NA

<div align="center">

**You have completed the report. Thank You!**

</div>

11

**Exhibit 10 to Blattner Declaration**



| | Means | Frequencies | Scaled Questions by Factor | Means by Category | Frequencies by Category |
|---|---|---|---|---|---|

Number responding, **standard deviation** and **mean** of the questions by **factor**
Use Report Selections to customize the information appearing in your reports.

Order: 36872 > ACUHO-I/Benchworks Resident Assessment

Population: The University of North Carolina at Chapel Hill > All Respondents (no filter selected) **(2562 responses)**

| Report Selections | Close |
|---|---|

Choose Factor: Factor 13. Learning: Diverse Interactions        ● Mean   ○ Frequency

Advanced Options

Display Factors containing: [          ]  [Go]

Show up to [1] Factor(s) per Report Page          Report Page [1] of 1

| | Mean | Std Dev | N | % Responding |
|---|---|---|---|---|
| **Factor 13 . Learning: Diverse Interactions** | 4.98 | 1.60 | 2348 | 91.7 % |

| Question | N | Std Dev | Mean |
|---|---|---|---|
| Q083. Diverse Interactions - To what degree has your on-campus housing experience helped you: Interact with residents who are different from you (i.e., race, gender, beliefs) | 2326 | 1.72 | 5.11 |
| Q084. Diverse Interactions - To what degree has your on-campus housing experience helped you: Understand other residents by putting yourself in their place | 2272 | 1.73 | 4.77 |
| Q085. Diverse Interactions - To what degree has your on-campus housing experience helped you: Benefit from the interactions with residents who are different from you | 2295 | 1.70 | 5.05 |

Show up to [1] Factors(s) per Report Page          Report Page [1] of 1

back to top

Report: Factors
Report Generated: 2/29/2016 2:55 PM

ACUHO-I/Benchworks Resident Assessment (Order: 36872)
Population: The University of North Carolina at Chapel Hill > All Respondents (no filter selected)

Case 1:14-cv-00954-LCB-JLW   Document 157-10   Filed 01/18/19   Page 131 of 131