# EXHIBIT 75

# Declaration of W. Fitzhugh Brundage

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

                                   **Plaintiff,**

**v.**

**UNIVERSITY OF NORTH CAROLINA et al.,**

                                   **Defendants.**

## DECLARATION OF W. FITZHUGH BRUNDAGE

## DECLARATION OF W. FITZHUGH BRUNDAGE

I, W. Fitzhugh Brundage, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1.  I am the William B. Umstead Distinguished Professor and Department Chair in the Department of History at the University of North Carolina at Chapel Hill (UNC-CH). I have been on the faculty at UNC-CH since 2002. Prior to coming to North Carolina, I taught history at the University of Georgia, Queen's University in Kingston, Ontario, and the University of Florida. This is my twenty-ninth year teaching at the University level.

2.  I received my Bachelor of Arts in History at the University of Chicago. I received my Master of Arts and Ph.D. in History at Harvard University.

3.  My general research interests are American history since the Civil War, with a particular focus on the American South. I have written on lynching, utopian socialism in the New South, and white and black historical memory in the South since the Civil War. My current research project is a book on debates about torture in the United States from the time of European contact to the twenty-first century.

4.  I am a White male.

5.  Brundage Declaration Exhibit 1 contains a true and correct copy of my current curriculum vitae. Brundage Declaration Exhibit 2 is my photograph from my

UNC webpage.  Brundage Declaration Exhibit 3 is syllibi I have used in my courses at UNC.

## The Educational Benefits of Diversity

6.      I believe it is critical from a pedagologic standpoint to have a diverse student body.  The education in my courses is greatly enriched when we have students from different racial and ethnic backgrounds, because students have the opportunity to hear from classmates with different experiences and perspectives.

7.      Among the courses I teach are seminars on Modern American History and the History of the American South.  When students think of Southern history, they tend to think of white southern culture.  However, it is absurd and impossible to teach the history of the South without incorporating a fully expansive view of African-American history. As we learn about this broad history, it adds great value to the course to have students from different backgrounds.  Race is ubiquitous throughout the readings and diversity and student engagement is crucial.

8.      As one example, I had an African-American female student from eastern North Carolina.  In the course, I had students read about southern food and tried to get them to think about the broader social regional consequences of food ways.  She was very effusive and vocal about how dangerous the food ways were in her family.  She had struggled to lose weight, which was crucial due to her family's health problems.  I could have made the same points that she did but it was more impactful coming from her rather than a white academic.  It was enormously compelling that she could speak to the topic we were discussing.

2

9. I am very keen to have minority students in my Southern history class because of the historical perspective they bring. In classes with only white students, which I have had happen, the students have to speculate and channel what they assume an African-American peer would say about this or that topic. Given the subject matter, it is essential to have a diverse student body so that students have a robust and fully inclusive conversation about the history of the South.

10. I also teach a large lecture course about the history of popular American music, Social History of American Popular Music, HIST 125. The central theme is consumerism and technology, but other crucial themes are race and voice in American society. In the realm of popular American music, the role of African-Americans in consumption and creation is inextricable. It is really valuable to have Black students in that class.

11. Most of our white students from North Carolina come from Baptist, Methodist, or Episcopalian backgrounds, and the musical tradition of those churches has not contributed enormously to popular music genres. Some of our African-American students, however, come from traditions that transformed popular American music and those students can contribute firsthand experiences. For example, I am Episcopalian and at my church, we have organ music while at an African-American church, they may have a funk band or a rock band. The African-American church community has been a conservatory for popular American music, and African-American students can speak about the origins of popular music with a level of familiarity. While White, protestant churches have seen popular music as profane and not sacred, African-American churches

3

can turn music of the street into sacred music. Generations of black women sing in church and have careers, like Aretha Franklin and Whitney Houston. Students who go to mainline white, Southern denominations experience a different musical tradition. In terms of music, I want students to think about how different communities consume popular music and the ways that they consume it.

12. One striking thing about the last two generations is that there is little generational divide over music between children and parents. This is partially because of CDs and how all music is archived. Among undergraduates, classic rock seems to be the favorite. They are listening to their parents' music and are surrounded by all recorded music ever available. They may go to concerts with their parents. When you get to rap, there is a divide because many parents aren't fans of rap music yet. However, both what is shared and distinctive can be enriching, and students can share their families' experience with music.

13. I teach the popular music class twice a week and Teaching Assistants ("TAs") lead recitations nine times a semester. Recitations are very important for a class of 150 students. They encourage students to speak very vigorously and share their experiences, musical tastes and perspectives with their classmates.

14. I assign three essays over the course of the semester and there is a recitation tied to each essay topic. The first essay I assign is about sheet music from the turn of the 20th Century. I want students to understand that, before records, sheet music was how popular music was commercialized. It was printed on a vast scale and consumed by performing it. The late 19th and early 20th centuries was the height of ragtime, "coon"

4

songs, and vaudeville. Students go to the library archives and are asked to identify three pieces from the era and write essays about the lyrics, sheet music, and cover art. They engage with the primary source. "Coon" songs were written by whites and African Americans but the cover art is often viciously racist. I tell students that there is no way to avoid this history—it is what popular music was about. Race was at the very center, and there are depictions of African Americans by blacks and whites. While students do not have to pick sheet music that deals with race, many of them do. They bring copies of the sheet music to recitation and workshop it together. It gets tricky because sometimes there are songs written by African Americans that use the clichés of the "coon" song genre, but they say some surprising things. In the workshopping, students start to see that it is similar to rap, where work within a genre sometimes subverts that genre. I want students to understand why people today are deeply troubled by the role of rap in propagating certain images in the same way "coon" songs did. There is a famous "coon" song that says "all coons look alike to me" which is by Raymond Crowder, a Black author. In the eyes of critics, it is not unlike rappers using the "N" word. Having diversity among students greatly enhances the way students grapple with these troubling historical issues.

15.     In the second assignment, I have students write the ethnography of a live concert. I have them talk about performance traditions and think about the role of performance in popular music. They think about where conventions, norms, and expectations come from. I encourage them to go see a form of music that they don't normally listen to. Many white students go to black Pentecostal churches. There was one fraternity member who went to a lesbian folk concert and wrote a great essay.

Diversity is crucial to the experience—I don't want them all going to see Coldplay, but rather, to find a variety of sources of popular music.

16.     The last assignment I have my students write is their musical genealogy.  I ask them to do a family history based on oral history and to trace their history of producing and consuming music.  We then see how well it meshes or how much it diverges from what I have said in class.  They do not present these to the whole class but they share them in recitation and I post the best essays on Sakai, a share site.  There is an exotic fusion of culture represented in these papers—not just African-American culture but culture shared by students whose parents were immigrants from places like Ecuador and Cuba.

17.     I take the best essay writers from each assignment and they go to lunch together.  That small group gets a chance to talk to and get to know one another.

18.     Greater diversity would enhance the class even more.  I have comparatively fewer Latino students, and the students are not necessarily representative of the bulk of North Carolina's Latino population.  Often my students' parents are first-generation American.  Many do not have an immigrant or Central American background.  They grew up in the working class and typically are not familiar with Mexican popular music. I look forward to having students in my class who are familiar with a variety of styles of music.  I want to figure out a way to move the influences of Central American and Caribbean music more into the course.

19.     Sometimes, we learn that it is not about the differences.  Students expect the racial divide to be marked and glaring.  There are times when students expect

6

differences but once they are in conversation, they realize there aren't any. This is a powerful learning experience for them as well.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 08/15/2017

W. Fitzhugh Brundage

**Exhibit 1 to Brundage Declaration**

**W. Fitzhugh Brundage**
**Department of History**
**Hamilton Hall, CB #3195**
**University of North Carolina**
**Chapel Hill, NC 27599-3195**
**919-962-9824**
**919-962-1403 (fax)**
**brundage@email.unc.edu**

## EDUCATIONAL BACKGROUND

| | | | |
|---|---|---|---|
| Ph.D | November 1988 | History | Harvard University |
| M.A. | September 1984 | History | Harvard University |
| B.A. | June 1981 | History | University of Chicago |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2002-present | William B. Umstead Professor | University of North Carolina |
| 1999-2002 | Professor of History | University of Florida |
| 1997-1999 | Associate Professor of History | University of Florida |
| 1995-1997 | Associate Professor of History | Queen's University, Kingston, Ontario |
| 1989-1994 | Assistant Professor of History | Queen's University, Kingston, Ontario |
| 1988-1989 | Instructor of American History | University of Georgia |

## HONORS

| | |
|---|---|
| 2006 | Lilian Smith Award for The Southern Past, Southern Regional Council |
| 2006 | Charles Sydnor Award for distinguished book in southern history, Southern Historical Association |
| 1998 | A Socialist Utopia in the New South named a Choice Outstanding Academic Book of the Year, 1997 |
| 1994 | Merle Curti Award for Best Book of Social History, awarded by the Organization of American Historians (1994) |
| 1992 | Elliot Rudwick Award for Best Work on Afro-American History published by the University of Illinois Press |
| 1991 | A.S.U.S. Teaching Excellence Award, Queen's University |
| 1990 | E. Merton Coulter Award for Best Article on Georgia History, Georgia Historical Society |

## GRANTS & LEAVES

| | |
|---|---|
| 2011-2012 | John Simon Guggenheim Fellowship |
| 2011-2012 | Rogers Distinguished Fellow in 19th-Century American History, Huntington Library (declined) |
| Fall 2011 | Reynolds Competitive Research Leave, University of North Carolina at Chapel Hill |
| July 2011 | Support for Scholarship, Research, or Creative Activity in the Humanities and Fine Arts grant from the Institute for the Arts and Humanities and the Vice Chancellor for Research and Economic Development, |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 11 of 53

UNC ($5,000)

| | |
|---|---|
| 2010-2012 | LSTA Grant, State Library of North Carolina ($150,000) for "Commemorative Landscapes of North Carolina" project |
| 2006 | Academic Leadership Fellow, Institute of Arts and Humanities, UNC-Chapel Hill |
| Fall 2004 | Institute for the Arts and Humanities Fellow, University of North Carolina - Chapel Hill |
| Fall 2003 | Research and Study Assignment |
| 1999 | Mellon Summer Research Fellowship, Virginia Historical Society ($1000.00) |
| 1998 | American Philosophical Society fellowship ($5000.00) |
| 1998 | University of Florida Fine Arts and Humanities Scholarship Enhancement Fund Summer Research Grant ($5000.00) |
| 1998 | American Philosophical Society Summer Research Grant, Summer 1998 (Declined in order to accept internal funding) |
| 1997 | Kirk Visiting Scholar, Agnes Scott College, Spring 1997 |
| 1996-1997 | American Council of Learned Societies Fellowship ($40,000.00) |
| 1995-1996 | National Humanities Center Fellow |
| 1995-1996 | Whitney Humanities Center Fellowship, Yale University, (Declined) |
| 1994 | Advisory Research Council, Queen's University Research Grant |
| 1993 | Advisory Research Council, Queen's University Research Grant |
| 1992-1995 | Social Science and Humanities Research Council of Canada (SSHRC) 3-year research grant ($28,000.00 CDN) |
| 1991 | Advisory Research Council, Queen's University Research Grant |
| 1990 | Advisory Research Council, Queen's University Research Grant |
| 1989 | Advisory Research Council, Queen's University Research Grant |


## DIGITAL HUMANITIES PROJECT

"Commemorative Landscapes of North Carolina" http://docsouth.unc.edu/commland/
A digital inventory and archive of the monuments, shrines, public art, and spaces in North Carolina. To date the site contains more metadata on more than 600 sites, along with supporting primary sources, images, and historical essays. When completed the site will contain materials on more than 1000 monuments and will be the most complete historical resource on monuments in any state in the nation.


