# EXHIBIT 76

# Declaration of Regan Buchanan

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

          Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

          Defendants.

## DECLARATION OF REGAN BUCHANAN

# DECLARATION OF REGAN BUCHANAN

I, Regan Buchanan, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I recently graduated from The University of North Carolina at Chapel Hill ("UNC-CH" or the "University") with a degree in Global Studies and Geography and a minor in Spanish.

2. I am a White female. I grew up in Raleigh, North Carolina, but my family is originally from Kentucky. I have lived in the Triangle area of North Carolina since I was two years old.

3. I went to Wakefield High School in North Raleigh. Wakefield is a public school that is mostly made up of students from White, upper middle class families.

4. At UNC-CH, I was the co-president of Campus Y, an organization that engages students, the UNC campus, and communities in the pursuit of social justice. I was elected to this position and oversaw a $250,000 student operating budget. I led biweekly meetings of over 70 student organization leaders and managed a 13 person executive board.

5. Prior to that position, I worked with Students United for Immigrant Equality ("SUIE"), an organization operating within Campus Y that advocates for immigrant issues.

6. I also worked for Breakthrough San Francisco to help provide children with academic support and as an Agricultural Safety and Health Intern for the North Carolina Department of Labor.

### My Experience at UNC-CH

7. I applied to a lot of public schools, both in and outside of North Carolina. I chose UNC-CH because it was the best school in the region.

8. At UNC-CH, I joined SUIE my first year. Working at SUIE was the first time I met undocumented students. I knew there were issues and challenges with undocumented students, but I never appreciated how serious those were until I actually met them. Now, one of my passions is to make sure education and opportunities are available to everyone regardless of their documentation status. I would never have had this experience without the opportunity to meet fellow students who are undocumented.

9. I found my residence halls and classes to be diverse, but my most meaningful exposure to diversity was through Campus Y because it has the Center for Social Justice. Although it is important to be in classes with students from different backgrounds, that does not always provide an opportunity to sit down and talk about race. Under-represented minority students are not responsible for educating students about race. At Campus Y, however, we have conversations about social justice all of the time and people from different backgrounds bring their perspectives. For instance, we organized an event for students of all backgrounds to come together to discuss and address the U.S. Presidential election. Students from many different backgrounds spoke at the event.

10. My classroom experience was greatly enhanced because of diversity. In my Latin American Politics class we talked about certain social conditions in Mexico, including about how the State and drug gangs are working together to extort civilians. A student from Mexico raised his hand and offered his personal experience. He led a conversation about what it was like to be a civilian in Mexico while all of this was going on. It is one thing to talk about systems of oppression and theories for why it is happening from what is written in a text book, but it is another thing entirely to talk about the systems as they pertain to individual experiences. I learned a great deal from my fellow students.

11. I went to high school with people who looked just like me and had the same experiences I had. I knew racism existed, but I never knew the extent to which racism impacts people's day to day lives currently. Being around people who did not look like me at UNC-CH and hearing their experiences about racism, I learned that it is not just about extreme racism--people burning crosses, for example -- but that racism is present in systems and institutions. This opened my eyes to the way the world works and has dramatically changed the way I think about the world.

## Conclusion

12. Diversity benefits everyone. It makes UNC-CH a better place by promoting exposure to difference and expanding students' experiences and world views. Diversity makes UNC-CH accountable to the state. UNC-CH is a public school funded by tax dollars and is responsible to improve the lives of all North Carolinians. Not everyone from North Carolina is White. We need faculty and students to push the

4

University to serve everyone in the State. UNC-CH has better diversity than many institutions, but we need to do even more.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 6/21/17

Regan D. Buchanan
Regan Buchanan

5