# EXHIBIT 80

# Declaration of Paul Cuadros

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                             **Plaintiff,**

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                             **Defendants.**

## DECLARATION OF PAUL CUADROS

## DECLARATION OF PAUL CUADROS

I, Paul Cuadros, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1.      I am an Associate Professor of Journalism and Mass Communications at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill"). I have been a professor at UNC-Chapel Hill since 2007.

2.      I received my Bachelor of Arts in Communication Studies from the University of Michigan in 1985. I received a Master of Science degree in Journalism from Northwestern University in 1991.

3.      I am an investigative reporter and author, and my work has appeared in *The New York Times*, *The Huffington Post*, *Time* magazine, Salon.com, *The Chicago Reporter*, and other national and local publications.

4.      In 1999, I won a prestigious fellowship with the Alicia Patterson Foundation, sponsored by *New York Newsday*, to report on emerging Latino communities in rural poultry-processing towns in the South. I reported on my hometown, Siler City, North Carolina. Siler City, home of Jordan-Matthews High School, is a rural community of 5,000 that saw its Latino population increase from under 2% to over 50% in 15 years.

5.      The culmination of my reporting was my book, "A Home on the Field: How One Championship Team Inspires Hope for the Revival of Small Town America," which tells the story of Siler City as it copes and struggles with Latino immigration through the

lives of a predominantly Latino high school soccer team. "A Home on the Field" was the summer reading selection at UNC-Chapel Hill in 2009. The book has been chosen for summer reading programs at other universities in North Carolina and beyond.

6.     The high school soccer team in Siler City has been featured in a Hulu and NuvoTV documentary series, entitled *Los Jets,* which is based on the book and tells the stories of these boys.

7.     I was a co-recipient of the 2006 Alfred I. duPont-Columbia Journalism Award (Team Award) for my contribution to the radio series "North Carolina Voices: Understanding Poverty" broadcast on WUNC-FM.

8.     I won the National Association of Hispanic Journalists' award for online reporting and won the UNC-Chapel Hill Diversity Award in 2012 for my work on campus opening doors for minority students, faculty, and staff.

9.     I am currently working on my second book on migration.

10.    I serve on the Faculty Advisory Committee for Undergraduate Admissions at UNC-Chapel Hill.

11.    I serve as the chair and executive director of the UNC Scholars' Latino Initiative, a three-year mentoring and college preparatory program between UNC-Chapel Hill students and Latino high school students at six area high schools. The program has more than one hundred and fifty students and is housed at the UNC Center for Global Initiatives.

2

12.     I am the co-founder of the Carolina Latinx Collaborative, which is the Latinx educational and cultural center at UNC-Chapel Hill.

13.     I am the co-founder of the Latinx Caucus, a University coalition of faculty and staff on campus that advocates for Latinx interests at the University.

14.     I am a Latino male.

15.     A true and correct copy of my curriculum vitae is attached hereto as Cuadros Decl. Exhibit 1. A photograph of me from my UNC webpage is attached hereto as Cuadros Decl. Exhibit 2.

### The Educational Benefits of Diversity and Challenges Where it is Lacking

16.     I believe there are significant educational benefits that derive from having diversity at UNC-Chapel Hill, both in the classroom and on the campus at large. Those benefits include developing a better understanding of different people and cultures, learning to get along with others, and gaining better, broader perspectives. I am familiar with Faculty Council Resolution 2016-12 and agree with the educational benefits of diversity and commitment to diversity and inclusion that it describes.

17.     Unfortunately, these benefits are not always fully realized at UNC-Chapel Hill because, although there has been progress, we have not yet achieved sufficient diversity, particularly in certain fields where it may be more difficult to attract minority students.

3

18.     I teach at the School of Media and Journalism at UNC-Chapel Hill. The School is not very diverse on many levels, as a majority of the student body and faculty are White, female, and from middle or upper middle-class class backgrounds.

19.     I believe that the media has a poor record of reaching out to diverse populations. This has become evident in the School of Media and Journalism's lack of diversity. "Like attracts like," and the students in the School of Media and Journalism reflect the media's poor record of reaching out to diverse populations.

20.     The lack of diversity has an impact on teaching in many ways. Classroom discussion is limited to the experiences of the students in the class. Without diversity, classroom discussions are not as dynamic and come from a place of unfamiliarity. This lack of familiarity also lends itself to a lack of understanding in terms of other people, their lives and realities. I see many missed educational opportunities because our student body diversity is not greater.

21.     Discussions regarding race and class are difficult to have in the classroom when the student body is homogenous. If there are a few Black or Latinx persons in the classroom, the burden of discussion is often placed on them to represent their group. Placing this burden on just a few minority students is very unfair and is ineffective, because minority students may not be comfortable contributing in such a setting. Furthermore, the diversity of perspectives among students who share the same race or ethnicity is necessarily lacking.

4

22.     It is important for me to have my students read the work of journalists who actually reflect the diversity of modern-day society. This allows students to hear a point-of-view or voice from which they would not normally hear. However, this is not a substitute for having diverse students together in the classroom.

23.     The lack of diversity is a real problem for the UNC-Chapel Hill School of Media and Journalism. As society becomes more diverse, we want our journalists to be able to understand differing neighborhoods and people and to be able to be a voice from those same neighborhoods. Not only do journalists need to be able to be a voice of diverse neighborhoods, they also need to reflect, express, and disseminate that diversity to the rest of the country. We cannot effectively teach our students these key skills they will need to achieve in the workplace without greater diversity.

24.     A "big city reporter" works in an area with neighborhoods that are divided by race and ethnicity. A reporter working in a large city must have some familiarity with the different neighborhoods and people.

25.     The demographics of society are changing rapidly. The inability to have a diverse or plural society reflected in classrooms lessens discussion of coverage of news and topics we are interested in as a people. It does not provide the depth of experience and knowledge we need to understand what is truly happening in society.

26.     In my view, the UNC-Chapel Hill campus as a whole should be more diverse so that the educational benefits of diversity can be better realized. We are going through major demographic change in the United States and in North Carolina. In my view, if we

5

do not reflect the diverse populations of our State, we are not fulfilling one of our duties to the people who fund our institution.

## The Need for Diversity in Media and Journalism

27.   For many of the same reasons that diversity is important in the classroom, diversity is critically important in the fields of media and journalism because we are recorders of today's history.  It is important that the recorded history reflect diverse sources and perspectives as well as an understanding of diversity.

28.   There is also a meaningful economic imperative for greater diversity in journalism, media, and advertising in order to connect with increasingly diverse consumers.  For instance, three major brands (Verizon, General Mills and HP, Inc.) have publicly put pressure on the advertising agencies they work with to hire more women and minorities.

## How UNC-Chapel Hill Is Striving to Achieve Greater Diversity

29.   I have served on the Faculty Advisory Committee for Undergraduate Admissions since 2011.  We are committed to enrolling a diverse class in order to realize the educational benefits of diversity.  We are familiar with the current legal landscape related to diversity on university campuses.  We have given considerable thought to how we can advise Admissions on how to enroll a diverse student body and meet applicable legal requirements.  Our current admissions program, which provides for holistic and individualized review, has been discussed and re-evaluated as new legal cases are decided.

Case 1:14-cv-00954-LCB-JLW   Document 157-16   Filed 01/18/19   Page 8 of 38

30.     I am also involved with efforts to make the campus a more welcoming environment for underrepresented minority students.  The Campus Latinx Collaborative ("CLC") is an effort by students, faculty, and staff to create a Latinx center on campus.  I was involved in the creation of CLC.  CLC was initially started because there was no mentoring program that applied specifically to Latinx students on campus.  CLC has been housed under the office of UNC-Chapel Hill Diversity and Multicultural Affairs.  CLC has evolved and developed special programs such as a Hispanic Heritage Month Celebration, which have been great successes.

