# EXHIBIT 83

# Declaration of Lauren Eaves

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                Defendants.

## DECLARATION OF LAUREN EAVES

## DECLARATION OF LAUREN EAVES

I, Lauren Eaves, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1. I am a rising senior at The University of North Carolina at Chapel Hill ("UNC" or "Carolina").

2. I am an Environmental Health Science major in the Gillings School of Global Public Health and previously served as Co-President of the Campus Y.

3. I grew up in England, but I knew I wanted to come to an American university. I always appreciated the liberal arts curriculum offered in the U.S., which is not offered in the United Kingdom. It provides a diverse avenue of learning that cannot be obtained in England. I was drawn to Carolina, and I was awarded a Morehead-Cain scholarship to attend UNC-CH.

### Experience at UNC-CH

4. I became involved in the Campus Y during my first year at UNC-CH. I have met so many amazing people who have brought so many different perspectives to the table. It has made me question my life experiences so far and what I want to do after I graduate.

5. The primary place where I have had the opportunity to interact with those who are different than me, including students from different races, has been through the Campus Y. I had a predominantly White upbringing and went to a predominantly White high school. I gained a lot of things from my high school experience but I did not have the chance to appreciate how someone's life experience could be radically different based on their race. I never even considered the existence of a racist infrastructure, much less that we currently live in one. Through being friends with, and not simply interacting with, people who have had radically

different experiences because of race, I continue to have my eyes opened to the world around me and how it affects different people.

6. I have had tough conversations with a number of my friends of color about how UNC-CH's campus and the larger world have impacted them in different ways. One friend shared with me that sometimes people mistake her for another black woman. That has never happened to me. It is indicative of the society we live in, and a small microaggression like that can affect your self-worth and value. It is imperative that Carolina students know that, recognize that, and endeavor to be a better generation. We need to be more compassionate toward each other and avoid microaggressive behavior.

7. During my first year, I took a course on the politics of identity. We discussed questions such as whether we vote for people of the same race as our own and why. The class was very diverse, and I learned a great deal from listening to other students. Particularly as an international student, I learned about U.S. politics but also about how different races, ethnicities, and socioeconomic statuses are represented in the U.S. political system.

8. In all courses, hearing from classmates with different backgrounds adds value. Hearing other people's perspectives allows you to relate to them more and it causes you to think more. Some of my classes at UNC-CH have been much more diverse than others, and I learn so much from my classmates in the courses that are diverse.

9. One of the most important skills you can gain from going to college is the ability to relate to other students. It is important to have an understanding of what it is like to come from different experiences, and an appreciation for the fact that those experiences make you different and unique but you also learn that you are similar. It is imperative for students to have

cultural competency but, more importantly, empathy and compassion for people who have come from different experiences.

10. It should be a part of the University's responsibility to acknowledge lived experiences of students of different backgrounds. To not take that into consideration is to be willfully blind as to how students experience the first 18 years of their life. If a public university is about extending benefits to the State, part of UNC-CH's responsibility to the State is to ensure it takes into consideration the prior experiences of students in creating a class.

### Conclusion

11. The University's diversity is one of its greatest strengths. I believe, and have seen first-hand, that diversity brings great benefits to the University and to its students. I am extremely grateful for the opportunity I have had to live and learn in a diverse community while in college.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 06/18/17

_Lauren Eaves_
Lauren Eaves