# EXHIBIT 86

# Declaration of Teodoro Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

# DECLARATION OF TEODORO ("TEDDY") GONZALEZ

# DECLARATION OF TEODORO ("TEDDY") GONZALEZ

I, Teodoro ("Teddy") Gonzalez, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I am a Hispanic male. I graduated from The University of North Carolina at Chapel Hill ("UNC-CH" or "University") in 2016 with a Bachelor of Science in Health Policy and Management.

2. I was born in San Juan, Puerto Rico. When I was a child, my family moved to North Carolina so that my father could pursue his Master of Business Administration at The University of North Carolina's Kenan-Flagler Business School ("KFBS"). My father went to KFBS on a scholarship called the Consortium Fellowship, which aimed to increase diversity within KFBS.

3. After my father graduated from KFBS, my family moved to South Florida, where I spent most of my childhood. South Florida has a large Hispanic population. I grew up speaking Spanish at home. When I would go into a bakery or other store, I would have to order in Spanish, not English. And although I spoke mostly English in high school, my high school made an effort to engage with Hispanic culture. One time, my high school teacher, during a discussion about affirmative action, asked if any students felt like a minority; only one White male raised his hand.

4. Currently, I am working as a management consultant for Accenture in Raleigh, North Carolina. I work with health care clients.

## My Experience as a Hispanic Student at UNC-CH

5.      When I began applying to colleges, UNC-CH was high on my list because of my father's great experience at KFBS.

6.      At UNC-CH, my experience was eye-opening. It was a completely different environment from what I was used to. But I loved it. In particular, I loved how each person I met was welcoming, exciting, and engaging.

7.      However, I was shocked when I first arrived at UNC-CH. I was starting to see all of the different things that come with being at college, including being on my own for the first time and being in an environment that was not predominantly Hispanic. South Florida was very different from the environment at UNC-CH. It was interesting for me to call my parents and speak Spanish and know that other people around me did not understand me. But it was also great to learn about Southern culture.

8.      During my first year at UNC-CH, I applied to and was accepted into the Carolina Millennial Scholars Program, a two-year program that provides a community and networking experience for males from diverse backgrounds. For me, this was a cool way to get involved in campus and make more friends. As a minority, it was interesting learning about different minorities from different kinds of life. I met two young men from Africa and many people from all over the country.

9.      I never felt isolated at UNC-CH. I knew I came from a different perspective and I felt like I had a unique perspective to present. I knew I had some different things to bring to the table in terms of culture and roots, but I never was isolated. It actually made my campus experience more engaging. I felt as though people

wanted to know my opinion, not because I was Hispanic, but because it was different from their experience.

10. In my class on religion, we explored how different legends and myths within cultures stem from where the religion comes from or the history of the place. The class focus was on the Caribbean and Latin America. We ended up talking about a myth from Puerto Rico: the Chupacabra. We did not question whether the myth was real, but we talked about what it symbolized for people who lived there. This was fascinating for me because it was a household thing in my home. I could share my personal experience with my classmates.

11. I joined UNC's SLI, or Scholars Latino Initiative, my sophomore year. SLI is an organization that creates educational, professional, and civic engagement opportunities for a new generation of Latinx leaders in North Carolina. I was assigned a young male student from Chapel Hill to mentor. We would meet once or twice a month to talk about college goals and how our lives were going.

12. I got a lot out of the mentorship opportunity and SLI. I was not just working with mentees and helping them with their goals, but I also interacted with other mentors/mentees. The group became almost like a big family setting. Even when my mentee had to drop the program for personal reasons, I still attended meetings to keep up with other mentees and mentors. I realized how big a piece mentorship had played in my life. Doing something like this at such a young age with youth in high school can really help in lots of communities. Because of this experience, I am helping friend establish similar program in the Research Triangle Park region of North Carolina.

3

## My Cross-Cultural Interactions at UNC-CH

13. Diverse interactions occurred everywhere. The first friend I met at UNC-CH was from Greensboro and Jewish. We talked about everything related to our experiences.

14. In classes, professors were so welcoming of student opinions. I was always encouraged – not as a Hispanic, but just as a student – to share my thoughts. I always thought it was cool to have those types of discussions – at football games, in classrooms, in dorms.

15. A woman in my friend group was Hispanic, but also other races. We had routine conversations about how our cultures differed and what about those cultures each of us enjoyed. I remember talking with her about the movie *My Big Fat Greek Wedding* and its depiction of that culture. We talked about how that movie was true of Hispanic culture too.

16. It was cool to bring cultures all together during family weekends as well. We would experience culture as part of family.

17. My ability to work with diverse populations will absolutely be important in the future. In health care, it is important to consider reach within diverse communities. Everyone needs health care, and the challenge is to figure out how to reach so many populations. Being a global individual makes a huge difference. Experience with people from different backgrounds has helped me with my current position doing business all over the world.

4

Case 1:14-cv-00954-LCB-JLW   Document 157-22   Filed 01/18/19   Page 6 of 7

## Conclusion

18. I loved my experience at UNC-CH, and UNC-CH's diversity was part of what made the experience so amazing. The chance to interact with people from many different backgrounds helps prepare UNC-CH's students for their future careers and life in a global world.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 10/7/17

Teodoro Gonzalez