**EXHIBIT 89**

**Declaration of Jennifer Ho**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                    Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                    Defendants.

## DECLARATION OF JENNIFER HO

## DECLARATION OF JENNIFER HO

I, Jennifer Ho, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1. I am a Professor in the Department of English and Comparative Literature ("English Department") at The University of North Carolina at Chapel Hill ("UNC-CH"). My research and teaching interests are in Asian American, Multiethnic American, Contemporary American literature, and Critical Race Theory. In particular, I am interested in the construction of contemporary American identities and anti-racist activism and education.

2. As a Professor, I teach a variety of graduate and undergraduate courses, including Mixed Race America: Race in Contemporary/Young Adult American Literature and Culture, and Intersectionality: Race, Gender, Sexuality and Social Justice. I team teach the course on Intersectionality with Frank Baumgartner and Sharon Holland.

3. I am also the Associate Director of the Institute for the Arts and Humanities (the "Institute") at UNC-CH. The Institute serves as UNC-CH's faculty home for interdisciplinary conversation and collaboration. Its mission is to help the University recruit, refresh, develop, and retain a world-class faculty of scholars and teachers.

4. I have published several books that explore themes in my research. My first book, *Consumption and Identity in Asian American Coming-of-Age Novels* (Routledge Press, 2005), examined the construction of contemporary American identities. More

recently, my book, *Racial Ambiguity in Contemporary Asian American Culture* (Rutgers University Press, 2015), examined the theme of racial ambiguity in various modes of cultural production (oral history, new media, literature, film, sports journalism) created predominantly by and about Asian-Americans in the late-20th/early 21st century. Currently, I am co-editing a collection of essays titled *Approaches to Teaching Asian North American Literature*.

5.    I have been interviewed several times on WUNC's "The State of Things," including to discuss my contributions to the book "Asian Americans in Dixie: Race and Migration in the South." I was interviewed on "The Splendid Table" about how food plays a crucial role in how I identify as Chinese-Jamaican.

6.    I was awarded the Chapman Family Teaching Award in 2012.

7.    I graduated from the University of California Santa Barbara with a Bachelor of Arts in English. I received my Ph.D. in English from Boston University in 2003. I began working at UNC-CH as a Postdoctoral Fellow in 2003 and joined the English Department as an Associate Professor in 2005.

8.    Ho Decl. Ex. 1 is a true and correct copy of my curriculum vitae. Ho Decl. Ex. 2 is a true and correct copy of course syllibi I have used recently. Ho Decl. Ex. 3 is a photograph of me from my UNC webpage.

### Context about Diversity at UNC-CH

9.    I come at the word "diversity" from a social justice perspective. I think about diversity as being about equity and inclusion. Creating an environment of equity and

2

inclusion is especially important in the U.S. South as there is a demonstrated history of inequity that has lasted for centuries. This has been the case in North Carolina and at UNC-CH.

10.    In North Carolina, this history of inequity is still within people's memories. The last active lynching happened in 1945. The first African-American student was admitted to UNC-CH in 1951. *Brown v. Board of Education* happened in 1954. De facto segregation at UNC-CH continued into the 1960s. After an entire class of people was excluded for centuries, it is not possible to create a place of inclusion within a few years.

11.    As a Professor at UNC-CH, I am very focused on creating a classroom of equity and inclusion so that all students can contribute and learn.

### The Importance of Inclusion of Racial Minorities at UNC-CH

12.    UNC-CH educates students to live and work in a global network. When students graduate, they need to be able to interact with and be comfortable with people from a variety of social groups. To cope in a global environment, students need to have racial and social literacy. Part of that is being able to understand and interact with people from different racial and ethnic groups. These experiences at UNC-CH help prepare students for life after graduation.

13.    When students leave my classes, I want them to have social and racial literacy. To that end, I encourage discussion and community building in my classes.

14.    My Mixed Race America class is described in the course syllabus as follows:

> The subject of race continues to be one of the most enduringly divisive and controversial subjects in the United States. And

3

even at the turn into the 21st century, despite the historic election of our first mixed-race African American president, as a nation we have not developed an adequate and comfortable common ground or common language to discuss, honestly and openly, our concerns, mis-conceptions, questions, interests, and hopes in terms of race. As we approach 2042, the year in which it is projected that non-white people will reach 50% of the United States population, it is more important than ever to create safe but challenging spaces for people to talk about race, especially about mixed-race subjects. To that end, this service-learning course will attempt to create a safe but challenging classroom environment for the UNC students enrolled in the course so that they will be enabled to have rich working relationships with the local non-profit that they will partner with that serve youths, such as the Carrboro-Chapel Hill School District and the Jackson Center. Together, we will explore academic texts that will provide a theoretical, historical, and social knowledge on race in its many different permutations. In addition to the academic texts, we will be reading works of fiction and watching films that reflect the way that Americans represent race in the U.S., especially the concept of racial hybridity and multiracial identities. As such, this course has, at its core, a comparative analysis of a multiplicity of racial and ethnic communities in the United States.

