# EXHIBIT 91

# Declaration of Sherick Hughes

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                Defendants.

## DECLARATION OF SHERICK HUGHES

## DECLARATION OF SHERICK HUGHES

I, Sherick Hughes, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background and Leadership Experience

1.    I am a Black male from rural North Carolina.  As a young man growing up in rural North Carolina, I experienced inequities and opportunities at the intersection of race, class, gender, education, and desegregated schools.  I later witnessed those same inequities and opportunities while working with urban and rural public elementary school youth in North Carolina and Ohio.  My experiences sparked a desire to advocate and seek solutions that would provide equitable educational opportunities to all.  My central mission and vision became research, teaching, and service in education with the goal to influence the social context of education in ways that matter for improving learning opportunities and educational outcomes, particularly for the most vulnerable and marginalized youth, families, and educators.

2.    I earned a Bachelor of Arts in Communication Studies and English Minor from the University of North Carolina at Wilmington ("UNCW") in 1997, a Master of Arts in Communication Studies from Wake Forest University in 1999, a Master of Public Administration from The University of North Carolina at Chapel Hill ("UNC-Chapel Hill") in 2001, and a Ph.D. in Education from UNC-Chapel Hill in 2003.

3.    After attaining my Ph.D., I served on the faculties of the University of Toledo and the University of Maryland, College Park.  From 2012-2017, I served as a tenured

Associate Professor of Education and from July 1, 2017 to the present, as a tenured Full Professor of Education in the UNC-Chapel Hill School of Education. I am the only Black male on the faculty of the School of Education.

4.     I also am the founder and director of the Interpretive Research Suite and Carter Qualitative Thought Lab at UNC-Chapel Hill, the founder and co-director of the UNC-Chapel Hill Graduate Certificate in Qualitative Studies, and the founder and chair of Black Alumni of the School of Education ("BASE").

5.     My research generally is focused upon four topics: critical race studies and black education; social context of schooling in urban and rural settings; interdisciplinary foundations of education; and qualitative/mixed research methodology. I have published articles and reviews in top-tier peer-reviewed journals including *Educational Researcher*, *Educational Studies*, *Educational Policy*, *Urban Education*, *Education and Urban Society*, *Ethnography & Education*, *International Journal of Inclusive Education*, *Teachers College Record* and *Race, Ethnicity & Education*.

6.     I have authored eight book chapters alone, and co-authored eight others. I have authored and co-authored/co-edited four books including the 2007 American Educational Studies Association ("AESA") Critics' Choice Award-Winner, *Black Hands in the Biscuits Not in the Classrooms: Unveiling Hope in a Struggle for Brown's Promise*, published with Peter Lang Publishers; and the 2014 AESA Critics' Choice Award-Winner, *The Evolving Significance of Race,* published with Peter Lang Publishers and co-authored/co-edited with Dr. Theodorea Berry. I also edited and authored, *What We Still*

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 4 of 50

*Don't Know about Teaching Race: How to Talk About it in the Classroom,* published with The Edwin Mellen Press. In addition, I was the lead author of the 2017 AESA Critics' Choice Award nominee, of *Autoethnography: Process, Product and Possibility for Critical Social Research.*

7.     In 2016, I was recognized by the American Educational Research Association members as a Distinguished Scholar. I have received the Distinguished Alumnus Award from UNCW and the Outstanding Alumnus Award from the UNCW Department of Communication Studies. I also have received the Early Career Award from AERA. In addition, I was nominated for the Carolina Diversity Award and the UNC-Chapel Hill Hettleman Prize for Artistic and Scholarly Achievement by Young Faculty in 2015. I have been honored with a 2010-2011 CTE-Lilly Fellowship from the Center for Teaching Excellence and the Office of Undergraduate Studies and in 2012 was honored with a Border Crossers Award, from Border Crossers, a community organization in New York City that works to bring together diverse students to explore issues of inequality, discrimination and social justice.

8.     Hughes Decl. Ex. 1 is a true and correct copy of my curriculum vitae. Hughes Decl. Ex. 2 is a photograph from my UNC-Chapel Hill webpage depicting me. Hughes Decl. Ex. 3 is a syllabus I have used for EDUC 508: Cultural Competence, Leadership, & You.

3

### My Research on Affirmative Action

9.     I wrote an article about affirmative action in college admissions with my UNC-Chapel Hill School of Education colleagues Dana Thompson Dorsey and Juan Carrillo that was published in 2016 in *Educational Policy*.  The article was titled, "Causation Fallacy 2.0: Revisiting the Myth and Math of Affirmative action."  Hughes Decl. Ex. 4 is a true and correct copy of the article.

10.    Our research concluded that affirmative action has very little effect on the rates at which White and Asian students are admitted to top universities in the United States, including UNC-Chapel Hill.  In particular, we determined that the relevant data indicate that there are too few applicants of color admitted to the top universities to have any meaningful impact on the likelihood of a White or Asian student's admission.

### The Benefits of and Importance of Diversity in Higher Education

11.    I am familiar with and support UNC Faculty Council Resolution 2016-12.

12.    Dr. Scott Page and his colleagues built a program of research at the University of Michigan, which indicated time and again that diverse teams outperform homogeneous ones when working together to respond to a difficult task. Diversity produces critical educational benefits at UNC-Chapel Hill, including fostering critical thinking and decreasing stereotypes and biases.

13.    In addition, we expect that Carolina students will become leaders.  Diversity is essential to preparing our students for leadership as teachers, as principals, and in other roles and occupations.  In the field of education, in particular, it is essential that we train

4

future K-12 teachers and administrators from diverse backgrounds as leaders and that all of our future leaders understand how to lead and work with diverse populations.

14.     Leaders must be aware of their own implicit biases. One cannot achieve that awareness without sufficient interaction with individuals who are different from him or her.

15.     In addition, some of the projects that do the most to help prepare students for leadership in our increasingly diverse world would not be possible without a diverse student body.

16.     I teach EDUC 508: Cultural Competence, Leadership, & You. The purpose of the course is for students to take a critical look at their own cultural competence and leadership qualities. That course helps our students to concentrate on the mindset one needs to become a leader in the larger U.S. and global society.

17.     For example, we look at primary and secondary identities. We talk about how to be a transformative leader and the importance of authenticity – with the concept that people will not follow you if they think you are fake. Students have to think about their biases, and what associations and preferences they might bring to their interactions with other human beings that are connected to their own cultural and ethnic identities.

18.     In the courses, my students do auto-ethnographies, which is a form of critical self-study. They must think of salient experiences that have been troubling for them across culture and grapple with their role in those experiences. This exercise is impossible to do if our students have not had any cross-cultural interaction.

19. In the course, students also work in teams to produce oral histories of campus organizations that grew out of a sense of marginalization. Students present their work in digital form. In addition to promoting interactions among teams of students, which are as diverse as possible given the makeup of the course, my students have found that the diverse members of the organizations they are studying really open up to them. White students in my class have been told that they are the first White students to have expressed any interest in their group. Students are taught to take oral histories, including asking sincere questions. They then develop a five-to-seven minute video about the group, and get the group's feedback. UNC-Chapel Hill's diversity makes this project possible and meaningful.

20. Students learn a great deal from these experiences. For instance, one of our groups did their project about the Muslim Students Association ("MSA"). MSA members were enthusiastic about participating because they wanted students to know more about them. Students learned, among other things, that you cannot identify a Muslim by how a person looks.

21. Other groups that have been highlighted in digital presentations include Theta Nu Xi Multicultural Sorority, Inc.; UNC Hillel (Jewish campus organization); Carolina Hispanic Association; UNC Students With Interracial Legacies; OASIS (a clinical program of the Department of Psychiatry that provides outreach and support to individuals with psychosis); Pride Place (a residential community for students of all sexual orientations, gender identities, and gender expressions), UNC Fellowship of Christian Athletes, The Carolina Cupboard (an on-campus good pantry that provides food at no cost

6

to students facing food insecurity), Sigma Rho Lambda (Jewish-interest sorority), Monsoon (a platform for South Asian affairs), Carolina Language Partnership (provides one-on-one ESL classes to non-native speaking employees on campus), Black Student Movement, Easing Abroad Students Entry, Alpha Epsilon Pi (Jewish fraternity), La Casa (Spanish language residential community), Scholars Latino Initiative, Sexuality and Gender Alliance, Lambda Phi Epsilon (Asian interest fraternity), Feminist Students United, and Carolina Indian Circle. The digital work produced by my students is available to the campus community and the public online, at http://iweday.web.unc.edu/digital-stories/.

22.     Producing these oral histories helps students to learn that they do have things in common with students who do not look like them. It also helps them to understand that individuals who look alike are still individuals; they are not necessarily alike simply because they look alike.

23.     In other words, experiences with diversity in higher education serve to reduce the extent to which a student might exaggerate the differences between groups and the similarities within groups.

24.     Overall, our students seem eager for these experiences and express an interest in more cross-cultural learning.

### Diversity in Service Learning

25.     In January 2016, I presented to the Faculty Council about "Interdependence-Wednesday ("I-We Day"): Build Bridges" – a project that builds upon the group work we do in EDUC 508. The inaugural I-We Day was held April 8, 2015. A second event, re-

7

named Interdependence Building Day ("IBU Day"), was held November 10, 2016.  Hughes Decl. Ex. 4 is a true and correct copy of my PowerPoint presentation to Faculty Council.

26.     The premise of this event is that UNC-Chapel Hill values and highlights equity, diversity and globalization; campus organizations represent various genders, religions, ethnicities, and nationalities; and members and supporters of these organizations are interested in gaining a global perspective, but many have not considered how such a perspective can be gained not only abroad, but also right here in our own back yard.

27.     The event involves organizational leaders proposing and engaging joint team service projects to be highlighted via digital stories.  Participating organizational leaders gain knowledge and skills for intercultural campus leadership success across traditional social boundaries.  This program is research-based and provides authentic, meaningful experience with diversity through sustained service in a diverse group.

28.     In my presentation about this project, I noted that "diverse, collective experiences are not only important in generating deeper forms of respect in young people; they are also more likely to help develop knowledge and skills vital to working and interacting in diverse groups in an increasingly interconnected world."

29.     I also noted that "UNC students need and want spaces for same-group socialization alongside alternative sustainable processes to instill a sense of interdependence."

