# EXHIBIT 92

# Declaration of Brittany Hunt

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        Defendants.

## DECLARATION OF BRITTANY HUNT

# DECLARATION OF BRITTANY HUNT

I, Brittany Hunt, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Experience

1. I am a Native-American woman from the Lumbee Tribe of Robeson County, North Carolina.

2. I have a Bachelor of Arts in Psychology from Duke University and a Master's Degree from The University of North Carolina ("UNC-CH") School of Social Work.

3. I am the Assistant Director of Native American Student Affairs at North Carolina State University. I have served in this position since 2015.

4. My first job after graduate school was as a school social worker for Lumberton High School. Robeson County is the most racially and ethnically diverse in the state of North Carolina, and the student body reflected that diversity.

## Lumbee Tribe Community

5. I grew up in Lumberton, North Carolina. The town I grew up in was about one third Native-American.

6. My tribe is very communal. We identify not as individual, but as part of a collective.

7. Growing up Lumbee, I learned that intelligence cannot just be measured quantitatively. I was respected in my youth because I did well in school and on standardized tests. But others are respected more because of their cultural knowledge or

1

life experience. There is not one way to measure intelligence or value, and growing up Lumbee taught me to respect intellectual diversity.

## Experience at University

8. When I went to Duke University, I experienced extreme cultural shock. It was difficult to transition from a largely Native community into an environment where I was the only one. I found that people did not believe that Native people still existed or relied on tropes that misinformed them about our identities.

9. When I began my Master's degree program at the University of North Carolina School of Social Work, I hoped I would have more Native classmates and colleagues. However, upon entry, I found I was the only Native-American in my cohort.

10. Still, my transition was easier than my transition to college, because UNC-CH has taken proactive steps to being Native-friendly.

11. While at UNC-CH, I worked for UNC-CH's American Indian Center. This made my experience at UNC-CH wonderful and gave me an incredibly supportive community. This support helped me to be successful in my Master's program.

12. Even with this support and UNC-CH's proactive stance, I still experienced microaggressions, stereotypes, and other problems because of my race. For example, my roommate, a pharmacy student at UNC-CH, threw a Native American party at our house while I was away.

13. Additionally, people were not aware that the language they used was frustrating and offensive. Plenty of times in references to meetings, people would say "we'll have a pow wow about this." Pow wow means something different to me than just

2

a meeting. We can avoid using offensive language if we better undersand people from different races and backgrounds.

14. In order to help UNC-CH embrace diversity, I participated in a "Dear Chancellor" video to lobby for more Native American representation on campus and call attention to instances of racism on campus. A true and correct copy of the video we prepared is attached hereto as Hunt Declaration Exhibit 1. In the video, we explained about some of the frustrating experiences that we had and asked for greater representation. I believe that greater representation of underrepresented groups will improve the UNC-CH experience both for minority students and for other students.

15. America is not homogeneous but is made up of distinct people and cultures that need to find ways to collaborate and include one another. It is important to represent that in the classroom to facilitate multi-faceted discussion where students can begin to understand people of different races.

16. It is important in higher education that universities are intentional about how they recruit to gain the buy in of a community and to inspire more students to want to come. Many at UNC-CH still feel isolated, even though I found that UNC-CH is making efforts to help Native students feel welcome and supported.

### Conclusion

16. I chose to lobby for more students of color at UNC-CH because of my own personal experiences. As a Native student, having other students of color – and especially Native students – better represented on campus matters greatly to me, because

I know it provides critical support to Native students who may feel alone and contributes important perspectives to the campus community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 06-29-17

_Brittany Hunt_
Brittany Hunt

4