IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF NORTH CAROLINA et al.,**<br><br>Defendants. | **DECLARATION OF PETER ARCIDIACONO** |

I, Peter Arcidiacono, pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration at the request of counsel for Plaintiff Students for Fair Admissions, Inc. ("SFFA"), and if called upon to testify as to the contents of this declaration would testify competently thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of my expert report signed January 17, 2018 and served on Defendants on the same day.

3. I have personal knowledge of the contents of the expert report attached as Exhibit A.

4. I hereby verify that the contents of my expert report attached as Exhibit A are true and accurate.

5. Attached as Exhibit B to this declaration is a true and correct copy of my rebuttal expert report signed April 6, 2018 and served on Defendants on the same day.

1

6. I have personal knowledge of the contents of the rebuttal expert report attached as Exhibit B.

7. I hereby verify that the contents of my rebuttal expert report attached as Exhibit B are true and accurate.

8. Attached as Exhibit C to this declaration is a true and correct copy of my reply expert report signed on June 8, 2018 and served on Defendants on the same day.

9. I have personal knowledge of the contents of my reply expert report attached as Exhibit C.

10. I hereby verify that the contents of my reply expert report attached as Exhibit C are true and accurate.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on this day, January 18, 2019.

*/s/ Peter Arcidiacono*
Peter Arcidiacono