# EXHIBIT 97

# Declaration of Kendall Luton

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

## DECLARATION OF KENDALL LUTON

# DECLARATION OF KENDALL LUTON

I, Kendall Luton, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I am an African-American male at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill").

2. I am a Journalism major in the Class of 2018.

3. At UNC-Chapel Hill, I am Vice Chair of the Undergraduate Honor Court and the Vice President of Every Nation Campus ministry. I have also served as a student assistant and volunteer for the Men of Color Engagement, a member of Carolina Mock Trial, a Counselor for UNC-Chapel Hill's undergraduate Attorney General's Staff, and a mentor to a low income, African-American student through the Buckley Public Service Scholars program.

4. After UNC-Chapel Hill, I plan to attend law school and become involved in local public service.

## Diversity at UNC-Chapel Hill

5. I grew up in a small town outside of Pittsburgh, Pennsylvania. I grew up in a predominately white area around similar people with the same beliefs. It was an insular community.

6. At UNC-Chapel Hill, I was exposed to a wide range of different people. I was exposed to many people I would have never thought to talk to before coming to UNC-Chapel Hill.

7. Through my work with the Undergraduate Honor Court and with Men of Color Engagement, I was exposed to people with different religions and ethnicities. I did not always agree with their viewpoints, but I had the opportunity to sit down and talk with them to understand where they were coming from. Through meeting these people, I have a greater appreciation for the world we live in and have developed a different worldview.

8. My classes are sometimes diverse. I took a course on race, gender, and class in the Sociology Department. In that class, there were students who were straight, homosexual, Muslim, Christian, atheist, agnostic, Black, and White. We had heated debates, but all of the students respected each other. We spent time listening to each other. I learned how different people feel about pressing national issues.

9. On the other hand, there were several times when I was only one of two or three Black students in class. Whenever there was discussion in class about something happening in the Black community, people would ask or look to me for an explanation. There was an expectation that if I was a Black person in a predominantly White space, they would look to me to represent the entire Black community. I would not give into that and would not answer for the entire Black community.

10. My residence hall, Ehringhaus, was not particularly diverse. My roommate was also an African-American male, but everyone else was White.

11. At UNC-Chapel Hill, there are opportunities to interact with people from other backgrounds, but I had to be intentional about finding these opportunities. I found

2

that on campus, we organically tend to interact with people of the same race and religion. You can find diversity, but you have to be willing to look for it.

12. During my first two years at UNC-Chapel Hill, I only had one Black professor, Dr. Patricia Parker in the Department of Communications. That was a good experience. It was nice to feel like I had a professor who had a similar background to me. I have learned things from all of my professors, but having a Black professor allowed me to be more comfortable in class and with my studies.

13. As a Student Assistant for the Men of Color Engagement, I worked with Marcus Collins, the Dean for the Center for Student Success & Academic Counseling, and Christopher Faison, the Coordinator for the Men of Color Engagement. We examined retention and graduation rates for men of color. UNC-Chapel Hill is above the national average in retaining men of color, but the number is still lower than for other groups. We know we have to do better, and UNC-Chapel Hill is working on that issue. I believe that having more representation of Black males on campus would help.

## Conclusion

14. There are good opportunities to interact with students from different backgrounds at UNC-Chapel Hill for those who are intentional about seeking out those opportunities. However, being a Black male on campus still poses real challenges due to the low number of diverse students. I would urge the Court to consider the importance of having racial diversity on campus.

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _____  _____
Kendall Luton

4