**EXHIBIT 99**

**Declaration of Steven Matson**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:14-CV-954

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

                      **Plaintiff,**

**v.**

**UNIVERSITY OF NORTH CAROLINA et al.,**

                      **Defendants.**

## DECLARATION OF STEVEN MATSON

## DECLARATION OF STEVEN MATSON

I, Steven Matson, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1.　　I am Dean of The Graduate School at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or "University") and have been in that role since 2008. I am a professor and former Chair of the Biology Department in the College of Arts and Sciences at UNC-Chapel Hill.

2.　　I have been a member of UNC-Chapel Hill's faculty since 1983, and have done extensive teaching, mentoring, and research in the field of genetics, molecular biology and biochemistry.

3.　　I am a recipient of an American Cancer Society Faculty Research Award, and have served as a reviewer for the Journal of Molecular Biology, Biochemistry, Proceedings of the National Academy of Science and the Journal of Biological Chemistry. I served as an editorial board member for the Journal of Biological Chemistry from 2000-2005.

4.　　At UNC-Chapel Hill, I have taught a variety of courses at the undergraduate level, including: Current Topics in Biology, Advanced Molecular Biology, Advanced Cell Biology, and honors sections of Genetics and Molecular Biology. I also teach graduate students.

5.　　I was the 2004 recipient of UNC-Chapel Hill's Tanner Award for Excellence in Undergraduate Teaching, and a 2005 Institute of Arts and Humanities Leadership Fellow.

6.　　I have served as a member of the Chancellor's Advisory Committee, the Bank of America Distinguished Professorship review panel, and the Honors Program Faculty Advisory Board. I am a past member and chair of the Pre-Health Professions Advising Task Force and

have served on various University administrative review committees through the years. I am on the Graduate Records Exam Board and served as the Chair of the Board this past year.

7.     Matson Decl. Ex. 1 is a true and correct copy of my CV. Matson Decl. Ex. 2 is a photograph of me from my UNC webpage.

## Importance of Diversity at UNC-Chapel Hill

8.     Diversity among students is critical to achieving the mission of UNC-Chapel Hill, and is a great benefit to all educational programs at UNC-Chapel Hill because it lends itself to both diversity of thought and experience.

9.     Experience on teams is simply better where there is a diverse group of individuals. Diversity of background, opinion and thought work together to improve the ultimate solution. Diversity also improves cross-cultural sensibilities, which will ultimately funnel down into individual research labs. Having a diverse student body makes for a far richer learning environment and changes the nature of questions being asked by students both in and out of the classroom.

10.    Because of these compelling educational benefits, UNC-Chapel Hill currently is striving to increase diversity in its graduate student population. The diversity taken into consideration at the graduate school level includes racial diversity, but is much broader than racial diversity alone.

11.    Our department hears from both outside employers and those within academia that they are looking for a diverse workforce.

12.    Lack of racial diversity among faculty is a significant concern in academia, and racial diversity at the undergraduate and graduate levels is particularly important in creating a strong academic pipeline. If we don't have a diverse undergraduate population that includes

2

many minority students at top institutions, there won't be as many potential applicants to admit at the graduate level. It is crucial that we provide diverse students with the credentials, education, and experience needed to fulfill the requirements to get into graduate school.

13.     Within all university science programs, the National Institute of Health ("NIH") emphasizes the need for diversity and offers training grants to encourage such an emphasis. When we send reports to the NIH, they want to see a diverse population of students. NIH's office is very focused on diversity and what programs universities can implement to help students succeed.

### Conclusion

14.     In my many years of teaching and administration, I have personally observed and strongly support the educational benefits of diversity. Diversity is critically important to us in the graduate school, and we are working hard to increase the number of minorities in graduate school. Having diverse students in the undergraduate population at top schools like UNC-Chapel Hill is a critical step in creating a robust academic pipeline of talented and diverse students. Only then will we see greater numbers of minority students in graduate school, academia and industry.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on: 7/12/2017

Steven Matson

3

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 5 of 27

**Exhibit 1 to Matson Declaration**

*CURRICULUM VITAE*

# Steven W. Matson

Department of Biology, CB# 3280, Coker Hall
The Graduate School, CB# 4010, Bynum Hall
University of North Carolina
Chapel Hill, NC   27599-4010
Phone:  (919) 962-3521; (919) 962-0005
E-mail:  smatson@bio.unc.edu

## Education

B.A. Colgate University; Hamilton, NY
     1976 - Mathematics
M.S. University of Rochester; Rochester, NY
     1979 - Biochemistry
Ph.D. University of Rochester; Rochester, NY
     1980 - Biochemistry; Thesis Advisor: Robert A. Bambara

## Professional Training

| | |
|---|---|
| 1980-1983 | Postdoctoral Fellow (with Charles C. Richardson) Department of Biological Chemistry Harvard Medical School |
| 1983-1988 | Assistant Professor, Department of Biology University of North Carolina at Chapel Hill |
| 1988-1994 | Associate Professor, Department of Biology University of North Carolina at Chapel Hill |
| 1994-present | Professor, Department of Biology University of North Carolina at Chapel Hill |

## Appointments

| | |
|---|---|
| 1983-present | Curriculum in Genetics & Molecular Biology |
| 1985-present | Program in Molecular Biology & Biotechnology |
| 1985-1994 | Academic Advisor in the General College |
| 1994-1999 | Academic Advisor in General College Honors Program |
| 1997-2002 | Associate Chair, Department of Biology |
| 1998-present | Program in Molecular & Cellular Biophysics |
| 1999-2002 | Assistant Dean for Academic Advising |
| 2002-2008 | Chair, Department of Biology |
| 2008 | Interim Associate Director, IAH Leadership Program for Departmental Chairs |
| 2008 – present | Dean, The Graduate School |

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 7 of 27

**Major Research Interests**

DNA repair and recombination
Conjugative DNA transfer
Helicase mechanisms and biological roles

**Honors and Awards**

National Institutes of Health Genetics predoctoral trainee, 1977-1980
Wallace O. Fenn Award for best thesis; Univ. of Rochester, 1981
Jane Coffin Childs Fund Postdoctoral Fellowship, 1980-1983
American Cancer Society Faculty Research Award, 1987-1992
Class of 1996 Award for Excellence in Advising, 2001
Learning Disabilities Services Access Award, 2002
Tanner Award for Excellence in Undergraduate Teaching, 2004
Institute for the Arts and Humanities Leadership Fellow, 2005
Frank Porter Graham Graduate and Prof. Student Honor Society Member, 2007
Institute for the Arts and Humanities Faculty Learning Community, 2011

