# EXHIBIT 100

# Declaration of Patricia McAnany

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF NORTH CAROLINA et al., | |
| Defendants. | |

## DECLARATION OF PATRICIA MCANANY

# DECLARATION OF PATRICIA MCANANY

I, Patricia McAnany, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background and Experience

1.    I am a Kenan Eminent Professor in the Department of Anthropology at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill"). I have held this position since 2008. On July 1, I became Chair of the Department of Anthropology. I am also President of the Archaeology Division of the American Anthropological Association, a national professional organization of over 7,000 members. Prior to my faculty position at UNC-Chapel Hill, I was Full Professor at Boston University.

2.    I am a Maya archaeologist and have conducted field research and cultural heritage programs throughout the Maya region of southern Mexico and Central America. My research interests include the intersection of ritual and economy, ancestor veneration, the creation and abandonment of place, and the cross threading of cultural heritage with indigenous identities.

3.    I have been the recipient of research awards from the National Science Foundation ("NSF") and the Archaeological Institute of America, and of fellowships from the John Simon Guggenheim Memorial Foundation, the National Endowment for the Humanities, the Radcliffe Institute for Advanced Study at Harvard University, Dumbarton Oaks Research Library and Collection, the John Carter Brown Library at Brown University, and the Institute for the Arts & Humanities at UNC-Chapel Hill.

4.     I am the author/co-editor of several books, including *Maya Cultural Heritage: How Archaeologists and Indigenous Communities Engage the Past* (2016), *Living with the Ancestors: Kinship and Kingship in Ancient Maya Society* (2014, revised edition), *Ancestral Maya Economies in Archaeological Perspective* (2010); and *Questioning Collapse: Human Resilience, Ecological Vulnerability, and the Aftermath of Empire* (2009), co-edited with Norman Yoffee.

5.     Within Belize, I served as the Principal Investigator of the NSF-supported Xibun Archaeological Research Project ("XARP"), which focused on understanding the political economy of cacao (chocolate) and salt production in Classic Maya society. My current field research is a community-collaborative project located at Tahcabo, Yucatán. My co-Principal Investigator, Dr. Ivan Batun Alpuche and our team of university students from UNC-Chapel Hill and Universidad de Oriente in Valladolid are investigating sustainable landscape utilization over two thousand years.

6.     In 2011, I founded a UNC-Chapel Hill program called InHerit: Indigenous Heritage Passed to Present, which works to generate dialogue about the past and promote programs of heritage conservation among Indigenous communities in the Maya region. In addition, I sit on the Advisory Board for the following UNC-Chapel Hill units: Institute for the Study of the Americas and the Graduate Certificate in Participatory Research.

7.     I teach a variety of classes at UNC-Chapel Hill, including a first-year undergraduate seminar called Crisis & Resilience: Past and Future of Human Societies

2

(ANTH 60), two additional undergraduate courses called Habitat and Humanity (ANTH 123) and Ancestral Maya Civilizations (ANTH 232), a mixed graduate and undergraduate course (ANTH 674) called Issues in Cultural Heritage, and graduate seminars.

8.     McAnany Decl. Ex. 1 is a true and correct copy of my curricular vitae. McAnany Decl. Ex. 2 is a photograph of me from my UNC webpage.

## Experience with Diversity in the Classroom

9.     In ANTH 60, students examine responses to crises engendered by political, economic, and environmental factors.  In that class it is particularly important to have a diverse group of students. The class routinely includes international students from China. They express ideas about international issues and challenges with perspectives that students from North Carolina or New York City do not have.

10.     In the spring of 2016, I had a student from Singapore in my ANTH 60 course.  This student spoke about the challenges of diversity and how diverse populations learn and live together.  In particular, he spoke about his experience in Singapore, where a population of ethnic Chinese and an Indigenous group were not getting along.  In response to riots, the Singaporean government implemented a program that required each apartment building to house members of both ethnic groups.  Because of the student's diverse life experience, we were able to discuss a situation where a government played a heavy hand in encouraging ethnic integration.

11.     My ANTH 232 class is typically very diverse, as many of the 40 students have Latin American ancestry.  For those students, this class provides a way of learning

3

about something they know is in their background, but they were never exposed to. For example, in the fall of 2017, we looked at Mayan artifacts, and one of the students mentioned that one item looked like chili grinders from back home. This led to a discussion about culture and food technologies.

12.    In one semester of ANTH 60, I had a first-generation college student from Ireland. For her project, she researched the meltdown of the Irish economy in 2008 and how it impacted the people of Ireland. In collecting background information for her project, she interviewed family members. This made the project personal to the student and to the class. Because of her project, the class was able to see the impact of the crisis far beyond their communities and the U.S..

13.    Another student from Southeast Asia wanted to study Pol Pot's regime in Cambodia. This was a horrible genocidal event that often slips out of students' history classes. Because this student was in my class, we were able to discuss the genocide and compare Cambodia to Germany during World War II.

### Importance of Diversity at UNC-Chapel Hill

14.    Universities are well suited to break down barriers that exist between people of different ethnicities. Attending college is one of the few opportunities where young men and women can come together in an environment that is not racially charged. Half of the battle is promoting tolerance for diversity, and that is something we take very seriously at UNC-Chapel Hill. At UNC-Chapel Hill, students are able to talk about subjects they might not talk about in their homes and home communities.

4

15.     It is critically important to expose students to diversity during their undergraduate experience, because they are young and impressionable. If we wait until graduate school, it will be too late. I see students who come from little towns all over North Carolina. For their entire lives, they have been around other kids who look and act just like them. These young students could be exposed to a variety of cultures at UNC-Chapel Hill, but not if they are unable to engage with other students with different life experiences. We need to ensure that UNC-Chapel Hill students have an opportunity to experience diversity.

16.     In North Carolina, this is especially important because of all that has happened in Charlotte this past year. North Carolina has a rich history that is both dark and positive. On one hand, we want to hold onto that heritage and on the other hand we want to be forward-looking and important players in a global world. Our responsibility at UNC-Chapel Hill is to train future global leaders who hail from North Carolina. We are hamstrung in this effort if we cannot prepare students by providing them with an educational experience that is richly diverse.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:  July 31, 2017

Patricia McAnany

5

**Exhibit 1 to McAnany Declaration**

**CURRICULUM VITAE**

# *Patricia A. McAnany*

Kenan Eminent Professor, Department of Anthropology
University of North Carolina, Chapel Hill
919.962.0524
<mcanany@email.unc.edu>

**Education:**
> *Graduate*:
>> Ph.D., University of New Mexico, Albuquerque, August, 1986
>> M.S., University of New Mexico, Albuquerque, December, 1980
> *Undergraduate*:
>> B.A., University of Alaska, Anchorage, June 1978

**Honors & Fellowships:**
> Dumbarton Oaks Senior Fellow, 2015-2018
> John Simon Guggenheim Fellowship, 2014
> John Carter Brown Library Fellowship, September-November 2014
> Santa Fe Institute, Santa Fe, NM, External Faculty, 2011-2017
> Institute for the Arts & Humanities, UNC, Chapel Hill, Faculty Fellow, Spring 2011-present
> National Endowment for the Humanities Fellowship, 2005-2006
> Radcliffe Institute for Advanced Study, Bunting Fellowship, 1999-2000
> Dumbarton Oaks Summer Fellowship, 1994
> Dumbarton Oaks Resident Fellowship, 1991-92
> Charles P. Taft Postdoctoral Fellowship, University of Cincinnati, 1986
> Ruth E. Kennedy Dissertation Award, Maxwell Museum of Anthropology,
>> University of New Mexico, 1986

**Employment:**
> Kenan Eminent Professor: University of North Carolina, Chapel Hill, from 2008
> Professor: Boston University, 2004 to 2008
> Associate Professor: Boston University, 1994 to 2004
> Assistant Professor: Boston University, 1987 to 1994
> Postdoctoral Fellow: University of Cincinnati, 1986-87

**Memberships:**
> Society for American Archaeology
> American Anthropological Association Archaeology Division
> Society for Economic Anthropology (within the Am. Anth. Assoc.)
> Associate, John Carter Brown Library, Brown University
> Brooklyn Historical Society

**Service:**
> President, Archaeology Division, American Anthropological Assoc., 2015-2017
> President-elect, Archaeology Division, American Anthropological Assoc., 2013-2015
> Department of Anthropology, Advisory Council to Chair, UNC, 2015-2017
> Advisory Board, Institute for the Study of the Americas, UNC, 2008-present
> Faculty Board Member, Graduate Certificate in Participatory Research, UNC, 2013 to present
> Affiliated Faculty, Archaeology Curriculum, 2008 to present
> Affiliated Faculty, Indigenous Studies, 2010 to present
> Faculty Advisory Board, Institute for the Arts & Humanities, UNC, 2011-2013
> President, Society for Economic Anthropology, 2007-2009
> Executive Committee, Archaeology Div., American Anthropological Assoc., 2004-2006
> Treasurer, Brooklyn Historical Society, 2004-2007
> Board of Directors, Society for American Archaeology, 2000-2003

       Secretary, Archaeology Division, American Anthropological Assoc., 1994-96
       Other Boards and committees:
            UNC Committee to select Distinguished Professors for short-term & term positions, 2015
            UNC Selection Committee, Senior Associate Dean for Undergraduate Education, 2013
            UNC Search Committee, Harrington Distinguished Professorship, 2012-2013
            Summer Reading Program Committee, UNC, 2011-2012
            UNC Chapel Hill Engaged Research Forum, March 26, 2011

**Service, continued:**
       National Science Foundation, Archaeology Review Panel, 2007-2009
       Other Boards and committees:
            University of Arizona Press, *The Archaeology of Colonialism in the Americas* series, Board of
            Editors, 2015-present
            *Journal of Anthropological Archaeology* Board of Editors, 2000-2016
            School of Advanced Research Staley Book Prize Committee, 2009, 2010

**Synergistic and Public Outreach Activities:**
       a). Member of concept team & speaker for UNC Symposium on Maya 13 Bak'tun;
       b). Podcast interviews for www.extraenvironmentalist.com on topics of Questioning Collapse
       and Maya Prophecies foretelling apocalypse at the end of 13 Bak'tun;
       c). Maya Area Cultural Heritage Initiative, co-Founder and co-PI, 2006-2011;
       d). InHerit: Indigenous Heritage Passed to Present, co-Founder and PI, 2012 to present;
       e). Alliance for Heritage Conservation (a registered 501(c)3), co-Founder & Executive Director.

