# EXHIBIT 102

# Declaration of Ashley McMillan

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSIONS, INC.,

   Plaintiff,

v.

UNIVERSITY OF NORTH CAROLINA et al.,

   Defendants.

## DECLARATION OF ASHLEY MCMILLAN

## DECLARATION OF ASHLEY MCMILLAN

I, Ashley McMillan, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1. I am an American-Indian female graduate of The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or the "University").

2. I graduated from UNC-Chapel Hill in 2009 with a Bachelor of Arts in Psychology.

3. I am a Lumbee Indian from Lumberton, North Carolina and am a first-generation college student.

4. At UNC-Chapel Hill, I was involved with the Carolina Indian Circle ("CIC") and with the Diversity and Multicultural Affairs office ("DMA").

5. Currently, I am working toward a Doctor of Philosophy degree in Higher Education at North Carolina State University.

### Experience at UNC-Chapel Hill

6. I participated in Project Uplift as a high school student. Project Uplift is a program that allows rising high school seniors to visit UNC-Chapel Hill, go to several classes, and meet with UNC-Chapel Hill students and faculty. This was a wonderful opportunity for me, particularly because I was the first person in my family to go to college.

7. Before Project Uplift, I thought UNC-Chapel Hill was an institution full of people who did not have my background. Project Uplift gave me a chance to see that

there were a few people like me at UNC-Chapel Hill and that people would care about me once I got to the University. That was important to me and impacted my decision to attend UNC-Chapel Hill.

8. Before coming to UNC-Chapel Hill, I lived in a community where most people looked like me and acted like me. My hometown was only a two-hour drive from UNC-Chapel Hill, so I was not expecting the UNC-Chapel Hill community to be that different from my town. But when I got to the University, it felt like another world. It was completely different from anything that I had experienced before. It was overwhelming.

9. When I first arrived at UNC-Chapel Hill, I realized that I was often the only person of color in the classroom. I felt like I had to be the spokesperson for all American-Indian people. I often felt like American-Indians on campus were nonexistent, like we were the invisible minority.

10. Very often, I would get asked "what are you?" I wanted to reply "I'm human." When I told them I was Lumbee, some people would laugh and would not believe that I was an American-Indian. They would tell me that I was "mixed." I felt like I had to become a historian just to explain who I was and where I was from.

11. At UNC-Chapel Hill, I was a part of CIC. CIC is a student organization that assists Native American-Indian students by providing a positive atmosphere. CIC provided me with an American-Indian community. Hearing my peers' struggles and sharing mine gave me comfort. In that community, we were allies for each other and understood each other's experiences on campus.

2

12. I also was involved with DMA. DMA is an office at UNC-Chapel Hill that works to build and sustain an inclusive campus. With DMA, I was involved in peer mentoring and outreach programs. In the outreach programs, we would go to high schools and talk with students about UNC-Chapel Hill. I loved that initiative because it was important for American-Indian high school students to see college students who looked like them and were successful at UNC-Chapel Hill.

13. Sometimes, at UNC-Chapel Hill, I felt I could get lost in the crowd. If I had not been involved with CIC and DMA, I would have felt lost. It was very challenging for me at times. Working with DMA helped me be a part of a community and gave me a chance to work with other students of color.

14. Despite the challenges, there were definitely benefits from interacting with others with different backgrounds at UNC-Chapel Hill. I learned from them, and I believe that they learned from me.

15. I majored in Psychology and found that I loved doing social work and therapy with children. I wanted to be a person who could help others. Because of this, I am getting my Doctor of Philosophy degree in Higher Education at North Carolina State University. I am focusing on how to make universities more aware of the American-Indian experience and how to provide support to American-Indian students on campus.

### Conclusion

16. Although being a minority student at UNC-Chapel Hill was challenging, I am very grateful for the opportunity to attend the University. I found support from other American-Indian students and students of color on campus, which allowed me to pursue

3

my goals and succeed academically. The presence of other people like me at UNC-Chapel Hill was essential. I look forward to a career in which I can help other students like me to succeed in higher education.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 8/7/17

Ashley McMillan

4