# EXHIBIT 106

# Declaration of Micah Poulson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

## DECLARATION OF MICAH POULSON

# DECLARATION OF MICAH POULSON

I, Micah Poulson, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1. I am a 2014 graduate of at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill, " or the "University"), and I was a member of the Air Force Reserve Officers' Training Corp ("ROTC") at UNC-Chapel Hill.

2. I am currently a Maintenance Officer with the United States Air Force.

3. I am a Black male and came to the University from Virginia. Both of my parents are well-educated. My father is a professor and my mother is in business.

4. In high school, I began looking at top schools. I applied to schools like The University of Virginia and UNC-Chapel Hill. I was accepted at all of the schools I to which I applied, but UNC-Chapel Hill offered me financial aid so I decided to attend.

**Experience at UNC-Chapel Hill**

5. It took me a while to figure out what I wanted to major in at UNC-Chapel Hill. When I first got to the University, I thought I wanted to be a writer, but I was not sure.

6. On a whim, I decided to go to the ROTC office. I saw it as practical, as a means to pay for graduate school. After I joined the ROTC, I had to declare a major, and I chose to major in African, African-American and Disapora Studies with minors in History and Aerospace Studies. ROTC helped me orient my goals toward being an officer in the Air Force.

1

7. My experience at UNC-Chapel Hill was overwhelmingly positive, but there were been a couple of instances where I felt microaggressions. Once, a friend from Senegal and I were in Chapel Hill but not on campus. There was a guy harassing us, and there seemed to be racial overtones. There was another instance with a guy I was friendly with. It was a Friday night and we were arguing about a math problem. Earlier, we had talked about him not having a dating life, and I said that if he wanted a date, he should not be spending his Friday night arguing about a math problem. He was offended by my comment and responded by saying "at least I'm not Black."

8. On campus, there were times during my freshman year where I felt like the dormitory was not diverse. I had an Indian roommate, and everyone else in the dorm was a White male. While there was socioeconomic diversity in the dorm, there was not racial diversity.

9. There was diversity at UNC-Chapel Hill my freshman year, I just did not know it yet. Although I am from a predominantly Black area, I had been in other environments where I was one of few minorities and I was not necessarily uncomfortable. At UNC-Chapel Hill, I wanted to feel like people understood where I was coming from.

10. During my sophomore year, I moved to a different residence hall and my friends there were very racially diverse, including Blacks, Whites, and Asians. I felt really comfortable but I wanted an even more diverse experience with a lot of perspectives.

2

Case 1:14-cv-00954-LCB-JLW   Document 162-13   Filed 01/18/19   Page 4 of 6

11. I learned a lot from people of all different backgrounds. During my sophomore year, I met many Native-American and multi-racial people, and I wanted to know more about their backgrounds.

12. I grew the most when I was able to find mentors who I identified with. My closest mentor in ROTC was a Black captain in the Air Force. He was a good role model for me. When you see leaders on campus that you identify with, it helps you realize that you can be successful. People do not have to be the same race to connect, but it does help sometimes.

13. Diversity at Carolina is important because we live in a diverse country. The divisions over issues, whether based on race, class, or religion, can only benefit from interactions with those from different backgrounds. It would be a misstep to do anything else. If you look at America's history, there have always been segregated communities where people do not know the perspectives of people from different communities well. We need to make efforts to change that.

14. The Commander of ROTC brought in a Muslim professor to teach us about the Middle East. In order to serve and work in other countries, we need to have an understanding about other cultures. Someone brought up a situation where military members had taken pictures of themselves doing offensive things to Muslims. The students were very receptive to learning about how to make themselves better people and better soldiers.

15. I cannot emphasize enough how important I think diversity is to educate people and to help people understand each other and grow together. We need those different voices in the room. Diversity was important not only to my educational experience but in helping me develop skills for the military as well.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on: 6/27/17

_____
Micah Poulson

4