# EXHIBIT 107

# Declaration of Jonathan Reckford

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

# DECLARATION OF JONATHAN RECKFORD

# DECLARATION OF JONATHAN RECKFORD

I, Jonathan Reckford, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I grew up in Chapel Hill, North Carolina, and I attended The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or "the University") on a Morehead Scholarship. I received my Bachelor of Arts degree in Political Science in 1984. After I graduated, I worked for Goldman Sachs as a financial analyst, and I left Goldman Sachs when I received a Henry Luce Foundation scholarship to do marketing for the Seoul Olympic Organizing Committee and coach the Korean rowing team. I received my Master of Business Administration degree, focused on Public and Non-Profit Management, from Stanford University Graduate School of Business ("Stanford GSB") in 1989.

2. I have been the Chief Executive Officer for Habitat for Humanity International ("Habitat") since 2005. Before working at Habitat, I was the Executive Pastor of Christ Presbyterian Church in Edina, Minnesota. I also previously held executive and managerial positions at Goldman Sachs, Marriott, The Walt Disney Company, and Best Buy.

3. I currently serve on the boards of the Federal Reserve Bank of Atlanta, Stanford GSB, and Duke University's Center for the Advancement of Social Entrepreneurship. I am also a member of the Council on Foreign Relations and the Urban Steering Committee for the World Economic forum.

4. My wife, Ashley, and I have three children and live in Atlanta.

## Experience in Higher Education

5. My dad taught in the Classics Department at UNC-Chapel Hill for 44 years, and I grew up on Franklin Street. I went away for high school and came home for college. The Morehead Scholarship was an amazing opportunity, and although my dad and all our relatives

went to Harvard University, it was an easy decision for me to come to UNC-Chapel Hill. I loved my experience at UNC-Chapel Hill, and the Morehead Scholars program was a driver in that.

6. I attended UNC-Chapel Hill from 1980 to 1984. At that time, UNC-Chapel Hill was diverse but, in some ways, it was not as fully integrated in its diversity. I was in the only integrated fraternity on campus. Other than my fraternity, all of the sororities and fraternities were either Black or White. There is a cost to that, although it is human nature to self-segregate and there was a fair amount of that. My roommate, who was African-American, was under huge pressure not to join a predominately White fraternity.

7. There was a higher amount of diversity in student government. I was a rower, a sport that was not at all diverse. I also played soccer, which was very diverse. The larger classes were fairly diverse and the smaller classes were less so.

8. For me, diversity contributed to my education. People bring their experiences to the classroom but so much of education is not in the classroom, but is broader.

9. At business school, I had five roommates. We were like the United Nations in terms of diversity, but there was not much economic diversity. Each person brought a different makeup to the group, which was a great strength.

**Experience in the Corporate World**

10. The world has changed so much. I worked at Goldman Sachs right after I graduated from UNC-Chapel Hill, and it was not diverse. It was heavily dominated by White males, which is probably different now. I contrast that with the work I did with the Olympics in South Korea, where I was the only non-Korean in the office. This enhanced my cultural awareness and sensitivity. Marriott was exemplary on that front, and recognized that building a global workforce was the key to success. Disney was so passionate about great customer service and serving a diverse customer base.

11. At my church in Minnesota, we had to fight hard to attract a diverse staff and congregation. The most segregated house of the week is Sundays at 11. It is possible but not easy to build diverse churches.

12. Based on my experiences in the corporate world, Habitat for Humanity has a very high commitment to diversity. Non-governmental organizations ("NGOs") are not so different from global corporations, and the same skillsets are needed in NGOs as in multi-national corporations. At Habitat, we take a servant-leadership view. We believe that you need to lead through influence, not authority, and this works well in both private and non-profit sectors. It is deep in our ethos at Habitat, which began with Clarence Jordan, a pastor/farmer who launched an inter-racial farm in southwest Georgia in the 1940's to be a "demonstration plot for the kingdom of God." Jordan was instrumental in the founding of Habitat. He believed in non-violent protest and inspired others, including Martin Luther King, Jr. While the farm was ultimately not successful, he inspired the idea of bringing different people together, crossing social boundaries, and building community through shelter. For us to do that, it is really important to have leadership and a workforce that look like the communities we serve. You can build relationships with those we do not look like but in our culture, having people who have experienced the deprivations we are trying to eliminate, as well as for us to serve all the countries and cultures we serve, would be hard if we did not have a diverse workforce. It is very important to our ability to be successful.

## Importance of Diversity

13. I think public universities have a particular responsibility to provide access and to educate students from low-income families. The best way to get doctors to rural North Carolina is to bring in and train medical students from rural North Carolina. If we want to build the state of North Carolina, we have to educate everyone from the state.

14. The increasing economic segregation in our cities is a relatively recent phenomenon. It is so important to have economic integration. Historically, cities were more economically integrated. We pay a price if you go through school and do not have the chance to meaningfully interact with people from different backgrounds. There is a significant cost when students leave school and are thrust into environments where, to be successful, you must engage with people from a wide variety of backgrounds and experiences.

3

Case 1:14-cv-00954-LCB-JLW   Document 162-14   Filed 01/18/19   Page 5 of 6

15. When I look at the competencies we hire for Habitat, you almost cannot succeed in this environment if you cannot work cross-culturally, cross-functionally, and cross-geographically. I am always working with multiple departments and organizations, and the ability to work across those boundaries is critical to working at Habitat. Empathy and communications skills are key, which ties back to diversity. Working with people from different cultures, races, and genders better prepares students to be citizens and to be professionally successful.

16. I acknowledge the complexity of this issue. UNC-Chapel Hill is a selective institution but yet, it seems to me, if the heart of UNC-Chapel Hill is for the public good, the public good is to build the capacity of North Carolina. I have always argued for more out-of-state students, and I think that would be good for UNC-Chapel Hill. But for the University's mission, it seems to me that it is critical to educate a broad cross-section of the state geographically and along other diverse lines. If you want the best and the brightest to come to UNC-Chapel Hill, we need to provide them an education that increases their empathy and provides the chance to work with others unlike themselves.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on: May 29, 2017

Jonathan Reckford