# EXHIBIT 110

# Declaration of Jonathan Rich

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        Defendants.

## DECLARATION OF JONATHAN RICH

# DECLARATION OF JONATHAN RICH

I, Jonathan Rich, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1. I graduated from The University of North Carolina at Chapel Hill ("UNC-Chapel Hill") in 2014 with a Bachelor of Arts degree in Rhetorical Studies.

2. I am a current law student at The University of Arizona James E. Rogers College of Law. My dad passed away when I was a child. The University of Arizona was my father's alma mater, and it was a special place to him.

3. I am a White male and was born and raised in San Francisco, California. When I turned 18, I did not believe that college was an option for me, and I knew I needed a change. I needed to get out of San Francisco and I needed structure.

4. I joined the Marines when I was 18, and it gave me the structure I needed. I was deployed to Iraq twice, in 2006 and 2008, and I spent several months in Korea during 2009. I would not trade my experience in the Marines for anything. It gave me a foundation for everything that has happened since.

5. I had always wanted to go to UNC-Chapel Hill because I am a huge Michael Jordan fan. After I got out of the Marines, I knew it was not a pipe dream anymore. My grades and test scores were in line with what UNC-Chapel Hill looked for. So, after attending San Francisco State University ("SFSU") initially, I took the chance and applied.

6. The military paid for my degree, which set me up for success at UNC-Chapel Hill. It allowed me to focus on my studies instead of finances. I graduated Phi Beta Kappa, and I received a full scholarship to the University of Arizona College of Law.

### Experience at UNC-Chapel Hill

7. I loved my time at UNC-Chapel Hill. When I first arrived, it was complete culture shock for someone born and raised in San Francisco, but I loved being in a different atmosphere. I loved the southern hospitality and the culture at UNC-Chapel Hill. I interacted with incredible people, both students and professors, and received mentorship from Winston Crisp, the Vice Chancellor for Student Affairs, and Jonathan Sauls, the Dean of Students. I was incredibly grateful for these interactions, and I benefited so much from them. It made my experience at UNC-Chapel Hill much more than just going to school. UNC-Chapel Hill provided me with professional development and mentorship.

8. Most of my interactions with people from diverse backgrounds were in classrooms and out and about on campus and in Chapel Hill. I did not participate in a lot of extracurricular activities and I did not live in a residence hall since I was older than most students, but I really engrossed myself in academics. I also spent a lot of time on campus on the weekends because it was such a welcoming place. I never felt like going to campus or class was anything other than a welcoming experience.

9. UNC-Chapel Hill was diverse, supportive, and encouraging. I met people from all different backgrounds, countries, and experiences while at UNC-Chapel Hill.

3

These different perspectives made my time at UNC-Chapel Hill a rewarding experience. Before coming to UNC-Chapel Hill, I went to SFSU, and I experienced much more cultural diversity at UNC-Chapel Hill than I did at SFSU. While many people come to UNC-Chapel Hill from North Carolina, their personalities and experiences are so different. Getting to interact with people with different perspectives was one of the most rewarding experiences of being at UNC-Chapel Hill.

10. One experience I remember in particular was a hate speech class I took with Michael Waltman, an Associate Professor in The Department of Communication. The content of this course was heavy at times and dealt with things that stirred emotions. The welcoming atmosphere to express viewpoints about sensitive topics stood out to me and always stuck with me. We often dealt with LGBTQ issues, and members of the LGBTQ community provided unique insight. Getting to hear their perspectives added a lot to the conversation. We also dealt with issues of racism and brutality, and it meant a lot hearing from people with ethnic backgrounds who had family members who experienced unfortunate events. Hearing these personal stories drove the point home and made class discussions a real world experience. Being a white male from California, hate speech was not as prevalent in my life as it is in other parts of the country. That class really stuck with me.

11. I have a younger sister who is a member of the LGBTQ community. She is an Ivy League graduate from The University of Pennsylvania with a degree in Organic Chemistry. I grew up around her saw the difficulties she faced as she came of age. I also saw all the positive friendships she developed. Coming to UNC-Chapel Hill, I realized

4

experiences of those in the LGBTQ community are different in different parts of the country. Maybe in the South, people are not quite as used to people with different sexual orientations, but members of the LGBTQ community bring a lot to the campus community and to everyone's experience. It was valuable to interact with people in the LGBTQ community who also grew up in the South.

12. My time at UNC-Chapel Hill prepared me to be around people from all different walks of life and helped me understand that people are not all the same and everyone has a different perspective. Going to North Carolina from San Francisco, I knew that people were going to be different and not everyone was going to have the same circumstances, backgrounds, or perspectives. I may not agree with all perspectives but that does not mean those perspectives are not valuable and that they cannot contribute to UNC-Chapel Hill, the community, and society.

### Diversity in the Military

13. In the military, being able to interact with people from diverse backgrounds, including indigenous people, is critical. When you go abroad, even though you have been trained and briefed, you have one point of view but you need to gain perspectives of the people you interact with. To hear other perspectives adds a lot of impact to what you are doing. For example, in Iraq, sometimes it was difficult to answer people's questions about what we were doing in Iraq. When you heard stories about how we were helping families and helping people who were displaced, it gave credence to what we were doing.

14. The Marines pull in people from all parts of the country. Putting such different people together and having them work together speaks to the value of diversity in team building. You learn that you do not always work with people from the same background who have the same shared experiences. You often work with people who have different experiences, and the ability to work cohesively and still be able to produce the product you are hoping to produce is a testament to the power of diversity. This translates from the Marine Corps to the civilian sector. You do not always work with people who have the same background, and you encounter people with very different experiences and you need to be able to work with all kinds of people.

## Conclusion

15. UNC-Chapel Hill's diversity is one of the best things about going to school at UNC-Chapel Hill. UNC-Chapel Hill's diversity not only enhances the experience of being at UNC-Chapel Hill, it also prepares UNC-Chapel Hill students for the real world. My experiences in the military affirm the importance of an educational environment where students are exposed to great diversity, and I believe that my experiences with diversity and different viewpoints will help me to be more successful as a lawyer.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on: 09/21/17

*/s/ Jonathan Rich*
Jonathan Rich