# EXHIBIT 111

# Declaration of Viji Sathy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

          **Plaintiff,**

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

          **Defendants.**

## DECLARATION OF VIJI SATHY

## DECLARATION OF VIJI SATHY

I, Viji Sathy, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Experience

1.      I am a Teaching Associate Professor at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or the "University") in the Department of Psychology and Neuroscience. I have worked in this capacity since 2008. I teach two undergraduate courses: Statistical Principles for Psychological Research and Research Methods for Psychology.

2.      In addition to my duties as a Teaching Assistant Professor, I am also a Program Evaluator for the Chancellor's Science Scholars ("CSS") and a Special Projects Assistant to the Senior Associate Dean for Undergraduate Education. I am very committed to professional development in education.

3.      I received my Doctorate of Philosophy in Psychometrics in 2003 at UNC-Chapel Hill. Psychometrics is the science of measuring mental capacities and processes. Much of my current research focuses on redesigning large lecture classes. I also study the impact of new teaching techniques as well as retention in science, technology, engineering, and math ("STEM") courses.

4.      I grew up in Fayetteville, North Carolina and attended public school in North Carolina from first grade through my Doctorate of Philosophy.

5.      I am an Indian (South Asian) woman.

6.     Sathy Decl. Ex. 1 contains a true and correct copy of my curricular vitae. Sathy Decl. Ex. 2 is a photograph of me from my UNC webpage.

## Importance of Diversity at UNC-Chapel Hill

7.     In my experience, students learn from each other and benefit from having diverse classmates. In some fields, including mine – which has a heavy quantitative focus – we are still working to achieve more diversity in order to realize its educational benefits. While we have made some progress on diversity, we are not yet where we want to be.

8.     In my courses, I provide a number of opportunities for students to practice the material, ask questions, and learn together. I tell students that the class and recitation meetings will be active — they will be working through problems, answering questions, posing questions, and working in groups. There is very little "lecturing" at the class meetings; rather, the focus is on targeted discussion of difficult concepts as identified by students and problem-solving. In other words, my students are warned not to expect a course where they can just show up and be spoken to for the entire time.

9.     Diverse students have much to learn from each other. The way I have structured my classes requires students to consistently engage with each other, my teaching assistants, and me. One goal of my classes is to facilitate conversation, interaction, and problem solving.

10.     In my syllabus for Psychology 210, for instance, I emphasized that: "In this course you will contribute to your peers' understanding of the material. You are a key component to our class' success." In my syllabus for Psychology 270, I state: "As part of this course, you will often be asked to work in groups, make presentations and participate

2

often. You'll get out of the course what you put in, and it will go faster and be more fun if you dive right in. Along the way, I hope to help you develop skills that will benefit you in graduate school and/or the work force." Sathy Decl. Ex. 3 is a true and correct copy of syllibi I have used in these courses.

11.     In my experience, I have found that different students from different groups solve problems differently. There is no one way to solve problems. In groups with only one type of person, there is often a very narrow perspective on problem-solving. Diversity matters when it comes to developing a range of solutions to solve a problem. Having diverse students can improve the overall result and enhance student learning.

12.     Diversity also contributes to quantitative fields by increasing the scope and type of applications of knowledge. For instance, students conduct independent research projects on topics of their choice and the diversity of students adds diversity and breadth to these investigations.

13.     UNC-Chapel Hill is committed to encouraging more underrepresented minorities to study in the STEM fields, and I would like to see more diversity in my own courses.

14.     One way we are promoting increased diversity in STEM is the CSS program. CSS began in 2011 as a partnership with University of Maryland, Baltimore County's Meyerhoff Scholars Program and the Howard Hughes Medical Institute. The purpose of these relationships was to diversify and provide access to jobs in the STEM fields. CSS works to bring awareness to the issues of diversity as well as provide a space where students, regardless of background, can be supported to pursue fields in STEM.

3

15. My role as Program Evaluator for CSS is to collect data about students. One of the goals of CSS is to help underrepresented minority ("URM") students become Doctor of Philosophy students in STEM fields. Along the way, many URM students lose interest in becoming Doctor of Philosophy students. My job is to think about how to help the program convey that everyone deserves to be in STEM fields and that the students can succeed.

