# EXHIBIT 112

# Declaration of Shruti Shah

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

UNIVERSITY OF NORTH CAROLINA et al.,

    Defendants.

## DECLARATION OF SHRUTI SHAH

DECLARATION OF SHRUTI SHAH

I, Shruti Shah, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

**Background**

1. I graduated from The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or the "University") in 2011 with a degree in Political Science and a minor in Entrepreneurship. I later received my Master's degree in Urban Education from Johns Hopkins University.

2. I grew up in Memphis, Tennessee in an interracial household. My dad is Indian and my mom is a jewish New Yorker. I look like I am Indian, and I have an Indian name, but I grew up in a jewish household in the South.

3. UNC-Chapel Hill was the only school in the South to which I applied. I had heard wonderful things from friends who attended UNC-Chapel Hill, and I loved the campus when I visited. I ultimately decided to attend UNC-Chapel Hill in part because it was a public school. I attended a public high school, and I loved public school because of the diverse perspectives of my classmates.

4. At UNC-CH, I worked with former Chancellor Holden Thorp and with Judith Cone, the Vice Chancellor for Innovation, Entrepreneurship, and Economic Development, to help craft the roadmap for innovation and entrepreneurship at UNC. The goal was to equip students, faculty, and staff with the resources to solve some of the world's greatest challenges through an entrepreneurial lens.

5. After leaving UNC-Chapel Hill, I was accepted into Teach for America in Baltimore, where I taught 4th, 5th, and 2nd grade at Graceland Park O'Donnell Heights Elementary Middle School while also working toward my Master's degree in Urban Education at Johns Hopkins University.

6. I then moved to San Francisco where I worked for a small seed venture capital fund that invested in early stage education technology companies. I left the seed fund to start my own company.

7. Three years ago, I co-founded a company called Move Loot, an online marketplace for buying and selling furniture. Building, operating, and scaling the company was an amazing learning experience. In 2016, we ceased operations.

8. I am currently an Entrepreneur in Residence at Silicon Valley Bank.

## Experience at UNC-Chapel Hill

9. UNC-Chapel Hill is a special place. I was involved in a number of extracurricular activities where I feel I was able to do meaningful, impactful work.

10. I was active in student government throughout my time at UNC-Chapel Hill. Student government was a diverse place with students from different backgrounds, but I am not sure that was reflected in the larger student body.

11. I observed that many students at UNC from different racial and ethnic backgrounds spent time with others of their group both socially and as part of student organizations that represented the interests of that group. I believe that more racial and ethnic diversity within the student body would provide many more students with

additional exposure to people with different backgrounds, helping students become more comfortable with people who are different.

12. In college, I enrolled in a political science class where we discussed the American dream. I struggle with the concept of the American Dream. My family came to the U.S. because of the freedom and opportunity that exists here. However, I gained a deeper, more layered understanding of how that dream can fall short after attending a public high school in Memphis, TN and teaching in a public school in Baltimore. This is particularly true for people of color who don't necessarily have access to the same opportunities and social connections as their white counterparts. The discussion in my college class, was nuanced. Some students felt very strongly that the dream existed while others were more skeptical, believing that the dream existed, but not for people of color. I believe the class discussion would have been richer had more children of immigrants and/or people of color been part of it.

13. As a student at UNC-Chapel Hill, I became increasingly aware of the disconnect between how an individual can view him or herself and how other people might view him or her. For example, as the daughter of a Jewish New Yorker from the Bronx and an Indian immigrant, I have a mixed identity. I was raised in a Jewish household in the South but my name and physical appearance lead many people to assume that I am fully Indian, speak Hindi, and observe the Hindu religious practices, none of which I do. This disconnect was often frustrating as a college student because I wanted to be seen the way I see myself. I often think that if students had more exposure to individuals from varying racial and ethnic backgrounds, they might be less inclined to

3¹·

make assumptions about another person's identity. This type of cultural awareness and competency is likely developed through increased exposure to people who are different. The understanding I developed of the complexity of one's racial or ethnic identity was helpful during my experience as a classroom teacher through Teach for America. I was teaching students from many different racial, ethnic, and socio-economic backgrounds, and because of my own life experiences, I was able to approach issues related to race in a thoughtful and sensitive manner.

14. As an entrepreneur in Silicon Valley, I, unfortunately, have had multiple offensive encounters— with investors or partners who have made uncomfortable comments about my skin color, and questioned my credibility and ability to do my job – largely because of my age, skin color, and gender. I wish I had been better prepared to handle those situations. If UNC had a more diverse student body, it's possible that I would have been able to connect with more students who had encountered uncomfortable situations like these, learning from them about how to navigate those difficult situations.

15. Additionally, having a more racially diverse student body would help equip college students with a language to talk about and navigate complex conversations about race and identity. They hopefully would be better equipped with a thoughtful and culturally aware skill set to use in the working world. Majority students might have more opportunities to interact with students of color, thus increasing their sensitivity and ability to navigate a more diverse environment. As our society becomes more diverse, having this awareness will be increasingly important.

4!-

Case 1:14-cv-00954-LCB-JLW   Document 162-19   Filed 01/18/19   Page 6 of 7

16. I believe that deep cultural awareness particularly related to race was lacking on campus, and having an even more racially diverse student body would have made a huge difference and would have changed perspectives inside and outside the classroom.

## Conclusion

17. My experiences as a student at UNC-Chapel Hill were critical in helping me develop a deeper understanding of the complexity of identity as it relates to race, gender, class, and sexual orientation. But, UNC-Chapel Hill can and must do more to attract students from diverse backgrounds, particularly students of color. Doing so will better prepare graduates for the world they will experience beyond University walls. I strongly support UNC-Chapel Hill's efforts to create a diverse student body across many dimensions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 20, 2017

*Shruti Shah*
Shruti Shah