# EXHIBIT 113

# Declaration of Louise Toppin

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

               Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

               Defendants.

## DECLARATION OF LOUISE TOPPIN

# DECLARATION OF LOUISE TOPPIN

I, Louise Toppin, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

## Background

1. I am a Professor and Chair of the Department of Music (the "Department") at The University of North Carolina at Chapel Hill ("UNC-Chapel Hill"). I am the first African-American Chair of the Department.

2. Previously, I was on the faculties of East Carolina University, Bowling Green State University and Eastern Michigan University

3. I am an accomplished musician and have held operatic, orchestral, and oratorio performances all over the world, including in the United States, Czech Republic, Scotland, Japan, China, Uruguay, Sweden, the Caribbean, Bermuda, New Zealand, England, and Spain.

4. I was honored to perform at the 150th Anniversary Celebration of the 13th Amendment and at the opening of the Smithsonian's National Museum of African American History and Culture.

5. I was a finalist in the Munich International Competition and winner of the Metropolitan Opera regional auditions. I have appeared in recital on concert series including Carnegie Hall; Lincoln Center; Merkin Concert Hall; Beijing Concert Hall; Shanghai Opera House; Liceu Theatre in Barcelona, Spain; and the Isaac Albéniz Festival in Camprodon, Spain.

6.     My opera roles include: title role in the world premiere of the opera *Luyala* by composer William Banfield, Treemonisha in Scott Joplin's *Treemonisha*, Mary in William Grant Still's *Highway One*, Lucy in Menotti's *The Telephone*, both Clara and Bess in Gershwin's *Porgy and Bess*, and Donna Anna in Mozart's *Don Giovanni*. I performed Mozart's *Impresario (Goldentrill)* at The John F. Kennedy Center for the Performing Arts and was contracted to sing Clara in Gershwin's *Porgy and Bess* for Opera Carolina, Baltimore Opera, and Piedmont Opera companies.

7.     I toured for seven seasons in "A Gershwin Party" with pianist Leon Bates and tenor William Brown. I am currently a member of "Gershwin on Broadway." I have created and toured in many other recitals such as: Music of African American Composers; Music of Women Composers; Pictures from an Exhibition (a visual show interacting art with music); and Music of Spanish Composers on college campuses across the United States.

8.     I have released several albums. Most recently, in 2015, I released *Le saison des fleurs* (music for soprano and fortepiano) and *George Shirley: My Time Has Come*.

9.     I frequently serve as a guest clinician for masterclasses. In the summer, I teach for programs in Bogota, Colombia (The National Conservatory of Music), Amalfi, Italy (The Amalfi Coast Music Festival) and Baltimore, Maryland (the Baltimore Summer Opera Workshop).

10.     I am the Director of the non-profit organization Videmus, which promotes the music of African-American concert composers through recordings, performances, and

2

educational programming.  Through Videmus, I annually administer the George Shirley Vocal Competition in Michigan.

11.  I have a Bachelor of Music in Piano from UNC-Chapel Hill, two Masters of Music degrees in Piano and Voice from the Peabody Institute of The John Hopkins University, and a Doctor of Musical Arts in Voice Performance from the University of Michigan.

12.  At UNC-Chapel Hill, I teach courses in the Music Department, and I also have the opportunity to teach students music lessons one-on-one.

13.  Toppin Decl. Ex. 1 is a true and correct copy of my curricular vitae. Toppin Decl. Ex. 2 is a photograph of me from my UNC webpage.

### Educational Benefits of Diversity in the Classroom

14.  Having diverse students in the classroom enhances learning for all.  At UNC-Chapel Hill, I created and taught a course on the music of African-Americans.  In that class, we learned about the religious experience of the enslaved Africans as they intersected with the colonists churches.  I taught students about spirituals, hymns and worship, and the African-American students immediately recognized and responded by moving to the music.  These students expressed for the white students how to respond to the music.  The presence of African-Americans helped the whole class understand, grapple with, and become comfortable with the material.  It helped to bring the discussion along, because these students could talk from their own perspectives about what this music meant in their worship.

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 5 of 26

15.     In that class, we also performed a ring shout – a ritual first practiced by enslaved Africans in which worshippers move in a circle while stomping and clapping. At first, my African-American students were the only ones who volunteered.  Eventually, however, we pulled in all the students to participate, and from this experience we were able to have an insightful discussion about our diverse community and blending religious practices.  We explained that in our UNC-Chapel Hill community, everyone is welcome to participate.  We taught them how to move and asked how it felt.  It was a great way for our students to work together and connect.  African-American students were able to help the other students not feel as intimidated, and they were able to share aspects of their personal histories that benefitted the class and helped other understand more about their culture.

16.     In the course, we also studied gospel music, popular, classical music and hip-hop.  Our discussions are much livelier and more current with diverse students present bringing their views and participating.

17.     When we lack African-American students in the room who come from different traditions, the conversation gets very flat as I try to tell the students about those traditions.

18.     In addition to teaching them about music, I feel a responsibility to our students to talk about major world events and help them process them.  When a Black man was shot in Charlotte, North Carolina this past year following other similar incidents around the country, this was an important event for many of our students.  We took time from class to talk about it.  We had a terrific and enlightening facilitated discussion, with

4

a variety of perspectives on the event. We were able to connect this event to what we were studying, as we were talking about songs of protest and ways of peacefully expressing an opinion through music.

