# EXHIBIT 114

# Declaration of Richard Vinroot

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

                Defendants.

## DECLARATION OF RICHARD VINROOT

## DECLARATION OF RICHARD VINROOT

I, Richard Vinroot, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Background

1. I am an attorney in Charlotte, North Carolina, and from 1991 to 1995, I served as Mayor of the City of Charlotte. I ran for Governor of North Carolina in 1996, 2000, and 2004, securing the Republican nomination in 2000.

2. I attended The University of North Carolina at Chapel Hill ("UNC-CH") on a Morehead Scholarship, and I was a member of the UNC-CH men's basketball team under Coach Dean Smith. I received my Bachelor's degree in 1963 and my Juris Doctorate from the University of North Carolina School of Law in 1966.

3. I met my wife at UNC-CH, and she graduated in 1965. All three of our children graduated from UNC-CH as well.

### Experiences with Diversity

4. I attended a segregated public high school. I went to UNC-CH in the 1960s when there were only three or four African-American students in my class. I did not know them personally at the time, but I have gotten to know them over the years. They have all added great value to my life, and I wish I had known them when I was a student.

5. My first experience with diversity was during my time in the United States Army. I was thrown in with kids from a variety of backgrounds during the draft era in Vietnam. I also served as a scout master to a Black Boy Scout troop for seven years.

1

6. I had dinner with Martin Luther King, Jr. as a young student at UNC-CH. It was eye-opening to hear him talk about what he encountered as a young minister in Alabama. Because of that experience, I began to pay more attention to developing my own sensitivities and to experiencing diverse friendships—something I had largely ignored during my time at UNC-CH up until that point.

7. Many of my peers have overcome the lack of diversity—as I hope I have—but some reflect that lack of diversity and sensitivity. I do not know of anyone in my kids' generation who does not have a broader and better view of the world in which they live than people of my generation, simply because of their broader experiences.

### Children's Experiences

8. My experiences with diversity were limited early in my life, and I believe this made a difference in my upbringing. My children were exposed to diverse individuals from kindergarten on, and I believe they have had broader and better experiences as a result.

9. Throughout their schooling, my kids attended school with and visited the homes of kids with wholly different experiences. They knew much more than I ever did or will know just by hearing, seeing, and living with diverse individuals. Before attending UNC-CH, one of my daughters went to high school in West Charlotte and the other went to high school in New England.

10. My son is an emergency medicine doctor in a large Cleveland Clinic hospital in Abu Dhabi. Before going to Abu Dhabi, he worked in a large, public hospital

2

in New Orleans, Louisiana. He also spent a year as part of Doctors without Borders in Nairobi, Kenya, and he served in the military in the Middle East.

11. I visited my son recently in Abu Dhabi. Abu Dhabi is a large, modern place with two or three million people from all over the world. We went into the desert, and I watched and admired my son's interactions with so many people from so many places. It was interesting to see how natural and easy it was for him. I spoke to him on our way back and noted that I could not have interacted so naturally with so many others at his age. Part of that comes from being a doctor in a large hospital, but a lot of it came from UNC-CH.

12. My son was exposed to diverse classmates throughout his education, including at UNC-CH. He started going to Africa during his sophomore year at UNC-CH to work in the summer, and many of his friends did too. They acquired a cultural experience and are better able to live in the world as a result.

13. It is a more normal and natural experience not going to a school where every student is from the Eastover neighborhood in Charlotte. I cannot imagine wanting to stay on that same track and thinking that I am better for that and prepared to live in a multicultural world. We need to do things to embrace experiences with diversity.

### Importance of Diversity

14. Without diversity, UNC-CH would create warped graduates who are technically sound but lack the humanity we brag about at UNC-CH. We are a university "of the people and for the people." We would not be true to our mission without diversity of all kinds, in my opinion.

3

Case 1:14-cv-00954-LCB-JLW   Document 162-21   Filed 01/18/19   Page 5 of 7

15. There was a riot in Charlotte in September 2016 following the shooting of a Black man by a police officer. The whole community, particularly the community in which this occurred, was in an uproar for several days and it was well-publicized. On one side of town, people see a police officer and hide because they are fearful. On the other side of town, where I grew up, children smile and wave at police officers. These starkly different reactions may explain what caused the riot. On the first side of town, the police officer was seen as the enemy who killed one of their own. On the other side of town, people could not understand why anyone would be angry that an officer was protecting himself from an enemy. This happens over and over again—two people see the same events and understand them completely differently. It is similar to the Black Lives Matter versus All Lives Matter movements. People resent each of those phrases depending on the side they are on. To bridge those divides, we have to better understand each other and that requires interaction and dialogue.

16. In the world today, I can talk with people halfway around the continent. We deal with so many things that are not limited to a small community. How can it not be a value to know those other people's experiences? So many people have such different views of America. How can someone minister to people all over the world unless he or she has spoken with and talked with those people, and learned something about their life experiences?

17. If there were diminished racial and ethnic diversity at UNC-CH, UNC-CH would not be true to the mission of serving all of North Carolina. UNC-CH graduates

4

also would not be as enlightened when they come out of UNC-CH. To serve the diverse world, diverse experiences are critical.

18. I have always felt better about UNC-CH as a place that believes in the value of diversity. I love walking across campus and seeing kids from so many different walks of life. I hope the University will keep cultivating this diversity.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on: Jan 29, 2017

Richard Vinroot