# EXHIBIT 118

# Educational Benefits of Diversity Working Group Meeting Minutes – December 20, 2017 (UNC0388702)

Educational Benefits of Diversity Working Group
Meeting Minutes
Wed Dec 20, 2017 7:30-9AM
South Building Room 104

| Working Group Members: | Bob Blouin |
| --- | --- |
| | Jean Elia |
| | Lynn Williford |
| | Steve Keadey |
| | Abigail Panter |
| | Debbi Clarke |
| | Rumay Alexander (did not attend) |
| Advisors: | Steve Farmer |
| | Kara Simmons |
| Guests: | None |

Bob Blouin convened the meeting at 7:30AM with introductory remarks about the purpose of the Educational Benefits of Diversity Working Group. Specifically, the group discussed the fact that it's existence reflects the value Carolina places on those benefits, and the need to further the University's efforts to continuously measure the achievement of these educational benefits.

The group discussed metrics, both quantitative and qualitative, as well as best practices regarding how we approach ongoing and constant measurement of the educational benefits of diversity as an institutional value metric. Group members discussed the following questions:

- What components do we focus on?
- What data do we already have? What data do we need?
- How best do we collect these data?
- How do we better routinize/institutionalize this process?

The group then discussed the stated educational benefits of diversity and inclusion as outlined and articulated in "Carolina's Commitment to Diversity and Inclusion" (report submitted to the Chancellor, May 2017; full report in addendum to these notes). These educational benefits include:

- Promoting the robust exchange of ideas
- Broadening and refining understanding.
- Fostering innovation and problem-solving.
- Preparing engaged and productive citizens and leaders.
- Enhancing appreciation, respect, and empathy.

The group discussed the importance of further institutionalizing and maintaining a straightforward, high-level, and consistent approach to measuring and assessing the educational benefits of diversity:

1. Establish a home for assessing the educational benefits of diversity and inclusion;

UNC0388702

2. Establish and execute a plan for assessing what we think is important, and make changes based on what we learn;
3. Routinize communication around what we have assessed, what we have learned, and what changes we are making (up and out);
4. Formal documentation of 1-3
5. Contribute and become a known leader in Educational Benefits of Diversity and Inclusion scholarship
6. Establish baseline measures for student experiences throughout their academic life cycle, well before and well after the student attends UNC (as early as 14-16 yrs old>>applicants>>current students>>alumni)

The group agreed that the Office of Institutional Research and Assessment has a keen interest in seeing a total quality improvement (TQI) cycle of assessment and improvement: what is the role of documenting results in terms of showing what we are doing, what we have learned about what we are doing, and what changes we make based on what we have learned?

The group discussed application of a TQI model to assessment related to deliberate action:
1. Assess educational benefits of diversity
2. Apply lessons learned
3. Continuous improvement

The group also discussed educational benefits of diversity assessment documentation and its many benefits:
- Facilitates accreditation process
- Provides a baseline measure for what students will experience during their time at UNC – deliberate approach to student success
- Weaves the work of diversity and inclusion more centrally into the fabric of the University and our core, institutional value metrics

The group then discussed various research approaches:

- Quantitative models with learning outcomes as the dependent variable
- Qualitative approaches that provide a rich context around what the data are telling us

UNC0388703

The group then discussed the need to codify and execute a plan for assessing the University's efforts to achieve the educational benefits of diversity (see above, May 2017 report), and commit to make changes based on what we learn;

As such the group discussed an assessment framework for measuring the educational benefits of diversity and inclusion:

Outcome >> Assessment >>Measurement>>Improvement/Change>>Process>>Outcome

The group agreed that the May 2017 report submitted to the Chancellor provides structure, domains as measurable outcomes:

1. Promoting the robust exchange of ideas
2. Broadening and refining understanding
3. Fostering innovation and problem-solving
4. Preparing engaged and productive citizens and leaders
5. Enhancing appreciation, respect, and empathy

And the group agreed that, at least initially, these are some of the educational outcomes of diversity that we seek to measure and assess.

Bob Blouin reminded the group of the University's mission. He reiterated that diversity and inclusion are integral to the successful implementation of our strategy for success.

The meeting adjourned at 9:00AM.

UNC0388704