# EXHIBIT 119

# Educational Benefits of Diversity and Inclusion Working Group Meeting Minutes - June 22, 2018 (UNC0389268)

Educational Benefits of Diversity and Inclusion Working Group
Meeting Minutes
Friday June 22, 2018 9-10:30AM
South Building Room 104

| Working Group Members: | Bob Blouin |
| --- | --- |
| | Joe Canady |
| | Jean Elia |
| | Lynn Williford |
| | Steve Farmer |
| | Abigail Panter |
| | Debbi Clarke |
| | Felicia Washington (did not attend) |
| | Rumay Alexander |
| Advisors: | Steve Keadey |
| | Kara Simmons |
| Guests: | None |

Bob Blouin convened the meeting at 9AM and welcomed everyone.

The group considered the *draft* Educational Benefits of Diversity and Inclusion Working Group Status Report January – June 2018 (see **Addendum 1**), which will provide an overview of the Working Group's activities from December 2017 to May 2018.

The group discussed the various assessment instruments described in the report and the need to continuously test them for validity, reliability, and potential bias.

The report will be submitted to the Chancellor, and also will be submitted for review and consideration from UNC-CH's Diversity and Inclusion Executive Advisory Council.

The group discussed making our work publicly available, perhaps via the Provost's website.

The group then discussed the Educational Benefits of Diversity and Inclusion Assessment Schedule (see **Addendum 2**). The Assessment Schedule is built upon student life cycle phases: outreach and recruitment programs, admissions, orientation, matriculation and student life, curriculum and instruction, graduation, and alumni. Assessment is an iterative process; it requires persistent effort and evaluation.

The Assessment Schedule is based on factors that promote and support students in realizing the educational benefits of diversity and inclusion. These factors include institutional conditions (e.g., policies and practices, as well as programs and initiatives), and as student perceptions and psychological factors (perceptions of the climate, sense of belonging, etc.)

We have multiple sources of data for assessments and we used multiple methods (e.g., quantitative, qualitative, etc.)

UNC0389268

The group discussed the results from the spring 2018 D+I Liaison Survey (see **Addendum 3**). OIRA would like to incorporate this survey with University administrative units' annual outcomes assessment reports, which are due each year in November. The group discussed a desire to better centralize the collection of these data and agreed that this would be a good idea.

The group would like to discuss in the next EBD Working Group meeting, July 11, 2018 2-3:30PM South Building 104:
1. Outward facing communications around EBD
2. Budget considerations and requests for EBD assessment efforts
3. Diversity and Inclusion required metrics to reflect School and Unit responsibilities for EBD as realized in the student body, the faculty, and School/Unit leadership

The meeting adjourned at 10:30AM.

**06-22-18 Addenda:**
**Addendum 1** EBD Status Report
**Addendum 2** EBD Assessment Plan
**Addendum 3** May 2018 D+I Liaison Survey results summary documents