# EXHIBIT 120

# Educational Benefits of Diversity and Inclusion Working Group Meeting Minutes – July 11, 2018 (UNC0389271)

Educational Benefits of Diversity and Inclusion Working Group
Meeting Minutes
Wednesday July 11, 2018 2-3:30PM
South Building Room 104

| Working Group Members: | Bob Blouin<br>Joe Canady<br>Jean Elia<br>Lynn Williford<br>Steve Farmer<br>Abigail Panter<br>Debbi Clarke<br>Felicia Washington<br>Rumay Alexander |
|---|---|
| Advisors: | Tania Ruiz De Luzuriaga<br>Steve Keadey (did not attend)<br>Michael McFarland (did not attend)<br>Kara Simmons (did not attend) |
| Guests: | None |

Bob Blouin convened the meeting at 2PM and welcomed everyone.

The group discussed the EBD Working Group status report December 2017-June 2018 (Addendum 1) that was submitted last month to the Chancellor.

Bob mentioned a point of clarification that needs to be corrected in the report that the EBD Working Group is charged by and provides reports to the Chancellor. Debbi Clarke will make that correction in the Working Group's documentation going forward:

*Overview (correction to page 2 of June 2018 Status Report)*

*In December 2017, Chancellor Carol Folt charged the Educational Benefits of Diversity and Inclusion Working Group (the EBD Working Group) to coordinate and enhance the assessment of the University's ongoing efforts to realize the educational benefits of diversity and inclusion for its undergraduate students. Provost Robert Blouin convened the EBD Working Group's first meeting on December 20, 2017.*

The group considered and adopted the minutes from our last meeting, June 22, 2018. Lynn Williford will share the handout from the June 22 meeting regarding the Diversity and Inclusion Liaison survey from April 2018.

The group discussed outward facing communications around EBD and welcomed Tania Ruiz De Luzuriaga from the Office of University Communications, who will be working with this working group, and also will be working with the Chancellor's Office on campus communications and reporting on diversity and inclusion. Tania came to UNC after working for eight years in Communications at Harvard University where she worked on the Presidential Task Force on Diversity and Belonging (https://inclusionandbelongingtaskforce.harvard.edu/) and also

UNC0389271

worked with the Senior Vice Provost on Faculty Development and Diversity. The Harvard Task force was a 60-person university wide task force that met monthly and made recommendations on how Harvard embraces inclusion and a sense of belonging among all members of the university. Anecdotally, the group found that engagement with students was very high, but engagement with staff was not as deep. The task force's recommendations are in their final report https://inclusionandbelongingtaskforce.harvard.edu/files/inclusion/files/harvard_inclusion_belonging_task_force_final_report_full_web_180327.pdf.

The group discussed the scholarship surrounding admissions practices. Steve Farmer noted that UNC-Chapel Hill has had a PhD position in the Undergraduate Admissions office for twenty years, specifically assigned to assessment and measurement.

The Provost emphasized the value and importance of the institutionalized practice of measuring the implications of educational outcomes, particularly the educational benefits of diversity and inclusion. This is who we are; we believe we are systematically studying these outcomes to demonstrate their impact on the education of our students. How best do we institutionalize at Carolina the very things that we, the EBD Working Group, are measuring and assessing? This will be a necessary goal for the Working Group going forward and the group decided that we need to explore this further; provision of the educational benefits of diversity but also look at our end-to-end engagement with our students well before they arrive at Carolina.

The group discussed schools who've chosen to make College Board testing optional:
- University of Chicago (low income < 8%)
- Wake Forest University (https://muse.jhu.edu/article/502335/pdf)
- Mount Holyoke

The group also discussed what media do we use to tell our story? The group looked at the Harvard Gazette as an example (https://news.harvard.edu/gazette/story/2018/03/harvard-issues-task-force-report-on-inclusion-belonging/).

Lynn Williford provided to the group a *draft* Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity and Inclusion (**Addendum 2**). Lynn also shared that she has been meeting and coordinating with the Diversity and Inclusion Liaisons.

The group discussed an idea that the OIRA will provide a toolkit and training for the Diversity and Inclusion liaisons to better assess the provision of educational benefits of diversity and inclusion in their respective units. The training will include what to do with the data and findings that they collect. The group also discussed the need to set goals and encourage units to innovate based on the outcomes that they measure; to celebrate failure. The Provost provided an example at the Eshelman Institute and their investment failure tolerance at 40-60% because we learn as much from our failures as we do our successes. We shouldn't only share good news; we should encourage risk taking and learn from our mistakes.

The group discussed that the D+I Liaison survey should be ongoing, and will be included and incorporated in the annual University Outcomes Report as required data to be included.

The group also discussed creating a curated list of the University's assessment efforts around educational benefits of diversity and inclusion. We want our community (both internal and external) to see our efforts and understand our deep commitment to the provision of the educational benefits of diversity and inclusion. How do we find a better way to share internal communications, and how do we push out information? Perhaps re-think the University Gazette with specifically written and curated news stories, and editorial calendar of what information we plan to push out, and to what audiences. We need to create and deliver a continuous drumbeat of information. The group also should consider the implementation of a campus symposium where EBD assessment and research can be shared.

In our next meeting (Monday August 20, 2018 4-5:30PM South Building 104) the group would like to discuss
1. Budget considerations and requests for EBD assessment efforts going forward
2. Diversity and inclusion required metrics to reflect School and Unit responsibilities for EBD as realized in the student body, the faculty, and School/Unit leadership.

The meeting adjourned at 3:30PM.

**Meeting addenda:**
- **Addendum 1**
  May 2018 D+I Liaison Survey results summary
- **Addendum 2**
  EBD Working Group Status Report December 2017-June 2018
- **Addendum 3**
  DRAFT Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity and Inclusion

UNC0389273