# EXHIBIT 121

# Educational Benefits of Diversity and Inclusion Working Group
# Meeting Minutes – August 20, 2018 (UNC0389062)

Educational Benefits of Diversity and Inclusion Working Group
Meeting Minutes
Monday August 20, 2018 4-6:30PM
South Building Room 104

| Working Group Members: | Bob Blouin<br>Joe Canady<br>Jean Elia<br>Lynn Williford<br>Steve Farmer<br>Abigail Panter<br>Debbi Clarke<br>Felicia Washington<br>Rumay Alexander (did not attend) |
|---|---|
| Advisors: | Tania Ruiz De Luzuriaga<br>Steve Keadey<br>Michael McFarland<br>Kara Simmons |
| Guests: | None |

Bob Blouin convened the meeting at 4PM and welcomed everyone.

Agenda

- Consider and adopt minutes from our last meeting, July 11, 2018 (please see attached mtg minutes and addendum)
- Update on lawsuit (Kara & Steve)
- Update on EBD Assessment Plan and budget considerations for EBD assessment efforts (Lynn & Abigail)
- Diversity and Inclusion required metrics tied to the strategic plan and reporting requirements (Bob & Lynn)

The Group discussed the July 11, 2018 meeting minutes. There were comments about the conversation that we had around encouraging risk taking and learning from successes as well as mistakes. The minutes were updated accordingly.

The group discussed assessment plans for EBD. A longitudinal study is planned to follow cohorts of students. In collaboration with Educational Testing Service (ETS), the study will include measures of critical thinking and career development. We want to build an aspect to data collection that speaks to what students want to see in their Carolina experience, what are their expectations, and how these expectations are being realized.

Our assessment efforts will ask and seek to answer questions about how our curriculum is operating for all of our students.

Multiple methods of assessment will be used:

- Longitudinal study (last one was 2006-10, the first cohort of students under redesigned curriculum) of cohort (N=500) students entering fall 2018
- Enrollment demographics analysis for fall 2018 (using indices of compositional diversity, seeks to look at isolation and asks if there's a correlation between academic performance; Steve Farmer recommended that we connect our Connect Carolina data to the Common App where nation of origin is self-reported.
- Classroom demographics analysis for 2017-18
- Content analysis of admission recruitment and orientation material
- Completion of course evaluation item psychometric analysis fall 2017, fall 2018 (collaborating with expert at UCLA on modeling this analysis).
- Completion of Sense of Belonging Analysis from 2017-18
- SERU undergraduate survey, includes comparative data from other schools in the consortium. Given to all Carolina undergraduates every other spring. Next iteration is spring 2019 will include development of custom EBD items for spring 2019.
- Subcommittee of Race Neutral Admissions has used various constructs related to belonging, engagement. Looking at these with existing Housing survey.
- Graduating Senior Exit Survey
    - Want this to become a "necessary" step when students apply for graduation check-out. They can opt-out, but
    - We piloted this survey in 2017-18 to mirror the ASQ questions. Timing is an issue with the Sexual Assault Survey; need to prevent a "collision" with other surveys.
    - Items that predict a person's commitment to the institution (e.g., do you have a mentor? Did you participate in research?)
- Consider aspects of courses where we can control for specific aspects (e.g., "gateway courses" content, size, teaching method e.g., HIPS such as highly structured active learning) and determine how much each of these factors matters.

The group discussed a multi-level approach to think about various levels of a student's experience and various ways that students' education and experiences are impacted:
Multiple levels:
- Student
- Classroom
- Semester
- Four years

The group discussed the need to explain high variances and wide distributions if and when we see them in our findings. The group also discussed IRB and future plans to publish results of our assessment of EBD.

The group discussed how our plans for EBD assessment and the resources necessary for these plans. The group will continue to discuss how these plans fit into our overall institutional, systematic and comprehensive plan for data management and assessment.

UNC0389063

In our next meeting on **Monday September 17, 2018 3-4:30PM** (in South Building 104) we will plan to discuss diversity and inclusion required metrics tied to the strategic plan and reporting requirements (Bob & Lynn).

The meeting adjourned at 5:30PM.

**Meeting addendum:**
EBD Assessment Planning for 2018-19