# EXHIBIT 122

**Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity and Inclusion, updated June 2018 (UNC0384902)**



# Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity and Inclusion

**University of North Carolina at Chapel Hill**

**Last Updated June 2018**

Prepared by the Office of Institutional Research & Assessment

*for*

The Educational Benefits of Diversity and Inclusion Working Group

# Table of Contents

Introduction ................................................................................................................................. 1

College of Arts and Sciences .......................................................................................................... 2

**Academic Departments**

Division of Social Sciences & Global Programs ............................................................................... 2

Germanic & Slavic Languages & Literatures Dept. ......................................................................... 2

Mathematics Dept. ........................................................................................................................ 2

English & Comp Lit Dept ................................................................................................................ 2

Psychology Dept............................................................................................................................. 2

Chemistry Dept .............................................................................................................................. 2

Economics Dept ............................................................................................................................. 2

Biology Dept................................................................................................................................... 3

AAAD Dept. .................................................................................................................................... 3

Institute for the Study of the Americas ......................................................................................... 3

**Undergraduate Education**

Men of Color Engagement Initiative .............................................................................................. 3

Summer Bridge .............................................................................................................................. 4

Writing Center............................................................................................................................... 4

Undergraduate Research ............................................................................................................... 4

Study Abroad Office....................................................................................................................... 4

Honors Carolina ............................................................................................................................ 4

Office of Innovative Instruction .................................................................................................... 5

Undergraduate Retention............................................................................................................... 5

The Finish Line Project .................................................................................................................. 5

Lookout Scholars Program ............................................................................................................ 6

Chancellor's Science Scholars Program ......................................................................................... 6

Undergraduate Curricula and Other.............................................................................................. 6

Professional Schools ................................................................................................ 8

    School of Education ........................................................................................... 8

    School of Medicine: Clinical Medicine ............................................................... 8

    Kenan-Flagler Business School: BSBA Program .................................................. 9

    School of Medicine: BSN Program ..................................................................... 9

    School of Information & Library Science: BS Program ........................................ 9

    School of Medicine: Allied Health Sciences ....................................................... 9

    School of Media & Journalism:  BA Program ................................................... 10

    Gillings School of Global Public Health ........................................................... 10

    School of Dentistry .......................................................................................... 10

Student Affairs ....................................................................................................... 11

    Carolina Housing .............................................................................................. 11

    Carolina Union ................................................................................................. 13

    LGBTQ Center .................................................................................................. 14

    New Student & Family Programs ...................................................................... 14

    University Career Services ................................................................................ 15

    Campus Health Services ................................................................................... 16

Chancellor's and Provost's Offices ......................................................................... 17

    Ethics Education & Policy Management ............................................................ 17

    Carolina Women's Center ................................................................................ 17

    Center for Faculty Excellence ........................................................................... 17

    Center for Global Initiatives ............................................................................. 17

    University Libraries .......................................................................................... 18

    Undergraduate Admissions ............................................................................. 18

    Office of Scholarships & Student Aid ............................................................... 19

    Stone Center .................................................................................................... 19

    Carolina Center for Public Service ................................................................... 19

    Institutional Research & Assessment ............................................................... 19

# Introduction

The Educational Benefits of Diversity Working Group coordinates and enhances the assessment of the University's ongoing efforts to realize the educational benefits of diversity and inclusion for its undergraduate students. One of the group's first initiatives was to examine the scope of these assessment efforts across the many different campus organizations, including academic departments, centers and institutes, student and academic support units, administrative offices, and outreach programs.

This report describes the information gathered as of June 2018 on the projects, instruments, data collections, and analyses that campus units have implemented or are designing to assess the extent to which undergraduates students have opportunities and experiences that enable them to benefit from diversity and inclusion. This inventory will continue to be expanded with information collected through ongoing reporting processes such as the University's annual collection of outcomes assessment reports.

The following is a description of the methods used to compile this inventory.

**Survey of Diversity Liaisons.** The Working Group identified the University's Diversity Liaisons as a primary source of information on diversity and inclusion-related assessments conducted or in progress within their units. Diversity Liaisons are appointed by their deans and/or chairs to coordinate unit-level efforts to achieve diversity goals and an inclusive environment for learning, scholarship, and service, and to work with the University Office of Diversity and Inclusion on institutional initiatives.

The Educational Benefits of Diversity Working Group developed a survey to gather information on local assessments efforts from the Diversity Liaisons. In late April 2018, the Office of Institutional Research and Assessment administered the survey to the 167 Liaisons on a list provided by the University Office of Diversity and Inclusion. Survey instructions emphasized that the request focused on assessments of related to undergraduate students, their experiences, and services offered to them. As a result, it was expected that many of the Liaisons, who represent the broad spectrum of academic, administrative, research, and other campus units, would not respond.

To date, over 40 responses to the survey have been received, with the majority providing information on assessments within their units. Many of the responses came from individuals other than the Diversity Liaisons who had been forwarded the request, and in other cases, multiple people from the same unit replied to the survey. Therefore, it is not meaningful to calculate a response rate for this type of survey.

**Information Collected from Other Sources.** Staff in the Office of Institutional Research and Assessment (OIRA) reviewed projects it completed on behalf of or in collaboration with campus units in recent years and entered information not reported through the survey. These included unit-level climate surveys, data analyses, and accreditation-related reports relevant to undergraduate student diversity and inclusion and educational benefits received. They contacted heads of some units who had not responded to the survey and by clarifying the purpose of this inventory, identified other relevant assessments. In addition, the OIRA staff reviewed the annual outcomes assessment reports submitted by academic, student support services, and other units that serve undergraduate students and found other examples of assessments.

