# Exhibit 3

# OFFICE OF UNDERGRADUATE ADMISSIONS
# UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

August 2014



Organizational chart:

- **Steve Farmer** — Vice Provost for Enrollment, EPA

Reporting to Steve Farmer:

**Barbara Polk** — Sr Assoc / Deputy Dir, EPA
- Jared Rosenberg — Sr Asst Dir, EPA
- Ni-Eric Perkins — Sr Asst Dir, EPA
- Jen Kretchmar — Sr Asst Dir, EPA
- Hilda Stephens — Stu Svcs Mgr, SPA
- Michael Hamilton — Stu Svcs Mgr, SPA
- Penny Majors — Stu Svcs Asst IV, SPA
- Lauralee Long — Stu Svcs Asst IV, SPA
- Rose Pearson — Stu Svcs Asst IV, SPA
- Yolanda McClain — Stu Svcs Asst IV, SPA

Reporting under Barbara Polk (second column):
- Readers — Temporary (16), EPA
- Yolanda Coleman — Asst Dir, EPA
- Barkley Barton — Asst Dir, EPA
- Emma Robinson — Transfer Credit, SPA
- VACANT — Research Asst, SPA
- VACANT — Transfer Evaluator, Temporary EPA
- Altavese Alston — Stu Svcs Asst IV, SPA
- Tawanja McGill — Stu Svcs Asst IV, SPA
- Alfreda Johnson — Stu Svcs Asst IV, SPA

**Andrea Felder** — Assoc Dir, EPA
- Jazmin Garcia-Smith — Sr Asst Dir, EPA
- Admissions Reps — Temporary (4), SPA
- Damon Toone — Sr Asst Dir, EPA
- Patty Baum — Asst Dir, EPA
- Melody Levy — Asst Dir, EPA
- Melissa Kotačka — Asst Dir, EPA
- Melvin McDermott — Asst Dir, EPA
- VACANT — Asst Dir, EPA
- VACANT — Asst Dir, EPA

Reporting under Andrea Felder (next column):
- LaShayla Simpson — Events, SPA
- Andrew Parrish — Sr Asst Dir, EPA
- Ashley Memory — Sr Asst Dir, EPA
- Julie Tucker — Asst Dir, EPA
- Allie Treske Ahearn — Asst Dir, EPA
- Helen Suitt-Carter — Stu Svcs Asst IV, SPA
- Arbra Cates — Stu Svcs Asst IV, SPA
- Yolanda Arroyo — Stu Svcs Asst IV, SPA

**Allison Legge** — Sr Assoc Dir, EPA
- Melissa Florio — Applications Specialist, SPA
- Larry Heimer — Applications Specialist, SPA
- Missy Pyecha — Human Resources, SPA
- Howard Hayes — Budget, SPA
- Jennifer Thompson — Stu Svcs Asst IV, SPA
- Ashley Arthur — Executive Assistant, SPA
- Jen Drake — Business Analyst, SPA
- Omari Dennis — Business Analyst, SPA
- VACANT — Univ Program Specialist, SPA

**Rebecca Egbert** — Sr Asst Dir, C-STEP, EPA
- Brian Woodard — Admissions Counselor, SPA
- Yolanda Keith — Sr Asst Dir, Car Corps, EPA
- Eric Smith — Admissions Counselor, SPA
- Meredith Allred — Admissions Counselor, SPA
- College Advisers — Carolina Corps (41), EPA Temporary

UNC0000003



Plaintiff's Exhibit 2
9/19/14
Huseby.com