# Exhibit 6

EXHIBIT
15
Coleman

**From:** Rosenberg, Jared I <jirosenb@unc exchange.com>
**Sent:** Friday, December 12, 2014 6:29 PM
**To:** Coleman, Yolanda <ycoleman@admissions.unc.edu>
**Subject:** RE: Redacted

Thanks – I'll take a look

**From:** Coleman, Yolanda
**Sent:** Friday, December 12, 2014 1:14 PM
**To:** Rosenberg, Jared I
**Subject:** RE: Redacted

Sorry, hit send too soon. Sending the FYI as it may be worth a feedback form. Perhaps the URM tipped the decision.

**From:** Coleman, Yolanda
**Sent:** Friday, December 12, 2014 1:12 PM
**To:** Rosenberg, Jared I
**Subject:** Redacted

Just sending you an FYI on this..

**Yolanda Coleman**
*Assistant Director*
*Counselors & Colleagues Team Lead*
Office of Undergraduate Admissions
The University of North Carolina at Chapel Hill
Jackson Hall, Campus Box 2200
Chapel Hill, North Carolina 27599
admissions.unc.edu
Phone: 919.966.3994
Fax: 919.962.3045

Confidential; Attorneys Eyes Only