# Exhibit 8

**From:** Prasertpol, Wissuta
**Sent:** Tuesday, January 14, 2014 4:08 PM
**To:** Parrish, Andrew Mason; Kretchmar, Jen
**Subject:** RE: Numbers for communication planning

Hi all,
Please see attached.
Wissuta

**From:** Parrish, Andrew Mason
**Sent:** Tuesday, January 14, 2014 10:21 AM
**To:** Kretchmar, Jen
**Cc:** Prasertpol, Wissuta
**Subject:** RE: Numbers for communication planning

Sorry Jen, I should have clarified that. Can we get D1 and D2 for last year (entering this past fall of 2013). Thanks!

Andrew

**From:** Kretchmar, Jen
**Sent:** Tuesday, January 14, 2014 10:19 AM
**To:** Parrish, Andrew Mason
**Cc:** Prasertpol, Wissuta
**Subject:** RE: Numbers for communication planning

Hi Wissuta,

Could you take the lead on this one? Andrew, I assume you mean within the Fall 2013 admitted pool? We'll define Top NC as anyone with a 1400 plus on the CR + M portion of the SAT or 32 + on the ACT comp, or an official class rank of top 3% or higher. Sound good?

Thank you!

Jen

**From:** Parrish, Andrew Mason
**Sent:** Monday, January 13, 2014 4:06 PM
**To:** Kretchmar, Jen
**Cc:** Prasertpol, Wissuta
**Subject:** Numbers for communication planning

Jen,

Can you tell me how many of our Priority groups from last year overlap?

Top NC/FGC
Top NC/URM
FGC/URM
Top NC/FGC/URM (how many are all three)



EXHIBIT
3
PARRISH

1

UNC0103716

We have some communications that we may really "play small" with in terms of personalization for some of the students that overlap into multiple categories since they comprise so much of what we want. This would help us figure that out. If we could get this soon that would be great. Thanks for letting me know -

Andrew

2

UNC0103717

# Document Produced in Native Format

UNC0103718

| Deadline | TopNC | FGCL | URM | CountOfID |
|----------|-------|------|-----|-----------|
| ERLY | - | - | - | 2571 |
| ERLY | Top NC | - | - | 1692 |
| ERLY | - | - | URM | 577 |
| ERLY | - | FGCL | - | 333 |
| ERLY | Top NC | FGCL | - | 225 |
| ERLY | - | FGCL | URM | 184 |
| ERLY | Top NC | - | URM | 149 |
| ERLY | Top NC | FGCL | URM | 57 |
| REG | - | - | - | 1259 |
| REG | Top NC | - | - | 378 |
| REG | - | - | URM | 342 |
| REG | - | FGCL | - | 193 |
| REG | - | FGCL | URM | 124 |
| REG | Top NC | FGCL | - | 68 |
| REG | Top NC | - | URM | 50 |
| REG | Top NC | FGCL | URM | 41 |