# Exhibit 10

| | |
|---|---|
| **From:** | Prasertpol, Wissuta <wissutap@admissions.unc.edu> |
| **Sent:** | Wednesday, December 4, 2013 2:01 PM |
| **To:** | UGA Associates <associates@admissions.unc.edu> |
| **Cc:** | Kretchmar, Jen <jkretchmar@admissions.unc.edu> |
| **Subject:** | Core Report Comparison - Dec 4 |

Dear Associates,

Please find attached the latest core report update. Please let me know if you have any questions.

Wissuta



EXHIBIT 5
Kretchmar 3-7-17

UNC0081617

Case 1:14-cv-00954-LCB-JLW   Document 163-10   Filed 01/18/19   Page 2 of 4

UNC0081618

Core Report Year-on-Year Comparison
Date: Wednesday, December 4, 2013

| First Year Applicants | Applied 2013 | Applied 2014 | Chg | Read 2013 | Read 2014 | Chg | Read% 2013 | Read% 2014 | Chg | Admit 2013 | Admit 2014 | Chg | Admit% 2013 | Admit% 2014 | Chg | Enroll 2013 | Enroll 2014 | Chg | Enroll% 2013 | Enroll% 2014 | Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 17,884 | 18,399 | 3% | 8,425 | 9,317 | 11% | 0% | 1% | 0% | 3,482 | 3,966 | 14% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| **By SAT** | | | | | | | | | | | | | | | | | | | | | |
| Average SAT Critical Reading | 631 | 637 | 6 | 640 | 643 | 3 | | | | 673 | 670 | -3 | | | | | -- | -- | | | |
| Average SAT Math | 649 | 655 | 6 | 660 | 661 | 1 | | | | 687 | 684 | -3 | | | | | -- | -- | | | |
| Average SAT Total (R+M) | 1281 | 1293 | 12 | 1300 | 1305 | 5 | | | | 1360 | 1354 | -6 | | | | | -- | -- | | | |
| **By Ethnicity** | | | | | | | | | | | | | | | | | | | | | |
| American Indian or Alaska Native | 329 | 279 | -15% | 130 | 102 | -22% | 0% | 0% | 0% | 75 | 56 | -25% | 1% | 1% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Asian | 2,187 | 2,721 | 24% | 989 | 1,244 | 26% | 0% | 0% | 0% | 444 | 556 | 25% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Black or African American | 1,715 | 1,645 | -4% | 532 | 587 | 10% | 0% | 0% | 0% | 252 | 288 | 14% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Caucasian | 12,796 | 13,585 | 6% | 6,357 | 7,266 | 14% | 1% | 1% | 0% | 2,575 | 3,036 | 18% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Hispanic or Latino | 1,283 | 1,326 | 3% | 535 | 551 | 3% | 0% | 0% | 0% | 284 | 305 | 7% | 1% | 1% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Native Hawaiian or Other Pacific Islander | 42 | 41 | -2% | 16 | 17 | 6% | 0% | 0% | 0% | 7 | 6 | -14% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Not specified - Choose not to report | 1,268 | 613 | -52% | 610 | 333 | -45% | 0% | 1% | 0% | 252 | 132 | -48% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Other | 10 | 0 | -100% | 4 | 0 | -100% | 0% | 0% | 0% | 2 | 0 | -100% | 1% | 0% | -1% | 0 | 0 | -- | 0% | 0% | 0% |
| **By Gender** | | | | | | | | | | | | | | | | | | | | | |
| Female | 11,140 | 11,430 | 3% | 5,285 | 5,830 | 10% | 0% | 1% | 0% | 2,126 | 2,407 | 13% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Male | 6,744 | 6,968 | 3% | 3,140 | 3,487 | 11% | 0% | 1% | 0% | 1,356 | 1,559 | 15% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Unknown | 0 | 1 | -- | 0 | 0 | -- | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| **By Residency** | | | | | | | | | | | | | | | | | | | | | |
| Non-resident | 10,456 | 10,985 | 5% | 4,760 | 5,166 | 9% | 0% | 0% | 0% | 1,208 | 1,142 | -5% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| North Carolina Resident | 7,207 | 7,207 | 0% | 3,662 | 4,144 | 13% | 1% | 1% | 0% | 2,273 | 2,821 | 24% | 1% | 1% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Undetermined | 221 | 207 | -6% | 3 | 7 | 133% | 0% | 0% | 0% | 1 | 3 | 200% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| **By Alumni** | | | | | | | | | | | | | | | | | | | | | |
| Alum | 1,637 | 1,627 | -1% | 928 | 983 | 6% | 1% | 1% | 0% | 564 | 654 | 16% | 1% | 1% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Not Alum | 16,247 | 16,772 | 3% | 7,497 | 8,334 | 11% | 0% | 1% | 0% | 2,918 | 3,312 | 14% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| **By Citizenship** | | | | | | | | | | | | | | | | | | | | | |
| Non-Resident Alien | 682 | 846 | 24% | 289 | 268 | -7% | 0% | 0% | 0% | 86 | 81 | -6% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Permanent Resident Alien | 298 | 305 | 2% | 101 | 122 | 21% | 0% | 0% | 0% | 38 | 60 | 58% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| U.S. Citizen | 16,904 | 17,243 | 2% | 8,035 | 8,927 | 11% | 0% | 1% | 0% | 3,358 | 3,825 | 14% | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |
| Unknown | 0 | 5 | -- | 0 | 0 | -- | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% | 0 | 0 | -- | 0% | 0% | 0% |