# Exhibit 11

| From: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
|---|---|
| Sent: | Tuesday, February 18, 2014 3:41 PM |
| To: | Farmer, Stephen M <sfarmer@admissions.unc.edu>; UGA Associates <associates@admissions.unc.edu> |
| Subject: | RE: Enrollment Diversity Benchmarks |

Steve,

Thanks for sharing this information. I don't have any suggestions or concerns with the report as presented. We're clearly doing better than many of our peers. At the same time, we're not #1 in any category so we certainly have more work to do.

Barbara

**From:** Farmer, Stephen M
**Sent:** Monday, February 17, 2014 5:36 PM
**To:** UGA Associates
**Subject:** FW: Enrollment Diversity Benchmarks

All, fyi. I'd welcome your suggestions or concerns as well. Steve

**From:** Farmer, Stephen M
**Sent:** Monday, February 17, 2014 5:36 PM
**To:** Dean, Jr., James W.
**Cc:** Pinkney, Dwayne L; Tresolini, Carol P; Brown, Michelle; Strauss, Ronald P.; Elia, Jean Morton
**Subject:** Enrollment Diversity Benchmarks

Dear Jim and All:

Thank you for the advice and encouragement you offered this morning on the subject of diversity in undergraduate enrollment.

Attached please find a description of where we stand in comparison to three groups: our UNC GA-defined peer universities; the top 30 national universities, as ranked by US News; and the 60 US universities in the AAU.

The tables show where we rank within these three groups on five measures of enrollment diversity:
1. the percentage of all undergraduate students identifying themselves as American Indian;
2. the percentage identifying themselves as African American;
3. the percentage identifying themselves as Hispanic, Latino, or Latina;
4. the total percentage identifying themselves in any of these three ways;
5. the percentage of all undergraduate students receiving Pell Grants.

As a way of trying to gauge where we stand overall, the tables include one summary measure: where we rank within the three groups based on our average ranking on the five other benchmarks.

I hope this approach makes at least a little sense. I would welcome any suggestions or concerns you might have.

Steve



UNC0082983

# ENROLLMENT DIVERSITY BENCHMARKS—SUMMARY

## UNC SYSTEM-DEFINED PEER GROUP

Among the 16 universities in its UNC system-defined peer group, UNC-Chapel Hill ranks
—2nd in enrollment of American Indian students
—3rd in enrollment of African American students
—7th in enrollment of Hispanic/Latino/Latina students
—5th in enrollment of all underrepresented minority students
—7th in enrollment of Pell Grant recipients
—**2nd overall based on its average ranking on these five benchmarks**

## TOP 30 NATIONAL UNIVERSITIES

Among the 30 national universities ranked highest by US News, UNC-Chapel Hill ranks
—4th in enrollment of American Indian students
—3rd in enrollment of African American students
—17th in enrollment of Hispanic/Latino/Latina students
—7th in enrollment of all underrepresented minority students
—6th in enrollment of Pell Grant recipients
—**4th overall based on its average ranking on these five benchmarks**

## AAU UNIVERSITIES

Among the 60 U.S. universities in the Association of American Universities, UNC-Chapel Hill ranks
—6th in enrollment of American Indian students
—5th in enrollment of African American students
—29th in enrollment of Hispanic/Latino/Latina students
—16th in enrollment of all underrepresented minority students
—28th in enrollment of Pell Grant recipients
—**7th overall based on its average ranking on these five benchmarks**

# ENROLLMENT DIVERSITY BENCHMARKS—PEER UNIVERSITIES

Among the 16 universities in its UNC-system-defined peer group, UNC-Chapel Hill ranks
—2nd in enrollment of American Indian students
—3rd in enrollment of African American students
—7th in enrollment of Hispanic/Latino/Latina students
—5th in enrollment of all underrepresented minority students
—7th in enrollment of Pell Grant recipients
—2nd overall based on its average ranking on these five benchmarks

| School | Under-grads | American Indian | | African American | | Hispanic | | Underrep-resented | | Pell | | Average Rank—Five Benchmarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The University of Texas at Austin | 39,955 | 0.28% | 5 | 4.41% | 10 | 25.58% | 1 | 28.13% | 1 | 28.13% | 3 | 4.0 | 1 |

