# Exhibit 13



UNC0079503

Plaintiff's Exhibit
9/14/16 6
Huseby.com
GLOBAL LITIGATION SUPPORT
85 YEARS OF
TRADITION of EXCELLENCE

UNC0079504

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

- Time for a pop quiz
- Every strong organization has a mission statement (http://www.missionstatements.com/fortune_500_mission_statements.html)
- Ford: We are a global family with a proud heritage passionately committed to providing personal mobility for people around the world.
- Harley Davidson: We fulfill dreams through the experience of motorcycling, by providing to motorcyclist an expanding line of motorcycles & branded products and services.
- Hershey: Undisputed Marketplace Leadership

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

What is the Mission Statement for the University of North Carolina at Chapel Hill?

Who can recite the Mission Statement for the University of North Carolina at Chapel Hill?

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

Mission Statement Mad Libs!

http://ceourl.com/I_LOVE_READERTRAINING

* Who remembers Mad Libs?
* You have 2 minutes to fill in the blanks to this UNC Chapel Hill Mad Lib Mission Statement.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

What is the Mission Statement for the University of North Carolina at Chapel Hill?

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

The University of North Carolina at Chapel Hill, the nation's first public university, serves North Carolina, the United States, and the world through teaching, research, and **public** service. We embrace an unwavering commitment to excellence as one of the world's great research universities.

Our mission is to serve as a center for research, scholarship, and creativity and to teach a **diverse** community of undergraduate, graduate, and professional students to become the next generation of **leaders**. Through the efforts of our exceptional faculty and staff, and with generous support from North Carolina's citizens, we invest our knowledge and resources to enhance access to learning and to foster the success and prosperity of **each rising generation**. We also extend knowledge-based services and other resources of the University to the **citizens of North Carolina** and their institutions to enhance the quality of life for all people in the State.

With lux, libertas—light and liberty—as its founding principles, the University has charted a bold course of leading change to **improve society** and to help solve the world's greatest problems

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

## UNC Chapel Hill's Commitment to Diversity

"UNC's experience has been that racial diversity offers more than lifelong, transformative educational benefits to individual graduates. Thousands of the State's corporations and small businesses, its hospitals and schools, its legislative chambers and courtrooms, now count on UNC graduates who are better prepared for public or private life because of college experiences which have taught them to thrive in interracial and multi-ethnic settings."
- BRIEF OF AMICUS CURIAE, UNC CHAPEL HILL

- http://www.unc.edu/ugradbulletin/pdf/2015-16.pdf
- http://blogs.law.unc.edu/civilrights/2013/09/24/unc-center-for-civil-rights-joins-amicus-curiae-brief-to-defend-narrowly-tailored-use-of-race-in-college-admissions/

- UNC Chapel Hill vs. NC vs. US
- Hispanic: 7.7% vs. 9.0% vs. 17.4%
- American Indian: .6% vs. 1.6% vs. 1.2%
- Asian: 11.7% vs. 2.7% vs. 5.4%
- Black: 8.2% vs. 22.1% vs. 13.2%
- White: 63.7% vs. 64.1% vs. 62.1%
- http://quickfacts.census.gov/qfd/states/37000.html
- http://oira.unc.edu/facts-and-figures/student-data/enrollment-and-student-characteristics/students-by-level-raceethnicity-and-gender-fall-2015-unduplicated/

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

## UNC Chapel Hill's Commitment to Diversity

"The University of North Carolina at Chapel Hill strives for excellence both in academic engagement and co-curricular support. **Sustaining a diverse and inclusive community is critical to achieving educational excellence.**"

- We also know that diversity goes beyond underrepresented student populations and race. First generation college, military/veterans, LGBTQ populations and more.
- Only 27.3% of North Carolinians over 25 have a bachelor's degree or higher and there are over 724,000 veterans in NC.

- http://www.unc.edu/ugradbulletin/pdf/2015-16.pdf
- http://quickfacts.census.gov/qfd/states/37000.html



- We have some work to do!
- Reader training will help us be aware!
- Holistic review will help us select a outstanding and diverse class.



- We have some work to do!
- Reader training will help us be aware!
- Holistic review will help us select a outstanding and diverse class.