# Exhibit 14

# Task Force Reports

## Chancellor's Task Force on Diversity

**WELCOME!**

A critical element of excellence for a 21st century educational institution is a diverse and inclusive community. In 2005, the Chancellor's Task Force on Diversity conducted an assessment of diversity on the University campus, examining it from a broad range of perspectives. The Task Force took into account the experiences of students, staff, and faculty as they relate to race, gender, class, sexuality, culture, religion, and region. It also collected information on policies and procedures from nearly all schools and selected administrative units on the campus.

> The Report of the Chancellor's Task Force on Diversity is available for download as a pdf (http://diversity.unc.edu/files/2013/03/FinalTaskForceReport_2005.pdf).
>
> Survey results and other research documents produced for the task force are available for download here (http://www.unc.edu/minorityaffairs/assessment/documents.html).

**THE FIVE UNIVERSITY DIVERSITY GOALS**

The Task Force outlined recommendations for five goals that it believes will move the University closer toward the excellence a diverse and inclusive community can offer. The University must:

1. **Clearly define and publicize its commitment to diversity.** Just as the University must be clear and direct in its commitment to educational excellence, so must it be clear and direct in its commitment to diversity as a contributor to that excellence.
2. **Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity.** The Office of Diversity and Multicultural Affairs should be directed, in consultation with the campus community, to develop a plan for diversity that includes benchmarks and timelines for implementation and to issue annual reports to the University community on progress toward meeting diversity goals and objectives.
3. **Make high quality diversity education, orientation, and training available to all members of the University community.** Faculty, staff, and students see the potential to improve interpersonal skills through meaningful education and training about diversity. The Task Force heard consistent calls for increasing and broadening the reach of existing programs.
4. **Create and sustain a campus climate in which respectful discussions of diversity are encouraged.** Additional measures are needed to create a climate in which the values of diversity will take root and flourish. Currently, some members of the community are hesitant to discuss differences or feel unrecognized or unappreciated. Of particular concern are negative feelings by maintenance and service workers.
5. **Support further research to advance the University's commitment to diversity.** The Task Force's assessment has brought to light numerous issues that call for additional information or deeper analysis. Further research should be encouraged to advance the University's commitment to diversity and to assess the ways in which diversity advances the University's mission.

**TASK FORCE ORGANIZATIONAL FRAMEWORK**

Chart of roles and responsibilities (http://www.unc.edu/diversity/chart.pdf) [PDF]



EXHIBIT 7