# Exhibit 17

| From: | Memory, Ashley <amemory@admissions.unc.edu> |
|---|---|
| Sent: | Tuesday, October 7, 2014 3:04 PM |
| To: | Toone, Damon E <dtoone@admissions.unc.edu>; Parrish, Andrew Mason <aparrish@admissions.unc.edu>; Garcia Smith, Jazmin <jazmin.garcia.smith@admissions.unc.edu>; Legge, Allison <alegge@admissions.unc.edu>; Polk, Barbara Jo <bpolk@admissions.unc.edu>; Farmer, Stephen M <sfarmer@admissions.unc.edu> |
| Subject: | Annual Search - Questions? |

Dear All,

As I mentioned in our last meeting, I'd appreciate some assistance in making the decisions related to search, starting with the highest level. We may not be able to cover this topic completely in just one meeting, and that is fine.

Below is some background, but please, please send me your questions, and I'll happily answer or research them before we discuss these. Many thanks to Allison (and Jen, previously) for their help pulling the information below.

**What is "search?"** In my mind, it's a strategy related to our priority of recruiting top North Carolinians and students who strengthen diversity. It is the selective annual purchase of student names from testing services, starting as far back as 9th through 11th grade and the communication with these students from application to admission. The 75,000+ names that we purchase through search form the crux of the applicant database from year to year. These students receive emails and publications, and a selection of them are then invited to various programs by other members of the recruitment staff.

**What happens to these names?** We import the names into Hobson's and send students an email for the first communication and then follow up with a letter and special publication through the mail. We continue to communicate with them throughout the years until they reach their senior year (ceasing after the final FY deadline). The senior names are purged from our system over the summer but we keep the sophomore and junior names for the next year and communicate with these students until they reach their senior year. I have a calendar of these specific communications I can share later after we address the big picture.

**What are the sources of these names?** We have focused on the College Board and PSAT names up until this past year, which is when we first bought ACT names. There are other sources from internet-based companies that use self-identifying measures that Andrea and I investigated earlier in the year, specifically Cappex and Chegg, but we did not feel that the high cost for these leads justified their use at that time.

**What is the criteria for these names and how was this decided?** See below for the PSAT names; the criteria was determined years ago, I believe, in consultation with Andrea and Steve.

| Hobsons | 2014 Orders | Graduating Years | Criteria | Actual as of 1/07/2014 | Projected 1/07/2014 through 8/14 |
|---|---|---|---|---|---|
| NC | | | | | |
| NC Top PSAT | 2014 Order 1 - Top NC | 2015-2016-2017 | 140+ or 1400+ | 1,20? | 3,625 |
| NC Tier2 PSAT | 2014 Order 2 - SSS NC | 2015-2016-2017 | 130-139 or 1300-1390 | 2,300 | 6,593 |
| NC AP PSAT | 2014 Order 3 - Access NC | 2015-2016-2017 | 3+ on any AP exam | 4,730 | 4,730 |
| NC Other PSAT | 2014 Order 4 - Diversity NC | 2015-2016-2017 | Underrepresented 110-129 or 1100-139 | 1,275 | 3224 |
| | Total NC | | | | |
| OOS | | | | | |
| OOS Top PSAT | 2014 Order 5 - Top OOS | 2015-2016-2017 | 150+ or 1500+ | 6,591 | 6591 |
| OOS Tier2 PSAT | 2014 Order 6 - Second OOS | 2015-2016 | 140-149 or 1400-1490 | 23,417 | 23,417 |
| OOS AP PSAT | 2014 Order 7 - Third OOS | 2015-2016 | 130-139 | 9,373 | 9,973 |
| OOS Other PSAT | 2014 Order 8 - Diversity OOS | 2015-2016-2017 | Underrepresented 125-139 or 1250-139 | 9,660 | 9,660 |
| | Total OOS | | | | |
| | | | TOTAL as of 1/07/2014 | | |

DEPOSITION EXHIBIT 12 PARRISH

PENGAD 800-631-6989

UNC0087530

Case 1:14-cv-00954-LCB-JLW Document 163-17 Filed 01/18/19 Page 2 of 4

Below is the criteria and volumes for the ACT names we purchased in July. These were N.C. high school juniors took the ACT in the spring. The names were not available until then due to delayed testing from the winter storms. The reason we decided to buy names from the ACT is that the number of our NC PSAT names had started to dwindle, perhaps because of the emergence of the ACT, which was made free (and required) by the NCDPI 3 years ago. We are currently only purchasing NC names from the ACT since we get so many OOS names from the PSAT. The criteria was determined by Andrea and me.

| Order | Hobsons Code | ACT Order Name | GPA | Total |
|---|---|---|---|---|
| 1 | NC Top ACT | Top NC 32-36 | 3.5 - 4.0 | 1,007 |
| 2 | NC Tier2 ACT | NC 29-31 | 3.5 - 4.0 | 2,005 |
| 3 | NC Other ACT | NC Underrep 26-28 | 3.5 - 4.0 | 490 |
| 4 | NC FGC ACT | NC FGC 27-36 | 3.5-4.0 | 1,859 |
|   |   |   |   | 5,361 |

We also purchased an additional 700 names with the same criteria for the PLAN (sophomores). These names were imported into our system over the summer, and we will continue to communicate with them until senior year.

**What is the value of search and how do we know? What if we didn't do search at all? Should we continue with search? If so, how could it be improved?**

This is an area where we could collaborate because honestly, I'm not sure about measurement. The results of search, I hope, are reflected in our overall application and enrollment numbers for top NC and others, but I hope we can determine other incremental measurements. Below is what I have tabulated.

**View Rate for Emails.** The view rate for emails sent to our first ACT names this summer was almost 50%. For the names we emailed in the spring: in-state PSAT names 57%; OOS PSAT names: 33%. Here we are doing very well, as view rates of most successful email campaigns range between 5-10%. Although we don't know for sure that students are reading every word of the emails, based on these rates and an opt-out rate of near zero, I do feel that the email method is still a viable means of communicating with students on an individual basis.

**Mailing Application Brochure.** Below are the results of search names from 2013 who graduated high school in 2014 and received our "Inspiration is Contagious" brochure last fall:

| Status | OOS | NC |
|---|---|---|
| Brochures Sent | 44,912 | 5,294 |
| Applied | 2,694 | 2,698 |
| % Applied | 6% | 51% |
| Admitted | 1,358 | 1,941 |
| % Admitted | 3% | 37% |
| Deferred | 493 | 328 |
| Admitted (App w/d after dcsn) | 21 | 32 |

Thanks for your patience for such a long email and for your help going forward. I really appreciate it!
Ashley

Ashley T. Memory
Senior Assistant Director
Undergraduate Admissions
University of North Carolina at Chapel Hill
Campus Box 2200, Jackson Hall
Chapel Hill, NC 27599-2200

UNC0087531

Case 1:14-cv-00954-LCB-JLW   Document 163-17   Filed 01/18/19   Page 3 of 4

Phone: (919) 843-2531
Fax: (919) 962-3045

It's not *what* you'll find at Carolina. It's *who*. Learn more.

UNC0087532