# Exhibit 19

**From:** Davis, Michael
**Sent:** Thursday, August 20, 2015 12:21 PM
**To:** UGA Associates
**Subject:** Thoughts Requested - Fall Events

Good morning all,

As the yield team plans for the "Carolina & Beyond" events (replacing Academic Days) this fall, I wanted to share the recommended plan and get your feedback. There are a lot of changes this year, and I want to make sure that the guidance I am providing to Andrew is going to best help us meet our goals this year. I'm attaching the full plan for your reference, but here is a brief snapshot of the highlights:

Recommended Program:
- Welcome
- Faculty deliver Tedx Talk, then small breakout discussions led by ambassadors
- Enrichment opportunities (Burch Fellows, Phillips Ambass., Carolina Challenge, etc.)
- Boxed lunches on the Quad
- Academic Sessions (students will choose to attend one from #1 – med. Anthro, bio, public health; #2 – bus, econ, entrep.; #3 – PWAD, Global Studies, Poli Sci)
- Closing Ceremony
- Optional Campus Tour

Additional key details:
- 3 event dates, goal is 300 students attending each (so a total of 900)
- Dates: Mon, Sept 28; Sat, Oct 3; and **either Sat, Oct 10 or Sat, Oct 31**)
- Anticipated cost: $12,000
- Target Audience:

| NC Top PSAT | 140+ or 1400+ |
| NC Top ACT | Top NC 32-36 |
| NC Tier2 PSAT | 130-139 or 1300-1390 |
| NC Tier2 ACT | NC 29-31 |
| NC Other PSAT | Underrepresented 110-129 or 1100-1290 |
| NC Other ACT | NC Underrep 26-28 |
| NC FGC ACT | NC FGC 27-36 |
| OOS Other PSAT | Underrepresented 125-139 or 1250-1390 |



My understanding is that Academic Days were 12 separate events each highlighting a different academic area, and that we has 231 students attend (who then ultimately yielded well). My major concerns with the plan this year are around the academic component: are we offering access to a wide enough array of departments to still fully engage and ultimately yield our targeted populations? Andrew expressed his concern that engaging the departments listed and getting their commitment was already going to be significant work, and expressed that many of the areas not represented (performance arts, journalism, computer science, etc.) do not typically have a lot of interested students at these events. Additionally, I think that we'll probably want to make the "enrichment opportunities" a little more comprehensive, but I think that is info that our office can deliver.

Any guidance or thoughts that anyone has would be welcome. If it makes more sense to discuss as a group, we could tack it onto our Associates' debrief at the end of training on Monday.

Thanks so much. Best, Michael

1

UNC0186917

Case 1:14-cv-00954-LCB-JLW   Document 163-19   Filed 01/18/19   Page 2 of 8

Michael Davis
Associate Director
Office of Undergraduate Admissions
The University of North Carolina at Chapel Hill
Jackson Hall, Campus Box 2200
Chapel Hill, NC 27599-2200
(919) 962-5326

# Event Worksheet

EVENT NAME: Carolina & Beyond
EVENT OWNER: Andrew
DATE COMPLETED:

