# Exhibit 20

**From:** Baum, Patty
**Sent:** Friday, August 14, 2015 4:14 PM
**To:** Medina, Emilio A
**Cc:** Davis, Michael; Parrish, Andrew Mason
**Subject:** RE: Carolina 101 and Search

Hi Emilio,

This is from a while ago, but we're looking at 101 for next year and Academic Days for this fall. Of all the students we invited to 101, how many were NC and how many were OOS? Can you pull those numbers for me? I have another email that has student totals, but they're not matching up with the 12,885 number at the bottom of the email below.

Thanks!

Patty

**From:** Medina, Emilio A
**Sent:** Tuesday, March 03, 2015 4:35 PM
**To:** Baum, Patty <pbaum@admissions.unc.edu>; Underwood, W Warner <warner.underwood@admissions.unc.edu>; Tucker, Julie Sizemore <jtucker@admissions.unc.edu>
**Cc:** Florio, Melissa R <simrb@admissions.unc.edu>; Memory, Ashley <amemory@admissions.unc.edu>
**Subject:** RE: Carolina 101 and Search

Hi All,
I wanted to send you the final criteria we are using for this year's 101 filter. Once we have finalized the filter, I will create the two separate lists for the paper mailings.

| 2015 Orders | Grad Years | Test |
|---|---|---|
| **NC** | | |
| 2015 Order 1 - Top NC | 2016 | 140+ or 1400+ |
| 2015 Order 2 - SSS NC | 2016 | 130-139 or 1300-1390 Diversity Prospects from this group |
| 2015 Order 4 - Diversity NC | 2016 | Diversity 110-129 or 1100-1290 |
| 2015 Order 4a - Access NC | 2016 | Low SES 110-129 or 1100-1290 |
| **OOS** | | |
| 2015 Order 5 - Top OOS | 2016 | 150+ or 1500+ |
| 2015 Order 6 - Second OOS | 2016 | 140-149 or 1400-1490    Diversity Prospects from this group |
| 2015 Order 8 - Diversity OOS | 2016 | Diversity 125-139 or 1250-1390 |

This criteria brings a total of 12885 prospects. I do not have the NC/OOS breakdown yet, I will send that along once this criteria is approved.

Thanks,

E

**From:** Baum, Patty
**Sent:** Friday, February 27, 2015 10:30 AM
**To:** Medina, Emilio A; Underwood, W Warner; Tucker, Julie Sizemore



DEPOSITION EXHIBIT
13
PARRISH

1
UNC0186754

Case 1:14-cv-00954-LCB-JLW   Document 163-20   Filed 01/18/19   Page 2 of 5

**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Hi All,

Emilio, could you reply to all of us once the filters are set? Warner and Julie are working on the invitation (I'll take a look at it before it's sent out, but they're taking the lead on this as I start SGR).

Thanks again!

Patty

---

**From:** Baum, Patty
**Sent:** Friday, February 27, 2015 9:57 AM
**To:** Medina, Emilio A
**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Hi Emilio and Melissa,

My apologies for taking so long to reply. We should be using the same criteria—can you send me what it was from last year? It should be Top NC, Diversity NC, Top OOS, Diversity OOS. If possible, can we add Access NC?

If it's different from what I have there, let me know. Thank you!

Patty

---

**From:** Medina, Emilio A
**Sent:** Monday, February 23, 2015 2:37 PM
**To:** Baum, Patty
**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Hi Patty,
I hope you are doing well. I am going to use the same criteria we used for Carolina 101 last year to create this year's filters. Please let me know if there are any changes you would like to make.

Thanks,

E

---

**From:** Medina, Emilio A
**Sent:** Monday, February 23, 2015 2:32 PM
**To:** Memory, Ashley; Legge, Allison; Baum, Patty
**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Hi Ashley,
I will be taking care of creating the new filters, I will work with Melissa to make sure they are accurate.
I will send you the mailing lists as soon as we have the filters ready.

Here is the chart with this year's criteria for the search orders.

