# Exhibit 22

| | |
|---|---|
| **From:** | Keadey, Stephen <sckeadey@email.unc.edu> |
| **Sent:** | Thursday, February 26, 2015 4:59 PM |
| **To:** | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| **Cc:** | Farmer, Stephen M <sfarmer@admissions.unc.edu> |
| **Subject:** | RE: CA docs and school forms |

Barbara,

Thank you very much. Just one question to confirm: Is the first pdf here ("Fall 2015 – List of FYR and Sophomore Majors") part of the Common Application materials? I ask simply because it looks different from the other materials.

Thanks again,
Steve

**From:** Polk, Barbara Jo
**Sent:** Thursday, February 26, 2015 11:54 AM
**To:** Keadey, Stephen
**Cc:** Farmer, Stephen M
**Subject:** FW: CA docs and school forms

Steve,

Here you go.....

Barbara

Barbara Polk
Deputy Director
Office of Undergraduate Admissions
University of North Carolina at Chapel Hill
Phone: 919-966-3989

# Fall 2015 and Sophomore List of Majors

- African, African American, and Diaspora Studies
- American Studies
- Anthropology
- Applied Science
- Archaeology
- Art History
- Art: Studio Art
- Art: Studio Art (BFA)
- Asian Studies
- Biology (BA)
- Biology (BS)
- Business Administration
- Chemistry (BA)
- Chemistry (BS)
- Classics
- Clinical Laboratory Science
- Communication Studies
- Comparative Literature
- Computer Science (BA)
- Computer Science (BS)
- Contemporary European Studies
- Dental Hygiene
- Dramatic Art
- Economics
- Education: Child Devel and Family Studies
- Education: Elementary
- Education: Middle Grades
- English
- Environmental Sciences
- Environmental Studies
- Exercise and Sport Science
- Geography
- Geological Sciences (BA)
- Geological Sciences (BS)
- German and Slavic Lang & Lit
- Global Studies
- History
- Information Science
- Journalism and Mass Comm
- Latin American Studies
- Linguistics
- Management and Society
- Mathematical Decision Sciences
- Mathematics (BA)
- Mathematics (BS)
- Music
- Music: Performance (BMUS)
- Nursing
- Peace, War, and Defense
- Pharmacy
- Philosophy
- Physics (BA)
- Physics (BS)
- Political Science
- Psychology (BA)
- Psychology (BS)
- Public Health: Biostatistics
- Public Health: Environmental Health Sciences
- Public Health: Health Policy and Management
- Public Health: Nutrition
- Public Policy
- Radiologic Science
- Religious Studies
- Romance Languages
- Sociology
- Undecided
- Women's & Gender Studies



# UNC Chapel Hill First Year Member Screen

## Academics
Intended Major *(please select from the list provided):* _____

## Contacts
**Have you previously applied to University of North Carolina at Chapel Hill?** *(Yes/No)* _____

    Date *(month/year):* ___/_____

## Family
**Are any siblings also applying for undergraduate admission to University of North Carolina at Chapel Hill this year?** *(Yes/No)* _____

    Sibling Relationship _____
    Sibling First/Given Name _____
    Sibling Last/Family/Sur Name _____
    Sibling Other Last Name _____

**Have any relatives ever attended University of North Carolina at Chapel Hill?** *(Yes/No)* _____

    Family Legacy Relationship _____
    Family Legacy First/Given Name _____
    Family Legacy Last/Family/Sur Name _____
    Family Legacy Maiden/Other Last Name _____
    Family Legacy Number of Degrees at University of North Carolina at Chapel Hill _____
        Family Legacy Degree Received _____
        Family Legacy Year Received _____

## Residency
**Do you believe you may qualify for in-state tuition?** *(Yes/No)* _____

When do you claim that you began your legal residence (domicile) in NC?
Date *(month/year):* ___/_____

**Do you have a driver's license or state identification card?** *(Yes/No)* _____
    State of issuance: _____
    Date issued *(month/year):* ___/_____

**Are you employed?** *(Yes/No)* _____
    State where your office is located: _____

1

**Did you file a state tax return last year?** *(Yes/No)* _____
    State of filing: _____

**Will you file a state tax return this year?** *(Yes/No)* _____
    State of filing: _____

**Do you own a car?** *(Yes/No)* _____
    State of registration: _____
    Date of registration: _____

**Are you registered to vote?** *(Yes/No)* _____
    State registered: _____
    Date issued *(month/year)*: ___/_____

## Parent/Legal Guardian Residency

**The questions in this section pertain to the parent or legal guardian who would qualify you for in-state status at this college. From the answers given on your application, please select the parent/legal guardian that best qualifies you for in-state tuition.**

