# Exhibit 23



**From:** Rosenberg, Jared I
**Sent:** Thursday, February 19, 2015 3:05 PM
**To:** Coleman, Yolanda
**Subject:** RE: Reader Feedback

Thanks Yolanda,

Yes, I have had some discussions with her about some applications with this issue. She had oral surgery and is going to miss our meeting this afternoon. I asked if I could call her later today to give her directions on defer review. I felt I may better be able to convey the issue of test scores over the phone.

Jared

---

**From:** Coleman, Yolanda
**Sent:** Thursday, February 19, 2015 9:18 AM
**To:** Rosenberg, Jared I
**Subject:** Reader Feedback

Hi Jared,

A good number of my thirds involved reading behind Joi. I know you've spoken with her, but her comments and decisions made me a bit concerned that she's not quite grasping the testing context of URM, FW and FGC. Unfortunately, I didn't save any of the PIDs (and I don't know if there's any way to pull them), but I think it may be worthwhile to have a general conversation with her just to make sure she understands that the testing for those groups may not hit or exceed the mid-50 ranges.

Best,
Yolanda

1