# Exhibit 24


EXHIBIT
14
Coleman

**From:** Rosenberg, Jared I
**Sent:** Monday, December 15, 2014 2:06 PM
**To:** Coleman, Yolanda
**Subject:** RE: Change in Evaluation & Enrollment Meeting

Thanks – let's talk a bit more tomorrow. This may also be something to think about as we do SGR in January.

Jared

**From:** Coleman, Yolanda
**Sent:** Monday, December 15, 2014 8:57 AM
**To:** Rosenberg, Jared I
**Subject:** RE: Change in Evaluation & Enrollment Meeting

I've started to find that a few people are missing the school context. They're penalizing students for modest programs but missing the fact that the school only offers a few APs, so in context, the student is actually exhausting or nearly exhausting the rigor that's available to them.

**From:** Coleman, Yolanda
**Sent:** Sunday, December 14, 2014 2:22 PM
**To:** Rosenberg, Jared I
**Subject:** RE: Change in Evaluation & Enrollment Meeting

I've gotten long stings of files from certain readers, so I haven't really read behind everyone. Most errors are program (miscounting or forgetting to separate micro/macro), performance and RIC in profile errors.

As for specific readers, one is that PID I sent you on Friday as an FYI for potential feedback; not so much mistakes for that person, but several decisions that made me concerned about the overall understanding our of OOS pool and URM, FGC, FW, alum, etc. There are a few others that we can chat about on Tuesday.

These are mostly OOS related as I just started NC about a couple of hours ago.

**From:** Rosenberg, Jared I
**Sent:** Sunday, December 14, 2014 1:37 PM
**To:** Coleman, Yolanda
**Subject:** Re: Change in Evaluation & Enrollment Meeting

Thanks Yolanda - is there someone specific who is making multiple mistakes? Is there one type of mistake readers are making? Just curious.

Jared

Sent from my iPhone

On Dec 14, 2014, at 1:01 PM, Coleman, Yolanda <ycoleman@admissions.unc.edu> wrote:

> Thanks, I'm going to read from home tomorrow. I think I was on the higher end of the initial dreding for seconds, and they're proving to be fairly time consuming. I'm having to make quite a few corrections and check behind people who were likely making mistakes because they were tired from reading too late or too many files consecutively. The Connect outage on Friday also slowed me down.

1

UNC0128124

Yolanda

**From:** Rosenberg, Jared I
**Sent:** Sunday, December 14, 2014 9:45 AM
**To:** Kretchmar, Jen; Polk, Barbara Jo; Perkins, Ni-Eric; Hamilton, Michael; Coleman, Yolanda; Barton II, Barkley J.; Stephens, Hilda A; Smith, Ann M; Robinson, Emma Mae
**Subject:** Change in Evaluation & Enrollment Meeting

I realize we have not met in a few weeks, and I do think it is important we meet before we leave on break. Given the current reading deadlines, I propose we move this week's meeting to Thursday at 2pm after the 3rd read deadline. If there is something specific we need to discuss before Thursday, please let me know ASAP. Otherwise, I will confirm the meeting change on Monday morning.

Jared


Jared Rosenberg
Senior Assistant Director of Admissions
The University of North Carolina at Chapel Hill

Phone: (919) 966-3988
Fax: (919) 962-3045
jrosenberg@unc.edu
www.unc.edu