# Exhibit 25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Action No. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.** | |
| **Plaintiff,** | |
| v. | |
| **THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,** | |
| **Defendants.** | |

## ANSWER

Defendants the University of North Carolina ("UNC System"), UNC System President Thomas W. Ross, the UNC System Board of Governors and its individual members John C. Fennebresque, W. Louis Bissette, Jr., Joan Templeton Perry, Roger Aiken, Hannah D. Gage, Ann B. Goodnight, H. Frank Frainger, Peter D. Hans, Thomas J. Harrelson, Henry W. Hinton, James L. Holmes, Jr., Rodney E. Hood, W. Marty Kotis III, G. Leroy Lail, Scott Lampe, Steven B. Long, Joan G. MacNeill, Mary Ann Maxwell, W. Edwin McMahan, W.G. Champion Mitchell, Hari H. Math, Anna Spangler Nelson, Alex Parker, R. Doyle Parrish, Therence O. Pickett, David M. Powers, Robert S. Rippy, Harry Leo Smith, Jr., J. Craig Souza, George A. Sywassink, Richard F. Taylor, Raiford Trask III, Phillip D. Walker, Laura I. Wiley (collectively, "UNC System

54. These statistics show that UNC-Chapel Hill does not use race simply as a "plus" factor. For African-American applicants with an academic index above 3.1, race is a dispositive factor essentially guaranteeing admission. For Asian-American applicants with an academic index below 2.6, on the other hand, race is a dispositive factor virtually guaranteeing rejection.

**ANSWER TO PARAGRAPH 54:** Defendants deny the allegations in Paragraph 54.

55. Table B shows the average high-school GPA and SAT scores by racial category for students admitted to UNC-Chapel Hill in 2012.

| Table B<br>Average GPA and SAT for All Admitted Students (2012) | | | |
|---|---|---|---|
| | **Admitted** | **GPA** | **SAT** |
| **American Indian or Alaska Native** | 103 | 4.38 | 1300 |
| **African American** | 618 | 4.32 | 1229 |
| **Asian/Asian American** | 1018 | 4.63 | 1431 |
| **Hispanic** | 415 | 4.51 | 1319 |
| **Pacific Islander** | 6 | 4.51 | 1393 |
| **White** | 3616 | 4.56 | 1360 |
| **Not Reporting** | 123 | 4.46 | 1344 |

**ANSWER TO PARAGRAPH 55:** Defendants admit the allegations in Paragraph 55.

56. These statistics confirm that UNC-Chapel Hill continues to use race as far more than a "plus" factor in admissions. In particular, the statistics show a massive academic achievement gap between non-preferred admitted students and underrepresented minorities. The average high-school GPA and SAT scores for non-preferred students (Asian American + white) are 4.57 and 1375. The average high school GPA and SAT scores for underrepresented minorities (African American + Hispanic + American Indian/Alaska Native) are 4.40 and 1269.

**ANSWER TO PARAGRAPH 56:** Defendants deny the allegations in Paragraph 56.

57. The academic achievement differences are even greater between specific racial groups. For example, there is over a 200-point SAT gap and a 0.31 high-school GPA gap between Asian Americans and African Americans admitted to UNC-Chapel Hill.

**ANSWER TO PARAGRAPH 57:** Defendants deny the allegations in Paragraph 57.

58. UNC-Chapel Hill's admissions decisions cannot be attributed to underrepresented minorities having better non-racial, non-academic qualifications than

34