# Exhibit 26

| From: | Rosenberg, Jared I <jirosenb@unc exchange.com> |
|---|---|
| Sent: | Thursday, November 7, 2013 6:49 PM |
| To: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| Subject: | FW: Redacted |

Let's chat about this for a moment when we meet. Thanks.

Jared

**From:** Bobst, Lisa
**Sent:** Wednesday, November 06, 2013 5:13 PM
**To:** Rosenberg, Jared I
**Subject:** Redacted

Hi Jared,
I have a quick question about Redacted

She is an AA female, with solid everything that adds up to an admit for me.

However, she states that she is FGC — both parents went to business or trade school. Yet, her mother is lawyer (attorney) or judge.

How can this be?

It doesn't really impact my decision, but still think we might not want her checked FGC if she isn't?

And what do I do about this?

Thanks,
Lisa



Confidential; Attorneys Eyes Only                                          UNC0209034

Case 1:14-cv-00954-LCB-JLW   Document 163-26   Filed 01/18/19   Page 2 of 2