# Exhibit 27

**From:** Felder, Andrea D
**Sent:** Thursday, March 06, 2014 7:59 PM
**To:** Perkins, Ni-Eric
**Subject:** RE: Redacted

Thanks for checking. At least he has the alum status going for him.

Andrea

**From:** Perkins, Ni-Eric
**Sent:** Thursday, March 06, 2014 2:58 PM
**To:** Felder, Andrea D
**Subject:** RE: Redacted

Without providing any residency information and checking no to residency and with dad living in TX supporting mom and student, all points to being a non-resident. Mom was a non-resident while enrolled at UNC as well.

-Ni

**From:** Felder, Andrea D
**Sent:** Thursday, March 06, 2014 2:03 PM
**To:** Perkins, Ni-Eric
**Subject:** Redacted

Hi Ni,

This is what happens when I do school group?

Another situation for you, this student lives in NC with his mother, lists an NC address, attended Cedar Ridge for all four years, but checked no for residency purposes. He makes it clear in an essay that his dad still lives in Texas and he and his mother moved to NC so his mother could attend school. Mom finished school in 2013, so they could very well intend to move back to Texas. Reader says she consulted Jared. Should we have investigated further? I'm going through this trouble because this is a bi-racial (black/white) male. I would definitely admit for NC. He has alum status, so I could argue WL as an OOS alum. Just trying to do due diligence. Thank you for your thoughts. Sorry this is a long email!

Andrea



1

Confidential; Attorneys Eyes Only                                    UNC0230512

Case 1:14-cv-00954-LCB-JLW   Document 163-27   Filed 01/18/19   Page 2 of 2