# Exhibit 28

**From:** Renner, Joy J
**Sent:** Wednesday, May 14, 2014 4:14 PM
**To:** Perkins, Ni-Eric
**Subject:** RE: Joy Renner - finishing up BS admissions

Thanks!

I am sorry I thought I had provided the response on [Redacted] He is a decline due to lack of prerequisites. He has a compelling life story so I hope he continues to take prerequisites and courses to prepare him for UNC level work and perhaps we will see him in the future.

For [Redacted] – We would like to give her a shot. She knows she needs to have her spring course transcript sent and added to her admissions information. How late can we admit for SSII?

Trust me – next year we will do this VERY differently so that we are not running so late in completing admissions and taxing your office and resources. I appreciate you working with us this year.

Joy

Joy J. Renner, M.A., RT(R), FAEIRS
Associate Professor and Director
University of North Carolina at Chapel Hill
School of Medicine
CB #7130 UNC-CH Bondurant Hall
321-A South Columbia St.
Chapel Hill, NC 27599-7130

919-966-5147 Desk
[Redacted] Cell
919-966-6951 Fax

-CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, is intended only for the -person or entity to which it is addressed and may contain confidential and/or privileged material. Any ---unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**Email correspondence to and from this address may be subject to the North Carolina Public Records law and may be disclosed to third parties by an authorized state official (NCGS. ch. 132). Student educational records are subject to FERPA.**

**From:** Perkins, Ni-Eric
**Sent:** Wednesday, May 14, 2014 11:59 AM
**To:** Renner, Joy J; Pope, Alice
**Subject:** RE: Joy Renner - finishing up BS admissions

Hello Joy,

[Redacted]s application is complete and ready for review. Joy, I've gone ahead and assigned [Redacted] to you. We do not have an update on current courses as he did not indicate he is currently enrolled.

We are also still waiting a decision on [Redacted] If you could get back with us on both students by the end of the week, that would be greatly appreciated.

EXHIBIT 10
Perkins 5-17-17

1

Confidential; Attorneys Eyes Only

UNC0231015

Case 1:14-cv-00954-LCB-JLW Document 163-28 Filed 01/18/19 Page 2 of 3

Thanks all.

-Ni

---

**From:** Renner, Joy J
**Sent:** Monday, May 12, 2014 11:53 AM
**To:** Perkins, Ni-Eric; Pope, Alice
**Subject:** Joy Renner - finishing up BS admissions

Good morning!

Did [Redacted] bring over his materials and do we have updates on his courses?

[Redacted] – I have preliminary grades on her spring – two posted other pending   A in anatomy; B in chemistry and either C or B in math. She was able to enroll in the Phys 104 SSI here. So we would like to extend her admission. I know she could not be officially admitted until her spring semester transcript makes it to UGA for evaluation and posting. Let me know what the steps should be from here on our end.

Thanks for everyone's help. We know this is late admission but we would like to see [Redacted] have a shot. She is an Hispanic minority and good background to have this opportunity.

Joy

Joy J. Renner, M.A., RT(R), FAEIRS
Associate Professor and Director
University of North Carolina at Chapel Hill
School of Medicine
CB #7130 UNC-CH Bondurant Hall
321-A South Columbia St.
Chapel Hill, NC 27599-7130

919-966-5147 Desk
[Redacted] Cell
919-966-6951 Fax

-CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, is intended only for the -person or entity to which it is addressed and may contain confidential and/or privileged material. Any ---unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**Email correspondence to and from this address may be subject to the North Carolina Public Records law and may be disclosed to third parties by an authorized state official (NCGS. ch. 132). Student educational records are subject to FERPA.**