# Exhibit 29

**From:** Markos, Lance M <markos@email.unc.edu>
**Sent:** Monday, September 15, 2014 4:01 PM
**To:** Polk, Barbara Jo <bpolk@admissions.unc.edu>
**Subject:** FW: Redacted SAT

And another one for the possible competitive admit pile – African-American kid from over in Fayetteville; should have all the info we need...

Lance

**From:** Rubin, Stephen Aaron
**Sent:** Monday, September 15, 2014 11:55 AM
**To:** Markos, Lance M
**Subject:** RE: Redacted SAT

No it was him. Just got the ACT

Steve Rubin
Assistant Track & Field Coach
University of North Carolina at Chapel Hill
919.962.5210 (Office)
314.363.3895 (Cell)
919.962.4903 (Fax)
www.Facebook.com/unctrackfield



**From:** Markos, Lance M
**Sent:** Monday, September 15, 2014 10:46 AM
**To:** Rubin, Stephen Aaron
**Subject:** RE: Redacted SAT

No, I think I had it on him. Wasn't there another kid from over that way a few weeks back?

**From:** Rubin, Stephen Aaron
**Sent:** Monday, September 15, 2014 10:45 AM
**To:** Markos, Lance M
**Subject:** Redacted SAT

Just realized you don't have his test score (I think)

Steve Rubin
Assistant Track & Field Coach
University of North Carolina at Chapel Hill
919.962.5210 (Office)
314.363.3895 (Cell)



DEPOSITION EXHIBIT 3 POLK

Confidential; Attorneys Eyes Only                    UNC0194840

919.962.4903 (Fax)
www.Facebook.com/unctrackfield



Confidential; Attorneys Eyes Only

UNC0194841

# The ACT

**Redacted**

NAME OF STUDENT: Redacted
BCODES: 28 32 29 30 95
SCORES: ENGLISH 28 | MATH 32 | READING 29 | SCIENCE 30 | COMPOSITE 95

PERCENT AT OR BELOW NAT'L COMP=95

TEST DATE & TEST LOCATION: 03/2014 STATE
COMMON ENGLISH RATING: 26
WRITING SUBSCORE: 10

## ACT SCORES AND NORMS
(See ACT User Handbook)

| TEST AND SUBSCORE AREAS | TEST SCORES (1-36) | SUBSCORES (1-18) | PERCENT OF ACT-TESTED STUDENTS AT OR BELOW SCORE | |
|---|---|---|---|---|
| | | | NATIONAL | STATE |
| ENGLISH | 28 | | 88 | 92 |
| Usage/Mechanics | | 13 | 78 | 84 |
| Rhetorical Skills | | 16 | 98 | 98 |
| MATHEMATICS | 32 | | 97 | 98 |
| Pre-Algebra/Elementary Algebra | | 17 | 96 | 96 |
| Intermediate Algebra/Coord. Geometry | | 15 | 95 | 97 |
| Plane Geometry/Trigonometry | | 16 | 98 | 99 |
| READING | 32 | | 95 | 96 |
| Social Studies/Sciences | | 15 | 87 | 90 |
| Arts/Literature | | 18 | 99 | 99 |
| SCIENCE | 29 | | 95 | 96 |
| COMPOSITE (Average) SCORE | 30 | | | 97 |
| ENGLISH/WRITING | 28 | | 90 | 95 |
| WRITING (RANGE 2-12) | | 10 | 99 | 99 |

COMMENTS ON ESSAY (SEE WWW.ACT.ORG): 23, 24, 34, 54

TEST LOCATION: STATE

GRADE POINT AVERAGE (GPA) FROM SELF-REPORTED GRADES
GPA = 3.86

DEGREE OBJECTIVE: DOCTORATE/PROF DEGREE
FIRST VOCATIONAL CHOICE: ARCHITECTURAL ENGINEERING — FAIRLY SURE
(HOW CERTAIN): ARCHITECTURAL ENGINEERING — FAIRLY SURE

## COLLEGE READINESS
A shaded benchmark at or above these benchmark scores will likely be ready for first-year college courses.

| | BENCHMARK SCORES | THIS STUDENT'S SCORE IS | |
|---|---|---|---|
| | | BELOW | AT OR ABOVE |
| ENGLISH | 18 | | X |
| MATHEMATICS | 22 | | X |
| READING | 22 | | X |
| SCIENCE | 23 | | X |

