# Exhibit 30

| | |
|---|---|
| **From:** | Markos, Lance M <markos@email.unc.edu> |
| **Sent:** | Monday, September 15, 2014 2:39 PM |
| **To:** | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| **Subject:** | Competitives? |

BP,

Any thoughts on these two? Also, track just asked about Redacted over in Durham – senior year schedule is attached; African-American in-state guy. Just wondering your thoughts. Thanks!!

Lance



Confidential; Attorneys Eyes Only UNC0194844