# Exhibit 31

**From:** Markos, Lance M <lance m markos (markos)@unc exchange.com>
**Sent:** Wednesday, September 10, 2014 3:07 PM
**To:** Polk, Barbara Jo <bpolk@admissions.unc.edu>
**Subject:** FW: Redacted

Hey Barbara,

Got another one for you – this time Volleyball. Was waiting on getting a class rank from the HS – everything else should either be on this transcript or in the system. Minority student – African-American. Just let us know – thanks!!

Lance

---

**From:** rackham
**Sent:** Wednesday, September 10, 2014 9:22 AM
**To:** Markos, Lance M
**Subject:** Fwd: Redacted

Finally...
Let me know if we think she is a competitive admit :)

Sent from my iPhone

Begin forwarded message:

> **From:** "Haas, Leila" <Leila.Haas@fortbend.k12.tx.us>
> **Date:** September 10, 2014 at 8:47:30 AM EDT
> **To:** rackham <rackham@unc.edu>
> **Subject:** RE: Redacted
>
> Here is Redacted official transcript with the rank and GPA. Let me know if there is anything else we can do for you. ☺
>
> Leila Haas
> Registrar's Assistant
> Ridge Point High School
> 281-327-5268
>
> ---
>
> **From:** rackham [mailto:rackham@unc.edu]
> **Sent:** Tuesday, September 09, 2014 5:23 PM
> **To:** Haas, Leila
> **Subject:** Redacted


DEPOSITION EXHIBIT 5
POLK

> Hi Leila,
>
> Thank you so much for the phone call back. We were in practice, so I missed you. What I need is a copy of her transcript with the class rank printed. If you can fax or email me that, that's all I need! Does not need to be an official transcript but I need the class rank showing. What Redacted gave me was a transcript with her rank written in. Compliance didn't like that ☺ (for obvious reasons) So if you have it printed on a transcript, that would be great.
> Thank you again!

Confidential; Attorneys Eyes Only                    UNC0194845

*GO TAR HEELS!*

Sincerely,
Eve Rackham
Assistant Head Volleyball Coach
University of North Carolina
Carmichael Arena
310 South Road
Chapel Hill, NC 27515
919-962-5233 (o)
> Redacted
919-843-8543 (f)
rackham@unc.edu

www.goheels.com
http://www.facebook.com/carolinavolleyball
http://twitter.com/uncvolleyball
www.carolinavolleyball.com

Confidential; Attorneys Eyes Only    UNC0194846

# Filed Under Seal

UNC0194847

# Filed Under Seal

UNC0194848