# Exhibit 32

| | |
|---|---|
| **From:** | Kretchmar, Jen <jkretchmar@admissions.unc.edu> |
| **Sent:** | Monday, February 24, 2014 2:19 PM |
| **To:** | Polk, Barbara Jo <bpolk@admissions.unc.edu>; Rosenberg, Jared I <jrosenberg@admissions.unc.edu>; Felder, Andrea D <afelder@admissions.unc.edu> |
| **Cc:** | Farmer, Stephen M <sfarmer@admissions.unc.edu> |
| **Subject:** | Projections Update |

Hi All,

Not a lot of movement compared to Friday. I included defers at the bottom of the "projections" worksheet, as well as a breakout of admits by deadline and residency, as of today's date compared to census last year. As I said last week, the take home is this – we need to pull back OOS (significantly) and pull up NC. On the international front, we've admitted 412 students (compared to 444 last year); the yield model suggests we'll enroll 91 of them (compared to the 80 we enrolled last year). According to the yield model, the current group of admits would enroll a class that includes 19% underrepresented minorities...

See you soon.

Jen



DEPOSITION EXHIBIT
13
POLK

UNC0083090

Case 1:14-cv-00954-LCB-JLW   Document 163-32   Filed 01/18/19   Page 2 of 7

Document Produced in Native Format

UNC0083091

# YIELD 2014
Revised 2/24/2014

|  | 0% | 0% |  | +2% | +1% |  |  |
|---|---|---|---|---|---|---|---|
|  | NC | OOS |  | NC | OOS |  |  |
| Applications | 9,786 | 21,512 | 31,298 | 9,786 | 21,512 | 31,298 |  |
| Current admits | 4,694 | 3,961 | 8,655 | 4,694 | 3,961 | 8,655 |  |
| Projected enrolling from current admits | 2,930 | 883 | 3,813 | 3,027 | 923 | 3,950 |  |
| Projected yield | 62.4% | 22.3% |  | 64.5% | 23.3% |  |  |
|  |  |  |  |  |  |  |  |
| Total likely to be withdrawn incomplete | 343 | 753 |  | 343 | 753 |  |  |
| Less already withdrawn incomplete | -73 | -91 |  | -73 | -91 |  |  |
| Remaining to be withdrawn incomplete | 270 | 662 |  | 270 | 662 |  |  |
|  |  |  |  |  |  |  |  |
| Processed | 568 | 1,449 | 2,017 | 568 | 1,449 |  |  |
| Less remaining to be withdrawn incomplete | -270 | -662 |  | -270 | -662 |  |  |
| Total Processed likely to become RTR | 298 | 787 |  | 298 | 787 |  |  |
| Admits from Processed → RTR (.10 NC, .05 OOS) | 30 | 39 |  | 30 | 39 |  |  |
|  |  |  |  |  |  |  |  |
| Current RTR | 175 | 777 |  | 175 | 777 |  |  |
| Current RTR - incomplete | 0 | 0 |  | 0 | 0 |  |  |
| Total current RTR | 175 | 777 | 952 | 175 | 777 |  |  |
| Admits from current RTR (.3 NC, .15 OOS) | 53 | 117 |  | 53 | 117 |  |  |
|  |  |  |  |  |  |  |  |
| Total admits from Processed and RTR | 83 | 156 | 239 | 83 | 156 |  |  |
|  |  |  |  |  |  |  |  |
| Goal | 3,212 | 778 | 3,990 | 3,212 | 778 |  | (OOS goal includes 60 students reclassified as NC) |
| Less enrolling from current admits | -2,930 | -883 |  | -3,027 | -923 |  |  |
| Spaces remaining after enrolling from current admits | 282 | -105 |  | 185 | -145 |  |  |
|  |  |  |  |  |  |  |  |
| Less spaces for athletes | -26 | -68 | 94 | -26 | -68 |  | Projecting 165 athlete enrolls (40 NC, 125 OOS) |
| Less spaces for discretionaries | 0 | 0 | 0 | 0 | 0 |  | Projecting 0 discretionary enrolls |
| Less spaces for fine arts | -4 | -6 | 10 | -4 | -6 |  | Projecting 24 fine arts enrolls (12 NC, 12 OOS) |
| Spaces remaining after specials | 252 | -179 |  | 155 | -219 |  |  |
|  |  |  |  |  |  |  |  |
|  | NC | OOS |  | NC | OOS |  |  |
| Admits to fill spaces remaining (spaces / yield) | 404 | -803 |  | 240 | -940 |  |  |
| Less total admits from Processed and RTR | -83 | -156 |  | -83 | -156 |  |  |
| Total admits remaining | 321 | -959 |  | 157 | -1,096 |  |  |
|  |  |  |  |  |  |  |  |
|  | NC | OOS | All | NC | OOS | All |  |
| Likely total admits | 5,128 | 4,191 | 9,319 | 4,964 | 4,191 | 9,155 |  |
| Likely admit rate | 52.4% | 19.5% | 29.8% | 50.7% | 19.5% | 29.3% |  |
| Yield with additional admits | 62.6% | 18.6% | 42.8% | 64.7% | 18.6% | 43.6% |  |
| Total admits Fall 2013 | 5,043 | 3,200 | 8,243 | 5,043 | 3,200 | 8,243 |  |

