# Exhibit 33

# Filed Under Seal

# UNC0379534