# Exhibit 35

# UNC0064294

(produced as a Word file)



## Review of Admissions Decisions (School Group Review)

October 1, 2015

### Purpose:

The Office of Undergraduate Admissions conducts a review of each provisional admissions decision before making and releasing final admissions decisions for each application deadline. This review is conducted through a process known as School Group Review (SGR). The School Group Review has two primary objectives. First, the SGR process allows the Office to consider its expected enrollment for the incoming class and then, as part of trying to avoid over- or under-enrollment, adjust the total number of applicants who will receive an offer of admission. Second, the SGR process serves as a quality control measure that allows senior members of the Office to review readers' provisional admission decisions not only for conformity with the University's admissions standards, but also to ensure that decisions concerning applicants from the same high school are reasonable in context.

### Method:

The SGR process is conducted by a sub-committee comprised of experienced members of the Admissions Committee, with direction provided by the Vice Provost and Director of Undergraduate Admissions, the Deputy Director of Undergraduate Admissions, and the Associate Director for Evaluation. Decisions made during the SGR process are informed, in part, by the prediction of the number of spaces in the entering class that are likely to be filled by the students who have been selected provisionally for admission. Based on the predicted enrollment, the SGR committee may need to reevaluate applications as part of adjusting the total number of applicants who will receive an offer of admission.

During the SGR process, every provisional admission decision is reviewed and evaluated within the context of the applicant's high school to ensure reasonable decisions within each school community. To facilitate the process, a report is created for each high school from which an applicant applied to the University. The report displays the admission deadline under which the applicant applied, the provisional admission decision, and various factors that represent elements considered during the holistic review of an individual's application for admission. Such factors include the applicant's class rank, grade point average, test scores, subjective admissions ratings, residency status, legacy status, recruited student-athlete status, and applicable recruiting category. SGR reports do not contain information on an applicant's race or ethnicity.

If the provisional admission decision appears inconsistent with these factors when viewed in their totality, the SGR committee member will review the application in more detail to determine if the provisional decision is appropriate or should be reconsidered or changed. Consistent with the University's admission policy, the SGR committee members are mindful that admissions decisions are not based on any single criteria, formula, or scoring requirement. The evaluation of candidates during the SGR process retains the holistic, individual, and comprehensive review characteristics necessary to achieve the University's admissions goals.