# Exhibit 36

# UNC0064291

(produced as a Word file)



PENGAD 800-631-6989

EXHIBIT

8

POLK

School Group Review: 2013-2014

Calendar: Begins: Wednesday, December 18, 2013
Ends: Friday, January 24, 2014 at 3:00 PM

We will on Wednesday, January 15 at 1:30 and Thursday, January 23 at 1:30 to calibrate and check numbers.

Possible decisions: Admit, defer, deny

Things to Consider:

- Look for reason within the group. Reason is not defined by class rank or by GPA, but is defined within the terms of the holistic review we have been providing each applicant throughout the year.
- Academics matter. When used in a holistic review, SAT/ACT are better predictors than strength of program. This does not mean totally ignore transcript information in favor of testing. Rather, all else being "equal", the high tester with a more modest program is probably the better admit than the high program with modest testing.
- There is nothing magical about the top 10% of a class from a school that is urban or rural.
- Look for ADDR in the recruiting category. This means that we MUST do a third read to determine the decision.
- Be aware of additional considerations such as FGC, ethnicity, residency and alum status.
- If there is a "Y" in recruiting categories and you want to change that decision, make sure you check for comments before making the change. Most of these decisions cannot be changed. (NLR in the red box means "no longer recruited" and the decision is no longer protected.

Steve's Schools:

| North Carolina Schools | Out of State Schools |
|---|---|
| Anson | Episcopal, VA |
| Apex | Holland Hall, OK |
| Ardrey Kell | Hotchkiss, CT |
| Atkins | Lovett, GA |
| Ben L Smith | National Cathedral, DC |
| Bertie | Pace, GA |
| Broughton | Riverdale Country, NY |
| Caldwell Early College | Saint Albans, DC |
| Caldwell Middle College | Sidwell Friends, DC |
| Cardinal Gibbons | Westminster, GA |
| Carolina Friends | Woodberry Forest, VA |
| Carrboro | |
| Carver | |
| Cary Academy | |
| Chapel Hill | |
| Charles E Jordan | |
| Charlotte Catholic | |
| Charlotte Country Day | |
| Chatham Central | |
| Durham Academy | |
| East Chapel Hill | |
| East Mecklenburg | |
| East Surry | |
| EE Waddell | |
| Enloe | |
| Garinger | |
| Graham | |
| Green Hope | |
| Grimsley | |
| Harding University | |
| Hertford | |
| Hibriten | |
| High M Cummings | |
| Hillside | |
| James B Dudley | |
| Jordan-Matthews | |
| Leesville Road | |
| Lexington | |

Marvin Ridge
McMichael
Monroe
Morehead
Myers Park
North Edgecombe
North Mecklenburg
North Surry
Northampton West
Northwest Guilford
NW Halifax
Olympic
Panther Creek
Providence
Raleigh Charter
Ravenscroft
Reidsville
Rockingham County
Rocky River
Scotland
SE Halifax
South Caldwell
South Robeson
Southern (Durham)
Surry Central
Surry Early College
Tarboro
Thomasville
Vance
Wakefield
Walter Hines Page
Warren County
Warren Early College
Warren New Tech
Weldon
West Caldwell
West Charlotte
West Mecklenburg