# Exhibit 37

| From: | Hurd, Bill <hurdjr@admissions.unc.edu> |
|---|---|
| Sent: | Thursday, January 8, 2015 11:50 PM |
| To: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| Subject: | CA SGR |

Hi Barbara,
As promised – here's California...
Off for a quick dinner, then on to Connecticut!!

Thanks,
Bill



UNC0194910

California

Menlo School – [Redacted] – move from defer to admit. ECs stronger than a 5. Competes on national level in mock trial, football captain. AP tests – 5,5,5,5,3 (latin). Counselor calls him a jerd (jock/nerd). Solid recs. Could see 7 for PQ.

Independence HS – [Redacted] – Keep as defer for now, but could be one to move to admit at end of SGR if we have room.

Burlingame – [Redacted] ??? Is he an admit?? See ECs as a solid 6.

Viewpoint School – [Redacted] – move from admit to defer. Essays aren't very strong.

Army Navy Academy – [Redacted] – move from defer to deny. Testing is modest – reading is only solid subscore.

Ruben S Ayala Sr HS – [Redacted] – Deny to defer. FGC. Strong academics, testing.

Clovis East HS – [Redacted] – Alum. Modest testing. Is there enough for an admit?

Monta Vista HS – [Redacted] – Defer to deny. Perf is modest overall and has him deep in class (solid upward trend though) - ~255/607. Deny votes for 3 apps ahead of him. All else is strong (maybe spending too much time on FBLA and other ECs).

San Ramon Valley HS – [Redacted] – move from defer to deny. Testing slightly modest, supps mixed. See ECs as a 6 (not 7). Average essays.

Mira Costa HS – [Redacted] – Currently at defer. Maybe one to key our eye on at end of sgr. UR. FGC. Academic profile isn't the best we'll see, but ECs, essays and PQ are all strong. Nice recs as well. (This school group looks crazy, but think decisions are pretty solid.)

San Ramon Valley HS – [Redacted] – would like to say yes to if we have room at end or SGR – currently a defer. Brother is a surviving victim of Isla Vista shootings last May. Lots of passion. Strong testing. Solid recs.

Davis Sr HS – [Redacted] – possible move to admit from defer. Student below him is an admit (though also UR). Academics are stellar. Bottom 3 legs are average.

Granite Bay HS – [Redacted] – Deny to defer (possibly admit). ECs are underrated – solid 6. Voice in essays. Nice recs.

Granite Bay HS – [Redacted] – Possible deny to defer. Alum x2 with modest testing, but also deep in class.

Sequoia HS – [Redacted] – Defer to admit. UR. Strong across the board. 10,10,7,7,7. 34 ACT. 1510 SAT.

Northwood HS – [Redacted] – Defer to admit. UR. 34 ACT. Program changed from 5 to 6.

Justin Siena HS – [ Redacted ] – Defer to deny. Testing at lower end of range combined with average ECs, essays and PQ.

El Modena HS – [ Redacted ] – Possible Deny to defer. FGC. Strong ECs and testing. Other than C Fr. Year, perf. Is good – scattered Bs.

Castilleja School – [ Redacted ] – Defer to deny. Testing near lower end of range. ECs (I see a 6), essays and PQ all average.

Dougherty Valley HS – [ Redacted ] – Defer to admit. Stellar academics, testing. Talented musician – all-state band and leader of clubs.

South HS – [ Redacted ] – Defer to deny. Testing at lower end of range, mixed supps, 5,5,3,3. ECs below average. Not sure we'd pick up.

Walnut HS – [ Redacted ] (at least defer). FGC. Strong testing. ECs and essays are average and recs though supportive aren't very helpful.

Confidential; Attorneys Eyes Only

UNC0194912