# Exhibit 38

| From: | Hurd, Bill <hurdjr@admissions.unc.edu> |
|---|---|
| Sent: | Saturday, January 17, 2015 4:22 AM |
| To: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| Subject: | Florida SGR |

Hi Barbara,
We had fun at dinner.
Attached is the doc with the remainder of the Florida school group I gave you tonight.

Thanks,
Bill



UNC0194934

Case 1:14-cv-00954-LCB-JLW   Document 163-38   Filed 01/18/19   Page 2 of 3

Florida

Braden River HS – [Redacted] – Defer to admit. UR. Testing is 30 ACT. SAT 1360 with +60 writing. All other areas are strong.

State Col of Fl Collegiate School – [Redacted] – Defer to admit. UR will earn AA. 33 ACT.

University school of NSU – CPR training essays for [Redacted] and [Redacted] takes all credit for school CPR training while [Redacted] hares credit among her friends.

Fort Myers HS – [Redacted] – Possible defer to admit. FGC. 10,10, 1450. Bottom three legs are average.

South Broward HS – [Redacted] – deny to defer. Alum. Testing is modest as are ECs, but deny might be too harsh.

School for Advanced Studies – [Redacted] – Current decision is Defer due to modest perf. Jr. year. UR. FGC. Could see admit with solid mid-years.

Stanton College Prep – [Redacted] – Current defer. Might be one to pull up if room. ECs are an 8 – agree with second reader – 7.

G Holmes Braddock HS – [Redacted] – Possible deny to defer. UR. Solid academic profile, but testing is modest – 1210 SAT. Top 5% of large class.

Pedro Menendez HS – [Redacted] – Deny to admit. Alum. 31 ACT. 10,9,5,5,5. RIC 8/288.

Lakewood High School Ctr for Adva – [Redacted] – defer to admit. 34 ACT/1500 SAT. 8,10,6,7,10. Debilitating back problem that leaves her in constant pain. Had back surgery prior to Jr. year, but made issue worse. Obviously has affected ECs.

Tampa Catholic HS – [Redacted] – deny to defer. 1510 SAT. Very strong academics. ECs, essays and PQ are all rated modest – 6,5,5. See PQ as a 7. Lost dad to cancer when she was 9. Lives a healthy lifestyle for him. Habitat volunteer. Leadership at school. Not sure why, but Robertson is checked.

Apps to look at if we have room

[Redacted] Land o Lakes HS – PID [Redacted]

[Redacted] – Largo HS – PID [Redacted]

[Redacted] – Saint Petersburg Collegiate HS – PID – [Redacted]

[Redacted] – Wharton HS – PID – [Redacted]

Confidential; Attorneys Eyes Only