IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | CASE NO. 1:14-CV-954 |

**SUPPLEMENTAL INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description of Exhibit |
|---|---|
| 126. | Declaration of Joseph Alexander Kenley |