# EXHIBIT 126

# Declaration of Joseph Alexander Kenley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

DECLARATION OF JOSEPH ALEXANDER KENLEY

## DECLARATION OF JOSEPH ALEXANDER KENLEY

I, Joseph Alexander Kenley, hereby make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently:

### Experience

1. I am a White male. I graduated from The University of North Carolina at Chapel Hill ("UNC-Chapel Hill" or the "University") in 2009.

2. I was born in Indianapolis but grew up in Sarasota, Florida. I went to high school in Florida, where I was a Florida state and national champion gymnast.

3. While at UNC-Chapel Hill, I was a varsity athlete on the UNC-Chapel Hill Swimming and Diving team. I became a competitive diver at UNC-Chapel Hill, where I lettered for four years and achieved scores that ranked in the University's all-time Top 10 for diving scores on the one meter, three meter, and platform events.

4. While at UNC-Chapel Hill, I also participated in the GLOBE program through the University's Kenan-Flagler Business School ("KFBS"). I wanted to pursue international business, and the launch of the GLOBE program, which provided opportunities for business students to study at foreign universities, was one of the things that drew me to UNC-Chapel Hill.

5. After graduating from UNC-Chapel Hill, I obtained a Master of Business Administration at Northwestern University's Kellogg School of Management.

6. Currently, I am a Manager at Deloitte Strategy & Operations in Chicago, where I focus on recruiting and coaching new consultants in the United States and China.

7. During business school, I worked as a Global Strategist intern at Samsung in Seoul, South Korea, in Samsung's Global Strategy group, which is focused on globalizing Samsung's operations across all of their business units.

8. Before business school, I worked for three years as a consultant at Deloitte in Atlanta. My work was focused on financial services post-merger integration, pharmaceutical supply chain, and aerospace and defense manufacturing. At Deloitte Atlanta, I had the opportunity to lead a global workshop with product leaders from Asia Pacific, Europe, the Middle East and Africa, and Latin America focused on developing an initial global rollout plan for the pharmaceutical sales and operations planning process designed and implemented in the U.S.

9. At Deloitte Atlanta, I coordinated Deloitte's undergraduate recruiting efforts at UNC-Chapel Hill, resulting in 31 consultants hired from 2010-2012. I was also one of two consultants chosen nationally to serve as a peer coach for the first analyst training program as part of Deloitte's venture with China and coached 134 analysts on leadership techniques with a focus on mentorship.

**Importance of Diversity**

10. As a member of the diving team who spent a lot of time with the team, I did not find UNC-Chapel Hill to be particularly diverse and did not have a lot of exposure to diversity until I started the GLOBE program through KFBS as a junior. The GLOBE program is a partnership between KFBS and two international business schools: Chinese University of Hong Kong and Copenhagen Business School.

2

11. In the GLOBE program, I was able to spend two semesters studying abroad with other UNC-Chapel Hill students and students from China and Denmark, one at Chinese University of Hong Kong and one at Copenhagen Business School.

12. As a young adult, my point of view was narrow, but meeting people from different cultures and backgrounds broadened my perspective. It opened my world and helped me ask more questions. Spending time in Denmark and China helped me to relate to people from different backgrounds. Coming out of the GLOBE program made me want to meet more people from different backgrounds.

13. I took away from GLOBE cross-cultural empathy and the ability to not only "work well with others" but to actively seek out and thrive in the face of diversity – diversity of thought, diversity of experience, diversity of ethnicity or origin. That human understanding allowed me to succeed in a relationship-focused industry (consulting) and also to excel at the Kellogg School of Management. My global perspective and ability to relate to my peers, regardless of their background or experience, enhanced the experience that I had and what I was able to bring to my classmates, as well as what I am able to bring to my career.

14. At the same time, the lack of racial diversity I personally experienced at UNC did not prepare me very well for the diversity of the world I live and work in. I do not think I realized how segregated UNC-Chapel Hill was when I attended until several years later when I reflected on the experience. Fortunately I had many diverse classmates at Kellogg, including racially diverse classmates. Through my interactions with racially diverse peers at Kellogg, I learned about racial prejudices and stereotypes I was not even

aware I had. This group of classmates and friends helped me realize my own biases. They impacted me in a way that is not possible in a heterogeneous group.

15. I met my wife, who is Black, at Kellogg, and made many close friends of different races there. In that way, my openness to, experiences with and exposure to diversity have been an essential part of my personal fulfillment in life.

16. The best way to understand something is through exposure. It is difficult to have empathy unless you have understanding and exposure. Empathy is very important in light of the racial tension in today's world. The way to overcome that is to be empathetic and to try to understand other people's perspectives.

17. As a consultant at a major firm working on global issues with global partners, having experience with people from different cultures and backgrounds is essential to success. Business is about relationships and about getting along with people. I work with all kinds of people, including clients who come from different backgrounds. Many of my clients are located outside of the United States.

18. Meeting people from different backgrounds helps you relate to others, challenges your preconceptions, and helps you to be more open-minded. It also helps you to be sensitive to others and to be more inclusive. Although it is human nature to stereotype, a lot of times those stereotypes are not true or helpful. Getting to know people helps break down those stereotypes.

19. When recruiting for Deloitte, diversity was a significant factor. It is important to have a diverse workplace because our world is diverse. In business, it is more effective to be diverse and to have multiple points of view. Rather than being a

4

roadblock or something that is frustrating, diversity can be a strength. I sought not only to recruit diverse individuals but also to recruit employees who had the skills to work with diverse teams and clients.

20. It is important not only to recruit, but also to retain diverse employees. If minority employees do not see people who look like them in the upper ranks, they may feel there is not a path forward for them. It is important for organizations to create an inclusive environment where people from all backgrounds can stay and thrive.

## Conclusion

21. As someone whose career is in international business, I am a huge proponent of increased diversity. I wish I had been exposed to more diversity from the beginning at UNC-Chapel Hill. The GLOBE program and my career have taught me about the importance of understanding different cultures and perspectives. I believe UNC-Chapel Hill should continue to value and promote diversity on campus.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 6/28/17

_____
Joseph Alexander Kenley