# Exhibit 39



# 2012 *Diversity Plan*
# 2014 REPORT

The University of North Carolina at Chapel Hill Diversity and Multicultural Affairs

**COMMITTED** to a **DIVERSE** and **INCLUSIVE CAMPUS COMMUNITY**

THE UNIVERSITY of NORTH CAROLINA at CHAPEL HILL



## Acknowledgements

This report was prepared by UNC Diversity and Multicultural Affairs under the direction of Dr. Taffye Benson Clayton. We would like to thank all of the reporting schools/units and the Office of Institutional Research and Assessment for providing the initial reports and the institutional data from which this publication was derived.

## DMA Organization

**Taffye Benson Clayton, EdD**
Associate Vice Chancellor &
Chief Diversity Officer

**Marco J. Barker, PhD**
Senior Director of Education,
Operations, and Initiatives

**Sharbari Dey, MSW**
Education Programs Coordinator

**Miki Kersgard**
Communications Specialist

**Katherine Max**
Executive Assistant to the
Associate Vice Chancellor

**Josmell Perez, MA**
Assistant Director of Inclusive
Student Excellence and Carolina
Latina/o Collaborative

**Xiaowen Qin, MS**
Director of Diversity Research,
Assessment, and Analytics

**Margie Scott**
Administrative Support Specialist

**Ada Wilson Suitt, JD**
Director of Inclusive
Student Excellence

### Dear Carolina Community:



Our disparate backgrounds and experiences — of race, ethnicity, gender, religion, sexual orientation, gender identity, age, socioeconomic status, abilities, and more — are unique to each one of us. Together, they strengthen the Carolina community and enhance our ability to carry out the University's mission of teaching, research, and public service.

Our efforts to diversify Carolina and to build a more equitable and inclusive environment are ongoing. While Carolina's strength comes from the multitude of activities within our different schools, units, centers, and departments, this report tells us that when we work together for a common goal, we can make a real difference.

We still have far to go to increase the representation of women and underrepresented minorities in faculty and leadership positions, and we continue to implement strategies toward greater progress in diversifying our student body. We are working to retain and graduate all of our students.

I am proud of the work we have done to explore ways in which we can foster and enhance gender, racial, and ethnic diversity and equal opportunity for our faculty as well as other segments of the campus community and look forward to seeing great progress in these areas in the future.

I encourage everyone to read this report and use the examples in it of successful projects and programs as models for diversity and inclusion work.

Thank you.

*Carol L. Folt*

Carol L. Folt
*Chancellor*

Case 1:14-cv-00954-LCB-JLW Document 165 Filed 01/18/19 Page 4 of 41 UNC0236931



As the nation's first public university, North Carolina's flagship campus, and a top-ranked research institution, The University of North Carolina at Chapel Hill continues to be a leader in higher education. Our commitment is as important today as ever while the people of our state and nation increasingly grow in diversity. In Diversity and Multicultural Affairs (DMA), we believe that the presence and integration of diversity throughout our student body, faculty, staff, and administration is a point of institutional strength that acts as a catalyst for excellence.

As stewards of diversity, we must ensure that our campus promotes the principles of equity and inclusion, and that we position Carolina to fully leverage the rich diversity on our campus. We are creating an environment that appreciates difference, fosters discovery, and advocates for inclusion. Our climate includes the campus community, our friends and visitors, our neighboring communities, and national and global environments. At the core of our work, we at DMA believe that diversity matters.

***Diversity matters as an institutional value.*** We understand that our student body, faculty, staff, alumni, and community represent many aspects of diversity. Our University's diversity narrative reflects our nation's history, our present multicultural and global society, and a future in which increasing diversity is inevitable. Future success lies in our ability to better understand, effectively engage, and fully leverage diversity as an asset in the classroom, the workplace, in our communities, and in our society.

***Diversity matters in research and scholarship.*** We understand that having faculty, staff, and students with diverse perspectives and approaches enriches the discovery and learning process, which fosters the highest levels of creativity and innovation. We also understand that we have an institutional mission to teach a diverse community of undergraduate, graduate, and professional students.

***Diversity matters in our communities and in our service.*** Carolina faculty, staff, students, and alumni are making an impact locally, nationally, and globally. We understand that in order for Carolina and its graduates to be thought leaders, we must be equipped and ready to tackle the world's problems from diverse viewpoints and with greater cultural awareness. Public service is part of Carolina's mission and a critical aspect of DMA's work. The diversity of our state, nation, and world requires and demands that we be culturally competent leaders.

We are enriching lives in DMA and aspire to be a national leader in diversity, inclusion, and cultural competence.

*[signature]*

Taffye Benson Clayton, Ed.D
*Associate Vice Chancellor for DMA & Chief Diversity Officer*

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 5 of 41    UNC0236932




This is the fifth report describing Carolina's state of diversity in terms of gender, race/ethnicity, the academic performance of underrepresented minority (URM) and historically underserved undergraduate students, and the progress and successes of UNC units in promoting diversity and inclusion. It builds on the annual diversity reports submitted by academic and administrative units in 2013 and 2014, and the institutional data provided by the Office of Institutional Research and Assessment.

UNC's commitment to diversity is well reflected by the campus community's efforts in publicizing their commitment to diversity and inclusion by using, for example, the development of separate diversity-related pages on their web sites, the construction of diversity statements and diversity-related newsletters, the advertisements of job openings to minority communities, and the recruitment of diverse students and faculty at local and national conferences.

Greater campus involvement in providing or facilitating diversity education (credit or non-credit courses), trainings and workshops, cross-group learning, and interaction opportunities to campus communities was noted this year as the majority of the units reported their efforts in these areas. Some schools/units described how their diversity education, trainings, or cross-group events had:

1. Enhanced the cultural competency of their students and raised their level of awareness about issues related to race and equity
2. Trained faculty in incorporating diversity topics into their course curricula

As a result, units indicated that their graduates were competitive in securing positions that required strong skills in working with people from diverse backgrounds. Although

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 6 of 41   UNC0236933



campus communities noted their efforts in offering and facilitating diversity programs, many of these units did not provide information about how often students, faculty, and staff from their unit participated in campus-wide diversity programs. Further, over half of the units that offered or facilitated diversity programs did not track the attendance or assess the impact of their programs.

Carolina's commitment to advancing diversity via research was demonstrated across 14 of the reporting units. Diversity research publications and presentations examined race, social justice, and equity issues at the local, national, and global level. These research endeavors are expected to inform policy changes and, ultimately, improve the welfare of diverse people, demonstrating, again, the University's commitment. Compared to research in advancing the University's commitment to diversity, only a small number of units reported research activities assessing ways to improve practices related to diversity. Although UNC has many support programs to assist minority students to succeed academically, few reporting units reported their efforts in evaluating the impact of these programs.

Most units reported efforts or strategies in recruiting and retaining underrepresented students, faculty, and staff. Among the most impressive efforts were the increased

collaborations and partnerships between campus units and agencies outside the University. A good example is a program aimed to increase the retention rate of URM health career students at UNC (*med.unc.edu/ahec/pubs/newsletters/2014_Winter/hapi.html*).

In the 2009 cohort, four-year graduation rates were increased for almost all racial/ethnic groups and first-generation students. For the 2007 cohort's six-year graduation rate, gaps between URM male students and the white male students were narrowed remarkably. Although the composition of URM students did not change, a greater number of URM faculty and SPA staff were hired in 2012 and 2013. These improvements may be attributed to or be linked to the diversity-related efforts within units across our campus.

Collaborations and partnerships were a common theme throughout the reporting units. New opportunities to work collaboratively to advance the University's goals emerged repeatedly within the campus departments' and units' reports. Coordinated efforts have been shown to be an effective method of enhancing diversity and inclusion at times when lack of funding to advance the University's goals has been a challenge to many units.

# INTRODUCTION

**The University of North Carolina at Chapel Hill is committed to a diverse and inclusive campus community and a welcoming campus environment for all the members of the University.**

This report is divided into three sections that give a snapshot of our current state of diversity, efforts to improve diversity based on the five diversity goals, and recommendations to improve diversity at UNC. Section One describes the compositional state of diversity at UNC-Chapel Hill; provides updates on the University's student, faculty, and staff diversification; and shows URM undergraduate student academic performance. Section Two includes campus-wide efforts, progress, achievements, and institutional challenges in advancing the five University Diversity Goals. In addition, this section provides an analysis of and commentary about the data regarding diversity presence, and offers examples pulled from the 27 reporting units' diversity reports. Section Three contains recommendations that should mitigate the difficulties and challenges units faced in advancing the University's diversity goals.

## About the Five Diversity Goals

To achieve the transformation to which we aspire, Carolina established five goals to align and assess diversity efforts across the campus. These goals which appear in Section Two include:

**GOAL 1.** Clearly define and publicize the University's commitment to diversity.

**GOAL 2.** Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity in faculty, staff, students, and executive, administrative and managerial positions.

**GOAL 3.** Make high quality diversity education, orientation, and training available to all members of the university community.

**GOAL 4.** Create and sustain a climate in which respectful discussions of diversity are encouraged and take leadership in creating opportunities for interaction and cross-group learning.

**GOAL 5.** Support further research to advance the University's commitment to diversity and to assess the ways in which diversity advances the University's mission.

Since the implementation of the five Diversity Goals, units and schools across campus continue increase their efforts regarding these goals. The University's diversity goals cannot be fully realized and sustained, however, until we successfully coordinate efforts and resources, properly adjust strategies to new and evolving circumstances, and share the responsibility for diversity and equity as the work in this endeavor is interconnected and interdependent.



