# Exhibit 41

| | |
|---|---|
| **From:** | Stroman, Deborah L |
| **Sent:** | Thursday, October 10, 2013 10:12 PM |
| **To:** | Stroman, Deborah L |
| **Subject:** | Carolina Black Caucus - News You Can Use |

Hi Friends. See attached!

FYI – I am VERY encouraged by Chancellor Folt's outreach and continued concern for the health and welfare of our community. Please try to engage her whenever, wherever possible. She is excited to visit with us at her home next month and to speak in private at our January meeting. (Stay tuned for the sign-up for November's "Giving Thanks.")

The crisis is the current state of male students of color. Please take the time to encourage them and please refer them to university resources such as counseling & wellness and advising. The admissions numbers are very low, and the retention rate is poor. ;(

I hope to see you at this year's BAR events. http://alumni.unc.edu/article.aspx?sid=162 Thank you for the congrats!

Have a super weekend!

Regards,

debby

Deborah L. Stroman, Ph.D. CLU
919.843.0336
www.unc.edu/cbc

*"When the root is deep, there is no reason to fear the wind."*





*Our vision is a university community that consistently and enthusiastically fosters, supports and celebrates the achievement of Black employees at the University of North Carolina at Chapel Hill.*

## Carolina Black Caucus - October Updates

\*\*\*\*\*\*\*\*\*\*

## CBC Activities

1. Next Meeting – Wednesday, Oct. 16 – 12:00 p.m. in Union 3407
2. Last Fall Semester Monthly Meetings – November 13 (Note: Date change!)
3. "Giving Thanks" at the Chancellor's Home – Tuesday, Nov. 19 at 5:30 p.m.
4. "State of the U" with Chancellor Folt – Tuesday, January 14 at 12:00 p.m.

\*\*\*\*\*\*\*\*\*

## Transitions



Remembering the giant, Julius Chambers. Lest we forget…

http://www.nytimes.com/2013/08/07/us/julius-chambers-a-fighter-for-civil-rights-dies-at-76.html?pagewanted=all&_r=0

**Retired: Drs. Napoleon and Queenie Byers (Communications) and Dr. Linda Tillman (Education)**





Who is new on campus? No one should ever feel isolated. We want to know if there are new hires (faculty, staff, administrators, coaches, post-docs, etc.) in your unit or department. We wish to welcome them to the university. Send information and your good news to cbcinfo1@unc.edu Note: We have updated our membership database. To all Caucus members, please look for renewal information soon. New 2013 Policy: Online payments for membership only.

\*\*\*\*\*\*\*\*\*\*



The CBC's 40th anniversary is in 2014. We are planning to host a special banquet next year to celebrate our history and community at UNC. Thanks to former Chancellor Thorp for his support. If you are interested in assisting in the planning and coordination, please send a note to cbcinfo1@unc.edu Harambe!

\*\*\*\*\*\*\*\*\*\*

Congrats to Caucus nominee, **Karol Mason,** a 2013 Distinguished Alumni/Alumnae winner! Ms. Mason, Deputy Associate Attorney General at the U.S. Department of Justice, has exemplified outstanding leadership in her profession, education, and community. She has donated her time, and analytical, business, and legal acumen to the university by serving as a Board of Trustee member for eight years all while continuing to mentor faculty and students. Among her many accolades, Ms. Mason is the first African American woman to make Partner in a major Atlanta law practice. Caucus  Chair, Deborah Stroman, will introduce her at the university luncheon on Saturday, Oct. 12. She is respected by our senior administration and remains an inspiration to students, staff, and faculty!



The Edward Kidder Graham Award, established in 2010 to recognize outstanding service by a member of the voting faculty at Carolina, is another honor bestowed on University Day. This year's recipient is Caucus member, Dr. Bruce Cairns, medical director of the N.C. Jaycee Burn Center since 2007 and director of research since 2003. Cairns is the John Stackhouse Distinguished Professor of Surgery at UNC. Kudos to you!

