# Exhibit 47

| From: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
|---|---|
| Sent: | Tuesday, July 14, 2015 3:53 PM |
| To: | Simmons, Kara E <Kara_Simmons@unc.edu> |
| Cc: | Polk, Barbara Jo <bpolk@admissions.unc.edu> |
| Subject: | RE: Agendas for the Race-Neutral Working Group |

Hi, Kara,

This is what I have. It clearly needs to be better organized and consistently formatted. I'll work on that.

Barbara

**From:** Simmons, Kara E
**Sent:** Tuesday, July 14, 2015 11:16 AM
**To:** Polk, Barbara Jo
**Subject:** Agendas for the Race-Neutral Working Group

Hi Barbara,

Would you mind sending me the agenda from each meeting of the working group?

Thanks!
Kara

***************
Kara E. Simmons
Associate University Counsel
The University of North Carolina at Chapel Hill
222 East Cameron Avenue
110 Bynum Avenue, CB 9105
Chapel Hill, NC 27599-9105
919.843.8361 (direct dial)
919.843.1617 (facsimile)

Working Group to Consider Race-Neutral Alternatives to Admissions

Agenda: December 19, 2013   2:00-3:30   Jackson Hall

1. Committee introductions
2. Group charge
3. How did we get here?
4. Review of current admissions practices
5. How will we know when we've reached "critical mass"?
6. Wrap up and topics for next meeting

RAG Meeting

Agenda: June 10, 2015    2:00-3:00 PM   Jackson Hall

1. Welcome and update on committee work    Barbara Polk
2. Students for Fair Admissions Update     Kara Simmons
3. Committee charge                        Steve Farmer
4. Committee membership                    Barbara Polk
5. Future meetings                         Barbara Polk

Race-Neutral Working Group

February 26, 2014 Meeting Agenda

1. Review of last meeting's discussion
2. Discussion of data request
3. Data calendar
4. Meeting calendar
5. Other

Proposed data calendar:

| | |
|---|---|
| March 3 | Submit data request to IRB |
| March 14 | Anticipated response from IRB |
| March 21 | Submit data request to DPI |
| April 7 | Anticipated response from DPI |
| May 30 | Preliminary analysis completed |

Scheduled meeting calendar:

| | |
|---|---|
| Thursday, March 13 | 2:30-4:00 PM |
| Thursday, March 27 | 2:30-4:00 PM |
| Wednesday, April 16 | 2:30-4:00 PM |

Working Group to Consider Race-Neutral Alternatives to Admissions

Agenda: January 15, 2014   2:30 PM-4:00 PM   Jackson Hall

1. Committee introductions
2. Admissions Organization Chart
3. Review of 2013 Admitted/Applied/Enrolled data
4. Application review process
5. Zip code approach to diversity
6. Report on sub-committee
7. Wrap up and topics for next meeting

ifo

Race-Neutral Admissions Working Group     Agenda     10.23.14

Debbie Stroman, Jen Kretchmar, Patrick Akos, Lynn Williford, Kara Simmons, Barbara Polk, Taffye Clayton

1. Brief update on last few months          Barbara
   a. Data collection

2. Top XX % plan                             Jen
   a. Discussion:  What about zip code?
      More to be done with SES?
      Results of other programs and research do not point to these factors assisting institutions in maintaining/enhancing both diversity and academic quality.
3. 
4. Applications Quest                        Barbara and Jen
   a. Discussion of program developed by Dr. Juan Gilbert. The software program clusters students by a variety of attributes and then recommends students for admission based on their similarities and differences.
   b. Use of this program would involve the same, or more, time from the admissions staff in the decision process. Essays, recommendations, activities would have to be given a numerical grade and GPAs would have to be recalculated to fit the formula.
   c. In addition to the above, academic cut-offs would need to be established in order to best utilize the program.
   d. Based on the above, the working group does not recommend pursing Applications Quest.

5. Additional areas to explore               Barbara
   a. Ask Howie Kellam to provide feedback on the work done to date.
   b. 
6. Next steps
   a. Jen and Barbara will made edits to the current draft to reflect today's conversation.
   b. Share the draft with Howie and schedule a time for Howie to meet with the committee.
   c. Following Howie's feedback, either complete the recommendation and forward to Steve OR follow Howie's suggestions for additional thought/research.