# Exhibit 49

| From: | Boyle, Janina Pauline <boylej@email.unc.edu> |
|---|---|
| Sent: | Monday, February 10, 2014 7:34 PM |
| To: | Rosenberg, Jared I <jrosenberg@admissions.unc.edu> |
| Subject: | RE: Case for tomorrow, and a call to couns? Mental health concerns for OOS ADMIT with diversity, great testing, great grades Redacted |

Totally fine, and please go ahead and amend the decision however you see fit. I am glad Kyle and BP will look at it, bc I feel unqualified to make a solo, safe decision on this one.

**From:** Rosenberg, Jared I
**Sent:** Monday, February 10, 2014 2:31 PM
**To:** Boyle, Janina Pauline
**Subject:** RE: Case for tomorrow, and a call to couns? Mental health concerns for OOS ADMIT with diversity, great testing, great grades Redacted

Gina,

I talked with Kyle about this application – to make a long story short (and you and I can talk tomorrow), we want to hold off on presenting this to the entire group as we just recently reached out to legal on this very issue. Kyle and BP will look at it, and perhaps we can bring it up at a later meeting.

Jared

**From:** Boyle, Janina Pauline
**Sent:** Monday, February 10, 2014 12:54 PM
**To:** Rosenberg, Jared I
**Subject:** Case for tomorrow, and a call to couns? Mental health concerns for OOS ADMIT with diversity, great testing, great grades Redacted
**Importance:** High

Jared,

Please take a look at E1 for this OOS admit. Redacted All of the highlighted parts were flags, the pink highlights especially so.

He is a terrific admit by the numbers, but E1 raises concerns of ongoing, unresolved mental health battles.

Would this be a good case to present tomorrow? Stellar academics for a Native Amer/African Amer kid, but w flags?

I admitted him, after talking to counselor, please do as you see fit, change decision…….the more I think of it, I think everyone to vote on this one….can we review it tomorrow? I think Cathy Bryson is a LCSW, maybe she could offer insight on whether these are real flags, or typical comments?

Gina