# Exhibit 60

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
         CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

DEPOSITION
OF
RUMAY ALEXANDER, EdD, RN

_____

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

04-18-17
8:58 A.M.

_____

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1    develop this ---
 2         Q.   Okay.
 3         A.   --- document and what their intent was.
 4         Q.   Okay.  That's fine.  So, this is one of
 5    the strategic areas of the office still, though,
 6    correct?  Okay.  Well, that's fine.  I understand
 7    you didn't develop this, but could you tell me a
 8    little bit about this?  About the -- about DMA's
 9    efforts with regard to this strategic area?  And
10    to be clear, just currently since that's what...
11         A.   Currently, they take the five goals that
12    they've developed for the University and share
13    them with all of the units on campus and ask them
14    to report their activities in those areas and that
15    compile the data from that, which constitutes the
16    diversity report.
17         Q.   Okay.  So ---
18    (Off-record comments)
19              (EXHIBIT NUMBER 7 WAS MARKED)
20         Q.   You're being handed what's marked as
21    Exhibit Number 7.  You just mentioned -- I believe
22    you just mentioned you -- sorry.  I believe you
23    just mentioned the University's five diversity
24    goals.
25         A.   Yes, I did.
```

```
 1          Q.   Okay.  And is -- this exhibit I just
 2     gave you, Exhibit Number 7, does this identify the
 3     five University diversity goals that you
 4     mentioned?
 5          A.   It does.
 6          Q.   Okay.  Could you tell me what those five
 7     diversity goals are?
 8          A.   They are as stated here: "Clearly define
 9     and publicize commitment to diversity.  Achieve
10     the critical mass of underrepresented populations
11     necessary to ensure the education benefits of
12     diversity.  Make high quality diversity,
13     education, orientation and training available to
14     all members of the University" committee --
15     "community," excuse me.  "Create and sustain a
16     campus climate in which respectful discussions of
17     diversity are encouraged," and "support further
18     research to advance the University's commitment to
19     diversity."
20          Q.   Okay.  Thank you.  So back to area
21     number -- strategic area number 4.  What is that
22     DMA does with regard to these five diversity
23     goals?
24          A.   Repeat your question again.
25          Q.   I'm going back to the previous exhibit
```

1  mass of one of these underrepresented populations?
2      A.  There is no set number.
3      Q.  Uh-huh (yes).
4      A.  It's not up for DMA or to decide what
5  those numbers are.
6      Q.  Uh-huh (yes).
7      A.  This really is about this -- it really
8  is conjectural.
9      Q.  Uh-huh (yes).
10     A.  And it really is about how individuals
11 in the unit feel, their sense of welcoming of
12 presence, of ability to flourish, to see people
13 like them succeed.
14     Q.  Uh-huh (yes).  And some of this has to
15 do -- I'm just trying to go back to where we were
16 talking about before.  Does some of this have to
17 do with not only the presence of others with
18 similar viewpoints and perspectives within their
19 school, but also the expression of those
20 viewpoints and perspectives within that school?
21     A.  I think it's all interwoven.
22     Q.  Okay.
23     A.  Yeah.
24     Q.  Okay.  So, let's -- let's talk about the
25 School of Nursing for a minute because you know a

```
 1    or things that we are responsible for.
 2             I know that we all pay attention to
 3    who's in the room, who's attending and feedback
 4    that we get.
 5        Q.   Okay.
 6        A.   People don't hesitate to pick up the
 7    phone or call or ask questions.  We're very
 8    approachable so people ask us questions.
 9        Q.   Okay.  So in your opinion in the time
10    that you've been interim chief diversity officer,
11    has DMA made progress towards achieving critical
12    mass of ---
13        A.   There's not ---
14        Q.   --- underrepresented ---
15        A.   --- been an assessment.
16        Q.   There's been no assessment of that.
17    Okay.
18        A.   No, not during my time.
19        Q.   Okay.  Are you aware of whether there
20    was any assessment of progress towards that goal
21    of critical mass prior to your time period as
22    interim chief diversity officer?
23        A.   I am not aware of any set numbers.
24        Q.   Okay.
25        A.   I am aware of collection of data that
```