# Exhibit 62

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiffs,

vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

AMENDED DEPOSITION
OF
DR. TAFFYE BENSON CLAYTON

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

_____

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

05-24-17
8:55 A.M.

_____

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1    populations are typically those with -- typically,
 2    include Latino, Native and African American
 3    students.  And that's a distinct one --
 4    distinction that's often made in the research.
 5         Q.   Okay.  And -- all right.  So is the
 6    difference then that Asian American students might
 7    be considered underrepresented populations but not
 8    underrepresented minority populations?
 9         A.   In some instances.
10         Q.   Okay.  Are there other differences
11    between the two terms?
12         A.   I would say possibly, but I think more
13    commonly underrepresented populations is, you
14    know, the numbers that are less than -- or the
15    populations that are less than the majority
16    population and underrepresented minority are the
17    three ---
18         Q.   Okay.
19         A.   --- (inaudible).
20         Q.   What is critical mass?
21         A.   A very amorphous statement.  That --
22    that really is the point at which individuals who
23    are a part of any underrepresented population
24    begin to -- to feel like an individual.
25         Q.   And what do you mean by begin to feel
```

```
 1        A.   I think it has something to do with
 2   engagement.
 3        Q.   Okay.  By engagement, do you mean
 4   engagement with other people on campus?
 5        A.   I think a component of it is engagement
 6   with other people on campus.
 7        Q.   Okay.  People from other populations?
 8        A.   Yes.
 9        Q.   Okay.  So is it sort of a -- let me ask.
10   Is an element of it, then, cross-racial or cross-
11   ethnic engagement?
12        A.   An element of it could be cross any
13   myriad of differences.
14        Q.   So cross-political, cross-religious,
15   cross -- any of the other individual ways that
16   people define themselves.
17        A.   Correct.
18        Q.   Okay.  Does it also then relate to an
19   individual's willingness to speak out on campus?
20        A.   I don't know that I would necessarily
21   relate to it in that way.  I -- I really hadn't
22   thought about it in that way.
23        Q.   Okay.  Let me ask this.  How does DMA --
24   or I should say for when you were there, how did
25   DMA determine whether there was a critical mass of
```

```
 1    any particular underrepresented population on
 2    campus, be it religious, ethnic or anything else?
 3         A.    We didn't.
 4         Q.    Okay.  Did the University?
 5         A.    Not as I'm aware.  I mean again, the
 6    process was annualized reporting, looking at the
 7    data year to year.
 8         Q.    Okay.  So ---
 9         A.    And looking at the feedback we got with
10    respect to the climate as well.
11         Q.    What kind of data might you get from
12    year to year from the individual units?
13         A.    You may get data talking about there had
14    been an increase in, let's say, inter-group
15    dialogue within a particular college.  That people
16    came together to talk about various issues around
17    diversity and that actual occurrence made people
18    feel that there was a more engaging climate.
19         Q.    This is a little bit what we talked
20    about before inter-group engagement.
21         A.    Right.
22         Q.    Okay.  And just to clarify, this could
23    be across racial-ethnic lines or political or
24    religious or gender identity or any other kind
25    of ---
```

```
 1      A.   When you think about the point at which
 2  a -- a person who's a member of a group feels like
 3  an individual, it is linked to what their
 4  perceptions are about their own agency in any
 5  context.
 6      Q.   What do you mean by agency?
 7      A.   Their sense of being an individual.
 8      Q.   As opposed to part of whatever the
 9  population ---
10      A.   A group.
11      Q.   --- group is?  Okay.
12           In terms of this goal, "Achieving
13  critical masses of underrepresented populations
14  necessary to ensure the educational benefits of
15  diversity," is the University -- I should say,
16  does the University try to achieve critical mass
17  for all kinds of different populations, not only
18  ethnic/racial but religious, geographic, etcetera?
19      A.   Because critical mass is amorphous, you
20  know, there -- there is really not a way to make
21  the determination.  The question of whether or not
22  the University makes continuous efforts to ensure
23  that there -- there -- that we have a diverse
24  community and that -- that, you know, diversity is
25  leveraged and that we are learning from the
```

```
 1    diversity that exists is really the effort.
 2         Q.    And the -- this is the effort that you
 3    mentioned that's through interactions within a
 4    unit on campus or campus wide, correct?
 5         A.    Sure.
 6         Q.    And through outreach, as you said
 7    before, correct?
 8         A.    Well, I think outreach is certainly the
 9    component that DMA particularly has been most
10    involved in, but individual units as well make
11    efforts to connect.
12         Q.    To connect with different types of
13    groups ---
14         A.    Different types of ---
15         Q.    --- within the unit.
16         A.    --- groups, different types of
17    communities, different parts of the state.  The
18    gamut.
19         Q.    Okay.  And as the head of DMA, what did
20    you feel was the most useful data or evidence in
21    evaluating critical mass?
22         A.    You know, I don't know that I considered
23    myself ever evaluating critical mass.
24         Q.    Okay.
25         A.    What I espoused was that we're on a
```