# Exhibit 63

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

  vs.

UNIVERSITY OF
NORTH CAROLINA, et al.,

        Defendants.

_____

AMENDED DEPOSITION
OF
YOLANDA COLEMAN

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
_____

TAKEN AT:
UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE
Cato Hall, Room 356
9135 Mary Alexander Road
Charlotte, North Carolina 28223
Winston-Salem, NC  27103

06-23-17
9:02 A.M.

_____

Kelli Rapp
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1     the plan also established, as an institutional
 2     goal, the achievement of critical masses of
 3     underrepresented populations, since the absence of
 4     such critical masses impedes the educational
 5     process and can place undue pressure on
 6     underrepresented students and interfere with all
 7     students experiencing the educational benefits of
 8     a diverse learning environment."
 9          Q.   Thanks.  Are you familiar with this term
10     "critical mass?"
11          A.   No.
12          Q.   No?  Is it a term that was used in the
13     admissions office?
14          A.   No, not that I recall.
15          Q.   You never got any guidance about it?
16          A.   No.
17          Q.   Does it have any meaning to you?
18          A.   In this context?
19          Q.   Yeah.
20          A.   No.
21          Q.   No?  Okay. Can you turn to page -- I
22     guess it's the sixth page.  I know these aren't
23     numbered, at the bottom it's number 15, the page
24     number.  Do you see towards the bottom where it
25     says "Race, Ethnicity, and National Origin?"
```