# Exhibit 64

```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
               CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiff,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

DEPOSITION
OF
PATRICK CURRAN

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

_____

TAKEN AT THE OFFICES OF:
THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

12-05-18
9:58 A.M.

_____

P. Jordan Powers
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1      middle for that paragraph it says that, "The
 2      subcommittee developed infrastructure for
 3      statistical and data analyses that ultimately can
 4      be used to evaluate potential race neutral
 5      alternatives strategies."
 6              And I want to understand.  So, is it
 7      correct then that the subcommittee has been
 8      preparing to do race neutral alternatives
 9      simulations and has worked on an infrastructure
10      for it but has not yet actually conducted any race
11      neutral alternatives simulations?
12                  MS. COMBS:  Objection.
13          A.  That is correct.
14          Q.  (Mr. McCarthy)  Okay, thanks.  Okay.
15      Let's go down to the next paragraph.
16          A.  Yes, sir.
17          Q.  This paragraph talks a little bit about
18      the model you just mentioned and it says -- I'm
19      going to read a sentence from the middle of this
20      paragraph.  It says, "Key findings..."  Do you see
21      that one?
22          A.  I do.
23          Q.  Okay.  It says, "Key findings reflect
24      that there are a large number for unique applicant
25      variables that predict admissions status,
```

```
 1       random forest using 500 decision trees and then
 2       measured the importance of each predictor variable
 3       according to how much each variable added to the
 4       accuracy of the classification."
 5            Q.   Okay.  Could you read the next sentence,
 6       too?
 7            A.   "The 14 predictors considered for the
 8       response admit were ranked according to their
 9       importance in deciding the classification factor."
10            Q.   Thank you.  And then there's a figure
11       that illustrates that analysis of those predictor
12       variables, correct?
13            A.   There is.
14            Q.   Okay.  And by this analysis, what is the
15       most important predictor variable in the
16       admissions process?
17            A.   My understanding of the results is it is
18       whether the student was a resident or not.
19            Q.   Okay.  And that's the variable RES ID?
20            A.   Yes, sir.
21            Q.   Thank.  Let's move forward a few
22       pages and I'm sorry, this document is not numbered
23       ---
24            A.   That's fine.
25            Q.   --- with normal page numbers, but I can
```

```
 1   2-05-18       SFFA v UNC, et al./1:14CV00954          COPY
```

| | |
|---|---|
| 1 | would be effective." |
| 2 | Did I read that correctly? |
| 3 | A.   You did. |
| 4 | Q.   Okay.  Earlier you testified that the |
| 5 | Data Analytic Subcommittee has not actually |
| 6 | conducted any simulations of race neutral |
| 7 | alternatives yet, is that correct? |
| 8 | A.   That is correct. |
| 9 | Q.   Okay.  So is this sentence that I just |
| 10 | read here about empirical results, is that a |
| 11 | reference to empirical results discussed in the |
| 12 | literature review -- done by the literature review |
| 13 | subcommittee? |
| 14 | A.   I do not know to what that sentence |
| 15 | directly refers. |
| 16 | Q.   Okay.  But it does not -- strike that. |
| 17 | But given that the Data Analytic |
| 18 | Subcommittee has not done any race neutral |
| 19 | alternatives simulations yet, it certainly doesn't |
| 20 | refer to any of that type of analysis, correct? |
| 21 | MS. COMBS:  Objection. |
| 22 | A.   That is correct. |
| 23 | Q.   (Mr. McCarthy)  Okay.  Okay.  Are you |
| 24 | aware of any empirical results from the Data |
| 25 | Analytic Subcommittee that, quote, "do not suggest |

| | |
|---|---|
| 1 | 2-05-18       SFFA v UNC, et al./1:14CV00954             COPY |