# Exhibit 66

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                         Plaintiffs,

     vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                         Defendants.

_____

DEPOSITION
OF
JIM DEAN

THIS DEPOSITION CONTAINS CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

_____

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

                    06-23-17
                    9:03 A.M.

_____

Diane W. Ellison
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1          The witness, JIM DEAN, being first duly

2     sworn to state the truth, the whole truth, and

3     nothing but the truth, testified as follows:

4          (9:03 a.m.)

5                         EXAMINATION

6     BY MR. STRAWBRIDGE:

7          Q.   Good morning, Mr. Dean.

8          A.   Good morning.

9          Q.   My name is Patrick Strawbridge.  I'm an

10    attorney with the law firm of Consovoy McCarthy

11    Park, and I represent Students for Fair Admissions

12    Incorporated in this matter.

13             Could you just briefly state your name

14    and your business address for the record.

15         A.   Yeah.  My name is Jim Dean, and my

16    business address is University of North Carolina

17    at Chapel Hill.

18         Q.   Okay.  And do you hold a title at the

19    University of North Carolina?

20         A.   I do.

21         Q.   What is that?

22         A.   It's Executive Vice Chancellor and

23    Provost.

24         Q.   Okay.  We're going to just go over a few

25    ground rules.  I'm sure your attorney has covered

Case 1:14-cv-00954-LCB-JLW   Document 167   Filed 01/18/19   Page 3 of 21

1    that kind of thing.  And so you could construe

2    that as having to do with admissions, I supposed.

3         Q.   Were you familiar with the retention

4    study that was conducted by a retention task force

5    at the university in 2010?

6         A.   At that time I would not have been

7    familiar with it.

8         Q.   Are you familiar with it now?

9         A.   Just that it exists, yeah.

10        Q.   Yes.  Okay.  But -- but you had no

11   involvement in that study at the time?

12        A.   No.

13        Q.   All right.  What was the next role that

14   you took at UNC?

15        A.   So in the spring of 2013 the incoming

16   chancellor of the university, Carol Folt, asked me

17   to serve as the provost of the university, and so

18   I transitioned from dean to provost on July 1st,

19   2013.

20        Q.   And what are the job responsibilities of

21   the provost at UNC?

22        A.   Well, the most succinct way to describe

23   it is my informal title, which is chief academic

24   officer.  And that's really the job of provost, to

25   oversee the academic activities of the university.

1          The Executive Vice Chancellor title also

2    gives me some responsibilities in the area of the

3    finance and budget matters for the university.

4          So those are the two areas, broadly

5    speaking.

6        Q.   And so your -- your role as chief

7    academic officer, is that a formal role, or is

8    that an informal description of your title?

9        A.   Informal.  My formal title is Executive

10   Vice Chancellor and Provost.

11       Q.   In that role you have responsibility for

12   ensuring compliance with the university's academic

13   standards?

14       A.   Yes.

15       Q.   Violations of the academic or honor code

16   at UNC?

17       A.   Well, the honor -- ultimately, yes, but

18   the honor code really is mostly managed by

19   students.  And above that it's managed by the

20   student affairs vice chancellor, who has a

21   reporting relationship to me.  So yes, but not

22   close.

23       Q.   Are you responsible for maintaining

24   any -- well, strike that.

25          Does the provost's office have

 1    responsibility for any reporting of academic

 2    results at UNC?

 3                    MR. SCUDDER:  Object to the form.

 4    Go ahead.

 5        A.    Reporting of academic results.  I think

 6    the answer is yes, but can you say a little bit

 7    more about what you mean?

 8        Q.    (Mr. Strawbridge)  Well, for example,

 9    does -- is your office responsible for preparing

10    reports about student academic performance for the

11    chancellor?

12        A.    No, we don't prepare those kind of

13    reports.

14        Q.    What about for the UNC system?

15        A.    There are those kinds of reports, but

16    they would be prepared by the Office of

17    Institutional Research, which reports to someone

18    who reports to me.

