# Exhibit 68

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                    Plaintiffs,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                    Defendants.

---

AMENDED DEPOSITION
OF
STEPHEN FARMER

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

06-28-17
8:24 A.M.

---

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1      The witness, STEPHEN FARMER, being

2   first duly sworn to state the truth, the whole

3   truth, and nothing but the truth, testified as

4   follows:

5       (8:24 a.m.)

6                   EXAMINATION

7   BY MR. STRAWBRIDGE:

8       Q.   Good morning, Mr. Farmer.  My name is

9   Patrick Strawbridge.  I am a lawyer with the law

10  firm Consovoy McCarthy Park and we represent

11  Student for Fair Admissions, Incorporated, in this

12  case.

13          How are you doing today?

14      A.   I'm fine, Mr. Strawbridge.  How are you?

15      Q.   Good.  Just for the record can you go

16  ahead and state your name and your business

17  address for the record?

18      A.   Sure.  Stephen Farmer, 152 Country Club

19  Road in Chapel Hill, North Carolina, the Office of

20  Undergraduate Admissions.

21      Q.   Okay.  And what is your ti -- do you

22  have a title at UNC?

23      A.   I do.

24      Q.   And what is your title?

25      A.   Vice Provost for Enrollment and

1    Undergraduate Admissions.

2        Q.    All right.  And that makes you

3    essentially the head of the Admissions Office?

4        A.    It does.

5        Q.    I want to talk a little bit about some

6    of the ground rules today.  I'm sure that your

7    attorneys have gone over these with you.

8             I'll just start by asking have you ever

9    been deposed before?

10       A.    I've not.

11       Q.    Okay.  Have you ever given testimony in

12   court before?

13       A.    I don't think so.  Maybe once 25 years

14   ago, but I don't know for sure.

15       Q.    On some matter unrelated to UNC

16   admissions?

17       A.    Yes.

18       Q.    Okay.  So obviously you can see that we

19   have a reporter here who's going to be creating a

20   transcript of the record and recording the

21   proceedings.  It's important as part of that that

22   I get a verbal response from you to each of my

23   questions, yes or no.

24       A.    I understand.

25       Q.    We need to do our best to avoid

1      A.   Well, I'm sorry.  He -- so I think his

2   title changed the year before.

3      Q.   Right.

4      A.    I think his job changed in 2003 and I --

5   again, I think.  And so he retained that role.  We

6   still had two senior associate directors in the

7   Admissions Office for a year because he was still

8   the admissions director.  His office was still in

9   Jackson Hall, which is where the Admissions Office

10   is located.

11           And then after, I think it was a year,

12   he asked me to take on the role of the admissions

13   director.  He moved his office over to Vance or

14   Pettigrew, which is -- at the time it was in the

15   bottom part of the building where the Office of

16   Scholarships and Student Aid is located.  And when

17   he moved and we changed the title, the Admissions

18   Office had a different director and I was the

19   director.

20      Q.   And did your responsibilities change at

21   the same time your title changed?

22      A.   Yes.

23      Q.   Okay.  What were your responsibilities

24   -- how did your responsibilities change?

25      A.    I became responsible for all of the work

 1     of the Office of Admissions.

 2          Q.   Okay.  At that time did you start

 3     reading files?

 4          A.   I'd actually started reading files, I

 5     think, the year before.

 6          Q.   Okay.  And how come that change took

 7     place?

 8          A.   We needed other people to read.  I think

 9     we had made some -- the office had made some

10     improvements in its reading process and some

11     changes in its reading process that I had helped

12     Jerry and I'd helped Barbara think through.  So I

13     had begun reading, I think it was a year earlier.

14          Q.   And did you have particular regions or

15     -- or areas of responsibility with respect to the

16     files that you were charged with reading?

17          A.   No, not that I remember.

18          Q.   It was just kind of some random

19     assignment?

20          A.   Yeah, I mean -- yeah.

21          Q.   And do you know at that point in time

22     how many files a year you were reading

23     approximately?

24          A.   I don't.  I -- probably fewer than I was

25     reading at Virginia but I -- I can't really

1    at higher rates than others.

2              So for example, resident students as a

3    group yielded higher rates than nonresident

4    students.  And within resident students -- and I

5    can't remember what's in the model now.  Students

6    who have stronger test scores yield at lower rates

7    than people who have lower test scores.  And

8    students who apply early yielded at different

9    rates from those who apply late.  And students who

10   were underrepresented historically have yielded in

11   different rates from those who are not.

