# Exhibit 70

*** CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ***

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---o0o---

STUDENTS FOR FAIR ADMISSIONS, INC.,

        Plaintiff,

vs.                      CIVIL ACTION NO.
                          1:14-CV-00954-LCB-JLW

UNIVERSITY OF NORTH CAROLINA, et al.,

        Defendants.
_____/

***** CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER *****

DEPOSITION OF CAROLINE M. HOXBY, Ph.D.

DATE:           Wednesday, July 18, 2018

TIME:           9:11 a.m.

LOCATION:       525 University Avenue, Suite 1400
                Palo Alto, California 94301

REPORTED BY:    ADRIENNE L. ANDREINI
                Certified Shorthand Reporter
                License No. 4804

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 2 of 13

```
 1   academic preparation and admissions, including a
 2   student's writing abilities, a student's special
 3   intellectual abilities, including grade-point averages,
 4   including class rank, including all kinds of other
 5   coursework that a student has completed, things like
 6   that.
 7        Q.   Okay.
 8             So, given that standardized test scores are not
 9   a full measure, as you said, do you consider any of
10   these other metrics in evaluating race-control
11   alternatives?
12        A.   Because I needed to focus on an indicator that
13   was going to be relatively consistent across students
14   from different high schools, I did focus on SAT scores
15   and ACT scores as the best indicator available to me.
16        Q.   Okay.
17             And you said that you do not use high-school
18   GPA or class rank?
19        A.   In what context?
20        Q.   I'm sorry.  To measure academic preparedness in
21   the context of race-control alternatives.
22        A.   I use high-school GPA and class rank in many
23   places in my reports, so it's difficult for me to answer
24   your question, just because I'm not sure, sort of, to
25   which part of the reports you're referring.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 3 of 13

 1    Q.   So, is it fair to say you've used high-school
 2    GPA and class rank sometimes in assessing the
 3    workability of race-control alternatives?
 4    A.   In order to construct a race-control
 5    alternative, one of the things that one has to do is to
 6    try and understand who would apply and who would be
 7    admitted; and, in those stages, what one might call an
 8    application model or an admissions model, I certainly do
 9    use class rank and GPA.
10    Q.   Okay.
11         Would you see a problem with using GPA or class
12    rank alone aside from standardized test scores?
13         MS. FLATH:  Objection.
14         THE WITNESS:  In the context of a model, or in
15    the context of the outcomes of a plan?
16         MR. McCARTHY:  Q.  In the context of the
17    outcome of a plan.
18    A.   I see.  Yes, I would think that would be
19    problematic to use class rank or GPA just by itself
20    because different high schools have such different
21    grading standards in the United States, and, therefore,
22    you would not be able -- or, I would not be able to tell
23    whether academic preparation had actually improved or
24    gotten worse, or whether it was merely that I was
25    drawing students from high schools where the grading

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 4 of 13

1  curve was more generous or less generous.
2    Q.   Okay.
3         Do you have an opinion as to whether it would
4  be better to use -- Again, let me back up.  This is
5  talking about evaluating the outcomes, the results of
6  race-control alternatives.
7         Do you have an opinion as to whether it's --
8  would be better or worse to consider standardized test
9  scores in conjunction with high-school grades or
10 standardized test scores alone?
11        MS. FLATH:  Objection.
12        THE WITNESS:  My opinion would be that it would
13 be better to consider standardized test scores alone,
14 unless one had some ability to put each GPA in -- in a
15 context for which we don't really have any data.
16        So, it's not that I would object to the notion
17 of doing it if we had the data to do it, but those sort
18 of data don't exist on high schools in the United
19 States.
20        MR. McCARTHY:  Q.  Okay.
21        Are you aware that research indicates that
22 high-school GPA is considered the best predictor of
23 college academic performance?
24   A.   I am aware that there are claims that that is
25 true.

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 5 of 13

1   Q.   Are you aware that -- Are you aware that that
2   is the opinion of Jennifer Kretchmar of UNC?
