# Exhibit 71

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                Plaintiff,

    vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                Defendants.

_____

DEPOSITION
OF
MICHAEL KOSOROK

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
_____

TAKEN AT THE OFFICES OF:
THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

                11-28-18
                8:57 A.M.

_____

P. Jordan Powers
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1    Q.   Okay.  Have you done an analysis then
2    that after doing something like that would then
3    attempt to put into that model a race neutral
4    strategy that's an alternative to race and
5    evaluating how that would work and the results ---
6        Q.   The data anal -- anal -- analysis
7    subcommittee has not, using data analyzed a
8    specific race neutral alternative.
9        Q.   Understood.  I think that answered my
10   question.  Thank you.  Okay.  Can we turn to page
11   4 of this same document -- about ---
12       A.   Could I clarify something?
13       Q.   Sure.  Absolutely.
14       A.   There is a data analysis that's in here
15   that Patrick Curran did ---
16       Q.   Okay.
17       A.   --- that addresses different questions.
18   I'm somewhat familiar with that analysis, but I do
19   not believe it -- it -- I believe that what I said
20   is still true for that analysis as well.
21       Q.   Got it. Understood.  Okay.  So on
22   page 4, about halfway down on this page, the
23   document describes the charges of the three
24   subcommittees on the Committee on Race Neutral
25   Strategies.  Do you see that?

1    1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW           COPY

1    A.   Yes.
2    Q.   Okay. And the second one there --
3    actually the number 2 -- describes the charge of
4    the data analytic subcommittee. Do you see that?
5    A.   Yes.
6    Q.   Okay. And that identifies you and
7    Mr. Curran as the co-chairs of that subcommittee,
8    correct?
9    A.   Yes.
10   Q.   Okay. So I'm going to read part of that
11   first sentence where it describes that charge. It
12   says that the committee, quote, "...was charged to
13   analyze whether race neutral alternatives
14   identified by the literature review subcommittee
15   are workable for the University."
16   A.   Yes.
17   Q.   I'll stop there. Did I read that
18   correctly?
19   A.   Yes.
20   Q.   Okay. So I understand that at least to
21   your knowledge the committee has not actually,
22   using data, analyzed whether any particular race
23   neutral strategy works or what the results would
24   be if using it, correct?
25   A.   We haven't specifically analyzed data

1    1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW             COPY

1     asking that question, but we've -- we have -- to
2     be very clear, we've done preparatory work and
3     other analyses that are needed before we can do
4     that.
5          Q.   Understood.  So one of the things I want
6     to ask about in terms of that preparatory work,
7     has the literature review subcommittee identified
8     alternatives that your committee has decided we
9     will evaluate that eventually once we're ready or
10    have you not gotten that far yet?
11         A.   Well, there's parts to your question --
12    the -- the -- the literature did identify some
13    race neutral strategies, some of which were
14    determined to be, as I recall, not viable for
15    various reasons.  I do not recall all of those
16    reasons.  And we are considering those strategies,
17    but we haven't gotten to the point where we are
18    evaluating as a data analytic subcommittee
19    specific -- specific -- specific strategies.
20         Q.   Understood.  So going back to something
21    you mentioned about the literature review
22    subcommittee, you said they have identified some
23    race neutral strategies and some of those that
24    they've identified have been deemed not appliable?
25         A.   Well, they're at least problematic and I

1     1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW          COPY

1        Q.   Okay.  It reads, "Key findings reflect
2   that although underrepresented minority status was
3   uniquely predictive of admission, this was just
4   one of a larger number of unique predictors."  Did
5   I read that correctly?
6        A.   Yes.
7        Q.   Okay.  What does it mean that URM status
8   -- and by URM I mean, underrepresented minority --
9   what does it mean that that status was uniquely
10  predictive of admissions?
11                 MS. FLATH:  Objection.
12       A.   My -- this is not precisely how I would
13  word it although I had an opportunity to revise
14  it, I chose not to, but what it refers to in my
15  understanding is it refers to statistical
16  significance of the effect.
17       Q.   And -- and what specifically?
18       A.   In this case, there are variables --
19  when you say, "specifically," do you mean the
20  underrepresented minority status part?
21       Q.   Yes.  So I'm ask -- so I'm trying to
22  figure out here this -- this report describes
23  underrepresented minority status as uniquely
24  predictive of admission.  And I'm trying to
25  understand what that phrase, "uniquely predictive

1   1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW        COPY

```
 1        of admissions," means.
 2             A.   Yes.  In this situation ---
 3             Q.   Uh-huh (yes).
 4             A.   --- my understanding and recollection to
 5        the best of my ability is that this refers to the
 6        coefficient in the equation being statistically
 7        significant ---
 8             Q.   Okay.
 9             A.   --- for that variable in question.
10             Q.   Which in layman's terms, what does that
11        mean?
12             A.   Well, there are different criteria for
13        statistical significance and it varies.  A most
14        common one would be .05 level, so statistical
15        significance usually means below that.
16             Q.   Okay.  So ---
17             A.   But it doesn't -- but .05 is not a magic
18        number.  It can be a -- it -- it can be more vague
19        than that.
20             Q.   Okay.  So ---
21             A.   I'm sorry.  It can be different numbers
22        than .05.  It's usually specified much of the
23        time.
24             Q.   Understood. Understood.  Okay.  So if
25        the coefficient for URM status is statistically
```

```
 1   1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW           COPY
```

 1          A.    I just know that the larger it is, it
 2    has a bigger impact, smaller has a smaller impact.
 3          Q.    Okay.  So this is what you mean by
 4    variable importance, which is the header of these
 5    two little tables?
 6          A.    That is correct.
 7          Q.    So the larger change in the accuracy of
 8    the model based on the removal of the -- that
 9    variable the more important the variable is in
10    terms of this exhibit?
11          A.    That is correct.
12          Q.    Okay.  So in other words, residence is
13    the most important variable by that analysis,
14    correct?
15          A.    Yes.
16          Q.    Okay.  What is the practical import of
17    that?
18                MS. FLATH:  Objection.
19          Q.    (Mr. McCarthy)  And maybe I can ask it
20    another way because I'm trying to understand.
21    Does that mean that being a North Carolina
22    resident has more effect on an applicant's
23    admission chances than any other of these
24    characteristics here?
25          A.    Generally speaking it means that it has

 1    1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW        COPY

```
 1      a large impact by itself compared to the other
 2      ones -- large impact by itself compared to the
 3      other ones.
 4           Q.   Okay.  So by itself, considering all of
 5      these individually, it has a larger effect than
 6      these other ones?
 7           A.   According to these analyses.
 8           Q.   According to these analyses.  Okay.
 9      Would there be other analyses that would suggest
10      that that's not the case?
11           A.   Potentially.
12           Q.   Okay.  Why would it show residence to be
13      more important under one kind of analysis and then
14      not as important under another kind of analysis?
15           A.   There are many possible ways that that
16      could happen.
17           Q.   Is it because there are numerous
18      different ways to measure what you described as
19      importance?
20           A.   That's part of it.  There are numerous
21      ways, but there are other factors as well.
22           Q.   What would those factors be?
23           A.   An example would be, how a variable
24      might interact with other variables.  In the
25      presence of interaction you might have a variable
```

 1   1-28-18   SFFA v UNC, et al./1:14CV00954-LCB-JLW        COPY