# Exhibit 73

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                     Plaintiffs,

   vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                     Defendants.

_____

SECOND AMENDED DEPOSITION
OF
ANDREW PARRISH

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

_____

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

06-21-17
9:02 A.M.

_____

Dale L. Ring
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1    immediately turn our attention to.

2          Q.    When you say, "what major they are," is

3    that the major that they indicate on their

4    application?

5          A.    Correct.

6          Q.    Do you know why the off -- admissions

7    office uses race?

8          A.    I don't.

9          Q.    Have you had conversations with anybody

10   in the admissions office as to why you use race

11   when evaluating candidates?

12         A.    No.

13         Q.    Do you know what the ultimate goal is of

14   using race in the admissions process?

15         A.    I don't.

16         Q.    You never had conversations about what

17   the ultimate goal is in -- for using race?

18         A.    No.

19         Q.    Have you ever heard the term, "critical

20   mass"?

21         A.    I have.

22         Q.    What do you understand "critical mass"

23   to mean?

24         A.    I don't really understand what it is.

25   I've just heard it being used before.

1    Q.    Have you heard it within the admissions

2    office?

3    A.    Yes.

4    Q.    In what context have you heard it?

5    A.    Related to when we were recruiting

6    students for undergraduate admissions ambassador

7    program for which -- over which I oversaw.  I had

8    a conversation with somebody related -- in our

9    diversity multi-cultural affairs office about

10   critical mass and that's really the main context.

11   Q.    And, when you had those discussions, did

12   anybody talk about what critical mass -- what the

13   definition of critical mass is?

14   A.    No.

15   Q.    When the admissions office uses the

16   term, "underrepresented minority," does that

17   include Asian American applicants?

18   A.    Not to my knowledge.

19   Q.    Do you know why it doesn't include Asian

20   American applicants?

21   A.    I don't.

22   Q.    You're being handed what's been marked

23   as Exhibit 2.

24         (EXHIBIT NUMBER 2 WAS MARKED)

25   Q.    Just take a moment to familiarize

1    yourself with that document.

2    (Witness examined document)

3         Q.   Are you familiar with this document?

4         A.   I believe so.

5         Q.   And what is it?

6         A.   I believe it's a our reading document

7    that we use for admissions of -- evaluation of our

8    candidates.

9         Q.   So this is the document that admissions

10   officers review to help guide them in how they

11   review applications?

12                    MR. TULCHIN:   Objection.

13        A.   It's a document that we're handed at

14   reader training and we're basically told this is

15   the -- basically the guiding document that is

16   basically the broad aspect of how we evaluate

17   applications.

18        Q.   (Mr. Weir) The broad policy of the

19   admissions office?   Okay.

20        A.   Yes.

21        Q.   And you said at reader -- I'm sorry.

22        A.   Sorry, I realized that I nodded my head

23   so...

24   (Off-record comments)

25        Q.   So, you said at reader training this is

1    passed out.  Is reader training something that

2    happens every single year?

3         A.    Yes.

4         Q.    So you go through reader training every

5    year despite that you have experience in reading

6    applications?

7         A.    Yes.

8         Q.    And that's true for anybody that reads

9    applications?

10        A.    Yes.

11        Q.    If you could turn to page 8 of this

12   document.  I believe it's the last page.  If you

13   could read the sentence starting with, "consistent

14   with the supreme court's decision."

15        A.    Okay.

16        Q.    If you could read that for me.

17        A.    The whole sentence?

18        Q.    The whole sentence, please.

19        A.    "Consistent with the Supreme Court's

20   decision in Grutter, the race or ethnicity of any

21   student may or may not receive a plus in the

22   evaluation process, depending on the individual

23   circumstances revealed in the student's

24   application."

25        Q.    So what is meant by the word, "plus"?

1        A.    I'm not sure.

2        Q.    This is the document that you received

3    during reader training but you're not sure what

4    the word "plus" means?

5        A.    Correct.

6        Q.    What do you think it means?

7        A.    I'm not sure.  It's not something that I

8    feel like is ever something I ever think about or

9    ever comes up in our conversations when we talk

10   about applicants.

