# Exhibit 76

1             IN THE UNITED STATES DISTRICT COURT

            MIDDLE DISTRICT OF NORTH CAROLINA

2                EASTERN DIVISION

3       Civil Action No.:  1:14-CV-00954-LCB-JLW

4   -------------------------------------

5   STUDENTS FOR FAIR ADMISSIONS, INC.,

6      Plaintiff,

7   vs.

8   UNIVERSITY OF NORTH CAROLINA, et al.,

9      Defendants.

10  -------------------------------------

11

12               DEPOSITION OF

13               JARED ROSENBERG

14            September 14, 2016

15              9:00 a.m.

16         University of North Carolina

17            110 Bynum Hall

18         222 East Cameron Avenue

19       Chapel Hill, North Carolina

20

21

22

23

24

25

1   applications, communicating with them.

2        Q.    Does Mr. Hamilton have any

3   responsibility for the reading, the review of

4   applications?

5        A.    No.

6        Q.    It's limited to just records and

7   completeness?

8        A.    Yes, uh-huh.

9        Q.    You've been handed what's been marked as

10  Exhibit 2 for this deposition.  For the record,

11  I'll just note it appears to have a Bates marking

12  of UNC3.

13            (Exhibit Number 2 was marked for

14  identification.)

15       A.    Uh-huh.

16       Q.    Do you recognize this?

17       A.    Yes.

18       Q.    Okay.  And what is this?

19       A.    This would be an organizational chart

20  for the undergraduate admissions office.

21       Q.    And is there a date on this chart?

22       A.    Yes.

23       Q.    And what is that date?

24       A.    August 2014.

25       Q.    Okay.  So I just want to kind of walk

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 3 of 31

 1   through this chart a little bit.  You can help me

 2   out with people's responsibilities and that sort

 3   of thing.

 4        A.   Uh-huh.

 5        Q.   At the very top of the chart we see

 6   Mr. Farmer.

 7        A.   Right.

 8        Q.   He's the senior most university official

 9   and has direct responsibilities for the admission?

10        A.   Yes.

11        Q.   Is he actually in the admissions office,

12   is that where his -- organizationally his position

13   is located?

14        A.   Yes.

15        Q.   And vice provost title.  Wasn't sure if

16   there was a provost office?

17        A.   There is a provost office for the

18   university.

19        Q.   But he's attached to the admissions

20   office?

21        A.   Yes.

22        Q.   And then on this chart, as of

23   August 2014, it looks like he had four people

24   directly reporting to him, if I'm following the

25   dotted lines correctly.  Maybe a few more, but we

 1   can kind of walk through them.  Let's start with

 2   Barbara Polk.

 3        A.   Uh-huh.

 4        Q.   And she's the title of senior associate

 5   deputy director?

 6        A.   Yes.

 7        Q.   What are her basic roles in the

 8   admissions office as of 2014?

 9        A.   As of 2014, again, primarily she led the

10   evaluation, and she led the evaluation team, and

11   also again, primary liaison for athletics in the

12   office.

13        Q.   It looks like she has a number of

14   reports including you on this chart?

15        A.   Yes.

16        Q.   Okay.  And it includes also, basically,

17   anyone -- strike that.

18             Under her, we see your name --

19        A.   Uh-huh.

20        Q.   -- and we see Mr. Perkins who we

21   previously discussed and we see Ms. Kretchmar, and

22   then there's Hilda Stephens, do you see that name?

23        A.   Uh-huh.

24        Q.   Who is --

25             MR. SCUDDER:  Make sure you answer

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 5 of 31

1    families, students who have out-of-state

2    addresses, may have just recently moved here.

3         Q.   And what is -- as a general matter, how

4    does the office treat in-state versus out-of-state

5    applicants?

6              MR. SCUDDER:   Object to the form.

7         A.   Can you define "treat"?

8    BY MR. STRAWBRIDGE:

9         Q.   Do out-of-state applicants generally pay

10   for in tuition than in-state applicants?

11        A.   Yes.

12        Q.   Is there a limit on the number of

13   out-of-state applicants that the university will

14   admit in a given year?

15        A.   Yes.

16        Q.   What is that limit?

17        A.   There's not a particular number.

18        Q.   Okay.  What -- so what you understand

19   the limit to be?

