# EXHIBIT 1



# THE MULTICULTURAL EDGE:

## RISING SUPER CONSUMERS



Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 2 of 37

# FOREWORD

**The Multicultural Edge: Rising Super Consumers** is a fresh perspective on multicultural consumers as the emerging consumer force in America today. It builds on the previous series of groundbreaking analytic reports on the attitudes and behaviors of African-American, Asian-American and Hispanic consumers and illustrates why companies should consider multicultural consumers as the cornerstone of today's successful marketing strategies.

As the nation's three largest multicultural groups continue their upward trajectory in both numbers and buying power, the need for a nuanced, culturally acute roadmap to the youngest and fastest-growing segment of the U.S. population has never been greater. This report shows that multicultural consumers, both individually and collectively, already represent more than their numerical share across a wide swathe of product categories. They are leading the way in digital devices and social media, which they use to celebrate and maintain their evolving cultural identities, as well as to connect with each other and the world around them. In many product categories, they are "super consumers," as this comprehensive report will illustrate.

Multicultural shoppers may be the key to the future, not just because of their numbers, youth and economic clout, but because their unprecedented influence on the attitudes and consumption habits of non-multicultural consumers is upending outdated assumptions and enlarging and expanding the multicultural market opportunity. What's more, the way culturally diverse shoppers cluster in certain regions and metro areas is amplifying their impact within and across all consumer groups, and extending their buying patterns. Most important, marketers and advertisers who grasp and activate the multicultural edge will be poised to connect with rising super consumers and thrive in an increasingly multicultural mainstream.

Yours truly,



**Mónica Gil**
SVP and General Manager
Multicultural Growth and Strategy



**Saul Rosenberg**
Chief Content Officer

# EXECUTIVE SUMMARY

Multicultural consumers are transforming the U.S. mainstream. Propelled by the twin engines of population growth and expanding buying power, they are at the leading edge of converging demographic and social trends that are reshaping how marketers and advertisers use culture to connect with increasingly diverse customers. By understanding the cultural essence that drives multicultural consumer behavior today, marketers and advertisers are getting a glimpse of future market trends and forging a long-term relationship with the most dynamic and fastest-growing segment of the U.S. consumer economy.

Media-savvy and socially empowered, multicultural consumers are:

- **Empowered and culture-driven shoppers,** who over-index on a wide range of products and services. In an increasing number of consumer product categories, multicultural consumers comprise a high percentage of the "Super Consumers," the top 10% of households who drive at least 30% of sales, 40% of growth and 50% of profits. Multicultural consumers, who are seeking brands that speak to their culture, self-image and aspirations, often geographically cluster with non-multiculturals who share their brand and product preferences in "Super Geos."

- **Younger than the rest of the population,** they are trendsetters and tastemakers across a broad range of categories, from food and beverage to beauty products. Cultural traditions and social aspirations that drive multicultural shopping and product behaviors are also resonating with many mainstream shoppers, which increases return on investment and magnifies the business case for reaching multicultural consumers.

- **In their prime,** multicultural consumers are starting families, making plans and establishing long-term brand relationships. The compound effect of youth and extended life expectancy make multicultural consumers a key to long-term growth for products and brands.

Copyright © 2015 The Nielsen Company

- **Expressive and inclusive, an Ambicultural® identity**[1] very often allows multicultural consumers to simultaneously maintain their cultural heritage and see themselves as part of the new mainstream, allowing them to mix and match endless choices and products to suit their effortless duality in lifestyles and tastes. They are proponents of exchange who love to share their personal cultures and explore the cultures of others.

- **Connected and mobile savvy,** multicultural consumers use their smartphones and other devices at much higher rates and more intensely than their non-multicultural counterparts. Their social network profiles are inherently cultural, and they are voracious users of mobile entertainment. Multicultural consumers over-index on popular apps that help them express their cultural and social identities.

- **Interethnic and multigenerational,** they are leading the CulturEdge®.[2] As a result, the multicultural selling proposition for marketers and advertisers extends beyond the size of the multicultural population. Just as soul food, sushi, tacos, pizza and other once-ethnic foods have become as ubiquitous as apple pie and hot dogs, the traditions, attitudes and shopping behaviors of multiculturals are influencing mainstream consumers, expanding the multicultural market opportunity.

[1,2] Ambicultural and CulturEdge are registered service marks of EthniFacts, LLC and are used with their permission.

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 03/18/19   Page 5 of 37

# CONTENTS

**EXECUTIVE SUMMARY**.............................................................................................**03**

**GLOSSARY OF ESSENTIAL TERMS**........................................................................**06**

**SECTION I—THE NEW MAINSTREAM**....................................................................**07**

GROWTH IN POPULATION AND BUYING POWER........................................................07

YOUTH DRIVES ROI ADVANTAGE..............................................................................10

MULTICULTURAL MAJORITY IN MAJOR POPULATION CENTERS.............................12

**SECTION II—MULTICULTURAL BUYING AND SUPER CONSUMERS............**15

SIGNIFICANT BUYING CATEGORIES..........................................................................15

MULTICULTURAL MIND-SETS...................................................................................17

MULTICULTURAL SUPER CONSUMERS.....................................................................18

CROSS CATEGORY SUPER CONSUMERS...................................................................21

MULTICULTURAL SUPER GEOS.................................................................................22

MULTICULTURAL AND NHWHITE CATEGORY COMPARISON....................................24

**SECTION III—CULTURALLY DRIVEN BEHAVIORS**.............................................**26**

CULTURE SUSTAINABILITY AND SHARING................................................................26

MULTICULTURAL CONSUMERS: CULTURALLY AND DIGITALLY CONNECTED.....29

**CONCLUSION**.........................................................................................................**33**

**METHODOLOGIES**.................................................................................................**34**

Copyright © 2015 The Nielsen Company

# GLOSSARY OF ESSENTIAL TERMS

**Super Consumers** are a key group to unlocking profitable growth in any category. They are the subset of consumers who drive the most value and are the most involved in a given category. Emotionally and economically engaged, they are the top 10% of households who drive at least 30% of sales, 40% of growth and 50% of profits. They are the speediest path to super insights and strategy in any business landscape and the difference between holding steady and unlocking significant growth.

**Super Geos** are geographies with a higher concentration of Super Consumers. Very often these areas have a network effect in that even people who don't qualify as Super Consumers tend to spend more on a given product category, resulting in strategically important local profit pools.

**Ambicultural** refers to the ability and willingness to function competently in two cultures. For many U.S. multicultural consumers, this is not a transition between two cultures, but rather an aspirational and behavioral destination that includes a shift from both the less and more acculturated sides of the traditional culture model.

**Multicultural Consumers** are defined using the U.S. Census Bureau definition, as being composed of several different race categories—Black, American Indian, Asian, Pacific Islander, Other, and Two or More Races. Hispanics of any race are also considered multicultural consumers, defined by the U.S. Census Bureau as an ethnicity, not a race.

**CulturEdge** refers to the social spaces where people of any race or ethnicity exchange their distinct cultures with parity and reciprocity. Those social spaces include physical places or venues with multiethnic proximity, virtual ones as in social media, shared lifestyle orientations, popular culture affinities, and more. CulturEdge consumers are adopting or have already adopted cultural attitudes and behaviors of one or more distinct cultures beyond their own.

**Non-Hispanic Whites** are defined using the U.S. Census Bureau definition, as those who identified White as their race and an ethnicity other than Hispanic/Latino. We will refer to these as NHWhite in this report.

**New Mainstream\*** is used to describe the emerging multicultural U.S. marketplace. As the population shifts, and the old mainstream becomes more diverse, it is no longer a valid business strategy to assume that ethnicity and race will eventually become irrelevant and dissolve into a homogenous "general market." Instead, marketers should adjust and update their efforts to address a new mainstream marketplace that reflects and acknowledges consumers of all races and ethnicities as the source of new social trends and business growth and develop activation strategies based on this reality.

