IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:14-cv-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al. <br><br> Defendants. | **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER is before the Court in the above-captioned case on the Local Rule 7.5(b) motion of ArcelorMittal USA LLC, Ariel Investments LLC, Capitol Broadcasting Company, Inc., Cisco Systems, Inc., Cummins Inc., Duke University Health System, Inc., eBay Inc., Eli Lilly and Company, Entergy Corporation, Ernst & Young, General Motors LLC, GlaxoSmithKline LLC, The Hershey Company, HP Inc., IBM Corporation, IKEA US RETAIL LLC, KPMG LLP, Microsoft Corporation, National Association for Stock Car Auto Racing, Inc., PayPal Holdings, Inc., PepsiCo, Inc., Red Hat, Inc., The Redwoods Group, Inc., Replacements, Ltd., Research Triangle Institute, Takeda Pharmaceuticals U.S.A., Inc., United Airlines, Inc., and Yum! Brands, Inc. for leave to file a brief as *amici curiae* in support of Defendants' motion for summary judgment.

For good cause shown, the motion is GRANTED.

SO ORDERED, this the ___ day of January, 2019.

_____