# Exhibit 16

**From:** Employee 1 @admissions.unc.edu>
**Sent:** Thursday, November 06, 2014 2:13 AM
**To:** Employee 2; Employee 1; Employee 3
**Subject:** Conversation with Employee 2, Employee 1

**Employee 1 [8:46 AM]:**

Do we have 20 total merits for both in state and out of state for D1?

**Employee 2 [8:48 AM]:**

He talked about increasing the # per reader but that was the number I remember

**Employee 3 [8:50 AM]:**

lol

i make no promises on that

**Employee 2 [8:50 AM]:**

staying under 20?

**Employee 3 [8:51 AM]:**

yea.

i'm kinda kidding

^o)

**Employee 2 [8:52 AM]:**

are you half way to 20 already

**Employee 3 [8:55 AM]:**

with NC i've maybe used 3 or 4

cant quite remember but i gather i'll be heavy handed

i'm ok w it

**Employee 1 [8:59 AM]:**

I'm monitoring mine, but I'm at 12 so far with NC and OOS. There are probably 3 or 4 that I can bump off if I go too much over 20.

**Employee 1 [9:02 AM]:**

Wait, i just looked at the PPT. He said we have 30 spots for NC excel, and 20 merits (both NC and OOS) per deadline.

I thought the 20 included NC and OOS merit as well as NC Excel.

OMG! Did Arroyo come and tell y'all about the convo she had with Redacted 's mom?! I just pulled up her app. Ha!

**Employee 3 [9:05 AM]:**

lolol

no

1

Confidential; Attorneys Eyes Only UNC0224136

**Redacted**

lol

**Employee 2** [9:05 AM]:

So in the meeting he said 20/20 NC/OOS then he crunched the #s and when he sent the ppt he changed the amounts. so 30 sounds right

Who is **Redacted**? And why is this her name?

**Employee 3** [9:06 AM]:

but she showed me some other crazy spelling for a normally common name

so 30 total merit checks?

**Employee 2** [9:06 AM]:

If that is in his email or ppt

**Employee 1** [9:06 AM]:

Yep, that was **Redacted**.

**Employee 3** [9:07 AM]:

lolololol

yesssss

:D

**Employee 1** [9:07 AM]:

That's what's in the PPT. 30 Excel, but I think that's both deadlines.

It's one the slide about 2015 Excel numbers.

No idea who **Redacted** is or why that's her name. I just remember Arroyo was heated after talking to the mama.

**Employee 3** [9:09 AM]:

the names make me laugh so hard

**Employee 2** [9:10 AM]:

She should be heated because her mom is wrong for this name

**Employee 3** break her name down. **Redacted**

ebonics?

**Employee 3** [9:12 AM]:

lololol

**Redacted**

lololol

**Employee 2** [9:12 AM]:

lol

**Employee 3** [9:12 AM]:

oh gosh

**Employee 1** [9:12 AM]:

2

Confidential; Attorneys Eyes Only    UNC0224137
Case 1:14-cv-00954-LCB-JLW   Document 170-1   Filed 01/18/19   Page 3 of 9

:D

**Employee 3** [9:12 AM]:

lol

**Employee 1** [9:12 AM]:

Y'all make me happy.

**Employee 2** [9:13 AM]:

why did the mom call?

**Employee 1** [9:14 AM]:

No idea, but her middle is [Redacted] I'd probably go by that.

**Employee 2** [9:19 AM]:

Are you trying to admit her?

**Employee 1** [9:34 AM]:

So she's an 880, +130 WR. 6/185. 3, 8, 7, 3, 10. 2 APs in 12, all As in 11, works 35 hours/week. FGC, URM, FW. Single mom, unemployed. ADMIT, but writing is problematic. Saving her PID for Bridge

**Employee 2** [9:36 AM]:

Dont save that PID send her name to Damon today!!!

**Employee 3** [9:36 AM]:

oh that's nice for her.

**Employee 1** [9:36 AM]:

I already did

ECs are an 8, not 7.

