# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,** | |
| **Plaintiff,** | |
| **v.** | |
| **UNIVERSITY OF NORTH CAROLINA et al.,** | |
| **Defendants.** | |

## JOINT MOTION FOR EXTENSION OF TIME
## FOR REMAINING SUMMARY JUDGMENT BRIEFING

Plaintiff Students for Fair Admissions, Inc. and the UNC-Defendants jointly request that the Court issue an order setting the deadlines for remaining summary judgment briefing consistent with the Court's previously entered scheduling order.

In support of this Motion, the parties state as follows:

1. On March 13, 2018, the Court issued an order relating to the conclusion of expert discovery and summary judgment briefing, finding that good cause existed to grant the parties' joint motion for extension of time. (Dkt. 129.)

2. In the March 13, 2018 Order, the Court ordered that briefs in opposition to summary judgment shall be due 45 days after any motion for summary judgment and reply briefs shall be due 30 days after that. (*Id.*)

3. On September 18, 2018, the Court ordered an additional period of limited discovery (Dkt. 149.) Pursuant to that Order, the Court ordered that any motions for summary judgment be due January 18, 2019. (*Id.* at 8.) The September 18, 2018 Order did not address the deadlines for briefs in opposition or reply briefs. Pursuant to Local Rule 7.3 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, any response to a motion to summary judgment shall be filed within 30 days and any reply brief within 14 days.

4. As set forth in their previous Joint Motion for Extension of Time and Case Deadlines (Dkt. 128), the parties submit that a brief extension of the default deadlines for summary judgment briefing consistent with the Court's March 13, 2018 Order are in the interests of justice and do not unfairly prejudice any party. The parties do not request the modifications to unduly delay this matter or for any other improper purpose but to simply restore the status quo consistent with the March 13, 2018 Order.

WHEREFORE, SFFA and UNC-Defendants respectfully request that the Court grant the parties leave to file briefs in opposition to the pending motions for summary judgment by March 4, 2019 (45 days) and reply briefs by April 4, 2019 (30 days).

A proposed Order is attached.

Respectfully submitted this 24th day of January, 2019.

JOSHUA H. STEIN
Attorney General

/s/ Patrick Fitzgerald
Patrick Fitzgerald
Amy Van Gelder
Lara Flath
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: patrick.fitzgerald@skadden.com
E: amy.vangelder@skadden.com
E: lara.flath@skadden.com
E: marianne.combs@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Nora Sullivan
Nora Sullivan
Assistant Attorney General
NC State Bar No. 43284
E: nsullivan@ncdoj.gov

*Attorneys for Defendants*

3

Respectfully submitted this 24th day of January, 2019.

/s/ Thomas R. McCarthy
Thomas R. McCarthy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: tom@consovoymccarthy.com

/s/ William S. Consovoy
William S. Consovoy
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: will@consovoymccarthy.com

/s/ J. Michael Connolly
J. Michael Connolly
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
E: mike@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 270120-1029
(336) 704-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Joint Motion for Extension of Time for Remaining Summary Judgment Briefing via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 24th day of January, 2019.

/s/ Lara Flath
Lara Flath