IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF NORTH CAROLINA et al.,**<br><br>Defendants. | |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff and the UNC-Defendants' Joint Motion for Extension of Time for Remaining Summary Judgment Deadlines. (Dkt. 172.)

IT IS HEREBY ORDERED that the schedule for remaining summary judgment briefing set forth in the Joint Motion for Extension of Time for Remaining Summary Judgment Deadlines (Dkt. 172) is GRANTED. Any briefs in opposition to motions for summary judgment shall be due March 4, 2019 and any reply briefs shall be due April 4, 2019.

This the ___ day of January, 2019.

_____
Joe L. Webster
United States Magistrate Judge