IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14CV954 |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court in the above-captioned case on the Local Rule 7.5(b)

motion of ArcelorMittal USA LLC, Ariel Investments LLC, Capitol Broadcasting Company,

Inc., Cisco Systems, Inc., Cummins Inc., Duke University Health System, Inc., eBay Inc., Eli

Lilly and Company, Entergy Corporation, Ernst & Young, General Motors LLC,

GlaxoSmithKline LLC, The Hershey Company, HP Inc., IBM Corporation, IKEA US

RETAIL LLC, KPMG LLP, Microsoft Corporation, National Association for Stock Car

Auto Racing, Inc., PayPal Holdings, Inc., PepsiCo, Inc., Red Hat, Inc., The Redwoods

Group, Inc., Replacements, Ltd., Research Triangle Institute, Takeda Pharmaceuticals

U.S.A., Inc., United Airlines, Inc., and Yum! Brands, Inc. for leave to file a brief as *amici*

*curiae* in support of Defendants' motion for summary judgment.

Based on representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED.

This, the 12th day of February 2019.

/s/ Loretta C. Biggs
United States District Judge