# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                **Plaintiff,**

**v.**

THE UNIVERSITY OF NORTH
CAROLINA et al.,

                **Defendants.**

**CASE NO. 1:14-CV-954**

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description of Exhibit |
|---|---|
| 127 | Excerpts from Deposition Transcript of Stephen M. Farmer |
| 128 | Excerpts from Deposition Transcript of Peter Arcidiacono |
| 129 | Excerpts from Deposition Transcript of Richard Kahlenberg |
| 130 | Excerpts from Deposition Transcript of Andrew Parrish |
| 131 | Excerpts from Deposition Transcript of Ni-Eric Perkins |
| 132 | Excerpts from Deposition Transcript of Michael W. Davis |