# EXHIBIT 127

**Excerpts from Deposition Transcript of Stephen M. Farmer**

```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW
```

STUDENTS FOR FAIR
ADMISSIONS, INC.,

                      Plaintiffs,

    **vs.**

UNIVERSITY OF NORTH
CAROLINA, et al.,

                      Defendants.

---

### AMENDED DEPOSITION
### OF
### STEPHEN FARMER

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC 27514

                      06-28-17
                      8:24 A.M.

                 Michael B. Lawrence
                   Court Reporter

               Civil Court Reporting, LLC
                  P.O. Box 1146
                 Clemmons, NC 27012
                  (336) 406-7684

```
 1         Q.   Do you -- do you understand what I mean
 2   if I refer to a holistic admissions process?
 3         A.   I do.
 4         Q.   And what -- what's meant by holistic
 5   admissions to you?
 6         A.   That we consider students as individuals
 7   and that we consider students on the whole of
 8   their circumstances. And we consider them in a
 9   nonformulaic way, in a way that's respectful of
10   them as persons.
11         Q.   Did the University of Virginia at the
12   time you were working there, did it have a
13   holistic admissions process?
14         A.   I think so, yes.
15         Q.   Okay. Did -- are there any meaningful
16   differences in -- in the holistic nature of their
17   process versus how UNC does it today?
18         A.   What do you mean by meaningful?
19         Q.   I guess is there -- is there any
20   distinction in terms of -- of how applications
21   would be considered with respect to the types of
22   criteria that would be looked at when you were in
23   the University of Virginia versus UNC today to the
24   best of your recollection?
25         A.   I -- I'm sorry. I can't recall. It's
```