# EXHIBIT 128

# Excerpts from Deposition Transcript of Peter Arcidiacono

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiffs,

vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

        Defendants.

_____

DEPOSITION
OF
PETER ARCIDIACONO

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
_____

TAKEN AT THE OFFICES OF:
THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

06-29-18
9:28 A.M.

_____

P. Jordan Powers
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

```
 1      form of the question.
 2           A.    That's correct.
 3           Q.    (Mr. Fitzgerald)  And you're not
 4      planning to offer an opinion as to whether
 5      Carolina engages in intentional discrimination
 6      against Asian Americans, correct?
 7           A.    That's correct.
 8           Q.    And in your January report you discussed
 9      the school group review process.  You are not
10      planning to offer any opinions about school group
11      review, correct?
12           A.    That's correct.
13           Q.    And you're not offering any opinion or
14      planning to offer any opinion that Carolina uses
15      its wait list to effect a racial composition of
16      admits, correct?
17                 MR. STRAWBRIDGE:  Object to the
18      form of the question.
19           A.    That's correct.
20           Q.    (Mr. Fitzgerald)  And you would agree
21      that Carolina allows applicants to apply via early
22      action, correct?
23           A.    Correct.
24           Q.    And early action is a program at
25      Carolina that allows the applicant to apply early
```

1    Q.   And are you going -- planning to offer
2  any opinion that to the extent there's a
3  difference in how early action applicants are
4  considered versus regular decision, that that is
5  motivated by race in any way?
6              MR. STRAWBRIDGE:  Object to the
7  form of the question.
8    A.   Sorry.  Can you repeat the question?
9    Q.   (Mr. Fitzgerald)  To the extent that you
10 see a difference in the admission rates for early
11 action applicants versus regular decision
12 applicants, are you offering any opinion that that
13 difference is motivated by race in any way?
14   A.   No.
15   Q.   And do you understand that Caroline
16 Hoxby appears to address a different question in
17 her reports than you do?
18             MR. STRAWBRIDGE:  Object to the
19 form of the question.
20   A.   That's correct.
21   Q.   (Mr. Fitzgerald)  Okay.  What question
22 do you understand her to be addressing?
23   A.   Well, she has a number of questions.
24 Some that are directly related to these questions
25 about, you know, the role of race in the