# EXHIBIT 129

**Excerpts from Deposition Transcript of Richard Kahlenberg**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

 3

 4   STUDENTS FOR FAIR ADMISSIONS, )   CASE NO: 1:14-CV-954

 5   INC.,                         )

 6             Plaintiff,          )

 7   -vs-                          )

 8   THE UNIVERSITY OF NORTH       )

 9   CAROLINA AT CHAPEL HILL, et   )

10   al,                           )

11             Defendants.         )

12   _____ )

13

14             DEPOSITION OF RICHARD KAHLENBERG

15                   Washington, D.C.

16                   July 11th, 2018

17                      9:00 a.m.

18

19

20

21

22   REPORTED BY:  Alexandria Kaan
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 2 of 9

1  questions:  The first would be:  Does the alternative
2  provide the educational benefits of diversity?  And by
3  that I mean the benefits that derive from racial
4  diversity; economic diversity; geographic diversity
5  primarily.  So is the university still able to achieve
6  the educational benefits of diversity?  In addition
7  there's a question of maintaining the mission of the
8  university to -- that may include commitment to academic
9  excellence.  So a viable or workable, race-neutral
10 alternative, would not require -- I think the Supreme
11 Court has said in the past -- dramatic change in the
12 academic preparedness of students.  So when I think
13 about a workable alternative, that's primarily what I
14 think of.
15    Q.  Do you use "workable" and "viable"
16 interchangeably?
17    A.  Yes.
18    Q.  And "feasible"?
19    A.  Yes.
20    Q.  And your understanding -- your definition of
21 workable, viable, or feasible:  If racial diversity were
22 significantly decreased and geographic and socioeconomic

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 3 of 9

1  A.  Off the top of my head, I think that's right.

2  Q.  And in your January report at page 58, on the

3  topic of "Recruitment", at the second paragraph it says

4  here:  "Nevertheless, the bottom line result suggests

5  that UNC does a poor job of recruiting socioeconomically

6  disadvantaged applicants, many of whom are

7  under-represented minorities."

8  A.  Yes.

9  Q.  "For example, UNC does an especially poor job

10  recruiting applicants whose parents do not have a

11  college degree."  I just want to make sure I understand

12  the entire basis for your statement.  So what is your

13  statement based upon in terms of deciding UNC does a

14  poor job at recruitment?

15  A.  So it's based on a number of things.  But as one

16  data point, it's the disparity in the number of adults

17  who lack a four-year degree in the North Carolina

18  population and the percentage who apply to UNC.  So I'm

19  not suggesting they need to be exactly the same, but if,

20  for example, there were 72 percent of students in North

21  Carolina were African-American and 21.8 percent of

22  applicants were African-American, to me that would raise

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 4 of 9

1  a red flag that more could be done to recruit such
2  students.  As I say, this isn't dispositive but it's a
3  red flag to suggest more could be done.
4      Q.  And with regard to the topic of increasing
5  community college transfers, what exactly would your
6  proposal be for how UNC would go about doing this?
7      A.  Well, we did not run a simulation on precisely
8  what could be done.  But in broad terms, University of
9  North Carolina has the C step program working with, I
10 believe, 10 community colleges in the state, that UNC
11 itself regards as a successful way of recruiting
12 disadvantaged and under-represented minority students on
13 to campus.  There are a much larger number of community
14 colleges in North Carolina than are participating in the
15 C step program.  So one step would be to expand that
16 program to a larger number of community colleges.
17     Q.  Would you expect that Carolina would maintain the
18 same size freshman class and increase number of
19 transfers?  Or would they shrink the freshman class and
20 balance it out by taking in more transfers later?
21     A.  That's something UNC would want to judge.  I
22 mean, what are the equities here?  What makes more sense

www.huseby.com         Huseby, Inc. Regional Centers        800-333-2082
           Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 5 of 9

