# EXHIBIT 130

# Excerpts from Deposition Transcript of Andrew Parrish

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiffs,

vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

        Defendants.

---

SECOND AMENDED DEPOSITION
OF
ANDREW PARRISH

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514

06-21-17
9:02 A.M.

---

Dale L. Ring
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC  27012
(336) 406-7684

1  decent bit when I wasn't reading applications or
2  doing other recruitment activities.
3       Q.   So you - just so I'm clear, your -- your
4  two tasks in the office are reading applications
5  and recruitment activities?
6       A.   Correct.
7       Q.   You have no other roles within the
8  office?
9       A.   I would say recruitment activities is a
10 broad category but, I would say those are the two
11 major categories.
12      Q.   How does the admissions use race in
13 evaluating applicants?
14      A.   I would say it's one factor amongst a
15 lot of other factors that we use.
16      Q.   When you're reading applications, how do
17 you look at an applicant's race?
18      A.   So, I see it on the evaluation summary
19 screen in Connect Carolina and I see a lot of
20 other factors as well.  I see whether in-state,
21 out of state, if they're fee waiver or not, if
22 they're a first generation college student, if --
23 what major they are and which deadline, so I see
24 that immediately.  And then, there are a lot fo
25 other factors in the application that we, then,

1     A.   The way "plus" is written here, I don't
2  know how to answer that ---
3     Q.   Okay.
4     A.   --- because that's not how we think
5  about it or how I think about it.
6     Q.   That's not how you think about it?
7     A.   Yeah.
8     Q.   Do you know if anybody else thinks about
9  it as a plus?
10              MR. TULCHIN:  Object to form.
11    A.   I'm not sure.
12    Q.   (Mr. Weir)  Okay.  So if that's not how
13 you think about it, how do you think about race or
14 ethnicity?
15    A.   It's a factor that I see on the
16 evaluation summary screen when I'm looking at all
17 the other factors on the evaluation summary screen
18 and it's taken into as one factor amongst all the
19 others when I start looking at rest of the
20 materials that are provided with the application.
21    Q.   So give me an example if -- of how you
22 would use it as a factor.
23    A.   What do you mean by as a ---
24    Q.   So, if you're reviewing an application,
25 let's say, of a -- a Hispanic student, how would

1  -- how would that factor into your decision making
2  as to when to recommend that applicant be
3  admitted?
4      A.  It would be, basically, a factor that I
5  would see along with a lot of the other factors in
6  the application and as I'm reading through the
7  application, I'm balancing a lot of different
8  factors and they kind of form this composite
9  picture of the whole of the individual and then I
10 make my decision.
11     Q.  So, is it fair to say that a student's
12 race or ethnicity can be a factor that favors
13 admission of a particular student?
14     A.  I would say it could be a factor amongst
15 a lot of other factors that could favor -- there
16 are a lot of different things that we use to favor
17 an applicant or make a -- to advocate for a
18 student.
19     Q.  Sure.  So, it -- it -- the race or
20 ethnicity can factor in favor of a student's
21 admission?
22              MR. TULCHIN:  Objection.
23     A.  I would say race or ethnicity, yes, can
24 be a factor in favor of but it can also -- there
25 are a lot of other factors that could also be used

1  A. --- and the ethnicity certainly isn't
2  the only one.
3  Q. Sure. So, for first generation college
4  students, do they -- they tend to test lower than
5  those who have parents that went to college?
6  A. I believe so. Yes.
7  Q. Is it fair to say that the -- the UNC's
8  admissions office treats URMs with lower test
9  scores differently than non-URMs with the same
10 testing levels?
11             MR. TULCHIN: Objection.
12 A. Will you repeat the question?
13 Q. (Mr. Weir) Sure. Is it fair to say
14 that UNC treats URMs with low test -- lower test
15 scores differently than non-URMs at the same
16 testing levels?
17             MR. TULCHIN: Objection.
18 A. No. Because I wouldn't say ethnicity's
19 the only thing we're looking at to interpret their
20 scores.
21 Q. (Mr. Weir) Okay. What other factors
22 have you taken into account -- take in to account
23 when you're evaluating test scores?
24 A. I would say the first generation college
25 student, fee waiver students...

```
 1        Q.   Sure.  Does UNC have lower -- lower
 2   testing criteria for admitting URM students?
 3        A.   Well, we don't have a criteria in mind.
 4   So, I would say no because we don't any type of
 5   preset criteria that guides us.
 6        Q.   Okay.  Getting back to the demographic
 7   backgrounds, is it your position that a person's
 8   race can cause them to have lower test scores?
 9        A.   I don't know.
10        Q.   But you said you do take into account
11   the fact that URMs have lower test scores,
12   nationally, when you evaluate the applications.
13        A.   Yes, I take that into account because
14   that was something that was shown to me; that the
15   national averages for underrepresented minorities
16   tend to be lower than that of Asian and white
17   counterparts.
18        Q.   So you take that into account because
19   somebody in the admissions office -- Okay.
20   Scratch that.
21   (Off-record comments)
22             (EXHIBIT NUMBER 23 WAS MARKED)
23        Q.   I doubt you've seen this document before
24   but, please take a moment to review it.  It is an
25   excerpt from UNC's answer in this case.
```

```
 1        Q.   So, is it easier for an African American
 2   to get in to UNC than it is for an Asian American
 3   student?
 4             MR. TULCHIN:  Objection.
 5        A.   No.  I wouldn't say that.
 6        Q.   (Mr. Weir)  Why wouldn't you say that?
 7        A.   Because we still look at all the
 8   different factors involved and an applicant for an
 9   African American the same as we would for an Asian
10   American.
11        Q.   So, for African American students, is --
12   does UNC de-emphasize test scores?
13             MR. TULCHIN:  Objection.
14        A.   No.  I wouldn't say de-emphasize test
15   scores.  We'd take the test scores for what they
16   are in combination with all the other factors that
17   are in the application.
18        Q.   (Mr. Weir)  All things being equal, will
19   a higher test score make it more likely or less
20   likely that a student will be admitted to UNC?
21             MR. TULCHIN:  Objection.
22        A.   What do you mean by, "all things being
23   equal"?
24        Q.   (Mr. Weir)  Exactly what I said, all
25   things being equal for an applicant.
```