# EXHIBIT 131

**Excerpts from Deposition Transcript of Ni-Eric Perkins**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiffs,

vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

        Defendants.

---

AMENDED DEPOSITION
OF
NI-ERIC PERKINS

THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS

---

TAKEN AT THE OFFICES OF:
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC 27514

05-17-17
8:25 A.M.

Michael B. Lawrence
Court Reporter

Civil Court Reporting, LLC
P.O. Box 1146
Clemmons, NC 27012
(336) 406-7684

```
 1   not involved with them.  I'm not familiar with,
 2   you know, beyond that.
 3        Q.   You also referenced the PQ rating
 4   changing recently.
 5        A.   It didn't change.  We just added more
 6   detail so I'm sure you have it.  There's some
 7   bullet points in which we gave to readers to
 8   consider and that may have been a change from year
 9   to year.
10        Q.   So let's assume we don't have that
11   bullet -- those bullets.  I -- I just -- could you
12   walk through some of the changes that were made
13   recently to that -- some additions -- not changes,
14   additions.
15        A.   Yeah, I can't remember off the top of my
16   head.  I don't have those documents in front of me
17   to compare from year to year, but yeah.
18        Q.   Has the admission office's use of race
19   changed in the evaluation process since you've
20   been there?
21        A.   No.  It's always been one factor among
22   many in our review process.
23        Q.   You never had conversations with any of
24   your superiors about using race in different ways
25   from year to year?
```