# EXHIBIT 132

**Excerpts from Deposition Transcript of Michael W. Davis**

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CIVIL ACTION NO. 1:14-CV-00954-LCB-JLW


     STUDENTS FOR FAIR
     ADMISSIONS, INC.,

                         Plaintiffs,

          vs.

     UNIVERSITY OF NORTH
     CAROLINA, et al.,

                         Defendants.



                       _____

                         AMENDED DEPOSITION
                                OF
                           MICHAEL DAVIS
       THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
            PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
              ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
                       _____



        TAKEN AT THE OFFICES OF:
        UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
        222 East Cameron Avenue
        110 Bynum Hall
        Chapel Hill, NC 27514


                              06-15-17
                              8:56 A.M.

                         _____

                         Michael B. Lawrence
                           Court Reporter


                      Civil Court Reporting, LLC
                           P.O. Box 1146
                         Clemmons, NC 27012
                          (336) 406-7684
```

```
 1    assume that the graduation years are the same for

 2    all of this first section. Similarly, I would

 3    assume that 130 to 139 is a PSAT score range and

 4    the 1300 to 1390 is the SAT score range. And then

 5    the recurring and grades, same -- same idea.

 6         Q.   So this would be -- this would include

 7    any student in North Carolina who tested between a

 8    130 and 139 on the PSAT or a 1300 and 1390 on the

 9    SAT?

10         A.   Whose self-reported GPA was also between

11    a B minus and an A plus.

12         Q.   Is -- so that's -- that's what that band

13    of information is?

14         A.   That is how I would interpret that, yes.

15         Q.   Does UNC today purchase that band of

16    information?

17         A.   I -- we may have changed the -- the

18    specific range itself. I would have to look at

19    our current documents to see.

20         Q.   So you can't tell me today whether or

21    not UNC purchases this band of data?

22              MS. COMBS: Object to form.

23         A.   I could not specifically say exactly

24    what the range is, no.

25         Q.   Let's go down to "Order 4 - Diversity
```

1     NC." What does that appear to be?

2            MS. COMBS: Object to form.

3     A.    Diversity NC, again, the graduating

4     years appear to be the same as we've already

5     discussed. I would read this to be students who

6     tested between a 110 and a 129 on the PSAT or an

7     1100 to a 1290 on the SAT. I believe that the

8     diversity buy at that time included students who

9     are African-American, Native American,

10    Hispanic/Latino and/or first generation college

11    students. And then the recurring and the grade

12    range would be a similar -- similar idea to what

13    we've already discussed.

14    Q.    (Mr. Weir) So it would be African-

15    American, American Indian and Hispanic students.

16    Is that right?

17    A.    As well as and/or first-generation-

18    college students.

19    Q.    Is that a band of data that UNC

20    purchases today?

21    A.    We have expanded that data, so we

22    currently purchase any North Carolinian who's

23    taken -- well, not any -- we -- any student who is

24    in the 1100 to whatever the upper limit now is for

25    this particular band whose grades are within that

```
 1    same range.
 2         Q.   So it's any -- any North Carolina
 3    student who got an 1100 -- between 1100 and 1290
 4    in that grade range?
 5         A. Correct.
 6         Q.   Not specifically restricted to American
 7    Indian, African-American, Hispanic and first-
 8    generation-college?
 9         A. Correct.
10         Q.   When was that change made?
11         A.   That change occurred in fall of 2015.
12         Q.   Was that before or after you started?
13         A.   It was after I started.
14         Q.   And why was the change made?
15         A.   In talking with Steve and some of the
16    other leadership in the office, I posed several
17    questions because I was new. I don't know that I
18    had actual opinions or real information to
19    contribute, but we did ask to talk about were some
20    of our strategies potentially limiting us from
21    marketing the University to students who may very
22    likely be admissible, particularly from more rural
23    areas where test scores can be significantly lower
24    than more suburban or urban areas.
25         Q.   Does -- are you able to purchase SAT
```