IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:14-cv-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on a motion pursuant to Local Rule 7.5 by Asian Americans Advancing Justice and a number of organizations and professors who seek leave to file a brief as *amici curiae* in response to Plaintiff's Motion for Summary Judgment. Based on representations to the Court and for good cause shown, it is ORDERED that the motion is GRANTED.

This, the _____ day of March 219.

_____
UNITED STATES DISTRICT JUDGE