# EXHIBIT

# 7

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants, <br><br> and <br><br> LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY <br><br> Defendant-Intervenors. | **DECLARATION OF** <br><br> **D'ANGELO GATEWOOD** |

D'Angelo Gatewood, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is D'Angelo Gatewood, I am over 18 years of age, and I am fully competent to make this declaration.

2. I am a full-time undergraduate student at UNC-Chapel Hill. I am a rising Senior and am pursuing a major in Public Relations and a minor in Education.

3. I am African American.

1

4.     I applied to over a dozen schools and managed to narrow things down to UNC-Chapel Hill, North Carolina Central University, and NC State. I took a tour at each of the institutions and the tour at UNC-Chapel Hill left me feeling a sense of belonging. At that moment, diversity was not really a matter of concern for me. I simply wanted a place that I felt would be good for me socially.

5.     Being at Carolina helped me understand the vastness there is when it comes To racial or ethnic identification. For instance, the term African-American is overly broad and culturally exclusive. Caribbean-American, Congolese-American, and Haitian-American would all be considered African-American. The problem is that it is not holistic. The experience of someone who was born in an African country is different than someone whose heritage traces back centuries here in the newly colonized America. If we go by the definitions of what those hyphenated identities mean, it is a misnomer for most, hence why I prefer being addressed as a black American. This realization about cultural identification was foreign to me before coming to UNC-Chapel Hill. This university has given me a cultural awakening thanks to the presence of students of color who dare to claim their right of self-identification.

6.     I like the existing racial and ethnic diversity of the campus, along with its variety of different cultures. Before coming to UNC-Chapel Hill, I did not have much experience with talking to others outside of my racial group other than white students. However, Chapel Hill has been great because I get to learn about people of other cultures and their experiences. Having more black students provides me with a sense of comfort, but having more students of color in general has expanded my mind. For instance, I had never met someone of Native American descent until coming to Chapel Hill. I have befriended several Native American students and have learned about their culture and the issues that they face as a community. As a black male,

the injustices that Native Americans have endured were not surprising to me, but I still benefited from learning about their history and culture. Carolina needs to have more students of color to disrupt the veil of ignorance that clouds the minds of some my white peers.

7. As a black student, a feeling of isolation, especially in the academic setting, is almost guaranteed at UNC-Chapel Hill. This isolation, compounded by being male, is a recipe for feeling out of place. The sad reality is that this is something to which I have had to adapt. While I have managed to adapt to this new terrain, the transition was difficult at first. My first three (3) weeks here were rough. I was away from home for the first time, I didn't know that much about UNC-Chapel Hill, and I was adjusting to the culture shock of being around so many white people. In retrospect, if I hadn't managed to befriend people in my residence hall, I could have easily become another dropout. I was overwhelmed by the idea of college itself and then not seeing anyone who looked like me. It was very unsettling.

8. That was just some of the internal stress that I was feeling here at UNC Chapel Hill when I first arrived. Then there is the social dynamics of being a student of color. One instance that sticks out clearly to me is a semester-long group project during the second semester of my junior year. I was the only student of color, and I have never felt more excluded and isolated in my entire life. I am a very social and talkative individual. I love talking and socializing with others, but the climate in this group reduced me to simply sitting there in silence. The other four group members were always talking to each other, discussing which classes they were going to take together and living together throughout the summer. They often spent time outside the class together. What about me? I was there wanting to feel included, but refusing to force people to interact with me if they don't want to. If it had been one assignment and then we were to not to work with each other afterwards, it would have been fine. However, the fact that

this project was over the course of a semester was just toxic to me. I was really confused as to why I felt so excluded. I want to point out that I hate using the "race card." Before coming to UNC-Chapel Hill, I genuinely believed that these instances of people excluding others because of race were just stories from some people overreacting. However, my foolish mindset was given a rude awakening. For the first time, I realized that my personality and character can't conceal my race and others' attitudes towards it.

9. I feel underrepresented as an African American male student at UNC Chapel Hill every day. As a student in the UNC School of Media and Journalism, that feeling is magnified significantly.

10. Racial issues are among the topics that are typically avoided at UNC Chapel Hill. Both students of color and their white peers would rather not have these discussions. However, the student body as a whole seems to lack racial sensitivity. As a result, students of color typically are forced to be the one to address the racial elephant in the room. While this is sometimes necessary, it immediately vilifies the student of color for introducing race into any discussion. "Why did they have to go there?" My white peers then become silent or responded in an aggressive manner. Addressing the racial biases that are integrated in our nation's judicial and legislative structures is traditionally met with some white students sitting there passively and others feeling as if they were singled out for blame, which is not the case.

11. There are definitely individuals on campus who show a respect for cultural differences. I took "COMM 318: Cultural Diversity," and my instructor's genuine concern for the cultural and racial struggles of students of differing races and ethnicities, caught me off guard. I was uncertain that the instructor, as a white female, would be able to teach me about the struggles I faced as a black male, but I was proven completely wrong. For instance, the whole

concept of mass incarceration, including its financial and legislative foundations, was something I had never even heard about. However, I was being taught about the systematic injustices that were hurting the stability of my race by this white woman.

12. The UNC-Chapel Hill administration's handling of these race related issues sometimes is like providing a Band-Aid to an amputee victim. They send emails, which go to students' clutter folder and are easily overlooked and/or ignored, which do not solve the problem. However, I'm a public relations major. With that perspective, I understand the need to say something, but not to alienate others. It's the politics of education. Schools need money and you can't go off doing things that would displease donors.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2017.

_____
D'Angelo Gatewood