# EXHIBIT 8

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants, <br><br> and <br><br> LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY, <br><br> Defendant-Intervenors. | **DECLARATION OF LISA-ANNE STATON DYER** |

Lisa-Anne Staton Dyer, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Lisa-Anne Staton Dyer, I am over 18 years of age, and I am fully competent to make this declaration.

1

2. I was a full-time undergraduate student at UNC-Chapel Hill during the period of 1979-1983. While at UNC, my major was English and I had a minor in Communications.

3. I am African-American.

4. My older brother attended Carolina. I was actually a huge NC State fan and NC State was my first choice for college. That changed during a visit in the summer prior to my brother's freshman year, when I saw Phil Ford and Walter Davis walking near Memorial Hall and they actually smiled and waved at me when I rolled down the window and screamed hello to them. The magic that permeates the air in Chapel Hill, especially on campus, entered me that day and I feel it anew every single time I return.

5. I was recruited to the track and field team at Carolina and am proud to say that I went on to become the university's first female All-American in the sport. Had I not been an athlete, Carolina would still have been my first choice and the right one, because if offered everything I was looking for: academic excellence, in-state but not too close to home, progressive gem in a Southern, Bible-belt state, stellar reputation in academics, athletics and leadership, and an electric student body. Sonia Stone was my AFAM 40 professor, so I had the pleasure of meeting and studying with a scholar who became a campus icon. I also took a couple of English classes with the late Dr. Blyden Jackson, who routinely recited epic poems from memory and bemoaned that "…there are no more scholars," which made me work harder to try to impress him. Though I never took one of his classes, Dr. Lee Green was legendary in the English department. I

mention the three of them because I had no idea I would have the pleasure to study with such amazing African-American faculty.

6. I felt that as an African-American student at Carolina, I had a community that was almost like an HBCU within the larger university. We staunchly supported each other academically, socially and spiritually. I loved the beauty of the campus and town, being surrounded by brilliant peers and faculty, learning about and coming to love soccer and lacrosse, which I'd had zero exposure to in my hometown of Salisbury, NC, and the many hours training and competing with my teammates. During those days, the men's basketball team still practiced and played in Carmichael, and as a result, I got to see Coach Smith nearly every day during their pre- and post-seasons. I had a couple of very enlightening conversations with a grad student-coach named Roy Williams, too. Many of the friendships I formed at Carolina are still going strong; I truly have a Carolina Family.

7. A negative experience I remember turned out to be a positive. A white male student said something to Dr. Sonia Stone that basically questioned her legitimacy as an academic. After class adjourned, an African-American upperclassman, Teresa Smallwood (who is now a judge), took him to task and detailed why what he said was disrespectful, racist and sexist. He dissolved into tears and apologized to both Dr. Stone and Teresa. That was a powerful moment.

8. I never felt like a "token" minority, neither in general nor in particular. I realize, though, that my experience may have been unique.

9. Other than the handful of frat boys who displayed confederate flags, my experience was that the white students at the time were very open and progressive in their thinking and interactions. A time I got to see how many of them stood in solidarity with us was when we marched to support Dr. Stone's appeal for tenure, and in the aftermath of members of the KKK killing several African-Americans in a protest clash in Greensboro in 1979.

10. When I visit the UNC Chapel Hill campus now, I see more diverse groups of kids hanging out together socially than I remember from when I was a student, which is a beautiful thing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20 day of June, 2017.

*Lisa J Dyer*