# EXHIBIT

# 9

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants, <br><br> and <br><br> LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY, <br><br> Defendant-Intervenors. | **DECLARATION OF KENNETH WARD** |

Kenneth Ward, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Kenneth Ward, I am over 18 years of age, and I am fully competent to make this declaration.

1

2. I was a full-time undergraduate student at UNC-Chapel Hill during the period of August 1980 – May 1984. While at UNC, my major was Radio, Television and Motion Pictures.

3. I am African-American.

4. I was the first person in my family to attend a four year college.

5. I chose to attend the University of North Carolina at Chapel Hill, as I thought that it would offer me the most rigorous education available at an in-state public college. As class valedictorian, I was looking for a college that would be demanding academically but also supportive. As a first-generation college student, I also wanted to make sure that I was not too far from home. I was also impressed with the students of color when I visited. Additionally, I was offered a full academic scholarship, the Pogue Scholarship, to attend UNC.

6. My first official visit to UNC allowed me to meet several Pogue scholars that were already enrolled. Amongst these were Teresa Artis, Michelle Shiver and Matthew Witted. I was instantly sold on the university as they were each highly intelligent and we immediately bonded. Throughout my time at UNC, they remained friends and supported me throughout my journey. They also helped with the adjustment period, which was critical to me feeling at home at UNC. The fact that we all lived on south campus also allowed us to frequently see each other and fellowship and build deeper relationships. During my sophomore year, I also pledged a fraternity, Kappa Alpha Psi, and this has perhaps been one of the greatest influences in my life trajectory.

The brotherhood that was established has been critical in my personal and professional life. This level of caring and commitment is often missing between black men and our time at UNC created and nurtured these lifelong ties. The friends that I made at UNC are still an essential part of my life and are like family. We celebrate births, graduations and offer support during life's trials and tribulations. Hundreds of us return annually for the Black Alumni Reunion (BAR) during homecoming to recharge and reconnect and most importantly to celebrate our contributions to our alma mater. A few years ago during BAR, I received the Harvey Beech Award for the work that UNC empowered me to do in my local community. This year, I was recognized by UNC, the Diversity and Multicultural Affairs, and the University Diversity Awards Committee, as the alumni category recipient of the 2017 University Diversity Award for this work.

7. One of the too often experiences at UNC was whenever there were conversations about race in the classroom, I was looked at by my white classmates as the spokesperson for all black people. It was also a bit tiring, trying to help my white counterparts understand the supports that students of color need and why there was a Black Student Movement and the purpose that it served in this environment. I remember the ad in the Daily Tarheel about a supposed KKK rally in the Pit and students of all races showing up to counter it – and perhaps our outrage led to them backing out and not showing up. I remember walking with a few friends to Franklin Street (ironically, we were by the confederate statute- Silent Sam) and a white student on a bike road past and yelled "get out of my way niggers." Perhaps the most traumatic of all experiences was

when I became the first African-American Mic-Man for the football games. The disrespect and harassment that I received from white students and faculty was life-changing and left an indelible stain on me.

8. I recall in several classes being the only or one of two African-American students and often feeling like I was either left out or singled out by the instructor. I also recall being in classes taught by African-American professors and they were disrespected by some of the white students in ways that I had never seen in any other classes. This was such an issue in one class that Dr. Hawkins had to stop the lecture to address the fact that the students were questioning his subject mastery because of their refusal to accept truths that they had not been exposed to in high school and that were hard for them to accept.

9. During my time at UNC, I found that the staff of color were very understanding of the situation that students of color faced at UNC and held us to high standards. For the most part, they were incredibly supportive and demonstrated what academic excellence looked like during each interaction with them. Their knowledge of me as a person and the level of accountability were huge factors in me not giving up on this great opportunity.

Ironically, even with my recent Alumni Diversity Award, I am saddened because it seems that the supports that I took for granted as an undergrad do not currently seem to be as robust for the current students of color. Additionally, the number of African

American males matriculating at UNC remains abysmally low and would be even lower if the athletes were not included in this number.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30 day of MAY, 2017.

_____
Kenneth Ward