# EXHIBIT 12

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants, <br><br> and <br><br> LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY <br><br> Defendant-Intervenors. | **DECLARATION OF GWENEVERE CHARLENE PARKER** |

Gwenevere Charlene Parker, M.D., pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Gwenevere Charlene Parker, M.D., I am over 18 years of age, and I am fully competent to make this declaration.

2. I was a full-time undergraduate student at UNC-Chapel Hill during the period of August, 1979 - July, 1983. I graduated with a Bachelor of Science in Biology. I returned in August, 1991 to attend the UNC School of Medicine, graduating in May, 1995. I stayed for residency at UNC Hospitals, completing my residency in Anesthesiology in June, 1999.

3. I am a native of North Carolina. Both of my parents are natives of North Carolina and descendants of enslaved people.

4. Both of my parents were college graduates and were professionally employed.

5. I rejected scholarships from other notable colleges and universities to attend UNC-Chapel Hill with only parental support. The public schools of North Carolina had only been effectively desegregated for about seven years in 1979 and choosing to attend a major university seeking to actively diversify its student body was a major decision for me and my family. However, with the support of family, teachers and a revered guidance counselor, along with programs that introduced to me to other minority students attendees, I made UNC-Chapel Hill my choice.

6. UNC-Chapel Hill is a major undertaking for any student regardless of background because of its size and scope. But, because of the support and guidance of the minority affairs office and Dean Hayden B. Renwick, I felt that UNC was the right school for me.

7. My experience at UNC was so surreal that I spent most of my four years focused on my studies. It was only natural that my presence did present a challenge to some students but if UNC is to be a microcosm of our future life experiences then what better time or place to explore our interactions with each other as equals?

8. I was the only black student in Kenan Dormitory my sophomore and junior years of school. Because Kenan Dorm was in the most segregated part of campus I was very isolated. Nevertheless, I was able to establish cordial friendships with other girls in the dorm and remain connected to other minority students.

9. There were racial issues amongst students while I was an undergraduate student at UNC, mostly stemming from curiosity and ignorance and yes sometimes, meanness. But being at UNC gave me an opportunity to address the issues and to develop a level of respect upon which I would treat other students and expect to be treated in kind by them.

10. At my first freshman mixer I was told by a white student that my family was probably owned by his relatives, which I thought was ridiculous since the plantation owner left almost 1000 acres to my grandfather's grandfather because he and his wife had no children. On another occasion during my sophomore year, my roommate said to me that when my brother visited that he was so quiet that he was almost "nigger" quiet. I merely looked at her as if she were completely ridiculous. Giving her pause after her comment, she said "Gwen, you are a really good roommate. " The various interactions I had with my white schoolmates gave us all an opportunity to pause and consider how we viewed one another and treated one another. I would not trade that for anything.

11. After graduation, it took several years before I chose to return to UNC-Chapel Hill. Attending the UNC Black Alumni Reunion (BAR) was healing and enlightening. Carolina was a tough school academically, socially, and emotionally. I did not have the connection to college that other students had until the BAR. To meet minority students from the 60s and 70s and to hear their stories of struggle and survival was awe-inspiring and pride-inducing. It solidified that my choice to attend and ultimately graduate from UNC Chapel Hill was the correct one.

12. During my tenure on the UNC Board of Visitors I was proud to see that UNC-Chapel Hill continues to provide opportunities to students of varied backgrounds of socio-economic experience. The program that encourages community college students to continue and complete their education at UNC-Chapel Hill with a four year degree was tremendous. People from all walks of life had the opportunity of the Carolina experience and they used it to their full advantage. UNC-Chapel Hill is university for all, not just the gifted or economically advantaged. It is a degree to be cherished. I know. I have two of them.

13. Being admitted to UNC- Chapel Hill is an honor and a privilege indeed. My experiences at Carolina have helped me understand that to be a person of color in this life is to justify your presence in life, at your school and even in your profession. But, I did not attend Carolina to learn how to function in a society of the majority. I went because I knew others who were attending and because it is an awesome school. Racial incidents are a part of normal life for a person of color. Carolina did not teach me how to deal with that. I learned that at home. My presence at Carolina did give others an opportunity to learn how they would deal with it.

I declare under penalty of perjury that the foregoing is true and correct. Executed the 31st day of May, 2017.

*Gwenevere Charlene Parker, M.D.*
Gwenevere Charlene Parker, M.D.