# EXHIBIT 16

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## DECLARATION OF STAR WINGATE-BEY

Star Wingate-Bey, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Star Wingate-Bey, I am over 18 years of age, and I am fully competent to make this declaration.

2. I am a full-time undergraduate student at UNC-Chapel Hill. I am a rising senior and am pursuing a major in Communications and a minor in History.

3. I describe my race and/or ethnicity as Black and Moorish American.

4. I chose to attend UNC-Chapel Hill because of its amazing opportunities, academic and otherwise, and its affordable tuition. I always imagined myself going to UNC-Chapel Hill.

5. I believe my background enables me to offer unique perspectives and cultural experiences in my academic and campus activities. Every UNC student has a different set of experiences that make him or her unique, and contributions from all students are valuable.

6. I believe the benefits of racial or ethnic diversity play an important role in a number of academic and campus activities that affect my undergraduate experience, including lectures, seminars, residential life, student government, communities of faith, extracurricular activities and community service programs. In particular, I have been involved with Delta Sigma Pi and the Misconception Hip-Hop Dance Company as a club executive officer, the Star Heels Dance Company as a choreographer, and One Heart Source as a volunteer in South Africa. These activities benefit enormously from racial and ethnic diversity and by the membership of people from different backgrounds.

7. I currently experience academic and personal benefits from UNC-Chapel Hill's racially diverse student body. Learning about the racial and ethnic backgrounds of others has made me more knowledgeable, accepting, and understanding of people's histories and cultures. For example, in my participation in Carolina United – a week-long leadership retreat for incoming students – I was able to explore different religious, sexual, and racial identities with other students, and discuss social issues surrounding those identities. It was a week filled with self-discovery, diversity, inclusivity, and thought. Students went out of their way to learn about the things that make them different from each other and became more accepting as a result. It is a great program that shows how

important diversity is in every setting. Many people, myself included, describe the program as one of the best decisions they made at Carolina.

8. I believe my education would be harmed if UNC-Chapel Hill stopped considering race in its admission decisions. The current policy facilitates the admission of well-qualified Black students, which improves my educational experience by allowing me to learn alongside a greater number of Black students so that I do not feel singled out. If I am the only Black person or Black woman in a classroom setting it often feels like I have to be the fact checker for a conversation or the spokesperson for my entire race or gender. The policy likewise facilitates the admission of underrepresented minority students with racial or ethnic backgrounds different from my own and from whom I feel I learn from both inside and outside the classroom.

9. I want to learn and live alongside students who are each a part of a critical mass of their race/ethnicity. To facilitate that, I would like to see an increase in the number and diversity of underrepresented racial groups admitted to UNC-Chapel Hill. To have more diversity would allow for a better discussion of racial issues in an open and non-imposing way.

10. Though UNC-Chapel Hill tries to foster dialogue about racial and ethnic issues on campus through programs like Carolina United, I often feel like the administration is not focused on real action. For instance, when many students of color were attempting to have Saunders Hall, which is named after a UNC alumnus and member of the Ku Klux Klan, renamed, it was very clear from the administration's response to protestors that UNC-Chapel Hill would not entertain that action. One

member of the Board of Trustees told a student activist to "focus on something more important." Such an attitude does not make students of color feel welcome on the campus. There are actions that UNC-Chapel Hill could take to make those students feel more a part of the community.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of June, 2015.

_____
Star Wingate-Bey