# EXHIBIT 19

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, et al., <br><br> Defendants, <br><br> and <br><br> LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY, <br><br> Defendant-Intervenors. | **DECLARATION OF ALAN C. FRAZIER** |

Alan C. Frazier, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Alan C. Frazier, I am over 18 years of age, and I am fully competent to make this declaration.

1

2. I was a full-time undergraduate student at UNC-Chapel Hill during the period of August 1980 through June 1984. While at UNC, my major was business administration with a concentration in accounting.

3. I am African American (Black), and my parents were not able to attend a four-year college and my family was working class of middle income. I was the first person in my immediate family household to attend a four-year college. I chose UNC-Chapel Hill based on its academic reputation, outstanding athletic programs, cost, and proximity to home. The student body diversity was an important factor in my decision to attend UNC-Chapel Hill and I had received favorable reviews from a cousin who was familiar with UNC.

4. UNC-Chapel Hill afforded me many superb opportunities as a student of color. At UNC-Chapel Hill, while in the minority of the student population ethnically, the number of minority students during my freshmen year was large enough to provide a sense of belonging. That sense of belonging along with the diversity of other students from around the world provided a great experience and has provided me with the confidence and awareness to have a great career in finance and banking.

5. Overall, I did not feel isolated or experience substantial negative effects from there being too few African American students. However, as a business and accounting major, there was a noticeable paucity of Black students in the upper level business and accounting classes.

6. During some of my accounting classes, I felt African Americans were under represented; and, I don't recall any Black professors in the business school during my undergraduate studies. Despite the low number of African Americans in the business school, I felt confident and a sense of belonging. I made friendships with the few African Americans in the business school as well as many of the other students within my major.

7. I don't recall any significant racial issues on campus nor in the Chapel Hill – Carrboro community while I was a student. Although, racial discrimination and inequality was often in the forefront of the National conversation in America, I did not personally experience any direct and overt racial discrimination. The director of minority admissions during my time at UNC-CH was outstanding and did a magnificent job in keeping African American students grounded and informed of what we needed to do to be successful at UNC.

8. My dealings with UNC-CH since my graduation have been respectful and positive.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of June, 2017.

*Alan C. Frazier*

Alan C. Frazier