# EXHIBIT 22

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:14-CV-00954-LCB-JLW

STUDENTS FOR FAIR ADMISSIONS, INC.,

    Plaintiff,

v.

UNIVERSITY OF NORTH CAROLINA, et al.,

    Defendants,

And

LUIS ACOSTA; CHRISTOPHER JACKSON on behalf of C.J.; RAMONIA JONES on behalf of R.J.; JULIA NIEVES on behalf of I.N.; ANGIE & KEVIN MILLS on behalf of Q.M.; LAURA ORNELAS; CECILIA POLANCO; TAMIKA WILLIAMS on behalf of A.J.; and STAR WINGATE-BEY

    Defendant-Intervenors.

**DECLARATION OF RIMEL MWAMBA**

Rimel Mwamba, pursuant to 28 U.S.C. § 1746, declares the following:

1. My name is Rimel Mwamba. I am over 18 years of age, and I am fully competent to make this declaration.

2. I am a full-time undergraduate student at UNC-Chapel Hill. I just completed my 3rd year and am pursuing a major in Global Studies and a minor in Chemistry.

3. I am African.

4. I went to a diverse but segregated high school. I went to Spring Valley High in Columbia, South Carolina. I was in the Discovery Magnet Program where I was one of four Black people in a program of 230. My classmates were predominantly White and Asian.

5. I chose to attend UNC-Chapel Hill because of its academic reputation and cost.

6. Being a student of color at UNC-Chapel Hill, I have had hard and complex conversations with my fellow students in which we challenge each other's views and beliefs. It has allowed for differences in opinions to be explored. Having other students of color on campus has allowed for me to have the mental support to continue in my challenging education. I find that in there being a small black population we have been able to be a strong support network for one another.

7. I have had instances in which white students have been shocked to see me do well in classes and have made comments regarding the stereotypes of black or African people. For example, I tutored for my Chemistry I and Biology classes and have been told that I'm "smart for a black person." Though irritating, I find that I provided these individuals with an example of being a smart person not necessarily on "black" standards.

8. There have been multiple incidents in which I have had to be a "teacher" as a student. In discussing issues of humanitarian aid and the role of U.S. institutions, for instance, I have always been singled out to speak for "the Africans." In issues regarding the prison system I have been singled out by white students to speak for the "black experience." This places a large burden on me because it has put me in a position in which it is me against an entire class. I often feel defensive because I do not want these views to continue so I always engage but it is not without consequence. I have had to stand up for what appears to be an entire race by myself. When I am silent, I feel as if I am betraying the people who have fought for my "right" to be

here. If I always fight, I feel as though my stability (mental and academic) suffers. In the African/ African American Diaspora Studies class I took there was a majority of black students, but in my other Global Studies class I was one of five black students in the class of approximately 35-40 students.

9. Students of color are underrepresented in my major and minor fields of study. I am currently completing an honor's thesis in global studies and I am the only student of color doing so. The Global Studies department, , has a lot of liberal individuals who always discuss race, sex, but I often feel excluded from the discussion because their point of reference does not recognize the many different experiences faced by black students. I often feel inhibited in expressing myself in these classes because of my concern that some of the white students, whether "conservative" or "liberal," might question my life experiences as a black student.. In my chemistry and other science classes I am often the only black student in the classroom. I constantly wonder whether if I do poorly it will reflect only on me or on black people in general. It is sometimes difficult to be in such classes as a black student. Social events will be occurring outside in society and everyone else in class can focus on how molecules interact while I sit wondering if a gunman at another university outside North Carolina will keep his word in shooting all black students. I sometimes wonder if I should have a child since there's a 50/50 it may be a boy who may get shot. It is only with other black people that I can raise these issues and concerns and be understood – have true sympathy and empathy. I was told by a fellow student that I was only a Robertson Scholar and had only been admitted into UNC from out-of-state because I was black. All of my achievements were discredited due to this white student's belief that blacks were quite simply inferior to whites. He told me that I was only smart compared to other black students but not to the general student population. He had obviously

never been exposed to a person of color who is high achieving. I ended up helping him write essays in our shared English class. . I wear my hair naturally (in an Afro) and I have had comments made to me about it being "unprofessional", "sloppy", "dirty". The students who commented may have never been exposed to black hair care or black people.

In 2015, some students at UNC advertised on social media that they had created a "white student union" in response to the "black student union." When I confronted student supporters of the "white student union," via social media, they stated that "black people always got away with things – black privilege." To me this shows a lack of understanding of the history of discrimination. I wished that the UNC administration would have made a statement about the white student union! . We rely and depend on a system that has previously used race to deny us a livelihood. . , The UNC's administration includes our pictures in UNC brochures to promote diversity but they could do more to support us – such as promoting, maybe even requiring, student participation in guided discussions regarding race relations on campus..

10. Shortly after the election of Donald Trump, a white fraternity member told me "my president says it is okay to kick out the niggers." After the election, some students on campus have been much more open about their racist views. I went out with my friends one night in the Fall of 2015, for instance, and was told by a white fraternity brother that "no slaves" were allowed in the house. I found it particularly ironic, though, that they were blasting music made by "slaves."

11. One specific action the UNC administration could do to encourage more actual enrollment by students of color who have been accepted, would be to bring in accepted students of color in the spring to expose them to college life and other points of contact with students of color already at UNC. Duke has a similar program for black students who have been admitted..

I am not sure if such a program already exists at UNC. At least I have never heard of it on campus. Such a UNC program would help show that UNC cares about students and not just numbers. I understand that UNC has minority mentor programs but they are not well advertised and not well known to many students of color I have spoken with.. The UNC administration should also invest more time and resources into bringing in more speakers of color onto campus.

12. Finally, I have had only one black professor at UNC, in my Swahili class. The fact that UNC wants to increase black students but does not seem to place similar efforts on recruitment of faculty is odd. We need professors who come from diverse racial and ethnic backgrounds and better understand the struggles we experience on campus and in life in general. We need white students to be taught by equally brilliant Black, Muslim, Indian, Gay, etc. professors so they will see the knowledge that resides in our heads.

[This Section Intentionally Left Blank]

//

//

//

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4 day of May, 2017.

*Rimel Mwamba*

Rimel Mwamba