# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISIONS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA, et al.,<br><br>     Defendants. | Case No. 1:14-cv-00954-LCB-JLW |

## [PROPOSED] ORDER GRANTING MOTION OF THE CENTER FOR CONSTITUTIONAL JURISPRUDENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

This matter is before the Court in the above-captioned case on the Local Rule 7.5 motion of the Center for Constitutional Jurisprudence for leave to file a brief as *amicus curiae* in support of Plaintiff's Motion for Summary Judgment.

Based on representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED.

This, the _____ day of _____ 2019.

_____
Hon. Loretta S. Biggs
United States District Judge