IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR                )
ADMISSIONS, INC.,                 )
                                  )
            Plaintiff,            )
                                  )
        v.                        )        1:14CV954
                                  )
THE UNIVERSITY OF NORTH           )
CAROLINA AT CHAPEL HILL, et al,   )
                                  )
            Defendants.           )

**ORDER**

This matter is before the Court on a motion pursuant to Local Rule 7.5 by Center for

Constitutional Jurisprudence for leave to file a brief as *amici curiae* in support of Plaintiff's

Motion for Summary Judgment. (ECF No. 181.)

IT IS ORDERED that the motion is DENIED.

This, the 4th day of April 2019.


                                    /s/ Loretta C. Biggs
                                    United States District Judge