IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUENTS FOR FAIR ADMISSIONS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:14CV954 ) |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on a motion pursuant to Local Rule 7.5 by Asian Americans Advancing Justice and Organizations and Professors Supporting Holistic Admissions Policies seeking leave to file a brief as *amici curiae* in response to Plaintiff's Motion for Summary Judgment. (ECF No. 178.)

IT IS ORDERED that the motion is DENIED.

This, the 10th day of April 2019.

/s/ Loretta C. Biggs
United States District Judge