# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC,

    Plaintiff,

v.

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,

    Defendants.

Civil Action No. 1:14-cv-954-LCB-JLW

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83-1(e), I, Laura Gaztambide-Arandes, an attorney for Defendants-Intervenors, respectfully request that this Court grant me leave to withdraw as counsel.

I am currently employed as an associate at Relman, Dane & Colfax. I seek leave to withdraw due to an impending change in employment. As of May 17, 2019, I will no longer be working at Relman, Dane & Colfax.

Reed Colfax of Relman, Dane & Colfax will continue to represent Defendants-Intervenors, along with additional counsel of record from the Lawyers' Committee for Civil Rights Under Law and the North Carolina Justice Center. My withdrawal will not result in delay or any negative impact or other circumstances causing prejudice to Defendants-Intervenors or any other party to this case.

For these reasons, I respectfully ask that the Court grant this Motion to Allow Withdrawal of Counsel.

Dated: May 7, 2019 /s/ Laura Gaztambide-Arandes
Laura Gaztambide-Arandes
RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
E-mail: larandes@relmanlaw.com

*Counsel for Defendants-Intervenors*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on May 7, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Laura Gaztambide-Arandes
Laura Gaztambide-Arandes
