UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br>   Plaintiff, <br><br>   v. <br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br>   Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

It has been made to appear to the Court that Laura Gaztambide-Arandes, for good cause shown, should be allowed to withdraw as counsel for Defendants-Intervenors.

IT IS HEREBY ORDERED that Laura Gaztambide-Arandes is withdrawn as counsel for Defendants-Intervenors and is discharged from any further duties or responsibilities herein.

SO ORDERED this the ____ day of May, 2019.

                              _____
                              Honorable Loretta C. Biggs
                              *United States District Judge*