## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC,

         Plaintiff,

         v.

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,

         Defendants.

Civil Action No. 1:14-cv-954-LCB-JLW

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83-1(e), I, Brenda Shum, an attorney for Defendants-Intervenors, respectfully request that this Court grant me leave to withdraw as counsel.

I am currently employed as an attorney at the Lawyers' Committee for Civil Rights Under Law. I seek leave to withdraw due to an impending change in employment. As of May 17, 2019, I will no longer be working at the Lawyers' Committee.

Jon Greenbaum and Genevieve Torres of the Lawyers' Committee for Civil Rights Under Law will continue to represent Defendants-Intervenors, along with additional counsel of record from Relman, Dane & Colfax and the North Carolina Justice Center. My withdrawal will not result in delay or any negative impact or other circumstances causing prejudice to Defendants-Intervenors or any other party to this case.

For these reasons, I respectfully ask that the Court grant this Motion to Allow Withdrawal of Counsel.

Dated: May 7, 2019

/s/ Brenda Shum
Brenda Shum
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Tel: (202) 662-8600
Email: bshum@lawyerscommittee.org

*Counsel for Defendants-Intervenors*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on May 7, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Brenda Shum
Brenda Shum