UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>    Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

## **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

It has been made to appear to the Court that Brenda Shum, for good cause shown, should be allowed to withdraw as counsel for Defendants-Intervenors.

IT IS HEREBY ORDERED that Brenda Shum is withdrawn as counsel for Defendants-Intervenors and is discharged from any further duties or responsibilities herein.

SO ORDERED this the ____ day of May, 2019.

                                                          _____

                                                          Honorable Loretta C. Biggs
                                                          *United States District Judge*