IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Michael H. Park of Consovoy McCarthy Park PLLC hereby withdraws his appearance on behalf of Plaintiff in the above-captioned action.

**Respectfully submitted this 13th day of May, 2019.**

/s/ Michael H. Park
Michael H. Park
Consovoy McCarthy Park PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 247-8006
E: park@consovoymccarthy.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I filed a true and correct copy of the foregoing Notice of Withdrawal of Appearance with the Clerk of Court using the CM/ECF system, which will be served on all registered users.

This 13th day of May, 2019.

/s/ Michael H. Park