# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS,
INC.,

          Plaintiff,

     v.

THE UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL, et al.,

        Defendants.

Civil Action No. 1:14-cv-954-LCB-JLW

NOTICE OF APPEARANCE

      Pursuant to L.R. 83.1(d), Intervenor Defendants hereby give notice of the

special appearance of Edward Caspar of the Lawyers' Committee for Civil Rights

Under Law, appearing as co-counsel for Intervenor Defendants in this action with Mr.

Jack Holtzman of the North Carolina Justice Center. Mr. Caspar has registered as a

filing user with the Court's ECF system as required by L.R. 5.3(c).

                        Respectfully submitted,

                        /s/ Edward G. Caspar
                        Edward G. Caspar, MA Bar No. 650566
                        Attorney for Intervenor Defendants
                        LAWYERS' COMMITTEE FOR
                        CIVIL RIGHTS UNDER LAW
                        1500 K St. NW, Suite 900
                        Washington, DC 20005
                        Telephone: (202) 662-8600
                        Email: ecaspar@lawyerscommittee.org

/s/ Jack Holtzman
Jack Holtzman, N.C. Bar No. 13548
Attorney for Intervenor Defendants
NORTH CAROLINA JUSTICE CENTER
224 South Dawson Street
Raleigh, NC 27601
Telephone: (919) 856-2165
Email: jack@ncjustice.org

Certificate of Service

I hereby certify that on the date below I electronically filed the foregoing with the

Clerk of the Court, and served the foregoing on all parties of record, using the court's

CM/ECF system.

/s/ Edward G. Caspar
Edward G. Caspar

May 21, 2019