# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

        v.                                      Case Number: 1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al

## NOTICE
==============

**TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case for **June 8, 2020**.

| | |
|---|---|
| PLACE: | Hiram H. Ward Federal Building |
| | 251 N. Main Street, Winston-Salem, North Carolina |
| | Courtroom No. 1 |
| DATE & TIME: | June 8, 2020 - 9:30 a.m. |
| PROCEEDING: | Bench Trial |

A settlement/pretrial conference in the above-referenced case will be set for a date approximately one month prior to the trial date. Counsel are directed to bring a client representative to the settlement/pretrial conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosures, including the time requirements set out therein. **In addition, no later than May 18, 2020, unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

_____

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date: November 5, 2019

TO: ALL COUNSEL OF RECORD