IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        **Plaintiff,**

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        **Defendants.**

## [Proposed] ORDER

Upon consideration of Plaintiff Students for Fair Admissions, Inc.'s motion to continue, it is hereby ORDERED that the trial in this matter is rescheduled from June 8, 2020 to May 11, 2020.

A settlement/pretrial conference in the above-referenced case will be set for a date approximately one month prior to the trial date. Counsel are directed to bring a client representative to the settlement/pretrial conference. The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosures, including the time requirements set out therein.

In addition, no later than _____, 2020, unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.

Dated: _____, 20\_\_          _____
                                                                               Judge Loretta C. Biggs