IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV954 |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA, et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Plaintiff Students for Fair Admissions, Inc.'s Motion to Continue. (ECF No. 193).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and the trial in this matter is rescheduled from June 8, 2020 to May 11, 2020 at 9:30 a.m. in Winston-Salem, Courtroom No. 1.

A settlement/pretrial conference in the above-referenced case will be set for a date approximately one month prior to the trial date. Counsel are directed to bring a client representative to the settlement/pretrial conference. The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosures, including the time requirements set out therein.

In addition, no later than April 20, 2020, each party shall file any motions in limine and a trial brief, along with proposed findings of fact and conclusions of law.

This, the 2nd day of January, 2020.

/s/ Loretta C. Biggs
United States District Judge