# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

     v.                              Case No.    1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| **PLACE:** | **John Hervey Wheeler, United States Courthouse** |
| | **323 E. Chapel Hill, Durham, NC** |
| **COURTROOM NO.:** | Second Floor Courtroom |
| **DATE AND TIME:** | April 8, 2020 at 9:30 a.m. |
| **PROCEEDING:** | Pretrial/Settlement Conference |

Each party is directed to prepare for the Court a document not exceeding <u>three</u> typewritten pages which sets out: (1) the perceived strength of that party's claims and/or defenses and (2) the perceived shortcomings of the opposing party's claims and/or defenses.  **That document shall be <u>served</u> on the opposing party and <u>emailed</u> to jwebster@ncmd.uscourts.gov for Judge Webster's review no later than Tuesday, March 31, 2020.**

<u>**Counsel are directed to bring their clients and a representative from the corporation(s) to the pretrial conference.**</u>

_____

John S. Brubaker, Clerk

By:    /s/ Debbie Blay, Deputy Clerk

Date:   January 2, 2020

TO:    All Counsel and/or Parties of Record