# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO: 1:14-CV-954-LCB-JLW

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSION, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,**<br><br>    Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

   NOW COMES Special Deputy Attorney General Tamika L. Henderson of the North Carolina Department of Justice pursuant to Local Rule 83.1(e)(2) and respectfully gives notice of her substitution as counsel of record in this action on behalf of all defendants and that Assistant Attorney General Nora F. Sullivan be removed as counsel of record for defendants. Special Deputy Attorney General Stephanie A. Brennan will remain as counsel of record for defendants.

Respectfully submitted, this the 15th day of January, 2020.

                JOSHUA H. STEIN
                Attorney General

                /s/Tamika L. Henderson
                Tamika L. Henderson
                Special Deputy Attorney General
                NC State Bar No. 42398
                tlhenderson@ncdoj.gov

                NC Department of Justice
                PO Box 629
                Raleigh, NC  27602
                Tel.:   919.716.6566
                Fax:   919.716.6763

                *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This the 15th day of January, 2020.

/s/Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General

3