# UNITED STATES DISTRICT COURT FOR

# THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:14-cv-954-LCB-JLW |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | |
| | NOTICE OF SPECIAL APPEARANCE |
| Defendant. | |

Pursuant to L.R. 83-1(d), Defendant-Intervenors hereby give notice of the special appearance of David G. Hinojosa of the legal organization of Lawyers' Committee for Civil Rights Under Law, appearing as co-counsel for Defendant-Intervenors in this action with Mr. Jack Holtzman (NC State Bar No. 13548) of the North Carolina Justice Center, Post Office Box 28068, Raleigh, NC 27611; Tel: (919) 856-2165; Fax (919) 856-2175; E-mail: jack@ncjustice.org.  Mr. Hinojosa has filed his application for registration with the Court's ECF system as required by L.R. 5.3(c).

Dated: January 17, 2020              Respectfully submitted,

                                     /s/ Jack Holtzman
                                     Jack Holtzman
                                     (NC State Bar No. 13548)
                                     North Carolina Justice Center
                                     Post Office Box 28068
                                     Raleigh, NC 27611
                                     Tel: (919) 856-2165
                                     Fax: (919) 856-2175
                                     E-mail: jack@ncjustice.org

                                     /s/ David G. Hinojosa
                                     David G. Hinojosa*
                                     (TX State Bar No. 24010689)
                                     Jon Greenbaum*
                                     Genevieve Bonadies Torres*
                                     LAWYERS' COMMITTEE FOR CIVIL
                                     RIGHTS UNDER LAW
                                     1500 K Street, NW, Suite 900
                                     Washington, D.C. 20005
                                     Telephone: (202) 662-8326
                                     Fax: (202) 783-0857
                                     Email: dhinojosa@lawyerscommittee.org
                                     E-mail: gbonadies@lawyerscommittee.org


                                     Reed N. Colfax*
                                     RELMAN, DANE & COLFAX PLLC
                                     1225 19th Street NW, Suite 600
                                     Washington, DC 20036
                                     rcolfax@relmanlaw.com
                                     Tel: (202) 728-1888

                                     *Counsel for Defendant-Intervenors*

                                     *Special Appearance

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.3(b)(2), I hereby certify that this document filed through the CM-ECF system on January 17, 2020 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ David G. Hinojosa
David G. Hinojosa