IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:14-cv-00954-LCB-JLW

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al. | ) ) ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 83.1(e) undersigned counsel for *amici curiae* ArcelorMittal USA LLC, Ariel Investments LLC, Capitol Broadcasting Company, Inc., Cisco Systems, Inc., Cummins Inc., Duke University Health System, Inc., eBay Inc., Eli Lilly and Company, Entergy Corporation, Ernst & Young, General Motors LLC, GlaxoSmithKline LLC, The Hershey Company, HP Inc., IBM Corporation, IKEA US RETAIL LLC, KPMG LLP, Microsoft Corporation, National Association for Stock Car Auto Racing, Inc., PayPal Holdings, Inc., PepsiCo, Inc., Red Hat, Inc., The Redwoods Group, Inc., Replacements, Ltd., Research Triangle Institute, Takeda Pharmaceuticals U.S.A., Inc., United Airlines, Inc., and Yum! Brands, Inc. respectfully requests that the Court substitute James M. Weiss for Stephen D. Feldman as counsel of record for amici and remove Stephen D. Feldman from the CM/ECF distribution list for the above-captioned matter.

This 28th day of February, 2020.

/s/ James M. Weiss
James M. Weiss
N.C. Bar No. 42386
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email:  jamie.weiss@elliswinters.com

/s/ Stephen D. Feldman
Stephen D. Feldman
N.C. State Bar No. 34940
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone:  (919) 865-7000
Facsimile:   (919) 865-7010
Email: stephen.feldman@elliswinters.com

*Counsel for Amici Curiae*

2