IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14CV954 |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Joint Motion to Dispense with the Pre-Trial Settlement Conference. (ECF No. 199).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and the pre-trial settlement conference scheduled for April 8, 2020 before Magistrate Judge Webster is CANCELLED with his knowledge and agreement. Further, any corresponding requisite submission with respect to the pre-trial settlement conference only, is no longer required.

This, the 18th day of March 2020.

/s/ Loretta C. Biggs
United States District Judge