IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14CV954 |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion Regarding Certain Pre-Trial Issues and Request to Adjourn Certain Briefing Deadlines. (ECF No. 201.) On January 2, 2020 this Court entered an Order setting this matter for trial to begin May 11, 2020 and requiring the parties to file trial briefs to include proposed findings of fact and conclusions of law no later than April 20, 2020. (ECF No. 194.) In addition to the relief sought by parties in which Defendant Intervenors joined, this Court must also evaluate the feasibility of the May trial date ordered in its January 20 Order due to the public health crisis caused by the COVID-19 pandemic and in light of the Orders implemented by the Chief Judge of this court to protect the public health, reduce the size of public gatherings and reduce unnecessary travel. See Standing Order 12 (Amended) and Standing Order13 (Amended).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the parties motion, (ECF No. 201), is GRANTED IN PART to the extent that the Court's Order dated January 2, 2020, (ECF No. 194), shall

be modified to no longer require trial briefs and proposed findings of fact and conclusions of law on April 20, 2020;

IT IS FURTHER ORDERED that the parties shall file trial briefs to include proposed finding of facts and conclusions of law following the trial of this matter and no later than 30 days following the receipt of the official trial transcripts of the trial with opposition briefs due no later than 21 days thereafter.

IT IS FURTHER ORDERED that the parties shall file on or before April 20, 2020 a joint status report, considering their efforts to streamline the trial as set forth in their motion, addressing the following: (1) their updated estimate of duration of trial; (2) each parties' list of witnesses to include the city and state of residence of each; (3) each parties' litigation team to be present for trial to include the name of each attorney or staff member and the city and state residence of each; (4) any other person(s) that either party wishes to have attend the trial with said person's city and state of residence; and (5) any other information that the parties deem pertinent to the Court in its determination of the feasibility of conducting a trial of this matter in May 2020.

IT IS FURTHER ORDERED that the parties shall participate in a teleconference with the Court that will be scheduled for a mutually convenient date following the filing of the joint status report to address, among other things, the parties' request for guidance on effectuating a stipulated judgment resolving Count III and the feasibility of conducting a trial in this matter in May 2020.

This, the 1st day of April 2020.

/s/ Loretta C. Biggs
United States District Judge