# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) ) ) | |
| Plaintiff, | ) ) | 1:14CV954 |
| v. | ) ) | |
| UNIVERSITY OF NORTH CAROLINA, et al | ) ) ) | |
| Defendant. | ) ) | |

# NOTICE
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

DATE & TIME: **April 14, 2020 – 11:00 a.m.**
PROCEEDING: **Telephone Conference**

**\*\* An email will be sent to all parties with call-in instructions\*\***

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date: April 8, 2020

TO: ALL COUNSEL AND/OR PARTIES OF RECORD