IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:14-cv-954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, NC., | ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) |
| Defendants, | ) |
| And | ) ) |
| LUIS ACOSTA, et al., | ) ) |
| Defendant-Intervenors. | ) |

**DEFENDANT-INTERVENORS' RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant-Intervenors hereby make these pretrial disclosures pursuant to Rule 26(a)(3) and the Court's Order (Dkt. 194).

**I.    Witnesses (Rule 26(a)(3)(A)(i))**

**A.    Witnesses the Defendant-Intervenors expect to present.**

   1.    Dr. Uma Jayakumar

   2.    Dr. David Cecelski

   3.    Andrew Brennen

   4.    Star Wingate-Bey

   5.    Laura Ornelas

   6.    Luis Acosta

   7.    Cecilia Polanco

   8.    Hanna Watson

9. Kenneth Ward

10. Rimel Mwamba

**B. Witnesses the Defendant-Intervenors may call if the need arises.**

Any potential witness identified in other parties' pretrial disclosures.

**II. Deposition Designations (other than solely for impeachment) (Rule 26(a)(3)(A)(ii))**

Defendant-Intervenors make the following deposition designations to be used in the event any of the following witnesses are not otherwise called to testify.

    A.    **Stephen Farmer**
            40:18-42:17

    B.    **Carol Folt**
            300:2-301:12

**III.    Exhibits (Rule 26(a)(3)(A)(iii))**

    A.    **Exhibits the Defendant-Intervenors expect to offer (other than solely for impeachment).**

1. Expert Report of Dr. Jayakumar (Dkt. 154-21)

2. Expert Report of Dr. David Cecelski (Dkt. 179-14)

3. Declaration of Laura Ornelas (Dkt. 179- 2)

4. Declaration of Luis Acosta (Dkt. 179-3)

5. Declaration of Andrew Brennen (Dkt. 179-5)

6. Declaration of Cecilia Polanco (Dkt. 179-4)

7. Declaration of Hanna Watson (Dkt. 179-7)

8. Declaration of Kenneth Ward (Dkt. 179-10)

9. Declaration of Star Wingate-Bey (Dkt. 179-17)

10. Declaration of Rimel Mwamba (Dkt. 179-23)

11. Declaration of Siena Scarbrough (Dkt. 179-6)

12. Declaration of D'Angelo Gatewood (Dkt. 179-8)

13. Declaration of Lisa-Anne Staton Dyer (Dkt. 179-9)

14. Declaration of Jessica Mencia (Dkt. 179-11)

15. Declaration of Patsy B. Zeigler (Dkt. 179-12)

16. Declaration of Gwenevere Charlene Parker (Dkt. 179-13)

17. Declaration of Valerie Newsome Hayes (Dkt. 179-16)

18. Declaration of Adrian C. Douglass, M.D. (Dkt. 179-18)

19. Declaration of Diandra Anna Kay Dwyer (Dkt. 179-19)

20. Declaration of Alan C. Frazier (Dkt. 179-20)

21. Declaration of Maria Gomez Flores (Dkt. 179-21)

22. Declaration of Shatifa Searles (Dkt. 179-22)

23. Declaration of Pamela Phifer White (Dkt. 179-24)

24. Memorandum Opinion and attached Consent Decree, *North Carolina v. Dep't of Educ.*, No. 79- 217-CIV 5 (E.D.N.C. July 17, 1981)

25. Statement by Governor Bob Scott (Feb. 19, 1970)

26. The Pearsall Plan by the North Carolina Advisory Committee on Education

27. UNC-CH Admissions Application of Andrew Brennen (under seal)

28. UNC-CH Admissions Application of Star Wingate-Bey (under seal)

29. UNC-CH Admissions Application of Laura Ornelas (under seal)

30. UNC-CH Admissions Application of Luis Acosta (under seal)

31. UNC-CH Admissions Application of Cecilia Polanco (under seal)

32. 2010 CIRP Freshman Survey, UNC0350264-UNC0350449.

33. 2016 CIRP Freshman Survey, UNC0351680-UNC0352020.

34. 2016 Undergraduate Diversity and Inclusion Campus Climate Survey (Nov. 2017).

35. 2011-2012 Diversity Plan Report, UNC0283341-UNC0283396.

36. 2012-2014 Diversity Plan Report, UNC0124154-UNC0124193.

37. 2014-2015 Diversity Plan Report (Dkt. 154-47)

38. A Collective Response to Anti-Blackness (Nov. 19, 2015) (Dep. of Carol Lynn Folt (May 31, 2017) at Ex. 14)

39. Commitment to Diversity, University of North Carolina School of Dentistry, https://www.dentistry.unc.edu/about/diversity/.

