# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

     v.                                                    Case Number: 1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al

# NOTICE
==============

**TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building** |
| | **251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 1** |
| DATE & TIME: | **November 9, 2020 - 9:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date:   April 16, 2020

TO:     ALL COUNSEL OF RECORD