# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.

     v.

Case Number: 1:14CV954

UNIVERSITY OF NORTH CAROLINA, et al

# NOTICE OF VIDEO CONFERENCE HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC** |
| **COURTROOM NO:** | **1** |
| **DATE & TIME:** | **September 25, 2020 – 11:00 a.m.\*** |
| **PROCEEDING:** | **Pretrial Status Hearing** |

**Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.**

**\*Participants are required to log in no later than 15 minutes prior to the start of the hearing.**

_____

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date:   September 18, 2020

To:     All counsel of record