IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **DEFENDANTS' MOTION *IN*** <br> ) ***LIMINE* TO EXCLUDE EVIDENCE** <br> ) **RELATED TO SO-CALLED** |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) **"PAPER CLASSES"** <br> )<br>) |
| Defendants. | ) |

Under Federal Rules of Evidence 402 and 403, the UNC-defendants respectfully move the Court for entry of an order excluding evidence related to so-called "paper classes" for the reasons explained in their supporting brief.

Respectfully submitted this 19th day of October, 2020.

                                                                                    JOSHUA H. STEIN
                                                                                    Attorney General

| /s/ Patrick Fitzgerald | /s/ Stephanie Brennan |
|---|---|
| Patrick Fitzgerald | Stephanie Brennan |
| Amy Van Gelder | Special Deputy Attorney General |
| Marianne Combs | NC State Bar No. 35955 |
| Skadden, Arps, Slate, Meagher & Flom LLP | E: sbrennan@ncdoj.gov |
| 155 North Wacker Drive | |
| Chicago, IL 60606-1720 | /s/ Tamika Henderson |
| (312) 407-0700 | Tamika Henderson |
| E: patrick.fitzgerald@skadden.com | Special Deputy Attorney General |
| E: amy.vangelder@skadden.com | NC State Bar No. 42398 |
| E: marianne.combs@skadden.com | E: tlhenderson@ncdoj.gov |
| | |
| /s/ Lara Flath | |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| One Manhattan West | |
| New York, NY 10001 | |
| (212) 735-3000 | |
| E: lara.flath@skadden.com | |

                                                                              *Attorneys for UNC-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I filed a true and correct copy of the foregoing DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO SO-CALLED "PAPER CLASSES" with the Clerk of Court using the CM/ECF system.

This 19th day of October, 2020.

/s/ Patrick Fitzgerald
Patrick Fitzgerald