IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:14-CV-954 ) |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF ALTERNATE MEANS OF FILING

Please take notice that Defendants have filed the following documents:

- Defendants' Motion *in Limine* to Exclude Evidence Related to So-Called "Paper Classes"
- Brief in Support of Defendants' Motion *in Limine*
- Declaration of Patrick Fitzgerald in support of Defendants' Motion *in Limine*

These documents have not been filed electronically because of a technical failure relating to the Court's CM/ECF site as defined in the Electronic Case Filing Administrative Polices and Procedures Manual of the United States District Court for the Middle District of North Carolina ("ECF Manual"). Pursuant to Section P of the ECF Manual, these documents have been filed using an acceptable alternate means for filing documents in the case of a technical failure by sending them via electronic mail to techfailures@ncmd.us.courts.gov along with an accompanying declaration.

Respectfully submitted this 19th day of October, 2020.

JOSHUA H. STEIN
Attorney General

/s/ Patrick Fitzgerald
Patrick Fitzgerald
Amy Van Gelder
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: patrick.fitzgerald@skadden.com
E: amy.vangelder@skadden.com
E: marianne.combs@skadden.com

/s/ Lara Flath
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
E: lara.flath@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Tamika Henderson
Tamika Henderson
Special Deputy Attorney General
NC State Bar No. 42398
E: tlhenderson@ncdoj.gov

*Attorneys for UNC-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I filed a true and correct copy of the foregoing DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO SO-CALLED "PAPER CLASSES" with the Clerk of Court using the CM/ECF system.

This 19th day of October, 2020.

/s/ Patrick Fitzgerald
Patrick Fitzgerald