# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. <br> *Plaintiff* <br> v. <br> UNIVERSITY OF NORTH CAROLINA, et al. <br> *Defendant* | ) ) ) ) ) ) | Case No. 1:14-cv-954-LCB-JLW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Students for Fair Admissions, Inc.

Date: 11/06/2020

*Attorney's signature*

James F. Hasson, 24109982 (TX)
*Printed name and bar number*

1600 Wilson Blvd, Suite 700
Arlington, VA 22209
*Address*

james@consovoymccarthy.com
*E-mail address*

(703) 243-9243
*Telephone number*

*FAX number*