```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CIVIL ACTION NO. 1:14-CV-00954


STUDENTS FOR FAIR
ADMISSIONS, INC.,

                    Plaintiffs,

      vs.

UNIVERSITY OF NORTH
CAROLINA, et al.,

                    Defendants.


              _____

                          DEPOSITION
                             OF
                      PETER ARCIDIACONO

    THIS DEPOSITION CONTAINS HIGHLY CONFIDENTIAL AND
      PROPRIETARY INFORMATION AND IS SUBJECT TO A PROTECTIVE
        ORDER RESTRICTING PUBLIC DISCLOSURE OF ITS CONTENTS
              _____



TAKEN AT THE OFFICES OF:
THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
222 East Cameron Avenue
110 Bynum Hall
Chapel Hill, NC  27514


                         06-29-18
                         9:28 A.M.


              _____

                       P. Jordan Powers
                        Court Reporter

                   Civil Court Reporting, LLC
                         P.O. Box 1146
                      Clemmons, NC  27012
                        (336) 406-7684
```

1    A.   When we ---
2    Q.   --- to perform it on a different data
3    set?
4    A.   Well, we had always intended to be doing
5    it the -- the same way, and it was through
6    producing the code for the rebuttal -- the code
7    for reproduction that we realized that we had the
8    wrong sample there.
9    Q.   Aside from -- from that error, did you
10   make any other changes to your report?
11   A.   No.
12   Q.   And have you discovered any other errors
13   in your January report at any time since?
14   A.   Not that I recall.
15   Q.   Okay.  And any errors that you've seen
16   since that time in either your April or the recent
17   June report?
18   A.   Not that I -- not that I recall.
19   Q.   And over the course of your retention
20   were you asked to provide an opinion on any matter
21   that is not reflected in your report?
22   A.   No.
23   Q.   And were you asked to perform any
24   assignments, other than those that you summarized
25   in paragraph one of your January report?

1           A.    Well ---

2                 MR. STRAWBRIDGE:   Object to the

3      form of the question.

4           A.    Was I asked to perform any assignments?

5           Q.    (Mr. Fitzgerald)  Yes.

6           A.    Well, yes, in that I was -- had to

7      include Rick Kahlenburg's race-neutral

8      simulations.

9           Q.    Okay.  And we'll come back to that in a

10     moment.  But aside from that, any other

11     assignments not reflected in your reports?

12          A.    Not that I recall.

13          Q.    And were you asked to perform any work

14     as part of your engagement that you declined to

15     perform?

16          A.    No.

17          Q.    And did you perform work to support or

18     test opinions that ultimately did not make it into

19     your report?

20          A.    Not that I recall.

21          Q.    And I take it you're not planning to

22     offer any opinion about whether race conscious

23     admissions policies at Carolina results in what is

24     known as mismatch?

25          A.    Well, that's not part of this report.

1  Q. Okay. And you're not planning to offer
2  an opinion at -- on that topic at trial?
3           MR. STRAWBRIDGE: Object to the
4  form of the question.
5  A. Only if you ask me about it.
6  Q. (Mr. Fitzgerald) And assuming all my
7  questions will be predicated on my not asking you,
8  with that standing assumption which is safe,
9  you're not planning to offer an opinion that
10 Carolina engaged in so called racial balancing as
11 part of the admissions process ---
12 A. That's correct.
13 Q. --- correct? And you're not planning to
14 offer an opinion or any statistical evidence as to
15 whether or not Carolina has a floor for admissions
16 for African Americans or other URMs. Is that
17 correct?
18 A. That's correct.
19          MR. STRAWBRIDGE: Object to the
20 form of the question.
21 Q. (Mr. Fitzgerald) And you're not
22 planning to offer any opinion that Carolina uses
23 quotas or URM targets concerning the race it
24 admits?
25          MR. STRAWBRIDGE: Object to the

```
 1    form of the question.
 2         A.   That's correct.
 3         Q.   (Mr. Fitzgerald)  And you're not
 4    planning to offer an opinion as to whether
 5    Carolina engages in intentional discrimination
 6    against Asian Americans, correct?
 7         A.   That's correct.
 8         Q.   And in your January report you discussed
 9    the school group review process.  You are not
10    planning to offer any opinions about school group
11    review, correct?
12         A.   That's correct.
13         Q.   And you're not offering any opinion or
14    planning to offer any opinion that Carolina uses
15    its wait list to effect a racial composition of
16    admits, correct?
17              MR. STRAWBRIDGE:  Object to the
18    form of the question.
19         A.   That's correct.
20         Q.   (Mr. Fitzgerald)  And you would agree
21    that Carolina allows applicants to apply via early
22    action, correct?
23         A.   Correct.
24         Q.   And early action is a program at
25    Carolina that allows the applicant to apply early
```

1   but does not bind the applicant to matriculate at

2   Carolina if offered admission, correct?

3         A.   Correct.

4         Q.   And you're not offering any -- you're

5   not planning to offer any opinion that Carolina

6   considers applications it receives through early

7   action differently than those it receives through

8   regular decision, correct?

