# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina 

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-954-LCB-JLW |
| UNIVERSITY OF NORTH CAROLINA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Hasson

Date: 11/10/2020

*Attorney's signature*

James Hasson 24109982 (Tx.)
*Printed name and bar number*
1600 Wilson Blvd. Suite 700
Arlington, VA 22201

*Address*

james@consovoymccarthy.com
*E-mail address*

(703) 994-6931
*Telephone number*

*FAX number*