IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, *
INC.,                          *
                               *
            Plaintiff,         *  Case No. 1:14CV954
                               *
vs.                            *
                               *  November 16, 2020
UNIVERSITY OF NORTH CAROLINA,  *
et al.,                        *  **Volume 5**
                               *  **Pages 759-925**
            Defendants.        *
*******************************

**EXPEDITED TRANSCRIPT OF TRIAL**
BEFORE THE HONORABLE LORETTA C. BIGGS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiff:          CONSOVOY MCCARTHY, PLLC
                        Thomas R. McCarthy, Esquire
                        Patrick Strawbridge, Esquire
                        James F. Hasson, Esquire
                        Bryan K. Weir, Esquire

                        BELL DAVIS & PITT, P.A.
                        Daniel Alan M. Ruley, Esquire

For UNC Defendants:     SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
                        Patrick J. Fitzgerald, Esquire
                        Lara A. Flath, Esquire
                        Amy L. Van Gelder, Esquire
                        Marianne H. Combs, Esquire

                        NORTH CAROLINA DEPARTMENT OF JUSTICE
                        Stephanie A. Brennan, Esquire
                        Tamika Henderson, Esquire

For Intervenors:        LAWYERS' COMMITTEE CIVIL RIGHTS UNDER LAW
                        David G. Hinojosa, Esquire
                        Genevieve Bonadies Torres, Esquire

                        NORTH CAROLINA JUSTICE CENTER
                        Jack Holtzman, Esquire
                        Emily P. Turner, Esquire

1            I N D E X

2  **DEFENDANT UNC WITNESSES:**                    **PAGE**

3    **ABIGAIL PANTER**
         Direct Examination by Ms. Brennan          766
4        Cross-Examination by Mr. McCarthy          863

5

6  **INTERVENORS' WITNESSES:**                     **PAGE**

7    **CECILIA POLANCO**
         Direct Examination by Ms. Torres           871
8
     **KENNETH WARD**  (Via Video)
9        Direct Examination by Mr. Hinojosa         887

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P R O C E E D I N G S**

1         **THE COURT:** Good morning.

2    All right. If you would call your next witness, please.

3       **MR. FITZGERALD:** Your Honor, can we address just

4 scheduling matters briefly?

5         **THE COURT:** Yes, we can do that.

6       **MR. FITZGERALD:** So, Your Honor, I think, just as a

7 preview of where we think the week is going -- and I've been

8 talking with Mr. McCarthy and Intervenor counsel -- Ms. Brennan

9 will question Dr. Abigail Panter this morning, and that will

10 take a considerable part of the day but not a whole day, and

11 with the grace of the Intervenors moving their schedule around,

12 we should have two Intervenor witnesses this afternoon, one

13 live, one Zoom.

14    Then tomorrow we will begin the day with Dr. Caroline

15 Hoxby, who will appear remotely. That will be a substantial

16 examination and cross-examination, and we think it may consume

17 the day. It could spill over. Maybe it's a little bit short,

18 but given the density of the expert testimony, I wouldn't be

19 surprised if we spilled a little bit into Wednesday.

20         **THE COURT:** All right.

21       **MR. FITZGERALD:** And then on Wednesday morning, the

22 last expert from UNC will testify, Dr. Long. She is a briefer

23 expert, much shorter in terms of time for both the direct and,

24 from talking to counsel, the cross. And then I believe the

1  Intervenors are looking to add to the schedule two Intervenor

2  witnesses on Wednesday and may have some more.

3        **MS. TORRES:**  We have three confirmed, possibly four.

4        **THE COURT:**  For Wednesday?

5        **MS. TORRES:**  For Wednesday.  They are 45 minutes each,

6  so they should fit on Wednesday.

7        **MR. FITZGERALD:**  With that adjustment by the

8  Intervenors, which is much appreciated by all, we should be in

9  a position for the -- I think the Intervenors will either have

10  two or three witnesses left for Thursday morning.

11        **THE COURT:**  All right.

12        **MR. FITZGERALD:**  I know there's an issue Mr. McCarthy

13  wants to raise about -- I'll let him raise.  But the

14  anticipation for the parties was looking to close on Thursday

15  and finish the case on that day, and that would save the Court

16  a day on Friday.

17        And with regard to that, I just wanted to raise the issue

18  of closings.  And the request on the UNC side is, Your Honor,

19  we obviously -- it's an important case.  There's a lot of dense

20  information that has come in, and while we had originally

21  sought to ask the Court for two hours to sum up our side, we

22  think we can cut it to an hour and half, but not beyond that,

23  Your Honor, because we think we would like to go through the

24  testimony while it's fresh in everyone's head.

25        And then the only other thing I would add, it would be our

1  intention, if the Court is willing, that Ms. Brennan and I
2  would split the closing.  She has led the fact witnesses
3  principally, and I have led the expert witnesses, and so there
4  would be no overlap.  I just didn't want to surprise the Court
5  on Thursday by telling you that then.

6          **THE COURT:**  All right.

7          **MR. FITZGERALD:**  So that would be our request, is to
8  try to do it on Thursday and have an hour and a half on our
9  side.  We would agree, obviously, to the same for Plaintiffs,
10  and I understand the Intervenors would ask for 20 minutes.

11          **THE COURT:**  All right.  Thank you.

12      Yes, sir.

13          **MR. MCCARTHY:**  Your Honor, we appreciate everybody
14  working together on this, and we are respectful of the Court's
15  time, and we are thankful the Intervenors shuffled some
16  witnesses around in order to try to move things forward more
17  quickly.  So we're all in agreement on that.

18      In terms of closings, we -- we were initially going to
19  propose 45 minutes each side, but we think 60 should be enough,
20  especially if we're trying to get done on Thursday.  We think
21  it would be best to confine those as best we can.  There's been
22  a decent amount of evidence in this case, but it hasn't been
23  the longest case in history.  I think we did openings in about
24  25 minutes each.

25      And in particular, one thing that we wanted to make clear

1  is that we had reserved our rights to recall our expert
2  witnesses as rebuttal witnesses at the end of trial.  I don't
3  know that we will do that, probably won't know until
4  Professor Hoxby -- Dr. Hoxby is done.  But we reserve our right
5  to do that, and we don't expect that if we do, that would be
6  very long.  We still hope that we could try to finish this
7  thing up on Thursday.  So I think that, too, factors into the
8  timing in terms of closings.

9       I should note that, like Mr. Fitzgerald, we may split
10  closing too.  We haven't worked that out yet, but it's a
11  possibility.  So I wanted the Court to know that right away.

12          **THE COURT:**  All right.

13          **MR. MCCARTHY:**  Thank you.

14          **THE COURT:**  Yes, sir.

15          **MR. FITZGERALD:**  Your Honor, we would oppose recalling
16  experts at this point.  Obviously, we can deal with that issue
17  when it comes.  But just so there's transparency in our
18  position, I think both Professor Arcidiacono and Mr. Kahlenberg
19  testified at great length, and they talked about their
20  criticisms of Dr. Hoxby, principally, and indicated what they
21  think of her criticisms of them and their criticisms of her
22  work.

23       We think it would be inappropriate at this point to then
24  let them get the last word, particularly where we have the
25  burden of proof in this case.  I'm not saying we have a

1  rebuttal case, but we have the burden of proof.  We think it

2  would be inappropriate.  Frankly, if they're going to reserve

3  the right to recall either Professor Arcidiacono or

4  Mr. Kahlenberg, then I certainly want to reserve the right that

5  we can then respond.

6       I feel like there's a point at which there are diminishing

7  returns, and I think we will probably all deep down feel by the

8  end of the next two days that we've probably heard enough

9  expert testimony, and I certainly wouldn't want to allow that

10  to happen to the detriment of us being allowed to explain our

11  case where our clients have been accused of a constitutional

12  violation, where the issues for the university are very, very

13  fundamental and go beyond this case.

14       So we would strongly ask for an hour and a half.  If we can

15  do it shorter, we will, but we think we need to give the

16  arguments justice in the right amount of time.

17           **THE COURT:**  There is no question I will give each of

18  you the amount of time that you need in closing.

19       I will reserve ruling on this issue of recalling experts

20  and the need to do that until such time that it becomes a

21  serious issue.  I understand his desire to reserve any rights

22  that he may have to that, but the Court is not inclined to

23  relitigate that part of the case.  It was very clear, very

24  detailed.  They had an opportunity to -- we heard a lot about

25  what they believe about the testimony of the witnesses that

1 we're about to hear.  So we will just make that determination

2 at that time.

3          **MR. MCCARTHY:**  Thank you, Your Honor.

4     I'll note that if we believe that we need to do that, we

5 will certainly work with the parties first to propose something

6 before we take it to Your Honor --

7          **THE COURT:**  I would appreciate that.

8          **MR. MCCARTHY:**  -- as we've done so far working

9 something out and limiting the issues for the Court to have to

10 decide.

11          **THE COURT:**  Thank you.  All right.

12          **MR. FITZGERALD:**  Thank you, Your Honor.

13          **THE COURT:**  Anything further?

14          **MR. FITZGERALD:**  I will excuse myself and be replaced

15 to keep within the limit.  Thank you, Your Honor.

16          **THE COURT:**  Thank you.

17     Yes, ma'am, if you would call your next witness, please.

18          **MS. BRENNAN:**  Thank you, Your Honor.

19     The UNC Defendants call Dr. Abigail Panter.

20          **ABIGAIL PANTER, DEFENDANT UNC WITNESS, SWORN**

21                    **DIRECT EXAMINATION**

22 BY MS. BRENNAN:

23          **MS. BRENNAN:**  Your Honor, may Dr. Panter remove her

24 mask?

25          **THE COURT:**  Yes.

1  Q.  Good morning, Dr. Panter.

2  A.  Good morning.

3  Q.  Could you please take a moment and introduce yourself to

4  the Court and share your current position at the university?

5  A.  Yes.  My name is Abigail Panter.  I'm the senior associate

6  dean for undergraduate education at the University of

7  North Carolina at Chapel Hill.  I'm also a professor of

8  psychology and neuroscience at the university.

9  Q.  Let me take you back for a moment and ask you a little bit

10  about your background.  Where did you grow up?

11  A.  I grew up in a small town that's north of New York City

12  that's in Rockland County, New York, on the Hudson River.

13  Q.  And can you talk about your family?

14  A.  Yes.  My parents are professionals, my dad a physician.  My

15  mom passed early, but she was a professional musician and

16  writer.  And they are -- they're really loving parents who

17  prioritized our education and allowed us to be free in our

18  pursuits and our passions, which we each did have passions.  So

19  they're really supportive in all of the ways you hope for for

20  parents.

21  Q.  You mentioned passions.  What were some of your passions as

22  you were growing up?

23  A.  I -- I play the cello, and so I was a musician also, and so

24  I did a lot of work in playing in ensembles and all around in

25  my town and area, my school, and in New York City.

1    Q.   Where did you attend college?

2    A.   So I attended Wellesley College.  It was my first choice,

3    and I was thrilled to go, and I loved being there.  So while I

4    was there, I -- I studied psychology, which is my area, as well

5    as French studies, which is an interdisciplinary study of

6    literature, language, and music.

7    Q.   Did you receive a degree from Wellesley?

8    A.   Yes.  In 1985, I received my degree, and I went

9    straightaway to graduate school to a doctoral program at

10   New York University in psychology in the area of social

11   personality psychology.

12   Q.   Did you receive a degree at NYU?

13   A.   Yes, I received two degrees at NYU.  So I graduated from

14   Wellesley in 1985.  I received my master's in 1987, and I

15   received my Ph.D. in 1989.

16   Q.   What was your first position after you received your Ph.D.?

17   A.   I -- my first position was at UNC-Chapel Hill, the

18   University of North Carolina at Chapel Hill.  It was really

19   the -- it's the top program in what I do, which is personality,

20   social, individual differences and quantitative psychology; and

21   I was thrilled to have it.  I did a national search, and this

22   was -- it was the top space, and I was thrilled to be there.

23   Q.   What year did you join UNC?

24   A.   In 1989.  I went straight from my -- finishing my Ph.D. to

25   driving down from New York to Chapel Hill.

1  Q.  Have you been there continuously since?

2  A.  Yes.

3  Q.  Did you go through the tenure promotion process at the

4  university?

5  A.  I did.

6  Q.  Can you describe that?

7  A.  Yeah.  So as -- as always, you -- if you have an assistant

8  professor position, you are really working hard to attain

9  tenure, then work hard to keep going until you get full

10 professor.

11 Q.  And did you receive those promotions?

12 A.  Yes, I did.

13 Q.  Do you recall what year you received tenure?

14 A.  No, I don't recall the year, but it was basically -- I

15 think I was 30 when I got it.

16 Q.  And then have you now been promoted to full professor?

17 A.  Yes.

18 Q.  Do you recall when you received that promotion?

19 A.  I don't know the exact year, but I -- again, I went through

20 that process also.

21 Q.  At some point did you assume an administrative role at the

22 university?

23 A.  Yes, I became the senior associate dean for undergraduate

24 education on July 1 of 2014, yes, and I had had a role in the

25 office before then as well.

1  Q.  I want to ask you about the reporting structure in your

2  current position.  Who do you report to?

3  A.  I -- so I report -- I am in the College of Arts and

4  Sciences, and I report to Dean Terry Rhodes.

5  Q.  You mentioned the College of Arts and Sciences.  What is

6  the College of Arts and Sciences?

7  A.  The College of Arts and Sciences at UNC-Chapel Hill is the

8  space where young undergraduates come -- it's the college where

9  they come.  It is the largest college.  It's -- it is the

10  college that houses, you know, about 45 majors for

11  undergraduates.  It has actually 45 departments.  It's many

12  more majors because of the degrees that are awarded.  But it is

13  a unit -- the largest unit there.

14      There's a College of Arts and Sciences and some

15  professional schools as well at UNC-Chapel Hill.  One of the

16  neat aspects of Chapel Hill is that the medical school is on

17  the campus, so we have the college and then a very -- you know,

18  our very strong health affairs side.

19  Q.  In your position, do you have anyone who reports to you?

20  A.  I do.

21  Q.  Who are the people who report to you?

22  A.  So I have -- I have about 12 people who report to me and 10

23  of them are leaders of units in my area, in the Office of

24  Undergraduate Education.

25  Q.  What are the types of units and departments that you

 1  oversee?

 2  A.   So there are three areas.  One area is about really the

 3  curriculum.  So there are offices of -- every kind of change

 4  that goes on with a course or a program or a degree at the

 5  undergraduate level goes through this office -- it's the Office

 6  of Undergraduate Curricula -- also the first-year seminar

 7  program.  We have an interdisciplinary teaching program,

 8  undergraduate research.  We have innovative instruction, and we

 9  also have programs for -- for allowing scholars to do work in

10  pedagogy.  That's the curricular side.

11      There's also student support; and so we have academic

12  advising, which is a large division, and the Center for Student

13  Success, which includes the learning center and the writing

14  center.

15      We also have the third area -- sorry -- which is Honors

16  Carolina, our honors program; and we have a joint program with

17  Duke, which is called the Robertson Scholars Program.  So they

18  are also part of the Office of Undergraduate Education.

19  Q.   Thank you.

20      I want to now ask you some questions about your role as an

21  academic.  Do you continue to work as a professor as you're in

22  the administrative role?

23  A.   I do.

24  Q.   Can you talk about your research focus within your field?

25  A.   Yes.  I am a quantitative psychologist.  So my area is -- I

1  study the development and application of quantitative methods,

2  and my area specifically is in measurement and in research

3  design, and I specialize in the study of -- multisite studies,

4  so studies that are across multiple sites.

5  Q.  I want to ask you whether you've received any grants.

6  A.  Yeah, I have received grants all the way through, really,

7  my time at Carolina.  Some recent grants include -- there's the

8  Educational Diversity Project, which is a project of law

9  schools, where we looked at -- we looked at incoming law

10  students at multiple law schools.

11      I had projects in the Chancellor's Science Scholars, which

12  is -- as a program evaluator.  This is a participation program

13  for undergraduates who are pursuing STEM degrees and

14  encouraging students to attend graduate school in the sciences.

15  It's modeled after the -- President Herboski's Myerhoff program

16  at the University of Maryland, Baltimore County.

17      I received a large grant from the U.S. Department of

18  Education on -- it's called the Finish Line Project.  It was

19  one of the first in the world initiatives for the Department of

20  Education.  It focused on first-generation college students,

21  and the curricular changes we can make and the training we can

22  do with faculty, as well as the kinds of academic coaching we

23  can do with students, and training we can do with also

24  professionals, as well as other questions around STEM

25  participation and transfer students.

1    Q.   So you mentioned a couple of grants.  For the Educational

2    Diversity Project, what was the level of funding for that

3    grant, if you recall?

4    A.   I think it was over 2 million.

5    Q.   And what was -- what was the specific area of inquiry for

6    that grant?

7    A.   So that was the Law School Admission Council that funded

8    it.  It was -- the specific area was looking at the educational

9    benefits of diversity and what is present when students are

10   arriving to law school, and then we followed those students

11   through law school, through focus groups and then finally with

12   a follow-up later.

13   Q.   And what was your role with respect to that project?

14   A.   I was one of the PIs.

15   Q.   What is PI?

16   A.   One of the principal investigators.

17   Q.   And then with respect to the Finish Line Project, what was

18   the level of support for that project?

19   A.   That was a $3 million grant, and I was the PI, the

20   principal investigator.

21   Q.   And then what is your role with respect to the Chancellor's

22   Science Scholars program?

23   A.   In that I'm the program evaluator.  So that is my area --

24   one of my areas of specialty, so I was present when that

25   program first started several years ago.  And so I -- I

1  evaluate the students and the program, which means that I

2  examine and collect data about students as they walk onto

3  campus as early as their selection weekend as high school

4  students through graduation.

5  Q.  Have you received any grants from the National Science

6  Foundation?

7  A.  Yes, I have.  Most recently I work with two professors in

8  the School of Education on an area called learning analytics,

9  which essentially is really studying what happens, how do

10 students interact with materials in a classroom, especially in

11 the sciences, to promote learning.

12      So we're looking at how students -- how do they receive the

13 kinds of resources that are provided by professors, and how do

14 they use those resources, how do they practice with problems

15 and use practice -- and use materials that are offered to them,

16 and how does that predict the ultimate outcome of their

17 performance in those courses.

18      It's a neat area, and it brings together different kinds of

19 data sets and areas, really, in understanding what happens, the

20 actual learning in the course.

21 Q.  I want to turn now and ask you a few questions about your

22 teaching.

23      Have you taught courses at the university over the years?

24 A.  Yes, I have taught from, really, the beginning.  I actually

25 taught while I was at New York University.  They gave me sole

1  responsibility for a course.  It was personality -- research

2  methods and personality, and then from the moment I came to

3  UNC, I taught.

4  Q.  Have you taught undergraduates specifically?

5  A.  Yes, undergraduates and graduate students.

6  Q.  How many years of teaching experience do you have overall?

7  A.  It's about 30.

8  Q.  Have you received any teaching awards?

9  A.  Yes, I have.

10  Q.  Can you describe those awards?

11  A.  I've received a lot of praise for my work and that is over

12  many years, but I've received awards at every level, really,

13  for UNC.  So there's the Department of Psychology and

14  Neuroscience.  There's the university; and then also in my

15  discipline, I have received the top award for teaching and

16  mentoring in my field.

17  Q.  Thank you.

18     I would like to ask you a couple of questions about your

19  service activities at the university.

20     Have you had the opportunity to serve on committees?

21  A.  I have.

22  Q.  Can you talk about some of the more significant committees

23  that you have served on at the university?

24  A.  Sure.  I -- so early on I became involved in faculty

25  governance and being elected to the Faculty Council really

1 before I was even tenured, which some people argued that's not

2 a good thing, but it is -- that happened.  But I've chaired

3 over the years the Committee on the Status of Women, the

4 Hearings Committee, the -- I've been on the Executive Committee

5 for Faculty Council multiple times.  I've chaired the

6 Chancellor's Advisory Committee, and I've also chaired the

7 Appointments, Promotions and Tenure Committee for the

8 university, which is the committee that reviews all of the

9 promotion decisions -- personnel decisions from appointments to

10 tenure through associate to full for the university, not just

11 the college but really the whole university.

12 Q.  I want to ask you now specifically about your involvement

13 with committees that may do work that relate to this case.

14 Have you had opportunity to be involved in some of those

15 committees?

16 A.  Yes.

17 Q.  What is your involvement with the Advisory Committee on

18 Undergraduate Admissions?

19 A.  So I chaired the committee on undergraduate admissions --

20 Advisory Committee for Undergraduate Admissions.  Because I

21 have the role of senior associate dean for undergraduate

22 education, I chair that committee.

23 Q.  How long have you been the chair?

24 A.  Since I started on July 1st, 2014.

25 Q.  And then have you been involved with the Committee on

1  Race-Neutral Strategies?

2  A.  Yes.

3  Q.  What is your involvement with that committee?

4  A.  I chair that committee.

5  Q.  And how long have you chaired that committee?

6  A.  Since its inception.

7  Q.  And then have you also been involved with the Educational

8  Benefits of Diversity and Inclusion Working Group?

9  A.  Yes.

10  Q.  What has your been -- involvement been with that group?

11  A.  I am a committee member, and I also am a committee member

12  on a subgroup that's on assessment.

13  Q.  Now I'd like to ask you about your activity in your field

14  nationally.  Have you had an opportunity to serve in some

15  national roles for your field?

16  A.  Yes, I have.

17  Q.  Can you talk about that?

18  A.  Yes.  So some examples are I have served on the advisory

19  panel for the Social Security Administration to study the

20  occupational system that's used in the determination for

21  disability.

22     I have served on the advisory board for the Graduate Record

23  Examination, which is the GRE, at the Educational Testing

24  Service.  That advisory -- that advisory panel is really made

25  up of mostly graduate deans around the country -- from

 1  institutions around the country, as well as people like me who

 2  are -- who specialize in measurement and psychometrics and

 3  research.

 4      In that role, I also chaired what is the research committee

 5  for the board for many years.  There is a very active research

 6  agenda for the GRE studying the tests -- all aspects of the

 7  test; and so I chaired the committee that reviewed all the

 8  proposals, looked at all the interim reports, all the final

 9  reports.  And so that whole piece went through our committee.

10  Q.  Have you been involved with the American Psychological

11  Association?

12  A.  Yes.

13  Q.  Can you talk about that?

14  A.  So also that's something that I started when I was a

15  graduate student, being a member or an affiliate at that time,

16  and then growing into those -- into more and more involvement

17  over time.

18      But I did everything that I could do in my division, which

19  is the Division 5.  It's the earliest -- one of the earliest

20  divisions of the American Psychological Association because of

21  its fundamental aspect of psychology, which is about statistics

22  and measurement.

23      I have been on the Council of Representatives, which is an

24  elected position.  I have been on a -- there's a special

25  committee that exists for the APA which is called the Committee

1  on Psychological Tests and Assessment.  So I've been on that

2  committee.  I have also -- in my division, I have been the

3  president of my division.

4  Q.  Have you also received any distinctions, such as

5  fellowships?

6  A.  Yes, I am a Fellow of APA.

7  Q.  What you do have to do to become a Fellow of APA?

8  A.  So APA is -- so you have to provide information about your

9  scholarship; and so that is the criteria, there are unusual and

10 outstanding contributions to the field of psychology.

11 Q.  Thank you.

12     Have you done any editing work?

13 A.  Yes, I do editing.  I am currently editing a second edition

14 of a three-volume set on -- it's called the *Handbook on*

15 *Research Methods in Psychology.*  It's being published by the

16 American Psychological Association.  I have edited other

17 volumes.  There's a book on ethics in quantitative methodology

18 that I've edited, and I've edited journals too.

19 Q.  I'd like to turn now and ask you some questions about the

20 university and its mission.

21     From the various perspectives that you've had at the

22 university, including as senior associate dean, have you

23 personally observed a commitment to diversity at the

24 university?

