```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS,  *
INC.,                          *
                               *
              Plaintiff,       *  Case No. 1:14CV954
                               *
vs.                            *
                               *  November 17, 2020
UNIVERSITY OF NORTH CAROLINA,  *
et al.,                        *  Volume 6
                               *  Pages 926-1115
              Defendants.      *
*******************************
```

**EXPEDITED TRANSCRIPT OF TRIAL**
BEFORE THE HONORABLE LORETTA C. BIGGS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiff:        CONSOVOY MCCARTHY, PLLC
                      Thomas R. McCarthy, Esquire
                      Patrick Strawbridge, Esquire
                      James F. Hasson, Esquire
                      Bryan K. Weir, Esquire

                      BELL DAVIS & PITT, P.A.
                      Daniel Alan M. Ruley, Esquire

For UNC Defendants:   SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
                      Patrick J. Fitzgerald, Esquire
                      Lara A. Flath, Esquire
                      Amy L. Van Gelder, Esquire
                      Marianne H. Combs, Esquire

                      NORTH CAROLINA DEPARTMENT OF JUSTICE
                      Stephanie A. Brennan, Esquire
                      Tamika Henderson, Esquire

For Intervenors:      LAWYERS' COMMITTEE CIVIL RIGHTS UNDER LAW
                      David G. Hinojosa, Esquire
                      Genevieve Bonadies Torres, Esquire

                      NORTH CAROLINA JUSTICE CENTER
                      Jack Holtzman, Esquire
                      Emily P. Turner, Esquire

I N D E X

DEFENDANT UNC WITNESSES:                                    PAGE

  CAROLINE HOXBY (Via Video)
    Direct Examination by Ms. Flath                          928
    Cross-Examination by Mr. McCarthy                       1036

```
 1                     P R O C E E D I N G S
 2          THE COURT:  Good morning.  Are there matters that we
 3   need to discuss before we proceed this morning?
 4          MS. FLATH:  Not from the UNC Defendants, Your Honor.
 5          THE COURT:  All right.  Then if you would call your
 6   next witness, please.
 7          MS. FLATH:  Thank you, Your Honor.  And Lara Flath
 8   from Skadden for the UNC Defendants.
 9          THE COURT:  Thank you.
10          MS. FLATH:  The UNC Defendants call Caroline Hoxby,
11   who will be appearing remotely.
12          THE COURT:  Yes.
13       CAROLINE HOXBY, DEFENDANT UNC WITNESS VIA VIDEO, SWORN
14                      DIRECT EXAMINATION
15   BY MS. FLATH:
16          THE WITNESS:  I have to say the audio is a little bit
17   faint for me, so I'm having a little bit of difficulty.
18   Q.  Good morning, Professor Hoxby.  Can you hear me?
19   A.  Yes, I can hear you very well.
20   Q.  Excellent.  You will have the microphone now that I'm
21   speaking from and when Mr. McCarthy speaks to you later today.
22       Can you please state your name and position of employment
23   for the Court?
24   A.  My name is Caroline Minter Hoxby, and I am a Professor of
25   Economics at Stanford University.
```

1  Q.  And have you been retained by UNC as an expert in this

2  case?

3  A.  Yes, I have.

4  Q.  Professor Hoxby, did you prepare a set of demonstrative

5  slides to assist you in providing your testimony?

6  A.  Yes, I did.

7       **MS. FLATH:**  Your Honor, this is DX506.  We provided a

8  hard copy, as well as an electronic copy for the court

9  reporter.

10       **THE COURT:**  Thank you.

11  Q.  (By Ms. Flath)  Professor Hoxby, if you'll turn to Slide 2.

12      Can you briefly describe your educational background?

13  A.  Yes.  I was an undergraduate student -- well, I was a high

14  school student at Shaker -- I was a high school student at

15  Shaker Heights Public High School outside of Cleveland.

16      And then I was an undergraduate at Harvard University from

17  1984 to 1988.  And then I got a master's degree at the

18  University of Oxford in England from 1988 to 1990.  And then I

19  got my Ph.D. at MIT, the Massachusetts Institute of Technology,

20  and that was another four years.  So I got my degree in 1994.

21  Q.  And your Ph.D. is in economics, right?

22  A.  That is correct.  All of my degrees are in economics.

23  Q.  After you received your Ph.D., where did you work?

24  A.  I was hired by Harvard University as an assistant

25  professor, and I remained at Harvard University for 13 years,

1  first as an assistant professor, then as an associate

2  professor, and then finally as a full professor and a chair

3  full professor as the (indiscernible).

4      (Court reporter requests clarification.)

5  Q.  Professor Hoxby, we're having just a little bit of

6  difficulty with the audio.

7      Can you please repeat the title of your position at

8  Harvard?

9  A.  I was the Allie S. Freed professor of economics at Harvard

10 University.

11 Q.  After --

12 A.  Would it -- I'm sorry.  I don't mean to interrupt, but do

13 you think it would help if I put on a closer microphone?  Would

14 that help the problem?

15 Q.  If you are able to do that, that might help.  Thank you.

16 A.  Is this better, Ms. Flath?

17 Q.  Let's try it, Professor Hoxby.  We'll certainly do what we

18 can with the audio.

19     After you left Harvard, what position did you hold at

20 Stanford?

21 A.  I apologize, but I think that made it worse, so I'm taking

22 away the headphones and microphone.  We'll keep trying.

23     After Harvard, what position did I hold, was that the

24 question?

25 Q.  That's right.

 1  A.  So in 2007, I moved from Harvard University to Stanford

 2  University where I currently I am a professor of economics.

 3  Q.  What's your general field of specialization within

 4  economics?

 5  A.  I specialize in the economics of education, especially

 6  higher education but not exclusively higher education, and I'm

 7  probably the -- maybe the first economist in the United States

 8  to be identified with that field, but I have been now for my

 9  entire adult career.

10  Q.  Do you teach undergraduate and graduate courses in

11  economics?

12  A.  I do.  I traditionally teach an undergraduate course called

13  the Economics of Education -- some graduate students also take

14  that course; I teach Labor Economics particularly to graduate

15  students and Ph.D. students; and I teach Public Economics to

16  graduate students or Ph.D. students.

17  Q.  Is it fair to say you've been published in many economic

18  journals?

19  A.  Yes, I think that would be fair to say.

20  Q.  And have you also edited several books relating to the

21  economics of education?

22  A.  Yes.  And, in particular, I recently edited a couple of

23  volumes that included articles on (indiscernible).

24      (Court reporter requests clarification.)

25          **THE COURT:**  Let's stop just a moment.  Let's stop just

1 a moment.

2 Q.  (By Ms. Flath)  Professor Hoxby, we're having just a little

3 bit of trouble hearing you with the pace of your speech over

4 the audio connection, so we're just checking to see if we can

5 do something on the technical side.

6      (Pause in the proceedings.)

7 Q.  So, Professor Hoxby, I think -- let's try to have you speak

8 just a little bit more slowly, and hopefully that will help the

9 connection for the court reporter.

10         **MS. FLATH:**  Does that work, Your Honor?

11         **THE COURT:**  We can try that.

12 Q.  (By Ms. Flath)  Professor Hoxby, I believe you were saying

13 that you have recently edited a couple of articles.  Was that

14 right?

15 A.  I was saying that I had recently edited a couple of

16 volumes, books, that contain -- each one of which contains

17 numerous articles or papers on the subject of higher education,

18 for instance, how students choose colleges, what their -- what

19 value they get out of colleges, and how colleges respond to

20 environment, for instance, the financial crisis that affected

21 many (indiscernible).

22      (Court reporter requests clarification.)

23 Q.  Professor Hoxby, I think we were doing a little bit better,

24 except for the end of your sentences and the end of your words.

25 I realize that's a challenge, but if you can repeat the very

1    last phrase you provided.

2    A.  It was that I said I had edited a volume that included

3    articles on how colleges had responded to the financial crisis

4    and the Great Recession because that was a series of events

5    that had a lot of impact on colleges, universities in the

6    United States.

7    Q.  Thank you.

8         Very briefly, what are just a few of the awards and honors

9    you have received for your research?

10   A.  Well, I'm a member of the American Academy of Arts and

11   Sciences.  I am a member of the British equivalent of the

12   American Academy of Arts and Sciences.  I received the

13   Smithsonian's award for ingenuity, which is essentially an

14   award for very original and thoughtful research.  I have the

15   Fordham award for being the best economist of education,

16   educational researcher in the United States (indiscernible).

17        (Court reporter requests clarification.)

18   Q.  Professor Hoxby, if you could just slow down a little more.

19   I'm sorry to have to interrupt you.

20   A.  I received the Fordham award for excellence in education

21   research.  I have awards from the National Tax Association.  I

22   have a lot of awards, so perhaps we don't need to cover them

23   all.

24   Q.  Thank you.

25        Have you served on the National Board for Education

1  Sciences?

2  A.  Yes, I did.  I served two full terms on the National Board

3  for Education Sciences.

4  Q.  Who appointed you to that board?

5          **THE COURT:**  Let -- let us talk to Efren just a minute

6  to see if he can do anything that helps.

7          **MS. FLATH:**  That would be great.

8  Q.  (By Ms. Flath)  Professor Hoxby, we're going to work on

9  seeing if we can improve the audio connection.

10      (Pause in the proceedings.)

11  Q.  (By Ms. Flath)  Professor Hoxby, we're just working on

12  seeing if we can improve the bandwidth to help with the audio

13  connection for those in the courtroom.

14  A.  Ms. Flath, do you think it is possible that the problem is

15  on my side and that I could do something to improve?

16  Q.  At the moment we don't think so, but thank you.

17      (Pause in the proceedings.)

18  Q.  (By Ms. Flath)  Professor, we think it will just be a few

19  minutes.

20      (Pause in the proceedings.)

21          **MS. FLATH:**  Thank you for your patience, Your Honor.

22  A new world for all of us.

23          **THE COURT:**  For all of us.

24  Q.  (By Ms. Flath)  Professor Hoxby, can you still hear me?

25  A.  Yes, I can hear you perfectly.

1   Q.   I think that's a little bit better.  So thank you for your

2   patience, and hopefully this will help our day go a little

3   smoother.

4        I believe I was asking you who appointed you to the

5   board -- to the National Board for Education Services [sic].

6   A.   Sciences, the National Board for Education Sciences.

7        Sorry to correct you, Ms. Flath.

8   Q.   Thank you.

9   A.   Well, it's a presidential appointment.

10  Q.   Thank you.

11       Which president appointed you?

12  A.   George W. Bush, but I continued to serve part of the time

13  under President Obama.

14  Q.   Thank you.  Now, you're the program director for the

15  Economics of Education Program for the National Bureau of

16  Economic Research; is that right?

17  A.   That's correct.

18  Q.   And what is the Economics of Education Program?

19  A.   The National Bureau of Economic Research is an organization

20  that takes the leading economists from all over the world and

21  puts them together into one meta organization.  Almost think of

22  it as a meta economics department that combines all of the

23  economists in the world, especially those from the United

24  States and Canada, but not exclusively people from the United

25  States and Canada.

1    And I am the head of the Economics of Education Program at

2  the National Bureau of Economic Research.  It has a little

3  fewer than 200 members, and they are economists who specialize

4  in education research from around the world, as I mentioned.

5  Q.  Thank you.  Let's turn to the questions you were asked to

6  provide -- to address in your work here.

7    Turning to Slide 3 of DX506, at a high level what questions

8  were you asked to address in providing expert testimony in this

9  case?

10  A.  Well, the first question that I was asked to address is

11  whether the Plaintiff's allegations regarding UNC's admissions

12  process, especially the allegation of whether race/ethnicity

13  were dominant factors in the admissions process -- whether

14  those allegations were, in fact, true.

15  Q.  What else?

16  A.  The second question that I was asked to address is whether

17  there were potential race-neutral or race-blind alternatives to

18  the current admission process that would allow UNC to attain

19  its current levels of racial and ethnic diversity and academic

20  preparedness.

21  Q.  And what was the third topic you addressed?

22  A.  I was asked to respond to the opinion of expert Peter

23  Arcidiacono and Richard Kahlenberg.

24  Q.  Thank you.

25    Turning to Slide 4, at a very high level, what did you

 1  conclude with respect to the first two questions you were asked

 2  to consider?

 3  A.  My first conclusion was that -- I did careful empirical

 4  analysis.  I established that UNC's admissions decisions

 5  appeared to be fully consistent with the holistic admissions

 6  process and that UNC's processes could not be explained by a

 7  formula based on verifiable variables.  In other words, UNC's

 8  process was not (indiscernible).

 9      (Court reporter requests clarification.)

10  Q.  Professor Hoxby, could you just repeat the last word?

11  A.  I -- in other words, UNC's process does not appear to be

12  formulaic.

13  Q.  Thank you.

14      What else?

15  A.  In addition, on -- with regard to the first question, I

16  concluded that race and ethnicity are not dominant factors in

17  the UNC admissions process.

18  Q.  Thank you.

19      What was the second opinion at a high level that you

20  reached?

21  A.  With regard to the second question, I conducted really

22  exhaustive simulations of race-neutral alternatives, well more

23  than a hundred, trying to address all of the suggestions made

24  by Plaintiffs about what might be plausible race-neutral

25  alternatives and trying to bring the data to analyze each one

1   of the alternatives as well as I could, including some

2   alternatives that they did not suggest but that I thought would

3   test the limit of what was possible under a race-neutral

4   alternative.

5       And after conducting all those simulations and trying to

6   ensure that the conditions were as positive as possible for the

7   race-neutral alternatives -- in other words, using really

8   generous assumptions that would favor the alternatives -- I

9   concluded that in no case could one of the race-neutral

10  alternatives allow UNC to attain its current levels of racial

11  and ethnic diversity as well as academic preparedness.

12  Q.  Thank you.  And thank you for the pacing.  I think that's

13  working a bit better for our court reporter.  So much

14  appreciated.

15      Let's turn to your first opinion that you just discussed.

16      Plaintiff has alleged in the complaint that although UNC

17  claims to use race and ethnicity as only one of many factors in

18  a holistic system, statistical evidence establishes that race

19  is a dominant factor in admissions decisions.

20      If that allegation is correct, what will the data show you

21  in terms of a formula?

22  A.  The data would show me two things at least.  The first is

23  that a formula or a regression -- multiple regression, which is

24  what we do in statistical analysis -- that multiple regression

25  would reveal to me that a model or regression could explain

1  most of the decision between admissions and rejection.  So

2  that's the first thing that I would be able to see from the

3  regression analysis.

4     The second thing that I would be able to see from the

5  regression analysis is that when I decomposed the explanatory

6  power of the regression model, a lot of the variation would be

7  explained by race and ethnicity.

8  Q.  Thank you.

9     Let's turn on Slide 6 to some of the regression models that

10  you created using the UNC admissions data.

11     What does this slide show with respect to the regression

12  models you built to assess the question of whether the UNC

13  admissions system is holistic or formulaic?

14  A.  This table shows nine different models, starting with a

15  model at the top which is very barebones because it only

16  includes SAT scores, ACT scores, and race and ethnicity

17  factors.

18     What -- what I'm doing as I work my way down the table is

19  I'm adding more and more variables to the model.  For instance,

20  in Row 2 I'm adding subscores on the SAT and ACT.  Then I'm

21  adding a student's class rank in high school and a student's

22  high school GPA.  Then I add a student's sex or gender.  Then I

23  add whether the student is a resident of North Carolina, which

24  is important because UNC is a state public flagship university.

25  Then I add UNC's -- whether the student met UNC's minimum

1  coursework requirements and, for instance, whether the student

2  was also a child of a faculty or staff member.  Perhaps I don't

3  need to cover every variable that I added, but those are

4  important.

5      The next row I add is whether a parent was an alum of UNC

6  and whether the student applied in the early action phase of

7  UNC's admissions process or whether the student applied -- as

8  opposed to the regular admissions phase.  Then I add parents'

9  education, foreign citizenship for the student, and whether the

10  student applied using a fee waiver.  Fee waivers are given to

11  low-income students, so that fee waiver variable would indicate

12  a student himself or herself low income.

13      And then in the very final row, I add the within-high

14  school GPA rank.  This is added for a special reason.  It's

15  because at the very end of the UNC admissions process, there is

16  a phase called school group review in which admissions officers

17  look at a student in a sort of listing compared to his or her

18  high school classmates who also applied to UNC.  And the way in

19  which they are listed is in order of their high school class

20  rank with the higher ranked students appearing at the top.

21  This school group review process, therefore, does make use of

22  within-high school class rank.  So it could be considered an

23  important factor in the admissions process at UNC.

24  Q.  Thank you.

25      In performing your analysis and building your models, how

1    did you determine which variables to include in the model

2    reflected in Rows 1 through 9?

3    A.  Well, anytime we build a model, what we are attempting to

4    do is to replicate or understand the behavior of actual human

5    beings.  That's the goal of all model building of this work

6    that I conduct.  So the way I look at it is what does an

7    admissions officer see?  What does an admissions officer

8    consider?  So I need to know something about that process, and

9    I also need to know what sort of data or variables they would

10   be seeing, viewing when they see a student application.  I know

11   that many of the variables that are on this -- that are in my

12   models are seen by admissions officers and are considered by

13   admissions officers.  So that's my very first criterion.

14       I also want to take account of any other variable that an

15   admissions officer might consider but might be more

16   (indiscernible).

17       (Court reporter requests clarification.)

18   Q.  What was that last phrase?  You cut out.  You were doing

19   very well until that last phrase.  Right after "I also want to

20   take account of any other variable that an admissions officer

21   might consider."

22   A.  Right.  I want to take account of any other variable that

23   an admissions officer might consider, even if it -- even if it

24   is not something that would appear on the front page of the

25   application.  For instance, whether the student is -- has an

1  alumni parent or not, it's not obvious that admissions officers
2  would take account of that, but it is certainly possible that
3  admissions officers would take account of it.
4  Q.  Thank you.
5      Professor Arcidiacono testified about your decision to
6  exclude the UNC ratings variables.
7      Why did you make that decision?
8  A.  I excluded the UNC ratings variables because they are
9  evaluative variables or what an economist would call
10  "endogenous variables."  Endogenous means that the variables
11  are determined within the process itself, within the admissions
12  process itself.
13      And it may help if I give you an example of other
14  endogenous, or evaluative, variables that are more familiar to
15  people.  For instance, imagine that we have some people who
16  show up at a hospital and they're all having chest pains, and
17  they go in for an evaluation in the emergency room.  At some
18  point in that evaluative process -- excuse me -- that
19  evaluative process, a nurse or a physician starts to write down
20  an intermediate evaluation of what -- of how the person is
21  faring with their chest pains.  That is part of the evaluation
22  process.
23      So if we found that the nurses and the physicians sent some
24  people straight to the ICU to get triple bypass surgery and we
25  saw that they sent some people home with aspirin, we might be

1  able to predict who went to the ICU and who was sent home with

2  aspirin by looking at that intermediate evaluative variable

3  where the physician says this person is having a terrible heart

4  attack or this person seems fine and really is just having, you

5  know, a digestive instance.

6      Okay.  So that's -- that intermediate variable might do a

7  good job of explaining why some people go to the ICU and why

8  some people get sent home with aspirin, but it's very important

9  to realize that it's not really something that the patient had

10  coming in to the emergency room.  That's not something that

11  is -- that's not something that's a factor that everyone could

12  look at the same way and say is a verifiable objective factor.

13  It is, in fact, an evaluative, or endogenous, variable that is

14  determined in the middle of the process of evaluation at the

15  hospital.

16      If we go back to the ratings variables at UNC, we will see

17  that they are very similar to the hospital example that I just

18  gave.  The ratings variables do not come in with the student's

19  application.  They are intermediate variables that are

20  determined within the application process as a trained

21  admissions officer looks at the student application and makes

22  some decision about how to evaluate this student.  So,

23  therefore, we have the same problem that a student who gets

24  high ratings will be more likely to get in and a student who

25  gets low ratings will be less likely to get into UNC, but those

1  are not verifiable objective factors.  And statisticians are

2  trained not to put that kind of variable into a multiple

3  regression.  It's an elementary mistake.

4  Q.  Thank you.

5      Now, the chart on Slide 6 has a column for R-squared with a

6  range of valuables for your various models.  Before we turn to

7  the specific interpretation of R-squared, let's talk about the

8  concept of it generally.

9      Do you recall Professor Arcidiacono testifying that a

10  pseudo R-squared of 0.2 to 0.4 is considered an excellent fit?

11  A.  I do recall that testimony, yes.

12  Q.  So let's turn to Slide 7.

13      And do you recall that Professor Arcidiacono prepared a

14  slide referencing a particular test by Professor Dan McFadden?

15  A.  Yes, that's correct.

16  Q.  And what's your response to that citation?

17  A.  Well, both R-squared and pseudo R-squared are measures of

18  the goodness of fit of a model, and pseudo R-squared is

19  designed to be analogous as possible to R-squared, the

20  difference being that R-squared is for a linear model in which

21  the outcome is something that moves continuously.

22      For instance, in the case of admissions, a linear model

23  would be a model that fits a student's probability of

24  admission.  For instance, I might have a 24 percent

25  probability, 25 percent, 26 percent, 27 percent.  We can see

1   that variable moves continuously.

2       In contrast, if we are trying to study the admissions

3   rejection decision, that's a binary model, a yes-no type of

4   model.  Either the student gets admitted or the student is

5   rejected.  So that's a nonlinear model.

6       And then we can get even much more complicated and have

7   something called a multinomial model, which just means multiple

8   choices.

9       And Daniel McFadden in his paper was seeing the

10  introduction of the rapid transit system, or BART system, in

11  the Bay area and in -- in that -- in those circumstances, there

12  were many choices.  A person could take the BART; a person

13  could drive; a person could bicycle; a person could walk.

14  There were many, many choices in the model that he was

15  analyzing, a very complex model.  Essentially, the more choices

16  you have in a multiple-choice model, the harder it is to get a

17  R-squared or a pseudo R-squared that is (indiscernible).

18      (Court reporter requests clarification.)

19  Q.  Was the last word you said "high"?

20  A.  High, yes.

21  Q.  Thank you.  Please continue.

22  A.  The reason why pseudo R-squared will be lower in a model

23  that has more choices is that the choices interact with one

24  another in a complicated way.  Let me give you an example.

25      For instance, in the model that Daniel McFadden was

1   considering, if it is a rainy day, people might be less likely

2   to walk; they might be less likely to bicycle; and they might

3   also not prefer to take the BART because they have to stand at

4   a -- you know, at a BART station in the open rain.

5       So that's -- I've just given you one example of a factor

6   that can have quite complicated influences in a multiple-choice

7   model, but you can start to imagine all kinds of factors in

8   your own lives that might affect which mode of commuting to use

9   every day.

10      So the result is in a multi-quiz model, pseudo R-squared or

11  the explanatory power of the model will tend to be quite low

12  because there are so many complicated factors and because the

13  choices interact with one another in a complicated way.

14      So then going back to Daniel McFadden's words, what he was

15  saying was that in the context of the model that he was

16  considering, this transportation choice model, is pseudo

17  R-squared between .2 and .4 might be considered an excellent

18  fit for that model in those circumstances, but we are not in

19  those circumstances with the UNC admissions decision.

20  Q.  Thank you.

21      Now let's turn back to the UNC admissions process.

22      Looking at Model 9, which was the last row of the chart we

23  discussed on Slide 6, what was the R-squared?

24  A.  The last row, Model 9, which I regard as my preferred model

25  because it includes all of the factors I think an admissions

 1  officer might consider, the R-squared -- or pseudo R-squared is

 2  .428 --

 3  Q.  And turn --

 4  A.  -- which suggests --

 5  Q.  Go ahead.

 6  A.  -- which suggests that the model explained about

 7  42.8 percent of the admission rejection decision.

 8  Q.  And is that indicated on your chart on Slide 8?

 9  A.  Yes, it is.  Slide 8 shows that 42.8 percent of the

10  admissions decision is explained by my preferred model.

11  Q.  And what does that tell you about whether the UNC

12  admissions process is holistic or formulaic?

13  A.  It says that the admissions decision must be holistic and

14  cannot be formulaic.

15      I think it's important for people to focus on the other

16  side of the pie chart, the blue side of the pie chart.  Often

17  it's easy for people to get caught up in the part of the

18  decision that is explained by the model and forget about all of

19  the parts that are not explained by the model; but that part

20  that's not explained is important.  In this case, it is the

21  majority of the admissions decision, 57.2 percent of the

22  admissions decision.

23      And the reason I say it's important is that it is not that

24  the admissions decision is somehow absent in that part.  It

25  isn't absent.  This isn't something that isn't happening.  It's

1  something that's happening, but we, as statisticians,

2  econometricians, do not know what is happening in that part.

3  It's that the admissions officer is looking at the whole

4  application, looking over that -- all of the material that's

5  there -- the essays, the letters, the personal statement, the

6  context for the student -- and that is what is going into that

7  57.2 percent.  So it may be not observable by the statistician,

8  but that doesn't mean it wasn't observed or considered

9  carefully by the admissions officer.  And so that 57.2 percent

10 shows us that most of the process must be holistic.

11 Q.  Holistic; is that right?

12 A.  That's correct.

13 Q.  Thank you.

14     Let's turn now to the role of race within the admissions

15 process and Slide 9.

16     You mentioned decomposing a model.  In your opinion, what

17 is the proper econometric method to answer the question of what

18 role a specific factor plays in UNC admissions decisions?

19 A.  The Shapley decomposition was invented by Shapley in the

20 1950s as a method to demonstrate which factors are playing an

21 important role in a model.  The Shapley decomposition

22 decomposes R-squared or pseudo R-squared into (indiscernible).

23     (Court reporter requests clarification.)

24 Q.  What was the last word?  Into?

25 A.  Buckets.  Buckets or bins.  Shares, I suppose you could

1  say.

2      So the Shapley decomposition takes the explanatory power of

3  the model and puts it into buckets for various factors.  For

4  instance, race and ethnicity might be in one bucket, and test

5  scores might be in another bucket, high school GPA, class rank

6  could be in yet another bucket.

7      The Shapley decomposition has been around since the 1950s

8  and is still the only method that satisfies three axioms that

9  statisticians require.  Those are efficiency, monotonicity, and

10  equal treatment of factors, and because it is the only way of

11  decomposing R-squared or pseudo R-squared that satisfies those

12  conditions, it has been used since the 1950s straight through

13  to today because it is -- it's really the only decomposition

14  method that is accepted.

15  Q.  If, hypothetically, a factor, or bucket, such as race plays

16  a dominant role in the admissions process but only with respect

17  to a subset of applicants, would the Shapley decomposition

18  reveal this effect?

19  A.  Absolutely.  The Shapley decomposition is designed to show

20  the marginal effect of any factor reliably.  And if, in fact,

21  the factor was important, even for a subset of applicants, but

22  it was important for them, the Shapley decomposition would

23  definitely show that.  And that's because in the Shapley

24  decomposition what's happening is that -- perhaps the best way

25  to think about it is the following:

1    We take all of the other variables; we hold them constant;

2    and we take in and out some factors.  So we take -- we put in

3    an indicator for being African American and then we take it

4    out.  Then we rotate all of the other factors and hold them

5    constant at a different level, and we put in African American

6    and take it back out again.  Then we do that again, rotating

7    all of the other factors so that they're held constant at a

8    different level.  We put in African American.  Then we take it

9    out.

10    And we do that with every possible factor, not, of course,

11    just an indicator for being African American, but every

12    possible factor, all of the possible permutations.  That's

13    essentially what the Shapley decomposition does.  It says we

14    will hold everything constant at every other possible level,

15    and we will try putting in a factor and taking it back out

16    again.

17    So as long as a factor is important for any subset of

18    students, it's going to show up in the Shapley decomposition

19    value.

20   Q.  Thank you.

21    Let's turn now to your opinions after applying the Shapley

22    decomposition to your models in this case.

