# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | MOTION FOR EXTENSION OF TIME FOR POST-TRIAL BRIEFING |

NOW COME the University of North Carolina Defendants, by and through undersigned counsel, and respectfully move the Court for an extension of the time to submit their post-trial brief, including proposed finding of facts and conclusions of law. In support of this motion, the UNC-Defendants state the following:

On April 1, 2020, the Court ordered that the parties shall file briefs to include proposed finding of facts and conclusions of law no later than 30 days following the receipt of the official transcripts of the trial with opposition briefs due no later than 21 days thereafter. (ECF 202.)

On December 21, 2020, the court reporter filed the official trial transcripts, thereby making the deadline for the post-trial briefing January 20, 2021 and the deadline for opposition briefs February 10, 2021.

As all parties expressed before and during trial, the UNC-Defendants are eager to bring the critical and important issues presented by this litigation to a resolution and have worked in good faith to do so expeditiously. The UNC-Defendants will continue to work diligently to provide the Court with the information that it needs to render its decision and do not make this request lightly. But, in light of the proximity of the holidays to the receipt of the official trial transcripts as well as arbitrations on January 12-13, January 28-29, and February 1-2, 2021 in which one of the lead drafters of the UNC's post-trial briefing is participating, the UNC-Defendants respectfully request that the Court provide a limited extension of these deadlines:

- Post-trial briefs, including proposed findings of fact and conclusions of law, due February 5, 2021
- Opposition briefs due February 26, 2021

The UNC-Defendants met and conferred with plaintiff Students for Fair Admissions, Inc. prior to making this motion. SFFA expressed that it would be willing, in the spirit of continued cooperation among the parties, to agree to a deadline of January 29, 2021.

The Student-Intervenors join in the UNC-Defendants' request for an extension until February 5, 2021.

2

Case 1:14-cv-00954-LCB-JLW   Document 237   Filed 12/21/20   Page 2 of 4

WHEREFORE, the UNC-Defendants respectfully request that the Court enter an order setting the deadline for post-trial briefs as February 5, 2021 with opposition briefs due February 26, 2021.

Respectfully submitted this 21st day of December, 2020.

    JOSHUA H. STEIN
    Attorney General

/s/ Patrick Fitzgerald
Patrick Fitzgerald
Amy Van Gelder
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: patrick.fitzgerald@skadden.com
E: amy.vangelder@skadden.com
E: marianne.combs@skadden.com

/s/ Lara Flath
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
E: lara.flath@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Tamika Henderson
Tamika Henderson
Assistant Attorney General
NC State Bar No. 42398
E: tlhenderson@ncdoj.gov

*Attorneys for the UNC-Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Motion for Extension of Time For Post-Trial Briefing via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 21st day of December, 2020.

/s/ Patrick Fitzgerald