IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 14CV954 |

**ORDER**

This matter is before the Court on the UNC-Defendants' Motion for Extension of Time to File Post-Trial Briefs, (ECF No. 237).

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and the deadline for the parties to file their post-trial briefs, including proposed findings of fact and conclusions of law, is February 5, 2021 with opposition briefs due February 26, 2021.

This, the 21st day of December 2020.

/s/ Loretta C. Biggs
United States District Judge