IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:14-CV-954-LCB-JLW

**STUDENTS FOR FAIR ADMISSION, INC.,**

    **Plaintiff,**

    v.

**THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,**

    **Defendants.**

## NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

    Notice is hereby given that a Redaction Request with respect to the official transcript of the hearing held on the week of November 9 – 13, 2020 in the above-referenced case will be filed with the court within 21 calendar days from the date the unredacted transcript was entered on the docket.

    This the 22nd day of December, 2020.

JOSHUA H. STEIN
 Attorney General

/s/ Patrick Fitzgerald
Patrick Fitzgerald
Amy Van Gelder
Marianne Combs
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
(312) 407-0700
E: patrick.fitzgerald@skadden.com
E: amy.vangelder@skadden.com
E: marianne.combs@skadden.com

/s/ Lara Flath
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
E: lara.flath@skadden.com

/s/ Stephanie Brennan
Stephanie Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov

/s/ Tamika Henderson
Tamika Henderson
Special Deputy Attorney General
NC State Bar No. 42398
E: tlhenderson@ncdoj.gov

*Attorneys for the UNC-Defendants*

2

Case 1:14-cv-00954-LCB-JLW   Document 240   Filed 12/22/20   Page 2 of 2