## PUBLICATIONS
## BOOKS, SOLE AUTHOR
The Southern Past: A Clash of Race and Memory (Cambridge: Harvard University Press, 2005), 418 pages.

A Socialist Utopia in the New South: The Ruskin Colonies in Tennessee and Georgia, 1894-1901 (Urbana: University of Illinois Press, 1996), 263 pages

Lynching in the New South: Georgia and Virginia, 1880-1930 (Urbana: University of Illinois Press, 1993), 375 pages

˘2˘

**BOOKS, EDITED**

<u>Beyond Blackface: African Americans and the Creation of American Popular Culture, 1890-1930</u> (Chapel Hill: University of North Carolina Press, 2011), 373 pages

<u>Booker T. Washington and Black Progress: A Centenary of Up From Slavery</u> (Gainesville: University Press of Florida, 2003), 227 pages

<u>Up From Slavery</u> by Booker T. Washington (Bedford/St. Martin's, 2002), 240 pages

<u>Where These Memories Grow: History, Memory, and Regional Identity in the American South</u> (Chapel Hill: University of North Carolina Press, 2000), 366 pages

<u>Under Sentence of Death: Essays on Lynching in the South</u> (Chapel Hill: University of North Carolina Press, 1997), 330 pages

**BOOKS, CONTRIBUTOR**

"Introduction," in Bruce E. Remembering and Carole Emberton, eds., <u>Reconstruction: Struggles over the Meaning of America's Most Turbulent Era</u> (Baton Rouge: Louisiana State University Press, 2017)

"Reconstruction in the South," <u>Journal of the Civil War Era</u> 7 (March 2017) https://journalofthecivilwarera.org/forum-the-future-of-reconstruction-studies/reconstruction-in-the-south/

"Interrogation, Torture, and Confession in William Faulkner's <u>Light in August</u>," in Jay Watson, ed., <u>Faulkner and History</u> (Oxford: University Press of Mississippi, 2017), 108-121.

"The Long Shadow of Torture in the American South," in Fred Hobson and Barbara Ladd, <u>The Oxford Handbook of the Literature of the American South</u> (New York: Oxford University Press, 2016), 114-137.

"From Appalachian Folk to Southern Foodways: Why Americans Look to the South for Authentic Culture," in Martyn Bone, ed., <u>Creating and Consuming the American South</u> (Gainesville: University of Florida Press, 2015), 27-48.

"African American Artists Interpret the Civil War in a Post-Soul Age" in Thomas Brown, ed. <u>Remixing the Civil War: Meditations on the Sesquicentennial</u> (Baltimore: Johns Hopkins University Press, 2011), 156-179.

"The Civil War as a Good War," in Susan O'Donovan, ed., <u>Teaching the Civil War in the Twenty-First Century</u> (Washington D. C.: National History Day and The History Channel, 2011), 59-67.

"Working in the 'Kingdom of Culture:' African Americans and American Popular Culture, 1890-1930", in W. Fitzhugh Brundage, ed., <u>Beyond Blackface: African Americans and the Creation of American Popular Culture, 1890-1930</u> (Chapel Hill: University of North Carolina Press, 2011), 1-42.

"Memory and Acadian Identity, 1920-1960," in Ursula Mathis-Moser and Günter Bischof, eds., <u>Acadians and Cajuns: The Politics and Culture of French Minorities in North America/ Acadiens et Cajuns: Politique et culture de minorites francophones en Amerique du Nord</u> (Innsbruk: Canadian Studies Centre of the University of Innsbruck, 2009), 55-70.

"Redeeming a Failed Revolution Confederate Memory," in William J. Copper Jr. and John M. McCardell, Jr., eds, <u>In the Cause of Liberty: How the Civil War Redefined American Ideals</u> (Baton Rouge: Louisiana State University Press, 2009), 126-136.

"Meta Warrick's 1907 'Negro Tableaux' and (Re)Presenting African American Historical Memory," in Daniel J. Sherman, ed., <u>Museums and Difference</u> (Bloomington: Indiana University Press, 2008), 205-249.

Foreword to William Ivy Hair, <u>Carnival of Fury: Robert Charles and the New Orleans Race Riot of 1900</u> (2008: Baton Rouge: Louisiana State University Press, 2008), xiii-xxiv

Foreword to Thornwell Jacobs, <u>The Law of the White Circle</u> (Athens: University of Georgia Press, 2006), vii-xiii

Foreword in Gregg Cantrell and Elizabeth Hayes Turner, eds., <u>Lone Star Pasts: Memory and History in Texas</u> (Texas A&M University Press, 2006), ii-xvi

"Thomas Dixon: An American Proteus," in Michele K. Gillespie and Randal L. Hall, eds., <u>Thomas Dixon Jr. and the Birth of Modern America</u>, (Louisiana State University Press, 2006)

"Whispering Consolation to Generations Unborn: Black Memory in the Era of Jim Crow," in Winfred B. Moore, Jr., Kyle S. Sinisi, and David H. White, Jr., eds., <u>Warm Ashes: Issues in Southern History at the Dawn of the Twenty-First Century</u> (Columbia: University of South Carolina Press, 2003), 341-356

"Reconsidering Booker T. Washington and Up From Slavery" in W. Fitzhugh Brundage, ed., <u>Booker T. Washington and Black Progress: A Centenary of Up From Slavery</u> (Gainesville: University Press of Florida, 2003), 1-18

"'Woman's Hand and Heart and Deathless Love': White Women and Commemorative Impulse in the New South, 1880-1930," in Cynthia Mills and Pamela Simpson, eds., <u>Monuments of the Lost Cause: Women, Art and the Landscapes of Southern Memory</u> (Knoxville: University of Tennessee Press, 2003), 64-82.

"A Utopian Frontier in the New South," in Peter H. Buckingham, ed., Expectations for the Millennium: American Socialist Visions of the Future (Greenwood Press, 2002), 93-110.

"Race, Memory, and Masculinity: Black Veterans Recall the Civil War, 1865-1915" in Joan Cashin, ed., The War Was You and Me: Civilian and the American Civil War (Princeton University Press, 2002), 136-156.

"White Women and the Politics of Historical Memory in the South, 1880-1920," in Jane Dailey, Glenda Gilmore, and Bryant Simon, eds., Jumpin' Jim Crow: Southern Politics from Civil War to Civil Rights (Princeton: Princeton University Press, 2000), 115-139

"No Deed But Memory," in W. Fitzhugh Brundage, ed., Where These Memories Grow: History, Memory, and Regional Identity in the American South (Chapel Hill: University of North Carolina Press, 2000), 1-28

"Le Reveil de la Louisiane: Memory and Acadian Identity, 1920-1960," in W. Fitzhugh Brundage, ed., Where These Memories Grow: History, Memory, and Regional Identity in the American South (Chapel Hill: University of North Carolina Press, 2000), 271-98 [Republished in J. William Harris, ed., The New South: New Histories (New York: Routledge, 2008), 186-209]

"Racial Violence, Lynchings, and Modernization in the Mountain South" in John Inscoe, ed. Appalachians and Race: the Mountain South from Slavery to Segregation (Lexington: University Press of Kentucky, 2000), 302-316

"The Roar on the Other Side of Silence": Black Resistance and White Violence in the American South," in W. Fitzhugh Brundage, ed., Under Sentence of Death: Essays on Lynching in the South (Chapel Hill: University of North Carolina Press, 1997)

"Class, Gender and Mob Violence in the South," in Identity and Intolerance: Nationalism, Racism, and Xenophobia in Germany and the United States (New York: Cambridge University Press, 1997), 137-154

REFEREED PUBLICATIONS
"John Brown: 'The Stone in the Historian's Shoe,'" Journal of The Historical Society 12 (March 2012): 79–96.

"Contentious and Collected: Memory's Future in Southern History," Journal of Southern History 75 (August 2009)

"A 59 Year Old Man with Racial Characteristics," Journal of Clinical Hypertension 9 (February 2007): 128-133

"The Ultimate Shame: Lynch-Law in the Post-Civil War American South," Social Alternatives 24 (Winter 2006): 28-31

"Reflections on Lynching Scholarship," <u>American Nineteenth Century History</u> 6 (September 2005): 399-412

"Meta Warrick's 1907 'Negro Tableaux' and (Re)Presenting African American Historical Memory," <u>Journal of American History</u> 89 (March 2003): 1368-1400

"Varn Mill Riot: Violence and Justice in the New South," <u>Georgia Historical Quarterly</u> 78 (Summer 1994): 257-280

"A Portrait of Southern Sharecropping: The 1911 and 1912 Georgia Plantation Survey of Robert Preston Brooks," <u>Georgia Historical Quarterly</u> 77 (Summer 1993): 367-381

"'To Howl Loudly': John Mitchell, Jr. and his Protest Against Lynching in Virginia," <u>Canadian Journal of American Studies</u> 22 (Winter 1991): 325-341

"Mob Violence: North and South, 1865-1940," <u>Georgia Historical Quarterly</u> 75 (Fall 1991): 748-770

"The Darien 'Insurrection' of 1899: Black Protest During the Nadir of Race Relations," <u>Georgia Historical Quarterly</u> 74 (Summer 1990): 234-253

"Slavery in Antebellum Rockbridge County, Virginia," <u>Proceedings of the Rockbridge County Historical Society</u>, Vol. 10 (1989): 333-344

<u>CO-WRITTEN PUBLICATIONS:</u>
"Masses: Mobilization versus Manipulation" (co-written with Konrad H. Jarausch), in Christof Mauch and Kiran Klaus Patel, eds., <u>The United States and Germany During the Twentieth Century: Competition and Convergence</u> (Cambridge: Cambridge University Press, 2010): 102-120

"Sanctioning Lynching: Discourse and the Legitimacy of Informal Justice in the American South" (co-written with Susan Jean), in Dermot Freeman, ed., <u>Informal Criminal Justice</u> (UK: Ashgate Publishing, Inc., 2002), 157-178

<u>NON-REFEREED PUBLICATIONS</u>
"Rationale of a Lynching," <u>Lincoln Center Theater Review</u> 20 (Fall 1998):13-14

"Commemoration and Conflict: Forgetting and Remembering the Civil War," <u>Georgia Historical Quarterly</u> 82 (Fall 1998): 559-574

<u>WORKS IN PROGRESS</u>
"The American Tradition of Torture": a book length manuscript on the history of torture in the United States from the age of European contact to the contemporary "war on terror."