## The Importance of Minority Representation

31.     When I went to Siler City in 1999 as a reporter, I knew there was a bigger purpose to why I was there.  I began to explore the anti-immigrant bias, which soon led me to spend years trying to get my local high school to create a soccer team, a place where Latinos felt accepted.   The soccer team came out of meeting some great, passionate kids who wanted belonging and found that through soccer.

32.     When the team was finally created at the local high school, I served as the coach.  Three years down the line, I would lead the team to win the 2004 State championships.

33.     I have seen first-hand the incredible struggles these boys and their families face.

34.     Many of the boys are mentees in the UNC Center for Global Initiatives' Scholars' Latino Initiative.  The UNC Scholars' Latino Initiative ("SLI") is an independent

7

mentoring and college preparatory program between UNC-Chapel Hill students and Latino high school students at six area high schools. The initiative provides a way for our University students to reach back into communities and serve as role models for high school students. Having Latino college students from UNC-Chapel Hill who work with Latin communities is critical in helping students from those communities see themselves as college-bound.

35.     The opportunity my soccer players, and other Latino high school students, have to meet Latinx college students who attend UNC-Chapel Hill provides them with hope about their own futures and, in some cases, may help them see college as a possibility. Without being able to see and meet underrepresented college students who are similar to them, I do not believe they would be able to imagine that opportunity.

36.     Photographs depicting me and the Los Jets soccer team are included as Cuadros Decl. Ex. 3.

### Conclusion

37.     For all of these reasons, I believe that diversity is critically important to learning and that UNC-Chapel Hill still has substantial room for improvement in terms of bringing students of color to campus. The educational experience we provide our students could be even more outstanding with greater diversity. The preparation we provide all of our students for careers such as media and journalism would be greatly enhanced with more diversity on campus and in the classroom and, with more diverse students, we could contribute to society by training more diverse graduates to enter these fields. Moreover,

8

having representation of minority students at the State's flagship public university is critical to providing hope for the future and improving access to higher education for K-12 underrepresented students.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 8/8/17

Paul Cuadros

Case 1:14-cv-00954-LCB-JLW   Document 157-16   Filed 01/18/19   Page 11 of 38

**Exhibit 1 to Cuadros Declaration**

**CURRICULUM VITAE**

**Paul F. Cuadros**
Associate Professor
School of Journalism & Mass Communication
211 Carroll Hall
University of North Carolina at Chapel Hill
Chapel Hill, NC 27599-3365
Voice: 919-971-3081
Fax: 919-962-0620
cuadros@email.unc.edu

---

Education

Northwestern University, Medill School of Journalism, Master of Science in Journalism, June 1991.

University of Michigan, Bachelor of Arts, Communication Studies, June 1985.

Professional Experience: Academic

Associate Professor, School of Journalism and Mass Communication, University of North Carolina at Chapel Hill, July 2013-present.

Assistant Professor, School of Journalism and Mass Communication, University of North Carolina at Chapel Hill, July 2007- July 2013.

Chairman, faculty advisor, founder, The Scholars' Latino Initiative, University of North Carolina at Chapel Hill, July 2007-present. The Initiative is a college-mentoring, college preparatory program between UNC-Chapel Hill and seven local high schools.

Professional Experience: Newspapers, Magazines, Books, Radio and Online Publications

Freelance reporter, *The New York Times*, January 2004-present.

Columnist, *The Chapel Hill News*. Write a bimonthly column on the Latino community and issues. July 2007-present.

Author, *A Home on the Field, How One Championship Team Inspires Hope for the Revival of Small Town America* (HarperCollins 2006). September 2005-September 2006.

Freelance reporter, WUNC-FM. Reported and produced news features for public radio. July 2005-September 2007.

Freelance reporter, *Time* magazine, Southern bureau. Covered news in North and South Carolina. Reported on the Latino community and immigration, including border issues in Mexico and Guatemala, January 2000-July 2007.

Reporter, The Alicia Patterson Foundation. Fellowship reporter for *The APF Reporter* magazine. Wrote and reported on emerging Latino communities in the rural South in poultry processing towns. January 1999-January 2000.

Reporter/writer, The Center for Public Integrity, Washington, D.C. Reported and wrote for the Center's book projects, special investigative reports, newsletters and online news investigations. January 1997-January 1999.

Freelance reporter, *People Weekly*, June 1996-January 1997.

Freelance reporter, *People en Espanol*, June 1996-January 1997.

Reporter, *The Chicago Reporter*, Chicago, IL. Reported and wrote for an investigative monthly magazine that focuses on issues of race and poverty. January 1992-December 1996.


Awards and Honors

**Diversity Award, Faculty**, UNC Officer of Diversity and Multicultural Affairs, 2013. Recognized for work with diverse groups and students at UNC Chapel Hill.

 **"Top 50 Journalism Professors in 2012."** JournalismDegree.org Selected as one of the best journalism professors in the country. The list was created to recognize the accomplishments of top-tier journalism and communications professors across the country. The Journalism Journeyman is an online website that follows the journalism industry and provides tips on careers, schools, and networking. The list was created using independent research with the sole purpose of being a resource for the site's readers. June 2012.

**Alfred I. DuPont-Columbia Journalism Award**, Team Award, for the radio series: *North Carolina Voices, Understanding Poverty*, WUNC-FM. *Dreamland* was my radio story in the series and told the story of undocumented students' attempts at higher education. These awards are recognized as the most prestigious broadcast news awards, the equivalent of the Pulitzer Prizes. Received from the Columbia University Graduate School of Journalism, 2006.

**First Place**, National Association of Hispanic Journalists Online News Award, *Ramon's Journey*, a special series that appeared on Time.com. The awards are recognized as the most prestigious for Latino reporters in the U.S. Received 2002.

**Casey Journalism Center Fellowship, Children and Trauma**, University of Maryland. One of a dozen journalists selected nationwide as a fellow to participate on news issues involving children and traumatic events. Received 2002.

**Alicia Patterson Foundation Fellowship**, *Impact of Immigrant Poultry Processing Workers in the Rural South.* The fellowship is one of the most prestigious in journalism with hundreds of reporters applying each year and only 14 selected to participate. Received 1999.

**Primary Care Journalism Award**, Pew Charitable Trust, "The Pulse of Reform" series in *The Chicago Reporter.* 1995.

**Finalist**, Peter Lisagor Award, Chicago Headline Club, the largest Society of Professional Journalists chapter in the country. 1995.

**Sigma Delta Chi Award**, Society of Professional Journalists, Team Award, for "Beyond Chicago," *The Chicago Reporter.* 1994.

**Inland Press Association Award, Investigative Reporting**, University of Wisconsin, Madison, for "Beyond Chicago," *The Chicago Reporter.* The association includes more than 1,200 newspapers from all 50 states, Canada, and Bermuda. 1994.

**Finalist**, Peter Lisagor Award, Chicago Headline Club, the largest Society of Professional Journalists chapter in the country. 1993.

<u>Bibliography Professional Publications</u>

**<u>Books:</u>**

*A Home on the Field: How One Championship Team Inspires Hope for the Revival of Small Town America,* Harpers. September 2006. *A Home on the Field* tells the story of a small rural poultry-processing town in the American South and its struggles with immigration and demographic and racial change through the lives of a team of Latino high school soccer players. The book has been recognized as a prescient and seminal work on the Great Latino Migration of the 21st Century.