15.     In this course, I have Black students discussing what it is like to grow up in a Black body, White students discussing relationships with people of color, Asian students talking about how they do not fit with the language of Black and White, and conservative students challenging their more liberal peers. There is immense educational virtue from students hearing one another's stories and reactions.

16.     Creating an environment of equity and inclusion is very important to facilitate these interactions. Students do not feel they have owned their education unless they feel they have been included. I do not get buy-in and engagement from students in

4

my classes unless they feel included. My job as a professor is to think about how best to create an environment of equity and inclusion.

17.     My Mixed Race America course is a service learning course that requires 30 hours of community service with a community organization, which provides students with hands-on experience.

18.     I also team teach a 250-person course on Intersectionality with a professor from the Political Science department and a professor from the American Studies department. Simply put, intersectionality means paying attention to all the complicated identities people have in their lives.

19.     The Intersectionality course touches on events happening globally and nationally with a special emphasis on the U.S. South — including discussions around Title IX lawsuits, the fallout over N.C. House Bill 2 (which required individuals in North Carolina to use the bathroom that corresponds to their biological sex), and the recent violence in Charlotte, N.C. Even though it is a large course, we run the course as a discussion class and encourage questions. These are complex and difficult topics, and in order to structure the class around discussions, we have to make sure the students are in an environment of equity and inclusion and feel confident sharing in front of 250 people. Representation from different racial and ethnic groups is essential to creating that environment.

5

## Asian-Americans

20.    As an Asian-American scholar, I am frustrated to see Asians used as a wedge group in this litigation. The stereotypical view of Asian Americans is Indian, Korean, or Chinese American with immigrant parents and "tiger moms" who want their kids to go to medical school. However, Asian-Americans are a diverse racial group with over thirty Asian ethnic nationalities.

21.    When the data are disaggregated, Indian, Chinese, and Korean-Americans are overrepresented in higher education and are, as a group, educationally successful. However, other Asian ethnic groups, like Hmong, Laotian, Burmese, and Bangladeshi, have some of the lowest rates of literacy and access to higher education in the United States.

22.    Lumping Asians together and suggesting that all Asians oppose or are harmed by consideration of race in admissions does a great disservice to Asian ethnic groups. By contrast, holistic review of applications allows the University to take these differences into account.

## Conclusion

23.    As an Asian-American professor who studies race and identity, UNC-CH's ability to continue to enroll a diverse student population that includes many students from different racial and ethnic backgrounds is essential to the work that I do and to the educational experience I want my students to have. If UNC-CH's racial diversity were diminished or compromised, I fear that it would have a very detrimental impact on the

6

effectiveness of my courses on race and ethnicity, as well as on the overall academic quality of the institution.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 9/1/17                    Jennifer Ho

7

# Exhibit 1 to Ho Declaration

# Jennifer Ann Ho

**University of North Carolina, Chapel Hill**
**Department of English and Comparative Literature**
**Greenlaw Hall, C.B. #3520**
**Chapel Hill, NC 27599-3520**
**(919) 962-8478**

## PROFESSIONAL APPOINTMENTS

- January 2016-present.
  **Associate Director,** Institute for the Arts & Humanities, University of North Carolina at Chapel Hill
  - Support faculty research and initiatives, help the director with the mission of the IAH, serve as a liaison of the humanities to the larger community.
- July 2013-December2016.
  **Director of Graduate Studies**, Department of English & Comparative Literature University of North Carolina at Chapel Hill.
  - Oversee the English Department's PhD program (approximately 100 active graduate students) including annual meetings with students who are in course work, third year colloquium meetings, and general advising and administrative duties associated with the graduate program.
- July 2016-present
  **Professor**, Department of English and Comparative Literature, University of North Carolina at Chapel Hill.
  - Research and teaching specialization: Asian American literature and culture, multiethnic American literature, contemporary American literature, critical race and ethnicity theory.
- July 2006-present.
  **Adjunct faculty**, Department of American Studies, University of North Carolina at Chapel Hill.