8

**Conclusion**

30.     To serve society most effectively, today's leaders must be aware of their implicit biases, and they must be willing and able to see similarities and differences beneath a person's appearance.  It is critical, therefore, that UNC-Chapel Hill offer students' opportunities to interact with people who are not like them.  Authentic and effective leaders in a global world must be skilled at leading diverse groups.  We simply cannot fulfill that part of our mission in the absence of sufficient diversity among the members of our student body.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _July 14, 2017_

Sherick Hughes

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 11 of 50

**Exhibit 1 to Hughes Declaration**

**Full Curriculum Vitae**

_Sherick Hughes_

Signature

<u>November 12, 2016</u>

Date

**(a) Personal**

Dr. Sherick Andre Hughes
School of Education
CB# 3500 Peabody Hall, Rm. 212-B
The University of North Carolina
Chapel Hill, NC 27599
shughes@email.unc.edu
919-537-3804 (office)
919.843.2614 (fax)

**(b) Education**

2000-03 Ph.D. UNC-Chapel Hill, School of Education (Culture, Curriculum & Change)
1999-01 M.P.A. UNC-Chapel Hill, School of Government (Education Policy)
1997-99 M. A. Wake Forest University, Com. Studies (Intergroup/Interracial & Cultural Studies)
1993-97 B. A. UNC-Wilmington, Com. Studies (Intergroup/Interracial Studies) & English Minor

**(c) Professional Experience**

2012-   Associate Professor with tenure, UNC-Chapel Hill

2012-   Affiliates: Center for Developmental Science (CDS) Affiliate and T32 Grant Faculty
        Mentor; UNC Institute for African American Research (IAAR); and the UNC Curriculum
        in Global Studies (Global Studies)

2012-14 Coordinator/*Chair*, Cultural Studies and Literacies/*Culture, Curriculum and Change*
        Graduate Programs, School of Education, UNC-Chapel Hill

2013-   Founder and Director, Interpretive Research Suite and Carter Lab; Present Founder
        and Co-Director, UNC-Graduate Certificate in Qualitative Studies

2011-   Founder and Chair, UNC-BASE—Black Alumni of the School of Education

2007-12 Assistant Professor, Department of Teaching, Learning, Policy, & Leadership
        University of Maryland, College Park (UMD)

2007-12 Affiliates: UMD Consortium on Race, Ethnicity, Class, and Gender; Maryland
        Institute for Minority Achievement and Urban Education (MIMAUE); and African
        American Studies

2004-06 Founder, President & Teacher of G-3, Inc., a Toledo (OH) educational nonprofit agency

2005-07 Affiliate: Center for Nonviolence and Democratic Education

2003-07 Assistant Professor, Department of Educational Foundations & Leadership, University of Toledo (OH)

**(d) Honors and Awards**

2017  Carolina Parents Council, UNC-Chapel Hill, $500 Small Grant to Launch the second Annual Interdependence-Wednesday: Build Bridges (I-We: Build Bridges) Event

**2016 Office of the Provost, UNC-Chapel Hill, $28,500 for Interdependence Day and Interdependence Week campus wide initiative, Graduate Assistant**

2016 William T. Grant Foundation Mentoring Workshop Award, a competitive program to enhance the mentoring of junior scholars of color with regard to grant seeking, planning, applying and implementation (Feb. 23-24, 2017, all travel expenses paid for mentor & mentee to New York City) with mentee, UNC doctoral student, Mr. Keyma Clark

**2016 Distinguished Scholar Award, American Educational Research Association**

2016 Nominee: Vanderbilt University Peabody College Dean's Diversity Lecture Series

2015 Nominee: Carolina Diversity Award

2015 Nominee: UNC Hettleman Award

2014 Carolina Parents Council, UNC-Chapel Hill, $3,500 Small Grant to Launch the First Annual Interdependence-Wednesday: Build Bridges (I-We: Build Bridges) Event

**2014 American Educational Studies Association's Critics' Choice award, *The Evolving Significance of Race: Living, Learning and Teaching***

2014 Faculty Selection for UNC's Moore Undergraduate Research Apprenticeship Program (MURAP), $4,000 stipend; Mentee: Alecia Smith of UNC-Chapel Hill

2014 Faculty Selection for the UNC's Center for Developmental Science Mentored Summer Grant Writing Program, $2,500

2013 Faculty Selection for UNC's Moore Undergraduate Research Apprenticeship Program (MURAP), $8,000 stipend; Mentees: Christopher Robinson of UNC-Greensboro and Uriel Rafael of Pitzer College

**2013 Early Career Award, American Educational Research Association (Division-G)**

2012 Border Crossers Award, Border Crossers-New York City. Soho, NY

2012 Maryland Institute for Minority Achievement and Urban Education Honoree

2011 Nominee, University of Maryland (UMD) Mentor Award

2011 Innovative "I" series course selection, UMD-course development competition, Amount: $29,000 [$5,000-Faculty & $24,000-Doctoral GA/TA]

2010 University of Maryland CTE-Lilly Fellowship, Amount $4,000

2009 University of Maryland Global Awareness in Teacher Education (GATE) Fellowship, Amount $1,250

2009 University of Maryland, curriculum transformation project, Women's Studies Department, Amount $1,500

2009 Distinguished Alumnus Award, University of North Carolina at Wilmington

2008 Minority and Urban Education Unit Award, President's Commission on Ethnic Minority Issues (PC-EMI), University of Maryland

2008 Golden Apple Trophy, International Education Week, Elizabeth City State University

**2007 American Educational Studies Association's Critics' Choice award, *Black Hands in the Biscuits Not in the Classrooms: Unveiling hope in a struggle for brown's promise***

2007 "BEST TEACHING PRACTICE" Online Article Selection, Stellenbosch University, Center for Teaching and Learning-SOL Forum, Stellenbosch University of South Africa

2004 Outstanding Dissertation Research Award, Phi Delta Kappa, Durham, NC

2004 On-Campus Residence Life Policies Program Award, "'Race' Relations in Carter Hall"
   (Facilitated by students Megan Story, Terry Brown, and advisor, Dr. Sherick Hughes)
2003 Outstanding Alumnus Award from the Department of Communication Studies of the
   University of North Carolina at Wilmington

**(e) Bibliography and products of scholarship**
(First author is senior author except where specified).

1. **Books. Books & Chapters** *(+ = invited, * = with students).*
   *a. Books*
   +Hughes, S. A. & Pennington, J. (2017). *Autoethnography: Process, Product and Possibility
      for Critical Social Research*. Thousand Oaks, CA: Sage Publications. **Nominee:
      American Educational Studies Association (AESA) critics' choice book award,
      2017**

   Hughes, S. A. & Berry, T. (Eds.) (2012). *The Evolving Significance of Race: Living,
      learning, and teaching*. New York, NY: Peter Lang Publishing. **American
      Educational Studies Association (AESA) critics' choice book award, 2014**

   Hughes, S. A. (2006). *Black Hands in the Biscuits Not in the Classrooms: Unveiling hope in
      a struggle for Brown's promise*. In Joe Kincheloe & Shirley Steinberg (Counterpoints
      Series Ed.), New York, NY: Peter Lang Publishing. **American Educational Studies
      Association (AESA) critics' choice book award, 2007**

   Hughes, S. A. (Ed). (2005). *What We Still Don't Know about Teaching "Race:" How to talk
      about it in the classroom*. Lewiston, NY: The Edwin Mellen Press.

   *b. Chapters (+ = invited, * = with students).*
   *Hughes, S. A., Martinez, J., Corfield-Adams, M., Morettini, B., Rudolph, N. & Yip, J.
      (accepted with revisions). Co-Reflexive Dialogues and Freirean Pedagogy: A co-
      constructed autoethnography to improve a graduate Education course on qualitative
      field techniques. In Sherry Marx & Julie Pennington (Eds.) *Autoethnographies in
      the Field of Education*. Forthcoming.

   +Hughes, S. A. (in press). Speaking Back to What's Black: Using Critical Family History
      against that lying old Jim Crow. In Rochelle Brock & Dara Nix-Stevenson (Eds.)
      *Critical Black Studies Reader*. New York, NY: Peter Lang Publishers.

   +Hughes, S. A. (in press). Family Pedagogy: Reclaiming a topic for inclusion
      in teacher education. In Matthew Etherington (Ed.) *What Teachers Need to Know:
      Topics of Inclusion*. Eugene, OR: Wipf and Stock.

   +*Yanisko, E. J. & Hughes, S. (in press). Learning to Plan, Planning to
      Learn: Using the HTPE with urban preservice- and aspiring teacher-educators
      toward critical lesson planning/implementation. In Julie Ellison Justice and F.
      Blake Tenore (Eds.) *Becoming Critical Pedagogues: Narratives of Resistance and
      Disruption in Teacher Education*. New York, NY: Routledge.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 15 of 50

+Hughes, S.A. & Swain, A. (2015). Remembering pre- and post-desegregation in Northeastern, North Carolina. In James Leloudis and George Noblit Eds.), *Remembering school* (*desegregation.* (pp. 21-35) Cresskill, NJ: Hampton Press.

+Hughes, S. A. & Willink, K. (2015). Going Native/Being Native: The Promise of Critical Co-Constructed Autoethnography for Checking "Race," Class and Gender In/Out of the "Field." In Stephen D. Hancock, Ayana Allen, & Chance W. Lewis (Eds.) (Chapter 3). *Autoethnography as a Lighthouse: Illuminating Race, Research, and the Politics of Schooling.* (pp. 25-46) Charlotte, NC: Information Age Publishing.

+Sonu, D. & Hughes, S. A. (2015). The Youth Cultural Milieu. In Ming Fang He, Brian Schultz & William Schubert (Eds.). *Guide to Curriculum*. (pp. 383-388) Thousand Oaks, CA: Sage Publications. **(AESA) Critics' Choice award, 2016**

+Hughes, S. A. & Willink, K. (2014) Engaging Co-Reflexive Critical Dialogues when Entering and Leaving the "Field:" Toward informing collaborative research methods at the color line and beyond. In Kristen Luschen & Judith Flores Carmona (Eds.) *Crafting Critical Stories*. (pp. 95-114). New York, NY: Peter Lang Publishers.

Hughes, S.A. (2010). A symbolic rebirth of the bootstrap guild? Applying Kenneth Burke to the cultural politics of the "negro problem" underlying Black-White test score ideology. In Zeus Leonardo (Ed.), *Handbook of cultural politics and education* (pp. 423-449). Rotterdam, Netherlands: Sense.

Hughes, S.A. (2010). Considering five promising communication practices: Notes from a classroom of graduate students with different political race experiences. In Deborah Brunson and Linda Lampl (Eds.), *Interracial communication: Contexts, communities, and choices* (pp. 276-285). Dubuque, IA: Kendall/Hunt Publishing.

Hughes, S. A. (2009). Climbing down class from the top of my life: A nuanced black male revisits his pre-school. In Jane Van Galen and Van Dempsey (Eds.), *Trajectories: The education and social mobility of education scholars from the poor and working class* (pp. 219-225). Rotterdam, Netherlands: Sense Publishers.

Hughes, S. A. (2009). Reframing class and SES inequity in teaching and teacher education. In Rich Milner (Ed.), *Diversity and education: Teachers, teaching, and teacher education* (pp. 237-250). Springfield, IL: Charles C. Thomas Publisher, Ltd.

Hughes, S. A. (2008). Teaching theory as "other" to white urban practitioners: Mining and priming freirean critical pedagogy in a body of resistance. In Robert Helfenbein and Joshua Diem (Eds.), *Unsettling beliefs: teaching social theory to teachers* (pp. 245-272). Greenwich, CT: Information Age.

Jarmon, B., Brunson, D., Lampl, L. L., Cardamone, D., Cole, M., & Hughes, S. A. (2006). The power of narratives in the process of teaching and learning diversity. In Deborah A. Brunson, Brenda Jarmon, & Linda L. Lampl (Eds.), *Letters from the future*: *Linking students and teaching with the diversity of everyday life* (pp. 26-44). Herndon, VA: Stylus Publishing, LLC.

Hughes, S. A. (2004). Beyond the Silenced Dialogue: What we tell ourselves when the white academy ain't hearin us. In Darrell Cleveland (Ed.). *A long way to go* (pp. 58-71). New York, NY: Peter Lang.

Noblit, G.W., Hatt, B., & Hughes, S. A. (2002). Where identity meets knowledge: The future of educational studies. In George W. Noblit and Beth Hatt-Echeverria (Eds.), *The Future of Educational Studies* (pp. 314-327). New York, NY: Peter Lang.

**2. Articles in Refereed Journals. (+ = invited; * = with students).**

Hughes, S. A., Davis, T., & Imenda, S. (under review). Toward Demystifying Conceptual and Theoretical Frameworks. *Journal of Social Science*.

*Hughes, S. A., Godwin, J. Hooper, J. & Sun, W. (in progress). Physics 2.0: Evaluating the Influence of Innovative Pedagogy on Two Entry-Level College Physics Courses. *American Educational Research Journal.*

*Hughes, S. A., Bausell, S. & Staton, T. (in progress). "Can't Mark Them All?" A critical oral history of an unmarked Reconstruction Era Quaker/Freedmen School. *Harvard Educational Review.*

Hughes, S. A. & Wettach, J. (in progress). Pay for What You Get? Evidence from a critical review of school choice voucher policy and its potential influence on education in North Carolina. *Educational Evaluation and Policy Analysis.*

+Hughes, S. A. (Accepted). Applying Educational Research Outside of the Building. *Professing Education: A Journal of the Society of Professors of Education*. Special Issue.