**Professional Service (National)**

| | |
|---|---|
| 6/1989 | American Cancer Society Nucleic Acid and Protein Synthesis Review Panel |
| 6/1990 | National Institutes of Health; Biochemistry Study Section |
| 11/1990 | Department of Energy review panel |
| 7/91-6/95 | National Institutes of Health Physiological Chem. Study Section Member |
| 3/1997 | National Institutes of Health; Fellowship Application Review National Science Foundation; ad hoc reviewer |
| 3/1998 | National Institutes of Health; Fellowship Application Review |
| 2000-2005 | Editorial Board, The Journal of Biological Chemistry |
| 2001 | Co-Organizer, FASEB Summer Research Conference on Helicases |
| 2004 | National Institutes of Health; Biochemistry Study Section (ad hoc member) |
| 2006 | National Institutes of Health; MGA Study Section (ad hoc member) |
| 2008 | National Institutes of Health; special emphasis panel |
| 2009 | National Institutes of Health; stage I reviewer for challenge grants |
| 2009 – 2014 | Council of Graduate Schools, Government Relations Advisory Committee (chair) |
| 3/2010 | National Institutes of Health, K99-R00 review panel (ad hoc member) |

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 8 of 27

| | |
|---|---|
| 11/2010 | National Institutes of Health, K99-R00 review panel (ad hoc member) |
| 2/2011 | National Institutes of Health, Stage 1 reviewer |
| 3/2011 | Laney Graduate School at Emory University (external review team member) |
| 10/2011 | Graduate Studies Review at UC-Davis (external advisory committee member) |
| 2/2012 | National Institutes of Health, K99-R00 Stage 1 reviewer |
| 4/2012 | Life and Environmental Sciences Graduate program review team, University of Colorado at Boulder |
| 10/2012 | National Institutes of Health, K99-R00 Stage 1 reviewer |
| 12/2012 – 2016 | Board of Directors (elected), Council of Graduate Schools Chair, Finance and Audit Committee (2014 – 2015) |
| 2013-2018 | Board of Directors, Graduate Records Exam, Chair 2016/17 |
| 2014-2018 | Board of Directors, TOEFL |
| 2015 | President-elect, North Carolina Council of Graduate Schools |
| 3/2016 | Graduate College Review, Cleveland State University (external consultant) |
| 10/2016 | Graduate College Review, University of Iowa (external advisory committee member) |
| 2016 | President (elected) North Carolina Council of Graduate Schools |
| 2016 | Graduate College Review, James Madison University |
| 2016 | University of Delaware, Review of Office of Graduate and Professional Studies (external consultant) |

<u>Reviewer for</u>:

*Biochemistry*
*Journal of Biological Chemistry (Editorial Board Member 2000-2005)*
*Proceedings of the National Academy of Sciences*
*Nucleic Acids Research*
*Molecular Microbiology*
*Genetics*
*Journal of Bacteriology*
*Science*
*Nature*
*The EMBO Journal*
*Nature Structural and Molecular Biology*
*Journal of Molecular Biology*
*The FEBS Journal*

## Society Memberships

Sigma Xi

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 9 of 27

American Society for Biochemistry and Molecular Biology
American Society for Microbiology

## Graduate Students

Edgar R. Wood; 1984 – 1988
  *Thesis*: The Biochemical Analysis of *Escherichia coli* Helicase IV and the Identification and Cloning of the Genetic Locus
  *Current position*:  Director, Biological Sciences, GlaxoSmithKline, Raleigh-Durham, NC
Elaine E. Lahue; 1985 – 1989

  *Thesis*: Characterization of the Proteins Involved in Nicking and Unwinding of the *Escherichia coli* F Plasmid During Bacterial Conjugation
  *Current position:*  Senior Researcher, Biochemistry, National University Ireland, Galway

Kathleen Kaiser-Rogers; 1985 – 1991
  *Thesis*: *Escherichia coli* DNA Helicase II: Construction and Characterization of ATPase "A" Site Mutants and Deletion Mutants Involving Helicase II, Helicase IV and Rep Protein
  *Current position*: Professor, Associate Director of Cytogenetics Laboratory, University of North Carolina at Chapel Hill

Janet E. Yancey-Wrona; 1985 – 1991
  *Thesis*: Characterization of the *Escherichia coli* Rep Helicase DNA Unwinding Activity and the Effect of Two DNA Binding Proteins on this Reaction
  *Current position*:  CEO Bar Harbor Biotechnology, Portland, Maine

James W. George; 1988 – 1993
  *Thesis*: Biochemical Analysis of the ATPase and Helicase Reaction Catalyzed by DNA Helicase II
  *Current position*: Scientist at Lawrence Livermore National Laboratory, Livermore, CA

Veera M. Mendonca; 1988 – 1994
  *Thesis*: Genetic and Biochemical Analysis of DNA Helicases in the RecF Pathway of Homologous Recombination in *Escherichia coli*
  *Current position*:  Unknown

Robert M. Brosh, Jr.; 1991 – 1996
  *Thesis*: Biochemical and Genetic Characterization of Site-specific Mutants in Conserved Motifs of Escherichia coli DNA Helicase II
  *Current position*: Chief, Section on DNA Helicases, Laboratory of Molecular Gerontology, National Institute on Aging, National Institutes of Health, Baltimore, MD

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 10 of 27

*William C. Nelson; 1990 –1996*
   *Thesis*: Characterization of the F Plasmid *traY* Gene Product and Its Role in Initiation of Conjugative DNA Transfer
   *Current position*: Research Asst. Professor, Biological Sciences, University of Southern California, Los Angeles, CA

Devon C. Byrd; 1994 – 1998
   *Thesis*: Analysis of a Conjugative DNA Transfer Initiation Complex
   *Current position*:  WMD Technical Analyst, Virginia

Mark C. Hall; 1994 – 1998
   *Thesis*:  *Escherichia coli* DNA Helicase II: Structure-function Analysis of Conserved Amino Acid Motifs and Investigation of Protein-protein Interactions
   *Current position*:  Associate Professor, Biochemistry, Purdue University