**Research Awards:**
2017    NSF DDRIG (PI for Maia Dedrick), *Livelihood Strategies at Classic and Colonial Period Tahcabo,*
       *Yucatán, Mexico*
2016    Museums Connect (U.S. State Dept), with Claire Novotny, *Maya from the Margins: Archives and*
       *Experiences of History, Identity, and Migration*
2016    Private Foundation (PI), *Support for InHerit Program Director*
2015    Private Foundation (PI), *A Community Site Stewardship Program for Southern Belize*
2015    NSF DDIG (PI for M. Margaret Morgan-Smith), *Social and Economic Inequality at Rancho Kiuic,*
       *Yucatan, Mexico: Understanding Abandonment in a Historical Context*
2015    Archaeological Institute of America (co-PI), Community Heritage Conservation at Tahcabo
2014    Private Foundation (PI), *InHerit: Indigenous Heritage Passed to Present, Phase 4*
2013    Private Foundation (PI), *InHerit: Indigenous Heritage Passed to Present, Phase 3*
2012    Private Foundation (PI), *InHerit: Indigenous Heritage Passed to Present, Phase 2*
2012    NSF DDIG (PI for Claire Novotny), *A Community Archaeology of Ancient Maya Household Identity in*
       *the Toledo District of Southern Belize*
2011    Private Foundation (co-PI), *InHerit: Indigenous Heritage Passed to Present*
2011    NSF (co-PI), *Investigating the Interaction of Macro-Political Change on Local Landscape and Residence*
       *through Collaborative Archaeological Research in Yucatan, Mexico*
2010    Private Foundation (co-PI), *Alliance for Heritage Conservation.*
2009    Private Foundation (PI), *Long-Term Conservation and Preservation of Maya Cultural Heritage, Phase 5*
2008    Private Foundation (PI), *Long-Term Conservation and Preservation of Maya Cultural Heritage, Phase 4*
2007    Private Foundation (PI), *Long-Term Conservation and Preservation of Maya Cultural Heritage, Phase 3*
2007    NSF, DDIG (PI for Satoru Murata), *The Salt Rush: the Rise and Fall of a Classic Period Industry in the*
       *Eastern Maya Lowlands*
2006    Private Foundation (PI), *Long-Term Conservation and Preservation of Maya Cultural Heritage, Phase 2*
2006    NSF, DDIG (PI for Eleanor Harrison-Buck), *Evaluating Northern Yucatec Influence in the Sibun*
       *Valley, Belize*
2005    Private Foundation (PI), *Long-Term Conservation and Preservation of Maya Cultural Heritage*
2005    NSF, DDIG (PI for Christopher Dayton), *Prehispanic Water Management Systems in the Arid Sierra of*
       *the Moquegua Valley, Peru*
2004    National Endowment for the Humanities Fellowship, *Beyond the Shadow of the Pyramid: Economic*
       *Process in Ancient Maya Economies*

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 10 of 30

2002     NSF, DDIG (PI for Ilean Isaza), *The Ancestors of Parita: Pre-Columbian Settlement Patterns in the Lower La Villa River Valley, Azuero Peninsula, Panama*
2001     The Ahau Foundation (PI), *Digital Publication of K'axob Excavation Data*
2000     NSF (PI), *Xibun Maya & the Luxury Economy of Classic to Colonial Periods* (4-year award)
2000     The Ahau Foundation (PI), *Formative Maya Village Life at K'axob, Belize*
2000     Dean's Award, Radcliffe Institute for Advanced Study, Harvard University
1999     Dean's Award, Radcliffe Institute for Advanced Study, Harvard University
1999     The Ahau Foundation (PI), *Sacred Landscape and Settlement in the Sibun Valley.*
1996     NSF (PI), *Where the Water Meets the Land: An Archaeological Case Study of Two Millennia of Wetland Utilization at K'axob, Belize.*
1996     NSF (PI), REU Supplement.
1995     NSF, DDIG (PI for Mary L. Angelini), *Ceramic Production in the Maya Formative: A Study of Ceramic Technology at K'axob, Belize.*
1994     NSF, REU Supplement (PI), *Phase II of the Computerization of the K'axob Project.*
**Research Awards, continued:**
1993     NSF, REU Supplement (PI), *CEIBA: Design and Implementation of a Computer System for the Life Cycle of an Archaeological Project.*
1992     NSF, REU Supplement (PI), *Reconnaissance, Collection, and Petrographic Analysis of Clay Sources in the Vicinity of K'axob, Belize.*
1991     NSF (PI), *An Investigation of Ancestor Worship as an Expression of Lineage Structure and Resource Rights at the Formative Maya Site of K'axob.*
1990     NSF, DDIG (PI, for Daniel Finamore), *Analysis of an Extractive Frontier in 18th Century Belize.*
1989     Boston University Faculty Seed Grant.
1989     American Philosophical Society, (PI), *Provisioning Maya Households: An Investigation of Geological Sources for Stone Tools.*
1983     Andrew F. Mellon Foundation, *Excavations at Colha, Belize.*
1982     University of New Mexico Chairmanship Fund.
1981-85 University of New Mexico Student Research Allocations.
1977     NSF, Student-originated Studies (participant author and recipient).


**Web sites: www.in-herit.org** and also www.machiproject.org, images and text of cultural heritage projects ongoing in Belize, Guatemala, Honduras, and Yucatán; http://mcanany.web.unc.edu for Maya Archaeological and Cultural Heritage Research plus downloadable reports from field research; www.bu.edu/tricia for images and text from field research at K'axob and the Sibun River Valley; http://anthropology.unc.edu/person/patricia-a-mcanany/, faculty and research profile; http://www.filedby.com/author/patricia_a_mcanany/933502/, website featuring book authors.


# Publications

**Books:**

2016     *Maya Cultural Heritage: How Archaeologists and Indigenous Communities Engage the Past*. Rowman & Littlefield, Lanham, MD.

2014     *Living with the Ancestors: Kinship and Kingship in Ancient Maya Society*. Revised edition with new introduction. Cambridge University Press, NY.

2011     with Walter Little (co-editors)
          *Textile Economies: Power and Value from the Local to the Transnational*. AltaMira Press, Lanham, MD.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 11 of 30

2010    *Ancestral Maya Economies in Archaeological Perspective.*  Cambridge University Press, NY. (Paperback edition in 2014).

2010    and Norman Yoffee (co-editors)
        *Questioning Collapse: Human Resilience, Ecological Vulnerability, & the Aftermath of Empire.* Cambridge University Press, NY.

2008    with Christopher Pool (co-editors)
        *Debating with Robert: Papers on Mesoamerican Archaeology in Memory of Robert S. Santley. Journal of Anthropological Research*, Volume 64(3).

2008    with E. Christian Wells (co-editors)
        *Dimensions of Ritual Economy*. Research in Economic Anthropology Volume 27. JAI Press, Emerald Group Publishing Ltd., Bingley, UK.

2004    (editor)
        *K'axob: Ritual, Work, and Family in an Ancient Maya Village*. Monumenta Archaeologica 22. Cotsen Institute of Archaeology, University of California, Los Angeles.


**Books, continued:**

2002    (editor)
        *Sacred Landscape and Settlement in the Sibun River Valley: XARP 1999 Survey and Excavation*. SUNY Institute of Mesoamerican Studies Occasional Paper 8. Albany, NY.

1995    *Living with the Ancestors: Kinship and Kingship in Ancient Maya Society*.  University of Texas Press, Austin.

1989    and Barry L. Isaac (co-editors)
        *Prehistoric Maya Economies of Belize*. JAI Press, Greenwich.


**Journal Articles:**

2017    with Adolfo Iván Batun Alpuche and Maia Dedrick
        Tiempo y Paisaje en Tahcabo. *Arqueología Mexicana* (2017) Vol. xxv, no. 145:66-71.