16. Often there is a lack of visibility of URM faculty in higher education. With that lack of visibility comes a message to URM students that says, "you don't belong." At CSS, we are working to change that message.

17. In addition, we know that what we do in the classroom makes a difference to how welcoming and inclusive our courses are. In September 2016, Professor Kelly Hogan and I led an interactive "Carolina Conversations" event on Inclusive Classrooms, which was hosted by Chancellor Carol Folt and moderated by Professor Rumay Alexander, Director of the Office of Inclusive Excellence. The event was focused on the multiple identities of individuals and their interplay in inclusive classrooms. The forum setting allowed students, staff, and faculty to have conversations about how to make the University a welcoming place that values inclusion and diversity.

18. The Carolina Conversation was one of many conversations I have heard across campus about how we can make UNC-Chapel Hill generally, and STEM fields particularly, more welcoming for all students.

4

**Conclusion**

19.    At UNC-Chapel Hill, we believe in the educational benefits of diversity, including enhanced problem solving, and are committed to achieving those benefits. We are actively working on better ways to help students feel comfortable in and be successful in fields where they are currently underrepresented. Having sufficient diverse students in the student body will be critical to these efforts.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on:    _Aug 4, 2017_

_____
Viji Sathy

Case 1:14-cv-00954-LCB-JLW   Document 162-18   Filed 01/18/19   Page 7 of 22

**Exhibit 1 to Sathy Declaration**

**VIJI SATHY**

Department of Psychology
CB#3270, Davie Hall
University of North Carolina
Chapel Hill, NC 27599-3270

1101 Pinehurst Dr.
Chapel Hill, NC 27517
917.232.8956
viji.sathy@unc.edu

**EDUCATIONAL BACKGROUND**

University of North Carolina at Chapel Hill
Ph.D. in Psychometrics with a concentration in Health Behavior and Education (August 2003)
Dissertation:  *Use of Item Response Theory Methodologies to Explore Ethnic and Gender
            Differences and Scoring in the Health Assessment Questionnaire*

University of North Carolina at Chapel Hill
M.A. in Psychometrics (May 2001)
Masters Thesis: *Women in Higher Education: Evaluation of an Academic Leadership Program*

University of North Carolina at Chapel Hill
B. S. in Psychology with highest honors (May 1996)
Honors Thesis: *Five Factor Model of Personality: Convergent Validity of the Big Five Inventory
and the California Q-Set*

**TEACHING  & ADMINISTRATIVE EXPERIENCE**

Department of Psychology, University of North Carolina at Chapel Hill
*Senior Lecturer* (July 2008-Current)
Course: *Statistics for the Behavioral Sciences, Research Methods, Honors Course in Statistics*
- ♦ Sole responsibility for developing course materials, lectures, and leading class twice
  weekly for undergraduate psychology majors.
- ♦ Managing Teaching Assistants for labs associated with class.

Office of Undergraduate Education, University of North Carolina at Chapel Hill
*Special Projects Assistant to the Senior Associate Dean* (January 2015-Current)
- ♦ Manage new initiatives for the Office of Undergraduate Education
- ♦ Assist with data related activities pertinent to the Office of Undergraduate Education

ACUE
*Featured Faculty*
- ♦ Featured in ACUE professional development modules: Promoting a Civil Learning
  Environment, Engaging Underprepared Students, Embracing Diversity in Your
  Classroom, Using Concept Maps and Other Visualization Tools, Using Student
  Achievement and Feedback to Improve Your Teaching
- ♦ Blog contribution: Mid-term Feedback (link)

Department of Psychology, University of North Carolina at Chapel Hill
*Teaching Fellow* (May 2001 – June 2001, May 2000 – June 2000, January 1999 – June 1999)
Course: *Statistics for the Behavioral Sciences*
♦ Sole responsibility for developing course materials, lectures, and leading class twice weekly for undergraduate psychology majors.

School of Education, North Carolina Central University
*Adjunct Professor* (January 2001 – June 2001)
Course: *Introduction to Statistical Methods in Education*
♦ Sole responsibility for developing course materials, lectures, and leading class twice weekly for Masters level education students.