19. Whenever I see students of a certain race or ethnicity clumping together, I try to break them up and make sure that they have an opportunity to work with students from different backgrounds.

**Preparing Students for Life and Careers beyond UNC-Chapel Hill**

20. Diversity is important for many reasons, but it is especially important when teaching students who want to be music professionals how to interact with different groups of people.

21. Professional musicians often must travel all over the world and must regularly interact with different groups of people from different cultural backgrounds. I have had this experience throughout my career when performing in different parts of the United States and the world. I have worked on every continent, and being able to connect with people is key to my success as a musician.

22. In order to prepare students to be professionals in music, we must teach them how to communicate and work with a wide range of people. Increasing diversity at UNC-Chapel Hill and in the Music Department is important to preparing all of our students for their careers and their lives after UNC-Chapel Hill.

23. With our increasingly global world, it will be important for all of our students, regardless of their chosen paths, to be able to communicate well with people from diverse backgrounds. By giving our students the opportunity to interact with

5

diverse classmates, we are preparing them for their lives after UNC-Chapel Hill and for their future careers.

**The Importance of Diversity in the Field of Music**

24.     Having diversity in the Music Department helps the field grow and become richer by adding new voices and interests.

25.     When I was a Doctor of Musical Arts student, my dissertation was on African-American concert music.  People were not talking about that subject in music courses then.  I was learning about it for the first time during my dissertation research.  I had not been exposed to diverse perspectives in music.

26.     The academic field of music is one of the slowest fields to adapt to new traditions and open itself to new perspectives.  But with greater diversity, we have started teaching different types of music.  This has opened up our curriculum in major ways, with interesting courses being taught in Middle Eastern, Jewish, and African musical traditions.

27.     Faculty in the Music Department have made large shifts in accepting diversity in music.  However, the curriculum and work of the Department will not fully develop and grow without more faculty and students who are diverse and who are open to diversity.

28.     Increasing our faculty and student diversity will also be very important in attracting more diverse students to the Music Department.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on:   18 July 2017

_Louise Toppin_

Louise Toppin

7

**Exhibit 1 to Toppin Declaration**

# LOUISE TOPPIN

Department of Music
University of North Carolina
Chapel Hill, NC 27599-3320
919-962-1039 ▪ Ltoppin@unc.edu

## EDUCATION

| | |
|---|---|
| 1987-90 | University of Michigan, Doctor of Musical Arts (Voice) |
| 1985-86 | Peabody Conservatory of Music, Master of Music (Voice) |
| 1983-85 | Peabody Conservatory of Music, Master of Music (Piano, minor in Organ) |
| 1979-83 | University of North Carolina at Chapel Hill, Bachelor of Music (Piano, minor in Organ and Piano Pedagogy) |

## TEACHING POSITIONS

| | |
|---|---|
| 2016- | Department of Music, University of North Carolina at Chapel Hill, Kappa Kappa Gamma University Distinguished Professor |
| 2010-16 | Department of Music, University of North Carolina at Chapel Hill, Professor |
| 1990-2010 | School of Music, East Carolina University, Professor (1999-2010); Associate Professor (1995-99); Assistant Professor (1990-94) |
| 1989-90 | Bowling Green State University, Instructor |
| 1989-90 | Eastern Michigan University, Instructor |

## SELECTED RECENT ADMINISTRATIVE AND COMMITTEE POSITIONS
### At UNC-Chapel Hill

| | |
|---|---|
| 2014- | Chair, Department of Music |
| 2013-14 | Associate Chair, Department of Music |
| 2010-14 | Area Head of Voice, Department of Music |
| | |
| 2016-17 | Member, Scholarship Awards and Student Aid, University |
| 2016-17 | Member, Curriculum Committee, University |
| 2016-17 | Member, Carolina Arts Board, University |
| 2015-16 | Member, Chancellor's Working Group on the Arts, University |
| 2015-17 | Member, Administrative Appeals/Grade Appeals Committee, University |
| 2014-17 | Member, Arts@TheCore Committee for Carolina Performing Arts, University |
| 2014-17 | Member, Administrative Board, University |
| 2014-17 | Member, Board for the Center for Faculty Excellence, University |
| 2010-14 | Member, Building Committee, Department of Music |
| 2012-14 | Chair of the Division of Fine Arts, College of Arts and Sciences Advisory Committee (elected position) |
| 2010-2014 | Member, Scholarship Committee, Department of Music |

Other committees include department and campus-wide search committees, and committee reviews of administrators including the Dean of the College of Arts and Sciences and the Senior Associate Dean for Fine Arts and Humanities (served as chair).

As chair of the department I have initiated the hire of three new staff members including creating a position for a recording technician to begin a minor in audio engineering. I have also hired two tenure-track faculty (performance and academic) and many lecturer and adjunct faculty members

in the past three years as the chief administrative officer for the department. (We have 70 faculty members, 500 majors and minors and 30 PhD students). I managed a budget of approximately 6 million dollars and will complete a 17 million dollar building renovation in November 2016.