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 5 of 26   UNC0384905

# College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| **Academic Departments** | | | | | | |
| Division of Social Sciences & Global Programs | Summary of global curriculum contents by department and opportunities for out-of-class interactions with other cultures | Descriptive, qualitative | Students and programs | Opportunities and participation rates | one-time project | Social science departments within the College offer a wide range of opportunities for students to gain intercultural competencies through interactions with individuals of different nationalities |
| Germanic & Slavic Languages & Literatures Dept. | The assessment was meant to gage the diversity of the students enrolled in all of our classes, not just majors and minors. | Survey | All students enrolled in GSLL courses. | Demographics | It was a one-time project | Overall, we found there was much more diversity amongst the students enrolled in our courses than we anticipated. |
| Mathematics Dept. | Math gateway course success | Statistical analysis of course examination performance | Enrollees in lower level math couses | Evaluate instructional innovations designed to enhance the performance of minority and first generation students who tend to struggle in these courses | ongoing | Results are being used to identify successful teaching strategies and promote these best practices |
| English & Comp Lit Dept | Research on the construction of contemporary American Identities, critical race theory, anti-racism; and managing classroom discussions on race | Narratology | Students and faculty | Issues of race and identity in contemp | ongoing research and teaching | NA |
| Psychology Dept | Climate for Diversity within the Dept of Psychology | Survey | Undergraduate Psychology majors | Student perceptions of the climate for diversity and inclusion within Davie Hall | One time | |
| | Instructional Innovation in Large Psychology Classes | Surveys; analysis of class grades and student demographics; comparisons of success rates in courses taught using traditional and innovative methods | Undergraduates in PSYC 101 | Differences in achievement by demographic groups between course sections using traditional and innovative teaching methods | Multiple analyses | Innovative methods led to reduction in achievement gap for URM and first-generation students |
| Chemistry Dept | AAU Grant for Improving Achievement in Beginning Chemistry Classes | Data analysis of Chemistry achievement by demographic group in traditional vs. innovative classes | Undergraduates in CHEM 101 | Differences in achievement by demographic groups between course sections using traditional and innovative teaching methods | Multiple analyses | Innovative methods led to reduction in achievement gap for URM and first-generation students |
| Economics Dept | Instructional Innovation in Large Economics Classes | Data analysis of ECON 101 achievement by demographic group in traditional vs. innovative classes | Undergraduates in ECON 101 | Differences in achievement by demographic groups between course sections using traditional and innovative teaching methods | One time | |

# College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| Biology Dept | Instructional Innovation in Large Classes | Surveys; analysis of class grades and student demographics; comparisons of success rates in courses taught using traditional and innovative methods | Undergraduates in BIOL 101 | Differences in achievement by demographic groups between course sections using traditional and innovative teaching methods | Multiple analyses | Innovative methods led to reduction in achievement gap for URM and first-generation students |
| AAAD Dept. | Evaluation of student presentations at AAAD's Annual Undergraduate Research Conference | Evaluation of papers and presentations by faculty using a rubric | Students presenting at research conference | Learning outcomes from conducting research, presenting, and discussing topics related to diversity and inclusion across society. | Annually | Quote from faculty member: ""It's vitally important for young people to consult an array of evidence and sources to come up with their own conclusions, be able to make arguments about those conclusions and encounter other people's arguments[through the lens] of their own research," Clegg said. "And you need to be in the public square, at a conference like this, to do that." Faculty use the results of the assessment of student learning to make improvements to the curriculum. |
| Institute for the Study of the Americas | Provide data for Open Access | Compilation of information to meet accreditation or program review requirements | Majors/minors in this school or department's programs, Graduating seniors, Alumni, Users of the academic or student support services offered by this unit | to assess participation of undergraduate students in international education | On a recurring basis | In the process of being analyzed |
| **Undergraduate Education** | | | | | | |
| Men of Color Engagement Initiative | Start Strong Summer Transition Program Evaluation | Course evaluation, Survey, Focus groups, EDUC 130 Pre-Post Comparison Survey | Newly admitted undergraduate students, Men of Color | Satisfaction with the environment for diversity and inclusion, In- and out-of class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | |
| | "Beyond Carolina - Atlanta '18" Evaluation | Pre-Post comparison survey | Men of Color participants | Learning as a result of participation in this program | It was a one-time project | TBA |
| | Review of Contents of Minute Papers Prepared at Monthly Gatherings | Students write short papers on specific diversity and inclusion topics prior to discussion | Men of Color participants | Perceptions of the climate and its impact on their learning and sense of belonging | recurring | TBA |

# College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| Summer Bridge | Tracking Summer Bridge Participants | Longitudinal data collection and analysis | Summer Bridge cohorts | Academic success and retention over the course of the undergraduate experience for Summer Bridge participants | | |
| | | Student evaluations during and following Bridge program | Summer Bridge cohorts | Effectiveness of overall experience | | |
| | | End of year, one-on-one interviews | Summer Bridge cohorts | Perceptions of effectiveness of Summer Bridge experience in preparing them for first year of college | | |
| Writing Center | Underrepresented, First Generation, Low-Income Men in STEM | Survey, focus groups, individual interviews | Undergraduate URM, First Generation, Low-Income Men in STEM majors | Feelings of preparedness for UNC campus, support, comfort level in seeking services, representativeness of support | one-time project | Feelings of isolation from being the only black male in class; desire for connections with students of similar identities; desire for more representative support services, wanted more access to mental health resources. |
| Undergraduate Research | Participation in Undergraduate Research | Data analysis | URM students | Analysis of the undergraduate research participation rates of underrepresented students (by race/ethnicity, gender, income, first generation status) | recurring analysis to identify trends | Not yet complete; however, prior analyses at UNC have revealed a gap in rates of participation in undergraduate research. We would like to reduce this disparity to provide all students with opportunities to work with diverse peers, which research has shown to improve problem-solving and critical thinking skills. |
| | Undergraduate Research Project Assessments | Data analysis | Undergraduate and graduate students | Participation rates in Celebration of Research Poster Session Celebration by demographic groups and Graduate Research Consultant involvement by demographic groups | | |
| Study Abroad Office | Analysis of study abroad participation rates by race/ethnicity and other demographics. | Data analysis by OIRA | Students | Participation in study abroad by demographic characteristics | recurring analysis | Analyses continue to show disparities in Study Abroad participation rate, indicating that underrepresented students are not receiving as many opportunities as their peers to experience different cultures and perspectives. |
| | Evaluation of Study Abroad Experience | Analysis of evaluations completed by participants | Study Abroad participants | Participation by demographic groups | | |
| Honors Carolina | Honors Carolina Participants | Data analysis | Honors Carolina students | Demographic characteristics of Honors students | | |