| School | Under-grads | American Indian % | AI Rank | African American % | AA Rank | Hispanic % | H Rank | Underrep-resented % | UR Rank | Pell % | Pell Rank | Average Rank—Five Benchmarks | Avg Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The University of Texas at Austin | 39,955 | 0.28% | 5 | 4.41% | 10 | 20.88% | 1 | 25.58% | 1 | 28.13% | 3 | 4.0 | 1 |
| University of North Carolina at Chapel Hill | 18,503 | 0.56% | 2 | 8.80% | 3 | 8.32% | 7 | 17.68% | 5 | 20.58% | 7 | 4.8 | 2 |
| University of California-Los Angeles | 27,941 | 0.18% | 9 | 2.87% | 13 | 17.52% | 2 | 20.57% | 2 | 36.17% | 1 | 5.4 | 3 |
| University of Southern California | 18,316 | 0.16% | 10 | 4.46% | 9 | 13.77% | 3 | 18.38% | 4 | 22.65% | 6 | 6.4 | 4 |
| Duke University | 6,655 | 0.53% | 3 | 9.90% | 2 | 6.39% | 11 | 16.81% | 6 | 14.43% | 12 | 6.8 | 5 |
| University of California-Berkeley | 25,774 | 0.26% | 6 | 2.44% | 15 | 12.88% | 4 | 15.58% | 8 | 33.30% | 2 | 7.0 | 6 |
| University of Maryland-College Park | 26,538 | 0.13% | 14 | 12.13% | 1 | 7.92% | 9 | 20.19% | 3 | 18.86% | 8 | 7.0 | 6 |
| University of Pennsylvania | 11,678 | 0.25% | 7 | 6.97% | 4 | 8.57% | 6 | 15.79% | 7 | 14.27% | 13 | 7.4 | 8 |
| University of Washington-Seattle Campus | 29,475 | 0.90% | 1 | 2.64% | 14 | 6.54% | 10 | 10.09% | 12 | 25.28% | 4 | 8.2 | 9 |
| Johns Hopkins University | 6,023 | 0.15% | 12 | 5.55% | 7 | 9.07% | 5 | 14.76% | 9 | 13.48% | 15 | 9.6 | 10 |
| University of Minnesota-Twin Cities | 34,469 | 0.34% | 4 | 3.74% | 12 | 2.77% | 15 | 6.84% | 15 | 22.92% | 5 | 10.2 | 11 |
| Northwestern University | 9,376 | 0.11% | 15 | 5.47% | 8 | 7.98% | 8 | 13.56% | 10 | 13.77% | 14 | 11.0 | 12 |
| University of Virginia-Main Campus | 15,822 | 0.14% | 13 | 6.37% | 5 | 5.49% | 12 | 12.00% | 11 | 12.40% | 16 | 11.4 | 13 |
| University of Michigan-Ann Arbor | 27,979 | 0.16% | 10 | 4.39% | 11 | 4.03% | 14 | 8.58% | 13 | 16.32% | 10 | 11.6 | 14 |
| University of Pittsburgh-Pittsburgh Campus | 18,429 | 0.06% | 16 | 5.90% | 6 | 2.40% | 16 | 8.36% | 14 | 17.62% | 9 | 12.2 | 15 |
| University of Wisconsin-Madison | 30,301 | 0.23% | 8 | 2.18% | 16 | 4.42% | 13 | 6.83% | 16 | 16.29% | 11 | 12.8 | 16 |

# ENROLLMENT DIVERSITY BENCHMARKS—TOP 30 UNIVERSITIES

Among the 30 national universities ranked highest by US News, UNC-Chapel Hill ranks
—4th in enrollment of American Indian students
—3rd in enrollment of African American students
—17th in enrollment of Hispanic/Latino/Latina students
—7th in enrollment of all underrepresented minority students
—6th in enrollment of Pell Grant recipients
—4th overall based on its average ranking on these five benchmarks