| Task | Instructions | Date required | Owner |
|---|---|---|---|
| Description/Summary of event (to be included in invitation and online description) | Carolina and Beyond is designed for outstanding seniors in high school, like you, who are interested in exploring how Carolina's world-class education can help you achieve your goals – both on-campus and beyond campus, both during your undergraduate years and afterwards. You will experience how to study various topics from different departmental angles, meet students who are engaging in immersive mentored programs and experience a Carolina Tedx Talk, which is a showcase for a speaker to present a great, well-formed idea in under 18 minutes. You'll also enjoy lunch with potential future classmates, research partners, roommates and friends. | | |
| Goal of event | <ul><li>900 attendees</li><li>Contribute to the goal of increasing the number of top NCs, FGC, UR who apply first deadline by 5%</li><li>Solidify and increase the number of students that have us #1 in their search process</li><li>Illustrate through experiences our interim recruitment plan messages and especially that Carolina is a place that can prepare students for life beyond Carolina.</li><li>By utilizing current students and faculty to illustrate the vibrancy and inter-connectedness of Carolina's academic departments, the support available to develop one's interests and the networking and connections that will allow goals and dreams to be attained, we hope to impact our yield rate of key invited populations.</li><li>We hope that part of the focus of this event will be more doing rather than passive receiving of information. Students will discuss what they hear from a Tedx talk, Interact with current students who are participating in opportunities like Burch Fellows, Carolina Challenge, Phillips Ambassadors, writing Honors Theses, etc, and talk with faculty who can explain that there are many different and interconnected ways to study various topics such as health, business and policy.</li></ul> | | |
| Measurements/ Outcomes | <ul><li>Likert scale of how clearly our interim recruitment plan messages were experienced</li><li>Assess where we are (#1,2,3 or other) before attending and where we are after attending</li><li>Open-ended response section about the day itself (what they liked best, what they liked least and how to improve it) as well as for the individual components (Tedx talk, academic department sessions, etc.)</li><li>What % applied by first deadline?</li><li>What % of attendees attended Carolina 101?</li><li>How many star student contacts did we make from the event?</li><li>Summary efficiency stats – number of staff we used in the past vs. present and number of hours worked</li></ul> | | |
| Dates and times of event | Three event dates – Mon., Sept. 28; Sat., Oct. 3; __?__ (maybe Sat. Oct. 3 or Sat. Oct. 31?) | | |

UNC0186919

Case 1:14-cv-00954-LCB-JLW Document 163-19 Filed 01/18/19 Page 4 of 8

| | |
|---|---|
| | Question – Is it more important to have event #3 before our D1 deadline and have less on-hand support the week of the event for last-second needs (Andrew is on consortium travel and Maria and Montez are in new reader training all week) or to have more on-hand support the week prior, but have it after our D1 deadline? |
| Locations needed | Monday, Sept. 28 - Union Great Hall + two large spaces for sessions #2 and #3 (approx. 75 students each) + Polk Place quad for lunch<br><br>Sat. Oct. 3 – Large classroom that can seat 300 people + two large spaces for sessions #2 and #3 (approx. 75 students each) + Polk Place quad for lunch<br><br>?__ - Large classroom that can seat 300 people + two large spaces for sessions #2 and #3 (approx. 75 students each) + Polk Place quad for lunch |
| Open and close dates for registration | #1 - Opens: August 28, 2015   Closes: Mon. Sept. 28<br>#2 - Opens: August 28, 2015   Closes: Sat. Oct. 3<br>#3 - Opens: August 28, 2015   Closes: ? |
| Target population for query – be specific please | Group #3 → 24725 Prospects<br><br>| NC Top PSAT | 140+ or 1400+ |<br>|---|---|<br>| NC Top ACT | Top NC 32-36 |<br>| NC Tier2 PSAT | 130-139 or 1300-1390 |<br>| NC Tier2 ACT | NC 29-31 |<br>| NC Other PSAT | Underrepresented 110-129 or 1100-1290 |<br>| NC Other ACT | NC Underrep 26-28 |<br>| NC FGC ACT | NC FGC 27-36 |<br>| OOS Other PSAT | Underrepresented 125-139 or 1250-1390 |<br><br>OOS Other ACT? (only adds 22 additional prospects)<br>NC Low SES PSAT<br>NC SES ACT (we didn't buy it this spring but there might have been students in this filter we bought from previous years that might have been invited) |
| Maximum number of attendees | 315 |
| Maximum | 0 |