2

UNC0186755

Case 1:14-cv-00954-LCB-JLW  Document 163-20  Filed 01/18/19  Page 3 of 5

| 2015 Orders | Graduating Years | Test | Order Type | Actual Grades |
|---|---|---|---|---|
| **NC** | | | | |
| 2015 Order 1 - Top NC | 2016-17-18 | 140+ or 1400+ | Recurring | B- to A+ |
| 2015 Order 2 - SSS NC | 2016-17-18 | 130-139 or 1300-1390 | Recurring | B- to A+ |
| 2015 Order 3 - Access NC | 2016-17-18 | 3+ on any AP exam | | B- to A+ |
| 2015 Order 4 - Diversity NC | 2016-17-18 | Diversity 110-129 or 1100-1290 | Recurring | B- to A+ |
| 2015 Order 4a - Access NC | 2016-17-18 | Low SES 110-129 or 1100-1290 | Recurring | B- to A+ |
| | | Total NC | | 0 |
| **OOS** | | | | |
| 2015 Order 5 - Top OOS | 2016-17-18 | 150+ or 1500+ | Single | B- to A+ |
| 2015 Order 6 - Second OOS | 2016 | 140-149 or 1400-1490 | Single | A |
| 2015 Order 7 - Third OOS | 2016 | 130-139 or 1300-1390 | Single | A |
| 2015 Order 8 - Diversity OOS | 2016-17 | Diversity 125-139 or 1250-1390 | Single | B- to A+ |
| 2015 Order 8a - Low SES | 2016 | Low SES 125-139 or 1250-1390 | Single | A |
| | | Total OOS | | 0 |
| | | **TOTAL** | | **0** |

Please let me know if you have any questions,

E

---

**From:** Memory, Ashley
**Sent:** Monday, February 23, 2015 10:39 AM
**To:** Legge, Allison; Medina, Emilio A; Baum, Patty
**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Allison, thank you!

Melissa, we will need a filter for OOS Search Names and NC Search Names (11th graders) and if we have any 9th or 10th grade names this year, I will just need one filter for those names (NC and OOS).

Also, do you mind exporting 2 mailing list files for me, one for NC names and one for OOS?

Will someone send me a spreadsheet or chart with the search criteria for this year? That would be very helpful.

Thank you so much!
Ashley

---

**From:** Legge, Allison
**Sent:** Monday, February 23, 2015 9:04 AM
**To:** Memory, Ashley; Medina, Emilio A; Baum, Patty
**Cc:** Florio, Melissa R
**Subject:** RE: Carolina 101 and Search

Hi, the names have been imported. Emilio, can you please work with Patty on the filter. Please compare the results to our flat file to avoid inviting anyone who may be a Fall 2015 applicant. As we know, it can happen due to duplicates.

3

UNC0186756

Case 1:14-cv-00954-LCB-JLW Document 163-20 Filed 01/18/19 Page 4 of 5

Also, it will be good for Melissa to review the filter since she may have seen some weird things with the data in the past.

Thanks!

---

**From:** Memory, Ashley
**Sent:** Monday, February 23, 2015 7:57 AM
**To:** Legge, Allison
**Subject:** Carolina 101 and Search

Happy Monday! Feels like we never left, doesn't it?

In the craziness that was Friday, I meant to ask if there's anything I can do to help with the search name purchase. Patty had asked me about it on Thursday because she's ready to send out Carolina 101 invitations. The first event will be March 28 so she'd like to send these maybe by the first week in March.

We received the search pieces last week and our emails are also ready to go, but no rush on our end.

Thank you!
Ashley

Ashley T. Memory
Senior Assistant Director
Undergraduate Admissions
University of North Carolina at Chapel Hill
Campus Box 2200, Jackson Hall
Chapel Hill, NC 27599-2200
Phone: (919) 843-2531
Fax: (919) 962-3045

It's not *what* you'll find at Carolina. It's *who*. Learn more.

4

UNC0186757