**When does your parent/legal guardian claim they began their legal residence (domicile) in N.C.?** Date *(month/year)*: ___/_____

**Since when has this parent/legal guardian lived at his/her current address?** Date *(month/year)*: ___/_____

**Is your parent/legal guardian a U.S. citizen?** _____

**Is your parent/legal guardian a U.S. armed Services active duty or veteran?** *(Yes/No)* ___
    ☐ U.S. Citizen or U.S. National
    ☐ U.S. Dual Citizen
    ☐ U.S. Permanent Resident or Refugee
    ☐ Other (Non-U.S.)

**Does your parent/legal guardian have a driver's license or state identification card?** *(Yes/No)* _____
    State of issuance: _____
    Date issued *(month/year)*: ___/_____

**Is your parent/legal guardian employed?** *(Yes/No)* _____

**Did your parent/legal guardian file a state tax return last year?** *(Yes/No)*
    State of filing: _____

**Will your parent/legal guardian file a state tax return this year?** *(Yes/No)*
    State of filing: _____

**Does your parent/legal guardian own a car?** *(Yes/No)*
    State of registration: _____
    Date of registration *(month/year)*: ___/_____

2

**Does your parent/legal guardian own real estate?** *(Yes/No)*
    State of where property taxes were most recently paid: _____
    Real estate title date *(month/year)*: \_\_\_/\_\_\_\_\_


**Is your parent/legal guardian registered to vote?** *(Yes/No)* _____
    State of registration: _____
    Date of registration *(month/year)*: \_\_\_/\_\_\_\_\_

**Has your parent/legal guardian ever served jury duty?** *(Yes/No)* _____
    State most recently served: _____

# Other Information

Carolina prides itself on honesty and integrity. Under the University's system of self-government, each student is responsible for obeying and supporting enforcement of the Honor Code, which is administered by students. The Honor Code specifically prohibits lying, cheating, or stealing and any conduct that impairs significantly the welfare or the educational opportunities of others in the University community. For more information, visit honor.unc.edu *(Yes/No)* _____

I have read and agree to abide by the policies defined on http://admissions.unc.edu/policies-for-applicants/ *(Yes/No)* _____

**Do you have any criminal charges pending against you?** *(Yes/No)* _____
    If yes, use the space below to provide an explanation.

_____
_____
_____
_____
_____

**Have you entered a plea of no contest or nolo contendere, or an Alford plea, to a misdemeanor, felony, or other criminal charge; or received a deferred prosecution or prayer for judgment continued for such a charge; or otherwise accepted responsibility for such a crime? [Note that you are not required to answer "yes" to this question or provide an explanation, if the criminal adjudication or conviction has been expunged, sealed, annulled, pardoned, destroyed, erased, impounded, or otherwise ordered by a court to be kept confidential.]** *(Yes/No)* _____

    If yes, use the space below to provide an explanation.

_____
_____

3

_____
_____
_____
_____

In addition to the essay you provided with your Common Application, please choose one of the prompts below and respond in an essay of 400-500 words. Please attach your essay as a separate document.

1. Why do you do what you do?
2. How do you define wisdom?
3. You were just invited to speak at the White House. Write your speech.
4. What concerns you about your world? What do you hope to do to make it better?
5. UNC Computer Science Professor Frederick P Brooks discovered what has become known as Brooks' law – "adding more man-power to a late project will make the project later." Tell us about a counterintuitive or surprising solution to a problem you stumbled upon in your life.

Short Answer Questions: Complete each of the following sentences about yourself. Don't think too long or too hard; just help us get to know you better. Your responses may be as short as one word or as long as 10 words—no longer, please.

1. Pet Peeve: _____

2. Favorite saying: _____

3. Favorite time of day: _____

4. Note to my future self: _____

5. Autobiography subtitle: _____

6. First thought when I woke up this morning: _____

Please list below names and relationships of individuals with whom you authorize the University of North Carolina at Chapel Hill to discuss information related to your application.

_____
_____
_____
_____
_____
_____

May we share basic information about you with the General Alumni Association so they can correspond with you and your family? *(Yes/No)* _____

4

UNC0098995

# THE COMMON APPLICATION

# SCHOOL REPORT

SR

## TO THE APPLICANT

After completing all the relevant questions below, give this form to your secondary school counselor or another school official who knows you better. **If applying via mail**, please also give that school official stamped envelopes addressed to each institution that requires a School Report.