## COLLEGE SELECTION ITEMS BY RANK ORDER

| | FIRST | SECOND | THIRD | FOURTH | FIFTH | SIXTH | SEVENTH |
|---|---|---|---|---|---|---|---|
| STUDENT BODY COMP | | | | COED | | | |
| LOCATION | | | FLORIDA | | | | |
| COST (MAX TUITION) | 10,000 | | | | 10-20000 | | |
| SIZE | | | | | | | |
| TYPE | | | | | | PUB-4YR | |
| FIELD OF STUDY | | | | | | | |
| OTHER FACTOR | | | | | | | |

## THE EDUCATIONAL NEEDS AND INTERESTS STUDENT INDICATED

NEEDS HELP WITH:
EXPRESS/WRITING Y | READING N | STUDY SKILLS N | MATHEMATICS Y | EDUC/OCCUP PLANS N

INTEREST IN:
HONORS PROGRAM Y | INDEPENDENT STUDY N

PLANS TO SEEK FINANCIAL AID: YES
NEEDS HELP TO FIND WORK: NO
HOURS/WEEK: 1-10

## INTEREST INVENTORY (See ACT User Handbook) PERCENTILE RANK

| BASIC INTEREST AREA | STANDARD SCORE (20-80) | |
|---|---|---|
| BUSINESS & TECH. | 44 | |
| ARTS | 62 | |
| SOCIAL SERVICE | 46 | |
| ADMIN. & SALES | 43 | |
| BUSINESS OPER. | 45 | |
| TECHNICAL | 55 | |

MAP REGIONS: 29, 89, 33, 24, 30, 70

EOS RELEASE = Y

## INFORMATION ABOUT COLLEGES
(See ACT User Handbook)

Note: Some of this information (e.g., tuition and fees) may have changed since it was reported to ACT by the colleges.

| COLLEGE ACT CODE | NAME OF COLLEGE | | | | | | | | | | STUDENT'S RELATIVE RANK AT COLLEGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ACT TEST AREAS |
| | | | | | | | | | | | E M R S C |
| 3088 | DUKE UNIVERSITY | NC | 15004 | LG | HSE | 41900 | 02/01 | E-S | Y Y Y Y Y | 46 | 77 — 91 — 89 |
| 3164 | NORTH CAROLINA ST U | NC | 34540 | MTR | HSE | 0 | 03/01 | E-S | Y Y Y Y Y | 51 | 3.0 3.6 — 86 — |
| 3168 | WAKE FOREST UNIV | NC | 7273 | MC | HSE | 44700 | 03/01 | E-S | Y Y Y N Y | 36 | — — — — — |
| 3174 | UNC AT WILMINGTON | NC | 11792 | MC | SEI | 5900 | 03/15 | | Y Y Y Y Y | 53 | 3.1 4.0 — — — |

ACT, Inc.—Confidential. Restricted when data present.

UNC0194842
Confidential; Attorneys Eyes Only
Case 1:14-cv-00954-LCB-JLW Document 163-29 Filed 01/18/19 Page 4 of 5

# CollegeBoard.org

## for Students

## My SAT® Scores



## NEXT STEPS

**SEND SCORES**
Don't forget to send your scores to colleges and scholarship programs. Send scores

**REGISTER FOR THE SAT**
A majority of students take the SAT more than once, usually for the first time in the spring of their junior year and then again in the fall of their senior year. Taking the SAT again might be to your advantage. Now that you're familiar with the test, you're more prepared for the kinds of questions on it. Register Now.

Help

## Your May Scores Are In!

| Test Date | Test | Score | National Percentile |
|---|---|---|---|
| 05/03/2014 | SAT Reasoning Test | | |
| | Critical Reading | 660 | 91% |
| | Math | 640 | 83% |
| | Writing | 600 | 82% |
| | Multiple Choice | 60 (score range: 20-80) | |
| | Essay | 8 (score range: 2-12) | |

Check back on May 27 for your full score report, with detailed analysis! If you took the SAT Reasoning Test you'll also be able to view a copy of the actual essay you wrote.

sign out

NOTE:

- A printout of this page will not be accepted by colleges as an official score report.

Back to top

CONTACT| ABOUT US| PRIVACY| TERMS OF USE
Copyright © 2014 collegeboard.org, Inc.

Confidential; Attorneys Eyes Only                                                                                           UNC0194843

Case 1:14-cv-00954-LCB-JLW   Document 163-29   Filed 01/18/19   Page 5 of 5