|  | NC | OOS | All |  | NC | OOS | All |
|---|---|---|---|---|---|---|---|
| Projected over/under | -201 | 178 | -23 |  | -102 | 203 | 101 |

| Defers | NC | OOS |
|---|---|---|
| D1 | 1,383 | 1,524 |
| D2 | 312 | 1,017 |
| Total | 1,695 | 2,541 |

| BY DEADLINE |  | 2014 (prelim) |  |  | 2013 (final) |  |
|---|---|---|---|---|---|---|
| **NC** | Applied | Admitted | % | Applied | Admitted | % |
| 1 | 7,103 | 3,972 | 55.9% | 6,650 | 3,938 | 59.2% |
| 2 | 2,683 | 722 | 26.9% | 3,243 | 1,105 | 34.1% |
| Total | 9,786 | 4,694 | 48.0% | 9,893 | 5,043 | 51.0% |
|  |  |  |  |  |  |  |
| **Out of State** | Applied | Admitted | % | Applied | Admitted | % |
| 1 | 9,853 | 2,123 | 21.5% | 8,551 | 1,850 | 21.6% |
| 2 | 11,659 | 1,838 | 15.8% | 12,391 | 1,350 | 10.9% |
| Total | 21,512 | 3,961 | 18.4% | 20,942 | 3,200 | 15.3% |
|  |  |  |  |  |  |  |
| **ALL** | Applied | Admitted | % | Applied | Admitted | % |
| 1 | 16,956 | 6,095 | 35.9% | 15,201 | 5,788 | 38.1% |
| 2 | 14,342 | 2,560 | 17.8% | 15,634 | 2,455 | 15.7% |
| Total | 31,298 | 8,655 | 27.7% | 30,835 | 8,243 | 26.7% |

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yield | 59.7% | 58.7% | 57.8% | 57.5% | 56.0% | 55.7% | 56.9% | 58.1% | 56.3% | 56.5% | 56.9% | 55.0% | 56.1% | 58.2% | 57.0% | 54.6% | 53.2% | 55.7% | 56.7% | 55.7% | 52.9% | 53.9% | 52.4% | 53.9% | 49.9% |
| Admitted | 5,517 | 5,436 | 5,630 | 5,460 | 5,735 | 5,985 | 6,145 | 5,571 | 5,826 | 6,050 | 6,041 | 6,176 | 6,088 | 6,339 | 6,073 | 6,441 | 6,741 | 6,736 | 6,734 | 6,993 | 7,309 | 7,342 | 7,559 | 7,469 | 7,847 |
| Enrolled | 3,293 | 3,191 | 3,252 | 3,142 | 3,211 | 3,331 | 3,498 | 3,239 | 3,278 | 3,417 | 3,437 | 3,386 | 3,415 | 3,687 | 3,460 | 3,516 | 3,589 | 3,751 | 3,816 | 3,895 | 3,864 | 3,960 | 3,950 | 4,025 | 3,914 |
| Change | | -1.0% | -0.9% | -0.2% | -1.6% | -0.3% | 1.3% | 1.2% | -1.9% | 0.2% | 0.4% | -1.9% | 1.1% | 2.1% | -1.2% | -2.4% | -1.3% | 2.4% | 1.0% | -1.0% | -2.8% | 1.0% | -1.5% | 1.5% | -4.0% |
| Absolute change | | 1.0% | 0.9% | 0.2% | 1.6% | 0.3% | 1.3% | 1.2% | 1.9% | 0.2% | 0.4% | 1.9% | 1.1% | 2.1% | 1.2% | 2.4% | 1.3% | 2.4% | 1.0% | 1.0% | 2.8% | 1.0% | 1.5% | 1.5% | 4.0% |
| Avg absolute change | | | 1.3% | | | | | | | | | | | | | | | | | | | | | | |
| Two-year change | | | -1.9% | -1.2% | -1.8% | -1.9% | 0.9% | 2.5% | -0.7% | -1.7% | 0.6% | -1.6% | -0.8% | 3.2% | 0.9% | -3.6% | -3.7% | 1.1% | 3.4% | 0.0% | -3.8% | -1.8% | -0.5% | 0.0% | -2.5% |
| Three-year change | | | | -2.1% | -2.7% | -2.1% | -0.8% | 2.2% | 0.9% | -0.4% | -1.2% | -1.3% | -0.4% | 1.3% | 2.0% | -1.5% | -4.9% | -1.3% | 2.1% | 2.5% | -2.8% | -2.8% | -3.3% | 1.0% | -4.0% |
| Max one-year change 1988-2008 | 2.4% | (2005) | | | | | | | | | | | | | | | | | | | | | | | |
| Min one-year change 1988-2008 | -4.0% | (2012) | | | | | | | | | | | | | | | | | | | | | | | |