**WHAT IS DIVERSITY?**

*"Diversity refers to all of the ways in which people differ, including primary characteristics, such as age, race, gender, ethnicity, mental and physical abilities, and sexual orientation; and secondary characteristics, such as education, income, religion, work experiences, language skills, geographic location, and family status. Put simply, diversity refers to all of the characteristics that make individuals different from each other, and in its most basic form refers to heterogeneity."*

> – Damon A. Williams
> *Strategic Diversity Leadership*

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 8 of 41   UNC0236935



SECTION

01

Current State of UNC's Compositional
Diversity and Equity

For this report, UNC's compositional diversity focuses on racial, ethnic, and gender diversity of students, faculty, and staff. Equity refers to the academic achievement, such as graduation rates and cumulative GPA at graduation for underrepresented minority (African American, American Indian, and Hispanic) and historically underserved undergraduate students. (Source: UNC Office of Institutional Research)

## Student Racial and Gender Composition

Compositional diversity is defined in this report as the racial/ethnic and gender composition. Gender is reported in the categories of male and female. In fall 2013, UNC enrolled 18,370 undergraduate students and 10,757 graduate and professional students. Underrepresented minorities comprised 16.5 percent of the undergraduate student population, and 13 percent of graduate and professional student body. Table 1 provides the breakdown of enrolled students by their reported racial/ethnic and gender identities.

Data in Table 1 shows that American Indian students represented less than one percent for both undergraduate and graduate/professional student enrollment. Less than 10 percent of enrollees in the fall of 2013 identified as Black or Hispanic. Consecutively downward enrollment was observed for the past five years among Black and American Indian undergraduate students. This declining trend was also observed for American Indian graduate/professional students. Table 2 shows the enrollment counts for Black and American Indian students in the past five years.

*Underrepresented minorities in Fall 2013 student population:*





**TABLE 1.** Fall 2013 Compositional Percentage of Students

| Type | Black | American Indian | Asian | Hispanic | White | Other | Male | Female | Total N |
|------|-------|-----------------|-------|----------|-------|-------|------|--------|---------|
| Undergraduate | 8.7 | 0.5 | 10.4 | 7.3 | 66.4 | 6.8 | 41.9 | 58.1 | 18,370 |
| Graduate | 7.4 | 0.4 | 12.6 | 5.2 | 62.9 | 11.3 | 44.1 | 55.9 | 10,757 |

**TABLE 2.** Enrollment Counts of Black and American Indian Students in the Past Five Years

| Year | Black (undergrad.) | Amer. Indian (undergrad.) | Amer. Indian (graduate) |
|------|--------------------|-----------------------------|---------------------------|
| F2009 | 1934 | 146 | 74 |
| F2010 | 1809 | 116 | 55 |
| F2011 | 1753 | 105 | 55 |
| F2012 | 1671 | 104 | 42 |
| F2013 | 1603 | 88 | 39 |

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 10 of 41   UNC0236937

## Student Gender Representation

*Gender Difference in Fall 2013 Enrollment:*



**UNDERGRAD.**  **GRADUATE & PROFESSIONAL**

Compared to male student enrollment numbers, female student enrollment was 16 percent higher among undergraduate students, and 12 percent higher among graduate and professional students. Despite the reported gender differences, male student enrollment slowly and continuously increased over the last five years, especially within the graduate and professional student body. Table 3 below illustrates the magnitude of the change.

**TABLE 3.** Changes in Student Gender Representation in the Past Five Years

| Year | Male (undergrad.) | Female (undergrad.) | Male (graduate) | Female (graduate) |
|---|---|---|---|---|
| F2009 | 41.02% | 58.98% | 40.68% | 59.32% |
| F2010 | 41.12% | 58.88% | 41.10% | 58.90% |
| F2011 | 41.79% | 58.21% | 41.73% | 58.27% |
| F2012 | 41.77% | 58.23% | 42.27% | 57.73% |
| F2013 | 41.90% | 58.10% | 44.10% | 55.90% |

## Schools/Units with Higher Representation of URM Students

On average, URM students represented 16.5 percent and 13 percent, respectively, of the undergraduate and graduate/professional student population. However, the School of Dentistry, Visiting International Students, the Friday Center, and College of Arts and Sciences were above the University average in the representation of URM undergraduate students. The School of Education, the Friday Center, and six other units were above the University average in the representation of URM graduate and professional students. The table below presents more detailed information for these individual schools or units.

**TABLE 4.** Schools/Units with URM Student Representation Above University Average

| Unit Name | Type of Student | URM N | URM % | Black N | American Indian N | Hispanic N | Black % | American Indian % | Hispanic % |
|---|---|---|---|---|---|---|---|---|---|
| Dentistry | Undergraduate | 18 | 19.4% | 9 | 0 | 9 | 9.7% | 0.0% | 9.7% |
| Visiting Int. Students | Undergraduate | 22 | 18.0% | 14 | 1 | 7 | 11.5% | 0.8% | 5.7% |
| Friday Center | Undergraduate | 81 | 17.8% | 54 | 0 | 27 | 11.9% | 0.0% | 5.9% |
| Arts & Sciences | Undergraduate | 2,620 | 16.7% | 1389 | 83 | 1148 | 8.9% | 0.5% | 7.3% |
| Education | Grad./Professional | 81 | 19.6% | 65 | 2 | 14 | 15.7% | 0.5% | 3.4% |
| Social Work | Grad./Professional | 51 | 17.1% | 40 | 0 | 11 | 13.4% | 0.0% | 3.7% |
| Dentistry | Grad./Professional | 70 | 17.0% | 42 | 1 | 27 | 10.2% | 0.2% | 6.6% |
| Public Health | Grad./Professional | 238 | 16.6% | 147 | 7 | 84 | 10.2% | 0.5% | 5.8% |
| Law | Grad./Professional | 117 | 16.2% | 51 | 10 | 56 | 7.1% | 1.4% | 7.7% |
| Friday Center | Grad./Professional | 101 | 15.8% | 66 | 1 | 34 | 10.3% | 0.2% | 5.3% |
| Government | Grad./Professional | 13 | 15.5% | 4 | 1 | 8 | 4.8% | 1.2% | 9.5% |
| Medicine | Grad./Professional | 229 | 14.7% | 137 | 4 | 88 | 8.8% | 0.3% | 5.6% |

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 11 of 41    UNC0236938




## Four-year and Six-year Graduation Rates

The graphs that follow present the four-year and six-year graduation rates of URM and white students from first-time freshmen classes entering the university in 2005–2009. For female students, the racial/ethnic gaps between the white and URM students were diminishing within the 2009 cohort. For male students, although improvement was observed within the 2009 cohort, much larger racial/ethnic gaps remained in the 4-year graduation rates, especially between white students as compared to Black and American Indian students.

**NOTE:** *Historically underserved is defined in this report as first-generation college students, and students from economically disadvantaged families. Academic achievements in this report are limited to rates of timely graduation from an accredited UNC program, and the cumulative GPA at graduation.*

**GRAPH 1.** Female 4-Year Graduation Rates of URMs and White



|  | Cohort '05 | Cohort '06 | Cohort '07 | Cohort '08 | Cohort '09 |
|---|---|---|---|---|---|
| White | 82.5% | 81.0% | 86.0% | 85.8% | 86.1% |
| Am. Indian | 51.9% | 58.3% | 73.1% | 57.7% | 80.0% |
| Black | 75.4% | 70.0% | 80.3% | 81.6% | 82.4% |
| Hispanic | 71.7% | 72.4% | 80.2% | 76.2% | 84.9% |

**GRAPH 2.** Male 4-Year Graduation Rates of URMs and White



|  | Cohort '05 | Cohort '06 | Cohort '07 | Cohort '08 | Cohort '09 |
|---|---|---|---|---|---|
| White | 76.2% | 75.9% | 77.5% | 78.2% | 80.5% |
| Amer Indian | 45.5% | 50.0% | 77.8% | 42.9% | 60.0% |
| Black | 52.9% | 54.5% | 57.4% | 60.8% | 60.8% |
| Hispanic | 71.8% | 72.4% | 70.9% | 66.7% | 68.4% |

**GRAPH 3.** Male 6-Year Graduation Rates of URMs and White



|  | Cohort '04 | Cohort '05 | Cohort '06 | Cohort '07 |
|---|---|---|---|---|
| White | 88.7% | 90.6% | 89.4% | 88.3% |
| Amer Indian | 83.3% | 45.5% | 75.0% | 77.8% |
| Black | 79.9% | 71.0% | 74.7% | 78.7% |
| Hispanic | 79.5% | 81.7% | 87.4% | 89.5% |

Graph 3 shows that the six-year graduation rates for URM males improved in the 2006 and 2007 cohorts. While Hispanic six-year graduation rates were catching up with the white six-year graduation rate for cohorts 2006 and 2007, the six year graduation rate for Black and American Indian students improved from 2005 to 2006 cohorts. However, six-year graduation rates of Black and American Indian students were still approximately 10 percent below the six-year graduation rate of white students in 2007.

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 13 of 41   UNC0236940

The four-year graduation rate for first-generation students indicated an upward trend with slight variations across cohorts. Most notably, the gap between the first-generation and non-first-generation students in the 2009 cohort narrowed to approximately five percent, which represented the smallest gap in four-year graduation rates between these two groups across cohorts from 2004 to 2009.

**GRAPH 4.** 4-Year Graduation Rates for First-Generation and Non First-Generation Students

First-Generation    Non First-Generation

## Cumulative GPA at Graduation

Differences existed in cumulative GPA between graduates with and without financial need, and between URMs and white graduates. As a whole, graduates not in need of financial assistance had a higher cumulative GPA than graduates in need of financial assistance. Compared to their white counterparts, Hispanic graduates had the smallest GPA gap, whereas Black and American Indian graduates displayed a much wider GPA gap. Detailed information is presented in Table 5.