## Non-CBC Events and News

1. **Sunday, Oct. 13 (11:30 a.m.) or Monday, Oct. 14 (5:00 p.m.) Why STEM Matters For Blacks.** "Currently, we are under-educating low-income and minority students, who lag behind their peers in math and science and therefore, face far greater barriers to pursuing STEM degrees or certificates in post- secondary education." Linda Rosen, CEO Change the Equation.  Please turn to UNC-TV, Channel 4 and learn "Join host Debra Holt Noel, with panelists Tina Lucas of NC Department of Public Instruction, Dr. Lee Stiff of Edstar Analytics / Professor of Mathematics NC State University and E. Rick Copeland, CEO/President of GHCI for an exciting conversation and STEM solutions for our community. http://www.unctv.org/content/program_listings/black-issues-forum-43
2. **Tuesday, October 29 (4:00-6:00 p.m.) - Institute of African American Research** - IAAR presents a panel presentation on participatory research and HIV Prevention in Durham's African American community: Building Research Partnerships in LinCS 2 Durham: The Journey, The Lessons, The Findings.  The event, which features a diverse panel of interdisciplinary Triangle social and health sciences researchers as well as community members, will take place on the 4th floor of Dey Hall in Toy Lounge. Dr. Slocum's blog - https://iaar.unc.edu/category/directors-blog/
3. **Thursday, Oct. 24:** Football and Civil Rights: A Story of Two Ground-breaking Coaches, with author Sam Freedman, Columbia University School of Journalism. 4:30 pm, Carroll Hall, Freedom Forum. 919.962.5665. csas@unc.edu
4. **Thursday, Oct. 24** (7:00 p.m – Carroll) The EPIX Original Documentary Schooled: The Price of College Sports is a comprehensive look at the business, history and culture of big-time college football and basketball in America. It is an adaptation of "The Cartel" by Pulitzer Prize Winning civil rights scholar Taylor Branch, and his October 2011 article in The Atlantic, "The Shame of College Sports." Schooled presents a hard-hitting examination of the NCAA's treatment of its athletes and amateurism in collegiate athletics; weaving interviews, archival and verité footage to tell a story of how college sports became a billion dollar industry built on the backs of athletes who are deprived of numerous rights. http://press.epixhd.com/programming/schooled-the-price-of-college-sports/



5. **Friday, October 25** (3:00 p.m.): UNC Visitors' Center will offer The Black and Blue Tour, a walking tour of black history on campus. Tim McMillian, a highly regarded historian, award-winning teaching professor in the Department of African, African-American and Diaspora Studies, will lead this tour, lasting 1-1.5 hours. The tour will start from UNC Visitors' Center, located inside Morehead Planetarium and Science Center, 250 E. Franklin Street. The tour is free & open to the public. In case of inclement weather, please call UNC Visitors' Center at (919) 962-1630.
6. Sister Circle Gatherings! Roy Charles and Annice Fisher are both motivated to connect the community. Contact either one to fellowship and share teaching, research, and service best practices. Charles, the Director of Diversity, Recruitment & Retention at the Graduate School can be reached at rac@email.unc.edu. Fisher, Transfer Coordinator for Undergraduate Education, can be contacted at fisherae@email.unc.edu Thank you!
7. The Alumni Committee on Racial and Ethnic Diversity is dedicated to serving Carolina's multi-cultural communities by engaging diverse alumni in the life of the university, and forging deeper and lasting relationships between Carolina and its minority constituents. Read the latest! http://celebratingcarolinasdiversity.web.unc.edu/

## Advocacy

The local Organizing Against Racism group (http://www.meetup.com/Organizing-Against-Racism/) is very active and would also like to work with the Caucus to heal our nation. It is strongly recommended to attend one of the Anti-Racism Workshops by the Racial Equity Institute, LLC. Over 120 UNC employees have participated in this powerful training... including President Tom Ross. http://rei.racialequityinstitute.org/



Key links: http://www.naacpnc.org/ and http://www.ncpolicywatch.com
Stay informed, get involved and don't let others do the heavy lifting for you!
EVERY person makes a difference.

**STEM for Underrepresented Youth.** *From Dr. Jennifer Webster-Cyriaque DDS PhD, Associate Professor Department of Dental Ecology, School of Dentistry...*
*On the closure of the UNC Chapel Hill NC-MSEN Pre-College Program (PCP): "The under representation of people of color in the STEM areas continues to be a challenge and UNC has been working to overcome this. I recently received notification that the UNC NC Math and Science education network pre-college program that targets minority middle and high school students will be closing after 27 years. This program is critical to pipeline building and for many of the students is a first exposure to mathematics and science research and the first opportunity to consider exploring math/science as a career."*

*If you are interested in learning more and/or assisting in this important effort, please contact Dr. Webster-Cyriaque at* jwebster@email.unc.edu.