19        Q.    Does the -- does the -- does your office

20    have any separate research analyst or person

21    beyond the folks in the Office of Institutional

22    Research?

23        A.    No.  Whenever we need analytical work

24    done, we -- we go to them.  And that's -- you

25    know, that's one step away from me, so it's not

```
 1   like it's remote.
 2        Q.   Your office is also responsible for --
 3   for reporting grades to students each semester?
 4        A.   Well, that comes through the -- I'm
 5   blanking on the name -- registrar -- sorry --
 6   comes through the registrar's office.  The
 7   registrar reports to, in this case, Steve Farmer,
 8   and Steve Farmer reports to me.
 9        Q.   Okay.  Why don't we -- why don't we
10   actually talk a little bit about what -- what
11   other -- how many -- who reports directly to
12   you ---
13        A.   Okay.
14        Q.   --- either -- either by title or by
15   person.  We can ---
16        A.   Okay.  I'll take a shot.  Then you can
17   see if I'm getting there.
18        Q.   Sure.
19        A.   All right.  So the -- the biggest group
20   would be the deans.  And so there's 13 schools,
21   the College of Arts and Sciences and 12
22   professional schools.  So there's 13.
23             And then three other people who have
24   dean or quasi-dean titles.  And so that would be
25   the dean of the graduate school, the dean of the
```

1    summer school, and the university librarian.

2    Okay.  So there's 16.

3            Then beyond that I have three vice

4    chancellors who kind of jointly report to me and

5    the chancellor, but on a day-to-day basis they

6    report to me.  And those are the dean -- sorry --

7    the vice chancellor for student affairs, Winston

8    Crisp; the vice chancellor for information

9    technology services, Chris Kielt; and the vice

10   chancellor for research, who is Terry Magnuson.

11   So that's 19.

12           Then I have a set of vice provosts who

13   report to me.  And that would be Ron Strauss,

14   executive vice provost and chief international

15   officer; Carol Tresalini, vice provost for

16   academic -- I forget what it is -- projects or

17   something like that; Jean Elia, assistant -- or

18   associate provost for strategy and special

19   projects.

20           I have Dwayne Pinkney, who has joint

21   reporting responsibility to me and to the vice

22   chancellor for finance and administration, then my

23   assistant, Stephanie Thurman, and then also

24   Michelle Brown, who is assistant provost for

25   academic support for student athletes.

 1              I think that's everybody.  It's 25.

 2         Q.   Does Steve Farmer report to you?

 3         A.   Yes.  And I didn't say him.  I did

 4    earlier, but, yes, of course he does.

 5         Q.   Okay.

 6         A.   Twenty-six.

 7         Q.   All right.  So you have

 8    responsibility -- are you -- are you sort of the

 9    next level of supervision above him with respect

10    to admissions at the university?

11         A.   Yes.

12         Q.   Okay.  And so what -- what does that

13    entail practically with respect to your -- your

14    oversight of admissions?

15              MR. SCUDDER:  Object to the form.

16    Go ahead.

17         A.   So I meet with Steve on a regular basis.

18    I think it's -- it's once a month.  It might be a

19    little more often than that.  And we talk about a

20    variety of issues that are facing the university

21    and facing admissions.

22              At the same -- adjoined to that

23    meeting -- joined to that meeting, right after

24    that meeting, I meet with the two senior people

25    who report to Steve, who in other universities

1    might report directly to me.  And so on, kind of,

2    compromises, they report to Steve, but I meet

3    with, then, the director of financial aid,

4    basically, and also the registrar, which is an

5    acting person right now.  So we meet on a regular

6    basis.

7            We also -- Steve is part of the

8    provost's cabinet, which includes all of the vice

9    provosts that I mentioned before, and so we meet

10   roughly every other week as part of that as well.