12             So the reason why all those things are

13   built in the model is just that the Odum Institute

14   person took a look at the data and said if you're

15   trying to predict with more accuracy who's going

16   to show up, take these things into account in your

17   cells.

18        Q.   When you say underrepresented, are you

19   referring to underrepresented ethnicities?

20        A.   Yes, I am.

21        Q.   What is an underrepresented ethnicity at

22   UNC?

23        A.    Here, students who identify themselves

24   as African American or as American Indian or as

25   Hispanic or Latino or Latina.

1          A.    I'm sorry.  I can't think of any.

2          Q.    (Mr. Strawbridge)  Why does UNC use race

3     as a factor in its admission decisions?

4          A.    Because we want to enroll a class of

5     students here who through their talent and their

6     diversity will help us achieve our mission and

7     help us provide the educational benefits of

8     diversity to students and for that matter to

9     faculty members.

10         Q.    And what is it about race that provides

11    those benefits?

12         A.    It's not just race that provides those

13    benefits.

14         Q.    But my question is what is it about race

15    that provides those benefits?

16         A.    The fact that -- I understand.  I was

17    just making the point that it's not just race.  I

18    think race is complicated.  I think race is

19    difficult to understand.  I think race expresses

20    itself to a greater or lesser extent from

21    individual to individual.

22              So for all those reasons I think that

23    the reason why race is significant and our

24    providing the benefits of diversity is complicated

25    and it varies quite a bit and it varies over time.

1    race or ethnicity is complicated and it's not as

2    simple as checking a box.

3         Q.   (Mr. Strawbridge)  But the answer is

4    yes, you do report results based on the ethnicity

5    that people -- that candidates identify themselves

6    by.

7                   MR. SCUDDER:  Objection.  The

8    answer -- the answer stands on the record.

9         A.   Among many other ways of describing the

10   people who have chosen to come here, yes.

11        Q.   (Mr. Strawbridge)  And applicants are --

12   readers are instructed that they can take into

13   account the entire application file, correct?

14        A.   They are.

15        Q.   And the application file that's made

16   available to the readers includes the box that's

17   checked with respect to the racial identity to the

18   extent that information's provided.

19        A.    It includes what the student has told us

20   about the student's race or ethnicity.

21        Q.    Nothing prohibits readers from taking

22   that information into account in addition to

23   everything else in the application file.

24        A.    They're expected to take into account

25   everything in the file and ---

Case 1:14-cv-00954-LCB-JLW  Document 167-2  Filed 01/18/19  Page 9 of 30

1        Q.    And do they ---

2        A.    --- and they may take into account the

3    student's race or ethnicity as the student has

4    described it to us.  And students describe it in

5    complicated ways actually.  You know, it's

6    interesting.

7    (HIGHLY CONFIDENTIAL PORTION BEGINS ON PAGE 62)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     (CONTINUATION OF TESTIMONY)

2         A.   So students tell us a lot about their

3     backgrounds and our readers may take those things

4     into account when they're making decisions, as

5     long as they're taking all the other things they

6     say into account as well.

7         Q.   I think you testified that -- that the

8     purpose of taking race into account is to ensure

9     that the University achieves certain benefits that

10    are associated with diversity.  Is that correct?

11        A.   Yes, and I would add, as in the last two

12    examples that I gave, I think students tell us

13    things about themselves and sometimes the things

14    that they tell us about themselves include things

15    that have to do with their -- their race or their

16    ethnicity.  And so another reason why we -- we

17    feel like we at least have to listen to students,

18    is that we feel that we owe them that.

19        Q.   Is there a particular level of racial

20    diversity that the University has decided is

21    required to achieve the benefits associated with

22    racial diversity?

23        A.   What do you mean by particular level?

24        Q.   Is there a minimum amount of racial

25    diversity that's necessary to achieve those

 1      benefits?

 2           A.    That's a complicated question.  I don't

 3      know.  The University has talked pretty

 4      consistently over time and especially since 2003

 5      about wanting to make sure that we've achieved

 6      critical masses particularly of underrepresented

 7      students.  Again because their numbers compared to

 8      the population are smaller and they are

 9      technically speaking, by the definition,

10      underrepresented here.

11           The notion of critical mass is a

12      complicated one.  You know, I don't think it can

13      be defined necessarily in terms of the number.  I

14      think the idea of critical mass, I mean here

15      anyway, the way that we've talked about it is that

16      the point of critical mass is to make sure that

17      every student at the University has the benefit of

18      studying alongside others who can help them grow,

19      who can -- can provide the educational benefits of

20      diversity.  So that's one aim of critical mass.