3           MS. FLATH:  Objection.
4           THE WITNESS:  I believe that's outside my
5   assignment.
6           MR. McCARTHY:  Q.  Okay.
7           She gave testimony in this case -- She's the
8   head of the UNC office of information assessment.
9           Did you review that deposition in connection
10  with this?
11  A.   No, I did not.
12  Q.   Are you familiar with the term "SES" or
13  "socioeconomic status"?
14  A.   Yes, sir, I am.
15  Q.   Can you tell me what that refers to.
16  A.   "SES," if you don't mind my using the
17  abbreviation --
18  Q.   Please do.  I'm going to use it, too.  We'll
19  know what each other's talking about.
20  A.   Okay.
21          "SES" is a general term that describes -- to --
22  to describe a person's socioeconomic status, and it can
23  be based on a wide variety of indicators, although some
24  indicators are almost always included in notions of SES.
25  For instance, family income is almost always included in

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 6 of 13

1   notions of SES, parents' education.  Often, there are
2   additional indicators about someone's neighborhood or
3   their environment.  All of those things might be
4   included.  But it is not a simple measure, nor is there
5   one -- there is no one accepted measure of SES.
6       Q.   Okay.
7            In evaluating race-control alternatives in your
8   work in this case, you used several different measures
9   of SES; correct?
10      A.   That is correct.
11      Q.   And you created multiple simulations using
12  SES-based strategies; correct?
13      A.   Yes.
14      Q.   In evaluating those strategies, are you
15  concerned only with the extent to which those strategies
16  helped boost racial and ethnic diversity, or are you
17  also concerned about SES diversity?
18           MS. FLATH:  Objection.
19           THE WITNESS:  My assignment was to evaluate
20  whether alternative plans -- or, rather, how alternative
21  plans would affect racial and ethnic diversity and
22  academic preparation.
23           MR. McCARTHY:  Q.  So, your assignment did not
24  involve assessing the extent to which any race-control
25  alternative you considered advanced socioeconomic

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 7 of 13

1         MS. FLATH:  Objection.
2         THE WITNESS:  Let's say I wanted to identify
3    students who came from households that were in poverty.
4    Just to -- want to make sure that --
5         MR. McCARTHY:  Q.  Sure.
6    A.   -- getting the question exact.
7         My measure for identifying whether a student
8    was from a family that was in poverty was an indicator
9    for the -- for the student's family being below the
10   federal poverty line, then if that -- if my indicator
11   said that the student's family was below the federal
12   poverty line, and I was trying to identify students who
13   were in poverty, then it would not be a false positive.
14   In fact, I would have no false positives or false
15   negatives in the situation I just described.
16   Q.   Understood.
17        So, in your reports, consistent with the fact
18   that SES diversity is not part of your assignment, you
19   don't report SES diversity resulting from your outcomes,
20   do you?
21   A.   I don't.  I do not report results for SES
22   diversity.
23        MS. FLATH:  Objection.
24        Make sure you give me the chance to object
25   before answering.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 8 of 13

1        THE WITNESS:  Okay.
2        MR. McCARTHY:  Q.  So, aside from your work
3  here, do you have an opinion on whether SES diversity is
4  an appropriate goal for a university?
5        MS. FLATH:  Objection.
6        THE WITNESS:  That's not in my assignment for
7  this report -- or these reports.
8        MR. McCARTHY:  Q.  Okay.
9        So, outside of your assignment for these
10 reports, do you have an opinion?
11       MS. FLATH:  Objection.
12       THE WITNESS:  In my research, my published
13 research, I have certainly written about the admission
14 of economic-disadvantaged students, but -- so, I suppose
15 I have a research interest in it.  I'm not, however, an
16 academic leader or administrator, so I do not have an
17 expert opinion on that.
18       MR. McCARTHY:  Q.  Okay.
19       Can you turn to Page 47 of your opening report.
20  A.  Yes.
21  Q.  Do you see Paragraph 134?
22  A.  Yes.
23  Q.  The first sentence of Paragraph 134 says:
24       "It is worth reiterating at the outset of
25    this section that attaining socioeconomic

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 9 of 13

1  that University of North Carolina does consider it to be