11       Q.    So you never have conversations in the

12   office as to whether a student should receive a

13   plus due to his or her race or ethnicity?

14       A.    I wouldn't say we talk about it as being

15   a plus.  That's just not the way that we discuss

16   applications.

17       Q.    During reader training, have -- have you

18   ever discussed this sentence here with anybody?

19       A.    Not that I can remember.

20       Q.    So you don't know whether any applicant

21   receives a pl -- whether a -- excuse me, let me

22   rephrase that.

23             You don't -- do you know whether any

24   applicants receive a "plus" due to their race or

25   ethnicity in the admissions off -- process?

```
1    in the office about that?

2         A.    No.

3               (EXHIBIT NUMBER 3 WAS MARKED)

4         Q.    Just take a moment to familiarize

5    yourself with this document.

6    (Witness examined document)

7         Q.    Have you reviewed it?

8         A.    Yes.

9         Q.    I just want to draw your attention to

10   the email on the bottom of the first page, I

11   believe from yourself to Jen Kretchmar.  You

12   state, "Can you tell me how many of our priority

13   groups from last year overlap?"  Who are the

14   priority groups?

15        A.    They would be the groups that are listed

16   here below.

17        Q.    So, Top NC is a priority group?

18        A.    Correct.

19        Q.    First generation college is a priority

20   group?

21        A.    Yes.

22        Q.    Underrepresented minorities are a

23   priority group?

24        A.    Yes.

25        Q.    And by underrepresented minorities, as
```

1     list?

2         A.    No.

3         Q.    You don't know who makes those decisions

4     in the office?

5         A.    I don't.

6         Q.    Do you ever nominate students to be

7     admitted off of the wait list for someone else to

8     make the ultimate decision?

9         A.    Yes.

10        Q.    Okay.  And how do you go about that

11    process of nominating a student?

12        A.    I send an email on to a colleague.  It's

13    just a short one to two sentence description of

14    why they should be considered.

15        Q.    And do you do that regularly after the

16    deposit deadlines or how -- how do you go about

17    doing that?  Do you get asked to nominate

18    somebody?  I'm just trying to get a feel for the

19    process.

20              MR. TULCHIN:  Objection.

21        A.    I -- so will you rephrase your question?

22        Q.    (Mr. Weir)  Sure.  I -- I just -- when

23    will you nominate a -- a student to be admitted

24    off of the wait list?  When does that happen?

25        A.    I can't remember exactly when it happens

1    but, we get an email from a colleague asking us to

2    respond with any students that we would like to

3    ask to be considered to be -- considered to be

4    admitted off the wait list.

5         Q.   And -- and which colleague will email

6    you?

7         A.   This past year or -- do you have a time

8    that ---

9         Q.   Sure, yeah.  Just -- let's just say this

10   -- this year.

11        A.   So, like, this year it was Ni -- Ni-Eric

12   Perkins.

13        Q.   And what about last year?

14        A.   Mm, I don't remember last year.

15        Q.   What about the year before?

16        A.   I don't remember.

17        Q.   Okay.  When you get asked to nominate a

18   student off of the wait list, how do you go about

19   picking which student to nominate?

20        A.   Usually it's a student that I've formed

21   a close personal relationship with or a student

22   that I read that I thought was particularly

23   compelling to me.

24        Q.   So when you're going through the 1500

25   applications that you're reading over the course

1    of a year, you'll remember a handful of students

2    that you think have compelling stories that you

3    think should be admitted to UNC.  And then you

4    would hold on to those toward -- at the end for

5    the wait list process?  Is that how you do it?

6              MR. TULCHIN:  Objection.

7         A.   There's typically -- yeah, a student

8    that I remember reading in the evaluation process

9    and will hang on to to see, kind of, what happens

10   to them and if I see that they're on the wait

11   list, then that might be a time that I would

12   advocate for them.

13        Q.   (Mr. Weir)  So it's somebody -- okay, I

14   got it.