20        A.   The limit is -- the limit is the number

21   of students that we can admit to yield us a class

22   that doesn't go more than 18 percent out-of-state.

23        Q.   Okay.  So it's an enrollment limit as

24   opposed to an admission limit?

25        A.   Correct.

 1    possible.

 2   BY MR. STRAWBRIDGE:

 3         Q.   Do you know whether -- well, strike

 4   that.

 5              Are you familiar with the term

 6   "underrepresented minority"?

 7         A.   Yes.

 8         Q.   Does that term have a meaning within the

 9   admissions office in your experience?

10         A.   Yes.

11         Q.   Okay.  And what does that term refer to?

12         A.   Underrepresented minority would

13   typically be a student who's not Caucasian or

14   Asian, so it refers to other groups, other ethnic

15   and demographic groups.

16         Q.   Okay.  And is underrepresented minority

17   typically a term used to describe any recruitment

18   of non-Caucasian or non-Asian students?

19         A.   Yeah, it's used.

20         Q.   So outside of communications with

21   organizations, are you aware of any communications

22   that people in the UNC office have had regarding

23   their recruitment efforts of underrepresented

24   minority with anyone outside the office, not just

25   organizations?

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 7 of 31

1    for -- what is the rating program referred to on

2    that?

3         A.   So, actually, you're reading it wrong.

4    So it's "Discuss, practice and rating."

5              Program performance -- program is

6    something we rate, performance is something we

7    rate.  It's not referring to a rating program

8    overall.

9              So we do rate a student's program, which

10   is their curriculum difficulty.  We rate their

11   performance, which would be grades.  We rate their

12   extracurriculars and we rate their essays, and we

13   also rate for personal qualities.

14        Q.   Okay.  Are those separate ratings for

15   each of those categories?

16        A.   The student gets five distinct ratings,

17   one for each of the five categories.

18        Q.   Is there a combined rating --

19        A.   No.

20        Q.   Just five.  And how are those ratings

21   communicated?  What is the rating scale?

22        A.   So for program performance and

23   extracurriculars, a student is rated on a scale of

24   1 to 10.  10 being the highest rating you can get.

25              For essays and the personal qualities,

1   it's a 1, 3, 5, 7, 10 scale.  A 10 being the

2   highest you can get.  It doesn't have as many sort

3   of distinctions.

4        Q.   Okay.  So the difference between the

5   essays and the personal, I guess, is there's more

6   grades that you could technically receive on the

7   other categories?

8        A.   Yeah.  The first three, you could get a

9   1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and on essays and

10  personal qualities, it's just 1, 3, 5, 7, 10,

11  which is, basically, average, above average, below

12  average.

13       Q.   No fractions?

14       A.   No.

15       Q.   No pluses or minuses?

16       A.   No.

17       Q.   Okay.  And each reader assigns that

18  rating for each of those categories?

19       A.   The first reader, yeah.

20       Q.   What about the second readers?

21       A.   Second readers, if we're in a training

22  process, we'll sometimes recommend corrections to

23  it for new readers if they're not quite

24  calibrated, and at any time a second reading who's

25  reading an applicant, if they fully disagree with

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 9 of 31

```
 1    second reads?

 2         A.   Yes.

 3              MR. STRAWBRIDGE:  All right.  I think

 4         why don't we break there.  I think that's a

 5         good stopping point.

 6              (A lunch recess was taken from 12:07 to

 7         12:51 p.m.)

 8    BY MR. STRAWBRIDGE:

 9         Q.   Mr. Rosenberg, let me just ask a couple

10    follow-up questions about the stuff we were

11    talking about before lunch.  We were talking a

12    little bit about how the profile scores and

13    recommendations are marked on the summary sheet,

14    which I think you said people add comments and

15    gets increasingly longer.

16              What else shows up on the summary sheet,

17    if you're sitting there looking at it, what

18    information is displayed on the summary sheet?

19         A.   So at the top of the summary sheet would

20    be basic information about the applicant name,

21    address, telephone number.  It includes what major

22    they've put down that they might be interested in.

23    It will list if they're first year or transfer.

24    It will list which deadline they applied under or

25    are they a regular.  It will include if they're an
```

1  alum or not an alum.  It will include if they've

2  had a fee waiver or not fee waiver.  Their

3  ethnicity will be there as well.  It will have --

4  it will also give us the official test scores that

5  the student has.  It will list their high school,

6  their high school rank -- excuse me -- we enter in

7  GPA rank information that we have on the

8  transcript, we'll enter that in.  It will also --

9  and then it shows who the first reader application

10  is, who --

11      Q.   Just let me pause real quick.  All the

12  information you just said, is that automatically

13  populated from the Common App?