*\*The New Mainstream: How the Multicultural Consumer Is Transforming American Business*

# SECTION I

## THE NEW MAINSTREAM

# GROWTH IN POPULATION AND BUYING POWER

## U.S. MULTICULTURAL CONSUMERS ARE 120 MILLION STRONG



| YEAR | MONTH | DAY | TIME |
|---|---|---|---|
| 2,303,185 | 191,932 | 6,310 | 263 |
| EVERY YEAR | EVERY MONTH | EVERY DAY | EVERY HOUR |

**MULTICULTURAL AMERICANS ARE A LARGE, YOUNG, AND GROWING SEGMENT.**

**MULTICULTURAL GROWTH IS A PRODUCT OF BOTH IMMIGRATION AND BIRTH RATES.**

Source: 2014–2019 Nielsen Pop-Facts demographics
Note: For our purposes, Multiculturals equal the Total Population minus the Population that is White and not Hispanic/Latino.

Multicultural consumers are the fastest growing segment of the U.S. population. Already over 120 million strong and increasing by 2.3 million per year, multicultural populations are the growth engine of the future in the United States. Hispanics, African-Americans, Asian-Americans and all other multiculturals already make up 38% of the U.S. population, with Census projections showing that multicultural populations will become a numeric majority by 2044. The U.S. Census Bureau is currently reviewing the addition of a MENA category for people of Middle Eastern or North African descent on the 2020 decennial census. Currently, largely identified as NHWhite, this potential change could affect the date of the majority-minority tipping point.

Copyright © 2015 The Nielsen Company

Multicultural growth is a product of both immigration and birth rates. In 2012, the Census Bureau announced that NHWhites accounted for a minority of births for the first time in U.S. history. For NHWhites, the number of children the average woman is predicted to have in her lifetime is 1.8, but it is higher for Hispanics (2.2) and African-Americans (1.9).[3]

In sheer numbers, Hispanics will experience the most growth among multicultural consumers, growing from 17% of the total population in 2013 to 29% by 2060. According to Census projections, by 2020, Hispanics will account for over half of all U.S. population growth and nearly 85% by 2050. African-American growth will accelerate to 18% of total population growth by 2020 and increase to 21% by 2060, while Asian-Americans will be responsible for 15% of total growth by 2020 and increase to 19%. As the NHWhite population ages, their share of growth will begin to decline. This dramatic shift will occur as a 7% growth share in 2020 for NHWhites will become a decline of 6% by 2030. In 2012, for the first time, the U.S. Census reported that due to their more advanced age profile, NHWhite mortality exceeded births, and net gains for NHWhites were based on immigration.

Multicultural and mixed-race Americans are changing the face of the future. Prior to the 2000 U.S. Census, respondents only had the opportunity to pick one box for self-ascribed race. Beginning in 2000, more than one box was allowed, and 2010 was the first opportunity to view multiple race growth data. The 2010 Census showed that within one decade, growth of the multiple-race population increased 32%, while the single race population increased by only 9%. In this environment of culture sharing and shifting, the emerging culture will be led by a mixed blend of people from various backgrounds, and no single race or ethnicity will comprise a majority. Further data from the U.S. Census American Community Survey shows that between 2006 and 2014, multiple race populations grew 77%, while NHWhites in multicultural households increased by 30%. This indicates a stronger opportunity through proximity for cultural sharing and blending that increases the pool of consumers with a multicultural mind set.

IN 2010, THE U.S. CENSUS

10-YEAR GROWTH RATE WAS **+32%**

FOR **MULTIPLE RACE** POPULATION VS.

**+9%** FOR **SINGLE RACE** POPULATION.

[3] 2013 American Community Survey

## AMERICAN DIVERSITY IS DESTINY

# 92%
OF THE TOTAL GROWTH IN U.S. POPULATION FROM 2000 TO 2014, CAME FROM MULTICULTURAL CONSUMERS

|  | POP (MILLIONS) | 2014 (%PEN) | 2060 (%PEN) |
|---|---|---|---|
| HISPANIC | 56 | 17.6% | 29.3% |
| NON-HISPANIC WHITE | 197 | 62.1% | 42.6% |
| AFRICAN-AMERICAN | 40 | 12.7% | 14.7% |
| ASIAN-AMERICAN | 16 | 5.0% | 8.2% |
| OTHER/2+ RACES | 14 | 4.3% | 8.2% |

Source: Nielsen Pop-Facts, CY2014 with U.S. Census Bureau, 2060 projections (Dec 2012) with reported numbers to exceed 100% due to allocation/overlap for Hispanics of mixed race. Included in "Other/2+" are 3.1 million native American Indian and Native Alaskans (AINA), plus 600,000 Native Hawaiian & Pacific Islanders (NHPI), all generally of moderate growth.

# EVEN AS IMMIGRATION SLOWS, AMERICA WILL INEXORABLY BECOME MORE DIVERSE.

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 05/16/19   Page 9 of 37



### GROWTH IN POPULATION BY RACE & ETHNICITY



| | 2020 | 2030 | 2040 | 2050 |
|---|---|---|---|---|
| +2 RACES* | 14.0% | 16.9% | 22.7% | 27.4% |
| ASIAN-AMERICAN | 15.0% | 16.6% | 19.2% | 19.5% |
| AFRICAN-AMERICAN | 18.2% | 18.1% | 19.9% | 21.1% |
| HISPANIC | 53.5% | 63.7% | 79.4% | 85.9% |
| NON-HISPANIC WHITE | 6.9% | -6.1% | -29.0% | -39.4% |
| Growth Volume (net new, 000s) | 12,533 | 12,064 | 10,354 | 9,869 |

**BY 2020, HISPANICS ACCOUNT FOR OVER HALF OF ALL GROWTH IN POPULATION AND 85% BY 2050.**

Source: U.S. Census Bureau, Population Projections, December 2012
*Includes native American Indian and Native Alaskans (AINA) and Native Hawaiian & Pacific Islanders (NHPI)

**2012 WAS THE FIRST YEAR THAT MORTALITY EXCEEDED BIRTHS FOR THE U.S. NHWHITE POPULATION. BY 2030, THE NHWHITE POPULATION WILL BE DECLINING ANNUALLY, AND ALL U.S. GROWTH WILL BE MULTICULTURAL.**

Most important for marketers of goods and services, U.S. multicultural buying power is growing at an exponential rate versus total U.S. consumers, increasing from $661 billion in 1990 to $3.4 trillion in 2014. This represents a percentage increase of 415%, which more than doubled the total U.S. buying power increase of 204%. The multicultural market's size, growing clout and buying power require thoughtful understanding about what the market represents to a company's bottom line.

### U.S. MULTICULTURAL BUYING POWER



+415%

$661 BILLION — 1990

$3.4 TRILLION — 2014

Source: Selig Center for Economic Growth, U.S. Census Bureau

Copyright © 2015 The Nielsen Company

# YOUTH DRIVES ROI ADVANTAGE

Multicultural populations are the fountain of youth for the U.S., and will continue to be so for many decades to come. In 2014, multicultural groups collectively represented greater than 50% of the population under age 9 versus 35% of those 45-50, and only 17% of those 80 or older, as each successive generation is showing a more multicultural skew.

Multicultural populations will keep America young and vital even as the world's other major industrial nations become older. In a global economy, the youth of America's population driven by the youth of America's vibrant multicultural population will increasingly become an advantage and make the U.S. the primary long-term growth prospect for many goods and services for years to come. U.S. Census data shows that in 2013 the median age was 37.3 years old[4]—younger than that of Russia (38.2), the United Kingdom (40.1), France, (40.4), Germany (45.1) and Japan (45.6).[5] The substantial age differential between the median age of U.S. multiculturals (30.5) and NHWhites (42) clearly shows multicultural populations are driving this vitality.

Life expectancy in the U.S. is at an all-time high according to the U.S. Centers for Disease Control and Prevention. The compound effect of life expectancy and younger median age of multicultural consumers presents a powerful long-term opportunity for businesses if loyalty can be built at an early stage. Reaching multicultural consumers can be more cost-efficient over time as their effective years of buying power are substantially greater than those of NHWhites over their life span. The collective age expectancy, particularly of Hispanics and Asian-Americans, significantly exceeds that of NHWhites and African-Americans; however, it is the compounding of life expectancy with median age that presents the real opportunity.