**Employee 2** [9:37 AM]:

Should we hire her as a work study student?

**Employee 3** [9:37 AM]:

[E 2] you are really looking ahead for her

yall are like her guardian angels

**Employee 2** [9:38 AM]:

She will be covenant

**Employee 3** [9:39 AM]:

i hear you

(i'm so tickled about our lunch tuesday)

[E 2], put it on your calendar

1pm

after director's mtg

**Employee 2** [9:40 AM]:

I have it on my calendar

3

**Employee 1** [11:35 AM]:

Can we get excited for this brown FGC NC boy who's being raised by his grandfather, wants to become a surgeon, #2 in his class. 27 ACT. 10, 9, 5, 5, 7. Yes! Admit w/ merit!

**Employee 2** [11:35 AM]:

I am excited

But every kid I read wants to be a surgeon

**Employee 3** [11:36 AM]:

i am too but do you need more in ECs and essay for merit?

**Employee 1** [11:36 AM]:

Are they 10, 9 brown boys?!

**Employee 2** [11:37 AM]:

I am reading an Am Ind

**Employee 1** [11:37 AM]:

Oh yay! Possibly need a little more for merit, but I want to give him a shot. He lists bio as his major so he may be good for CSSP.

**Employee 2** [11:38 AM]:

Yes, each of those should be a shout out for CSS

**Employee 1** [11:38 AM]:

Oh nice. I just opened a brown girl who's an 810.

**Employee 2** [11:38 AM]:

810 total?

**Employee 1** [11:39 AM]:

Since it's either/or with Excel, I want him to have a fighting chance with merit. If he doesn't make it, he should definitely get Excel. Needless to say, he's a watchlist.

1290 w/ WR. +50 bump

**Employee 3** [11:40 AM]:

ok. just had me think of a wonderful brown girl a bit ago...1390, 5,4,4 on APs, #1 in a small class, 8/10/5/5/7

**Employee 2** [11:40 AM]:

yes, I have a question. If a student says a Cal class is AP in the app but the transcript says otherwise. How should we rate?

**Employee 3** [11:40 AM]:

i only marked her excel

**Employee 1** [11:40 AM]:

I could it.

**Employee 3** [11:40 AM]:

maybe i'll merit her

**Employee 1** [11:40 AM]:

*count

4

Confidential; Attorneys Eyes Only        UNC0224139

Sometimes the transcript on lists one semester

**Employee 2** [11:40 AM]:

ok thanks

**Employee 1** [11:40 AM]:

Is she NC E3 ?

**Employee 3** [11:41 AM]:

yea

did i just become crazy?

**Employee 1** [11:41 AM]:

Give her a chance at merit

**Employee 3** [11:41 AM]:

ok

thanks

yayayayyaya

**Employee 1** [11:41 AM]:

Aid/scholarships are why we lost alot of this URM kids

**Employee 2** [11:42 AM]:

I still use that Andrea observation. If its brown and above a 1300 put them in for merit/Excel

Yes, the ASQ tells us that every year

I just read a blk girl who is an MC and Park nominee

wants science potential engr

**Employee 3** [11:44 AM]:

oooh fun

and i know about the ASQ, i was just getting caught in these average ECs/Ess's

**Employee 1** [11:52 AM]:

Ooohhh, a beast! I know I'm harder with my EC , essay and PQ ratings although I feel as though I've been using more of the scale this year, but with these URM/FGC/FW kids, I'm trying to at least give them the chance to compete even if the ECs and essays are just average.

I don't think I can admit or defer this brown girl.

**Employee 2** [11:53 AM]:

Yeah its hard

**Employee 1** [11:54 AM]:

Testing, ECs and performance are too low for me to even make an argument

**Employee 3** [11:56 AM]:

yep. gotta let her go

**Employee 2** [11:57 AM]:

Confidential; Attorneys Eyes Only

UNC0224140

5,5,6,5,5 [E3]?