1    Q.  Yes.  Page 37.

2    A.  37, okay.  So in my opening report and then
3  subsequent reports, I reference the idea that a number
4  of university officials, or universities, have partnered
5  with particular disadvantaged high schools to increase
6  the pipeline of students who would be -- could succeed
7  at their institution.  And so the type of programs are
8  ones in which university students may volunteer at high
9  schools, and help mentor particular individuals; where
10 professors might work with the teachers to help develop
11 a powerful curriculum.  So the concept is that the
12 university is in essence adopting a particular set of
13 high schools that they will work closely with and try to
14 raise the academic achievement in those schools; schools
15 that are targeted because they are high-minority,
16 high-poverty schools.  And therefore those students from
17 those high schools would be in a good position to
18 compete on the merits to get into those institutions.
19 And in my earlier reports I reference some specific
20 examples of colleges that have done that.  And Professor
21 Hawksby took this in a very different direction, and
22 didn't discuss the likely impact of that type of a

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 6 of 9

1  program, and instead took the word "partnership" to mean
2  we're going to admit students from these underprivileged
3  high schools, which is an interesting approach to
4  consider but it's in essence one third of the
5  socioeconomic preference that I described in the earlier
6  reports.  That is:  You want to look at family
7  socioeconomic status, neighborhood socioeconomic status,
8  and school socioeconomic status.  And she's doing a
9  third in her simulations; looking at socioeconomic
10 status of schools, but ignoring the pool of applicants
11 who might be low-income and high-achieving but attend a
12 middle-class school; or are high-achieving and
13 low-income and live in a middle-class neighborhood.  And
14 those are -- Oh, I'm sorry.  They're students who might
15 be disadvantaged because they live in a low-income
16 neighborhood, but don't attend the high-poverty school.
17 And so to my mind that whole exercise unnecessarily
18 cordons off one third of what we care about and ignores
19 the other two thirds.  So I wasn't surprised when those
20 sets of simulations didn't result in a lot of favorable
21 outcomes, because it was very different than the types
22 of partnerships with disadvantaged high schools that

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 7 of 9

 1  some options, and then I would make the final call.

 2     Q.  And do you remember discussing those options with

 3  regard to that particular decision as you sit here now?

 4     A.  I don't.

 5     Q.  And you've mentioned a number of times that there

 6  are three sort of different aspects of diversity that

 7  add to the educational benefits of diversity:  Racial

 8  diversity, socioeconomic diversity, and geographic

 9  diversity.  Correct?

10     A.  That's correct.

11     Q.  Do you agree with me that each of them provide a

12  distinct benefit to the educational mission?

13     A.  Yes.  I would say they each offer something

14  distinctive.

15     Q.  Then, with regard to Professor Hawksby's

16  treatment of race-neutral alternatives, in your opinion

17  is there a race-neutral alternative that Professor

18  Hawksby should have evaluated, but did not, as of the

19  June report?

20            MR. STRAWBRIDGE:  Object to the form of the

21  question.

22     A.  Well, I certainly have lots of objections to the

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 8 of 9

 1   ways on which she performed her analysis.  I think

 2   between the two sets of simulations -- those that

 3   Professor Arcidiacono and I conducted and those that

 4   Professor Hawksby conducted -- we did a good job of

 5   covering the waterfront of possible alternatives.

 6              MR. FITZGERALD:  I think we may be done.  I

 7   just have to remember to designate this as confidential.

 8              MR. STRAWBRIDGE:  No questions from the

 9   intervenors.

10              MS. ARANDES:  No questions from the

11   Intervenors.

12              MR. STRAWBRIDGE:  Give us one second.

13       (Whereupon the proceedings go off the record.)

14              MR. STRAWBRIDGE:  So we have no questions,

15   although we do want to read and sign.  That's it.

16       (Whereupon the proceedings go off the record.)

17              COURT REPORTER:  Mr. Strawbridge, do you

18   need a copy of the transcript?

19              MR. STRAWBRIDGE:  Yes.

20              COURT REPORTER:  I know you want to order

21   the transcript as well?

22              MS. FLATH:  Etrans, for sure.

www.huseby.com         Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:14-cv-00954-LCB-JLW   Document 176-3   Filed 03/04/19   Page 9 of 9