40. Curriculum 2019 - UNC General Education Curriculum Revision, The University of North Carolina Chapel Hill, http://curriculum2019.web.unc.edu/.

41. DATAUSA: Ethnic Studies, https://datausa.io/profile/cip/050200/#demographics.

42. Dean, James, The Educational Benefits of Diversity and Inclusion for Undergraduate Students at the University of North Carolina Chapel Hill (May 26, 2017), UNC0349694-UNC0349712. (Dkt. 154-34)

43. Email with Copy of Encouraging Student Success at Carolina: The Undergraduate Retention Study (2010-2011), UNC0124077-UNC0124153 (Dep. of Carol Lynn Folt (May 31, 2017) at Ex. 8)

44. Email with Copy of Summary of SERU and 2010 Student Diversity Assessment and Survey Responses, UNC0130765-UNC0130864. (Dep. of Dr. Taffye Benson Clayton (May 24, 2017) at Ex. 13)

45. Diverse Learning Environments Survey, Higher Education Research Institute, https://heri.ucla.edu/diverse-learning-environments-survey/.

46. Diversity and Inclusion, University of North Carolina School of Government, https://www.sog.unc.edu/resources/microsites/diversity-and-inclusion.

47. The Equity Scorecard: Balancing Educational Outcomes, USC Rossier School of Education, https://rossier.usc.edu/the-equity-scorecard-balancing-educational-outcomes/.

48. Foundations and Practices Regarding the Evaluation and Admission of Candidates, Office of Undergraduate Admissions (2016-2017), UNC032603-UNC0323610. (Dkt. 154-39)

49. "General Education Curriculum Revision Update" Presentation, The University of North Carolina Chapel Hill (Nov. 8, 2017), http://curriculum2019.web.unc.edu/files/2017/11/public-meeting-20171108.pdf.

50. General Administration (GA) Senior Report (2012-2013), UNC0352125-UNC0352138.

51. General Administration (GA) Senior Report (2016), UNC0350252-UNC0350263.

52. N.C. Justice Center, Budget & Tax Center Report, Prosperity Watch 76, no. 1 (July 2017), http://www.ncjustice.org/?q=budget-and-tax/prosperity-watch-issue-76-no-1-nc- and-us-growing-more-diverse-general-assembly-isnt.

53. Office of Instructional Innovation: Office Overview, The University of North Carolina at Chapel Hill, College of Arts & Sciences, https://instructionalinnovation.unc.edu/office-overview/.

54. Resolution 2016-12. On Commitment to Diversity and Inclusion, Office of Faculty Governance, the University of North Carolina at Chapel Hill (Apr. 15, 2016), http://facultygov.unc.edu/faculty-council/resolutions/. (Dkt. 154-33)

55. United States Census Bureau, "American Census Survey Demographic and Housing Estimates, 2012-2016 American Community Survey 5-year Estimates" for North Carolina, https://factfinder.census.gov/faces/tableservices/jsf/pages/productview.xhtml?src=CF.

B. **Exhibits the Defendant-Intervenors may offer if the need arises (other than solely for impeachment).**

56. UNC Admissions Application of Hanna Watson (under seal)

57. Defendant-Intervenors may offer other exhibits identified on the other parties' exhibit lists.

**Respectfully submitted this 10th day of April, 2020.**

/s/ Reed N. Colfax
Reed N. Colfax*
RELMAN & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
rcolfax@relmanlaw.com
Tel: (202) 728-1888

/s/ Jack Holtzman
Jack Holtzman, N.C. Bar No. 13548
Emily P. Turner, N.C. Bar No. 49578
NORTH CAROLINA JUSTICE CENTER
224 South Dawson Street
Raleigh, NC 27601
jack@ncjustice.org
emilyt@ncjustice.org
Tel: (919) 856-2165

/s/ Jon M. Greenbaum
Jon M. Greenbaum*
David Hinojosa*
Genevieve B. Torres*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue NW, Suite 400
Washington, DC 20005
jgreenbaum@lawyerscommittee.org
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org
Tel: (202) 662-8600

*Attorneys for Defendant-Intervenors*

* *Special Appearance*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, I filed a true and correct copy of the foregoing **DEFENDANT-INTERVENORS PRETRIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system.

This 10th day of April, 2020.

/s/ Genevieve Bonadies Torres

Genevieve Bonadies Torres