9         A.   No.  So ---

10        Q.   No?

11        A.   --- early action is one of the variables

12  that we control for in our model and there is

13  evidence that there's a preference for people who

14  apply early.

15        Q.   Okay.  Do you -- is it your

16  understanding that the process that they file,

17  when reviewing applications, early action is

18  different than the process by which applications

19  under regular decision are reviewed?

20        A.   It's different in the -- potentially in

21  the sense that the bar may be different at --

22  that's -- can be reflected in the estimation of my

23  models, but that would be the -- but the

24  evaluation of the applicants themselves is similar

25  -- scored on the same ratings and so on.

1  Q. And are you going -- planning to offer
2  any opinion that to the extent there's a
3  difference in how early action applicants are
4  considered versus regular decision, that that is
5  motivated by race in any way?
6          MR. STRAWBRIDGE: Object to the
7  form of the question.
8  A. Sorry. Can you repeat the question?
9  Q. (Mr. Fitzgerald) To the extent that you
10 see a difference in the admission rates for early
11 action applicants versus regular decision
12 applicants, are you offering any opinion that that
13 difference is motivated by race in any way?
14 A. No.
15 Q. And do you understand that Caroline
16 Hoxby appears to address a different question in
17 her reports than you do?
18         MR. STRAWBRIDGE: Object to the
19 form of the question.
20 A. That's correct.
21 Q. (Mr. Fitzgerald) Okay. What question
22 do you understand her to be addressing?
23 A. Well, she has a number of questions.
24 Some that are directly related to these questions
25 about, you know, the role of race in the

1  admissions process.  She also discusses how
2  formulaic the admissions process is and then race
3  control analysis, and the race control analysis
4  was not something that was part of my purview.
5      Q.   Okay.  And you understand Professor
6  Hoxby to be looking at the question of the impact
7  of race upon admissions decisions across the
8  entire applicant group, whether it involves URMs
9  or non-URMs and whether or not it involves
10 applicants that you viewed as nearly certain to be
11 admit -- admitted or nearly certain to be
12 rejected?
13              MR. STRAWBRIDGE:  Object to the
14 form of the question.
15     A.   So, I'm sorry.  I kind of need you to
16 state it one more time.
17     Q.   (Mr. Fitzgerald)  Okay.  Do you
18 understand that Professor Hoxby was looking at the
19 question of the impact of race upon admissions
20 decisions across the entire applicant group, which
21 includes both URMs and non-URMs as well as folks
22 that you viewed as being either certain -- nearly
23 certain to be admitted or rejected?
24              MR. STRAWBRIDGE:  Same objection.
25     A.   Yes, but I would say that my analysis

1       does the same thing.
2           Q.   (Mr. Fitzgerald)  Doesn't your analysis
3       leave out -- all your models leave out applicants
4       that you view as being nearly certain to be
5       admitted or rejected?
6           A.   The role that race can play for those
7       applicants, my admission rates are over 97
8       percent, is by definition minimal.  So -- and --
9       and also I do look at it in -- in my reply report.
10          Q.   And did you run any models across the
11      entire admissions process that included the
12      students that you thought were nearly certain
13      admits or certain rejects?
14          A.   Yes.
15          Q.   Which -- which test did you run across
16      the entire applicant core?
17               MR. STRAWBRIDGE:  Object to the
18      form of the question.
19          A.   So in my final report I respond to her
20      criticism of not including them and show how that
21      if you include them and control for the fact
22      they're in one of these special recruiting
23      categories, but it doesn't affect my conclusions.
24      It doesn't affect the fit of the model.
25          Q.   (Mr. Fitzgerald)  You mentioned

```
 1     Mr. Kahlenburg and you did some work with
 2     Mr. Kahlenburg in this case, correct?
 3          A.   I did some work for him, yes.
 4          Q.   Okay.  Had you worked with him before
 5     this case?
 6          A.   No.
 7          Q.   Okay.  Are you working with
 8     Mr. Kahlenburg as well on the Harvard matter?
 9          A.   Yes, sorry.  Should have clarified that,
10     yes.
11          Q.   But putting those two matters ---
12          A.   Yeah.
13          Q.   --- aside, have you done any work with
14     Mr. Kahlenburg on any other matter?
15          A.   No.  I mean, we've been at a -- at a
16     conference together.
17          Q.   Okay.
18          A.   But that -- that's the extent.
19          Q.   Is he involved in the Sanders versus
20     State Bar of California matter?
21          A.   No.
22          Q.   Okay.  And tell us what you did you for
23     Mr. Kahlenburg.
24          A.   So, Mr. Kahlenburg is interested in
25     race-neutral policies, so he would propose
```