25 A.  Yes.

1  Q.  Can you talk about that?

2  A.  Sure.  This is a commitment that is the most fundamental

3  commitment that we have at our university.  It's a major part

4  of our university mission in that we are -- we are the center

5  for scholarship and creativity, and we are -- our mission is to

6  serve a diverse set of students who are undergraduate students,

7  professional students, and graduate students so that we prepare

8  them for their futures in -- in society, as leaders in society,

9  and as people who are entering a workforce where there are jobs

10 that are not even conceived of at this point.

11 Q.  In your capacity as working with the Educational Benefits

12 of Diversity and Inclusion Working Group, are you familiar with

13 the report that the provost prepared?

14 A.  Yes.

15 Q.  And we've taken a look at that report already in this case.

16 Are you familiar with the educational benefits that are

17 articulated in that report?

18 A.  Yes, I am.

19 Q.  And are you in agreement that those are the educational

20 benefits that the university seeks to accomplish?

21 A.  Yes, I am, and I think it serves as an excellent frame for

22 us as we -- as we think about the educational benefits that

23 flow from diverse student bodies.

24 Q.  As someone who has had the opportunity to be a professor at

25 the university for many years, have you had the opportunity to

1   personally observe the educational benefits of diversity?

2   A.  Yes.  And that's the beauty of teaching, and I think I -- I

3   observe that regularly, and it's -- I just -- as an example, I

4   would just say that when you have students coming together

5   around a meaningfully conceived intellectual pursuit like a

6   project or maybe a semester-long project and students are

7   together working around this project, hammering it out and

8   working to -- and contributing in all the ways they contribute

9   and carrying that through, there is nothing like seeing that

10  process emerge; and that is what is really the most wonderful

11  aspect about being in a role like a professor role.

12  Q.  Has your own research contributed to your belief in the

13  importance of these benefits?

14  A.  Yes.

15  Q.  Can you talk about that?

16  A.  Yes.  I -- I do work -- I'm regularly talking to students,

17  so I -- in the educational benefits of diversity and -- the

18  educational diversity project, I saw evidence of that in -- in

19  findings that we had.  But in other work, for example, the work

20  on the Finish Line Project, where we regularly talk to

21  students, first-generation college students, students coming

22  into college during classes, navigating different spaces on

23  campus as they exit the university, these are all the kinds of

24  conversations that show -- provide good evidence around these

25  educational benefits.

1  Q.  Based on your experience, is racial and ethnic diversity

2  specifically important to achieve the university's goals?

3  A.  Yes.

4  Q.  I'm going to turn now and ask you about some of the ways

5  that the university has attempted to assess the educational

6  benefits of diversity.

7      Prior to the formation of the Educational Benefits of

8  Diversity Working Group, had the university engaged in efforts

9  to assess these benefits?

10 A.  Absolutely, yes.  Would you like --

11 Q.  Can you describe some of the ways that the university

12 approached that?

13 A.  Sure.  So I would -- there are three kind of components to

14 this -- the way that we assess educational benefits of

15 diversity.  There's -- sort of one component is around -- it's

16 longitudinal.  It assesses students as they're arriving and

17 early on and in sophomore year and senior year and as alumni

18 and even if they stepped away and came back.  These are

19 assessments that our university developed, and they also tie

20 to -- we are part of a system, so often they tie to our system

21 assessments, and also they tie to national assessments.

22     We also have a component that is focused specifically on

23 the academic experience, and so that goes into -- so we have a

24 lot of departments in the college and in the university that

25 undergraduates take courses -- where they take courses; and

1  each of those departments, each of the majors -- a BS, a BA or

2  whatever the major is -- is required to provide information

3  about how students are learning in those areas.

4     In addition, every student who comes to UNC-Chapel Hill,

5  every undergraduate, takes courses in our general education

6  curriculum, which I'm very proud of, and it is -- and that's

7  about a third of the courses that students take when they're

8  achieving -- when they're going through their careers as

9  undergraduates.  And they -- and every aspect of that is being

10 evaluated for -- looking at how it's working, is it working

11 fairly across different groups and across the university.

12    And we also have in -- each department has tools that they

13 can use, and the faculty have tools that we've created so they

14 can look to see how is our department doing.  This is often in

15 concert with the Office of Institutional -- Institutional

16 Research and Assessment, how is a department doing.  I call

17 them -- one of the first things I did in my role -- the state

18 of the department.

19    So you can see at any point how are our students.  Are they

20 engaging in high-impact practices that we care about, like

21 study abroad, internships, undergraduate research?  Are they

22 taking the first-year seminars?  What are they doing and can

23 we -- can we see how they're -- what courses are they taking

24 before they drop a major?  All of these bits of information are

25 important for our director of undergraduate studies to report

1  in to our departments, and we have multiple forms of looking at

2  those -- that information.

3     And then finally I just want to say one piece, which is a

4  very key piece.  It's we do research also regularly on -- on

5  the classroom and how we can train our faculty.  In my area, we

6  have the -- really the nation's top experts on inclusive

7  teaching, and we have -- we have projects -- there are research

8  projects and there are scholarships around ensuring that the

9  classroom is a space where everyone is going to thrive and the

10  learning is maximized.

11     So an example is we have a high -- there's a person, Carl

12  Wieman, who is the Nobel Prize winner physicist at Stanford,

13  who talks about what you need to have in a classroom to

14  encourage learning, and we have implemented that in a full way

15  at UNC.  It's starting in the sciences and moving outside with

16  high structure, active learning, where we take advantage of the

17  fact that people are together -- not in COVID times

18  necessarily, but there's a COVID version of this.  But people

19  are together and that the learning is existing at the -- the

20  students have certain kinds of activities.  There's

21  accountability.  There's a certain level of work.  It's a

22  design -- it's a backward design of what you want everyone to

23  be learning, and you build the -- you build the course and the

24  structure from that.

25     So we have trained faculty.  Over time we have trained many

1  faculty too, and we have summer institutes and other ways to

2  do -- and faculty learning communities where they have

3  redesigned their courses so they can implement these

4  high-structure, active learning kinds of procedures and

5  approaches.  We've had multiple grants and ways to do this, and

6  we continually do this.

7      And our faculty -- it increases learning in -- for our

8  students, and that's why we do it.  It's a structural way that

9  we are changing how students learn.  It's an important aspect

10  of our assessment.

11  Q.  Okay.  I want to follow up on some of the things that

12  you've talked about.

13      You talked about these longitudinal assessments.  Are you

14  referring to surveys?

15  A.  Well, we have surveys, and then sometimes we do cohort

16  kinds of studies which we'll follow students through.  There

17  are different kinds of -- you know, pros and cons for each of

18  these approaches, but we are -- we have both.

19  Q.  Okay.  With respect to some of the surveys, does the Office

20  of Institutional Research and Assessment play a role in

21  administering this?

22  A.  Yes, they do.  They're very -- certain surveys.  So they --

23  they are very helpful in, I would say, that first component

24  where we are talking about our national surveys and our

25  regular -- surveys that involve, for example, our system office

1  as well.

2      But they are -- they are our partner all the way through

3  all of this, and they're even our partner -- even.  They are

4  our partner also for our assessment of gen ed and our new

5  general education curriculum, which has been designed to really

6  express the intent of faculty in learning and what we think is

7  best for our students overall as they move through Carolina and

8  graduate.  They are also helping in that and partners in

9  assessing that when it comes and is fully implemented in 20 --

10  in about two years.

11  Q.  And I don't know that we've actually heard of that office

12  in this trial yet, so could you just briefly describe at a high

13  level what the Office of Institutional Research and Assessment

14  does?

15  A.  Oh, yes.  So every university has an office like this.  It

16  is an office that -- that reports about the functioning of the

17  universities and often provides tools to examine so that you

18  can see -- be transparent about how the university is doing on

19  certain metrics and also reports into our system office.  We

20  have -- we're part of a system, so also reports key information

21  to our system regularly.  And then when you have certain

22  surveys, sometimes you'll want it to be from a different office

23  so that it -- and that's the office that Institutional Research

24  provides also.

25      So there are multiple reasons for an office like this.  The

1 director is a wonderful partner, and she has a wonderful staff

2 who work with all of us on these topics.

3 Q. I want to ask, has the university done any climate surveys?

4 A. Yes, it has.

5 Q. Do you recall what the most recent climate survey was?

6 A. I -- so the topic of climate comes up at multiple levels.

7 So it's in surveys that are around undergraduate education and

8 also in surveys around faculty and staff. So let me clarify.

9 Q. Let me be a little more specific.

10 Could you talk about a climate survey addressing diversity

11 issues in 2016?

12 A. Yes. That one was administered by the -- UCLA, the Higher

13 Education Research Institute, and so -- and that was -- that

14 was outsourced, really, to that group because they're experts

15 in that area.

16 Q. And the information and assessments that we've been talking

17 about, do those help the university understand how well it's

18 achieving the educational benefits of diversity?

19 A. Yes. And it's really -- by having multiple methods, we're

20 able to see this across the dimension of time and also the

21 dimension of -- we can see this in -- in surveys asking

22 questions of students directly or -- and also in their

23 behaviors in the academic setting.

24 I focus really on the academic setting, but really college

25 is not just the academic setting. It is everything around in

 1  the dining halls and the residence halls and the fields, all

 2  around campus where people are just -- where they are, where

 3  they're talking, where they're being together.

 4  Q.  In addition to more formal surveys, does the university

 5  also seek information from its students informally?

 6  A.  Yes, we regularly have -- we have various kinds of ways for

 7  students to express themselves for -- and come and speak.

 8  We -- I do a lot of work with students and expressing through

 9  focus groups and other areas.  But there are programs -- we

10  have an Office of Diversity and Inclusion, for example, where

11  there are programs that are being put on regularly in that area

12  for students to come and just talk.  Our students are part of

13  Faculty Council even.  They have a role there.  They have --

14  they are -- they have lots of ways of expressing themselves,

15  and they do, fortunately.

16  Q.  I want to ask you about course evaluations.  Does the

17  university do anything through its course evaluations to

18  understand the educational benefits of diversity?

19  A.  Yes.  So this is something that we -- I would just say

20  that's our understanding.  I think I would consider the

21  course -- we call them student evaluations of teaching, and

22  they are about each course.  You can also roll them up and

23  understand overall how we're doing -- how a department is doing

24  or how the university is doing overall.

25      But we do quite a lot.  Because my area is in psychometrics

1    and measurement, I -- we do quite a lot with the student

2    evaluations of teaching.  We have thousands -- about 12,000

3    student evaluations of teaching that are -- that come in every

4    semester over all of the different departments and courses and

5    professors.  So we do analyses that examine how those items are

6    doing -- the course evaluations items are doing across

7    different kinds of groupings; and we look at student

8    characteristics, faculty characteristics, and course

9    characteristics to see what are the -- how those items function

10   as a function of the student characteristics, faculty, and

11   course.

12       It's -- it's intensive, but we -- it's our way of stepping

13   in and understanding as students.  You know, there are a lot of

14   issues with student evaluations of teaching, and there have

15   been various bias that has been introduced in the literature.

16   And so we want to stay on top of that, and we want to use them

17   for the kind of information that they are, a student expression

18   about a course at a given time.

19       We also are doing neat analyses, I'll just say, with the

20   comments that students write.  In the past, people have just

21   sort of read them and thought, oh, you know, this is generally

22   what happens.  There's some negative ones.  There's some

23   positive ones.  It hasn't been formally analyzed.  This is

24   nationally.

25       So what we do is we look at natural language processing of

1  these comments to understand how -- what is coming out of the

2  comments, how we can be expressing them to our faculty in a

3  more transparent way and summarize them in a different way.

4  It's a new technology with the student evaluations of teaching

5  to not ignore the comments because I would just like to say

6  who -- the people who provide comments, it matters -- providing

7  a comment is an action, and not everyone provides a comment in

8  not every setting, and so we're alert to that.

9  Q.  I want to ask you now about something that you said

10 earlier.  You mentioned that the university is attempting to

11 use the information it gets in the assessment to improve

12 teaching.

13     Can you give me a specific example of that?

14 A.  Yes.  It's -- it's all over.  It's all over.  We -- we use

15 the -- we use information about learning in a classroom to

16 improve ourselves each round.  So one of the beautiful aspects

17 of being in a system where every round, every new semester is a

18 new semester is that people are adjusting.

19     I would just say COVID is one of the -- a fine example of

20 just where we have -- we had people who were already designing

21 amazing classes in their -- in the sciences, for example, and

22 they had to switch immediately.  Their ability to move quickly

23 is -- allowed -- because of the structure that they provided,

24 because of their ability of what they did once students were

25 around, many of them were able to switch over more seamlessly

1  than others because of that kind of change.

2      But in general, we use our information regularly because

3  we're feeding it back to the faculty; and we have learning --

4  faculty learning communities, which are faculty coming together

5  with a facilitator to talk about how to design your courses;

6  and we have -- we have institutes; and we have trainings.

7      And as I mentioned before, we have some of the top people

8  in the country on inclusive teaching in a classroom.  Who are

9  you not reaching and how to bring people in, that is a very

10 important piece, and that's why it's a very important aspect of

11 what we do.

12 Q.  I want to ask you about whether there are intentional

13 efforts by the college to achieve the educational benefits of

14 diversity in terms of the student interactions.

15      Does the college do anything to promote student

16 interactions?

17 A.  We -- we have programming -- regular programming.  We

18 have -- so our mission of the college is:  "Think.

19 Communicate.  Collaborate.  Create.  ...for meaningful lives."

20 And for that, it's -- each piece of that was -- we were very

21 careful to think about that.

22      It's about critical thinking and what it means to be -- to

23 use -- to make leaps and to be able to create and think; our

24 communication and -- across all forums, so being writing and

25 oral and visual and digital kinds of ways of communicating.

 1    Collaborating, we value collaboration so much that we put

 2  it as one of our reoccurring capacities in our new general

 3  education curriculum.  You cannot have a course in our new

 4  general education curriculum coded this way unless you have

 5  collaboration as part of what goes on in that course.  So it's

 6  implemented in that way.

 7    And then create.  We are valuing the creation -- we think

 8  that putting people together to think about a program creates

 9  and allows people to innovate and problem-solve, and that is

10  where we at its creation -- we think they invent, they create

11  through performances, through exhibits, all the different ways.

12  So that's the creation.

13    And then for meaningful lives, we -- we really think -- you

14  know, this is about -- about a student's own trajectory through

15  life and the different kinds of careers a person might have.  I

16  tended to have one, but many people have multiple careers.

17  They have multiple spaces that they're operating in for work

18  and -- and it affects everyone and it affects our community.

19  So we use for meaningful lives to think about the broad sense.

20    And so we implement this -- these are -- we are thinking

21  about this all the time.  The fact that our faculty have

22  developed a new general education curriculum that -- that

23  ensures that every one of our students has a first-year seminar

24  type of experience, a faculty member in a small class in their

25  first year, we value that experience.  We saw that not everyone

1  was achieving that experience for whatever reason.  Whatever

2  hypotheses we might have about that, we changed that.  These

3  are all -- we saw that students didn't have the experience of

4  right away seeing that you have to bring multiple people to the

5  table to address a major difficult topic.  We have done that

6  for our new general education curriculum with a new type of

7  interdisciplinary course.

8      These are all kinds of changes and aspects that we

9  implement through our curriculum.  That's our faculty's

10 intention, and that creation with community and stakeholders

11 involved is our intention.  That is how that is really part of

12 the fabric of what all incoming students will experience for

13 generations until the next new general education curriculum is

14 developed.

15 Q.  I want to turn now and ask you some questions about an

16 exhibit related to the Educational Benefits of Diversity

17 Working Group.  You should have an exhibit binder on the floor

18 next to you if you want to look at any of the exhibits.  We're

19 also going to be putting them up on the screen, so whichever is

20 easier for you is fine.

21 A.  Okay.

22      **MS. BRENNAN:**  Aaron, if you could please pull up DX5.

23 Q.  (By Ms. Brennan)  The DX exhibits should be at the front of

24 the binder, and let me know when you have that in front of you,

25 please.

1  A.  I have it in front of me.

2  Q.  Do you recognize this document?

3  A.  Yes, I do.

4  Q.  If we can turn to the second page of the document, what is

5  this document?

6  A.  This is a -- I'm sorry.  This is a report that was created

7  for -- to describe the activities of the Educational Benefits

8  of Diversity and Inclusion Working Group.

9  Q.  And if you look at what's in front of you on the screen, it

10  talks -- it says "Overview."  Could you please read that into

11  the record?

12  A.  Yes.  "Overview.  In December 2017, Provost Robert Blouin

13  convened the Educational Benefits of Diversity and Inclusion

14  Working Group (the EBD Working Group).  The group's charge is

15  to coordinate and enhance the assessment of the University's

16  ongoing efforts to realize the educational benefits of the

17  diversity and inclusion for its undergraduate students.

18      "This report summarizes the EBD Working Group's progress

19  during the 2017-2018 academic year and forecasts some of its

20  future activities."

21  Q.  Thank you.  And if you look back at the group's charge, is

22  that consistent with your understanding of what the group's

23  charge is in the second sentence?

24  A.  Yes, it is.

25  Q.  Okay.  And I want to just move down the page to the next

1  paragraph where it talks about the five different educational

2  benefits of diversity.

3      Does that come from the provost's earlier report?

4  A.  Yes, but a different provost.  This was the Provost James

5  Dean, who is now the president of the University of

6  New Hampshire.

7  Q.  And do these five benefits provide a framework for this new

8  Educational Benefits of Diversity and Inclusion Work Group.

9  A.  Yes.

10  Q.  Could you please read the final paragraph on the page that

11  starts "The EBD Working Group..."?

12  A.  Yes.  "The EBD Working Group oversees and coordinates

13  assessment of the University's many efforts to realize these

14  educational benefits of diversity for its students.  This work

15  entails, among other things, the broad collection of data about

16  the University's progress toward achieving these benefits.  The

17  EBD Working Group strives to ensure the use of methodologically

18  sound assessment tools to ensure that the University's efforts

19  in this area are deliberate, continuous, ongoing, and aligned

20  with the University's mission and strategy.  We examine data

21  regarding the educational benefits of diversity and inclusion;

22  we use it to measure and assess the University's efforts to

23  achieve the educational benefits of diversity; and we apply the

24  resulting insights to improve continuously both the assessment

25  and the provision of the educational benefits of diversity and

1  inclusion."

2  Q.  Is that paragraph consistent with how it has worked in

3  practice?

4  A.  Yes, it is consistent.

5  Q.  I want to have you turn to the next page, which says

6  "Working Group Members."

7      Does this list the members of the group?

8  A.  Yes, it does.

9  Q.  And how are you selected or chosen to be on this committee?

10  A.  I believe I was selected because I -- of my role and

11  because of my expertise overall in assessment.

12  Q.  Are there others on the committee that bring different

13  types of expertise?

14  A.  Yes.  So Dr. Alexander was the chief diversity officer of

15  the Office of Diversity and Inclusion.  She is a professor in

16  nursing and regularly gave presentations to Faculty Council and

17  the community around diversity and inclusion.

18      I would -- Stephen Farmer, who is the vice provost of

19  enrollment and undergraduate admissions, and this is also an

20  important area for -- obviously, for understanding the

21  educational benefits of diversity and inclusion.

22      Felicia Washington, the vice chancellor for our workforce

23  unit overall.  This is about really the end -- the -- being

24  admitted to undergraduate is really that path all the way

25  through life, and that is what we're -- she represents in this

1  space.

2      And also Lynn Williford -- Dr. Williford, I mentioned her

3  just in passing just before, the assistant provost for the

4  Office of Institutional Research and Assessment.  So she is the

5  person who coordinates most of the assessments for the

6  institution overall, and that's what her office is charged to

7  do.

8  Q.  And then if you could look at the next section where it

9  states "Initial Progress," this talks about the group meeting

10  six times between December 2017 and the end of the academic

11  year in May 2018.

12      Is that consistent with your recollection?

13  A.  Yes, it is.

14  Q.  Okay.  And then it talks about the fact that the report

15  attaches the minutes that reflects the discussions and shows

16  materials that the group reviewed?

17  A.  That's correct.

18  Q.  What type of materials did the group review?

19  A.  There's a lot.  There's -- so we're looking at different

20  assessments that are coming in from different spaces.  There

21  was an inventory that was -- that we created to -- to make sure

22  that we are aware of the assessments that were in different

23  spaces around our campus in the different -- for example, in

24  the professional schools -- in certain spaces in the

25  professional schools and all around, actually.  So these are

1  the kinds of -- there really -- it's materials that would be

2  relevant to this working group.

3  Q.  Okay.  If we can look at the next sentence.  It says:  "A

4  Data Inventory and Assessment Plan subcommittee met informally

5  between the full EBD Working Group meetings...."

6      Is that the group that you were referring to that you were

7  a part of?

8  A.  Yeah.  So the main working group was chaired by the

9  provost -- by Provost Blouin.  That's the main one.  And then

10  sort of on the off weeks we would meet for -- to discuss

11  assessment plans and also just plans for what we would bring to

12  the larger group.

13  Q.  And I want to just for a second set this exhibit aside.

14  We're going to come back to it.

15          **MS BRENNAN:**  But could you please put up DX61?

16  Q.  (By Ms. Brennan)  I'd like to have you look at this

17  document.  Do you recognize this?

18  A.  Yes, this is the inventory of assessments for the

19  Educational Benefits of Diversity and Inclusion.

20  Q.  And if we could just look at a couple pages of this

21  document.  It looks like this is a table of contents --

22  A.  Yes.

23  Q.  -- and if we could scroll through that.  It's collecting

24  information from where?

25  A.  From really all the -- there are departments that are

1  listed.  There are curricula that are listed.  I see

2  undergraduate education is here -- all of our units in

3  undergraduate education; the professional schools, which

4  include the health affairs, medicine, and allied health; and

5  areas where they have -- but also there's education and Hussman

6  School of Journalism, and we have -- and, you know, public

7  health is included in the health affairs piece, and information

8  and library science, for example.  There's student affairs.

9      And that's the piece that I haven't talked a lot about, but

10  there is a robust assessment in student affairs as well:

11  Housing, dining, all the different -- new family programs.

12  Q.  Does some of that assessment relate to

13  outside-the-classroom activities and experiences?

14  A.  Yes, it does.

15  Q.  Okay.  I want to just look at an example page from.

16      **MS BRENNAN:**  If you could turn to page 5 of the

17  exhibit and maybe rotate, if that's possible.

18  Q.  (By Ms. Brennan)  Is this the type of information in terms

19  of assessments that the group was collecting?

20  A.  Yes.

21  Q.  So it talks about -- what are some of the categories we're

22  looking at?

23  A.  So it's, you know, which department or curriculum or unit,

24  and then what type of assessment overall, what kinds of

25  methods.  So what kind -- are there multiple -- is it just

1  surveys?  Is it just self-report, or is it also -- are there

2  some other kinds of data that are being collected?  Are there

3  archival information or other information?  And there's a

4  variety that are listed here.  Who are the participants, so who

5  are the -- about whom are these assessments -- who are the

6  participants?  What is the actual assessment designed to

7  measure?  How often -- what is the cycle of the assessment?  So

8  if we only do it once in a blue moon, we need to know that, or

9  is it a regular kind of assessment.  And then what kinds of

10  findings do we see?

11  Q.  Thank you.

12     And now we're going to put that one aside and go back to

13  the one that we were looking at earlier, which is DX5, and go

14  back to page 3 of that, please.

15     And if you look at the bottom part of that page, you'll see

16  a section that says "Assessment Principles and Framework."  Do

17  you see that?

18  A.  Yes.

19  Q.  Could you please read this into the record?

20  A.  Okay.  "Assessment Principles and Framework.  We adopted

21  assessment principles and a framework to guide our work.  To

22  measure the University's efforts, we concluded that it made

23  sense to engage in assessment at each stage of an undergraduate

24  student's engagement with the University.  This framework

25  begins before a student matriculates to UNC (perhaps as early

1  as high school and middle school), when prospective applicants

2  discover the University and later seek to enroll.  It continues

3  with the full range of students' experience on campus, in the

4  classroom and beyond.  It concludes with former students as

5  they enter the broader world beyond Chapel Hill as alumni."

6  Q.  Why did the group choose to look at its assessment with

7  this framework?