23    Does Slide 9 show your analysis of the contribution of race

24    to your Model 9 -- sorry.  Excuse me -- Slide 10, Model 9.  I'm

25    sorry about messing that up.

1 A.  Yes.  Slide 10 does show the Shapley decomposition results,
2 and I think we should probably focus on my Model 9, which is
3 shown at the bottom of the table that's on the slide.  You will
4 recall that the pseudo R-squared of that model is .428, showing
5 that the model is explaining 42.8 percent of the admissions
6 rejection decision.
7     And if we look at the share of the total admissions
8 decision contributed by the race and ethnicity variables all
9 together as the group -- all together as a group of variables,
10 that's 1.2 percent of the total admissions decision, according
11 to the Shapley decomposition.
12 Q.  And after performing this analysis, what is your conclusion
13 with respect to the role of race within the UNC admissions
14 process?
15 A.  My conclusion is that race and ethnicity explain only a
16 very small share of the admissions process, in this case less
17 than 5 percent.
18 Q.  You also performed the Shapley decomposition to look at the
19 impact of test scores within the model; is that right?
20 A.  Yes, that's correct.
21 Q.  And is that shown on Slide 11 of DX506?
22 A.  It is indeed, yes.
23 Q.  What did you conclude from this analysis with respect to
24 the contribution of test scores relative to the contribution of
25 race?

1    A.   I think we should look at Model 9 again, which is the most

2    complex or elaborate model, my preferred model.  And you can

3    see that in Model 9, test scores -- those are ACT scores and

4    SAT scores -- explain 9.8 percent of the admissions rejection

5    decision.  So in comparison to race and ethnicity, test scores

6    are a more important factor in the admissions decision by

7    several times, but it's also the case that test scores do not

8    explain most of the admissions decision, only about 10 percent

9    of the admissions decision.

10   Q.   Thank you.  Now, did you perform additional analyses to

11   test the results of the Shapley decomposition on other models?

12   A.   Yes, I did.

13   Q.   And is that on Slide 12?

14   A.   Yes.  Slide 12 contains some alternatives of other modeling

15   choices that seem very reasonable to me.  For instance, I think

16   it is reasonable to estimate a separate model for in-state

17   students and for out-of-state students.

18        Can I elaborate on that?

19   Q.   Please.

20   A.   So the way that UNC conducts admissions, according to my

21   understanding, is that in-state and out-of-state students are

22   considered at the same time by the admissions staff.  There is

23   not sort of one room for the in-state students being considered

24   here and the out-of-state students would be considered in a

25   room down the hall with a different admissions staff.  They are

1  all considered together.

2      So that is a reason for modeling the admissions process as

3  one process, but I think it is fair and reasonable to say that

4  admissions officers may view in-state and out-of-state students

5  quite differently because of the fact that UNC has a

6  requirement to admit a certain percentage of its students from

7  the in-state pool.  So, therefore, I did estimate a separate

8  model for in state and out of state.

9      If I look at the in-state Shapley decomposition, race and

10 ethnicity explain 1.2 percent of the admissions decision.  Test

11 scores explain about 15 percent for that in-state group of

12 students.  If I look at the out-of-state Shapley decomposition,

13 race and ethnicity explain 5.1 percent of the admissions

14 decision and test scores explain 18.9 percent of the admissions

15 decision.

16     So we see this same pattern as we saw before when we looked

17 at all of the students together, that race and ethnicity plays

18 a very small role, 5 percent or less.

19 Q.  Now, we talked earlier about whether the UNC ratings

20 variables should be included in the model.  Setting aside your

21 position on whether they should be, did you run a model that

22 includes the UNC ratings variables and observe the results?

23 A.  Yes, I did.  Even though I do not believe this is a correct

24 model, I did test a model in which all of those ratings

25 variables were included, and I did a Shapley decomposition

1  using that model as well.  So I believe this is the model that
2  is preferred by Professor Arcidiacono.
3      And in that, if I include all of those ratings variables,
4  then for the in-state students, race and ethnicity explain
5  1.6 percent of the admissions decision, and for the
6  out-of-state students, race and ethnicity explain 6.2 percent
7  of the admissions decision.  So the takeaway is really the same
8  whether or not those ratings variables are included.
9  Q.  Finally, does running the Shapley decomposition on any
10 other version of your preferred model show a different result?
11 A.  No, it does not.  I always end up with the Shapley
12 decomposition showing that race and ethnicity explain around
13 5 percent or less of the decision.  And I should say that the
14 final model described on this slide as the multiplicative model
15 is a very complex model.  It essentially allows every factor to
16 be considered differently based on the student's race and
17 ethnicity.  Let me give you an example so that it doesn't sound
18 like technical jargon.
19     If I have a student who is Hispanic, say -- this model
20 would allow an Hispanic student's test scores, GPA, class
21 rank -- all of those things to be considered somewhat
22 differently by the admissions officer who knows that the
23 student is Hispanic.  This would be a world in which admissions
24 officers try to take race and ethnicity into context whenever
25 they look at any other factor on a student's application.

1  It's, therefore, a very complex model, and the Shapley

2  decomposition shows that race and ethnicity explain only

3  5.6 percent of the admissions decision.

4  Q.  Thank you.  Now, did you also use a Shapley decomposition

5  on Professor Arcidiacono's preferred models?

6  A.  Yes, I did.

7  Q.  And is that analysis reflected on Slide 13?

8  A.  It is, yes.

9  Q.  Can you walk us through that analysis, please?

10 A.  So Professor Arcidiacono's preferred model, as I understand

11 it, is what he calls Model 4.  It is a model that does include

12 those ratings variables, and I performed a Shapley

13 decomposition on that -- on that model.

14     And when I performed that Shapley decomposition, I saw that

15 for in-state students, 2.7 percent of the admissions decision

16 was accounted for by race and ethnicity; and on the

17 out-of-state students, 6.7 percent of the admissions decision

18 was due to race and ethnicity in Professor Arcidiacono's

19 preferred model.

20     This might also be a good time to talk a little bit about

21 what is desirable in a model as regards to R-squared.

22 Q.  Did you say R-squared?

23 A.  R-squared.

24 Q.  So Professor Arcidiacono testified that his preferred

25 model, Model 4, both the in-state and out-of-state version, had

1  R-squared of roughly .7 in state and .5 out of state.

2      Why doesn't his higher R-squared indicate that his model is

3  a better or more accurate model because of that higher

4  R-squared value?

5  A.  R-squared is not a way of measuring the accuracy of a

6  model, and maximizing R-squared is not a desideratum or goal

7  when we are modeling.  Maximizing R-squared is simply not

8  something that we, as serious statisticians, would consider

9  trying to do.  In fact, an easy way to maximize R-squared is

10  simply to put a lot of random variables into a regression,

11  garbage variables.  With enough random variables, I guarantee

12  that I can create a model that has an R-squared of .99.  I just

13  have to add enough garbage.  So clearly that cannot be the

14  desideratum.

15      Instead, what we are trying to do with models is be

16  accurate.  That means that the model predicts as well out of

17  sample as it predicts in sample.  In other words, I use one

18  sample of data to estimate the model, my model now.  Then I

19  take it to another very similar set of data, and I see whether

20  the model still performs well.  If it performs equally well in

21  sample and out of sample, then it is an accurate model and

22  predicts well.  That is the measure of accuracy.  That is our

23  goal.

24  Q.  Thank you.

25      So we'll turn, I think a little bit later, to a little more

1  about the concept of accuracy.  But to summarize what you've

2  just talked about and testified regarding the Shapley

3  decomposition, what is your takeaway with respect to the role

4  of race in the UNC admissions process?

5  A.   Race simply cannot be a dominant factor in the UNC

6  admissions process because it plays a minor role regardless of

7  which model one uses, whether it is my preferred model -- the

8  pie chart that's shown on the left of this slide -- with

9  1.2 percent, or we divide that into an in-state and

10  out-of-state version -- that's in the middle pie chart -- where

11  we see 1.2 percent and 6.2 percent, respectively, for in state

12  and out of state, or whether we take Professor Arcidiacono's

13  most preferred model where we see 2.7 percent for in state and

14  6.7 percent for out of state.

15       I think the message is the same regardless of these

16  model choices.  Race and ethnicity is not playing more than --

17  it's just not playing a large role across the admissions.

18  Q.   And, Professor Hoxby, did you say model -- "regardless of

19  these model choices"?

20  A.   That's right.  Regardless of these model choices, race and

21  ethnicity is not playing a dominant or even close to a dominant

22  role in the admissions.

23  Q.   And when you referred to this slide, were you referring to

24  Slide 14?

25  A.   I was referring to Slide 14.  Thank you.

1    Q.   Thank you.

2         Let's turn now to another analysis that Professor

3    Arcidiacono discussed in his testimony, his decile analysis

4    based on his academic index.

5         Did you prepare a slide on this?

6    A.   Yes.

7    Q.   And is that Slide 15?

8    A.   Slide 15.

9    Q.   Perfect.

10   A.   Yes, Slide 15.  Thank you.

11   Q.   What is the first reason you find Professor Arcidiacono's

12   decile analysis to be misleading?

13   A.   Well, first, I think I should say that it is all based on

14   an admissions index that Professor Arcidiacono invented.  I

15   myself don't like to call it the academic index because it's

16   not actually used by UNC, or any other college or university of

17   which I am aware.  So I like to think of it as Professor

18   Arcidiacono's index, which is fine, but it's idiosyncratic to

19   him.

20        Okay.  So Professor Arcidiacono creates this index using

21   only test scores and grades.  And according to his index, he

22   puts people into decile -- puts students -- puts applicants

23   into deciles according to his index, and each decile contains

24   10 percent of the student applicants to UNC.

25        But the thing that's very misleading about this table is

1  that some of those deciles are very important to the UNC

2  admissions process, and some of them are almost irrelevant to

3  the UNC admissions process.

4      So, for instance, Decile 10, where students have highest

5  test scores and grades, is very important to the UNC admissions

6  process because so many of UNC's actual admits come from that

7  one decile.  And the same thing is true of the deciles just

8  below, Decile 9 and Decile 8.  Then there are deciles in the

9  middle where some applicants end up getting admitted, but, by

10  no means, these are not nearly as important to the admissions

11  process.  And then those would be Deciles 4 through 6 for

12  in-state students and 5 through 7 for out-of-state students.  I

13  tend to call these the on-the-bubble deciles or on-the-bubble

14  students.  And that's -- that's a colloquial expression to

15  refer to the fact that these are students who might be tipped

16  just sort of one way or the other way, depending on some small

17  factor, being tipped into the admitted or rejected by some

18  small factor.  Deciles 1 through 3 are essentially irrelevant

19  to the UNC admissions process regardless of whether looking at

20  in state or out of state.

21  Q.  Why, in examining whether race is a dominant factor, should

22  you look at -- should you not look at a small subset of

23  admitted students?

24  A.  You do not want to look at a small subset of admitted

25  students, not -- not just for considering whether race and

1  ethnicity is a dominant factor, but for considering whether

2  anything is a dominant factor.  And I think I -- it would help

3  if I gave you an example that's a little bit removed, and then

4  I'll move back to race and ethnicity.

5      So let's say that a student is a very good violin player

6  and might contribute substantially to UNC's student orchestra.

7  I could find a student who was just on the bubble of being

8  admitted or rejected, really just going back and forth, really

9  close to the edge; and if the admissions officer were to

10 realize that that student was a good violinist, it might tip

11 this student from rejection to admission.

12     Now, you could say in that one student's case that being

13 a -- that playing the violin was something that determined

14 whether the student was rejected or admitted, and that would be

15 true for that one student, but it would certainly not be true

16 that we would say that UNC's admissions process is dominated by

17 violin playing.

18     Similarly -- did I -- was I heard?

19 Q.  You're heard.

20 A.  Similarly, we could look at some students who are just on

21 the bubble of being rejected or admitted, and those students'

22 contribution to the racial and ethnic diversity of UNC might be

23 influential when the admissions officer was trying to make that

24 rejection/admissions decision, just tipping them one way or the

25 other way; but that does not mean that race and ethnicity is

1  playing a dominant role throughout the admissions process with

2  regard to the whole pool of applicants.

3      That's why we have the Shapley decomposition.  It's there

4  to help us.  It's a scientific way of understanding the answer

5  to this question.

6  Q.  Thank you.

7      Can you please explain your last bullet point on Slide 15?

8  A.  So Professor Arcidiacono tends to not consider that there

9  are many factors that may be observable to the admissions

10 officers but are not observable to us, the statisticians.

11 These are -- it's important to realize that we call these

12 unobservable factors, but we don't really mean that they're not

13 observable to anyone.  What we mean is that they're not

14 observable to us, the statistician.

15     So an example would be the quality of the student's writing

16 in his or her essay, or it might be personal qualities that

17 come across in the letters or essays.  Those are unobservable

18 factors, and they are important in the admissions process.

19 You'll recall that they explain about 57 percent of the

20 admissions process, unobservable factors.

21     Well, when we put people into deciles and assume that the

22 only things that matter are test scores and grades, as this

23 decile analysis does, we are essentially pushing those

24 unobservable factors to the side and pretending that they don't

25 exist, whereas they still do exist.  In fact, they're more

1 important than the observable factor.

2     So when we look at someone, say, in Decile 5 for the

3 in-state students, the student who is admitted from Decile 5 is

4 going to probably be a student whose unobservable factors look

5 unusually good.  That's because we know that the students in

6 Decile 5 do not have unusually high test scores and grades, but

7 some of them are still admitted.  So it must be that their

8 unobservable factors are what makes them attractive to

9 admissions officers.  It could violin playing.  It could be

10 their contribution to racial and ethnic diversity.  It could be

11 that they're a genius debater in high school.  We don't know

12 what it is, but there is something there that the admissions

13 officer can see for the students who are admitted from, say,

14 Decile 5.

15     And when -- in Professor Arcidiacono's analysis, he tends

16 to treat these unobservable factors as though they didn't

17 exist, as though it were just random which students got

18 admitted from Decile 5.  And this is across the board.  It

19 doesn't matter what race.  There are students who are white and

20 Asian admitted from Decile 5, but many students are rejected

21 from Decile 5 who are white and Asian, so there must be other

22 factors that are unobservable to the statisticians but can be

23 seen by the admissions officers.

24 Q.  Let's turn now to another analysis that Professor

25 Arcidiacono presented in his testimony to the Court:  The

1  calculation of average marginal effect on the probability of

2  admission.

3      Does Slide 16 present a response to that analysis?

4  A.  It does, yes.

5  Q.  Can you please give us an example of an econometric context

6  in which it makes sense to calculate the marginal effect?

7  A.  Sure.  If we were in a randomized control file -- and I

8  think I'm going to use a medical example because that's easier

9  for most people.  Say we have a real drug and we have a

10 placebo, and we divide a large sample of people -- let's say

11 10,000 people get the real drug and 10,000 people get the

12 placebo -- and then we see what happens.  That's a classic drug

13 trial.

14     It's important in this context that people be randomly

15 assigned either to the real drug or to the placebo, and it's

16 also important in this context that I said there were 10,000

17 people in the drug arm of the trial and 10,000 in the placebo

18 arm of the trial.  The reason why both of those things are

19 important is that it is fair to assume, according to the law of

20 large numbers, that the people getting the treated -- the real

21 drug and the people getting the placebo are the same on all

22 other characteristics on average.

23     Okay.  So now I have my drug trial, and I can see how the

24 people with the real drug do in terms of their health, and I

25 can see how the people with the placebo do in terms of their

1   health.  And that is the marginal effect of the drug, holding
2   everything else constant, because I created two groups that
3   were going to be the same.  And I might take that marginal
4   effect averaged over the 10,000 people who, in fact, got the
5   drug compared to the people who got the placebo, and that
6   average marginal effect would be a perfectly reasonable thing
7   to report in such a context.
8   Q.  Do you believe that the marginal effect is applicable in
9   the context of UNC admissions decisions?
10  A.  No, it's not in the way that Professor Arcidiacono uses it,
11  and that's for a very simple reason.  When we look at UNC
12  admissions data, it is not a randomized control trial.  The
13  data are not generated by an experiment, a true experiment or
14  any type of experiment.  They're generated by real behavior of
15  real people and many students to UNC.  Therefore, all other
16  things are not held constant.  They're just to give you an
17  example so that we can think about this.
18      If we think that a student -- if we know that a student is
19  Hispanic in the applicant pool, we cannot say all other things
20  are constant.  An Hispanic student might be likely to have
21  parents' education being somewhat different, perhaps lower,
22  than non-Hispanic students.  An Hispanic student might be more
23  likely to come from a high school that was less highly
24  resourced.  An Hispanic student might have had less access to
25  AP classes and programs in his or her high school.  We cannot

1    put all of those things in constant.

2        When we sort of flip a student from being white or Asian to

3    being an underrepresented minority, other things move too,

4    right?  That's correlation, and that correlation means that it

5    is not like the drug example where we held everything else

6    constant and we just turned the placebo into the real drug back

7    and forth, everything else staying the same.

8        In the UNC admissions example, once we start to put a

9    student's race, we also move all of the other things because

10   that's just the way the data are.  And so, therefore, this

11   average marginal effect cannot be interpreted in the same

12   straightforward way as I proposed in the drug example that I

13   gave you.

14   Q.  And that criticism of improperly flipping a switch, so to

15   speak, on race, while holding all other factors constant, apply

16   to Professor Arcidiacono's transformation examples?

17   A.  Yes, all of his transformation examples are essentially

18   trying to do the same thing.  They're trying to flip a

19   student's race, say, from white, African American, or the other

20   way around; and in each case he's calculating an average

21   marginal effect and suggesting that it somehow is going, thus

22   the marginal effect of switching race, but, in fact, that's not

23   just a sensible statistical thing to do under these

24   circumstances.

25   Q.  On this slide, you also refer to Professor Arcidiacono's,

1  quote, shares.  Professor Arcidiacono testified that the share

2  of out-of-state African American applicants admitted due to

3  racial preferences was 91.1 percent.  And we see that on -- is

4  this the table you prepared in the bottom right corner

5  reflecting that?

6  A.  Yes.  This table shows that, yes.

7  Q.  So what does this analysis that you did relating to

8  Professor Arcidiacono's calculation of shares show?  Let's

9  focus on that 91.1 percent.

10  A.  So just to be clear so that we can all focus on the same

11  number, that 91.1 percent is in the very bottom row of the

12  table, showing what Professor Arcidiacono calls the share due

13  to race and ethnic preferences, and that's the 91.1 percent in

14  the African American applicant column, okay?

15      All right.  So it -- I think the way it -- it would be easy

16  to interpret this as 91.1 percent of the admissions decision

17  was due to race and ethnicity in the case of African American

18  applicants; but, in fact, because this is not a proper

19  statistical way to calculate the share of the admit/reject

20  decision that's according to race and ethnicity, those shares

21  add up to far more than a hundred percent.

22      For instance, we can see that the share due to SAT

23  preferences that's in the top row is 100 percent, and then the

24  share due to GPA preferences is 21.1 percent.  The share due to

25  the essay writing preferences is 100 percent.  The share due to

 1    the personal quality rating preferences is 100 percent.  It all

 2    adds up to 543.4 percent, the decision.

 3         Well, there's a pretty obvious way in which this cannot be

 4    the right way to divide up the admissions decision into shares

 5    or buckets, or whatever you wish to call them, because you

 6    can't possibly divide something up into more than 100 percent

 7    of the total.

 8         So this -- this method that he has of calculating shares is

 9    not statistically valid.  It's essentially why we do the

10    Shapley decomposition.  That is the right way to understand the

11    marginal effect of any type of factor or group of factors.

12    This type of analysis is simply incorrect.

13    Q.  And we just spoke about the share in quotations for African

14    American applicants and admits.

15         Does the same conclusion apply with respect to Hispanic

16    students?

17    A.  Yes.  So the -- the so-called share due to race and

18    ethnicity preferences for Hispanic applicants is 70.2 percent.

19    Q.  And what's the total, according to Professor Arcidiacono's

20    measure of shares for Hispanic applicants?

21    A.  It is 557.4 percent.

22    Q.  Let's turn now to Slide 17.

23         Professor Arcidiacono emphasized not just the marginal

24    effect of racial preferences, but the average marginal effect.

25         What's your response to that point?

1  A.  Well, we move on to look not at the average marginal
2  effect, but, instead, at the median marginal effect.  Even if
3  we accept this shares analysis, which I do not, we would still
4  want to look at how the median student is affected.  That would
5  mean half of the students were above, half of the students were
6  below.  With the average marginal effect, it grossly
7  exaggerates the role of outliers.  And let me give an example
8  because I think that will help with our understanding.

9      Let's say I have a student who Professor Arcidiacono's
10  model predicts has a 10 percent probability of being admitted
11  to UNC, and I do his shares analysis and flip the student from
12  being one race to another race, and his model says that this
13  student's probability of admission goes from 10 percent to
14  90 percent.  Okay.  That's an 80 percent increase, according to
15  his modeling.  That means I could have 80 other students,
16  according to his model, lose just 1 percent in their
17  probability of admission to UNC.

18      For instance, I could have students who go from 68 percent
19  to 67 percent.  I could have 80 students like that, and they
20  are completely offset by this one student in his model who goes
21  from 10 percent to 90 percent.

22      So we can see that this student with a very big change in
23  the models predicted admissions probability outweighs 80
24  students, potentially.  And, in fact, that does happen in his
25  model, because if we look at the median marginal effect, as he

1  defines it, then what we see is that it is very, very small

2  compared to the average marginal effect, showing that the

3  average is dominated by outliers.

4  Q.  And is that reflected on the two charts on the right of

5  Slide 17?

6  A.  Yes.  So let's look at the in-state chart which is on the

7  top on the right-hand side of this slide.  So Professor

8  Arcidiacono's so-called marginal effect of race is

9  12.7 percent.  This is from his Table 3.3 for in-state students

10 who are African American; but if we look at the median marginal

11 effect of race for African American in-state students, it's

12 only 1.2 percent, demonstrating that the average must be highly

13 influenced by outliers.

14     We can see that the same thing is true if we look at

15 out-of-state African American students -- those are shown on

16 the chart that's just below -- or if we look at Hispanic

17 students where, for instance, on the in-state students, the

18 so-called marginal effect of race drops from 9.7 percent, if we

19 consider the average, to 2 percent, if we consider the median,

20 again showing that outliers are dominating these statics that

21 he is calling shares.

22 Q.  Thank you.

23     On Slide 18, do you have one final criticism of Professor

24 Arcidiacono's calculation of average marginal effect?

25 A.  Yes.  It is that those of us who do modeling, we always

1    need to have a kind of humility because our models only explain
2    part of the way the world works, and we need to pay attention
3    to the fact that many of the things that happen in the world
4    cannot be explained by our models.  That's particularly true
5    here in the admissions decision where so much of the admissions
6    decision appears to be nonformulaic or holistic, and,
7    therefore, our models are only picking a part of the admissions
8    decision to begin with.

9        When Professor Arcidiacono chose marginal effect, he's only
10   reflecting changes in the probabilities predicted by his model,
11   sort of pushing aside the fact that the model only explains a
12   share of the admissions rejection decision, so when a -- you
13   may recall when we were discussing the last slide, I said the
14   student could be predicted by the model to have a 10 percent
15   probability of admission or predicted by his model to have a
16   90 percent probability of admission.  That was -- I kept saying
17   "within the model," essentially.  In fact, that student may
18   have had a completely different admissions probability than
19   10 percent or 90 percent because the model is only explaining a
20   share of things.

21       So if you -- if you always say things within the model, you
22   keep ignoring the fact that the model doesn't explain
23   everything.  You are, in fact, doing a sort of injustice to the
24   data because you're not trying to fully explain what's really
25   happening in the world.

1  Q.  Thank you.

2      Let's turn now to a concept you raised before of accuracy

3  of a model.  And let's turn to Slide 19, please.

4      Professor Arcidiacono focused on your discussion and

5  calculation of mean squared error in assessing the fit of a

6  model.

7      Did you also do an entirely separate test for overfit?

8  A.  Yes, I did the correct test for a nonlinear model, which is

9  due to Bilger and Manning, and I believe you'll be able to find

10 that in my report.

11     As I said before, admit/reject is not a linear model.  It

12 is a choice model where we're going admissions/rejection.

13 There are two choices.  That's our binary model.  Then for

14 nonlinear models, the best measure of overfitting is due to

15 Bilger and Manning cited in my report.

16     I did those tests, yes.

17 Q.  Did Professor Arcidiacono respond to that analysis?

18 A.  Well, he did not do Bilger and Manning tests, so far as I

19 know.

20 Q.  Okay.  Thank you.

21     Which -- so looking at Slide 19 -- you might have said this

22 before, but how do you calculate the accuracy of a model, in

23 your opinion?

24 A.  The accuracy of a model is how well it performs out of

25 sample compared to how well it performs in sample.  That's --

1  when you say a model is accurate is that we estimate it on one

2  set of data and we then try it out on another set of data to

3  see whether it still predicts accurately.  If it does not

4  predict as well out of sample as in sample, we say that a model

5  is overfit and cannot be used to predict accurately.  So

6  that's -- it's a relative measure.

7      Even if your model does -- has a very high R-squared in

8  sample, if it then predicts worse out of sample, it isn't an

9  accurate model.  And I mentioned before that I can always

10 maximize the R-squared of a model in sample.  It's very easy to

11 get it to be a very high number.  So then the test would be

12 whether that apparently very high R-squared model, when I take

13 it out of sample, does it still do well -- just as well.

14 That's what we're looking for.  In fact, people often split

15 their data into two halves, and they estimate the model on one

16 half of the data, and then they test, or validate, the model on

17 the other half of the data to ensure that their model is not

18 overfit.

19 Q.  Would it also work if you tested one year of data in sample

20 and multiple years out of sample?

21 A.  Yes, that would also work.  So, for instance, I could

22 estimate the model on the 2014 admission cycle at UNC and then

23 use another admission cycle like 2015-'16 or 2016-'17 as my

24 out-of-sample data and test the model to see whether it

25 performs equally well on those other years of admissions

1   decisions.

2   Q.  Now, if I understand what you just testified, you said this

3   is a comparative measure.  In other words, does that mean we

4   can look across the row for, say, Model 4?

5   A.  Yes.  What you want to do is look across the rows because

6   what matters is the difference between in sample and out of

7   sample.  That's what matters.

8       So, for instance, if we look at Professor Arcidiacono's

9   Model 4 for in-state students that's shown in the little table

10  that's on the top left, we can see that his Model 4, which I

11  believe is his preferred model, has an in-sample mean squared

12  error of .055 and an out-of-sample mean squared error of .074,

13  and that's a pretty big difference.  It's going up by almost --

14  .074 is quite a lot larger than .055.  That difference, in

15  level terms, is .019.

16  Q.  Professor Arcidiacono testified that you could look at the

17  out-of-sample error for one of his models, say Model 7, and

18  compare it to the in-sample error for your Model 9.

19      Do you agree with that?

20  A.  No, that makes no sense, and the reason it makes no sense

21  is that all measures of whether a model is overfit have to do

22  with this relative comparison for the same model in sample

23  versus out of sample.  Okay.  So if we look at his Model 7

24  instance, the in-sample mean squared error is .028.  The

25  out-of-sample mean squared error is .093.  That's a massive

1  difference in mean squared error in sample versus out of

2  sample.  So we know that that model is grossly overfit.  Okay.

3      The fact that --

4  Q.  Please continue.

5  A.  The fact that the out-of-sample mean squared error in that

6  grossly overfit model is .093 is essentially irrelevant to any

7  sort of comparison with another model because what we know now

8  about his Model 7 is that it is grossly overfit.  So it does

9  have a -- a slightly lower out-of-sample mean squared error

10 than my preferred Model 9, but that's just another way of

11 saying he was maximizing R-squared even at the expense of

12 showing a very, very inaccurate model.  You can always get a

13 lower mean squared error by maximizing R-squared, but that does

14 not -- that is not a measure of the accuracy of the model.