˘6˘

**Editor and Contributor to a multi-author, single volume History of the American South for University of North Carolina Press.**

<u>**REVIEWS**</u>
**More than fifty reviews in the following journals: <u>American Historical Review</u>, <u>American Journal of Legal History</u>, <u>Arkansas Review</u>, <u>Atlanta History</u>, <u>Business History Review</u>, <u>Canadian Journal of American Studies</u>, <u>Canadian Journal of History</u>, <u>Georgia Historical Quarterly</u>, <u>Journal of American History</u>, <u>Journal of Blacks in Higher Education</u>, <u>Journal of the History of Sexuality</u>, <u>Journal of Interdisciplinary History</u>, <u>Journal of Southern History</u>, <u>Journal of Southern Religion</u>, <u>Journal of Southwest Georgia History</u>, <u>Labour\Le Travail</u>, <u>Left History</u>, <u>North Carolina Historical Review</u>, <u>Queen's Quarterly</u>, <u>Register of the Kentucky Historical Society</u>, <u>Reviews in American History</u>, <u>South Carolina Historical Quarterly</u>, <u>Southern Cultures</u>**

<u>**PRESENTATIONS, LECTURES, KEYNOTE ADDRESSES**</u>

| | |
|---|---|
| **April 2017** | **Invited Lecturer, "Unfinished Work: Historians and the History of Lynching in the United States," Lynching in Historical Perspective Mini-Conference, Emory University, Atlanta, GA** |
| **Nov. 2016** | **Invited Lecturer, "Frederick Douglass," Raleigh Civil War Roundtable, North Carolina Museum of History, Raleigh, NC** |
| **Nov. 2016** | **Invited Lecture, "Containing the Violence of the Civil War," University of Edinburgh, Edinburgh, Scotland** |
| **Nov. 2016** | **Invited Lecturer, ""Containing the Violence of the Civil War," Newcastle University, Newcastle UK** |
| **Nov. 2016** | **Invited Lecturer, James McCune Smith Memorial Lecture, "Torture, Slavery, Civilization and Human Rights in the United States 1820-1860," University of Glasgow, Glasgow, Scotland** |
| **Oct. 2016** | **"The Commemorative Landscape of North Carolina," Lives on the Hill Conference, North Carolina State University** |
| **July 2016** | **Presenter, "Torture, Slavery, Civilization and Human Rights in the United States 1820-1860," Torture Conference, Mansfield College, Oxford University** |
| **Feb. 2016** | **Invited Speaker, "Booker T. Washington: An Exemplary Citizen," Lynchburg College, Lynchburg, VA.** |
| **Nov. 2015** | **Invited Presenter, "The Commemorative Landscapes of North Carolina," North Carolina Preservation Consortium, 2015 Annual** |

Conference, Chapel Hill, NC

| | |
|---|---|
| **Nov. 2015** | **Commenter, "Honor and the Politics of Memory," Southern Historical Association Annual Meeting, Little Rock, AR.** |
| **Sept. 2015** | **Invited Speaker, "What is to be Done with the Commemorative Landscapes of the South?" Invited Public Lecture, Clemson University, Clemson, SC** |
| **Sept. 2015** | **Invited panelist, First Amendment Day Panel, School of Journalism, UNC-CH, Chapel Hill, NC** |
| **April 2015** | **Invited Presenter, "Causes Won and Lost: The End of the Civil War," 2015 Signature Conference, Virginia Sesquicentennial of the American Civil War Commission, University of Virginia, Charlottesville, VA.** |
| **April 2015** | **Invited Speaker, "The New Old War: New Perspectives on the Civil War" Symposium, City of Raleigh Museum, Raleigh, NC** |
| **March 2015** | **Invited Speaker, "The Civil War is Over!" SUNY Fredonia, Fredonia, NY** |
| **March 2015** | **Invited Symposium Co-Leader, "Controlling Black Bodies," University of Melbourne, Melbourne, AUS** |
| **March 2015** | **Invited Speaker, The American Tradition of Torture," University of Melbourne, Melbourne, AUS** |
| **Jan. 2015** | **From Problems to Solutions: Recruiting, Training, and Placing History PhDs in Non-Faculty Careers, Part 1: Building on Institutional Strengths: Career Services, Career Advising, and Career Placement," American Historical Association Annual Meeting, New York City, NY** |
| **August 2014** | **Invited Presenter, "The Strange Career of Southern Studies at UNC-CH," St. George Tucker Society, Atlanta, GA** |
| **July 2014** | **Invited Keynote Speaker, "Torture, Southern Violence, and Faulkner in Context," Faulkner and History: University of Mississippi Faulkner & Yoknapatawpha Conference, Oxford, MS** |
| **April 2014** | **Invited Presenter, "What Can We Learn From Reading a Monument," NC History Education Workshop, Chapel Hill, NC** |
| **March 2014** | **Keynote Speaker, Bartoli Graduate Student History Conference, Virginia Tech, Blacksburg, VA** |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 18 of 53

| | |
|---|---|
| March 2014 | Invited Speaker, "Slavery By Another Name," NC Museum of History, Raleigh, NC |
| Feb. 2013 | Presenter, "Memories of the Revolution in 19th Century North Carolina," Australian New Zealand American Studies Association Annual Meeting, Dunedin, NZ |
| Sept. 2013 | Invited Speaker, "Silent Sam: Memory and Controversy," Rotary Club of Chapel Hill, Chapel Hill, NC |
| May 2013 | Invited Presenter, "Echoes of the Civil War: How America Has Remembered," The Learning Center, Savannah, GA. |
| April 2013 | Invited Speaker, "Digital Humanities?" Department of History, UNC Wilmington |
| November 2012 | Invited Participant, Peabody Museum Daguerreotypes Symposium, Radcliffe Institute, Harvard University |
| November 2012 | Commentator, "Natchez, Novels, and Hollywood," Southern Historical Association Annual Meeting, Mobile, AL. |
| October 2012 | Public Presentation, "Torture and Civilization in the Age of Contact, 1500-1750," Triangle Early American History Seminar, National Humanities Center, RDU |
| October 2012 | Invited Keynote lecturer, "The National Roots of Lynching," "Without Sanctuary: A Conference on Lynching and the American South," University of North Carolina, Charlotte |
| April 2012 | Panelist, "The Revolution in American Life, " Organization of American Historians Annual Meeting, Milwaukee, WI. |
| April 2012 | Public Lecture, "From Grits to the Allman Brothers: Why Americans Look to the South for Authentic Culture, " Central Piedmont Community College, Charlotte, NC |
| February 2012 | Public Lecture, "African American Artists Interpret the Civil War in a Post-Soul Age," Mercer University, Macon, GA. |
| January 2012 | Commentator, "Owning the Past and Present in Nineteenth-Century America, " American Historical Association Annual Meeting, Chicago, IL. |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 19 of 53

| | |
|---|---|
| **November 2011** | Public Lecture, "Beyond Blackface: African Americans and the Creation of American Popular Culture, 1890-1930," National Portrait Gallery, Washington, D. C. |
| **November 2011** | Public Lecture, "The American Tradition of Torture," Tulane University, New Orleans, LA. |
| **October 2011** | Public Lecture, "Place and Memory: Hayti, North Carolina, " St. Joseph's Historic Foundation, Hayti Heritage Center, Durham, NC |
| **October 2011** | Frank L. Klement lecture, "The American Tradition of Torture," Marquette University, Milwaukee, WI. |
| **August 2011** | Bernard Bailyn lecture, "The Long History of American Torture," LaTrobe University, Melbourne, AUS |
| **August 2011** | Invited Presenter, Graduate Student Workshop on African Americans and American Mass Culture, Monash University, Melbourne, AUS |
| **August 2011** | Invited Presenter, "The Civil War as a Good War," Wars and Remembrance Symposia, Monash University, Melbourne, AUS |
| **June 2011** | Invited Panelist, "Historical Memory and American Race Relations through Mass Media," Hope & Healing: Black, White, and Native American Symposium, Tulsa, OK |
| **May 2011** | Invited Commentator, Contested Past: Memories and Legacies of the Civil War, Museum of History, Raleigh, NC |
| **March 2011** | Invited Panelist, "Slavery and the University: Histories and Legacies," Emory University, Atlanta, GA |
| **January 2011** | Invited Lecturer, "Teaching American History" Teachers' Institute, Virginia Beach, VA |
| **September 2010** | Commentator, "From Slave Narratives to the Negro Renaissance: History Making in the 1920s and 1930s, " Association for the Study of African American Life and History Meeting, Raleigh, NC |
| **September 2010** | Invited Lecturer, "Southern Nostalgia and Memory When the Old South Wasn't Old," Program in the Humanities and Human Values, UNC-CH |
| **August 2010** | Invited Presenter, "The Authentic South: The Uses of Southern Popular Culture in the Twentieth Century," Creating and Consuming |

the U. S. South Conference, University of Copenhagen, Denmark

| | |
|---|---|
| **June 2010** | **Invited Commentator, "Violence and Visibility: Historical, Cultural, and Political Perspectives from the 19th Century to the Present, " Humboldt University, Berlin, Germany** |
| **May 2010** | **Panelist, "Historians and Litigation," Historical Society Annual Meeting, Washington D. C.** |
| **March 2010** | **Invited Lecturer, "Torture in America: The Long View," Wabash College, Crawfordsville, IN** |
| **February 2010** | **Invited Guest, "The Walt Bodine Show," KCUR 89.3FM Kansas City, MO** |
| **February 2010** | **Invited Lecturer, "'The Roar on the Other Side of the Silence': White Violence and Black Resistance in the American South," Spencer Cave Black History Lecture, Park University, Parkville, MO** |
| **November 2009** | **Invited Panel Participant, "Black Politics," Triangle African American History Collective, UNC-CH** |
| **November 2009** | **Invited Lecturer, "Torture in America: The Long View," University of Pittsburgh, Pittsburgh, PA** |
| **November 2009** | **Commentator, "After the Border Dissolved: New Perspectives on Emancipation and Reconstruction in Kentucky," Southern Historical Association Annual Meeting, Louisville, KY** |
| **October 2009** | **Keynote, "John Brown: The Stone in the Historian's Shoe," John Brown, Slavery, and the Legacies of Revolutionary Violence in Our Own Time: A Conference Commemorating the 150th Anniversary of the Harpers Ferry Raid, Yale University, New Haven, CT** |
| **October 2009** | **Panel Participant, "Up From History: The Life of Booker T. Washington," Association for the Study of African American Life and History Annual Meeting, Cincinnati, OH** |
| **September 2009** | **Invited Lecturer, "African American Artists Interpret the Civil War in a Post-Soul Age," North Dakota State University, Fargo, ND** |
| **July 2009** | **Invited Participant, "Why History Matters: The Past in the Present," A Sydney Ideas Forum, University of Sydney, Sydney, AUS** |
| **July 2009** | **Invited Presenter, "New Directions in the Study of African American** |