Expanded and revised edition published in 2007 of the first printing to include new chapters, a new epilogue, photography, and classroom questions for schools to lead discussions on the themes in the book. This edition has been selected as recommended and required summer reading at three leading universities in North Carolina and more than a dozen high school classrooms in the American South. Universities include: Appalachian State University, 2007; Methodist University, Fayetteville, N.C., 2009; and the University of North Carolina at Chapel Hill, 2009; Moravian College, PA, 2011.

*A Home on the Field* is the only book written by a standing UNC-Chapel Hill faculty member as summer reading in the history of the school.

*Un Juego Sin Fronteras: Como un Equipo de Futbol Crea Una Nueva Esperanza en los Estados Unidos.* Rayo. Wrote and edited the translation of the original book and expanded the book to include a new section on Latina girls and an updated epilogue, HarperCollins, 2008.

**Book Chapters:**

*27 Views of Chapel Hill: A Southern University Town in Prose and Poetry*, Contributing author. Wrote the chapter, "Los Cocineros de Franklin Street." Eno Publishers. August 2011.

*The Cheating of America: How Tax Avoidance and Evasion by the Super Rich Are Costing the Country Billions—And What You Can Do About it.* Contributing author working with a team of investigative reporters and writers; wrote several chapters for the book for The Center for Public Integrity. Chapters are, "Special Effects," "Shore Leave," "Sweet Charity" and "Hide-and-Seek." HarperCollins, 2001.

*The Buying of the Congress: How Special Interests Have Stolen Your Right to Life, Liberty and the Pursuit of Happiness.* Contributing author, working with a team of investigative reporters and writers; wrote several chapters for the book for The Center for Public Integrity. Chapters are, "The Killing Fields," "The Tainted Table," "The Grim Reapers," "The Price Isn't Right," "Sold Out" and "Third Class Citizens." Investigative Reporters and Editors, Inc., selected this book as a finalist for best book in the United States. HarperCollins, 1998.

**Academic Refereed Articles:**

"We Play Too: Latina Integration Through Soccer in the 'New South," The Southeastern Geographer, Volume 51, Number 2, Fall 2011, pp 227-241. The Southeastern Geographer is a quarterly publication of the Southeastern Division of Association of American Geographers. The journal has published the academic work of geographers and other social and physical scientists since 1961. Peer-reviewed articles and essays are published along with book reviews, organization and conference reports, and commentaries.

**Film:**

Participant and contributor for *Los Jets!*, a documentary and episodic series for Nuyorican Productions, Inc., for the cable channel NUVO-TV to be released and aired in June 2014, based on his book, *A Home on the Field*, and directed by Mark Landsman. Nuyorican Productions, Inc., is owned by Hollywood superstar Jennifer Lopez. Lopez is chief creative officer of NUVO-TV.

**Photography:**

"The Paul Cuadros Photographic Collection 1993-2001," The North Carolina Collection Photographic Archives at the Louis Round Wilson Special Collections Library donated in 2010. Archived, collected, prepared and wrote captions and notes on each individual photograph for archival purposes for the Wilson Special Collections Library on Latinos in the American South. "The Paul Cuadros Photographic Collection" was donated to the library in 2010 and is available for scholars, researchers, and others to use free of charge as it relates to their study and research on the "Great Latino Migration of the 21st Century." The archive is active, and future contributions are open from Paul Cuadros.

The Paul Cuadros Photographic Collection is primarily composed of 1,400 images related to the Latino immigrant community in central North Carolina, particularly in Siler City. They were taken when Cuadros was living there researching the Latino migration to the American South. The subjects of the images include the living conditions of immigrants; poultry and agricultural workers, including injured poultry workers; social and community events such as quinceaneras and festivals; religious events, including a passion play; children in school, including a contentious meeting of the Siler City School Board in September 1999; and anti-immigration rallies, including one led by David Duke in February 2000 and the response to that rally. Also included are images from North Carolina locations outside Siler City.

**Professional Investigative Reports:**

*Safety Last: The Politics of E. Coli and Other Food-Borne Killers*, The Center for Public Integrity. This 100-page investigative report on the food-processing industry is the first of four "Congress and the People" studies. It finds that Congress has consistently ignored the growing threat to the public health posed by the slaughter and meatpacking industry, meat producers, and distributors. Meanwhile, over the preceding decade, the food industry gave $41 million to the campaigns of members of Congress, who managed to kill *every* bill that promised meaningful improvement. Published by the Center, 1998.

*Nothing Sacred: The Politics of Privacy,* The Center for Public Integrity. A 73-page investigative report on the food-processing industry published by the Center, 1998.

*Unreasonable Risk: The Politics of Pesticides*, The Center for Public Integrity. A 74-page investigative report on the food-processing industry published by the Center, 1998.

**Professional Articles as Primary Writer/Reporter:**

"We Play Too," XI Quarterly magazine, August 1, 2012. XI Quarterly is a new North American sports magazine devoted to soccer and other interests.

"Female 'Lucha Libre' Wrestlers Fight for a Dream in North Carolina," Latino Voices, The Huffington Post. February 17, 2012. The Huffington Post has more than 4 million visits a day, Quantcast 2012.

"A Welcoming Sign to Immigrants in the South," Latino Voices, The Huffington Post. December 20, 2011.

"Heaven in a Bowl," column, *The Chapel Hill News*, May 22, 2011. The Chapel Hill News has a daily circulation of 30,000.

"Clinic Breaks Barriers," column, *The Chapel Hill News*, February 16, 2011. *The Chapel Hill News* has a daily circulation of 30,000.

"Dream Busters," column, *The Chapel Hill News*, December 26, 2010.

"Dream Deferred," column, *The Chapel Hill News*, October 17, 2010.

"Summer of Hate," column, *The Chapel Hill News*, September 12, 2010.

"Hunger for Freedom," column, *The Chapel Hill News*, July 28, 2010.

"A Home for Latinos," column, *The Chapel Hill News*, June 9, 2010.

"Latinas Take the Field," column, *The Chapel Hill News*, February 14, 2010.

"They Came to be Heard," column, *The Chapel Hill News*, December 27, 2009.

"Nation's Promise at Stake," column, *The Chapel Hill News*, October 4, 2009.

"Schools Tackling Safety," column, *The Chapel Hill News*, August 26, 2009.

"A Path to Discussion," column, *The Chapel Hill News*, July 19, 2009.

"America's Tug of War," column, *The Chapel Hill News*, April 19, 2009.

"Profiling just got easier," column, *The News & Observer*, February 15, 2009.

"Dis is da yr!" column, *The Chapel Hill News*, January 7, 2009.

The Caucus blog, *The New York Times* election coverage, November 4, 2008.

"I vote we trash signs for good," column, *The News & Observer*, November 9, 2008.

MSNBC Newsvine blog, "Children of Immigrants," October 14, 2008.

"Sunday Pick-up Game," column, *The Chapel Hill News*, September 16, 2008.

"The Latino Baby Boom Shifts Focus," column, *The Chapel Hill News*, July 23, 2008.

"A George Wallace Moment," column, *The Chapel Hill News*, June 8, 2008.

"Archeological Findings Bury English Only," column, *The Chapel Hill News*, February 10, 2008.

"O Christmas Tree," column, *The Chapel Hill News*, December 23, 2007.

"Tryouts," column, *The Chapel Hill News*, August 12, 2007.

"Please Don't Plant the Daisies," column, *The Chapel Hill News*, July 11, 2007.

"A Home on the Field," *Time* magazine, book excerpt and introductory commentary. August 26, 2006.

"Update: Ramon's Journey," Time.com. August 15, 2001.