## EDUCATION

- **Ph.D.,** Jan. 2003
  - English, Boston University
- **M.A.,** May 1996
  - English, Boston University
- **B.A.,** June 1992
  - English, University of California at Santa Barbara

## PUBLICATIONS

Books

- *Understanding Gish Jen*. Columbia, SC: University of South Carolina Press, 2015.
- *Racial Ambiguity in Asian American Culture*. New Jersey: Rutgers University Press, 2015.
- *Consumption and Identity in Asian American Coming-of-Age Novels*. New York: Routledge Press, 2005.

Articles
- "Identity." *Keywords in Asian American Studies*, eds. K. Scott Wong, Linda Vo, and Cathy Schlund-Vials. New York: New York University Press, 2015. 125-127.
- "Southern Eruptions in Asian American Narratives." *Asian Americans in Dixie*, eds. Jigna Desai and Khyati Joshi. Champaign, IL: University of Illinois Press, 2013. 219-244.
- "Acting Asian American, Eating Asian American: The Politics of Race and Food in Don Lee's *Wrack and Ruin*." *Eating Asian America*, eds. Robert Ji-Song Ku, Martin F. Manalansan IV, and Anita Mannur. New York: New York University Press, 2013. 303-322.

## INVITED LECTURES/PUBLIC TALKS/WORKSHOPS
- "Racial Ambiguity in Asian American Culture," University of North Carolina, Asheville, March 30, 2016.
- "Diversity and Inclusion in the US and Abroad," (workshop) Clark University, The Leir House, Ridgefield, CT, October 13-15, 2015.
- "Global Issues: When the Asian Immigrant becomes the Asian American," Global Education Leaders' Program. World View: An International Program for Educators, Friday Center, University of North Carolina at Chapel Hill, June 16, 2015.
- "Talking Openly and Honestly about Race: An Anti-Racism Workshop," Alamance Community College, Graham, NC, March 17, 2015.

## CONFERENCE PRESENTATIONS
- "Racial Constructs and Narratological Constructs in David Mitchell's *Cloud Atlas*," International Society for the Study of Narrative, Amsterdam, Netherlands, June 16-18, 2016.
- "Is Monstrosity in the Eye of the Beholder? The Question of Cathy as Evil in John Steinbeck's *East of Eden*" South Atlantic Modern Language Association, Durham, NC, November 13, 15, 2015.
- "Asian Canadianist/Asian Southernist," (roundtable) South in the North, Vancouver, British Columbia, January 6-7, 2015.
- "Cablinasian Dreams, Amerasian Realities: Transcending Race in the Twenty-First Century and Other Myths Broken by Tiger Woods," American Studies Association, Los Angeles, CA, November 6-9, 2014.

## AWARDS
- Fall 2015-Spring 2016, **Academic Leadership Program**, Institute for Arts and Humanities, University of North Carolina at Chapel Hill.
- Fall 2012, **Chapman Family Teaching Fellowship**, University of North Carolina at Chapel Hill.
- Spring 2010, **Distinguished Publication by an Assistant Professor**, Department of English and Comparative Literature, University of North Carolina at Chapel Hill.
- Summer 2009, **Center for Global Initiatives Course Development Grant**, University of North Carolina at Chapel Hill.

- Summer 2009, **APPLES Uelteschi Service Learning Course Development Grant**, University of North Carolina at Chapel Hill.

**Exhibit 2 to Ho Declaration**

**ENGL 271: Mixed Race America: Race in Contemporary/Young Adult American Literature and Culture**

Professor:        Jennifer Ho
Class:            Tuesday/Thursday, 5:00-6:15pm – Greenlaw 302
Office:            205 Greenlaw Hall (in the admin suite of offices on the 2nd floor)
Phone:           919-962-6921
E-mail:          jho@email.unc.edu (preferred method of communication)
Office Hours:   Tuesdays 4:00-5:00pm, Wednesdays 11:00-12:30pm and by appointment
                      —I am especially able to meet off-campus at The Looking Glass Café in
                      Carrboro at your (and my) convenience.