*Hughes, S. A., Pennington, J., Papola-Ellis, A., Avis, H. & Clark, N.M. (revise and resubmit). A Conceptual Review of Autoethnography in Educational Research: History, Evidence, Gaps and Implications. *Review of Educational Research.*

+Hughes, S. A. & Noblit, G. (2016). Meta-ethnography of Autoethnographies. *Ethnography and Education*. August, 1-17.

+Hughes, S. A., Thompson Dorsey, D. & Carrillo, J. F. (2016). Causation Fallacy 2.0: Revisiting the myth and math of affirmative action. *Educational Policy*. 30(1), 63-93.

+Hughes, S. A. & Gershon, W. (2015). Learning Through/With the Millennial Contradiction: Toward Epistemologies of Practice and Critically Reflexive Action Research to Challenge the Racial Identity vs. Disciplinary Knowledge Debate. *International Journal of Curriculum, Equity & Social Justice*. 1(1), 41-69).

Berry, R. Q., III, Ellis, M., & Hughes, S. A. (2014). Examining a history of failed reforms and recent stories of success: mathematics education and Black learners of mathematics in the United States. *Race, Ethnicity, and Education.* 17(4), 540-568.

Hughes, S. A. (2013). Honoring Derrick Bell's Contributions to CRT in Educational Studies. *Race, Ethnicity, and Education.* 16(3), 439-441.

Hughes, S. A., Noblit, G., & Cleveland, D. (2013). Derrick Bell's post-*Brown* moves toward critical race theory. *Race, Ethnicity, and Education.* 16(3), 442-469.

Jennings, M., Lynn, M. & Hughes, S. A. (2013). Critical race pedagogy 2.0: lessons from Derrick Bell. *Race, Ethnicity, and Education.* 16(3), 603-628.

*Hughes, S. A. & Morant, T. (2012). Quantitative Testing of the Cultural Competence of Novice Teachers. *Intersections & Inequality.* Spring, 2012, 17-18.

*Hughes, S. A., Pennington, J. L., & Makris, S. (2012). Translating autoethnography across the AERA standards: Toward understanding autoethnographic scholarship as empirical research. *Educational Researcher.* August/September. 41(6), 209-219.

Hughes, S. A. & North, C.E. (2012). Beyond popular cultural and structural arguments: Imagining a compass to guide burgeoning scholars of urban achievement gap research. *Education and Urban Society*. 44(3), 274-93.

Hughes, S. A. (2011). Justice for all or justice for just us: Toward a critical race pedagogy of hope through *Brown* in urban education. *Urban Education*, 46(1), 99-110.

Hughes, S. A. & Snauwaert, D. (2010). *Brown* policy and the moral pillars of democracy: Exploring justice as the organizing principle of educational studies. *Educational Studies*, 46(6), 1-14.

+Hughes, S. A. (2010). Promoting multiculturalism through a revised declaration of interdependence and intersection day on American college campuses. *Race, Gender, and Class*, 17(1-2), 1-11.

Hughes, S. A. (2008). Toward "good enough methods" for autoethnography: Trying to resist the matrix with another promising red pill. *Educational Studies*, March, 43(2), 125-143.

+Hughes, S. A. (2008). Maggie and me: A Black professor and a White urban high school teacher connect autoethnography to critical race pedagogy. *Educational Foundations*, Summer/Fall, 20(3/4), 45-72.

+*Hughes, S. A. & Wiggins, A. (2008). Learning to reframe the structural cultural debate in educational research. *The Sophist Bane*: *A Journal of the Society of Professors of Education*, 4(1), 51-62.

+Hughes, S. A. (2007). Toward a critical race pedagogy of hope: A rejoinder to Brian Schultz. *Educational Controversy,* Winter, 2(1), 1-8.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 18 of 50

Hughes, S. A. (2007). Why is family diversity education important in teacher and administrator education? *In Factis Pax: Journal of Peace Education and Social Justice*, 1(1), 5-9.
**A 2007 "BEST TEACHING PRACTICE" Online Selection, Stellenbosch University, Center for Teaching and Learning, Stellenbosch University, South Africa**

+Hughes, S. A. (2007)."The only thing left for the whites is a couple of coaching jobs:" Revisiting the discursive influence of pre- and post-*Brown* media on desegregation and resegregation in collegiate sports. *Journal for the Study of Sports and Athletes in Education*, Winter, 1(1), 45- 66.

Hughes, S. A. (2006). Theorizing oppressed family pedagogy: Critical lessons from a rural black family in the post-brown south. *Educational Foundations*, Summer/Fall, 19(3/4), 45-72.

Hughes, S. A. (2005). Some canaries left behind?: Evaluating a state-endorsed lesson plan database and its social construction of who and what counts. *International Journal of Inclusive Education*, April-June, 9(2), 105-138.

Hughes, S. A. (2003). An early gap in black-white math achievement: Holding school and home accountable in an affluent city school district. *The Urban Review*, December, 35(4), 301-330.

Hughes, S. A. (2003). The convenient scapegoating of Blacks in postwar Japan: shaping the black experience abroad. *Journal of Black Studies*, January, 33(3), 335-354. [Abstracted In *SAGE Race Relations Abstracts* Institute of Race Relations, 28(3/4), 25–189.

Hughes, S. A. (2002). The MSEN pre-college program: What are the costs and benefits based on estimates of its impact on black high school graduates? *The High School Journal*, February/March, 85(3), 54-60.

**3. Refereed other products of scholarship ("+" = invited).**

+Hughes, S. A. (2005). How can we prepare teachers to work with culturally diverse students and their families? *Harvard's FINE: Family Involvement Network of Educators Newsletter.* http://www.gse.harvard.edu/hfrp/projects/fine/memberinsights.html#diverse6
**A 2010 "Favorite" of "Ten Years of FINE Resources" selection by Harvard University's Family Involvement Network of Educators**

**4. Products of interdisciplinary scholarship**

*Hughes, S. A., Godwin, J. Hooper, J., Sun, W., Francis, A. & Sohr, E. (2016). Physics 2.0: Evaluating the Influence of Innovative Pedagogy on Two Entry-Level College Physics Courses. *An Official NSF Evaluator Report on the TUES Project of the UNC Department of Physics and Astronomy*. Chapel Hill, NC on September 28, 2016.

Durden, T., Watkins, D., Scott, J., Peoples, L., Cox, J., Hughes, S. A., Henderson, S., Heilig, J. & Onyezia, N. (2014). *National Report on Race from the K-12 Education Committee*. National Summit on Race, in special convening assembled in Chicago,

Illinois on August 5-8, 2014.

5. **Products of engaged scholarship (\* = with my students)**

   \*Hughes, S. A. & Godwin, J. T. (2016). *UNC-TV Kids Channel Regional Focus Group Research on the New Rootle Campaign*. UNC-TV Kids. Research Triangle Park, NC.

   \*Hughes, S. A., Bausell, Sarah, & Staton, Torri. (2016). *Applying critical oral history, community organizing, and archival data to find evidence to memorialize a local unmarked Reconstruction era Quaker/Freedmen School*. Chapel Hill, NC.

6. **Products of creative activity such as performance and exhibitions**

   Hughes, S. A. (Academic). (2017). *Sherick Hughes discusses autoethnography* London, SAGE Publications Ltd doi: 10.4135/9781473985070
   http://methods.sagepub.com/video/sherick-hughes-discusses-autoethnography

   Hughes, S. A. and Branciforte, G. (2017) Website Co-Developer, Racial Fact Finder
   http://racialfactfinder.web.unc.edu and http://racialfactfinder.org (under construction)

   Hughes, S. A. and Branciforte, G. (2015) Website Co-Developer, Interdependence Day: Build Bridges Campus-wide Event, http://iweday.web.unc.edu

   Hughes, S. A. and Branciforte, G. (2014) Website Co-Developer, and Co-Director, UNC Graduate Certificate in Qualitative Studies
   http://soe.unc.edu/academics/gcqs/index.php

   Hughes, S. A. and Branciforte, G. (2013) Website Co-Developer, and Director, UNC-SOE Interpretive Research Suite & Carter Qualitative Thought Lab
   http://quallab.web.unc.edu/

   Hughes, S. A. (2012). Faculty profile and interview at the University of North Carolina at Chapel Hill http://soe.unc.edu/fac_research/faculty/hughes.php

   Hughes, S. A. (2011). Speech, Save Our Schools March and National Call to Action, Washington, D. C. http://www.youtube.com/watch?v=iCTtdPLo58Y

   Hughes, S. A. (2008). Southern Oral History Program archived Hughes dissertation data and selected key Hughes informant interview for the documentary, *The long road to Brown: The long road beyond race and public education in North Carolina*. Available from UNC Press:
   http://muse.jhu.edu/login?uri=/journals/southern_cultures/v014/14.3.article.pdf12

7. **Digital and other novel forms of scholarship (+ = invited, \* = with my students).**

   Hughes, S. A. & Helfenbein, R. (2015). Diagnosing the Great Man's Disease @Chronicle. *Dr. Julian Vasquez Heilig's Cloaking Inequity Blog*. Date Published: March 23, 2015. https://cloakinginequity.com/2015/03/23/diagnosing-the-great-mans-disease-chronicle/

   +Hughes, S. A. (2013). Troubling Jim Crow: A Guest Editorial. *Dr. Christine Sleeter's Family and History Blog.* Date Published: May 20, 2013.
   http://historyandfamily.blogspot.com/

8

+Hughes, S. A. (2013). "I Don't Think That's My Daddy:" Preparing to share and receive family history. *Dr. Christine Sleeter's Family and History Blog.* Date Published: May 23, 2013. http://historyandfamily.blogspot.com/

+Hughes, S. A. (2013). "Did You Know Yo' Mama was White?" Using New "Interracial" Family Evidence to Trouble Jim Crow and Me (and You). *Dr. Christine Sleeter's Family and History Blog.* Date Published: June 3, 2013. http://historyandfamily.blogspot.com/

+Hughes, S. A. (2013). "Black People Don't Swim:" Unlearning Another Lie that Jim Crow Taught. *Dr. Christine Sleeter's Family and History Blog.* Date Published: June 10, 2013. http://historyandfamily.blogspot.com/ **Noted by Dr. Sleeter as the article with the most hits on the Family and History Blog, 2014.**

+Hughes, S. A. (2012). Rural Black Family Pedagogy. *Save Our Schools News.* Dec. 1(1), 5-7. Date Published: Dec. 2012. http://www.saveourschoolsmarch.org/SOSNws/SOSNws.pdf. Date Accessed: 2/6/2013 11:16 AM

*Hughes, S. A., Jacobs, D., Lawrence, A. Morant, T., & Smith, D. (2012). Exploring Cases of Critically Reflexive Action Research: A Review of Autoethnography in Education. http://www.education.umd.edu/TLPL/faculty/docs/hughs.abstract.pdf

Hughes, S. A. (1998). Free Speech Shouldn't Protect Hate Groups. *Old Gold and Black.* Oct. 1, Thursday, A8.

**8. a. Refereed unpublished oral presentations and/or abstracts (* = with my students).**

Hughes, S. A. & Pennington, J. L. (2017). *Autoethnography: Bringing the Known into Action to Create more Equitable Opportunity.* Professional Development Course at the annual meeting of the American Educational Research Association, San Antonio, TX.

Hughes, S. A. & Pennington, J. L. (2016). *Autoethnography: Product, Process, & Possibility for Public Scholarship to Educate Diverse Democracies.* Professional Development Course at the annual meeting of the American Educational Research Association, Washington, D. C.

Hughes, S. A., Thompson-Dorsey, D. & Carrillo, J. (2016). Causation Fallacy: 2.0 Revisiting the Myth and Math of Affirmative Action. Panel session for the Politics of Education Association SIG at the annual meeting of the American Educational Research Association, Washington, D. C.