Leah Mechanic; 1994 – 1999
   *Thesis*: *Escherichia coli* DNA Helicase II: Structure-function Study, Investigation of the Association State, and Examination of the Interaction with MutL
   *Current position*: Program Director, National Cancer Institute, Division of Cancer Control and Population Sciences, Washington, DC

Adelaide Kern-Leitzel; 1994 – 2000
   *Thesis*: Genetic Studies with *MMHI*, a Yeast Mitochondrial Helicase
   *Current position:* Patent Agent at Taft, Stettinius & Hollister LLP, specializing in biotechnology, Cincinnati, OH

Zeynep Ozsoy; 1996 – 2002
   *Thesis*: Biochemical Characterization of the *Drosophila melanogaster* RECQ5 DNA Helicase and Studies of *Escherichia coli* Helicase IV
   *Current position*: Assistant Professor of Biology, Colorado Mesa University, Grand Junction, CO

Juliana K. Sampson; 1998 – 2004
   *Thesis*:  Characterization of the F plasmid TraI Gene Product and its Role in Conjugative DNA Transfer
   *Current position*:  Unknown

Adam B. Robertson; 2002 – 2007
   *Thesis*: MutL Involvement in Two DNA Repair Pathways: Methyl-directed Mismatch Repair and Very Short Patch Repair
   *Current position*: Postdoctoral Fellow, Uppsala, Sweden

Danny Monroe, Jr.; 2002 – 2008
   *Thesis*: Hmi1p and UvrD: Two Superfamily I Helicases and their Respective Roles

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 11 of 27

in *S. cerevisiae* mtDNA Maintenance and *E. coli* Methyl-Directed Mismatch Repair
*Current position*:  Department Head, Natural Sciences, Wake Technical Community College, Raleigh, NC

Matt Meiners; 2009 – 2014
   *Thesis topic*: The mechanism of modulation of the *Escherichia coli* DNA Helicase II (UvrD) unwinding activity, a study of the 2B subdomain
   *Current Position*:  Research Scientist, Epicypher, Chapel Hill, NC

Noelle Romero, 2010 – 2016
   *Thesis topic*: The *Drosophila melanogaster* FANCM gene product
   *Current Position*: Director, Chancellor's Science Scholars Program, University of North Carolina at Chapel Hill, Chapel Hill, NC

**Undergraduate Honors Students**

| | |
|---|---|
| Crista L. Herbert; 1985 | Marcie E. Latta; 1998 |
| Karen R. Smith; 1986 | Brenda Frankel; 2000 |
| Stephen A. Treat; 1989 | Erin Gibbons; 2003 |
| Robert J. Sheaff; 1989 | Steven R. Pattishall; 2006 |
| Sujata V. Ghate; 1990 | Ernesto Villareal; 2006 |
| Shannon E. Goldsmith; 1992 | Carly A. Shanahan; 2007 |
| Jonathan A. Sherman; 1994 | Neeta Goli; 2007 |
| Heidi D. Klepin; 1994 | Annamarie Carter; 2007 |
| Amada Baker; 1996 | Diane Esson; 2009 |
| M. Amelia Bruce; 1997 | Laura Tonks; 2011 |
| Jamie R. Jordan; 1998 | Ryan Bradley, 2013 |

**Postdoctoral Fellows**

Michael T. Howard; 1994
   *Current Position*: Research Associate Professor, Human Genetics, University of Utah, Salt Lake City, UT

Daniel W. Bean; 2000
   *Current Position*: Program Administrator, Conservation Services, Pest Control, Colorado Department of Agriculture

Kambiz Tahmaseb; 2012
   *Current Position*:  Instructor, Biochemistry, Vance-Granville Community College

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 12 of 27

**Teaching**

| | |
|---|---|
| 1984-85 | Cell and Developmental Biology (Biol 52) |
| | Graduate Seminar Course on DNA Replication (Biol 258) |
| 1985-86 | Cell and Developmental Biology (Biol 52) |
| | Graduate Seminar Course on Nucleic Acid Enzymes (Biol 258) |
| 1986-87 | Cell and Developmental Biology (Biol 52) |
| | Graduate Seminar Course on DNA Replication (Biol 258) |
| 1987-88 | Advanced Cell Biology (Biol 167) |
| 1988-89 | Advanced Cell Biology (Biol 167) |
| 1989-90 | Advanced Cell Biology (Biol 167) |
| 1990-91 | Advanced Cell Biology (Biol 167) |
| 1991-92 | Advanced Cell Biology (Biol 167) |
| 1992-93 | Advanced Cell Biology (Biol 167) |
| 1993-94 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Biol 53) |
| | Senior Honors Thesis (Biol 99) |
| 1994-95 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Biol 53) |
| | Senior Honors Thesis (Biol 99) |
| 1995-96 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Mol. Biology (Biol 50); Senior Honors Thesis (Biol 99) |
| 1996-97 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Senior Honors Thesis (Biol 99) |
| 1997-98 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Biol 50) |
| 1998-99 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Biol 50) |
| 1999-00 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Honors section, Biol 50H) |
| 2000-01 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Honors section, Biol 50H) |
| 2001-02 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| 2002-03 | Advanced Molecular Biology (Gnet 110; Biol 178) |
| | Genetics and Molecular Biology (Honors section, Biol 50H) |
| 2003-04 | Current topics in Biology (Biol 261) |
| | Genetics and Molecular Biology (Honors section, Biol 50H) |
| 2004-05 | Current topics in Biology (Biol 261) |
| | Genetics and Molecular Biology (Honors section, Biol 50H) |
| 2005-06 | Current topics in Biology (Biol 261) |
| 2006-07 | Current topics in Biology (Biol 890) |
| | Graduate Seminar in DNA repair (Biol 832) |
| 2007-08 | Current topics in Biology (Biol 701) |
| | Genetics and Molecular Biology (Honors section, Biol 202H) |