2016    and Linda A. Brown
        Perceptions of the past within Tz'utujil ontologies and Yucatec hybridities. *Antiquity*, Vol. 90 (350): 487-503.

2015    and Sarah M. Rowe
        Revisiting the Field: Collaborative Archaeology as Paradigm Shift. *Journal of Field Archaeology*, Vol. 40(5): 499-507.

2015    and Sarah M. Rowe, Israel Quic Cholotio, Evelyn Caniz Menchú, and Jose Mendoza Quic
        Mapping Indigenous Self-Determination in Highland Guatemala. *International Journal of Applied Geo-Spatial Research*, special issue on "Geospatial Technologies and Indigenous Community Engagement," 2015, Vol. 6(1):1-23.

2013    y Shoshaunna Parks
        Los Perjudicados por el Distanciamiento Patrimonial: Niños, Ch'orti's y el "Paisaje Arqueológico" de Copán. *Mesoamérica* 55: 67-98.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 12 of 30

2012    Classic Maya Heterodoxy & Shrine Vernacularism in the Sibun Valley of Belize. *Cambridge Archaeological Journal* 22(1):115-34.

2012    and Shoshaunna Parks
        Casualties of Heritage Distancing: Children, Ch'orti' Indigeneity, and the Copán Archaeoscape. *Current Anthropology* 53(1):80-107.

2012    with Humberto Nation, P. A. Peterson, J. E. Brady, and H. Neff
        Using Inductively Coupled Plasma Mass Spectrometry to Source Speleothems from Archaeological Contexts in the Sibun Valley Region of Belize, Central America. In *Heart of Earth: Studies in Maya Ritual Cave Use*, edited by James E. Brady, pp. 137-142. AMCS Bull. 23, Austin.

2011    ¿A donde va Economic Geography? Comment on Eric Sheppard, Geography, Nature, and the Question of Development. *Dialogues in Human Geography* 1(1):90-93.

2011    with Kelli Carmean and Jeremy A. Sabloff
        People Who Lived in Stone Houses: Local Knowledge and Social Difference in the Classic Maya Puuc Region of Yucatan, Mexico. *Latin American Antiquity* 22(2):143-158.

2011    Practices of Place-Making, Ancestralizing, and Re-animation within Memory Communities. In *Residential Burial: a Multi-Regional Exploration*, edited by Ron L. Adams & Stacie M. King. Archaeological Papers of the American Anthropological Association Vol. 20 (1):136-142.

2010    Recordar y Alimentar a los Ancestros en Mesoamérica. *Arqueología Mexicana* 17(106):26-33.

2009    and Ian Hodder
        Thinking about Stratigraphic Sequence in Social Terms. *Archaeological Dialogues* 16(1):1-22.

**Journal Articles, continued:**

2008    and Christopher A. Pool
        Rational Exuberance: Mesoamerican Economies and Landscapes in the Research of Robert S. Santley. *Journal of Anthropological Research* 64:323-340.

2007    A View from Mesoamerica. *Cambridge Archaeological Journal* 17(2):19-22.

2007    and Satoru Murata
        America's First Connoisseurs of Chocolate. *Food and Foodways* 15 (1-2):7-30.

2006    with Parks, Shoshaunna and Satoru Murata
        The Conservation of Maya Cultural Heritage: Searching for Solutions in a Troubled Region. *Journal of Field Archaeology* 31(4):425–432.

2003    with Stephen D. Houston
        Bodies and Blood: Critiquing Social Construction in Maya Archaeology. *Journal of Anthropological Archaeology* 22:26-41.

2001    with Sandra López Varela and Kimberly Berry
        Ceramic Technology at Late Classic K'axob, Belize. *Journal of Field Archaeology* 28(1&2):177-191.

2000    with Mary L. Angelini and H. Neff
        Differentiation of Clay Resources on a Limestone Plain: the Analysis of Clay Utilization during the Maya Formative at K'axob, Belize. *Geoarchaeology* 15(2): 95-133.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 13 of 30

2000    Commentary on "The Language of Classic Maya Inscriptions" by Stephen Houston, John Robertson, and David Stuart. *Current Anthropology* 41(3): 341-342.

1999    and Rebecca Storey and Angela K. Lockard
        Mortuary Ritual and Family Politics at Formative and Classic K'axob, Belize. *Ancient Mesoamerica* Vol. 10:129-146.

1999    and Sandra L. López Varela
        Re-Creating the Formative Maya Village of K'axob: Chronology, Ceramic Complexes, and Ancestors in Architectural Context. *Ancient Mesoamerica* Vol. 10:147-168.

1999    with Ilean I. Isaza
        Adornment and Identity: Worked Shell from Formative K'axob. *Ancient Mesoamerica* Vol. 10:117-127.

1994    with Melinda S. Allen
        Environmental Variability and Traditional Hawaiian Land Use Patterns: Manuka's Cultural Islands in Seas of Lava. *Asian Perspectives* Vol. 33 (1): 19-55.

1989    Stone Tool Production and Exchange in the Eastern Maya Lowlands: the Consumer Perspective from Pulltrouser Swamp, Belize. *American Antiquity* Vol. 54:332-346.

1989    The Effect of Lithic Procurement Strategies on Tool Curation and Recycling. *Lithic Technology* Vol. 17(1):3-11.

1987    with Jeremy A. Sabloff and Lewis R. Binford
        Understanding the Archaeological Record. *Antiquity* Vol. 61(232):203-209.

**Chapters in Peer-Reviewed Edited Books:**

2017    Maya Cultural Heritage: How Archaeologists and Indigenous Peoples Create and Conserve the Past. In *Shallow Pasts: Endless Horizons: Sustainability and Archaeology: Proceedings of the 48th Annual Chacmool Conference*, edited by Julien Faveau & Robert Patalano, pp. 2-11. University of Calgary, Alberta, Canada.

2017    and Maxime Lamoureux St. Hilaire
        The Fragility of Political Experimentation from the Perspective of Classic Maya Cities. In *Crisis to Collapse: the Archaeology of Social Breakdown*, edited by Tim Cunningham & Jan Driessen, pp. 305-314. Presses Universitaires de Louvain, Louvain-la-Neuve, Belgium.

2015    and Jeremy A. Sabloff, Maxime Lamoureux St. Hilaire & Gyles Iannone
        Leaving Classic Maya Cities: Agent-based Modeling and the Dynamics of Diaspora. In *Counternarratives and Macrohistories: New Agendas in Archaeology and Ancient History*, edited by Geoffrey Emberling, pp. 259-288. Cambridge University Press, NY.

2014    Transforming the Terms of Engagement between Archaeologists and Communities: a View from the Maya Region. In *Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 14 of 30

Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, pp. 159-178. Left Coast Press, Walnut Creek, CA.

2013    Artisans, *Ikats*, and Statecraft: Provisioning Classic Maya Royal Courts. In *Merchants, Markets, and Exchange in the Pre-Columbian World*, edited by Kenneth Hirth & Joanne Pillsbury, pp. 229-253. Dumbarton Oaks Research Library & Collection, Washington, D.C.

2013    with E. Harrison-Buck and Ellen Spensley Moriarty
        Classic Maya Ceramic Hybridity in the Sibun Valley of Belize. In *The Archaeology of Hybrid Material Culture*, edited by Jeb J. Card, pp. 185-206. Center for Archaeological Investigations, Occasional Paper No. 39, Southern Illinois University, Carbondale.

2012    Conjuring Meaning from Archaeological Remains. In *Power and Identity in Archaeological Theory and Practice: Case Studies from Ancient Mesoamerica*, edited by E. Harrison-Buck, pp. 116-119. Foundations of Archaeological Inquiry Series, University of Utah Press, Salt Lake City.

2011    and Walter E. Little
        Introduction. In *Textile Economies: Power & Value from the Local to the Transnational*, edited by W. Little & P. A. McAnany, pp. xiii-xxvi. AltaMira Press, Lanham, MD.

2011    Towards a Hermeneutics of Death: Commentary on Seven Essays. In *Living with the Dead: Mortuary Ritual in Mesoamerica*, edited by James L. Fitzsimmons & Izumi Shimada, pp. 231-239. University of Arizona Press, Tucson.

2009    and Norman Yoffee
        Why We Question Collapse and Study Human Resilience, Ecological Vulnerability, and the Aftermath of Empire. In *Questioning Collapse: Human Resilience, Ecological Vulnerability & the Aftermath of Empire*, edited by P. A. McAnany & N. Yoffee, pp. 1-17. Cambridge University Press, NY.

2009    and Tomás Gallareta Negrón
        Bellicose Rulers and Climatological Peril? Retrofitting Twenty-first Century Woes on Eighth Century Maya Society.  In *Questioning Collapse: Human Resilience, Ecological Vulnerability & the Aftermath of Empire*, edited by P. A. McAnany & N. Yoffee, pp. 142-175. Cambridge University Press, NY.

2008    and E. Christian Wells
        Toward a Theory of Ritual Economy. In *Dimensions of Ritual Economy*, edited by E. Christian Wells and Patricia A. McAnany, pp. 1-16. REA Vol. 27, JAI Press, Emerald Group Publishing Ltd., Bingley, UK.