Department of Psychology, University of North Carolina at Chapel Hill
*Teaching Assistant* (August 1997 – December 1998)
Course: *Introduction to Statistical Methods in Education*
♦ Led weekly lab sessions for undergraduate psychology majors.


**STATISTICAL CONSULTING EXPERIENCE**

Vector Psychometric Group
*Statistical Consultant* (May 2011-February 2012)
♦ Provided statistical consultation for VPG, particularly with leading focus groups and cognitive interviews for instrument development.

University of North Carolina General Administration – GEAR UP Program
*Statistical Consultant* (April 2008-August 2008, May 2010-August 2010, May 2013-Current)
♦ Provided statistical consultation for the GEAR UP program, particularly with instrument development and validation.

School of Social Work, University of North Carolina at Chapel Hill
*Statistical Consultant* (March 2000 – July 2000)
♦ Provided statistical consultation for the Carolina Children's Initiative Project, particularly with hierarchical linear modeling procedures.

Department of Psychology, University of North Carolina at Chapel Hill
*Department Statistical Consultant* (August 1999 - June 2000)
♦ Assisted faculty, graduate and undergraduate students with statistical, methodological and computing questions pertaining to individual research projects. Projects covered all substantive areas of psychology at research stages ranging from research design to interpretation of statistical results.

**RESEARCH EXPERIENCE**

HHMI Meyerhoff Adaptation Project, Chancellor's Science Scholars
*Program Evaluator* (June 2014-current)

The College Board, Department of Research and Analysis
*Associate Research Scientist* (September 2003 to 2007)
- Conduct and manage research related to the SAT program.
- Design and carry out studies on the fairness and validity of the SAT and PSAT/NMSQT.
- Write research notes and reports for publication and dissemination.
- Make internal and external presentations related to research for technical committees as well as lay audiences.
- Work with Public Affairs department to disseminate research findings to the public.

North Carolina Department of Public Instruction
*Research Assistant* (August 2000 – June 2003)
- Worked with a group responsible for developing new methodologies in scaling and linking the North Carolina End of Grade and End of Course tests.
- Acquired experience working in the field of large scale assessment and item response theory.

The Measurement Group
*Research Assistant* (May 1996 – July 1997)
- Assisted in developing and implementing methods of project evaluation for health and social service programs to record outcomes and assure quality of services.
- Generated monthly and quarterly AIDS service reports for nationwide service providers and for the U.S. Health Resources Services Administration.
- Developed programs to process incoming data and report findings from various service agencies.
- Tracked and conducted follow-up interviews with women who have lived in a residential substance abuse treatment program in Southern California

University of North Carolina at Chapel Hill, L. L. Thurstone Psychometric Laboratory
*Undergraduate Research Assistant* (September 1994 – May 1996)
- Assisted with data collection and data processing of several personality instruments.

**UNIVERSITY COMMITTEES**

College of Arts & Sciences Curriculum 2019 General Education Curriculum Revision
Center for Faculty Excellence's Faculty Learning Community on Engaging Students in Large Classes
Psychology & Neuroscience Diversity Committee

**PROFESSIONAL & UNIVERSITY SERVICE**

2018 APA Division 5 Quantitative and Qualitative Methods Program Chair
2017 Summer Institutes on Scientific Thinking Facilitator
Center for Faculty Excellence Faculty Peer Visits Program
University Teaching Awards: Tanner Award for Excellence in Teaching (2014-2017)
AAU Program Evaluation
Finish Line Project on STEM transfer student experiences
Strategic Planning Office of Instructional Innovation
New Faculty Orientation (2015-2016)
Classroom Facilities Redesign
Program Coordinator for Campus Personal Safety Sessions (2015-2017)
Chair QEP Director Search (2016)
CIRTL application (2015-2016)
Office of Undergraduate Education Course Evaluation Committee (2015-2016)
Office of Undergraduate Education Undergraduate Learning Assistant Task Force (2015-2016)
Co-facilitator of Center for Faculty Excellence 2015 Faculty Learning Community on Transforming Teaching
Department liaison to the admissions office
  ♦ Organize and conduct Academic Day
  ♦ Recruit speakers and participate in EXPLORE
  ♦ Recruit speakers for Project Uplift
Department liaison to UNC Honor Court
Transfer student outreach for the Transfer Student Success Committee