**Prior to UNC- Chapel Hill  (East Carolina University)**

| | |
|---|---|
| 1990-2010 | Member, Scholarship Committee, School of Music |
| 2000-05 | Chair, Long Range Planning Committee, School of Music |
| 2001-04 | Member, Curriculum Committee, School of Music |
| | Member, Governance Committee, School of Music |
| | Interim Chair of Voice, School of Music |
| 1998-2010 | Chair, Vocal Studies Personnel and Tenure Committee |
| 1991-2010 | Member, Graduate Committee, School of Music |
| 1991-2010 | Member, Ethnic Studies Committee, University |

In addition I was on search committees for many faculty hires and served on the search committee for one of the Chancellors, Dr. William Muse.

**Beyond UNC-Chapel Hill**

2014-17    North Carolina African American Heritage Commission, Commissioner. Appointed by Governor McCrory.  This commission works to preserve, interpret, and promote African American history, arts, and culture throughout the state. The gathering place project and Freedom Roads are two of our current initiatives. The gathering place is a project to train and work with museums on best practices for preservation.  The Freedom roads project seeks to identify sites important in the story of African Americans quest for freedom.  The current project is to erect a monument on state grounds to celebrate the contributions of African Americans to the state of North Carolina.

2014-    Castle of our Skins advisory board.  Group of young professional musicians who have created a concert series and extended activities to highlight the works of African American composers.

2010-    George Shirley African American Art Song and Aria Competition for High School Students, Founder and Director. Created and supervise all aspects of the competition (fundraising and artistic). This nationwide competition has grown in five years from a Detroit based high school competition to a nationwide high school and collegiate competition.  Sponsorship for 2015 includes the Detroit Opera House and several Michigan businesses.

2006-    North Carolina Arts Council, Board Member (2006-8) and Executive Board Member (2007-09). Reappointed by the governor for fourth term in both capacities (2008-10; 2010-12; 2012-14; 2014-16).  An agency of the Department of Cultural Resources and Tourism under Secretary Klutz, we work on policy, devise and administer programs that disseminate arts funding to all citizens of our state.  We work with cities to create smart economies, administer programs such as A+ school, African American and Blue Ridge Heritage Trails, and

2

support arts initiatives such as arts in healthcare, poet laureate program, and artist fellowships.

2003-14        National Association of Negro Musicians, Board Member (2003-14); Finance Committee (2006-10); National Convention Chair (2006-07, 2009-10, and 2012-13). Established in 1919, this is the nation's oldest professional organization of African American musicians. This organization has been instrumental in mentoring African American musicians through programs on the national, state and local level. The annual convention features a competition (varying instruments), sessions designed to teach African American history and culture, panel discussions, lectures, masterclasses and performances that allow musicians in training an opportunity to interact with established artists.

In 2013 I founded the North Carolina Branch of this organization (The Carol Brice Branch) that includes faculty and student members from UNC-Greensboro, Elon, UNC-Charlotte, and many of the Historically Black Colleges and Universities (HBCU). I served as scholarship chair in 2015-17 and was an active member of the branch.

2001-05        ArtsNC, Executive Board Member. An advocacy board established in 1974 that promotes funding, training, development, and awareness for all arts organizations in the state of North Carolina. This board has been instrumental in retaining funding for the arts in North Carolina legislative sessions. They sponsor an annual Arts Day for educators to meet and advocate for the arts with current legislators.

2005-2009     Music Academy of Eastern NC: Board Member (since 2005); Vice President (2007-9); President (2009-10) This organization provided music lessons and programs at a discounted rate for low income students. In addition, we offered lessons and program opportunities for members of the community.

1997-          Videmus, Director. An organization founded in Boston in 1986 to promote the concert music of women, African American, and under-presented composers through recordings, concerts, residencies, competitions and educational programming.

1999 -        National Academy of Recording Arts & Sciences (Grammys), Voting Member nominated and elected by members of the academy. Vote annually on the winners in all categories for the Grammys.

**SELECTED HONORS AND AWARDS**

2016           Awarded the inaugural Kappa Kappa Gamma University Distinguished Professorship in Music from the college of Arts and Sciences. This is a permanent professorship that has a $10,000 annual research budget associated with it.

3

| 2016 | Dena Epstein Award from the National Music Library Association, $1,500 to support the research and publication of a bibliographic record of African American Art Song. |
|------|------|
| 2015 | Legacy Award, National Opera Association, "in recognition of progress toward the goal of ethnic and racial diversity in professional opera." The award has been given annually since 1995. Recipients include: Leontyne Price, Martina Arroyo, Grace Bumbrey, Simon Estes, George Shirley, Robert McFerrin, Shirley Verrett, Eileen Southern, William Warfield, and Todd Duncan. |
| 2001 | Board of Governors Award for Excellence in Teaching, University of North Carolina. One faculty member from each of the sixteen campuses in the UNC system is awarded this prize, the state's highest teaching honor and carries a $7,500 prize. |
| 2001 | East Carolina University School of Music Teacher-Scholar Award, $3,000 prize. This was the first year this annual award was given. |
| 2001 | East Carolina University Alumni Distinguished Professor Teaching Award, $1,000 prize. |
| 1995 & 1996 | Fellow, Britten-Pears School for Advanced Musical Studies, Aldeburgh, England. A competitive summer program. Studied bel canto repertoire with Joan Sutherland and Richard Bonynge, and song cycles with Elly Ameling. |