# College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| Office of Innovative Instruction | Instructional Methods Evaluation | Data analysis; focus groups with Faculty Learning Community on Quantitative Reasoning | Students enrolled in large gateway courses; faculty who teach quantitative reasoning courses | Research studies about effectiveness of high structure, active learning; faculty perceptions of effectiveness of interventions to improve math skills | | |
| Undergraduate Retention | Office of Undergraduate Retention assessments | Analysis of eligibility data assembled by the OIRA; analysis of appeals letters | Undergraduate students | To understand the differences in academic achievement by demographic groups and student perceptions of reasons for their academic difficulties | | |
| The Finish Line Project | Transition to Carolina intervention evaluations | Data collection, analysis, and publication | Rural students, URM students, American Indian Students | Success of underrepresented minority students and obstacles to completion | one-time project | Analyses are still in progress, with publication of results planned for late 2018 |
| | | Randomized assignment of students to control vs. treatment sections of transition support courses; evaluation of course performance and student evaluations | Undergraduate students enrolling in transition support courses: Navigating the Research University, Science of Learning (manuscript), Junior Transfer Seminar, new modular courses including Personal Finance | Student learning outcomes from courses focusing on learning skills, adaptation to research university environment, strategies for academic and personal success, management of time and money, etc. | one-time project, may be expanded | Analyses are still in progress |
| | Experiences at Carolina | Student surveys, focus groups, analysis of student progression | First generation students, transfer students, STEM majors | Math attitudes, experience of being first generation (article), focus groups with transfer students in STEM fields (manuscript), pathways through STEM for transfer students | one-time project | Reports in progress |
| | High Structure, Active Learning | Randomized Controlled Trial for STEM faculty with different structure within the Faculty Learning Community (High Structure or Self-Governing) | Math Department Faculty Learning Community and student enrollees | How do students from different backgrounds use the learning management systems and course resources within a STEM course? How does this affect their retention within STEM over their academic trajectory? | one-time project | Reports in progress |
| | Transitioning Out of Carolina | Analysis of applications to graduate school | First generation students | Intentions to attend graduate school among first generation students | one-time project | In progress |
| | Academic Coaching | Randomized Controlled trial of professional staff training for academic coaching | Professional Staff | Who benefits from being trained to be an academic coach? What mechanism of training works best? | one-time project | In progress |

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 9 of 26   UNC0384909

# College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | | Randomized Controlled trial of student academic coaching | Student Academic Coaches | Who benefits from academic coaching? | one-time project | In progress |
| | Evaluation of Carolina Male Scholars Program | Focus groups | Upper level males of color (60) | Effectiveness of programming and services | | |
| Lookout Scholars Program | Evaluation of Lookout Scholars Program | One-on-one interviews at year end | Low Income, First Generation undergrads | First year academic and personal achievements and perceptions of the effectiveness of program services | | |
| Chancellor's Science Scholars Program | Chancellor's Science Scholars Program, designed to support URM and first generation students in successful completion of STEM degrees and careers | Application analysis | Incoming Class applicants | Interest and motivation to pursue STEM study and careers | Annually | To be provided |
| | | Four major assessments during the Summer EXCELerator Program | Chancellor's Science Scholars entering cohorts | Learning from participation in summer program to introduce CSS students | Annually | To be provided |
| | | Mapping research experiences | All CSS cohorts | Track research involvement of CSS students | Annually | To be provided |
| | | Mapping advising | All CSS cohorts | Use of advising resources by CSS students | Annually | To be provided |
| | | End-of-year online survey | All CSS cohorts | Student perceptions of learning and science engagement | Annually | To be provided |
| | | End-of-Year one-on-one inter | All CSS cohorts | Student perceptions of the program and their learning outcomes | Annually | To be provided |
| Undergraduate Curricula and Other | Majors over time as a function of demographic characteristics | Student data analysis | Undergraduates in College of Arts & Sciences | Student selection and progression through majors | one-time project | To be provided |
| | Course Evaluation items related to diversity and inclusion in the classroom | Psychometric analysis of course evaluation data | Students in the College of Arts & Sciences | Psychometric properties of course evaluation items intended to capture student perceptions of diversity and inclusion in the classroom | Ongoing | To be provided |
| | Tool for faculty to assess their own grading patterns | Analysis of instructor course data | Students and faculty in selected departments within the College of Arts & Sciences | Identify differences in student achievement by demographic characteristics | Ongoing | |
| | Department Profiles | Analysis of student data by major | All faculty in undergraduate programs | Demographic characteristics of students in the major and their progression through the program and beyond | | |

## College of Arts and Sciences

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Where Are Our Students Over Time | Compilation of data from National Student Clearinghouse and AlumniLive | Undergraduate degree recipients 10 and 20 years out | Graduates' further education and professional achievements | | |