| School | Under-grads | American Indian | | African American | | Hispanic | | Underrep-resented | | Pell | | Average Rank—Five Benchmarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Columbia University in the City of New York | 7,814 | 0.54% | 5 | 7.95% | 4 | 14.29% | 4 | 22.78% | 2 | 20.62% | 5 | 4.0 | 1 |
| Stanford University | 7,063 | 0.98% | 2 | 6.24% | 14 | 16.69% | 2 | 23.91% | 1 | 17.99% | 8 | 5.4 | 2 |
| Massachusetts Institute of Technology | 4,503 | 0.31% | 8 | 6.17% | 15 | 15.26% | 3 | 21.74% | 3 | 20.12% | 7 | 7.2 | 3 |
| University of North Carolina at Chapel Hill | 18,503 | 0.56% | 4 | 8.80% | 3 | 8.32% | 17 | 17.68% | 7 | 20.58% | 6 | 7.4 | 4 |
| Rice University | 3,848 | 0.18% | 18 | 6.57% | 10 | 14.27% | 5 | 21.02% | 4 | 17.44% | 9 | 9.2 | 5 |
| Dartmouth College | 4,193 | 2.36% | 1 | 7.01% | 8 | 7.89% | 20 | 17.27% | 8 | 15.09% | 13 | 10.0 | 6 |
| University of California-Los Angeles | 27,941 | 0.18% | 18 | 2.87% | 28 | 17.52% | 1 | 20.57% | 5 | 36.17% | 1 | 10.6 | 7 |
| Yale University | 5,405 | 0.65% | 3 | 6.55% | 11 | 10.05% | 11 | 17.24% | 9 | 13.57% | 21 | 11.0 | 8 |
| Cornell University | 14,261 | 0.28% | 10 | 5.81% | 19 | 10.46% | 8 | 16.55% | 11 | 17.05% | 10 | 11.6 | 9 |
| Duke University | 6,655 | 0.53% | 6 | 9.90% | 1 | 6.39% | 25 | 16.81% | 10 | 14.43% | 16 | 11.6 | 9 |
| University of Southern California | 18,316 | 0.16% | 22 | 4.46% | 24 | 13.77% | 6 | 18.38% | 6 | 22.65% | 3 | 12.2 | 11 |
| Vanderbilt University | 6,796 | 0.26% | 12 | 7.59% | 5 | 7.95% | 19 | 15.80% | 13 | 14.71% | 14 | 12.6 | 12 |
| University of California-Berkeley | 25,774 | 0.26% | 12 | 2.44% | 29 | 12.88% | 7 | 15.58% | 15 | 33.30% | 2 | 13.0 | 13 |
| Brown University | 6,435 | 0.26% | 12 | 5.86% | 18 | 10.15% | 10 | 16.27% | 12 | 14.51% | 15 | 13.4 | 14 |
| Emory University | 7,656 | 0.20% | 17 | 9.76% | 2 | 5.42% | 28 | 15.37% | 16 | 22.64% | 4 | 13.4 | 14 |
| University of Pennsylvania | 11,678 | 0.25% | 15 | 6.97% | 9 | 8.57% | 15 | 15.79% | 14 | 14.27% | 17 | 14.0 | 16 |
| Wake Forest University | 4,815 | 0.27% | 11 | 7.48% | 6 | 5.44% | 27 | 13.19% | 23 | 12.40% | 14 | 18.0 | 17 |
| Princeton University | 5,327 | 0.17% | 21 | 7.36% | 7 | 7.43% | 22 | 14.96% | 17 | 12.28% | 25 | 18.4 | 18 |
| University of Notre Dame | 8,475 | 0.42% | 7 | 3.30% | 27 | 9.95% | 12 | 13.68% | 21 | 12.03% | 27 | 18.8 | 20 |
| Harvard University | 10,564 | 0.23% | 16 | 6.00% | 17 | 8.60% | 14 | 14.83% | 18 | 10.80% | 29 | 18.8 | 20 |
| University of Chicago | 5,618 | 0.18% | 18 | 4.50% | 23 | 8.44% | 16 | 13.12% | 24 | 16.44% | 4 | 18.4 | 18 |
| Johns Hopkins University | 6,023 | 0.15% | 24 | 5.55% | 20 | 9.07% | 13 | 13.80% | 20 | 13.86% | 19 | 20.2 | 23 |
| Georgetown University | 7,552 | 0.12% | 26 | 6.17% | 15 | 7.51% | 21 | 14.76% | 19 | 13.48% | 22 | 19.6 | 22 |
| California Institute of Technology | 997 | 0.30% | 9 | 1.71% | 30 | 10.43% | 9 | 12.44% | 26 | 11.45% | 28 | 20.4 | 24 |
| Northwestern University | 9,376 | 0.11% | 28 | 5.47% | 21 | 7.98% | 18 | 13.56% | 22 | 13.77% | 20 | 21.8 | 25 |
| University of Virginia-Main Campus | 15,822 | 0.14% | 25 | 6.37% | 12 | 5.49% | 26 | 12.00% | 27 | 12.40% | 23 | 22.6 | 26 |
| Carnegie Mellon University | 5,921 | 0.12% | 26 | 5.46% | 22 | 7.30% | 23 | 12.87% | 25 | 14.14% | 18 | 22.8 | 27 |
| University of Michigan-Ann Arbor | 27,979 | 0.16% | 22 | 4.39% | 25 | 4.03% | 30 | 8.58% | 30 | 16.32% | 12 | 23.8 | 28 |
| Washington University in St Louis | 7,259 | 0.11% | 28 | 6.25% | 13 | 4.79% | 29 | 11.16% | 28 | 7.43% | 30 | 25.6 | 29 |
| Tufts University | 5,255 | 0.06% | 30 | 4.03% | 26 | 6.51% | 24 | 10.60% | 29 | 12.09% | 26 | 27.0 | 30 |