| Field | Details |
|---|---|
| number of guests | |
| Invitation Text – specify Email and/or paper template | Invite text TBD (working with Ashley)<br>Send invites by Monday, August 31<br>Reminder e-mail sent by Friday, Sept. 11 and Monday, Sept. 21<br>E-mail and hard-copy: NC invitees<br>E-mail: OOS invitees |
| Confirmation Text/Template | TBD |
| Reminder Text/Template and timeframe | TBD |
| Thank you for attending Text/Template | TBD |
| Web page | TBD |
| Operations support (registration cards, folders, name tags | Folders - agenda, slip sheets (general, diversity, fin aid), campus map, 3 pages of white paper for notes; blank name tags, six sharpie markers, three printed out rosters of attendees to check in people |
| Budget | Event cost - $ 12,000 (Great Hall rental, union break-out room rental, lunch – less if we end up securing classrooms for our two events on Saturday as classrooms are free.<br><br>This is $7,000 more than last year's Academic Days. Most of the expected increase in cost can be attributed to the expected increase in attendees (200 to 900) for event space and the cost of feeding 700 additional people.<br><br>We expect to use three recruitment staff members per event for seven hours, and so with three events, we will use a total of nine staff members for 63 hours compared to using 12 staff members for six hours each event for a total of 72 hours last year. |
| Survey Desired? If yes, what specific survey questions would you like to ask? | See measurements/outcomes section |
| Post-event survey results desired by | #1 - Survey sent out: Sept. 28; Deadline: Oct. 2; Reminder: Oct. 1; Results Desired by: Oct. 14<br>#2 - Survey sent out: Oct. 3; Deadline: Oct. 9; Reminder: Oct. 7; Results Desired by: Oct. 14<br>#3 - Survey sent out: Oct. 31; Deadline: Nov. 6; Reminder: Nov. 4; Results Desired by: Nov. 20 |
| Event testing requirements | X days prior to event invitation, test survey, links, etc. |
| Post-event tracking | Drive students to our main social media sites |
| Other | |

UNC0186921

Instructions

Agenda - Monday, Sept. 28

| Time | Session | Location Options | Purpose/Thoughts |
|---|---|---|---|
| 9-9:30 am | Check – in | Student Union Great Hall | |
| 9:30-9:45 | Welcome | Great Hall | |
| 9:45 – 10:45 | 20 min Tedx Talk; Break-out discussion sessions led by Ambass/MSRC/OL | Great Hall | Beyond inspiring – how to take ideas and put them into action. Who to do the Ted Talk? |
| 11-11:45 | Enrichment opportunities (Burch Fellows, Phillips Ambass., Carolina Challenge, etc.) | Great Hall | Beyond classroom - 3-4 students rotate talking about their prog. for 5 min. each on stage; then Q&A |
| 12-12:45 | Lunch with groups (boxed lunch) | Polk Place Quad | Can we reserve the quad? Where will the delivery person set up? What will we need? |
| 1-2 | Academic Sessions (#1 – med. Anthro, bio, public health; #2 – bus, econ, entrep.; #3 – PWAD, Global Studies, Poli Sci) | Great Hall + two large spaces for sessions #2 and #3 (approx. 75 students each) | Students choose one session to attend; need to find faculty or staff reps for these nine depts. Beyond campus - Depts. need to talk about how they approach their field separately as well as overlap; also how share career outcomes for students in departments |
| 2-2:30 | Closing ceremony | Great Hall | Photo-booth, Pandora music playing |
| 2:30-3:15 | Optional Campus Tour | Great Hall | |

Agenda – Saturday, Oct. 3 and Saturday, Oct. 31?

| Time | Session | Location Options | Purpose/Thoughts |
|---|---|---|---|
| 9-9:30 am | Check – in | 300 person classroom | |
| 9:30-9:45 | Welcome | 300 person classroom | |
| 9:45 - 10:45 | Academic Sessions (#1 – med. Anthro, bio, public health; #2 – bus, econ, entrep.; #3 – PWAD, Global Studies, Poli Sci) | 300 person aud. + two large spaces for sessions #2 and #3 (approx. 75 students each) | Students choose one session to attend; need to find faculty or staff reps for these nine depts.<br><br>Beyond campus - Depts. need to talk about how they prepare students for life beyond UNC |
| 11-11:45 | 20 min Tedx Talk; Break-out discussion sessions led by Ambass/MSRC/OL | 300 person classroom | Beyond inspiring – how to take ideas and put them into action<br><br>Who to do the Ted Talk? |
| 12-12:45 | Lunch with groups (boxed lunch) | Polk Place Quad | Can we reserve the quad? Where will the delivery person set up? What will we need? |
| 1-1:45 | Enrichment opportunities (Burch Fellows, Phillips Ambass., Carolina Challenge, etc.) | 300 person classroom | Beyond classroom - 3-4 students rotate talking about their prog. for 5 min. each on stage; then Q&A |
| 2-2:30 | Closing ceremony | 300 person classroom | Photo-booth, Pandora music playing |
| 2:30-3:15 | Optional Campus Tour | 300 person classroom | |

UNC0186923