○ Female
○ Male

Legal Name _____
Last/Family/Sur (Enter name **exactly** as it appears on official documents.)   First/Given   Middle (complete)   Jr., etc.

Birth Date _____   CAID (Common App ID) _____
                mm/dd/yyyy

Address _____
         Number & Street                    Apartment #    City/Town    State/Province    Country    ZIP/Postal Code

School you now attend _____ CEEB/ACT Code _____

**Current year courses**—please indicate title, level (AP, IB, advanced honors, etc.) and credit value of all courses you are taking this year. Indicate quarter classes taken in the same semester on the appropriate semester line.

| Full Year/First Semester/First Trimester | Second Semester/Second Trimester | Third Trimester |
|---|---|---|
| | | *or additional first/second term courses if more space is needed* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IMPORTANT PRIVACY NOTE:** By signing this form, I authorize all schools that I have attended to release all requested records covered under the Family Educational Rights and Privacy Act (FERPA) so that my application may be reviewed by The Common Application member institution(s) to which I am applying.
I further authorize the admission officers reviewing my application, including seasonal staff employed for the sole purpose of evaluating applications, to contact officials at my current and former schools should they have questions about the school forms submitted on my behalf.
I understand that under the terms of the FERPA, after I matriculate I will have access to this form and all other recommendations and supporting documents submitted by me and on my behalf, unless at least one of the following is true:
1. The institution does not save recommendations post-matriculation *(see list at www.commonapp.org/FERPA)*.
2. I waive my right to access below, regardless of the institution to which it is sent:

○ Yes, I do waive my right to access, and I understand I will never see this form or any other recommendations submitted by me or on my behalf.
○ No, I do *not waive* my right to access, and I may someday choose to see this form or any other recommendations or supporting documents submitted by me or on my behalf to the institution at which I'm enrolling, if that institution saves them after I matriculate.

**Required Signature** ✎ _____ Date _____

## TO THE SECONDARY SCHOOL COUNSELOR

Attach applicant's official transcript, including courses in progress, a school profile, and transcript legend. (Check transcript copies for readability.) Use both pages to complete your evaluation for this student. **Be sure to sign below before mailing directly to the college/university admission office. *Do not mail this form to The Common Application offices.***

Counselor's Name (Mr./Mrs./Ms./Dr.) _____
                                    *Please print or type*

Signature ✎ _____ Date _____
                                                                                    mm/dd/yyyy

Title _____ School _____

School Address _____
               Number & Street         City/Town         State/Province      Country        ZIP/Postal Code

School Website Address _____

Counselor's Telephone (_____) _____ Counselor's Fax (_____) _____
                      Area/Country/City Code    Number    Ext.                 Area/Country/City Code  Number

School CEEB/ACT Code _____ Counselor's E-mail _____

© 2013 The Common Application, Inc.                                                                   SR-1

Case 1:14-cv-00954-LCB-JLW   Document 163-22   Filed 01/18/19   Page 8 of 16   UNC0099001

## Background Information

Class Rank _____ Class Size _____ Covering a period from _____ to _____.
                                                                                              (mm/yyyy)    (mm/yyyy)

The rank is ○ weighted ○ unweighted. How many additional students share this rank? _____

How do you report class rank? quartile _____ quintile _____ decile _____

Cumulative GPA: _____ on a _____ scale, covering a period from _____ to _____.
                                                                                             (mm/yyyy)    (mm/yyyy)

This GPA is ○ weighted ○ unweighted. The school's passing mark is _____.

Highest GPA in class _____ Graduation Date _____
                                                                                                                   (mm/dd/yyyy)

Percentage of graduating class immediately attending: _____ four-year _____ two-year institutions

How many courses does your school offer:
AP _____ IB _____ Honors _____

If school policy limits the number a student may take in a given year, please list the maximum allowed:
AP _____ IB _____ Honors _____

Is the applicant an IB Diploma candidate? ○ Yes ○ No
Are classes taken on a block schedule? ○ Yes ○ No

In comparison with other college preparatory students at your school, the applicant's course selection is:
○ most demanding
○ very demanding
○ demanding
○ average
○ below average

How long have you known this student and in what context? _____

What are the first words that come to your mind to describe this student? _____

**Ratings** Compared to other students in his or her class year, how do you rate this student in terms of:

| | No basis | Below average | Average | Good (above average) | Very good (well above average) | Excellent (top 10%) | Outstanding (top 5%) | One of the top few I've encountered (top 1%) |
|---|---|---|---|---|---|---|---|---|
| Academic achievement | | | | | | | | |
| Extracurricular accomplishments | | | | | | | | |
| Personal qualities and character | | | | | | | | |
| OVERALL | | | | | | | | |