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| NC | 55.0% | 54.2% | 55.0% | 58.2% | 58.8% | 57.5% | 59.3% | 56.6% | | 64.6% |
| OOS | 31.2% | 30.2% | 30.9% | 32.5% | 31.2% | 28.2% | 29.6% | 28.6% | | 24.5% |
| NC Change | | -0.8% | 2.5% | 1.4% | 0.6% | -1.3% | 1.5% | -2.7% | | |
| OOS Change | | -1.0% | 0.7% | 1.8% | -1.3% | -3.0% | 1.4% | -1.0% | | |



Yield
(Actual 1988-2012)

**NC Yield 1988-2012**

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yield | 64.1% | 64.5% | 63.5% | 64.1% | 66.7% | 65.8% | 65.0% | 64.2% | 66.8% | 68.2% | 68.8% | 67.5% | 69.3% | 66.6% | 66.2% | 64.6% | 63.4% |
| Admitted | 4,444 | 4,400 | 4,260 | 4,373 | 4,562 | 4,329 | 4,453 | 4,565 | 4,644 | 4,559 | 4,551 | 4,586 | 4,496 | 4,735 | 4,876 | 4,972 | 5,043 |
| Enrolled | 2,849 | 2,836 | 2,704 | 2,803 | 3,045 | 2,848 | 2,894 | 2,931 | 3,104 | 3,110 | 3,132 | 3,097 | 3,117 | 3,153 | 3,226 | 3,211 | 3,196 |
| Change | | 0.3% | -1.0% | 0.6% | 2.6% | -1.0% | -0.8% | -0.8% | 2.6% | 1.4% | 0.6% | -1.3% | 1.8% | -2.7% | -0.4% | -1.6% | -1.2% |
| | | | | | | | | | | | | | | | | | |
| Absolute change | | 0.3% | 1.0% | 0.6% | 2.6% | 1.0% | 0.8% | 0.8% | 2.6% | 1.4% | 0.6% | 1.3% | 1.8% | 2.7% | 0.4% | 1.6% | 1.2% |
| Avg absolute change | | 1.2% | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Two-year change | 0.0% | 0.3% | -0.6% | -0.4% | 3.3% | 1.7% | -1.8% | -1.6% | 1.8% | 4.0% | 2.0% | -0.7% | 0.5% | -0.9% | -3.1% | -2.0% | -2.8% |
| Three-year change | | | | 0.0% | 2.3% | 2.3% | 0.9% | -2.5% | 1.1% | 3.2% | 4.6% | 0.7% | 1.1% | -2.2% | -1.3% | -4.7% | -3.2% |
| | | | | | | | | | | | | | | | | | |
| Max one-year change 1997-2012 | | | 2.6% | (2005) | | | | | | | | | | | | | |
| Min one-year change 1997-2012 | | | -2.7% | (2010) | | | | | | | | | | | | | |