**TABLE 5.** Undergraduate Cumulative GPA at Graduation by Group by Cohort

| Year | Hispanic | American Indian | Black | White | Total | In Need of Financial Aid | Not In Need of Financial Aid |
|------|----------|-----------------|-------|-------|-------|--------------------------|------------------------------|
| Cohort '05 | 3.18 | 3.09 | 2.87 | 3.29 | 3.22 | 3.15 | 3.29 |
| Cohort '06 | 3.15 | 2.93 | 2.92 | 3.28 | 3.21 | 3.13 | 3.29 |
| Cohort '07 | 3.16 | 3.01 | 2.94 | 3.31 | 3.24 | 3.15 | 3.32 |
| Cohort '08 | 3.18 | 2.86 | 3.01 | 3.3 | 3.25 | 3.16 | 3.33 |
| Cohort '09 | 3.18 | 3.14 | 3.03 | 3.36 | 3.29 | 3.20 | 3.37 |

**NOTE:** The GPAs of the racial groups are the average GPAs of the groups in need of and not in need of financial aid.

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 14 of 41   UNC0236941




## Faculty and Staff Racial and Gender Composition

In fall 2013, URMs made up 9.4, 11.5, and 21.5 percent of faculty, EPA non-faculty staff, and SPA staff populations respectively. In the faculty population, the concentration of males was approximately 10 percent higher than females; while in the staff population (EPA non-faculty and SPA staff), the concentration of females was approximately 20 percent higher than males. Table 6 represents details of workforce diversity in terms of race/ethnicity and gender.

**TABLE 6.** Fall 2013 Percentage of Faculty and Staff Compositional Diversity

| Type | Black | American Indian | Asian | Hispanic | White | Other | Male | Female | Total N |
|---|---|---|---|---|---|---|---|---|---|
| Faculty | 5.2 | 0.4 | 10.4 | 3.8 | 79.7 | 0.5 | 54.8 | 45.2 | 3,696 |
| EPA Non-Faculty | 8.0 | 0.6 | 8.8 | 2.9 | 79.4 | 0.5 | 39.4 | 60.6 | 1,941 |
| SPA Staff | 18.6 | 0.4 | 7.2 | 2.5 | 70.5 | 0.7 | 40.1 | 59.8 | 6,346 |

*Underrepresented minorities in Fall 2013 faculty and staff population:*



FACULTY

**9.4%**



EPA NON-FACULTY STAFF

**11.5%**



SPA STAFF

**21.5%**

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 15 of 41   UNC0236942

## Leadership Team Racial and Gender Composition

Among the 67 members of the university leadership team (positions of associate dean and up), six identified as African American, while one identified as Hispanic, totaling 10.5 percent of the leadership team. In terms of gender diversity, there were 4.5 percent more females than males. Detailed information is presented in Table 7.

## Schools/Units with Higher Representation of URM Faculty

On average, URM faculty represented 9.4 percent of UNC faculty population, nevertheless, numbers in Table 8 show that seven UNC schools were above the University average in URM faculty concentration. The School of Social Work had the highest percentage of URM faculty (20.5 percent), followed by the School of Education (18 percent), and the School of Journalism and Mass Communication (16.3 percent).

**TABLE 7.** University Leadership Composition by Gender and Race/Ethnicity (2013–14)

| Position | Total | Female | Male | African American | Hispanic | White | Hawaiian Native |
|---|---|---|---|---|---|---|---|
| Chancellor | 1 | 1 | | | | 1 | |
| Provost | 1 | | 1 | | | 1 | |
| Vice Chancellor | 6 | 4 | 2 | 2 | | 4 | |
| Associate Provost | 7 | 4 | 3 | 2 | | 5 | |
| Associate Vice Chancellor | 12 | 4 | 8 | 1 | 1 | 10 | |
| Dean | 15 | 6 | 9 | | | 15 | |
| Associate Dean | 25 | 16 | 9 | 1 | | 23 | 1 |
| Total Count | 67 | 35 | 32 | 6 | 1 | 59 | 1 |
| Total Percentage | | 52.24 | 47.76 | 8.96 | 1.49 | 88.06 | 1.49 |

**TABLE 8.** 2013 URM Faculty by School

| School | URM Total N | URM Total % | Black N | American Indian N | Hispanic N | Black % | American Indian % | Hispanic % |
|---|---|---|---|---|---|---|---|---|
| Social Work | 17 | 20.5% | 13 | 2 | 2 | 15.7% | 2.4% | 2.4% |
| Education | 10 | 17.9% | 7 | 0 | 3 | 12.5% | 0% | 5.4% |
| Journ. & Mass Comm. | 8 | 16.3% | 5 | 0 | 3 | 10.2% | 0% | 6.1% |
| Dentistry | 14 | 13.6% | 5 | 0 | 9 | 4.9% | 0% | 8.7% |
| Arts & Sciences | 130 | 13.1% | 58 | 8 | 64 | 5.9% | 0.8% | 6.5% |
| Nursing | 12 | 11.9% | 10 | 2 | 0 | 9.9% | 2.0% | 0% |
| Info. & Lib. Science | 3 | 10.3% | 2 | 0 | 1 | 6.9% | 0% | 3.4% |

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 16 of 41    UNC0236943

## Schools/Units with Higher Representation of URM Staff

URM EPA non-faculty and SPA staff, on average, made up 11.5 and 21.5 percent respectively. In eleven campus units or schools, however, the composition of URM EPA non-faculty or SPA staff has shown to be above the University average. Among them, the School of Social Work had a URM EPA non-faculty composition of 33 percent, the Office of Chancellor, 25 percent, and the Office of Provost, 22 percent. For URM SPA staff composition, Student Affairs had the highest percentage, 31.5 Percent, Finance and Administration had 30.5 percent, and the Office of Provost had 29 percent. Detailed information for these units/schools is presented in Tables 9 and 10.

**TABLE 9.** 2013 URM EPA Non-faculty Composition by Unit

| Unit Name | URM N | URM % | Black N | American Indian N | Hispanic N | Black % | American Indian % | Hispanic % |
|-----------|-------|-------|---------|-------------------|------------|---------|-------------------|------------|
| Social Work | 3 | 33.3% | 2 | 1 | 0 | 22.2% | 11.1% | 0% |
| UBC | 11 | 28.9% | 9 | 2 | 0 | 23.7% | 5.3% | 0% |
| Office of Chancellor | 4 | 25.0% | 3 | 0 | 1 | 18.8% | 0% | 6.3% |
| Office of Provost | 22 | 22.2% | 20 | 0 | 2 | 20.2% | 0% | 2.0% |
| Student Affairs | 28 | 21.9% | 22 | 0 | 6 | 17.2% | 0% | 4.7% |
| Law | 7 | 18.9% | 4 | 2 | 1 | 10.8% | 5.4% | 2.7% |
| Univ. Advancement | 9 | 16.4% | 5 | 1 | 3 | 9.1% | 1.8% | 5.5% |
| Athletics | 17 | 15.6% | 12 | 0 | 5 | 11.0% | 0% | 4.6% |
| Dentistry | 2 | 14.3% | 2 | 0 | 0 | 14.3% | 0% | 0% |
| Graduate School | 1 | 12.5% | 1 | 0 | 0 | 12.5% | 0% | 0% |
| IT Services | 2 | 11.8% | 1 | 0 | 1 | 5.9% | 0% | 5.9% |

**TABLE 10.** 2013 URM SPA Staff Composition by Unit

| Unit Name | URM N | URM % | Black N | American Indian N | Hispanic N | Black % | American Indian % | Hispanic % |
|-----------|-------|-------|---------|-------------------|------------|---------|-------------------|------------|
| Student Affairs | 51 | 31.5% | 42 | 0 | 9 | 25.9% | 0% | 5.6% |
| Finance & Admin | 473 | 30.5% | 420 | 5 | 48 | 27.1% | 0.3% | 3.1% |
| Office of Provost | 36 | 29.3% | 35 | 0 | 1 | 28.5% | 0% | 0.8% |
| Nursing | 14 | 26.9% | 12 | 1 | 1 | 23.1% | 1.9% | 1.9% |
| Friday Center | 8 | 25.8% | 8 | 0 | 0 | 25.8% | 0% | 0% |
| Social Work | 10 | 25.6% | 8 | 0 | 2 | 20.5% | 0% | 5.1% |
| Law | 11 | 25.6% | 9 | 0 | 2 | 20.9% | 0% | 4.7% |
| Dentistry | 63 | 25.1% | 52 | 2 | 9 | 20.7% | 0.8% | 3.6% |
| Office of Chancellor | 6 | 24.0% | 6 | 0 | 0 | 24.0% | 0% | 0% |
| Journ. & Mass Comm. | 4 | 23.5% | 4 | 0 | 0 | 23.5% | 0% | 0% |
| VC Research | 136 | 23.3% | 121 | 2 | 13 | 20.7% | 0.3% | 2.2% |
| Education | 6 | 22.2% | 6 | 0 | 0 | 22.2% | 0% | 0% |

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 17 of 41   UNC0236944





*Female faculty by academic ranking:*



FIXED-TERM

**57**%



TENURE-TRACK

**44.6**%



TENURED

**32**%

## Women Faculty in Academic Ranking and STEM

Compared to male faculty, more female faculty members held lower academic ranking. Among the 1,496 fixed-term faculty, 57 percent were women, among the 493 tenure-track faculty, women made up 44.6 percent and among the 1,419 tenured faculty, approximately 32 percent were women. Table 11 also breaks the data by academic divisions.

Compared to male faculty, Table 12 indicates that representation of women in STEM was lower than men, especially in Academic Affairs. Among the 281 faculty in STEM departments within Academic Affairs, only 25 percent of the faculty were women. In Health Affairs, however, women represented approximately 44 percent of the faculty.