**Must see! Through November 29 - Stone Center**. This fall **the Stone Center will celebrate 25 years on Carolina's campus.** The 25th Anniversary season kicked off with "This Story Has Not Yet Been Told..." an art exhibition in the Stone Center's Robert and Sallie Brown Gallery and Museum. The exhibition showcases the work of award-winning, Brooklyn-based artist Tim Okamura.



***Please attend and participate in the Stone Center programs!***

Visit http://sonjahaynesstonectr.unc.edu/ for more details on events.

**Carolina Homecoming Weekend** is Nov. 7 - 10. If you have not done so already, please take a minute to put this year's Black Alumni Reunion on your calendar. We encourage you to join GAA to also receive significant discounts on reunion events. Continue to watch your email for event updates.
http://alumni.unc.edu/article.aspx?SID=162

## Universities Coming to Terms With Slavery?

In 2003, President Ruth Simmons of **Brown University** commissioned a report on the institution's historical ties to the slave trade and slavery. The committee published its findings in the report "Slavery and Justice" three years later. News coverage spread the most-sensational findings: Prominent slave traders had shaped the early history of the college in the colonial period, enslaved people had helped build the campus, and some of the first officers and trustees of the college were slave owners. Perhaps the only flaw of "Slavery and Justice" is that it left Brown seeming peculiar. Read more - http://chronicle.com/article/ShacklesIvy/141691/

Investigating and commemorating a major part of *the University of Virginia's* past will be the focus of U.Va. President Teresa A. Sullivan's newly established Commission on Slavery and the University. The commission, comprising 27 U.Va. faculty and staff members, students, alumni and local residents, will further the efforts of multiple groups exploring U.Va.'s historical relationship with slavery and provide an institutional framework to guide research and gather resources on the contributions of enslaved laborers to the University. "The commission builds on the effort of many members of our University community who have worked to raise awareness of the University's relationship with slavery and to commemorate the role of enslaved persons in appropriate ways," Sullivan said. "The commission will now carry this work forward with the help of community partners who share our concern about this issue." Read more - https://news.virginia.edu/content/uva-president-appoints-commission-slavery-and-university

## Durham Performing Arts Center (DPAC)

### Oct. 29 - **India.Arie**



The *Soulbird Presents A SongVersation with India.Arie* Arie's fifth studio album *SongVersation* received rave reviews and marks her fifth #1 on the Billboard R&B Album Chart and fifth top 10 debut on the Billboard Top 200. In between touring and writing music, India also finds the time to help promote causes close to her heart. She is an avid supporter of female empowerment, and is a US Ambassador for UNICEF.



### Oct. 31 - **John Legend** (with special guest Tamar Braxton)



Halloween is all treats this year when nine-time Grammy® winner John Legend makes his much anticipated return to DPAC. Legend is a nine-time Grammy® Award winning recording artist, critically-acclaimed concert performer, philanthropist/social activist, and was named one of Time magazine's 100 most influential people in 2009.

### Dec. 10 - Natalie Cole



Experience this nine-time Grammy® winner, songwriter and beloved vocalist in her intimate DPAC debut performing her greatest hits with soul-shaking flavor on December 10! The accomplished R&B and jazz vocalist has broken new ground with her first studio album in five years, Natalie Cole En Español, released June 25. In this new album Natalie revisits the rich repertoire of ageless Latin standards that once opened new vistas for her father, Nat King Cole.

***************

# Renew/Join the Caucus at
# http://www.unc.edu/cbc/joinform.html



cbcinfo1@unc.edu          919.843.0336

*Your CBC Leadership Team*

*Victoria Hammett – School of Pharmacy*

*Shandra Jones – Kenan-Flagler Business School*

*Ursula Littlejohn – Kenan-Flagler Business School*

*O.J. McGhee – School of Public Health*

*Nakenge Robertson – FPG Child Development Institute*

*Deborah Stroman – Exercise and Sport Science*

"In every community, there is work to be done. In every nation, there are wounds to heal. In every heart, there is the power to do it." ~ M. Williamson