11           Steve also attends the Dean's Council

12   meetings, which are once a month, and the cabinet

13   meetings, which is the Chancellor's Cabinet, which

14   are also once a month.

15           So we actually meet on a pretty regular

16   basis, sometimes directly, sometimes indirectly.

17       Q.   (Mr. Strawbridge)  You -- do you do his

18   performance reviews?

19       A.   I do.

20       Q.   Do you review policies that his office

21   sets or implements with respect to admissions

22   criteria?

23       A.    I don't -- well, sometimes.  So, for

24   example, we reviewed -- as part of the work we did

25   with student athletes, I was part of a review of

1    the system for special-talent admits.  That's the

2    only specific policy I remember reviewing.

3         Q.   Do you have an understanding as to what

4    the division of responsibility with respect to

5    admissions policies is versus your office and

6    Mr. Farmer and the Undergraduate Advisory Faculty

7    Committee that oversees admissions and financial

8    aid?

9                   MR. SCUDDER:   Object to the form.

10        A.   I'm trying to answer your question.  I

11   just want to make sure that I understand it.  So,

12   I mean, Steve is -- is the executive in charge of

13   that.  As in many parts of the university, there's

14   faculty oversight of that.  And so I would say

15   that that's -- it's a little bit like a CEO and

16   his or her board.  So one is the executive

17   officer, and the other provides oversight.  So I

18   think that would be the breakdown.

19        Q.   (Mr. Strawbridge)  And so typically in

20   the corporate world the board is the one that has

21   ultimate authority in those circumstances,

22   correct?

23        A.   Yes.

24        Q.   And is that your understanding of how

25   the Faculty Council is the party with ultimate

 1    responsibility over the admissions policies at the

 2    university?

 3         A.   That's a good question, and that's --

 4    we -- it's never really come to that.  I mean, the

 5    group I think sees itself more as advisory, but in

 6    the case, for example, of -- of a special-talent

 7    admit, that committee could say no and it would

 8    stick.

 9         Q.   And does -- and are you aware -- does

10    that -- does that committee actually formally

11    approve the -- what's known as the reading

12    document that governs how admissions -- strike

13    that.

14              Are you familiar with the reading

15    document regarding admissions applications to UNC?

16         A.   No.

17         Q.   Are you aware that there is a general

18    policy as to how -- well, strike that.

19              Are you familiar with the term "holistic

20    admissions"?

21         A.   Yes.

22         Q.   And what is your understanding of

23    holistic admissions?

24         A.   My understanding is that the people

25    making the decisions about admissions look at the

1      A.    Well, we're in the planning stage now.

2      Q.    I mean, are you aware of any specific

3  plans to do that with respect to particularly

4  fostering innovation and problem-solving?

5      A.    I believe that this is something that we

6  could do and it would be helpful.  I have

7  previously discussed this with the chancellor,

8  saying that as we move forward with diversity,

9  that it would be helpful to do things like this.

10      Q.    Okay.  And are you aware of any -- of

11  any analysis that's been done at UNC at least with

12  respect to what -- what level of racial diversity

13  is sufficient or not sufficient to achieve this

14  particular benefit?

15      A.    No.

16      Q.    And are you aware of any effort today to

17  analyze that for purposes of determining whether

18  or not the university should continue to use race?

19      A.    No.

20      Q.    The next benefit listed here is,

21  "Preparing engaged and productive citizens and

22  leaders."  Do you see that one?

23      A.    Yes.

24      Q.    And without using the exact words, is

25  this -- is the idea of this benefit the notion

1      Q.   And this -- this goes back, I suppose,

2  to the general idea of, you know, exposure and

3  exchanges with other people can help make you a

4  better person, to simplify it somewhat.

5                MR. SCUDDER:   Object to the form.

6      Q.   (Mr. Strawbridge)  Is that a fair idea

7  here?

8      A.   Yes.

9      Q.   And do you have any specific

10 understanding of what level of racial diversity is

11 essential to achieve this benefit?