21           But the other is to make sure that the

22      students within the groups whose critical masses

23      we're talking about feel at home and feel

24      confident in being who they are as individuals

25      rather than feeling as though they're always being

1    expected to be exemplars or representatives or

2    spokespeople for the group.

3              So the conversation here about how much

4    we need has focused on whether our students are

5    having a good experience here, whether they're

6    able to be who they are, whether they're able to

7    provide for their classmates the things that their

8    classmates need if we're going to do right by them

9    and whether the classmates are leaving here better

10   prepared for the world that they'll be entering.

11        Q.   So how do you measure those -- how do

12   you measure critical mass?

13        A.   It's not easy.  I don't know that anyone

14   has figured out perfectly how to measure critical

15   mass.

16        Q.   How does UNC ---

17        A.   But I think ---

18              MR. SCUDDER:  Let him -- let him

19   finish.  Go ahead, Steve.

20        A.   I think, if by assess -- if by measured

21   you mean assess, then I think we're trying all the

22   time to assess critical mass.  And I think people

23   are thinking about critical mass.

24              Students here, in my experience anyway,

25   talking with them and reading the newspaper and

1    your time as director of admissions that there was

2    a particular result of the climate survey that was

3    tied to the determination as to whether the

4    University had achieved critical mass.

5                MR. SCUDDER:  Object to the form.

6         A.   You know, I remember with the 2005

7    survey a group of people across campus affirmed

8    the goal of the University's continuing to try to

9    secure critical masses of different populations of

10   students, but I don't know what led to that

11   affirmation and that goal or what survey results

12   that group may or may not have viewed.

13        Q.   Is there an official definition of

14   critical mass at UNC?

15                MR. SCUDDER:  Object to the form.

16        A.   I don't know what you mean by official

17   definition.

18        Q.   (Mr. Strawbridge)  If someone asked you

19   what -- what does critical mass mean, is there any

20   written document you can refer them to that has

21   the UNC's definition of critical mass?

22        A.   I don't know.

23        Q.   All right.

24                MR. SCUDDER:  Let's take a break

25   after the next question or two.

1    were asking me.

2         Q.   Yeah, and now to make sure that we

3    understand, my question for you is, do you draw a

4    distinction between the number of students

5    sufficient to obtain critical mass versus the

6    number of students sufficient to obtain the

7    educational benefits of racial diversity?

8         A.   No.

9         Q.   Those things are the same to you?

10        A.   Well, the reason -- well -- well, let me

11   answer the question that you asked, and I think --

12   would you go back to your original question?

13        Q.   The -- the original question was whether

14   or not there was a different answer with respect

15   to your ability to provide an opinion as to

16   whether 5 percent of underrepresented minorities

17   would be sufficient for people to not feel like

18   they were spokespeople for their race.

19        A.   Uh-huh (yes).

20             MR. SCUDDER:  Object to the form.

21   Go ahead.

22        A.   I -- I don't know.  You know, I think

23   part of the reason why I don't know is that I

24   think people's -- students' reaction to

25   circumstances are different.  We'd have to have a

1      them.

2          Q.   And when you say where we are, do you

3      mean with respect to racial diversity?

4                    MR. SCUDDER:  Object to the form.

5          A.   I mean broadly speaking.  I mean the

6      quality of the class, the many different kinds of

7      diversity that are incorporated within the class.

8          Q.   (Mr. Strawbridge)  So you consider the

9      current level of racial diversity to be -- to be

10     sufficient to achieve UNC's goals?

11                   MR. SCUDDER:  Object to the form.

12         A.   I think the current level is the current

13     level.

14         Q.   (Mr. Strawbridge)  Do you -- can you say

15     whether or not it is sufficient to achieve the

16     educational benefits of diversity?

17                   MR. SCUDDER:  Object to the form.

18     Asked and answered.

19         A.   I -- I think the current level was the

20     current level.  And again, as I tried to say, I

21     think we explain to people who's in the class.

22     Faculty members conduct their classes.  They

23     conduct assessments of their learning and there's

24     a feedback loop that goes around and around year

25     in and year out about how we're doing.

1    A.    I think the answer to the question might

2    depend on who you ask on campus.