2  one of its goals, but I do not have a -- do not have
3  what I would call a specific understanding.
4        MR. McCARTHY:  Q.  Now, I know that you said
5  that you don't have an expert opinion on whether SES
6  diversity is an appropriate goal, but just to follow
7  from that:  Do you have an opinion on whether increasing
8  SES diversity would help a university attain the
9  educational benefits of diversity?
10       MS. FLATH:  Objection.
11       THE WITNESS:  Attain the educational benefits
12 of diversity?  Was that the question?
13       MR. McCARTHY:  Q.  Yes.
14    A.    I don't have an expert opinion on that.
15    Q.    Okay.
16          I'll hand you a copy of what will be marked as
17 Exhibit No. 4.
18                    (Whereupon Plaintiff's Exhibit 4
19                     was marked for identification.)
20       MR. McCARTHY:  Q.  Can you take a look at that
21 document.
22    A.    Yes.
23    Q.    Have you ever seen this document before?
24    A.    No.
25    Q.    No.

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 10 of 13

1    A.   I evaluate each alternative relative to what
2  UNC attains actually now under its current plan.
3    Q.   So, that's what I'm asking you to do now with a
4  hypothetical one.
5         Let's say we're starting from UNC status quo,
6  and you evaluated a race-control alternative that would
7  increase URM representation by five percent but decrease
8  SAT scores by an average of a hundred points.
9         Is that one that you would say is workable, not
10 workable?
11        MS. FLATH:  Objection.
12        THE WITNESS:  I can't answer that question
13 within my assignment.
14        MR. McCARTHY:  Q.  Why not?
15   A.   Because in order to answer that question, I
16 would have to have expertise in knowing what the
17 trade-off between the two -- the two goals were, and
18 that is not in my assignment.
19   Q.   Okay.
20        So, you don't have expertise in determining how
21 much of an increase in URM representation might outweigh
22 or be outweighed by a decrease in SAT scores?
23        MS. FLATH:  Objection.
24        THE WITNESS:  It's not in my assignment to know
25 what critical mass would be for UNC, so I cannot opine

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 11 of 13

1  on that matter.
2          MR. McCARTHY:  Q.  Okay.
3          So, if I changed the numbers and said okay,
4  same hypothetical, but the URM representation goes,
5  let's say, down two percent, and the average SAT score
6  goes up 50 points, same answer; you can't evaluate that?
7          MS. FLATH:  Objection.
8          THE WITNESS:  It's not in my assignment to --
9  to evaluate critical mass at UNC.
10         MR. McCARTHY:  Q.  Okay.
11         It is your assignment to evaluate race-control
12 alternatives; correct?
13     A.  It is in my assignment to predict what would
14 happen under race-neutral alternatives, yes.
15     Q.  Okay.
16         But you do express opinions in your reports
17 whether you think certain race-control alternatives
18 would be workable, don't ya?
19     A.  I consistently compare what I predicted under
20 each race-control alternative to UNC's actuals.
21     Q.  And you did express opinions and say, at times,
22 this race-control alternative would not work; correct?
23     A.  I say, at various times in the report, this
24 race-neutral alternative is not predicted to achieve
25 UNC's current actuals.

www.huseby.com           Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 12 of 13

```
 1   compare to UNC's actuals but not really expressing
 2   opinion as whether race-control alternative would work
 3   or not work.
 4           MS. FLATH:  Objection.
 5           MR. McCARTHY:  Q.  But this seems to actually
 6   say that they wouldn't work.  Am I correct about that?
 7       A.  In this context, what I mean is that there is
 8   no race-blind alternative in which I predicted that UNC
 9   could achieve its actuals.
10       Q.  Okay.
11           So, that sentence -- I just want to make sure I
12   understand.
13           What that sentence means is that you have not
14   found a race-control alternative that meets UNC's
15   actuals.
16       A.  I have not found a race-blind alternative that
17   is predicted, under my analysis, to -- to achieve UNC's
18   alternatives.
19       Q.  Okay.
20           By "actuals" -- We mentioned before levels of
21   URM representation and SAT scores, but are there other
22   actuals that you had in mind as well?
23       A.  Those are the actuals I looked at throughout my
24   reports.
25       Q.  Okay.
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-4   Filed 01/18/19   Page 13 of 13