15             (EXHIBIT NUMBER 9 WAS MARKED)

16             You've been handed what's marked as

17   Exhibit Number 9.  Please take a -- a moment to

18   review that document.

19   (Witness examined document)

20        A.   Okay.

21        Q.   (Mr. Weir)  And what is this document

22   there?

23        A.   Looks like an email from Jen Kretchmar.

24        Q.   And the attachment?

25   (Witness examined document)

1    Q.   I just want you to confirm that this --

2    these are individuals that were invited to this

3    event.

4    A.   Okay.   NC top PSAT, 140 plus or 1400

5    plus; NC top ACT, Top NC 32 to 36.

6    Q.   Can I just stop you there for a sec --

7    for the first line is that students who received

8    either a 140 or better or 14 -- on the PSAT or a

9    1400 or better on the SA -- SAT?

10    A.   I'm not sure, actually.

11    Q.   You drafted this document, didn't you?

12    A.   I copied this information, I believe,

13    from what Michael Davis had given me in terms of

14    what he wanted to invite.

15    Q.   So, I'll represent to you that seven

16    days ago Michael Davis testified that he copied

17    this information from you.

18    A.   Mm.

19         MR. TULCHIN:   Is there a question

20    there, Bryan?

21         MR. WEIR:   Yeah.

22    Q.   (Mr. Weir)   Do you know what this

23    information is?

24    A.   I know it's the students that we invited

25    and ---

1        Q.    Okay.  And who are these students?

2        A.    --- they're ---

3        Q.    Who did you invite to -- to Carolina and

4    Beyond?

5        A.    These students that are listed here.

6        Q.    Okay.  So did you invite students who

7    got a 140 or better or 1400 or better on the SAT?

8        A.    I think that's PSAT.  It says 140 plus

9    or 1400 plus for PSAT.

10       Q.    Okay.  So did you invite the Carolina

11   and Beyond students who got a 140 be -- or better

12   on the PSAT and students who -- or students who

13   got a 1400 or better on the SAT?

14                MR. TULCHIN:  Objection.

15       A.    Whatever's listed there, that is what we

16   invited.

17       Q.    That's who you invited?

18       A.    Yes.

19       Q.    So you invited also, if you go down to

20   the one, two, three, four -- the fifth line down,

21   "NC other PSAT."  You invited students who were

22   underrepresented.  They got between a 110 and a

23   129 on the PSAT or 1100 -- between an 1100 and a

24   1290 on the SAT?

25       A.    If that's what's listed there, then,

 1    yes, that's what we invited.

 2          Q.   Okay.  Did you invite students who were

 3    not underrepresented  who had those same test

 4    scores?

 5    (Witness examined document)

 6          A.   I'm not sure what the test score bands

 7    are for the -- the three names that are below the

 8    box where it says "out-of-state other ACT and see

 9    low SES PSAT and NC SES ACT."  So, I'm not -- I --

10    I don't know if I could answer that because I

11    don't know what the other test score bands are.

12          Q.   Did you invite students from a list

13    called "OOS, other SAT"?

14          A.   If it's listed there, then -- well,

15    actually, I don't -- maybe I -- actually I know

16    that this was a working document.  Actually I

17    don't -- I guess I should say I'm not actually

18    sure that we actually invited these students.

19          Q.   Okay.  So it's a working document

20    proposing who to invite to this?

21          A.   Yeah.

22          Q.   Did you propose that UNC invite students

23    in this band, underrepresented students who

24    received a 110 -- between a 110 and 129 on the

25    PSAT or between 1100 and a 1290 on the SAT?

1          A.    Well, we -- I think we would go lower on

2     the testing for our underrepresented students than

3     we would for our Asian & Caucasian students.

4          Q.    (Mr. Weir)  And that would -- and what

5     was the purpose for that?

6          A.    In order to make sure that we are

7     including more students.

8          Q.    So you -- the thresholds were lowered

9     for Chancellor's Science Scholars so as to

10    increase the pool of URMs that were included in

11    the pool to the committee?

12         A.    We -- we did go lower on test scores for

13    underrepresented students in order to make sure

14    that we had enough students in the pool to hand

15    over to the Chancellor's Science Scholar

16    committee.