14      A.   Yes.  It's -- it's populated -- yes, is

15  the answer, it's populated from the Common App.

16  We download the Common App information and import

17  it into Connect.  It's all Common App information

18  and some of it is built-in intelligence, so if a

19  student lists UNC Chapel Hill for parents'

20  college, it will automatically populate alum:

21  "Yes, alum."

22          It has residency on them, whether

23  resident or nonresidents, and the other part

24  besides ratings and comments is along the

25  right-hand side.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 11 of 31

1          There are nomination boxes, so if you

2     want to nominate them for scholarships, for Excel,

3     if there's a Dean of Students issues, there's a

4     box you can check to make markers on an

5     application to put a category on it so they can be

6     queried later.

7          Q.   And then you said there's a place to

8     fill out the profile or the scoring or each of

9     the --

10         A.   It's a drop-down menu, so you have five

11    ratings.  It's a drop-down menu, and then there's

12    a line next to it if you want to write a little

13    bit of text about it.

14         Q.   And then is there a place for sort of

15    general comments?

16         A.   Yes.  There's also a general comment box

17    and that's basically where you formulate your

18    decision.

19         Q.   Okay.  And then -- and then there's a

20    separate box that actually captures the admit or

21    the recommendation to admit?

22         A.   Yes.  So there's a box to recommend a

23    decision with each name, so if I'm the first

24    reader on a file, you'll see my name.  It will say

25    evaluator one.  I will have picked five ratings

1  and written comments, and I will put in my

2  recommendation for a decision.  If that's the only

3  reader on that application, I'll also take that

4  decision to put it in the bottom.

5          At the bottom, there's a red field where

6  you put in the decision.  That's the actual

7  decision that would get released to the student

8  once we release it.  If I send it for a second

9  read, I would do it electronically.  A new box

10  would be created with a new name.  There's no new

11  ratings.  That person just puts their comments and

12  their recommended decision, and then at that

13  point, their recommended decision becomes the

14  decision in the red box until we do our decision

15  review, if anything's changed.

16      Q.   And you said the second reader can

17  adjust the profile ratings, for example, if they

18  feel that it's necessary?

19      A.   Yes.  We'll instruct them that if --

20  they can change it if they're way off, if it's

21  between a 5 and a 6, and you're going 6, and

22  you're going 5, we don't split hairs about it.

23          But if you feel calibrated it's more 8

24  or 9 and they're putting a 5, they will change it.

25  The second readers are the most experienced group

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 13 of 31

1  the person's reporting to, but Michael and I talk

2  all the time, so --

3       Q.   Is Reading Tips referring to something

4  particular in that bullet point we were looking at

5  earlier?

6       A.   Oh, Reading Tips would typically

7  amount -- it's kind of -- usually, I'll have newer

8  readers who have just gone through this process in

9  the last year or two.  Just give them tips to be

10  successful in reading.  That's all -- that's all

11  that refers to, about keeping up and making sure

12  certain things to pay attention to, you know, the

13  calendar, things like that.  They'll provide tips,

14  but that's more off the cuff, it's not anything

15  formal.

16       Q.   And then there's a reference to School

17  Group Review; do you see that?

18       A.   Yes.

19       Q.   What is School Group Review?

20       A.   School Group Review is -- School Group

21  Review or Decision Review -- they're used

22  interchangeably, I think, in our office -- that is

23  a review that takes place at the end of each

24  deadline before we release decisions.

25       Q.   And to back up a little bit, there are

www.huseby.com       **Huseby, Inc.  Regional Centers**       800-333-2082
*Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco*

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 14 of 31

1  two admissions cycles in a given year.