**EACH SUCCESSIVE GENERATION IS BECOMING MORE MULTICULTURAL WITH THE GEN NEXT POPULATION, UNDER AGE 9, ALREADY REACHING THE "TIPPING POINT."**

## AMERICAN DIVERSITY BY GENERATION



| | | MULTICULTURAL (ALL OTHER), %MC | NON-HISPANIC WHITE, %NHW |
|---|---|---|---|
| GI GEN | AGE 80+ | 16.9% | 83.1% |
| | AGE 70–79 | 21.8% | 78.2% |
| BOOMER | AGE 60–69 | 24.3% | 75.7% |
| | AGE 50–60 | 29.6% | 70.4% |
| GEN-X | AGE 45–50 | 35.0% | 65.0% |
| | AGE 40–44 | 39.7% | 60.3% |
| MILLENNIAL | AGE 30–39 | 44.5% | 55.5% |
| | AGE 20–29 | 43.8% | 56.2% |
| GEN NEXT | AGE 10–19 | 46.2% | 53.8% |
| | AGE <9 | 50.8% | 49.2% |

Source: Nielsen Pop-Facts, CY 2014 aggregate of single year age by race by ethnicity (ASRE) with collapse Race/Ethnicity into "core" diversity cohorts.

[4] 2013 ACS Median Age
[5] 2012 World Health Organization

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/16/19   Page 11 of 37

## YEARS OF EFFECTIVE BUYING POWER STRONGEST AMONG MULTICULTURAL CONSUMERS

| | NH WHITE | AFRICAN-AMERICAN | ASIAN-AMERICAN | HISPANIC |
|---|---|---|---|---|
| LIFE EXPECTANCY | 78.7 | 74.3 | 87.3 | 83.5 |
| MEDIAN AGE | 42 | 32 | 35 | 27 |
| YEARS OF EFFECTIVE BUYING POWER | 36.7 | 42.3 | 52.3 | 56.5 |

Source: CDC NCHS 2010 Life Expectancy/ACS Median Age

For marketers and advertisers, the greater years of effective buying power represented by multicultural consumers translates into a better long-term return on their marketing and advertising dollars. The effective years of buying power for African-Americans (42.3 years), Asian-Americans (52.3 years) and Hispanics (56.5 years) all exceed that of NHWhites (36.7 years). Spending smart marketing dollars on multicultural consumers today will result in many more years of consumption and consumer loyalty throughout their lifetime and increase the return on investment of those dollars spent. When evaluating a multicultural marketing spend, it is essential for marketers to consider not only the short-term ROI of that spend, but more important the long-term compound effect of a loyal, younger multicultural population with a much longer life span on the total long-term ROI of that spend.

Multicultural households tend to be larger. Higher birth rates and increasing numbers of intergenerational households are key factors in the larger size of multicultural consumer households. This multigenerational size advantage provides unique opportunities for marketers and advertisers that provide household goods and services with consumption based on household usage.



THE MULTICULTURAL POPULATION LEADS THE WAY IN EFFECTIVE YEARS OF BUYING POWER, EXCEEDING THAT OF NHWHITES. **HISPANICS** AVERAGE **19.8** MORE YEARS OF EFFECTIVE BUYING POWER, **ASIAN-AMERICANS 15.6** MORE YEARS AND **AFRICAN-AMERICANS 5.6** MORE YEARS.

Copyright © 2015 The Nielsen Company

Case 1:14-cv-20954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 12 of 37

# MULTICULTURAL MAJORITY IN MAJOR POPULATION CENTERS

Total U.S. population statistics tend to understate the reality that the multicultural future has already arrived in many states and major metropolitan areas. The multicultural population is currently over 50% in Hawaii, District of Columbia, California, New Mexico and Texas, with Nevada, Maryland, Georgia, Arizona, Florida and New York approaching majority multicultural status. In major metro areas, the reality of a multicultural future is even more apparent, as 21 of the top 25 most populated counties in the United States are already more than 50% multicultural.[6]

Knowing the cultural appeal of a brand is critical to marketers, as multicultural populations can vary widely even within metro areas, and efficient marketing today requires knowledge of multicultural density and growth that calls for not only national, but also regional, local and hyperlocal program reach.

While multicultural populations are most heavily concentrated in high population-density metro areas, their growth rates are much higher in many less populated and less urban areas where employment opportunities can be strong to attract young job seekers. Many non-border States are showing the fastest growth of multicultural populations as diversity is fueling growth across America.

**THE COMBINATION OF MAJORITY MULTICULTURAL GEOGRAPHIES AND HIGH LEVELS OF INTERETHNIC PROXIMITY MAGNIFY THE NEED FOR ETHNIC AND CROSS-CULTURAL MARKETING AND MESSAGING.**

**IN MAJOR METRO AREAS, THE REALITY OF A MULTICULTURAL FUTURE IS EVEN MORE APPARENT, AS 21 OF THE TOP 25 MOST POPULATED COUNTIES IN THE UNITED STATES ARE ALREADY MAJORITY MULTICULTURAL.**

[6] 2014 Nielsen Pop-Facts Demographics

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/16/19   Page 13 of 37



Nielsen DMAs
Ranked by % Multicultural (MC)

The deeper the shade, the higher the diversity. The more dots, greater the number of people.

- 10,000 Hispanic (17.6%)
- 10,000 Black (12.7%)
- 10,000 Asian (5.0%)

MULTICULTURAL (37.9%)

| | Avg % Pen | Index |
|---|---|---|
| Top! | 65% | 172 |
| High | 48% | 129 |
| Avg. | 38% | 101 |
| Below | 26% | 69 |
| Low | 15% | 40 |

**59% MC**
**SAN FRANCISCO**
· Hisp 25%, Black 6%, Asian 24%
· 4th ranked
· 24% Asian (477 index)
· High Chinese, Filipino

**68% MC**
**LOS ANGELES**
· Hisp 46%, Black 7%, Asian 13%
· #1 largest
· Driven by Hispanic, 46%
· 79% of Hispanics are Mexican
· High Chinese, Filipino, Korean, Vietnamese

**61% MC**
**HOUSTON**
· Hisp 37%, Black 17%, Asian 6%
· 5th ranked
· 2nd to LA, broader basis
· Vietnamese, Asian Indian, Chinese
· 75% of Hispanics are Mexican

**48% MC**
**WASHINGTON, DC**
· Hisp 14%, Black 24%, Asian 9%
· 8th ranked
· Wide mix, most upscale
· 29% of Hispanics are Salvadoran
· 24% of Asians are Asian Indian

**51% MC**
**NEW YORK**
· Hisp 23%, Black 17%, Asian 10%
· 2nd ranked
· Polyglot, driven by all
· 49% of Hispanics are Caribbean
· Asian Indian, Chinese

**TOP MARKETS COMPRISE OVER 31% OF ALL MULTICULTURAL POPULATION IN THE NATION AND ARE 65% MULTICULTURAL ON AVERAGE, A RATE THAT IS 1.7 TIMES GREATER THAN THE NATIONAL NORM.**

## HOW CAN DEMOGRAPHIC SHIFTS DRIVE MY BUSINESS STRATEGY?

1. Integrate multicultural insights into your core business strategy as multicultural consumers account for the majority of U.S. population growth and will soon offset the declining base of non-multiculturals.

2. Identify the role of multicultural consumers in your overall business strategy. If they are not the core consumer included in your strategy, they are likely to represent a vital growth opportunity.

3. Marketing to Millennials and younger generations must be driven by multicultural insights, as younger age cohorts are already over 50% multicultural.

4. Average years of effective buying power are greater for multicultural consumers, offering a tangible ROI advantage through the effect of dollars spent today.

5. Most major U.S. population centers are already majority multicultural, demanding not only specific multicultural activation, but also a strategy based on increased cultural influence on the non-multicultural population.

Copyright © 2015 The Nielsen Company

## ASIAN-AMERICANS

**POPULATION\*:** 16 million for single race; 19 million for single race alone or in-combination of mixed race
**MEDIAN AGE\*\*:** 35
**LANGUAGE\*\*:** 77% of Asian-Americans speak a language other than English at home
**EFFECTIVE YEARS OF BUYING POWER:** 52

Though Asian-Americans represent about 6% of the total U.S. population, their relative affluence allows them to disproportionally outsize their ethnic peers with an estimated $1 trillion buying power by 2018. As a largely immigrant population comprised of key Asian subsegments, they also face the delicate balancing act in propelling themselves to a fast upward mobility in U.S. society and maintaining a strong sense of their Asian identity. As such, Asian-Americans become discriminating consumers who are prepared to spend more than their ethnic counterparts on fresh produce, organic foods, eco-friendly products, electronics and buying goods online—categories that are both culturally relevant and central to their evolving Asian-American identity.