**Employee 3** [11:59 AM]:

huh?

a brown kid

in NC?

OR are you being funny [E2]?

**Employee 2** [12:00 PM]:

being funny

**Employee 3** [12:00 PM]:

bump you

**Employee 1** [12:01 PM]:

Why are y'all fighting?

**Employee 3** [12:01 PM]:

and i think i used to say 56555 NC kids were generally admits

**Employee 2** [12:01 PM]:

for real 4/9/6/7/7 27ACT 6/358 Pogue AM ind

**Employee 1** [12:01 PM]:

Um, yes!

**Employee 2** [12:01 PM]:

Wrong test score 26

**Employee 1** [12:01 PM]:

Still yes, give these brown babies a shot at these merit $$

**Employee 3** [12:02 PM]:

is the kid actually doing work connected to diversity & bringing folks together?

**Employee 2** [12:02 PM]:

She is within her lumbee comty

**Employee 3** [12:02 PM]:

ok

awesome

go for it

**Employee 2** [12:02 PM]:

Goal to open a clinic within her cmty

**Employee 1** [12:03 PM]:

You can do Pogue and merit, or is it either/or?

**Employee 2** [12:03 PM]:

6

Confidential; Attorneys Eyes Only  UNC0224141
Case 1:14-cv-00954-LCB-JLW   Document 170-1   Filed 01/18/19   Page 7 of 9

You can do merit and Pogue

**Employee 1** [12:03 PM]:

OK, training and last year are a blur to me

**Employee 2** [12:03 PM]:

I am only doing Pogue for this one

**Employee 3** [2:12 PM]:

Again...Can this kid have Excel w/ average EC/ES but 32/10/10..2 of 99 in class...APs 5,5,4,4,43

i'm going to be an over-checker at this rate

NC...no spec indicators

**Employee 2** [2:13 PM]:

Im trying to understand all the numbers

**Employee 3** [2:14 PM]:

oh 32/10/10....2/99 class rank

**Employee 2** [2:14 PM]:

what are the EC/ess

**Employee 3** [2:14 PM]:

6/5

**Employee 2** [2:15 PM]:

It could be but you are going to have a # of 32/10/10, you cant give everyone excel

the essays/EC and Rec should play a role

**Employee 1** may disagree

**Employee 1** [2:16 PM]:

I would be at a no, if there's nothing else compelling. Jared said on Tuesday that there needs to be more.

**Employee 3** [2:16 PM]:

ok...i'll start backing off. but jot down the pid's consistently

i'll tighten up now

**Employee 1** [2:17 PM]:

I think that's a good approach. Jared specifically said that every 10/10 in NC isn't Excel.

**Employee 3** [2:17 PM]:

cool. i wasnt in the room for that

:-)

**Employee 2** [2:51 PM]:

perfect 2400 SAT All 5 on AP one B in 11th

**Employee 1** [2:54 PM]:

Brown?!

7

Confidential; Attorneys Eyes Only  UNC0224142
Case 1:14-cv-00954-LCB-JLW   Document 170-1   Filed 01/18/19   Page 8 of 9

**Employee 2** [2:54 PM]:

Heck no

Asian

**Employee 1** [2:54 PM]:

Of course

Still impressive

**Employee 2** [2:55 PM]:

Natl Chess player ranked ███ in the nation

goes to NCSSM

**Employee 3** [3:37 PM]:

there's my 2nd F

**Employee 1** [3:53 PM]:

Ha...still haven't seen one but had a D earlier.

**Employee 2** [3:54 PM]:

I havent seen an F yet. Seen a few D's

**Employee 1** [4:58 PM]:

Phew, I'm tired.

**Employee 3** [5:09 PM]:

off to hot yoga...i may need to sign back on later tonight:-/

hugs to you both

**Employee 2** [5:11 PM]:

have a good time

8

Confidential; Attorneys Eyes Only                                                              UNC0224143
Case 1:14-cv-00954-LCB-JLW   Document 170-1   Filed 01/18/19   Page 9 of 9