1    particular race-neutral policies, and I would be

2    in charge of showing how those policies -- what

3    effects those policies have.

4        Q.   Okay.  And who constructed the models to

5    test those race-neutral policies that he would

6    propose?

7        A.   Who constructed the models?

8        Q.   Yeah.

9        A.   Well, so he -- from when he was doing

10   race-neutral analysis based on solely applicants

11   to UNC, then he was using my models adjusted to

12   particular -- particular ways.

13             But there were also cases where he was

14   responding to some of the work that Hoxby did and

15   so taking some of Hoxby's models and then

16   expanding what was happening there.

17       Q.   Okay.  And so starting with the first

18   category, your models that were adjusted for his

19   work, who made the adjustments to those models?

20       A.   Well, my team did.

21       Q.   Okay.  But who directed -- who directed

22   what adjustments should be made?  Did that come

23   from Mr. Kahlenburg or come from you?

24       A.   So Mr. Kahlenburg would say, "I -- I

25   want to give, you know, a SCS bump of this amount.

1  Tell me what happens in that case."  And so we put
2  that in the model and show what would happen.
3          Q.  Okay.  So just -- so I can understand it
4  more simply myself, did the model change or was he
5  just saying put this different data input into the
6  model?
7          A.  So the way these models work is that
8  there are -- we have them -- estimated the
9  probability of being admitted.
10         Q.  Okay.
11         A.  And there are coefficients associated
12 with different variables there.  And those
13 different variables have different effects on the
14 probability of admission.
15             So when we talk about what's going to
16 happen here is that we -- instead of -- for
17 example, there's a coefficient on first generation
18 college.  First generation college feeds into your
19 probability of being admitted and if we raise that
20 coefficient, that's going to change your
21 probability of being admitted.
22             So that's the extent of what's going on.
23 We're talking about raising particular
24 coefficients or identifying particular
25 combinations of characteristics and saying okay,

```
 1    we're going to give everybody a bump of a
 2    particular size.
 3         Q.    And who decided which coefficients to
 4    raise?
 5         A.    Mr. Kahlenburg.
 6         Q.    Okay.  And did you perform these --
 7    these simulations yourself or people on your team?
 8         A.    Our team.
 9         Q.    Okay.  Who was your team?
10         A.    So ---
11               MR. STRAWBRIDGE:  I just caution
12    the witness in answering this question.  I don't
13    think the question calls for this.  Do not -- do
14    not disclose the identity of any consulting
15    witness whose work you have not relied upon in
16    this case.  And I just -- can we go off the record
17    for a second?  I just have a ---
18               MR. FITZGERALD:  Sure.
19               MR. STRAWBRIDGE:   --- a question
20    because it's going to come up in the other
21    depositions.
22    (Off-record: 9:58 a.m. to 9:59 a.m.)
23         Q.    (Mr. Fitzgerald)  In terms of -- let me
24    talk to you about your work and also what it is
25    you expect to testify about at trial.  Did you
```

1    come up with the types of race-neutral

2    alternatives to propose in this matter?

3         A.   No.

4         Q.   And did you determine the parameters of

5    each particular race-neutral alternative?

6         A.   No.

7         Q.   And I take it you're not planning to

8    opine as to whether the Univer -- simulations that

9    Mr. Kahlenburg had you -- had you and your team

10   perform are the right ones, correct?

11        A.   Correct.

12        Q.   And I take it that you're not opining as

13   to the results of these simulations, correct?

14        A.   Correct.

15        Q.   And I take it that you're not opining as

16   -- as to how the difference in diversity should be

17   evaluated, correct?

18        A.   Correct.

19        Q.   And I take it that you're not opining as

20   to whether a particular race-neutral alternative

21   is workable, correct?

22        A.   Correct.

23        Q.   And I take it you're not opining with

24   respect to how academic preparedness should be

25   measured, correct?