8  A.  Really, we're talking about the full trajectory, all the

9  way through -- from the earliest that we could really reliably

10 tap into our students all the way through as alum to -- through

11 graduation and -- and as alumni.  And that piece is also very

12 important as well because our long-term goals are really

13 affecting lives in the long term and in the long run.

14 Q.  Okay.  I want to now turn to page 4 of the document, and

15 the top paragraph here talks about "...principles that would

16 guide our work."

17     Can you talk about what those principles are?

18 A.  Yes.  We also -- what they are overall?

19 Q.  Yes.

20 A.  So these are principles that guide our work in measurement,

21 and we think about them -- fortunately, we're guided because we

22 have standards -- we have our -- our national professional

23 organizations -- AERA, which is American Education Research

24 Association; American Psychological Association, APA; and NCME,

25 which is National Council of Measurement and Education -- have

1  created -- and this is a multiple -- we've had multiple

2  editions, but there is a set of standards that we use in

3  educational and psychological testing and assessment.

4      And we are using these standards in the work that we do,

5  and that means that we use certain types of measures.  We are

6  checking the -- we are checking aspects of those measures

7  regularly, and they're -- you know, we have a -- a guideline

8  that allows us to frame how we think about our measurement and

9  assessment.

10 Q.  Does that structure improve the quality and rigor of the

11 work?

12 A.  Yes, it does.

13 Q.  Okay.  I want to now just show you the section right below

14 that where it talks about collection of existing data, and we

15 already talked about that somewhat.  But at the bottom of the

16 page, if you can look at the bottom, yep, starting with "The

17 Working Group...," it lists several different instruments.

18     Without going through each of them, what generally are

19 these?

20 A.  Okay.  These are instruments that are -- like the time when

21 I was talking about the assessments, these are the assessments

22 that are -- that are university-wide kinds of assessments that

23 assess individuals sort of as they're coming into the

24 university, as they're moving through the university; and

25 they're tied to the items -- and what students are asked are

1    tied to either areas that we're interested in as a university,

2    also our university system is also interested in.  We will use

3    these items as well.  And then also we tie into national

4    surveys so that we can benchmark and we can be part of a

5    collaborative with other universities that use this similar

6    instrument.  So that helps us so that we can do our

7    benchmarking later and it's useful.

8        So examples of this is -- the Cooperative Institutional

9    Research Program is one of the kinds of benchmark ones.  More

10   of the SERU, which is Student Experience in the Research

11   University -- those are examples.  It, again, taps people as

12   soon as they come in and throughout and then as they're

13   leaving -- as they're applying for their degree, we have --

14   there's an exit survey at that point as well, and there's even

15   follow-up there.

16   Q.  I want to take to you the next page of the document on

17   page 5 where it talks about student perspectives.  Here it

18   talks about the initial consideration of data yielding strikes

19   and striking insights, and I want to ask you about some of

20   those.

21       Can you read into the record starting with the second

22   sentence of that paragraph through the end of the paragraph?

23   A.  Yes.  Starting with "Students..."?

24   Q.  Yep.

25   A.  "Students newly admitted to UNC-Chapel Hill have expressed

1  overwhelmingly their interest:  (1) to engage with a broad

2  range of ideas, perspectives, and visions that differ from

3  their own; (2) to" gain "better at leading, serving, and

4  working with people with different backgrounds; and (3) to

5  deeper their appreciation, respect, and empathy for other

6  people.  Our students want" to work -- "to study alongside

7  students who differ from them, because they know that doing so

8  will help them get ready for a complex world, and ready for the

9  lives that they want to lead."

10  Q.  Is that an initial conclusion that this group reached based

11  on the data it had reviewed?

12  A.  Yes.

13  Q.  And then I want to look at the one in the second paragraph.

14  If you can read that, please, "Data from...."

15  A.  "Data from recent Senior Exit Surveys suggest that Carolina

16  is meeting those student expectations.  Our graduating seniors

17  reported that they have experienced the educational benefits of

18  diversity throughout their time at Carolina, both within the

19  classroom and in extracurricular activities."

20  Q.  Is that also a conclusion that the group reached based on

21  data that it reviewed as part of its initial work?

22  A.  Yes.

23  Q.  And then I want to look at the next paragraph, please.  If

24  you could read that.

25  A.  "Some data from the 2016 HERI Climate Survey...suggested

1  that the extent to which students reported they had had

2  benefited educationally from UNC's diversity varied depending

3  on the number of years in school.  The percentage of students

4  who reported that they had been challenged to think differently

5  about issues due to interactions with people whose

6  race/ethnicity was different from their own was 6 to 10

7  percentage points higher for seniors compared to first-year

8  students.  The percentage of students who reported that

9  exposure to diverse people and ideas at UNC improved their

10 ability to understand people" -- sorry -- "whose race/ethnicity

11 was different from their own followed the same pattern.  While

12 these data were gathered from a cross-sectional as opposed to a

13 longitudinal study, the trends are consistent with other

14 research demonstrating that the benefits of diversity and

15 inclusion increase with the quantity and quality of

16 interactions students have with different people and

17 perspectives."

18 Q.  So what does this suggest in terms of whether students are

19 achieving educational benefits of diversity at the university?

20 A.  It suggests that they are.  And this was done

21 cross-sectionally, but it also shows in longitudinal research

22 as well.

23 Q.  I want to ask you, setting the document aside for a moment,

24 has the group reviewed any information that would suggest to

25 the university that the university has achieved all of the

1  educational benefits of diversity that it wants to achieve; in

2  other words, that it's done working?

3  A.  We are not done.  We are not done.  So there is a lot of

4  work to do in many different spaces where -- and I would just

5  say that overall I think in the academic space we have a lot of

6  work we are doing.  So, yes, we have a lot of work we would

7  like to do.

8  Q.  And I want to turn to the next page, which is page 6 of the

9  document, and look at the section that talks about future

10 progress.  This -- if you could read the first sentence.

11 A.  Yes.  "Future Progress.  The work of the EBD Working Group,

12 like the University's efforts to realize the educational

13 benefits of diversity and inclusion, is ongoing and deliberate.

14 The Group will" --

15 Q.  Is that -- I'm sorry.  You can finish.

16 A.  "The Group will continue to meet during the summer and

17 ongoing throughout the academic year."

18 Q.  Okay.  Is that consistent with how it worked in practice?

19 A.  Yes.

20 Q.  And then it talks about review of existing assessment

21 methods.  Could you describe what the university -- what this

22 committee has done there?

23 A.  Okay.  So --

24 Q.  Or maybe I should rephrase my question to what the group

25 plans to do going forward.

1  A.  With these assessments?

2  Q.  Right, where it talks here about the review of existing

3  assessment methods.

4  A.  Uh-huh.  So we are working to make sure that we are

5  regularly apprised of all the assessments on our campus.

6  Because we have a decentralized campus -- we have the medical

7  school on the campus, but we have different kinds of units that

8  are -- professional schools that are out and each with their

9  own structures, it's important for us to have an understanding

10  of the assessments in all of those areas.  So we are

11  continually making sure now that we have our -- we have

12  frameworks to help us with this to make sure that we are -- we

13  are apprised of all of the work that's being done in the

14  different spaces across campus.

15  Q.  And the second paragraph refers to benchmarking.  What is

16  the intent there?  If you look down at "We will benchmark our

17  current methods...."

18  A.  Yes.  So it is very helpful to have -- be a part of a

19  collaborative where we're using common assessments.  And

20  usually we -- we get information where we will have two

21  comparator schools, and we can see where we're falling relative

22  to these other schools and to identify areas of action based on

23  what we are seeing from them.  And we think this is an

24  important aspect, to regularly look at how we fare compared to

25  other schools, especially our peers.

1  Q.  I want to move down the page and look at the section called
2  "Assessment Plan."  So here it talks about the development of
3  an assessment plan.  Is that what you were describing with
4  respect to the different stages of experience?
5  A.  Yes, it is.
6  Q.  Okay.  Could you read the second paragraph of this into the
7  record, please?
8  A.  Yes.  "The assessment plan will reflect our commitment to
9  use assessment of institutional data as part of" our -- "of
10  continuous efforts to improve as a University.  It also will
11  reflect our recognition that regular, intentional assessment of
12  the University's efforts to realize the educational benefits of
13  diversity and inclusion is an institutional best practice.  Our
14  object is to be a national leader in the field of providing,
15  constantly assessing, and improving the delivery of the
16  educational benefits of diversity."
17  Q.  Was that your understanding, that this group intended to
18  try to be a national leader in this area?
19  A.  Yes.
20  Q.  Okay.  I want to look -- just move away from that.  We're
21  going to come back to it in a second.  But if we can look at
22  page 82 of the document.  This was attached.  It's just further
23  back in the document.
24      What is this?
25  A.  Okay.  This is the assessment plan, just a -- it's a

1  mapping of the different phases that we have, really, for
2  students -- and I would like to just say that these are the
3  kinds of documents that can be updated if we have new
4  information about how we think about these phases -- but
5  outreach and recruitment programs, admissions, orientation, and
6  it goes on to later stages of students' careers.  And then it
7  talks about mapping really for each of these areas and time
8  points for a student as they're coming into Carolina, what
9  kinds of assessments do we have and how -- how often do we --
10 you know, what is the cycle of assessment as well.
11 Q.  And then I wanted to go back to page 7 of the document
12 where it talks about reporting and communication.  Could you
13 read this into the record?
14 A.  Yes.  "Reporting and Communication.  The EBD Working Group
15 will provide regular reports to the Chancellor and to the
16 Diversity and Inclusion Executive Council, and will welcome
17 response and suggestions, as well as the opportunity to meet
18 and discuss assessment findings and recommendations."
19 Q.  And is that your understanding of how this group will
20 report out?
21 A.  Yes.
22 Q.  What is your assessment of this committee's work?
23 A.  It's very important work because it -- it just -- it makes
24 sure that we're being just intentional around our -- around all
25 of the different efforts that exist around campus.  As I

1  mentioned, because of our decentralized structure, it is very

2  difficult to ensure that we are knowing exactly what is going

3  on in all spaces, and that's what we're intending to do.

4       And the assessment plan overall gives us a way to make sure

5  that we are covering and mapping all of our -- all of the

6  stages of being a part of a Carolina student with what -- the

7  constructs that we're most interested in understanding, and

8  those are -- and unless we do that systematically, we can miss

9  areas, and we also might not have, you know, the best measure

10  that exists out there currently or something.  So we are -- we

11  are making sure that we are assessing and not leaving areas

12  without having proper assessments.

13  Q.  Have you observed a sincere commitment to this effort on

14  the part of the group?

15  A.  Yes, it is sincere.

16  Q.  Okay.  I just want to quickly take a look at a few of the

17  items that we've been referencing that are attached to the

18  minutes for this group.

19       **MS BRENNAN:**  Aaron, if you could please pull up

20  page 36 of the document.

21  Q.  (By Ms. Brennan)  Do you recognize this?  This is an

22  addendum, and I guess let's go to the actual page, page 38 and

23  then 39.

24  A.  Okay.  Yes.  So this is about the admitted student

25  questionnaire, and it's -- looks at the items that students who

1  are -- who have been admitted to Carolina are -- there's a

2  survey that's distributed; and they are expressing, among other

3  things, their responses and agreement or disagreement to

4  certain kinds of questions.  And these are the items that

5  are -- that are asked.  This is one set of the items that are

6  asked that relate to educational benefits of diversity and

7  inclusion.

8  Q.  Okay.  And then I want to look at page 42 of the document,

9  please, and this is -- it says it's a "HERI 2016 Survey

10 Presentation."  Do you recall that?

11 A.  Yes.

12 Q.  And let's look at page 48.  This says it's selected

13 highlights and has some information here.

14     What is this?

15 A.  These are also -- they're similar -- so we try to ensure

16 that we -- we, within ourselves, have internal consistency

17 within the institution in a set of items and has the framework

18 we talked about in terms of educational benefits.  So these are

19 similar types of items, but they're asked in a different kind

20 of assessment to different -- for students who are in a

21 different stage of their undergraduate career.

22 Q.  And is this an example of the type of data that this

23 committee is reviewing?

24 A.  Yes.

25 Q.  Okay.  And then if we could turn to page 63 of the

1  document.

2  A.  I recognize it.

3  Q.  I see your name on this.

4  A.  Yes.

5  Q.  What is this?

6  A.  So this is the -- these are some of the earlier

7  psychometric analyses of the student evaluations of teaching

8  that I was talking about before.  We get them every semester,

9  and we can aggregate them over many semesters.  They represent

10  every student's end-of-semester evaluation and understanding of

11  what they experienced in that semester with a particular

12  professor in a particular course.

13         **MS BRENNAN:**  And can we look at page 72 of that

14  document?

15  Q.  (By Ms. Brennan)  Does this reflect some of the potential

16  items for those reviews?

17  A.  Yes, these are items that are included as a part of the

18  core set of student evaluations of teaching in the student

19  evaluations of teaching larger set of items.

20      And we look -- we look carefully to see if there is

21  differential item functioning, that is, those items function

22  differently based on different attributes of students, faculty,

23  and the courses.  This is also -- also called measurement

24  invariance, seeing that the measures are invariant across the

25  different groups.

1   Q.   To put a couple of examples out there in the record, could

2   you just read the first three examples of the potential

3   variables?

4   A.   Sure.  One of the items is:  "The diversity of my

5   classmates enriched my learning in this course."  Another one

6   is:  "I increased my ability to work on a team with students

7   from different backgrounds and perspectives."  Another one is:

8   "This course exposed me to points of view different from my

9   own."

10  Q.   That's all I have on this document, so we can set that

11  aside.

12       **MS. BRENNAN:**  Your Honor, I'm about to change topics.

13  If this is a good time for a morning break, we can do it now or

14  whatever Your Honor would prefer.

15       **THE COURT:**  I think that's fine.  I think we will take

16  a morning recess, and let us resume at five after 11:00.

17     You may step done.

18       **THE WITNESS:**  Thank you.

19     (A morning recess was taken from 10:50 a.m. until

20  11:05 a.m.; all parties present.)

21       **THE COURT:**  You may proceed.

22       **MS. BRENNAN:**  Thank you, Your Honor.

23     And may Dr. Panter remove her mask?

24       **THE COURT:**  Yes.

25  Q.   (By Ms. Brennan)  Dr. Panter, I want to turn to asking you

1  some questions about one of the committees that you chair, and

2  that's the Advisory Committee on Undergraduate Admissions, and

3  let's look at a document.  I'm going to show you DX11 and ask

4  you if you recognize this.

5  A.  Yes, I do.

6  Q.  What is this?

7  A.  This is the roster and committee membership and charge.

8  Q.  And it looks like the first page has a listing of some of

9  the members of the advisory committee?

10 A.  Yes.

11 Q.  There's a category for faculty appointees?

12 A.  Yes.  There's a category for faculty across the college,

13 and allowing also for professional schools; and then there's a

14 category for deans of the professional schools, only the ones,

15 really, that have undergraduate students, and then a set of

16 ex officio members.

17 Q.  Who are the ex officio members?

18 A.  They are the registrar, the vice provost for enrollment and

19 undergraduate admissions, the associate dean for academic

20 advising -- that's one of the areas I had mentioned that's in

21 undergraduate education -- and then also the Associate Vice

22 Chancellor Bettina Shuford, who is basically the lead for

23 student affairs.

24 Q.  And then there's a category for consultants.  What role do

25 consultants play with respect to the group?

1  A.  Consultants are people who have maybe some information that

2  they can bring to the table on certain types of topics, and

3  they regularly attend, and they can just offer information as

4  it comes up.

5      But it includes the head of the Academic Support Program

6  for Student Athletes; another member -- two members of the --

7  one member of undergraduate admissions, scholarship and aid,

8  and then also a person, Dr. Williford, from the Office of

9  Institutional Research and Assessment; and then the lead is

10 from the Center for Student Success, Dr. Marcus Collins.

11 Q.  And then if we could take a quick look at the second page

12 of the document.  There's a meeting schedule for 2014-2015.

13     Does that look like about the amount that the group

14 typically meets?

15 A.  Yes, it does.

16 Q.  Okay.  And then I want to show you the committee charge

17 that's below that.

18     Could you describe what's in the committee charge?

19 A.  Yes.

20 Q.  It says "From the Faculty Code."  What is that?

21 A.  Okay.  The Faculty Code is part of faculty governance.  We

22 have a code that specifies the different kinds of committees we

23 have.  We have elected committees, and we have appointed

24 committees, and we are -- and how we operate as a faculty -- as

25 the governance of our faculty.

1    And this is an important aspect.  This is specified in the

2  code; and if we make a change to this code, then there's a

3  committee that will make the change to the code as part of

4  faculty governance.

5  Q.  Does Subsection (a) set forth who will be on the committee?

6  A.  Yes, it does.

7  Q.  Then Subsection (b), could you read that into the record?

8  A.  Yes.  Subsection (b):  "The committee serves in an advisory

9  capacity to the director of undergraduate admissions.  In

10  particular, it addresses the design and application of

11  admissions policy, recommends guidelines for special talent and

12  exceptional admissions, and monitors and responds to the

13  national college admissions environment."

14  Q.  Is that consistent with what this group actually does?

15  A.  Yes, it is.

16  Q.  And then it looks like Subsection (c) sets forth the -- how

17  often the committee will meet?

18  A.  Yes.  We usually meet twice a semester, and we sometimes

19  have a joint committee meeting with another member -- another

20  committee on faculty governance.

21  Q.  Has the advisory committee discussed the importance of the

22  consideration of race as a factor in the admissions process?

23  A.  Yes, it has.

24  Q.  And does the advisory committee support the consideration

25  of race as a factor in the admissions process?

1  A.  Yes, it does.

2  Q.  I want to ask you about how the advisory committee reports.

3      Who does the advisory committee report to?

4  A.  So it reports to the faculty governance, to Faculty

5  Council; and Faculty Council, these are elected members from

6  all around the university and relative to their numbers; and

7  they meet once a month.

8  Q.  I want to ask you now about whether the advisory committee

9  prepares any kind of report.

10  A.  Yes, it does.  Every year we have -- we usually have a

11  schedule.  It doesn't change very much, but it's usually often

12  in February, but not always.  But we will be on the agenda for

13  the Faculty Council meeting.  And all of the reports are

14  presented at different times of the year.  And so you come, and

15  there will be a proper -- a full agenda, and then your report

16  will be presented, sometimes by title and sometimes in a full

17  presentation.

18  Q.  Okay.  I'd like to turn to an example of one of those

19  reports.  If you could turn to DX22.

20      Do you recognize this document?

21  A.  Yes, I do.  It's a report of the advisory committee.

22  Q.  And what year is this for?

23  A.  For February 2016.

24  Q.  But does it -- it state at the top 2014-2015?

25  A.  I'm sorry.  Yes, it is.  It -- unfortunately, but there's

 1  an odd aspect of when we report in, and so it captures prior

 2  years, yes.

 3  Q.  So how -- what does this information reflect in this

 4  document?

 5  A.  The 2014 to 2015 year.

 6  Q.  Okay.  And I'd like to -- the first page of the document

 7  sets forth members again, it looks like.  So let's turn to the

 8  second page of the document, and this -- at the top you see

 9  that the report -- it says:  "Report prepared by:  Abigail

10  Panter" and "Stephen Farmer."

11      Did the two of you work together on this report?

12  A.  Yes, we do.

13  Q.  And I'd like to just look at the next section where it

14  talks about "Report of activities."

15      What is this intended to do?

16  A.  This section -- so what happens is we -- members of this

17  committee rotate off on a certain cycle, so we are rotating new

18  members on.  So every time we're doing this, we want to make

19  sure that everyone understands what the charge is, what the

20  membership is, that they have information about the annual

21  reports, and that they also understand how we're guided as a

22  committee, and what the other kinds of committees are that are

23  associated with this committee.

24  Q.  Let's look at some of the examples of the types of

25  activities that the committee conducted in this particular

1   year.

2       What is the one that's listed as number one?

3   A.  One is:  "Oriented new and returning members to the work of

4   the committee and the Office of Undergraduate Admissions by

5   reviewing" certain documents.

6   Q.  And what was the purpose of doing that?

7   A.  The purpose is to understand why are we here, why -- what

8   is our charge before us, what are we intending to do when we

9   meet together regularly.

10  Q.  And then the third one, could you read that into the

11  record?

12  A.  Yes.  "The University's admissions policy, as found in the

13  *Undergraduate Bulletin.*"

14  Q.  I'm sorry.  My question was not very clear.  If you go down

15  to No. 3, the third activity.

16  A.  Sorry.  Yeah.  So "Discussed how the Office of

17  Undergraduate Admissions welcome" -- "welcome" -- sorry.

18  "Discussed how the Office of Undergraduate Admissions welcomes

19  students who visit campus, noting the crucial role that

20  200-plus students play as Admissions Ambassadors."

21  Q.  Does the advisory committee discuss recruiting from time to

22  time?

23  A.  Yes.  This is an example of that.

24  Q.  Okay.  If you look at No. 4 on the list, what is that?

25  A.  "4.  Received an update from the working group studying

1    race-neutral alternatives in the evaluation of candidates for

2    admission."

3        Yes, this is an update from the Working Group on

4    Race-Neutral Alternatives.

5    Q.  Okay.  And if you look at No. 6, could you read that into

6    the record?

7    A.  Yes.  "Discussed a de-identified application for first-year

8    admission, noting the ways in which the application revealed

9    aspects of each student's potential to contribute to the

10   diversity of the student body, and especially to its

11   socioeconomic diversity."

12   Q.  Does the advisory committee take an interest in

13   socioeconomic diversity?

14   A.  Yes, it does.

15   Q.  And overall, does this list illustrate some of the types of

16   things that the committee may talk about?

17   A.  Yes, we review our agenda from the prior year and develop

18   the list from that and our topics.

19   Q.  You can set that document aside.

20       I now want to ask you about the other committee that you

21   mentioned that you chair, the Committee on Race-Neutral

22   Strategies.

23       Could you describe who that committee reports to?

24   A.  Yes.  The Committee on Race-Neutral Strategies reports to

25   the provost and to the chancellor, and it gives -- it provides

1  reports regularly and for every meeting to the committee on

2  undergraduate admissions.

3  Q.  And is it a subcommittee within the advisory committee?

4  A.  Yes, it is.

5  Q.  I want to --

6  A.  It's one of the subcommittees.

7  Q.  I want to take a look at a document here.  This is DX54.

8      Do you recognize this document?

9  A.  Yes, I do.  It's the interim report for the committee that

10 I chair.

11 Q.  And what is the title of the report?

12 A.  It is "Examining Potential Race-Neutral Strategies in

13 Undergraduate Admissions at the University of North Carolina at

14 Chapel Hill."

15 Q.  What is the date of the report?

16 A.  May 2018.

17 Q.  And I want to look at this document in some detail.  And

18 there are some places where I may be flipping, you know, back

19 and forth, so I'm going to do my best to make sure we're all on

20 the same page, but if you get lost, please just let me know.

21     Let's first start by looking at page 2 of the document, and

22 if you could read the first paragraph into the record.

23 A.  Yes.  "In Spring 2016 a committee of faculty, professional

24 staff, and administrators was convened and charged by Provost

25 James Dean to examine workable race-neutral strategies and

1  practices in the undergraduate admissions at the University of

2  North Carolina at Chapel Hill ('The Committee on Race-Neutral

3  Strategies').  This Committee, a Subcommittee of the standing

4  faculty governance Advisory Committee on Undergraduate

5  Admissions" -- and then faculty code information -- "was

6  charged to:..."

7  Q.  And I do want to go through each of the charges, so could

8  you start with the first -- the number 1 under charge?

9  A.  Yes.  "1.  Consider whether there are workable race-neutral

10  strategies and practices that the Office of Undergraduate

11  Admissions could employ in evaluating applications for

12  undergraduate admission."