15 That Model 7 is grossly overfit and very inaccurate.

16 Q.  Let's turn to Slide 20.

17     Professor Arcidiacono testified that you were wrong in

18 presenting mean squared error across models in terms of a

19 percentage.

20     What's your response to that criticism?

21 A.  Well, I think you can present the in sample versus out of

22 sample in many different ways.  If we look at this table, the

23 key thing always to see is what is the in sample versus what is

24 the out of sample, and are they different.  And if they are

25 about the same in terms of mean squared error, then your model

 1  is not overfit, whereas if it goes up between in sample versus

 2  out of sample, then your model is overfit.

 3      Now, how you want to look at those differences between the

 4  in-sample number and the out-of-sample number, you can do it

 5  however you like.  They're just two numbers.  Okay.  So I could

 6  look at Model 4 and say it goes from .055 to .074, and that

 7  difference is .019.  Okay.  That's one way to look at it.  Or I

 8  could take that .019 and divide it by the in-sample mean

 9  squared error.  That would be as a way to sort of standardize

10  it so I could compare across models, but it's still the same

11  difference in mean squared error.

12      It doesn't matter how you present it, and no one is trying

13  to hide anything here.  We have in-sample mean squared error.

14  We have out-of-sample mean squared error.  You need to look at

15  those two numbers.  That's what tells you whether a model is

16  overfit.

17  Q.  Professor Hoxby, does this discussion of overfit change

18  your conclusion that race is not a dominant factor in the UNC

19  admissions process?

20  A.  No, because my own preferred model, Model 9, which is not

21  overfit, as you can see from the statistics -- it does about as

22  well out of sample as it does in sample -- shows, according to

23  the Shapley decomposition, that race and ethnicity do not play

24  a major role in admissions.

25      And I might mention that we earlier looked at Professor

1  Arcidiacono's preferred model, which is his Model 4.  His model

2  is somewhat overfit.  It's certainly overfit, but it is not

3  grossly overfit.  And we also saw that when we used his

4  preferred Model 4, the Shapley decomposition demonstrated that

5  race and ethnicity play a small role in admissions.

6  Q.  Thank you.

7       **MS. FLATH:**  Your Honor, this might be a good time for

8  our morning break.

9       **THE COURT:**  Yes, I agree.  All right.  Let us take a

10  break.  We will return at 20 after 11:00.

11       **MS. FLATH:**  Thank you.

12     (A morning recess was taken from 11:08 a.m. until

13  11:20 a.m.; all parties present.)

14       **THE COURT:**  You may proceed.

15       **MS. FLATH:**  Thank you, Your Honor.

16  Q.  (By Ms. Flath)  Professor Hoxby, can you please turn to

17  Slide 21 of your demonstratives?

18  A.  Yes.

19  Q.  Professor Arcidiacono testified that his model, including

20  his preferred model, was extremely accurate, over 90 percent.

21  Do you recall that?

22  A.  Yes.

23  Q.  Setting aside any disagreement you might have with his

24  definition of accuracy, what happens if you remove racial

25  preferences from his preferred model and recalculate the

1  accuracy using his approach?

2  A.  So I do not agree with his definition of accuracy, which I

3  think is novel and nonstandard; but even if we accept it, then

4  we can just take his model -- his preferred model, which is

5  Model 4, and assess its accuracy with the racial preferences

6  and then removing racial preferences.  So literally, when we

7  remove the racial preferences, I am zeroing out all of the

8  coefficient on race and ethnic variables, so I am just removing

9  the impact of those variables from the model.

10     All right.  So let's say we do that with the in-state

11  students.  His so-called accuracy is 92.1 percent with the

12  racial preferences, with these race and ethnicity variables,

13  and it falls to 91.1 percent without those race and ethnicity

14  variables.  So that is the reduction in his so-called accuracy

15  of 1 percent.  And if we look at the out-of-state students,

16  it's not all that different.  The reduction in his so-called

17  accuracy is 1.9 percent.

18     So even if we accept this oddly defined accuracy notion, it

19  doesn't really change what we are learning about from his

20  model -- preferred model, which is that it is not race and

21  ethnicity variables that are generating the so-called accuracy;

22  it is other variables that are generating the so-called

23  accuracy.  Race and ethnicity are contributing almost nothing.

24  Q.  And by "almost nothing," you mean contributing almost

25  nothing to the accuracy of his model?

1  A.  Yes.  Race and ethnicity are contributing almost nothing to
2  the so-called accuracy of his model, accepting his definition
3  of accuracy.
4  Q.  Thank you.
5      Did you analyze the allegation in the complaint that the
6  school group review process is used to manipulate the racial
7  composition of the admitted class?
8  A.  Yes, I did do that analysis.
9  Q.  And did you prepare a slide showing the results of that
10 analysis?
11 A.  Yes, I did.  I believe that is Slide 23.
12 Q.  Great.  Starting with the first row, what does Slide 23
13 show us with respect to the school group review process?
14 A.  Let me explain what is being shown on Slide 23 first so
15 that everyone is on the same page.
16     What I did in order to analyze the school group review
17 process is I looked at the class of students who would have
18 been admitted before school group review, and then I looked at
19 the class of students who were actually admitted after the
20 school group review process.  I looked at the racial
21 composition of the before SGR and the after SGR class of
22 students.
23     So, for instance, let's take the first row.  This is for
24 African Americans, and I'm breaking it up separately by the
25 admissions year.  In the 2013-2014 admissions year,

1  10.1 percent of the students were African American before
2  school group review, and 10.1 percent of the class was African
3  American after school group review.  There was no change.

4      In the 2014-'15 school year, the percentage of students who
5  were African American was 9.3 before school group review and
6  fell by 0.3 percent after the school group review process.

7      Similarly, in 2015-'16, it was 10.1 percent African
8  American before school group review, and it fell very slightly
9  by 0.1 percent.  That's the first row of this.
10 Q.  And what did your analysis show in general with respect to
11 Asian applicants?
12 A.  Looking at the second row, we can see that in 2013-'14 the
13 number of Asian students rose after school group review from
14 before to after.  It also rose in 2014-'15, and again in
15 2015-'16 it rose after school group review.  So it appeared
16 that school group review was moving -- if anything, it was
17 moving race and ethnicity towards being just a little bit more
18 Asian.
19 Q.  And what did you conclude with respect to Hispanic
20 applicants?
21 A.  With respect to Hispanic applicants who are shown in Row 3,
22 you can see that in 2013-'14, it dropped after school group
23 review; there was no change at all in 2014-'15; and there was a
24 very small change in 2015-'16, but it was a negative change.
25 The percent that were Hispanic dropped just a little bit.

1  Q.  And what about with respect to white applicants?

2  A.  White applicants are shown in the bottom row of this table,

3  and you can see that in 2013-'14 it was a small positive change

4  after school group review, so the class was very slightly more

5  white; in 2014-'15, something similar happened, the class

6  became slightly more white after school group review; and in

7  2015-'16, there was no change.

8      I should mention, though, that if we look over this table

9  as a whole to understand it as a whole, these are all very

10  small changes.  We're not seeing big changes in the percentage

11  of the class belonging to any racial or ethnic group in the

12  school group review process, suggesting that race and ethnicity

13  is actually not playing any sort of important role in the

14  school group review process, because, otherwise, we would

15  expect these numbers to jump more substantially somewhere.

16  Q.  Thank you.  Now, as a result of all of these analyses you

17  testified about this morning, did you find empirical evidence

18  that race is the dominant factor in the UNC admissions process?

19  A.  No.  I concluded that race and ethnicity could not be a

20  dominant factor in the admissions process, and I feel that

21  every approach that I tried to understand or analyze that

22  question brought me to the same conclusion that race and

23  ethnicity were playing a small role in the UNC admissions

24  process.

25  Q.  Thank you.

1       Let's turn to your second opinion regarding race-neutral

2   alternatives, and let's turn to Slide 25.

3       At a high level, what is your process for testing a

4   race-neutral alternative?

5   A.   Okay.  So testing a race-neutral alternative is a process

6   that has several different steps to it.  The first step is

7   deciding what the alternative is.  So in many cases we were

8   following suggestions from the Plaintiffs or suggestions that

9   might have only been tangentially referred to by the

10  Plaintiffs, but still trying to test any alternative that the

11  Plaintiffs had considered.  So we have a -- that's the first

12  step is to think about what is the alternative admissions

13  process.

14      Once we've decided --

15  Q.   When you say "referred to by the Plaintiff," do you mean in

16  the complaint?

17  A.   Yes, in the complaint the Plaintiffs referred to some

18  race-neutral alternatives they thought would be useful, and so

19  we took up each and every one of those possibilities.  And we

20  tried to also use the race-neutral alternative that was as

21  close as possible, given the papers, journal articles, and

22  books that they had referenced in the complaint.  I believe we

23  also took up a number of race-neutral alternatives that were

24  not suggested by the complaint but that were suggested later in

25  Mr. Kahlenberg's reports.

1  Q.   Thank you.  So after you have decided the race-neutral

2  alternative, what do you do next?

3  A.   The next step is that we have to decide who would apply a

4  race-neutral (indiscernible).

5       (Court reporter requests clarification.)

6  Q.   Was the last word you said "alternative"?

7  A.   Under this race-neutral alternative, yes.

8       I think the most obvious example here idea is that if we

9  were to move from UNC's current admissions process to a top

10 10 percent plan, like that of Texas, we would expect a

11 different set of students to apply, potentially, in the case of

12 Texas, in the top 10 percent of their high school class based

13 on class rank.  So we do have to make a decision about who

14 would apply, and that requires a model.  So that's step number

15 one.

16      Step number two is to determine who would be admitted under

17 the race-neutral alternative.  And for that, I would be using

18 the same sort of admissions models we've been discussing

19 already today.  They are not perfect admissions models because,

20 of course, we did not know everything about a student that an

21 admissions officer can see, but they do -- they do the best

22 that we can do in trying to understand and mimic the UNC

23 admissions process as well as we can.  Not perfect, but that's

24 what we're trying to do.

25      And then the final part of any race-neutral alternative

1  simulation is that we have to decide -- or we have to figure

2  out who would enroll.  It's also extremely important and it's

3  been overlooked, because I do not think UNC really cares very

4  much about who else was in the pool (indiscernible).

5     (Court reporter requests clarification.)

6  Q.  Professor Hoxby, let me help where you were.

7     Why is it important to consider who would enroll as part of

8  a simulation?

9  A.  Right.  It's very important to consider which students

10 would actually enroll because what students experience at UNC

11 is their fellow students in class, in their dorms, in social

12 life.  They do not experience the students who were admitted to

13 UNC and who decided not to enroll.  So we also have to do this

14 last step where we look at the group of students who are

15 admitted and we figure out what percentage of them would enroll

16 at UNC, a very important step.

17 Q.  Regardless of whether we talk about the matriculation phase

18 today, did you run a matriculation model for every race-neutral

19 alternative that you simulated?

20 A.  Yes, I did.  And I believe that it's very important to both

21 compare what the admitted class looks like under the

22 race-neutral alternative to the actual class that's admitted

23 and to compare the predicted matriculated class or enrolled

24 class to the actual enrolled or matriculated class.  In every

25 case under every race-neutral alternative simulation, I looked

1  at both the admitted class and the matriculated class.

2  Q.  After you've gone through this process, how do you compare

3  the results of a simulation against levels of academic

4  preparedness and underrepresented minority diversity?

5  A.  Well, I was asked -- we sort of go back up to the top.  I

6  was asked to conduct race-neutral simulations and conclude from

7  those race -- or draw conclusions of evidence from those

8  simulations about whether there was an alternative that would

9  allow UNC to attain its actuals in terms of racial and ethnic

10 diversity and academic preparedness.  So following that

11 guidance, I compared the results under each alternative to what

12 UNC actually achieves right now, and I tend to call those the

13 actuals.

14 Q.  The actuals; is that right?

15 A.  Yes, I call them the actuals.

16 Q.  In terms of measuring academic preparedness, do you use

17 average SAT score?

18 A.  I use average composite SAT scores.  And I should add that

19 ACT scores are translated into SAT scores using the same

20 concordance tables that UNC and all other colleges and

21 universities use.  So when I say SAT scores, I do not mean

22 merely the students who take the SAT, but the students who take

23 either the ACT or the SAT where they're all being put into the

24 same basis.  But, yes, I do use SAT scores as an indicator of

25 academic preparedness.

1  Q.  And why even for in-state applicants do you consider

2  average SAT as compared to average SAT and GPA?

3  A.  Okay.  So the difficulty with using GPA in addition to SAT

4  is that different high schools have quite different grading

5  standards.  This is really obvious in the data.  And,

6  therefore, if we use GPA in addition, what we tend to do is

7  just create a misleading error because we cannot compare a 3.0

8  from one high school to a 3.0 in another high school and assume

9  it's the same thing.

10      I wish to say very clearly that I do not consider the SAT

11  or the ACT to be perfect measures of academic preparedness, not

12  at all.  These tests are imperfect.  They have issues.  There

13  are issues around bias in these tests.  There are issues

14  regarding test retaking.  So they are not perfect academic

15  indicators, but they are standardized across high schools, and

16  so they are the way that most economists and statisticians do

17  try to judge academic preparedness.  As imperfect as they are,

18  they are better than the alternative -- they are better than

19  other types of indicators.

20  Q.  So to be clear, do you offer any judgment or opinion on

21  whether UNC should consider implementing an alternative

22  admissions process that results in a decline in racial

23  diversity?

24  A.  I was asked to offer an opinion on whether UNC could use a

25  race-neutral alternative to attaining current levels of

1  academic preparedness and race and ethnicity, and I really
2  don't have any opinion on what decline UNC -- that's not what I
3  was asked.
4  Q.  And the same holds true for any decline in average SAT
5  score, even if it's a decline of, say, 10 SAT points on
6  average?
7  A.  I was asked whether UNC could use a race-neutral
8  alternative to attain its current levels of academic
9  preparedness, and that's what I am prepared to give evidence
10 on.
11 Q.  Against that backdrop, how do you consider the concept of
12 workable in assessing race-neutral alternatives?
13 A.  I tried any race-neutral alternative that seemed workable
14 to me in the following sense:  One, you can rely on data that
15 UNC could actually gather.  That was the first criterion.  And
16 then the second criterion was that it should be an alternative
17 that I believed a real admissions office would implement, even
18 assuming that it might be hard for the admissions office to
19 implement it in the first few years.  I was willing to consider
20 that, but I didn't want to consider alternatives that appeared
21 to me to simply be unimplementable.
22 Q.  Let's talk a little more specifically about how you
23 approached these hypothetical simulations.
24      Turning to Slide 26, in creating a simulation, what
25 assumptions did you apply?

 1  A.  Well, what I was trying to do at a high level was consider

 2  if every race-neutral alternative that I considered was the

 3  best possible chance of attaining the actuals, of attaining

 4  what UNC is actually achieving now.  And so, inevitably, when

 5  one is going through this type of procedure, one has to make

 6  some assumptions, and I always tried to make them, you know,

 7  matter, that would favor the alternatives or make the

 8  race-neutral alternative look as good as possible.  In that way

 9  I think you could say that I chose assumptions to kind of give

10  each race-neutral alternative a ceiling, its highest possible

11  level that is realistic of being able to achieve the actual.

12  But I made several assumptions to try to do that.

13  Q.  What was the first assumption you made with respect to the

14  applicant pool?

15  A.  So the first assumption that I made is a very important

16  one.  I assumed that even under the race-neutral alternative

17  all of the people (indiscernible).

18       (Court reporter requests clarification.)

19  Q.  You assumed even under the "race-neutral alternative"?  Was

20  that the right word?

21  A.  Yes, that was the right word.  Thank you.

22  Q.  Please continue.

23  A.  Even under -- I'm sorry.  Please do interrupt me if you

24  can't hear me, because I really -- I'm really sorry if you

25  cannot.  I know how frustrating that must be.

1    Even under the race-neutral alternative, I assume that all
2  of the students who currently apply to UNC would continue to
3  apply.  Now, this is an important assumption, and it is very
4  much favoring the race-neutral alternatives.  And let me
5  explain why.

6    When Texas and California moved to having race-neutral
7  admissions processes, in fact, many students who had previously
8  applied to the University of Texas or Texas A&M or Berkeley
9  stopped applying, and they stopped applying because they were
10  less favored under the race-neutral alternative than they had
11  been favored under the previous admissions system.  And so it
12  is not the case that all students will continue to apply.

13    For instance, I can imagine that there might be a very
14  high-achieving African American student who might be applying
15  to UNC now and would say, Gosh, UNC has moved to a race-neutral
16  admissions system; my contribution to racial and ethnic
17  diversity will not be considered; and, furthermore, the racial
18  and ethnic diversity of the UNC class might decline, and so,
19  therefore, I will apply to Duke instead; I'm not going to apply
20  to UNC anymore.

21    What I have assumed is that all of the students who apply
22  now would continue to apply under a race-neutral alternative.
23  I think you can see that that is optimistic for the
24  race-neutral alternatives.  This is really a big assumption
25  that I make here to favor the race-neutral alternatives.

1  Q.  What else did you assume with respect to the applicant pool

2  that would apply under a race-neutral alternative?

3  A.  Under any race-neutral alternative, we know that some

4  students who would not have been -- who would not have had a

5  high probability of admission before will have a significantly

6  higher probability of admission.  I'm going to call those the

7  newly eligible student because they are the students who are

8  made more eligible for admission by the race-neutral

9  alternative than under the current admissions system.

10      What I assume is that 75 percent of the highly qualified,

11  newly eligible students, in fact, apply to UNC.  This is also

12  an optimistic assumption because it's assuming that there is a

13  very high rate of newly eligible students immediately saying to

14  themselves, Gosh, I think I can get into UNC maybe now by

15  putting that in under the old admission system; I'm going to

16  surge forward and apply and do all of those things, even though

17  there may be not very much data to support someone like me

18  having been successful in UNC admissions in the past.  It's an

19  optimistic assumption.

20  Q.  Now, you used in all of your simulations the NCERDC data.

21  How did that data influence your assumption on test scores?

22  A.  In north -- the NCERDC data are taken straight from the

23  administrative records of North Carolina public schools.

24  They're administrative data.  One of the things that happens in

25  North Carolina is that in March of their junior year, all

1  students, with very few exceptions, are required to take the

2  ACT.  That's what I'm going to call the mandatory ACT test.  In

3  addition, nearly all students who are in the NCERDC data have

4  ACT scores from that March of their junior year of testing.  I

5  should add that many of them do not prepare for that mandatory

6  test taking.  It's just something that comes along in their

7  junior year, and they kind of have to do it.

8  Q.  Professor Hoxby, if you might just slow down a tiny bit.  I

9  think that will help the court reporter and our video

10 connection.  I'm sorry to interrupt.  Please continue.

11 A.  No, please do remind me.  I tend to speak quickly by

12 nature, and so I'm -- I need to be reminded and I don't mind at

13 all.

14     So that's the mandatory March-of-the-junior-year test

15 taking for which most students do not prepare, especially

16 students who do not believe that their ACT score is going to

17 make an important difference in admission to college.

18     If a North Carolina student believes that he or she is

19 going to be applying to UNC, then typically that student would

20 either retake the ACT, so two testings of the ACT, or might

21 take the SAT after having that mandatory ACT testing.  There

22 are even some students who take the SAT or ACT more times than

23 two, who take them multiple times.

24     What I'm assuming, again to try to favor the race-neutral

25 alternative, if that -- is that a newly eligible student would

1  take the test at least twice, so either retaking the SAT --

2  sorry -- retaking the ACT or taking the SAT after having taken

3  the ACT.

4      Now, why does that matter?  This sounds a little bit

5  technical, but it does matter because if we think about a

6  student who would not have considered applying to UNC before

7  and then we put that student's data into the simulations, that

8  student would probably have had a higher ACT or SAT score if he

9  or she was actually applying to UNC.  So what I do is I add 40

10 SAT points to the score of any student who only took the ACT

11 once in the mandatory testing, and that helps boost the

12 race-neutral alternatives relative to the actuals.  It helps

13 make the race-neutral alternatives look better.

14     I should say that that 40 points is not just something that

15 is ad hoc; rather, it comes from very serious research

16 conducted by ACT about the effect of retaking the exam.

17 Q.  You spoke a little earlier about why it's important to

18 consider who would enroll under a new -- under any admissions

19 process.

20     What did you assume with respect to current enrollment

21 probability?

22 A.  What I did for this part of the procedure was that I

23 assumed that current enrollment probabilities would continue to

24 hold.  This is not a particularly complicated part of the

25 procedure.  I have a very simple model of what is the

1  probability that a student will enroll conditional on that
2  student having been admitted.  Even though I said this is
3  simple, it is not something that we can just ignore.  And let
4  me give you an example.
5      UNC is a very selective university, but it is not the most
6  selective university in the United States; and, therefore,
7  students who have extremely high test scores, grades, and other
8  qualifications such that they might be admitted to one of the
9  top private universities in the United States -- let's just say
10 Princeton, as an example -- have a somewhat lower probability
11 of matriculating at UNC if admitted than a student who might
12 have qualifications that are more squarely in the middle of the
13 student body at UNC.  And, therefore, I cannot just assume that
14 every student has an equal probability matriculating.  Students
15 who are more likely to have good alternative opportunities are
16 a little less likely to actually matriculate at UNC.
17 Q.  So let's turn now to the very simulations that you ran.
18     On Slide 27, you describe your -- you describe your
19 approach as exhaustive.  In what way do you consider your
20 approach to have been exhaustive?
21 A.  Well, first, I did try to consider every race-neutral
22 alternative plan that was proposed or suggested, even hinted at
23 in any way by the Plaintiffs in the complaint or in any other
24 expert report.  So that's the first way in which I considered
25 it to be exhaustive.

1       And you will see that I considered 82 different

2   socioeconomic plans, five top X percent plans, two

3   geography-based plans, and then a bunch of additional concepts

4   that were suggested by Mr. Kahlenberg.  So that's the first way

5   in which it was exhaustive.

6       The second way in which it is exhaustive is that I tried

7   very hard under each one of those plans to allow for a wide

8   range of possibilities about how a plan would actually be

9   implemented.  I think we're going to talk about that later in

10  some detail, but I was -- I was trying to allow for a wide

11  range of possibilities.

12      And then the third way in which I tried to be exhaustive is

13  I tried -- I've already emphasized that I chose assumptions

14  that try to get me to something that was like a ceiling for

15  each plan; but, in addition, on two important occasions, I

16  created a way of doing the race-neutral alternative which was

17  purely designed to maximize the power or the ability of the

18  race-neutral alternative to attain the actual.

19      These two -- these two demonstrations were -- they're

20  not -- in some sense they're not truly race-neutral because I

21  was simply going out there to say, Can I come up with a

22  race-neutral alternative that will attain the actuals using all

23  of the data that I had at my disposal?  And so it was our --

24  they are -- they were really just designed to try to make a

25  race-neutral alternative work as much as possible, regardless

1  of any of the other suggestions.

2  Q.  And based on this exhaustive approach, how many simulations

3  resulted in attaining UNC's actuals measured in terms of

4  average SAT and underrepresented minority representation?

5  A.  Zero.

6  Q.  Let's turn to something that the Court has heard about:

7  Socioeconomic status-based plans.  And I will do my best to not

8  trip over that phrase.  If I call it SES at times, that's going

9  to be why.

10     Mr. Kahlenberg testified about socioeconomic status-based

11  plans at some length.  But at a high level, how do you describe

12  the logic behind this approach as a race-neutral alternative?

13  A.  The idea of an SES-based plan is that there are going to be

14  some socioeconomic indicators that will be correlated with this

15  condensed race or ethnicity.  And so if we say that the

16  race-neutral alternative has to be blind to the race -- in

17  other words, it cannot use race and ethnicity variables -- we

18  might be able to use these other variables in combination to

19  come up with a proxy for race and ethnicity that might help UNC

20  create a class that was racially and ethnically diverse even

21  though admissions officers would not know anything about a

22  student's race and ethnicity.  And these types of proxies

23  depend on the idea that socioeconomic variables are correlated

24  or highly correlated with a student's race and ethnicity.

25  Q.  And you list certain socioeconomic status indicators on

1  Slide 28.  Would all of these indicators be available to a
2  need-blind admissions office?
3  A.  Yes, with a certain amount of work, I think, involved.
4  These are not currently in the hands of any admissions office
5  so far as I know in the United States, but they could be
6  available to the admissions office.

7     For instance, when I say the percentage of adults with
8  educational attainment ranging from essentially none to a
9  doctoral degree, that's something about the neighborhood in
10 which a student lives.  And so currently I do not believe UNC
11 admissions officers have that kind of data at their fingertips,
12 but they could have it if they had a data officer, or someone
13 like that, who tried to bring in data to contribute to that
14 process.

15    Similarly, the mean number of dependents or the percentage
16 of families headed by a single parent.  I also looked at
17 whether people owned their own homes and their house value if
18 they did own a home.  These are not variables that UNC has
19 right now, but they are potentially variables that they could
20 have if they made enough effort.
21 Q.  Did you empirically test the correlation between
22 socioeconomic status indicators and race using data in this
23 case?
24 A.  Yes, I did.  I did it both in the Carolina Connect data --
25 so that's the data from the applicants at UNC -- and I also did

1  it in a much larger data set called the American Community

2  Survey where -- that is a -- it's related to the Census.  It's

3  a 1 percent sample of the U.S. population.  And, furthermore, I

4  did this analysis in the NCERDC data set.  That's the data set

5  of all North Carolina public school students.  So I tried to do

6  it in all three of those data sets.

7  Q.  And does Slide 29 reflect your analysis?

8  A.  It does.  And this is -- I think is very interesting

9  because what I do is I start off with all students in

10  North Carolina, and what I'm trying to understand is how good a

11  job can I do with these SES variables in predicting a student's

12  race.

13     So North Carolina students -- all North Carolina students

14  on the top row.  As you can see, if I look at all

15  North Carolina students, I make errors in predicting race

16  83 percent of the time.  And I think it's worthwhile saying,

17  Why am I making mistakes?  It's not that socioeconomic

18  variables don't matter.  It's not that socioeconomics doesn't

19  matter.  It's just that in North Carolina socioeconomics is not

20  that correlated with race and ethnicity.  Okay.

21     I think sometimes in the popular imagination people think

22  all African American students are poor and all white students

23  are nonpoor.  That just isn't true in reality, and it's

24  especially not true in North Carolina.  Or someone might say

25  all African American students go to schools that have a high

1  rate of free and reduced lunch, and all white students go to
2  schools that have a low rate of free and reduced lunch.  That's
3  just not true.

4      So when we actually make use of the true data, what we find
5  is that we make mistakes all the time because the socioeconomic
6  variables are not particularly good indicators of a student's
7  race and ethnicity.  That's what we're looking at here at the
8  top, which is this 83 percent error rate.
9  Q.  And on the rest of the slide, you include varying SAT
10 thresholds, moving from an SAT over 1000 to an SAT over 1260.
11 Why do you do that?
12 A.  It's because what really matters for UNC is not whether I
13 can predict a student's race and ethnicity for any student.
14 UNC applicants are high-achieving students.  So I need to get
15 into the range of students who are actually fairly likely to be
16 admitted to and to enroll at UNC.

17     So if we look at that bottom line, SAT scores above 1260,
18 that's really the heart of the UNC class.  That's really --
19 those are students who are in the heart of the UNC class.  They
20 make up a lot of the student body at UNC.