˘11˘

Memory?" University of Sydney, Sydney, AUS

| | |
|---|---|
| **May 2009** | Seminar participant, "African Americans and the Creation of American Popular Culture," National University of Singapore, Singapore |
| **April 2009** | Invited Panelist, "Abraham Lincoln in the African American Historical Imagination" Race and Emancipation in the Age of Lincoln Conference, Howard University, Washington D. C. |
| **April 2009** | Invited Lecturer, "Unanswered Questions in African American Historical Memory," Yale University, New Haven, CT |
| **March 2009** | Invited Lecturer, "Abraham Lincoln in the Southern African American Historical Imagination," American Civil War Center, Richmond, VA |
| **February 2009** | Invited Lecturer, "The Historical Ku Klux Klan of William Christenberry's Klan Room Tableau,'" Washington & Lee University, Lexington, VA |
| **February 2009** | Commentator, Lincoln and the Civil War in Contemporary America Conference, Avery Institute Charleston, SC |
| **January 2009** | "Revisiting the Southern Past: Memory, Religion and History, " Institute for the Arts and Humanities, UNC-Chapel Hill, NC |
| **November 2008** | Invited Lecturer, "The Southern Past: A Clash of Race and Memory, " Charles Jackson Memorial Lecture, University of Tennessee, Knoxville, TN |
| **October 2008** | Invited Lecturer, "Contesting the Meaning of the Civil War: White Northerners, White Southerners, and African Americans and the Debate over the Civil War," Davidson College, Davidson, NC |
| **October 2008** | Invited lecturer, "Is Southern History Still a Front in the Culture Wars?", BB&T Heritage Lecture in American History, Barton College, Wilson, NC |
| **April 2008** | Commentator, "Challenging White Supremacy: From Mississippi to Manila, " New Perspectives in African American History and Culture, UNC-Chapel Hill, Chapel Hill, NC |
| **April 2008** | Invited lecturer, 2008 Dale Somers Memorial Lecture, Georgia State University, Atlanta, GA |

| | |
|---|---|
| **March 2008** | Commentator, "Nostalgia and History: Memorializing Racial Fantasies in Twentieth-Century America," Organization of American Historians annual meeting, New York City, NY |
| **March 2008** | Invited lecturer, Phi Alpha Theta Induction Ceremonies, UNC-Wilmington, Wilmington, NC |
| **January 2008** | Invited panelist, "An Insider's Guide to the Academic Job Market," American Historical Association annual meeting, Washington D. C. |
| **November 2007** | Commentator, "The Perils of Public Homage: State v. Mann and Thomas Ruffin in History and Memory," UNC-Chapel Hill, Chapel Hill, NC |
| **October 2007** | Invited speaker, "Turning Points in History Lecture Series," Utah Valley State College, Orem, UT |
| **October 2007** | Invited speaker, "The Clash of Race and Memory," University of North Florida, Jacksonville, FL |
| **October 2007** | Invited speaker, "White Southerners Remember the Civil War, " American Civil War Center sponsored lecture, Boston Public Library, Boston, MS |
| **September 2007** | Invited Presenter, "Acadians and Cajuns: The Politics and Culture of French Minorities in North America Conference, " University of Innsbruck, Innsbruck, AUS |
| **March 2007** | Invited speaker, Biever Guest Lecture Series, Loyola University, New Orleans, LA |
| **January 2007** | Commentator, "The Evolution of Emancipation Celebrations in American Culture," American Historical Association annual meeting, Atlanta, GA |
| **February 2007** | Keynote, "Revisiting the Southern Past: Memory, Religion, and History" Southern Intellectual History Circle, Mississippi State University, Starkville, MS |
| **February 2007** | Keynote, "Whose Past? Whose Memory? Contests Over the South's History," Historic Natchez Conference, Natchez, MS |
| **January 2007** | Invited speaker, "Commemorating Jamestown: A Clash of Race and Memory," Library of Virginia, Richmond, VA |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 23 of 53

| | |
|---|---|
| **November 2006** | **Commentator, "Race, Lynching, and Public Executions in the South and Southwest," Southern Historical Association annual meeting, Birmingham, AL** |
| **October 2006** | **Invited speaker, Mass Politics: Paradoxes of Participation," German Historical Institute, Washington, D. C.** |
| **May 2006** | **Invited speaker, "An Exemplary Citizen: Booker T. Washington, " 12th Annual Clinicopathological Conference, University of Maryland Medical School, Baltimore, MD** |
| **October 2005** | **Invited Speaker, "The Southern Past: The Contest of Race and Memory, " Library of Virginia, Richmond, VA** |
| **October 2005** | **Invited speaker, "Contested Memory in the American South, " North Carolina Museum of History, Raleigh, NC** |
| **October 2005** | **Invited commentator, "Coloring the Market: Color and Consumption," Dixie Emporium: Consumerism, Tourism and Memory in the American South, " Symposium for the Institute for Southern Studies, University of South Carolina, Thomson, GA** |
| **October 2005** | **Keynote, "Memory and the Teaching of History," Kentucky Association of Teachers of History, Frankfort, Kentucky** |
| **September 2005** | **Invited speaker, "Race, Repression, and Reconciliation: Berea College Symposium on the Black Experience in Appalachia and America," Berea, KY** |
| **September 2005** | **Elizabeth Roller Bottimore Lecture, University of Richmond, Richmond, VA** |
| **August 2005** | **Invited presenter, "Global History, Graduate Students, and the Job Market," American Historical Association Workshop for Directors of Graduate Studies, Washington D. C.** |
| **June 2005** | **Invited presenter, "The Civil War as God's Work: African-Americans interpret the Civil War," Civil War, Causes and Consequences Conference, Center for the Study of the United States, University of Toronto, Toronto, CAN** |
| **March 2005** | **Lyon Gardiner Tyler lecture, "A Duty Peculiarly Fitting to Women: Southern White Women, Public Space, and Collective Memory, 1880-1920, " William & Mary University, Williamsburg, VA** |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 24 of 53

| | |
|---|---|
| **February 2005** | Invited keynote, "The 'Authentic' South: Cultural Uses of the South in the Twentieth Century " Biennial Southern Historical Association lecture, at the Biennial Southern National Bank Symposium on Southern History, Rice University, Houston, TX |
| **March 2004** | Invited co-host, "Capstone Conversation: Emerging Issues in the Study of American Historical Memory," Organization of American Historians annual meeting, Boston, MA |
| **June 2003** | Invited presenter, "Using the Web to Create School-University Collaborations for Teacher Professional Development in United States History," American Historical Association "Innovations in Collaborations" conference, Alexandria, VA |
| **April 2003** | Roundtable chair, "Problems in American Historical Memory," Organization of American Historians annual meeting, Memphis, TN |
| **April 2003** | Keynote, "Thomas Dixon: An American Proteus," Thomas Dixon, Jr. And the Making of Modern America Symposium, Wake Forest University, Winston-Salem, NC |
| **January 2003** | Commentator, "Civil War and Civil Discourse: Reinterpreting the Tullahoma Campaign of 1863," American Historical Association annual meeting, Chicago, IL |
| **October 2002** | Invited presenter, "Why are We Here Today?" Lynching and Racial Violence in America Conference, Emory University, Atlanta, GA |
| **April 2002** | Keynote, "Meta Warrick's 1907 'Negro Tableaux' and (Re)Presenting African American Historical Memory," Annual Meeting of the Georgia Association of Historians, St. Simons, Island, GA |
| **February 2002** | Commentator, "National Landmarks and Virginia's Heroes of Two Wars," Virginia's Civil War and Aftermath: The Douglas Southall Freeman and Southern Intellectual History Conferences, University of Richmond, Richmond, VA |
| **November 2001** | Invited presenter, "Images of Lynching," Chicago Humanities Festival, Chicago Historical Society, Chicago, IL |
| **November 2001** | Invited speaker, "Arguing about the Civil War: White and Black Southerners and the Civil War, " Honors Program lecture, Santa Fe Community College, Gainesville, FL |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 25 of 53

| | |
|---|---|
| **October 2001** | Invited presenter, "Race, Religion, and Nationalism" Colloquium, Amherst College, Amherst, MA |
| **June 2001** | Keynote, "Meta Warrick's 1907 'Negro Tableaux' and (Re)Presenting African American Historical Memory," St. George Tucker Society annual meeting, Atlanta, GA |
| **November 2000** | Presenter, "Meta Warrick's 1907 'Negro Tableaux' and (Re)Presenting African American Historical Memory," "Woman's World, 1880-1920: From Object to Subject, " Reynolda House Symposium, Museum of American Art, Winston-Salem, NC |
| **November, 2000** | Commentator, "Historical Memory in the Era of the Civil Rights Movement," Southern Historical Association annual meeting, Louisville, KY |
| **October 2000** | Presenter, "Should Demographers be allowed to Study Lynchings?" Southern Demographers Association annual meeting, New Orleans, LA |
| **April 2000** | Presenter, "Tourism and the Pursuit of Authentic History in the South 1900-1940," Plantations of the Mind: Marketing Myths and Memories in the Heritage Tourism Industry conference, University of Charleston, Charleston, SC |
| **April 2000** | Presenter, "The Faith that the Dark Past Has Taught Us: The Practice of African American Memory in the South, 1865-1930, " Citadel Conference on the South, Charleston, SC |
| **April 2000** | Commentator, "Utopian Socialism in the Deep South," Georgia Association of Historians, Albany, GA |
| **October 1999** | B. F. Hall Lecture, "Memory, Race, and Southern Identity," University of North Carolina-Wilmington, Wilmington, NC |
| **October 1999** | Invited lecture, "Black Memory in the Age of Jim Crow," Department of Religion, University of North Carolina -Wilmington, Wilmington, NC |
| **April 1999** | Chair and commentator, "Violence and Vigilance in 20th Century Florida," Florida Historical Society Annual Meeting, Daytona Beach, FL |
| **March 1999** | Invited commentator, "The Segregated South," Sidney Sussex College, Cambridge University, Cambridge, England |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 26 of 53