"Ramon's Journey: A Kid in No Man's Land. Chapter One: Tree of Life," Special Report: The New Frontier-La Nueva Frontera, Time.com. June 11, 2001.

"Ramon's Journey: A Kid in No Man's Land. Chapter Two: The Journey Begins," Special Report: The New Frontier-La Nueva Frontera, Time.com. June 12, 2001.

"Ramon's Journey: A Kid in No Man's Land. Chapter Three: The Lost Boys of Guatemala," Special Report: The New Frontier-La Nueva Frontera, Time.com. June 13, 2001.

"Ramon's Journey: A Kid in No Man's Land. Chapter Four: Desperate Measures," Special Report: The New Frontier-La Nueva Frontera, Time.com. June 14, 2001.

"Ramon's Journey: A Kid in No Man's Land. Chapter Five: No Way Out," Special Report: The New Frontier-La Nueva Frontera, Time.com. June 15, 2001.

"In Shallow Waters Danger Runs Deep," *Time* magazine. September 4, 2000.

"When David Duke Goes Marching In," Salon.com. April 4, 2000.

"Hispanic Poultry Workers Live in New Southern Slums," La Nueva Selva, The New Jungle, How Meat and Poultry Plants and Latino Workers are Changing the South. *The APF Reporter,* Alicia Patterson Foundation. Vol. 20, No. 1, 2000.

"Hispanic Workers' Health Needs Are Overwhelming Southern Poultry Towns," La Nueva Selva, The New Jungle, How Meat and Poultry Plants and Latino Workers are Changing the South. *The APF Reporter*, Alicia Patterson Foundation. Vol. 19, No. 4, 2000.

"Southern Schools Strain Under Immigrant Arrivals," La Nueva Selva, The New Jungle, How Meat and Poultry Plants and Latino Workers are Changing the South. *The APF Reporter*, Alicia Patterson Foundation. Vol. 19, No. 3, 2000.

"It's What's for Dinner," *The Progressive*, July 1998.

"A Conversation with Ruth Rothstein, Director of Cook County Hospital," *Illinois Issues*, October 1995.

"Suicide Strikes Down Young Black Men," *The Chicago Reporter*, February 1996.

"Suburban Housing Inspectors Crack Down on Latinos," *The Chicago Reporter*, September 1995.

"Primary Care Secondary in Illinois," *The Chicago Reporter*, December 1994.

"Doctor Shortages Leave Long Lines for Care," *The Chicago Reporter*, August 1994.

"Gov. Edgar's Health Care Reform Leaves Out Uninsured," *The Chicago Reporter*, April 1994.

"Bridging Generations," *Parenting Magazine*, November 1993.

"Cool Buses," *Parenting Magazine*, September 1993.

"Racial Change Takes to the Suburbs, Some Towns Manage While Others Resist," Beyond Chicago Special Series, *The Chicago Reporter*, June 1993.

"Trouble Times in Riverdale," *The Chicago Reporter*, June 1993.

"Surviving White Flight with Middle Class Diversity," *The Chicago Reporter*, June 1993.

"West Chicago: Latinos Make History Fighting City Hall," *The Chicago Reporter*, June 1993.

"Cicero Law Blocks Latinos," *The Chicago Reporter*, June 1993.

"Critics Keep Heat on Peoples Gas," *The Chicago Reporter*, February 1993.

"Immigrants Aid...For a Price," *The Chicago Reporter*, November 1992.

"A Close Call for Chicagoans: Only Luck Saved Hegewisch from the Same Fate as River West. City Hall Never Knew, But Peoples Gas Did," *The Chicago Reporter*, June 1992.

"Peoples Gas Could Have Saved River West," *The Chicago Reporter*, May 1992.


**Contributing Reporter/Writer: *Time* magazine, *The New York Times*.**

As a contributing freelance reporter for these publications, I reported on the following stories, providing first-hand accounts, facts, and quotes, as well as contributed to the writing of these articles. These articles are not solo-bylined articles but contributing reporter bylines at the end of each article. Premier publications like *Time* and *The New York Times* are dependent on their stable of freelance reporters to be their on-the-ground journalists throughout the country and the world, and send them files on breaking news.

"Warmth of Campus Spotlight Beckons Obama Back," *The New York Times*, contributing reporter, April 24, 2012.

"The Decided Go in Droves to Vote Early," *The New York Times*, contributing reporter, October 29, 2008.

"Drawing Women's Attention, Maybe Not Allegiance," *The New York Times*, contributing reporter, August 30, 2008.

"Which State is Next? Many States are Deregulating their Utilities," *Time* magazine, contributing reporter, January 9, 2001.

"That's Agritainment!" *Time* magazine, contributing reporter, October 24, 2005.

"Wither the Dollar," *Time* magazine, contributing reporter, December 20, 2004.

"The Buzz of Caffeine," *Time* magazine, contributing reporter, December 17, 2004.

"2004 Election: New Faces," *Time* magazine, contributing reporter, November 15, 2004.

"Health: Born Too Soon," *Time* magazine, contributing reporter, October 18, 2004.

"The Trial Lawyer: Court and Spark, Edward's Legal Career," *Time* magazine, contributing reporter, July 19, 2004.

"Iraq, the Halliburton Connection: Fear and Loathing on Iraqi Roads," *Time* magazine, contributing reporter, July 7, 2004.

"Into the Cauldron," *Time* magazine, contributing reporter, April 12, 2004.

"When Private Armies Take to the Front Lines," *Time* magazine, contributing reporter, April 12, 2004.

"Television: The Hypocrisy Bowl," *Time* magazine, contributing reporter, February 16, 2004.

"Sport: The Cat 'n the Pat," *Time* magazine, contributing reporter, February 2, 2004.

"A Role Model for Baby Brother," *Time* magazine, contributing reporter, December 29, 2003.

"Tug of War Over Trade," *Time* magazine, contributing reporter, December 22, 2003.

"Managing: Profiting from Fun," *Time* magazine, contributing reporter, October 13, 2003.

"Struggle of the Classes," *Time* magazine, contributing reporter, September 22, 2003.

"The New Science of Dyslexia," *Time* magazine, contributing reporter, July 28, 2003.

"Banking, the Fastest Way to Make Money," *Time* magazine, contributing reporter, July 23, 2003.

"The Doctor Won't See you Now," *Time* magazine, contributing reporter, June 9, 2003.

"How Luck Ran Out on a Most Wanted Fugitive," *Time* magazine, contributing reporter, July 9, 2003.

"Where Did My Raise Go?" *Time* magazine, contributing reporter, May 26, 2003.

"A Miracle Denied," *Time* magazine, contributing reporter, March 3, 2003.

"Elder Care: Missing M.D.s" *Time* magazine, contributing reporter, November 11, 2002.

"Ready for Battle," *Time* magazine, contributing reporter, October 14, 2002.

"A Kinder Gentler Koran," *Time* magazine, contributing reporter, August 19, 2002.

"Health Care Has a Relapse," *Time* magazine, contributing reporter, March 11, 2002.

"Terror in the Statehouse," *Time* magazine, contributing reporter, January 21, 2002.

"Pay Fast—With No Cash," *Time* magazine, contributing reporter, November 5, 2001.

"Immigration and Naturalization Service: Borderline Competent?" *Time* magazine, contributing reporter, October 29, 2001.

"Airline Security: How Safe Can We Get?" *Time* magazine, contributing reporter, September 24, 2001.

"Ripping at the Tongues," *Time* magazine, contributing reporter, September 3, 2001.

"Why Can't We Be Friends? Summer of the Shark," *Time* magazine, contributing reporter, July 30, 2001.

"When Parents Drop Out," *Time* magazine, contributing reporter, May 21, 2001.