COURSE DESCRIPTION:
The subject of race continues to be one of the most enduringly divisive and controversial subjects in the United States. And even at the turn into the 21st century, despite the historic election of our first mixed-race African American president, as a nation we have not developed an adequate and comfortable common ground or common language to discuss, honestly and openly, our concerns, mis-conceptions, questions, interests, and hopes in terms of race. As we approach 2042, the year in which it is projected that non-white people will reach 50% of the United States population, it is more important than ever to create safe but challenging spaces for people to talk about race, especially about mixed-race subjects. To that end, this service-learning course will attempt to create a safe but challenging classroom environment for the UNC students enrolled in the course so that they will be enabled to have rich working relationships with the local non-profit that they will partner with that serve youths, such as the Carrboro-Chapel Hill School District and the Jackson Center. Together, we will explore academic texts that will provide a theoretical, historical, and social knowledge on race in its many different permutations. In addition to the academic texts, we will be reading works of fiction and watching films that reflect the way that Americans represent race in the U.S., especially the concept of racial hybridity and multiracial identities. As such, this course has, at its core, a comparative analysis of a multiplicity of racial and ethnic communities in the United States.

REQUIRED TEXTS:
◆*The Absolutely True Diary of a Part Time Indian* (Little Brown 2007/2009) – Sherman Alexie
◆*White Privilege: Essential Readings on the Other Side of Racism* (Worth Publishers, 4th edition 2011) – Ed. Paula S. Rothenberg
◆*A Home on the Field* (It Books/Harper Collins 2006) – Paul Cuadros
◆*Blue Boy* (Kensington Publishing 2009) – Rakesh Satyal
◆*Between the World and Me* (Spiegel and Grau/Random House) – Ta-Nehesi Coates
◆*Notes from No Man's Land: American Essays* (Graywolf Press) – Eula Biss

All texts are available for purchase on-campus.

FILMS:
◆*First Person Plural* – Dir. Deann Borshay Liem – available on-line through UNC libraries

COURSE REQUIREMENTS:  [Final grades will be determined by the following]

*Attendance/Participation                                      10%
 [all students must complete 30 hours of community service work—failure to complete 30 hours
at your community organization will result in an "F" grade for the course because if you don't
complete the hours, you can't pass the class]
*Group presentations/teaching projects                        15%
*Grammar Quizzes (two)                                        5%
*Race conversation reflection paper (900-1200 words)          15%
*Group Journal Writing and Responses                          30%
         Weekly Journal Writing -- 20%
         Weekly Journal Responses --10%
(at least 2 of your journal entries must reflect on race in your volunteer assignment)
*Final Research Paper                                         25%
(2,000-2,500 words—not including the Works Cited page)
Includes turning in the following along with your final paper:
Abstract, Annotated Bibliography, 1-2 page Research Paper Outline, and 4-5 page draft


Week 1
T—Aug 23     Mixed Race America—an introduction
**Th – Aug 25**  Service Learning – what is it?  Why are students getting experiential credit?
             Short Story – Morrison's "Recitatif" [Sakai]
             **Due: Introductory letter**

Week 2
T—Aug 30     Chapter 2 from *Racial Formation in the United*
             *States: From the 1960s to the 1990s* – Michael Omi & Howard Winant and "Anti-
             Essentialism and Intersectionality: Tools to Dismantle the Master's House" –
             Trina Grillo [Sakai]
Th – Sep 1   *Absolutely True Diary of a Part Time Indian* (1-43) – Alexie
             Sign-up for shifts with Community Organization

Week 3
**T—Sep 6**      *Absolutely True Diary of a Part Time Indian* (44-158)– Alexie
             **Due: Grammar Quiz #1**
Th –Sep 8    *Absolutely True Diary of a Part Time Indian* (159-230)– Alexie

Week 4
T—Sep 13     *White Privilege* (Parts I & II) –  Rothenberg
Th—Sep 15    Class TBA

Week 5
T—Sep 20     *A Home on the Field* (vii-133) – Cuadros
Th – Sep 21  *A Home on the Field* (135-183) – Cuadros

2

Week 6
**T—Sep 27**    *A Home on the Field* (187-272) – Cuadros
             **Due: Grammar Quiz #2**
Th – Sep 29    *White Privilege* (Part III & IV) – Rothenberg


Week 7
T—Oct 4      *Blue Boy* (1-124) – Rakesh Satyal
Th—Oct 6     *Blue Boy* (125-159) – Rakesh Satyal


Week 8
T—Oct 11     *Blue Boy* (160-268) – Rakesh Satyal
Th—Oct 13    Bill of Rights & 50 Experiences (pdfs on Sakai)– Maria Root
             and discussion of race conversation assignment