*Hughes, S. A., Bausell, Sarah, & Staton, Torri. (Accepted for November 2-6, 2016). Under the Gun: Reflexions on the critical oral history of an unmarked Reconstruction era Quaker/Freedmen School. Annual meeting of the American Educational Studies Association. Seattle, WA.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 21 of 50

Grant, C., Hughes, S.A., Brown, A. & Allweis, A. (2015). Chair and Participant. A Giant Step Toward Justice in Conducting Education Research and Praxis: The Call for Integrated Study and Research Teams. Presidential Session at the annual meeting of the American Education Research Association, Chicago, IL.

Hughes, S. A. (2014). Applied Autoethnography for Policy and Practice. Professional development course at the annual meeting of the American Educational Research Association. Philadelphia, PA.

Hughes, S. A. (2013). Using Critical Co-Constructed Autoethnography to Battle Racial Empathy Fatigue at the Color Line and Beyond. Annual meeting of the American Educational Studies Association. Baltimore, MD.

Hughes, S. A. & Cleveland, D. (2013, April). Derrick Bell, CRT, and Education: Critiquing *Brown* and Whites-1980-1995. Special Session of Division G for a presented at the annual meeting of the American Education Research Association, San Francisco, CA.

Hughes, S. A. (2013, April). Chair and Discussant, Special Session of Division K on Derrick Bell's contributions to research on Race, Poverty, Teaching and Leadership at the annual meeting of the American Education Research Association, San Francisco, CA.

Hughes, S. A. & Pennington, J. L. (2012, April). To Know Is Not Enough: Applied Autoethnography in Research and Teaching. Professional development course at the annual meeting of the American Educational Research Association. Vancouver, Canada.

*Hughes, S. A. & Morant-Jahi, T. (2012, April). Using the Cultural Competence Continuum to Evaluate Preservice Teachers' Responses to Urban Math Classroom Vignettes. Roundtable presentation at the annual meeting of the American Educational Research Association. Vancouver, Canada.

Hughes, S. A. (2011, April). *Brainstorming next steps as a working group member*. In J. Oakes, & A. S. Wells (Co-Chairs), *Building knowledge for social justice*. Working group session at the annual meeting of the American Educational Research Association, New Orleans, LA.

Hughes, S. A. (2011, June). *Toward a more reliable method for assessing cultural competence*. Poster session presented at the annual Lilly conference: College and university teaching and learning. Bethesda, MD.

Hughes, S. A. (2010, April).*In search of diversity competence*. Paper presented at the annual meeting of the American Educational Research Association, annual conference, Denver, CO.

Hughes, S. A., Hobson, L. & Cleveland, D. (2010, April). GS/GA/TA/RA 101 *Entering, navigating, and succeeding in the professoriate: An AERA professional development and training committee course* offered at the annual meeting of the American Educational Research Association, Denver, CO.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 22 of 50

Hughes, S. A. (2009, Fall). *Passion and Inquiry*. In B. Love (Chair), *Writing to "in press": demystifying the process of publishing for graduate students*. Panel conducted at the annual meeting of the American Educational Studies Association, Pittsburgh, PA.

Hughes, S. A. (2009, April). *Shadow and act: the millennial contradiction of race in education*. Paper presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hughes, S. A. (2008, March). *Looking down from the top of my life*. In J. Van Galen & V. Dempsey (Co-Chairs), *Rising up: critical education scholars from poor and working-class backgrounds narrate their class mobility*. Symposium at the annual meeting of the American Educational Research Association, New York, NY.

Hughes, S. A. (2008, October). *Revisiting my pre-schooling*. In J. Van Galen (Chair), *Trajectories: Critical education scholars from poor and working-class backgrounds narrate their class mobility*. Symposium at the annual meeting of the American Educational Studies Association, Savannah, GA.

Hughes, S. A. (2007, April).*Teaching theory as "other" to white, urban practitioners*. Paper presented annual meeting of the American Educational Research Association, Chicago, IL.

Hughes, S. A. (2007, April). *Teaching theory as "other" to white, urban practitioners: mining and priming Freirean critical pedagogy in resistant bodies*. Paper presented at the annual meeting of the American Educational Research Association, Chicago, IL.

Hughes, S. A. (2006, April). *What can I learn from rural black family pedagogy?* Paper presented at the annual meeting of the American Educational Research Association, San Francisco, CA.

Hughes, S. A. (2006, April). *Race and Class in Class*. In G. Noblit (Chair), *Class identity, teacher education, and pedagogies of critique: Toward conversations about class in education courses*. Symposium at the annual meeting of the American Educational Research Association, San Francisco, CA.

Hughes, S. A. (2005, April). *Caste-like, class-like or both: a critical pedagogical exploration of "race."* Paper presented at the annual meeting of the American Educational Research Association, Montreal, Canada.

Hughes, S. A., Horton, L. & Cleveland, D. (2005, April). *The prepared and productive professor: entering, navigating, and succeeding in academia*. Short course offered at the annual meeting of the American Educational Research Association, Montreal, Canada.

Hughes, S. A. (2005, November). *Confronting Class as "Other."* In J. Van Galen & G. Noblit (Co-Chairs), *Seeing the classes within which we work: opening conversations about social class in education courses*. Symposium at the annual meeting of the American Educational Studies Association, Charlottesville, VA.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 23 of 50

Hughes, S. A. (2005, November). *Teaching theory as other against othering: a critical pedagogical approach*. In J. Diem & R. Helfenbein (Co-Chairs), *Teaching Theory to Practitioners*. Symposium presented at the annual meeting of the American Educational Studies Association, Charlottesville, VA.

Hughes, S. A. (2005, November). *Teaching democratic theory to a resistant public: toward a critical pedagogy of theory to effectively teach practitioners*. Paper presented at the annual meeting of the American Educational Studies Association, annual conference, Charlottesville, VA.

Hughes, S. A. (2004, April). *"My hands are in his biscuit dough, what's the difference?": Family pedagogy in a desegregated school community*. Symposium paper presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hughes, S. A. (2004, April). *Teaching against the racial matrix: the social context of educating in post-Brown southern universities*. In G. Noblit & J. Leloudis (Co-Chairs), *School Desegregation in North Carolina*. Symposium presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hughes, S. A. (2004, November). *Beyond the silenced dialogue revisited: what we tell ourselves to stay on "track" when the white academy ain't hearing us*. In D. Cleveland (Chair), *A Long Way to Go*. Symposium conducted at the annual meeting of the American Educational Studies Association, Kansas City, MO.

Hughes, S. A., Snauwaert, D. et al. (2004, November).*The central place of brown in the field of social foundations of education*. Paper presented at the annual meeting of the American Educational Studies Association. Kansas City, MO.

Hughes, S. A. (2004, November). *What we still don't know about teaching "race" can hurt us: common sense ain't that common*. Paper presented at the annual meeting of the American Educational Studies Association, Kansas City, MO.

Hughes, S. A. (2003, April). *Beyond the silenced dialogue: What we tell ourselves to become doctors when the white academy ain't hearin' us*. In D. Cleveland (Chair), *A Long Way to Go*. Symposium at the annual meeting of the American Educational Research Association annual conference. Chicago, IL.

Hughes, S. A. (2002, February). *Our phenolistic society: Theorizing historically variegated hope, opportunity and student outcomes*. Paper presented at the annual conference of the Students of Color of Rackham (SCOR) of the University of Michigan, Arbor. Ann Arbor, MI.

Hughes, S. A. (2002, March). *Shedding new light on an old problem: Black student achievement in affluent, desegregated school districts*. Paper presented at the 3rd annual let's talk "race" conference at the University of North Carolina-Chapel Hill. Chapel Hill, NC.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 24 of 50

Hughes, S. A. (2002, November). *Pedagogy of educational hope: Black families responding to structural challenges of post-brown schooling*. Paper presented at the annual meeting of the American Educational Studies Association, Pittsburgh, PA.

Hughes, S. A. (2002, November). *Somewhere between mainstream and homeboy:* 9 *Positionality and ethno-historical research on black families*. Paper presented at the annual meeting of the American Educational Studies Association, Pittsburgh, PA.

Hughes, S. A. (2002, November). *Evaluating college preparatory program: Alternative strategies for examining program merit and worth*. Paper presented at the annual meeting of the American Evaluation Association, Crystal City, VA.

**8 b. Non-Refereed Invited talks; [colloquia, guest lectures, keynote addresses], etc.**
Hughes, S. A. (2016). The Evolving Significance of Race in Teaching and Learning. Keynote in Speaker Series sponsored by Organizing Against Racism, Campaign for Racial Equity, and the Chapel Hill-Carrboro NAACP, Chapel Hill, NC.

Hughes, S. A. (2015). I'm Not a Racist, But I Didn't Get in…:" Using Math and Democracy to Struggle against the Manufactured Crisis of Admissions. 3rd Global Africana Annual Conference. 3rd Global Africana Annual Conference. Speaker. UNC-Chapel Hill. Chapel Hill, NC.

Hughes, S. A. (2013, Jan 12). Challenges to Linking Educational Theory, Research, Policy and Practice. Keynote Speaker for the Southeastern Association of Educators. University of North Carolina at Chapel Hill.

Hughes, S. A. (2013, Feb 6). Social Justice for All or Justice for Just Us. Keynote Speaker for the Undergraduate Student Coalition (Group Led by Leslie Locklear). University of North Carolina at Chapel Hill.

Hughes, S. A. (2013, Apr 7). Why We Can't Wait. Podium Speaker at the Occupy the DOE event, Washington, D. C.

Hughes, S. A. (2013, Jun 12). Urban Education in the 21st Century. Keynote Speaker for the Indiana Urban Education Group. Indianapolis, IN.

Hughes, S. A. (2012, May 10). Border crossing and learning from the margins. Keynote Address. University of Maryland President's Commission on Ethnic Minority Issues (PC-EMI) annual event.

Hughes, S. A. (2012, Sept 26). Sometimes "Knowing" Isn't Enough: Toward Post-Critical Literacy in Education. Faculty Research Series, School of Education, University of North Carolina at Chapel Hill.

Hughes, S.A. (2012, Oct 25) Developing a Critical Race Scholar-Activist Program of Research. Guest Lecture in Dr. Cheryl Mason Bolick's Introductory Doctoral Education Course, University of North Carolina at Chapel Hill.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 25 of 50

Hughes, S. A. (2012, Nov 27). The Evolving Significance of Race in Education Policy. Guest Lecture in Dr. Michelle Hoyman's Politics of Administration Course. Masters in Public Administration Program, University of North Carolina at Chapel Hill.

Hughes, S. A. (2011, Nov 28). Failing up with educational research. Colloquium speech. University of North Carolina at Chapel Hill.

Hughes, S. A. (2010, February 22).Critical race theory and education. Presented in EDCI-785, Dr. David Imig's Course in College Park, MD at the University Of Maryland.

Hughes, S. A. (2010, February 26).Inquiry and passion: Toward preparing for life after graduate school. Brown Bag Luncheon Presented in Chapel Hill, NC at the University Of North Carolina.

Hughes, S. A. (2010, April 20). Border crossers: Today and beyond. Presented a Border crossers award to Dr. Pedro Noguera in New York, NY.

Hughes, S. A. (2010, May 3). Revisiting black hands in the biscuits not in the classrooms: Finding transferable information for a GATE Fellows course. Presented for Dr. Kate Willink's Qualitative Research Course in Denver, CO at the University Of Denver.

Hughes, S. A. (2009, April 1). No minority child left behind. Presented for the Mary Macleod Bethune Society in College Park, MD at the University of Maryland.

Hughes, S. A. (2009, February 23). Critical race theory and education. Presented in EDCI-785, Dr. David Imig's Course in College Park, MD at the University of Maryland. 8

Hughes, S. A. (2009, February). What is it that binds us to this place as to no other? Distinguished Alumnus Award Keynote Address presented in Wilmington, NC at the University Of North Carolina at Wilmington.

Hughes, S. A. (2008, November). Autoethnography in teacher education: More work to do after the election toward critically reflexive action research. Presented at NEA's International Education Week in Elizabeth City, North Carolina for the Department Of Psychology and Education at Elizabeth City State University.