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 13 of 27

| | |
|---|---|
| 2008-09 | Undergraduate Research (Biol 395) |
| 2009-10 | Undergraduate Research (Biol 295) |
| | Undergraduate Research (Biol 395/6) |
| 2010-11 | Undergraduate Research (Biol 295) |
| | Undergraduate Research (Biol 395/6) |
| 2011-12 | Undergraduate Research (Biol 293/295) |
| 2012-13 | Undergraduate Research (Biol 293/295) |
| 2013-14 | Undergraduate Research (Biol 293/295) |
| 2014-15 | Undergraduate Research (Biol 293/Biol 295) |
| 2015-16 | Undergraduate Research (Biol 293/Biol 295) |
| 2016-17 | Undergraduate Research (Biol 293/Biol 295) |

## University Service

Department of Biology, Chairman's Advisory Committee (current)
Department of Biology Space Committee (1990-1995)
University Radiation Safety Committee (1997-2008)
University Rhodes Scholars Nomination Committee (1995-2001)
Department of Biology Undergraduate Studies Committee
Department of Biology Undergraduate Honors Committee
Faculty Council (1995-1998; 2004-2007)
Fordham Hall design/construction committee (1987-89)
Curriculum in Genetics Admission Committee
Administrative Board of the General College
Applied Sciences Advisory Board
Curriculum in Genetics & Mol. Biology Written Exam Committee
Tuition Advisory Task Force, 2002, 2003, 2004, 2005
Sitterson/Sanders Teaching Award Committee, 2002
Member, Council of Chairs, College of Arts and Sciences, 2002-2008
Dean of Arts and Sciences Search Committee, 2003
Honors Program Faculty Advisory Board, 2003
Associate Vice Chancellor for Student Affairs Search Committee (Chair), 2003-04
Executive Committee of Faculty Council, 2004-2007
Genome Sciences Building Core Committee, 2004 – 2008
Chair, Council of Chairs, College of Arts and Sciences, 2005-06
Facilities and Administrative cost sharing committee, 2005-06
Institutional Conflict of Interest Task force, 2005-06
Administrative Review Committee (Vice Chancellor for Research) (Chair), 2006
Parental Leave for Graduate Students Working Group (Chair); 2006
Board of Governors Teaching Award Committee, 2006
UNC-BEST Implementation Working Group, 2006-2008
Pre-health Professions Advising Task Force (Chair), 2006-07
Director of Environmental Health and Safety Search Committee, 2007
Chancellors Advisory Committee, 2007 – 2010

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 14 of 27

Administrative Review Committee (Dean of Pharmacy), 2007
Study Abroad Advisory Committee, 2007 – 2013
UNC-BEST Steering Committee, 2008 – present
Bank of America Distinguished Professorship review panel, 2008
UCRF Peer Review Panel, 2008
Member, Deans Council, 2008 – present
Administrative Board of the Graduate School (Chair), 2008 – present
Enrollment Policy Advisory Committee, 2008 – present
Center for Faculty Excellence Advisory Board, 2008 – present
Advisory Committee on Postdoctoral Scholars, 2008 – present
ConnectCarolina Change Management Advisory Committee, 2008 – 2010
University Policy Budget Advisory Committee, 2009
ConnectCarolina Student Stakeholders Committee, 2009 – 2010
Search Committee, Vice Chancellor for Student Affairs (2009)
Search Committee (Chair), Associate Dean and Director, Academic Advising, 2010
Administrative Review Committee (Dean of Law School) (Chair), 2010
SACS Reaccreditation Steering Committee, 2011-12; 2016-17
Enterprise Applications Coordinating Committee, 2011 – 2014
Search Committee (Chair) Faculty Director, Center for Faculty Excellence, 2011
Search Committee, Vice President for Research, University of North Carolina
      General Administration, 2011-12
Search Committee (Chair) Director, Academic Support Services for Athletes, 2012
Search Committee (Chair) Assoc. Vice Chancellor for Research Development, 2013
Administrative Review Committee (Dean of Pharmacy) (Chair), 2013
Administrative Review Committee (University Librarian) (Chair), 2014
Honorary Degrees and Special Awards Committee (elected) 2014-2017; 2017-2020
      (Chair 2015-16, 2016-17, 2017-18)
Administrative Review Committee (Dean of Media and Journalism) (Chair) 2016
ERP Sponsors Committee 2017—present

## PhD Thesis

Matson, S.W. (1980) Detailed analysis of the translocation steps of DNA synthesis using
      prokaryotic and viral models

## Publications

Matson, S.W., Capaldo-Kimball, F.N. and Bambara, R.A. (1978) On the processive
      mechanism of *Escherichia coli* DNA polymerase I: The *polA5* mutation, J. Biol.
      Chem. **253**:7851-7856.
Matson, S.W., Fay, P.J. and Bambara, R.A. (1980) Mechanism of inhibition of the AMV
      DNA polymerase and the effect of adriamycin, Biochemistry **19**:2089-2095.
Matson, S.W. and Bambara, R.A. (1981) Duplex DNA binding activity of the AMV DNA
      polymerase, Biochem. Biophys. Acta **652**:29-38.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 15 of 27

Matson, S.W. and Bambara, R.A. (1981) Short patch deoxyribonucleic acid repair patch length in *Escherichia coli* is determined by the processive mechanism of DNA polymerase I, J. Bacteriol. **146**:275-284.

Matson, S.W. (1980) Detailed analysis of the translocation steps of DNA synthesis using prokaryotic and viral models, Ph.D. thesis.

Tabor, S., Engler, M.J., Fuller, C.W., Lechner, R.L., Matson, S.W., Romano, L.J., Saito, H., Tamanoi, F. and Richardson, C.C. (1981) in <u>Structure</u> of <u>DNA-Protein</u> <u>Interactions</u> of <u>Replication</u> <u>Origins</u>, ICN-UCLA Symposia on Molecular and Cellular Biology, vol. XXII (ed. by D.S. Ray and C.F. Fox) pp. 387-408.

Fuller, C.W., Beauchamp, B.B., Engler, M.J., Lechner, R.L., Matson, S.W., Tabor, S., White, J.H. and Richardson, C.C. (1983) Mechanisms for the initiation of bacteriophage T7 DNA replication, Cold Spring Harbor Symp. Quant. Biol. **48**:669-680.

Matson, S.W., Beauchamp, B.B., Engler, M.J., Fuller, C.W., Lechner, R.L., Tabor, S., White, J.H. and Richardson, C.C. (1983) Enzymatic mechanisms of T7 DNA replication, in <u>Mechanisms</u> of <u>DNA</u> <u>Replication</u> <u>and</u> <u>Recombination</u>, UCLA Symposia on Molecular and Cellular Biology, New Series, vol. 10 (ed. by N.R. Cozzarelli) Alan R. Liss, Inc. New York, NY, pp. 135-151.