**Chapters in Peer-Reviewed Edited Books, continued:**

2008    Shaping Social Difference: Political and Ritual Economy of Classic Maya Royal Courts.
        In *Dimensions of Ritual Economy*, edited by E. Christian Wells and Patricia A. McAnany, pp. 219-247. REA Vol. 27, JAI Press, Emerald Group Publishing Ltd., Bingley, UK.

2007    with Kimberly Berry
        Reckoning with the Wetlands and their Role in Ancient Maya Society. In *The Political Economy of Ancient Mesoamerica: Transformations during the Formative and Classic Periods*, edited by Vernon L. Scarborough and John E. Clark, pp. 149-162. University of New Mexico Press, Albuquerque.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 15 of 30

2007    with Shoshaunna Parks
        Reclaiming Maya Ancestry.  In *Look Close, See Far: a Cultural Portrait of the Maya*, photographs by Bruce T. Martin, pp. 17-26.  George Braziller, Inc., New York.

2007    with Eleanor Harrison-Buck and Rebecca Storey
        Empowered and Disempowered during the Late to Terminal Classic Transition: Maya Burial and Termination Rituals in the Sibun Valley, Belize. In *New Perspectives on Human Sacrifice and Ritual Body Treatments in Ancient Maya Society*, edited by Vera Tiesler and Andrea Cucina, pp. 74-101. Springer Science + Business Media, LLC, New York.

2007    Culture Heroes and Feathered Serpents: the Contribution of Gordon R. Willey to the Study of Ideology. In *Gordon R. Willey and American Archaeology: Contemporary Perspectives*, edited by Jeremy A. Sabloff and William L. Fash, pp. 209-231. University of Oklahoma Press, Norman.

2006    and Satoru Murata
        From Chocolate Pots to *Maya Gold*: Belizean Cacao Farmers Through the Ages.  In *Chocolate in Mesoamerica: a Cultural History of Cacao*, edited by Cameron L. McNeil, pp. 429-450.  University of Florida Press, Gainesville.

2006    *Habitus* and Hierarchy: The Double Helix of Preclassic Maya Ethnicity. In *Maya Ethnicity: The Construction of Ethnic Identity from Preclassic to Modern Times. Acta Americana,* Vol. 19 Edited by F. Sachse, pp. 9-18 Verlag Anton Saurwein, Markt Schwaben.

2006    with Rebecca Storey
        Children of K'axob: Premature Death in a Formative Maya Village.  In *The Social Experience of Childhood in Ancient Mesoamerica*, edited by Traci Ardren and Scott Hudson, pp. 53-72. University Press of Colorado, Boulder.

2005    with Polly A. Peterson and Allan B. Cobb
        De-fanging the Earth Monster: Speleothem Transport to Surface Sites in the Sibun Valley. In *Stone Houses and Earth Lords: Maya Religion in the Cave Context*, edited by Keith M. Prufer and James E. Brady, pp. 227-248. University Press of Colorado, Boulder.

2004    Appropriative Economies: Labor Obligations and Luxury Goods in Ancient Maya Societies. In *Archaeological Perspectives on Political Economies*, edited by Gary M. Feinman and Linda M. Nicholas, pp. 145-165. University of Utah Press, Salt Lake City.

2003    and Kimberly A. Berry and Ben S. Thomas
        Wetlands, Rivers, and Caves: Agricultural and Ritual Practice in Two Lowland Maya Landscapes. In *Perspectives on Ancient Maya Rural Complexity*, edited by Gyles Iannone and Samuel V. Connell, pp. 71-81.  Mongraph 49, Cotsen Institute of Archaeology, University of California, Los Angeles.

2002    Rethinking the Great and Little Tradition Paradigm from the Perspective of Domestic Ritual.  In *Domestic Ritual in Ancient Mesoamerica*, edited by Patricia A. Plunket, pp.115-119. Cotsen Institute of Archaeology, University of California, Los Angeles.

**Chapters in Peer-Reviewed Edited Books, continued:**

2002    and Ben Thomas, Polly Peterson, Steve Morandi, and Eleanor Harrison

Praise the Ajaw and Pass the Kakaw: Xibun Maya and the Luxury Economy of Cacao. In *Ancient Maya Political Economies: Essays in Honor of William L. Rathje*, edited by Marilyn Masson and David Freidel, pp. 123-139. Altamira Press, Walnut Creek, CA.

2001    Cosmology and the Institutionalization of Hierarchy in the Maya Region. In *From Leaders to Rulers*, edited by Jonathan Haas, pp. 125-150 Kluwer Academic/Plenum Publishers, New York.

2001    and Shannon Plank
        Perspectives on Actors, Gender Roles, and Architecture at Classic Maya Courts and Households. In *Royal Courts of the Ancient Maya*, edited by T. Inomata and S. D. Houston, pp. 84-129. Westview Press, Boulder.

2000    with Mary Lee Bartlett
        "Crafting" Communities: The Materialization of Formative Maya Identities. In *The Archaeology of Communities: A New World Perspective*, edited by M. A. Canuto and J. Yeager, pp.102-122. Routledge Press, London.

2000    Living with the Ancestors: Kinship and Kingship in Ancient Maya Society. In *The Ancient Civilizations of Mesoamerica: A Reader*, edited by Michael E. Smith and Marilyn A. Masson, pp. 483-487. Blackwell Publishers, Malden MA and Oxford, UK.

1999    with Sandra L. López Varela and Kimberly Berry
        Defining Maya Ceramic Production at K'axob: an Experimental Study. In *Ethno-analogy and the Reconstruction of Prehistoric Artefact Use and Production*, edited by Linda R. Owen and Martin Porr, pp. 225-235. Tübingen Monograph Series, Urgeschichtliche Materialhefte 14, MoVinceVerlag, Tübingen, Germany.

1998    Ancestors and the Classic Maya Built Environment. In *Function and Meaning in Classic Maya Architecture*, edited by Stephen D. Houston, pp. 271-298. Dumbarton Oaks Research Library and Collections, Washington, D. C.

1998    Obscured by the Forest: Property and Ancestors in Lowland Maya Society. In *Property in Economic Context*, edited by Robert C. Hunt and Antonio Gilman, pp. 73-87. (Monographs in Economic Anthropology, No. 14). University Press of the Americas, Lanham, MD.

1997    Ancestor Veneration in Lowland Maya Society: a Case Study from K'axob, Belize. In *Research Frontiers in Anthropology – Volume 2, Archaeology,* edited by C. R. Ember, M. Ember, and P. N. Peregrine, pp. 207-227. Prentice-Hall, Inc. Englewood, NJ.

1993    Social Power and Wealth Among Eighth Century Maya Households. In *Lowland Maya Civilization in the Eighth Century A.D.*, edited by J. A. Sabloff and J. Henderson, pp. 57-82. Dumbarton Oaks, Washington, D.C.

1993    A Theoretical Perspective on Elites and the Economic Transformation of Classic Period Maya Households. In *Understanding Economic Process*, edited by Sutti Ortiz, pp. 85-103. (Monographs in Economic Anthropology, No. 8). University Press of the Americas, Lanham, MD.

1993    Resources, Specialization, and Exchange in the Maya Lowlands. In *The American Southwest and Mesoamerica: Systems of Prehistoric Exchange*, edited by Timothy G. Baugh and Jonathon E. Ericson, pp. 213-245. Plenum Press.

1992    Agricultural Tasks and Tools: Patterns of Stone Tool Discard near Prehistoric Maya Residences Bordering Pulltrouser Swamp, Belize. In *Gardens of Prehistory: the Archaeology of Settlement*

*Agriculture in Greater Mesoamerica,* edited by Thomas W. Killion, pp. 184-213. University of Alabama Press, Tuscaloosa.

**Chapters in Peer-Reviewed Edited Books, continued:**

1990    Water Storage in the Puuc Region of the Northern Maya Lowlands: a Key to Population Estimates and Architectural Variability. In *Precolumbian Population History in the Maya Lowlands,* edited by T. Patrick Culbert and Don S. Rice, pp. 263-284. University of New Mexico Press, Albuquerque.

1989    Introduction. In *Prehistoric Maya Economies of Belize,* edited by Patricia A. McAnany and Barry L. Isaac, pp. 1-13. JAI Press, Greenwich.

1989    Economic Foundations of Ancient Maya Society: a Consideration of Paradigms and Topics. In *Prehistoric Maya Economies of Belize,* edited by Patricia A. McAnany and Barry L. Isaac, pp. 347-372. JAI Press, Greenwich.

1989    with David E. Doyel and Alan H. Simmons
        A Painted Kiva Near Chaco Canyon, New Mexico. In *From Chaco to Chaco: Papers in Honor of Robert H. Lister and Florence C. Lister,* edited by Meliha S. Duran and David T. Kirkpatrick, pp. 87-101. The Archaeological Society of New Mexico, No. 15.  Archaeological Society of New Mexico, Albuquerque.

**Forward:**
2016    *The Archaeology of Ancestors: Death, Memory, and Veneration*. University Press of Florida, Gainesville.