**TECHNOLOGY SELECTION AND DEVELOPMENT**

THRIVE @Carolina Data Dashboard for Instructors
99
Attendance App
Syllasync Syllabus Creation, Management,and  Calendar Tool

**TRAINING & CERTIFICATION**

Mental Health First Aid
UNC Safe Haven
Safe Zone

## GRANTS AND AWARDS

2017 CFE Large Course Redesign Grant Recipient
2016 Data@Carolina Grant Recipient
2015 Psi Chi Teacher of the Year Award
2015 Daily Tar Heel Carolina's Finest Awards Best Professor
2014 Tanner Award for Excellence in Undergraduate Teaching
2014 CFE Publication Grant
2014 Psi Chi Teacher of the Year Award
2013 Mentor for Summer Undergraduate Research Fellowship (Mary Morgan Bitler: The Effectiveness of Student Engagement in Massive Open Online Courses or MOOCs)
2012 CFE/Lenovo 100+ Course Redesign Grant Recipient

## PUBLICATIONS/ PRESENTATIONS/ FEATURES

Sathy, V. (2017, August). American Psychological Association Division 5 (Quantitative and Qualitative Methods) Invited speaker Innovations in Classroom Teaching of Statistics and Quantitative Methods.

Sathy, V. (2017, March). *The sweet spot of midsemester feedback.* ACUE Expert Series Blog Entry. https://community.acue.org/blog/viji-sathy-sweet-spot-midsemester-feedback/

Sathy, V. and Hogan, K. (2016, October). Interactive and Inclusive Classrooms. Well Said Podcast. http://www.unc.edu/spotlight/well-said-hogan-sathy/

Sathy, V, and Hogan. K. (2016, September). Inclusive Classroom Campus Conversation: http://gazette.unc.edu/2016/09/27/count-everyone-in/

Greifer, N., **Sathy, V.,** & Panter, A. T. (2016, August). *Evaluating UNC's Chancellor's Science Scholars Program: Early Academic Outcomes.* Poster presented at the American Psychological Association Convention, Denver, Colorado.

Greifer, N., Panter, A. T. & **Sathy, V.** (2016, October). *Evaluating UNC's Chancellor's Science Scholars Program: A Propensity Score Analysis.* Poster presented at the Annual Society of Multivariate Experimental Psychology meetings, Richmond, VA.

Panter, A. T., **Sathy, V**., Griefer, N., & Nehler, C. (2015, August). *Institutional commitment and change: Increasing student learning and diversity in undergraduate STEM education.* Presidential address presented to the Division of Quantitative and Qualitative Methods (Division 5) at the American Psychological Association meetings, Toronto, Canada.

**Sathy, V.** (2013, December). Teaching the flipped classroom. Center for Faculty Excellence, UNC. http://cfe.unc.edu/pdfs/Psychology210Sathy.pdf

**Sathy, V.** (2012, November). Build a productive working relationship with your TAs. Teaching TIP, Center for Faculty Excellence, UNC. http://cfe100plus.web.unc.edu/2012/11/27/tip-34-build-a-productive-working-relationship-with-your-tas/

Andrews, R., **Sathy, V.,** & Ranchod, V. (2010). Estimating the Responsiveness of College Applications to the Likelihood of Acceptance and Financial Assistance: Evidence from Texas. Economics of Education Review, 29(1), 104-115.

Andrews, R., **Sathy, V.,** & Ranchod, V. (2007, November). *Estimating the Responsiveness of College Applications to the Likelihood of Acceptance and Financial Assistance: Evidence from Texas.* Paper presented at the Annual Association For Public Policy analysis and Management Research Conference, Washington, D.C.

Sawtell, E. A., **Sathy, V.**, & Skrobela, D. (2007, June). *Overcoming Non-Response: Lessons Learned Migrating to a Web-Based Platform Update 2007.* Paper presented at the Association for Institutional Research Annual Forum, Kansas City, MI.