**SELECTED GUEST TEACHING APPOINTMENTS AND MASTERCLASSES**

| 2017 | Eastern Region Clinician for the National Association of Teachers of Singing Auditions. The states are MD, DC, VA, NC and SC. Chapel Hill, NC |
|------|------|
| 2016 | North Carolina Clinician for the Musical Theater National Association of Teachers of Singing convention, Raleigh, NC. |
| 2016 | Guest Clinician for the Accra Symphony Orchestra, Accra, Ghana |
| 2014 | Two masterclasses for the Virginia Chapter of the National Association of Teachers of Singing statewide convention. |
| 2013 | Masterclass on African American Music for North Carolina Chapter of the National Association of Teachers of Singing Annual Convention, Greensboro. |
| 2012-14, 2016 | Summer Faculty for the International Song Course at the National Conservatory in Bogota, Colombia. One of two American faculty members invited to teach in this four week summer course. The students are primarily from South American countries. |
| 2011 | Summer Faculty for the Amalfi Coast Music Festival, Maiori, Italy. |

4

| 2011-16 | Short-term teaching residencies at Spelman College, Morehouse College, University of Oregon, University of Wyoming, University of Pennsylvania (2017) and Duke University. Taught voice students, presented a masterclass and gave a presentation on arts administration. |
|---|---|
| 2010, 2011 | Faculty, Baltimore Summer Opera Workshop, Baltimore, MD. I helped to found this workshop for the purpose of providing students an opportunity to perform complete one act operas and study operas by African American composers. Taught applied voice lessons, directed four operas (Gian Carlo Menotti's *The Telephone*, Samuel Coleridge-Taylor's *Dream Lovers*, Samuel Barber's *A Hand of Bridge*, and William Grant Still's *Highway One USA*), conducted three masterclasses (spirituals, art of the recitative, and opera arias), and accompanied (as pianist) the recital of Aundie Moore. |
| 2010 | Clinician, 105 Summer Leadership Institute, Nassau, Bahamas. Conducted masterclasses and coaching. The students in this residency came from each of the Historically Black Colleges in the United States. They spent a week with me in masterclass or small group settings. |
| 2004-08 | Yachats Chamber Music Festival, Yachats, Oregon. Taught a workshop "Opera 101" and performed four concerts during the festival. This festival which is sponsored by Four Seasons Concert Series out of California brings together internationally renowned artists such as Leon Bates (one of the most important African American pianists along with Andre Watts and Awadajin Pratt) and many stars of the major opera houses. I have been asked back several subsequent seasons. |
| 1995 | Guest Affiliate, College of Staten Island, CUNY (Spring Term) |
| 1992-6 | Teacher for the North Carolina Center for the Advancement of Teaching (NCCAT), in Cullowhee, NC. Created and taught three seminars for this statewide center, which rewards exemplary public school teachers with an opportunity to take a weeklong course in the summer on selected topics: "Beethoven" (1992), "Mozart" (1993), and "Opera for People who hate Opera" (1996). |

**COURSES TAUGHT AT UNC-CHAPEL HILL**
**Classroom**
**MUSC286: Music as Culture: The Music of African Americans**. Taught 2010-2014. Created this course, which introduces undergraduates to the cultural threads that permeate the music of African Americans, from its roots in Africa to concert music to present-day hip hop, including such repertories as spirituals, jazz, gospel, and R&B. Created the permanent course MUSC 148: Introduction to Black Music in 2014. Co-taught the course Fall of 2016 with musicologist Chérie Ndaliko.

**MUSC212.002: Johnny Johnson** (Fall 2012). Co-taught with Serena Ebhardt, Director of the Kenan Theatre Company's production of *Johnny Johnson*, with a libretto by Paul Green and

music by Kurt Weill. Prepared an ensemble of fifteen singers, eight of whom were Drama majors; examined the social, historical, musical, and literary contexts of this Depression-era work

**Studio**: MUSC102, 202, 302: Voice Lessons. Intensive one-on-one instruction. UNC-CH students have won numerous state and regional competitions sponsored by the National Association for Teachers of Singing (NATS) and have gained entrance to prestigious graduate programs in performance, including current students attending the University of Michigan (two students), Indiana University, New York University (two students), University of Colorado–Boulder, Longy Conservatory, The University of Tennessee, The University of Kentucky (two students) and the Manhattan School of Music. All but one of these students has received a full scholarship for their studies.

**COURSES TAUGHT PRIOR TO UNC:**
At East Carolina University I taught a full studio of 18 voice students (undergraduate and masters level). I also taught the four course class piano sequence, and piano minors (1990-1992), French diction, and provided guest lectures in courses such as: women in music, art song literature, (taught African American art song) and vocal pedagogy.

In my previous positions at Bowling Green and Eastern Michigan, I taught studio voice, and French diction and music for education majors respectively.