# Professional Schools

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| School of Education | Diversity/Inclusion-Aligned Course Evaluation Items<br><br>Supports Inclusive Learning Environment Outcome: Support academic programming that creates an inclusive learning environment for students from diverse backgrounds. SOE has a social justice mission, seeks to provide open and inclusive learning environments. | Course evaluation | Majors/minors in this school or department's programs, Graduate students also included | Satisfaction with the environment for diversity and inclusion, Sense of belonging | On a recurring basis | From SOE Academic Affairs' annual assessment report for 2016-17 in Taskstream: Approximately 20% of responses that were not positive (SD, D, NA/D). While this meets the acceptable target for the baseline year, this provides opportunity for further investigation of course evaluation data at the program level for trends and patterns. |
| | Annual Review of Fall-to-Fall Enrollment: by program, gender, ethnicity and residency. | PeopleSoft/Infoporte data extraction. | Majors/minors in this school or department's programs, Graduate students included. | demographics only | On a recurring basis | Prepared most recently to meet CAEP Accreditation, CAEP Standard 3.1: Plan for Recruitment of Diverse Candidates who Meet Employment Needs. See attachment for details.<br><br>3.1   The provider presents plans and goals to recruit and support completion of high-quality candidates from a broad range of backgrounds and diverse populations to accomplish their mission. The admitted pool of candidates reflects the diversity of America's P-12 students. The provider demonstrates efforts to know and address community, state, national, regional, or local needs for hard-to-staff schools and shortage fields, currently, STEM, English-language learning, and students with disabilities. |
| | Faculty Online Annual Report | Compilation of information to meet accreditation or program review requirements, Faculty Online Annual Report | Faculty Research | Survey to identify faculty research in this area. | It is currently in development for administration in the near future | This is the first year collecting such data. A sample "Intellectual Contributions" report from Digital Measures is uploaded below. |
| | EDUC 131 Diversity and Inclusion Class | Weekly journal prompt | EDUC 131 Enrolled Students | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Global Perspective | On a recurring basis | In the minute free-write prompt, students shared two salient points about diversity and inclusion. Themes of the free-write were:<br><br>1. Importance of diversity<br>2. Misconceptions of diversity<br>3. Engaging in dialogues about diversity and inclusion<br>4. How to leverage identity |
| School of Medicine: Clinical Medicine | CTSA Program Common Metrics: Careers in Clinical and Translational Research | Analysis of service usage data | Users of the academic or student support services offered by this unit | Pre/early career education in clinical and translational research | On a recurring basis | The robust recruitment and selection process resulting in ~20% of applicants being selected, and rigorous training program both contribute to the retention of KL2 scholars in the clinical and translational research workforce. |

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 12 of 26   UNC0384912

## Professional Schools

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| Kenan-Flagler Business School: BSBA Program | Annual Student Satisfaction Survey | Survey | Majors/minors in this school or department's programs | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging | On a recurring basis | Feeling a sense of contentedness to the Kenan-Flagler Community was one of the lowest rated items on our student satisfaction survey. We are conducting focus groups to do a deeper dive, have formed a Diversity and Inclusion Committee with students, faculty and staff and have launched a series of workshops on D&I topics (implicit biases, Browning of America, managing difficult conversations) and have launched several new electives on race and gender in the workplace. |
| | Focus groups with Carolina Covenant students to assess socio-economic D&I climate. | Focus groups | Majors/minors in this school or department's programs | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging | It is currently in development for administration in the near future | |
| | GLOBESmart | Survey | Majors/minors in this school or department's programs | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | Here is a link to the GLOBESmart Assessment: http://www.aperianglobal.com/modes-of-delivery/globesmart/ |
| | Course evaluations | Course evaluation | Majors/minors in this school or department's programs | Assesses the global content of our courses | On a recurring basis | It has yet to be analyzed |
| School of Medicine: BSN Program | School of Nursing Climate Survey | Survey | Graduating seniors | Faculty and staff perceptions of the climate for diversity and inclusion within their workplace, and included observations of the climate for students. | one-time project | Survey was administered 2-3 years ago and current dean's office staff were unclear how the results were been used |
| School of Information & Library Science: BS Program | Diversity Advocate Certificate Program | Review and assessment of applications from graduating students who pursued the Diversity Advocate Certificate | Graduating seniors | Experiences and participation in diversity- and inclusion-related programs and training by graduating students | Annually | Ongoing |
| School of Medicine: Allied Health Sciences | 2016 – AHS Diversity and Inclusion Student Experience | Survey | Students | Student perceptions of experiences with diversity and inclusion in AHS | one-time project | |
| | 2017 – Implicit bias survey to attendees (mostly faculty) + PT and OT have used additional measures for courses, Diversity and Inclusion Leadership Team (faculty and staff) | Survey | Faculty and staff | Implicit bias | periodic | |
| | 2018 – Difference Matters (students, faculty and staff) | Survey | Students, faculty, and staff | | one-time project | |
| | *2016-2018 – Showcase for a cause event and fundraiser – to heighten awareness of various disabilities and provide tangible support for special needs groups in our community (e.g., Down's syndrome, Special Olympics, UNCH Pajama Pals) | | | | | |

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 13 of 26   UNC0384913

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| School of Media & Journalism: BA Program | MEJO Graduating Senior Survey | Survey | Graduating seniors | Items measured how seniors felt about the diversity representation in our curriculum, if they used the Global office, how they felt about our diversity as a school, and the two knowledge questions related to diversity | Annually | The majority of respondents indicated that the curriculum provided them with a foundation in the diversity of peoples and cultures and of the significance and impact of media and communications in a global society.; gender, race, ethnicity, sexual orientation and/or other forms of diversity in relation to media and communications; a satisfactory level of diversity and inclusion in the MJ-school in relation to special events and programs; faculty and instructor diversity; staff diversity; student diversity; and extent to which the school values diversity and inclusion.   Qualitative responses have not yet been analyzed. |
| Gillings School of Global Public Health | Multiple projects to assess the effectiveness of efforts to promote diversity and inclusion and ensure that students are culturally competent for the public health field | Surveys, focus groups, individual interviews, course evaluations | Students, faculty, and staff | Climate, curriculum, and many other aspects of the student educational experience in preparation for public health practice. | Ongoing | Results have been used to for curriculum evaluation, program planning and improvement, and accreditation, |
| School of Dentistry | School of Dentistry Diversity and Inclusion Climate Survey (2016) | Survey | Students, faculty, and staff | Perceptions of the climate for diversity and inclusion within the School of Dentistry and impact on student learning | one-time project | Results were reviewed within the school and used for accreditation |

# Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| **Student Affairs** | | | | | | |
| Carolina Housing | For the past three years, Carolina Housing has participated in the Sky Factor Residential Benchmarking Assessment. This survey explicitly ask to what degree do residents interact with people who they perceive to be different from them, see the benefits of diverse interactions, and are able to understand other residents by putting themselves in their shoes. | Survey | All undergraduate students who reside on campus | Satisfaction with the environment for diversity and inclusion | On a recurring basis | The 10 year trend of this data suggest that the 2018 residents are interacting with others who they perceive to be different from themselves at less frequent rates than the 2008 resident. This could be because of changes in the common meaning of "diverse interactions" as well as national and political trends. In the summer we have a working group to help identify the future direction of our diversity efforts within the halls. |
| | Men of Color Gathering : The purpose of Men of Color gatherings is to provide a safe space to build community among men of color living in the residence halls. The FYE program, in collaboration with units across campus, offer men of color living in the residence halls opportunities to engage around topics such as career development, academic integrity, interpersonal and intrapersonal relationships, identity development, and masculinity and femininity. Approximately 171 students participated over 8 gatherings in the 2017-2018 academic year. The program is assessed through brief reflective journals and a retroactive pre and post survey assessment | Survey, Reflective Journaling | Men of Color | Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | Data has not been analyzed for this year |