# ENROLLMENT DIVERSITY BENCHMARKS—AAU UNIVERSITIES

Among the 60 U.S. universities in the Association of American Universities, UNC-Chapel Hill ranks
- 6th in enrollment of American Indian students
- 5th in enrollment of African American students
- 29th in enrollment of Hispanic/Latino/Latina students
- 16th in enrollment of all underrepresented minority students
- 28th in enrollment of Pell Grant recipients
- 7th overall based on its average ranking on these five benchmarks

| School | Under-grads | American Indian | | African American | | Hispanic | | Underrep-resented | | Pell | | Average Rank—Five Benchmarks | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| University of Florida | 32,776 | 0.29% | 20 | 8.03% | 7 | 18.31% | 5 | 26.63% | 2 | 32.48% | 9 | 8.6 | 1 |
| University of Arizona | 31,565 | 1.07% | 1 | 3.22% | 46 | 22.95% | 2 | 27.24% | 1 | 33.60% | 7 | 11.4 | 2 |
| Columbia University in the City of New York | 7,814 | 0.54% | 8 | 7.95% | 8 | 14.29% | 12 | 22.78% | 6 | 20.62% | 27 | 12.2 | 3 |
| Stony Brook University | 15,837 | 0.35% | 12 | 6.72% | 14 | 10.04% | 21 | 17.12% | 19 | 36.52% | 5 | 14.2 | 4 |
| Stanford University | 7,063 | 0.98% | 2 | 6.24% | 22 | 16.69% | 8 | 23.91% | 5 | 17.99% | 38 | 15.0 | 5 |
| The University of Texas at Austin | 39,955 | 0.28% | 22 | 4.41% | 37 | 20.88% | 3 | 25.58% | 4 | 28.13% | 12 | 15.6 | 6 |
| University of North Carolina at Chapel Hill | 18,503 | 0.56% | 6 | 8.80% | 5 | 8.32% | 29 | 17.68% | 16 | 20.58% | 28 | 16.8 | 7 |
| Massachusetts Institute of Technology | 4,503 | 0.31% | 15 | 6.17% | 23 | 15.26% | 11 | 21.74% | 8 | 20.12% | 31 | 17.6 | 8 |
| University of California-Davis | 25,666 | 0.30% | 17 | 2.28% | 53 | 16.39% | 9 | 18.97% | 14 | 42.68% | 2 | 19.0 | 9 |
| Texas A & M University-College Station | 40,103 | 0.30% | 17 | 2.86% | 48 | 18.12% | 6 | 21.27% | 9 | 21.65% | 24 | 20.8 | 10 |
| Rutgers University-New Brunswick | 31,593 | 0.10% | 57 | 7.51% | 10 | 11.84% | 16 | 19.45% | 13 | 30.69% | 10 | 21.2 | 11 |
| University of California-Santa Barbara | 18,977 | 0.15% | 46 | 2.20% | 54 | 24.24% | 1 | 26.59% | 3 | 37.18% | 4 | 21.6 | 12 |