**Evaluation** Please provide comments that will help us differentiate this student from others. Feel free to attach an additional sheet or another reference you have prepared for this student. Alternatively, you may attach a reference written by another school official who can better describe the student. We especially welcome a broad-based assessment and encourage you to consider describing or addressing:
- The applicant's academic, extracurricular, and personal characteristics.
- Relevant context for the applicant's performance and involvement, such as particularities of family situation or responsibilities, after-school work obligations, sibling childcare, or other circumstances, either positive or negative.
- Observed problematic behaviors, perhaps separable from academic performance, that an admission committee should explore further.

While this evaluation is a **required** part of every School Report, we recognize that some school counselors face formidable challenges. If your professional circumstances render you unable to provide substantive written comments about this student, and if you are unable to substitute another school official's statement in its place, please help our member colleges better understand your situation by checking one or both of the statements below:
○ I do not have sufficient personal knowledge of this student.   ○ The demands of my counseling load do not afford me sufficient time.
Please note that if a box is checked, some colleges may contact the student, explain that the box was checked, and request a substitute academic recommendation from a teacher.

① Has the applicant ever been found responsible for a disciplinary violation at your school from the 9th grade (or the international equivalent) forward, whether related to academic misconduct or behavioral misconduct, that resulted in a disciplinary action? These actions could include, but are not limited to: probation, suspension, removal, dismissal, or expulsion from your institution. ○ Yes  ○ No  ○ School policy prevents me from responding

② To your knowledge, has the applicant ever been adjudicated guilty or convicted of a misdemeanor, felony, or other crime?
○ Yes  ○ No  ○ School policy prevents me from responding.
[Note that you are not required to answer "yes" to this question, or provide an explanation, if the criminal adjudication or conviction has been expunged, sealed, annulled, pardoned, destroyed, erased, impounded, or otherwise ordered to be kept confidential by a court.]

If you answered "yes" to either or both questions, please attach a separate sheet of paper or use your written recommendation to give the approximate date of each incident and explain the circumstances.

Applicants are expected to immediately notify the institutions to which they are applying should there be any changes to the information requested in this application, including disciplinary history.

○ **Check here if you would prefer to discuss this applicant over the phone with each admission office.**

              **I recommend this student:**   ○ No basis   ○ With reservation   ○ Fairly strongly   ○ Strongly   ○ Enthusiastically

© 2013 The Common Application, Inc.                      SR-2



# FIRST-YEAR APPLICATION

## APPLICANT

Legal Name _____
Last/Family/Sur (Enter name **exactly** as it appears on official documents.)    First/Given    Middle (complete)    Jr., etc.

Preferred name, if not first name (only one) _____    Former last name(s) _____

Birth Date _____ ○ Female ○ Male    US Social Security Number, if any _____
            mm/dd/yyyy                                  Required for US Citizens and Permanent Residents applying for financial aid via FAFSA

Preferred Telephone ○ Home ○ Cell  Home (____) _____    Cell (____) _____
                                     Area/Country/City Code                  Area/Country/City Code

E-mail Address _____    IM Address _____

Permanent home address _____
                       Number & Street                                                              Apartment #

_____
City/Town            County or Parish            State/Province    Country            ZIP/Postal Code

**If different from above**, please give your current mailing address for all admission correspondence.    (from _____ to _____)
                                                                                                               (mm/dd/yyyy)  (mm/dd/yyyy)
Current mailing address _____
                       Number & Street                                                              Apartment #

_____
City/Town            County or Parish            State/Province    Country            ZIP/Postal Code

If your current mailing address is a boarding school, include name of school here: _____

## FUTURE PLANS

Your answers to these questions will vary for different colleges. If the online system did not ask you to answer some of the questions you see in this section, this college chose not to ask that question of its applicants.

College _____    Deadline _____
                                             mm/dd/yyyy

Entry Term:  ○ Fall (Jul-Dec)    ○ Spring (Jan-Jun)    Do you intend to apply for need-based financial aid?    ○ Yes ○ No
Decision Plan _____                    Do you intend to apply for merit-based scholarships?    ○ Yes ○ No
Academic Interests _____               Do you intend to be a full-time student?               ○ Yes ○ No
_____                                  Do you intend to enroll in a degree program your first year?  ○ Yes ○ No
_____                                  Do you intend to live in college housing? _____
Career Interest _____                  What is the highest degree you intend to earn? _____

## DEMOGRAPHICS

Citizenship Status _____
Non-US Citizenship(s) _____

1. Are you Hispanic/Latino?
   ○ Yes, Hispanic or Latino (including Spain)  ○ No  If yes, please describe your background.