**OOS Yield 1988-2009**

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yield | 39.2% | 36.6% | 36.5% | 35.8% | 36.1% | 35.1% | 31.2% | 30.3% | 30.9% | 32.5% | 31.2% | 28.2% | 29.6% | 28.6% | 30.8% | 24.5% | 23.4% |
| Admitted | 1,439 | 1,641 | 1,918 | 1,722 | 1,779 | 1,744 | 1,990 | 2,171 | 2,096 | 2,175 | 2,442 | 2,723 | 2,846 | 2,824 | 2,593 | 2,875 | 3,200 |
| Enrolled | 564 | 600 | 701 | 617 | 642 | 612 | 621 | 658 | 647 | 706 | 763 | 767 | 843 | 807 | 799 | 703 | 750 |
| Change | | -2.6% | 0.0% | -0.7% | 0.3% | -1.0% | -3.9% | -0.9% | 0.6% | 1.6% | -1.2% | -3.1% | 1.4% | -1.0% | 2.2% | -6.3% | -1.1% |
| | | | | | | | | | | | | | | | | | |
| Absolute change | 0.0% | 2.6% | 0.0% | 0.7% | 0.3% | 1.0% | 3.9% | 0.9% | 0.6% | 1.6% | 1.2% | 3.1% | 1.4% | 1.0% | 2.2% | 6.3% | 1.1% |
| Avg absolute change | 1.4% | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Two-year change | 0.0% | -2.6% | -2.6% | -0.7% | -0.5% | -0.7% | -4.9% | -4.8% | -0.3% | 2.2% | 0.4% | -4.3% | -1.6% | 0.4% | 1.2% | -4.1% | -7.4% |
| Three-year change | | | | -3.4% | -0.5% | -1.5% | -4.6% | -5.8% | -4.2% | 1.3% | 0.9% | -2.7% | -2.9% | -2.6% | 2.6% | -5.1% | -5.2% |
| | | | | | | | | | | | | | | | | | |
| Max one-year change 1997-2012 | | | 2.2% | (2006) | | | | | | | | | | | | | |
| Min one-year change 1997-2012 | | | -6.3% | (2012) | | | | | | | | | | | | | |

Fall 2012 v. Fall 2013 NC Admits

|                 | 2012  | 2013  | % change |
|-----------------|-------|-------|----------|
| Total Admits    | 4,972 | 4,682 | -5.8%    |
|                 |       |       |          |
| NC 1400+        | 1,264 | 1,077 | -14.8%   |
| Top 3%          | 1,713 | 1,659 | -3.2%    |
|                 |       |       |          |
| AFRAM           | 449   | 418   | -6.9%    |
| AMIND           | 73    | 72    | -1.4%    |
| ASIAN           | 649   | 549   | -15.4%   |
| HSPLA           | 235   | 261   | 11.1%    |
| CAUCA           | 3,466 | 3,083 | -11.1%   |
| HWPAC           | 5     | 7     | 40.0%    |
| No Report       | 95    | 292   | 207.4%   |
|                 |       |       |          |
| FGCL            | 868   | 822   | -5.3%    |
| FWVR            | 383   | 373   | -2.6%    |
| ALUM            | 907   | 848   | -6.5%    |
| Born outside NC | 2,616 | 1,975 | -24.5%   |
|                 |       |       |          |
| Avg ACT         | 30.1  | 30.0  |          |
| Avg CR/V + M    | 1318  | 1321  |          |
| Program         | 7.40  | 7.56  |          |
| Performance     | 8.00  | 8.24  |          |
| Activities      | 6.01  | 5.89  |          |

Fall 2012 v. Fall 2013 NC Applicants

|                 | 2012  | 2013   | % change |
|-----------------|-------|--------|----------|
| Total Admits    | 9,979 | 10,033 | 0.5%     |
|                 |       |        |          |
| NC 1400+        | 1,395 | 1,242  | -11.0%   |
| Top 3%          | 1,871 | 1,833  | -2.0%    |
| Top 5%          | 2,642 | 2,610  | -1.2%    |
|                 |       |        |          |
| AFRAM           | 1,405 | 1,486  | 5.8%     |
| AMIND           | 150   | 157    | 4.7%     |
| ASIAN           | 1,075 | 1,028  | -4.4%    |
| HSPLA           | 569   | 598    | 5.1%     |
| CAUCA           | 6,638 | 6,234  | -6.1%    |
| HWPAC           | 11    | 10     | -9.1%    |
| No Report       | 131   | 520    | 296.9%   |
|                 |       |        |          |
| FGCL            | 2,282 | 2,152  | -5.7%    |
| FWVR            | 1,272 | 1,316  | 3.5%     |
| ALUM            | 1,565 | 1,563  | -0.1%    |
| Born outside NC | 5,548 | 4,194  | -24.4%   |
|                 |       |        |          |
| Avg ACT         | 28.1  | 27.7   |          |
| Avg CR/V + M    | 1231  | 1233   |          |
| Program         | 6.20  | 6.36   |          |
| Performance     | 6.62  | 6.80   |          |
| Activities      | 5.66  | 5.53   |          |