**TABLE 11.** 2018 Faculty by Tenure Status and Gender

| | Tenure | | | | Tenure-track | | | | Fixed-term | | | | Total |
| | Female | | Male | | Female | | Male | | Female | | Male | | |
| Division | N | % | N | % | N | % | N | % | N | % | N | % | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNC | 452 | 31.9% | 967 | 68.1% | 220 | 44.6% | 273 | 55.4% | 853 | 57.0% | 643 | 43.0% | 3408 |
| Academic Affairs | 250 | 32.3% | 523 | 67.7% | 134 | 48.2% | 144 | 51.8% | 175 | 60.6% | 114 | 39.4% | 1340 |
| Health Affairs | 200 | 31.4% | 437 | 68.6% | 86 | 40.2% | 128 | 59.8% | 675 | 56.3% | 524 | 43.7% | 2050 |

**TABLE 12.** 2018 Faculty in STEM by Gender and Division

| Division | Female in STEM | Male in STEM | All in STEM | All Faculty |
|---|---|---|---|---|
| Academic Affairs (counts) | 71 | 210 | 281 | 1340 |
| Health Affairs (counts) | 241 | 301 | 542 | 2050 |
| Academic Affairs (percent) | 25.27 | 74.73 | 100 | |
| Health Affairs (percent) | 44.46 | 55.54 | 100 | |





## *URM Faculty*

In reviewing the hiring data of previous years, 2013 is the year with the highest number (44) of URM members hired for faculty positions, which represent 12.8 percent of the entire hired faculty (343). Of the 44 URM faculty hires, 29 were fixed-term faculty, 66 percent, and 15 were tenure/tenure–track faculty, 34 percent. And among them, 17 were men, 38.6 percent, and 27 were women, 61.4 percent. Graph 5 shows the trend of URM faculty hires over the past five years. In Graph 6, it is important to note that in 2013, 13 URM faculty members left UNC. Although the net gain of URM faculty was 31, this was still the highest number of URM faculty that UNC had added to its faculty population in the past five years.

**GRAPH 5.** Five Years Trend of URM Faculty Hires (counts)



**GRAPH 6.** Five Years of URM Faculty Hires, Turnover, and Net Gains (counts)



Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 19 of 41    UNC0236946

## URM EPA Non-Faculty Staff

In 2013, although UNC hired 36 URM EPA non-faculty staff, 25 URM EPA non-faculty staff left the University the same year, which left the net gain to 11 people. Compared to URM faculty annual net gain data, URM EPA non-faculty staff annual gain outcomes seemed relatively lower in the past five years, despite the fact that the highest gain of URM EPA non-faculty staff (17) was achieved in 2012. The trend of URM EPA non-faculty staff data is presented in Graph 7.

**GRAPH 7.** Five-Year URM EPA Non-Faculty Hires, Turnover, and Net Gains (counts)



## URM SPA Staff

Data in Graph 8 indicate that a greater number of URM SPA staff was hired in 2012 and 2013 than in other years. For 2012 and 2013 respectively, the URM SPA gain of 72 and 74 was substantial in relation to 2009, 2010 and 2011.

**GRAPH 8.** Five Years of URM SPA Staff Hires, Turnover and Net Gains (counts)



Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 20 of 41    UNC0236947



# SECTION
# 02

## Campus-Wide Efforts in Advancing the University Diversity Goals

This section summarizes 2012-2013 and 2013-2014 unit reports, and arranges them under each diversity goal. The objective in this section is to present strategies and practices that other units can use as examples to support future endeavors in advancing the University's diversity goals. (Data source: campus unit diversity reports.)

# Clearly define and publicize the University's commitment to diversity.

Openly declaring and publicizing the University's intention to be a diverse and inclusive campus can powerfully inspire members of the campus community to foster and reinforce the University's values and priorities related to diversity. In this section, campus efforts in advancing Goal One are summarized as: ways to publicize commitment, the perceived impact of publicizing commitment, and challenges to publicizing commitment.

## Ways to Publicize Commitment to Diversity

Defining and publicizing the University's commitment to diversity requires involvement from the leadership, faculty, and staff of the entire campus community. In the 2013–2014 academic year, all 27 reporting units indicated employing an array of organizational modalities to showcase their commitment to diversity. Methods such as:



**70%**

**19 UNITS**

*Maintained a separate web page to share their commitment to diversity*

- Using websites, social media outlets, public displays (i.e., posters, plaques), and newsletters to publicize commitment to diversity
- Pursuing funding to promote diversity events and training
- Publicizing commitment to diversity at local and national conferences
- Providing resources to help underrepresented members of the University succeed

With regard to the utilization of websites, 19 units (70 percent) have maintained a separate web page to openly share their commitment to diversity and 22 units (81 percent) included a statement of commitment to diversity and inclusion. Substantial variations, though, existed in how these statements were presented.

As a case in point, the Kenan-Flagler Business School incorporated their statement of diversity commitment within their core values *(kenan-flagler.unc.edu/about/core-values)*, while the Friday Center incorporated their commitment to diversity in their overarching mission and strategic plan for 2013 *(fridaycenter.unc.edu/strategic-plan/index.html)*. In another way, School of Dentistry developed a separate webpage that specifically emphasized diversity-related core values *(dentistry.unc.edu/units/admin/diversity.cfm)*. In addition to declaring values and priorities, approximately half of the reporting units presented diversity-related data (e.g., student and faculty demographics) and/or recent achievements (e.g., research publications) on the website. For instance, School of Nursing provided a facts sheet reporting the demographics of their faculty, staff and students *(nursing.unc.edu/about/ quick-facts)*, and School of Social Work acknowledged diversity-related accomplishments of their students and faculty *(ssw.unc.edu/about/news)*.



**81%**

**22 UNITS**

*Included a statement of commitment to diversity and inclusion*

Units have also reported using social media outlets, such as Twitter, to promote social interactions within a virtual community to create, share, and/or exchange information and ideas relevant to diversity. For instance, School of Public Health reported using

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 22 of 41    UNC0236949



Facebook to post announcements of, and photos from, diversity-related events. Other units, like University Relations, have launched a Twitter account *(twitter.com/ChancellorFolt)* to promote campus-wide Diversity Awards.

Aside from online-based communication methods, more than one third of units reported utilizing public displays (e.g., posters) to showcase commitment to diversity. Notably, the Kenan-Flagler Business School engraved their core values—including their commitment to diversity—at the front entrance of their building, and Student Affairs issued placards to students, faculty, and staff members who attended Safe Zone, Green Zone, and Carolina First. Additionally, other units reported utilizing fliers and brochures to announce upcoming diversity events and/or declare and publicize the unit's intentions to be a diverse and inclusive environment. Best exemplified by UNC Diversity and Multicultural Affairs (DMA), fliers and brochures were frequently used to announce their diversity programs, and campus updates related to diversity and inclusion. Online and print newsletters are also widely used formats for publicizing commitment to diversity and inclusion. In particular, more than half of the units noted publishing diversity-related newsletters on a regular (e.g., weekly) or non-regular basis. The Alumni Committee on Racial and Ethnic Diversity, established by University Development, publishes the online and print newsletter "Celebrating Carolina's Diversity" which is distributed to alumni for diversity-related fundraising. Similarly, The Sonja Haynes Stone Center for Black Culture and History publishes the "Milestones" newsletter, published twice a year to announce Stone Center programs, projects, and activities on African American and diaspora histories and cultures, fellowship programs, and community outreach activities.

A few units reported pursuing funding opportunities as a way to showcase their commitment to diversity. Of note, three units in particular exemplified this method of showcasing diversity. The Kenan-Flagler Business School increased their budget for their doctoral training programs by $100,000 to recruit more underrepresented minority students. The Center of Developmental Science also reported funding fellowship programs for doctoral students conducting diversity-related research. In 2013, the Thorpe/Mitchell Fund sought to increase the presence of underrepresented minority students in diagnostic and therapeutic disciplines in UNC's Department of Allied Health Sciences.

Units shared their commitment to diversity and inclusion at national and local conferences. Specifically, more than half of the reporting units (59 percent) publicized their commitment to diversity at local and national conferences. Noteworthy is the School of Dentistry whose students presented at the Student National Dental Association to recruit minority students. Also noteworthy is the Historically Underutilized Business (HUB) office in the Division of Finance and Administration. The HUB has addressed and publicized the University's commitment to diversity during the Minority Economic Development Week for the City of Durham and Raleigh, the State's Minority Economic Development Week, and at the annual State Construction Conference.

Another reported method of publicizing diversity and inclusion was by providing tangible resources to students, faculty, and staff from underrepresented groups. In particular, 15 units (56 percent) noted offering academic resources, employment opportunities, and other diversity-related programs to minority students and the University community at large to promote diversity. One example is the American Indian Center's website *(americanindiancenter.unc.edu)*.

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 23 of 41   UNC0236950

### Perceived Impact of Showcasing Commitment to Diversity

Slightly more than a third of the units (37 percent) described the perceived impact of their efforts in defining and showcasing diversity and inclusion. Although many units did not substantiate the perceived impact of their diversity efforts with data, 5 units employed quantitative or qualitative methodology to assess the impact of showcasing their commitment to diversity. The School of Public Health administered a survey to recently admitted students and found that many applicants had reviewed the diversity statement, which, in turn, influenced their decision to apply. Through focus group studies conducted by the Office of Undergraduate Admissions (OUA), students provided positive feedback regarding the emphasis on community and diversity. One student, for example, noted that the OUA's publications made Carolina "feel like a home" while another student indicated that she chose to enroll at

UNC "...because of the academics" and "...because of the people there." Additionally, students who had concerns about socially "fitting in" reported feeling less concerned after reading the "Friend Circle"—an OUA publication that exemplifies the University's commitment to diversity and inclusion.

### Challenges

Units reported a wide array of obstacles in accomplishing Goal One. Most prominently, the majority of units indicated a lack of funding and staff support to advance Goal One. Units indicated a need for financial resources to create promotional materials to publicize their commitment to diversity. Further, several units reported obstacles other than financial constraints.