12     A.   No -- no specific level, no.

13     Q.   Do you have a -- do you have a range or

14 an idea outside of non-zero?

15     A.   Well, in this one, you know, my -- my

16 past roles in the business school are probably

17 relevant.  I know that in probably, I would guess,

18 hundreds of interactions with corporate leaders

19 that they express a lot of desire for both a

20 diverse group of students whom -- from whom they

21 can recruit and also an appreciation for diversity

22 and ability to work in diverse settings of -- of

23 all of our students.

24           I don't know that any of them have ever

25 said it needs to be a certain percent, but

1    admissions process, the university will continue

2    to take all efforts it can to achieve racial

3    diversity on campus?

4         A.   Again, it's a hypothetical.  I -- I

5    would expect so.

6         Q.   And I'm not trying to get you to repeat

7    your prior testimony, but just to wrap that up,

8    you don't -- you're not aware of any particular

9    level of racial diversity that is or is not

10   essential to meet the various benefits described

11   in this report?

12        A.   That's correct.

13        Q.   What is your -- what is your

14   understanding of -- of the reason why the

15   university uses race in the admissions process?

16        A.   My understanding is that we believe that

17   using race as one factor among many in a holistic

18   admissions process will increase the diversity of

19   people on campus and therefore help to better

20   educate all of our students and prepare them for

21   the world to which they will be going out.

22        Q.   And have you ever heard the term

23   "critical mass"?

24        A.   I have.

25        Q.   Does this report talk about critical

1  critical mass, in your mind?

2      A.    Well, my understanding of the term

3  "critical mass" is that it's a -- I'm trying to

4  decide if it's an analogy or a metaphor; I think

5  it's an analogy -- to a nuclear reaction in that

6  there is some exact number within a nuclear

7  reaction at which something explodes.  I'm not

8  great at physics, but it's something like that.

9      Q.    A criticality event?

10     A.    Yeah, exactly.  So -- so the analogy,

11  then, would be that -- that there is a specific

12  point of -- of diversity on any topic, but

13  conceivably race, since that's what you're asking

14  about, that would lead, sort of in a

15  discontinuous, non-linear manner, to certain

16  benefits.  So that's my understanding of it.

17     Q.    And so you don't think that that has any

18  connection to what the university is trying to

19  achieve with its use of race?

20              MR. SCUDDER:  Objection to the

21  form.

22     A.    No, because we've -- we've literally

23  never talked about it that way.  I mean, I saw the

24  phrase being used in the report in that, you know,

25  the report argued that we need to achieve a

Case 1:14-cv-00954-LCB-JLW   Document 167   Filed 01/18/19   Page 16 of 21

1    critical mass.  In all my conversations with Steve

2    Farmer, that phrase has never come up.  Neither --

3    no one has directed anybody to achieve a critical

4    mass, and I'm not even sure we would know what it

5    is.

6              The reason I don't really care for the

7    phrase is it -- it lends a really false notion of

8    precision.  I assume that in physics there really

9    is a number -- a point at which a reaction

10   happens.  Social science is a far less precise and

11   more subjective element, and it would be very

12   surprising to me to see that kind of non-linearity

13   in any kind of reasonably collected date.

14        Q.   (Mr. Strawbridge)  We talked earlier

15   about -- about, kind of, your inability to

16   confidently articulate any non-zero range of

17   racial diversity that is essential to achieve

18   these benefits, correct?

19        A.   We did.

20        Q.   Is there -- is there a range of

21   diversity -- any level of racial diversity that

22   you think would be sufficient to stop using race

23   in the admissions process?

24        A.   I've never really thought about that

25   question.  And, again, I don't know that -- I

1     testimony earlier, this -- and I know this -- this

2     language is not in the final draft.  Correct?