3    Q.    Is -- is there anybody who's opinion

4    would actually control that decision for the

5    University?

6                    MR. SCUDDER:   Object to the form.

7    A.    Which decision are you speaking of?

8    Q.    (Mr. Strawbridge)  The decision as to

9    whether or not you are succeeding or failing in

10   providing the educational benefits of racial

11   diversity.

12   A.    I -- I don't know.

13   Q.    If UNC stopped using race today, do you

14   know what effect would be on racial diversity in

15   the admissions process?

16   A.    I think we'd have a less racially and

17   ethnically diverse class than we did.

18   Q.    And why do you think that?

19   A.    I think that we'd enroll fewer

20   underrepresented students, for example, than we do

21   today.

22   Q.    And you think that, even if UNC retained

23   its holistic process otherwise?

24   A.    I think so.

25   Q.    And why is that?

 1     course of evaluating a student it's hard to

 2     determine which one thing is decisive.  I mean,

 3     there's the whole of the student and it's hard to

 4     pull any one part of the student out and say that

 5     this was the thing that made the difference or

 6     that was the thing that made the difference.

 7         Q.   I guess I'm just trying to reconcile

 8     your testimony that if UNC were to stop using

 9     race, you expect there would be a drop in racial

10     diversity with -- with your answer just now.

11     Either -- either you think it makes a difference

12     that would lead to a substantial drop in racial

13     diversity or you don't.  So do you think it makes

14     a difference in a substantial number of admission

15     decisions, the race of the applicant?

16                  MR. SCUDDER:  Objection to the

17     form.

18         A.   I think I -- I think I answered your

19     question.  You know, in the course of an

20     evaluation of individual people as they come to

21     us, race does make a difference in the decisions

22     that we make.

23         Q.   (Mr. Strawbridge)  And do you know how

24     many decisions it makes a difference?

25         A.   I don't know.

1    control feedback from senior people who've been

2    around awhile.

3         Q.   Do students ever -- do -- do -- are

4    readers instructed that -- that one of the goals

5    of the Admissions Office is to -- is to increase

6    the number of students who strengthen diversity?

7         A.   We've had the goal of increasing the

8    number of students who strengthen diversity or

9    strengthening our recruitment of people who

10   strengthen diversity over time.

11        Q.   And does strengthen diversity often used

12   as -- as reference to racial diversity?

13                  MR. SCUDDER:  Object to the form.

14        A.   It's never used exclusively as a

15   reference to racial diversity.

16        Q.   Is it sometimes understood by the

17   admissions officers to refer to racial diversity?

18                  MR. SCUDDER:  Object to the form.

19        A.   I hope it's never understood to refer

20   only to racial or ethnic diversity.  I also hope

21   that it's understood to include racial and ethnic

22   diversity.

23        Q.   (Mr. Strawbridge)  Is URM -- are URMs

24   often identified as a priority group for students

25   who strengthen diversity in the Admissions Office?

1      developed a standard report that she ran I think

2      every two weeks or maybe every month and sent

3      around to different people.  I think she sent it

4      around to staff members and she had sent around it

5      to a couple of others.

6              So ---

7      Q.    Let me just ask a question.

8      A.    Sure.

9      Q.    When these Core reports were created

10     among the disaggregated data that was made

11     available, was that -- did that include the race

12     and ethnicity of the applicants?

13     A.    Yes.  It included the race or ethnicity

14     information that applicants had provided to us on

15     their applications.

16     Q.    And when the Core report was created,

17     did it provide the number of students basically

18     who had applied who fell into these disaggregated

19     categories?

20     A.    Yes.  I believe it did.

21     Q.    Did it also include the number of

22     students which had been admitted so far?

23     A.    Yes.  I think it did.

24     Q.    Okay.  And that ---

25     A.    I think maybe also the number who --

1          A.    Melissa, Florio, Barbara Polk, I think,

2    Jen Kretchmar, I think.  And I think that's it.

3          Q.    (Mr. Strawbridge)  And prior to this --

4    in 2006, the Core reports were going around, who

5    received the Core reports?

6          A.    I think Jen sent them to everybody on

7    staff.

8          Q.    Including all the readers?

9          A.    I think so, yes.  But I don't know.

10         Q.    And after this adjustment was made and

11   these reports were being automatically generated

12   in 2011, were the reports -- was the information

13   that was available in the reports available to

14   anyone other than those who received it?

15         A.    I think -- what do you mean by

16   available?

17         Q.    Was there some way to go online and look

18   up that information on the live databases as

19   opposed to looking at the report that was put in

20   your inbox?