17         Q.    In the -- not in the Chancellor's

18    Science Scholars program, but in the -- in reading

19    applications for admission, are -- do you take

20    into account that "demographic backgrounds" can

21    affect testing when you're evaluating applicants?

22         A.    Yes.

23         Q.    You do?  And how do you take that into

24    account?

25         A.    In understanding that test scores from

1      underrepresented minorities might be lower than it

2      could be for non-underrepresented students.

3           Q.   Is that -- are you instructed to take

4      that in account as a policy?

5           A.   I don't recall.  I don't know.

6           Q.   When you're getting -- I think you

7      testified earlier that there's reader training at

8      the beginning of every year.  Is that correct?

9           A.   That is correct.

10          Q.   During that reader training, do -- is

11     there a discussion of the demographic background

12     of URM students and how that can affect testing?

13          A.   I -- I don't know if it has been or not.

14     I know at least one year we were given historical

15     national averages, but I don't know.  I know that

16     happened one year, but I don't remember if it's

17     happened beyond then.

18          Q.   Okay.  And what year was that?

19          A.   I don't remember.

20          Q.   Was it in the last year or two?

21          A.   I'm not sure.

22          Q.   You can't ballpark when it is?

23          A.   Honestly, I can't.

24          Q.   Okay.  And who gave you that

25     information?

1          MR. TULCHIN:  Objection.  It's not

2    what he testified to at all.

3          A.   Will you repeat the question?

4          Q.   (Mr. Weir)  Sure.  At some point in your

5    tenure at the University of North Carolina's

6    admissions office, were you instructed to take

7    into account that demographic backgrounds can

8    affect testing with URM students?

9          A.   I remember at one point during reader

10   training that we were shown national averages for

11   various ethnic groups of students and that is what

12   I remember.

13         Q.   Okay.  You don't remember who showed you

14   that information?

15         A.   I do not.

16         Q.   Who generally conducts the reader

17   training?

18         A.   It depends on which part of it.

19         Q.   This particular part -- testing -- test

20   scores.

21         A.   I wouldn't say test scores are normally

22   a large part of our reader training.

23         Q.   I understand that.  But when you do have

24   reader training on test scores, who generally is

25   the person that handles that?

 1                    MR. TULCHIN:  Objection.

 2       A.   I can't remember testing ever beyond

 3  that one time.  I don't remember testing being a

 4  common part or being a part of reader training.

 5       Q.   (Mr. Weir)  So when you are taking this

 6  information into account -- the demographic

 7  backgrounds of URMs -- explain to me how you do

 8  that for Hispanic students.

 9       A.   I'm sorry.  Will you repeat what you

10  said again?

11       Q.   Sure.  You testified earlier that you

12  take into account that demographic backgrounds can

13  affect testing.  And specifically, you testified

14  that URM students typically have lower test scores

15  nationally.  So how do you take that information

16  into account when you're evaluating a Hispanic

17  students application?

18       A.   I understand that the test score could

19  be lower for an underrepresented group, such as

20  Hispanic students.

21       Q.   What if the student is, let's say,

22  upper-class Hispanic student?  How would that

23  change your analysis, if at all?

24       A.   What do you mean by "change my

25  analysis"?

 1          Q.   Your analysis as how to treat -- treat

 2     that particular applicant's test scores.

 3          A.   I would take the test scores at what

 4     they are.

 5          Q.   So, when you look at Hispanic

 6     applicants' test scores, do you always take into

 7     account that Hispanics, on a national level, have

 8     lower test scores?

 9          A.   I mean, I -- I look at all the factors

10     that are there and I see the test scores.  I see

11     the ethnicity.  I see all the other factors and, I

12     mean, all of it comes together in helping me form

13     my composite picture of the -- of the individual.

14          Q.   So, for all Hispanics -- when you're

15     reading Hispanics -- I just want to make sure I

16     understand what you're saying.  When you're

17     reading Hispanic applications, in the back of your

18     mind, you're always taking into account that

19     Hispanics, on a national level, have lower test

20     scores?