2       A.  There's three if you count transfers.

3  There's two freshman and one transfer.

4       Q.  All right.  And there's an early action

5  and then a regular decision --

6       A.  Yes.

7       Q.  -- for the freshman?

8       A.  Yes.  Early action and regular decision,

9  and then we have one transfer deadline.

10       Q.  And where does the transfer deadline

11  fall with respect to the other two?

12       A.  Transfer deadline is February 15 and we

13  release those decisions.  It's in mid April.

14       Q.  What about early action?

15       A.  Early action deadline is October 15.  We

16  usually release the last week of January.

17       Q.  And regular decision?

18       A.  Regular decision, the deadline is

19  January 15, and we release typically the last week

20  of March.

21       Q.  Okay.  If you are -- if you put in for

22  early action, do you get a yes or a no, or is

23  there a deferral process in the early action?

24       A.  There is a deferral process.

25       Q.  And are those deferrals then acted upon

www.huseby.com      **Huseby, Inc.  Regional Centers**      800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

Case 1:14-cv-00954-LCB-JLW  Document 167-10  Filed 01/18/19  Page 15 of 31

1   during the regular decision calendar?

2        A.   Yes.

3        Q.   Is the -- is anything about the

4   admissions process we just discussed in terms of

5   the mechanics of the process and the way that

6   files are read and recommended and ultimately

7   decided upon, is there any difference with respect

8   to those cycles other than obviously the times of

9   the decision?

10       A.   You mean do the applications flow the

11  same way?

12       Q.   That's my question.

13       A.   Yes.

14       Q.   Okay.  Including for transfer

15  applicants?

16       A.   Yes.  But not all readers read transfers

17  because we don't need everyone to read them.

18       Q.   It's a smaller batch?

19       A.   It's a group of about a dozen to 15

20  readers, rather than 30 to 33 that might be

21  reading freshman.

22       Q.   All right.  So -- so for -- there's a

23  school group review or a decision review process

24  for each of those cycles that you just mentioned?

25       A.   Yes.

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 16 of 31

1    Q.    Okay.  So can you describe what's

2    entailed with the School Group Review?

3    A.    Sure.  The School Group Review takes

4    place over about a three-week period at the end of

5    each deadline, so it's built into our reading

6    calendar.  So, typically, individual reviews of

7    applications are due by a certain time, and

8    typically, that time is at least three -- three to

9    four weeks before we actually will release

10   decisions.

11        The School Group Review is a review of

12   our overall decision process -- our overall

13   decision group.  And, typically, what will happen

14   is Jen Kretchmar will run projections for us and

15   she'll sort of go over the entire group, if you

16   will.  She'll look at how many admits we have, how

17   many defers we have.  She'll separate that by

18   residency.  And we'll also look at how many

19   applications may still be read for that deadline.

20   We have some that might be late completers, so

21   there might be some still holding on, and project

22   the rate that those may be admitted.

23        And, basically, the end result is to

24   say, we're over- or under admitted.  And it varies

25   from in-state and out-of-state, so it might be

1    that we're right where we need to be in-state and

2    over admitted by 200 out-of-state and we need to

3    pull back those decisions.

4         Q.   In your experience in the admissions

5    office, is there a tendency to have over admitted

6    or under admitted?

7         A.   There's been a tendency -- the long-term

8    trend, the tendency is to over admit the

9    out-of-state because there's so few spaces for

10   out-of-state, and those applicants are so stellar,

11   that it's hard to say no to some of them, so we --

12   that's the tendency.

13        In-state it kind of flows up and down.

14   Sometimes we have room to pull up, sometimes we'll

15   have to pull down.  It varies from deadline to

16   deadline and year to year, so --

17        Q.   What's the source of the name of this,

18   the School Group Review?

19        A.   Sure.  So when we review the decisions,

20   there's two goals in mind.  One is to shift a

21   batch of decisions to get us to the overall target

22   number of admits and the other is to maintain some

23   consistency within schools and to look for any

24   errors that have been made by readers, so just

25   human error.