## AFRICAN-AMERICANS

**POPULATION\*:** 41 million for single race; 44 million for single race alone or in-combination of mixed race
**MEDIAN AGE\*\*:** 31
**LANGUAGE\*\*:** Primarily English
**EFFECTIVE YEARS OF BUYING POWER:** 42

Because most African-Americans can trace their status as native-born Americans going back several generations, their ambiculturalism is about balancing their aspirational identities as well as maintaining and bolstering their cultural influence and status in an increasingly multicultural society. At 13% to 14% of the population with $1.4 trillion in buying power by 2019, African-Americans have had a profound effect on the overall American population, and as early adopters of technology, this engaged and connected group has the power to inspire consumer trends. African-Americans gravitate to products that reflect their desire to maintain ties to cultural traditions and family relations in large cities and culturally to the American South.

## HISPANICS

**POPULATION\*:** 56 million; where 52% are white, 3% are black, 37% are some other race, and 6% are 2+ races
**MEDIAN AGE\*\*:** 27
**LANGUAGE\*\*:** 50.9% speak Spanish more than English, or Spanish only at home
**EFFECTIVE YEARS OF BUYING POWER:** 56

Firmly grounded by their cultural roots even as they strive to take their place in the future, Hispanics view their inherent ability to straddle multiple nationalities, races and languages as a source of strength and optimism. Buoyed by their growing numbers and buying power projected to be $1.7 trillion by 2019, they are at the crossroads of the CulturEdge, embracing technology and the cultures of others even as they seek out brands and products that reflect their social expectations and cultural values. Hispanics are looking for brands and products that speak to their present needs around larger, intergenerational families, as well as grooming products that reflect their rising self-esteem and social aspirations.

\*Population Estimates: Nielsen Pop-Facts, CY 2014
\*\*Age and Language Estimates: 2013 American Community Survey

Case 1:14-cv-00954-LCB-JLW    Document 168-2    Filed 01/18/19    Page 15 of 37

# MULTICULTURAL BUYING AND SUPER CONSUMERS

Multicultural consumers comprise a disproportionate share of many categories such as dairy, baby food and diapers, laundry supplies and detergents, school supplies and other family goods. The high percentage of families and youth, and differences in culture, personal needs and lifestyle contribute to many standout categories.

# SIGNIFICANT BUYING CATEGORIES

Of 126 grocery store categories reviewed, 45 categories (36%) over-indexed in total rate of spending for all multicultural consumers compared to non-multiculturals. All ethnic segments register high consumption of dried vegetables and grains. Baby products, diapers, sanitary protection, and cosmetics rank higher among Asian-Americans and Hispanics, possibly related to their relatively young age. Toiletries and fragrances are prominent for Hispanics and African-Americans. Refrigerated juice drinks are notable across ethnicities and are not only triggered by the prevalence of families, but also by preferences for fruit products and tropical flavors from many countries of ancestry. Sweeteners and molasses make the list for African-Americans, reflective of tastes and traditions of the American South.



Copyright © 2015 The Nielsen Company

| ASIAN-AMERICAN | | AFRICAN-AMERICAN | | HISPANIC | |
|---|---|---|---|---|---|
| **RANK** | **SHARE %** | **RANK** | **SHARE %** | **RANK** | **SHARE %** |
| ALL CATEGORIES | 3.1 | ALL CATEGORIES | 10.6 | ALL CATEGORIES | 12.7 |
| 1. ASIAN NOODLES | 15.3 | 1. ETHNIC HAIR & BEAUTY AIDS | 85.8 | 1. VEGETABLES & GRAINS DRIED | 21.9 |
| 2. VEGETABLES & GRAINS DRIED | 9.6 | 2. HOT SAUCE | 25.4 | 2. HOT SAUCE | 21.2 |
| 3. PHOTOGRAPHIC SUPPLIES | 9.3 | 3. FEMININE HYGIENE | 20 | 3. WOMEN'S FRAGRANCES | 19.7 |
| 4. DISPOSABLE DIAPERS | 6.2 | 4. WOMEN'S FRAGRANCES | 18.2 | 4. FAMILY PLANNING | 18.5 |
| 5. SKIN CARE PREPARATIONS | 6.2 | 5. UNPREPARED MEAT, POULTRY, SEAFOOD FROZEN | 17.9 | 5. BOOKS & MAGAZINES | 18 |
| 6. MEAL STARTERS – SHELF STABLE | 5.5 | 6. MEN'S TOILETRIES | 17.4 | 6. HAIR CARE | 17.9 |
| 7. FAMILY PLANNING | 5.2 | 7. PERSONAL SOAP & BATH | 17.4 | 7. MEN'S TOILETRIES | 17.8 |
| 8. BABY NEEDS | 4.9 | 8. FAMILY PLANNING | 17.2 | 8. BABY NEEDS | 17.7 |
| 9. SANITARY PROTECTION | 4.8 | 9. FRESHENERS & DEODORIZERS | 17.2 | 9. BABY FOOD | 16.7 |
| 10. ORAL HYGIENE | 4.6 | 10. JUICE DRINKS REFRIGERATED | 17 | 10. DISPOSABLE DIAPERS | 16.6 |
| 11. VITAMINS | 4.4 | 11. VEGETABLES & GRAINS DRIED | 16.8 | 11. ICE | 16.6 |
| 12. FRESH PRODUCE | 4.3 | 12. JUICE DRINKS SHELF STABLE | 16.5 | 12. COSMETICS | 16.5 |
| 13. JUICE DRINKS REFRIGERATED | 4.3 | 13. COOLERS | 16.2 | 13. SANITARY PROTECTION | 16.4 |
| 14. PERSONAL SOAP & BATH | 4.3 | 14. SPICES, SEAS, EXTRACTS | 16 | 14. CHILDREN'S COLOGNE | 16.4 |
| 15. NUTS | 4.3 | 15. SHORTENING, OIL | 15.9 | 15. MEAL STARTERS - REFRIGERATED | 16.3 |
| 16. STATIONERY, SCHOOL SUPPLIES | 4.3 | 16. GREETING CARDS, PARTY NEEDS, NOVELTY | 15.3 | 16. BOTTLED WATER | 16.2 |
| 17. COSMETICS | 4.2 | 17. BOTTLED WATER | 14.9 | 17. GROOMING AIDS | 15.9 |
| 18. WOMEN'S COSMETICS | 4.1 | 18. SUGAR SWEETENERS | 14.8 | 18. EGGS | 15.9 |
| 19. HAIR CARE | 4.1 | 19. TABLE SYRUPS/MOLASSES | 14.4 | 19. JUICE DRINKS - REFRIGERATED | 15.8 |
| 20. DRIED FRUIT | 4.1 | 20. INSECTICIDES, PESTICIDES | 14.3 | 20. PERSONAL SOAP & BATH | 15.8 |

Source: Nielsen Homescan 10/13/13 to 10/11/14

Category shares are based on Household Dollar Volume.

THE MULTICULTURAL EDGE: RISING SUPER CONSUMERS

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 17 of 37

# MULTICULTURAL MIND-SET

These attitudes and behaviors demonstrate cultural and behavioral traits unique to the various ethnicities. Asian-Americans are more likely to eat organic foods. Cultural identity is very important to African-Americans and Hispanics, and social causes are particularly meaningful to Hispanics.