13  Q.  And then what is the second part of the charge?

14  A.  The second is:  "Advise the Office of Undergraduate

15  Admissions about these strategies and practices."

16  Q.  What is the third?

17  A.  And "3.  Report to the Advisory Committee on the

18  Committee's consideration of specific race-neutral strategies

19  approximately every two years.  In addition, the Committee

20  will, as appropriate, provide information regarding its

21  assessments and recommendations to the Dean of the College of

22  Arts and Sciences, the Executive Vice Chancellor and Provost,

23  the Chancellor, and the Board of Trustees."

24  Q.  Is this consistent with your understanding of the charge?

25  A.  Yes.

1  Q.  And is this how the committee has worked in practice?

2  A.  Yes.

3  Q.  I want to look below there where it talks about -- it says

4  that there's a full committee charge in Appendix A.  Is there a

5  more fulsome version of the charge?

6  A.  Yes, there is.

7  Q.  But this summarizes it at a higher level?

8  A.  Yes.

9  Q.  Okay.  The next sentence says:  "The Committee membership,

10  including a short description of member areas of expertise are

11  given in Appendix B."  And so I want to take a look at that.

12  If you can please turn to -- page 13 of the document is where

13  Appendix B begins, but we're actually going to be looking at

14  page 14, where the membership is set forth.

15      Does this list the membership for the Committee on

16  Race-Neutral Strategies?

17  A.  Yes.

18  Q.  And then do you see short biographies for each of the

19  members?

20  A.  Yes.

21  Q.  How is this committee selected?

22  A.  This committee was selected to -- by thinking about who are

23  the best people in this university who could come to the table

24  and address the charge in an open way, and -- so we tried to

25  ensure that everyone who was selected had expertise that they

1    could bring to this question at hand.

2    Q.  Can you describe a couple of examples of the type of

3    expertise that the group can -- the group has?

4    A.  Yes.  So as I mentioned before, Dr. Alexander is an expert

5    in diversity and inclusion and a professor of nursing, as I was

6    mentioning earlier.

7         Patrick Curran -- Dr. Patrick Curran is a professor of

8    psychology and neuroscience.  He is an expert in data

9    integration and harmonizing different data sets.  He is an

10   expert in longitudinal data analysis and other modeling

11   approaches.

12        Dr. Michael Kosorok, who is the chair of biostatistics at

13   the Gillings School of Global Public Health at UNC-Chapel Hill,

14   is an expert in machine learning and different models --

15   parametrics and semiparametric models, estimation models,

16   especially in areas of health overall -- and he's also an

17   expert in causal inference.

18        Holning Lau -- Professor Holning Lau is a professor in the

19   School of Law whose area is -- who works in the area of

20   diversity and inclusion.

21        Others -- I mentioned Dr. Shuford, who is the associate

22   chancellor for student affairs, who has expertise in studying

23   how students -- their experiences outside of the classroom and

24   how we can enhance those experiences overall.

25        We have Stephen Farmer, the vice provost of admissions, who

 1  is an obvious one that we would include as well, as well as

 2  other members of the admissions -- undergraduate admissions.

 3  Dr. Kretchmar is another person who works with data around

 4  admissions.

 5      So there -- this is a group of individuals who bring

 6  expertise in their areas and strengths to address a critical

 7  topic for us.

 8  Q.  I want to go back now to that second page of the document

 9  that we were looking at, page 2, below the charge; and here it

10  talks about -- after we talk about the membership, it talks

11  about what the committee was asked to evaluate.

12      Could you start there and read that into the record?

13  A.  Yes.  "The Committee was asked to evaluate what

14  race-neutral alternatives, if any, would allow the University

15  to achieve its joint objective and mission to achieve diversity

16  in the incoming undergraduate student body while at the same

17  time not sacrificing academic quality and/or requiring an

18  untenable administrative expense.  The work of this committee

19  included considering the University's existing diversity

20  interests and objectives, whether existing admissions practices

21  are needed to help the University meet those interests and

22  objectives, and what, if any, adjustments to the current

23  practices are warranted."

24  Q.  Does that -- does that accurately describe the work of the

25  committee?

1  A.  Yes.

2  Q.  Then I want you to go ahead and have you read that next

3  sentence which starts on page 2 and goes on to page 3.

4  A.  Yes.  "The Committee approached the charge and the tasks

5  before them in a scholarly way, with good faith, with an open

6  mind, and without preconceived notions about what the Committee

7  might discover."

8  Q.  What does that mean?

9  A.  It means that we, as a Research I university that -- that

10  does research and does scholarly work for a living and is

11  the -- really the top university in the country -- one of the

12  top universities in the country, we are coming to this question

13  with that state of mind of coming together to address an

14  important difficult topic and bringing our expertise to that

15  topic.

16  Q.  And do you agree with that statement that the group

17  approached "in a scholarly way, with good faith, with an open

18  mind, and without preconceived notions about what the committee

19  might discover"?

20  A.  Absolutely.

21  Q.  I want to now look at the general summary of committee

22  activities, which comes next on page 3, and that first sentence

23  talks about the committee's meetings.

24       Could you read that?

25  A.  Yes.  "The Committee met regularly beginning in Spring 2016

1  with a total of 15 meetings as of April 9, 2018."

2  Q.  And then it states that "Meeting dates and minutes are

3  presented in Appendix C"?

4  A.  Yes.

5  Q.  Okay.  I want to turn to Appendix C briefly, which is at --

6  page 19 of the document is where that begins.  That says

7  "Committee on Race-Neutral Alternatives, Meeting Dates and

8  Minutes."  And then if you look at the first page of that,

9  which is page 20 of the document, does this list the different

10  meeting dates?

11  A.  Yes, it does.

12  Q.  Does it look accurate to you in terms of when the committee

13  met?

14  A.  Yes, it does.

15  Q.  Okay.  And then behind that are several pages of meeting

16  minutes.  If you can look at page 21.  That's the first page of

17  those.

18      Did the committee take minutes of its meetings?

19  A.  Yes.

20  Q.  How did that work?

21  A.  The associate provost takes the minutes, and we are -- and

22  we have discussions.  We vote on the prior minutes on the -- we

23  look for edits and make sure the minutes are accurate.  We vote

24  on the prior minutes, and then we have a discussion about what

25  we're -- what we're planning to do and what we do.

1  Q.  I want to now go back to page 3, which is where we just

2  were under the "General Summary of Committee Activities," and I

3  want to look at the first heading underneath that, which states

4  "University's Diversity Initiatives and Objectives."

5      Could you please read this section?

6  A.  Yes.  "University's Diversity Initiatives and Objectives.

7  The Committee evaluated whether there are race-neutral

8  alternatives that would allow the University to achieve" those

9  objectives -- "these objectives without sacrificing the

10 academic quality of the entering class or imposing intolerable

11 administrative expense.  Without clear operational definitions

12 for potential intolerable cost, the Committee sought to

13 understand and determine what intolerable administrative cost

14 might be in the local context of the University.  The Committee

15 consideration included information gleaned from University

16 leaders, faculty members, and students; whether existing

17 admissions practices are necessary to help the University meet

18 its diversity interests and objectives; and what, if any,

19 adjustments to those practices are warranted."

20 Q.  Is that an accurate statement of what the committee has

21 done?

22 A.  Yes, it is.

23 Q.  And what was the discussion that -- that you had around the

24 concept of intolerable administrative cost?

25 A.  So that had to do with -- well, first, recognizing the goal

1  in mind, which is to ensure that the entering class has

2  comparable academic preparedness and diversity of the class --

3  having that goal in mind, could we -- is there a solution and

4  can we find a solution, if we found one, that would not --

5  well, there's a financial piece which is difficult for our

6  committee to handle at this point.

7      But we also wanted to find out whether there are certain

8  kind of data that would be relevant for this situation; would

9  there be data that would be not timely -- collected in a not

10 timely way, that would not be with the natural cycle of our

11 students entering into the admissions process; is there -- are

12 there certain kind of data that would not be valid for us to

13 use.  So we're asking about kind of situations where it would

14 not be reasonable for us to think about the potential solution,

15 and that is something that also requires additional

16 consultation since there are areas we would not be able to

17 comment.

18 Q.  And you mentioned the financial piece is one of those.  Is

19 that something others would need to weigh in on?

20 A.  Yes, that's something that -- our expertise is in really

21 developing solutions, and I think the aspect of the cost is

22 something that really would be other stakeholders, such as the

23 provost and the chancellor and other committees, looking at

24 that.

25 Q.  And at the appropriate time would you seek that kind of

 1  feedback if you needed it?

 2  A.  Yes, we would have to because we wouldn't have expertise in

 3  our committee.

 4  Q.  I want to talk about the next section that talks about

 5  legal standards and guidance for undergraduate admissions.

 6      Could you just read the first couple there?

 7  A.  Yes.  "Legal Standards and Guidance for Undergraduate

 8  Admissions.  To assure that the Committee's evaluation was

 9  informed by existing legal standards and guidance, as well as

10  the practices of the University's peer institutions, the

11  Committee discussed legal" development "as undergraduate"

12  admission -- I'm sorry -- "legal developments as undergraduate

13  admissions at comparable, highly selective institutions.  The

14  Committee received legal input and framing from University

15  Counsel, as well as Professor Lau, at multiple points during

16  its work.  Examples of examined materials include reading

17  documents from the Office of Admissions, briefs on admissions

18  practices by the College Board, journal articles, and items

19  from the media about undergraduate admissions practices around

20  the country."

21  Q.  And does this all accurately summarize the role of legal

22  framing and guidance?

23  A.  Yes.

24  Q.  I want to look now at the next section, "The University's

25  Mission and Diversity Goals."

1    And could you please read the first sentence to start off?

2  A.  Yes.  "The University's Mission and Diversity Goals.  The

3  Committee engaged in a robust discussion of the University's

4  mission and diversity goals, including the educational benefits

5  of diversity, and the importance of a diverse student body to

6  achieving those goals.  The Committee invited Executive Vice

7  Chancellor and Provost James Dean to lead a discussion about

8  the important role of student body diversity specifically, and

9  diversity in work settings.  Many of the ideas that Provost

10 Dean expressed during this meeting appeared in his May 2017

11 report...."

12 Q.  And you don't need to read the title, but is that report

13 attached to this as Appendix D?

14 A.  Yes.

15 Q.  Is that consistent with what the committee did in terms of

16 having a robust discussion on that topic?

17 A.  Yes.  And Provost James Dean is an expert in the area of

18 organizational psychology, so he was bringing a lot of the

19 literature on work -- the work outcomes as well.

20 Q.  And the next heading here says "Current Undergraduate

21 Admissions Policies and Practices."  Does this describe the

22 ways that the committee learned about those practices?

23 A.  Yes.

24 Q.  Okay.  I think we can move to the next one, which talks

25 about development and initial activities of working

1  subcommittees, and this is on page 4 of the document.

2  A.  Yes.

3  Q.  Do you see that?

4  A.  Yes.

5  Q.  Okay.  Could you please read this?

6  A.  Okay.  "Development and Initial Activities of Working

7  Subcommittees.  The Committee reviewed an earlier report,

8  *Exploring Race-Neutral Alternatives in Undergraduate Admissions*

9  (Appendix E) prepared by the Working Group on Race-Neutral

10  Alternatives.  To understand that report's findings and

11  conclusions, the Race-Neutral Strategies Committee met with the

12  members of the Working Group and then as a group, identified

13  specific ways to extend and build upon their prior work.  The

14  Committee considered the prior work carefully, yet felt free to

15  explore new directions and were not bound by specific

16  methodologies or approaches used previously.  As a result, the

17  Committee organized into three working Subcommittees."

18  Q.  This description related to the prior report.  Is that an

19  accurate statement of what happened?

20  A.  Yes, it is.

21  Q.  Okay.  And could you describe -- did you have an

22  opportunity to meet with members of that working group to hear

23  about their work?

24  A.  Yes, we do.

25  Q.  What were your impressions of the work?

1   A.   So we had strong, positive impressions that it was an

2   excellent literature review and -- that really brought us up to

3   speed on key developments in the area.   And then we were happy

4   to see the multiple ways that they were beginning to look at

5   the -- at different simulations that they did on -- on the

6   entering class and preparedness -- academic preparedness and

7   diversity of the class.   So we thought it was a good foundation

8   for us to begin our work.

9   Q.   And the next section talks about regular reporting of

10  subcommittee activities and research priorities.   And I don't

11  know that we need to read that, but could you just describe how

12  the structure of the committee worked?

13  A.   Yes.   So we learned earlier on that we really -- because we

14  have expertise in certain areas and that the -- there are

15  certain kinds of directions that we wanted to head, we

16  thought about just structuring it so that we would have

17  subcommittees -- three subcommittees:   One about literature,

18  one about data analytics, and one about the experiences of

19  students at UNC-Chapel Hill.   So we organized them that way,

20  and the group -- subgroups worked separately and then reported

21  in to the larger group.

22  Q.   And then if you look at page 4, it talks about the three

23  working subcommittees' charges.   Do you see that?

24  A.   Yes, I do.

25  Q.   And then it says:   "The charge for each Subcommittee is

1  given in Appendix F"; is that right?

2  A.  Yes.

3  Q.  And then we look and see that those are summarized right

4  below there.  Is that accurate?

5  A.  Yes.

6  Q.  Let's look at the actual charges for those subcommittees at

7  Appendix F.

8  A.  Okay.

9  Q.  If we can turn, please, to page 107 of the document.  Is

10  that where Appendix F begins?

11  A.  Yes.

12  Q.  And then if we look at page 108, that's the first charge.

13      Can you please walk us through the charge for the

14  Literature Review Subcommittee?

15  A.  Yes.  So -- shall I read it or shall I just --

16  Q.  Why don't you explain -- first explain what the Literature

17  Review Subcommittee does.

18  A.  Okay.  So what we wanted to do was -- we knew that the

19  literature review covered a certain period up to this point,

20  and we wanted to make sure that we were following the

21  literature since the literature is changing.  So -- and new

22  ideas are coming as they come and are published, so we wanted

23  to be assured that we are aware of them.

24      So we -- this literature review was to update the prior

25  report's literature review and to help us identify some key

1  directions for our work to go in.  And so this is what this was

2  about, and Professor Lau conducted this literature review.

3  Q.  And it talks about the questions that they should address

4  "...questions such as the following..."

5      Can you read those questions?

6  A.  Yes.  The questions:  "What studies have been published

7  since that Working Group's previous literature review?"

8      Or "What are race-neutral admissions strategies that have

9  been adopted by other schools, especially peer schools and

10  aspirational target schools?  Should UNC-Chapel Hill study the

11  potential effects of adopting" those -- "these practices?"

12      And another one:  "What has been said in academic

13  literature and public policy reports about the types of studies

14  a university should conduct to assess its need for

15  race-conscious admissions?"

16      And have there been -- "Has there been any discussion in

17  court documents," such as "briefs and judicial opinions, about

18  the types of studies a university should conduct to assess its

19  need for race-conscious admissions?"

20  Q.  Did the committee believe it was important to look at

21  multiple sources for potential options?

22  A.  Yes.

23  Q.  And if you look at the next charge, which is on page 109 of

24  the document, it's the charge for the Data Analytics

25  Subcommittee.

1    First, if you could describe in your own words what that
2    subcommittee is.
3    A.    This is a group that deals with the applicant data -- well,
4    at the time the applicant data and it's -- they're experts who
5    are expert modelers and experts in bringing together different
6    data sources and harmonizing those sources.
7        So this group was charged to look at the different sources
8    that were available to us for feasible academic approaches that
9    could be supported -- to support the careful consideration of
10   race-neutral approaches in undergraduate admissions, also to
11   empirically evaluate these analytic approaches and their
12   ability to achieve the institutional outcomes for incoming
13   undergraduate classes, and also to provide regular updates and
14   reports to our larger committee so that we could provide a
15   broader input.
16       So even though we had experts -- really top experts in data
17   and data analysis, we thought it was very important for our
18   full committee to be constantly weighing in on what -- does
19   this make sense?  Does this make sense?  Is this an approach to
20   move in?  How do we go?  So everyone was able to weigh in on
21   the approach that was -- the approaches that were being used.
22   Q.    Thank you.  Let's turn now to the third charge, and that's
23   the charge for the Impact of Diversity on the Student
24   Experience Subcommittee at page 110.
25   A.    Yes.

1    Q.  Do you see that?

2    A.  Yes.

3    Q.  And could you describe the purpose of this particular

4    committee?

5    A.  This is really to describe what happens after the students

6    enter -- walk through the door.  The students are coming in and

7    having experience -- meaningful experiences at -- in college

8    that are about intellectual pursuits, and how their experiences

9    unfold as they are students through Carolina.

10       So we -- this committee is about understanding the

11   perspective of current students and their experiences and how

12   diversity that has contributed to those experiences.  So this

13   is -- we wanted to make sure that we were also aware of

14   different kinds of surveys that existed where we could be

15   getting the student voice coming in to talk about the

16   experience.

17   Q.  And how does the work of this particular committee

18   contribute to the consideration of race-neutral alternatives?

19   A.  Well, this is -- allows us to understand what -- how

20   students are experiencing the everyday academic life and their

21   academic lives, how they're experiencing their undergraduate

22   education; and this is a critical aspect of whether the

23   educational benefits are being activated in the different

24   settings in which our students find themselves.  Whether it is

25   the classroom or after class or the hallways or wherever it's

1  going to be, we wanted to make sure that we understood how the

2  students are experiencing their undergraduate education.

3  Q.  Thank you.

4      I want to go back now to the main part of the report at

5  page 5 and look at the section where it talks about general

6  findings and ongoing work from the subcommittees.  Do you see

7  that?

8  A.  Yes.

9  Q.  And this talks about "Reports for each of the

10 Subcommittees...are provided in Appendix G and have been

11 reviewed by the larger Race-Neutral Strategies Committee."

12     Did each of the committees do their own report?

13 A.  Yes, they did.

14 Q.  And then does this document attempt to summarize those

15 activities at a higher level?

16 A.  Yes.  So each report -- everyone had been reviewing all the

17 components of each report as it was happening.

18 Q.  I want to walk through at the higher level, if we could.

19 So if you could look at -- where it talks about the Literature

20 Review Subcommittee, could you please read the first couple

21 sentences of that?

22 A.  Yes.  "The Literature Review Subcommittee.  This

23 Subcommittee updated the literature review completed by the

24 Working Group on Race-Neutral Alternatives.  This updated

25 literature review identified five major categories of

1  race-neutral strategies discussed in the academic literature

2  and explored the race-neutral practices at other institutions:

3  Existing" --

4  Q.  What are those five categories?

5  A.  Excuse me?

6  Q.  I was asking, what are those five categories that it's

7  referencing?

8  A.  Yes.  They are "existing percent plans, plans based on

9  socioeconomic status, eliminating legacy/development

10  preferences and early admissions programs, race-neutral

11  holistic reviews, and increased outreach" to -- "for

12  top-performing students from underrepresented groups."

13  Q.  Let me just ask first:  Is that your understanding of what

14  the group did?

15  A.  Yes.

16  Q.  And if you look at the first sentence of the next

17  paragraph, what does that state?

18  A.  "The Subcommittee reviewed literature about three

19  race-neutral admission strategies:  (1) percent plans;

20  (2) socioeconomic affirmative action programs and

21  (3) race-neutral diversity essays."

22  Q.  Do you have an understanding of how the group went from the

23  five areas to the three that it reviewed?

24  A.  Yes.  Well, we had a discussion about the five areas and

25  where we felt we could contribute in those areas, and we felt

1  that these were the areas where we could see most promise.

2  Q.  Okay.  I want to point you now to the next paragraph and

3  ask you about the first sentence.  Could you read that?

4  A.  Yes.  "Research" general -- the "Research generally

5  suggests" -- is that --

6  Q.  Yes.

7  A.  "Research generally suggests that percent plans are

8  unlikely to be effective and efficient substitutes for

9  admission strategies that overtly consider race."

10 Q.  What is this indicating?

11 A.  This is talking about percent plans that exist around the

12 country.

13 Q.  And are there similar conclusions at the bottom of the

14 paragraph about socioeconomic affirmative action programs?  If

15 you look at the second-to-last sentence of that paragraph.

16 A.  Yes, yes.  "Similarly, research generally suggests that

17 socioeconomic affirmative action programs -- which grant

18 preferential treatment to applicants from disadvantaged

19 socioeconomic backgrounds -- are also unlikely to produce

20 effectively desired levels of racial diversity."

21 Q.  Is that what was reported to the broader committee?

22 A.  Yes.

23 Q.  And then what does the last sentence say about the third

24 area?

25 A.  It says:  "Meanwhile, the Subcommittee found that there is

 1  a dearth of literature on the effects of race-neutral diversity

 2  essays."

 3  Q.  Despite the fact that the literature did not appear

 4  particularly promising here, did the subcommittee make any

 5  recommendations to the broader group?

 6  A.  Yes, we -- we -- not recommendations.  We just moved in

 7  those directions -- in our directions.

 8  Q.  Okay.  Could you read the paragraph that starts at the

 9  bottom of page 5, "This literature review has cast doubt..."?

10  A.  Yes.  "This literature review has cast doubt on the utility

11  of race-neutral strategies as complete substitutes for overt

12  considerations of race.  Still, the literature suggests that

13  the outcomes of race-neutral admission strategies vary

14  depending on the circumstances surrounding" -- all right.

15  Q.  Yeah, if you can go to the top where --

16  A.  -- "particular universities at issue."

17  Q.  Okay.  And then does it go on to provide some potential

18  directions?

19  A.  Yes, it does.

20  Q.  And I want to take you to where it talks about future

21  directions for this particular committee.  Do you see that?

22  A.  Yes.

23  Q.  And what is the intent for this subcommittee going forward

24  at the time of the interim report, May 2018?

25  A.  So it was to continue to work on these alternatives,

1  whichever we've identified as promising directions, and

2  continue to identify research and promising alternatives for --

3  that may account for any new practices or reported outcomes

4  from our peers.  So it was to move in these directions, as well

5  as to keep our eyes open for something that might be an option

6  that emerges as well.

7  Q.  I just want to go up to the paragraph right before that

8  where it talks about the particular strategies that the

9  literature review says that the group may want to look into.

10 Could you look at where it says "Accordingly..."?

11 A.  Yes.  "Accordingly, the Committee on Race-Neutral

12 Strategies should examine these strategies' appropriateness

13 specifically for UNC-Chapel Hill."

14 Q.  And then go -- could you continue?

15 A.  Yes.  "For its 2016 report, the Committee conducted

16 simulation-based evaluations of implementing various percent

17 plans at UNC-Chapel Hill.  Those simulations can be updated and

18 expanded.  The Committee should also run simulations of

19 socioeconomic affirmative action programs, perhaps drawing

20 inspiration from the 'Disadvantage Index' used by the

21 University of Colorado at Boulder's admissions office.  This

22 examination of a version of the index is feasible because

23 UNC-Chapel Hill can identify matches or close proxies for most

24 variables comprising the Colorado index and can potentially

25 supplement that index with additional variables."  And then

1    "Finally, the Committee should consider having further

2    discussions about the advantages and disadvantages of

3    race-neutral diversity essays, but there is very little

4    existing empirical research to inform such discussions."

5    Q.  So are these some recommendations or thoughts coming out of

6    the literature review?

7    A.  Yes.

8    Q.  And did the committee consider these?

9    A.  Yes.

10   Q.  And did it pursue some of the directions?

11   A.  Yes.

12   Q.  Okay.  I would like to now turn to the Data Analytics

13   Subcommittee, and that's No. 2 here.  Could you read the first

14   paragraph of the summary of that effort?

15   A.  Yes.  "The Data Analytics Subcommittee.  This Committee

16   [sic] conducted an analysis designed to empirically examine the

17   role of various undergraduate applicant factors (including

18   race/ethnicity) that were considered as part of the holistic

19   admissions process during the 2016-2017 application cycle and

20   presented its findings to the larger Committee.  The

21   Subcommittee also developed infrastructure for statistical and

22   data analyses that ultimately can be used to evaluate potential

23   race-neutral alternative strategies.  After completing

24   analyses, the Subcommittee examined its findings across five

25   application cycles:  The current year as well as the four prior

1  years."  So that's 2012-13, 2013-14, 2014-15, 2015-16, 2016-17.

2  Q.  And just to break that down a little bit, could you

3  describe in your own words what this is referencing in terms of

4  work?