21     Well, now I'm trying to predict their race and ethnicity
22 using these socioeconomic variables, and you can see that the
23 error rate is 94 percent.  And the reason that this makes
24 complete sense, the reason why it's higher is that a student
25 who is an underrepresented minority, who is a high-scoring

1  student in North Carolina -- so let's take an Hispanic student
2  with an SAT score of 1260 -- that student is less likely to be
3  in poverty, to go to a high school with a very high rate of
4  free and reduced lunch, to live in an area where very few of
5  the adults have, say, a college degree.  That student is just a
6  little less likely to live in one of those areas.  So as I go
7  towards higher and higher-achieving students, the socioeconomic
8  variables do less and less well at substituting while actually
9  being able to observe a student's race and ethnicity.
10  Q.  And just to be clear, when you talk about this proxy and a
11  socioeconomic status indicator, are you talking about a single
12  variable or all of them?
13  A.  No, I'm talking about using all of them in combination to
14  predict race and ethnicity as well as I possibly can.
15  Q.  Thank you.
16      Let's turn now to some of the specific socioeconomic
17  status-based simulations that you tested.
18      On Slide 30, do you list how you go about doing that?
19  A.  Yes.  The first step which is listed under Point 1 is that
20  I construct an SES index measure for every applicant.  And this
21  SES index measure is going to be based on all of those
22  socioeconomic variables that we've just been discussing, some
23  of which we didn't get a chance to discuss, but there are a lot
24  of them.  Okay.  So I have to create an SES index for each
25  applicant.

1       Then the next step is because I want to test the full range

2   of every race-neutral alternative -- so I don't want to just

3   create one version of it and test that and then leave all the

4   other versions on the cutting room floor; instead, I define a

5   range of emphasis -- that's the weight that the SES index gets

6   in admissions -- and I also define a threshold for what will be

7   considered to be a low SES student.  So I can give you a simple

8   example.

9       A simple example would be that I say about 750 places in

10  the admissions -- in the admitted class are going to be set

11  aside for low SES students.  That would be the emphasis, but I

12  could increase the emphasis and make it 1,000 students or I

13  could decrease the emphasis and say we get 500 students.  That

14  would be the range of emphasis.

15      And then there's also a threshold.  So I have to decide

16  what is a low SES student.  That's not actually an obvious one

17  to answer.  It's not obvious.  So I want to consider a range.

18  Do you have to be in the bottom 20 percent based on SES?  Could

19  you be in the bottom 25 percent?  Do you need to be in the

20  bottom 15 percent?  That's the threshold.  So I'm moving the

21  threshold around.  I'm moving the emphasis around.  That way I

22  get to test the full range of what this race-neutral

23  alternative could do.  I'm not testing this one little case.

24  Q.  For each SES simulation you ran, how many versions did you

25  test using these different ranges of emphasis and threshold?

1  A.  20.

2  Q.  So for each of the 82 different socioeconomic status-based

3  simulations, you ran 20 versions?

4      I'm sorry.  I think I messed up the math.

5      For each simulation you ran 20 versions?

6  A.  That's right; for each immolation I ran 20 versions, yes.

7  Q.  This is why lawyers should not do math.

8      What did you do next in creating your socioeconomic

9  status-based simulation?

10 A.  Okay.  So now we have -- we now have -- we sort of set out

11 what we're going to do.  We created the SES index.  We've

12 decided we're going to look at all of these different ranges of

13 emphasis and thresholds, and we really get to stress test this

14 race-neutral alternative.  And now we have to predict which

15 students would be admitted, and that's what I call the SES --

16 or the SES -- it's not just SES, but that's the part of the

17 process where I'm trying to use the SES index to admit the

18 class, giving extra favorability to the low SES students in

19 the -- in admission to the class.  And I do that in a way

20 that's very favorable to the race-neutral alternative because

21 what I am assuming is that the students are admitted by UNC

22 from that SES-disadvantaged class -- disadvantaged applicant

23 pool in order of being the most qualified for UNC to the least

24 qualified for UNC.

25      I know this part is a little confusing.  Let me just say

1  perhaps I had decided that there should be 750 students set

2  aside for low SES students, 750.  So I start with the most

3  qualified low SES student, and I just keep admitting students

4  until I get to 750 students from the low SES pool.

5      Now, this really favors the race-neutral alternative

6  because I'm basically assuming that all of these low SES

7  students -- not all of them, but a lot of them are applying to

8  UNC, and that when UNC is doing its admissions process, it's

9  paying a lot of attention to things like test scores and

10  grades.  So it's going to make the race-neutral alternative to

11  achieve the actuals which are average SAT scores.  So this part

12  of the process is very favorable to the race-neutral

13  alternative's ability to achieve the outcomes.

14  Q.  And what's your final step?

15  A.  The final step is what I call "completing the class."  So

16  we just described how we admit the students who are in the 750

17  who are low SES, but we still need to admit the rest of the UNC

18  class.  And this is a kind of tricky thing to do.

19      So it's tricky because what we want to do is be absolutely

20  as realistic as possible, but we clearly cannot assume that

21  every student who would have been admitted now under the

22  current process would be admitted in the future to UNC because

23  there would be simply fewer seats for them.

24      So what we do to complete the class is that we take a

25  random draw from the -- from the current students who get

1  admitted to UNC.  So we know that UNC, under the current

2  process, thought they were a good applicant, would randomly

3  draw students and use those students to complete the class,

4  because we don't want to -- we want to be as close as possible

5  to what UNC is actually doing, but we don't know which students

6  would end up being admitted or not admitted under a future

7  scenario.  We don't just complete the class by drawing randomly

8  once.  We randomly draw a hundred times in a row in order to

9  try to figure out what that -- what the rest of the class would

10  probably look like in a realistic kind of way.

11  Q.  Now, Mr. Kahlenberg testified that that "completing the

12  class" phase, as you just described it, was not race-neutral.

13      Is that true?

14  A.  In some sense it is not, but it is also by not -- I -- it

15  is designed to be favorable towards the race-neutral

16  alternative.  Let me explain why.

17      So you'll remember that I gave you the example of the

18  student before who was African American and very high achieving

19  who might decide not to apply to UNC after the race-neutral

20  alternative was put in place.  A student might decide to apply

21  to Duke or Princeton or whatever other college.  So that

22  student is still going to be there in the pool of admits when I

23  am starting to randomly pull out students and assume that they

24  are admitted to UNC.

25      In actuality, a high-achieving African American student

1  would probably be less likely to be in the pool of applicants

2  because the student would have decided, I prefer to go to

3  another school; maybe it's more race conscious or has a more

4  racially diverse class.

5      So by allowing that student to still remain in the pool of

6  students from which I'm choosing randomly a hundred times, I

7  have favored the race-neutral alternative because I have kept

8  the racially diverse underrepresented minority applicants in

9  the pool of applicants, even when they might have actually

10 dropped out under the race-neutral alternative.  This will help

11 the race-neutral alternative look good because it will mean

12 that I can achieve both higher racial and ethnic diversity and

13 higher test scores of completing the class in the way I do.

14     So I'm not disagreeing with Mr. Kahlenberg, but I think he

15 doesn't -- he wasn't being very clear about the logic of

16 whether this favored the race-neutral alternative or somehow

17 didn't.  I'm not sure what his logic was.

18 Q.  Turning to Slide 31, I think you covered many of these

19 assumptions, but did you make additional assumptions specific

20 to the SES plans?

21 A.  Yes.  So the first favorable assumption for the SES plans

22 was that I assumed that if we could identify -- first of all, I

23 assumed that UNC could identify all socioeconomic disadvantaged

24 students.  I actually consider this to be a pretty optimistic

25 assumption because, in fact, there is no admissions office in

1  the United States, to the best of my knowledge, who is doing

2  something as sophisticated as UNC would be required to do to

3  identify all socioeconomically disadvantaged students.

4       This would be a huge data effort and a huge analytic effort

5  at UNC.  It is possible for sure, but it is not something that

6  anyone is doing now.  So that is the assumption I made, and as

7  I say, it's optimistic.

8       The second assumption that I made is that UNC would be able

9  to get the socioeconomically disadvantaged students who apply

10  at the same rate as current well-qualified applicants.  Again,

11  this is pretty optimistic because this is saying essentially we

12  get a poor student from a high school where almost no one has

13  ever applied to UNC in the past, very rare to see applications

14  from that high school, and we assume that that student has the

15  same probability of applying to UNC as a student from, say,

16  North Carolina, you know, Academy of Math and Sciences.  That

17  seems to me like a pretty optimistic assumption.  Because for

18  some students it's very natural to apply to UNC.  It's

19  something all their peers are doing.  It's something their high

20  school counselor is used to doing.  And I'm assuming that

21  somehow the student who is from that high school -- almost no

22  one does this.  It just kind of instantly turns into an

23  applicant.

24       The second thing -- can I go on?

25  Q.  Please.

1  A.  Okay.  The second thing I did was assumed that UNC chose to

2  admit the highest scoring student.  So I think we talked about

3  this a little bit when discussing the previous slide, but this

4  is also -- it's not an optimistic assumption.  It's just an

5  assumption that favors the race-neutral alternatives because it

6  allows the race-neutral alternative to have its best shot of

7  achieving the actuals, so essentially assuming a way -- some of

8  the things that we know UNC would actually consider -- UNC does

9  not just admit the highest scoring students.  That's not the

10  way the real process works, but I assumed that it was in order

11  to favor the race-neutral alternative and to give it its best

12  shot at trying to hit the actuals.

13      And then I also assumed that the current admitted

14  applicants would continue to enroll exactly in the way that

15  they are enrolling now.  Again, this favors the race-neutral

16  alternative.  There may be people who are put off by the fact

17  that the racial and ethnic diversity of the university would

18  have changed or the admissions process would have changed.  In

19  fact, we have seen that in places like Texas and California.

20  It is not the case that all students are just indifferent to

21  the admissions process or to the makeup of their peers at

22  college.

23      So, again, this really favors the race-neutral alternative.

24  Q.  Great.  Let's talk now, as we've already discussed the

25  "completing the class" phase, about some of the categories of

1  SES-based simulations that you ran.

2      So turning to Slide 32, please explain the various SES

3  indices you used.

4  A.  Okay.  So every SES index has to have a kind of logic to it

5  because you're taking many, many variables -- SES-based

6  variables, and you're trying to combine them so in some way

7  that would be serving for a proxy for being -- it's a good

8  indicator for being low SES, and it also needs to be a

9  (indiscernible).

10      (Court reporter requests clarification.)

11  Q.  Professor Hoxby, if you could just slow down a little bit

12  more.

13  A.  I'm sorry.  Let me go back and say that every SES index is

14  going to have to have some logic to it.  That's because we have

15  a lot of SES variables that we are including, and we can

16  include them in a fairly complex, elaborate way; and so,

17  therefore, there needs to be some kind of a logic for how we

18  translate many SES variables into an index.

19      So two of the indices that were suggested by an article

20  referenced in the complaint are the four-year college index and

21  the two-year college index.

22      So here's the logic of the four-year college index.

23  Basically, it says if this socioeconomic variable predicts that

24  a student is less likely to apply to a four-year college or

25  enroll in a four-year college, we are going to assume that that

1 socioeconomic variable is bad for college enrollment.  So we'll
2 give that socioeconomic variable more weight in the index.
3     And if it -- if a -- if a variable, instead of having
4 parents who have a graduate education, predicts that students
5 are more likely to apply to a four-year college, we will say
6 having parents with a graduate education is going to suggest
7 that you are not a low SES student.  Okay.
8     So we're using the probability of a student going to a
9 four-year college to help us understand which variables put a
10 student at a disadvantage in the college admissions process, in
11 the college preparation process, in sophistication about
12 college going.  We're really using that indication of four-year
13 college to help us put the proper weights on the various
14 socioeconomic variables.
15 Q.  Is that --
16 A.  The two-year college -- I'm sorry.
17 Q.  I was going to say, does the two-year college index follow
18 the same logic, just tailored to attending a college for two
19 years rather than four?
20 A.  Yes, it follows exactly the same logic.  The only
21 difference is that the outcome that is helping us make these
22 decisions about the weights is whether a student attended a
23 two-year college or not.
24 Q.  At a high level, how do you construct what you call a
25 striver index?

1  A.  So a striver index was also suggested by -- or hinted at by

2  one of the -- or possibly two in the complaint.  A striver

3  index is the difference between the actual test score that a

4  student achieves and the predicted test score that a student

5  achieves.  The striver index is meant as an intuitive matter

6  to -- to suggest that a student is outperforming the

7  expectations that we would have for a student based on his or

8  her socioeconomic background.  So I think that's the -- that's

9  the logic of the word "striver"; this person is striving beyond

10 his or her socioeconomic background.

11 Q.  And, finally, you talk a little bit about both your

12 composite proxy as well as the very favorable index you

13 created.  Is that the race-predicting index?

14 A.  Yes.  So the race-predicting index is specially designed to

15 try to allow socioeconomic variables to do the best possible

16 job substituting for race and ethnic indicators.  In some ways,

17 it's not really a logical index.  It's an index that I put out

18 there simply to see what could I achieve with socioeconomic

19 variables regardless of whether there's some nice logic like

20 there is with the striver index or the four-year college index.

21 It's just designed to maximize the possibility that

22 socioeconomic variables can substitute.

23     So in some sense it's not really a race-neutral index

24 because I need to use race in order to construct it.  I'm

25 literally just trying to predict race and ethnicity using

1  socioeconomics, which is obviously not truly race-neutral in

2  some sense, but I'm really trying to push the socioeconomic

3  variables to give me as much explanation as they possibly can.

4        **MS. FLATH:**  All right.  I know we're coming close to

5  sort of the lunch break, Your Honor.  I could certainly take

6  Professor Hoxby through a simulation, or we can do that after

7  lunch.

8        **THE COURT:**  How long do you think that that --

9        **MS. FLATH:**  I think we can do a few minutes on this

10  one, and then we can break.  Would that work?

11        **THE COURT:**  All right.  That works.

12  Q.  (By Ms. Flath)  So, Professor Hoxby, let's turn to Slide

13  33.

14      And this graphic relates to the simulations you ran based

15  on the four-year college -- four-year

16  likelihood-of-attending-college index, correct?

17  A.  That's correct, yes.

18  Q.  And what does each dot on the graphic represent?

19  A.  So this is a fairly complicated graph, so I want to make

20  sure that we all understand what's going on.  There's a bit

21  going on here.

22      So the horizontal axis, we're looking at the number of URM

23  students who end up being admitted to UNC.  And on the vertical

24  axis, we're looking at the average test score of URM

25  students -- underrepresented minority students.  I hope it's

1 okay if I now say URM. It's just a little quicker.

2     All right. So at this point in the process, I'm just

3 looking at the disadvantaged stage, so the stage in which I

4 admit a certain number of socioeconomically disadvantaged

5 students. This is before the completed class. I'm just trying

6 to look at admitting students who are considered to be

7 socioeconomically disadvantaged and then trying to see what do

8 I -- can I get the actuals for underrepresented minorities in

9 this first disadvantaged stage.

10     So the first thing to notice is that green dot. That shows

11 you the actual class, the number of URM students, and the

12 actual test scores of URM students in 2014-'15. That green dot

13 is very important.

14     Then the rest of the figure is divided up into four

15 quadrants. The upper right-hand quadrant is where we would

16 like to see a race-neutral alternative end up because that is

17 the zone in which in this disadvantaged stage -- in other

18 words, admitting the socioeconomically disadvantaged

19 students -- we attained both higher test scores and more racial

20 and ethnic diversity. So if we had a race-neutral alternative

21 that could do that, then a dot would end up in that sort of

22 shaded quadrant.

23     In the quadrant that's just below that, so the bottom

24 right-hand quadrant, if a plan ends up being there, then it

25 means that we -- that the class would have more URM students,

1    but that they have lower test scores than the actuals.

2        If you end up in the upper left-hand quadrant, then that

3    means that the race-neutral alternative has fewer URM students,

4    but that they have higher test scores.

5        And the quadrant that you really do not want to end up in

6    is that bottom left-hand quadrant where the race-neutral

7    alternative achieves less racial and ethnic diversity than the

8    actuals, and it also has lower test scores than the actuals.

9        So those are the four quadrants that you have.

10   Q.   And does each dot represent one of the 20 simulations that

11   you ran in performing this socioeconomic simulation?

12   A.   It does.  So each time I am testing the four-year

13   college-related socioeconomic index, I try it with a different

14   emphasis and a different threshold -- we talked about that a

15   little bit before -- to stress test the entire range of what

16   this type of plan could do.  And you can see that most of the

17   dots end up in that bottom left-hand quadrant where UNC has

18   both fewer URM students admitted and they have lower test

19   scores.  So it's worse on both grounds than the actuals.  And

20   you can see in no case does the race-neutral alternative do as

21   well as the actual class, which is the green dot.

22   Q.   And for each of these 20 dots, after running 100 different

23   lottery draws to complete the class, did you find any

24   socioeconomic status-based race-neutral alternative using this

25   index that would achieve UNC's actuals?

1  A.  No.  After completing the class in the way I described

2  earlier, I was never able to find a race-neutral alternative

3  using this index that achieved UNC's actuals, even with the

4  favorable assumption I was making.

5         **MS. FLATH:**  Your Honor, I think that's a good time to

6  break for lunch.

7         **THE COURT:**  All right.  Thank you.

8      We are going to recess for lunch at this time.  We will

9  resume at 1:35.

10     (A noon recess was taken from 12:35 p.m. until 1:35 p.m.;

11  all parties present.)

12        **THE COURT:**  You may proceed.

13        **MS. FLATH:**  Thank you, Your Honor.

14        **THE COURT:**  Uh-huh.

15  Q.  (By Ms. Flath)  Professor Hoxby, let's turn to the

16  simulations involving the race-predicting index which you

17  discussed earlier.  Let's turn to Slide 34 of DX506.

18     Now, other than the measure of socioeconomic status or the

19  index, do you run these simulations precisely as we just

20  discussed with respect to the first index that you measured?

21  A.  Yes.  The rest of the exercise is identical to the exercise

22  that I performed with the four-year college-related

23  socioeconomic index.  The difference is that I'm using now a

24  socioeconomic index which is designed specifically to maximize

25  the power of socioeconomic variables to help me predict race

1  and ethnicity so that, therefore, this exercise is really

2  trying to test the absolute ceiling of what could be achieved

3  by a socioeconomic index in a race-neutral alternative.

4  Otherwise, though, the exercise is the same.

5  Q.  And what is your conclusion after running these simulations

6  based upon that race-predicting index with respect to whether

7  this alternative would replicate UNC's actuals?

8  A.  So in no case out of the 20 cases that I used to stress

9  test this race-predicting index was I able to see that UNC

10 could attain its current racial and ethnic diversity and its

11 current level of academic preparation, and this is for a fairly

12 simple reason that we have discussed a little but during the

13 morning, and, that is, that although socioeconomic variables

14 are somewhat correlated with race and ethnicity in the state of

15 North Carolina, they are not highly correlated with race and

16 ethnicity in the state.  And, therefore, it's simply not

17 possible -- even when you use all of them together in the way

18 that maximizes their power, it's simply not possible to proxy

19 very well for race and ethnicity not being there in the

20 application there.

21 Q.  Thank you.

22    Let's turn now to some of the critiques you offer on

23 Mr. Kahlenberg's approach to socioeconomic status-based

24 simulations.  Are those listed on Slide 35?

25 A.  They are, yes.

1  Q.  And can you give us an example of an unrealistic assumption
2  that you believe Mr. Kahlenberg makes?
3  A.  Well, I think that the most unrealistic assumption and the
4  one that has very, very large effect is that Mr. Kahlenberg
5  frequently fails to allow for the fact that the applicant pool
6  would change if the admissions process changed.  This has a
7  very important effect on the outcomes of his simulations
8  because it creates an unrealistic environment in which none of
9  the newly eligible students who would be guaranteed admission
10 or would have had their admissions probability go up by a great
11 deal decide to apply.  So that means we're never adding newly
12 eligible students to the pool who might be less qualified, and
13 also we're never changing the racial and ethnic composition of
14 the applicant pool because we're keeping it the same.

15      And that's -- this is terribly unrealistic.  Certainly has
16 not happened in other states like Texas and California where
17 plans have been changed to race-neutral alternatives; the
18 admissions pool does change.

19      But, more importantly, this assumption creates a kind of
20 mechanical effect, that Mr. Kahlenberg's simulations tend to
21 have very similar racial and ethnic diversity to the actual
22 admitted pool, and they tend to have very similar test scores
23 to the actual admitted applicant, because if you keep all of
24 the students the same and you just change the purported
25 admissions process, there's -- the admissions -- the pool of

 1  admits is only going to change.  So we see that all the time in

 2  Mr. Kahlenberg's simulations that assume that the pool of

 3  applicants doesn't change.

 4  Q.  What other criticism do you have with respect to

 5  Mr. Kahlenberg's general approach to SES-based simulations?

 6  A.  Well, my second main criticism is just that the boosts for

 7  having -- having low SES, which he -- he defines in various

 8  different ways, depending on his simulation; but in each case,

 9  the boost to having low SES is extremely large, unrealistically

10  large, so large that it would essentially remove the ability of

11  UNC to practice holistic admissions at all.  In some cases, the

12  boost is so great that a student would, in effect, have

13  hundreds of SAT points added to his or her composite ACT score,

14  in the 400, 500 range -- it depends on the simulation, but it

15  could be as high as 800 points added to the student's SAT

16  score.

17  Q.  And what's your final criticism of Mr. Kahlenberg's

18  simulations?

19  A.  I'm not sure this is my final criticism, but another

20  important criticism of Mr. Kahlenberg's SES simulations is that

21  I do not believe that the question at hand is whether an SES

22  plan can boost socioeconomic diversity.  I believe that the

23  question at hand is whether an SES-based plan can attain the

24  current levels of racial and ethnic diversity in academic

25  preparation.

1  I think there's no doubt in my mind that an SES-based plan

2  that gives very large boosts to students who are low SES could

3  indeed change the socioeconomic composition of UNC's class.

4  And I am not the one who is at all adverse thinking about the

5  importance of socioeconomic diversity, but that does not appear

6  to be the question at hand.

7  Q.  So to summarize on socioeconomic status-based plans, do you

8  disagree with the general logic of such a simulation?

9  A.  I believe that all of Mr. Kahlenberg's SES-based

10 simulations are misleading and that they do not lead us to

11 evidence on which we could reliably, you know, indicate to UNC

12 that it could have an SES-based plan.  I think they're just

13 wrong in some of their assumptions and would potentially send

14 UNC down a path that would -- where it would not get at all

15 what Mr. Kahlenberg predicts.

16 Q.  Turning now to another category of race-neutral

17 alternatives that you tested, let's talk about place-based

18 race-neutral alternatives.

19 And turning to Slide 36, I think a percentage plan is

20 probably a little simpler than what we've just discussed, but

21 as a general matter, what is a top X percent plan?

22 A.  Well, the most famous top X percent plan in the United

23 States is Texas' top 10 percent plan in which students who are

24 ranked in the top 10 percent of their high school class are

25 automatically admitted to the Texas flagship universities,

1  Texas A&M or University of Texas at Austin.  So it's a very

2  clear plan.  That's normally what people think of when they

3  think of a top X percent plan.  It defines a group of students,

4  and they get automatic admission, assuming that they can show

5  that they are in the top X percent.

6      The reason why I've kept using the word "X" is that we

7  don't know what that percentage would be before we actually

8  look at the data for a state because what might be possible in

9  Texas with top 10 percent might not be possible in

10 North Carolina because it just has a different population and

11 the size of its state flagship university is different as well.

12 So it really just depends on the number of students who are

13 eligible and the number of seats that are available at the

14 flagship university.

15 Q.  So you ran a top X percent plan and used the top

16 7.95 percent for admitted students; is that right?

17 A.  That's correct, yes.

18 Q.  And that's shown on Slide 38?

19 A.  It is.

20     That 7.95 percent was picked so that we would fill the

21 normal number of admission places or slots at UNC.  So the

22 7.95 percent is not arbitrary; it's just a number that comes

23 out if we're trying to fill all those admission slots with

24 top-ranked students in North Carolina high schools.  And that's

25 what I'm showing on this chart.

1  Q.  So having admitted the top 7.9 percent of North Carolina
2  public high school students, what happens to the average test
3  score under this simulation?
4  A.  So the test score of an average student who is admitted at
5  UNC drops by 77 points, not exactly the same across different
6  racial and ethnic groups.  For instance, if we look under
7  African American, African Americans' test scores dropped by 129
8  points and Hispanic students' test scores dropped by 99 points.
9  You'll notice the changes for white and Asian students are
10  smaller.
11  Q.  Now, if we look at the bottom blue bars showing the results
12  of racial diversity, walk us through what would happen under
13  this 7.95 percent plan.
14  A.  So under this 7.95 percentage plan, the prediction is that
15  there would be sort of mixed results on racial and ethnic
16  diversity.  I think it's first worthwhile looking at the
17  underrepresented minority students, and you'll see there that
18  there are 67 more African Americans predicted to be admitted
19  but fewer Hispanic students and fewer Native American students,
20  so those almost offset one another so that the total number of
21  URMs is not actually changing very much.
22      If we add up all of those categories, you will see that
23  there are more white students admitted and fewer Asian American
24  students admitted; and while those don't completely offset one
25  another, though, they do somewhat offset one another.  So,

 1  again, not a big change in the total number of the combined

 2  group of white and Asian American students.  So just a sort of

 3  mixed pattern of results overall.

 4  Q.  As a general matter, what is the necessary precondition for

 5  a percentage plan like this to be able to produce racial

 6  diversity?

 7  A.  The logic of a percentage plan like this is that students

 8  are segregated in their high schools.  If every African

 9  American student attended an all-African American high school

10  and every Hispanic student attended an all-Hispanic high

11  school, and so on for each one of the other racial and ethnic

12  groups, then when we admitted 7.95 percent of the students from

13  each high school, what we would end up doing is representing

14  the racial and ethnic diversity of the state of North Carolina.

15  That's just -- it's a matter of math, basically.  It's just the

16  math behind it.

17      Now, the reason why that 7.95 percent plan does not end up

18  giving us something that looks just like the racial and ethnic

19  composition of students in North Carolina is that students are

20  not attending all one-race, one-ethnicity high school in the

21  state of North Carolina.

22  Q.  Let's turn now to the percentage plan that you simulated

23  with respect to enrolled students on Slide 39.

24  A.  Ms. Flath, may I point out, with regard to the last point

25  that we were making about high schools, that the more

1  desegregated North Carolina's high schools become in the
2  future, the worse that a plan like this would work in terms of
3  achieving racial and ethnic diversity.

4      So these plans really do depend not only on having a high
5  level of segregation currently, but also maintaining that high
6  level of segregation into the future.

7      So I just wanted to make clear that that's an important
8  point, in my opinion.

9  Q.  Thank you.

10 A.  So the --

11 Q.  So let's look now -- 7.95 changes to 7.29; is that right?

12 A.  That's correct because we're now looking at enrolled

13 students.  So when we look at enrolled students, we have to

14 change the percentage a little bit to make the percentage of

15 students who are automatically eligible under the plan fit into

16 the number of seats that UNC has, but I don't think that

17 difference between 7.59 and 7.29 is terribly important.

18 Q.  And what happens to the average test scores for enrolled

19 students under a percentage plan?

20 A.  For enrolled students, the average student has test scores

21 that are 76 points lower.  Again, I think it's really

22 worthwhile looking at the differences for some different racial

23 groups.  For instance, African Americans' test scores fall by

24 122 SAT points and Hispanics fall by 96 SAT points.  Both

25 whites and Asians have smaller decreases in their test scores

1  of 63 points for whites to 39 points for Asian Americans.

2  Q.  And what happens to racial diversity under this simulation?

3  A.  Under this simulation, much as with the admitted students

4  at whom we were looking on the previous slide, we have a sort

5  of mixed bag of results.  There are 55 more African Americans,

6  but that's somewhat offset by a fall in the number of Hispanics

7  and Native Americans.  They don't completely offset one

8  another, but there isn't a very big change in URMs overall.