| | |
|---|---|
| **November 1998** | Presenter, "Memory, White Women, and the Battle of Nashville Monument," Battle of Nashville Monument Symposium, Nashville, TN |
| **April 1998** | Invited speaker, "History, Memory and Southern Identity: The cul-de-sac of Southern Distinctiveness, " History Graduate Student Seminar, Duke University, Durham, NC |
| **November 1997** | Chair, "Oscar Micheaux's Within Our Gates," Chair, Southern Historical Association annual meeting, Atlanta, GA |
| **June 1997** | Commentator, Sexual Violence and Intimidation, Southern Association of Women Historians bi-annual meeting, Charleston, SC |
| **October 1997** | Chair and commentator, "Extraordinary Alliances: Cross-Cultural Politics in Turn-of-the-Century New York City, " American Studies Association annual meeting, Washington, D.C. |
| **June 1997** | Chair and commentator, "Mules, Migration, and Inland Rice: An Assemblage on the Modern South," Agricultural History Society Symposium, Chapel Hill, NC |
| **April 1997** | Keynote, "The Partnership of Professional Historians and Antiquarians in the South, 1890-1920," Historical Society of North Carolina annual meeting, Greensboro, NC |
| **March 1997** | Presenter, "White Women and Memory," Second Women and Historical Preservation Convention, Mesa, AZ |
| **March 1997** | Invited speaker, "The Problem of Memory in the Modern South," Public Lecture, the Valentine Museum, Richmond, VA |
| **January 1997** | Invited speaker, "Professional Historians and Antiquarians in the New South, 1890-1920," North Carolina State University History Department Seminar, Raleigh, NC |
| **November 1996** | Chair and commentator, "State and Civil Society in the American South and South Africa," Southern Historical Association Convention, Little Rock, AZ |
| **November 1996** | Invited speaker, "Embalming the Past in the Amber of History: Archives and Historical Memory in the South, 1890-1920, " North Carolina State Archives, Raleigh, NC |
| **October 1996** | Commentator, "Capital Punishment and Social Control in Europe and |

˘17˘

|              |                                                                                                                                                     |
|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|
|              | America," American Society for Legal History annual meeting, Richmond, VA                                                                            |
| May 1996     | Invited speaker, "No Deed But Memory: Historical Memory in the Modern South, " National Humanities Center, Research Triangle, NC                     |
| May 1996     | Commentator, "Contexts and Consequences of Lynching," Association for the Study of Afro-American Life and History annual meeting, Charleston, SC     |
| April 1996   | Invited speaker, "Thinking About White Women and Public Memory in the South, 1865-1920," Center for the Study of the American South, University of North Carolina, Chapel Hill, NC |
| January 1996 | Commentator, "Lynching in the Postbellum South," American Historical Association annual meeting, Atlanta, GA                                          |
| November 1995 | Invited speaker, "Historical Memory in the Modern South," University of North Carolina -Wilmington, Wilmington, NC                                   |
| October 1995 | Invited Speaker, "Historical Memory and Museums in the Modern South," Historic Lexington Foundation, Lexington, VA                                    |
| October 1995 | Commentator, "Memory: Southern Social and Cultural Comparisons," University of North Carolina, Chapel Hill, NC                                       |
| October 1995 | Chair and commentator, "Lynching in the Postbellum South," American Society of Criminology annual meeting, Boston, MA                                |
| October 1994 | Presenter, "A Freer, Fuller, Richer Life for Women: The Place of Women in the Ruskin Colony, 1894-1901, " Communal Societies annual meeting, Oneida, NY |
| June 1994    | Invited presenter, "Xenophobia, Racism, Nativism and National Identity and the United States," German Historical Institute, Washington D.C.          |
| April 1994   | Presenter, "Black Responses to Mob Violence," Conference on American Civil Rights, University of Helsinki, Helsinki, Finland                          |
| November 1993 | Commentator, "Murder in Faulkner's Oxford," Southern Historical Association annual meeting, Orlando, FL                                              |
| October 1993 | Presenter, "Patterns of Black Responses to White Mob Violence," Social Science History Association annual meeting, Washington D.C.                   |

˘18˘

| October 1993 | Presenter, "A Utopian Frontier in the New South?" Society for Utopian Studies annual meeting, St. Louis, MO |
| --- | --- |
| March 1993 | Invited speaker, "Black Protest and White Violence," College of Charleston, Charleston, SC |
| May 1992 | Invited speaker, "Black Protest and Southern Mob Violence, 1880-1930," Georgia Historical Society, Savannah, Georgia; Darien, Georgia, and Beach Institute, Savannah, GA |
| November 1991 | Presenter, "Varn Mill Riot: Violence and Justice in the New South, " Southern Historical Association annual meeting, Fort Worth, TX |
| April 1990 | Presenter, "Comparative Regional Approaches to White Violence and Black Responses in the American South, 1880-1930," Organization of American Historians annual meeting, Washington D.C. |
| October 1989 | Presenter, "Southern Mob Violence and the Social Sciences," Social Science History Association annual meeting, Washington D.C. |
| April 1989 | Presenter, "Toward the Twentieth Century: Lynching in the New South," Presenter, Southeastern Society of Nineteenth Century Studies annual meeting, Atlanta, GA |

## PROFESSIONAL SERVICE AT UNC-CH AND OTHER INSTITUTIONS

| 2017 | Member, Dean of the Graduate School's Ad hoc Committee on Graduate Education |
| --- | --- |
| 2017 | Member, Director of the University Libraries Search Committee |
| 2016 | Member, Center for Faculty Excellence Staff Search Committee |
| 2016 | Member, Anthropology/Archaeology External Review Committee |
| 2014-2015 | Member, Director of the University Library Reappointment Committee |
| 2013-present | Member, Dean's Advisory Committee |
| 2013-pres. | Chair, Department of History |
| 2012 | Chair, John Shelton Reed Distinguished Professor Search Committee |
| 2012 | Co-Chair, Tenure and Promotion Policies Revision Committee, Department of History |
| 2011-2013 | Elected Member, Salary Review Committee, Department of History, UNC-CH |
| 2011-pres. | Elected Member, (Chair, 2012-2013) Library Advisory Board, UNC-CH |
| 2010-11 | Member, Administrative Review Committee for the Dean of the Law School |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 29 of 53

| 2009-10 | Interim Chair, Department of History, UNC-CH |
|---------|----------------------------------------------|
| 2008-2012 | Evaluator, Humanities and Fine Arts Grants, University Research Council, UNC-CH |
| 2006-pres | Member, Board of Governors, University of North Carolina Press |
| 2006 | Keynote, Project for Historical Education Teachers Institute, UNC-CH |
| 2006 | Member of the Associate University Librarian Search, UNC-CH |
| 2004-2008 | Director of Graduate Studies, Department of History, UNC-CH |
| 2004 | Chair, Stephenson Chair in Civil War Era History, UNC-CH |
| 2002-2003 | Chair, Colonial Search Committee, UNC-CH |
| 2002-2008 | Department of History Graduate Committee, UNC |
| 2001 | University of Florida Tercentennial Planning Committee |
| 2000-2002 | University of Florida Humanities Center Task Force, University of Florida |
| 1999-2002 | Chair, Department of History, University of Florida |
| 1998-1999 | Graduate Coordinator, Department of History, University of Florida |
| 1998-1999 | Graduate Committee, College of Liberal Arts & Sciences, University of Florida |
| 1997-1999 | Chair of the African-American Target of Opportunity Search Committee, Department of History, University of Florida |
| 1997-1998 | Chair, Faculty Colloquium Committee, Department of History, University of Florida |
| 1997-1998 | Member, Ad Hoc Women Studies Drafting Group, Department of History, University of Florida |
| 1992-1995 | Undergraduate Chairman, Department of History, Queen's University |
| 1992-1995 | Executive Committee, Department of History, Queen's University |
| 1989-1992 | Undergraduate Committee Member, Department of History, Queen's University |

## PROFESSIONAL SERVICE TO DISCIPLINE

| 2016 | American Historical Association Diversity Initiative Selection Committee |
|------|-------------------------------------------------------------------------|
| 2016 | Committee Member, NEH Public Scholar Fellowship Selection Committee |
| 2013 | External Reviewer, Department of History, University of Alabama |
| 2012 | Nominating Committee, Southern Historical Association |
| 2010-2011 | Program Committee Chair, North Carolina Historical Society |
| 2009-2011 | Program Committee Member, 2011 American Historical Association Annual Meeting |
| February 2008 | Organizer and co-host, Southern Intellectual History Circle annual meeting, Chapel Hill, North Carolina |
| October 2007 | Organizer and host, "Beyond Blackface: African Americans and the Creation of American Mass Culture" conference, UNC-Chapel Hill, Chapel Hill, North Carolina |
| 2007-present | Organization of American Historians Distinguished lecturer |

| | |
|---|---|
| 2007 | Co-leader, Summer Teachers' Institute, National Humanities Center, Research Triangle Park, North Carolina |
| 2007-2009 | Participant, North Carolina School for Sciences and Math Teachers' Institute, Durham, North Carolina |
| 2006-2008 | Moderator, American Historical Association listserv for Directors of Graduate Studies |
| 2003 | Julia Cherry Spruill Prize Selection Committee Member, Southern Association of Women Historians |
| 2002-04 | American Council of Learned Societies Fellowship Selection Committee Member |
| 2002 | Annual meeting program Committee Co-Chair, Southern Historical Association |
| 2002 | Committee Member, Beveridge Prize, American Historical Association |
| 2001 | Co-leader, Summer Teachers' Institute, National Humanities Center, Research Triangle Park, North Carolina |
| 2001 | Program Committee, Southern Historical Association |
| 2001 | Chair, Albert Beveridge and John H. Dunning Prize Committee, American Historical Association |
| 2000 | Committee Member, Will Holmes Prize, Southern Historical Association |
| 2000 | Committee Member, Beveridge Prize, American Historical Association |
| 1998-1999 | Membership Committee, Southern Historical Association |

## OUTREACH

| | |
|---|---|
| April 2013 | "Commemorative Landscapes of NC," History Teaching Alliance, UNC Wilmington |
| Feb 2013 | Invited Presenter, "Commemorative Landscapes of North Carolina," North Carolina Center for the Advancement of Teachers, Ocracoke, NC |
| Jan 2013 | "Silent Sam in History and Memory," Public Lecture, Wilson Library, UNC, Chapel Hill |
| July 2012 | Invited Presenter, "Commemorative Landscapes of North Carolina," North Carolina Center for the Advancement of Teachers, Ocracoke, NC |