"Which State is Next?" *Time* magazine, contributing reporter, January 29, 2001.

"Illegal But Fighting for Rights," *Time* magazine, contributing reporter, January 22, 2001.

"Bush and Gore: Who is the Education President?" *Time* magazine, contributing reporter, November 6, 2000.

"Protecting the Unborn," *Time* magazine, contributing reporter, October 9, 2000.

"Too Much Like a Prayer?" *Time* freelance, contributing reporter, September 18, 2000.

"Before the Cult: Personal Stories from Heaven's Gate, How 39 Ordinary People Left Families Behind for a Journey to Death," *People Weekly* magazine, contributing reporter, April 14, 1997.


**Broadcast Writer/Reporter/Producer:**

**Radio Stories Written and Produced:**

"College Goal is Out of Reach for Now," Marketplace, American Public Media, National Public Radio, September 6, 2007. Marketplace has a weekly audience of more than 8 million listeners and is the most popular business program in the country, more popular than CNBC, Bloomberg or Nightly Business Report.

"NC Voices: Just Trying to be Somebody," WUNC-FM, North Carolina Public Radio. "North Carolina Voices: Considering College," January 30, 2007. WUNC-FM is the premier public radio station in North Carolina.

"NC Voices: Reyes Ventura," WUNC-FM, North Carolina Public Radio. "North Carolina Voices: Considering College," January 29, 2007.

 "Dreamland," WUNC-FM, North Carolina Public Radio, NC Voices, Understanding Poverty series. April 22, 2005.

## Professional Appearances:

### Television & Video:

UNC-Chapel Hill Retention Office, filmed personal story of first-time college graduate for office's Web site,  June 15, 2009.

C-Span, Book TV appearance. Spoke about *A Home on the Field* and summer reading at UNC-CH, June 11, 2009.

NBC Nightly News with Brian Williams, interviewed for a news segment, "Children of Immigrants Reshaping America." Maria Menounos reporter, October 17, 2008.

WGBH-TV, Boston, "One on One with Maria Hinojosa," PBS talk show. Spoke about *A Home on the Field* and immigration issues, October 22, 2007.

"Appalachian Perspectives," appeared on Appalachian State University Chancellor Ken Peacock's Sunday television talk show. Spoke about *A Home on the Field* and immigration issues, September 6, 2007.

### Radio:

"A Home on the Field," World Vision Report, August 29, 2009.

"Nuevo South," Pueblo USA, How Latino Immigration is Changing America, American RadioWorks, documentary, National Public Radio, September 2008.

"It's Only a Game," WGBH-FM, National Public Radio, September 16, 2006.

"Soccer Helps Immigrants Feel at Home," WFAE's Scott Graf, September 13, 2006.

### Print:

*Que Pasa*, Spanish-language newspaper. Interviewed on access to college issues for Latino immigrant youth, April 18, 2009.

<u>Teaching Record</u>

University of North Carolina at Chapel Hill, School of Journalism & Mass Communication, July 2007-present.

**JOMC 153, Newswriting**, 4 credits. Teaching students to write various types of news stories, writing of leads, organization, and news story elements. Sections taught: Fall 2007, one section, Spring 2009, one section.

**JOMC 253, Introduction to News Reporting**, 3 credits. Teaching students how to report, gather information, conduct interviews, manage a beat, create story ideas, and write news stories on a deadline. Sections taught: Fall 2007, one section, Spring 2008, two sections, Fall 2008, two sections, Spring 2009, one section, Fall 2009, two sections, Spring 2010, two sections, Fall 2010, two sections, Spring 2011, two sections, Fall 2011, one section, Spring 2012, one section, Fall 2012, one section.

**JOMC 256, Feature Writing**, 3 credits. Teaching students how to report and write in the long-story format for features for newspapers, magazines, and online sites. Sections taught: Fall 2011, one section, Spring 2012, one section, Fall 2012, one section.

**JOMC 490-Special Section, APPLES Service Learning Course**, Poverty & Pluralism & the Media, 3 credits. Students perform service in the community working with Latino immigrant children in Siler City, N.C., and learn about the causes of migration and the obstacles migrant youth and others face. We examine the role the media plays in the discussion of immigration and illegal immigration. Section taught: Spring 2010, one section, Spring 2011, one section, Spring 2012, one section.

*Guest lecturer* for JOMC 754, Specialized Reporting; JOMC 459, Community Journalism; and English/International Studies 364, Introduction to Latina/o Studies, 2007-present.

*Guest lecturer* for LDST 205, Justice and Civil Society, Jepson School of Leadership, University of Richmond, Richmond, Va. Fall 2010.

<u>Grants:</u>

**Planning Grant, Scholars' Latino Initiative-UNC-Chapel Hill**. The Scholars' Latino Initiative is a college mentoring and preparatory program aimed at helping Latino high school students achieve their dream of higher education. SLI mentors 130 students at seven high schools and three other universities. The planning grant is designed for Cuadros to investigate how SLI can scale up from UNC-Chapel Hill and form its own independent organization.
Award: $75,000
Source: Oak Foundation, June 2012. The Oak Foundation addresses issues of global, social, and environmental concern, particularly those that have a major impact on the disadvantaged. Headquarters are located in Geneva, Switzerland.

**Scholarship Grant, Scholars' Latino Initiative-UNC-Chapel Hill.** Grant helps fund the college education of Latino high school students.
Award: $50,000
Source: Oak Foundation, January 2012.

**Capacity Grant, Scholars' Latino Initiative-UNC-Chapel Hill**. The Scholars' Latino Initiative is a college mentoring and preparatory program aimed at helping Latino high school students achieve their dream of higher education. SLI mentors 130 students at seven high schools and three other universities.
Award: $30,000
Source: Z. Smith Reynold Foundation, Fall 2011-2012.

**Scholarship Grant, Scholars' Latino Initiative-UNC-Chapel Hill.** Grant helps fund the college education of Latino high school students.
Award: $50,000
Source: Oak Foundation, January 2011.

**Capacity Grant, Scholars' Latino Initiative-UNC-Chapel Hill**.
Award: $15,000
Source: The Park Foundation, Fall 2010.

Theses and Dissertation committees:

Master's thesis committee member, Joshua Davis (2012)

Master's thesis committee member, Catherine Orr, (2011)

Master's thesis committee member, Carrie Gann, (2011)

Master's thesis committee member, Jeremy Cramer, (2010)

Master's thesis committee member, Patrick O'Donnell, (2009)

Service

**Service to the School of Journalism and Mass Communication**

**Committee Member,** JOMC Search Committee for Public Relations Faculty Members, September 2013-present. Member of search committee to find new Research Assistant Professor in Public Relations/or Strategic Communication, and Professional Assistant Professor in Public Relations/or Strategic Communication.

**Committee Member**, JOMC Web Designer Search Committee, January 2012-June 2012. Member of the search committee to hire a new web designer for the school. Reviewed

applications and helped to conduct interviews of three selected candidates and made recommendations on the candidate selected and hired.

**Member,** Strategic Planning for the News Core Committee. Committee established to analyze the personnel needs for the News Core at the School. 2010-present.

**Advisory Board member,** Latino Journalism and Media at Carolina. Latijam is a school project dedicated to promote and practice fair and competent local reporting about Latino life in North Carolina. 2010-present.

**Member, Hearst Contest Writing Committee**. Select participants for the Hearst Journalism Awards Program. 2008-present.

**Member,** Latino Project Committee. Committee established to work on the school's Carolina del Norte media project that focuses on the implication of a growing Latino population in North Carolina. 2008-present.

**Member,** JOMC Diversity Activities Committee. Committee that focuses on diversity issues at the school. July 2007-present.