Week 9
T—Oct 18     Writing Workshop—grammar and composition

FALL BREAK – October 19-23

Week 10:
T—Oct 25     *First Person Plural* – Dir. Deann Borshay Liem (screened in class)
**Th—Oct 27**    Discussion of *First Person Plural* & essay "Transnational and Transracial
             Adoption: Multiculturalism and Selective Color-Blindness" – Jenny Wills
             (pdf on Sakai)
             **Due: Race Conversation Reflection Paper**

Week 11:
T—Nov 1      BEFORE "Time and Distance Overcome" and "Relations" and "Three Songs of
             Salvage" in *Notes from No Man's Land* – Biss
Th—Nov 3     NEW YORK "Land Mines" and "Goodbye to All That"
             in *Notes from No Man's Land* – Biss

Week 12:
T—Nov 8      CALIFORNIA "Black News," and "Letter to Mexico" and "Babylon"
             in *Notes from No Man's Land* – Biss
Th—Nov 10     Post-Election discussion

Week 13:
T—Nov 15     MIDWEST "Back to Buxton," "Is This Kansas,""No Man's Land," "Nobody
             Knows Your Name" in *Notes from No Man's Land* – Biss

Th—Nov 17    Parts I and II *Between the World and Me* – Coates

3

Week 14:
**T—Nov 22**     Research Work Day – No class
              **Due: Abstracts & Annotated bibliography**
Th—Nov 24     THANKSGIVING – NO CLASSES

Week 15
T—Nov 29     Part III *Between the World and Me* – Coates and "After" – Biss
              in *Notes from No Man's Land*
Th—Dec 1     Visit to Ackland Art Museum

**Dec 4, Sunday @midnight: 3 page draft due to your group on Sakai Forums**

Week 16
T –Dec 6     Last Day Wrap-Up – meet at Hyde Hall – 2nd floor Incubator Room
              (across from Graham Memorial near Franklin Street)

**Research Paper Due:  5:00pm on Tuesday, December 13 to Digital Dropbox on Sakai**

**Last day to turn in APPLES service learning log: 3:00pm on Friday, December 16 – must physically turn in a hard copy form to the English Department office, 2nd floor of Greenlaw Hall—you can put the form in the flap on my office door, Greenlaw 205.**

Housekeeping Issues:
\*All assignments are due to Sakai by 5:00 p.m. on the date due according to the syllabus.  I will not accept email attachments for any assignments nor will I accept any late assignments.

\*Cell phones should be turned off during class; if there is an emergency situation, please notify Jennifer ahead of class and keep the phone on vibrate mode.

\*Please use respectful email etiquette when corresponding with people in this class, which means do not use the salutation "Hey" or other casual addresses (at least, please do not use those with Jennifer or any of your other professors—trust me, this is a pet peeve among faculty).  Also, please be mindful of email exchanges in that IF THE INFORMATION IS AVAILABLE ON YOUR SYLLABUS OR THROUGH A CLASSMATE, CONSULT YOUR SYLLABUS OR CLASSMATE FIRST BEFORE EMAILING JENNIFER TO ASK WHEN HER OFFICE HOURS ARE OR ANY SIMILAR QUESTIONS THAT CAN BE READILY ANSWERED THROUGH A LITTLE BIT OF SEARCHING ON YOUR PART.

\*I prefer to communicate with you in office hours rather than over email.  If you can't make my office hours, I'm happy to meet with you at a time and location that will suit both our schedules.

\*Please come to class as promptly as possible—if you find yourself in the unfortunate position of being late by more than half-an-hour, please elect to take the day off.  Excesssive tardiness (more than 3x in the semester) will negatively impact your grade, as will excessive absences.  Please see the Attendance & Participation policy for more details about issues of absences and tardiness.  Also, please note that the department policy on absences states that students who

4

attend less than 75% of classes during a semester, regardless of the reasons (medical, athletic events, religious holidays) may not pass the class. This means that in a T/Th class, if you miss 7 or more classes, I will be forced to assign you an "F" for the class, regardless of how much work you have submitted or how well you are doing.

*The Honor Code applies to everything that you—and I—do at this university, including our use of outside sources in our research and writing. Our work in this class will conform to the principles and procedures defined in the *Instrument of Student Judicial Governance* (http://instrument.unc.edu/). The research that we do this semester, whether primary or secondary, print or online, formal or informal, will require careful documentation on your part. We will review citation guidelines early and often throughout the semester. The need to cite your sources applies to all your work, including drafts as well as final versions of your projects. If I suspect you of plagiarizing all or part of a paper, even unintentionally, I am required to report the offense to the Honor Court.