Hughes, S. A. (2008, December 5).Black English vernacular and second language learning in teacher education. Presented in Dr. Rebecca Oxford's course: EDCI 788l: Selected topics in teacher education: learning styles, strategies, and technologies in College Park, MD at the University of Maryland.

Hughes, S. A. (2008, December 11). Promise and pitfalls of publication. Presented for the GSA Research Series of the Graduate Student Association in College Park, MD at the University of Maryland.

Hughes, S. A. (2008, Spring). Diversity in teaching. Presented in EDCI-785, Dr. David Imig's Course in College Park, MD at the University Of Maryland.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 26 of 50

Hughes, S. A. (2007, March).Toward "good enough methods" for autoethnography in each education: trying to resist the matrix with another promising red pill. Presented in Ypsilanti, MI at Eastern Michigan University.

Hughes, S. A. (2007, March). Project pathways: an alternative democratic meeting strategy for urban educators and families. Presented in Dr. Joe Bishop's Course: SOFD 328: Schools in a multicultural society in Ypsilanti, MI at Eastern Michigan University.

Hughes, S. A. (2007, Spring). Toward "good enough methods" for autoethnography in teacher education: trying to resist the matrix with another promising red pill. Presented in Chapel Hill, NC at the University Of North Carolina.

Hughes, S. A. (2007, Spring). Toward good enough methods for autoethnography in teacher education: Trying to resist the matrix with another promising red pill. Presented in College Park, MD at the University of Maryland.

Hughes, S. A. (2006, Spring). Unveiling hope in urban grade school settings: Finding liberation potential in k-12 leadership education via critical pedagogy. Presented in East Lansing, MI at Michigan State University.

Hughes, S. A. (2005, March). Black hands in the biscuits not in the classrooms: unveiling hope in a struggle for Brown's promise. Presented in Morgantown, WV at the West Virginia University.

Hughes, S. A. (2005, Summer). Summer pathways academy. Presented at the first annual university outreach and engagement week. Toledo, OH: University of Toledo.

Hughes, S. A. (2005, Fall). Equity issues, multiple voices, multiple perspectives: equity issues from practice and policy. Presented for the Duke University- led Chapter, Phi Delta Kappa International at the Hillandale Center in Durham, NC.

Hughes, S. A. (2004, November). What we still don't know about teaching "race:" learning to hope, hoping to learn. Presented in Austin, TX at University of Texas at Austin.

Hughes, S. A. (2004, Fall). Educational hope and struggle in a desegregated school community. Presentation to UNC-Duke Phi Delta Kappa Members and Guests in Durham, North Carolina.

Hughes, S. A. (2003, April 25). Data: They Do Talk. Presented in the COM 200 Research Methods Course in Wilmington, NC at UNC-Wilmington

**9. Other, including book reviews and other products of scholarship ("+" = invited).**
+*Godwin, J. & Hughes, S. (2015) Review of *Understanding Education Research: A guide to critical reading*, *Teachers College Record*. May 1.
http://www.tcrecord.org/Content.asp?ContentId=17952

Hughes, S. A. & Smith, C. (Eds.). (2012, Summer). People's Education Civil Rights Platform. *Save Our Schools.* Date Published: September, 2012: *http://saveourschoolsmarch.org/about-2/peoples-education-principles/save-schools-peoples-education-civil-rights-platform/*, Date Accessed: 2/6/2013 11:22 AM.

+Hughes, S. A. (2011). Review of Just schools: Pursuing equality in societies of difference.

*Teachers College Record*, Date Published: October 14, 2011 http://www.tcrecord.org ID Number: 16561, Date Accessed: 5/1/2012 8:59:30 PM.

Malloy, W., Malloy, C., Patterson, G., & Hughes, S. A. (Eds.) (2002, Spring). *The school implementation questionnaire abbreviated SIQA manual-revised*. (Available from Yale University, Comer School Development Program, 55 College St., New Haven, CT 06510).

Malloy, W., Malloy, C. Patterson, G., & Hughes, S.A. (Eds.) (2002, Spring). *The school climate survey SCS manual-revised*. (Available from Yale University, Comer School Development Program, 55 College St., New Haven, CT 06510).

Thompson, C., Cunningham, E., O'Quinn, S., III, Hughes, S. A., et al. (2001). *NC Schools First in America Report*. North Carolina Education Research Council. Chapel Hill, NC.

Thompson, C., Cunningham, E., O'Quinn, S., III, Hughes, S. A., et al. (2000). *NC Schools First in America Report*. North Carolina Education Research Council. Chapel Hill, NC.

**(f) Teaching activities: List courses for the <u>past three years</u>, number of students taught by section. Give names of graduate students supervised, thesis titles, and completion dates for degree work since employment at UNC-Chapel Hill. Undergraduate honors projects should be included as well.**

*Undergraduate*
EDUC-508 Cultural Competence, Leadership, and You (Education Minor Course)
(Approximate Enrollment: 25-30 students)

*Graduate*
EDUC-871 Seminar in Education: Urban Education
(Approximate Enrollment: 10-15 students)

EDUC-790 Urban Education: US and Africa
(Approximate Enrollment: 10-15 students)

EDUC-981/830 Field Techniques, a Ph.D. Core Course
(Approximate Enrollment: 15-30 students)

EDUC-878/906 Education of African Americans
(Approximate Enrollment: 5-10 students)

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 28 of 50

EDUC-970 Advanced Applied Theory and Research: Dissertation Proposal Preparation
(Approximate Enrollment: 5-10 students)

EDUC-977 Autoethnography in/as Educational Research
(Approximate Enrollment: 4-6 students)

**Give names of graduate students supervised, thesis titles, and completion dates for degree work since employment at UNC-Chapel Hill. Undergraduate honors projects should be included as well.**

**Supervised or Consulted about Research Direction:**
*Chair of Student's Committee ** Co-Chair of Student's Committee
University of North Carolina (UNC), University of Maryland (UMD) & Andrews University-Michigan (AU)

**Doctoral Students and Graduates: Years Supervised:**
*Nitasha Clark, UNC (May 2017, CSL) In Process
*Jeremy Godwin, (UNC) Title: Undecided (Present, CSL) In Process
*Alecia Smith, (UNC) Title: Undecided, (Present, CSL) In Process
*Torri Staton, (UNC) Title: Undecided, (Present, CSL) In Process
*Cortland Gilliam, (UNC) Title: Undecided, (Present, CSL) In Process
**Derrick Drakeford, (UNC) "Black Male Presidents of HBCUs: A Life Narrative" (Dec, 2015, CCC).
**Garcia, Charity (UMD/AU), "Toward Christian-Identity Response Theory: Exploring Identity, Spirituality, and Response to Adversity among African American Males Placed at Risk" (July, 2014, C & I).
**Xiao Liu, (UMD) "Becoming Laoshi in US High Schools: Case Studies of Three Foreign-Born Chinese Language Teachers" (Oct., 2012, C & I).
**Maggie Corfield Adams, (UMD), "A Qualitative Study of Undergraduate Instrumentalists Teaching Elementary General Music Education" (2012, C & I, Music Ed.)
*Maria "Joie" Austria, (UMD), "Surviving and Thriving: A Narrative Inquiry into the Lives of Five Filipina Teachers in a U.S. Urban School District" (May, 2011, C & I)
**Erica S. McKinney (UMD) "Parenting and College Enrollment: The Effects of Parenting Style and Practices on College Enrollment for Black, White and Hispanic Children from Different Economic and Family Contexts" (May, 2011, C & I)

**Other Doctoral Students and Graduates: Years Consulted:**
| | |
|---|---|
| 2016- | Eldrin Deas (CCC), Program of Studies Committee |
| 2015-17 | Tommy Ender (CCC), Dissertation Committee |
| 2015-17 | Elizabeth Barrow (CSL), Dissertation Committee |
| 2015- | Keyma Clark (ED.D.), Dissertation Committee |
| 2015- | Alex Reyes (CCC), Dissertation Committee |
| 2014- | Katrina Massey (ED.D.), Dissertation Committee |
| 2014- | Wenyang Sun (C&I), Program of Studies Committee |
| 2014- | Elizabeth Allen (LSPS), Program of Studies Committee |
| 2014-17 | William Jackson (Ed. Psych.), Dissertation Committee |
| 2011-2014 | Margaret Austin Smith (UMD-Sociology) Dissertation Committee |

2014-2016    Diane Talley (Ed. Psych.), Dissertation Committee
2010-2016    Susan Schatz (Gallaudet Univ. C&I), Dissertation Committee
2013-2015    Matt Green (CCC), Dissertation Committee
2013-2015    Omar Simpson (CCC), Dissertation Committee
2014-2015    Danielle "Dani" Parker (CCC), Dissertation Committee
2014-2015    Roy Charles (Ed. Psych.), Dissertation Committee
2012-2013    Marta Sanchez (CCC), Dissertation Committee
2012-        Danielle Sutton (ED.D.), Dissertation Proposal Committee

**(g) Grants (and Contracts) (role, total direct grant amount, % effort, agency, dates, etc.)**

Co-Investigator (2017-2020-Funded). UNC Institute of Government Project: IDEA 2.0 (Increasing Diversity and Expanding Academia), National Science Foundation. Kathleen Gray (Lead PI). Amount Funded: $448,458.

Co-Principal Investigator (2016-2018-Funded). Project: The Color of Emotion: How Teacher Bias and (Mis)Interpreting Children's Emotion May Influence Student Outcomes, William T. Grant Foundation with NCSU Psychologist, Dr. Amy Halberstadt (Lead PI). Amount Funded: $349,980.

Principal Investigator, Co-PI, Duke Univ. Neuroscientist, Dr. Ahmad Hariri (2016-2018-Funded). *Project SyNERGY: Studying Neuroscience Education and Racially-biased Generalizations for one Year.* **Center for Developmental Science. Interdisciplinary Research Pilot Study Grant**. Amount Funded: $10,000.

Principal Investigator (Submitted December 1, 2015- Not Funded). Project SyNERGY (Studying Neuroscience, Education and Racialized Generalizations across Years) **NSF Interdisciplinary Grant** with Duke University Neuroscientist, Dr. Ahmad Hariri (Co-PI). Under Revision due to promising reviews to be submitted to a different NSF Directorate Due, Spring, 2017. Amount: $1,000,000.

Principal Investigator (2013-2015). Validating an Implicit Association Tool for Teachers, **University of North Carolina, University Research Council Grant**. Amount Funded: $5,000.

Principal Investigator, (2011-13). Developing an Implicit Association Tool for Teachers, **University of Maryland SPARC Seed Grant**. Amount Funded: $15,000.

Principal Investigator, (2009). **University of Maryland Graduate Research Board Grant**, exploring cultural competence and racialized political correctness among preservice teachers. Amount Funded: $8,750.

Co-Principal Investigator, (2004-2005). **University of Toledo Center for Teaching and Learning Summer Grant**, Foundations of Education core undergraduate course policy development and enhancement. Amount Funded: $10,000.