Matson, S.W. and Richardson, C.C. (1983) DNA-dependent nucleoside 5'-triphosphatase activity of the gene 4 protein of bacteriophage T7, J. Biol. Chem. **258**:14009-14016.

Matson, S.W., Tabor, S. and Richardson, C.C. (1983) The gene 4 protein of bacteriophage T7: Characterization of the helicase activity, J. Biol. Chem. **258**:14017-14024.

Matson, S.W. and Richardson, C.C. (1985) Nucleotide dependent binding of the gene 4 protein of bacteriophage T7 to single-stranded DNA, J. Biol. Chem. **260**:2281-2287.

Matson, S.W. and Wood, E.R. (1985) Production of antibodies directed against *Escherichia coli* helicase III and the molecular cloning of the helicase III gene, J. Biol. Chem. **260**:11811-11816.

Matson, S.W. (1986) *Escherichia coli* helicase II (*uvrD* gene product) translocates unidirectionally in a 3' to 5' direction, J. Biol. Chem. **261**:10169-10175.

Matson, S.W. and George, J.W. (1987) DNA helicase II of *Escherichia coli*: Characterization of the single-stranded DNA-dependent NTPase and helicase activities, J. Biol. Chem. **262**:2066-2076.

Wood, E.R. and Matson, S.W. (1987) Purification and characterization of a new DNA-dependent ATPase with helicase activity from *Escherichia coli*, J. Biol. Chem. **262**:15269-15276.

Sung, P., Prakash, L., Matson, S.W. and Prakash, S. (1987) The RAD3 protein of *Saccharomyces cerevisiae* is a DNA helicase, Proc. Natl. Acad. Sci. USA, **84**:8951-8955.

Goetz, G., Dean, F.B., Hurwitz, J. and Matson, S.W. (1988) The unwinding of duplex regions in DNA by the Simian Virus 40 large tumor antigen associated DNA helicase activity, J. Biol. Chem. **263**:383-392.

Lahue, E.E. and Matson, S.W. (1988) *Escherichia coli* DNA helicase I catalyzes a unidirectional and highly processive unwinding reaction, J. Biol. Chem. **263**:3208-3215.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 16 of 27

Dean, F.B., Dodson, M., Borowiec, J.A., Ishimi, Y., Goetz, G.S., Bullock, P., Matson, S.W., Echols, H. and Hurwitz, J. (1988) SV40 origin-dependent DNA unwinding and nucleoprotein complex formation by SV40 T antigen, in <u>Cancer Cells 6</u>/<u>Eukaryotic DNA Replication</u>, Cold Spring Harbor Laboratory, pp. 113-121.

Smith, K.R., Yancey, J. and Matson, S.W. (1989) Purification and characterization of a protein factor which stimulates the helicase activity of Rep protein, J. Biol. Chem. **264**:6119-6126.

Wood, E.R. and Matson, S.W. (1989) The molecular cloning of the gene encoding the *Escherichia coli* 75-kDa helicase and the determination of its nucleotide sequence and genetic map position, J. Biol. Chem. **264**:8297-8303.

Matson, S.W. (1989) *Escherichia coli* helicase II (*uvrD* gene product) catalyzes the unwinding of DNA:RNA hybrids *in vitro*, Proc. Natl. Acad. Sci. USA, **86**:4430-4434.

Lahue, E.E. and Matson, S.W. (1990) Purified *Escherichia coli* F-factor TraY protein binds *oriT*, J. Bacteriol. **172**:1385-1391.

Matson, S.W., George, J.W., Kaiser-Rogers, K.A., Lahue, E.E., Wood, E.R. and Yancey, J.A. (1990) The DNA helicases of *Escherichia coli*, in <u>Mechanisms of DNA Replication and Recombination</u>, UCLA Symposia on Cellular and Molecular Biology, New Series (ed. by C.C. Richardson and R. Lehman) Academic Press, <u>127</u>:127-139.

Kaiser-Rogers, K.A. and Matson, S.W. (1990) DNA Helicases, Annu. Rev. Biochem, **59**:289-329.

Matson, S.W. (1991) The DNA helicases of *Escherichia coli*, Prog. in Mol. Biol. and Nuc. Acids Res. **40**:289-326.

Yancey, J.E. and Matson, S.W. (1991) The DNA unwinding reaction catalyzed by *Escherichia coli* Rep protein is facilitated by an RHSP-DNA interaction, Nucleic Acids Res. **19**:3943-3951.

Matson, S.W. and Morton, B.S. (1991) DNA Helicase I Catalyzes a Site and Strand-Specific Nicking Reaction at the F Plasmid *oriT*, J. Biol. Chem. **266**:16232-16237.

George, J.W., Ghate, S., Matson, S.W. and Besterman, J.M. (1992) Inhibition of DNA Helicase II Unwinding and ATPase Activities by DNA Interacting Ligands: Kinetics and Specificity, J. Biol. Chem. **267**:10683-10689.

Yancey, J.E., Wood, E.R., George, J.W., Smith, K.R. and Matson, S.W. (1992) *Escherichia coli* Rep Protein and Helicase IV: Distributive single-stranded DNA-dependent ATPases That Catalyze a Limited Unwinding Reaction in vitro, Eur. J. Biochemistry **207**:479-485.

Yancey-Wrona, J.E. and Matson, S.W. (1992) Bound Lac Repressor Protein Differentially Inhibits the Unwinding Reactions Catalyzed by DNA Helicases, Nucleic Acids Res. **20**:6713-6721.

Nelson, W.C., Morton, B.S., Lahue, E.E. and Matson, S.W. (1993) Characterization of the *Escherichia coli* F factor *traY* gene product and its binding sites, J. Bacteriol. **175**:2221-2228.

Matson, S.W., Nelson, W.C. and Morton, B.S. (1993) Characterization of the reaction product of the *oriT* nicking reaction catalyzed by *Escherichia coli* DNA helicase I, J. Bacteriol. **175**:2599-2606.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 17 of 27

Mendonca, V.M., Kaiser-Rogers, K.A. and Matson, S.W. (1993) Double helicase II (*uvrD*)-helicase IV (*helD*) Deletion Mutants are defective in the recombination pathways of *Escherichia coli*, J. Bacteriol. **175**:4641-4651.