**Chapters in Edited Books:**

2012    Identidad y memoria social materializados en el trabajo y el rito. In *Representaciones y Espacios Públicos en el Área Maya: Un Estudio Interdisciplinario,* edited by Rodrigo Liendo Stuardo and Francisca Zalaquett Rock, pp. 161-175. Universidad Nacional Autónoma de México, Instituto de Investigaciones Filológicas, Centro de Estudios Mayas, México

2008    with Eleanor Harrison-Buck and Satoru Murata
        Purposeful Desecration of a Ruling Elite Residence? Recent Excavation at the Hershey Site, Sibun Valley, Belize. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2007 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 5,* edited by John Morris, Sherilyne Jones, Jaime Awe, and Christophe Helmke, pp. 63-78. Institute of Archaeology, National Institute of Culture and History, Print Belize Ltd, Belmopan, Belize.

2008    with Reiko Ishihara, and Morvin Coc
        The MACHI Project in Belize: Bridging the Past and the Present through a Public Education Program in the Toledo District, Belize. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2007 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 5,* edited by John Morris, Sherilyne Jones, Jaime Awe, and Christophe Helmke, pp. 307-313. Institute of Archaeology, National Institute of Culture and History, Print Belize Ltd, Belmopan, Belize.

2007    with Eleanor Harrison-Buck

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 18 of 30

The Classic to Postclassic Transition in the Sibun Valley, Belize: Defining the Terminal Classic Ceramic Assemblages. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2006 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 4,* edited by John Morris, Sherilyne Jones, Jaime Awe, and Christophe Helmke, pp. 119-133. Institute of Archaeology, National Institute of Culture and History, Print Belize Ltd, Belmopan, Belize.

2006    with Eleanor Harrison-Buck
        Terminal Classic Circular Shrines and Ceramic Material in the Sibun Valley, Belize: Evidence of Northern Yucatec Influence in the Eastern Maya Lowlands. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2005 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 3,* edited by John Morris, Sherilyne Jones, Jaime Awe, and Christophe Helmke, pp. 287-299. Institute of Archaeology, National Institute of Culture and History, Print Belize Ltd, Belmopan, Belize.

**Chapters in Edited Books, continued:**

2005    and Eleanor Harrison and Satoru Murata
        Desire and Political Influence: the Archaeology of the Sibun River Valley. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2004 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 2,* edited by Jaime Awe, John Morris, Sherilyne Jones, and Christophe Helmke, pp. 313-327. Institute of Archaeology, National Institute of Culture and History, Print Belize Ltd, Belmopan, Belize.

2004    and Eleanor Harrison, Polly A. Peterson, Steven Morandi, Satoru Murata, Ben S. Thomas, Sandra L. López Varela, Daniel Finamore, and David G. Buck
        The Deep History of the Sibun River Valley. In *Archaeological Investigations in the Eastern Lowlands: Papers of the 2003 Belize Archaeology Symposium, Research Reports in Belizean Archaeology Volume 1,* edited by Jaime Awe, John Morris, and Sherilyne Jones, pp.295-310. Institute of Archaeology, National Institute of Culture History, Print Belize Ltd, Belmopan, Belize.

2002    Ancestor Veneration in Lowland Maya Society: a Case Study from K'axob, Belize.  In *Archaeology: Original Readings in Method and Practice,* edited by P. N. Peregrine, C. R. Ember, and M. Ember, pp. 360-377. Prentice Hall, Upper Saddle River, NJ.

2002    A Social History of Formative Maya Society. In *La Organización Social entre Los Maya Prehispánicos, Coloniales y Modernos, Memoria de la Tercera Mesa Redonda de Palenque, México,* edited by V. Tiesler Blos, R. Cobos, and M. Greene Robertson, pp. 229-239. Instituto Nacional de Antropología e Historia, México, D.F.

1999    Life Along the Sibun from Ancient Time through Colonial Times.  *Sibun River Watershed Atlas,* edited by Ed Boles, pp. 22-23. The Government Printer, Belmopan, Belize, Central America.

1998    with Sandra L. López Varela
        Los Patrones Cerámicos del Sitio Maya de K'axob durante el Periodo Formativo: Espejo de un Mundo Circunvecino.  In *50 Years Americanist Studies at the University of Bonn,* edited by S. Dedenbach-Salazar, C. Arellano Hoffman, E. König, and H. Prümers, pp. 153-168.  Bonner Amerikanistische Studien-Universitat Bonn, Germany. Anton Saurwein, Verlag.

1994    Operation 2033: Horizontal Exposure of a Terminal Classic Platform. In *Continuing Archaeology at Colha, Belize,* edited by Thomas R. Hester, Harry J. Shafer, and Jack D. Eaton, pp. 79-89.  *Studies in Archaeology 16,* Texas Archaeological Research Laboratory, The University of Texas at Austin.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 19 of 30

1987    Structure and Dynamics of Intercommunity Exchange.  In *Maya Stone Tools, Selected Papers from the Second Maya Lithics Conference,* edited by Thomas R. Hester and Harry J. Shafer, pp. 271-293. Monographs in World Archaeology No. 1, Prehistory Press, Madison.

1984    with Ben Nelson
Mogollon Culture Area as a Frame of Reference for Predictive Modeling.  In *Recent Research in Mogollon Archaeology*, edited by Steadman Upham, F. Plog, D.G. Batcho, & B.E. Kauffman, pp. 28-44. University Museum Occasional Papers, No. 10. Las Cruces.

**Obituary:**

2014    Peter D'Arcy Harrison (1937-2013). *Journal of Anthropological Research* 70(2): 177-181.

**Research Reports:**

2015    with A. Ivan Batun Alpuche and Maia C. Dedrick
*Proyecto Arqueológico Colaborativo del Oriente de Yucatán, Temporadas 2013 & 2014.* Informe submitted to Consejo de Arqueología, Instituto Nacional Antropología e Historia, México in compliance with research permit no. 401.B(4)19.2013/36/2262.

**Research Reports, continued:**

2008    and Satoru Murata (editors)
*Salt and Pottery Production at Wits Cah Ak'al and Further Excavations of Group A at Hershey: 2007 Field Season of the Xibun Archaeological Research Project.* Submitted to the Institute of Archaeology, National Institute of Culture and History, Belmopan, Belize. http://www.bu.edu/tricia/reports

2004    and Eleanor Harrison-Buck and Steven Morandi (editors)
*Sibun Valley from Late Classic through Colonial Times: Investigations of the 2003 Season of the Xibun Archaeological Research Project.* Submitted to the Institute of Archaeology, National Institute of Culture and History, Belmopan, Belize. http://www.bu.edu/tricia/reports
Belmopan, Belize.

2003    and Ben S. Thomas (editors)
*Between the Gorge and the Estuary: Archaeological Investigations of the 2001 Season of the Xibun Archaeological Research Project.* Submitted to the Department of Archaeology, Belmopan, Belize. http://www.bu.edu/tricia/reports

1999    and Kimberly Berry (editors)
*Where the Water Meets the Land: 1998 Excavations in Wetland Fields and along Transects at K'axob, Belize.* Submitted to the Department of Archaeology, Belmopan, Belize.

1998    (editor)
*Where the Water Meets the Land: 1997 Excavations in Maya Residences and Wetland Fields, K'axob, Belize.* Submitted to the Department of Archaeology, Belmopan, Belize.

1998    (editor)
*Caves and Settlements of the Sibun River Valley, Belize: 1997 Archaeological Survey and Excavation.* Submitted to the Department of Archaeology, Belmopan, Belize.

1997    (editor)

*K'axob Project: Interim Report of the 1995 Field Season*.  Submitted to the Department of Archaeology, Belmopan, Belize.

1995     (editor)
         *The K'axob Project: 1993 Field Season*, Submitted to the Department of Archaeology, Belmopan, Belize.


**Book Reviews:**

2016     *Archaeology at El Perú-Waka': Ancient Maya Performance of Ritual, Memory, and Power,* edited by O. Navarro-Farr & M. Rich. For *Journal of Anthropological Research* 72(2):248-249.
2015     *Maya Lords and Lordship: the Formation of Colonial Society in Yucatan, 1350-1600* by Sergio Quezada. For *Hispanic American Historical Review* (2016) Vol. 96(1): 153-155.
2014     *Ancient Maya Political Dynamics* by Antonia Foias. For *Hispanic American Historical Review*, 2014, Vol. 94(3):501-502.
2011     *Archaeological Approaches to Market Exchange in Ancient Societies*, edited by C. Garrity & B. Stark. For *Journal of Field Archaeology*, 2011, Vol. 36(4):344-347.
2011     "Salvation through Stratigraphy." *Archaeologists as Activists: Can Archaeologists Change the World?* For *Current Anthropology* 52(5):764-765.
2011     *Houses in a Landscape: Memory & Everyday Life in Mesoamerica* by Julia A. Hendon. Duke University Press. For *Mesoamérica* 53:249-251.
2011     The Classic Maya. For *Journal of Anthropological Research* 67:120-121.
2007     Copán: The History of an Ancient Maya Kingdom. For *Journal of Anthropological Research* 63:117-119.
2006     Ancient Maya: Rise and Fall of Rainforest Civilization. For *Ancient History Bulletin* 20(1-4).
2005     The Ancient Maya of the Belize Valley. For *Ethnohistory* 52(4):801-802.
2004     Maya Medicine: Traditional Healing in Yucatán. For *Journal of Anthropological Research* 60: 275-276.
2004     Tikal Dynasties, Foreigners, and Affairs of State; Advancing Maya Archaeology. For *Journal of Anthropological Research* 60:118-119.