Oh, H., & **Sathy, V.** (2007, April). *Construct Comparability and Continuity in the SAT.* Paper presented at the National Council on Measurement in Education Annual Conference. Chicago, IL.

Barbuti, S., & **Sathy, V.** (2006, October). *Examining Ethnic Subgroup Score Differences on the SAT When Controlling for Different Variables.* Paper presented at the Northeastern Educational Research Association Conference, Kerhonkson, NY.

Oh, H., & **Sathy, V.** (2006). *Construct Comparability and Continuity in the SAT.* Statistical Report SR-2006-22, Princeton, NJ: Educational Testing Service.

Melican, G. & **Sathy, V.** (2006, March). *Formula-scoring and Rights-only scoring: Issues, review and recommendation.* Paper presented to the College Board Psychometric Panel, New York, NY.

**Sathy, V.**, Barbuti, S., & Mattern, K. (2006). *The New SAT and Trends in Test Performance.* (College Board Statistical Report). New York, NY.

Kobrin, J., **Sathy, V.**, & Shaw, E. (2006). *A historical view of subgroup performance differences on the SAT Reasoning Test.* (College Board Research Report No. 2006-5). New York, NY.

Kobrin, J., **Sathy, V.**, & Shaw, E. (2005, October). *An historical examination of sub-group differences on the SAT.* Paper presented at the Annual National Conference on Race and Ethnicity in American Higher Education, New York, NY.

Camara, W. C., Kobrin, J., & **Sathy, V.** (2005, April). *Is there an SES advantage for the SAT and college success?* Paper presented at the Annual Meeting of the National Council on Measurement in Education, San Diego, CA.

Camara, W. C., & **Sathy, V.** (2004). *College Board response to Harvard Educational Review article by Freedle.* http://www.collegeboard.com/research/pdf/051425Harvard_050406.pdf.

**Sathy, V.** & Milewski, G. (2004, October). *An examination of the ethnic non-respondents on the SAT questionnaire.* Paper presented at the International Testing Commission Conference, Williamsburg, VA..

**Sathy, V.** & Milewski, G. (2004, October). *Non-response and ethnicity on the SAT questionnaire: Implications for the ethnic achievement gap.* Paper presented at the Northeastern Educational Research Association Conference, Kerhonkson, NY.

Gramzow, R. H., Sedikides, C., Panter, A. T., **Sathy, V.**, Harris, J. M., & Insko, C. A. (2004). Patterns of self-regulation and the Big Five. *European Journal of Personality, 18,* 367-385.

Vevea, J.L., Edwards, M.C., Thissen, D., Reeve, B.B., Flora, D.B., **Sathy, V.**, & Coon, C. (2002). *User's guide for Augment v.2: Empirical Bayes subscore augmentation software.* Electronic Research Memorandum #2002-2. Chapel Hill, NC: University of North Carolina, L.L. Thurstone Psychometric Laboratory.

**Sathy, V.** (2001, May). *Women in higher education: Evaluation of an academic leadership program.* Paper presented to the University of North Carolina's Committee on the Status of Women and BRIDGES Advisory Board.

Thissen, D. T., **Sathy, V.**, Flora, D., Edwards, M., Vevea, J. (2001, January). *Scaling the new EOG mathematics and computer skills tests.* Paper presented at the North Carolina Accountability/Testing Conference, Greensboro, NC.

**Sathy, V.**, and Panter, A. T. (2000, August*). Women in higher education: Evaluation of an academic  leadership program.* Paper presented at the American Psychological Association Annual  Convention, Washington, D.C.

Kawata, A., **Sathy, V.**, & Sideris, J. (2000, April). *A qualitative analysis of graduate students' experiences teaching introductory statistics.* Paper presented at the Quantitative Lunch Seminar at the University of North Carolina at Chapel Hill.

**Sathy, V.** (1998, November) *Evaluation of a refugee assistance program.* Paper presented at the Quantitative Lunch Seminar at the University of North Carolina at Chapel Hill.