**SELECTED COMPETITIONS**

| | | |
|---|---|---|
| 1995 | Lola Hayes Vocal Competition, NY | First Prize National Winner |
| 1995 | Opera at Florham Competition, NJ | Third Prize National Winner |
| 1995 | YWCA Vocal Competition, NY | Fourth Prize Winner |
| 1994 | Metropolitan Opera Auditions, NY | District Winner |
| 1992 | Bach & Handel Competition, NJ | First Prize National Winner |
| 1991 | Music Guild of Boca Raton Competition, FL | Finalist |
| 1991 | Musica Sacra Bach Competition, NY | Finalist |
| 1990 | Livonia Symphony Young Artist Competition, MI | First Prize National Winner |
| 1990 | Munich International Competition, Germany | Finalist |
| 1989 | Jenny Lind Competition, CT | Finalist |

**SELECTED PERFORMANCES**
**Overview**: Has performed in operas, oratorios, recitals, and as orchestra soloist throughout the United States, Czech Republic, Scotland, Japan, China, Uruguay, Colombia, Cuba, Sweden, the Caribbean, Bermuda, New Zealand, England, and Spain in such halls as Lincoln Center, Merkin Hall and Carnegie Hall (New York), Weill Recital Hall (New York), the Kennedy Center (Washington, DC), the Gran Teatre del Licieu (Barcelona), the Beijing Concert Hall (China), and the Shanghai Opera House (China). These are considered premiere performance spaces in the world. Recent performances include: a performance for Congress and the President in the US Capitol for the Celebration of the 150th ratification of the 13th amendment in December of 2015 covered by CSPAN, and a performance for the US embassy at the Ambassador's residence in Cuba also in December 2015.

Appears in approximately 20 performances annually on concert series and professional conventions in the United States. Has presented recitals, masterclasses, and lectures on traditional repertoire and the music of African American and women composers on college campuses such as Morehouse and Spelman Colleges, Tufts University, the universities of Alabama, Georgia,

Mississippi, Arkansas, Oregon, Wyoming, Northern Iowa, Northern Illinois, Colorado, California (Irvine), Indiana of Pennsylvania, Delta State, Morgan State, Clark Atlanta, George Mason, University of Chicago, Agnes Scott College, Sweet Briar College, Illinois State, Brooklyn College, Queens College, University of Hawaii, Shenandoah, Auburn, Alvernia University, Old Dominion University, Berklee College of Music, MIT, Claflin University, Coker College, Bucknell University, Southeastern Georgia, Emory, Howard University, Jacksonville University, Virginia State University, Pepperdine University, University of Denver, Colorado State, and many universities and colleges in North Carolina, as well as summer festivals such as Chatauqua (New York) and Yachats (Oregon).

**Operatic roles** in full productions with regional companies throughout the United States include contracts with the Baltimore Opera, Opera Carolina, and the Piedmont, Triangle, Roanoke, Opera Onyx, Comic Opera Guide of Ann Arbor, and Long Leaf Opera Companies. These roles include the Queen of the Night (Mozart, *The Magic Flute*; Clara (Gershwin, *Porgy and Bess*; Adina (Donizetti, The Elixir of Love), Silvia (Haydn, *L'isola disabitata*), Elisa (Mozart, *Il Re Pastore*), Mary (Still, *Highway One USA*), Maria (Feigin, *Twelfth Night*) [world premiere], Mrs. Clancy (Hoiby, *The Italian Lesson*), Donna Anna (Mozart, *Don Giovanni*), Luyala (Banfield, *Luyala*)[world premiere], the Countess (Mozart, *Le Nozze di Figaro*), and Goldentrill (Mozart, *The Impresario*).

**Orchestral appearances** include the Norrköping Symphony (Sweden), Vaxjo Symphony (Sweden), the Manhattan Chamber Orchestra (NYC), the Chicago Sinfonietta, the Czech National Symphony (Prague), Malmö Symphony Orchestra, (Sweden), Tokyo City Orchestra (Japan), The Montevideo Philharmonic (Uruguay), the Scotland Festival Orchestra (Aberdeen, Scotland), the Honolulu, Illinois, Bermuda, Petersburg, Fayetteville, Fairfield, Toledo, Canton, North Carolina, Eugene, Fort Collins, Charlotte, Lafayette (IL), Western Piedmont, Erie Chamber (PA), and Raleigh Chamber Symphony Orchestras, the Bach Aria Group (DC), the Phoenix Bach Consort (AZ), and the Washington DC Bach Consort with conductors such as Paul Freeman, Richard Aulden Clark, Justin Brown, James Meena, Danail Rachev, Vladimir Ashkenazy, John Gordon Ross, Michael Griffith, and Gerhardt Zimmermann.

**World premieres** include more than 50 compositions written expressly for my voice by American composers such as T.J. Anderson, Adolphus Hailstork, Alvin Singleton, Ed Jacobs, Mark Taggart, marc farris, Mark Richardson, Gary Smart, Bill Banfield, Julius Williams, Roland Carter, Janice Mitchell Misurell, Leroy Jenkins, Dwight Andrews, Donal Fox, David Baker, Undine Moore, Richard Thompson, Olly Wilson, Trevor Weston, and Joel Feigin. Some of these works were commissioned by me, by arts organizations or by composers who were inspired by my voice to write works for me. These composers represent some of the most important American composers of our time. Olly Wilson and TJ Anderson were spokesmen for black composers and wrote eloquently about the black arts movement. Undine Moore was nominated for a Pulitzer Prize for composition (one of the first women to receive this distinction). Adolphus Hailstork and Alvin Singleton are prize-winning symphonic composers who have had works performed by our most important orchestras such as New York Philharmonic, Detroit Symphony and Baltimore Symphony.