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 15 of 26   UNC0384915

## Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Trinidad Cultural Immersion Trip: The FYE program partners with the Center for Global Initiatives to offer a four day, fully funded, trip to Trinidad for 8-10 first-year students. With financial support through grants and UNC's global education fund, this trip is offered at no cost to first-year students who demonstrate high financial need and have limited to no travel experience. It focuses on the development of core competencies such as interpersonal development, civic involvement, self-awareness, and cross-cultural perspectives and is assessed through a pre and posttest and reflective journals. A total of 17 first-year students have participated in this program. | Survey, Reflective Journals | Users of the academic or student support services offered by this unit | Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | Data has not been analyzed for this year. |
| | Multicultural Advisor/Social Justice Advocate Program: Carolina Housing offers intentional diversity training to Resident Advisors through a Multicultural Advisor program and to student leaders through a Social Justice Advocate program. Trainings are offered around topics such as identity, socialization, power, privilege, oppression, and allyship to name a few. Both MAs and SJAs encourage and promote learning through dialogue, resident interactions, and programming. There are 46 students participating in both programs which is assessed through a pre and posttest as well as focus groups. For this year we adapted Miller et al. 2009 Social Issues Questionnaire to measure both knowledge and confidence gained around social justice issues. | Survey, Focus groups | Users of the academic or student support services offered by this unit | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | The major take away from our assessment efforts is that students grew significantly in their knowledge about social justice but their growth in confidence around some social justice issues was not as high, especially as it pertains to discussing economic and political conversations. |

# Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | DHRE Diversity Goals Report | Summary of activities | DHRE Staff | Our assessment around Diversity and Inclusion | 2014-2015 and 2015-2016. We do not have this report for the past two years as it was no longer required by the division of student affairs. | |
| Carolina Union | SPARK Retreat Participant Post Assessment is administered to students at the close of a weekend retreat to assess the impact of the curriculum. | Survey | Newly admitted undergraduate students, Members of student organizations | Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | |
| | The Carolina United Participant Evaluation is a retroactive pretest and posttest evaluation used to assess the impact of the Carolina United program. | Survey | Members of student organizations | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | Data is used to inform the curriculum development and changes in preparation for the next year. |
| | The Skyfactor Benchmarks College Unions Assessment is administered to students via random sample and open participation. This survey was developed in partnership with ACUI, and is designed to measure the Carolina Union's impact on the student experience at Carolina. The assessment is based on CAS learning outcomes, leverages 10 years of research, and occurs every two years. Our assessment includes institution specific questions, and will provide a report to view UNC's performance in comparison with other institutions. The survey is open to any undergraduate, graduate, or professional student and incentivized with randomly drawn prize winners. | Survey, Analysis of service usage data | Any graduate, professional, or undergraduate student. | Sense of belonging, safety, and connection to the Carolina Union. | On a recurring basis | |

# Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | The Multi-Institutional Study of Leadership is an international research program focused on understanding the influences of higher education in shaping socially responsible leadership capacity & other leadership related outcomes (e.g., efficacy, cognitive skills, resiliency). | Survey | A random sample of undergraduate students sent individualized and unique survey access links | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | |
| LGBTQ Center | Safe Zone Evaluation | Survey | Participants in Safe Zone training | Participant satisfaction and program evaluation | On a recurring basis | data collection for 2017-2018 is ongoing |
| | 2018 Needs Assessment | Survey, Focus groups | members of LGBTQ Center listserv and Safe Zone listserv | program evaluation, barriers, participant outcomes, recommendations | It was a one-time project | |
| New Student & Family Programs | New Student & Family Programs - Student Leader Experience<br><br>(pre-post Qs that measure learning outcomes and growth over their time as team members) | Survey | Student leaders hired by New Student & Family Programs | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Measure self-reported change over time (longitudinal) | On a recurring basis | In aggregate, over the course of employment, NSFP student leaders report growth in the their confidence and comfort level interacting, working with, and facilitating discussions about diversity & inclusion. |
| | New Student & Family Programs Student Leader Retreat Assessment | Survey | New Student & Family Programs hired student leaders | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | In aggregate, students report that the three activities related to diversity & Inclusion that student leaders participate in during the second half of their retreat really help them better understand and build capacity around concepts of identity and privilege and how it relates to their role as an NSFP student leader serving all Carolina Students. |
| | First-Year New Student Orientation (section of assessment that asks students about the Exploring Our Stories session) | Survey | Newly admitted undergraduate students | Assessed session learning outcomes | On a recurring basis | |
| | Exploring Our Stories - Facilitator focus group | Focus groups | Full time staff facilitators from Exploring Our Stories - Summer 2017 | Understand the facilitator experience to triangulate with student reported data | It was a one-time project | This has not been summarized, but the questions and transcript are attached. |
| | Carolina Summer Reading Program Assessment | Survey | Newly admitted undergraduate students | Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | The majority of participants report that they agree and/or strong agree with the questions asking if they were were encouraged to reflect on their values and consider other view points (these two are asked annually). In 2017, we also asked if the discussion "encouraged them to recognize aspects of cultural diversity in society and north of 86% of respondent agreed or strongly agreed. |

# Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| University Career Services | Covenant Scholar Etiquette Dinner | Yes | All undergraduate students enrolled at Carolina, Carolina Covenant Scholars | In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | Direct Measure via application of learned material, no assessment instrument |
| | Bell Student Leadership Symposium Branding Workshop | Direct Measure | All undergraduate students enrolled at Carolina | In- and out-of-class experiences, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Self-efficacy | It was a one-time project | Direct Measure. Students were able to apply knowledge and create action plan. |
| | McNair Scholars Interviewing Workshop | Direct Measure | All undergraduate students enrolled at Carolina, Graduating seniors, McNair Scholars | In- and out-of-class experiences, Self-Efficacy | It was a one-time project | Direct measure no assessment instrument. |
| | BSM Network and Chill Experience | Direct Measure | Members of student organizations | Confidence to develop relationships with alumni | It was a one-time project | Direct measure no assessment instrument. |
| | Spark Etiquette Brunch | Survey | Users of the academic or student support services offered by this unit, Members of student organizations | In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Self-efficacy | It was a one-time project | |
| | Covenant Scholar More Than A Major Career Readiness Series | Analysis of service usage data, Self-efficacy and confidence | All undergraduate students enrolled at Carolina, Graduating seniors, Carolina Covenant Scholars | In- and out-of-class experiences, Sense of belonging, Self-efficacy | It was a one-time project | Direct measure via classroom session and application during shopping experience. |
| | (W) Initiative Lunch and Learn Series: Networking | Survey | Women of Color: Womxn of Worth Initiative | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Self-efficacy | On a recurring basis | |

# Student Affairs

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Lunch and Learn Series: Authenticity | Survey | All undergraduate students enrolled at Carolina, Graduate Students and Women of Color: W Initiative | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, self-efficacy | On a recurring basis | |
| | (W) Initiative Lunch and Learn Series: Knowing your value | Survey | All undergraduate students enrolled at Carolina, Graduate Students and Women of Color: W Initiative | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, self-efficacy | | |
| Campus Health Services | Campus Health Services Satisfaction Surveys | Survey | Students who seek services at Campus Health Services | Customer perceptions of whether the care received was respectful of their ethnic background and gender. | periodic | From April 2016: 97% reported that the care they received was respectful of their ethnic background; 94% reported care received was respectful of their gender. This reflected an increase over February 2015 of 13 percentage points for the first statement and 6 percentage points for the second. |

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| Ethics Education & Policy Management | Speak Up! In Academia | Interviews with diverse students, faculty, and staff | Students, faculty, and staff at UNC | Experiences of discrimination and bias | One time | Results will be used to develop tools for individuals who have experienced, witnessed, or unwittingly inflicted microaggressions in university spaces |
| Carolina Women's Center | Gender Violence Services Feedback Survey | Survey | Users of the academic or student support services offered by this unit | satisfaction with services provided by Gender Violence Service Coordinators | On a recurring basis | Users of the service are generally quite satisfied with the support they receive. |
| Center for Faculty Excellence | Grant Program for Instructional Innovation in Large Classes | Surveys; analysis of class grades and student demographics; comparisons of success rates in courses taught using traditional and innovative methods | Undergraduates in large classes | Differences in achievement by demographic groups between course sections using traditional and innovative teaching methods | Multiple analyses | Innovative methods led to reduction in achievement gap for URM and first-generation students |
| Center for Global Initiatives | Program evaluations for Opening Access program participants | Survey | Users of the academic or student support services offered by this unit | Satisfaction with the environment for diversity and inclusion, In- and out-of-class experiences, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves, Barriers to global experiences | On a recurring basis | We are regularly working to address barriers across campus (within out unit and more broadly) based on the results of these program evaluation surveys. Much of the broader, institutional issues identifies are discusses with our Opening Access Working group or directly discussed with relevant campus partners. We also work to address any other shortcomings of our programs, events and recruitment identified by these responses and design strategies during the summer to improve services the following year. |
| | Passport to Go! participant/alumni survey | Survey | Users of the academic or student support services offered by this unit | In- and out-of-class experiences | On a recurring basis | We conduct this survey every two years, and the 2016 survey showed that just getting/having a passport impact a student's decision to go abroad, students want more opportunities to network and learn about learn opportunities, and student still face barriers in using their passports. In response, we have grown the program to reach more students, we've added more programmatic components based on their needs/requests, and we continue to try to address barriers and connect students to opportunities that help them overcome the barriers. |
| | Non-Credit Global Experiences | Survey | All undergraduate students enrolled at Carolina | In- and out-of-class experiences | It was a one-time project | Analysis from OIRA is include in attached files, and we plan to sit down with the results this summer to plan our next steps. |
| Global Alumni Survey | Global Alumni Survey | Survey | Majors/minors in this school or department's programs, Graduating seniors, Alumni, Users of the academic or student support services offered by this unit | In- and out-of-class experiences, How experiences at UNC affected professional track and employment | On a recurring basis | We conduct this survey every four years, and the results are used to design programs to meet students' career and professional needs as well as language interests/needs. We also use the results to apply for federal funding (to support the programs). |

# Chancellor's and Provost's Offices

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | pre and post survey of CGI awardees | Survey, Focus groups | Users of the academic or student support services offered by this unit | satisfaction with global experiences and with the application process | On a recurring basis | |
| University Libraries | The Libraries do significant assessments on student experiences in the Libraries--on engagement with the Libraries spaces, services, virtual environments, and collections. These assessments may not, however, specifically ask students about diversity and inclusion at this time (though there may be an opportunity to change that in the future). | Course evaluation, Survey, Focus groups, Analysis of service usage data, Compilation of information to meet accreditation or program review requirements | All undergraduate students enrolled at Carolina, Graduating seniors, Users of the academic or student support services offered by this unit | In- and out-of-class experiences, Sense of belonging | On a recurring basis | In at least one particular instance--a survey given on a regular basis to participants to the Library's Clue game in the Wilson Special Collections Library--students report feeling more welcomed into the the Wilson Library's spaces. Again, while the questions for this assessment may not specifically reference diversity and inclusion, the outcome of the activity, and of the assessment shows that students feel more welcomed and included in the Library's, and the campus's spaces. For example, in the most recent Clue game, 80% of participants indicated that their impression of Wilson Library changed, and students noted that they were "more comfortable" and found the building "more accessible." While these results are more qualitative in nature, the speak to direct responses from students engaging in campus spaces in ways that they have not before, and feeling more included and welcomed. Additionally, 96% of students indicated that they would return to Wilson Library. The results from the survey can be seen here: https://create.piktochart.com/output/29214106-clue-march-2018, specifically in questions #12 and 13. |
| Undergraduate Admissions | Admitted Student Questionairre | Survey | Newly admitted undergraduate students | Satisfaction with the environment for diversity and inclusion, Sense of belonging, Self-assessments of growth in understanding, respect, and empathy resulting from interactions with others who are different from themselves | On a recurring basis | The Admitted Student Questionnaire helps the Office of Undergraduate Admissions understand the needs and challenges of our admitted students and we make adjustments based upon feedback. The ASQ now asks questions that inquire about diversity such as "I want to get better at leading, serving, and working with people from different backgrounds." |
| | Visit Survey | Survey | Prospective students | Satisfaction with the environment for diversity and inclusion, Sense of belonging, Visitor satisfaction, overall impression | On a recurring basis | The visit survey allows the Office of Undergraduate Admissions a window into our visitors' thoughts regarding their admissions experience. The Office of Undergraduate Admissions makes adjustments to improve our prospective students' experience. |
| | Admitted Student Day Survey | Survey | Newly admitted undergraduate students | Satisfaction with the environment for diversity and inclusion, Sense of belonging, Admitted Students Day experience and potential for enrollment at Carolina. | On a recurring basis | |
| | Focus Group with Carolina College Advising Corp Advisors | Focus groups | Carolina College Advising Corp employees | | It was a one-time project | NA |