| University of California-Los Angeles | 27,941 | 0.18% | 39 | 2.87% | 47 | 17.52% | 7 | 20.57% | 11 | 36.17% | 6 | 22.0 | 13 |
| University of California-Irvine | 22,216 | 0.17% | 42 | 2.05% | 56 | 19.72% | 4 | 21.94% | 7 | 40.01% | 3 | 22.4 | 14 |
| Yale University | 5,405 | 0.65% | 4 | 6.55% | 17 | 10.05% | 20 | 17.24% | 17 | 13.57% | 54 | 22.4 | 14 |
| Rice University | 3,848 | 0.18% | 39 | 6.57% | 16 | 14.27% | 13 | 21.02% | 10 | 17.44% | 41 | 23.8 | 16 |
| Duke University | 6,655 | 0.53% | 9 | 9.90% | 2 | 6.39% | 39 | 16.81% | 20 | 14.43% | 50 | 24.0 | 17 |
| University at Buffalo | 19,514 | 0.26% | 25 | 6.59% | 15 | 6.60% | 37 | 13.44% | 33 | 29.98% | 11 | 24.2 | 18 |
| New York University | 22,498 | 0.33% | 14 | 4.58% | 33 | 9.57% | 22 | 14.49% | 31 | 21.05% | 25 | 25.0 | 19 |
| University of California-Berkeley | 25,774 | 0.26% | 25 | 2.44% | 52 | 12.88% | 15 | 15.58% | 25 | 33.30% | 8 | 25.0 | 19 |
| Tulane University of Louisiana | 8,357 | 0.37% | 11 | 9.62% | 4 | 5.59% | 43 | 15.58% | 25 | 16.59% | 43 | 25.2 | 21 |
| University of California-San Diego | 22,676 | 0.19% | 37 | 1.23% | 60 | 15.77% | 10 | 17.19% | 18 | 46.08% | 1 | 25.2 | 21 |
| University of Southern California | 18,316 | 0.16% | 44 | 4.46% | 36 | 13.77% | 14 | 18.38% | 15 | 22.65% | 19 | 25.6 | 23 |
| Cornell University | 14,261 | 0.28% | 22 | 5.81% | 27 | 10.46% | 17 | 16.55% | 21 | 17.05% | 42 | 25.8 | 24 |
| Emory University | 7,656 | 0.20% | 35 | 9.76% | 3 | 5.42% | 46 | 15.37% | 27 | 22.64% | 20 | 26.2 | 25 |
| University of Maryland-College Park | 26,538 | 0.13% | 51 | 12.13% | 1 | 7.92% | 32 | 20.19% | 12 | 18.86% | 36 | 26.4 | 26 |
| Vanderbilt University | 6,796 | 0.26% | 25 | 7.59% | 9 | 7.95% | 31 | 15.80% | 23 | 14.71% | 48 | 27.2 | 27 |
| University of Missouri-Columbia | 26,960 | 0.31% | 15 | 8.05% | 6 | 3.05% | 58 | 11.41% | 41 | 22.64% | 20 | 28.0 | 28 |
| Brown University | 6,435 | 0.26% | 25 | 5.86% | 26 | 10.15% | 19 | 16.27% | 22 | 14.51% | 49 | 28.2 | 29 |
| University of Pennsylvania | 11,678 | 0.25% | 29 | 6.97% | 12 | 8.57% | 27 | 15.79% | 24 | 14.27% | 51 | 28.6 | 30 |