2. Regardless of your answer to the prior question, please indicate how you identify yourself. (Check one or more and describe your background.)
   ○ American Indian or Alaska Native (including all Original Peoples of the Americas)
      Are you Enrolled? ○ Yes ○ No  If yes, please enter Tribal Enrollment Number_____

Birthplace _____
          City/Town            State/Province            Country
Years lived in the US? _____ Years lived outside the US? _____

Language Proficiency (Check all that apply.)
S(Speak) R(Read) W(Write) F(First Language) H(Spoken at Home)
                                                          S R W F H
_____                                     ○ ○ ○ ○ ○
_____                                     ○ ○ ○ ○ ○
_____                                     ○ ○ ○ ○ ○

   ○ Asian (including Indian subcontinent and Philippines)
   ○ Black or African American (including Africa and Caribbean)
   ○ Native Hawaiian or Other Pacific Islander (Original Peoples)
   ○ White (including Middle Eastern)

**Optional** The items with a gray background are optional. No information you provide will be used in a discriminatory manner.
Religious Preference _____
US Armed Services veteran status _____

© 2014 The Common Application, Inc.                                                                                         AP-1

Case 1:14-cv-00954-LCB-JLW   Document 163-22   Filed 01/18/19   Page 10 of 16   UNC0098996

# FAMILY

Please list both parents below, even if one or more is deceased or no longer has legal responsibilities toward you. Many colleges collect this information for demographic purposes even if you are an adult or an emancipated minor. If you are a minor with a legal guardian (an individual or government entity), then please list that information below as well. If you wish, you may list step-parents and/or other adults with whom you reside, or who otherwise care for you, in the Additional Information section.

## Household

Parents' marital status (relative to each other):  ○ Never Married  ○ Married  ○ Civil Union/Domestic Partners  ○ Widowed  ○ Separated  ○ Divorced (date _____) mm/yyyy

With whom do you make your permanent home?   ○ Parent 1   ○ Parent 2   ○ Both   ○ Legal Guardian   ○ Ward of the Court/State   ○ Other

If you have children, how many? _____

## Parent 1
○ Mother    ○ Father    ○ Unknown
Is Parent 1 living?  ○ Yes  ○ No  (Date Deceased _____) mm/yyyy

_____
Last/Family/Sur        First/Given        Middle
Former last name(s) _____
Country of birth _____
Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work  (_____) _____
                                            Area/Country/City Code
E-mail _____
Occupation _____
Employer _____
College (if any) _____ CEEB _____
Degree _____ Year _____
Graduate School (if any) _____ CEEB _____
Degree _____ Year _____

## Parent 2
○ Mother    ○ Father    ○ Unknown
Is Parent 2 living?  ○ Yes  ○ No  (Date Deceased _____) mm/yyyy

_____
Last/Family/Sur        First/Given        Middle
Former last name(s) _____
Country of birth _____
Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work  (_____) _____
                                            Area/Country/City Code
E-mail _____
Occupation _____
Employer _____
College (if any) _____ CEEB _____
Degree _____ Year _____
Graduate School (if any) _____ CEEB _____
Degree _____ Year _____

## Legal Guardian  (if other than a parent)

Relationship to you _____

_____
Last/Family/Sur        First/Given        Middle
Country of birth _____
Home address **if different** from yours
_____
_____

Preferred Telephone: ○ Home ○ Cell ○ Work  (_____) _____
                                            Area/Country/City Code
E-mail _____
Occupation _____
Employer _____
College (if any) _____ CEEB _____
Degree _____ Year _____
Graduate School (if any) _____ CEEB _____
Degree _____ Year _____

## Siblings

Please give names and ages of your brothers or sisters. If they are enrolled in grades K-12 (or international equivalent), list their grade levels. If they have attended or are currently attending college, give the names of the undergraduate institution, degree earned, and approximate dates of attendance. If more than three siblings, please list them in the Additional Information section.