## GOAL TWO

*Achieve the critical masses of underrepresented populations necessary to ensure the educational benefits of diversity in faculty, staff, students, and executive, administrative and managerial positions.*

By attracting and retaining underrepresented minority students, faculty, and staff through outreach, recruitment, and support, we enrich the educational experience for all members of the University community. Described below are the efforts reporting units used to promote the outreach, admission, recruitment, and retention of underrepresented students, faculty, and staff.

### Strategies to Recruit Underrepresented Populations

In order to enhance diversity presence among students, faculty, and staff, all 27 reporting units emphasized various recruitment efforts. To recruit underrepresented students, several units developed programs that would attract talented underrepresented high school or transfer students. Examples of such programs are Project Uplift, Decision Days, the Carolina College Advising Corps, Diversity Law Day, Pre-College Expo, the Carolina Student Transfer Excellence Program, and the Chancellor's Science Scholars Program.

For graduate and professional education, the Graduate School and admissions offices from various schools made a concerted effort to attract talented underrepresented populations through a number of outreach programs. Native Pathways, Medical Education Development, Minority Preview Weekend, the Women's Workshop, and the Science Enrichment Program are examples of such programs. Noteworthy is the Graduate School as it visited Historically Black Colleges and Universities (HBCUs), or partnered with

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 24 of 41    UNC0236951

HBCUs, to recruit talented underrepresented minority (URM) college students to UNC's graduate programs. Additionally, both the Office of Undergraduate Admissions and the Graduate School offered underrepresented applicants diversity travel awards to visit UNC with the objective of motivating them to pursue undergraduate and graduate degrees. The School of Education reported increasing the recruitment of diverse students by improving program accessibility and providing more funding opportunities (e.g., scholarships). In turn, the fall 2013 institutional enrollment data shows that the School of Education has the highest percentage of URM students, 20 percent, in its graduate education program.

In addition to diversifying the student body, units such as the College of Arts and Sciences increased their number of URM faculty by utilizing the University's targeted hiring initiative and/or working with the Office of Postdoctoral Affairs to identify potential faculty. Moreover, units employed strategies to increase URM numbers such as advertising job openings at venues predominantly comprised of minority members, announcing job openings at minority job fairs, and including women and URM members in faculty search committees. For example, the School of Law primarily used the Faculty Recruiting Conference of American Association for Law Schools to recruit URM applicants for entry level faculty positions.

## Efforts to Support and Retain Underrepresented Populations

In addition to recruiting diverse students, faculty, and staff, the University has put forth effort in retaining a diversity presence in the campus community. Reporting units indicated utilizing a variety of programs to support and retain underrepresented and historically underserved students.

### STUDENT RETENTION

Student-oriented retention efforts included the implementation of academic success programs, staff and peer mentoring, and community support. In particular, Student Affairs partnered with numerous campus offices such as the Office of Undergraduate Retention, the Carolina Union, the Office of Student Success and Academic Counseling, Academic Services, and the Center for Public Service to sponsor a series of initiatives aimed at minority retention and academic success. Student Affairs in conjunction with Carolina Men Advocating for Learning, Empowerment, and Success (M.A.L.E.S.) reported offering a day-long symposium called "Take the Reins: M. A. L. E. S." which aimed to enhance academic achievement in male students of color by fostering three values: personal responsibility, group accountability, and contributing back. Corresponding with "Take the Reins: M. A. L. E. S.," Student Affairs facilitated the Sister Talk program, which provides a safe environment for women of color to discuss topics such as relationships, self-care, work/life balance, academic success, managing stress, self-image, and other topics pertinent to personal success and achievement. In addition to workshops and support groups, the American Indian Center, through the Ambassador program, provided tangible training opportunities in research, marketing, and other marketable skillsets to American Indian students on campus.

Diversity and Multicultural Affairs (DMA) also developed a series of programs specifically to support first-year, underrepresented students. Most notably, the Carolina Millennial Scholars Program (CMSP) targeted exceptional first-year

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 25 of 41   UNC0236952

undergraduate ethnic minority male students and transfer students by providing access to seminars and workshops for personal development, networking opportunities with faculty and administrators, and other support systems that promote retention and graduation. DMA also developed the Latina/o Peer Mentoring Program (LPMP) to match all incoming first-year Latina/o students with current undergraduate students, assisting them in transitioning to the academic and social life at the University.

The Graduate School and other units reported efforts in improving student retention at the graduate level. Through the Brother's Keeper program, the Graduate School diversity initiative offered stress management techniques for male graduate students of color. The School of Social Work hosted a pre-orientation Students Achieving Graduate Education (SAGE) program that connected URM master- and doctoral-level students with newly admitted students, current students, faculty, and program alumni prior to the beginning of the fall semester. A follow-up SAGE event during the spring semester brought all of the students back together to process their successes, challenges, and lessons learned throughout the year. The School of Law reported offering scholarships to attract, retain, and graduate their minority students. In 2013 the Summer School began offering EDUC 130, Navigating the Research University, a one-credit course with five sections to help incoming students—particularly transfer students, students of color, and students in academic distress—learn more about a liberal arts education and strategies for academic success.

## FACULTY AND STAFF RETENTION

In an effort to retain URM faculty and staff, the reporting units indicated employing a number of promising programs of support. These efforts included faculty mentoring programs, workshops and events, faculty fellowship programs, and pre-emptive salary increases and counter offers. In terms of mentoring programs, the College of Arts and Sciences, School of Social Work, and School of Public Health reported that faculty mentoring programs were in place to support diverse faculty and/or junior faculty. For example, in the School of Public Health, department chairs were required to:

- ✱ Develop tailored mentoring plans with and for each junior faculty member.

- ✱ Document follow-through on those mentoring plans in faculty reappointment and promotion packets.



Accompanying the faculty-oriented mentorship programs are workshops and fellowship programs to enhance the retention rate of faculty members from underrepresented groups. The associate dean for faculty development at the School of Social Work initiated an ongoing series of teaching and research excellence workshops. One workshop in particular stimulated discussion about identifying and coping with race-related stressors that impede career success for faculty of color. In a similar vein, the School of Nursing held dinners for faculty of color throughout the year to stimulate discussions about micro-aggressions, micro-invalidations, and other race-related obstacles faced by URM faculty. Apart from workshops, several units reported providing fellowships and other financial incentives to retain faculty of color. The College of Arts and Sciences and several other units noted their efforts in pre-emptive salary increases and counter offers to successfully retain diverse faculty.

## Challenges

Limited resources and, more specifically, a lack of funding were the most common challenges reported by the units in recruiting URM student, faculty, and staff. Programs reported facing strong competition and larger fellowships from peer institutions when recruiting top minority students and faculty. Units reported that faculty salaries, which continued to lag behind those offered by competitors, made retention especially challenging, including retaining diverse faculty.

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 26 of 41   UNC0236953

## Make high quality diversity education, orientation, and training available to all members of the university community.

The University seeks to champion innovative programs that enhance the conversation, climate, and celebration around diversity issues. To ensure that the University accomplishes this goal, members of the campus community offered diversity education, orientation, and training programs throughout the campus. In the following section, we summarize campus efforts in promoting awareness of and appreciation for diversity through diversity education and training programs.

*In 2013–2014,* **ALL**

# 27 UNITS

*Offered diversity opportunities to the campus community*



**41**%

# 11 UNITS

*Offered courses related to diversity*



**81**%

# 22 UNITS

*Offered one or more non-credit diversity education or orientation sessions*

### Efforts in Providing Diversity Education, Orientation, and Training

During the 2013–2014 academic year, all 27 reporting units noted offering diversity education, orientation, and training opportunities to the campus community. Eleven units offered courses related to diversity to enhance multicultural competence and understanding of issues related to race and equity in undergraduate and graduate students. The Kenan-Flagler School of Business offered several courses to enhance multicultural competence in their studies, such as Managing Workplace Diversity (MBA 824), Entrepreneurship & Minority Economic Development (MBA 836), and Building Cross-Cultural Competencies (MBA 865). Similarly, the School of Public Health offered courses related to diversity issues such as Addressing Health Inequalities in the United States (PUBH 756), Aging, Family, and Long-Term Care: Cultural, Ethnic, and Racial Issues (HPM 522), Lesbian, Gay, Bisexual, and Transgender Health: A Population Perspective (HBEH 705/HPM 707). The School of Public Health developed workshops to provide its faculty members with strategies for including diversity-related topics in their course curriculum. Student Affairs and the School of Education collaborated in offering Quality & Betterness (EDUC 309), a three-credit course to examine the origins of systems that perpetuate inequity, and Dynamics of Effective Leadership (EDUC 317), a one-credit course that teaches leadership skills such as promoting sustainable social change.

Reporting on other education opportunities, 22 of 27 units (81.48 percent) reported offering one or more non-credit diversity education or orientation sessions to members of the campus community. The Division of Finance and Administration offered Preventing Harassment and Discrimination in the Workplace a training to increase awareness of employees' behaviors that are classified as harassment. Additionally, the Department of Public Safety offered the Crisis Intervention Team training to officers to assist law enforcement personnel in dealing effectively with people suffering from mental illness and developmental disabilities. Some units, such as the School of Social Work, offered multiple non-credit courses and activities to promote diversity education. A mandatory online module called "A Brief History of Oppression" provided incoming students with a historical account of institutionalized discrimination and oppression in

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 27 of 41    UNC0236954



Carolina College of Advising Corps
Team with Chancellor Folt

the United States. Faculty members in the School of Social Work have been using the award-winning documentary Gen Silent in the classroom to raise the awareness of the needs and challenges faced by older adults who identify as Lesbian, Gay, Bisexual, and/or Transgender (LGBT).