3           A.   Yes.  Correct.

4           Q.   And, in fact, I think -- I think your

5     testimony would suggest that this paragraph would

6     not be an accurate description of your experience

7     at UNC.

8           A.   That's ---

9                MR. SCUDDER:  Objection.  Go ahead.

10          A.   That's correct.

11          Q.   (Mr. Strawbridge)  In terms of a focus

12    on critical mass?

13          A.   Correct.

14          Q.   But your testimony is that you haven't

15    heard that used at UNC?

16          A.   Well, no, not exactly.  I -- I ---

17          Q.   You -- you heard it used in one report,

18    I think is what you said.

19          A.   Sure.  And I -- I certainly cannot say

20    that I've never heard the phrase beyond that.  I

21    mean, I certainly may have heard it.  I may have

22    read it other places.  I did identify that one

23    place where I'd seen it.

24          Q.   Right.  But -- but in terms of it being

25    a focus of -- of the analysis or otherwise sort of

1   driving the conversation about when race is used

2   and why it is used, the term "critical mass" is

3   not something, in your experience, that is

4   discussed or useful?

5       A.   Correct.

6               MR. SCUDDER:  Objection to the

7   form.

8       Q.   (Mr. Strawbridge)  And do you know why

9   this paragraph was in this draft?

10      A.   No.

11      Q.   I think you mentioned at one point you

12  recalled -- well, I guess -- strike that.

13              Until you looked at this now, did you --

14  did you know that there was a reference to

15  critical mass in the earlier draft?

16      A.   No, I didn't remember that.

17      Q.   Okay.  On the next page ---

18      A.   Eighteen?

19      Q.   Yeah.

20      A.   --- there's a discussion about, "The

21  vast majority of UNC seniors also report gains in

22  knowledge and skills that are essential for the

23  modern workforce" ---

24      A.   Uh-huh.

25      Q.   --- "and are often represented as

```
 1              A.    I'm checking that.

 2              Q.    Yeah.

 3       (Witness examined document)

 4              A.    Yes, that's correct.

 5              Q.    And -- and is there any reason that you

 6       can think of, if for some reason the university

 7       were to stop using race in the admissions process,

 8       that it wouldn't continue to operate these

 9       programs?

10              A.    I don't see the connection, no.

11              Q.    Do you believe that students who are

12       admitted under the current admissions program are

13       capable and qualified to succeed at UNC?

14              A.    Yes.

15              Q.    Do you have any doubt about that?

16              A.    No.

17              Q.    And is that true regardless of any

18       particular applicant's SAT scores?

19              A.    I don't believe that we admit students

20       into the university who are unqualified to be

21       here.

22              Q.    And so -- and so regardless of whatever

23       any student's SAT score is, you would consider the

24       students who are admitted to UNC under its current

25       program to be qualified?
```

Case 1:14-cv-00954-LCB-JLW   Document 167   Filed 01/18/19   Page 20 of 21

 1          A.    Yes.

 2          Q.    And that's also true regardless of how

 3     many AP classes they took?

 4          A.    I believe that if we admit a student,

 5     that they're qualified for admissions.

 6          Q.    Okay.  And do you just believe that,

 7     like, as a matter of, sort of, typology, or do you

 8     believe that -- do you believe that on the merits

 9     those qualifications are sufficient to succeed at

10     UNC?

11                    MR. SCUDDER:  Object to the form.

12          A.    Well, we have -- in any given year,

13     we're up to about 40,000 applications for the

14     undergraduate program for effectively about 4,000

15     spots.  So we have clearly more qualified students

16     than we're able to take.

17                    And so on that basis, and recognizing

18     how hard the Office of Admissions has to work to

19     make those decisions, recognizing that we are

20     clearly completely unable to accept all the

21     students who are qualified, it -- it seems pretty

22     unlikely that we would accept students who are not

23     qualified.  That's the logic behind my saying

24     that.

25          Q.    (Mr. Strawbridge)  Are you aware of -- I