21         A.    I don't know.

22         Q.    Okay.  All right.  Do you know whether

23   that information was made available on request to

24   readers during the admissions process?

25         A.    I don't know.

1              MR. SCUDDER:  The dashboard report?

2        A.   Well, it's the -- sometimes you refer to

3    it -- we referred to it as a version of the Core

4    report.  Sometimes it was, unless -- so perhaps I

5    should ask you, do you have a copy of the

6    dashboard report that you'd like to show me so

7    that I can make sure that I'm answering your

8    question accurately?

9        Q.   (Mr. Strawbridge)  I'm happy to show you

10   a document, but my real question is just do you

11   know what was on the dashboard that was available

12   to the readers?

13       A.   You're asking me to -- this was four

14   years ago, five years ago.  I can't remember

15   everything that was on reports that we ran four to

16   five years ago.  I'm sorry.

17       Q.   At some point was there a decision made

18   to remove race or ethnicity information with

19   respect to how the applications process was

20   progressing from being available to the readers of

21   the applications?

22       A.   Yes.

23       Q.   And when was that decision made?

24       A.   I think we made that decision in fall of

25   2015.

1     Q.    So after the lawsuit was filed in this

2  case.

3     A.    In fall of 2015.

4     Q.    Do you know when the lawsuit was filed

5  in this case?

6     A.    I think about three years ago.

7     Q.    In the fall of 2014?  Is that your

8  recollection?

9     A.    I accept your statement of it.

10     Q.    Okay.

11     A.    I'm sure you know.

12     Q.    Was the removal of race and ethnicity

13  done after consultation with counsel?

14     A.    We spent so much time with counsel.

15          MR. SCUDDER:  Don't reveal the

16  content of anything we've spoken about.

17     Q.    (Mr. Strawbridge)  Do you know?

18     A.    I don't think we needed that information

19  to do our work, so we took it off.

20     Q.    Then if you didn't need that information

21  to do your work, why was it included for the years

22  prior?

23     A.    I think because it was on the template

24  that we originally borrowed from another

25  institution.

 1    how you might achieve diversity by using these in

 2    lieu of using race?

 3        A.    We used these in addition to using race.

 4    We wanted to see the difference that they would

 5    make in addition to using race.

 6        Q.    When did you actually first analyze what

 7    you could replace the use of race with?

 8        A.    You mean in admissions specifically?

 9        Q.    Yes.

10        A.    Okay.  Because again the race neutral

11    strategies document from the Department of

12    Education ---

13        Q.    I'm not asking you about that document.

14    I'm asking you what you did.  Please confine your

15    answer to my questions.  We have limited time,

16    Mr. Farmer.  I don't need to know what the

17    document said.  I'm asking when was the last time

18    you looked at an alternative.

19        A.    The last time?

20             MR. SCUDDER:  Object to the form.

21        Q.    (Mr. Strawbridge)  The first time.  I'm

22    sorry.

23        A.    I think it was about in 2007.  You know,

24    I remember taking a look or pulling data from -- I

25    think the system we were using at the time was

1    Admission Pros and, you know, we were working -- I

2    was working with the big data set.  There were a

3    lot of students listed there and we had limited

4    information about them, but we did have

5    information on -- I mean, I talked about a little

6    bit of it earlier, race, ethnicity, first

7    generation college, whether somebody had applied

8    with a fee waiver.  I think we used the coll -- I

9    can't remember exactly, but I think we used the

10   College Board codes to sort of determine who

11   attended free and reduced price lunch, high

12   schools -- or high schools that had high

13   percentages of free and reduced price lunch.

14           And so we tried that -- I tried to see

15   if there were factors in those data that we could

16   apply mechanically to other admissions

17   credentials, like top 10 percent, like GPA, like

18   our ratings for program and performance that would

19   yield a class with similar diversity and also

20   similar academic credentials.  That was in 2007.

21       Q.   And what was your standard for

22   similarity?  How close did it have to be?

23       A.   I can't remember.

24       Q.   Do you know if it was, as you've

25   testified today, had to be equal to what you were

 1    currently doing?

 2         A.    I honestly can't remember.

 3         Q.    Okay.  Is it possible that you were --

 4    you were trying to see if it hit exactly what you

 5    were doing or better?

 6         A.    I don't know how to address the

 7    possibility.  I think anything is possible.  I

 8    said I can't remember.

 9         Q.    Do you know whether or not -- strike

10    that.