21                    MR. TULCHIN:  Objection.

22          A.   Well, I wouldn't say I just read

23     Hispanic applications.  But, if I'm reading an

24     application and I see that the student is

25     Hispanic, then -- yes, I know that on average,

 1    Hispanic students do score lower, nationally, on

 2    standardized testing.  So, that is -- yes, I do

 3    realize that.

 4         Q.   (Mr. Weir)  What is your understanding

 5    of how -- how Asian Americans test on a national

 6    average?

 7         A.   That they test higher than African

 8    American, Hispanic/Latino and the American Indian.

 9         Q.   Do you take that into account when

10    you're reading applications from Asian American

11    students?

12         A.   Yes.  That is one of the things I keep

13    in mind.

14         Q.   Do you treat all Asian American students

15    the same in that regard?

16         A.   In what regard?

17         Q.   In regard to their -- the national

18    average of their testing scores?

19         A.   Yes.  But I also know that, I mean,

20    they're allotted for factors that come into play

21    for each and every applicant.  First generation

22    college student, students from lower socioeconomic

23    backgrounds; I mean, there's -- there's lots of

24    factors that can affect testing ---

25         Q.   Sure.

```
1     Asian American applicants and African American

2     applicants has nothing to do with the race of

3     those two and -- two groups?

4                    MR. TULCHIN:  Objection.

5          A.   I would see the test score for an Asian

6     American or Asian just like I would see the test

7     score for an African American.

8          Q.   (Mr. Weir)  I believe you testified

9     earlier that the demographic background of these

10    two groups causes you to look at their test scores

11    differently.  Are you changing your ---

12                   MR. TULCHIN:  Objection.

13         Q.  (Mr. Weir)  --- testimony from before?

14                   MR. TULCHIN:  It's not what he

15    testified to at all.

16         A.   I'm sorry.  Repeat your question?

17         Q.   (Mr. Weir)  Sure.  I believe you

18    testified earlier, and please correct me if I'm

19    wrong, that the demographic background of -- that

20    demographic backgrounds can affect testing and

21    then, as a result, because African American

22    students, on national average, have lower test

23    scores, you look at their test scores through that

24    lens.

25         A.   Yes.  That is correct.
```

1    that's a -- "likely admissible" is a reference to

2    those test scores?

3         A.    I can't answer that question.  I don't

4    know how to answer that.

5         Q.    Okay.  All right.  1400 on the SAT and

6    32 on the ACT, that's Top NC students, right?

7         A.    That is correct.

8         Q.    Okay.

9         A.    That is the criteria that we have used

10   for the testing portion in Top NC.

11        Q.    And what do you mean by "majority"

12   there?

13        A.    Non-underrepresented.

14        Q.    Okay.  So that includes Asian American

15   students?

16        A.    That is correct.

17        Q.    And how do you know that to be the case?

18        A.    I'm sorry?  What do you mean?

19        Q.    Well, you've testified a couple other

20   things that you don't know what you meant by that,

21   but how do you know that's what you mean by

22   "majority"?

23        A.    Because that's a common term that we

24   use.

25        Q.    Are you aware that Asian Americans are,

1    in fact, in the majority?

2          A.    It's just a phrase that we've used int

3    he past and that's what I've come to understand it

4    to mean.

5          Q.    Okay.  So other people in the admissions

6    office, when they refer to "majority" they mean

7    Caucasian and Asian American students?

8          A.    As far as I'm aware.

9          Q.    Okay.  Is that a common term used in the

10   admissions office?

11         A.    I don't know how common it is.  I know

12   others have used it.

13         Q.    Okay.  After the colon there, the

14   semicolon,  1100 or 24 URM.  Is URM a reference to

15   Hispanic, African American and Asian -- and

16   American Indian students?

17         A.    Yes.

18         Q.    Okay.  And what is the reference to

19   "Eight in performance"?

20         A.    What do you mean?

21         Q.    What does that mean, "eight in

22   performance"?

23         A.    That's a performance rating that we

24   have.  We have performance ratings that go from

25   one to ten.