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 18 of 31

1            So what will happen is, if we go to --
2    let's say we're in the In-state School Group
3    Review, we will go ahead and we will -- if the
4    idea is that we have to -- I don't know -- pull
5    back 100 decisions.  So let's say we've over
6    admitted by 100 and we're going to go and look for
7    100 to pull back, we'll do it by school.  So we'll
8    look at each school's decisions individually, and
9    we will look for decisions that we may be able to
10   change within the context of that school, and we
11   will also look for any errors that might have been
12   made.
13           For example, the number one kid in the
14   class, with stellar marks was denied, and you go
15   in and look and realize it's human error.
16   Somebody typed in the wrong decision.
17           But for the most part, we'll adjust
18   decisions accordingly within a school.  We simply
19   want to be able to discuss them with counselors if
20   they call.  It's not -- we don't admit, admit,
21   admit, and then suddenly change to wait list or
22   defer and then deny.  It's never that easy or neat
23   looking.  But it does give our senior group a
24   chance to go through decisions and make sure we're
25   comfortable with what we've done and we'll adjust

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW  Document 167-10  Filed 01/18/19  Page 19 of 31

1    decisions as we go along.

2         Q.    Is it batched by school for the sake of

3    convenience or because those are the people who

4    are going to have direct knowledge of one another

5    and you're more likely to call their counselor?

6              MR. SCUDDER:   Object to the form.

7         A.    It is -- it's really more so for

8    consistency.  So if you have a large high

9    school -- well, it doesn't have to be large, if

10   you just have a high school in North Carolina,

11   let's say, and we have 60 applicants from that

12   high school, we want to be able to look at those

13   decisions and if a counselor were to call and say,

14   "Why did David get in but John didn't?" we want to

15   be able to look at that and go, "Let me explain to

16   you what the subtle differences were," versus, "I

17   don't know.  Why did we not admit David?"

18              So we will look at it within a school

19   and we will make some adjustments for consistency

20   as well.  So we want to make sure that we have

21   read everyone fairly within the context of their

22   school environment with, sometimes, an over

23   arching goal of looking to pull people up or pull

24   people down.

25   BY MR. STRAWBRIDGE:

1        Q.    And when you're trying to decide when

2    to -- when to pull people up and pull people down

3    in a school group, for example, do you tend to

4    start at the least academically accomplished in

5    each high school in terms of who you might at

6    least first consider dropping?

7        A.    I can't speak for the way everybody

8    might go through it.  Again, this is just the Tier

9    2 group that would do this, the second readers.  I

10   actually -- I go student by student like this,

11   just straight down the page.  They're typically

12   sorted by GPA.  And so, typically, you're going to

13   have the strongest students first, and it might be

14   three or four pages long, but I just go line by

15   line like this as I'm looking at students.

16       Q.    So you start from the top and work your

17   way down?

18       A.    Yes.

19       Q.    But when -- in a typical case where

20   you're trying to trim students, more often than

21   not, are you trimming from the bottom up?

22       A.    Yeah.  More often than not, as you start

23   to see the decisions mixing a bit, you know, there

24   are some schools where it's really clearly

25   everyone's admitted in the first two pages, and

1   you get to the third or fourth page and the

2   decisions start to mix a little bit.  Yes, I think

3   at that point, those are some of the students I'll

4   initially highlight to go back and look at later.

5         Q.   So what -- so you said they're sorted by

6   GPA --

7         A.   Yes.

8         Q.   -- within a given school group?

9         A.   Right.  If you print that out, it will

10  be sorted by GPA.

11        Q.   What else is displayed in the school

12  group review report?

13        A.   So we display GPA.  We display rank, if

14  one exists.  We display -- the student's name is

15  there.  We have whether they are in-state or

16  out-of-state, whether they are alum or not alum.

17  We have -- a recruiting category can appear so we

18  would know if it's an athlete or not an athlete.

19  We would know if they're a first generation

20  college student.  We would know their five ratings

21  we've given them.  We would have their official

22  test scores listed, and the current decision

23  that's listed right now on their eval summary.

24        Q.   And you said that Ms. Kretchmar --

25        A.   Kretchmar.

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW  Document 167-10  Filed 01/18/19  Page 22 of 31

1        Q.    Is there information on ethnicity in

2    school group report?

3        A.    Ethnicity, no.

4        Q.    Or race?

5        A.    No.   On the school group report, no.

6        Q.    Did there used to be information about

7    race on the school group report?