**"MY CULTURAL/ETHNIC HERITAGE IS AN IMPORTANT PART OF WHO I AM"**

78% AFRICAN-AMERICAN
71% HISPANIC
61% ASIAN-AMERICAN
60% NHWHITE

**"I BUY ORGANIC FOOD"**

29% ASIAN-AMERICAN
18% HISPANIC
18% NHWHITE
14% AFRICAN-AMERICAN

**"GOING ONLINE IS ONE OF MY FAVORITE THINGS TO DO WITH MY FREE TIME"**

60% ASIAN-AMERICAN
57% HISPANIC
55% AFRICAN-AMERICAN
47% NHWHITE

**"I EXPECT THE BRANDS I BUY TO SUPPORT SOCIAL CAUSES."**

43% HISPANIC
39% AFRICAN-AMERICAN
38% ASIAN-AMERICAN
34% NHWHITE

Top 2 boxes: Agree completely or somewhat.
Source: MRI General Attitudes, Scarborough USA+ 2014 Feb 2013–Mar 2014
*Refer to the Methodologies section for further detail

Copyright © 2015 The Nielsen Company

Case 1:14-cv-20954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 18 of 37

# MULTICULTURAL SUPER CONSUMERS

Multicultural consumers can fundamentally transform categories when you consider Super Consumers at the top of the pyramid. The top 10% of a category's household consumers are the ones who can drive at least 30% of sales, 40% of growth and 50% of profits. They are product enthusiasts, fueled by an emotional and very often a cultural connection. When it comes to certain products, they herald their benefits, remain loyal and committed, and would not think of replacing them with anything else. Multicultural consumers are disproportionate Super Consumers in 15 major studied categories from dried vegetables and grains to eggs and refrigerated juice drinks, where their sales drive 38% or more of total Super Consumer sales. These multicultural Super Consumer categories have already experienced the future where many categories are likely to follow. Understanding how purchase behaviors are driven by multicultural consumer values, lifestyles, tastes and preferences is key to total market growth.

**TODAY'S MULTICULTURAL SUPER CONSUMER CATEGORIES ARE INDICATORS OF FUTURE MARKET GROWTH FOR MANY ADDITIONAL CATEGORIES.**

## MULTICULTURAL CONSUMERS AS A PERCENTAGE OF SUPER CONSUMER SALES VOLUME IN LEADING CATEGORIES



| | DRIED VEGETABLES & GRAINS | HOT SAUCE | FAMILY PLANNING | WOMEN'S FRAGRANCES | MEN'S TOILETRIES | PERSONAL SOAP & BATH | ASIAN NOODLES | SHORTENING | UNPREPARED MEAT POULTRY/SEAFOOD-FROZEN | JUICE DRINK-REFRIGERATED | BABY NEEDS | EGGS | BOTTLED WATER | FEMININE HYGIENE | SKIN CARE PREP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % | 67% | 53% | 53% | 51% | 48% | 48% | 46% | 43% | 43% | 41% | 40% | 39% | 38% | 38% | 38% |

**SUPER CONSUMERS AS PERCENT OF CATEGORY DOLLARS (%)**

| 42 | 40 | 37 | 45 | 44 | 36 | 39 | 35 | 39 | 43 | 57 | 34 | 46 | 40 | 44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Source: Nielsen Homescan 10/13/13 to 10/11/14

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 19 of 37



SAVVY ABOUT THE MULTICULTURAL SUPER CONSUMER, GOYA OFFERS 35 VARIETIES OF BEANS AND PEAS AND 40 TYPES OF RICE AND RICE MIXES. GOYA KNOWS THAT COOKING PREFERENCES, SPICES, PRODUCT AND BRAND CHOICES ARE SHAPED BY ONE'S HERITAGE AND UPBRINGING. GOYA DOES NOT JUST OFFER BASIC RICE PRODUCTS, BUT HAS EXPANDED INTO CONVENIENT SEASONED RICE MIXES TO INCLUDE CONGRI (CUBAN STYLE), YELLOW RICE (SPANISH STYLE), PAELLA VALENCIANA, MEXICAN RICE, GALLO PINTO (CENTRAL AMERICAN STYLE), COCONUT RICE (CARIBBEAN STYLE) AND OTHERS.

THESE VARIETIES ARE LIKELY TO APPEAL TO A NEW GENERATION OF MULTICULTURAL SUPER CONSUMERS AND A BROADER MARKETPLACE INFLUENCED BY CULTURAL TRENDS AND THE NEED FOR SIMPLICITY. WHILE 67% OF SUPER CONSUMERS IN THIS CATEGORY ARE MULTICULTURAL TODAY, IT IS HIGHLY LIKELY THAT THE WIDESPREAD ADOPTION OF MORE STYLES OF RICE, BEANS AND OTHER DRIED GRAINS AND VEGETABLES WILL TRANSFORM THIS CATEGORY IN THE FUTURE.

**"GOYA IS BENEFITING FROM THE AMERICAN PENCHANT FOR TAKING NATIVE FOODS AND ADDING A UNIQUELY RED-WHITE-AND-BLUE SPIN."**

—Jim Prevor,
Food Analyst and Founder,
Perishablepundit.com

Copyright © 2015 The Nielsen Company



Multicultural consumers represent 53% of hot sauce Super Consumers. This category gains steam from the multicultural core, but has grown beyond it. True to their Super Consumer standing, passionate users insist on the spicy bite with every meal, carry micro-bottles in their purses and break out the hot sauce with all kinds of dishes. Sriracha, the hot sauce named after a city in Thailand, has gained a devoted following with dedicated food festivals across the country and flavor collaborations on food products as diverse as chips, vinaigrettes, and even a new ketchup flavor. A documentary film chronicling the rise of sriracha won numerous film awards, and popular websites such as "The Oatmeal" have claimed their devotion to "the rooster sauce" with comic strips such as the one below, while several popular restaurant chains have added sriracha to their lineup.



Will prepared sushi in retail outlets surpass other traditional prep selections? There are endless new flavors flourishing on the horizon, like Cajun, cilantro, tamari, agave nectar, cardamom, dulce de leche, etc. Keeping up with multicultural trends provides a richer understanding of possibilities for future growth and expansion.

**BECAUSE MULTICULTURAL SHOPPING PREFERENCES OFTEN RESONATE WITH NHWHITES, THE TRUE DIMENSION OF THE MULTICULTURAL OPPORTUNITY CAN BE UNDERESTIMATED BY USING ONLY TRADITIONAL DEMOGRAPHIC ETHNIC SEGMENTATION MODELS.**

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 21 of 37

# CROSS CATEGORY SUPER CONSUMERS

Research has shown that the average Super Consumer is also a Super Consumer of 9 or more additional categories. Identifying these cross category Super Consumers can be a shortcut to reaching them where they are most passionate and allow marketers to further leverage multicultural Super Consumers by designing cross category promotions and strategies. An analysis of multicultural consumers who were Super Consumers of both the dried vegetable and grain category and the baby needs category showed that they also over-indexed by greater than 20% on 13 additional categories. These consumers, despite the fact that they were maintaining their cultural ties to cooking styles featuring dried grains such as rice and beans while shopping for a household with babies, were also heavier consumers of convenient meal starters such as prepackaged pasta kits, indicating an increased desire for speed and ease of preparation in cooking those meals. Marketing dollars can be stretched further if a brand owner understands the related categories their highest value consumer is buying and appeals to the underlying reasons for those purchases.

## HIGH-INDEXING CATEGORIES FOR SC OF DRIED GRAINS AND BABY NEEDS



Source: Nielsen Homescan 10/13/13 to 10/11/14

Copyright © 2015 The Nielsen Company

Case 1:14-cv-20954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 22 of 37

# MULTICULTURAL SUPER GEOS

Super Geos are defined as geographic regions and metro areas with very high concentrations of Super Consumers of a particular category. This geo-clustering of critical buyers makes it possible for brand owners to efficiently zoom in on their most valuable customers to pinpoint activation strategies where the highest value passionate buyers are most heavily concentrated. Very often these Super Geos tend to overlap with the geographic distribution of multicultural consumers, indicating a unique opportunity to serve passionate and authentic consumer demands.

The Super Consumers of dried vegetables and grains (e.g., cereals, beans, lentils, peas and rice) are heavily concentrated in 13 U.S. metro areas. These metro areas include New York, Los Angeles, San Francisco, Miami, and Houston, all areas with large concentrations of Hispanic and Asian-American populations. However, New Orleans and Nashville rise to the top as well due to cultural cooking styles tied to traditional African-American and Cajun dishes. Super Geo mapping confirms that heavy concentration multicultural markets drive much of the business in this particular category while also highlighting markets that may not have been intuitive, adding precision to market-tiering strategies and decision making.