5  A.  Yes.  It is understanding the applications that are

6  submitted to UNC-Chapel Hill and the information that's behind

7  them, and that includes a lot of information, so assembling

8  that information together in one space so that it can be

9  evaluated regularly.

10 Q.  And then if you look at the next paragraph, it talks about

11 that modeling of the university's admissions process.

12 A.  Yes.

13 Q.  If you look about halfway down the paragraph, it talks

14 about key findings.  Could you read "Key findings..." into the

15 record, please?

16 A.  Yes.  "Key findings reflect that there are...a number

17 of" -- "there are a large number of unique applicant variables

18 that predict admissions status, including underrepresented

19 minority status.  Importantly, however, when the model was

20 evaluated without information about applicants' racial/ethnic

21 status, the model's accuracy in terms of the prediction of the

22 applicants' admissions outcome was virtually unchanged.  This

23 finding reflects that underrepresented minority status does not

24 meaningfully drive the prediction accuracy of the final

25 multivariate model.  Put differently, applicants' race/ethnic

1  status does not dominate the outcome decision within the

2  current admissions process."

3  Q.  Did you have an opportunity to look at those models?

4  A.  Yes, we did.

5  Q.  And did you -- do you agree with the key findings that are

6  set forth there?

7  A.  Yes, I do.

8  Q.  I want to look at future directions for this group.

9  Actually, first, let me take a step back and ask you -- there

10 was also a reference to the infrastructure that that group

11 created.

12     What is this infrastructure?

13 A.  Well, we're coming into -- we're coming into a charge where

14 we're evaluating a set of questions -- important questions at

15 hand, and we needed to make sure that we -- to do -- that we

16 were able to have data assembled in a particular way -- first

17 of all, access to data and then data assembled in a particular

18 way so that we could start answering questions that are of

19 interest to the committee.  So that's what -- that's what

20 happened.  It's a process that occurs of making sure that we

21 are assembling different sources of information.

22 Q.  Now let's turn and look at the future directions, and it

23 talks here about four primary directions.  Do you see that?

24 A.  Yes.

25 Q.  Can you walk us through each of the four directions,

1  starting with the first one?

2  A.  Okay.  "Future Directions.  There are four primary

3  directions to which we next turn.  First, these initial models

4  were only fitted to available 2016 data; the models will be

5  expanded to a simultaneous analysis of all five years of data

6  to formally examine stability and change in trends over time."

7  Q.  Okay.  And I want to just show you another exhibit briefly,

8  which is Exhibit DX55.  This is dated June 22 of 2018, so

9  shortly after this report.

10      What is this e-mail?

11  A.  So this an e-mail from Professor Kosorok to

12  Professor Curran and to me indicating that the graduate

13  research assistant who is working on data analysis and

14  Professor Kosorok have completed year-wise analyses from 2012

15  to 2016, and is summarizing the fact that there -- the analyses

16  do not vary much at all from year to year.  Their accuracy of

17  the full model with certain terms in are still -- it's still

18  very high, and there is still very little difference in

19  accuracy when you take out, versus include, race and ethnicity.

20  So "the story," as he says, "is the same as...the previous

21  analyses we provided, and it is quite consistent

22  across...years."

23  Q.  And if we look at the next page of that document, it looks

24  like there's a bunch of attachments.  Is this the work that

25  they did to each of the models --

1  A.  Yes.

2  Q.  -- if you can just flip through -- potentially?

3  A.  Yes, that's it.

4  Q.  Okay.  I'd like to go back now to the Exhibit DX54 where we

5  were looking on page 7 at the future directions for the Data

6  Analytics Committee [sic]; and while we do that, I want to ask

7  you a question about something you mentioned.

8      You mentioned a graduate assistant.  Did the university

9  provide support for these committees in order to do their work?

10  A.  Yes.

11  Q.  Can you talk about that?

12  A.  So the -- the currency of -- in universities for graduate

13  assistants is a graduate stipend, and we provided a graduate

14  stipend and support for graduate students in biostatistics.

15  This is a doctoral student -- a person working toward their

16  doctorate in biostatistics who is -- who is becoming expert in

17  these models that we're looking at here.

18  Q.  And was support also provided to the Literature Review

19  Subcommittee as well?

20  A.  To the extent that they needed it.

21  Q.  I want to ask you about the second direction that's listed

22  here on page 7, and it's in the top paragraph where it says

23  "Second, efforts...."

24  A.  Yes.

25  Q.  Can you read that, please?

1   A.   Yes.   "Second, efforts will be made to link the existing

2   admissions data to extant family-level data to provide more

3   comprehensive information about constructs such as

4   socioeconomic status (SES).   The currently available data only

5   provide information about first-generation status and fee

6   waiver requests.   Much more comprehensive information about

7   family income, parent education, and parent occupation are

8   needed to more fully assess SES.   These data allow us to have a

9   fuller understanding of a student's full record, continue to

10  identify relevant and available indicators about family

11  background and SES from the literature, and discuss how

12  educational benefits flow from a diverse student body during

13  college."

14  Q.   And did you agree that it was an important step to obtain

15  additional data about SES?

16  A.   Yes, I did.   We did not have a lot of information in the

17  applicant -- in the space where we were operating in the

18  applicant data around the construct of socioeconomic status,

19  and specifically, we are -- we had whether our student was

20  first-generation college student.   And though I've studied that

21  area quite a bit, that is one important variable.   And we had

22  fee waiver, which is -- really only shows up a certain portion

23  in the sample and may not be our best indicator of family

24  income and assets.

25  Q.   I want to ask you about the third direction which is

1  talking about more advanced machine learning methods.

2      In your own words, what is that direction?

3  A.  So this is a direction of using neural network models to

4  predict the outcome of whether a student is denied, is put on a

5  waitlist or accepted, and then the process of whether the

6  student enrolls.

7      And so this process is a -- is one where we can use the

8  variables that we have to -- to answer the question about

9  whether we'll have about equivalent academic preparedness for a

10 student body and about the same level of racial -- race and

11 ethnic diversity in the student body, and it's -- it's a way

12 for us to understand how we can generate from the variables

13 that we have the kind of outcome of a -- of an essentially

14 equivalent student body like what we have and what we select

15 every year through a holistic, comprehensive review.

16 Q.  And if we could look at the last direction, which starts

17 with "Finally...," can you read that, please?

18 A.  Yes.  "Finally, the data analytic committee will carefully

19 review expert reports prepared in the University's lawsuit to

20 ensure that future analyses consider promising directions and

21 approaches.  Taken together, these results will provide a

22 stronger understanding of the current applicant review and the

23 admissions process."

24 Q.  Was there an intent to review and learn from the expert

25 work in this case?

1  A.  Yes.

2  Q.  Did that include the expert reports of both sides?

3  A.  Yes.

4  Q.  I want to ask you had you had a chance to review the expert

5  reports around this time frame of the May 2018 report in order

6  to assist the lawyers?

7  A.  Yes.

8  Q.  And had -- so you had personally reviewed those reports?

9  A.  Yes.

10  Q.  Was there an intent to have the whole committee undertake

11  that exercise at some point?

12  A.  Yes.

13  Q.  If there was something that you had seen that appeared

14  promising, would you have taken it to the committee?

15  A.  Yes.

16  Q.  As of the interim report, there was a plan for -- for a

17  deeper dive with respect to those reports?  Is that fair?

18  A.  Yes, that's correct.

19  Q.  And has the committee as a whole looked to litigation to

20  obtain information generally?

21  A.  Well, yes.  We are following everything.  We're trying to

22  follow everything.  So it's the social science literature, the

23  legal literature, and then just actions within -- within the

24  system.  So -- so we're looking, and we're regularly updating

25  where we are based on what we're seeing.  And, you know, there

1  is -- we're look -- there's information coming out, and so we

2  are bringing it to bear to this process.  There's a lot we can

3  learn and are learning from reading the literature and from

4  seeing what others do.

5  Q.  I now want to talk to you about the Student Experience

6  Subcommittee, and that's the one that's listed, and their

7  review is summarized on page 7 of the report.  Do you see that?

8  A.  Yes.

9  Q.  Could you read the first paragraph?

10  A.  Yes.  "The Student Experience Subcommittee.  This

11  Subcommittee analyzed existing university survey instruments

12  that are regularly administered to undergraduate students at

13  UNC-Chapel Hill and looked at evidence regarding campus

14  climate, psychosocial development, student engagement, and

15  learning outcomes.  It also conducted a review of the higher

16  education and social sciences literature on student engagement,

17  perceptions of campus climate, sense of belonging, psychosocial

18  development and learning outcomes."

19  Q.  Are those activities that they have undertaken?

20  A.  Yes.

21  Q.  And then it talks, going forward, about some modeling

22  efforts as well.  Could you describe those in your own words?

23  A.  Yes, we -- we started with -- we started in the realm of

24  student affairs, which is -- there was a survey that is

25  generally administered to students called the

1  Multi-Institutional Study of Leadership.  So we used that

2  survey to pull out items that mapped well onto the constructs

3  that I was just talking about -- for example, student

4  engagement, perceptions of campus climate, and sense of

5  belonging -- and then, using statistical models, modeling how

6  those variables relate to student outcomes around learning and

7  leadership.  And because Professor Curran is an expert in the

8  modeling of those kinds of models, we borrowed him for this

9  committee.

10  Q.  And then, you know, this also goes on to look at some

11  future directions, if you see page 8, for that particular

12  committee.

13      Could you just describe at a high level what some of the

14  future directions are for this particular committee?

15  A.  Yes.  We -- okay.  We wanted to make sure that we were

16  looking at the best kind of survey that we could in this

17  situation.  So we wanted to -- first, we wanted to take that

18  survey result and link them to undergraduate admissions data to

19  the extent that we could.

20      And then we wanted to see whether we could examine the

21  modelings that we were looking at, including prior panels of

22  data, because this is not the first time that survey was

23  administered, so that was one time -- point in time, so we

24  wanted to look back.

25      And then we wanted to look to see if there's something that

1  we could do overall, some kind of national benchmarking, maybe
2  using -- we have another survey that we used called the SERU,
3  Student Experience in the Research University, survey; would
4  that be a better space to be doing this kind of work and could
5  we think about broadly adding items to the SERU that would be
6  ones that would assess these constructs even more.  So there --
7  in a way that we would be even more confident.
8      So we wanted to make sure that -- because a SERU is
9  nationally benchmarked, that we are -- make sure that we are
10  maybe using the SERU, and that we are able to develop items
11  that would be tied to the constructs in a more accurate way.
12  Q.  Is there some overlap between the work of the educational
13  benefits and diversity group as well as this subcommittee?
14  A.  Yes, yes, because there's certain mapping, there's
15  constructs that we are interested in related to educational
16  benefits of diversity.  And they appear, those items, and items
17  that are capping the constructs of interest or the ideas like
18  robust exchange of ideas or whether people really do enhance
19  their learning in empathy or their ability to take the
20  perspective of others -- those kinds of constructs, we want to
21  ensure that we're assessing them in the best way possible.  So
22  the Educational Benefits of Diversity Working Group also is
23  concerned with those kinds of surveys.  So it is -- there is
24  some parallel work in that way.
25  Q.  And is there an intent to try to make sure that the groups

1  are coordinated in that respect?

2  A.  Yes, yes, because we're working with –– you know, again,

3  our Office of Institutional Research and Assessment administers

4  the SERU regularly, so we are able to coordinate in that way.

5  And we do coordinate.

6  Q.  I want to look at the "Conclusion" section of this

7  document.  That starts on page 9 in the middle, and it talks

8  about the work of the committee being ongoing.

9      Could you start there and read that into the record?

10  A.  Yes.  The second paragraph?  You're talking about the

11  second paragraph?

12  Q.  It's the –– right under "Conclusion" at the top ––

13  A.  Okay.

14  Q.  –– starting with "The work of the Committee...."

15  A.  "The work of the Committee is ongoing, and the Committee

16  will continue to use multiple pathways of analyses to identify

17  potential race-neutral alternatives for undergraduate

18  admissions at UNC–Chapel Hill.  The potential alternatives are

19  examined while considering, in light of the University's

20  mission, current campus climate and the academic needs of its

21  student body.  Key directions include:  Ensuring that emergent

22  potential options from national peers or common demonstration

23  projects are evaluated; empirically assessing the relative

24  weight of race/ethnicity as compared to other competing

25  factors, particularly socioeconomic indicators, as alternatives

1  when modeling admissions data over time using all potential

2  variables that could be available during holistic review; (c)

3  using the strength of student and academic data from existing

4  undergraduate survey administrations -- locally at UNC-Chapel

5  Hill and nationally across institutions that vary on multiple

6  dimensions -- to understand campus climate as a function of

7  race/ethnicity; and" then finally "enhancing national data

8  collections efforts, where possible, with supplemental relevant

9  survey items, thereby contributing to the national dialogue

10  about the role of race/ethnicity in the campus climate."

11  Q.  Does that accurately reflect what the key directions were

12  at the time of the interim report in 2018?

13  A.  Yes.

14  Q.  And the next paragraph talks about documentation and

15  presentation of efforts and how it's going to be distributed.

16      Could you just describe sort of at a high level how this

17  work is getting reported out?

18  A.  Yes.  So what we do is -- the committee on undergraduate

19  admissions -- Advisory Committee for Undergraduate Admissions

20  meets twice a semester.  Every time it meets there is an

21  update.  I might give the update.  There are different updates.

22  Dr. Shuford sometimes gives the update, depending on where we

23  made progress.  We make those updates.  And then every two

24  years we have a reporting out where we're reporting especially

25  to the chancellor and the provost on -- with reports.

1  Q.  How regularly are you planning to be reporting out as of

2  this report?

3  A.  It's -- well, we're reporting -- so these are descriptions

4  of our activities, and we're on a regular schedule of every two

5  years, as well as if there was something that we learned

6  earlier than that, we would report that out earlier.

7  Q.  I now want to set the document aside and ask you a few more

8  questions about the work of this committee.

9      What are your impressions of the work of this group?

10 A.  I mean, we've done a tremendous amount of work that -- it's

11 an absolutely committed group of people who are together to

12 make a major effort at meeting the charge.  We are -- it's a

13 very -- it's a difficult charge, and we are working to ensure

14 that we are addressing it with everything we could bring to the

15 question.  And we're taking spaces where we see that there

16 might be a promising space and ensuring that we are devoting

17 analytic attention and -- attention to it through literature

18 reviews and through studying and through data, and we're

19 learning from our areas.  But at the same time we're listening

20 to the literature, and we're listening to reports about how

21 well certain kinds of plans are -- operate at this time.

22     So these are the kinds of things that are -- just we are

23 taking in the information from the overall literature in the

24 nation, as well as working with the data that we have about the

25 admissions process, and trying to have a deep dive about -- an

 1  understanding of the holistic process we have and whether we

 2  can -- removing race and ethnicity from this question --

 3  overall from this process can generate a class that is about

 4  the same in academic preparedness and racial/ethnic diversity.

 5  Q.  There's been a criticism made in this case about the fact

 6  that the committee, and the Data Analytic Subcommittee

 7  specifically, had not run any simulations of race-neutral

 8  alternatives at the time of the interim report.

 9      What is your response to that?

10  A.  I -- so it's an interesting kind of statement because it

11  implies there's a certain type of analysis -- there's one

12  analysis that should be a set of analyses that are -- describe

13  the answer, and what I think our committee has shown through

14  our literature review and following up from prior work is that

15  there isn't quite an answer at this point, and we really wanted

16  to understand our -- our admissions process very well.  And

17  this is one approach to understanding this -- this entire

18  process and whether we can remove race and ethnicity from the

19  admissions process and generate our outcome that we may have.

20  Q.  Why has the university taken this particular approach to

21  this question instead of just running simulations?

22  A.  Well, I think it's because we can contribute overall to an

23  understanding of this question.  If there's actually a

24  solution, we would like to be able to rigorously examine what

25  that might be, and we would like -- we understand that we would

1  not be the only institution that would potentially benefit from

2  a solution that we might develop.  So we think locally it's

3  important for us to understand, but also we think some of the

4  kind of work that we're doing might help with the dialogue

5  nationally overall.  So this is our -- we are concentrating on

6  understanding for our university if there is a solution,

7  because we haven't seen one yet.

8  Q.  And at the appropriate time, would the university run

9  simulations as needed?

10  A.  Yes, that's -- yes.

11  Q.  But as of the interim report, that was not something that

12  the --

13  A.  Yes.  As of the interim report date, yes.

14  Q.  I want to ask you now about the ultimate question that the

15  committee was charged with and what it had concluded as of the

16  date of the interim report.

17      Had -- at that time had the university identified any

18  potential race-neutral alternative that looked like it might

19  work about as well?

20  A.  At the time of the report, no.

21  Q.  What do you understand that concept to mean, "about as

22  well"?

23  A.  It means that really within -- that we would look for a

24  solution that would allow us to talk about an incoming student

25  body that is approximately -- is academically prepared at

1  approximately the levels that we are -- have seen in the past,

2  and we -- that the racial diversity of our class and the

3  diversity really defined more broadly of our class is about the

4  same as we have seen in the past, and that we can -- that if

5  there was a solution that would be -- that's a solution for --

6  that that's what we're trying to aim for, and we -- that's what

7  we're trying to do with this committee.

8  Q.  Would the committee be willing to take a close look at any

9  alternatives that came relatively close in terms of achieving

10  its objectives?

11  A.  Yes, that's what the committee is there to do.

12  Q.  I want to ask you about the concept of workability.  Has

13  there been discussion in the committee about that?  Or let me

14  ask:  Had there been discussion about that concept as of the

15  interim report?

16  A.  Yes.  I think we think about that -- yes, as of the interim

17  report, we've thought about that a lot.  We thought about the

18  idea of we have this set of goals to produce a class with

19  these kind of -- with comparable levels of academic

20  preparedness and diversity, as well as wanting to make sure

21  that we have a solution that is one where -- that is feasible,

22  is practical, that is one -- practical, is one where we

23  could -- maybe the data that we are using lines up with the

24  natural process of the -- of the student who applies to

25  college; that we could be using it regularly and easily; that

1  the data are -- have certain qualities.

2      Like I talked earlier about the standards that our field

3  uses, the standards of educational psychological education.

4  They are reliable and valid and fair; and so we want to make

5  sure that those solutions are -- have those kinds of qualities.

6      You know, when you think about this, we could have a single

7  variable that defines it all, and that would allow us to have

8  no race and ethnicity included in this situation.  Apparently,

9  from The Common App, we might remove that.  We would not have

10  race and ethnicity considered.  We might have a variable that

11  is the answer.  But if it's not present in half of the

12  applicants' files or if there is a set of information where

13  stakeholders are dropping that indicator, it may not be so

14  feasible or workable to have a solution like that.

15      But you could also imagine situations where if there were

16  maybe a third party that had information that could be brought

17  to readers in a holistic review that supplements what they were

18  looking at, that might be something that might be more workable

19  in the process.  Where the data are provided, there isn't much

20  cost to individuals -- the institution overall.

21      These are the kinds of things that we think about, is it

22  practical to implement this kind of option.  We are part of a

23  system as well, so we have to think, too, the fact we are the

24  flagship and we are part of the university system.  So these

25  are also considerations to think about.

1  Q.  What would the process be if you were to find a potential

2  option?

3  A.  So if we had a potential option, we would need to say

4  immediately what that was and share that with the provost and

5  chancellor.  We would need to offer that as a recommendation,

6  and we would be standing ready to do any kind of additional

7  work that was needed if they had additional questions about how

8  to look at that option overall.

9  Q.  We've talked about various different aspects of your

10 participation in these areas at the university.  As somebody

11 who has been at a professor -- has been a professor at the

12 university for many, many years and serves in a senior

13 administrative role, what's your overall assessment of the

14 importance of racial diversity to the university's mission?

15 A.  It's -- it's an essential aspect of the university's

16 mission, especially for the top public university in the

17 country to -- that has -- has it as part -- this is a critical

18 aspect, and it's always been part of the mission of this

19 university to serve our public, serve our state.

20     And this is -- educational benefits of diversity are

21 preparing our flow from a diverse student body and are

22 preparing our students to, first of all, engage in the academic

23 experiences that we're providing and offering in our spaces and

24 all the other activities that go on, and to be prepared for

25 entering society as citizens, as workers, as -- pursuing

1  graduate degrees, pursuing educations, being in all the spaces,
2  being family members, being all the kinds of roles that people
3  are in life.  And that's what we're intending to do and have
4  been trying to do.
5  Q.  And as someone who has led the committee -- the faculty
6  committee that advises undergraduate admissions for several
7  years, what is your belief about whether race is necessary to
8  be considered as a factor in the admissions process?
9  A.  Well, I think just that, it is a factor among many in the
10 process for -- for admitting students, and it's a key -- it's
11 an important factor among other factors to use in the
12 understanding of a student who might be considered for Carolina
13 and who would like to be considered for Carolina.
14 Q.  And as someone who has led the university's most recent
15 efforts to consider race-neutral alternatives and has some
16 understanding of some of the prior efforts, what is your
17 assessment of the sincerity and good faith of the university's
18 efforts to consider a good faith -- or to consider
19 alternatives?
20 A.  We are -- we are -- we are strongly committed to finding an
21 alternative, if there is one, to -- if there is one out there,
22 and so we are looking, and we are doing -- and we are looking
23 in diverse ways through modeling, through student experiences,
24 through information that hasn't been used before in
25 applications.  These are -- through essays, for example.  These

1  are different kinds of directions to ensure that we are

2  understanding this and looking to see if there's a solution

3  that would not involve the use of race and ethnicity in the

4  holistic review of our students.

5  Q.  Thank you, Dr. Panter.

6        **THE COURT:**  All right.  It is now 12:25.  We will

7  recess for lunch.

8      You may step down.

9        **THE WITNESS:**  Thank you.

10        **THE COURT:**  Thank you so much.

11      We will recess for lunch, and we will resume at 1:25.

12      (A noon recess was taken from 12:24 p.m. until 1:25 p.m.;

13  all parties present.)

14        **THE COURT:**  Yes, sir, you may proceed.

15      And, ma'am, you may take your mask off.

16        **THE WITNESS:**  Thank you.

17        **MR. MCCARTHY:**  Thank you, Your Honor.

18        **THE COURT:**  Uh-huh.

19                        **CROSS-EXAMINATION**

20  **BY MR. MCCARTHY:**

21  Q.  Good afternoon, Dr. Panter.

22  A.  Good afternoon.

23  Q.  I'd like to discuss a few topics, starting with the

24  Committee on Race-Neutral Strategies.

25      The Committee on Race-Neutral Strategies was announced by

1  the Advisory Committee on Undergraduate Admissions on

2  February 25, 2016, correct?

3  A.  I'm sorry.  I don't have the exact date.

4  Q.  Okay.  We can look at DX48.  This was the meeting of the

5  Advisory Committee on Undergraduate Admissions.

6  A.  Yes, that's correct.

7  Q.  Okay.  So the date is correct, February 25, 2016?

8  A.  Yes, that's correct.

9  Q.  Thank you.

10      You have been chair of the Committee on Race-Neutral

11  Strategies since the outset, correct?

12  A.  Yes.

13  Q.  And one of the committee's charges is evaluating whether

14  there are race-neutral alternatives that would allow UNC to

15  achieve the diversity it seeks without sacrificing the academic

16  quality of the entering class or imposing intolerable

17  administrative expense, correct?

18  A.  Correct.

19  Q.  And the Committee on Race-Neutral Strategies met 15 times

20  from the spring of 2016 through April 9, 2018, correct?

21  A.  Yes.

22  Q.  As of June 19, 2017, after ten meetings and more than a

23  year as chair of the committee, you had not figured out what

24  would be an intolerable administrative expense, correct?

25  A.  Correct.

1  Q.  In evaluating the costs and benefits of race-neutral

2  alternatives, the committee considers the cost of UNC's current

3  use of race in admissions decisions, correct?

4  A.  Correct.

5  Q.  In fact, the committee compares the cost of race-neutral

6  alternatives against a baseline of what UNC does now, correct?