9  And then whites and Asians also largely offset one another so

10  that there is hardly any change in the number of whites and

11  Asians in the class if you look at them as a group, although

12  there's something of a little trade between whites and Asians

13  there.  But, overall, race and ethnic diversity really doesn't

14  change much.

15  Q.  Let's talk specifically now about Mr. Kahlenberg's

16  percentage plans.

17      And on Slide 40, you refer to percentage in quotes.  Why is

18  that?

19  A.  Well, because Mr. Kahlenberg's main percentage plan is one

20  that is not based on class rank, for instance, like the Texas

21  plan or other plans in the United States or the ones that I was

22  considering.  Instead, what Mr. Kahlenberg is assuming is that

23  UNC estimates Professor Arcidiacono's Model 4 and then applies

24  that model to the students who apply to UNC, only the students

25  who apply to UNC.  There are never ever any other students

1  considered in this top X percent plan.

2      Those students are then ranked according to Professor

3  Arcidiacono's Model 4 prediction of their probability of being

4  admitted to UNC.  So just think of it as largely an academic

5  index, mostly just test scores and grades.

6      And then he says -- Mr. Kahlenberg says, Let's take the top

7  X percent of students based on this model-based prediction.  I

8  think it's just as easy to think of it as maybe being just test

9  scores and grades.  He admits them based in that order for each

10 high school.  So for each high school, it might be

11 4.5 percent -- the top 4.5 percent of that high school, but

12 based on that index that only UNC can compute.  So this is not

13 based on something that a high school itself would actually

14 know or that a student himself or herself would actually know

15 because it has to be computed by UNC essentially.

16 Q.  Are you aware of any university that has implemented a top

17 X percent plan that is not based on high school class rank?

18 A.  No.  And the type of plan that Mr. Kahlenberg is assuming

19 could be implemented is problematic in the following way:  If

20 the student does not actually apply to UNC, then the UNC index

21 cannot be computed.  So all the students in the state of

22 North Carolina -- or at least all those who thought they had

23 some plausible possibility of being admitted to UNC would need

24 to apply first, have UNC make this calculation first, then UNC

25 would presumably have to report it to the high school and tell

1  the high school, These students in your high school are

2  automatically eligible for admission at UNC and these other

3  students are not.

4      So that's one of the reasons why I do not think this is a

5  realistic plan to implement, because it does require the

6  application of massive numbers of students to UNC and then UNC

7  actually doing this modeling before getting back to the

8  students and telling them whether they're eligible or not or

9  for admission.

10  Q.  When you say that Mr. Kahlenberg fails to properly account

11  for capacity constraints, what do you mean?

12  A.  I mean that in conducting this model, Mr. Kahlenberg did

13  not take account of the fact that UNC cannot admit -- it has a

14  certain limited capacity to admit students and to enroll

15  students.  It does not have an expendable or contractible

16  number of seats, and that sort of reasoning or that sort of

17  logic was not incorporated in his percent plans so that they

18  have a kind of unrealistic way of coming up with numbers that

19  are based on -- that a class that could be far too large or too

20  small.

21  Q.  And, finally, when you say Mr. Kahlenberg overweights test

22  score and GPA when completing the class, what do you mean?

23  A.  Well, Mr. Kahlenberg has some of the same -- the same issue

24  arises in Mr. Kahlenberg's simulation as the rows in some of my

25  simulations.  In other words, we admit some students because

1  they qualify under the disadvantaged stage of the process.  In

2  his case, they're admitted through this top 4.5 percent, say,

3  based on the UNC index; but then that's not enough students to

4  fill out the UNC class, so he needs to complete the class by

5  some means.  And instead of trying to do that in a realistic

6  way, the way I tried to do it using students who were admitted

7  to UNC because I know that they are the sort of students who

8  UNC would like to have in its class -- instead, he just ranked

9  students according to their grades and test scores, equally

10  weighted grades and test scores, and just numbers them in order

11  from the top student with top grades and test scores in

12  North Carolina just going on down, and then he just completes

13  the class like that.

14      Now, the problem with doing that is that it assumes that

15  every single person in North Carolina with top grades and test

16  scores would apply to UNC and that they would always be

17  admitted to UNC, and we know that neither of those things is

18  true.

19  Q.  Let's turn now to the other form of a place-based

20  race-neutral approach, a geography-based plan.

21      To your knowledge, has any university implemented a

22  strictly geography-based admissions plan?

23  A.  No.

24  Q.  So this is entirely theoretical?

25  A.  This is entirely theoretical, and it's not just

 1  theoretical, but it's actually quite difficult to think about

 2  how you would implement such a geography-based plan.  I did

 3  want to consider geography-based plans carefully, but we had to

 4  spend a great deal of time thinking about how could you

 5  actually implement such a plan because many of the sort of

 6  vague proposals that are out there in the ether are not

 7  actually at all realistic or implemental.  So we tried really

 8  hard to come up with the best -- the best implementation we

 9  possibly could given the suggestions that have been made.

10  Q.  And so if a percentage plan, a top X percent plan, uses a

11  high school as its geography measure, what do these broader

12  geography-based plans use?

13  A.  In some ways the idea of the high school class rank-based

14  plans are very helpful for thinking about these geography-based

15  plans because they try in some ways to mimic this high school

16  idea:  Instead of using a high school and ranking students,

17  we're going to take a small level of geography and rank

18  students.  Sometimes people suggest that ZIP codes are used or

19  those ZIP-plus-four codes are used, but those turn out to be

20  impossible to use.  We looked into that.  There are just too

21  many ZIP codes basically.

22      But a census track could be used.  A census track is a

23  well-defined unit of geography.  It corresponds to a large

24  neighborhood in the United States, and the Census designs

25  tracks very deliberately, so that they, in fact, do have some

1  amount of neighborhood integrity.  So it is a pretty good

2  geographic unit to use.

3      Once we have a census track, then we still need to order

4  students from top rank on down and then admit students in that

5  same order.

6      Now, the difficulty -- if I might go on?

7  Q.  Please do.

8  A.  The difficulty is, of course, that not all students in a

9  census track attend the same high school, so they don't

10 actually have -- they're not all ranked in the same class with

11 one another.  Some of them might attend one high school, and

12 the others might attend another high school.  So now we have to

13 rank students on something.

14     So what I ranked them on was a combination of test scores

15 and grades equally weighted, and this tends to favor the

16 geography-based plans' ability to attain the actuals in terms

17 of academic preparation.  As you can see, we're really just

18 choosing students based on their grades and test scores, so the

19 people who are admitted under the geography-based plan are

20 going to look like they have high levels of academic

21 preparedness.

22 Q.  And turning to Slide 42, I think you basically just walked

23 us through that process.  Is that what you did to test this

24 Census Track plan?

25 A.  Yes.  Here is the idea.  I also need to give some

 1  priority -- the idea of a geography-based plan -- I should take
 2  us a step back just so that we all understand what the logic of
 3  it is.
 4      The idea of a census track plan or any geography-based plan
 5  is that coming from certain neighborhoods in the state of
 6  North Carolina puts a student at a disadvantage, and that the
 7  way we understand how disadvantaged this student is is by
 8  looking at the historical admissions rate to UNC among
 9  well-qualified applicants.
10      So, for instance, let's say we found a neighborhood and
11  even though it had numerous well-qualified potential applicants
12  in the past, students were not applying to UNC, or they were
13  not getting admitted to UNC.  So that's its historical
14  admissions.
15      And the way that a geography-based plan works is that you
16  take the census tracks, or neighborhoods, that are most
17  disadvantaged based on this measure, and you give them first
18  priority.  So we're first going to take students from those
19  most disadvantaged census tracks, and then we're going to move
20  through the other census tracks from the most disadvantaged to
21  the most advantaged.  We keep taking students from the top of
22  each one of those census tracks until we fill up all of the
23  seats at UNC.
24  Q.  And having done this, what were the results of your
25  simulation using census tracks?

1  A.   So it's a very significant decrease in the racial diversity

2  of UNC's admitted group of students and enrolled group of

3  students.

4  Q.   So the other geographic simulation that you ran replaced

5  the census track with a race-predicting index; is that correct?

6  A.   Yes.   So I tried to -- to be clear, the first geographic

7  plan that I tested was really suggested by the complaint and

8  some articles that have been referenced in the complaint.   So I

9  took what was in those articles and tried to implement it.   But

10 just because it was referenced in the complaint doesn't mean it

11 could be the most successful geographic-based race-neutral

12 alternative.

13      So then in my Simulation No. 2, I said to myself, Well,

14 let's forget about exactly what was referenced in the

15 complaint.   Maybe that wasn't the most successful geographic

16 plan.   After all, it was purely theoretical.   I'm going to try

17 to come up with the most successful geography-based plan that I

18 possibly can, and by that I mean, I am again going to create a

19 race-predicting index to maximize the number of the nonrace

20 variables for race and ethnicity, but now I'm also going to use

21 geography variables.

22      So I added in a bunch of geography variables to that

23 earlier race-predicting index to make it not just sensitive to

24 socioeconomic factors -- they are still there; so socioeconomic

25 factors are being considered -- but, in addition, there are a

1  lot of geography factors that are being considered now.

2  Q.  And as a result of your simulation using this

3  race-predicting index, including geography variables, what did

4  you conclude?

5  A.  Again, I concluded that UNC would see significant decrease

6  in racial diversity in both its admitted class and its enrolled

7  class.

8  Q.  And you talked earlier about the logic of a percentage plan

9  and that it will only produce racial diversity if the

10  underlying community remains racially segregated.

11     How does that principle apply to these broader

12  geography-based race-control alternatives?

13  A.  Yes, there is a definite analogous logic.  Again, it's all

14  based on the logic of segregation.  If every black student

15  lived in an all-black census track and every white student

16  lived in an all-white census track, and so on for Hispanics and

17  Asians, and Native Americans and so on, then when we did a

18  geography-based plan, such as the first one I examined, the

19  first simulation, what we would find was that UNC's class would

20  have the same racial and ethnic composition as North Carolina's

21  student population, and that's because of that segregation.

22  That's just a matter -- it's just a matter of the math.  It

23  would just pop out.

24     So if North Carolina has desegregated census tracks, that's

25  the reason why these geographic plans do not -- do not allow

1  UNC to mimic the racial composition of North Carolina's

2  students.  Also, for this same reason, it means that the more

3  North Carolina becomes desegregated over time, the more such a

4  plan would automatically break down in terms of its ability to

5  attain racial and ethnic diversity at UNC.

6  Q.  Thank you.

7      So, Professor Hoxby, just to summarize where we are, we've

8  now touched upon each of the categories of race-neutral

9  alternative simulations that you ran affirmatively.

10     Did Mr. Kahlenberg suggest additional concepts or

11  strategies that you also evaluated empirically?

12  A.  Yes.  Each additional strategy that he suggested I

13  attempted to evaluate as well as I possibly could.

14  Q.  And is that reflected on Slide 45?

15  A.  Yes.  So perhaps I could go over the first one briefly.

16  Q.  That would be great.

17  A.  The first one -- the first one that Mr. Kahlenberg

18  suggested was that UNC could make partnerships with

19  disadvantaged high schools.  I believe that UNC's staff may

20  have already discussed a relationship like that.

21     But when I tried to do a prediction, I wanted to create a

22  specific type of simulation to try to see what could be

23  achieved -- what could be achieved under such a plan.  So I did

24  16 different simulations focusing on disadvantaged high schools

25  that had been judged to be disadvantaged based on my previous

1  SES indicators, though I was deliberately saying, Let's find

2  out -- Let's find which are the low SES on average high schools

3  in North Carolina; let's assume that UNC does partnerships with

4  them; let's assume that UNC is available to draw an unusually

5  large number of students from those high schools and bring in

6  those students to UNC.

7      And what ends up happening under scenarios like that is

8  that UNC has an admitted class and an enrolled class with

9  substantially lower test scores.

10  Q.  And what was the other strategy suggested by Mr. Kahlenberg

11  that you tested on an empirical basis?

12  A.  The other the simulation that I tested was the idea that

13  community college transfers would account for a large share of

14  the UNC class.  And here I was being very generous with this

15  race-neutral alternative in the sense that I assumed that of

16  all of the students who expressed an intention to go to

17  community college in the NCERDC data instead of going to a

18  four-year college or university, that UNC would be able to find

19  all of the most well-qualified community college students in

20  this state and get all of them to transfer to UNC, so starting

21  with the most well-qualified community college students and

22  then just, you know, working its way down to fill up some of

23  its seats with community college transfer students.

24      So this was very generous to the community college plan,

25  and, nevertheless, it still resulted in substantially lower

1 test scores for the UNC class.

2 Q.  And did you also look at potential transfers from

3 North Carolina State University?

4 A.  Yes, I did, because I considered that to be the -- the

5 other university in the state of North Carolina where there

6 might be the most students who would be qualified to go to UNC,

7 but who, for whatever reason, would not have applied or been

8 admitted to UNC.

9     So this would be -- it's a less aggressive plan in some

10 ways than the community college transfer plan because we're

11 talking about another, you know, wonderful state public

12 university; but even so, if, instead, UNC went and tried to

13 pick up all of the best qualified students from North Carolina

14 State University and bring them to UNC, it would still result

15 in substantially lower test scores.

16 Q.  So, Professor Hoxby, after this exhaustive approach to

17 simulations, did you find any that reached the actual levels of

18 underrepresented minorities and average test scores achieved by

19 UNC through its race-conscious holistic admissions process?

20 A.  I tested 109 simulations, and I was never able to achieve

21 the actuals.  In other words, both (indiscernible).

22     (Court reporter requests clarification.)

23 Q.  Professor Hoxby, if you could repeat that just after "the

24 actuals."

25 A.  In my 109 simulations, I was never able to achieve UNC's

 1    actual levels of racial and ethnic ethnicity and its level of

 2    academic preparation as measured by test scores, and this was

 3    despite my making very generous assumptions that were favorable

 4    to the race-neutral alternatives, so that I thought I was

 5    really estimating what I would call the ceiling of what was

 6    possible -- realistically possible to reach a race-neutral

 7    alternative.

 8    Q.  Thank you.

 9        All right.  My final topic to cover with you:  Your

10    research is cited in the complaint, is that right, some of your

11    prior research?

12    A.  That's correct, yes.

13    Q.  And so let's -- actually, we'll pull up complaint

14    paragraph 126.

15        And, Professor Hoxby, with the limitations of technology --

16    we would normally show this to you on the screen.  I'll read it

17    just for ease.

18        Paragraph 126 states:  "One study found that between 25,000

19    and 35,000 socioeconomically disadvantaged high school seniors

20    obtain an SAT or ACT in the 90th percentile or higher and had a

21    GPA of A minus or better.  Nearly 6 percent of this group is

22    African American and nearly 8 percent is Hispanic.  A great

23    many of these socioeconomically disadvantaged students

24    'undermatch' by applying to and enrolling at colleges and

25    universities less selective than the ones to which they could

1    have been admitted."

2        And that cites an article written by Caroline Hoxby and

3    Christopher Avery entitled "The Missing One-Offs."

4        Do you agree with the Plaintiff's application of your

5    research to the allegations here?

6    A.   Well, I don't think that that paragraph is a

7    mischaracterization of my research, if that's the question.

8    Maybe you can help me more with the question.

9    Q.   Does your prior research support the Plaintiff's allegation

10   that UNC could use a race-neutral alternative to achieve racial

11   diversity?

12   A.   No, it could not.  So there are two reasons why.

13       The first reason is something that came up in the paragraph

14   that you read, and both in the United States overall and in

15   North Carolina, which is -- I did not investigate

16   North Carolina by itself in that particular paper -- you can

17   see that the vast majority of the students who fit into this

18   category of being high-achieving students who do not apply to

19   selective colleges and universities at present are not

20   underrepresented minorities.  That's true overall in the United

21   States, and it's true also in the state of North Carolina where

22   the vast majority of the so-called one-offs are -- 86 percent

23   of them are non-URMs.

24       So, therefore, if you just go and recruit from the pool of

25   missing one-offs, you will get some underrepresented

1  minorities, yes, but you will also get a great many

2  non-underrepresented minorities.  And, in fact, if we look at

3  the percentage of one-offs from the state of North Carolina who

4  are underrepresented minorities, it is less than the share of

5  underrepresented minorities in the current UNC class.

6      So if we -- if we just -- if we think about it this way for

7  a moment -- let's say we take one student randomly out of UNC

8  and we replace that student with a student who comes from this

9  pool of missing one-offs.  We will systematically be reducing

10 the racial and ethnic diversity of UNC, because the student

11 whom we pulled out at random is more likely to have been an

12 underrepresented minority than the student from this pool.  So

13 it -- in and of itself, this cannot be the solution to the --

14 as a race-neutral alternative.

15 Q.  Thank you.

16      **MS. FLATH:**  Your Honor, no further questions at this

17 time.

18      **THE COURT:**  All right.  Yes, sir.

19      **MR. MCCARTHY:**  Your Honor, we need to get our IT

20 person in here and set up.  Would you like to take the

21 afternoon break now?  It will just take five minutes for the IT

22 person to come in and get situated.

23      **THE COURT:**  We will take our break, and that will

24 allow you to go straight through with your examination of her.

25 So why don't we take a 15-minute break at this point.  So we

1    will resume at 20 minutes before.  All right.

2        (An afternoon recess was taken from 2:21 p.m. until

3    2:40 p.m.; all parties present.)

4              **THE COURT:**  Yes, sir.

5              **MR. MCCARTHY:**  Thank you, Your Honor.

6                          **CROSS-EXAMINATION**

7    **BY MR. MCCARTHY:**

8    Q.  Good afternoon, Dr. Hoxby.

9    A.  Good afternoon, Mr. McCarthy.

10   Q.  Can you hear me okay?

11   A.  Yes, I can hear you very well.

12   Q.  Great.  I sometimes have a habit of talking too quickly,

13   which Ms. Russell has reminded me of, and I will try not to do

14   so that hopefully you can hear me.

15       If at any point you have trouble, please let me know and

16   I'll do my best to do a better job of speaking clearly and

17   slowly.

18   A.  I will.  Thank you.

19   Q.  I'd like to first discuss race-neutral alternatives.

20       You are not offering any opinion on whether any particular

21   race-neutral alternative is workable for UNC, correct?

22   A.  I was asked to opine on the question of whether any

23   workable race-neutral alternative could attain UNC's current

24   actuals in terms of ethnic diversity and academic preparedness.

25   Q.  Understood.

1    And I think we had a discussion similar to this at your
2  deposition. And you are not offering an opinion on whether UNC
3  actually could or should adopt a plan that might be slightly
4  lower or higher than its actuals, correct?
5  A.  What I've tried to opine on and talk about is whether I am
6  aware or can find any workable race-neutral plan that attains
7  UNC's current actuals in terms of racial and ethnic diversity
8  and academic preparation.
9  Q.  So it's about whether they meet the actuals?  That's what
10 your opinion is about, correct?
11 A.  Correct.  That's what I was asked to find evidence on.
12 Q.  Okay.  I just want to make sure of this because there are
13 places, for example -- as you may remember, we discussed in
14 your deposition -- for example, at page 4 of your reply report,
15 you say:  "No workable race-blind alternatives exist at UNC."
16 But in your deposition, you clarified that you were not
17 offering any opinion on whether any particular race-neutral
18 alternative is workable.  You were just opining on whether or
19 not race-neutral alternatives you considered met UNC's actuals
20 in terms of academic preparedness and racial diversity; is that
21 correct?
22 A.  I'm not sure what the difference is, but -- between your
23 last question and this question, but what I was asked to
24 consider was could I find a workable race-neutral alternative
25 that would meet UNC's actuals in terms of its racial and ethnic

1  diversity and academic preparedness, and that is what I

2  attempted to do.

3  Q.  Okay.  I have a little bit of an issue with the word

4  "workable," because I asked you about that several times at

5  your deposition.  And you said that you couldn't answer as to

6  workability, and now it seems today that you're putting that

7  word back in.

8      Are you trying to offer an opinion today on whether or not

9  any particular race-neutral alternative is workable for UNC?

10 A.  When I use the word "workable," I have a definition in my

11 head, which is that it must be a plan that is based on data

12 that are actually available and that could plausibly be

13 implemented by UNC's Office of Admissions.  Even if it would be

14 very difficult for them to implement, I would still consider it

15 to be workable dependent on available data and if it were a

16 plan that would (indiscernible).

17     (Court reporter requests clarification.)

18 Q.  If you could you repeat the last of your answer, Dr. Hoxby.

19 A.  I'll try to repeat it as exactly as I can.

20     What I meant by my definition of workable was that the plan

21 had to be based on data that are actually available, and it had

22 to be a plan that could be implemented by UNC's Office of

23 Admissions.  Even if it were difficult for them to implement,

24 it could still be implemented.

25 Q.  Dr. Hoxby, you do remember sitting for your deposition in

1  this case, correct?

2  A.  Of course, yes.

3  Q.  And afterwards you had an opportunity to review that

4  deposition?

5  A.  Yes.

6  Q.  Okay.  And you took an oath to tell the truth at that

7  deposition, correct?

8  A.  Yes.

9  Q.  And afterwards when you reviewed the deposition, you had a

10 chance to sign an errata sheet noting any errors in it?

11 A.  Yes.

12 Q.  Okay.  We have a copy of your deposition here.  We're going

13 to put it up on the screen, and you should have it next to you.

14 I want you to turn to page 58.

15 A.  If you don't mind, it's just going to take me a moment

16 because I have a lot of --

17 Q.  No problem.  Please take your time.

18     (Pause in the proceedings.)

19 A.  Okay.  I am on the right page, I believe.

20 Q.  Okay.  You should be on page 58.

21 A.  Does it begin with the words "Race-control alternative."

22 Q.  Yes.  Go down to line 22.

23     **MR. MCCARTHY:**  And I should probably note there's a

24 number of occasions where the deposition says "race-control,"

25 and I believe the errata sheet was amended to make them say

1 "race-neutral."  I don't know why that came up several times.

2 So if anyone is confused by race-control in the deposition, I

3 think both sides can fairly say it's race-neutral.  And I will

4 read it like that, if that's okay, Your Honor?

5        **THE COURT:**  That's fine.

6 Q.  (By Mr. McCarthy)  So I'm going to read here for a bit,

7 Dr. Hoxby.  This starts with me talking.

8        "Question:  But in your report, you do express an opinion

9 on the various race-neutral alternatives you consulted in terms

10 of whether you think that they are workable or not, correct?

11        "Answer:  I evaluate each alternative relative to what UNC

12 attains actually now under its current plan.

13        "Question:  So that's what I'm talking -- sorry.  So that's

14 what I'm asking you to do now with a hypothetical one.  Let's

15 say we're starting from UNC status quo, and you evaluated a

16 race-neutral alternative that would increase URM representation

17 by 5 percent but decrease SAT scores by an average of a hundred

18 points.  Is that one that you would say is workable or not

19 workable?"

20        Objection from your counsel, and then you answered:  "I

21 can't answer that question within my assignment.

22        "Question:  Why not?

23        "Answer:  Because in order to answer that question, I would

24 have to have expertise in knowing what the trade-off between

25 the two -- the two goals were, and that is not in my

1  assignment."

2      Were you asked those questions and did you give those

3  answers?

4  A.  Yes.

5  Q.  Okay.  Let's move along further to page 63.  This is

6  further along in the conversation.  If you see at line 7 where

7  it says "Handing you" -- do you see that?

8  A.  Yes.

9  Q.  "Handing you what's been marked as Exhibit No. 3.

10      "Answer:  Yes.

11      "Question:  That is your reply report?

12      "Answer:  Yes, it is.

13      "Question:  Can you turn to page 4 of that report?  Do you

14  have that in front of you?

15      "Answer:  Yes.

16      "Question:  Great.  Do you see the Subheader B there --

17      "Answer:  Yes.

18      "Question:  -- middle of the page?  Great.  Can you read

19  that for me?"

20      And then you read:  "No workable race-blind alternative

21  exists for UNC.

22      "Question:  Okay.  So before the break, you told me that

23  you were really reporting on how race-neutral alternatives did

24  compare to UNC's actuals but not really expressing opinion as

25  to whether a race-neutral alternative would work or not work."

1    Objection from counsel.

2    "Question:  But this seems to actually say that they

3    wouldn't work.  Am I correct about that?

4    "Answer:  In this context, what I mean is there is no

5    race-blind alternative in which I predicted that UNC could

6    achieve its actuals.

7    "Question:  Okay.  So that sentence -- I just want to make

8    sure I understand.  What that sentence means is that you have

9    not found a race-neutral alternative that meets UNC's actuals.

10   "Answer:  I have not found a race-blind alternative that is

11   predicted under my analysis to achieve UNC's alternatives.

12   "Question:  Okay.  By actuals -- we mentioned before levels

13   of URM representation and SAT scores, but are there other

14   actuals that you had in mind as well?

15   "Answer:  Those are the actuals I looked at throughout my

16   reports.

17   "Question:  Okay.  So I just want to understand.  What you

18   mean then by B -- that's Subheader B -- I found no race-blind

19   alternative meets UNC's actuals, correct?

20   "Answer:  Correct."

21   Dr. Hoxby, were you asked those questions, and did you give

22   those answers?

23   A.  Yes.

24   Q.  Thank you.  Your opinion is that race is not a dominant

25   factor in UNC admissions, correct?

1  A.   That is my opinion based on the evidence, yes.

2  Q.   And you take issue with the size of the effect of race that

3  Professor Arcidiacono finds at UNC, correct?

4  A.   I take issue with whether the evidence that he provided

5  gives evidence of the true effect of race and ethnicity in the

6  admissions process.

7  Q.   It's your position that race explains only 1.2 percent of

8  admissions decisions, correct?

9  A.   Well, it depends on the model, but in my preferred model,

10  it explains 1.2 percent of the admissions decision; but in some

11  other models, such as Professor Arcidiacono's preferred model,

12  it explains somewhat more, but always less than 10 percent and

13  usually ranges between 1 percent and about 6 percent, depending

14  on the model.

15  Q.   So in your -- okay.  At the same time, you conclude that

16  there is no evidence that a race-blind alternative would allow

17  UNC to maintain its current racial diversity and also its

18  current academic standards, correct?

19  A.   I did my absolute best to consider every race-neutral

20  alternative that was suggested or proposed to me, either in the

21  complaint or elsewhere, and none of the race-neutral

22  alternatives I tested attained the current levels of academic

23  preparedness and racial and ethnic diversity.

24  Q.   Your two conclusions are in tension with one another,

25  aren't they, Dr. Hoxby?  On the one hand, you conclude that

1  race has a very small effect in admissions at UNC; and on the

2  other hand, you say it's impossible for a race-neutral

3  alternative to fulfill the job that race is doing.  How do

4  those two fit together?

5  A.   Those two conclusions are not at all in tension with one

6  another.  And, in fact, as a logical matter, they -- they

7  actually make a lot of sense together, and I would be glad to

8  explain that in a little bit more detail, if you like, just to

9  make sure you understand what I mean.

10  Q.   If race is having only a small effect on admission, it

11  should not be that hard to find a substitute, should it?

12  A.   The first part of your sentence and the second part of your

13  sentence are -- they don't actually go together.  So the first

14  part of your sentence is is race and ethnicity only playing a

15  small role in admission?  Yes, it is only playing a small role

16  in admission.  It's tipping some students who are sort of just

17  on the bubble, as I described previously, from being rejected

18  by the admissions office to being accepted by the admissions

19  office.  That could mean it's playing a small role in

20  admissions that's not playing a role for very many students and

21  even then just tipping some back and forth who are close -- who

22  are on the bubble anyway.

23      The second part of your statement is about whether it is

24  easy to replace race and ethnicity in the admissions process.