## EDITORIAL BOARD MEMBER

| | |
|---|---|
| 2015-present | Member of the Board of Editors, <u>Australasian Journal of American Studies</u> |
| 2002-2005 | Member of the Board of Editors of the <u>Journal of Southern History</u> |
| 1998-2001 | Member of the Board of Editors of the <u>Virginia Magazine of History and Biography</u> (1998-2001) |

## REVIEWED BOOK MANUSCRIPTS FOR:

Bedford/St. Martin's, Harvard University Press, Louisiana State University Press, McGraw-Hill, Northeastern University Press, Ohio State University Press, Oxford University Press, St. Martin's Press, University of Alabama Press, University of Georgia Press, University of Illinois Press, University of

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 31 of 53

Minnesota Press, University of Virginia Press, University Press of Florida, University of Kentucky Press, University Press of Mississippi

**REVIEWED ARTICLE MANUSCRIPTS FOR:**
Appalachian Studies, Canadian Journal of American Studies, Virginia Magazine of History and Biography, Georgia Historical Quarterly, Journal of Southern History, American Quarterly, Journal of American History, Pennsylvania History, Southern Spaces, Space and Culture

**PEER REVIEW OF RESEARCH PROPOSALS FOR:**
Quebec Fonds FCAR (Pour La Formation de Chercheurs et L'Aide a la Recherche), Social Science and Humanities Research Council of Canada, MacArthur Foundation, National Humanities Center

**PEER REVIEW OF TENURE AND PROMOTION FOR:**
Rice University, University of Western Florida, Portland State University, University of Mississippi, University of North Texas, Indiana University, George Mason University, University of Virginia, Florida State University, California – Santa Barbara, Colorado - Colorado Springs, Indiana University, George Mason University, University of Alabama, University of Georgia, University of Michigan, University of Missouri - Rolla, Pennsylvania State University, Massachusetts Institute of Technology, Miami University of Ohio, New York University, North Carolina State University, Mississippi State University, Western Michigan University, Texas Tech University, University of Texas – Arlington; University of Buffalo

**EXTERNAL REVIEW COMMITTEE MEMBER**
2017    University of Miami Department of History
2013    University of Alabama Department of History
2003    Wabash College Department of History
2002    Texas A&M, Southeastern Association of Colleges and Schools Accreditation Committee
2001    University of Georgia, Southeastern Association of Colleges and Schools Accreditation Committee

**EXTERNAL DISSERTATION COMMITTEE MEMBER:**
Duke University, Georgia Tech University, University of Alabama, University of Sydney

**CONSULTING WORK/ PROFESSIONAL SERVICE**
2006-07      Advisor, collection and mission revision, Matheson History Museum, Gainesville Florida
2003-04      Advisor, exhibit design, Cape Fear Museum, Wilmington, North Carolina
2001      Advisor, Listening Between the Lines/Reality Works documentary series on racial and ethnic conflict in American history

| | |
|---|---|
| 2000 | Invited participant, planning roundtable participant National Underground Railroad Freedom Museum in Cincinnati, Ohio |
| 1999 | Consultant and participant, Bill Brummell Productions/A&E documentary on vigilantes and lynching |

## LEGAL CONSULTING

| | |
|---|---|
| 2011 | Expert witness for death penalty appeals under the Racial Justice Act, North Carolina v. William H. Raines and North Carolina v. James E. Jaynes |
| 2008-09 | Expert witness, USA v. Norfolk Southern Railway Company (1:08-cv-01707-MBS) |
| 2005 | Expert witness, Jacqueline Duty v. Russell Independent Board of Education, Ashland, Kentucky, |
| 2002-03 | Expert witness, Jeffrey Walker vs. Silverton Marine Corp., William Moore, Sr., et. al., Camden, New Jersey |
| 2001-02 | Expert witness for civil suit, Scott vs. School Board of Alachua County |
| 1999 | Expert witness for civil suit, Greene vs. Dillingham, San Francisco |

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 33 of 53

**Exhibit 2 to Brundage Declaration**



**Exhibit 3 to Brundage Declaration**



# History 125
## The Social History of Popular Music in Twentieth Century America



**Professor Fitzhugh Brundage**
brundage@email.unc.edu
Office hours: Monday 9:30-11:30 and by appointment
Office: Hamilton 560

## Teaching Assistants:

| | | | |
|---|---|---|---|
| Kristin Sargeant | sargeank@live.unc.edu | Hamilton 408 | Monday 12-2pm |
| Laurie Medford | lmedford@live.unc.edu | Hamilton 463 | Thursday 11:15-12:30pm |
| Justin Wu | justinzj@live.unc.edu | Hamilton 408 | Wednesday 1-2:30pm |

**Apprentice Teacher:**
Eric Becerra          ebecerra@live.unc.edu

**Course Subject:** The aim of this course is to understand significant social, economic and cultural transformations during the past century in the United States. We will trace developments in technology, business, social life, and popular culture through American popular music. We also will discuss how popular music has reflected shifting attitudes about race, region, gender, and class. Particular attention will be devoted to the role that popular music played in the forging of a mass culture participated in and consumed by Americans, regardless of class, region, race, and gender.

## COURSE GOALS

Analyze historical events and change
> Historians have a distinctive way of thinking about the past. By learning to ask how and why (as well as who, what, where, and when) we will develop our abilities to think "historically." Our goal is not mere command of "facts," but rather the capacity to use history to understand and explain how American society has evolved during the past century.

Apply analytical models to historical and cultural change
> In order to think critically about the past, we will develop analytical models that we will use to make sense of technological developments, the "music business," the evolution of musical genres,

and the public's reaction to technological and stylistic changes. Each recitation and lecture will provide us with opportunities to apply these analytical models to specific topics and problems.

Analyze diverse cultural "artifacts"
> We will analyze "artifacts" of the past century, such as sound clips, sheet music, liner notes, lyrics, advertisements, and contemporary music criticism. Our goal, again, is not to compile arcane knowledge about genres, artists, or events in the history of American popular music, but rather to use these "artifacts" to make sense of political, social, cultural, and economic change in twentieth century America.

Demonstrate the "historical way of thinking"
> Class activities, recitations, and written assignments in this course will provide you with an opportunity to hone your skills of critical historical analysis. The measure of success in all these tasks will be creativity and precision. The 'historical way of thinking" is dynamic, meaning, in other words, that historical events and issues are open to a range of possible interpretation. The best historical thinking takes into account the range of possible interpretations and advances an argument that does the best job of clarifying the significance of an event or issue. It encourages us to see an event or issue in a new light. Good historical thinking requires clear expression, whether in recitation or on paper. Our attention to the clarity and precision of your writing is a reflection of the importance we attach to the best possible expression of your ideas.

## REQUIRED READING:

Glen Altschuler, All Shook Up: How Rock 'N' Roll Changed America
W. Fitzhugh Brundage, ed., Beyond Blackface
Elijah Wald, How the Beatles Destroyed Rock 'n' Roll
Stephen Witt, How Music Got Free
**Additional readings are available at the course Sakai site.**

## COURSE SAKAI SITE

**The course Sakai site is an essential resource for this class**. Detailed information about each recitation and assignment, as well as assigned readings and external web links, are available at the course Sakai site. Recitation music samples and lyrics are also stored on the site. All updates about the class will be posted there. Please consult the site at least weekly in preparation for recitation. If you have difficulty gaining access to the Sakai site, let us know immediately. You may access the course site at:**sakai.unc.edu/**

## ASSIGNMENTS AND GRADING:

| | | |
|---|---|---|
| Weekly "Id" Assignment | 10% | **DUE DATE: In Recitation** |
| Sheet Music Assignment | 15% | **DUE DATE: Thursday, February 9** |
| Concert Ethnography | 15% | **DUE DATE: Thursday, March 9** |

-2-

| | | |
|---|---|---|
| Family Music History | 25% | **DUE DATE: Thursday, April 20** |
| Final Exam | 25% | **EXAM DATE: Friday, May 5, 8AM** |
| Recitation Participation | 10% | |

**All graded assignments will be returned in class two weeks after the due date.**

<u>**RECITATIONS**</u>

Attendance at recitations is required.  Recitations will be held during the following weeks:

Week One
Week Two
Week Five
Week Six
Week Eight
Week Twelve
Week Fourteen

A note on recitation participation: **Recitations are an essential part of this course.**  They provide an opportunity for you and your classmates to apply analytical models and the knowledge that you are acquiring in this course to specific topics and issues.  Because historical analysis is dynamic and open-ended, shared analysis can generate fresh and deeper insights into a historical problem.  Your participation, therefore, is important not only for you but also for your fellow students.  In short, recitations are about active learning.

Assessment of recitation participation will be made on the basis of the quality of your contributions.  There is no set formula to measure quality participation, but you are likely to make a valuable contribution any time that you advance discussion by directing your peers' attention to a theme that warrants more attention than it received in lecture, the readings, or in recitation.  Or you may advance the classes' understanding by offering an alternative reading of a song's lyrics or an argument in the texts.  In short, if you prepare for recitation and then engage the class materials and your classmates, you are likely to do well in recitation.  We will provide you with a mid-semester assessment of your recitation participation.

On the seven weeks when you attend recitation your "homework" assignment, which you should hand in during recitation, will be to identify three possible short answer identifications in the week's assigned reading, to briefly define each identification, and to explain why you think each identification is significant enough to warrant inclusion on the final exam.  Each identification definition need not be longer than three or four sentences; the crucial element of your definition is the larger significance of the identification that warrants its inclusion on the final exam.  This exercise will not only prepare you for an important component of the final exam but it also will help me identify possible identifications for the final exam.

-3-

## WEEKLY READING ASSIGNMENTS

**Complete the assigned readings for each week by the time of your scheduled recitation. If there is no recitation that week, then complete the readings by the end of the week.**

## LECTURE AND RECITATION TOPICS

### WEEK ONE
Assigned Readings:
1) Fitz Brundage, Working in the "Kingdom of Culture:"African Americans and American Popular Culture, 1890-1930," in Brundage, Beyond Blackface, 1-42

**Thursday, January 12:**     **Introduction – Minstrelsy and the Creation of American Popular Culture**

**Week One Recitation Topic**: The Place of Popular Music in Your Life
This recitation will encourage you to reflect on your ideas about popular culture and its aesthetic, social, political, and broader cultural significance. You'll have an opportunity to consider how technology, "the marketplace," your inherited and adopted identities, and the contemporary historical context have influenced your consumption of popular music.