**Faculty Advisor,** RIVAL Magazine a joint publication between the University of North Carolina at Chapel Hill and Duke University that seeks to reinforce and redefine the historic rivalry. Rival is independently recognized at UNC-CH and is member of the Duke's Undergraduate Publications Board. November 29, 2011-present.

**Faculty Advisor,** Society of Professional Journalists. Advise local student chapter of this professional journalism organization. 2008-present.

**Guest Lecturer,** "New Demographic Trends Of North Carolina's Hispanic Community: The 2010 Census and its Economic and Political Impact on North Carolina," 2012 Newspaper Academy, sponsored by the North Carolina Press Association and UNC JOMC. The Newspaper Academy brings dozens of journalists from all over the state to learn about the latest trends and information in news, news reporting, and the news business. April 26, 2012.

**Organizer, host** of Town of Chapel Hill and Orange County government officials orientation session with JOMC 253 News Reporting students featuring Catherine Lazorko, Town of Chapel Hill public information officer, Lt. Kevin Gunter, Chapel Hill Police Department, Matt Efird, interim town manager, Town of Carrboro, and David Hunt, deputy-clerk, information specialist, Orange County. Organized the orientation session between public officials and all news reporting section students to prepare them for the coming reporting semester. Jan. 21, 2012.

**Coordinator,** orientation session between JOMC 253 News Reporting students and UNC Hospitals to prepare reporting students to cover the Hospitals beat. Worked with Stephanie Crayton, UNC Health Care media relations. Sept. 8, 2011.

**Coordinator** of content and create an entrepreneurial initiative among JOMC 253 News Reporting, JOMC 256 Feature Writing, and Reesenews.com, the school's digital news publication. Worked with Executive Producer John Clark, Reese Felts Digital News Project, to create an entrepreneurial initiative between News Reporting and Feature Writing students who submitted query letters, stories, and acted as freelance reporters for Reesenews.com. August 2011-May 2012.

**Panelist**, Chuck Stone Program for Diversity and Education in Media Workshop. "Why Diversity Matters in Media." Spoke on reporting, writing, diversity issues. July 8, 2012.

**Featured Speaker**, Chuck Stone Program for Diversity and Education in Media Workshop, Spoke on Covering Diverse Communities. July 11, 2010.

**Featured Speaker**, Chuck Stone Program for Diversity and Education in Media Workshop, Speaker. Spoke on reporting, writing, diversity issues and *A Home on the Field.* July 19, 2009.

## Service to the University

**Committee Membership/Organizations:**

**Chair,** Committee to Coordinate the Proposal for the Creation of a Latina/o Center at UNC. Leading the committee to create and present a proposal for the creation of a Latina/o Center at UNC before Executive Vice Provost Ron Strauss and Vice Provost for Academic Initiatives Carol Tresolini. August 2013-present.

**Member**, Undergraduate Admissions Advisory Committee. Serve on admissions committee that oversees and sets policy for undergraduate admissions for the university. Chaired by Steve Farmer, Vice Provost for Enrollment and Undergraduate Admissions. Appointed 2011-present.

**Co-Founder, Board Member**, UNC Carolina Latina-Latino Collaborative. Officially launched in 2010 by the university's Office of Diversity and Multicultural Affairs and the Office of Student Affairs, the collaborative is the Latino educational and cultural center at UNC-CH and serves students by providing cultural programming and speakers on Latino oriented topics for Latino students on campus. 2010-present.

**Co-founder, Member**, University of North Carolina at Chapel Hill Latina-Latino Caucus. A university coalition of faculty and staff on campus that advocates for Latino interests at the university and on issues. 2010-present.

**Board Member**, Advisory Board for the Office of Diversity and Multicultural Affairs, Task Force on Emerging Campus Communities, 2009-present.

**Chairman**, Scholars' Latino Initiative. Chairman of a mentoring and scholarship program for Latino high school youth at seven area high schools. SLI has helped more than 120 first-

time college-goers apply to and enroll in a college or university, 2007-present. The program combines college mentoring, college preparatory featuring UNC-CH faculty, and a scholarship to help Latino high school students achieve their dreams of higher education. As chairman, Cuadros is in charge of the organization, manages its operation, fund raises on behalf of the organization, troubleshoots, and provides the vision for the program to scale up the program from UNC-Chapel Hill.

**Presentations:**

**Featured speaker**, panelist, "Art, Life, Migration: The Reality of Suenos Americanos/American Dreams" panel, exhibit in the FedEx Global Ed Center. October 12, 2011.

**Panelist**, "Education and Diversity-Hispanic Heritage Month." The Carolina Hispanic Association and the Black Student Movement. October 11, 2011.

**Featured speaker**, UNC-CH School of Social Work Siler City, N.C., Field Trip Forum, Spoke on Latino rural community issues. September 23, 2011.

**Host, Panelist**, on screening of documentary film on Mexican-American Studies classes in Arizona: "Precious Knowledge," with film director Ari Palos. Sponsored by UNC Latinas Promoviendo Comunidad/Lambda Pi Chi Sorority, Inc. Film has been showcased on PBS. September 20, 2011

**Featured Speaker**, MURAP 2011 Conference: Immigration Today. Presenter: "Writing and Reporting on Immigration Issues: Challenges and Rewards," Sonja Haynes Stone Center for Black Culture and History. July 21, 2011. The Moore Undergraduate Research Apprenticeship Program at UNC-Chapel Hill is designed to facilitate the entrance of undergraduate students of diverse backgrounds into graduate schools and faculty positions within the academy.

**Featured speaker**, Civic Education Consortium, School of Government, UNC-CH, presentation on Latino education in North Carolina and *A Home on the Field* to local government officials and teachers. July 12, 2011.

**Moderator-presenter**, Carolina Latina/o Collaborative UNC Latino Alumni Reunion, "State of Latino Education in North Carolina." April 9, 2011.

**Featured Speaker**, Latino Education Summit, University of North Carolina at Chapel Hill. Spoke on the state of Latino education in North Carolina. March 28, 2011.

**Featured Speaker**, World View, An International Program for Educators, University of North Carolina at Chapel Hill, Latin America and North Carolina Spring Seminar. Spoke on the state of Latino education in North Carolina. March 22, 2011.

**Featured Speaker**, UNC General Alumni Association. Spoke for Durham alumni on *A Home on the Field* and Latino Education. November 19, 2009.

**Featured Speaker**, UNC-CH FPG Child Development Institute. Spoke on *A Home on the Field*. October 8, 2009.

**Panelist**, Diversity Educational Panel: Latino Identity, Office of the Vice Chancellor for Student Affairs. October 1, 2009.

**Speaker**, Scholars' Latino Initiative Sophomore Meet and Greet. SLI Induction Ceremony: UNC sophomores meet their Latina/o high school mentees and their families. September 26, 2009.

**Featured Speaker**, Alumni Committee on Racial and Ethnic Diversity Reception, Carolina Latina/o Collaborative. Spoke on *A Home on the Field* and immigration issues. September 18, 2009.

**Featured Speaker**, Carolina College for Life-Long Learning, UNC Alumni General Association. Spoke on *A Home on the Field* and immigration. September 17, 2009.

**Panelist**, Parr Center for Ethics, UNC-CH, Access to Higher Education for Undocumented Students. Panel discussion, FedEx Global Education Center. September 10, 2009.

**Facilitator**, UNC-CH Summer Reading Facility Discussion. Served as a facilitator for incoming UNC-Chapel Hill students who read *A Home on the Field*. First faculty member whose book was selected for summer reading. August 24, 2009.