*Students with Disabilities: The University of North Carolina at Chapel Hill ensures that no qualified person shall by reason of a disability be denied access to, participation in, or the benefits of, any program or activity operated by the University. In compliance with UNC policy and federal law, qualified students with disabilities are eligible to receive "reasonable accommodations to ensure equal access to education opportunities, programs, and activities" (http://www.unc.edu/depts/lds/faculty-policies.html). If you anticipate such accommodations, please notify me as soon as possible so that appropriate arrangements can be made. Additionally, you may seek out student support services at the Department of Disability Services (DDS) (http://disabilityservices.unc.edu/) and through the Learning Center (http://learningcenter.unc.edu/)

*Non Discrimination Policy: UNC Chapel Hill does not discriminate against its students or employees based on race, color, national origin, religion, sex, age, or disability. The University's policy states that sexual orientation be treated in this same manner. In this class we will strive to maintain an open atmosphere with shared respect for all differences.

5

August 23, 2016

Dear Students,

      Welcome to the class. My custom is to write an introductory letter at the beginning of each semester, giving you an idea of who I am. In turn, I ask that you write an introductory letter to me. You can base yours on my letter or feel free to go off on your own tangent and tell me anything you want about yourself—favorite food, best book you've ever read, most memorable birthday, etc. This is also the place to let me know anything of a personal nature that you wouldn't want to advertise on the second day of class or in office hours, such as any ability issues you may have or any other sensitive information you think is important for me to know about you. You will see that the first assignment due (the next time we meet) is the completion of this letter; it is the only time I will accept an assignment that is not typed and not turned into Sakai's dropbox. If you want to handwrite your letter, by all means do so; just remember this assignment is due the next class period.

      Since we are transitioning from summer to the fall semester, I'll tell you about how I spent my summer vacation (more interesting hopefully than a recitation of my professional credentials, which you can find on my faculty profile page). I spent the summer in Europe, beginning with a week in Amsterdam attending the International Narrative Conference, a week in London attending an International Humanities Center conference, and then a month in Spain, specifically at la Universidad de Salamanca where I spent the month of July taking Spanish language classes. From 9-12pm I had 3 hours of grammar, composition, and conversation class. It was my first time being a student in a classroom in about 19 years! In fact, the last class I took was a Spanish language class when I was a graduate student, so it also meant that I was trying to remember and re-learn so much in such a short period of time. I learned a lot of Spanish and hope to continue studying and practicing my language skills because I would truly love to become fluent in a second language—and Spanish is my best bet for fluency at this point. I know a lot of people ask and/or assume that I speak Mandarin (or Cantonese) but after 2 failed attempts at taking Mandarin, I realize that I'm more adept at Spanish. And lucky for me, I've fallen in love with Spain. Actually, very specifically I've fallen in love with Salamanca. It's a college town and I've always felt comfortable in college towns, but it's more than that—it's the sense of how old this city is—the university will celebrate its 800th anniversary in 2018 and it's just so beautiful—I had an apartment across from the Convent of San Esteben and would hear the bells chime in the morning and evening. Salamanca is a very walkable city so in the evenings my husband and I would take a paseo (a stroll) around the town. And my very favorite thing was to watch the lights turn on in the Plaza Mayor at around 10:00pm—every time it happened the crowd in the plaza would gasp a collective gasp of surprise and wonder. And even though I knew it was going to happen, I too would always gasp in surprise and wonder—a little bit of magic that I will always keep with me.

      Other things to know about me: I have a dog, Bruno, who is about 15 years old—he's a corgi-sheltie-chow mix and my husband and I love him and treat him like he's our child. I play golf but don't keep score—in fact if I don't like the lie I will pick up my ball and throw it on the fairway. Makes the game go much faster and is more pleasureable for me, though some people don't like playing with me for this reason. I love cooking and eating food and taking pictures of amazing meals I've either made or eaten—like the suckling pig I had in Segovia or the Rijsttafel I had in Amsterdam (translated from Dutch as "Rice Table" which is composed of several small dishes of incredible Indonesian food) or the seafood paella that my husband learned to make while we were in Salamanca.

      I hope this gives you a small glimpse into who I am. This is always my favorite assignment because I enjoy getting a small glimpse into who you are, so feel free to share as much or as little of yourself in this assignment as you like.

Sincerely,

6

# Exhibit 3 to Ho Declaration