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 30 of 50

**(Contracts.)**
Founder & Director (2013-Present). Project I-SEEC Change (Innovative Studies for Engaging Educational Community Change) Signature Project of the UNC-SOE **Interpretive Research Suite and Bruce A. Carter Thought Lab.**

Fund Base: $20,000 (2013); $1500 Donor Gift (2014); and $3,000 Donor Gift (2017)
Contract 1: $1,500   (UNC-School of Dentistry Dentist-Hygienist Education Project, Analysis)
Contract 2: $11,500 (UNC-TV Kids Channel Restyling Project, Focus Group Research)
Contract 3: $31,500 (UNC-Physics Education Research Project, NSF Evaluator Research)
Contract 4: $15,500 (UNC-Institute of the Environment Education Project, NSF Evaluator)

Principal Investigator, (2005-07). **Lucas County Children's Services Grant/Service Contract**, Toledo, Ohio—grant/service contract = $68,000 + negotiated University of Toledo tuition remission--$4,444 x 6 full-time GAs = $26,664 + $3,000 x 2 hourly summer pay GAs.
Amount Funded: $100,664

**h) Professional service**
**Guest Editor:**
*Professing Education (2016-17)*
*Race, Ethnicity & Education (2012-2013)*

**Editorial Advisory Board Member:**
*Critical Media Literacy Book Series-Editor, Bill Reynolds (2016-present)*
*Professing Education (2016-Present)*
*Educational Studies* (2008-2015)
*Urban Review (2007-2015)*
*Educational Foundations (2008-present)*
*The High School Journal (2005-present)*

**Manuscript Reviewer:**
*Journal of Teacher Education* (2010-present)
*Educational Researcher (2009-Present)*
*Teachers College Record (2008-present)*
*American Educational Research Journal-SIA & TLH (*2007-present*)*
*The High School Journal (*2005-Present)
*Educational Studies (*2005-present*)*
*Educational Foundations (*2005-present)
*Urban Review (*2002-present*)*

**Offices and committee memberships held in professional organizations.**
*American Educational Research Association (AERA)*
AERA, Division G Early Career Award Committee (2014-2015)
AERA, Division G Mentor (2014)
AERA Committee on Scholars of Color, Mentor Group, (2011-2012)
AERA Division G, Mentor Award Committee, (2010-2011)
AERA Critical Examination of Race, Ethnicity, Class, and Gender,
        Special Interest Group, Nomination Committee Chair, (2010-2011)

*American Educational Studies Association (AESA)*

AESA Executive Council Member (Elected) (2015-2019)
Butts Lecture Committee (2013)
AESA Critics' Choice Award Committee (2010-2012)

*Phi Delta Kappa (PDK)*
Member (2002-2012) and 2004 Dissertation Award Recipient (Regional Chapter)

*Society of Professors of Education (SPE)*
Editorial Board Member (2016-Present)


**University Level Service.**
**University of North Carolina (UNC)**
2016-       Vice Provost of Enrollment & Undergraduate Admiss. First Gen. Initiative
2016-       Vice Provost of Enrollment & Undergraduate Admiss. Naming Working Group
2016-       Education Policy Committee (Elected)
2016        Comm. & Public Affairs Inclusion and unc.edu Redesign Consultant
2015-       Community and Diversity Committee
2014-2015  Provost's Minority Male Working Group
2012-2013  Founder and Co-Director, UNC Graduate Certificate in Qualitative Studies (10
               Graduate students; First 3 graduates were Spring, 2016)
2013        Institute for the Environment and SOE Joint Expedition Denali Speaker
               Ad Hoc Committee
2012-       Carolina Black Caucus (CBC) Active Member

**University of Maryland (UMD)**
2011-12 Omicron Delta Kappa Alumnus and Voting Faculty Member
2010-11 Cultural Competence Sub-Committee
2010-12 Understanding Plural Societies Faculty Board
2009-10 Omicron Delta Kappa Alumnus and Voting Faculty Member
2008-09 University Medal Selection Committee

**University of Toledo (UT)**
2004-05 President Johnson's Diversity Commission—Latino Initiatives
        President Johnson's Minority Faculty and Staff Retention Committee
2003-04 President Johnson's Diversity Commission—Latino Initiatives

**School/College Level Service.**
**University of North Carolina (UNC)**
2016-17 Chair, Adhoc Promotion & Tenure Sub-Committee
2012-14 Assistant Professor Teaching Review Team
2012-13 Post-Tenure Review Committee
2013     SOE Faculty Small Group met with NC Representative, D. Craig Horn (R-68[th] District)
2012-14 Graduate Program Coordinator/*chair*; Cultural Studies and Literacies/*Culture,
          Curriculum & Change*
2012-14 Graduate and Undergraduate Research and Planning Committee (GURP)
2012-    Founder and Director of the Interpretive Research Suite and Carter Lab
2012-13 Frank Porter Graham RACE Committee

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 32 of 50

**University of Maryland (UMD)**
2011-12 Faculty Marshall (College of Education)
2010-11 Faculty Marshall
2009-10 Faculty Marshall
          Pedagogy, Policy, & Special Ed. Community Building Task Force
2008-09 Faculty Marshall
          Department-Chair Search Committee
          Terp Teachers' Connection Initiative
2007-08 Faculty Marshall
          Maryland Institute for Minority Achievement and Urban Education (MIMAUE)
          Task Force

**University of Toledo (UT)**
2006-07 UT Student Affairs Committee
          The Dean's Committee of Ten
2005-06 The Dean's Committee of Ten
2004-05 Scholarship Committee
          Urban Cohort Committee
          Lucas County Children's Services Committee
2003-04 Graduate and Professional Education Sub-committee
          Urban Cohort Committee
          Lucas County Children's Services Committee
          Early Childhood Education Faculty Search Committee
          Engagement Subcommittee
          Diversity Subcommittee

**Departmental Level Service.**
**University of Maryland (UMD)**
2010-11 Graduate Research, Education, and Leadership Committee (GREL)
          MCert Elementary Committee
2009-10 Co-Chair, Teacher Planning and Leadership (TPL) Committee
          Recruitment/Retention Sub-Committee
2008-09 TPL Committee
          MCert Elementary Committee
          Recruitment/Retention Sub-Committee
2007-08 Minority and Urban Education Symposium Committee
          Masters-level Alternative Teacher Certification (MCert)
          Diversity Course Series Restructuring Committee
          MCert Elementary Committee

**University of Toledo (UT)**
2006-07 Foundations Faculty Search Committee
          TSOC-3000 Working Group
          UT-AERA Conference Working Group
2005-06 UT-AESA Conference Working Group
          TSOC-3k Working Group
          TSOC-3k Redevelopment and Planning Committee
2004-05 "Race" Relations in Carter Hall Committee
2003-04 Theory and Social Foundations 3000 (TSOC 3k)-Redevelopment and Planning

Committee

**Community, State, National Level Service.**
2012-    Sacred Conversations on Race Committee, United Church of Chapel Hill
2013     External Reviewer, Promotion/Tenure, Dr. Antoinette Aragon, Colorado State Univ.
2013     External Reviewer, Third-Year Review, Dr. Reid Adams, College of Charleston
2014     Invited Participant: Inaugural Race Summit, Chicago, IL, August 5-9
2011-12 Chair, Nominating Committee, AERA-SIG on the Critical Examination of Race Gender
             & Class in Education

2011     Leadership Team, Podium Speaker, and 2-hour Workshop Facilitator (with Dr. Paul
             Gorski), Save Our Schools (SOS) March on Washington event to support public schools,
             Washington, D. C., July 28-31.
2011     Elected Member, Save Our Schools (SOS) National Steering Committee of 13 (U.S.
             National Election)
2010-    Founder and Co-Chair, National Committee, Black Alumni of the School of Education
             (BASE) at Peabody Hall, charged to connect nearly 1000 Black alumni and affiliates of
             the School of Education at UNC-Chapel Hill
2004-06 Founder, President & Teacher of G-3, Inc., an educational nonprofit agency that trained
             social workers about local public schooling issues and provided services to youth in
             foster labeled "most at risk" in urban Toledo, OH public schools

**Other non-University committees, commissions, panels, etc.**
2017-  National Science Foundation (Invited Expert Panel "The State of Black Mathematics
             Teachers"), Proposal Under Review
2011-15 AERA Committee on Students of Color in Education mentor of
             Dr. Muhammad Khalifa, College of Education & Human Development, University of
             Minnesota (Promoted/Tenured in 2016)
2009-15 Mentoring of Dr. James Martinez, Dewar College of Education & Human Services,
             Valdosta State University (Promoted/Tenured in 2016).
2013-  National Advisory Board for the Save Our Schools campaign
2012-  National Steering Committee for the Save Our Schools campaign
2011-  National Advisory Board, Border Crossers, NYC
2011-  National Black Graduate Student Association (NBGSA), affiliate

**i) Research statement**
     See Attachment

**j) Teaching statement**
     See Attachment

**k) Service and engagement statement, if applicable**
     See Attachment

Case 1:14-cv-00954-LCB-JLW   Document 157-27   Filed 01/18/19   Page 34 of 50

**Exhibit 2 to Hughes Declaration**



**Exhibit 3 to Hughes Declaration**

**UNC – Chapel Hill - School of Education**

**EDUC-508-001: CULTURAL COMPETENCE [EQUITY], LEADERSHIP, AND YOU**
**A MINOR IN EDUCATION COURSE**

<u>**Fall 2016, Tuesdays (Lectures) and Thursdays (Labs)**</u>
**All Meeting Times: 11:00am-12:15pm**

**Professor: Dr. Sherick Hughes**, MA, MPA, Ph.D.
**Lecture/Lab Doctoral Teaching Assistants: Torri Staton**, Ph.D. Student and **Keyma Clark**, Ph.D. Student
**Location**: Room #204 Peabody Hall

**Contact Information for Dr. Hughes**
**Office:** 212B---Peabody Hall
**Office Hours:** By Appointment
**Phone:** 919-537-3804
**Email:** shughes@email.unc.edu
Fax: 919-962-1533

**COURSE DESCRIPTION**

EDUC-508 is designed as an undergraduate course for the Minor in Education. The course was developed to confront and address big questions of global cultural competence and self-critique "Where do I sit along the global cultural competence continuum?" "How do I begin to work toward the highest level of cultural competence, known as cultural proficiency?" Global leaders who are not culturally competent cannot be fully effective. Culturally competent leaders around the globe work to understand their own biases as well as patterns of discrimination. Much of what culturally competent leaders must know and be able to do is learned in relationships with families and communities. Local, State, and Federal governments are looking to universities to develop culturally competent new leaders. In addition, culturally competent leadership develops over time and needs to be supported from preparation through practice, including the practice of creating collaborative frameworks and structures. The following course goals are intended to move students along the global cultural competence continuum toward cultural proficiency by cultivating relationships via collaborative projects with groups and organizations on campus representing the global spectrum.

**COURSE TEXTBOOKS:**

1. *The Intercultural Campus* **by Dr. Greg Tanaka (Required)**
The textbook will be available at the University of North Carolina Bookstore, and other readings will be available.

**COURSE GOALS**

(1) Learners will understand and use introductory techniques of two qualitative research methods (i.e., mini-autoethnography and oral history).

(2) Learners will use mini-autoethnography to begin the work of understanding their own identities, biases, as well as where they sit in relation to systemic patterns of national and global discrimination, and goals for global competition vs. global collaboration.

(3) Learners will work as a leadership team to initiate and cultivate a relationship with a group or organization on campus that contributes to the global spectrum on campus (Interdependence-Wednesday Organizations- or IWOs); learners will begin cultivating this relationship by conducting an oral history of their IWO. Learners will apply what they learned I their leadership teams about themselves and their IWOs to develop a digital story.

(4) Learners will work in their leadership teams to engage in **the planning of** an innovative community service project with their IWOs as an end goal of their oral history projects. They will present these **innovative project plans toward the end of their digital storytelling**. The innovative project plan should offer ideas for how organizational leaders on campus might create more collaborative frameworks and structures toward increasing critical cultural competence on campus and abroad.


**BROAD COURSE GOALS:**

The course exposes students to compelling issues and inquiries regarding cultural competence/proficiency and the preparation of global leaders.

Guest lecturers will discuss global cultural research and experiences that are intended to induce inspiration and the bold spirit of global exploration with neither a mandate for assimilation nor conquest. Another one of the promising practices of inspiration will be the story behind Will Durant's 1949 Declaration of Interdependence (which became part of the U.S. congressional record in 1949).

Students will be introduced to oral history research, as well as mini-autoethnography. Oral History and Mini-autoethnography are growing genres of qualitative research in the medical sciences, social sciences, and humanities.

Students will begin to contemplate the impact of global interdependence by building relationships with internationally marginalized groups/communities/organizations formed on our campus-- people they may walk near every day for four years and never learn to feel the sense that their leadership and their lives are bound together. Such activities are intended to focus upon changing the knowledge about international, rather than focusing on changing the emotions, which has less risk of novice students disengaging.