Bean, D.W., Kallam, W.E. Jr. and Matson, S.W. (1993) Purification and Characterization of a DNA Helicase from *Saccharomyces cerevisiae*, J. Biol. Chem. **268**:21783-21790.

George, J.W., Brosh, R.M. Jr. and Matson, S.W. (1994) A dominant negative allele of the *Escherichia coli uvrD* gene encoding DNA helicase II: A biochemical and genetic characterization, J. Mol. Biol. **235**:424-435.

Matson, S.W., George, J.W. and Bean, D.W. (1994) DNA Helicases: Enzymes with essential roles in DNA metabolism, BioEssays, **16**:13-22.

Howard, M.T., Neece, S.H., Matson, S.W. and Kreuzer, K.N. (1994) Disruption of a Topoisomerase-DNA Cleavage Complex by a DNA Helicase, Proc. Natl. Acad. Sci. USA **91**:12031-12035.

Sherman, J.A. and Matson, S.W. (1994) *Escherichia coli* DNA helicase I Catalyzes a Sequence Specific Cleavage/ligation Reaction at the F Plasmid Origin of Transfer, J. Biol. Chem. **269**:26220-26226.

Mendonca, V.M., Klepin, H.D. and Matson, S.W. (1995) DNA Helicases in Recombination and Repair: Construction of a *uvrD/helD/recQ* Mutant Deficient in Recombination and Repair, J. Bacteriol. **177**:1326-1335.

Brosh, R.M., Jr. and Matson, S.W. (1995) Mutations in Motif II of *Escherichia coli* DNA Helicase II Render the Enzyme Non-functional in Both Mismatch Repair and Excision Repair with Differential Effects on the Unwinding Reaction, J. Bacteriol. **177**:5612-5621.

Bean, D.W. and Matson, S.W. (1995) DNA substrates used to identify and characterize DNA helicases, Methods in Enzymology, **262**:389-405.

Mendonca, V.M. and Matson, S.W. (1995) Genetic Analysis of *helD* and *uvrD* Mutations in Combination with Other Genes in the RecF Recombination Pathway in *Escherichia coli*: Suppression of a *ruvB* Mutation by a *uvrD* Deletion, Genetics **141**:443-452.

Nelson, W.C., Howard, M.T., Sherman, J.A. and Matson, S.W. (1995) The *traY* Gene Product and Integration Host Factor Stimulate *Escherichia coli* DNA Helicase I-catalyzed Nicking at the F Plasmid *oriT*, J. Biol. Chem. **270**:28374-28380.

Howard, M.T., Nelson, W.C. and Matson, S.W. (1995) Stepwise Assembly of a Relaxosome at the F Plasmid Origin of Transfer, J. Biol. Chem. **270**:28381-28386.

Nelson, W.C. and Matson, S.W. (1996) The F Plasmid *traY* Gene Product Binds DNA as a Monomer or a Dimer: Structural and Functional Implications, Mol. Microbiol. **20**:1179-1187.

Brosh, R.M., Jr. and Matson, S.W. (1996) A Partially Functional DNA Helicase II Mutant Defective in Forming Stable Binary Complexes with ATP and DNA : A Role for Helicase Motif III, J. Biol. Chem. **271**:25360-25368.

Brosh, R.M., Jr. and Matson, S.W. (1997) A Point Mutation in *Escherichia coli* DNA Helicase II Renders the Enzyme Nonfunctional in Two DNA Repair Pathways: Evidence for Initiation of Unwinding from a Nick in vivo, J. Biol. Chem. **272**:572-579.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 18 of 27

Hall, M.C. and S.W. Matson (1997) Mutation of a Highly Conserved Arginine in Motif IV of *Escherichia coli* DNA Helicase II Results in an ATP-binding Defect, J. Biol. Chem. **272**:18614-18620.

Byrd, D.R. and Matson, S.W. (1997) Nicking by Transesterification: The Reaction Catalyzed by a Relaxase, Molecular Microbiology **25**:1011-1022.

Bean, D.W. and Matson, S.W. (1997) Identification of the Gene Encoding scHelI, a DNA helicase from *Saccharomyces cerevisiae*, Yeast **13**:1465-1475.

Hall, M.C., Özsoy, Z. and S.W. Matson (1998) Site-directed Mutations in Motif VI of *Escherichia coli* DNA Helicase II Result in Multiple Biochemical Defects: Evidence for the Involvement of Motif VI in the Coupling of ATPase and DNA Binding, J. Mol. Biol. **277**:257-271.

Hall, M.C., Jordan, J.R. and Matson, S.W. (1998) Evidence for a Physical Interaction Between the *Escherichia coli* Mismatch Repair Proteins MutL and UvrD, EMBO J. **17**:1535-1541.

Bean, D.W. and Matson, S.W. (1998) Identification and Characterization of DNA Helicases, in *Eukaryotic DNA Replication: A Practical Approach*, (edited by S. Cotterill) Oxford University Press, pp. 93-117.

Hall, M.C. and Matson, S.W. (1999) The *Escherichia coli* MutL Protein Physically Interacts with MutH and Stimulates the MutH-associated Endonuclease, J. Biol. Chem. **274**:1306-1312.

Mechanic, L.E., Latta, M.E. and Matson, S.W. (1999) A Region Near the C-terminal End of *Escherichia coli* DNA Helicase II is Required for Single-stranded DNA Binding, J. Bacteriol. **181**:2519-2526.

Mechanic, L.E., Hall, M.C. and Matson, S.W. (1999) *Escherichia coli* DNA Helicase II is Active as a Monomer, J. Biol. Chem. **274**:12488-12498.

Hall. M.C. and Matson, S.W. (1999) Helicase Motifs Describe the Engine that Drives DNA Unwinding, Molecular Microbiology **34**:867-877.

Mechanic, L.E., Frankel, B.A. and Matson, S.W. (2000) *Escherichia coli* MutL loads DNA helicase II onto DNA, J. Biol. Chem. **275**:38337-38346.

Matson, S.W., Sampson, J.A. and Byrd, D.N. (2001) F plasmid conjugative DNA transfer: The TraI helicase activity is essential for DNA strand transfer J. Biol. Chem. **276**: 2372-2379.