**Book Reviews, continued:**

2004     From Naked-eye Astronomy to Races of Maize: Cultural Entanglements in Pre-Columbian Civilizations.  Review Essay for *Ethnohistory* 51(2): 421-428.
2003     Hinterland Households: Rural Agrarian Household Diversity in Northwest Honduras *and* Before the Volcano Erupted: the Ancient Cerén Village in Central America. In *Antiquity* 77(298):854-857.
2001     Beyond Kinship: Social and Material Reproduction in House Societies. In *Latin American Antiquity* 12: 431-432.
2000     Access to Origins: Affines, Ancestors, and Aristocrats. In *Latin American Antiquity* 65(3):577-578.
1999     Review essay entitled *Mummies, Chiefs, and Other Materializations of Power* in *Ethnohistory* 46(3):599-606.
1999     Mummies and Mortuary Monuments. In *American Anthropologist* 101(3):653-654.
1997     The Managed Mosaic:  Ancient Maya Agriculture and Resource Use.  In *Journal of Anthropological Research* 54: 123-125.
1996     Archaeological Investigations in the Lower Motagua Valley, Izabel, Guatemala: A Study in Monumental Site Function and Interaction. In *Mesoamérica* 32:447-449.
1995     Mesoamerican Elites: An Archaeological Assessment. In *Journal of Anthropological Research* 52(2):252-54.
1992     Excavations at Seibal: Department of Peten, Guatemala. In *American Anthropologist* 94(3): 753-754.
1991     Patarata Pottery: Classic Period Ceramics of the South-central Gulf Coast, Veracruz, Mexico. In *The Latin American Anthropology Review* Vol. 3(2):81-82.
1990     Ancient Trade and Tribute: Economies of the Soconusco Region, Mesoamerica. In *Journal of Field Archaeology* Vol. 17(3):354-358.

1986    The Symbolic Role of Women in Trobriand Gardening. In *Journal of Anthropological Research* Vol. 42:354-355.

**Newsletter Articles/Blog Posts:**

2016    Jigsaw Anthropology. *Savage Minds* blog site, October post.
2011    with Shoshaunna Parks
        Heritage Rights and Global Sustainability via Maya Archaeology. *Anthropology News* 52(5): 27.
2004    and Eleanor Harrison-Buck and Steven Morandi
        Mosquito Coast Revisited: the 2003 Season of the Xibun Archaeological Research Project in Belize, Central America. *Context* 17(2): 1-6.
2001    The Xibun Archaeological Research Project: Tales from the 2001 Field Season. *Context* 15(2):13-15.
1999    and Ben Thomas
        Sacred Landscape and Settlement in the Sibun Valley of Belize. *Context* 14(1):18-22.
1998    and Kimberly Berry
        Bogged Down in Wetland Controversy: Current Investigations at K'axob, Belize. *Context* 13(3-4): 1-4.
1997    Caves, Cacao, and Christianity: Maya Archaeology Along the Sibun River. *Context* 13(1-2):6-7.
1996    Riding the Endless Waves of Time. *Anthropology Newsletter* Vol. 36(9)30-31.
1996    Interactive Exhibit of Maya Archaeology in San Estevan, Belize, *Anthropology Newsletter* Vol. 36(8)25-26.
1996    Community Anthropology at the Smithsonian. *Anthropology Newsletter* Vol. 36(7): 23-24.
1996    Minutes of 1996 Archaeology Division Executive Committee held at the SAA Annual Meeting. *Anthropology Newsletter* Vol. 36(6):37-38.
1996    Conversation with Jesse D. Jennings and Jane Chase Jennings. *Anthropology Newsletter* Vol. 36(5):31-32.
1996    Archaeologists and Native Americans: a Shaky Relationship. *Anthropology Newsletter* Vol. 36(4):53-54.
1996    Archaeology: Integrating the Sciences and the Humanities. *Anthropology Newsletter* Vol. 36(3):15-16.
1996    Retro, Current, & Future Issues with the AD. *Anthropology Newsletter* Vol. 36(2):23-24.
1996    Minutes of the 1995 Executive Committee, AAA Annual Meeting, Washington, D.C. *Anthropology Newsletter* Vol. 36(1):16-17.
1995    A Consideration of Public-spirited Archaeology during this Season of Giving and Receiving. *Anthropology Newsletter* Vol. 35(9):17-18.
1995    Preview! Archaeology Sessions at the Upcoming AAA meeting. *Anthropology Newsletter* Vol. 36(8):11-12.
1995    Report on Conference on Late Paleolithic-Early Neolithic of Eastern Asia and Northern America. *Anthropology Newsletter* Vol. 36(7):7-8.

**Newsletter Articles/Blog Posts, continued:**

1995    Whither Archaeology within the AAA?  Minutes of Spring  Meeting of the AD Executive Committee. *Anthropology Newsletter* Vol. 36(6):13-14.
1995    Repatriation at the Smithsonian Institution: An Interview with Thomas Killion. *Anthropology Newsletter* Vol. 36(5):9-11.
1995    Role of Epigraphy in Maya Archaeology: An Interview with Stephen Houston. *Anthropology Newsletter* Vol. 36(4):7-9.
1995    Museums, Collecting and the Pre-Columbian Studies Program at Dumbarton Oaks: An Interview with Elizabeth Boone. *Anthropology Newsletter* Vol. 36(3):7-10.
1992    Ancestor Veneration at K'axob: Excavation and Analysis.  *Context* (3-4): 1-5.


**Encyclopedia/Trade Book Entries:**

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 22 of 30

2012    with Shoshaunna Parks
        Archaeology and Indigenous Peoples in Mesoamerica. In *Oxford Handbook of Mesoamerican Archaeology*, edited by D. Nichols & C. Pool, pp. 187-199. Oxford University Press, Oxford.
2008    Anthropological Archaeology. For *Encyclopedia of Archaeology*, edited by Deborah Pearsall, Vol. 1, pp. 445-448. Elsevier, Ltd., Oxford.
2002    Positioned for Political Influence. In *Written in Bones: How Human Remains Unlock the Secretes of the Dead*, edited by Paul Bahn, pp. 160-16164. Quintet Publishing, London.
2001    Ancestor Veneration.  In *Archaeology of Ancient Mexico and Central America: An Encyclopedia*, edited by S. T. Evans and D. L. Webster, pp. 20-21. Garland Publishing, Inc., New York and London.
1996    Maya Civilization.  In *The Oxford Companion to Archaeology*, edited by Brian M. Fagan, pp. 406-408. Oxford University Press, Oxford.
1996    Maya Ball Courts.  In *The Oxford Companion to Archaeology*, edited by Brian M. Fagan, pp. 413-414. Oxford University Press, Oxford.
1996    Palenque.  In *The Oxford Companion to Archaeology*, edited by Brian M. Fagan, p. 550. Oxford University Press, Oxford.
1996    Tikal.  In *The Oxford Companion to Archaeology*, edited by Brian M. Fagan, p. 714. Oxford University Press, Oxford.
1995    Ancient Maya Civilization. *Collier's Encyclopedia,* pp. 577-582.


**Dissertation Thesis:**

1986    *Lithic Technology and Exchange Among Wetland Farmers in the Eastern Maya Lowlands*. Ph.D. dissertation, University of New Mexico. University Microfilms, Ann Arbor.


# Under Contract or Reviewed/Accepted/In Press

**Book Chapters:**
        with Diane Z. Chase, and Jeremy A. Sabloff
        E Groups and their Significance to the Ancient Maya. In *Early Maya E Groups, Solar Calendars, and the Role of Astronomy in the Rise of Lowland Urbanism*, edited by David A. Freidel, Arlen F. Chase, Anne Dowd, and Jerry Murdock. University Press of Florida, Gainesville in press.

        Experimental by Design. In *Anomalous Giants: Variable Settlement Trajectories of Human History*, edited by Nam C. Kim, R. Fletcher, and T. Pauketat. In preparation.

        Soul Proprietors: Durable Ontologies of Maya Deep Time. In *Sacred Matter: Animism and Authority in Pre-Columbian America*, edited by Steven Kosiba, Thomas Cummins, and John Janusek. Dumbarton Oaks Pre-Columbian Research Library and Collections, Washington, D.C, under review.

        with Maia Dedrick and Shannon Vance
        Distributed Households: Contextualizing Human, Plant, and Mollusk Remains from Late Classic Maya Structures at K'axob, Belize. Ms. under revision.

## In Press, continued

**Book Reviews:**
        *Ixlú: A Contested Maya Entrepôt in Petén, Guatemala*. Prudence M. Rice and Don S. Rice. Pittsburgh, PA: University of Pittsburgh Center for Comparative Archaeology, 2016. In *Journal of Anthropological Research*.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 23 of 30

*Patron Gods and Patron Lords: The Semiotics of Classic Maya Community Cults.* By Joanne P. Baron. Boulder: University Press of Colorado, 2016. In *Hispanic American Historical Review*.