Melchior, L.A., Brief, D.E., Betru, R., Leong, A., **Sathy, V.**, & Huba, G.J. (1997, March). *Practical issues in evaluating community-based HIV/AIDS programs for youth.* Paper presented at the National AIDS Update Conference, San Francisco.

Panter, A. T., Hafdahl, A., **Sathy, V.**, Gramzow, R., Insko, C., & Sedikides, C. (1996, June). *Multimethod perspectives of self in the Five Factor Model of personality.* Paper presented at the Ninth Annual Nags Head International Conference on Personality and Social Behavior, Highland Beach, Florida.

**PRESENTATIONS**

**Sathy, V.**, and Hogan, K. & Malloy, E. (March 2017). Inclusive Teaching Workshop.
UNC Center for Faculty Excellence Faculty Showcase, Chapel Hill, NC.

**Sathy, V.**, and Hogan, K. (January 2017). Inclusive Teaching Workshop.
UNC School of Public Health, Chapel Hill, NC.

**Sathy, V.**, and Hogan, K. (January 2017). Inclusive Teaching Workshop.
Duke University, Durham, NC.

**Sathy, V.**, and Hogan, K. (October 2016). UNC Carolina Conversations: Inclusive Teaching.
University of North Carolina, Chapel Hill, NC.

**Sathy, V.**, and Hogan, K. (August 2016). Structuring the Classroom for Inclusive Teaching.
Elon Teaching and Learning Conference, Elon University, Burlington, NC.

**Sathy, V.**, Panter, A. T., and Greifer, N. (March 2016). Chancellor's Science Scholars:
Evaluation Update. Howard Hughes Medical Institute, Baltimore, MD.

**Sathy, V.**, Panter, A. T., Greifer, N. (2016). *Multisite Mixed Methods Evaluation of the Meyerhoff
Adaptation Project: UNC's Chancellor's Science Scholars Program.* Understanding
Interventions, Philadelphia, PA.

Persky, A., Thompson, J., and **Sathy, V.** (2015, November). *Reflection on Teaching: Approaches
to Course Evaluation*. UNC Center for Faculty Excellence Faculty Showcase, Chapel Hill,
NC.

Bishop, G., Goldberg, R., Moy, C., **Sathy, V.** and Whisnant, A. (2015, November). *Apps/Web
Tools Roundup*. UNC Center for Faculty Excellence Faculty Showcase, Chapel Hill, NC.

Panter, A. T., **Sathy, V.,** Griefer, N., & Nehler, C. (2015, August). *Institutional commitment and
change: Increasing student learning and diversity in undergraduate STEM education*.
Presidential address presented to the Division of Quantitative and Qualitative Methods
(Division 5) at the American Psychological Association meetings, Toronto, Canada.

**Sathy, V.**, Griefer, N., Nehler, C., Panter, A. T. (March 2015). Chancellor's Science Scholars:
Evaluation Update. Howard Hughes Medical Institute, Baltimore, MD.

Domingo, M. S., Watkins-Lewis, K., Maton, K., Staples, J., Carroll, T., Tyler, A., **Sathy, V.**, Panter,
A. T. (November 2014). Meyerhoff adaptation project: Assessed with a multi-faceted
approach. Annual Biomedical Research Conference for Minority Students, San Antonio,
TX.

Hogan, K., **Sathy, V.,** Baucom, J., Spellman, N., Watson, C. (March 2015). Innovative Teaching Practices. Thriving in College Conference, Chapel Hill, NC.

**Sathy, V.** (2015, February). *Why I've Flipped for the Flipped Classroom.* UNC Collections and Services Assembly. School of Information Library Science, UNC, Chapel Hill.

**Sathy, V.,** Hogan, K., and Shemer, G. (2014, November). *High Impact Pedagogy in STEM Classes.* High Impact Practices at UNC Conference.

**Sathy, V.** (2014, October). *The importance of Formative Feedback in the Classroom.* UNC Innovation in Teaching and Learning Workshop.