**Touring performances**. Toured in *Gershwin by Request* with baritone Ben Matthews and pianist Leon Bates in the early 1992-1994, then in *A Gershwin Party* with Leon Bates, piano and William Brown, tenor from 1994-2004. The trio appeared on the Minnesota Pops Cabaret Concert Series in Orchestra Hall, Braden Auditorium Artists Series in Illinois, Coral Gables Concert Series in Miami, Spivey Hall Concert Series in Atlanta, and NPR's *Performance Today* broadcast. Toured New Zealand and the U.S. in 2001-02 as a member of the group **Triptych**

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 17 of 26

(Louise Toppin, soprano, Selma Gokcen, cello, Fritz Gearhart, violin and Donna Coleman, piano). Has appeared at various times since 2005 in *Gershwin on Broadway* with Leon Bates (piano) and other singers such as Cedric Cannon, LaRose Saxon and Robert Mack. Now in its tenth year, the show played December 2014 in the Hudson Theater, (Broadway), with Robert Sims, baritone and Leon Bates, piano.

## PUBLICATIONS

"Maintaining a Healthy Singing Voice" in the book *Issues in Black Church Music* edited by Dr. Emmett Price and Dr. Raymond Wise. Forthcoming with GIA press, 2017.

*Bonds Rediscovered*, a collection of previously unpublished songs by African American composer Margaret Bonds (1913-72). Under review with E. B. Marks Publishing Company, expected release 2018.

"Kathleen Battle." *Encyclopedia of African-American Culture & History*. 2nd ed. 6 vols. Ed. Colin A. Palmer. Detroit: Macmillan Reference, 2006.

"The Effects of Preventive Vocal Hygiene Education on the Vocal Hygiene Habits and Perceptual Vocal Characteristics of Training Singers." Co-authored with Pamela L. Broaddus-Lawrence, Kathleen Treole, Robert B. McCabe, Rose L. Allen. *The Journal of Voice* 14 (2000): 58-71.

"Grace Bumbry," "Hilda Harris," "Dorothy Maynor," "Robert McFerrin, Sr.," "George Shirley," and "Shirley Verrett." *Encyclopedia of African-American Culture and History*. 5 vols. Ed. Jack Salzman, David Lionel Smith, Cornel West. New York: Macmillan Library Reference, 1996.

Editor and publisher, *Song of the Seasons*, a song cycle for soprano, cello, and piano, by Valerie Capers. Durham, NC: Videmus, 2003.

Editor, William Grant Still's *Rhapsody*, for soprano, string quartet and piano. Flagstaff, AZ: William Grant Still Music, 1996.

In progress: *Art Songs of African Americans*, co-authored with Professor Uzee Brown, Chair of the Music Department at Moorehouse College. A monograph that will offer for the first time a historical survey of the repertoire. We are currently collecting interviews and plan to finish writing by Summer 2017.

In progress: A Bibliographic record of African American art song. We have created an annotated bibliographic database of close to 3,000 entries that will be available in print and a modified version will be available via a dedicated website. The website is currently under construction and the database entries and annotations are being wrapped up. The database will be online and the book under review by summer 2017.

In progress: *Singing in Catalan*, co-authored with Professor Mac McClure, Director of the National Conservatory, Bogota, Colombia. A monograph aimed at English-language singers on singing in Catalan, a language with a rich but in English-speaking lands largely unexplored tradition of art song.

8

**CONFERENCES and FESTIVALS ORGANIZED**

2016    Composers of Color Collective (CCC) a two-day conference of panels, presentations and concert to explore the work of living African American composers.  Included the taping of a broadcast interview by Mark Anthony Neal of Duke University.  Participants included musicologists, composers, and performers.

2013    "The Process Series," an eleven-day event with eleven composers, several artists, and poets in residence at UNC-CH to talk about the process of creating new works to the poetry of African Americans, with performances by Louise Toppin and Marquita Lister. Performance of the final works was held in September 2014.

2013    "Margaret Bonds at 100," a two-day series of panels, presentations, and concerts to celebrate the centennial of the African American composer Margaret Bonds. The festival included an interview for NPR's *All Things Considered* with host Celeste Headlee.

2011-   The George Shirley African American Art Song and Opera Vocal Competition for High School. This competition, for students from Detroit, MI, is part of the Detroit Spiritual Festival and has been held annually since 2011 expanding in 2013 to include a collegiate division. The competition awards approximately $15,000 in prizes annually.

2012    "Festival on the Hill: Videmus@25: Reflecting on the Past, Reaching Toward the Future." This five-day festival featured 29 lectures, masterclasses, panels, and concerts.  It included 88 guest presenters from around the globe and was designed to engage the UNC-CH community and members of the Triangle.


**CONFERENCE PRESENTATIONS**
**Lectures**
2016    "Songs of Protest" Lyrica Dialogues, Harvard University, December.

2014    "African American Women Composers." The Color of Music Festival, Charleston, SC

2013    "Focus on African American Art Song." National Association of Negro Musicians Annual Convention, Nashville, TN

2012    "Concert Composers of the African Diaspora." Heritage Music Festival, Atlanta, GA

2011    "*Carmen* from the Singer's Perspective." Program in the Humanities, Chapel Hill, NC

2011    "Slavery Themes in Opera." Association for the Study of African American Life and History, National Conference, Richmond, VA.

2010    "American Vernacular Vocal Styles." Pamlico Lecture Series, Oriental, NC

2009    "African American Art Composers." American Cultural Association Annual Convention, Atlanta, GA

1990-2009 Earlier presentations include such conferences as the Center for Black Music Research, the National Association of Teachers of Singing (NC and PA Chapters), the Burleigh Conference, the National Association of Negro Musicians, National

Association of Teachers of Singing (NC & PA Chapters), the National Association of Negro Musicians, the National Association for the Study and Performance of African American Music, and the William Grant Still Conference.