## Chancellor's and Provost's Offices

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Diversity by Section in First Year Seminar Courses | Survey and data analysis | First Year Seminar Enrollees | The range of diversity across many dimensions within the FYS courses and their entering expectations for diversity and inclusion at UNC | one-time project | Results documented the diversity of student demographics, perspectives, and backgrounds among first year students; however, the results revealed a great deal of consistency in their expectations and aspirations to learn and grow as a result of their interactions within a diverse and inclusive environment |
| Office of Scholarships & Student Aid | Multiple evaluations of the Carolina Covenant program | Surveys, focus groups, individual interviews, data analysis by OIRA | Low income students enrolled at UNC-CH (many of whom are also underrepresented minorities and first generation) | These assessments investigated low income students' transitions to college, their academic and social integration at Carolina, effectiveness of mentoring programs, and factors related to academic achievement and college completion | Ongoing research and evaluation | Results have been used to plan academic support services, encourage a sense of belonging through various social outreach activities, initiate financial literacy programs, create funding to support study abroad, and summer school incentive funding. Graduation rates have increased considerably as a result of implementing best practices resulting from this research and evaluation |
| Stone Center | Annual Outcomes Assessment Report of Stone Center Programs | Participation counts and feedback on value of events | Students, faculty, staff | Participation and satisfaction with Stone Center events | Annually | Evaluation results indicate that the Stone Center provides high quality programming that provides opportunities for engagement and discussion related to diversity and inclusion. |
| Carolina Center for Public Service | Buckley Public Service Scholars Alumni Evaluation | Survey | Undergraduate alumni who graduated as Buckeley Public Service Scholars | To explore the immediate and long-term impact of the BPSS on graduates. Analysis of demographics, current occupation and post-grad civic engagement, UNC experiences and activities, and impact of BPSS experiences | One-time | Participants self-assessments indicated that the exposure to communities that were unfamiliar to them increased their awareness of community needs and social injustice in contrast to their own privileged backgrounds; increased their skills in working with individuals who differed from them, challenged their views and encouraged them to consider different perspectives; and inspired them to remain engaged and in some cases to pursue careers that were related to public service, encouraged dialog among their peers about their experiences in the communities in which they worked, |
| | Service Learning Course Evaluations | Course evaluation results analysis | Students enrolled in Service Learning Courses | To obtain feedback from students about their learning outcomes | Recurring | |
| Institutional Research & Assessment | Diversity in Course Enrollments | Analysis of course enrollment data | Undergraduate course enrollees | The diversity by race, gender, and citizenship within all undergraduate courses, with comparisons by course level, student class status. | In progress | |
| | Diversity in Enrollments of Courses Taken | Analysis of diversity within courses taken by undergraduates | Undergraduate degree recipients in 2016-17 and 2015-16 | From the student perspective, the diversity within courses taken | In progress | |
| | Courses taken with Diversity Content | Student enrollments in Diversity-related Courses | Undergraduate degree recipients in 2016-17 and 2015-16 | The average number of diversity-related courses taken by undergraduate degree recipients | In progress | |

Case 1:14-cv-00954-LCB-JLW   Document 162-29   Filed 01/18/19   Page 23 of 26   UNC0384923

# Chancellor's and Provost's Offices

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Thrive Student Success Study: Examining Gender Differences in Graduation Rates | Analysis of enrollment, achievement, and completion data; comparison of CIRP and SERU data by gender | First-year entering student cohorts of 2008-2010 | Academic and self-reported personal attributes associated with gender differences in completion rates | Surveys are administered annually | Results suggest that attitudes and behaviors related to effort may account for the gender gap in completion. |
| | Thrive Student Success Study: Effectiveness of Probation Term in Improving Graduation Rates for Diverse Student Groups | Analysis of academic and student demographic data | Students who are on academic probation | Comparison of the outcomes of the probation term interventions by demographic and academic characteristics | One-time | Ongoing |
| | Thrive Student Success Study: Relationship Between Student Beliefs/Attitudes, Demographics, and Success in Returning to Academic Good Standing | Analysis of student self-assessment data completed at beginning of probation semester and academic outcomes at end of term, by demographic characteristics. | Students who are on academic probation | Comparison of beliefs, attitudes, and demographics between students who do and do not return to good standing following the probation term. | One-time | Ongoing |
| | Thrive Student Success Study: Effect of High Impact Practices on Persistence & Graduation | Analysis of student information system data | Undergraduates in 2008-2010 Cohorts | The relationship between participation in High Impact Practices and Graduation | One-time | Ongoing |
| | My Course Analytics Dashboard | Analysis of instructor course data on student achievement by demographic group | Undergraduate students | Comparison of course grades by student demographic group to assist faculty in achieving their instructional goals for all students | Recently piloted, will go into full production in 2018-19 | NA |
| | EDUC 130 Navigating the Research University Course Evaluation | Pre- and post-surveys administered at the beginning of the course and several months later. | Entering URM undergraduates in Start Strong | Student growth and development in knowledge of the research university, resources that can support their transition to the University, and skills that will promote their academic and personal success. The survey contains a section on beliefs about the educational benefits of diversity. | Design and items are being used in multiple courses | Beliefs about the benefits they would receive from learning and interacting with different kinds of people were high at the beginning of the course and at follow-up several months later; the greatest gains were observed in "Learning from different kinds of people will help me think more broadly and creatively" (increased from 82% to 92%) Students reported increases in skills in time management, goal setting, stress management, resilience, etc. |
| | EDUC 301 Thriving in Transition Course Evaluation, Fall 2017 | Pre- and post-surveys administered at the beginning of the course and several months later. | Entering transfer students | Student growth and development in knowledge of the research university, resources that can support their transition to the University, and skills that will promote their academic and personal success. The survey contains a section on beliefs about the educational benefits of diversity. | Design and items are being used in multiple courses | Beliefs about benefits of diversity were high at both pre- and post. Ratings of the benefits of interacting and learning with different kinds of people increased an average of 4 percentage points (88% to 82%) on: enhanced thinking skills, preparation for career, and expanding their experiences in positive ways. Mixed results in terms of change from pre- to post in student self-assessments of knowledge and skills related to success strategies. Post-test ratings were often lower than pre-test ratings, perhaps reflecting greater self-awareness after several months at UNC. |