| School | Under-grads | American Indian | | African American | | Hispanic | | Underrep-resented | | Pell | | Average Rank—Five Benchmarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| University of Washington-Seattle Campus | 29,475 | 0.90% | 3 | 2.64% | 49 | 6.54% | 38 | 10.09% | 48 | 25.28% | 14 | 30.4 | 31 |
| Michigan State University | 37,354 | 0.27% | 24 | 6.73% | 13 | 3.53% | 56 | 10.53% | 45 | 25.14% | 15 | 30.6 | 32 |
| University of Kansas | 19,169 | 0.56% | 6 | 3.74% | 42 | 5.91% | 41 | 10.21% | 47 | 22.22% | 23 | 31.8 | 33 |
| University of Oregon | 20,809 | 0.63% | 5 | 1.88% | 57 | 7.03% | 36 | 9.54% | 51 | 26.44% | 13 | 32.4 | 34 |
| Harvard University | 10,564 | 0.23% | 30 | 6.00% | 24 | 8.60% | 26 | 14.83% | 29 | 10.80% | 59 | 33.6 | 35 |
| Princeton University | 5,327 | 0.17% | 42 | 7.36% | 11 | 7.43% | 33 | 14.96% | 28 | 12.28% | 57 | 34.2 | 36 |
| University of Colorado Boulder | 25,941 | 0.46% | 10 | 1.53% | 59 | 8.89% | 24 | 10.88% | 43 | 17.76% | 39 | 35.0 | 37 |
| University of Rochester | 5,785 | 0.29% | 20 | 4.74% | 32 | 5.51% | 44 | 10.54% | 44 | 19.05% | 35 | 35.0 | 37 |
| Ohio State University-Main Campus | 43,058 | 0.20% | 35 | 6.27% | 20 | 3.11% | 57 | 9.59% | 50 | 23.72% | 17 | 35.8 | 40 |
| Georgia Institute of Technology-Main Campus | 14,527 | 0.12% | 52 | 6.44% | 18 | 6.15% | 40 | 12.71% | 37 | 20.12% | 31 | 35.6 | 39 |
| University of Chicago | 5,618 | 0.18% | 39 | 4.50% | 35 | 8.44% | 28 | 13.12% | 34 | 16.44% | 44 | 36.0 | 41 |
| Johns Hopkins University | 6,023 | 0.15% | 46 | 5.55% | 28 | 9.07% | 23 | 14.76% | 30 | 13.48% | 55 | 36.4 | 42 |
| University of Illinois at Urbana-Champaign | 32,281 | 0.10% | 57 | 5.45% | 31 | 7.43% | 33 | 12.99% | 35 | 20.50% | 29 | 37.0 | 43 |
| California Institute of Technology | 997 | 0.30% | 17 | 1.71% | 58 | 10.43% | 18 | 12.44% | 38 | 11.45% | 58 | 37.8 | 44 |
| University of Minnesota-Twin Cities | 34,469 | 0.34% | 13 | 3.74% | 42 | 2.77% | 59 | 6.84% | 58 | 22.92% | 18 | 38.0 | 45 |
| Case Western Reserve University | 4,386 | 0.21% | 33 | 4.58% | 33 | 4.72% | 50 | 9.51% | 52 | 20.74% | 26 | 38.8 | 46 |
| Northwestern University | 9,376 | 0.11% | 54 | 5.47% | 29 | 7.98% | 30 | 13.56% | 32 | 13.77% | 53 | 39.6 | 47 |
| Brandeis University | 3,588 | 0.14% | 48 | 4.35% | 39 | 5.88% | 42 | 10.37% | 46 | 20.18% | 30 | 41.0 | 48 |
| Carnegie Mellon University | 5,921 | 0.12% | 52 | 5.46% | 30 | 7.30% | 35 | 12.87% | 36 | 14.14% | 52 | 41.0 | 48 |
| University of Virginia-Main Campus | 15,822 | 0.14% | 48 | 6.37% | 19 | 5.49% | 45 | 12.00% | 40 | 12.40% | 56 | 41.6 | 50 |
| Boston University | 18,306 | 0.11% | 54 | 3.27% | 45 | 8.75% | 25 | 12.13% | 39 | 14.79% | 47 | 42.0 | 51 |
| Iowa State University | 25,553 | 0.21% | 33 | 2.58% | 50 | 3.86% | 54 | 6.65% | 60 | 24.29% | 16 | 42.6 | 52 |
| Purdue University-Main Campus | 31,284 | 0.19% | 37 | 3.31% | 44 | 3.69% | 55 | 7.19% | 57 | 22.32% | 22 | 43.0 | 53 |
| University of Iowa | 21,999 | 0.22% | 32 | 2.53% | 51 | 5.30% | 48 | 8.05% | 56 | 19.16% | 34 | 44.2 | 54 |
| Washington University in St Louis | 7,259 | 0.11% | 54 | 6.25% | 21 | 4.79% | 49 | 11.16% | 42 | 7.43% | 60 | 45.2 | 55 |
| Indiana University-Bloomington | 32,371 | 0.14% | 48 | 4.16% | 41 | 4.04% | 52 | 8.34% | 55 | 20.11% | 33 | 45.8 | 56 |
| Pennsylvania State University-Main Campus | 39,192 | 0.09% | 59 | 4.31% | 40 | 5.33% | 47 | 9.73% | 49 | 18.80% | 37 | 46.4 | 57 |
| University of Michigan-Ann Arbor | 27,979 | 0.16% | 44 | 4.39% | 38 | 4.03% | 53 | 8.58% | 53 | 16.32% | 45 | 46.6 | 58 |
| University of Pittsburgh-Pittsburgh Campus | 18,429 | 0.06% | 60 | 5.90% | 25 | 2.40% | 60 | 8.36% | 54 | 17.62% | 40 | 47.8 | 59 |
| University of Wisconsin-Madison | 30,301 | 0.23% | 30 | 2.18% | 55 | 4.42% | 51 | 6.83% | 59 | 16.29% | 46 | 48.2 | 60 |