_____
Name                    Age & Grade    Relationship
College Attended _____ CEEB _____
Degree earned _____ Dates _____
or expected                             mm/yyyy – mm/yyyy

_____
Name                    Age & Grade    Relationship
College Attended _____ CEEB _____
Degree earned _____ Dates _____
or expected                             mm/yyyy – mm/yyyy

_____
Name                    Age & Grade    Relationship
College Attended _____ CEEB _____
Degree earned _____ Dates _____
or expected                             mm/yyyy – mm/yyyy

# EDUCATION

**Secondary Schools**
Most recent secondary school attended _____

Entry Date _____ Graduation Date _____ School Type: ○ Public ○ Charter ○ Independent ○ Religious ○ Home School
                *mm/yyyy*                    *mm/dd/yyyy*

Address _____ CEEB/ACT Code _____
        *Number & Street*

_____
 *City/Town*                              *State/Province*         *Country*           *ZIP/Postal Code*

Counselor's Name _____ Counselor's Title _____

E-mail _____ Telephone ( ____ ) _____ Fax ( ____ ) _____
                                       *Area/Country/City Code  Number  Ext.*  *Area/Country/City Code  Number*

List all other secondary schools you have attended since 9th grade, including academic summer schools or enrichment programs hosted on a secondary school campus:

| School Name & CEEB/ACT Code | Location (City, State/Province, ZIP/Postal Code, Country) | Dates Attended (mm/yyyy) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Please list any community program/organization that has provided free assistance with your application process: _____

If your education was or will be interrupted, please indicate so here and provide details in the Additional Information section: _____

**Colleges & Universities**  List all college/university affiliated courses you have taken since 9th grade and mark all that apply: taught on college campus (CO); taught on high school campus, excluding AP/IB (HS); taught online (ON); college credit awarded (CR); transcript available (TR); degree candidate (DC).

| College/University Name & CEEB/ACT Code | Location (City, State/Province, ZIP/Postal Code, Country) | CO | HS | ON | CR | TR | DC | Dates Attended mm/yyyy – mm/yyyy | Degree Earned |
|---|---|---|---|---|---|---|---|---|---|
| _____ | _____ | ○ | ○ | ○ | ○ | ○ | ○ | _____ | _____ |
| _____ | _____ | ○ | ○ | ○ | ○ | ○ | ○ | _____ | _____ |
| _____ | _____ | ○ | ○ | ○ | ○ | ○ | ○ | _____ | _____ |

If you indicated that a transcript is available, please have an official copy sent to your colleges as soon as possible.

# ACADEMICS

The self-reported information in this section is not intended to take the place of your official records. Please note the requirements of each institution to which you are applying and arrange for official transcripts and score reports to be sent from your secondary school and the appropriate testing agencies. Where "Best Scores" are requested, please report the highest individual scores you have earned so far, even if those scores are from different test dates.

**Grades**  Class Rank _____  Class Size _____  Weighted? ○ Yes ○ No  GPA _____  Scale _____  Weighted? ○ Yes ○ No
        *(if available)*                                                  *(if available)*

**ACT**  Exam Dates: _____ _____ _____  Best Scores: _____ _____  _____ _____  _____ _____
        *(past & future)  mm/yyyy  mm/yyyy  mm/yyyy*  *(so far)*  COMP  mm/yyyy  English  mm/yyyy  Math  mm/yyyy
                                                                  Reading  mm/yyyy  Science  mm/yyyy  Writing  mm/yyyy

**SAT**  Exam Dates: _____ _____ _____  Best Scores: _____ _____  _____ _____  _____ _____
        *(past & future)  mm/dd/yyyy  mm/dd/yyyy  mm/dd/yyyy*  *(so far)*  Critical Reading  mm/dd/yyyy  Math  mm/dd/yyyy  Writing  mm/dd/yyyy

**TOEFL/IELTS**  Exam Dates: _____ _____ _____  Best Score: _____ _____ _____
        *(past & future)  mm/yyyy  mm/yyyy  mm/yyyy*  *(so far)*  Test  Score  mm/yyyy

**AP/IB/SAT Subjects**  Best Scores: _____ _____ _____ _____ _____ _____
        *(per subject, so far)  mm/yyyy  Type & Subject  Score  mm/yyyy  Type & Subject  Score*

                        _____ _____ _____ _____ _____ _____
                        *mm/yyyy  Type & Subject  Score  mm/yyyy  Type & Subject  Score*

                        _____ _____ _____ _____ _____ _____
                        *mm/yyyy  Type & Subject  Score  mm/yyyy  Type & Subject  Score*

                        _____ _____ _____ _____ _____ _____
                        *mm/yyyy  Type & Subject  Score  mm/yyyy  Type & Subject  Score*

**Current Courses**  Please list all courses you are taking this year and indicate level (AP, IB, advanced, honors, etc.) and credit value. Indicate quarter classes taken in the same semester on the appropriate semester line.