In addition to diversity education, Diversity and Multicultural Affairs (DMA) provided training workshops such as Diversity in the Classroom, Diversity and Implicit Bias, Diversity and Leadership, and Diversity and Gender to various units. DMA co-hosted Diversity in Hiring with the Office for Equal Opportunity, and partnered with the Center for Faculty Excellence, and the College of Arts and Sciences to host "THINKposium" a three-day event that provided diversity education workshops to faculty, staff, and administrators. The American Indian Center designed and offered inclusion and awareness trainings (i.e., NDN 101) to educate members of the campus community about the various American Indian tribes and organizations. The School of Medicine, Office of Human Resources, and Equal Opportunity Office sponsored Opening Doors: A Personal and Professional Journey, a three-day retreat for UNC staff members and beyond, to deepen awareness of diversity issues while generating ideas for creating a more inclusive environment.

Student Affairs also offered a number of programs, trainings and webinars to train and educate students, faculty, and staff about diversity-related issues. The Safe Zone program was continuously offered throughout the year to create a network of allies that Lesbian, Gay, Bisexual, Transgender,

and Queer (LGBTQ) students can talk to about their sexual orientation, gender identity, and gender expression to make the University community a safer and a more supportive environment for people of all sexual orientations, gender identities, and gender expressions. The Office of the Dean of Students offered Green Zone Training to faculty and staff to increase awareness and understanding about the unique experiences veteran and military affiliated students (i.e., ROTC) have at the University.

## Participation in the Available Diversity Trainings and Workshops

Campus participation in the available diversity trainings and workshops reflects the University's commitment to diversity and inclusion. Among the 22 units who offered or facilitated diversity trainings and workshops, less than half of them indicated tracking attendance at diversity events and activities during the 2013 to 2014 academic year. Examples of participation in diversity education and training can be found below.

Student Affairs indicated that to be equipped in serving our diverse student body, 49 full-time staff members participated in the Equity and Inclusion Professional Development program this year, and 400 student-staff members participated in various trainings throughout the year. Approximately 4,000 students participated in a diversity education course offered by the Carolina



# SAFE ZONE



# 427 NEW SAFE ZONE ALLIES

with

**98%**

*of participants rating their overall training experience as "Excellent" or "Good"*

Leadership Development office. The LGBTQ Center conducted a total of 14 regularly scheduled Safe Zone trainings, 8 special-request trainings, and added 427 new Safe Zone allies to the University community in 2014.

In addition to the diversity education efforts by Student Affairs, other units have been active in facilitating or attending diversity training opportunities. The Division of Finance and Administration reported that 504 employees (49.6 percent) participated in Preventing Harassment and Discrimination in the Workplace trainings offered by the Equal Opportunity and Compliance Office. The School of Social Work and the School of Information and Library Science offered workshops that train faculty in facilitating conversations related to diversity within the classroom. The School of Social Work reported that more than half of their faculty attended one or more workshops and more than 35 certificates of attendance had been awarded to faculty members for completing 80 percent of the available workshops. The School of Information and Library Science reported that approximately 90 percent of faculty and 65 percent of staff attended their Diversity in the Classroom workshop.

## *Perceived Impact of Diversity Education and Trainings*

Units were encouraged to describe the impact of their diversity education and training programs; specifically, the impacts substantiated by qualitative or quantitative data. Although 22 reporting units (82 percent) described efforts in providing diversity education and training, only 10 units (45 percent) described the impact of their diversity education and training opportunities using quantitative and qualitative methods (e.g., surveys) to assess the success of their diversity programs. In cataloguing the perceived impacts, units indicated the following about diversity programs:

1. They were well attended/received
2. They sparked interests in creating a supportive environment for students
3. They enhanced the multicultural competence of the attendees
4. They inspired units to seek funding to expand their diversity-related projects

Most units reported that their diversity training and education programs were well-received. For instance, 98 percent of Safe Zone training participants rated their overall training experience as "Excellent" or "Good" and reported feeling comfortable with applying the strategies they learned in the real world. Further, 76 percent of Safe Zone participants indicated feeling encouraged be a better ally to the LGBTQ community.

In regard to creating a supportive environment for URM students, the School of Nursing facilitated a structured group discussion called Courageous Dialogues in which the faculty and staff identified ways of addressing institutional mechanisms that perpetuate, accentuate, create, and tolerate inequities. The faculty members who participated in Courageous Dialogues reported incorporating many learned activities in their courses to promote a supportive environment for students of color.

Several units reported that their diversity programming played a vital role in cultivating cultural competence in students, faculty, and staff. The School of Public Health indicated that their students' cultural competence was strengthened through formal coursework,

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 29 of 41   UNC0236956

internships, and capstone experiences. In turn, 53 percent of graduates accepted positions requiring strong skills in working with people from diverse backgrounds.

A few units reported seeking funds to initiate or maintain programs that would promote diversity and inclusion in the campus. For instance, UNC Global submitted a grant application for 10 million dollars to establish global centers at UNC to promote diversity in global education.

## Accomplishments and Challenges

In terms of accomplishments, the American Indian Center was awarded a grant from the Kate B. Reynolds Charitable Trust to support and expand the work of the Healthy Native North Carolinians Network for two more years. In addition, UNC Global reported that in 2013 the University was ranked 26th among U.S. universities and 42nd worldwide, by the Times Higher Education Ranking of 200 World Universities (only five years ago, UNC was ranked the 151st).

Challenges attributed to advancing Goal Three can be predominantly categorized as one of the following:

- Lacking resources (i.e., financial, staff, and time) to develop or participate in diversity training and education
- Difficulties with raising awareness using available diversity training opportunities
- Improving the lack of attendance in diversity-related programs.

Students who follow a rigorous curriculum find it challenging to attend diversity trainings. As a solution, some schools have requested partnering with DMA to find ways to integrate diversity/cultural competence training into their academic curriculum.

## Create and sustain a climate in which respectful discussions of diversity are encouraged and take leadership in creating opportunities for interaction and cross-group learning.

Diversity education and training promotes an environment that recognizes, appreciates and utilizes the unique perspectives of people from different backgrounds. Constructing and sustaining such an environment is a shared responsibility and requires effort from all campus communities. In the following section, we summarize University-wide efforts in increasing opportunities for cross group learning. Further, we highlight the perceived impact of these efforts in supporting diverse students, faculty, and staff.

## Efforts in Creating Opportunities for Interaction and Cross-Group Learning

Of the reporting units, 20 (74 percent) indicated initiating, co-hosting, and/or facilitating seminars, courses, smaller workshops, and events to promote diversity-related cross-group learning opportunities. In particular, a number of administrative units reported collaborating with one another to facilitate diversity-related cross-group learning.



*Involved in events promoting diversity-related cross-group learning opportunities*

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 30 of 41   UNC0236957




Along with several other campus partners, the American Indian Center (AIC) assisted in organizing the Unique Heels gathering to create a safe space for female students from underrepresented groups to share personal stories of successes and challenges, and to stimulate discussions about enhancing safety, respect, and support for these students. Chancellor Folt was a featured participant in the AIC's 2014 Carolina Indian Circle Powwow. Following this event, Chancellor Folt continued to meet with American Indian students to exchange ideas about enhancing the educational experiences of Native Americans on campus.

Student Affairs hosted the Racial Equity Study Circle— a monthly meeting open to Student Wellness staff and students to discuss the impact of organizational and structural racism on the well-being of underrepresented students. Student Affairs also developed the Way to Be Accepting of Others program for incoming first-year students that raises awareness about race-related micro-aggressions and privilege.

In addition to administrative units, professional schools have been active in creating opportunities for cross-group learning. The student government in the School of Social Work (SSW) organized the Black Student Caucus, the LGBTQI caucus, the Men's caucus, the Military Caucus, and the Social Justice Caucus. A number of these caucuses were involved in initiating the Field Education Program and providing a campus-wide panel discussion, Managing and Supporting LGBTQI Identities in the Workplace.

In addition, the School of Law established a Poverty Center that provided opportunities for members of other units (e.g., Kenan-Flagler Business School) to advocate for proposals, policies, and services that strive to mitigate

poverty in North Carolina. The Minority Health Conference and a series of lectures called Program on Ethnicity, Culture and Health Outcomes was hosted by the School of Public Health to stimulate discussion about health disparities with various campus communities.

The School of Information and Library Science collaborated with DMA to assist emerging educators in developing strategies for dialoguing about and incorporating diversity-related topics in their pedagogical approach. Lastly, the School of Journalism and Mass Communication increased the number of diverse guest speakers (e.g., racial and sexual minority groups) in various course curricula to facilitate cross-cultural learning.

## Participation in the Inter-Group Interactions and Cross-Group Learning Opportunities

To assess the level of community involvement in diversity-related cross-group learning and interaction, a few of the reporting units provided information about event attendance. In this section, we highlight some of their participation rates.

The Center for Developmental Studies (CDS) reported that in the past semester, an average of 35 students, faculty, and staff members attended the weekly seminar presentations provided by the Center for Community Health Development. In addition, CDS faculty, all of whom hold appointments in other departments, attended the weekly seminar presentations which increased representation of different units and departments in CDS events.

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 31 of 41    UNC0236958

The School of Government's diversity committee reported engaging 30 to 50 University faculty and staff members in three respectful discussions regarding diversity and inclusion. Carolina Dining Services sponsored dinner events for Asian Pacific American Heritage Month, Black History Month, and Hispanic Heritage Month. In these events, 2,000 to 2,500 students joined for dinner and celebrated the cultural heritage of different racial groups. Lastly, approximately 25 percent of students, 90 percent of faculty, and 60 percent of staff from the School of Information and Library Science (SILS) attended cross-group learning events or seminars that involve other units (e.g., Islamic art and architecture: Art as a mirror for divine beauty with the Department of Religious Studies).