11              Are those formulas still available to

12    you today?

13         A.    I -- I think there's a spreadsheet

14    probably somewhere on my hard drive that shows a

15    summary of the information or some data of the

16    information, but I don't know that I could

17    reproduce that study today.  It's probably that

18    we're working out of a different information

19    system today than we were then.

20         Q.    Other than -- other than an electronic

21    spreadsheet, do you create any work product

22    reflecting your analysis of those formulas?

23         A.    Not at the time, no.

24         Q.    Did you discuss it with anyone else in

25    the office?

1       A.    I think I did, yes.

2       Q.    Who?

3       A.    I don't recall, but I -- I would think I

4  discussed them.  I -- but I don't -- I don't have

5  a specific recollection of talking about it with

6  an individual person.

7       Q.    Do you know whether those results were

8  ever shared with the Faculty Advisory Committee on

9  Undergraduate Admissions?

10      A.    I don't remember.

11      Q.    Do you know whether those results were

12 ever actually shared with the Office of Civil

13 Rights ---

14      A.    I ---

15      Q.    --- or the Department of Education?

16      A.    I don't remember specifically.  You

17 know, if -- I think the OCR complaint was really

18 focusing more on comprehensive review, but I may

19 be mis-remembering there.

20      Q.    So you wouldn't know if the actual

21 results in your analysis was provided to OCR?

22      A.    I can't remember.

23      Q.    Okay.  After -- besides that, what was

24 the next time that you actually considered race-

25 neutral strategies that could be used as an

1    of them when we're making decisions about

2    individual students.

3        Q.    (Mr. Strawbridge)  And notwithstanding

4    that individual decision process and the range of

5    SAT scores you admit, you still consider a average

6    drop of 50 points to be a significant drop for

7    purposes of analyzing a race-neutral alternative?

8        A.    Across a population of 4,000 or 41 or

9    4200 hundred people, yeah.

10       Q.    Even though -- even though UNC does not

11   seek to maximize the average SAT score of the

12   class?

13       A.    We want capable students who are going

14   to succeed here and thrive.

15       Q.    Do you think you've ever admitted some

16   students who weren't capable of thriving at UNC?

17       A.    We've never knowingly admitted anyone we

18   thought incapable of thriving at UNC.

19       Q.    Do you think that UNC's current

20   admissions process admits students who lack the

21   academic preparation to succeed at UNC?

22       A.    I think the students we admit are

23   students we're confident have the capacity to

24   succeed at UNC.  I will say that, you know, as is

25   in the case with all assessments of people and all

1    example, please?

2        A.   Well you just did, but go ahead.  I'm

3    sorry.  I do think I just answered your question.

4        Q.   Is there any rule that requires -- that

5    limits the use of race in the admissions process

6    to students who, somewhere in their application,

7    identify the effect that their race had on their

8    experiences?

9                MR. SCUDDER:  Object to form.

10       A.   I think I answered that question

11   earlier.

12       Q.   Yeah, I'm asking you what it is now.

13   Because I'm not sure I understand your answer.

14       A.   I'm sorry.  I -- I think I answered

15   that.

16       Q.   Are you refusing to answer this question

17   now, sir?

18       A.   I'm answering it by telling you that I

19   think I already answered it.

20       Q.   So, can you say yes or no now?

21                MR. SCUDDER:  Can you repeat the

22   question, Patrick?

23       Q.   (Mr. Strawbridge)  Is there any rule,

24   with respect to how UNC reads its admissions

25   files, that limits its use of race only to those

1    students in -- whose applications describe some

2    way in which how race affected them.

3          A.   As I said before, I think, no.

4          Q.   Is there a particular way in which you

5    think a student's race necessarily has an effect

6    on other people at this campus?

7          A.   You mean in every instance?

8          Q.   Yes.

9          A.   I -- I don't think I have a universal

10   idea about how an individual student's race plays

11   out on this campus.  No.

12         Q.   Okay.

13         A.   Thank you.

14              (EXHIBIT NUMBER 12 WAS MARKED)

15         Q.   This is Exhibit 12.

16   (Witness examined document)

17         A.   Is there a particular part that you're

18   wanting me to look at?

19         Q.   Let me just ask you now.  Are you

20   familiar with polling with respect to the U.S.

21   opinion with the use of race in college

22   admissions?

23         A.   I've seen different reports about it

24   over time.  Yes.

25         Q.   Are you familiar with the Gallup Pole