8        A.    Yes.

9        Q.    When was that changed?

10       A.    I don't remember the exact year, but it

11   was probably three or four years ago that it was

12   changed.

13       Q.    Do you know why it was changed?

14       A.    I think it was changed after the Office

15   of Civil Rights request -- complaint.

16       Q.    At any point in the decision review

17   process is the race or ethnicity of the applicant

18   available to the second reader or the review

19   group, I should say?

20       A.    Yes.

21       Q.    And how is that available?

22       A.    Because any applicant we decide to click

23   in and look at, we're looking right at their eval

24   summary sheet again and their race and all the

25   other data I told you about would be up there.

1          Q.    One link away?

2          A.    You just click on the name.  The toolkit

3     itself for the school group, there's a PDF

4     printout.  But once you go into one name, you can

5     bring up an electronic version of it, and you just

6     click on the name and it opens it up.

7          Q.    Is that a piece of information that you

8     have had occasion to look at when you were doing a

9     School Group Review before?

10         A.    Yes.

11         Q.    And to what purpose?

12               MR. SCUDDER:   Objection.

13         A.    The -- in terms of what purpose would I

14    be looking at the ethnicity?

15   BY MR. STRAWBRIDGE:

16         Q.    Yes.

17         A.    Again, part of the entire review process

18    and it's a factor that we can consider, just like

19    I'll be looking at whether they're first

20    generation college, whether they're fee waiver

21    students, and reading the ratings and comments

22    that other readers have provided.

23         Q.    Prior to decisions being released

24    publicly in any given cycle, what steps, if any,

25    are taken to determine the racial composition of

1   create a diverse population and we want there to

2   be enough of a diverse population to make a

3   positive difference.

4          Q.   Is it a goal in any given year to attain

5   critical mass of underrepresented minorities on

6   campus?

7          A.   It's been mentioned in some of the

8   documents before about reaching critical mass.

9   It's not a term we really use much in our office.

10  But I've seen it before used as a goal, if you

11  will.

12         Q.   Do you have any understanding how the

13  critical mass goal would actually be measured or

14  determined to have been satisfied by the

15  admissions office?

16         A.   No.  You'd have to ask Steve Farmer.

17         Q.   Do you know if anyone else is involved

18  in trying to determine when the critical mass goal

19  has been met?

20         A.   You would have to ask Steve Farmer or

21  others that he works with.

22         Q.   Have you ever discussed or been a party

23  to discussions about whether or not race should

24  cease being a factor used for the admissions

25  process at the University of North Carolina?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 25 of 31

1    initially that would be for PQ.

2         Q.   In your experience, is the essay -- the

3    subject of the essay the primary source of

4    information you use to provide the PQ rating?

5         A.   No.

6         Q.   What is the primary source?

7         A.   Well, I don't know that there is a

8    primary source.  We certainly will use what we

9    learned in the essay to help us with that, but we

10   also have letters of recommendation from teachers

11   and counselors, and that can also help us make a

12   PQ rating.

13        Q.   And to the extent that someone's

14   ethnicity was determined to be a factor in favor

15   of their admission, that would be captured in the

16   PQ score?

17        A.   You're asking me if it's specifically

18   a -- if it was a factor in their admission?

19        Q.   If ethnicity is one of the factors --

20        A.   Right.

21        Q.   -- that UNC considers with respect to

22   their applicants?

23        A.   Yes.

24        Q.   And as a factor, it's sometimes a factor

25   that can weigh in favor of admission?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 26 of 31

1       A.   Yes.

2       Q.   And if it was factor that was going to

3   weigh in favor of an admission, is PQ where it

4   might manifest itself in the rating system?

5       A.   Potentially, yes.

6       Q.   Is there anywhere else where it would

7   manifest itself in the system?

8       A.   No, I don't believe so.

9       Q.   Of course, the ultimate decision to

10  admit is not necessarily tied to the ratings, so

11  it could also be a separate consideration, like

12  SAT score, that helps make the ultimate admit

13  decision?

14      A.   One of many factors that we consider

15  when making an admissions decision.

16      Q.   Do you guys do any analysis of how --

17  how the ratings correspond to the ultimate admit,

18  deny, or wait list decision?