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 03/10/19   Page 23 of 37



ography

## MARKET INDEX FOR VEGETABLES & DRIED GRAINS

**IN GENERAL, THERE IS HIGH CORRELATION AMONG HIGH-INDEXED AND MULTICULTURAL MARKETS**

With some exceptions, the top markets for Vegetables & Dried Grains (as percent of total spend) are also the top markets for high multicultural concentration



Nielsen DMAs

1 dot = 10,000
Multicultural population

MARKET INDEX

| Hot! | 121 to 149 |
| Avg. | 93 to 120 |
| Below | 70 to 92 |
| Low | 39 to 70 |

Source: Nielsen Homescan 10/13/13 to 10/11/14

Category Spend as Percent of Total. **Red** is hot, **Blue** is not!



Multicultural Super Consumers can heavily influence NHWhite consumers in these Super Geo areas. Proximity to other cultures and the sharing of cultural influences, attitudes and behaviors in these Super Geo clusters magnifies the multicultural opportunity. Just as Super Consumers have a network effect on those around them and on other categories, living near or in a high multicultural-density area can have a big influence on what non-multicultural consumers watch and buy. Very often the first place to find broader, demand-driven multicultural opportunities are majority multicultural cities/markets as well as the mainstream grocer that is closest to an ethnic one.

**SUPER GEO CLUSTERING CAN PROVIDE AN EFFICIENT TOOL FOR BUILDING EFFECTIVE DEMAND-BASED STRATEGIES. SOLID MULTICULTURAL INSIGHTS PROVIDE THE BASIS FOR APPEALING TO THE UNDERLYING MOTIVATIONS OF EACH MARKET SEGMENT WITHIN THESE SUPER GEOS.**

Copyright © 2015 The Nielsen Company

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 24 of 37

# MULTICULTURAL AND NHWHITE CATEGORY COMPARISON

Despite the cultural sharing taking place in the U.S. today, it is critical to understand the nuances and preferences of each individual consumer. Health and beauty care categories are a good example of differences between shopping behaviors of NHWhites and multicultural consumers. The top indexing categories for NHWhites are diet aids, pain remedies, medications, and cough and cold. Top categories for multicultural consumers are women's fragrances, family planning, men's toiletries, feminine hygiene, and other grooming items, indicating a younger demographic with a cultural leaning toward personal grooming.

| NHWHITE | |
|---|---|
| **HEALTH AND BEAUTY CARE DEPT** | |
| DIET AIDS | 109 |
| PAIN REMEDIES | 108 |
| MEDICATIONS/REMEDIES | 105 |
| COUGH & COLD REMEDY | 105 |
| SHAVING NEEDS | 104 |
| VITAMINS | 102 |
| FIRST AID | 102 |

| MULTICULTURAL | |
|---|---|
| **HEALTH AND BEAUTY CARE DEPT** | |
| FRAGRANCES—WOMEN | 145 |
| FAMILY PLANNING | 138 |
| MEN'S TOILETRIES | 130 |
| FEMININE HYGIENE | 125 |
| BABY NEEDS | 124 |
| SKIN CARE PREP | 118 |
| SANITARY PROTECTION | 118 |
| GROOMING AIDS | 113 |
| ORAL HYGIENE | 111 |
| HAIR CARE | 109 |
| DEODORANT | 107 |
| COSMETICS | 101 |

Source: Nielsen Homescan 10/13/13 to 10/11/14
Indices represent segment's share of Super Consumer Category $ Volume vs. segment's share of total Super Consumers HHs.

Case 1:14-cv-00954-LCB-JLW    Document 168-2    Filed 07/18/19    Page 25 of 37



**THIS TRUBLEND AD IS AN EXCELLENT EXAMPLE FROM PROCTER AND GAMBLE OF A PRODUCT TAILORED TO TODAY'S GROWING MULTICULTURAL MARKET. THE AD PROCLAIMS "NOW THERE'S A PERFECT BLEND FOR ALL OF US!"**

**IT FEATURES PINK, SOFIA VERGARA AND JANELLE MONAE. THIS PRODUCT COMES IN 21 SHADES AND CLAIMS TO BLEND WITH 99% OF SKIN TONES. NOTE THE INVITATION TO *BLIPP* THE PAGE TO FIND THE RIGHT SHADE USING AN INTERACTIVE MOBILE APPLICATION**

These health and beauty care examples show differences, but NHWhite consumers are not a monolithic buying group. Millennial non-multiculturals living in cosmopolitan urban centers have a tendency to behave more like multicultural consumers in many categories. As would be expected, a further analysis of NHWhites under the age of 35 showed that they indexed at 348 for the baby food category vs. total non-multiculturals at 93. Less obvious categories, however, like Asian noodles, had a 111 index for younger and more multiculturally influenced NHWhites vs. a total NHWhite index of 92, while hot sauces had a much higher index for younger more urban NHWhites more exposed to diverse cultures as well.

Understanding and activating the powerful nuances of exposure to diverse demographics and culture, which are affecting the purchasing behavior of the NHWhite population, while maintaining an authentic and sustained presence with each unique cultural group, is becoming an increasingly important part of driving future brand growth.

A demand-based marketing strategy built on shared passions driven by culture and a clear understanding of shifting demographic trends are the building blocks for success in the New Mainstream. Marketers that understand how multicultural marketing has evolved beyond traditional niche segmentation models and embrace the future today will be those best positioned to reap the benefits for years to come.

## KEY BUILDING BLOCKS FOR AN EFFECTIVE MULTICULTURAL STRATEGY

1.  A demand-based marketing strategy built on shared passions driven by culture and a clear understanding of shifting demographics is replacing traditional ethnic niche segmentation. This does not mean a "one size fits all" approach, but rather a holistic one built on solid multicultural insights that provide the basis for building a strategy to better serve the New Mainstream while appealing to the varying underlying motivations.

2.  Multicultural shopper insights and Super Consumer insights on the *most passionate* buyers can lead to superior marketing plans targeting single-category buyers, cross-category buyers and Super Geo clusters of motivated Super Consumers.

3.  Opportunity assessment for multicultural marketing should take into account the additive CulturEdge effect of close proximity and influence of one culture on another, broadening the scope as consumers adopt cultural attitudes and behaviors of distinct cultures beyond their own. It is not enough to merely segment by generation, race or ethnicity. Insights built on cultural understanding will provide better marketing strategies today and into the future.

Copyright © 2015 The Nielsen Company

# CULTURE SUSTAINABILITY AND SHARING

Multicultural consumers gravitate to brands, products and activities that reinforce their cultural roots while also allowing them to explore ambicultural identities and test drive a new persona. At a time when culture is increasingly recognized as a key driver of consumer behavior, understanding how people see themselves—and the myriad new ways in which they can do it—is a key building block in knowing what they buy and why. The emotional attachment derived from cultural roots is a driving factor in multicultural consumer attitudes and behaviors tied to categories, such as food, entertaining, health, beauty, family life, children, technology and media.

**"AMBICULTURAL" IDENTITY ALLOWS MANY MULTICULTURAL CONSUMERS TO SIMULTANEOUSLY MAINTAIN THEIR CULTURAL HERITAGE *AND* SEE THEMSELVES AS EQUALLY AMERICAN, ALLOWING THEM TO MIX AND MATCH ENDLESS CHOICES AND PRODUCTS TO SUIT THEIR AMBIDEXTROUS LIFESTYLES AND TASTES. THEY ARE PROPONENTS OF EXCHANGE WHO LOVE TO SHARE THEIR PERSONAL CULTURES AND EXPLORE THE CULTURES OF OTHERS.**

As multicultural consumers continue their trajectory into the American mainstream, the role of culture—and its influence in how Americans live, play and shop—has also evolved. American families across the nation have become increasingly intergenerational and interethnic, creating new links between diverse groups and accelerating tolerance and cultural plurality. As a result, the social stigma that once marginalized multicultural lifestyles is being replaced by the recognition that being different is interesting and cool.