7  A.  I'm trying to understand your question.  So what we are

8  charged to do is to think about comparable classes that would

9  be built and entering classes, so that's what I understand your

10  question to be.

11  Q.  And -- and the committee we just mentioned evaluates the

12  cost and benefits, correct, of race-neutral alternatives?

13  A.  Yes.  To the extent that we can, yes.

14  Q.  And it compares the costs against the baseline of the costs

15  of UNC's current use of race?

16  A.  I'm not sure I know what the current -- the exact cost is

17  of the use of race, so I would not say -- I would say no, that

18  I do not know the current costs.

19  Q.  I'll ask the question.  It will help us out.

20  A.  Thank you.

21  Q.  At the time of your deposition, you did not know the cost

22  of UNC's present use of race as a factor in admissions

23  decisions, correct?

24  A.  Correct.

25  Q.  The charge of the Committee on Race-Neutral Strategies

1  makes clear that, under Supreme Court precedent, universities

2  are not required to adopt any alternative that would require a

3  dramatic sacrifice of diversity, the academic quality of all

4  students, or both, correct?

5  A.  Yes, correct.

6  Q.  As of June 19, 2017, after meeting ten times over 13

7  months, the committee had not defined what constitutes a

8  dramatic sacrifice of diversity, correct?

9  A.  Correct.

10  Q.  And as of June 19, 2017, after meeting ten times over 13

11  months, the Data Analytic Subcommittee had not even defined the

12  term "diversity," correct?

13  A.  I am not sure.  I'm sorry.  I'm not sure.  I'm not sure

14  about that answer.

15      **MR. MCCARTHY:**  Can we go to the first deposition,

16  page 196, starting at line 18?  And this will go on to the next

17  page, line 10.

18  Q.  (By Mr. McCarthy)  And I'll read it.  I'll let it get on

19  the screen first so you can see it, Dr. Panter.

20  A.  Thank you.

21      **MR. MCCARTHY:**  Do you want me to read the first part,

22  Mr. Lawrence, and go to the next page?  Okay.

23  Q.  (By Mr. McCarthy)  "Question:  If we could go down a little

24  bit further, the last paragraph, in the middle of it, it says:

25  'It will be critical.'  Do you see that?

1    "Answer:  Hold on one second.

2    "Question:  In the middle of the last paragraph.  It's

3  three lines down.

4    "Answer:  Okay.  Yeah.

5    "Question:  It says:  'It will be critical to draw on the

6  joint expertise of the group to define exactly what we mean by

7  concepts of diversity, achievement, preparedness, character,

8  promise, and academic success.

9    "Uh-huh, yes.

10    "Question:  So has the committee -- sorry.  So has the

11  subcommittee defined those terms?

12    "Answer:  I think they're working on the definition of

13  diversity."

14    Were you asked those questions, and did you give those

15  answers?

16  A.  Yes, I did.

17  Q.  At your deposition, as the chair of the Committee on

18  Race-Neutral Strategies, you could not say at what point the

19  university should make the decision or even a recommendation to

20  stop using race in admissions, correct?

21  A.  I personally cannot.

22  Q.  Your view is that measuring diversity is part quantitative

23  or numbers and part qualitative, correct?

24  A.  Yes.

25  Q.  At your deposition, your opinion was that even if the

1  student body were comprised of 20 percent African American

2  students, 20 percent Hispanic students, 20 percent Asian

3  American students, you would not -- you would be unable to say

4  whether UNC was sufficiently diverse, correct?

5  A.  If I said that at the deposition, then correct.

6  Q.  Shall we go to the deposition?

7         **MR. MCCARTHY:**  Mr. Lawrence, page 296.  It's 296 at

8  line 14.  And this will go over to the next page.

9  Q.  (By Mr. McCarthy)  "Question:  How much of this issue

10  relates to what UNC sometimes refers to as compositional

11  diversity?  In other words, if the -- if African American

12  students made up 20 percent of the campus populations, and

13  Hispanics did 20 percent, and Asian students 20 percent, and

14  white student the rest, would that be a factor that would --

15  that should bear on whether or not this university continues to

16  use race in admissions?

17     "Answer:  Well, I like to think of that question in

18  reference to the paper, the Garces and Jayakumar 2014

19  educational research paper" -- wrong way -- "on dynamic

20  diversity and the understanding that numbers are a part of it.

21  But really, the other piece that's a critical piece is the

22  context of the institution and the interactions that are

23  ongoing and the nature of the interactions and the context of

24  the -- of what occurs for students on this campus.  So it is a

25  partial -- numbers are necessary, but not sufficient kind of --

1  under -- to our understanding of dynamitic diversity, and I

2  think we should really think about different ways that are in

3  different spaces that our students are being supported and are

4  having positive, meaningful interactions across race."

5      Was that -- were you asked that question, and did you give

6  that answer?

7  A.  Yes, I did.

8  Q.  In fact, you were unable to state whether UNC would be

9  sufficiently racially diverse if all of the major racial groups

10  were at equilibrium and had the same share of the campus

11  population, correct?

12  A.  Correct.

13  Q.  As of June 19, 2017, after meeting ten times over 13

14  months, the committee had not defined what constitutes a

15  dramatic sacrifice of academic quality, correct?

16  A.  Correct.

17  Q.  I'd like to turn briefly to the Educational Benefits of

18  Diversity Working Group.

19      In assessing how the university achieves the educational

20  benefits of diversity, the Educational Benefits of Diversity

21  Working Group focuses on many forms of diversity, but primarily

22  on race and ethnicity, correct?

23  A.  Correct.

24          **MR. MCCARTHY:**  Nothing further, Your Honor.

25          **THE COURT:**  All right.  Anything further?

1          **MS. TORRES:**  No, not from the Intervenors.

2          **MS. BRENNAN:**  No questions, Your Honor.

3          **THE COURT:**  All right.  Then we can release this

4    witness?

5          **MS. BRENNAN:**  Yes.

6          **THE COURT:**  You may step down.  Thank you.

7          **THE WITNESS:**  Thank you.

8       (The witness left the stand.)

9          **MS. BRENNAN:**  Your Honor, at this time we need just a

10   moment to change up in the courtroom because the next witness

11   is one of the Intervenor witnesses, if that would be all right.

12         **THE COURT:**  That would be fine.

13         **MS. TORRES:**  And I do apologize.  Ms. Polanco is on

14   her way.  She ran into car trouble, and so she is going to be

15   here in about 15 to 20 minutes.  And we had anticipated cross

16   being a little bit longer, so we didn't bring it to the Court's

17   attention until now.  So I don't know if the preference is to

18   convene again in 20 minutes.

19         **THE COURT:**  Understood.  So let us recess court for 20

20   minutes.

21      (An afternoon recess was taken from 1:40 p.m. until 2 p.m.;

22   all parties present.)

23         **MS. TORRES:**  And we do have our witness here.  Thank

24   you.

25         **THE COURT:**  All right.

```
 1            MS. TORRES:  And thank you to the parties as well.
 2       So Ms. Polanco.
 3            THE COURT:  If you would come to the witness stand.
 4       And if you would tell me your name for the record again.
 5            MS. TORRES:  Genevieve Bonadies Torres, and for the
 6  transcript, Torres is fine.
 7            THE COURT:  All right.  Thank you.
 8            CECILIA POLANCO, INTERVENORS' WITNESS, SWORN
 9                      DIRECT EXAMINATION
10  BY MS. TORRES:
11            THE COURT:  Yes, ma'am.
12            MS. TORRES:  Okay.
13            THE COURT:  You may take your mask off.
14            THE WITNESS:  Thank you.
15            THE COURT:  Yes.
16  Q.  Good afternoon, Ms. Polanco.  Can you share with us, how
17  are you connected to this case?
18  A.  I'm connected to this case as a Student-Intervenor.  I got
19  involved a few years back to advocate for race-conscious
20  admissions at UNC.
21  Q.  And briefly why does race-conscious admissions matter to
22  you?
23  A.  It matters to me because I think it's an important lens
24  through which to evaluate students, look at the different
25  things that they bring to the table with their identities; and
```

1  there's distinct things that have to go -- do with someone's
2  racial or ethnic background that could be barriers when it
3  comes to accessing higher education.  So I think it's important
4  to look at it and consider it during admissions.
5  Q.  And when did you graduate from UNC?
6  A.  I graduated in the spring of 2016.
7  Q.  And what did you study?
8  A.  I was a global studies major, health and the environment,
9  and I minored in geography.
10 Q.  And did you receive any awards or recognitions during your
11 time at UNC?
12 A.  Yes.  While I was at UNC, I was a Morehead-Cain scholar,
13 which is a full merit-based scholarship to UNC.  So I -- that
14 was one of the ways in which I could attend UNC.  I was also a
15 Global Gap Year Fellow, so I took a gap year before college.
16 And I was inducted into the Order of the Golden Fleece, which
17 is our highest honorary society at UNC; and my junior year I
18 received the Martin Luther King Jr. award for my advocacy work
19 for all students -- equity for all students on campus.
20 Q.  And can you describe some of the advocacy work that you
21 engaged in which led to this recognition?
22 A.  Yes.  I did a lot of extracurricular work outside of my
23 studies organizing and advocating for students on campus of all
24 backgrounds, and so when it comes to education equity and
25 advocacy, that was something that I advocated for a lot and

1  organized around.

2  Q.  And can you share with us whether you've remained involved

3  with UNC since graduation?

4  A.  Yes, I have remained involved.  I donate to the

5  Morehead-Cain Foundation.  I also donate to Carolina Covenant,

6  which is a need-based scholarship at UNC, part of UNC's

7  commitment to meet 100 percent of demonstrated financial need.

8  So I would have been a Covenant scholar had I not been a

9  Morehead-Cain scholar.  So I still support in those ways.

10     I'm also keeping track of the Latinx community there.  I go

11  back and do some speaking with students, some mentorship, and

12  also I've loved to watch the development of the Carolina Latinx

13  Center.  It was a collaborative when I was there.  We had a

14  multipurpose room in a dorm, and now there's potentially a

15  center with dedicated staff and funding.  So I've got my eyes

16  on that, too, hoping to see some -- some better resources for

17  students who are currently there.

18  Q.  And what have you pursued professionally since graduating

19  from UNC?

20  A.  Since graduating, I committed myself to starting my small

21  business, So Good Pupusas.  They're a traditional Salvadorean

22  food.  So I started a small business with my mom and my family,

23  and we have a partner nonprofit, Pupusas for Education.  So we

24  sell pupusas, and a portion of those proceeds go toward

25  scholarships for undocumented students and students with DACA.

1  I am not an undocumented person, but I -- I'm very cognizant of
2  the rights that I have as being born in the United States,
3  being a citizen, so I've been involved in those sorts of
4  educational efforts.
5      And currently I'm the executive director at SEEDS in
6  Durham.  It's a two-acre community garden, youth development
7  center.  So I'm still at the intersection of youth development
8  and education access and equity.  So I'm pretty happy with
9  where I am right now.
10 Q.  And can you describe the demographics of the youth that you
11 serve as part of SEEDS?
12 A.  Yes, we serve primarily BIPOC youth -- black, indigenous,
13 students of color -- who attend Durham Public Schools.  I
14 attended Durham Public Schools as well.  So we aim to serve
15 students who attend Title I schools who benefit from free or
16 reduced lunch.  So we aim to, you know, provide after-school
17 programming for them and some youth development around food and
18 nutrition and gardening and farming.  So I work with a lot of
19 students who come from a similar background that I do.
20 Q.  And as you're aware, this case involves UNC's ability to
21 consider race or ethnicity in admissions.  Do you identify with
22 a particular race or ethnicity?
23 A.  I don't identify with a race in particular, but I do
24 identify ethnically as Latina or Hispanic, and when I can, I
25 choose to self-identify as Salvadorean American.

1   Q.  And where did you grow up?

2   A.  I grew up in Durham.  I was born in LA, but we moved to

3   Durham right before my first birthday.  So I grew up in Durham,

4   went to Durham Public Schools, graduated from Northern High

5   School in Durham, and was raised there with my three older

6   sisters and my parents, and still live there now.

7   Q.  And did growing up as a Salvadorean American impact the

8   experiences that you had prior to college?

9   A.  I think so.  I think that my identities played a big part

10  in my -- in my formation of myself.  You know, there was

11  challenges to being Latina and to being a woman of color in

12  Durham, at school.  Like, it was something that -- you know, I

13  couldn't hide that part of my identity, and sometimes that

14  made -- that made it so people had prejudice towards me and

15  might have treated me differently because of the way I looked.

16      And so I had some challenges with working with some of my

17  teachers, my counselors on my educational goals because it

18  wasn't something that I think they were used to, but I still

19  found that there were also a lot of educators and teachers who

20  were supportive of me and who encouraged me and saw potential

21  in me, believed in me, wrote recommendation letters for me.

22  So, you know, I think that there has been challenges, benefits

23  and disadvantages and advantages to being Salvadorean American.

24      You know, from my parents, I've learned such a strong value

25  from my education, even though they didn't receive one.  You

 1  know, that was my priority, and I learned so much about being

 2  resilient from them.  I learned about advocacy because I had to

 3  advocate for them, interpreting or translating sometimes,

 4  helping them navigate the systems like the healthcare system or

 5  other sorts of systems.  So I learned to advocate for them and

 6  also for myself through those processes.  And, yeah, they --  I

 7  think more than anything my parents and my family instilled in

 8  me a very deep empathy for others and care for others.  Even

 9  when we didn't have a lot, we always had enough to share.

10      So, yeah, all of those things were very formative for me in

11  making me who I am.

12  Q.  And when did you apply to UNC?

13  A.  I applied to UNC in the fall of 2010.

14  Q.  And did you choose to share about your ethnic identity in

15  your application to UNC?

16  A.  Yes, I self-identified.  I checked a few boxes, and I also

17  wrote about it a lot in my essays and in some other parts of my

18  application.

19          **MS. TORRES:**  And at this point, Your Honor, I'm going

20  to be discussing one of the sealed exhibits in this case, so I

21  would ask if the audio and video feeds could briefly be shut

22  off.

23          **THE COURT:**  Yes.

24          **MS. TORRES:**  Okay.  Thank you.

25  Q.  (By Ms. Torres)  So we're going to pull up --

1      **THE CLERK:**  Give me one second.

2      **THE COURT:**  Wait just a moment.

3      **MS. TORRES:**  Thank you.

4      (Audio privacy settings were turned on.)

5      **THE CLERK:**  Okay.  You can go ahead.

6      **MS. TORRES:**  Thank you.

7      (Sealed portion of trial testimony occurred next and

8   appears under separate cover filed with the court.)

9      (Audio privacy settings were turned off.)

10      **THE COURT:**  All right.  You may proceed.

11   Q.  (By Ms. Torres)  Okay.  And so you talked about the

12   diversity within the Latino community.  Did that break down any

13   stereotypes based on your personal experience?

14   A.  Uh-huh, yes.  For me, I mean, I feel like I held a

15   stereotype that, like, educated Latino males didn't exist

16   and -- I mean, it feels a little embarrassing now.  But having

17   learned that at UNC, being exposed to it, that was the first

18   time that I -- that I experienced that.

19      So it helped show me another story, a different narrative

20   so that I could -- I could see that even if I hadn't directly

21   experienced it or seen it myself, that, of course, it exists

22   and here they are on campus being part of not just my

23   extracurricular activities but my education as well, in my

24   classes with me, you know, organizing with me.  That was --

25   that was a completely new experience for me.

1  Q.  And you spoke earlier about UNC's recruitment program.

2  After being admitted to UNC, did you participate in any

3  recruitment programs?

4  A.  Yes.  After being admitted, you -- I got involved in

5  anything that I could around recruitment because I felt like I

6  was recruited to be at UNC.  I felt like UNC wanted me to be

7  there, and I -- I had many encounters with current students who

8  encouraged me to come to UNC.  So I wanted to give back in the

9  same way.  I loved my school.  I wanted other students to see

10 that they could go there, too, and that it could be a place for

11 them.

12     So I got involved with Project Uplift, as well as a

13 counselor.  I got involved with the Carolina Hispanic

14 Association pretty quickly and was part of the *Dia de*

15 *Bienvenida* there.  I did Tar Heel Target, where you go back on

16 your fall break and talk to students at your -- the high school

17 that you came from from back home.

18     So anything that the university needed -- like, if they

19 needed pictures and quotes for, like, admissions brochures, I

20 was like, yes, I want students to see that there is -- that we

21 exist here and to see representation so that they can want to

22 come here too; they can see themselves here.

23 Q.  Thank you.

24     Now, while attending UNC, what was your view regarding

25 whether there was adequate representation of students of color

1  on campus?

2  A.  It became pretty apparent once I arrived on campus that

3  there were much, much less students of color than I thought.

4  From the programs, it seemed like there's a lot of students

5  and -- but once you're on campus, it's such a huge campus and

6  so many students that it's still -- the representation still

7  feels low.

8      And so I -- that's why I got involved in recruitment

9  efforts and went back to my high school and talked to students

10  and helped students, you know, applying to college and to UNC,

11  because I knew that we needed to better recruit students to

12  come to Carolina and be part of the community there to -- to

13  improve conditions even for students of color there, because

14  that's the type of work that we did as student activists and

15  student organizers was, you know, how do we make Carolina a

16  better place for ourselves and our peers.

17  Q.  And how did the lack of representation make you feel as a

18  student?

19  A.  It -- it made me feel -- it definitely made me feel some

20  impostor syndrome.  My first year was really challenging being

21  in spaces that were predominantly white, even bigger spaces

22  like 300-student classrooms.  So it was -- it was difficult.

23      I often felt alone and a bit invisible in some spaces

24  because I was, again, just the only -- the only person in some

25  of those spaces -- the only Latina in some of those spaces.

 1    And, you know, it kind of makes it hard to speak up because I

 2    don't want to be the -- or I don't want to be the student that

 3    is called on to speak on Latino issues or immigrant issues, and

 4    that still happened sometimes.  And it was uncomfortable

 5    because I didn't want to be a speaker for my whole community

 6    just based on my experience.  It felt like tokenization a lot.

 7        And so -- which is why, you know, I feel like it's

 8    important to recruit around that, so that, you know, there are

 9    more students there to create that community, to create that

10    safety and comfort for students like myself so that we can go

11    back out into some of these other spaces where we sometimes

12    feel -- were made to feel foreign, made to feel other or like

13    an outsider.  You know, I don't -- I didn't want to feel like

14    that, and I didn't want others to feel like that either.

15    Q.  And while at UNC, what helped ease your sense of

16    discomfort?

17    A.  Anything that reminded me of home, food, the events that I

18    would go to, not just for Latino community but with the black

19    community, the indigenous community.  Just being welcomed into

20    a space, being fed.  Often being fed made me very comfortable.

21        And just feeling like I could be myself in spaces and seen

22    and appreciated for who I was just helps build that resilience

23    to go back out into my classes and into the greater Carolina

24    community and be able to show up better -- show up better in

25    those spaces because I felt like I had a community to re --

1  like, rejuvenate me and back me up.  I felt like I had

2  somewhere to belong.

3      So that all really made a difference to how I was able to

4  navigate Carolina.

5  Q.  And just to clarify, how would you describe the student

6  demographics of those spaces where you were able to regenerate?

7  A.  I definitely sought out spaces with students of color, you

8  know, students from a similar racial or ethnic background from

9  my own even if it was not the exact same.  I found a lot of --

10 a lot of safety in communities of color, and so I sought them

11 out.

12 Q.  And are you familiar with UNC's history of racial

13 discrimination?

14 A.  Yes, I'm familiar with some of its history.

15 Q.  And does that history of discrimination continue to have

16 lingering effects on campus today?

17 A.  I would say that it does still today have lingering effects

18 and that we've -- I think that I've seen some progress over the

19 last couple of years.

20     For example, I -- you know, I took a lot of classes in

21 geography.  I was in what was then Saunders Hall; and Saunders

22 is a name associated with the Confederacy or the white

23 supremacy movement of the past.  And, you know, going into that

24 building with that name, it's a constant reminder of the

25 history and the legacy at UNC.  And while I was a student

 1   there, the -- that building was renamed to Carolina Hall, and

 2   so some progress there.

 3       And I was also a student there when Silent Sam was still

 4   up.  Silent Sam is a Confederate monument that was on North

 5   Campus; and so I went to a couple of protests there, one where

 6   I witnessed a black woman, one of my peers who was also a

 7   Morehead-Cain scholar, talk about that history there and why it

 8   mattered to her and how it made her feel as a black woman on

 9   campus to see this statue of Silent Sam and be reminded of the

10   words that were said there when that statue was being put up.

11   You know, there was mention of whipping a black negro wench,

12   and that is something that is impactful for anyone to hear.

13       And to know that that legacy is still there, it does not

14   make students of color, it did not make me feel safe and

15   supported by the university that these symbols still remained

16   and what they represent still lingers around at the university.

17   And so it's -- it's definitely cause for discomfort there.  But

18   it has since been taken down and removed in 2019, and so that

19   took -- that was a result of years and years of student

20   advocacy and organizing.

21       And so we see the progress happening, and I'm happy to see

22   that.  I'm proud.  I'm proud of my school for that, and I try

23   to contribute in whatever way I can too.

24   Q.  And can you briefly describe the racial demographics of the

25   students that are leading that progress that you just

1  described?

2  A.  Yes.  It's mostly black and brown students, indigenous

3  students at UNC who are -- who are, on top of being students,

4  also doing advocacy and organizing work to improve conditions

5  at the university for themselves and their peers.

6  Q.  And based on your personal experience, how would a

7  reduction in the number of black and Latino students on UNC's

8  campus affect the educational experience?

9  A.  A reduction in the number of black and Latino students, I

10  think that would be harmful.  I think it would be harmful for

11  the student body.  It would be harmful for the communities of

12  color there to see a reduction in those numbers.  For our

13  community to be made even smaller, it would make it harder for

14  the students who are there to mobilize and organize and

15  advocate since there, you know, are -- are limited numbers

16  already.

17      Like, we want to see those numbers go up.  We want to see

18  that representation increase so that there are more students

19  who can do some of this work together to improve conditions at

20  UNC.

21      So I don't think -- I wouldn't be happy about it.  It would

22  be something I would be upset about.  I wouldn't want to see a

23  reduction in those numbers.

24  Q.  And based on your experiences working to recruit students

25  and being part of recruitment programs, how would such a

1  reduction affect recruitment of the students of color?

2  A.  Well, if there's less students at the university, there are

3  less students to do the recruitment.  There's less of a

4  community to see, that is present, that you can be a part of.

5  I think it would definitely affect a prospective student's view

6  of the university if there's not a community there they can see

7  themselves a part of and supported by.

8      I still work with students who are applying to college, and

9  that's one of the things that we look at is are you going to be

10  able to find a community here to thrive, to support you.

11  Because it's so much more than just academics.  It's your whole

12  being, how you show up in those spaces, so it has to also have

13  holistic supports.

14  Q.  And we focused on your ethnic identity up until this point.

15      Do you also identify with a particular socioeconomic

16  status?

17  A.  Yes.  I -- I think I grew up low-income, and I'm still -- I

18  still identify as low-income.  This job as the executive

19  director is my first full-time salaried job with benefits, so I

20  think I'm on my way up.  But, you know, we as a family, we've

21  been low to middle class.

22  Q.  And based on your experiences as a student at UNC, how are

23  the benefits of racial diversity similar or different from the

24  benefits of socioeconomic diversity?

25  A.  I think there are benefits to both of those identities.

1  They're both -- they can be a marginalized identity, so it's

2  important to consider considerations around both.

3      I think that there are distinct experiences about your race

4  or ethnicity that are different from class, because I could

5  walk around UNC and maybe not visibly be low income.  That

6  might not be something people can see about me right off the

7  bat, but my -- my race, my ethnicity, my brown skin is not

8  something that I can hide.  It is part of my identity that

9  everyone sees and that everyone makes -- has their own

10  prejudices and makes their own assumptions about me and the way

11  I look, and so it's -- they're different.

12      I think the considerations around both are important as far

13  as the barriers students experience in accessing and thriving

14  in college, but I am really in support of race and ethnic

15  considerations around admissions and, you know, who those

16  students are, what their backgrounds are, and how they show up

17  and make up our whole student body.