25  And the answer to that question is going to be based on whether

1  there are good proxies for race and ethnicity that can be used

2  instead of race and ethnicity to make even those on-the-bubble

3  types of decisions.

4     And some of the evidence that we've been examining today

5  has shown that there is no good proxy for race and ethnicity in

6  North Carolina because socioeconomic variables and other

7  variables that we examined, such as geography, are not terribly

8  good at substituting for race and ethnicity.  So when we put

9  the blinders on, even if it was only -- it was only affecting a

10 small number of decisions, we now can't get it at all.

11 Q.  Dr. Hoxby, you would agree, wouldn't you, if race was

12 having zero effect on admissions decisions at UNC, then it

13 would be easy to find an alternative for race, correct?

14 A.  I don't see how that question fits together again.  So I

15 believe the question was --

16 Q.  I'm sorry.  Go ahead.

17 A.  So I believe that your question was, the first part, if

18 race was having zero effect on admissions -- right, that was

19 the first part of the question or the condition?  And then the

20 second part of the question, it would be easy to find a

21 race-neutral alternative?  Wouldn't the admission process

22 already be race-neutral at that point?

23 Q.  It would be.  And if you took race out of the equation, it

24 would make no difference, right?

25 A.  Well, I think you just said it wasn't in the equation.

1  Q.  So the point is this, Dr. Hoxby:  The smaller the effect of

2  race, the easier it is to replace in the process, correct?

3  A.  No, that's not correct.

4  Q.  So if the -- if race was having --

5  A.  The --

6  Q.  -- a .1 percent effect on admissions decisions, it might

7  still be hard to replace?

8  A.  You would need to have something that was a proxy that was

9  a good substitute for race and that .1 of the admissions

10  decisions in which it made a difference; and if you didn't have

11  any ability to proxy for it, that .1 of the admissions

12  decisions would surely change.  And we don't know what other

13  admissions decisions would also potentially change because

14  it -- you can't just say it's this one -- it's this one person

15  or something like that.  It isn't that simple.  Race and

16  ethnicity can play a role across the whole pool of applicants,

17  and we don't get to identify the individuals necessarily that

18  it would have tipped them back and forth between admit/reject.

19  Q.  So to be clear, your testimony is if race were affecting

20  only .1 percent of admissions decisions at UNC, it might still

21  be hard to find a race-neutral alternative, correct?  That's

22  your testimony?

23  A.  That attained the same actuals in terms of racial and

24  ethnic diversity and academic preparation, yes.

25  Q.  Thank you.  I'd like to discuss how you test race-neutral

1  alternatives.  Let's look at your Slide 25.

2  A.  I have it here in front of me.

3  Q.  Great.  Thank you.

4      Your Slide 25 explains how you test race-neutral

5  alternatives, correct?

6  A.  That's correct, yes.

7  Q.  You model a simulation for a race-neutral alternative and

8  then compare its results against UNC actual levels of academic

9  preparedness and underrepresented minority representation,

10  correct?

11  A.  Yes, that's correct.

12  Q.  I want to make sure I understand what you mean by UNC

13  actual levels of academic preparedness and underrepresented

14  minority representation, or, as you sometimes call them, UNC's

15  actuals.

16      When you compare a race-neutral simulation to UNC's

17  actuals, you are not comparing URMs generally, but, rather, you

18  compare them by specific racial ethnic group, correct?

19  A.  Yes.  I tried to break them out into separate racial and

20  ethnic groups, although, of course, you can add up across those

21  groups to get that percentage of URM.

22  Q.  So let's look at your Slide 38.

23  A.  I have it here.

24  Q.  Thank you.

25      You looked at this slide earlier with Ms. Flath, correct?

1  A.   I did, yes.

2  Q.   Your Slide 38 shows the results of a race-neutral

3  alternative you considered, correct?

4  A.   Yes, it's a percentage plan.

5  Q.   It's a top 7.95 percent plan, correct?

6  A.   Exactly, top 7.95 percent.

7  Q.   Thank you.  I might have misspoken.  7.95.

8       And your results show that plan would yield a higher level

9  of URM representation overall, correct?

10  A.   Yes.  There are 67 African Americans added, 8 Hispanics

11  were lost, and 51 Native Americans were lost.  So the URMs

12  overall, if we add up all of those categories, could be

13  slightly higher because we added the (indiscernible).

14       (Court reporter requests clarification.)

15  Q.   Could you repeat that, Dr. Hoxby?

16  A.   Well, there are 67 African Americans added, and there are

17  59 Native Americans and Hispanics who are lost, so that is a

18  net change of 8 students --

19  Q.   Thank you.

20  A.   -- who are underrepresented minorities.

21  Q.   Thank you.  And if you count Pacific Islander, it would be

22  plus 9, correct?

23       But the point is that those results -- that plan resulted

24  in a higher level of overall URMs, correct?

25  A.   Yes, it did.

1    Q.   And would you say that this plan failed to meet UNC's

2    actuals in terms of underrepresented minority representation?

3    A.   When I talk about the actuals, you'll have noticed that I'm

4    also trying to answer that question that I was asked whether

5    UNC could meet its actuals both in terms of racial and ethnic

6    diversity and academic preparedness at the same time.  There

7    are presumably many, many plans that would do well in only one

8    of those two criteria, and the problem is trying to meet them

9    both at the same time.

10   Q.   Understood.  And I want to make sure I understand, though,

11   what you mean by meeting UNC's actuals.

12        Let's assume, for example, that this top 7.95 percent

13   plan -- imagine if you looked at the top of that slide and all

14   of those numbers for SAT scores all went up.  Okay.

15        Do you have that in your head?

16   A.   Of course, yes.  Thank you.

17   Q.   Then imagine the bottom half of the slide is exactly the

18   same as it is now.  So in that case, it would be easy to see

19   that UNC's SAT scores met their actuals, but what would be your

20   opinion as to whether or not you -- this plan, this

21   hypothetical we're talking about now, would meet UNC's actuals

22   with regard to racial diversity?

23   A.   Well, I would say that the results were somewhat mixed if

24   we look at individual racial and ethnic groups, but that if we

25   just want to look at underrepresented minorities versus not

1  underrepresented minorities, just that division, and we didn't

2  care about whether people -- students were African American,

3  Hispanic, or Native American -- we didn't care about that at

4  all -- I would say that it had met the actuals in terms of

5  that -- the balance between URMs and non-URMs, and I would say

6  that there was a mixed bag of results when we looked more

7  finely into the racial and ethnic diversity of UNC.  And I

8  think that most colleges and universities would probably

9  consider racial and ethnic diversity to be that more

10 complicated look, but -- yes.

11 Q.  So the question [sic] then is yes or no on meeting UNC's

12 actuals?  Or you're not sure?

13 A.  Well, it would have met UNC's actual proportion of students

14 who are URM, underrepresented minorities, and it would have met

15 UNC's actuals on African American.  It would not have met UNC's

16 actuals on Hispanic or Native American.

17 Q.  I understand.

18     And I'm trying to understand, I guess -- I'm trying to get

19 a full understanding of the conclusions you're drawing when

20 you're making these comparisons to actuals.  So you would give

21 split answers there, or can you give one answer that, yes, UNC

22 met its actuals, or, no, UNC did not meet its actuals?

23 A.  As I think it says on this slide, there are somewhat mixed

24 results on racial diversity; and I think that would be my

25 conclusion, that there are mixed results on racial diversity.

1    I -- I feel that what I'm required to do is show evidence
2  on how well the plan is able to attain the actuals, and that's
3  a matter of just showing the evidence in a table, and everyone
4  can look at that evidence for him or herself.
5  Q.  And would your opinion be the same with respect to SAT
6  scores if they showed similar mixed results?
7  A.  Well, I don't know that we want to look with SA -- perhaps
8  you can re-ask the question.  Do you mean that some groups' SAT
9  scores would have gone up and some of them would have gone
10  down?  Is that the question that you're asking?
11  Q.  Yes.  Sorry I was unclear.
12    So image a scenario where some URM groups have average SAT
13  scores going up, some URM groups have average SAT scores going
14  down, but overall URMs as a group have an average SAT score
15  going up.
16    What would be your opinion as to whether or not that met
17  the actuals?
18  A.  So I think with regard to SAT scores, we want to think a
19  little bit differently about them, and the reason is that it is
20  not -- when we think about academic preparedness across the UNC
21  class -- a comparable class, we are not necessarily concerned
22  with which students have the higher SAT scores and the lower
23  SAT scores, that they average up to some number.  So it strikes
24  me that the most important thing about academic preparedness is
25  stretching it over the class as a whole where you can see that

1   the whole average decreased 77 points.  We can (indiscernible).

2       (Court reporter requests clarification.)

3   Q.  Dr. Hoxby, I'm sorry to interrupt.  The court reporter is

4   having a hard time hearing you.  Could you back up and start

5   again?  I apologize.  I know this is difficult, and I

6   appreciate your patience.

7   A.  Okay.  I know I'm not a natural slow talker anyway.

8   Q.  All of us suffer from that at times.

9   A.  So in terms of academic preparation, the number that I

10  think of as being the most important number is the total

11  average decrease in SAT scores, or any other measure of

12  academic preparation, but SAT scores here, across the whole of

13  the class, and that's because that is probably our best measure

14  of academic preparation for UNC students.

15      We might be interested, as a matter of interest, to see

16  what happens to the SAT scores of each separate racial and

17  ethnic group, but I still think that the topline result, most

18  important result, is what it's like on average, because it's

19  not clear why we would say that, for instance, having Hispanics

20  have a small decrease and African Americans having a small

21  increase would necessarily affect the average preparation of

22  the UNC class if those were offsetting one another.

23  Q.  Thank you.  So let me -- I just want to make sure I

24  understand your answer.  It sounds like -- and I'm not trying

25  to put words in your mouth.  I just want to make sure I

1  understand.

2       It sounds like you're saying, with regard to academic

3  preparedness and using your metric of average SAT scores, that

4  you would be looking at URMs overall to see whether they went

5  up or down and not necessarily focusing on whether individual

6  racial groups within that set were moving a little bit up or a

7  little bit down?  Do I have that right?

8  A.   I think that looking at the individual groups -- racial

9  ethnic groups or looking at URMs versus non-URMs is less

10 important when it comes to academic preparedness because what

11 we're really interested in overall is how the academic

12 preparedness at UNC changed.  And I think we care about how it

13 changes among underrepresented minorities and how it changes

14 among nonunderrepresented minorities, but academic preparedness

15 is mainly about academic preparedness.

16 Q.   Thank you.

17      When you spoke with Ms. Flath earlier in talking about

18 academic preparedness in the context of race-neutral

19 alternatives, you discussed how you do not display the average

20 GPA of the simulated class and compare that against UNC's

21 actuals, correct?

22 A.   That's right; I did discuss that with Ms. Flath.

23 Q.   Mr. Kahlenberg in his simulations does report GPA of the

24 simulated class and the actual class, correct?

25 A.   The admitted class, yes, in his simulations, not the whole

1  class.

2  Q.  Yes.  Sorry.  Thank you for the clarification.

3     He's usually talking about the admitted class is your

4  point, correct?

5  A.  Right.  And I don't believe Mr. Kahlenberg ever does any

6  simulations looking at the enrolled class.  It's always just

7  the admitteds.

8  Q.  Just to clarify, my question is about whether or not he

9  reports GPA as one of his results when comparing his

10  simulations to UNC's actuals.

11    And he does, correct?

12  A.  Yes, he does.

13  Q.  Now, when you were speaking with Ms. Flath about how you do

14  not report GPA, I believe your explanation was that different

15  high schools have different grading standards; is that correct?

16  A.  Yes.  Yes, that was my explanation.

17  Q.  And that's certainly true with the data that UNC has

18  provided to the parties in this case, correct?

19  A.  Well, UNC's Carolina Connect data, the admissions data, is

20  perhaps not the best way to look at that question.  The NCERDC

21  data, which has data for every public high school student in

22  North Carolina, would be our best way to try to understand

23  whether different high schools have different grading systems

24  because it's just a much more comprehensive data set.

25  Q.  Well, you're aware, though, that UNC's applicant data

1  includes lots of applicants who, for example, have GPAs on

2  something other than a four-point scale, correct?

3  A.  Could you had repeat that question?  I'm not sure I got the

4  middle of the question.

5  Q.  Sorry.  It's a little long-winded.  I'll try to do a better

6  job asking it.

7      Isn't it true that there are applicants in UNC's applicant

8  data that have GPAs based on six-point scales?

9  A.  Yes, there are a variety of different sorts of grading

10  scales used in North Carolina schools, and some of them are not

11  all a four-point scale.

12  Q.  And you use that GPA variable in your modeling, don't you?

13  A.  Yes, I do use it, but I translate it first into a common

14  scale.

15  Q.  So if you can translate it into a scale that allows it to

16  be compared for the purposes of modeling, why don't you do that

17  with your race-neutral simulations in reporting GPA?

18  A.  That's a good question.  So let me explain the difference

19  between those two different -- in the model, GPA is used as one

20  of the factors that can affect a student's chance of admission,

21  but it's being used as one of multiple factors.  So when I am

22  considering the effect of GPA in that model, it's what we would

23  call an explanatory variable or explanatory factor.

24      So think of it this way.  Let's say we have a student and

25  the student's SAT scores are combined 1300, and for the student

1  with a combined 1300, we increase GPA by a bit.  That student

2  may be more likely to get in, all else equal, because we're

3  able to hold all the other things equal.  We're already taking

4  into account the fact that the student has SAT scores of

5  combined 1300.

6      So when I use it as an explanatory variable, what the GPA

7  is helping me do is it's helping me see what the admissions

8  officer would have seen:  The students with 1300 and with, you

9  know, somewhat higher GPA.  So that's fine.

10     Using it as an outcome variable, which is more like the way

11 that we're using SAT scores now -- something that is based on

12 the race-neutral alternative being put in place -- is very

13 different.  When we use something as an outcome variable, it's

14 very important that it be on the same scale for everyone.  We

15 wouldn't want you to be judged in centimeters in terms of your

16 height and then judge me in inches in terms of my height and

17 have that be an outcome variable.

18     But when it's an explanatory variable, as one of many

19 explanatory variables, we could, in fact, have your height be

20 measured in centimeters and my height be measured in inches,

21 and if the model were sufficiently complex, that would actually

22 be okay.  I could explain how I could do that in a -- in a

23 complicated model because it's now just one of many factors,

24 and I can take account of those scale differences when I'm

25 holding the other things constant.  And a good complex model

1  would, in fact, allow me to have some people in centimeters and
2  some people in inches.
3      Of course, that's -- I don't do that here, but it's just to
4  illustrate that it's not the same thing when something is an
5  explanatory factor versus something is the outcome that we're
6  trying to study.
7  Q.  GPA and SAT scores each give more context to the other,
8  don't they?
9  A.  Sure.  And I think all is equal to students with the same
10  SAT score.  One has a higher GPA, that's probably an indication
11  of something good about the student's academic preparation,
12  probably also the student's motivation and some other things,
13  conscientiousness.
14  Q.  In fact, there is testimony in this case that UNC has found
15  GPA to be more predictive of academic success than test scores,
16  isn't there?
17  A.  I don't know.
18  Q.  And just as you could scale GPA inside the model, you could
19  scale it on the outside, too, even if you're reporting it as an
20  outcome so that you are comparing inches to inches instead of
21  inches to centimeters.  You could do that, couldn't you?
22  A.  I am not aware of any standard or highly expected way of
23  rescaling GPAs across high schools with different grading
24  standards so that they are all on the same scale unless we use
25  SAT or ACT scores to help you with the rescaling; in which

1    case, we're back to SAT scores and ACT scores.

2    Q.   UNC does evaluate candidates based on their GPA, correct?

3    A.   It certainly considers GPA, I believe, as one of the

4    factors in admissions.

5    Q.   And, in fact, they effectively incorporate it into the

6    performance rating, don't they?

7    A.   I believe GPA is one of the factors that goes into the

8    performance rating, yes.

9    Q.   And as you said, it does give context to SAT scores,

10   correct?

11   A.   Yes, that is why I included GPA in my admissions models,

12   because I do believe it belongs in those admissions models

13   because I do believe that admissions officers take it into

14   account.

15   Q.   You're aware that percentage plans typically result in

16   higher GPAs on average, correct?

17   A.   They could.  They wouldn't necessarily, but they could

18   because all that is weighted in a percentage plan.  And I'm now

19   not talking about Mr. Kahlenberg's plans, but I'm talking about

20   (indiscernible).

21        (Court reporter requests clarification.)

22   Q.   I'm sorry, Dr. Hoxby.  The court reporter is losing you

23   again.  I know the technology makes this difficult.  We

24   appreciate your patience.

25        Could you back up?

1  A.  I could.  So maybe I'll just start from the top of the

2  answer again because I'm not sure where she lost me --

3  Q.  That's fine.

4  A.  -- the court reporter lost me.

5      Okay.  So in a top X percent plan, such as Texas' top

6  10 percent plan, the only thing that is taken into account when

7  determining whether a student is eligible for admission is

8  whether the student is in the top 10 percent of his or her high

9  school class.  So naturally a plan like that places not some of

10 the weight, but 100 percent of the weight on a student's class

11 rank.  Class rank is based on GPA.  So it is mechanically

12 based, that a top X percent plan based on class rank alone

13 will, in fact, put a lot of weight on high school GPAs just

14 automatic to those plans.

15 Q.  Thank you.  And so that's why percentage plans based on

16 class rank typically result in higher GPAs than the status quo,

17 correct?

18 A.  I would not say typically.  I would just say it would be

19 plausible that they could, and we would have to look at data

20 for any given university, because it's important to realize

21 that even in a top 10 percent plan, such as Texas', not

22 everyone who is a top-ranked student actually ends up applying

23 to or enrolling in one of Texas' public flagship universities.

24 So that's why I said it could happen, but it would not

25 necessarily happen.

1  Q.  Let's look at your Slide 29.  Do you have it?

2  A.  I have it here.

3  Q.  Great.  Your Slide 29 refers to an error rate in your

4  modeling of an SES-based alternative to UNC's use of race in

5  admissions, correct?

6  A.  Yes, that's right.

7  Q.  And that slide indicates that your error rate refers to

8  students identified using the SES variables who are not

9  underrepresented minorities, correct?

10  A.  Yes, it -- I believe that the error rate that is shown here

11  is both what we call Type I error and Type II error.  Type I

12  error is when we predict that someone is an URM when the person

13  is not, and Type II error here would be we predict that the

14  person is not an URM when the person is.  So this may be a typo

15  on the slide because error rate combines both Type I error and

16  Type II error.

17  Q.  So in the little box on the bottom on the right in red, it

18  doesn't identify both of those kinds of errors.  What it says

19  is "Error rate equals student is not URM when socioeconomic

20  variables predict they are."  So that's just identifying one

21  kind of error.

22  A.  You're right; that is just identifying one kind of error.

23  And both types of error, I believe, are represented on this

24  slide.

25  Q.  So that little explanation in the red box is a mistake?

1  A.  I think it should be corrected to read that "The error

2  takes place when a student who is not an URM is identified as

3  URM, or a student is not identified as being URM when, in fact,

4  they are URM."  I hope I said that correctly.  Type I and Type

5  II error are always a little bit confusing to state back to

6  back.

7  Q.  They confuse me sometimes too.  I try not to use them.

8     But let's look at the title of this slide:  "Socioeconomic

9  Status is not an Effective Proxy for Race."  So you are

10 explaining that using SES sometimes does not hit URMs, correct?

11 A.  What we care about when we're trying to predict a race is

12 what percentage of the time do we get it right, essentially.

13 Do we predict the correct race based on SES variables?  And so

14 we care about both types of error:  Both people who are URMs

15 not being identified as URMs and people who are not URMs being

16 identified as URMs.

17 Q.  Let's take a look at your opening report.  I'll give you

18 the page.  I know it might take you a minute to find it.  I'd

19 like you to turn to page 48.  We'll pull it up.

20 A.  Mr. McCarthy, could you read me just the top few words of

21 that page to make sure I'm on the same page?

22 Q.  Sure.  On page -- go ahead.

23 A.  Is paragraph No. 132 the first paragraph that you see on

24 that page?

25 Q.  I'm looking at two pages after that.  Sorry.  If you're

1 looking on our video screen, it might be counting the pages of
2 the PDF.  The actual page number on the bottom right corner
3 should be 48, and the first two words at the top of the page
4 say "Price Lunch."
5 A.  Okay.  We're on the same page.  Thank you.
6 Q.  Thank you.  So I'd like you to look at paragraph 136.  And
7 I'll read just the first two sentences there -- I'm sorry --
8 the first three sentences.
9     "It is useful to explain how this analysis relates to
10 alternative admissions plans.  A less than perfectly correlated
11 proxy for race and ethnicity will generate false positives and
12 false negatives.  A false positive is a student who is falsely
13 identified as an URM by the proxy."
14     Did I read that correctly?
15 A.  Yes, you did.
16 Q.  Thank you.  Now, I don't want to get mixed up between Type
17 I and Type II because I get mixed up on that sometimes, but I
18 want to focus here on whichever one of those is the false
19 positive.
20     A false positive is a student who is falsely identified as
21 a URM by the proxy.  So would you consider it a false positive
22 if an SES-based diversity approach produced candidates who
23 were, in fact, of lower SES status?
24 A.  A false positive in terms of race or a false positive in
25 terms of SES status?

1    Q.   You tell me.

2    A.   Well, SES indicators are good at identifying students who

3    are higher or lower in SES, and so the better your SES

4    variables, probably the better you're going to do in

5    identifying students who are really low SES or really high SES,

6    and that's sort of the nature of using a lot of good SES

7    variables.

8        In terms of predicting race and ethnicity, though, that's

9    really what I've been asked to do is to try and see whether

10   there's a race-blind proxy that would help UNC substitute for

11   race and ethnicity in the admissions process.

12   Q.   So your models of SES -- your -- sorry.  Strike that.

13       Your models of SES-based simulations were testing for

14   racial diversity but not for SES diversity, correct?

15   A.   Yes, I was asked to test -- see whether UNC could choose --

16   could attain -- sorry -- its racial and ethnic diversity and

17   its current level of academic preparedness.

18   Q.   So your assignment here was not to consider the benefits of

19   diversity beyond racial diversity, correct?

20   A.   That was not in my assignment, no.

21   Q.   You are aware that UNC officials have testified here that

22   SES diversity is very important to the university, correct?

23   A.   I'm not aware of that specific testimony, but I am aware of

24   the fact that UNC has at various times made statements that

25   would suggest that socioeconomic diversity was desirable in the

1  class.

2  Q.  UNC actually claims to prioritize SES diversity as a,

3  quote, critical component of an institution's broader

4  obligation to the state of North Carolina, correct?

5  A.  I assume that the quotation that you've given me is

6  correct, yes, Mr. McCarthy.

7  Q.  But, again, you never analyzed in your race-neutral

8  alternatives how they would advance socioeconomic diversity,

9  correct?

10 A.  That is not in my assignment.

11 Q.  You were instructed not to look at that, correct?

12 A.  I don't know that anyone instructed me not to look at it.

13 I did not look at it.

14 Q.  You remember giving a deposition, right?

15 A.  Yes.

16 Q.  And we talked before.  You've had a chance to review that

17 deposition after you took it under oath, and you reviewed it

18 and you signed an errata sheet, correct?

19 A.  Yes.

20 Q.  Okay.  I'd like you to turn -- pull out your deposition.

21 I'll wait for you to pull it out, and let me know once you get

22 it and I'll direct you where to go.

23 A.  I think I have my deposition now.

24 Q.  Great.  Please turn to page 39.

25 A.  Yes, I have it.

1  Q.  And let's -- let's actually start up at 12.  And this is in

2  the context of the university's statements about SES diversity.

3  I'm going to go ahead and read this.  Okay?

4  A.  Yes, go ahead.

5  Q.  "Question:  So I don't mean to ask you if you saw this

6  particular version of this statement with regard to

7  socioeconomic status, but you became aware of the university's

8  position with regard to socioeconomic diversity during your

9  work in this case?

10      "Answer:  Correct.

11      "Question:  Okay.  After you got your assignment?

12      "Answer:  That's correct.

13      "Question:  Did that make you reconsider your assignment,

14  whether you should consider to what extent race-neutral

15  alternatives advance socioeconomic diversity?"

16      There was an objection from counsel, and then your answer:

17  "I did not have a change in my assignment."

18      Were you asked those questions, and did you give those

19  answers?

20  A.  Yes.

21  Q.  On the topic of SES status, you testified this morning that

22  SES status does not correlate with race in North Carolina,

23  correct?

24  A.  Well, it does correlate with race in North Carolina.  It is

25  not highly correlated with race in North Carolina.  So as an

1  example, one SES indicator is parents' income.  Parents' income

2  is correlated with race in North Carolina, but it is not so

3  highly correlated with race in North Carolina that I can use

4  family income as a good proxy for a student's race and

5  ethnicity.  These things are correlated, but not highly

6  correlated.  What matters is the degree of correlation.

7  Q.  What would tell you the degree of correlation?

8  A.  Well, it's a statistic that is very easily computed, and

9  that's essentially what I'm doing in my opening expert report

10  is that I'm reporting those correlations I called multiple

11  correlations because, in fact, I'm considering a lot of

12  socioeconomic factors together.  I'm not just considering

13  parents' income, for instance, but I am considering parents'

14  income, parents' education, neighborhood variables, things like

15  that.

16      So it's a multiple correlation, but it's still a

17  correlation -- it's a type of correlation.  It's just that

18  you're looking at all of these pieces together and trying to

19  understand how each one of them is correlated with race and

20  ethnicity while also considering the other ones at the same

21  time.  That's the beauty of a multiple regression.

22  Q.  Fee waiver and first-generation college are commonly

23  thought of as SES variables, correct?

24  A.  Sorry.  The first one was fee waiver.  And the second one

25  was?

1   Q.  First-generation college?

2   A.  Yeah, they are often used by sociologists as SES

3   indicators.  Obviously, if you're first-generation college,

4   your parents do not have a college education.  The fee waiver

5   is a little bit different because fee waivers -- all students

6   who are below a certain income level are eligible for fee

7   waivers.  Not all students with below income level actually

8   take them up.  So it is an indicator, but it is by no means a

9   perfect indicator of SES.

10  Q.  And so you just made the point, I think, that fee waiver

11  actually tends to underreport SES status a little bit, correct?

12  A.  Yes.  There are some low SES students who do not actually

13  use fee waivers.  I would say that a fee waiver is a kind of

14  combination of the students being eligible and the student had

15  a high school counselor or high school teacher or someone else

16  who is sophisticated enough to recommend to them that they ask

17  for a fee waiver in the application process.

18  Q.  Are you aware that more than a third of URM North Carolina

19  applicants to UNC are first-generation college and more than a

20  third are fee waiver applicants?

21  A.  I was not aware of those specific numbers.  If you say that

22  those are the correct numbers, then I will assume that you are

23  correct.

24  Q.  Let's look at Professor Arcidiacono's opening report.  If

25  we go to page 22 -- we can have this put on the screen for you.

1     (Discussion between counsel.)

2  Q.  Page 22 of Professor Arcidiacono's opening report.

3  A.  I have it in front of me.  Thank you.

4  Q.  Great.  So if you turn to page 22, you will see a table of

5  summary statistics for in-state applicants.  If we look under

6  African American in the column headed "Total," that signifies

7  all African American applicants from North Carolina.  And if we

8  go down three rows from there, you'll see first-generation

9  college, and that indicates that 39.2 percent of African

10 American applicants from North Carolina are first-generation

11 college.

12     Do you see that?

13 A.  Yes, I see that number.

14 Q.  And if you go down another two rows, that's the row for fee

15 waiver.  43.46 percent of African American applicants from

16 North Carolina are fee waiver applicants.

17     Do you see that?

18 A.  Yes, I see that number.

19 Q.  And as we just discussed, fee waiver actually underreports

20 on SES status sometimes, correct?