### WEEK TWO
Assigned Readings:
1) Stephanie Dunson, "Black Misrepresentation in Nineteenth Century Sheet Music Illustration," in Brundage, ed., Beyond Blackface, 45-65

**Tuesday, January 17:**     **The Commodification of Popular Music: The Sheet Music Revolution**

**Thursday, January 19:**     **Popular Music and the Boundaries of High and Low Culture, 1880-1910**

**Week Two Recitation Topic: Sheet Music and Popular Music**
**In addition to providing an opportunity to develop our analytical skills, this recitation should help you organize your ideas for your first written assignment. In this recitation, we will apply the methods that we discussed in the previous recitation to early twentieth century sheet music. Before attending recitation, visit at least one sheet music website and select a theme in or genre of pre-1920 popular music. For example, you might focus on love songs, patriotic songs, or comedic songs. Or you might prefer to select a genre, such as marches, ragtime, or "old time" nostalgia. Or you might select a theme evident in some songs. Pay close attention to both the lyrics and the visual images of the sheet music. If you are musically literate, you can also incorporate the music itself into your**

-4-

**analysis.**

**<u>WEEK THREE</u>**
Assigned Readings:
1) David Krasner, "The Real Thing," in Brundage, <u>Beyond Blackface</u>, 99-123

2) Susan Curtis, "Black Creativity and Black Stereotype: Re-thinking Twentieth-Century Popular Music in America," in Brundage, <u>Beyond Blackface</u>, 124-146

**Tuesday, January 24:**      **Race, American Identity, and the Rise of Ragtime, 1890-1910**

**Thursday, January 26:**      **Social Dance and the New Culture of Leisure, 1900-1920**

**No Recitation**

**<u>WEEK FOUR</u>**
Assigned Readings:
1) Grace Elizabeth Hale, "'Hear Me Talking to You': The Blues and the Romance of Rebellion," in Brundage, <u>Beyond Blackface</u>, 239-258

**Tuesday, January 31:**      **Technological Innovation and Popular Music, 1890-1920**

**Thursday, February 2:**      **Jazz Challenges High Culture, 1915-1925**

**No Recitation**

**<u>WEEK FIVE</u>**
**SHEET MUSIC ESSAY DUE THURSDAY, FEBRUARY 9**

Assigned Readings:
1) Bill Malone, <u>Singing Cowboys and Musical Mountaineers</u>, 6-68 (available on the class Sakai site)

2) Elijah Wald, <u>How the Beatles Destroyed Rock 'n' Roll</u>, 49-83

**Tuesday February 7:**      **Gender and Cultural Boundaries during the 1920s: The Example of the Blues Divas**

**Thursday February 9:**      **Region and Cultural Boundaries during the 1920s: The Example of Hillbilly Music**

-5-

**Week Five Recitation Topic**: **The Concert Experience**
　　This recitation will provide you with an opportunity to sharpen some of your ideas for your second written assignment. Come to recitation prepared to talk about your concert experiences. Among the elements of your concert experiences that you might talk about are performing space, audience, atmosphere, extent and manifestations of commercialism in the concert setting and performance, performance rituals, and crowd response. You should also give thought to the place of live music in daily life in contemporary America.


## WEEK SIX

Assigned Readings:
1) David W. Stowe, Swing Changes: Big-Band Jazz in New Deal America, 17-49 (available on the class Sakai site)

2) Gary Gerstle, American Crucible: Race and Nation in the Twentieth Century, 128-186 (available on the class Sakai site)

| | |
|---|---|
| **Tuesday, February 14:** | **George Gershwin's Efforts to Transcend Cultural Boundaries during the 1920s** |
| **Thursday, February 16:** | **How the Popular Music Industry Responded to the Great Depression: The Age of Swing** |

**Week Six Recitation Topic**: **Swing, America's Music**
　　Drawing on both the Stowe and Gerstle readings, we will discuss how popular music, especially swing, became a shared national culture. How can we measure a music genre's popularity? What characteristics of swing music made it a genre that could become popular across race, class, and regional divides? How much common ground could swing provide the nation's diverse population?


## WEEK SEVEN

Assigned Readings:
1) Elijah Wald, How the Beatles Destroyed Rock 'n' Roll, 97-138

| | |
|---|---|
| **Tuesday February 21:** | **The Politicization of Popular Music: Woody Guthrie, Folk Music and the Politics of Dissent during the 1930s-1940s** |
| **Thursday February 23:** | **Zoot Suits, Be-Boppers, and Boundaries in Popular Culture during the 1940s** |

**No Recitation**

**WEEK EIGHT**
Assigned Readings:
1) Bill Malone, Singing Cowboys and Musical Mountaineers, 69-116 (available on the class Sakai site)

**Tuesday, February 28:**          **Technological Innovation and Popular Music, 1945-1960**

**Thursday, March 3:**          **Rebranding Country Music in the Age of Hank Williams Sr.**

**Week Eight Recitation: Doing Your Family's Musical Genealogy**
**In this recitation, we will discuss various approaches you may adopt to complete a survey of your family's relationship to popular music.**

**WEEK NINE**
**CONCERT ESSAY DUE THURSDAY, MARCH 9**

Assigned Readings:
1) Elijah Wald, How the Beatles Destroyed Rock 'n' Roll, 138-198

**Tuesday, March 7:**          **Commercializing Black Music on the Margins**

**Thursday, March 9:**          **The Place of Women in Postwar America; The Dilemma of Pop Divas,**
**1950-1965**

**No Recitation**

**WEEK ELEVEN**
Assigned Readings:
1) Glen Altschuler, All Shook Up: How Rock 'N' Roll Changed America, 3-129

**Tuesday, March 21:**          **The Politics of Cultural Authenticity, Part One**

**Thursday, March 23:**          **The Politics of Cultural Authenticity, Part Two**

**No Recitation**

**WEEK TWELVE**
Assigned Readings:

-7-

1) Glen Altschuler, <u>All Shook Up: How Rock 'N' Roll Changed America</u>, 130-192

2) Elijah Wald, <u>How the Beatles Destroyed Rock 'n' Roll</u>, 199-212

**Tuesday, March 28:**      **Elvis! Rock 'n' Roll, and Youth Identity**

**Thursday, March 30:**      **The Counterculture and the Politics of Authenticity**


**Week Twelve Recitation Topic**: **Rock 'n' Roll, Conformity, and Dissent in 1950s America**
        In recitation we will discuss the social, economic, and political context in which rock 'n' roll music emerged. Among the important questions we will consider is why rock 'n' roll was perceived to be dangerous to acceptable values and behavior? To what extent did rock 'n' roll represent a significant manifestation of youth dissent? Was rock 'n' roll an important agent or catalyst for change in American society? In what ways did rock 'n' roll differ from previous forms of popular music (e.g., swing, jazz, blues) that were both controversial and highly popular?


**<u>WEEK THIRTEEN</u>**
Assigned Readings:
1) Nelson George, <u>The Death of Rhythm & Blues</u>, 121-170 (available on the class Sakai site)

2) Brian Ward, <u>Just My Soul Responding: Rhythm and Blues, Black Consciousness, and Race Relations</u>, 217-252, 388-416 (available on the class Sakai site)

**Tuesday, April 4:**      **Commodifying the Counterculture: The Monkees and the Rock Concert Industrial Complex**

**Thursday, April 6:**      **Popular Music, Consumer Culture, and the Vietnam War Experience**

**No Recitation**


**<u>WEEK FOURTEEN</u>**
Assigned Readings:
1) Elijah Wald, <u>How the Beatles Destroyed Rock 'n' Roll</u>, 213-254

2) Bruce Schulman, "*E Pluribus Plures*: From Racial Integration to 'Diversity,'" in <u>The Seventies</u>, 53-77 (available on the class Sakai site)

**Tuesday, April 11:**      **Racial Politics and the Cultural Marketplace during the Age of Desegregation, 1965-1980**

**Thursday April 13:**            **The Politics of Gender during the 1970s: Outlaws and Country Divas**

**Week Fourteen Recitation Topic: Idealism and the Pursuit of Authenticity in 1960-70s America**
We will explore the meanings attached to artistic expression and "authenticity" in various styles of music during the 1960-70s. Come to recitation prepared to discuss the ideas about authenticity and about the larger purpose of music that informed popular music during the 1960s. Was there a coherent thread in the apparent alienation expressed by musicians in different genres of music? What was the target of their discontent? Why did they believe that music was peculiarly suited to expressing and redressing their discontent? What did they feel was the proper relationship of the artist/musician to mainstream society? Did musicians during the 1960s presume too much of their music and its impact? Is "authenticity" still a valued attribute of contemporary popular musicians?

## WEEK FIFTEEN
**FAMILY MUSIC HISTORY ESSAY DUE THURSDAY, APRIL 20**

Assigned Readings:
1) Stephen Witt, How Music Got Free, 5-109

**Tuesday, April 18:**            **NYC 77: The Coolest Year in Hell**

**Thursday, April 20:**            **Segementing American Popular Culture**

**No Recitation**

## WEEK SIXTEEN
Assigned Readings:
1) Stephen Witt, How Music Got Free,111-245

**Tuesday, April 25:**            **Popular Culture in a Digital Age**

**Thursday, April 27:**            **Final Review**

## COURSE POLICIES
1) You will need to attend recitation in order to develop the skills and knowledge that will determine your final grade in this course. In addition, your participation is important not only for you but also for your fellow students. Consequently, more than one (1) absence for any reason may affect your final grade (up to a full letter grade reduction). Request permission to be absent from your TA.

2) You will need to complete the assigned reading(s) before each recitation so that you can share your ideas with your fellow students and contribute to the common learning experience. Because we believe that sharing is important to the goals of this course, part of your recitation grade will reflect our assessment of how well you prepared for recitation.

3) Recitations work best when students engage a problem together and discuss collectively how to make sense of it. In this context, you should feel empowered to engage in intellectual risk taking and educated guessing. Our hope is that most, if not all, of the recitations will inspire you to participate easily and with confidence. With that goal in mind, you should respect the ideas of all participants. If you have difficulty participating for whatever reason, you should discuss the matter with your TA and/or with me.

4) Written assignments are due on the assigned day. I have adopted this policy in the interest of fairness and so that all students labor under the same expectations and constraints. In addition, the TAs have busy lives and late assignments can interfere with their own work and other obligations. Extensions may be granted, but only as circumstances warrant. Late assignments will be penalized 1/3 of a letter grade per day.

## **PLAGIARISM POLICIES**

The UNC Honor Court defines plagiarism as "the deliberate or reckless representation of another's words, thoughts, or ideas as one's own without attribution in connection with submission of academic work, whether graded or otherwise." (Instrument of Student Judicial Governance, Section II.B.1.).

**We take plagiarism very seriously and will impose appropriate sanctions when we identify instances of plagiarism in this course.** If you are unclear about what practices constitute plagiarism, we will be glad to discuss the topic with you. We also strongly encourage you to visit the Writing Center's website where you can learn more about plagiarism and how to avoid it. Visit http:**//www.unc.edu/depts/wcweb/handouts/plagiarism.html**

If you create a Google Doc study aid in preparation for the Final Exam you **MUST** share it with me.