**Author Address**, UNC-CH Memorial Hall, Summer Reading Author Address. Featured address and discussion on summer reading selection, *A Home on the Field*. August 24, 2009.

**Featured Speaker**, Foothills Carolina Club, UNC-CH alumni event, Hickory, N.C. Spoke about *A Home on the Field*, immigration issues, and access to college education for Latino students. July 22, 2009.

**Featured Speaker**, UNC-CH Graduate Student Center. Spoke to 40 graduate students about a career in academia, diversity issues, publishing, and journalism. June 10, 2009.

**Featured Speaker**, The Sonja Haynes Stone Center for Black Culture and History. Spoke to a group of diverse high school students about journalism as a career, access to higher education and investigative reporting. April 25, 2009.

**Featured Speaker**, Scholars' Latino Initiative Fundraising dinner. Spoke to more than 100 people. April 19, 2009.

**Featured Speaker**, Coalition for College Access, an on-campus student group that seeks to expand access to higher education for immigrant students. Spoke on *A Home on the Field*, immigration issues, and access to higher education for Latino youth. March 31, 2009.

**Featured Speaker**, National Association of Black Journalists-Carolina Chapter. Spoke to a diverse group of high school students about covering diverse communities and investigative reporting. January 3, 2009.

**Featured Speaker**, East Carolina University, School of Education, Greenville, N.C. Spoke to more than 100 education students on access to higher education for immigrant youths, *A Home on the Field,* and immigration issues in general. October 6, 2008.

## Service to the Profession

**Panelist**, "How to be a Watchdog Reporter." Institute for the Studies of the South, Journalism Seminar at the School of Journalism and Mass Communication at the University of North Carolina at Chapel Hill. Panel featuring Eric Bates, from *Rolling Stone* magazine; Ron Nixon, *The New York Times*; Sue Stugis, freelance reporter; Fiona Morgan, *Independent Weekly*. March 26, 2011.

**Panelist**, N.C. Central University Radio, Immigration Debate. November 14, 2010.

**Keynote Speaker**, Carolina Mountains Literary Festival, Burnsville, N.C. Spoke on *A Home on the Field* and Latino education issues. September 10, 2010.

**Judge**, Society of American Travel Writers, Travel Journalism Competition. Served as judge for long-form stories contest, May 3, 2009.

**Panelist**, "Minority Authors and their Work," North Carolina Literary Festival, UNC-CH. September 13, 2009.

**Instructor**, "On Writing Narrative Non-Fiction and Memoir," The North Carolina Writers Network Convention. Featured instructor at a workshop on writing narrative non-fiction, Durham, N.C. Taught 20 writing students in developing non-fiction narrative-driven writing. November 16, 2008.

**Featured Speaker**, Duke University Young Writers Camp, Durham, N.C. Spoke on *A Home on the Field,* and writing narrative non-fiction to more than 50 high school writers. July 17, 2008.

**Featured Presenter**, "Sources and Reporting" clinic, *The News & Observer*. Spoke on investigative reporting techniques, covering immigration issues, and finding sources in the Hispanic community to 40 reporters in attendance at *The News & Observer* offices. June 18, 2008.

**Author Presentation**, Bookmark's Book Fair, Winston-Salem N.C. Spoke to attendees about *A Home on the Field* and immigration issues. September 8, 2007.

## Service to the Community

Paul Braxton Soccer Field, Siler City, N.C. Organized, fund raised more than $65,000, and supervised and built new soccer facility in Siler City, 2013. Led a team of volunteers, contractors, and coordinated with the Town of Siler City to renovate an existing baseball facility into regulation-sized soccer facility for community use. Project begun in 2010 and completed in September 2013.

Other service to the community includes volunteering with schools and organizations, and speaking to universities, public and private high schools, clubs, businesses, government agencies, and public libraries in North Carolina and beyond usually about immigration issues.

**Committee Membership/Organization:**

**Vice Chair**, North Carolina Governor's Advisory Council on Hispanic/Latino Affairs. Selected as vice-chair for the Council in January 2012. The Council was formed under Gov. James Hunt in 1998 to address the needs, concerns, and issues affecting the Latino community in North Carolina. The council serves to advise the governor, make recommendations to departments in state government, and address the needs of the Latino community. Appointed by Gov. Beverly Perdue in 2010-present.

**Chair** of the Education Committee for the North Carolina Governor's Advisory Council on Hispanic/Latino Affairs. Led implementation of the committee's recommendation to the Governor.

Met with N.C. Department of Public Instruction State Superintendent June Atkinson to discuss Council's education recommendations, June 1, 2012.

**Committee member**, White House Hispanic Summit in North Carolina. Worked to plan White House summit on Latino issues affecting the state and country. Summit held at the Durham American Tobacco Institute with more than 300 in attendance. March 17, 2012.

**Committee member**, Leadership Council for the Triangle for Latino Student Success (TLSS) Project. Provide advice on implementation of $600,000 education grant for Latino education in North Carolina by the Lumina Foundation. February 28, 2012.

**Member**, Lt. Governor's New Generations Advisory Council on Rural Communities. North Carolina Rural Economic Development Center's advisory council to oversee $3 million grant to increase young rural leadership in North Carolina. January 10, 2012.

**Founder, Chair**, The Three Kings Soccer Community Association. A non-profit organization designed to help expand access to soccer for underprivileged children. Raised $50,000 in a grant from the Oak Foundation to build more soccer fields in Siler City, N.C., for kids and to spur economic stimulus for the town. 2010-present.

**Head Coach**, Jordan-Matthews High School Soccer, Siler City, N.C. Men's program. Overall record: 129 wins, 39 losses, 4 ties. 2004 N.C. State Champions 1A. 2002-present.

**Head Coach**, Jordan-Matthews High School Soccer, Siler City, N.C. Women's program. Overall record: 56 wins, 48 losses, 8 ties. 2002-2011.

**Board Member**, Boys & Girls Club of Orange and Chatham County. December 2009-present.

**Speaking Engagements:**

**Featured speaker**, Raskis Elementary School, Chapel Hill, NC, speaker for faculty, *A Home on the Field*. May 10, 2012.

**Panelist**, New Roots in the Old South, School of Government, UNC-CH, panelist to discuss the increasing Latino population in North Carolina, and to present new theatrical production of *A Home on the Field* called "La Pollera." March 17, 2012.

**Featured speaker**, Chatham County Public Health Department staff equity presentation on *A Home on the Field*, Chatham County Public Library, Pittsboro, NC. March 15, 2012.

**Featured speaker**, Triangle Donors' Forum, Access to Education: "Innovative Programs Providing Pathways to College," Triangle Community Foundation, on Latino education in North Carolina, Burroughs Wellcome Fund, Research Triangle Park. March 7, 2012.

**Featured speaker**, Council for Exceptional Children Convention, *A Home on the Field*, Winston-Salem, N.C. February 9, 2012.

**Keynote speaker**, Moravian College, Bethlehem, PA. Moravian College selected *A Home on the Field* as its required summer reading for academic year 2011-2012. September 2011.

**Featured Speaker**, North Carolina State University, Immersion Training Cultural Event, Cooperative Extensions in the Southeast. Spoke on *A Home on the Field*. March 24, 2011.

**Featured Speaker**, Chatham Middle School Career Day. Spoke on *A Home on the Field*. March 18, 2011.

**Featured Speaker**, Community Independent School. Spoke on Immigration and *A Home on the Field*. February 25, 2011.

**Featured Speaker**, Redwoods Group Inc., Rev. Martin Luther King, Jr., Day. Spoke on the emerging Latino community and immigration. January 19, 2011.