The implementation of the oral history will involve student groups 5-6 students during a two-week period. An additional implementation component of the course is the community service project.

Leadership teams developed in the course will use the findings and experiences of their qualitative research projects not only to advance their knowledge, but to begin imagining steps toward a more collaborative international campus through innovative activities.

**COURSE EXPECTATIONS & ASSIGNMENTS**

<u>**IMPORTANT NOTE TO REMEMBER:**</u>

THROUGHOUT THE SEMESTER, YOU WILL RECEIVE VERBAL INFORMATION AND WRITTEN HANDOUTS IN LECTURES AND LABS THAT OFFER MORE DETAILS ABOUT THE COURSE GOALS AND RELATED ASSIGNMENTS.

A. THE UNIVERSITY OF NORTH CAROLINA CLASS ATTENDANCE POLICY AND EXCUSED ABSENCE POLICY IS IN EFFECT. YOU ARE EXPECTED TO ATTEND LECTURE AND LAB FROM BEGINNING TO END.

B. ELECTRONIC DEVICES MUST BE TURNED OFF DURING THE LECTURE. YOU WILL NOT NEED LAPTOPS, IPODS, ETC. FOR THE LECTURE. HANDWRITTEN NOTES WILL SUFFICE (unless otherwise stated in lecture or lab).

C. YOU MAY USE LAPTOPS AND OTHER ELECTRONIC DEVICES DURING LABS FOR IN-CLASS RESEARCH, GROUP NOTES, ETC. YOU WILL NEGOTIATE THE USAGE OF SUCH DEVICES IN LABS WITH YOUR LAB INSTRUCTORS.

1. **PARTICIPATION IN DAILY LECTURE AND LAB DISCUSSIONS:** (20 points)
Much of the exploration of key concepts in this class will occur during class, in small group work and whole class discussions. Therefore, regular attendance and in-class participation are essential. You will be expected to thoughtfully engage in discussions and to share your understandings of and questions about the readings. In order to do this, you must read all of the assigned texts for the week, before you come to class. Some of the readings and the issues they raise are provocative. It is my expectation that, although disagreements may arise, each student and their perspectives are treated with respect. <u>**Using the Rubric of Dr. Eileen Parsons**</u>

2. **GROUP-LECTURE LEADERS:** (20 points = 10 points group performance + 10 points individual performance) Each small group will be responsible for being discussion leaders for (15-20 minutes-three groups per day for two lab days during the semester). Group discussion leaders must include at least 2 points that were salient from the reading, at least 2 questions you had about the reading, at least 2 points connected to previous readings/discussions/experiences of your group, at least 2 points about how the reading may advance cultural competence/proficiency or not, and at least 2 points about how the reading challenged your taken-for-granted knowledge (approx. 5 minutes for every 2 points/questions and 5 minutes for audience questions)

3. **TAKE-HOME MIDTERM EXAM**: 5-7-double-spaced pages of MINI-AUTOETHNOGRAPHY (20 points) "Mini-autoethnography" is a form of self-study and action research that is designed to be a catalyst for individual growth along the cultural competence continuum. You will receive handouts and substantial practice prior to the distribution of your Take-Home Midterm Exam. **Students earning less than an A- on the take-home autoethnography Mid-term will have the opportunity to revise it and to receive the average of the two grades (initial grade and revision grade)**

4. **ORAL HISTORY RESEARCH:** (20 points = 10 points digital story + 10 points individual performance) Part of being a strong leader is learning to manage an important and challenging cultural project with a diverse team. Oral History is a tool or method that can be used by qualitative researchers to gain an in-depth understanding about the history of cultural groups. When applied to international campus groups/communities/organizations with origins of catering to students from marginalized populations and coupled with Digital Storytelling technology, Oral History can help researchers in the twenty-first century learn

about the cultural past in the present for a future of less marginalization. You will receive a substantial amount of additional information via handouts, the guest speaker(s), and sample digital stories to prepare you for this assignment.

5. **FINAL EXAM IN-CLASS WRITING PAPER:—What You Are Learning?** (20 Points)

**NOTE: DIFFERING FROM DAILY PARTICIPATION (DP), MIDTERM GRADES (MG), FINAL GRADES (FG), AND GROUP GRADES (GG) ,THE INDIVIDUAL PERFORMANCE GRADES (IPG) INVOLVE (THE PROFESSOR'S/TA'S GRADING RUBRIC AND THE ANONYMOUS GROUP MEMBER GRADING RUBRIC-if necessary)** (BASED ON THE AVERAGE OF THE THREE GRADES)

**GRADING**
**DP--------**Participation in Classroom/Lab Discussions worth 20 points
   **DATES:** DAILY
**GG/IPG--**Group-Discussion Leader worth 20 points (10 points group grade/10 points individual grade)
   **DATES:** 10/13/2016 & 10/18/2016
**MG--------**Take-home Midterm Exam: 3-7 page Mini-autoethnography paper worth 20 points
   **DATES: DISTRIBUTED ON** 10/4/2016 **DUE ON:** 10/25/2016
**GG--** Oral History Digital Story (10 points group grade/10 points individual grade)
   **DATES:** 12/1/2016 and 12/6/2016
**FG---------**Final Exam: What are you learning? (in-class Paper &Post-Harvard IATs) (20 points indiv. grade)
   **DATE OF IN-CLASS FINAL:** Thursday, December 15 at 12:00pm-3:00pm
**Final course grades will correspond to the following point totals.**

| | |
|---|---|
| **A+ = 100-97 points** | **C  = 73-76  points** |
| **A  = 93-96  points** | **C- =70-72  points** |
| **A- = 90-92  points** | **D+ = 67-69  points** |
| **B+ = 87-89 points** | **D  = 63-66  points** |
| **B  = 83-86  points** | **D- = 60-62  points** |
| **B- = 80-82  points** | **F  = below 60 points** |
| **C+ = 77-79  points** | |

---

*NOTE:* If you require any special accommodations, please let the instructor know as soon as possible.

---

**COURSE OUTLINE**

**<u>Unit I. (The Intercultural Campus & Me)</u>**
**Aug. 23-<u>Tuesday</u>-Lecture #1**:  Course Introduction AND Ice Breaker (Dialogue Designed by Dr. Greg Tanaka)

**Aug. 25-<u>Thursday</u>-Lab #1**: Cultural Competence Continuum and Leadership Overview

**Aug. 30- Lecture #2**: Cultural Competence Continuum-Continued

**Sep. 1- Lab #2:** Harvard's Implicit Association Tests (Online) and Discussion

**Sep. 6-** **Lecture #3:** Cultural Issues on Campus (Intergroup Dialogue A)
    -Identifying groups and group member roles and responsibilities (including; seeing Chart for Sample
    Interview distribution of labor) for I-We Day Project Students will count off 1-6, and all the 1s,
    2s, etc. will work in the same group--Intergroup Dialogue Session #1

**Sep. 8-Lab #3:** -- Introduction to the Intercultural Campus New Tools and Concepts
        Definitions to consider toward a stronger multicultural campus
        **Reading DUE:** Tanaka, G. *The Intercultural Campus*, Chapter 1—(Misconceptions that thwart
        current efforts to build unit on multicultural campuses) **(TA Day )**

**Sep. 13- Lecture #4:** Jay Smooth TEDx Talk video "How I learned to stop worrying and love discussing race"
            and Debriefing **(TA Day )**

**Sep. 15- Lab#4:** The Intercultural Campus and Self-Critique
        **-Part 1:** Introduction to the Midterm (Mini-autoethnography)
        -Notes from Hughes, Pennington, & Makris (accepted 2012). Translating Mini-autoethnography Across
        the 2006 AERA Standards: Toward understanding autoethnographic scholarship as empirical research.
        *Educational Researcher.*
        -Exercise(s) from Hughes (2012) AERA Professional Development Course
        -What is autoethnography? (PowerPoint and Handouts)
        -How is it connected to cultural competence/proficiency

**Sep. 20- Lecture #5:** Hits, Misses, and False Alarms
        -Hits, Misses, and False Alarms Approach to self-critique and managing response biases; (applying the
        approach to cases and the cultural competence continuum).
        -Posing your own **Mini-autoethnography Questions**

**Sep. 22- Lab #5:** **Introduction to Qualitative Research**
                **Design--Tanaka Discussion**
                **Reading Due: Tanaka, G. The Intercultural Campus, Chapter 2** **(TA Day )**
**Sep. 27-Lecture #6:** Explanation of MIDTERM EXAMINATION including
                Rubrics Handouts—Take Home Examination Distributed, and Scoring Rubrics to Reference

# Unit II. (The Intercultural Campus & Them)
**Sep. 29- Lab #6:** Continued Explanation of MIDTERM EXAMINATION and Practice with Autoethnography

**Oct. 4-Lecture #7:**
        PART I:   Take Home Midterm Examination Distributed (Due Oct. 25)!
        **PART II:**   Group Lectures on Tanaka **(Discussion and In-Class Group Work on Draft 1)**
        **Readings Due by Group:**
        Tanaka, G. *The Intercultural Campus*, Chapter 3
                Group 1: presentation on pp. 69 to top of pp. 96
                Group 2: presentation on pp. 96 to pp. 120
                Group 3: presentation on pp. 121 to top of pp. 143
        Tanaka, G. *The Intercultural Campus*, Chapter 4
                Group 4: presentation on pp. 143 to pp. 160
        Tanaka, G. *The Intercultural Campus*, Chapter 5 and Conclusion
                Group 5: presentation on pp. 161 to top of pp. 179
                Group 6: presentation on pp. 179 to pp. 194

**Oct. 6-Lab #7.** Preparation for **I-We Day** and Information from **I-We Day** website:
     **(TA Day )** FINDING AND CONTACTING CAMPUS ORGANIZATION YOU
     SELECTED FOR YOUR ORAL HISTORY/DIGITAL STORYTELLING PROJECT, SO
     WE CAN **CHECK** THAT NO ORAL HISTORY IS BEING DUPLICATED
     **-CRITERIA:** (A) MUST BE AN OFFICIAL UNC CAMPUS ORGANIZATION
            (B) ORGANIZATION MUST BE EITHER (1) HISTORICALLY FORMED BY
            STUDENTS FROM MARGINALIZED/UNDER-REPRESENTED/VULNERABLE
            POPULATIONS OR (2) HISTORICALLY FORMED TO ASSIST/FORM ALLIANCES
            WITH THOSE POPULATIONS
            **--SEE HTTP://IWEDAY.WEB.UNC.EDU**

     **-NEXT STEP:** SEND EMAIL TO CAMPUS ORGANIZATION USING TEMPLATE THAT WE
            WILL EITHER SHARE OR DEVELOP WITH YOU

**Oct. 11-No Lecture #8:** University Day, Tues. Oct. 11
Class cancelled during ceremony
10:00 AM until 1:00 PM

**Oct. 13-Lab #8:** **Student-Group Lectures on Tanaka**
**Groups 1, 3, and 4 with Dr. Hughes in Peabody Hall**
Tanaka, G. *The Intercultural Campus*, Chapter 3
     Group 1: presentation on pp. 69 to top of pp. 96
     Group 3: presentation on pp. 121 to top of pp. 143
Tanaka, G. *The Intercultural Campus*, Chapter 4
     Group 4: presentation on pp. 143 to pp. 160

**Oct. 18-Lecture #9:** **Groups 2, 5, and 6** **Student-Group Lectures on Tanaka**
Tanaka, G. *The Intercultural Campus*, Chapter 5 and Conclusion
     Group 2: presentation on pp. 96 to pp. 120
     Group 5: presentation on pp. 161 to top of pp. 179
     Group 6: presentation on pp. 179 to pp. 194

**FALL BREAK begins 5:00 P.M., Wed. Oct. 19th until Sun. Oct. 23rd**

**Oct. 20-NO Lab #9 DUE TO FALL BREAK!**

**Oct. 25-Lecture #10:** **TAKE-HOME MIDTERM EXAMINATION DUE**
**Qualitative Methods Introduction:**
     Part I. A. Qualitative Data Collection Strategies: Developing the "right" interview questions (including
          opening the door for post-interview questions, handling annoying and irrelevant responses with
          a straight face so as not to skew the jury. Brief Intro. To Oral History Methods; and
          Institutional Review Boards
     Part II. B. Mock Oral History Interviews (Record data to be analyzed during the next class)