Özsoy, Z.A., Sekelsky, J. and Matson, S.W. (2001) Biochemical characterization of the small isoform of *Drosophila melanogaster* RECQ5 helicase, Nuc. Acids. Research Nuc. Acids Res. **29**:2986-2993.

Byrd, D.R., Sampson, J.K., Ragonese, H.M. and Matson, S.W. (2002) Structure-function analysis of *Escherichia coli* DNA helicase I reveals Non-overlapping Transesterase and Helicase Domains, J. Biol. Chem. **277**:42645-42653.

Özsoy, A.Z., Ragonese, H.M. and Matson, S.W. (2003) Analysis of helicase activity and substrate specificity of Drosophila RECQ5, Nuc. Acids Research **31**:1554-1564.

Matson, S.W. (2003) Dual Engines Moving on Antiparallel Tracks, Nature Structural Biology **10**:499-500.

Driscoll, H.C., Matson, S.W., Sayer, J.M., Kroth, H., Jerina, D.M. and Brosh, R.J. (2003) Inhibition of Werner syndrome helicase activity by benzo(c)phenanthrene diol

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 19 of 27

epoxide dA adducts in DNA is both strand and stereoisomer dependent, J. Biol. Chem. **278**: 41126-41135.

Matson, S.W. and Ragonese, H.M. (2005) The F plasmid TraI protein contains three functional domains required for conjugative DNA strand transfer, J. Bacteriol. **187**:697-706.

Machwe, A., Xiao, L., Groden, J., Matson, S.W. and Orren, D.K. (2005) RecQ family members combine strand pairing and unwinding activities to catalyze strand exchange, J. Biol. Chem. J. Biol. Chem. **280**: 23397-23407.

Monroe, D.S. Jr., Leitzel, A.K., Klein, H.L. and Matson, S.W. (2005) Biochemical and genetic characterization of hmi1p, a yeast DNA helicase involved in the maintenance of mitochondrial DNA, Yeast **22**:1269-1286.

Robertson, A., Pattishall, S.R. and Matson, S.W. (2006) The DNA binding activity of MutL is required for methyl-directed mismatch repair in *E. coli*, J. Biol. Chem. **281**:8399-408.

Robertson, A.B., Pattishall, S., Gibbons, E. and Matson, S.W. (2006) MutL-catalyzed ATP hydrolysis is required at a post-UvrD loading step in methyl-directed mismatch repair, J. Biol. Chem. **281**:19949-19959.

Cadman, C.J., Matson, S.W. and McGlynn, P. (2006) Unwinding of forked DNA structures by UvrD, J. Mol. Biol. **362**:18-25.

Matson, S.W. and Robertson, A.B. (2006) The UvrD Helicase and its Modulation by the Mismatch Repair Protein MutL, Nucleic Acids Res. **34**:4089-4097.

Sikora, B., Eoff, R.L., Matson, S.W. and Raney, K.D. (2006) DNA Unwinding by *Escherichia coli* DNA Helicase I (TraI) Provides Evidence for a Processive Monomeric Molecular Motor, J. Biol Chem. **281**:36110-36116.

Ragonese, H., Haisch, D., Villareal, E., Choi, J.-H. and Matson, S.W.. (2007) The F plasmid-encoded TraM protein stimulates relaxosome-mediated cleavage through an interaction with TraI, Mol. Microbiology **63**:1173-1184.

Lujan, S.A., Guogas, L.M., Ragonese, H., Matson, S.W. and Redinbo, M.R. (2007) Disrupting Antibiotic Resistance Propagation by Inhibiting the Conjugative DNA Relaxase, Proc. Natl. Acad. Sci. USA **104**:12282-12287.

Tahmaseb K. and Matson, S.W. (2010) Rapid purification of helicase proteins and in vitro analysis of helicase activity. Methods **51**:322-328.

Carter, A.S., Tahmaseb, K. , Compton, S.A. and Matson, S.W. (2012) Resolving Holliday Junctions with the *Escherichia coli* UvrD Helicase, J. Biol. Chem. **287**:8126-8134.

Nash, R. P., McNamara, D.E., Ballentine, Wl.K. Matson, S.W. and Redinbo, M. (2012) Investigating the Impact of Bisphosphonates and Structurally Related Compounds on Bacteria Containing Conjugative Plasmids, Biochemical and Biophysical Research Communications, **424**:697-703.

Robertson, A.B. and Matson, S.W. (2012) Reconstitution of the Very Short Patch Repair Pathway from *Escherichia coli*, J. Biol. Chem. **287**:32953-32966.

Meiners, M.J., Tahmaseb, K. and Matson, S.W. (2014) The UvrD303 Hyper-helicase Exhibits Increased Processivity, J. Biol. Chem. **289**:17100-17110.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 20 of 27

Romero, N.E., Matson, S.W. and Sekelsky, J. (2016) Biochemical Activities and Genetic
    Functions of the *Drosophila melanogaster* Fancm Helicase in DNA Repair, Genetics
    **204**:531-541.
Shanahan, C., Tahmaseb, K., Meiners, M. and Matson, S. W. (2017) The Mismatch Repair
    Protein MutL is a Processivity Factor for the UvrD Helicase (in preparation).
Sampson, J.K., Leonard, K., Haisch, D. and Matson, S.W. (2017) The F Plasmid TraI
    Transesterase Active Site Residue(s), (in preparation).