## Invited Lectures since 2004

2017    *Experimental by Design: Re-thinking Political Solution and Dissolution in the Maya Lowlands.* V.G. Childe Lecture, UCL, London. May 2.

2016    *Soul Proprietors: Managing Vital Energies in the Maya Region.* Presented at the Dumbarton Oaks Conference on *Sacred Matter: Animism and Authority in Pre-Columbian America.* Washington, D.C., October 7-8.

2016    *(Re)turning to an Ontology of Souls in Maya Deep Time.* Presented to the Department of Anthropology at Yale University. New Haven, CT, November 11.

2016    *Maya Cultural Heritage: How Archaeologists and Indigenous Peoples Create and Conserve the Past.* Brush lecture delivered in NYC for the AIA on March 21.

2016    *Maya Cultural Heritage: How Archaeologists and Indigenous Peoples Create and Conserve the Past.* Nancy Wilkie lecture on Archaeological Heritage delivered for the AIA at Pennsylvania State University, February 24.

2015    *Maya Cultural Heritage: How Archaeologists and Indigenous Peoples Create and Conserve the Past.* Lecture presented at the 48th Annual Chacmool Conference on "Shallow Pasts: Endless Horizons: Sustainability and Archaeology." Calgary, Alberta, Canada, November 12.

2015    *Leaving Classic Maya Cities: Reflections on the Fragility of Political Experimentation.* Lecture presented at a workshop on "Crisis to Collapse: the Archaeology of Social Breakdown." Université Catholique de Louvain, Louvain-la-Neuve, Belgium, October 29.

2015    *Death, Time & Stratigraphy in Maya Archaeology.* Lecture presented to the Çatalhöyük Project, Konya, Turkey, August 5.

2013    *Archaeologists, Indigenous Maya Communities & the Democratization of Knowledge.* Lecture presented for Ancient Places, Modern Destinations: Cultural Heritage & Tourism in México, University of Kentucky, Dec. 11.

2013    *Heritage without Irony: Archaeologists, Indigenous Mayan Communities & the Democratization of Knowledge.* Lecture presented to the Maya Society of Minneapolis, Hamline Univ., Nov. 8.

2013    *Death Becomes Her: Human Remains in the Formation and Destruction of Memory Communities.* Paper presented at a conference entitled *The Role of Objects – Creating Meaning in Situations.* Eisenach, Germany, October 9.

2013    *Heritage without Irony: Archaeologists, Indigenous Mayan Communities & the Democratization of Knowledge.* Lecture presented to the Pre-Columbian Society, University of Pennsylvania, June.

2013    *Maya Ancestors and Folded-time Epistemologies.* Lecture presented at the 31st Annual Maya Weekend, University Museum, University of Pennsylvania, April 20.

2013    *Reconciling Apocalyptic Temporalities of Archaeology with Fold-time Epistemology of Maya Cultural Heritage.* Lecture presented at conference on *Archaeology, Heritage, and the Mediation of Time: a Mellon Research Initiative* at the Institute for Fine Arts, New York University, April 13.

2013    *Terms of Engagement between Archaeologists and Communities: a View from the Maya Region.* Lecture presented at conference on *Archaeology, Relevance, and Activism* at the Amerind Institute, March 1.

2012    *Heritage without Irony: Transcultural Discourse at a Busy Intersection.* Lecture presented to the Annual Dinner of the Institute for the Study of the Americas, Chapel Hill, NC, Dec. 6.

2012    *Cycles of Time & Classic Maya Royal Dynasties.* Public lecture at the symposium *13 Baktun: New Maya Perspectives in 2012* at UNC, Chapel Hill. Oct. 26.

2012    *Heritage without Irony: Transcultural Discourse at a Busy Intersection.* Lecture presented to the Harvard Standing Committee on Archaeology, Oct. 17.

2011    *Vibrancy of Economy in Classic Maya Times.* Presented to Smithsonian Associates, Washington, D.C. Oct. 1.

2011    *Artisans, Ikats, and Statecraft: Provisioning Classic Maya Courts.* Presented at the First Annual Maya at the Lago Conference. Davidson Day School, Davidson, NC, April 15.

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 24 of 30

## Invited Lectures since 2004, continued

2011    *Before Columbus Discovered Chocolate: Courtly Appetite and Cacao Cultivation in the Classic Maya Lowlands*. Barbara Greenwald Memorial Lecture presented at the Haffenreffer Museum, Brown University, Feb. 14.

2010    *Artisans,* Ikats, *and Conflict at Classic Maya Courts*. Presented at the Dumbarton Oaks Symposium on *Merchants, Trade, and Exchange in the Pre-Columbian World*, Wash., D.C., Oct. 8.

2010    *Indigenous Rights & Cultural Heritage in the Maya Region*. Public lecture at University of Alaska, Anchorage, Sept. 24.

2010    *Questioning Collapse: a Reconsideration of Apocalyptic Narratives*. Public lecture at University of Alaska, Anchorage. Sept. 23.

2010    *Embracing the Complexity of How Things Fall Apart: Maya Archaeology in a Time of Troubles*. Santa Fe Institute, Santa Fe, NM, July 22.

2010    *Performing/Surviving Womanhood in Maya Societies*. U of Penn Maya Weekend, April 10.

2010    *Questioning Apocalyptic Narratives of Maya Collapse*. Davidson College, Feb. 24.

2010    *The Intersection of Cultural Heritage and Indigenous Rights in the Maya Region*. University of North Carolina, Wilmington, Feb. 9.

2009    *Questioning Apocalyptic Narratives of Maya Collapse*. Rufus Wood Leigh Lecture. University of Utah, Oct. 19.

2009    *The Intersection of Cultural Heritage and Indigenous Rights in the Maya Region*. University of Utah, Oct. 19.

2008    *Questioning Collapse*. Research Laboratories of Archaeology, University of North Carolina, Chapel Hill, April 25.

2008    *Maya Cultural Heritage Initiative: the Past in the People and the People and their Past*. Colgate University, April 15.

2006    *Feeding a Hungry Landscape: Perception and Ritual Practice in Ancestral Maya Societies*. Public Lecture for Dumbarton Oaks, Washington, D.C., December 6.

2006    *Commentary and Discussion*. Stairways to Immortality: Ancestors, Heroes, and Warriors.  Peabody Museum Weekend of the Americas. Harvard University, October 14.

2006    *Chocolate Farmers of the Belize Zone in the Maya Classic Period*. Archaeological Institute of America, Hartford Society, March 27.

2005    *Godly Food and Earthly Power: the Archaeology of Cacao Production in the Sibun Valley of Belize, Central America*. Univ. of Pennsylvania 23rd Annual Maya Weekend, April 8-10.

2005    *From Kodiak to the Maya Lowlands: An Archaeologist's Search for the First Connoisers of Chocolate*. Distinguished Alumni Lecture, University of Alaska, Anchorage, Mar 10.

2005    *Acting Locally, Thinking Globally: Maya Archaeology in a Postmodern World*.  Keynote address to the Alaskan Anthropological Association, Anchorage Hilton, March 11.

2005    *Ancestral Presence and Household Vitality: Preclassic Mortuary Practices in a Lowland Maya Village*. Brown University, February 9.

2004    *Habitus and Hierarchy: the Double Helix of Preclassic Maya Ethnicities*. 9th Annual European Maya Conference, Bonn, Germany, December 10-12.

2004    *Chocolate in Pre-Columbian Mesoamerica*. "Chocolate Culture: a Symposium" sponsored by the Gastronomy Department, Boston University, October 24.

2004    *Ancient Maya Chocolate Farmers in the Sibun Valley of Belize*. Archaeological Institute of America, New York City, October 14.

## Papers Presented at Professional Conferences since 2004

2017    with Maia Dedrick and Ivan Batun Alpuche
        *Imperfect beeswax production in the land of honey – Yucatán, Mexico*. SAA Annual Meeting, Vancouver, Canada, Mar. 30 - Apr. 2.

2017    with Ivan Batun Alpuche and Maia Dedrick

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 25 of 30

*Identifying Farming Strategies within Changing Regional Contexts at Tahcabo, Yucatán.* SAA Annual Meeting, Mar. 30 - Apr. 2.

2016    *Ensouling Memory within the Folds of Time.* Maya Materialization of Time Working Group, Santa Fe Institute, Santa Fe, NM. August 27-28.

2016    and Maia Dedrick
        *Land and Labor in Yucatán during Pre and Post-Colonial times.* SAA Annual Meeting, Orlando, FL, April 7.

## Papers Presented at Professional Conferences since 2004, continued

2015    *Family Matters: Managing Vital Forces through Life and Death.* AAA Annual Meeting, Denver, November 18.

2014    with Maia Dedrick
        *The Distributed Household: A Study of Plant and Mollusk Remains from K'axob, Belize.* SAA Annual Meeting, Austin, TX, Apr. 24.

2014    and Ivan Batun-Alpuche, Sarah M. Rowe, and Maia Dedrick
        *What Lies Beneath the Basketball Court? Community Archaeology and Managing the Dead.* SAA Annual Meeting, Austin, TX, Apr. 24.

2013    and Sarah Rowe
        *Heritage without Irony: Post Postmodernism and New Epistemic Communities.* AAA Annual Meeting, Chicago, Nov. 21.