**Sathy, V.** (2014, August). *Flip your Class and Stick the Landing: Best Practices.* UNC School of Nursing.

**Sathy, V.** (2014, May). *Flipping the Classroom: Evidence and Suggestions for Success.* UNC School of Medicine.

**Sathy, V.** (2014, January and 2015, March). *The flipped classroom: a workshop*. UNC Department of Sociology, Chapel Hill, NC.

**Sathy, V.** (2013, November). *Results from a course redesign: Flipping a statistics classroom*. UNC Center for Faculty Excellence Faculty Showcase, Chapel Hill, NC.

**Sathy, V.,** & Hogan, K. (2013, November). *Faculty perspectives on course redesign*. UNC General Administration, Chapel Hill, NC.

**Sathy, V.,** Jameison, D., & Umasankar, N. (2012, May*). Assigning Course Projects that Address Campus Issues.* Presentation at the Lily Conference on College and University Teaching, Washington, D.C.

Krumper, J., & Bliem, C., **Sathy, V**. (2012, November*). Less Lecturing, More Learning.* Presentation at the UNC Center for Faculty Excellence Faculty Showcase, Chapel Hill, NC.

**Sathy, V.** (2006, April). *University Admissions Practices in the US and the Role of Admissions Tests.* Keynote Speaker UCAS Admissions Conference, University of Nottingham, UK.

Oh, H., & **Sathy, V.** (2006, October). *Follow-Up Construct Comparability of the Old SAT with the New SAT.* Presentation made to the College Board Psychometric Panel, New York, NY.

Oh, H., & **Sathy, V.** (2006, February). *Construct Comparability of the Old SAT with the New SAT.* Paper presented to the College Board Psychometric Panel, New York, NY.

**Sathy, V.** (2006, February). *The SAT: An Update.* Presentation made at the Midwestern Regional Forum, Chicago, IL.

**Sathy, V.** (2005, November). *SAT Reasoning Test: What we know after spring administrations.* Presentation made to the College Board SAT Committee, New York, NY.

**Sathy, V.** (2005, July). *Summary Report of Results for Study Involving Talent Search Students and the New SAT.* Unpublished Report, New York, NY.

**Sathy, V.** (2005, February). *Update on the New SAT: What's New as March Approaches?* Presentation made at the Middle States Regional Forum, Little Rock, AR.

**Sathy, V.** (2005, January). *Multi-Ethnic Categories for the Student Descriptive Questionnaire (SDQ).* Presentation made to the College Board Advisory Committee on Research, New York, NY.

**Sathy, V.** (2004, November). *Alternate Predictors Research.* Presentation made to the College Board SAT Committee, New York, NY.

**Sathy, V.** (2004, August). *Overview of Test Construction.* Presentation made to the New England Counselors of Color Bridging Access to College, Williamstown, Massachusetts.

**Sathy, V.** (2004, March). *The New SAT.* Presentation made at the AP Equity Conference, Houston, TX.

**REFERENCES**

Abigail Panter, Ph.D.
Senior Associate Dean of Undergraduate Education
University of North Carolina
Chapel Hill, NC 27599-3270
panter@unc.edu
919.962.4012

Jean DeSaix, Ph.D.
Teaching Professor and Health Professions Advisor
Department of Biology
Coker Hall, CB#3280
University of North Carolina at Chapel Hill, NC 27599-3280
Work Phone: 919-962-1068
FAX 919-962-1625
email  jdesaix@email.unc.edu

Kelly Hogan, Ph.D.
Senior Lecturer & Advisor
Department of Biology
104B Wilson Hall, CB#3280
University of North Carolina at Chapel Hill, NC 27599-3280
Work Phone: 919-843-6047
FAX 919-962-1625
Email leek@email.unc.edu

Amy Elizabeth Schmidt, Ed.D.
Executive Director, Higher Education/College Board Programs
Statistical Analysis/Research and Development
ETS
Rosedale Road, MS 04-P
Princeton, NJ  08541
Telephone: 609-734-5359
Fax: 609-734-1860

David Thissen, Ph.D.
Department of Psychology
University of North Carolina
Chapel Hill, NC 27599-3270
dthissen@email.unc.edu
919.962.5036

**Exhibit 2 to Sathy Declaration**