**Lecture-Recitals**

2016    "Decolonizing the African Diaspora". Lecture/demonstration with composer Joyce Moorman, San Juan, Puerto Rico.

2016    "Songs of Protest in the concert tradition" Lecture/recital for the opening of the Smithsonian's African American History Museum.  September 24th.

2016    "Songs of Protest and social consciousness" Lecture for MUSC 120 (gateway music course with 130 students). September

2016    "Songs of Protest" Lecture/recital for Chatauqua Institute's African American House in August.

2016    "Songs of Protest" Lecture/recital for Legislative Arts Day in Raleigh, NC  (May)

2013    African American art song performances as a part of a week-long cultural exchange in Havana, Cuba

2013    African American Music (with additional masterclass) for North Carolina statewide NATS Convention, UNC-Greensboro

2012    "Adolphus Hailstork and T. J. Anderson," national conference of the Society of American Music at UNC-Charlotte

**BROADCASTS**

Recitals and interviews have been broadcast internationally on the Voice of America and locally on WBSX (cable-tv MI), WTEB (NC), WUOM (MI, Willis Patterson's show *The Music of African-Americans*), WMOC (SC), WCVE (VA), KPFK-FM 90 (Hollywood, CA, hosted by John Paton) and WFMT (Chicago).

**GRANTS**

**For ECU, UNC or Videmus**

- Awarded $2,000 from Performing Arts Special Activities Fund for the "Bonds at 100" symposium, 2013, with in-kind contributions from UNC-CH and NCCU.

- Awarded the following for the Videmus@25 festival March 21-25, 2012: Center for the American South ($5,000), private donors ($10,000), Music Department ($2,000), Wells Fargo Bank ($2,000), Institute for African American Research ($2,000) Office of Diversity ($1,500), Office of the Dean ($800), History Department ($500), with additional in-kind contributions from the Carolina Performing Arts.

- Awarded Special Events funding ($1000) for guest Uzee Brown residency on spirituals at ECU.  Awarded an additional ($1,200) from Co-Curricular Programs at ECU (2008).

- Awarded Special Events grant ($5,000) for guest Victoria Livengood residency at ECU (2007).

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 20 of 26

- Wrote grants (Minority Initiatives, Special Events and Student Forum funding) on behalf of the Vocal Studies Department (which were awarded to bring in African American guest artists George Shirley, William Warfield, Hilda Harris, Michelle Hammond, Sylvia Olden Lee, William Brown, Robert Honeysucker, T. J. Anderson, Darryl Taylor, Ray Wade and Rachel Williams) totaling $12,150 in departmental grants to ECU (1990-2010).

- Wrote grants on behalf of Videmus, and in 1999 & 2000, was awarded $5,000 in 1999 from the University of Michigan, and was awarded 3 North Carolina Arts Council Grants ($13,000) for Management/Technical Assistance; and three concert program grants (approx. $8,000), a $20,000 grant from the Aaron Copland Foundation and a $10,000 grant from the National Endowment for the Arts to record the William Grant Still opera *Highway One USA*.

- Awarded a Pitt County grant of $1,500 to present programs of African American music to all Pitt County middle schools (1998).

- Wrote grants on behalf of Videmus to provide renowned clinicians free to East Carolina University that included such artists as: Joseph Joubert (Three Mo' Tenors), Daniel Washington (Associated Dean, University of Michigan), Cedric Dent (Take 6), Nnenna Freelon, Andrea Lawson (NC Arts Performing arts director), Josh Hood (Charlotte Symphony), Roland Carter, Mark Walters, Mac McClure, Barbara Caprilli (ASOP opera studio), Rita Noel, Rachel Williams, Nancy Walker, Judith Still, Ethel Ennis, and Earl Coleman.

**For Personal Development**
- Awarded several ECU grants including Vice Chancellor's Award for research and Summer Teaching Stipend for the recording project "Ah Love but a Day" (1994) ($7,000)

- Awarded Special Vice Chancellor's faculty development grant to attend the Britten Pears School in Aldeburgh, England and study with Elly Ameling (1995) ($2,000)

**RECORDINGS**
These commercial recordings are sold in music stores (Tower Records in NYC), Amazon, Itunes, Spotify, and all commercial music distributors world-wide. They have been favorably reviewed in periodicals such as Fanfare Magazine, American Record Guide, NATS Journal and newspapers. They have been selected for radio shows on American music such as Thomas Hampson's *Song of America Series* on NY radio, which was broadcast world-wide, and many other public radio stations throughout the US.

**Performer**
*Extensions of the Tradition*. (Debut CD of The Music of William Banfield), with premiere recording of *Psalms* written for LT by Banfield. One of several groups on the recording. November 1996 (Innova Records).

*Songs of Illumination* (Contemporary African American Composers) 1998 (Centaur Records). Solo CD (sang all of the works on this 60+ minute CD with piano accompaniment)

*Paul Freeman Speaks… Vol. II*. Featured soloist on Griffes' *Three Poems of Fiona MacCleod* with the Czech National Symphony. January 1999 (Albany Records).