# Chancellor's and Provost's Offices

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | QEP: Course-based Undergraduate Research Experience – or "CUREs" – are specifically being emphasized in the QEP in an effort to benefit under-represented minorities, first-generation students, and students with little research experience. | Faculty assessments of student work aggregated across classes.<br><br>Rubric-based assessment of samples of student work from CURE classes.<br><br>Pre/post "Carolina CUREs" survey administered to all CURE classes | All students that participate in CUREs. Collected outcome data is segmented by student demographic information to identify the impact of CUREs on students of difference backgrounds. | Rubrics and faculty assessment were designed to measure student learning of content, and the products of students' research activity.<br><br>Surveys were designed to measure change in students' disposition, efficacy, and identity as research practioners. | Every semester in all participating courses. | High structure active learning such as CUREs benefits under-represented minority and first-generation students in terms of learning content, interest in pursuing STEM career, and sense of efficacy toward doing independent research. |
| | QEP: The focus on Makerspaces within the QEP was introduced in part because there's evidence that users of Makerspaces are significantly more diverse than the U.S. population as a whole, particularly with regard to underrepresented minorities. | Review of student work by peers and instructors with rubrics based on Remake Learning Cross-Cutting Competencies.<br><br>Pre/post "Making in the Research University" survey administered to all QEP courses incorporating Making.<br><br>Tracking data for all BeAM users are matched to demographic data each semester. | All students enrolled in QEP courses that involve Making. Collected outcome data is segmented by student demographic information to identify the impact of Making on students of difference backgrounds. | Rubrics and faculty assessment were designed to measure student learning of content, and the products of students' Making activity.<br><br>Surveys were designed to measure change in students' disposition, efficacy, and identity in engaging in research and creative activity through Making. | Every semester in all participating courses. | Intitial findings suggest that Making encourages students' academic confidence by building on previous applied technical knowledge. This appears to be especially true for first-generation students. However, smaller sample sizes limit ability to generalize. |
| | QEP: The research exposure opportunities component of the QEP has a goal of increasing undergraduate research participation rates for underrepresented minority students, so that by 2022 the demographic characteristics of all students participating in undergraduate research reflect those of the undergraduate population. | Rubric-based assessment of samples of student work from classes.<br><br>Pre/post "Research-Related Skills" survey administered to particiating classes. | All students enrolled in Research-Related Skills Courses. Collected outcome data will be segmented by student demographic information to identify the impact of Making on students of difference backgrounds. | Rubrics and faculty assessment were designed to measure student learning of content and development of research skills.<br><br>Surveys were designed to measure change in students' disposition and efficacy toward engaging in scholarly activity. | Every semester in all participating courses. | There is evidence for improvement in student skills in research scholarly literature and engaging in scholarly writing, however, small sample sizes limit the ability to note patterns by student demographic. |

# Chancellor's and Provost's Offices

| Organization | Project Title or Assessment Instrument | Data Collection Method(s) | Target participants | What Assessment Was Designed to Measure | Frequency of Administration | Summary of Assessment Findings |
|---|---|---|---|---|---|---|
| | Math and Science Achievement and Resourcefulness Track (SMART program) | Number of applications and awards granted.<br><br>Faculty review of student work. | Underrepresented rising sophomores<br><br>Rising seniors who came to UNC as transfer students | Impact of mentored research. | ongoing | This was funded by NSF - final report being prepared |
| | Chancellor's Science Scholars Summer Transition program (Summer Thrive Course) | Chancellor Science Scholar participate in EDUC 130 and receive a pre/post survey | underrepresented minority and first-generation students | impact of course content and summer transition program on transition to UNC. | Pre-survey is administered first day of class; post-survey is administered before mid-term of fall semester. | Data is currently being collected |
| | Summer Transfer Program Evaluation | EDUC 130 Pre-Post Comparison Survey | Incoming transfer students | impact of course content and summer transition program on transition to UNC. | Every summer | Data is currently being collected |
| | Start Strong Summer Transition Program Evaluation | EDUC 130 Pre-Post Comparison Survey<br><br>A more comprehensive evalution of the program is underway for Summer 2018 | Newly admitted African-American men | impact of course content and summer transition program on transition to UNC. | Every summer | Participants described growth in a number of areas addressed by the program. |
| | Athletes Onboarding Evaluation | EDUC 130 Pre-Post Comparison Survey | Incoming student athletes | impact of course content and summer transition program on transition to UNC. | Every summer | Data is currently being collected |
| | Summer Bridge (Summer Thrive Course) | EDUC 130 Pre-Post Comparison Survey | Incoming Summer Bridge participants | impact of course content and summer transition program on transition to UNC. | Every summer | Data is currently being collected |