| Full Year/First Semester/First Trimester | Second Semester/Second Trimester | Third Trimester |
|---|---|---|
|  |  | *or additional first-semester and term courses if more space is needed* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Honors**  Briefly list any academic distinctions or honors you have received since the 9th grade or international equivalent (e.g., National Merit, Cum Laude Society).
*S(School)  S/R(State or Regional)  N(National)  I(International)*

| Grade level or post-graduate (PG) | Honor | Highest Level of Recognition |
|---|---|---|
| 9  10  11  12  PG | | S  S/R  N  I |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |
| ○ ○ ○ ○ ○ | _____ | ○ ○ ○ ○ |

## EXTRACURRICULAR ACTIVITIES & WORK EXPERIENCE

**Extracurricular**  Please list your **principal** extracurricular, volunteer, and work activities **in their order of importance to you**. Feel free to group your activities and paid work experience separately if you prefer. Use the space available to provide details of your activities and accomplishments (specific events, varsity letter, musical instrument, employer, etc.). **To allow us to focus on the highlights of your activities, please complete this section even if you plan to attach a résumé.**

| Grade level or post-graduate (PG) 9  10  11  12  PG | Approximate time spent — Hours per week / Weeks per year | When did you participate in the activity? School year / Summer/School Break | Positions held, honors won, letters earned, or employer | If applicable, do you plan to participate in college? |
|---|---|---|---|---|
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |
| ○ ○ ○ ○ ○ | ____  ____ | ○   ○ | _____ | ○ |
| Activity _____ | | | | |

**Instructions.** The essay demonstrates your ability to write clearly and concisely on a selected topic and helps you distinguish yourself in your own voice. *What do you want the readers of your application to know about you apart from courses, grades, and test scores?* Choose the option that best helps you answer that question and write an essay of at least 250 words but no more than 650 words, using the prompt to inspire and structure your response. Remember: 650 words is your limit, not your goal. Use the full range if you need it, but don't feel obligated to do so.

- Some students have a background or story that is so central to their identity that they believe their application would be incomplete without it. If this sounds like you, then please share your story.

- Recount an incident or time when you experienced failure. How did it affect you, and what lessons did you learn?

- Reflect on a time when you challenged a belief or idea. What prompted you to act? Would you make the same decision again?

- Describe a place or environment where you are perfectly content. What do you do or experience there, and why is it meaningful to you?

- Discuss an accomplishment or event, formal or informal, that marked your transition from childhood to adulthood within your culture, community, or family.

**Additional Information** Please attach a separate sheet if you wish to provide details of circumstances or qualifications not reflected in the application.

**Disciplinary History**

① Have you ever been found responsible for a disciplinary violation at any educational institution you have attended from the 9th grade (or the international equivalent) forward, whether related to academic misconduct or behavioral misconduct, that resulted in a disciplinary action? These actions could include, but are not limited to: probation, suspension, removal, dismissal, or expulsion from the institution.   ○ Yes  ○ No

② Have you ever been adjudicated guilty or convicted of a misdemeanor, felony, or other crime?   ○ Yes  ○ No
[Note that you are not required to answer "yes" to this question, or provide an explanation, if the criminal adjudication or conviction has been expunged, sealed, annulled, pardoned, destroyed, erased, impounded, or otherwise ordered by a court to be kept confidential.]

If you answered "yes" to either or both questions, please attach a separate sheet of paper that gives the approximate date of each incident, explains the circumstances, and reflects on what you learned from the experience.

***Note: Applicants are expected to immediately notify the institutions to which they are applying should there be any changes to the information requested in this application, including disciplinary history.***

## SIGNATURE

**Application Fee Payment** If this college requires an application fee, how will you be paying it?

○ Online Payment   ○ Will Mail Payment   ○ Online Fee Waiver Request   ○ Will Mail Fee Waiver Request

**Required Signature**

☐ *I certify that all information submitted in the admission process—including the application, the personal essay, any supplements, and any other supporting materials—is my own work, factually true, and honestly presented, and that these documents will become the property of the institutions to which I am applying and will not be returned to me. I understand that I may be subject to a range of possible disciplinary actions, including admission revocation, expulsion, or revocation of course credit, grades, and degree, should the information I have certified be false.*

☐ *I acknowledge that I have reviewed the application instructions for each college receiving this application. I understand that all offers of admission are conditional, pending receipt of final transcripts showing work comparable in quality to that upon which the offer was based, as well as honorable dismissal from the school.*

☐ *I affirm that I will send an enrollment deposit (or equivalent) to only one institution; sending multiple deposits (or equivalent) may result in the withdrawal of my admission offers from all institutions. [Note: Students may send an enrollment deposit (or equivalent) to a second institution where they have been admitted from the waitlist, provided that they inform the first institution that they will no longer be enrolling.]*