## Perceived Impact of Cross-Group Learning and Interaction Opportunities

Of the reporting units, nine assessed the impact of intergroup interactions on promoting diversity and inclusion within their unit and/or the campus community. A few units such as Student Affairs used surveys or other assessment tools to gauge the satisfaction of participants, whereas the majority of reporting units provided a subjective narrative to describe impact. Taken together, the impact of diversity-related cross-group learning and interactions can be categorized into three components:

- Increased interests or improved competence in working with diverse populations
- Enhanced collaboration to leverage resources for diversity-related efforts
- Increased awareness on diversity issues

Regarding the first component, SILS reported that diversity-related inter-group interactions and cross-group learning events expanded the frequency and depth on discussions related to diversity issues among faculty, students, and staff. For instance, three faculty meetings at SILS were devoted to diversity in 2013–2014 academic year.

The Carolina Center for Public Service trained a select group of undergraduate students recruited to the Buckley Public Service Scholars program to work with and positively impact underrepresented communities. Recent Buckley Scholar graduates indicated that their experiences deepened their interest in working with diverse populations. One Buckley scholar noted that "My experience in the

Buckley Public Service Scholars program has enabled me to work with a diverse group of people and organizations here in North Carolina and around the world" and "Skills trainings inspired me to learn how to engage and support people of diverse backgrounds." Accordingly, cross group learning opportunities between campus communities have fostered a deep-seated interest in diversity issues and cultural competence.

In terms of the second component (enhanced collaboration to leverage resources for diversity-related efforts), the administrators and program leaders at the School of Public Health enhanced collaboration of units within the school through intergroup dialogues which, in turn, better leveraged resources toward diversity efforts. Through the intergroup interactions at the School's 2013-2014 Minority Health Conference, participants reported deepening their understanding of how social inequities undermine health in minority populations. Additionally, conference participants reported networking with scholars from other campus communities to collaborate in diversity-related research.

Regarding the third and last component (increased awareness on diversity issues), the Sonja Haynes Stone Center for Black Culture and History reported that 84 percent of survey respondents agreed that programs (e.g., guest lectures and documentaries) had raised awareness about issues, such as racial discrimination, related to the Black community. In addition, 48 percent of survey respondents indicated cultivating greater awareness about subject matters related to cultural groups (e.g., race and sexuality) after attending guest lectures and/or the showing of documentaries.

Student Affairs reported that 87 percent of respondents agreed that their One Act campaign helped them recognize signs of, and take preventative actions against, interpersonal violence. One participant, in particular, noted that the One Act "provided concrete actions you can take in your everyday life to prevent interpersonal violence." Participants of the Beyond Bullying program also reported becoming more aware of harassment and social exclusion in their social context. A participant in the program noted that "Sometimes harassment is not very obvious/overt, but that doesn't mean it doesn't happen or isn't preventable." Participant testimonials suggest the efficacy of cross-group learning opportunities as they relate to raising awareness about diversity-related issues.

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 32 of 41    UNC0236959

## Challenges

Of the reporting units, 11 (40.7 percent) identified obstacles that posed a significant challenge in initiating and/or facilitating cross-group learning and interaction programs. A number of units reported that strategies for evaluating the success of diversity-related cross-group learning were not readily available. Furthermore, five reporting units (18.5 percent) indicated a lack of funding and/or a shortage of staff members to organize cross-group learning events. Lastly, three reporting units (11 percent) indicated difficulties with gaining support for initiating diversity-related cross-group learning events.

## GOAL FIVE

### Support further research to advance the University's commitment to diversity and to assess the ways in which diversity advances the University's mission.

UNC-Chapel Hill, one of the top research institutions in the U.S., recognizes a unique and compelling need to promote diversity-related research. Efforts in promoting sophisticated and innovative diversity-related research allows the University to be a vital force in paving new frontiers in scholarship and social reform. Furthermore, efforts to increase diversity-related research would advance and reinforce the University's commitment as stated in its mission to "…serve as a center for research, scholarship, and creativity and to teach a diverse community of undergraduate, graduate, and professional students to become the next generation of leaders." In this section, we summarize diversity-related research efforts and assess the University's progress towards its diversity goal in the 2013–2014 academic year.



### 52%



### 14 UNITS
*Conducted diversity-related research*

### Efforts in Diversity-related Research

Of the reporting units, 14 (52 percent) mentioned conducting diversity-related research or incorporating diversity-related themes within their research. Among them, the School of Nursing and the School of Social Work outlined numerous research projects that investigated the intersection of health and social justice in racial minority groups. To mention a few, Dr. Debra J. Barksdale examined environmental, behavioral, and biological factors that increase the risk of hypertension in Black Americans, and Dr. Linda Beeber developed an intervention for depressed Latina Mothers.

Race-related health disparity was a major area of research in the School of Public Health as they hold a commitment to health care reform and policy changes that would reduce health inequalities in the United States and globally. As a result, more than 50 of their 225 full-time faculty members identified themselves as Health Equity researchers with grants and publications addressing health disparities. Similarly, the School of Dentistry, and the School of Pharmacy reported that faculty members and graduate students published and presented on research pertaining to health disparities between socio-demographic groups (e.g., racial health disparity).

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 33 of 41   UNC0236960




In addition to incorporating diversity in health care research, a number of faculty and staff specializing in indigent defense education at the School of Government conducted research that examines issues of race in our criminal justice system. These faculty and staff members recently published a legal reference manual, Raising Issues of Race in North Carolina Criminal Cases, to offer legal guidance to racial minority members when race unlawfully influences legal proceedings such as a police investigation. The College of Arts and Sciences also supported diversity research and education in at least 20 departments. The Department of Physics and Astronomy was involved in the Science, Math Achievement and Resourcefulness Track (SMART) program to increase participation in summer research, laboratory work and scholarly presentations among diverse undergraduate students.

Of the reporting units, nine (33 percent) noted efforts in advancing the University mission statement as it pertains to diversity. The Office of Undergraduate Admissions conducted an investigation to examine how certain undergraduate admissions recruiting strategies could enhance the recruitment of students from diverse geographic, ethnic, and socio-economic backgrounds. Admissions research staff annually survey many of the admitted students to generate empirically-driven ideas for increasing diversity in their recruitment approach. As mentioned in Goal Four, the American Indian Center staff, in addition to many campus partners, coordinated focus groups to better understand the experiences of underrepresented female undergraduate students at Carolina. Results from the focus groups have propelled the efforts of the AIC planning committee to join other campus collaborators in organizing the Unique Heels program to support diverse and underrepresented female students in a safe, respectful, and supportive environment.

## Perceived Impact of Diversity Research

When reporting units were encouraged to describe the impact of their diversity-related research, 10 (37 percent) described the perceived impact of their diversity research and can be categorized as follows.

***Impacting the community and advancing the University's commitment to diversity:*** Several units reported playing a vital role in having an impact on the community and advancing the University's commitment to diversity. Faculty members of the School of Public Health, Dental School, and other health care agencies began noticing a dramatic increase in dental disease in North Carolinian children and, in particular, children from low-income families with poor access to dental care. Given these findings, various units in Health Affairs collaborated with one another by conducting research on health maintenance behaviors, and by initiating community projects such as the Early Head Start program to educate parents and caregivers about dental hygiene and increase access to basic dental services. The School of Law emphasized that their Poverty Center's involvement in a number of research efforts (e.g., Poverty in Charlotte—economic and racial diversity, Child Poverty Project) led to the production of legal scholarship and publications that would, in turn, translate to community education and public policy reform.

Case 1:14-cv-00954-LCB-JLW    Document 165    Filed 01/18/19    Page 34 of 41    UNC0236961

***Raising awareness and having an impact on the
professional development of faculty and students:***
The Center for Developmental Studies provided rich
learning opportunities for undergraduate, graduate, and
postdoctoral student trainees—in addition to early-
career investigators—to explore developmental and
psychological trends in minority populations. In addition,
at the School of Journalism and Mass Communication,
the work of Dr. Hughes Hassel encouraged students to
incorporate diversity-related themes in their research and
raised awareness about the importance of including these
themes in emerging scholarship.

***Having an impact on the academic achievement of URM
students:*** Some reporting units indicated that their research
endeavors enhanced the academic achievement of students
from underrepresented backgrounds. The Carolina Higher
Education and Opportunity Programs (CHEOP) continued
its McNair Scholars program—a program that prepares first-
generation URM college students for a graduate education.
Departments such as the Hunt Institute hosted conferences
to disseminate ongoing diversity-related research and
generate intervention strategies for improving academic
achievement in URM students.

***Advancing understanding and having an impact on teaching
and learning:*** The School of Public Health (SPH) reported
that their Health Equity and Health Disparities research
portfolio advancing their understanding of the link between
certain demographic correlates (e.g., socioeconomic,
sexuality, and race) and health. As a result of their diversity
research efforts, topics related to health disparity have been
incorporated into their academic curriculum and pedagogical
frameworks. Below is a quote from one student in response
to a recent survey administered by SPH: "Diversity is not
tolerance for difference but inclusion of those who are
not the majority. It should not be measured as a count or a
fraction–that is somehow demeaning. Success at maintaining
diversity would be when we no longer ask if we are diverse
enough, because it has become the norm, not remarkable."

***Bringing to light areas of development and collaboration:***
The American Indian Center found that their research
involved members of the Native campus community and
alumni who shared a common goal, that is, to establish
relationships with tribal communities for recruitment
proposes. The development of the Memorandum of
Understanding between the tribes and the University

sought to increase community efforts in recruiting
American Indian students from underrepresented tribal
communities. In addition to recruitment, the AIC also
reported that collaborative efforts could be directed
towards raising awareness about the underrepresented
tribes in North Carolina.