19      A.   I do know that Jen Kretchmar will run

20  averages for the ratings, and she has a time -- I

21  forget when it was, might be over the summer, but

22  she'll run them so we can see, you know, the

23  average performance rating for in-state admits was

24  a 7.9, something along those lines.  She'll do the

25  same for program and the other rating scales.

1      that be critical mass?

2              MR. SCUDDER:  Objection.

3         A.   I don't know if that would be seen as a

4      critical mass.

5      BY MR. STRAWBRIDGE:

6         Q.   Can you provide, today, any definition

7      of critical mass?

8              MR. SCUDDER:  Objection.

9         A.   Again -- again, critical mass would be

10     having a diverse population in terms of having

11     underrepresented groups represented in our

12     population to a point that everyone benefits from

13     that diverse population.

14     BY MR. STRAWBRIDGE:

15        Q.   But you can't provide any more

16     specificity with respect to what would be

17     sufficient critical mass?

18             MR. SCUDDER:  Objection.

19        A.   We've never defined critical mass by a

20     number or a range in our office.

21     BY MR. STRAWBRIDGE:

22        Q.   Has there ever been any discussion

23     within your office that critical mass has been

24     reached with respect to any ethnic group?

25             MR. SCUDDER:  Objection.

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 28 of 31

1          A.   No, I don't believe we've had that

2     conversation.  I can't recall that ever coming up.

3     BY MR. STRAWBRIDGE:

4          Q.   You testified you recalled a discussion

5     at the Faculty Advisory Committee that critical

6     mass -- I'm sorry, that a race-neutral admissions

7     policy would result in less diversity than the

8     current system at UNC?

9          A.   Yes.  That was something that Jen

10    presented on faculty advisory.

11         Q.   If a race-neutral alternative was shown

12    to achieve the same or greater diversity than the

13    current use of race, do you believe that's

14    something that UNC should consider adopting?

15              MR. SCUDDER:  Objection.

16         A.   You would have to ask Steve what his

17    opinion on it would be.  I like the way the review

18    holistically, looking at the whole person without

19    a particular target in mind for any one group.

20    BY MR. STRAWBRIDGE:

21         Q.   Even when that includes a person's skin

22    color?

23              MR. SCUDDER:  Objection.

24         A.   I would like to see us be able review

25    every aspect of an applicant when making a

Case 1:14-cv-00954-LCB-JLW   Document 167-10   Filed 01/18/19   Page 29 of 31

1    A.    Not specifically, because we've had

2  different leadership in the recruitment for the

3  last couple of years.  So this is not a specific

4  document that I remember seeing the year before

5  Michael was here or when Andrea was here.  I don't

6  know that one wasn't produced, but I didn't see

7  it.

8    Q.    Okay.  And who would use this document?

9    A.    This document would be used by the

10  leadership group, and really, would be presented

11  to the entire recruitment staff to understand what

12  our goals are and what we're looking to do over

13  the next -- I guess in this case, six months.

14    Q.    And let's talk a little bit about the

15  goals at the top.

16    A.    Uh-huh.

17    Q.    The first says to, Increase market share

18  among key priority demographics that strengthen

19  diversity.

20    A.    Uh-huh.

21    Q.    And the first one is the categories that

22  we've previously been referring to as

23  underrepresented minority groups, right?

24    A.    Yes.

25    Q.    What do you understand market share to

1   refer to?

2        A.    Increasing market share, that would mean

3   increasing the percentage of those students in our

4   applicant pool in terms of having them enrolling

5   at the university.

6        Q.    And they're referred to as priority

7   demographics.

8        A.    Uh-huh.

9        Q.    And what do you understand priority to

10  mean?

11       A.    Priority demographics would be specific

12  demographics or students in particular demographic

13  backgrounds that we feel would enhance diversity.

14  So these are ones that we tend to talk more about.

15            Again, diversity comes in many ways, but

16  this is three particular areas of diversity that

17  we really do want to strengthen.

18       Q.    And there's some targets to increase the

19  number of applications and the yield on this

20  document?

21       A.    Yes.

22       Q.    Do you know -- strike that.

23            This isn't the plan for the entering the

24  class of fall 2016?

25       A.    Right.