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/16/19   Page 27 of 37

Ramen noodles, hip-hop/rap music and hip-hop fashion, dulce de leche ice cream, sriracha ketchup and habañero guacamole tortilla chips are just a few examples of products and trends driven by ethnic traditions and tastes that have been adopted by U.S. mainstream consumers. A corresponding push to move beyond ethnic and racial stereotypes is reflected in television programs like ABC's family comedies *black-ish* and *Fresh Off the Boat*, CW's *Jane the Virgin*, and the Netflix original series *Marco Polo*. Such shows feature culturally relevant African-American, Hispanic and Asian-American storylines, multiracial casts and in some cases, subtitles to make non-English-speaking scenes accessible and inviting to English-speaking CulturEdge viewers.

Savvy marketers who have noticed this shift are responding with marketing efforts that recognize ethnic identity as much more malleable, fluid and contextual, while content providers create media strategies to reach these consumers with cross-cultural and linguistic dexterity.





"CULTURE IS A KEY ELEMENT IN ANY EFFORT TO REACH TODAY'S DIVERSE CONSUMER MARKETS. BY PROVIDING A MULTICULTURAL PERSPECTIVE IN YOUR PROGRAMMING AND ADVERTISING EFFORTS, YOU CAN CONNECT WITH MULTICULTURAL AUDIENCES, AND ALSO TAP A GROWING PERCENTAGE OF NEW MAINSTREAM NON-HISPANIC WHITES WHO SHARE MULTICULTURAL ATTITUDES WHICH ARE REFLECTED IN THEIR VIEWING AND SHOPPING BEHAVIORS."

—Jacqueline Hernandez,
Chief Marketing Officer,
Hispanic Enterprises and Content,
NBCUniversal

Copyright © 2015 The Nielsen Company

**"I KNEW THAT WITH HIP-HOP, WHICH CROSSES ALL DEMOGRAPHICS AND BORDERS, 'EMPIRE' HAD TREMENDOUS POTENTIAL. OUR STRATEGY GOING FORWARD IS: DON'T BE SAFE, DON'T BE DERIVATIVE AND SWING FOR THE FENCES."**

—Gary Newman,
Chairman-CEO,
Fox Televsion Group

Media executives who were once hesitant to feature multicultural content in mainstream shows, are instead doubling down on CulturEdge content as the best way to generate buzz and attract a critical mass of viewers from across the racial and ethnic spectrum. Shows like Fox's record-breaking *Empire* and Lin Manuel Miranda's *Hamilton*, a multiracial hip-hop musical about the immigrant Founding Father, are embracing the opportunity to address formerly controversial topics and ethnic identity in American history.

That CulturEdge mix is generating interethnic attitudes and behaviors even as it redefines and enlarges the size of the total multicultural consumer market. Even as multicultural consumers welcome brands and marketing messages that reflect and acknowledge the complexity and often multilingual nature of their identities and aspirations, mainstream consumers are embracing and adopting multicultural influences as never before. Yoga, the Hindu spiritual discipline associated with health and relaxation, saw an 87% increase in U.S. product spending between 2009 and 2014, with 20.4 million enthusiasts generating $27 billion in revenues annually.[7] This unprecedented convergence of demographic, cultural and economic trends is driving new consumer attitudes and purchasing behaviors across a wide spectrum of services and product categories.

[7] 2013 The Growth of Yoga, Channelsignal.com, 2014

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 03/10/19   Page 29 of 37

n

# MULTICULTURAL CONSUMERS: CULTURALLY AND DIGITALLY CONNECTED

Technology provides both a bridge across cultural and national borders and a platform on which to explore, share and celebrate new forms of multicultural identity as well as sustaining native culture. In an age where social media, instant language translation software and personalized online avatars are melding and blurring the boundaries between race, ethnicity and nationality, multicultural consumers are not so much melting as they are morphing, merging and mashing. Technology is the great equalizer, the platform for expression, and access to information and new opportunities. Multicultural consumers see no contradiction in being many things at once, and they can reinvent themselves at will, instantly and globally.

**TECHNOLOGY PROVIDES BOTH A BRIDGE ACROSS CULTURAL AND NATIONAL BORDERS AND A PLATFORM ON WHICH TO EXPLORE, SHARE AND CELEBRATE NEW FORMS OF MULTICULTURAL IDENTITY AS WELL AS SUSTAINING NATIVE CULTURE.**

Multicultural heavy consumers* of 183 key buying categories such as vegetables and dried grains, toiletries, bread and cheese are also heavy users of social media and mobile devices. Nielsen's Electronic Mobile Measurement (EMM) was used to extract the heaviest mobile consumers in these specific categories to help marketers understand the mobile behaviors of these valuable tech enthusiasts. Multicultural heavy consumers are much more active and digitally connected than their non-multicultural counterparts. A full 82% of multicultural heavy consumers were actively using a smartphone versus 70% of their non-multicultural counterparts.

**INTERNET-CONNECTED SMARTPHONE USAGE FOR HEAVY CONSUMERS OF KEY CATEGORIES**



● MULTICULTURAL
● NON-MULTICULTURAL



88%
76%
86%

● HISPANIC ● BLACK ● ASIAN

Source: Nielsen EMM and Nielsen Homescan CPG for the period of May 1–31, 2014

*Refer to the Methodologies section.

Copyright © 2015 The Nielsen Company

Case 1:14-cv-10954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 30 of 37

Multicultural heavy consumer are 32% more likely to be in the top segment of mobile users, averaging 73 website visits per month, and are 42% more likely to use an average of 46 apps per month. In all areas of mobile behavior, the percentage of multicultural consumers over-indexed NHWhites by 32% on number of sites visited and 42% on total number of apps used.

Multicultural heavy consumers were 38% more likely than NHWhite heavy consumers to fall within the top mobile usage bracket, making an average of 921 website visits per month and spend an average of 78 total hours per month on their mobile device.

## TOTAL MOBILE APPLICATION DURATION INDEX FOR TOP THIRD OF CONSUMERS*



**MULTICULTURAL**
INDEX OF 130

**HISPANIC**
INDEX OF 143

**BLACK**
INDEX OF 124

**ASIAN**
INDEX OF 123

*Indexed to Non MC

MULTICULTURAL HEAVY CONSUMERS WERE MORE LIKELY TO BE THE
HEAVIEST USERS OF SOCIAL MEDIA BY DURATION.

## MOBILE BEHAVIOR INDEX FOR TOP THIRD OF CONSUMERS*



NUMBER OF SITES VISITED
(72.5 AVG NUM SITES)

TOTAL APPS USED
(45.8 AVG NUM APPS)

TOTAL DURATION
(77.6 AVG TTL HRS)

TOTAL VISITS
(921 AVG TTL VISITS)

● MULTICULTURAL  ● HISPANIC  ● BLACK  ● ASIAN

*Indexed to Non MC

MULTICULTURAL HEAVY USERS WERE ALSO MUCH MORE HIGHLY ENGAGED
ON MOBILE SITES THAN THEIR NON-MULTICULTURAL COUNTERPARTS

THE MULTICULTURAL EDGE: RISING SUPER CONSUMERS

Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/10/19   Page 31 of 37

Multicultural heavy consumers over-index as being top users on every social media mobile application. The heavy consumers of Facebook use the site for an average of 8.1 minutes per session.

# MOBILE APPLICATION DURATION INDEX FOR HEAVIEST USERS OF EACH MOBILE APPLICATION



**FACEBOOK**
8.1 AVG MINS
128 | 145 | 126 | 97

**GOOGLE**
3.7 AVG MINS
133 | 142 | 146 | 108

**INSTAGRAM**
7.0 AVG MINS
231 | 274 | 248 | 138

**LINKEDIN**
7.0 AVG MINS
124 | 144 | 99 | 142

**PINTEREST**
7.8 AVG MINS
100 | 129 | 60 | 107

**SNAPCHAT**
6.6 AVG MINS
137 | 184 | 62 | 175

**TUMBLR**
13.0 AVG MINS
180 | 193 | 143 | 191

**TWITTER**
8.7 AVG MINS
149 | 152 | 133 | 178

**VINE**
11.8 AVG MINS
169 | 149 | 253 | 71

**FOURSQUARE**
9.6 AVG MINS
125 | 160 | 75 | 137

- MULTICULTURAL
- HISPANIC
- BLACK
- ASIAN

*Indexed to Non MC

Source: Nielsen EMM and Nielsen Homescan CPG for the period of May 1–31, 2014

Copyright © 2015 The Nielsen Company

Case 1:14-cv-20954-LCB-JLW   Document 168-2   Filed 01/18/19   Page 32 of 37

## HOW WILL CULTURAL UNDERSTANDING HELP ME REACH MY CONSUMERS?

1. Explore key dimensions of culture—identity, environmental factors and language—using multicultural insights to uncover their impact on behavior. How culture affects people's experiences, values, attitudes and behaviors is instrumental to understanding consumer motivations.