18  Q.  And you talked about now leading SEEDS as the executive

19  director.

20      How has UNC's racial diversity prepared you for the work

21  that you do today?

22  A.  The work I do today, I'm working with diverse students from

23  Durham Public Schools, students with different backgrounds from

24  my own -- similar but also different backgrounds from my own.

25  And I think that the diversity -- the ethnic and racial

 1  diversity I experienced at UNC helped me have more of an

 2  understanding of people from different backgrounds that are

 3  different from my own, which makes me better -- be able to

 4  better show up for the students that we are now serving who

 5  come from diverse backgrounds and who are from different racial

 6  and ethnic backgrounds.

 7      And so how do I serve, you know, an indigenous student or a

 8  black male student as best I can?  I -- I can't speak to their

 9  experiences myself because I don't have those lived

10  experiences, but having made friends and loved people from

11  different backgrounds and different ethnicities made it so that

12  I had an awareness; and that awareness, along with empathy,

13  makes it so you can better be understanding of students'

14  experiences and what their challenges are so that we can do --

15  I can do my job as best I can and show up for them and help

16  close some of those opportunity gaps or achievement gaps that

17  they might be experiencing.  You know, I've had a lot of

18  exposure that I can now apply in my job.

19  Q.  Thank you.

20          **MS. TORRES:**  I have no further questions for this

21  witness.

22          **THE COURT:**  All right.  She is your witness.

23          **MR. HASSAN:**  No questions, Your Honor.

24          **THE COURT:**  I'm sorry?

25          **MR. HASSAN:**  No questions, Your Honor.

1          THE COURT:  Oh, no questions?

2          MR. HASSAN:  Yes, ma'am.

3          THE COURT:  All right.  So she is -- you're done.

4          MS. TORRES:  I am done.

5          THE COURT:  All right.  You may step down.  Thank you

6   so much.

7          THE WITNESS:  All right.  Thank you.

8      (The witness left the stand.)

9          THE CLERK:  Judge, I'll have to get Efren.  He was

10  supposed to be on the TV.

11     (Pause in the proceedings.)

12         THE COURT:  You may proceed.

13         MR HINOJOSA:  David Hinojosa for the

14  Student-Intervenors.

15         THE COURT:  All right.  Thank you.

16     He needs to be sworn.

17         MR. WARD:  You are a little faint, though, David, and

18  I have my volume all the way up.

19         MR HINOJOSA:  Okay.  I'll speak louder.

20         MR. WARD:  Okay.  Thank you.

21         THE COURT:  Let's have him sworn.

22         MR. WARD:  Are you speaking to me?

23         THE CLERK:  Yes.

24      **KENNETH WARD, INTERVENORS' WITNESS VIA VIDEO, SWORN**

25                   **DIRECT EXAMINATION**

1    **BY MR HINOJOSA:**

2              **THE COURT:**  You may proceed.

3              **MR HINOJOSA:**  Thank you, Your Honor.

4    Q.  Can you please state your name for the record?

5    A.  My name is Kenneth Ward.

6    Q.  And what is your current occupation?

7    A.  I'm currently the executive director of College Bound.

8    Q.  And what is College Bound?

9    A.  College Bound is an academic mentoring program that's

10   located in Washington, DC.  We work with public school students

11   to make sure that they complete high school and college, and we

12   do that through academic mentoring centers.  And we launched a

13   virtual component, so we support them through college

14   completion as well.

15   Q.  How long have you held that position?

16   A.  I've been at College Bound now as executive director for

17   about a dozen years.

18   Q.  We'll get back to talking about College Bound in a little

19   while, but I wanted to --

20   A.  All right.

21   Q.  -- ask you a few questions ahead of that.

22       Are you a UNC-Chapel Hill graduate?

23   A.  I'm sorry.  Could you repeat yourself, please?

24   Q.  Sure.  Are you a UNC-Chapel Hill graduate?

25   A.  Oh, absolutely.  Yes.

1  Q.  And what years did you attend?

2  A.  I was a full-time student at the University of North

3  Carolina-Chapel Hill from 1980 through 1984.

4  Q.  All right.  And what did you get your degree in?

5  A.  My undergraduate degree was radio, television, and motion

6  pictures.

7  Q.  And how do you identify racially?

8  A.  Could you repeat the question, please?

9  Q.  Yeah.  How do you identify racially?

10 A.  Oh, as an African American.

11 Q.  And where did you grow up as a child?

12 A.  I grew up in eastern North Carolina in a small town called

13 Enfield in Halifax County.

14 Q.  And how long did you live in Enfield?

15 A.  I lived in Enfield my entire life, and then I went to

16 college.  I moved to DC, and then I bought a house back in

17 Enfield about four years ago, and I split my time between

18 Enfield and Washington, DC.

19 Q.  And who lived in the household when you were growing up in

20 Enfield?

21 A.  I'm sorry, David.  I did not hear you.

22 Q.  Who lived in the household with you when you were growing

23 up?

24 A.  Oh, I lived with my mother and my two sisters.

25 Q.  And how would you describe the town of Enfield when you

1  were growing up?

2  A.  Very small town, probably around 3,000 people.  It was

3  divided by Highway 301 and the train line.  I guess that's CSX

4  Railroad.  One side of the track was the white side of town.

5  The other side of the town was the black side of town.  So it

6  was a very segregated town.  In my neighborhood, I lived with

7  teachers and principals, nurses.  There was a black-owned store

8  in my neighborhood.  So we were quite segregated during the

9  time.  Farming community, so lots of people had gardens and

10  those kinds of things.  But a very small, rural town.

11  Q.  And just thinking about the community first, not yet the

12  schools, did you ever observe or experience racial

13  discrimination growing up?

14  A.  Oh, absolutely.  When I was probably about 6, my mother,

15  she called to my sisters and I to come and get in the car.  So

16  we jumped in the back seat; and she rode us north of town less

17  than a mile; and on the left-hand side of the road, there was a

18  cross burning that -- the Klan was actually burning a cross.

19      At the time it really didn't have a lot of significance for

20  me, but later in life, maybe around fifth grade or someplace

21  around that, we were watching -- I don't know if it was *Roots*

22  or something like that, but they showed a Klan crossing -- a

23  Klan cross burning, and it just came back, you know, like a ton

24  of bricks.  And I remember asking my mom, you know, that day

25  after school had I seen that before -- had I seen it before or

1  something like that, and she said, "Yeah."

2       And it was interesting because I don't know if it was her

3  deliberate attempt for us to -- for her to teach us that, you

4  know, hate existed or to show us that, but I do remember

5  experiences like that.

6       I remember being maybe 9 going to a 4-H summer camp.  She

7  sent me to the local doctor to have a physical to go to summer

8  camp, and there were two sides of the office.  One side had all

9  African American folks, as I can recall, and it was pretty

10 crowded.  The other side had one white lady, and there were

11 lots of seats.  So I just went in and sat on that side with the

12 one white lady.

13      And when I got home that day, my mom asked me, she said,

14 "Where did you sit today when you went to the doctor's office?"

15      And I said, "On the left side," and paid no more attention

16 to it.

17      Years later in conversation, I would discover that prior

18 to, I guess, me being born, it was segregated in that the left

19 side where I sat was all white -- where the white patrons would

20 sit.  The right side is where the black patrons would sit.  And

21 I think that this was after segregation or after this had sort

22 of become the law, but it was still the practice, and because I

23 was a kid, I didn't know.  I just sat where there were empty

24 seats.  We laughed about it later.

25      But at the time I looked at the -- I remember the look from

1  the black folk that they gave me, and it meant nothing because

2  I was a kid, but there was this look, like "What is he doing?"

3      So it was a very racially segregated town, and those things

4  were pretty much a part of everyday life.

5  Q.  And did you work when you were growing up in Enfield?

6  A.  So my first job, obviously, was with my grandfather.  He

7  had a farm, so I would help him out.  But my first real job was

8  at Beavans drugstore.

9      Sam Beavans, who I believe went to pharmacy school at

10  Carolina, was probably what we would call today a liberal

11  person.  He had the drugstore in town or one of the two

12  drugstores in town, but he always hired, like, some of the

13  young black students to work there.

14      And I remember calling Sam's wife, Nina, who was on the

15  school board at the time, asking about summer jobs; and she

16  told me that she wasn't a part of the summer jobs program, that

17  she was actually on the school board, and they didn't do the

18  summer jobs.  And maybe a day or two later Mr. Beavans called

19  my grandmother and asked her could I come to work at the

20  drugstore.

21      And so he hired me at the drugstore, and that was another

22  space where I saw just this race piece play out, because the

23  white patrons would come in and they would bring their

24  prescription bottles to be refilled or they would bring their

25  prescriptions, and they would act as though I were not there,

 1  and they wouldn't give me the bottles or they wouldn't give me
 2  the prescription.
 3      And Mr. Beavans would actually make them wait until he had
 4  finished whatever he was doing, and then he would instruct them
 5  to give their bottles or their prescriptions to me.  And this
 6  act, for me, it was a piece of him making them see me, but also
 7  realizing that they were having to conduct business in a civil
 8  manner.
 9      So it was really interesting, you know, some of those
10  lessons that I learned in my youth that sort of play out now in
11  my adulthood.
12  Q.  So focusing on the schools now, what schools did you and
13  your sisters attend?
14  A.  We started school at the all-white school.  When we started
15  school -- well, when I started, and my sisters as well, they
16  still had two schools in my hometown.  So they were practicing
17  what was called voluntary desegregation.  I think Halifax
18  County was probably one of the last places in the state to
19  desegregate.
20      So my mom, along with about five other families, sent me
21  and my siblings to the all-white school, and none of the white
22  kids went to the all-black school.  But I was one of three
23  students -- three black students in my first- and second-grade
24  class.
25      By the time I got to third grade, they had struck down this

1  voluntary desegregation, and they just established one public
2  school system in the city, and at that point all of the white
3  students, except for maybe one or two, went to what was called
4  private academies.  They were just racially segregated
5  academies, and they were several of those around that popped up
6  in the outskirts of town:  One over in Whitaker, just in
7  different parts around Enfield.  And that's where all of the
8  white students went.

9      And I remember once asking my mom could I go to the
10 academy, and she just laughed.  And she was like, "Boy, they're
11 not for black kids."

12     And so it was -- again, there was this lesson, you know,
13 early on in life that, you know, there was a deliberate
14 segregation, you know, amongst the races here.
15 Q.  And did you ever -- once you started going, well, at the
16 white school, did you ever experience or observe any racial
17 discrimination there?
18 A.  As early as first grade there were lots of situations
19 where -- there was one black girl in my class, Diane Link.
20 There were two black guys, Milo Scott and myself.  So Milo and
21 I would play together, but none of the white girls would play
22 with Diane.  They would pick at her.  They'd make her cry.  It
23 was horrible.

24     I remember being at the water fountain once, and this kid
25 came and tried to push me to jump line, and because around the

 1   water fountain it's slippery -- and I just held the water

 2   fountain because he was trying to push me out of the way to get

 3   in front of me, and he fell, and I was actually punished

 4   because he tried to jump line.

 5       In second grade, they had two reading groups.  They had,

 6   like, the blue jays and the eagles.  And in my neighborhood, as

 7   I said earlier, there were teachers and different folk like

 8   that in the neighborhood, so we played school in my

 9   neighborhood like that as a pastime.  And I was one of the

10   younger kids in the neighborhood.  I was the youngest in my

11   family, so I was always a student.  I was never the teacher

12   when we played school.

13       And I loved school.  And so when I went to school, I was

14   really prepared for school.  I was prepared for school.  I was

15   already reading, and so I was by far one of the most proficient

16   readers in the class, and we were grouped -- the three black

17   kids were with the blue jays -- I think that was the name of

18   it -- and I could read better than anyone in the class.  So I

19   remember the teacher having to move me from the blue jay group

20   to the eagle group because those were the better readers.

21       So at an early age, you know, there was this separation or

22   this -- this -- these challenges that we face, you know, in

23   segregating -- you know, in desegregating the schools.

24   Q.  I think you mentioned that you still live in Enfield; is

25   that correct?

1  A.   That is correct.  And, yeah, the town remains segregated.

2  Q.   In what ways?  So how does Enfield compare today compared

3  to when you grew up?

4  A.   So the 2020 Enfield, as opposed to the 1960s version of

5  this wonderful town, most of the white folk who own the stores,

6  they've educated their kids and their kids have moved away.  So

7  the stores and a lot of the houses have gone vacant because

8  they are dying off and their kids have no desire to come back

9  to live here.  The town is largely black now, probably 75,

10  80 percent African American.

11      And it's interesting because the neighborhoods, even the

12  house that I ended up buying, was a house that no black folk

13  had owned until I bought that house about four years ago.  So

14  these neighborhoods that were largely all white where blacks

15  were excluded are now black neighborhoods, and there are very

16  few whites that live here.  The ones that are here are older or

17  have migrated from New York or New Jersey because the real

18  estate property here tends to be affordable.

19      But it's still a challenge.  The school systems still

20  suffer.  Right now our kids are facing virtual learning, so

21  they are learning from home.  And the reality is that a lot of

22  the students don't have Wi-Fi.  So what I've done with my

23  sister and my mom is we have a restaurant that we bought a

24  couple years ago, and we've turned that into a learning pod for

25  students because it has Wi-Fi.  So students who don't have

1  Wi-Fi at home can actually come to our coffee shop or the cafe

2  and actually have Wi-Fi.  And I've worked with the Halifax

3  County Schools to actually sending someone there to staff the

4  building so the kids can come in and have Wi-Fi.

5      So still poverty.  They still don't do as well as other

6  places, you know, academically on standardized tests, SAT,

7  those kind of things, and they struggle.

8  Q.  And how do those schools compare to the -- I'm sorry.  I

9  thought you said something.

10     How do those schools compare to other schools, if you're

11  aware, in Halifax County?

12  A.  So the interesting thing is that in Halifax County there's

13  still this racial divided schools.  So there's no longer

14  voluntary desegregation, but there are three school systems

15  that exist in this one county.  So there's Roanoke Rapids

16  Schools.  There's Weldon City Schools and Halifax County

17  Schools.  Halifax County Schools really encompasses south

18  Scotland, Enfield, and a lot of the rural areas.  Weldon has

19  the Weldon City Schools.

20     And Roanoke Rapids, because of the demographic, which tends

21  to be largely white, more affluent, more employment, higher

22  incomes, the schools tend to do better.  Scores are better.

23  Completion is better.  Reading and writing test scores,

24  standardized test scores tend to be better as well.  So there's

25  still this divide here in the county with the haves and

1  have-nots.

2  Q.  All right.  So I'm going to switch back to the time when

3  you were getting ready to apply to UNC.

4      How did you do in high school?

5  A.  Oh, I loved school.  I told you earlier that we played

6  school, like, you know, kids play Nintendo and video games now.

7  We played school.  And I'm serious about this.  We played

8  school.  And I remember the guy who loved to play school most,

9  Steve, Steve ended up being a superintendent.  He taught school

10 and was a principal and then ended up being a superintendent.

11 I was always a student.  So I loved school.  So when I went to

12 school, I thrived.  I did incredibly well in school.  I

13 graduated valedictorian and actually received a full

14 scholarship to go to Chapel Hill.  I received a Pogue

15 Scholarship to go to Chapel Hill.

16 Q.  And why did you apply to UNC?

17 A.  Oh, certainly because of the rigor.  I knew that Carolina

18 was a rigorous school.  I had wanted to go to Duke; and then as

19 I got older and wiser and started just sort of looking at the

20 school, Carolina was a far superior, better choice for me.

21 Also, the valedictorian the year before me and the previous

22 year had gone to Carolina, so they sort of set a standard.

23     I was also at a college fair and happened to meet a

24 representative from the university, and he was talking about

25 this scholarship, the Pogue Scholarship.  So I got an

1    application.  I applied for the scholarship, and that sort of
2    sealed the deal.
3        I had done really well on PSATs, so I got information from
4    Oberlin College and lots of other colleges and really had
5    looked at Oberlin.  I was really impressed because they were
6    the first school in the nation to allow women and black
7    students to matriculate there.  So that was really impressive.
8    But at the time people just didn't go that far away from home
9    for college, and being a first-generation college student, it
10   sort of made sense for me to stay in state.  And when Carolina
11   gave me a full academic scholarship, it was a no-brainer.
12   Q.  And I think you said you attended UNC from 1980 to 1984; is
13   that right?
14   A.  Yes, sir.  I was a full-time student there August 1980
15   through May 1984.
16   Q.  Pretty exciting times basketball-wise?
17   A.  Carolina was insane.  My first year one of my first friends
18   was Sam Perkins, and we remain friends to this day, and he's
19   actually my fraternity brother now.  So early on I hung out
20   with the basketball players and forged some really great
21   relationships with James Worthy and those guys.  As a matter of
22   fact, we just did a fundraiser here to provide Wi-Fi for
23   students to have hotspots at their houses and stuff like that,
24   and James sent me money for that.  So there was this
25   opportunity at Carolina to forge some amazing relationships,

1  and basketball was certainly a cornerstone of that.

2      So my first year at Carolina we were runner-up in the big

3  dance, and then my sophomore year we actually won the national

4  championship.  So basketball was a big deal at Carolina.

5  Q.  So how was the campus climate like?  I mean, was it as

6  joyous as it was inside the arenas?

7  A.  So it's interesting, because when there was a game -- even

8  football, basketball, those kinds of games -- something we won,

9  people would toilet paper trees.  They would do all those

10  kinds of things.  There was this comradery that we were all

11  Tar Heels.

12      But when it came to some other things at the university, we

13  were very much divided.  You know, there were issues, you know,

14  about the retention and recruitment of black faculty and staff.

15  So we certainly -- we protested, and we marched and those kinds

16  of things.  We rallied around Sonja Stone, who was the first

17  woman of color or black woman to receive tenure at the

18  university.  So we rallied around her because she had all of

19  the credentials, but she had been denied or, we felt, looked

20  over.  We also rallied around the workers because the workers

21  didn't receive the benefits that they deserved.  And there was

22  also issues with recruitment and retention of the black

23  students.

24      So there were some challenges in a lot of those bases, even

25  so much -- so bad that on one occasion, David, there was an

1    advertisement for a Klan rally in The Pit.  This advertisement

2    was in *The Daily Tar Heel,* which is a newspaper that our

3    student fees pays for.  So there was certainly some challenges

4    on campus that, you know, were on the other end of the spectrum

5    from, you know, this "Go Tar Heel" type of mania.

6    Q.  And when you say "we" were rallying around recruitment and

7    retention of black faculty, around Sonja Stone, and you know

8    the workers there at UNC, what was the racial makeup of that

9    group?  Who were leading it?

10   A.  So it was definitely led by the Black Student Movement, and

11   my roommate at one point was actually president of the Black

12   Student Movement.  But white students rallied around that as

13   well.  I remember when the notice went out for the Klan rally

14   at The Pit, white students showed up as well.  We tended to be

15   or for the most part Carolina tended to be welcoming for

16   differences, but there were some occasions where, you know,

17   racism and the ugliness of racism and I guess the messages of

18   racism just reared its ugly head.

19   Q.  And there might be a mention of this already in the record,

20   but can you describe what The Pit is?

21   A.  The Pit is the area -- it's a recessed area outside of the

22   student union.  So it's in the main part of campus, so right

23   beside the undergraduate library is The Pit.  So The Pit is in

24   front of the student store, which is in front of the union; and

25   this is the area where step shows -- like my fraternity, Alpha

1 Kappa Psi, when we would join the fraternity, we would do
2 something called step shows, which are like dances and cheers
3 and chants.  We would meet in The Pit to do these.  When the
4 dancers or any other types of groups on campus would have
5 performances, they'd meet at The Pit.  So The Pit was a
6 central -- or a gathering spot on campus for students, and it
7 remains that to this day.
8 Q.  And did you ever participate in any type of extracurricular
9 activities or hold any positions?
10 A.  Is this high school or college?
11 Q.  Oh.  Sorry.  In college.  Any campus activities or --
12 A.  Absolutely.  So I was a member of the Order of the Bell
13 Tower.  They were interested in doing some alumni outreach,
14 also doing student care packages, those kinds of things.
15     I was also a member of Campus Y, and Campus Y did a lot of
16 community activities.  Campus Y was really big in the
17 anti-apartheid effort.  Campus Y also had mentoring programs in
18 the Carrboro and Chapel Hill area for underprivileged kids.
19     I, of course, was a member of Kappa Alpha Psi,
20 Incorporated, which was really big on service.
21     And one of the things that probably shaped a lot of this
22 was me being the mic man at Carolina, and the mic man is like
23 the hype man at the football games.  He works with the
24 cheerleaders to lead cheers, to lead the crowd, and to keep the
25 spirit up during football games.  And I was, of course, the

 1  first black person or first African American who was selected
 2  as mic man.  So that was quite a big deal.
 3  Q.  Can you describe your experience as the first black mic man
 4  at UNC?
 5  A.  Yeah.  It was very similar to being, you know, that black
 6  kid in those classrooms.  You know, there were the epithets
 7  that were thrown at me.  There was the nastiness of racism that
 8  happened.  There were the nasty letters that were sent home to
 9  my mom, because at the time you could get a student's
10  information in the registry.  So somebody even got my home
11  address, and they were sending, you know, articles home to my
12  mom and those kinds of things.  So there was a lot.  There was
13  the name-calling.
14      And it ended up -- because I sort of saw myself as -- if
15  you can think about Bill Maher.  I sort of saw myself as a Bill
16  Maher before there was a Bill Maher.  What I saw the mic man as
17  was as a chance to foster some conversations about inclusion,
18  about race and about alumni and about healing.  And, obviously,
19  the administration didn't see it that way because I was fired.
20  And I was called into one of the dean's office, and he told me,
21  he said, "Well, what you're going to do is you're going to
22  resign and say that, you know, your academics don't allow you
23  to continue as the mic man."
24      And I was astonished because nothing like that had ever
25  happened to me.  I was valedictorian.  I was involved in

1  everything.  I was a popular guy.  I had never been told that I
2  was going to do something so deliberate like that before, so I
3  was really astonished.

4      And I remember going to talk to Dean Renwick, and Dean
5  Renwick was a black dean at the university.  He started the
6  Minority Student on Advising group.  He started the
7  preorientation, so he provided lots of supports on the
8  university campus for students of color.  So I just thought it
9  would be a really good idea to go and talk with Dean Renwick.

10      And when I sat down with Dean Renwick, what he told me is,
11  "Kenny, you don't want to fight the university on this.  Just
12  go ahead and let them have it.  Just let them have it."

13      And so this was, I think, that Friday.  That Saturday I
14  went to the game, and I noticed that the speaker that was
15  supposed to be turned to the students so I could lead the
16  cheers, the speaker was actually turned the opposite direction
17  and stuff like that.  So the sabotage or the, you know, "you're
18  not going to be successful" was already in the works.  And so
19  at that point I just decided to quit because there were -- it
20  just wasn't worth me fighting at that the point.  It was my
21  senior year.  I just thought that, you know, it wasn't worth
22  the fight.

23  Q.  I just want to just clarify something for the record.  You
24  mentioned as a mic man that you had experienced name-calling
25  from others.  What do you mean by that?

1  A.  Name-calling was like the N word, like those kinds of

2  things, like name-calling.  So there was the -- because, again,

3  they never had a black mic man.  So there was some of the N

4  word.  It was some of the -- other words that were used.

5      And be cognizant of the fact, too, I went to school in

6  Chapel Hill during the '80s, and so during the '80s,

7  18-year-olds could drink.  So before the games, everyone had

8  keg parties, like all the fraternities at frat court had keg

9  parties.  Students brought flasks to the game.  Students drank

10  openly at the games.  I think everyone had blue cups and stuff

11  like that.  So a lot of this were folks who had been drinking

12  who sort of let out some of that vileness.

13      I'm not going to attribute it to alcohol, but I think that,

14  you know, it was a space during that time where people were

15  drinking.  So I think that they were more casual with what they

16  would say or some of the things that they did.