21 A.  Yes, it does sometimes, although I'm not sure whether the

22 group that I expected (indiscernible).

23     (Court reporter requests clarification.)

24 Q.  Okay.  Could you repeat that last part?  I think the court

25 reporter had a hard time hearing you.

1  A.  I'm not sure if I were thinking about fee waiver -- fee

2  waivers underrepresenting a student's eligibility for a fee

3  waiver, but I would expect that understatement to be greater

4  for African American.  If anything, in North Carolina I would

5  expect it to undercount eligibility for fee waivers most in

6  rural western North Carolina where you have a lot of small

7  schools, rural schools.  That's where you would probably find

8  somewhat less knowledgeable high school counselors and teachers

9  who would not necessarily know about the fee waivers.

10  Q.  Thank you.

11      If we look over underneath Hispanic in the total column

12  there, again, that signifies all Hispanic applicants from

13  North Carolina.  And you go down three rows to the

14  first-generation college row.  That says that 46.73 percent of

15  Hispanic applicants from North Carolina are first-generation

16  college.

17      Do you see that?

18  A.  Yes, that's right.

19  Q.  And then if you go down two more rows to the fee waiver

20  spot again, we see that 33.1 percent of Hispanic applicants

21  from North Carolina are fee waiver applicants, correct?

22  A.  Yes, that's what's shown in the table.

23  Q.  Thank you.

24      I'm going to talk about a different subject.

25      You opined that changing the admissions process to replace

1  UNC's racial preferences with some other race-neutral

2  alternative could change the nature of the applicant pool,

3  correct?

4  A.  Yes, I would expect any alternative admissions plan to

5  change the nature of the applicant pool.

6  Q.  In particular, you've stated that non-disadvantaged URM

7  applicants would be less likely to apply under a hypothetical

8  race-blind admissions than they currently are, correct?

9  A.  Yes, that is a reasonable prediction.

10  Q.  And in your view, students are less likely to apply if they

11  believe that they are less likely to be admitted, correct?

12  A.  Yes, because applying to a college or university takes some

13  time and effort.  So if I believe I have a very low probability

14  of being admitted, I'm less likely to just go through that type

15  of effort as long as I can apply to other colleges using that

16  kind of effort instead.

17  Q.  So it's your view, then, that URM students who believe they

18  are less likely to be admitted would be less likely to apply if

19  UNC were to replace its racial preferences with a race-neutral

20  alternative, correct?

21  A.  I believe that any student who thought that his or her

22  probability of being admitted to UNC had been decreased by the

23  new alternative admissions plan -- race-neutral alternative

24  admissions plan would be less likely to apply.  That doesn't

25  mean, you know, every student who has a decreased probability

1  of being admitted would decide not to apply, but there would

2  probably be some reduction in the probability of applying by

3  students who were disfavored by the new alternative admissions

4  plan.

5  Q.  In your view, then, the URM applicants that would be less

6  likely to apply under a race-neutral system would be the weaker

7  ones relative to the overall pool of URM applicants, correct?

8  A.  No, no, no, it's not that simple.  I'll give you an

9  example, and then I'll explain the logic.

10     The example might be the state of Texas or, for that

11  matter, maybe University of California at Berkeley.  And so

12  when Texas or California moved to top X percent plans or

13  race-neutral plans, the students -- some students realized that

14  they would have a lower chance of admission at one of those

15  flagship universities.

16     For instance, let's say that I were a high-scoring student

17  and I had gone to a very competitive high school.  So even

18  though I have gotten really good grades; I have good

19  extracurriculars; I have high test scores, I was at the 12th

20  percentile in my high school in the state of Texas.  So I'm a

21  person who is not likely to get into the University of Texas or

22  Texas A&M.  That sort of student is less likely to apply.

23     It's worth noting, though, that that student is not

24  particularly underqualified.  In fact, part of the reason why

25  that student might not apply is that that student has good

1  outside opportunities; in other words, good opportunities

2  outside of University of Texas and Texas A&M.

3      So, in fact, when you change to a race-neutral alternative

4  and you're predicting who is going to apply to the school,

5  generally speaking, the people who are going to have their

6  admissions chances reduced will be less likely to apply, and

7  the people who have their admissions chances increased will be

8  more likely to apply; but it is not the case that the people

9  who have their admissions chances reduced are particularly low

10  achievers or have low academic grades.  In fact, it often goes

11  the opposite direction.

12  Q.  I want to make sure I understand.  Actually, strike that.

13      Did you do any modeling to predict how the applicant pool

14  might change under these various race-neutral alternatives?

15  A.  What I did was try to make a very generous assumption about

16  who would apply under the race-neutral alternatives.  So, yes,

17  we did look at the data to try to understand what percentage of

18  newly eligible North Carolina -- in other words, well-qualified

19  North Carolina students would apply, but we -- there's no way,

20  really, to model this perfectly.

21      So what we did was we looked at data from other states that

22  changed to race-neutral plans, and we looked at data from the

23  state of North Carolina to try to get a generous answer to this

24  question, knowing that until you actually do it and switch to a

25  race-neutral alternative, you're probably not going to know

1  exactly how the applicant pool would change.  So I tried to

2  just be generous.

3  Q.  Thank you.  My question --

4  A.  (Indiscernible.)

5      (Court reporter requests clarification.)

6  Q.  I didn't hear you, and I'm not sure the court reporter did.

7      What was the last part?

8  A.  The more generous I am in assuming that the applicant pool

9  would increase, the more it helped the race-neutral

10 alternatives look good and attain the actuals.  So I tried to

11 be generous with regard to those assumptions.

12 Q.  Thank you.

13     That wasn't really my question, though.  My question was

14 more specific to modeling.

15     You didn't actually do any statistical modeling to predict

16 how the applicant pool would change, did you?

17 A.  I wouldn't call it modeling.  I would call it looking at

18 data to try to understand what was likely to be the reasonable

19 percentage of the well-qualified applicant pool.

20 Q.  Thank you.

21     Under the -- strike that.

22     By your reasoning, wouldn't disadvantaged students be more

23 likely to apply in a system -- a race-neutral system involving

24 SES status?

25 A.  Yes.  If low SES status meant that a student was

1  significantly more likely to be admitted to UNC, I would expect

2  that a disadvantaged student, who is classified as a

3  disadvantaged student here, would be more likely to apply, yes.

4  Q.  And that would include disadvantaged URM students, correct?

5  A.  Yes.

6  Q.  All right.  Let's look at your Slide 33.

7  A.  I have it in front of me, Mr. McCarthy.

8  Q.  Thank you.

9      You conducted some simulations of race-neutral alternatives

10 using SES status, correct?

11 A.  Yes.

12 Q.  And in this one, if I have this right, you modeled

13 admissions based on a socioeconomic index, correct?

14 A.  Yes, a socioeconomic index that's based on the logic of

15 disadvantaged four-year college enrollment classes.

16 Q.  And this figure here -- this slide is based on Exhibit 9,

17 Figure 1, from your opening report, correct?

18     I'm reading that from --

19 A.  Oh, yes, I can see that in the --

20 Q.  Go ahead.

21 A.  I can see it in the footnote.

22 Q.  Yeah, I just was reading that from the bottom left footnote

23 there.

24 A.  Thank you.

25 Q.  And as I understand it, you focused only on what you call

1  the disadvantaged stage of the process, and you do not actually

2  complete the class, correct?

3  A.  Well, I do complete the class, but this chart does not show

4  the completion of the class.  It only has a note in the upper

5  left-hand quadrant that explains what happens to the simulation

6  when the class gets completed.  It's just that there's no way

7  to show that stage very easily on this chart.

8  Q.  Okay.  Let's set that issue aside for a moment, and let's

9  look at this disadvantaged stage.

10     You explained earlier how you ran 20 different versions of

11  this model with your socioeconomic index, correct?

12  A.  That's right.

13  Q.  And those 20 different versions vary along two factors,

14  correct?

15  A.  Yes, emphasis and threshold.

16  Q.  And I get those mixed up sometimes, but I believe that

17  emphasis means the number of seats reserved for disadvantaged

18  students, correct?

19  A.  That's correct, yes.

20  Q.  And by threshold, I think you mean the depth on the

21  socioeconomic index that you go into in pulling students from,

22  correct?

23  A.  That's right; how disadvantaged a student has to be before

24  the student is considered to be socioeconomically

25  disadvantaged.

1  Q.  Thank you.

2      And this slide is a scatter plot of how those 20 different

3  versions of your simulation perform in terms of average SAT

4  score and the number of URM students, correct?

5  A.  Yes.

6  Q.  And the dotted vertical line shows the number of URM

7  students in the actual class, correct?

8  A.  The dotted vertical line, yes, it does.

9  Q.  And the dotted horizontal line shows the average SAT score

10 of those actual URM admits, correct?

11 A.  Yes, it does.

12 Q.  So then the green dot at the intersection of the two dotted

13 lines represents the actual class in terms of both number of

14 URM admits and average SAT score, correct?

15 A.  That's right; the green dot represents the actuals on both

16 of those dimensions.

17 Q.  Thank you.

18     So taking the blue dot on the bottom right as an example, I

19 just want to make sure I understand what we're dealing with

20 here.  That dot represents your simulation where you reserve

21 1,500 seats for disadvantaged students and pull only from the

22 bottom 5 percent on the SES index, correct?

23 A.  Yes, that's exactly right.

24 Q.  Okay.  And the scatter plot -- where that is on the scatter

25 plot, I should say, shows that that simulation actually brings

1    in a much higher number of URM students than the actual class,

2    correct?

3    A.   Certainly the number of URM students rises, and it --

4    without knowing the exact numbers off the top of my head, it

5    looks like it rises by a little under 200 students.

6    Q.   And at the same time, it does -- it's much lower in terms

7    of the average test score, correct?

8    A.   Right, the average test scores are falling from over 1200.

9    We know that average test scores at UNC for URM students are

10   over 1200, and they fall to about 900.

11   Q.   Got it.

12        And then if we look over to the top left, the blue dot all

13   the way up at the top left represents your simulation where you

14   reserve 750 seats for disadvantaged students and pull from the

15   bottom 25 percent of the SES index, correct?

16   A.   Yes, that's correct.  So the emphasis is smaller, and the

17   threshold is higher.

18   Q.   Thank you.

19   A.   Sorry -- yes, I said it correctly.  Thank you.

20   Q.   I think you did.  I'm not going to use those terms, though,

21   if that's okay with you, because I will get them screwed up and

22   make this worse.

23        And I believe your position, when you were discussing this

24   with Ms. Flath earlier, was that this simulation with your

25   socioeconomic index doesn't work out because none of the 20

1  versions you ran meets both the number of URMs and the average

2  SAT score of the actual class, correct?

3  A.  Yes, that's correct.

4  Q.  Okay.  So something else here is interesting to me.  If you

5  look at all the blue dots that denote reserving 750 seats for

6  disadvantaged students, they roughly make a diagonal line on

7  the left side of all the dots, correct?

8  A.  Yes, that's correct.

9  **MR. MCCARTHY:**  And, Mr. Lawrence, can you switch over

10  to X7.  We may switch back to this one in a minute, so keep 33

11  lying around.

12  Q.  (By Mr. McCarthy)  So you can see where that yellow line

13  is, the 750?

14  A.  Well, I can't see the yellow line, but I believe that it

15  was given to me in the handouts, so I can find it.

16  Q.  Yes.  I'm sorry.  Let me give you a minute to look for it.

17  This would be in the -- you should have a set of

18  demonstratives.  I think there's nine of them, and it's the

19  seventh one out of the nine.  Sorry about that.  I'm a little

20  slow with technology today.  I appreciate counsel for looking

21  out for me over here, even if they did try to slide in a

22  thousand simulations.

23  A.  I think we are looking at the same page now, Mr. McCarthy,

24  because I can see a yellow line with 750.

25  Q.  Just to make sure, because there are a few, there should be

 1  a little 7 in the bottom right corner and that would make sure

 2  we're on the same --

 3  A.  Yes.

 4  Q.  Great.  Thank you.

 5      So if we look -- again, just to back up a second, the blue

 6  dots that denote reserving 750 seats for disadvantaged

 7  students, they make roughly that yellow diagonal line.  And if

 8  we do the same thing with the blue dots that denote reserving

 9  1,000 seats for disadvantaged students, that's that orange line

10  there with the 1,000.  The same thing with the 1,250-seat

11  simulations, they make that darker orange line.  And then for

12  the versions of this simulation reserving 1,500 seats for

13  disadvantaged students, it makes what looks like that red

14  diagonal line there.

15      Do you see that?

16  A.  Yes, absolutely.

17  Q.  Okay.  Let's go back, now that we have that in mind, to

18  Slide 33.

19  A.  Would it be helpful if I explained why we expect them to

20  make diagonal lines?

21  Q.  No, that's okay.  We'll talk about it here.  I'll probably

22  ask you some questions about it.

23  A.  Okay.

24  Q.  So what we also notice is that these dots -- like, if we

25  look at the dots denoting 750 seats, so, again, the ones that

1    were on that yellow line, they go up on the scatter plot as the

2    percent depth on the SES index increases, correct?

3    A.  Yes.

4    Q.  So the 750-seat, 5 percent simulation is at what looks like

5    a little over 1000 on the average SAT score, correct?

6    A.  That's right.

7    Q.  And as that percent depth rises to 10 percent and then

8    15 percent, then to 20 percent and 25 percent, those versions

9    of your simulation get higher and higher average SAT scores,

10   correct?

11   A.  Absolutely, yes.

12   Q.  So the 750-seat, 25 percent version of your simulation

13   nearly matches the average SAT score of the actual class,

14   correct?

15   A.  Yes, although it has many fewer URM students.

16   Q.  Understood.

17       But had you gone further into that SES index, say to

18   30 percent or higher, it appears highly likely that you'd

19   surpass the average SAT score of the actual class, correct?

20   A.  Yes.  In fact, if we were to project that yellow line that

21   you drew on the other chart, it would sort of keep following

22   that yellow line, so it would keep going up and to the left.

23   So we would keep losing URM students and keep gaining on SAT

24   scores.

25   Q.  Thank you.

1    And let's now look where we saw that first orange line.  If

2  we move to the right of it from the 750-seat line and look at

3  the blue dots reserving 1,000 for disadvantaged students,

4  that's when we moved over a little bit to the right to that

5  orange line, correct?

6  A.  That's correct, yes.

7  Q.  It's as if we took our diagonal line and shifted rightward,

8  correct?

9  A.  That's correct.

10  Q.  And they exhibit the same pattern that we saw on the 750

11  line, whereby an increase in the percent depth on the SES index

12  corresponds to an increase in average SAT score, correct?

13  A.  Yes, because the students are less socioeconomically

14  disadvantaged, so you're able to find more who have high test

15  scores and grades.

16  Q.  Precisely.

17    And if you move rightward again to the blue dots that made

18  that darker orange line we saw before reserving 1,250 seats for

19  disadvantaged students, that's over a little further to the

20  right, correct?

21  A.  Yes, that is.

22  Q.  And the 1,500-seat line moves over to the right even a

23  little bit more, correct?

24  A.  Yes, that's correct.

25  Q.  And you could imagine that a 1,750-seat line would move

1  even further to the right in the direction of more URM admits,

2  correct?

3  A.  Yes, because SES is controlling more and more of the

4  admissions of the class.

5  Q.  Exactly.  So there are two distinct patterns exhibited

6  here.  First, increasing the number of seats reserved for

7  disadvantaged students increases the number of URM students in

8  the simulation, correct?

9  A.  Yes, because you're shifting to the right as you reserve

10 more and more seats for socioeconomically disadvantaged

11 students.

12 Q.  Exactly.  And, second, increasing the depth on the SES

13 index steadily increases the average SAT score of those URM

14 students, correct?

15 A.  I think when you say "the depth on the SES index," what you

16 mean is that students who are more and more middle class or

17 upper middle class are being considered to be low SES.  That's

18 what you mean by the depth on the SES index.  That's what we're

19 doing as we move to a higher and higher percentage.

20 Q.  Yes.  I'm not trying to mix anybody up.  We're rising up

21 from the bottom.  So when we have 5 percent, it's the bottom

22 5 percent; and when it's 10 percent, it's the bottom

23 10 percent; and when it's 25 percent, it's the bottom core

24 tile, right?

25 A.  Correct, uh-huh.

1  Q.  One would imagine a 2,000-seat, 50 percent model would

2  likely look very promising and might even exceed the actuals in

3  one or both dimensions, correct?

4  A.  Well, the answer is yes and no.  So let me tell you first

5  the yes part, and then let me tell you the no part.  Okay.

6      The yes part is that if we were to keep assuming that UNC

7  practiced admission according to the way that's simulated here,

8  and we actually said they're going to do this, then we -- if we

9  keep shifting further and further to the right, then -- for

10  instance, if it was 2,000 seats or 2,500 seats, or something

11  like that, we might be able to attain the actuals, but the

12  reason you would be able to -- so that was the yes part.

13      Here's the no part.  UNC does not actually admit students

14  in rank order in terms of their test score, whereas that is

15  what I was doing in this disadvantaged stage.  So the reason

16  why it would be -- the reason why you might think, oh, that

17  looks terrific, 2,500 seats is going to be better than

18  attaining the actuals is because you've thrown out UNC's actual

19  holistic admissions process and just substituted admitting the

20  top test-scoring student in the state, the next test-scoring --

21  top test-scoring student and onwards down through the top 2,000

22  or 2,500 students.

23      So it -- you might say to yourself, Wow, I can attain the

24  actuals better than the holistic admissions process, but it's

25  really simply because you've given up on doing holistic

1   admissions at all, and you're just using a test score standard

2   to admit a lot of the total students in class.

3       So, yeah, it is possible, but it would be -- it would be

4   very deceptive because that's -- that's not really the way UNC

5   is going to do admissions, or if it is, it should just admit

6   students strictly on SAT scores now.

7       And then we need to look -- we would need to compare this

8   disadvantaged stage to what it could achieve, if it's simply

9   admitted students based on SAT scores right now, just starting

10  with the top-ranked student in North Carolina and going on

11  down.  So in that case, the actuals would be different too,

12  because we would have thrown out the current admissions process

13  and so the actuals would have to change too.  So we're not --

14  you can't compare to the actuals now, which are produced by a

15  holistic admissions process, and then say, Oh, we would be able

16  to hit those with this test score-only model, because you would

17  have to now compare to a new set of actuals that would be based

18  on the test score-only admissions models, which I could model

19  for you because I do show in my opening report, for at least

20  one of the simulations, what happens as you just throw out the

21  holistic admissions process and go to a higher test-scoring,

22  grade-only process.  You can see that UNC would have quite

23  different actuals.

24  Q.  So I have a couple questions.  One, the hypothetical I

25  proposed to you was a 2,000-seat model -- a 2,000-seat,

1  50 percent model.

2  A.  Sure.

3  Q.  And you said that that would just throw out holistic

4  admissions.  But that wouldn't throw out holistic admissions,

5  would it?

6  A.  It wouldn't entirely throw out holistic admissions, but we

7  would still need to recompute the actuals to allow 2,000 seats

8  with 50 percent cutoff in terms of SES to be placed purely by

9  test scores.  And so we would need to change what the

10  counter -- what the actuals were.  I don't want to say change

11  the actuals because that sounds a little odd, but we need to

12  change what the counterfactual is because the holistic

13  admissions process would only apply to part of the admissions

14  pool, and the rest of the admissions pool would be admitted

15  strictly on the basis of test scores.  So if we're going to

16  have a relevant comparison, we actually need to do that with

17  those 2,000 seats, you know, without the SES plan put in place,

18  because we -- you have to try to make an apples-to-apples

19  comparison.  That's really important.  You can't just jump

20  around between -- we can't just -- we can't just jump around.

21  We do have to try to make comparisons that are relevant and

22  realistic.

23  Q.  So I want to get back to that.  We can -- there's a couple

24  topics there.  One is the changing of the actuals, and I want

25  to talk about that in a minute.  But the 2,000-seat, 50 percent

1  model based off of your simulations -- your simulations are

2  talking about 400 seats total in this operation, right?  I

3  believe that's what you explained, and I think that this is in

4  the -- I'm sorry.  Like you, I've got a lot of binders with a

5  lot of reports.

6     (Pause in the proceedings.)

7  Q.  Well, I will confirm this shortly, but I believe that you

8  were talking about in this stage having 4,000 available seats

9  and setting aside a certain number, which I think is the

10  emphasis number in these simulations.  Okay.

11     So in that system, if you have a 2,000-seat, 50 percent

12  model, that would be looking to fill up half of that group with

13  disadvantaged students, correct?

14  A.  Yes, but I think that's before -- we have to think about

15  two things that are going on.  The first is that we're trying

16  to fill up the seats with socioeconomically disadvantaged

17  students.  And the second, that in this disadvantaged stage, we

18  are admitting the students purely based on test scores.  Let's

19  just try to break it down for a second.

20     Let's say that UNC -- forget about SES for a moment.  Just

21  set it to one side.  Let's say that UNC took its current

22  admissions plan and threw out half of it, so it was going to

23  practice holistic admissions on half of the incoming class, and

24  it was going to just take the other 2,000 seats and just rank

25  students according to their SAT scores in the state of

1    North Carolina and admit them.  Okay.  That would be the

2    comparison against which we need to now base the SES on,

3    because what we're saying is two things have happened when we

4    move to an SES plan:  We both set aside a certain number, as I

5    explained UNC could do, and we decided to admit students purely

6    based on their test scores, so within that group who are

7    classified socioeconomically disadvantaged.

8        So when we compare with the before and after the

9    introduction of the race-neutral plan, we need to take account

10   of the fact that UNC would have thrown out half of its holistic

11   admissions process and purely be admitting students based on

12   test scores.  So, of course, UNC's average test scores would go

13   up because it would only be admitting on test scores for 50

14   percent of that.

15   Q.  And so you are talking about adjusting the actuals to a

16   different actual, right?

17   A.  I'm talking about adjusting the actuals so that when we

18   make a comparison between the actuals and the alternative, we

19   are kind of doing an apples-to-apples comparison to the extent

20   that is reasonable.

21   Q.  Okay.  So we wouldn't be then comparing to the status quo.

22   You would be picking some other baseline that's not the status

23   quo, and that's what you want to measure and compare it to,

24   correct?

25   A.  In -- yes, if you've got a big enough number of seats -- if

 1   you have a smaller number of seats, say 750, it's not as

 2   important to do that kind of -- we can call it an adjustment,

 3   but if you get a larger and larger number of seats, say half of

 4   the admissions pool, or something like that, then it's very

 5   important that you be realistic about what happens when you

 6   admit half of the students based purely on their test scores.

 7   In fact, in my opening report, I show an example of doing this

 8   for one of the -- one of the simulations.  I believe it's one

 9   of the geography-based simulations.

10   Q.  I think it's -- I think it's Exhibit 13, Table 1, maybe.

11   This would be -- there's no page numbers, unfortunately, in the

12   appendices.  And I'm not blaming you for that because I think

13   our experts did the same thing, but it makes it difficult

14   sometimes.

15        (Discussion between counsel.)

16   A.  Yes, that's right, Mr. McCarthy, Exhibit 13, Table 1.

17   Q.  Okay.  And I think you're talking about the middle panel,

18   if you will, correct?

19   A.  Yes, that's correct.  So I believe that what we did to

20   construct this middle panel was we looked at who the UNC

21   North Carolina resident public school admitted student would be

22   if we went to a situation in which only GPAs and SATs were used

23   in admitting students.  So you can see that you get higher SAT

24   scores in the middle panel as opposed to the left panel where

25   we're looking at the actuals or the holistic admissions

1  process.

2     For instance, the average SAT scores of African Americans

3  that's shown in the very first row rises from 1214 to 1302.

4  Roughly about (indiscernible).

5     (Court reporter requests clarification.)

6  Q.  I think you said that the African American average SAT

7  score goes from 1214 up to 13,202 -- I'm sorry -- 1302?

8  A.  1302, a rise of about 100 points, because in the middle

9  panel these African American students are being admitted purely

10 based on test scores and grades.  Although, to be clear -- to

11 be clear, it is half grades at this point.  It is not all test

12 score.  If, instead, I had shown a middle panel where we were

13 admitting students based purely on test score, no grades

14 considered, then the African American students' test scores

15 and, indeed, the test scores of all the other groups would have

16 risen by even more because I would be putting more and more

17 weight on only the test scores and admitting them on grade.

18    I think that's the point I was trying to make about that

19 sort of chart that we were looking at with the actuals in

20 green.

21 Q.  So let me make sure I have this right.  So on the chart we

22 are looking at with the actual in green and the scatter plot,

23 when I proposed a hypothetical of a 2,000 seat -- a 2,000-seat,

24 50 percent SES model, you suggested that the better thing to

25 compare it to, instead of the actual class at UNC, would be

1  something like this middle panel here on Exhibit 13, Table 1,
2  correct?
3  A.  Well, it would be more like the middle panel, but it would
4  not be the middle panel because in the middle panel I'm still
5  giving 50 percent of the weight in admissions to GPA and only
6  50 percent of the weight to test scores, whereas in the diagram
7  with the little green dot in the middle, I am admitting
8  students from the disadvantaged pool entirely based on test
9  scores.
10      So I would have to create a new sort of middle panel here,
11  one that was based entirely on test scores, and the test scores
12  would be even higher.  Although, as you said, Mr. McCarthy, it
13  would only be half of the class that was admitted based totally
14  on test scores, so I could fill up the rest of the class with
15  the holistic admissions process.
16  Q.  Okay.  But just to make sure -- there's a lot going on
17  here.  Just to make sure I understand, you would want to
18  compare that hypothetical 2,000-seat, 50 percent simulation to
19  this middle panel here on 13, Table 1?
20  A.  Well, no, not this middle panel, but it would be in the
21  direction of this middle panel.  What I would have to do is
22  prepare a new panel in which 50 percent of the students at UNC
23  were admitted strictly based on test scores, going from the
24  highest scoring student in North Carolina on down until I
25  filled up my 2,000 seats, strictly based on test scores.  And

1    as I think I tried to say, this middle panel, in fact, weights

2    grades and test scores equally, so test scores are not going to

3    be as high in this middle panel as they would be if I admitted

4    students strictly based on test scores.

5    Q.   Okay.

6    A.   I don't think I prepared such a middle panel because I

7    didn't know I would be asked, but I certainly would be glad to

8    prepare it, and I note that it would go -- the test scores

9    would be even higher than the ones that we are examining in

10   this table, just as a logical matter.

11   Q.   Okay.  So it would be something sort of coming off of that

12   middle panel but not quite the same thing, and you think it

13   would have higher SAT scores?

14   A.   It would certainly have higher SAT scores, yes.

15   Q.   I'll direct you to that same panel.  If this is the one

16   that is going to be our benchmark or a benchmark that looks

17   something like this, and that's going to be what we compare to

18   as our actuals, then we would want to compare it to the actuals

19   on underrepresented minority representation too, wouldn't we,

20   where there African American is 3.5 percent and Hispanic is

21   3.4 percent?

22   A.   Yes, if we admit -- if we admitted students -- I think

23   we've talked about this before.  If we admitted students based

24   strictly on just using this kind of index of GPA and test

25   scores, we would end up with a different racial composition.

1    Q.  Right.  It would be much lower, wouldn't it?  This suggests

2    it would be substantially lower.

3    A.  Yes.

4    Q.  So that's what you want to use as the status quo if we

5    evaluate something like a 2,000 seat, 50 percent SES index

6    simulation?

7    A.  Well, as I said, Mr. McCarthy, I didn't actually -- I

8    didn't actually do that exercise, so I don't know how that

9    exercise would turn out.  Instead, I tried to focus on the

10   actuals that UNC actually achieves through its holistic

11   admissions process, and I thought that that was a good

12   comparison because, one, it's something that we all sort of

13   understand.  It isn't -- it isn't arrived at by some artificial

14   process that doesn't exist.  And, furthermore, it's not enough

15   of a holistic admissions process was thrown out for me to think

16   I can't learn anything from those comparisons between the

17   race-neutral alternatives and the actuals.  I still think I can

18   learn a lot from those comparisons.