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 46 of 53

## <u>Interpretation of Sheet Music Essay</u>
<span style="color:red">**DUE DATE: Thursday, February 9 in class**</span>
LENGTH: 1000-1250 words (4-5 pages)
15% of Final Grade

**Assignment objective:**
To analyze turn-of-the-twentieth-century sheet music to gain insights into how popular music gave expression to contemporary anxieties, concerns, and/or prejudices. In other words, what can we glean from sheet music about contemporary American beliefs and attitudes?

This assignment will allow you to offer your analysis of some of the questions and issues that we discussed in the Week Two recitation.

**To complete this assignment you should:**
Visit the Lester S. Levy Collection of Sheet Music linked to the class website (the same site that we visited prior to the Week Two recitation). http://levysheetmusic.mse.jhu.edu/

You may either identify your own theme or you can investigate one of the themes included below. If you prefer to select your own theme, identify relevant sheet music published between **1890 and 1920**. You might focus on a specific thematic genre, such as love songs, patriotic songs, nostalgic "old home" songs, or comedic songs. Or you might prefer a musical genre, such as marches, ragtime, or waltzes. (I recommend that you select songs with lyrics; it is especially challenging to develop interpretations strictly on the basis of instrumental music. You can do it but you will need a degree of musical literacy.) Or you might select a topic evident in the lyrics from various genres, such as "home," love, women, men, racial stereotypes, ethnic characteristics, or crime.

**Suggestions for completing this assignment:**
In this brief assignment, you will be able to discuss only a very few examples of whatever theme or topic you have selected. An essay of this length should have a strong opening paragraph in which you state the focus of your essay and your conclusions. Given the length of this assignment, you'll probably only have space for between four and six paragraphs illustrating your argument before your conclusion. Therefore you should select a topic that allows you to avoid sweeping generalizations based on only a few examples of sheet music. Instead, address a topic that is appropriate for a short essay. Whereas, for example, the topic of women in sheet music is almost certainly far too large for an essay of this length, the topic of "mother" may be ideal. Or instead of focusing on depictions of women's suffrage in popular music you might instead focus on pro- or anti-women's suffrage songs.

Whatever topic/theme you select, be sure to discuss both the lyrics and the visual images of the sheet music that you have viewed.

Don't hesitate to ask your TA or me for advice either while selecting your theme or writing your essay.

Example Sheet Music Topics

-11-

With Possible Musical Examples

You may select one of the topics below and develop your essay around it.  Or you may swap out the suggested musical examples with others that you identify by searching on the Levy site.

**Leisure**
    Baseball
        "Three Cheers. Base-Ball is a Grand Old Game"
        "It's Great at a Baseball Game"
        "My Old Man is Base Ball Mad"

    Leisure and Dancing
        "The Bowery Girls. Song and Chorus"
        "Follow the Crowd on a Sunday"
        "When the Whistle Blows at Six"

**Race and Ethnicity**
    Racial Stereotypes
        "Big Chief Dynamite"
        "I've Got a White Man Running My Automobile"
        "Stay In Your Own Backyard"

    Ethnicity and Immigration
        "Irene"
        "Farewell"
        "Imported! Yes, We Are"

**Technology**
    Automobiles
        "He'd Have to Get Under - Get Out And Get Under (To Fix Up His Automobile)"
        "I'd Rather Have a Girlie Than an Automobile, Or Anything Else I Know"
        "Otto, You Ought to Take Me in Your Auto"

    Airplanes
        "How I Caught My Girl"
        "Wait Til You Get Them Up in the Air Boys"
        "Hippity Hop"

**Gender**
    Suffrage
        "The Anti-Suffrage Rose"
        "Oh! You Suffragettes"
        "I Should Worry and Get Wrinkles"

-12-

Masculinity/Femininity in WWI
"Where is the Girl I Left Behind?"
"Adieu, Marie"
Answer Mr. Wilson's Call"

**Sexuality**
"Waiting for the Trolley"
"Take Me On the Rollers"
"I Might Be Your Once-In-A-While"

**College and Youth Culture**
"He's A College Boy"
"College Stunts"
"Oskee Wow Wow"

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 49 of 53

**Concert Ethnography Essay**
<span style="color:red">**DUE DATE: Thursday March 9 in class**</span>
LENGTH: 1000-1250 words (4-5 pages)
15% of Final Grade

**Assignment objective:**
Apply the method of analysis that you have used in recitation and your first essay assignment to a contemporary concert.

Conceive of this project as an exercise in music ethnography. We encourage you to observe and assess a concert **not** as an aesthetic experience but rather as a social ritual and commercial enterprise. Your aesthetic evaluation is not irrelevant, but an analysis of the context of the performance is what you should focus on. The social ritual of concerts is manifest in the attire of the audience, their behavior, and the traditions of crowd response. Audiences at Wynton Marsalis, Coldplay, Alan Jackson, and the Rolling Stones concerts all have distinctive modes of behavior. Similarly, settings for and commercialization of concerts vary significantly. If you attend a concert with the eye of an ethnographer, you may develop a deeper appreciation of how audiences experience performed music and how music is marketed to its audiences. In short, a single concert may provide a revealing moment in which the composition of an audience, the venue of performance, and the relationship between audience and musicians exposes many of the larger themes about American popular culture.

**To complete this assignment you should:**
Attend either a concert devoted to a genre of music that **you do not commonly listen to or a concert in an unfamiliar venue.** We propose these two options so that you will be able to observe the performance, audience, and setting with a fresh, analytical perspective. **Keep in mind that you need not attend a commercial concert.** A church revival, a free open air concert, or a high school music recital are just a few on the "non-commercial" concert settings you might attend. There is an abundance of "free" music available to you in the Triangle region.

You must receive approval from your TA for your proposed concert by the date of your Week Five recitation. **You cannot write about a concert that you attended before the beginning of the course.**

**Suggestions for completing this assignment:**
When conceiving of your class presentation and essay regarding the concert, consider the following questions and/or topics.

First, pay attention to the audience. Who constitutes the audience (class, race, gender, etc.)? Are there stylized behaviors associated with the audience (e.g., Deadheads, Buffett's "Parrot Heads," panty-throwing women at Tom Jones' concerts)? How does the audience comport itself? Is the music the center of attention or just a part of a broader social experience (e.g., sedate jazz audience, the lawn behavior at a large outdoor concert, the antics in the mosh pit at a neo-punk show)? Avoid sweeping generalizations about the audience based on simple impressions (eg., the class status of audiences cannot usually be determined by clothes or superficial appearance).

Second, pay attention to the market aspects of the performance. Where and how large is the venue? How was the concert advertised? How conspicuous is the "commercialization" of the experience (e.g., rock

-14-

tours sponsored by multinational corporations vs. gospel groups performing in churches)?  Do the performers acknowledge the commercial nature of the concert by, for example, enthusiastically hawking their latest cd?

Third, what are the apparent conventions of interaction between musician and audience?  Is there a clear distance between artist and audience?  In what ways is the audience incorporated and/or acknowledged by the musicians (besides the obvious acknowledgment of applause)?

This assignment will enable you and the class to better understand what role concerts play in satisfying the needs and desires of audiences.  Virtually all audiences want to be "transported" by music, but different audiences expect to be transported in different ways.  Understanding these differences is one important step in understanding the varieties of musical tradition in the United States and their connection to the nation's history.

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 51 of 53

**<u>Family Music History</u>**
<span style="color:red">**DUE DATE: Thursday, April 20 in class**</span>
LENGTH: 1500-1750 words (6-8 pages)
25% of Final Grade

**Assignment objective:**
To apply the analytical models used previously in this course to trace the role of music and the music preferences of your ancestors.

Your charge is to reconstruct the music performance and music listening habits of your parents, grandparents, and ancestors. This assignment offers an opportunity to situate your family in the history that we have traced in this course. You may also clarify the ways in which your family's music habits have converged or diverged from the trends we have discussed in the course.

**To complete this assignment you should:**
Discuss your idea(s) with your TA. You may also find it helpful to discuss your research with Professor Brundage. Because this essay is a significant component of your grade it is important for you to take the assignment seriously and to begin work on it sooner rather than later.

Identify the music listening habits of your parents and ancestors. What role did (does) popular music play in their lives? What role did it play at different stages of their lives? How did they gain access to popular music? What technologies did they use to access music? Are live performances an important aspect of their music listening? If so, what sort of venues? How did your parents relate to their parents' (your grandparents') music? Apply these same questions to your grandparents.

**Suggestions for completing this assignment:**
This assignment is intended to provide you with an opportunity to apply all of the analytical/interpretative skills that you have developed during this semester. But in addition to the normal text-based sources that we routinely use in history essays – books, journal articles, magazines, newspapers, etc. – we also want you to incorporate oral history into your research.

The point of this exercise is not a compilation of arcane information about your parents' and grandparents' music preferences, but rather to identify how your ancestors created and consumed popular music. In what ways was your parents' and grandparents' participation in American popular music culture typical or atypical of the trends and history that we have traced in this course. In addition, another aim of this assignment is to provide you with a deeper understanding of the extent and the manner in which your relationship to popular culture differs from that of your ancestors.

Case 1:14-cv-00954-LCB-JLW   Document 157-11   Filed 01/18/19   Page 52 of 53

## Checklist for Written Assignments

This checklist is intended to help you write the best possible essay. If you pay attention to each of the points listed on this checklist, you will produce a clear, crisp, and forceful essay. If you are unsure of any of the points on the checklist, by all means discuss your concerns with either your TA or Professor Brundage. We're eager to help you hone your prose skills.

1) Is there a clearly stated thesis at the beginning of your opening paragraph?                 _____

2) Does every paragraph begin with a strong topic sentence? (The content of each paragraph should be obvious from the first sentence of each paragraph.)                 _____

3) Does every paragraph logically lead to the next? (Avoid abrupt paragraph transitions.)                 _____

4) Does the essay have an effective conclusion?                 _____

5) Is the prose of the essay clear, concise, and free of needless verbiage?                 _____

6) Do you generally use the active voice rather than the passive voice? (Avoid sentences constructions with the passive voice. For example, avoid writing "The protesters were savagely beaten" when you can write "The policemen savagely beat the protesters." The passive voice obscures who is acting upon whom.)                 _____

7) Are the antecedents to the pronouns in your essay clear? (Avoid using pronouns when the preceding noun that the pronoun refers to is not clear.)                 _____

8) Have you proofread the essay to eliminate typographical errors, misspellings, and errors of punctuation?                 _____

9) Are the pages numbered?                 _____

10) Is your name prominently displayed on your essay?                 _____

-17-