**Keynote Speaker**, Nobles & Greenough School, Boston, MA. Spoke *A Home on the Field* and immigration. Nobles & Greenough is one of the most prestigious prep schools in the country. *A Home on the Field* was required reading for the school. September 29, 2010.

**Keynote Speaker**, Lees-McRae College, Banner Elk, NC, Global Community Center, Social Justice Series. Spoke on *A Home on the Field* and immigration. September 23, 2010.

**Featured Speaker**, N.C. Civic Education Consortium and the College of Arts and Sciences' Program in the Humanities and Human Values, "Challenges to Democracy." Spoke on the emerging Latino community and access to higher education issues. July 15, 2010.

**Panelist**, "State of Latino Voters," Orange County Democratic Women. June 24, 2010.

**Author Reading**, Latino Book Fare, Cary, NC, Fred Bond Community Center Park. Read from *A Home on the Field*. May 22, 2010.

**Featured Speaker**, Christ Episcopal Church School, Greenville, SC. Spoke about *A Home on the Field*. October 23, 2009.

**Featured Speaker**, North Carolina A&T State University, Hispanic Heritage Month. Spoke about *A Home on the Field*, immigration and access to higher education. NC A&T is a Historically Black University. October 12, 2009.

**Keynote Speaker**, Methodist University Convocation Ceremony. Spoke about *A Home on the Field*, required summer reading. September 11, 2009.

**Featured Speaker**, Carolina Friends School. Spoke about *A Home on the Field*, immigration issues and access to higher education for Latino students. September 4, 2009.

**Featured Speaker**, Friends of the Chapel Hill Public Library. Spoke about *A Home on the Field*, immigration issues, and access to college for Latino students. August 5, 2009.

**Author Reading**, Durham Book Club. Spoke to about a dozen members on *A Home on the Field* and immigration issues. June 17, 2009.

**Featured Speaker**, Durham School of the Arts. Spoke to about two dozen diverse high school students about *A Home on the Field*, diversity issues and a career in journalism. May 13, 2009.

**Keynote Speaker**, Silk Hope Middle School, Silk Hope, NC, Sports Banquet. Spoke about sports and sportsmanship, soccer, and *A Home on the Field*. There were 50 students and parents in attendance. May 14, 2009.

**Featured Speaker**, "Latino Mental Health: Developing Resources to Strengthen Individuals, Families and Communities," Wake Area Health Education Center forum. Spoke to more than 100 mental health professionals on *A Home on the Field* and mental health issues affecting the Latino immigrant community. May 1, 2009.

**Featured Speaker**, Elon University. Spoke to a Spanish class about *A Home on the Field*, access to higher education for immigrant youths, and immigration issues. December 4, 2008.

Keynote Speaker, Randolph Reads: *A Home on the Field*, A Community Discussion with Paul Cuadros, Sunset Theatre, Asheboro, NC. Spoke about *A Home on the Field*, immigration issues and access to college for Latino youth. There were about 60 community members in attendance. October 16, 2008.

**Featured Speaker**, Panelist, Randolph Reads: *A Home on the Field*, Latino Youth Issues Forum. Spoke to about 30 Latino high school youths on immigration issues and access to higher education. September 27, 2008.

**Author Reading**, Randolph Reads: *A Home on the Field* book discussion. About two dozen in attendance. September 26, 2008.

**Featured Speaker**, North Carolina A&T State University, Greensboro, NC. Coalition for College Access. Spoke about *A Home on the Field*, immigration issues and access to college for Hispanic students. More than 100 in attendance. September 20, 2008.

**Convocation Keynote Speaker**, Montgomery Community College, Troy, NC. Spoke to more than 100 people on covering immigration issues, *A Home on the Field,* and access to college for immigrant students. September 17, 2008.

**Featured Speaker**, Randolph Reads: *A Home on the Field*. Speaker for opening kick off of month-long events in Randolph County, NC. Spoke to about 50 people in attendance. September 6, 2008.

**Featured Speaker**, CHICLE Language Institute, Chapel Hill, NC. CHICLE offers translation services, language classes, and interpretive services. Spoke on immigration issues. September 14, 2008.

**Featured Speaker**, Spring Friends Quakers meeting, Saxapahaw, NC. Spoke about *A Home on the Field* and immigration issues. August 3, 2008.

**Featured Speaker**, Immaculate Conception Catholic Church, Durham, NC. Spoke about *A Home on the Field* and immigration issues. July 28, 2008.

**Featured Speaker**, Greensboro College, Teachers of English to Speakers of Other Language Symposium Banquet. Spoke about *A Home on the Field,* and immigration issues. About 50 in attendance. July 9, 2008.

**Featured Speaker**, Union County Public Library. Spoke on *A Home on the Field* and immigration issues. About two dozen in attendance. May 30, 2008.

**Guest Lecturer**, Duke University, Spanish language class, Professor Bonnie McManus. Spoke on *A Home on the Field* and immigration issues. February 28, 2008.

**Featured Speaker**, East Montgomery High School, Biscoe, NC. Spoke about *A Home on the Field* and immigration issues. January 25, 2008.

**Featured Speaker**, Transylvania County Public Library, Brevard, NC. Spoke on *A Home on the Field* and immigration issues with about 50 people in attendance. January 12, 2008.

**Featured Speaker**, North Carolina School Library Association Annual Conference. Spoke on *A Home on the Field* and immigration issues. More than 100 in attendance. November 15, 2007.

**Featured Speaker**, UNC-Wilmington, El Centro Hispano-Wilmington. Spoke on *A Home on the Field* and immigration issues. More than 100 students in attendance. October 24, 2007.

**Guest Lecturer**, Duke University, Duke Spanish class, Professor Melissa Simmermeyer. Spoke on *A Home on the Field* and immigration issues. October 18, 2007.

**Featured Speaker**, CHICLE Language Institute, Carrboro, NC. CHICL offers language services, classes, and interpretation services. Spoke on immigration issues to about a dozen people. October 14, 2007.

**Featured Speaker**, Pepsico Bottling Group, White Plains, N.Y., Hispanic Heritage Month speaker. Spoke to about 36 people on *A Home on the Field* and immigration issues. September 21, 2007.

**Keynote Speaker**, Federal Deposit Insurance Corporation, Arlington, VA. Hispanic Heritage Month speaker. Spoke to about 100 people on *A Home on the Field* and immigration issues. September 18, 2007.

**Presenter**, "Paul Cuadros' Photography Exhibit" reception at Multi-Cultural Center, Plemmons Student Union, Appalachian State University, Boone, NC. About 45 people were in attendance. September 7, 2007.

**Author Reading**, Appalachian State University, Boone, NC. Visiting Writers Series Reading and Book Signing. September 7, 2007.

**Convocation Keynote Address**, Appalachian State University, Boone, NC. *A Home on the Field* selected as freshmen summer reading for university. Spoke about the book and immigration issues before more than 3,000 in attendance. September 7, 2007.

**Author Reading**, "Watauga Reads A Home on the Field," Watauga Public Library, Boone, NC. Spoke to 30 people on *A Home on the Field*. September 7, 2007.

**Featured Speaker**, Watauga High School, Boone, NC. Spoke to 15 students on *A Home on the Field*. September 7, 2007.

**Featured Speaker**, El Centro Latino Boys & Girls Club, Brevard, NC. Spoke to two dozen people on *A Home on the Field* and immigration issues. August 4, 2007.

**Panelist**, League of United Latin American Citizens, "How the Media Covers Immigration," Chicago, IL. July 12, 2007.

<u>Memberships</u>

Member, National Association of Hispanic Journalists Association.

Member, Investigative Reporters & Editors Inc.

**Exhibit 2 to Cuadros Declaration**