-----------------------------------------------------------------------------------------------------------------

## Unit III. (The Intercultural Campus & Us)

Oct. 27-Lab #10: **Qualitative Methods Continued--**

        Part I.-Qualitative Data Analysis Strategies: Recording (audio and/or by hand), Transcribing, Narrative
             Analysis and Writing about the findings
        Part II. -Use Mock Oral History Interview data from Lecture #10 for Analysis Practice

## Nov. 1-Lecture #11: (Dr. Anderson and Dr. Brown observe)

1. THE **FINAL** NAME OF THE CAMPUS ORGANIZATION YOU SELECTED FOR YOUR ORAL HISTORY/DIGITAL STORYTELLING PROJECT, SO WE CAN **TRIPLE CHECK** THAT NO ORAL HISTORY IS BEING DUPLICATED

2. THE QUESTIONS YOU PLAN TO ASK WHEN COLLECTING ORAL HISTORY INFORMATION. **NOTE: THESE QUESTIONS <u>MUST BE APPROVED</u> BY PROFESSOR AND/OR TA PRIOR TO BEGINNING THE ORAL HISTORY ASSIGNMENT.**

3. THE GROUP'S EQUITABLE WORK SCHEDULE/PLAN FOR COMPLETING THE PROJECT

**At this confirmation point ONLY, groups should begin collecting ORAL HISTORY data and to begin preliminary analyses**

**November 3 Lab #11 No In-class Meeting (Hughes and TAs at a National Conference)**
**\*\*Students Assigned to continue Oral History Interviews and preliminary analyses**

**Project Check-In Dates and Times: Dr. Anderson and Dr. Brown Observe**
**November 8 Lecture #12**
**Group 1** must check-in during at 11:10am;
**Group 2** must check-in during at 11:20am;
**Group 3** must check-in during at 11:30am;
**Group 4** must check-in during at 11:40am;
**Group 5** must check in during at 11:50am;
**Group 6** must check in during at 12:00pm;

**Thursday, November 10 Lab #12 Meet in Student Union Room 3411**
**"Class" at the I-We Day Event: Students Assigned to participate in I-We Day 11-12:15 Mandatory Interdependence Day Preparation (Each group brings at least one campus organization leader from their Oral History project to I-We Day)!**

**Nov. 15-Lecture #13: --(No-In-class meeting:** Students Assigned to complete Oral History Interviews, analyses, member-checking)

Nov. 17 Lab #13—TFA intro Lecture #14: What is Digital Storytelling? And Work on Drafts **in Class Day-1** (with TAs and Dr. Hughes) **BRING YOUR COMPUTERS TO CLASS to Work!**

Nov. 22-Lecture #14 Digital Storytelling—Work on Drafts **in Class Day-2** (TAs and UNC-Media Resource Center Assistance) **BRING YOUR COMPUTERS TO CLASS to Work!**

Nov. 24-No Lab #14: on **Nov. 24th Due to Thanksgiving**

Nov. 23, 24, and 25 -NO CLASS--**Thanksgiving—University Holiday**

**\*\*Nov. 29-Lecture #15:**
**Part I.  Introduce Alternatives UNC-MAT; UNC-BEST and Urban Teacher Residencies**

**Part II.Interdependence Week (Spring) Preparation (Each group brings to class at least one campus organization leader from the organization they selected for the oral history/digital storytelling project to discuss member-checking and future I-WE participation)**
**Part III. Describe Final EXAM:** What are you learning? (In-class Paper &Post-Harvard IATs)

**\*\*\*Dec. 1-Lab 15: Digital Storytelling Presentations**: Groups 2 and 5 (groups go first, because they presented second for the first group assignment)

**\*\*\*Dec. 6-Lecture 16 Digital Storytelling Presentations**: Groups 1, 3, 4 and 6 (groups go second, because they presented first for the first group assignment)

**Wed. Dec. 7 CLASSES END**

**Thur. Dec. 8 & Dec. 14 Reading Days**

**IN-CLASS FINAL: Thursday, December 15 at 12:00pm-3:00pm**

**Code of Academic Integrity** The University of North Carolina has a nationally recognized Honor Code. This Code sets standards for academic integrity at UNC for all undergraduate and graduate students. As a student you are responsible for upholding these standards for this course. It is very important for you to be aware of the consequences of cheating, fabrication, facilitation, and plagiarism. For more information on the Honor Code, please visit: http://www.unc.edu/ugradbulletin/stu_aff.html#Honor

**Academic Calendars for Fall 2015 & Fall 2016**

| Fall Semester | 2015 | 2016 |
|---|---|---|
| Residence Halls Open | Sat. Aug. 15 | Sat. Aug. 20 |
| New Student Convocation | Sun. Aug. 16 | Sun. Aug. 21 |
| Summer Reading Program | Mon. Aug. 17 | Mon. Aug. 22 |
| Classes Begin for All Students | Tues. Aug. 18 | Tues. Aug. 23 |
| Last Day for Late Registration | Mon. Aug. 24 | Mon. Aug. 29 |
| Labor Day | Mon. Sep. 7 No Classes Held, Holiday | Mon. Sep. 5 No Classes Held, Holiday |
| University Day | Mon. Oct. 12 Class cancelled during ceremony 10:00 AM until 1:00 PM | Tues. Oct. 11 Class cancelled during ceremony 10:00 AM until 1:00 PM |
| Fall Break begins 5:00 P.M. | Wed. Oct. 14 | Wed. Oct. 19 |
| Classes resume 8:00 A.M. | Mon. Oct. 19 | Mon. Oct. 24 |
| Thanksgiving Recess | Wed. Nov. 25 — No Classes Held University Holiday, Nov. 26, 27 | Wed. Nov. 23 — No Classes Held University Holiday, Nov. 24, 25 |
| Classes resume 8:00 A.M. | Mon. Nov. 30 | Mon. Nov. 28 |
| Classes End | Wed. Dec. 2 | Wed. Dec. 7 |
| Reading Days | Thur. Dec. 3 Wed. Dec. 9 | Thu. Dec. 8 Wed. Dec. 14 |

| | | |
|---|---|---|
| **Exam Days** | **Dec. 4, 5, 7, 8, 10, 11**<br>**(F, Sa, M, T, Th, F)** | **Dec. 9, 10, 12, 13, 15, 16**<br>**(F, Sa, M, T, Th, F)** |
| **Fall Commencement** | **Sun. Dec. 13** | **Sun. Dec. 18** |

# Final Examination Schedule Fall 2016

**The time of an examination may not be changed after it is fixed in the schedule.**

| | | Fall 2016 Final Exams | |
|---|---|---|---|
| **Exam Day** | **Exam time** | **For Classes that meet during term at:** | **Common Hour Exams** |
| **Friday December 9** | 8:00 A.M. | 8:00 AM    MWF | MATH 110, 130, 152, 231, 232, 233 |
| | 12:00 P.M. | 12:30 PM    TR | |
| | 4:00 P.M. | 2:30 PM    MWF | BUSI - 2:00 PM MW |
| | 7:00 P.M. | Classes starting after 5:45 PM on M or MW | STOR 113 |
| | | | |
| **Saturday December 10** | 8:00 A.M. | 9:05 AM    MWF | BUSI - 9:30 AM MW |
| | 12:00 P.M. | 2:00 PM    TR | |
| | 4:00 P.M. | 3:35 PM    MWF | BUSI - 3:30 PM MW PHYS 118 |
| | | | |
| **Monday December 12** | 8:00 A.M. | *Foreign Language Common Hour Exam* ARAB 101, 203 FREN 101, 102, 105, 203, 204 GERM 101, 102, 203, 204 HEBR 101, 203, 305 ITAL 101, 102, 203, 204 JAPN 101, 203 LATN 101, 102 PORT 101, 102, 203, 204 RUSS 101, 102 SPAN 100, 101, 102, 105, 203, 204 | |
| | 12:00 P.M. | 1:25 PM    MWF | |
| | 4:00 P.M. | 5:45 PM    MWF | CHEM 530L, BUSI 410 |
| | 7:00 P.M. | Classes starting after 5:45 PM on W only | |
| | | | |
| **Tuesday December 13** | 8:00 A.M. | 9:30 AM    TR | |
| | 12:00 P.M. | 11:15 AM    MWF | BUSI - 11:00 AM MW |
| | 4:00 P.M. | 5:00 PM    TR | CHEM 550L |
| | 7:00 P.M. | Classes starting after 5:00 PM on T or TR | BUSI 408 |

| | | | |
|---|---|---|---|
| **Thursday December 15** | **8:00 A.M.** | 8:00 AM    TR | Classes not otherwise provided for in this schedule |
| | **12:00 P.M.** | 11:00 AM    TR | |
| | **4:00 P.M.** | 3:30 PM    TR | |
| | **7:00 P.M.** | Classes starting after 5:00 PM on R only | |
| | | | |
| **Friday December 16** | **8:00 A.M.** | 10:10 AM    MWF | |
| | **12:00 P.M.** | 12:20 PM    MWF | BUSI - 12:30 PM  MW |
| | **4:00 P.M.** | 4:40 PM    MWF | BUSI - 5:00 PM  MW |

\* This schedule does not apply to courses taught through **Part-Time Classroom Studies**.

\*\* Examinations are scheduled according to the day and start time of the first meeting of the course each week and held in the regular assigned meeting room unless the instructor is otherwise notified.

\*\*\*Only classes that start at a non-standard time on their first meeting day each week will hold their exam during the examination period for classes not otherwise provided for in the schedule.

Final assessments are required in all undergraduate courses. (See the **Undergraduate Bulletin** for rules on exceptions.)

- No examinations (except for laboratory sections) may be held at a time other than that specified in the general schedule except after first petitioning the dean and with the advance approval of the provost.
- No examination time can be changed after it has been announced.
- No special preparation quizzes may be given during the last five days of classes (last two days of classes for summer school) before the beginning of the final exam period. Assignments which will be considered a part of the final exam should be clearly announced in the course syllabus, and should be due on the date of the examination.
- No examination may begin later than 7:00 p.m.

Final examinations should ordinarily cover two hours but should not exceed three hours.

Instructors teaching classes scheduled for Common Hour Exams shall request the students in these classes to report to them any conflict with any other examination not later than **Wednesday, November 2nd, 2016.**  In case of a conflict, the regularly scheduled exam will take precedence over the Common Hour Exam.

A student who has three final examinations scheduled by the Office of the University Registrar within a twenty-four hour period or two scheduled at the same time may request his or her dean (or designee) for permission to have one of the scheduled examinations rescheduled. In the event that one of the scheduled examinations is a Common Hour Exam, that examination is the one to be rescheduled. In all cases in which an examination is to be rescheduled, the instructor may

reschedule that examination during the final examination period, but not later than the end of the following semester. **Any petition for a change in the examination schedule because of the "three exams in a twenty-four hour" rule must be made to your dean's office before the first day of the final examinations.** Students are required to take final examinations as scheduled. The only exceptions are for illness as documented by being on infirmary list at Campus Health Services or for other medically-documented or family or personal emergency situations. A student must meet with an academic dean to request permission for an examination excuse and documentation will be required.

### PART-TIME CLASSROOM STUDIES EXAM SCHEDULE FALL 2016

**MW 6:00 P.M. Classes** ................................................................................... **Monday, Dec. 12 @6:00 P.M.**

**MW 7:30 P.M. Classes** ................................................................................... **Tuesday, Dec. 13 @ 6:30 P.M.**

**TR  6:00 P.M. Classes** ................................................................................... **Thursday, Dec. 15 @ 6:00 P.M.**

**TR  7:30 P.M. Classes** ................................................................................... **Friday, Dec. 16 @ 6:30 P.M.**