## Past Grant Support (since 2000)

| Submitted | Project Name | Lead PI | Sponsor | Status |
|---|---|---|---|---|
| 5/31/2017 | Understanding PhD Career Pathways | Steve Matson | Council of Graduate Schools | Funded |
| 3/3/2015 | Distance delivered professional skills course | Steve Matson | University of North Carolina General Administration | Funded |
| 11/26/2011 | Expansion of the UNC System-wide Professional Science Master's Initiative | Steve Matson | North Carolina State University | Funded |
| 05/12/2010 | DNA helicases | Steve Matson | National Institute of General Medicine Science | Funded |
| 04/14/2009 | DNA Helicases | Steve Matson | National Institutes of Health (NIH) | Funded |
| 07/07/2008 | UNC-Best | Kevin Stewart | US Department of Education | Funded |
| 06/06/2007 | DNA helicases | Steve Matson | National Institutes of Health (NIH) | Funded |
| 06/20/2006 | Single Molecule Nucleic Acid Enzymology | Steve Matson | University of Arkansas | Funded |
| 04/28/2005 | Enzymatic Mechanisms of DNA Helicases | Steve Matson | National Institute of General Medicine Science | Funded |
| 01/24/2005 | Mechanism of Conjugative DNA Transfer | Steve Matson | National Institute of General Medicine Science | Funded |
| 04/26/2004 | Enzymatic Mechanisms of DNA Helicases | Steve Matson | National Institutes of Health | Funded |
| 01/20/2004 | Mechanism of Conjugative DNA Transfer | Steve Matson | National Institutes of Health | Funded |
| 04/25/2003 | Enzymatic Mechanisms of DNA Helicases | Steve Matson | National Institute of General Medicine Science | Funded |
| 02/03/2003 | Mechanism of Conjugative DNA Transfer | Steve Matson | National Institute of General Medicine Science | Funded |
| 10/25/2001 | Enzymatic Mechanisms of DNA Helicases | Steve Matson | National Institutes of Health | Funded |

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 21 of 27

| 04/23/2001 | Enzymatic Mechanisms of E. coli Helicases | Steve Matson | National Institute of General Medicine Science | Funded |
|------------|-------------------------------------------|--------------|------------------------------------------------|--------|
| 02/21/2001 | Mechanism of Conjugative DNA Transfer | Steve Matson | National Institutes of Health | Funded |
| 04/30/2000 | Enzymatic Mechanisms of E. coli Helicases | Steve Matson | National Institute of General Medicine Science | Funded |

**Current Grant Support**


**Plenary Seminars**

Keystone Symposium on Molecular Mechanisms in DNA Replication and Recombination
Taos, New Mexico                    January 1992

EMBO Workshop on the Molecular Biology of DNA Replication
Lucerne, Switzerland                September 1992


Plasmid Biology '94
Banff, Alberta, Canada              August 1994

Enzymology of DNA-Strand Transfer Mechanisms
Madrid, Spain                       April 1996

DNA Helicases as Motor Proteins
Madrid, Spain                       November 1999

DNA Helicases in Cancer and Aging – Keystone Symposium
Tahoe City, CA                      March 2002

Plasmid Biology 2002
Pittsburgh, PA                      June 2002

International Meeting on Werner Syndrome
Washington, DC                      May 2003

DNA Helicases:  Structure, Mechanisms and Roles in Human Disease
FASEB,  Saxtons River, VT       June 2003
DNA Helicases:  Structure, Mechanisms and Roles in Human Disease
Arolla, Switzerland                 July 2005

Plasmid Biology 2006
Fallen Leaf, CA                     September 2006

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 22 of 27

Helicases and NTP-Driven Nucleic Acid Motors: Structure, Function, Mechanism and Roles in Human Disease
FASEB, Palm Springs, CA        June 2007

**Invited Research Seminars** (since 1995)

Department of Biochemistry; University of North Carolina at Chapel Hill
November 1995
Biology/Chemistry joint seminar; Colgate University
November 1995
Becton-Dickinson Pharmaceutical
October 1995
Glaxo-Wellcome Inc.; Research Triangle Park
February 1996
University of Washington - Pathology Dept.
August 1996
University of North Carolina – Chemistry Department
February 1998
National Institute on Aging, National Institutes of Health; Baltimore, MD
September 21, 1998
Vanderbilt University – Department of Molecular Biology; Nashville, TN
November 18, 1998
National Institute of Environmental Health Science; Research Triangle Park, NC
February 15, 2000
University of North Carolina – Chemistry Department
December 2000
University of Miami – Biochemistry Department; Miami, FL
December 8, 2000
National Institutes of Health; Bethesda, MD
March 12, 2001
Sphinx Pharmaceuticals; Research Triangle Park, NC
March 14, 2001
University of Buffalo; Buffalo, NY
February 28, 2003
University of Arkansas for Medical Sciences
Department of Biochemistry and Molecular Biology
October 12, 2005
National Institutes of Environmental Health Sciences
Laboratory for Molecular Genetics Retreat
October 17, 2005
National Taiwan University; Taipei, Taiwan
September 2006

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 23 of 27

**Invited Presentations as Dean, The Graduate School**

Council of Graduate Schools Annual Meeting; Washington, DC; Fundraising Workshop; December, 2008

Council of Graduate Schools Annual Meeting; San Francisco, CA; Budget Panel December; 2009

Council of Graduate Schools Summer Meeting; Puerto Rico; Political Engagement Panel; July, 2010

Council of Graduate Schools Annual Meeting; Washington, DC; Fundraising Workshop; December; 2010

Council of Graduate Schools Summer Meeting; Monterrey, CA; Communicating the Role and Importance of Graduate Education; July, 2011

Association of Graduate Schools (AAU) Annual Meeting, Washington, DC; Diversity in Graduate Education; September 2011

Council of Graduate Schools Annual Meeting; Phoenix, AZ; Fundraising Workshop; December, 2011

Council of Graduate Schools Summer Meeting; Boston, MA; Political Engagement; July, 2012

Council of Graduate Schools Annual Meeting; Washington, DC; Fundraising Workshop; December, 2012

Council of Graduate Schools Annual Meeting; San Diego, CA; Fundraising Workshop; December, 2013

Council of Graduate Schools Summer Meeting; Portland, OR; Political Engagement; July, 2014

Council of Graduate School New Deans Institute; Quebec City, Canada; Advocacy 101; July, 2015

Association of Graduate Schools (AAU) Annual Meeting, Atlanta, GA; Engaging Alumni; September 2015

Council of Graduate Schools Global Summit – Implications of Big Data for Graduate Education, Singapore, September 27-29, 2015.

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 24 of 27

Council of Graduate Schools Annual Meeting; Seattle, WA; Fundraising Workshop; December, 2015

Council of Graduate School New Deans Institute; Savanah, GA; Advocacy 101; July, 2016

Association of Graduate Schools (AAU) Annual Meeting, San Diego, CA; Making Data Public, September 2016

Council of Graduate Schools Annual Meeting; Washington, DC; Fundraising Workshop; December, 2016

Case 1:14-cv-00954-LCB-JLW   Document 162-6   Filed 01/18/19   Page 25 of 27

**Exhibit 2 to Matson Declaration**