2013    with Sarah Rowe
        *Building Bridges towards Effective Collaboration: the Entanglement of Archaeological Praxis with Local Knowledge.* SAA Annual Meeting, Honolulu, April 5.

2013    and Maxime Lamoureux St.-Hilaire
        *Detachment from Place and Theory and Practice.* SAA Annual Meeting, Honolulu, April 4.

2011    *Reflecting on Activism and Indigenous Maya Heritage Alienation.* SAA Annual Meeting, Sacramento, CA, April 2.

2010    *The Archaeology of Apocalypse: Unseating the Horsemen.* AAA Annual Meeting, New Orleans, Nov. 18.

2010    and Shoshaunna Parks
        *Educational Collaboration as Applied Archaeology: MACHI in Honduras and Yucatán.* Society for Applied Anthropology, Mérida, Yucatán, México, March 27.

2008    with Eleanor Harrison-Buck and Ellen Spensley
        *Foreign Identity and Integration in the Sibun Valley, Belize: Examining T⬜e⬜c⬜h⬜n⬜o⬜l⬜o⬜gi⬜c⬜a⬜l Styles of Terminal Classic Maya Ceramics.* SAA Annual Meeting, Vancouver, B.C., March 29.

2008    and Marilyn Masson
        *Relevance and the Career of Jeremy A. Sabloff.* SAA Annual Meeting, Vancouver, B.C., March 27.

2008    and Shoshaunna Parks and Satoru Murata
        *The Maya Cultural Heritage Initiative and Grassroots Education Efforts.* SAA Annual Meeting, Vancouver, B.C., March 29.

2008    with Shoshaunna Parks
        *Entertainment as archaeological education: MACHI on the radio, television, and theatrical productions.* SAA Annual Meeting, Vancouver, B.C., March 29.

2007    with Satoru Murata and Jim Aimers
        *Uncovering the Mystery at Mile 12: A Report on the 2007 Excavation Season at Wits Cah Ak'al.* Belize Archaeology Symposium, San Ignacio, July 6-8.

2007    with Eleanor Harrison-Buck and Satoru Murata
        *Purposeful Desecration of A Ruling Elite Residence? Recent Excavations At The Hershey Site, Sibun Valley, Belize.* Belize Archaeology Symposium, San Ignacio, July 6-8.

2007    with Reiko Ishihara, Morvin Coc, and Shoshaunna Parks
        *The Maya Area Cultural Heritage Initiative (MACHI) in Belize: Bridging the Past and the Present through a Public Education Program in the Toledo District, Belize.* Belize Archaeology Symposium, San Ignacio, July 6-8.

2007    and Tomás Gallareta Negron
        *Bellicose Rulers and Climatological Peril: Retrofitting 21st century woes on 8th Century Maya Society.*
        Amerind Foundation, Dragoon, AZ, October 13.
2007    and Shoshaunna Parks
        *Introductory Thoughts about Decolonizing Archaeology.* AAA Annual Meeting, Washington, D.C.,
        November 29.
2007    with Tomás Gallareta Negrón
        *Reconfiguring Structures of Authority in Ninth-century Maya Lowlands.* AIA Annual Meeting, San
        Diego, CA, January 6.
2006    with Tomás Gallareta Negrón
        *Bellicose Rulers and Climatological Peril: Retrofitting 21st Century Woes on 8th Century Maya Society.*
        AAA Annual Meeting, San Jose, CA, November 17.
2006    *Mystery at Mile 12: Explaining the Earthen Mounds in the Mangrove Swamp.* Belize Archaeology
        Symposium, Belize City, July 5-7.

### Papers Presented at Professional Conferences since 2004, continued

2007    with Eleanor Harrison-Buck
        *The Classic to Postclassic Transition in the Sibun Valley, Belize: Defining Terminal Classic Diagnostics.*
        Belize Archaeology Symposium, Belize City, July 5-7.
2006    *Ritual Works: Architecture and Generative Schemes of Power in the Lowland Maya Preclassic Period.*
        SAA Annual Meeting, San Juan, Puerto Rico, April 29.
2006    with Steven Morandi
        *Maya Identity and Tradition amid the Incursion of Spanish Colonialism: Insights from the Sibun Valley of
        Belize.* SAA Annual Meeting, San Juan, Puerto Rico, April 28.

## Fieldwork & Programs

Proyecto Arqueológico Colaborativo del Oriente de Yucatán (PACOY), co-PI, 2012 to present
The Alliance for Heritage Conservation (Executive Director, non-profit NGO) 2011-present
InHerit: Indigenous Heritage Passed to Present (Founder and PI, UNC program) 2011 to present
Maya Area Cultural Heritage Initiative (Founder and co-PI), 2006 to 2011
Xibun Archaeological Research Project, Belize (PI), 1997 to present
K'axob Project, Belize, (PI) 1990 to 1998

## Research Interests

Fragility of political experimentation and the dynamics of diaspora
Object agency and Indigenous cosmologies
Aftermath of European colonization in the Maya region
Ancestor veneration and ritual practice
Critical cultural heritage
Indigenous perspectives on the past
Archaeology of the Maya region and the cultural area of Mesoamerica

## Student Theses Under Supervision

Shannon Vance, Ph.D. (Co-Chair, UNC-CH)
Maia Dedrick, MA 2014 (Co-Chair), Ph.D. (Co-Chair, UNC-CH)
Mary Margaret Morgan-Smith, Ph.D., (Chair, UNC-CH)

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 27 of 30

## Completed Student Theses

Tomás Gallareta Cervera, MA 2010 (Chair, UNC-CH); Ph.D. 2016 (Chair, UNC-CH)
Sofia D. Austin, Senior Honors Thesis 2016 (Committee member, UNC-CH)
Erin Stevens Nelson, Ph.D. 2016 (Committee member, UNC-CH)
Claire Novotny, Ph.D. 2015 (Chair, UNC-CH)
Anthony Joshua Meyer, Senior Honors Thesis, 2013 (Chair, UNC-CH,)
Adam Kaeding, Ph.D., 2013 (First Reader, BU)
Barker Ferris, Ph.D. 2012 (Committee member, UNC-CH)
Jennifer Ringberg, Ph.D. 2012 (Committee member, UNC-CH)
Evan Surridge, MA 2011 (Committee member, UNC-CH)
Satoru Murata, Ph.D. 2011 (First Reader, BU)
Steven Morandi, Ph.D. 2009 (First Reader, BU)
Shoshaunna Parks, MA 2004 (Third Reader, BU); Ph.D. 2009 (First Reader, BU)
Christopher Dayton, Ph.D., 2008 (First Reader, BU)
Eleanor Harrison-Buck, MA 2001 (First Reader, BU); Ph.D. 2007 (First Reader, BU)
Ilean Isaza, MA 1997 (First Reader, BU); Ph.D. 2007 (First Reader, BU)
Kimberly Berry, Ph.D. (First Reader, BU)
Christa Beranek, Ph.D. 2006 (Second Reader, BU)
Ben Vining, MA 2005 (Second Reader, BU)
Ellen Spensley, MA 2004 (Second Reader, BU)
Polly Peterson, MA 2001 (First Reader, BU); Ph.D. 2005 (First Reader, BU)

## Completed Student Theses, continued:

Ben Thomas, MA 1998 (Second Reader, BU); Ph.D. 2005 (First Reader, BU)
Donna Yates, Senior Honors Thesis 2004 (First Reader, BU)
Britt Hartenberger, Ph.D. 2003 (Second Reader, BU)
Chantal Esquivias, Ph.D. 2002 (Second Reader, BU)
Justin Ebersole, Senior Honors Thesis 2001 (First Reader, BU)
Dan Welch, MA 2001 (First Reader, BU)
Robert Lichenstein, MA 2000 (First Reader, BU)
Elizabeth Gilgan, MA 1999 (Second Reader, BU)
Mary Lee Angelini, Ph. D. 1997 (First Reader, BU)
Ann Marie Lewis, MA 1996 (Second Reader, BU)
Cara Lonardo, Senior Honors Thesis 1996 (First Reader, BU)
Marcus Fuchs, MA 1995 (Second Reader, BU)
Daniel Finamore, Ph.D. 1994 (First Reader, BU), *Awarded SAA Dissertation Award in 1996*
Chip Pennington, Ph.D. 1994 (Second Reader, BU)
Lia Karimali, Ph.D. 1994 (Second Reader, BU)
Sean Downey, Senior Honors Thesis 1994 (First Reader, BU)
Vicki Kobza, Senior Honors Thesis 1994 (First Reader, BU)
Lorren Jackson, Senior Honors Thesis 1991 (First Reader, BU)
Elizabeth Shapiro Peña, Ph.D. 1990 (Second Reader, BU)
Valerie McCormack, Senior Honors Thesis 1989 (First Reader, BU)
William Barnett, Ph.D. 1989 (Second Reader, BU)
Maria Teresa Mariaca, M.A. 1988 (First Reader, BU)

**References available upon request.**

Case 1:14-cv-00954-LCB-JLW   Document 162-7   Filed 01/18/19   Page 28 of 30

**Exhibit 2 to McAnany Declaration**