*More Still* (Music of William Grant Still). Featured soloist sang on one-third of the works on the recording; recorded with Robert Honeysucker baritone, Ruth Hamilton, contralto and Vivian Taylor, piano, July 1999 (Cambria Records).

*Paul Freeman Speaks…Vol. IV*. Soloist on René Staar's *Requiem*. Czech National Symphony. November, 1999 (Albany Records).

*Calvary* (African American Music with String Quartet). Featured soloist with the Coleridge Taylor String Quartet and in David Baker's song cycle and the spiritual *Calvary*. 2001 (Videmus Records).

*Highway One USA* (Opera by William Grant Still). Featured soloist singing the leading role of "Mary." Vocal Essence Chorus and the St. Olaf Orchestra, Philip Brunelle, conductor. March 2005 (Albany Records).

*The Major's Letter* (Songs of Gary Smart*)*. Featured soloist on two song cycles. September 2005 (Albany Records).

*Witness* (Spirituals of David Baker and Hale Smith). Featured soloist. Czech National Symphony. Paul Freeman, conductor. September 2006 (Albany Records).

*Poetry Prelude* (Music of Richard Thompson) Featured soloist on one-third of works. With Darryl Taylor, tenor, and Richard Thompson, piano. March 2006 (Albany Records).

*Good News* (Music of African American Composers). Featured soloist on one-third of works. Fall 2008 (Videmus Records).

*Somewhere Far Away* (The Music of Julius Williams). Featured soloist for the cantata *A Journey to Freedom Honor and Glory*. Dvorak Symphony Orchestra, Julius Williams, conductor. 2009 (Albany Records).

*Heart on the Wall* (Song Cycles for Soprano and Orchestra). Solo CD singing 60+ minutes of the recording with orchestra. Prague Radio Symphony, Julius Williams, conductor. Fall 2011 (Albany Records).

*George Shirley*: *My Time Has Come* (Spirituals). Featured pianist. December 2014 (Videmus Records). Non-commercial release.

*La saison des fleurs*: *Music for Soprano and Fortepiano from the 18th and 19th centuries*. Solo CD singing all 70 minutes of the CD with fortepianos. This recording is a premiere recording for most of the works by Mozart, Beethoven, Kreutzer, Fanny Hensel, Himmel, Schubert and Linley. For release Spring 2017 (Albany Records).

Forthcoming:  *Songs of Adolphus Hailstork* (two CD set of the composers works including "Who is Sylvia" which was written for me). We are recording the music this year and will begin editing in the summer of 2017.  Release Spring 2018 (Albany Records)

Forthcoming: Recording of African American duets and art songs with countertenor Darryl Taylor.  We are recording this beginning summer 2017.  The project should be released Fall of 2018.

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 22 of 26

Forthcoming: Recording of songs by T. J. Anderson. Project initiated by John MacDonald, Professor of Composition and Piano at Tufts University. This is a CD to accompany a biography of the composer T.J. Anderson. We are recording this winter 2016. The book and CD will be released in the spring of 2018.


**Performer for Recordings of Published Scores**
Hired to record the CDs to accompany the following published scores:
*The Hall Johnson Collection* (Songs and Spirituals of Hall Johnson). New York: Carl Fischer, 2004 Carl Fischer.

*Second Anthology of Art Songs by African American Composers*. Ann Arbor, MI: Willis Patterson Publishing, 2003.

*The New Negro Spiritual*. Ann Arbor, MI: Willis Patterson Publishing, 2003.


**Performer and Executive Producer**
*Fare Ye Well* (Music of African American composers). August 1999 (Videmus Records).

*Ah love but a day* (Music of American and African American Women). Soloist on two-thirds of works, with Jay Pierson, baritone and John O'Brien, piano. February 2000 (Albany Records).

*Sence You Went Away* (Music of Contemporary African American Composers). May 2000 (Albany Records)

*He'll Bring it to Pass* (Songs and spirituals of Hall Johnson). Solo CD, with Joseph Joubert, piano. 2006 (Albany Records).

**Session Producer**
Koch International: *The Music of Quincy Porter*. Fritz Gearhart, violin and John Owings, piano (1998).

Albany Records: *Shades of Blue* (Orchestral Music of African American Composers), Prague Radio and Washington Symphonies, Julius Williams, conductor (2001); *Love Rejoices* (Music of Leslie Adams), Darryl Taylor, tenor, and Robin Guy, piano (2001).

**Executive Producer** for the following Videmus/Albany CDs, 2001-14: *Fields of Wonder*; *Soulscapes*; *Journeys: Sixteen* Songs; Adams *Twelve Etudes for Piano, Part I*; *4th Annual Texaco/Sphinx Finals Concert Live!*; *Love Rejoices*; and Adams, *Piano Etudes, Part II*.

**PROFESSIONAL MEMBERSHIPS**
National Association of Teachers of Singing
National Academy of Recording Arts & Sciences, Inc. (voting member)
American Cultural Association
Association for the Study of African American Life and History
College Music Society
National Association of Negro Musicians
Sigma Alpha Iota Music Fraternity
Phi Kappa Lambda

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 23 of 26

**REPRESENTATION**

Joanne Rile Artists Management, Jenkintown, PA (Represented by this agency for 20 years for operas, concerts and orchestra appearances throughout the world).

Case 1:14-cv-00954-LCB-JLW   Document 162-20   Filed 01/18/19   Page 24 of 26

**Exhibit 2 to Toppin Declaration**