Signature ✎ _____   Date _____
                                                                                                                                                                           *mm/dd/yyyy*

*Common Application member institution admission offices do not discriminate on the basis of race, color, ethnicity, national origin, religion, creed, sex, age, marital status, parental status, physical disability, learning disability, political affiliation, veteran status, or sexual orientation.*



# TEACHER EVALUATION

TE

## TO THE APPLICANT

After completing all the relevant questions below, give this form to a teacher who has taught you an **academic** subject (for example, English, foreign language, math, science, or social studies). **If applying via mail**, please also give that teacher stamped envelopes addressed to each institution that requires a Teacher Evaluation.

Legal Name _____  ○ Female  ○ Male
Last/Family/Sur (Enter name **exactly** as it appears on official documents.)  First/Given  Middle (complete)  Jr., etc.

Birth Date _____  CAID (Common App ID) _____
mm/dd/yyyy

Address _____
Number & Street  Apartment #  City/Town  State/Province  Country  ZIP/Postal Code

School you now attend _____  CEEB/ACT Code _____

**IMPORTANT PRIVACY NOTICE:** Under the terms of the Family Educational Rights and Privacy Act (FERPA), after you matriculate you *will* have access to this form and all other recommendations and supporting documents submitted by you and on your behalf, unless at least one of the following is true:
1. The institution does not save recommendations post-matriculation *(see list at www.commonapp.org/FERPA).*
2. You waive your right to access below, regardless of the institution to which it is sent:

○ Yes, I do waive my right to access, and I understand I will never see this form or any other recommendations submitted by me or on my behalf.
○ No, I do *not waive* my right to access, and I may someday choose to see this form or any other recommendations or supporting documents submitted by me or on my behalf to the institution at which I'm enrolling, if that institution saves them after I matriculate.

**Required Signature** _____  Date _____

## TO THE TEACHER

The Common Application membership finds candid evaluations helpful in choosing from among highly qualified candidates. You are encouraged to keep this form in your private files for use should the student need additional recommendations. Please submit your references promptly, **and remember to sign below before mailing directly to the college/university admission office.** *Do not mail this form to The Common Application offices.*

Teacher's Name (Mr./Mrs./Ms./Dr.) _____  Subject Taught _____
Please print or type

Signature _____  Date _____
mm/dd/yyyy

Secondary School _____

School Address _____
Number & Street  City/Town  State/Province  Country  ZIP/Postal Code

Teacher's Telephone (_____) _____  Teacher's E-mail _____
Area/Country/City Code  Number  Ext.

**Background Information**

How long have you known this student and in what context? _____

What are the first words that come to your mind to describe this student? _____

In which grade level(s) was the student enrolled when you taught him/her?  ○ 9  ○ 10  ○ 11  ○ 12  ○ Other_____

List the courses in which you have taught this student, including the level of course difficulty (AP, IB, accelerated, honors, elective; 100-level, 200-level; etc.).

_____

© 2013 The Common Application, Inc.  **TEACHER EVALUATION 1**  TE-1

Case 1:14-cv-00954-LCB-JLW  Document 163-22  Filed 01/18/19  Page 15 of 16  UNC0099003

**Ratings** Compared to other students in his or her class year, how do you rate this student in terms of:

| No basis | | Below average | Average | Good (above average) | Very good (well above average) | Excellent (top 10%) | Outstanding (top 5%) | One of the top few I've encountered (top 1%) |
|---|---|---|---|---|---|---|---|---|
| | Academic achievement | | | | | | | |
| | Intellectual promise | | | | | | | |
| | Quality of writing | | | | | | | |
| | Creative, original thought | | | | | | | |
| | Productive class discussion | | | | | | | |
| | Respect accorded by faculty | | | | | | | |
| | Disciplined work habits | | | | | | | |
| | Maturity | | | | | | | |
| | Motivation | | | | | | | |
| | Leadership | | | | | | | |
| | Integrity | | | | | | | |
| | Reaction to setbacks | | | | | | | |
| | Concern for others | | | | | | | |
| | Self-confidence | | | | | | | |
| | Initiative, independence | | | | | | | |
| | OVERALL | | | | | | | |

**Evaluation** Please write whatever you think is important about this student, including a description of academic and personal characteristics, as demonstrated in your classroom. We welcome information that will help us to differentiate this student from others. (Feel free to attach an additional sheet or another reference you may have prepared on behalf of this student.)