## Challenges

In terms of challenges in addressing Goal Five, one third of
reporting units noted lacking in:

- Funding for diversity-related research
- Methodologies for measuring diversity-related
  outcomes
- Opportunities for collaboration with campus
  communities and other organizations unaffiliated
  with the University (e.g., cultural organizations) to
  advance the University's mission

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 35 of 41   UNC0236962



# Analyses, Commentary, and Recommendations

## SECTION
## 03

In this section, analyses are conducted on the data presented in Sections One and Two, and commentary is provided based on the analysis results. At the end of the section, five recommendations have been suggested to assist in alleviating challenges in advancing the University's diversity goals.



## Student Access and Success

For both undergraduate and graduate/professional student populations, there were no major changes observed in racial/ethnic composition compared to 2011, however, for American Indian student enrollment, a slow downward trend was observed over the past five years. Within the undergraduate student body, a similar downward trend was present for Black student enrollment. Hispanic student enrollment also decreased by 1.5 percent from 2011 to 2013. In contrast, Asian undergraduate student enrollment increased from a single digit to a double digit.

Compared to the 2008 cohort, the four-year graduation rates for female students increased for all the racial/ethnic groups, and the gap between URM and white students diminished significantly for the 2009 cohort. Although the four-year graduation rate of male undergraduate students in the 2009 cohort increased for American Indian and Hispanic students and remained the same for Black students, Hispanic students were 12 percent lower, and Black and American Indian students were 20 percent lower than their white counterparts. In terms of six-year graduation rates, continuous improvements were observed in URM males. In particular, the gap between the six-year graduation rates for Hispanic males and white males closed considerably in the 2006 and 2007 cohort. Similarly, first-generation four-year graduation rates showed an upward trend from 2005 to 2009. In the 2009 cohort, the gap in four-year graduation rates between the first-generation and non-first-generation was five percent, which was a significant improvement from the 10 percent difference, or higher, in the prior years.



As cumulative GPAs serve as a key indicator of academic performance, we examined and compared the cumulative GPAs of undergraduate students by racial/ethnic groups and by socio-economic status comparing students who were in need of, or not in need of financial aid. Generally, graduates who did not need financial aid had higher GPAs than graduates who were in need of financial aid; and the white graduates had higher cumulative GPAs than ethnic/racial minority graduates. However, the GPA gap between the graduates in need of financial assistance and not in need of financial assistance was marginal as the difference was under 0.2 percent. In terms of the underrepresented racial/ethnic groups, Hispanic graduates had the smallest GPA gap (ranging from 0.13 to 0.18), while the Black and American Indian graduates had wider gaps (ranging from 0.27 to 0.42), compared to the cumulative GPA of their white counterparts.

## Diversifying the Workforce

To ensure the educational benefits of diversity, UNC needs to achieve the critical masses of underrepresented populations. Students don't fully benefit from diversity on campus unless the faculty is truly diverse. In recent years, however, the average annual hiring rate of URM faculty was less than one percent. After subtracting the number of URM faculty

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 37 of 41    UNC0236964

who left the University, UNC added 86 URM faculty members (2.3 percent, 86/3696) in the past five years. Similarly, only 35 (1.8 percent, 35/1941) URM EPA non-faculty staff members were added in the past five years after taking turnover into account. URM SPA staff population gained more than 70 members each year in 2012 and 2013, which was notable, compared to gains of fewer than 20 from 2009 through 2011.

## Faculty Gender Equity

UNC's female faculty consisted of 45 percent of the faculty population. Compared to benchmarking peer institutions, UNC had the highest concentration of female faculty members. However, females were underrepresented in STEM disciplines, especially STEM disciplines within Academic Affairs. Additionally, female faculty members were more likely to hold lower ranking positions such as fixed-term faculty positions than their male counterparts.

## Campus-Wide Efforts in Advancing the Diversity Goals

This section summarizes campus-wide efforts based on data submitted in 2013 and 2014. Since the implementation of the University diversity goals in 2006, campus units have put effort into defining and publicizing the University's commitment to diversity. Among the reporting units, 70 percent maintained a separate web page to share their commitment to diversity, 81 percent developed a diversity statement, and all reporting units indicated investing effort into communicating their commitment to diversity and inclusion. This degree of involvement corroborates a finding from the 2010 campus diversity climate survey which indicated that up to 92 percent of student, faculty and staff respondents agreed that they were well aware of the University's commitment to diversity.

To advance the goal of achieving the critical masses of underrepresented students, faculty, and staff, all the reporting units engaged in employing strategies for successful recruitment, and retention. Starting in 2012, greater efforts in recruiting and retaining diverse students, faculty, and staff were reported. Based on institutional data, UNC gained more URM faculty and SPA staff in 2012 and 2013, significantly improved the four-year graduation rate for first-generation students in the 2009 cohort, and substantially improved the six-year graduation rate for URM male students in the 2007 cohort. These improvements may be linked to diversity efforts on campus. Of note is the lack of improvement in the compositional diversity of URM students in 2012 and 2013.

In 2013-2014, efforts to advance Goal Three were notable, as the majority of reporting units offered or facilitated diversity-related education (e.g., credit or non-credit courses), orientations, workshops and/or other training opportunities to the campus community and beyond. The number of attendees present at diversity events was used to measure campus awareness of, and involvement in diversity training and workshops. Unfortunately, among the units offering and/or facilitating diversity trainings and workshops, less than half tracked or reported attendance. Although units were encouraged to assess and report the impact of their diversity education offerings, only a few units reported the impact of their diversity education and training with results from satisfaction surveys or outcomes assessment. In addition to diversity education and training, 74 percent of the reporting units indicated hosting or co-hosting cross-group

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 38 of 41    UNC0236965

learning or interaction activities such as seminars, smaller workshops or panel discussions to engage students, faculty, and staff. However, less than half of the units reported the number of attendees in the cross-group learning programs and only a few units assessed the impact of these programs.

Diversity research at Carolina can be arranged into two categories. First, units conducted research to advance the University's commitment to diversity, and second, units assessed the ways in which diversity advanced the University's mission. With regard to the first category, 14 units indicated supporting their faculty, staff, and students to incorporate diversity themes in their research projects. Many Health Affairs schools reported the impact their diversity research publications and/or presentations had on health care policy and practice in their field. Reporting on the second category, nine units conducted research to improve academic performance in URM students, or evaluated undergraduate admissions practices in accepting URM applicants. Of note, research examining the effectiveness of existing academic support programs aimed at retaining underrepresented students and improving their academic performances was not mentioned. Nonetheless, a few reporting units noted the importance of having an inclusive campus climate to attract and retain underrepresented populations, however, projects assessing the working and learning environment were scarcely addressed.

Lacking funds and other resources were the most commonly cited challenges that units faced in advancing diversity goals. Despite this limitation, many of the units created opportunities for inter-school and inter-unit collaborations, and partnerships in diversity-related programming. The shared responsibility to promote diversity and inclusion in the campus community has been well-reflected by the concerted efforts of the campus community.

# RECOMMENDATIONS

- Additional resources should be allocated to employ special strategies for recruiting and retaining faculty from underrepresented groups. Units may benefit from special funds for enhancing diversity with clear, articulated strategies, goals, and outcomes.

- The University should develop a more coordinated institutional strategy for eliminating the achievement gap for undergraduate underrepresented students. Based on the data from this report, greater institutional support should be given to programs and efforts that recruit and engage African American, American Indian, and Latina/o students.

- Schools/units should be encouraged to conduct research that examines the efficacy of programs in improving academic performance among underrepresented minority (URM) students, and to assess ways for creating and sustaining a welcoming environment for all members of the University community.

- To further institutionalize diversity education efforts on campus and to raise awareness about the available diversity education and training programs, the University should post these programs in one central location, such as the University home page or an official UNC diversity web page, to make them more easily accessible to the campus community and beyond.

- To measure the effectiveness of our programs, the University should encourage schools/units to record attendance and measure outcomes as they relate to the objectives of the programs and the University's diversity goals.

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 39 of 41   UNC0236966

## REPORTING UNITS

| 2012–2013 | 2013–2014 |
|---|---|
| Carolina Performing Arts | Academics Initiatives Centers and Institutes |
| College of Arts and Sciences | American Indian Center |
| Diversity and Multicultural Affairs | College of Arts and Sciences |
| Equal Opportunity/ADA Office | Diversity and Multicultural Affairs |
| Eshelman School of Pharmacy | Eshelman School of Pharmacy |
| Facilities Services Division | Finance and Administration |
| Finance and Administration | Gillings School of Global Public Health |
| Gillings School of Global Public Health | Kenan-Flagler Business School |
| Information Technology Services | Offices of Human Resource & Equal Opportunity/ADA |
| Kenan-Flagler Business School | Office of Scholarships and Student Aid |
| Office of Human Resources | Office of Student Affairs |
| Office of Scholarships and Student Aid | Office of Undergraduate Admissions |
| Office of Student Affairs | Office of University Counsel |
| Office of Undergraduate Admissions | School of Dentistry |
| Office of University Counsel | School of Government |
| School of Dentistry | School of Information and Library Science |
| School of Education | School of Journalism and Mass Communication |
| School of Information and Library Science | School of Law |
| School of Journalism and Mass Communication | School of Nursing |
| School of Law | School of Social Work |
| School of Medicine | Summer School |
| School of Nursing | The Graduate School |
| School of Social Work | UNC Global |
| Summer School | University Development |
| The Graduate School | University Library |
| University Development | University Relations |
| University Libraries | Vice Chancellor, Office of Research |
| University Registrar | |
| Vice Chancellor, Office of Research | |

Case 1:14-cv-00954-LCB-JLW   Document 165   Filed 01/18/19   Page 40 of 41   UNC0236967



UNC
MARTIN LUTHER KING CENTER

Campus Box 9115
South Building, Cameron Avenue
Chapel Hill, NC 27599-9115

diversity.unc.edu
facebook.com/DMAUNC