2. Embrace cross-cultural and linguistic dexterity. Acculturation is multi-directional and affected by many factors that facilitate culture sustainability, allowing many consumers to function with duality in more than one culture.

3. Emotional passions driven by cultural roots drive shopping attitudes and behaviors. Cultural insights must be utilized to look beyond traditional ethnic niche segmentation and to create holistic marketing plans that identify and activate these shared touch points.

4. Multicultural consumers are highly proficient with technology and socially connected online. Multicultural brand advocates and positive word of mouth can be created through aggressive cross-channel digital and mass media strategies.

---

### AT&T CULTIVATES STRONG BONDS WITH MULTICULTURAL TECH CONSUMERS

"AT&T STRIVES TO REACH AND AUTHENTICALLY CONNECT WITH AFRICAN-AMERICANS THROUGH CULTURALLY RELEVANT MESSAGING IN ADVERTISING AND DIRECT MARKETING. THIS IS COMPLEMENTED BY UNIQUE BRANDED INITIATIVES SUCH AS THE AT&T NATION'S FOOTBALL CLASSIC, AT&T INSPIRED MOBILITY AND AT&T 28 DAYS. 28 DAYS IS A MARKETING PLATFORM USED IN CELEBRATION OF BLACK HISTORY MONTH. THE ELEMENTS CHANGE EACH YEAR, BUT THE GOAL OF HONORING THE PAST AND THE PRESENT REMAINS. THIS IS AN UPLIFTING INITIATIVE USED TO HONOR "GAME CHANGERS" IN THE COMMUNITY, SHOWCASE THEIR CONTRIBUTIONS, AND HIGHLIGHT THE ROLE OF TECHNOLOGY IN CREATING POSITIVE CHANGE."

—Jennifer Jones,
VP Diverse Markets, AT&T



Case 1:14-cv-00954-LCB-JLW   Document 168-2   Filed 01/16/19   Page 33 of 37

# CONCLUSION

Due to unprecedented growth in population, buying power and culture sustainability, the multicultural marketplace has gone from niche opportunity to mainstream imperative. Multicultural consumers are becoming the majority in younger generations and increasingly live in close proximity with NHWhites in interethnic communities that are reshaping and redefining the American Dream.

Multicultural consumers are in their prime family-building years and are making product choices and brand attachments for the long term. The youth and life expectancy of multicultural consumers translates into more years of effective buying power and a better long-term return on marketing and advertising dollars invested.

Multicultural consumers are trendsetters and taste makers who avidly use technology and social media to explore and celebrate their evolving identities. As multicultural consumers join the U.S. mainstream in increasing numbers, culture sustainability and cross-cultural influence will play a key role in their evolving identities and social influence.

Even as multicultural consumers welcome brands and marketing messages that reflect and acknowledge the complexity and ambicultural nature of their identities and aspirations, they are also exploring and embracing the cultures of others. Many non-multicultural CulturEdge consumers share the attitudes and purchasing tastes of multicultural consumers and magnify the value and size of the multicultural market opportunity.

Multicultural consumers and CulturEdge NHWhite consumers can share buying passions, making them demand-driven Super Consumers of many buying categories. When these Super Consumers cluster in geographic areas, or Super Geos, their shared preferences for certain brands and products amplify and extend their impact on the U.S. marketplace.

By investing in multicultural consumers today and understanding how they also influence non-multiculturals, brand owners can ensure that they will remain competitive and relevant in an increasingly multicultural mainstream. Companies that lead with multicultural insights to devise authentic sustained marketing strategies will reap the most profitable returns on their investment.

Copyright © 2015 The Nielsen Company

# METHODOLOGIES

Insights utilized in this report were sourced from the following Nielsen analytical tools and solutions. All tools offer their own representative levels of consumer insights and behavior across Hispanic, Asian-American, African-American and NHWhite respondents (based on data collection, survey/ panel design and/or fusion approaches).

**Electronic Mobile Measurement (EMM):** EMM is an observational, user-centric approach that uses passive metering technology on smartphones to track device and application usage on an opt-in convenience panel. There are approximately 5,000 panelists in the U.S. across both iOS and Android smartphone devices, and this method provides a holistic view of all activity on a smartphone, as the behavior is being tracked without interruption. The EMM data used for this report is a special fusion that was created crossing Nielsen EMM and Nielsen Homescan CPG for the period of May 1–31, 2014, to extract the top 33% of buying households consumers in 183 specific Homescan categories. These categories were selected due to their high multicultural composition. Percentages are based on the segment total intab weight.

**Homescan Panel Data:** The Homescan national panel consists of a randomly dispersed sample of households that is intended to be representative of, and projectable to, the Total U.S. market. Panel members use handheld scanners to record items with a UPC which they purchase from any outlet. Data for this report is based on Homescan panel data from 10/13/13 through 10/11/14.

**Nielsen Scarborough USA+ 2014 R1, GfK/MRI Attitudinal Insights Module:** Feb 2013 - Mar 2014. (Base: Age of respondent summaries: Adults 18 or older—Projected: 241,532,596, Respondents: 204,604). By integrating 400+ attitudinal statements and segmentations with Nielsen Scarborough's syndicated data set, this analysis reflects consumer psychographics in the studied categories. The Scarborough study is sample balanced for the Asian population only in Honolulu; the survey is not offered in an Asian language. The Scarborough study is weighted for Hispanics in 44 Hispanic markets and the survey is offered in Spanish in 40. Eight of these markets include additional Hispanic Spanish dominant sample as well.

**Super Consumer Data:** Super Consumer data consists of further analysis of the top 10% of category buying households based on Homescan panel data from 10/13/13 through 10/11/14. The top 10% of households who drive at least 30% of sales, 40% of growth and 50% of profits were analyzed for multicultural composition in the preparation of this report.

THE MULTICULTURAL EDGE: RISING SUPER CONSUMERS

# CONTRIBUTORS

Thank you to all the contributors to this report:

## NIELSEN:

Vanna Tran - Manager, Multicultural Growth and Strategy
Danielle Karmel - Senior Manager, Consumer & Shopper Analytics
Eddie Yoon - Principal, The Cambridge Group
Kathleen Mancini - Senior Vice President, Global Communications
Lara Colton - Senior Research Analyst, Client Services
Linda Deeken - Chief Content Officer, The Cambridge Group
Michael Mancini - Thought Leadership, Consumer Activation
Patrick Godefroy - Research Executive, Media Analytics
Rebecca Roussell - Senior Director, Diverse Intelligence Series

## NIELSEN EXTERNAL Advisory Council MEMBERS:

Alice Lee
Deborah Gray-Young
Ernest Bromley
Jenny Alonzo
Nita Song
Rev. Jacques De Graff

### ETHNIFACTS:

Guy Garcia
Mike Lakusta
Adrienne Pulido
Dr. Carlos Arce, Ph.D.

---

# ABOUT NIELSEN

Nielsen N.V. (NYSE: NLSN) is a global performance management company that provides a comprehensive understanding of what consumers Watch and Buy. Nielsen's Watch segment provides media and advertising clients with Total Audience measurement services across all devices where content—video, audio and text—is consumed. The Buy segment offers consumer packaged goods manufacturers and retailers the industry's only global view of retail performance measurement. By integrating information from its Watch and Buy segments and other data sources, Nielsen provides its clients with both world-class measurement as well as analytics that help improve performance. Nielsen, an S&P 500 company, has operations in over 100 countries that cover more than 90 percent of the world's population.

For more information, visit www.nielsen.com.

Copyright © 2015 The Nielsen Company. All rights reserved. Nielsen and the Nielsen logo are trademarks or registered trademarks of CZT/ACN Trademarks, L.L.C. Other product and service names are trademarks or registered trademarks of their respective companies.15/8444







AN UNCOMMON SENSE
OF THE CONSUMER™