17  Q.  And you mentioned, you know, quite a few instances of

18  discrimination and racism.  What sort of counterspaces or

19  places were available to you that helped you and your peers

20  recover from --

21  A.  So what's interesting, because I also said, David, I loved

22  learning, is school for me was always the go-to.  And I didn't

23  say it earlier, but prior to becoming the executive director of

24  College Bound, I taught school for 15 years.  So school for me

25  was a safe space, and in my classroom, I would venture to say I

1  created a safe space for students.  And you would think that in

2  a university environment that those classrooms would be safe

3  spaces, and some of those classrooms weren't safe spaces.

4      I remember being in classrooms where I felt like I was the

5  token black or the spokesperson for all black folk.  I remember

6  being in a classroom with an English professor who gave us the

7  option to write about anything, and I wrote about the letter

8  from the Birmingham jail by Martin Luther King, and he attacked

9  the content.  He didn't attack my writing, and I think I'm a

10  pretty good writer.  As a matter of fact, now I write grants

11  for a living, right, so I think that I write well.  But he

12  attacked my writing.  And when I went to some of these other

13  kids that I knew and asked them about my paper, they were like,

14  "No, this is a great paper.  It was the content."

15      So it was that -- that space where you would think you

16  would find refuge that you wouldn't find refuge.  So I found it

17  at Campus Y.  I found it at Campus Y with like-minded folks

18  there.  I found it at the Black Student Movement because there

19  were like-minded folk there.

20      I found it in the classroom of Dr. Sonja Stone because when

21  I was pledging Kappa -- she's a member of Delta Sigma Theta,

22  which is another one of the Divine Nine.  There are nine black

23  fraternities and sororities.  And so she's a member of one of

24  those sororities.  And so I walked into her class -- and as a

25  pledge, there are certain clothes you wear, certain things you

1  carry with you -- she recognized it immediately, and she said

2  to me, "I see you, scroller." And a scroller is what Kappas

3  call their pledges.

4      So to be seen in a class was so important to be validated,

5  to learn about yourself; and I took a number of classes in

6  African American studies and African American literature to

7  learn about Langston Hughes, about African American music. So

8  in those classes, there were professors there who met me, gave

9  me what I came to Carolina for, which was the academic rigor.

10      And, again, as I said, I took lots of classes in, you know,

11 African American studies; and I think that it prepared me so

12 much that when I went to take the practice exam for history --

13 and I wasn't a history major -- I passed the practice exam

14 easily because I had taken all of those courses, and I learned

15 and studied so much at Carolina.

16      I remember Dr. Darnell Hawkins' class. He was another

17 black professor who taught a class on climate delinquency. And

18 in Dr. Hawkins' class, a lot of my white counterparts, they

19 resented, I think, the facts. They attacked him as a person,

20 and they attacked him as a professor. They didn't attack the

21 information, but they would attack him, and so much so that I

22 remember him having to stop a lesson or a lecture one day to

23 tell them, "Hey, look, if you hate my class that much and you

24 can't digest this information, then I suggest that you drop the

25 class because I know you don't do this to my white

1  counterparts."  Then he went through this exercise of sharing

2  everywhere that he had studied, his background, his degrees,

3  what he had written, what he had done, because it was such a

4  vile attack on him.

5      I remember just being in that class where he talked about

6  the data.  He talked about the inequities.  We took a field

7  trip to Polk Youth Center in Raleigh, and we saw for ourselves

8  the -- the overrepresentation of black and brown youth who were

9  locked up in those spaces.

10     So the classroom for me was a space where I found I think

11 most of the support or the solace, in addition to my

12 fraternity.  My fraternity brothers were amazing.  There were

13 these group of black men who encouraged each other.  We studied

14 together.  We went home together.  I remember the semester or

15 maybe a couple of weeks before my grandmother died, my best

16 friend, who ended up being my Line Brother, came with me to

17 Enfield that week before my grandmother passed.  Fast-forward,

18 you know, 20, 30 years; his grandmother passed in Charlotte.  I

19 was there with him.

20     So there were these relationships that we made that sustain

21 me up to this day, and there are just really amazing

22 relationships with some really phenomenal people.  Excuse me.

23 Q.  Thank you, Mr. Ward.

24     Did you associate with students of other races on campus

25 outside the classrooms?

1  A.  Absolutely.  It's impossible not to.  I mean, there were a
2  lot of black folks in context, but we still were a small part
3  of the whole university.  So I had white roommates.  I had a
4  roommate from Saudi Arabia.  So it plays out that at the time I
5  went to Carolina almost all the black students lived on South
6  Campus.

7       And I didn't request a roommate of color my first year, but
8  my roommate ended up being this black guy, Robert Thompson.
9  Robert would go on to law school and do some really great
10 things, but he was my roommate.  The second year on South
11 Campus I lived with Jesse Cureton, who is now running some
12 really great programs in Charlotte.  He just announced a huge
13 deal where Michael Jordan is giving him money for some things
14 in Charlotte.  But that was my roommate my sophomore year.  And
15 Jesse, of course, was the Black Student Movement president.

16      So during the regular year all of my roommates were black,
17 except for my senior, obviously, I didn't have a roommate.  I
18 had a single in Old West.

19      But in the summer, I lived at Granville Towers, and I had a
20 roommate who was from Saudi Arabia.  One summer -- I had a
21 roommate one summer, this white kid, Ted, who was from the
22 mountains; and then I had a roommate who was, like, a soccer
23 star, John, who was really amazing.  So I had these other
24 relationships as well with these other folks, and it was great.

25      I remember the Old West experience because there were only

1  two black students in the entire dorm, and it was pretty much a

2  coveted dorm.  If you don't know Chapel Hill's campus, there's

3  the Old Well.  Old East is the oldest building on campus, and

4  across from Old East on the other side of the Old Well is Old

5  West, and I had a single in Old West my senior year.

6      Again, there were only two black students in that dorm.  At

7  that time I was the mic man, and the other black student was

8  the student body president, Kevin Monroe.  And Kevin Monroe and

9  I are in still in touch today.  We're still friends.  He's done

10 a lot of lobbying work in DC, moved back to Charlotte.  But we

11 were the only two black students in that dorm, so there was no

12 way that I could not have relationships with, you know, the

13 white students or/and other students in that space.

14     And they were curious.  I remember one of the guys, Tory,

15 who came down from Vermont who had never really had

16 conversations with black folk, had never really had black

17 friends, who would ask me very honest questions like about my

18 hair, just about, you know, holidays or about, you know, the

19 family structure and stuff like that, what we did for social

20 events.  It was in a space where he wanted to learn.  So I

21 remember those relationships.  The unfortunate thing is we

22 haven't stayed in touch.  That's probably the most unfortunate

23 thing.

24     But I learned about Bahá'í Faith, which I didn't know

25 anything about Bahá'í.  I grew up in Enfield.  There were

1  Baptists and Baptists and holy people and Baptists.  So I
2  didn't have that context.  Like, I don't remember there were
3  really Catholics here.  I remember being in Chapel Hill getting
4  exposed to falafel, you know, with one of these guys at
5  Hector's, which was right down the street from my dorm.  So,
6  yeah, there were a lot of opportunities to develop
7  relationships with people outside of my race.
8  Q.  These interactions and relationships, do you feel that they
9  helped you reduce prejudice or break down stereotypes?
10 A.  Absolutely.  I was in a classroom for 15 years, and one of
11 the mantras and one of the sayings that I had was that
12 everything that you touch, you change, and everything that you
13 change, changes you.  And I believe that.  I cannot help but to
14 believe that all of these years later that Tory, he's a better
15 person because he met me.  I just believe that with all of my
16 heart.

17      If I had not learned about Bahá'í Faith in college -- when
18 I was in Atlanta, before COVID, visiting some of my students
19 who are in college there and we went down to march about Black
20 Lives Matter, we ended up at the Bahá'í Faith Center because
21 they were doing community outreach.  It was a very comfortable
22 space for me.

23      The other piece about this that has really helped me in my
24 professional life is that being in that space with all of these
25 folk, especially where I was often the minority, I walk into

1  rooms with a certain confidence that I don't know that I would

2  have without that experience, because I still walk into spaces

3  where black folk just aren't represented.

4      I was on a call the other day with the Friends of the

5  Library Board -- and I just joined the Friends of the Library

6  Board at Carolina.  I'm the only black man on that Board, and

7  one of the things that they talked about in that meeting is the

8  need for diversity.  The new librarian at Carolina is the first

9  black woman, Elaine; and one of the things that Elaine is

10 working on is this reckoning project.  The reckoning project is

11 really meant to tell the stories, and until you have folks in

12 those spaces, you can't tell those stories.

13     I take kids to Africa every year, and one of the proverbs

14 that they talk about is:  Until the lions have their

15 historians, the hunter will always be victorious.  So I have to

16 show up.  I have to be in those spaces.  I have to join these

17 boards because otherwise that representation is not there.

18 Q.  All right.  We've talked about racial diversity, and you've

19 mentioned, you know, several benefits here, both inside and

20 outside of the classroom, that you experienced then.  I now

21 wanted to ask more specifically about diversity within

22 diversity.

23     So did all of your black friends at UNC come from the same

24 wealth backgrounds?  Did your white friends come from the same

25 wealth backgrounds?

A.   Absolutely not.  I mentioned my best friend Joe earlier.
Joe's great grandfather, he seized a Confederate ship in
South Carolina and gave that ship to the Union Army.  I don't
know anybody in Enfield, North Carolina, who has that life
story.

One of my other really good friends, her father was one of
the first black architects in the country.  So in this pool of
black folk, there are Ranaes, Amys, or a lot of these other
folk who were third-, fourth-generation college students.  So
there was this diversity there that helped shape me as well.

And then there were students like the Morehead scholar from
New York who just gave me a whole other perspective of my
blackness, the way other black folk saw me.  When I first came
up to Chapel Hill even before I received the Pogue, I met Matt
Whitted, Teresa Artis, and Michelle Shiver.  Michelle and Matt
are doctors now.  Teresa is an attorney.  These were just some
of the pillars I think for me or some of the standards of
blackness that, you know, I didn't have necessarily growing up,
but that I had when I went to Chapel Hill.  And I met them
as -- I was 16 when I met them.  I knew then that Carolina was
where I wanted to go because they looked like me, but they were
smart.  They were, like, incredibly smart, and they just sort
of wrapped their arms around me and embraced me.  So even
within that diversity there was this nurturing that happened,
and it continues.

1    I was on a call on Saturday with Teresa for one of our

2  students, Ogden, who just, unfortunately, died.  So there's

3  this space there where all of these folks I went to undergrad

4  with, we're together celebrating his life.  So there's much

5  diversity, continues to be that diversity within our -- within

6  our space.

7  Q.  So why was it important that, you know, black students, for

8  example, coming from different socioeconomic backgrounds were

9  able to associate with one another, as you observed?

10 A.  I think it's incredibly important because we're not a

11 monolith.  And even today when I have conversations with folk

12 who don't get it, they think that we're all the same, and we

13 aren't.  We're not this monolith.  People have different

14 experiences.  They bring different things to the table, and we

15 grow and we support one another in the space.

16   A couple years ago I received the Harvey Beech Alumni

17 Award, and look at me, being an educator, receiving that award.

18 No educators have received that award before.  Like, the folks

19 before me who had received that award were corporate folks.

20 They had given back thousands of dollars to the university and

21 those kinds of things.  But the BAR, the Black Alumni Reunion,

22 who puts on that event every year, they saw the need to

23 recognize someone who was in the community who was doing this

24 work.  So that diversity still exists.

25   And even, I guess, two years ago I received the university

1  Diversity Award for the work that I'm doing to sort of create

2  diversity and inclusion at the university, because the

3  university still struggles in that space.

4  Q.  Now, as the executive director of College Bound, I think

5  you mentioned that you currently work with students who seek to

6  go to college.  Can you describe some of the work -- I know you

7  mentioned some of the mentoring, but can you discuss some of

8  the other work that you've done with the students as part of

9  College Bound?

10  A.  So it's interesting that you would ask about, you know,

11  ethnic diversity before this or racial diversity, because I

12  look at College Bound as that.  Like, we have students in

13  College Bound that I would venture to say probably would go to

14  college without us.  Their parents are college educated.  Their

15  parents have found out about us.  They know that we have this

16  diverse scholarship program, so they put their kids into our

17  program.  Our kids end up mingling and helping other kids who

18  are like me, first-generation college students, who will be

19  first-generation college students who don't understand it, put

20  a face on it.  So there is that piece that sort of happens in

21  College Bound.

22      And the program is predicated on seven academic mentoring

23  sites.  Every kid has an academic mentor.  They work one to one

24  one night a week for two hours.  Because of COVID, we're

25  meeting virtually now.  So we've been able to meet using a

1  platform so kids can still work.

2      When you look at one of the College Bound academic

3  mentoring sites, it's the best of America.  It's like black

4  folk, white folk, Asian folks, Hispanic folks, Republicans,

5  Democrats, slim, fat, all kinds of folk who come together

6  around this common cause, that the students in College Bound

7  can and will go to college.  And that's the work that we do.

8      We do college tours.  Like, on Veterans Day, we did a

9  virtual college tour.  So we took our kids to Lincoln

10 University, which is the oldest HBCU, historically black

11 college and university, so they could get a look at that.  And

12 we had some of our students from Lincoln come out and talk to

13 them about Lincoln.  We had one of my students who is an alum

14 who is out now working as an assistant principal in DC.  He

15 talked to them in that virtual space about the benefits of

16 Lincoln.  And then we went to Temple, and we have a bunch of

17 students at Temple.  So they came out and talked to our

18 students about Temple.

19     So what we do is we demystify college.  We do college

20 tours.  We do all of those kinds of things.  And probably one

21 of the most important things is we support kids when they get

22 to college, and that's equally important.  And I know from

23 being first generation, from having struggled, you know,

24 socially, you know, just navigating all of that, how important

25 that is.

1    So about nine years ago I wrote a grant or I received a

2    hundred thousand dollars to launch a virtual mentoring

3    component.  So the virtual mentoring portion of College Bound,

4    when the students graduate from high school, we support them

5    through college to make sure they graduate college.  And one of

6    the highlights for me is that one of our students, Ashley, who

7    is actually on my staff now, she went to Carolina on a Pogue

8    Scholarship, so she went to college on the exact same

9    scholarship that I went to school on.  So that's some of the

10   work that we're doing.

11   We have one student, Ann, who is at Carolina currently.  Of

12   course, that first year she struggled some as well, and some of

13   that has been getting acclimated to being at Chapel Hill where

14   there is a much smaller percentage of black students than she's

15   ever experienced growing up in Washington, DC, over on Fifth

16   Street.

17   So, yeah, that's the work that I do.  And we graduate 100

18   percent of our kids from high school.  We also have a 100

19   percent college acceptance rate.  We do SAT prep.  I said

20   earlier we do an international study tour group.  So we do all

21   of that type of work with the program.

22   Q.  Do you also assist students in applying to college?

23   A.  Oh, absolutely.  So the application process is critical.

24   So we have what we call college coaches, and the college

25   coaches work with our students to apply.  We also have a

1  partnership with Deloitte.  So we do SAT prep because we know
2  that prep a lot of times helps to dictate scores on these
3  standardized tests -- on these standardized exams.

4      So it doesn't mean anything about how smart you are or
5  whatever.  It's a lot about what you have been exposed to.  So
6  this sort of levels the playing field.  We just make sure our
7  kids get the test prep that other folks pay thousands of
8  dollars for.  We do that for our kids for free.  And what we
9  see is that because of test prep -- and they haven't learned
10 any additional information.  It's the test prep.  But their
11 scores go up 2 or 300 points from pre- and post-test.
12 Q.  Is it all about the test?
13 A.  I think it's about how to take the test -- that's what
14 we've seen -- because I think that our students work with --
15 the Deloitte practitioners work with our students on how to
16 take the test.  So they give them the nuances on how to take
17 the test.

18     Our kids bring to the table certain things that they've
19 learned, you know, at home, that they've learned in the
20 streets, they've learned at school that I think make them a
21 great fit for any college; and what we're seeing with our
22 students is that their graduation rates from college are on par
23 with white students.  So what we're trying to do is just make
24 sure that our kids have access because we're quite confident
25 with what they can do once they can get there.

1  Q.  Based on your experiences and working with today's youth,

2  which included assisting students in applying to Carolina, what

3  is your impression of the effect a ban of UNC's affirmative

4  action program would have on students of color?

5  A.  It's interesting because I think sometimes I romanticize

6  Chapel Hill, right, because I was there and I made

7  relationships and I'm still in touch with Teresa and Patsy and

8  Lisa and all of these folks.  So I think sometimes I

9  romanticize it.

10     My kids don't have that as a lens; and often when we visit,

11 we leave and they're like, "Wow.  Where are the black people?"

12 Because that's what they see when they go on these campuses.

13 So they see there's this need for diversity, and I think if we

14 didn't have the small numbers that we have, it would be even

15 more challenging to get them to go there because I don't know

16 that kids are wanting to go someplace where every day you have

17 to prove to someone that, you know, I belong here.

18     And it's interesting because I just remember being at

19 Carolina and there were forces that tried to make me feel like

20 I didn't belong, and I think when there are other options, kids

21 will sometimes go for those other options.  So I think that is

22 why increasing those numbers is incredibly important for the

23 university.

24 Q.  I'll represent to you that in this case Plaintiff has

25 suggested that simply substituting socioeconomic status for

1  race can help counteract losses due to racial diversity.

2       Based on your school and life experiences, do you agree

3  with such an assertion?

4  A.   Absolutely not.  When I'm with Joe, people don't know my

5  economic background or his.  What they see are two black men.

6       When I was in Russia with Rick, I was by far better off

7  than any of the Russians that I met economically.  What they

8  saw was my black skin, which was why while I was on the R-bot

9  in Moscow I got called the N word.  And the irony is that Rick

10 had never been in the space where a white person had called a

11 black personal the N word, and he turned red.

12      And I turned to Rick, and I said, "Did you hear what that

13 guy called you?"

14      I wasn't even going to wear that label.  I was there as an

15 ambassador for the U.S. Government with an exchange program

16 through the State Department, and the fact that you are living

17 in Russia and you've heard this epitaph used in America and you

18 think that you can somehow apply it to me, I gave it to Rick.

19      I said, "Hey, Rick.  Did you hear what that guy just called

20 you?"

21      I just kept walking.  I was seething.  I was mad.  I was

22 disappointed.  I was hurt.  But I've been called the N word in

23 Chapel Hill, and it reminded me of being near the Silent Sam

24 statue with my friends.  We're going to Franklin Street, which

25 is where all toddlers go, and this white kid comes by on a bike

1 and calls us the N word.

2     So socioeconomics?  Our socioeconomics had nothing to do

3 with that.  That's skin color and race, and those things are

4 perceptions and how people see you.

5 Q.  And are you part of -- I think you mentioned -- well, you

6 mentioned that you have received awards from alumni groups.

7     Are you also part of alumni groups?

8 A.  Absolutely.  I'm a life member of Kappa Alpha Psi

9 Fraternity, Incorporated; a life member of the GAA.  I always

10 participate in the Black Alumni Reunion.

11     I currently work and I just joined the Friends of the

12 Library Board because one of my friends from undergrad reached

13 out to me, and she says, "Hey, Kenny.  We've got to get some

14 diversity on this board."  And she talked to me and she talked

15 to me, and when I got on the call, I am so glad I joined this

16 board.  First of all, I believe in books.  Books are everything

17 to me.  I grew up in the rural South.  Books were my gateway to

18 the world, so I love libraries.  It's a natural that I get to

19 work with Elaine as a Friend of the Library.

20     But I'm also a member of the board for the Writing and

21 Learning Center at the university, and again, there's that lack

22 of diversity there.

23     So -- and I think the challenge is not that black folk

24 wouldn't do it, but the folks who are on those boards don't

25 necessarily know black folk to ask to be on those boards.  And

1  there are enough black alumni out there to be on those boards.

2  When I come back for BAR every year -- I'm obviously not doing

3  it this year, but for the Black Alumni Reunion during

4  homecoming, there are hundreds, hundreds of successful black

5  folk who come back who give to the university.  And as a matter

6  of fact, it is the largest grossing alumni reunion, so much so

7  now that Chapel Hill, their alumni group, they actually run

8  that for us now.  It was something that we started at a

9  clubhouse, but it's become the top grossing alumni event of any

10 at the university.

11 Q.  What effect would a decrease in the number of students of

12 color at UNC have on the work of the alumni?

13 A.  It's challenging now in good faith to give back to the

14 university when the university has not, I don't think, done the

15 best job of recruiting and retaining talented black kids.  I

16 remember being there in the '80s.  This was a conversation that

17 we had in the '80s about the need to recruit and retain and

18 support these students through graduation, and we're still

19 having this conversation, what, 40 years later, we're still

20 having the same conversation.

21 Q.  So how -- how valuable is your degree from UNC-Chapel Hill

22 in the state of North Carolina and beyond?

23 A.  I think that my degree from the University of

24 North Carolina at Chapel Hill is priceless.  You know, it's an

25 amazing degree, number one.

1    As I said earlier, when I took the practice exam, I was not
2  a history major, and I didn't take a lot of classes in history
3  at Carolina, but I took a lot of classes in African American
4  studies.  And my professors were brilliant.  So in learning
5  about African American studies, I learned the history of
6  America; and in doing so, when I took that practice exam -- and
7  my principal I think was worried, like, well, you're not a
8  history major and if you can't pass this exam, they're going to
9  have to let you go.  I passed it; and for me, honestly, it was
10 easy.
11    When I received my master's degree, I was in a whole group
12 of folks who were complaining about the rigor of the master's
13 degree program at Trinity College in DC, and I thought it was a
14 joke compared to my undergraduate degree at Chapel Hill.
15    So the degree in and of itself I think is amazing.  It has
16 opened doors and opportunities even for funding for College
17 Bound.  One of my donors now, a Carolina grad, and has given
18 tons of money to a lot of different organizations.  Everybody
19 on their board is from Chapel Hill.  So it has made
20 connections.  It's opened doors.  It's been a great -- great
21 asset, been a great asset.  It's one of the best decisions I
22 made.
23 Q.  All right.  Thank you.
24         **MR. HINOJOSA:**  No further questions.
25         **THE COURT:**  All right.  Yes, sir.

1          **MR. HASSAN:**  No further questions, Your Honor.

2          **THE COURT:**  No questions?

3          **MR. HASSAN:**  No questions.  Appreciate hearing his

4    experiences.

5          **THE COURT:**  All right.  Thank you so much, sir.  We

6    are going to release you at this time.  We appreciate you being

7    here.

8          **THE WITNESS:**  Did you say I'm released?

9          **THE COURT:**  Yes, sir.  You are released.

10          **THE WITNESS:**  Thank you very much, and I would be

11    remiss if I didn't say, Go Heels.

12          **THE COURT:**  Thank you, sir.

13          **THE WITNESS:**  Thank you.

14          **THE COURT:**  So it looks like we have come to a

15    stopping point for the day as all the witnesses you indicated

16    this morning that would be here we have -- we have done.

17          **MR HINOJOSA:**  Yes, Your Honor.

18          **THE COURT:**  So with that, if there are no matters that

19    we need to address at this time, I am going to adjourn until

20    9:30 in the morning.

21       Are there matters to address?

22          **MR HINOJOSA:**  Not for the Intervenors.

23          **MS. HENDERSON:**  No, Your Honor.

24          **THE COURT:**  Thank you.

25          **MR. HASSAN:**  Not for the Plaintiffs.

1        **THE COURT:**  All right.  Let us adjourn until 9:30 in

2  the morning.

3      (Proceedings recessed at 3:49 p.m.)

4

5

6               **C E R T I F I C A T E**

7     I, LORI RUSSELL, RMR, CRR, United States District Court
Reporter for the Middle District of North Carolina, DO HEREBY

8  CERTIFY:

9     That the foregoing is a true and correct transcript of the
proceedings had in the within-entitled action; that I reported

10  the same in stenotype to the best of my ability and thereafter
reduced same to typewriting through the use of Computer-Aided

11  Transcription.

12

13  *Lori Russell*

14  Lori Russell, RMR, CRR     Date:  12/15/2020
Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25