19   Q.  So before you mentioned that you wanted to use that middle

20   panel on 13, Table 1, as a benchmark, whereas a new actual --

21   or use something like that, but it sounds now like you're

22   saying, no, you want to stick with the status quo that we were

23   talking about before, the actual green dot?

24   A.  So the actuals that UNC attains are -- are the green dot.

25   I think that's very important for us to keep in mind what those

1    actuals are.  Those are attained by the admissions process.

2       I think when you are considering switching an admissions

3    process -- for instance, here in the Exhibit 13 and all of the

4    different tables what I'm trying to do is help us understand

5    what a geography-based plan might achieve.  So I think -- and

6    under those geography-based plans, we are forced to switch to

7    an admissions process that necessarily gives all the weight or

8    almost all of the weight to test scores and grades.  So we do

9    need to think about what that switch does by itself before we

10   decide to use the geography-based plan.

11      So it's just a matter of trying to compare apples to

12   apples, but, no, I do not think that anyone has suggested to me

13   it would be a good idea to simply throw out the holistic

14   admissions plan or throw out holistic admissions altogether at

15   UNC and substitute for it a plan that's purely based on test

16   scores, or something like that.

17   Q.  Okay.  So I think we're going to -- I guess we're sticking

18   with the actuals as the actuals.

19      But let's go back to the 2,000-seat, 50 percent index that

20   we were discussing before.  Again, that wouldn't throw out

21   holistic admissions, would it?  It would still allow for, at

22   least under your simulation, half of the class to be filled by

23   holistic admissions and half of the class to be filled by your

24   SES index-based system, correct?

25   A.  Right.  So if we say that half is going to be filled by

1  holistic admissions and half is going to be filled in this
2  other way, then, again, we have to first take account of the
3  fact that the half would be filled in this other way, would be
4  filled solely based on test scores. So we have to use that as
5  the relative comparison for when we introduce the race-neutral
6  SES-based index.
7      We have to make sure that we start off with those 2,000
8  seats, say they are going to be filled entirely based on test
9  scores, and then see what happens to those 2,000 seats as we
10  impose that SES race-neutral alternative. So we're just trying
11  to be fair, do apples to apples, to the extent we possibly can,
12  yes.
13  Q.  So --
14  A.  I think that -- go ahead.
15  Q.  Go ahead.  No, please.  Sorry.
16  A.  As I said, I think this doesn't matter that much when we're
17  only talking about 750 seats; but once we start to get up to
18  half of the admissions process, we really have to start to do
19  the right thing here and think very carefully through each one
20  of these steps so that we're making the relative comparisons
21  and we're not making claims that are not, in fact, productive
22  and true.
23  Q.  So I want to get at that.  So you want to compare the half
24  of the class that's filled by your SES index to sort of a half
25  of a class that's filled by test scores, correct?

1  A.  Correct, yes.

2  Q.  Okay.  So that's the -- we'd be calling this the

3  disadvantaged stage, right, since it's just a disadvantaged

4  stage for 2,000 seats, correct?

5  A.  It would be a disadvantaged stage for 2,000 seats.  And

6  before we impose the race-neutral alternative and try to

7  allocate those seats to disadvantaged students, we would have

8  just been allocating them to students in North Carolina purely

9  based on test scores.  So I wouldn't call that a disadvantaged

10 stage.

11      Let me just say we have 2,000 seats you've already set

12 aside on the basis of test scores.  Now we decide that we're

13 also going to impose with those 2,000 seats -- we need to go to

14 students who we consider to be disadvantaged, but we're still

15 going to assign them purely based on test scores.  So that's

16 the apple-to-apples comparison.

17 Q.  So the apples-to-apples comparison, you're going to -- and

18 I know this is unusual, but you're going to change the status

19 quo for that portion of the class, for this disadvantaged

20 stage, and move the green dot up higher on the y-axis that

21 represented average SAT score, correct?

22 A.  It would certainly be higher on that axis and not -- I

23 don't actually know exactly what happened (indiscernible).

24      (Court reporter requests clarification.)

25 Q.  I think -- I don't want to put words in your mouth, but I

1   think you were saying that it would go up in terms of the SAT

2   score on the y-axis, that green dot, but you don't know how

3   much because you hadn't actually looked into it?

4   A.  It would change in terms of racial and ethnic diversity.  I

5   don't know what that would look like.

6   Q.  So --

7   A.  I do know --

8   Q.  Go ahead.  Sorry.

9       So the SAT score would go up, and it would change in terms

10  of racial or ethnic diversity and table -- or Exhibit 13, Table

11  1, shows us that.  That's that model that you did of purely

12  test scores, and we can see what happens there.  Test scores go

13  up dramatically and URM representation goes down dramatically.

14      So if we're going to use something sort of like that as our

15  benchmark for the disadvantaged stage when evaluating a

16  hypothetical plan of 2,000 seats and 50 percent SES index, then

17  that green dot, if we go back to Slide 33, is going to move up

18  quite a bit, and it's going to move to the left quite a bit,

19  correct?

20  A.  I don't know exactly what it would do with race and

21  ethnicity because that's not obvious.

22      But what I -- I think that -- I think that what we're

23  missing here a little bit is a reminder of the fact that, as I

24  discussed this morning with Ms. Flath, when I consider the

25  race-neutral alternatives, I make assumptions that are

1 deliberately quite favorable for the race-neutral alternatives.

2 And one of those assumptions, and a key one I discussed this

3 morning, is that the student in the disadvantaged stage are

4 admitted based on their test scores.  This favors the

5 race-neutral alternative relative to the actuals because it

6 naturally means that I'm admitting more students who are high

7 test scoring.  And we discussed that this morning.

8 So, yes, if you want to exaggerate that kind of assumption

9 that I made and exaggerate it and exaggerate it and exaggerate

10 it and exaggerate it, then, of course you're going to get a

11 kind of high-scoring class that looks very different, but

12 that's merely taking an assumption that was meant to sort of

13 test a reasonable ceiling and then blowing it up to an extent

14 that is -- it's a little -- it's a little beyond what anyone

15 would consider to be reasonable, I guess, and also totally

16 changes the nature of what we should be looking at as a

17 comparison.

18 Q.  So let's go back to Exhibit 13, Table 1.  You said you

19 weren't sure what would happen in terms of racial diversity,

20 but you did tell us before that if we moved towards that sort

21 of a plan, you knew the SAT scores would go up quite a bit.

22 And I think the answers are actually somewhat clear or point in

23 a sharp direction if we look at these panels here on 13-1.

24 In the actuals, the percent of admitted students who are

25 URM is 8.8 percent African American and 5.9 percent Hispanic.

1  And when we move over to the panel that you're talking about

2  that you want to use as the benchmark, African American

3  admitted students drop to 3.5 percent and Hispanic drop to

4  3.4 percent.

5       Now, I'm not advocating for this to be the comparative

6  benchmark, but you are, Dr. Hoxby, and you're telling me that

7  you know the SAT scores are going to go up a lot, but then you

8  say you're unsure what's going to happen with the URM diversity

9  levels.  But if you know the one, then you know the other.

10 You're using these same tables to show the one.  They're

11 obviously pointing in just as sharp a direction on the other

12 one.

13      So, again, I'm not advocating for the status quo, but if

14 you want to compare your SES index to a different benchmark

15 than UNC's actual actuals, then I think you have to fairly take

16 what you're pointing to as your status quo.

17 A.  Okay.  So this middle panel is not based on admitting

18 students based on test scores.  It's half test scores and half

19 GPA.  You may be correct in your supposition that a percentage

20 of students who are URMs would fall if we switched to an

21 entirely test score-based system.  I don't know whether that's

22 true or not, but I'm not declaring that I think your

23 supposition is wrong.

24 Q.  Okay.  Let's get back to the -- another point that we've

25 talked about a little bit about getting rid of holistic

1    admissions, I think you called it; if we increase the number of

2    seats, that is the emphasis to 2,000, there are schools --

3    A.   Mr. McCarthy --

4    Q.   I'm sorry?

5    A.   I'm sorry.  Mr. McCarthy, do you think I could just take a

6    five-minute break?

7    Q.   Dr. Hoxby, it's fine with me, if it's fine with the Court.

8           **THE COURT:**  We can do that, ma'am.  Let's take a

9    five-minute recess.  We will return in five minutes.

10          **THE WITNESS:**  Just a break for all of my coffee.

11          **THE COURT:**  That's fine.

12     (An afternoon recess was taken from 4:33 p.m. until

13   4:40 p.m.; all parties present.)

14          **THE COURT:**  So I understand that you have about 20

15   minutes or so, and that you would come to a natural stopping

16   place?

17          **MR. MCCARTHY:**  Yes, Your Honor, I think about 20 or 30

18   minutes I'll be at a natural stopping point.

19          **THE COURT:**  No more than 30.  Thank you.

20          **MR. MCCARTHY:**  Yep.

21          **THE COURT:**  You may proceed.

22          **MR. MCCARTHY:**  You've got it.

23   Q.   (By Mr. McCarthy)  Dr. Hoxby, I want to get back to this

24   hypothetical 2,000-seat, 50 percent SES index plan.  I

25   understand that that would displace half of UNC's current

1  admissions process under your simulations, correct?

2  A.  Yes, it would displace half of the admissions process.

3  Q.  There are -- there are schools that have displaced portions

4  of their admissions process with a race-neutral alternative,

5  aren't there; for example, the University of Texas?

6  A.  Yes, so the University of Texas and Texas A&M use the

7  10 percent plan.

8  Q.  And the University of Texas, for example, uses an

9  admissions process that's not that dissimilar from UNC for the

10  remainder of its class, correct?

11  A.  Yes, at this point.  In recent years, University of Texas

12  has been permitted to reserve a certain portion of its class, a

13  quite small portion, I believe about 10 of its class -- it's

14  approximately 10, but I have not checked those numbers

15  recently.  It is allowed to reserve a small percentage of its

16  class to admit using a more holistic process and not using the

17  top 10 percent plan.

18  Q.  So a hybrid sort of plan is a feasible plan, theoretically,

19  correct?

20  A.  Yes.

21  Q.  So there's nothing about a 2,000-seat, 50 percent model

22  that is just off the table in terms of its theoretical

23  possibility, correct?

24  A.  Well, yes, but I wish to remind you that this is not very

25  similar to the Texas 10 percent plan.  This would be a plan

1  where 50 percent of UNC's admission would be based strictly

2  on -- strictly on test scores.

3  Q.  Understood.

4     Let's turn to your Slide 34.  This is a -- I'll wait for

5  you.  Sorry.

6     Do you have Slide 34, Dr. Hoxby?

7  A.  I have it in front of me, yes.  Thank you.

8  Q.  Great.  Thank you.

9     This is a similar type of scatter plot analysis as the one

10  we were looking at before on Slide 33, but this one is using

11  your race-predicting index, correct?

12  A.  Yes, it is.

13  Q.  And this is based on Exhibit 9, Figure 7, from your opening

14  report, correct?

15  A.  Yes, it is.

16  Q.  Now, the first thing I notice when I look at this scatter

17  plot is that there are many more versions of your

18  race-predicted index simulation showing promise in terms of

19  both the number of URM admits and the average SAT score of

20  those URM admits.

21     Do you see that too?

22  A.  What I was asked to evaluate was whether a -- whether a

23  race-neutral plan could attain the actuals of UNC under very

24  optimistic assumptions that were very generous to the

25  race-neutral plan.  You can see that I'm never able to attain

1  those actuals here.

2     And may you also remember, Mr. McCarthy, that this

3  race-predicting index is not actually, strictly speaking, race

4  neutral, but is designed to sort of test the limits of what

5  could possibly be achieved by UNC using SES variables and that,

6  in fact, UNC would have to use race in order to create a

7  race-predicting index.

8     So, in fact, although this is designed to be sort of

9  testing the limits to show what you could possibly do, it

10  really couldn't be a race-neutral process because they would

11  have had to just use race.

12  Q.  So I understand.  And I understand you've characterized

13  that as an effort to find the ceiling, right?

14  A.  Find the ceiling, test the limits, show the -- you know,

15  the absolute most that a race-neutral socioeconomic plan could

16  do.  It's not realistic, though, because it's not actually race

17  neutral.

18  Q.  I understand your qualifications on it, that it's intended

19  to be looking for a ceiling, and you view it as just that only.

20  But I still want to look at these numbers here.  And if we

21  think about the hypothetical 2,000-seat, 50 percent version I

22  talked about before when we were discussing it in the context

23  of your previous slide, if we look at that here, right, if we

24  look at the same kind of trend lines that we have along the

25  first of the 750 blue dots, and then as we move to the right,

1  the 1,000 blue dots and then the 1,250-seat blue dots and then

2  the 1,500, it's the same trend lines we saw before in that as

3  you increase the number of seats, that is, the emphasis, it

4  moves to the right more and more and gets more and more URM

5  students.  At the same time, as you move up and take a higher

6  percentage of people from the SES index, you're going to get

7  higher and higher SAT scores.

8      So if you did a 2,000-seat, 50 percent kind of model, you'd

9  be very likely to beat the actual class in terms of both the

10 number of URM students and the average test score of those URM

11 students, correct?

12 A.  No, that's not correct.

13     So let's go back to the point that when we decide to throw

14 out half of the UNC process that is holistic and replace it

15 with test scores only, we need to adjust what we would think of

16 as the actual.

17     I'm going to take your supposition, Mr. McCarthy, as being

18 maybe true.  Let's say that we move to a test-score-only model

19 for half of the class.  We would expect that green dot to move

20 upwards because test scores would be higher, in all

21 probability.  That's very, very likely.  And I'm also going to

22 take your supposition, although I did not say I advocate for

23 it, that the little green dot would also move to the left

24 because there would be fewer URMs.  I think that was what you

25 were trying to do -- to say before.

1  Q.  Yes, that was the line for inclusion in the table.

2  A.  Okay.  So we've moved the green dot up and pretty far to

3  the left.  I think is what you were trying to suggest might

4  happen.  Let's just take that as a hypothetical.  Okay.  So now

5  as I start to move from 1,500 to 2,000-seat to 2,500 seats,

6  you're right, but what would be happening is we would expect

7  that those sort of diagonal lines would be moving to the right

8  sort of to the -- I call it the northeast -- would be moving to

9  the northeast, but since the green dot would have moved to the

10  northwest, we would still not necessarily -- that would change

11  where that nice quadrant was, okay, because the green dot would

12  define a new quadrant, and so we might still not hit that

13  quadrant.

14      In fact, the likelihood in a situation like that is that we

15  would have a lot of trouble hitting that quadrant because the

16  test score -- test scores that we would be trying to attain for

17  UNC would be so high that we would never get in that quadrant

18  with the 2,000 seats, with the 2,500 seats, or whatever.

19      I haven't actually done that exercise, but I think it is

20  reasonable to think about the patterns that you're describing

21  and try to understand how they would probably play out,

22  understanding that I have not actually calculated those

23  numbers.

24      So -- and you can't just do it off the -- I mean, it's not

25  possible to do it off the top of your head, and let me explain

1    why.  The reason is that it's not just that these patterns

2    aren't necessarily going to play out in exactly the same way as

3    we increase the number of seats more and more because you have

4    to realize that we're digging into different and different

5    parts of the potential applicant pool in the state of

6    North Carolina, and we actually need to look at the data and

7    run the numbers.  Because if it were just a matter of "I can

8    draw patterns and they're always going to turn out the same

9    way," I would not need to have done all of this very difficult

10   work in socioeconomic modeling.

11   Q.  I understand.

12       So if -- looking at this scatter plot, if we increase the

13   emphasis and the threshold to something like 2,000 and

14   50 percent, it looks like it would probably hit that green dot

15   that's the actual class.

16       Now, I understand your point is that if we use this other

17   status quo that looks something like Exhibit 13, Table 1,

18   that's up higher to the left, we don't really know, correct?

19   A.  Yeah, we don't know whether we would ever be able to hit

20   what we might call the new green dot.

21   Q.  Okay.  So it might hit it; it might not hit it; and it's

22   hard to guess from where we are, correct?

23   A.  Yes, because under this -- under this different scenario,

24   UNC would be a very high-scoring school, but it would be very

25   racially undiverse under your supposition.  So we would have to

1  actually figure out the numbers there.

2      I think it's also important to understand that UNC

3  cannot -- remember, my assumptions were very positive towards

4  the race-neutral alternatives, so I assumed that a lot of

5  students apply under this race-neutral alternative and that

6  they not only get in, but that a lot of them matriculate.

7      So in this world in which we're getting half of the class

8  purely based on their test scores, that we really have to think

9  hard about would all of the high school students in the state

10 of North Carolina be applying?  Would they be equally likely to

11 apply?  Would they want to matriculate?

12     I think you have to look at the data to know the answers to

13 those questions, and I tried to look at realistic models,

14 whereas I would describe that as so unrealistic that I'm not

15 sure I could opine very much on a world like that because it

16 would be a world in which there was a lot of leaps of faith and

17 some of them were really big leaps.

18 Q.  So you just mentioned, you know, one of the reasons why we

19 don't know is because of things like not knowing what would

20 happen with matriculants, but you actually did this same model

21 as Exhibit 9, Figure 7, that underlies this scatter plot.  And

22 that's Exhibit 9, Figure 8, in your opening report, correct?

23 A.  Absolutely, for matriculants.

24 Q.  Right.

25 A.  Should I pull that up?

1 Q. Yes, please. Let's do. So this is your opening report

2 Exhibit 9, Figure 8.

3 A. Do you mean Exhibit 13 or exhibit --

4 Q. I mean Exhibit 9, Figure 8. We were just -- and this in

5 your opening report. We were just looking at your Slide 34,

6 which was based off of Exhibit 9, Figure 7. And you mentioned

7 about matriculants, so I wanted to look over at Exhibit 9,

8 Figure 8, which is the same --

9 A. Sure.

10 Q. -- race-predicted index but with matriculants, correct?

11 A. Yes.

12 Q. So do you have it in front of you now?

13 A. I do have it in front of me.

14 Q. Great. So we have -- and I'll try to make this quick

15 because I know we're getting at the end of everybody's day

16 here, but we have the same trend lines happening as in the last

17 couple of simulations we looked at: The 750 line, the

18 1,000-seat line, the 1,250-seat line, and the 1,500-seat line.

19 And this one looks even more promising once we go with

20 matriculants. In fact, there's a couple that are right near

21 the actual status quo green dot. And if we move to a

22 2,000-seat, 50 percent plan, we'd surely pass that green dot.

23     Now, the -- let -- and I know that we might have a

24 conversation about whether we move the green dot. But if we

25 just look at this green dot, the one that's the actual class

1  right there on Exhibit 9, Figure 8, you would agree with me,

2  wouldn't you, that a 2,000-seat, 50 percent version of this

3  plan would likely exceed both dimensions of the actual class?

4  A.  I'm going to agree with you and disagree with you.  The

5  part where I agree with you is that I think you are correctly

6  discerning the pattern by which -- if we set aside more and

7  more seats for disadvantaged students and raise and raise the

8  level of socioeconomic status that we consider to be

9  disadvantaged, we are going to see that the dots tend to move

10  in the northeast direction.

11      But I'm going to disagree with you that when you take that

12  to such an extreme that we should be considering things

13  relative to this green dot.  You can say I must take this green

14  dot, but I don't think I have to take the green dot if it no

15  longer makes sense as a comparison.  I think it is my

16  obligation as a serious analyst to try to make comparisons from

17  which people can learn the truth, and I think that that would

18  be deliberately misleading someone.

19  Q.  It's fine with me if you want to move the green dot.  I

20  just wanted to set a baseline here, that if we keep that green

21  dot, we would both agree that moving to a 2,000-seat,

22  50 percent plan would surpass the green dot in both dimensions,

23  correct?

24  A.  I think I've answered that question numerous times.  Do you

25  want me to answer it again the same way?

1  Q.  No, that's okay.  So --

2  A.  I'm very glad to answer it as many times as you like.  I

3  have no problem with that.  I am not running out of patience or

4  anything.  I'm just saying I think I've already answered that

5  question.

6  Q.  I understand you answered it.  It wasn't clear to me where

7  you were on that, and I wasn't trying to force you to be stuck

8  with that actual class.  I just wanted to understand if that's

9  our actual class, and I -- we'll talk about the moving of the

10  dot in a second.

11      But if that's our actual class, a 2,000-seat, 50 percent

12  plan pretty clearly beats it in both dimensions, correct?

13  A.  The conditionality in your question is problematic for me

14  because you keep saying "if that's our actual class" when, in

15  fact, I know that in such -- under the circumstances you're

16  asking me to consider, that would not be very close to being

17  the actual class at all.  So it's very difficult to answer a

18  question where the condition being set in the first half of the

19  question doesn't align very well with the conclusion that's

20  being drawn.

21      So you're trying to condition on one thing and then draw a

22  conclusion, and with the condition that you set out first, the

23  conclusion would be unwarranted.  So, right, I'm trying to work

24  with you here, but I think I have tried to answer this

25  question.

1 Q.   Okay.  I understand you don't like the condition, and

2 that's fine.  I know we've had some agreement and disagreement

3 about that, which is fine too.  But I think we know the answer

4 under the condition.

5     So let's now take away the condition, okay, and we move the

6 green dot in the way that you imaged before --

7         **THE COURT:**  Mr. McCarthy, I have allowed you a lot of

8 leverage here, but you're testifying.  She's answering the

9 question the way she feels like she needs to answer the

10 question, but you're testifying, and that's not what we do on

11 cross-examination.  So I think you move on to your next

12 question.

13         **MR. MCCARTHY:**  Okay, Your Honor.  I'm sorry about

14 that.  I was enjoying my dialogue with Dr. Hoxby.  I like to

15 talk with people who can agree and disagree with me sometimes.

16         **THE COURT:**  Well, we can be here forever, and I'm sure

17 she will dialogue with you at her convenience, but we need to

18 move this along.

19         **MR. MCCARTHY:**  I'll wrap it up shortly, Your Honor.

20         **THE COURT:**  All right.  Thank you.

21         **MR. MCCARTHY:**  Sorry about that.

22 Q.   (By Mr. McCarthy)  So if we move the green dot in the

23 manner you suggested, Dr. Hoxby, it's still possible that a

24 2,000-seat, 50 percent model might hit it, correct?

25         **THE COURT:**  That's the question --

1    **THE WITNESS:**  I just don't think I can answer that

2  question --

3        **THE COURT:**  Wait just a minute.  Wait just a minute.

4  That is the question I've asked you to move on from.

5        **MR. MCCARTHY:**  I'm sorry, Your Honor.

6        **THE COURT:**  Let's move on.

7        **MR. MCCARTHY:**  Got it, Your Honor.  I misunderstood

8  your direction before.  I thought you were talking -- never

9  mind.

10        **THE COURT:**  Yes.

11        **MR. MCCARTHY:**  My fault.

12  Q.  (By Mr. McCarthy)  We previously agreed, Dr. Hoxby, that

13  there's nothing theoretically impossible about a 2,000-seat, 50

14  percent SES index model, correct?

15  A.  Yeah.  There's certainly nothing theoretically impossible

16  about it, no.

17  Q.  And as of right now, we don't know where it would end up,

18  correct?

19  A.  Well, one would have to do data analysis.  I think it's

20  very important to look at the actual data for something like

21  that.

22  Q.  The trend lines point in certain directions, but we can't

23  tell without the data analysis, right?

24  A.  Yes, it's not enough that the trend lines just point in

25  certain directions, because as we actually dig into student

1  data, the students who come up in the applicant pool aren't

2  necessarily replicating the patterns of the students who showed

3  up previously.  The modeling just isn't that simple.  I can

4  give you some examples, if that would be helpful to you, so

5  that you can help -- so that I can help you understand why it

6  is that I think that we would really need to do the data

7  analysis and not just -- not just look at the patterns.

8  Q.  If it's not theoretically impossible and the trend lines

9  were pointing in this direction, why didn't you consider this

10 option before and do the data analysis?

11 A.  Because I wanted to have some amount of realism.  I would

12 certainly be not disinclined to do an analysis with 2,000

13 students.  I think, though, that the reason that it's not a

14 terrific idea to do an analysis with 2,000 students who are

15 admitted strictly based on test scores to UNC is that, as I

16 mentioned earlier, the assumptions that were generous toward

17 race-neutral alternatives start to become very -- I'm not quite

18 sure what the right word is here, but leaps of faith become

19 very big leaps.

20     Like, for instance, assuming that all the top-scoring

21 students in North Carolina apply to UNC is a very generous

22 assumption, and the more we rely on that very generous

23 assumption, the more it seems like a big leap of faith.  We

24 keep believing that that would be true.  It's kind of like

25 saying that every top-scoring student in North Carolina --

1    those who could probably go to Duke, those who could go to

2    Harvard, those who could go to Stanford and University of

3    Chicago -- they're just going to keep applying to UNC under the

4    race-neutral alternative.  And that may -- that's a very big

5    leap of faith, and we're starting to rely on that leap of faith

6    too much.

7         So I tried to make assumptions that, as I said, were

8    favorable while still staying within the realm of some

9    amount -- so I can try to be favorable, but that doesn't mean I

10   should try to be ridiculously pie in the sky.  I think I still

11   owe it to people to try to choose assumptions that are

12   favorable -- are not so favorable that we're starting to make

13   things up.  I don't think that's my role as an expert.  I think

14   I need to be responsible to the data and to the truth.

15            **MR. MCCARTHY:**  We can break there, Your Honor.

16            **THE COURT:**  I think that's a good stopping point.

17            **MR. MCCARTHY:**  And I apologize again for

18   misunderstanding your direction.

19            **THE COURT:**  How much longer do you believe that your

20   examination of Dr. Hoxby will be tomorrow?

21            **MR. MCCARTHY:**  Your Honor, I think it will probably

22   be -- I think it will probably be around 90 minutes --

23            **THE COURT:**  All right.

24            **MR. MCCARTHY:**  -- something like that.  We got

25   through -- I basically got through a significant portion of it,

1 but I think it will be about 90 minutes.  And I'll promise,

2 Your Honor, that I'll do my best to work on it tonight and try

3 to streamline it and do it as quickly as we can tomorrow.

4         **THE COURT:**  Thank you.

5    Was there anything that you needed to say to me?

6         **MS. FLATH:**  No, Your Honor.  We just wanted to confirm

7 on the time since Dr. Hoxby is on the West Coast.

8         **THE COURT:**  We will resume in the morning at 9:30 a.m.

9    And I thank you, Dr. Hoxby, for being here, and hopefully

10 we will get through with this in due time.  I appreciate your

11 being here.

12         **THE WITNESS:**  Thank you very much.

13         **THE COURT:**  Yes.

14         **MR. MCCARTHY:**  Thank you, Dr. Hoxby.

15         **THE COURT:**  Anything further before we recess today?

16         **MR. FITZGERALD:**  No, Your Honor.

17         **MR. MCCARTHY:**  No.

18         **THE COURT:**  Let us recess court until -- adjourn court

19 until 9:30 a.m.

20    (Proceedings recessed at 5:05 p.m.)

21

22

23

24

25

1

**C E R T I F I C A T E**

2      I, LORI RUSSELL, RMR, CRR, United States District Court
Reporter for the Middle District of North Carolina, DO HEREBY
3  CERTIFY:

4      That the foregoing is a true and correct transcript of the
proceedings had in the within-entitled action; that I reported
5  the same in stenotype to the best of my ability and thereafter
reduced same to typewriting through the use of Computer-Aided
6  Transcription.

7

8

9  Lori Russell, RMR, CRR      Date:  12/15/2020
Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25