IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:14-CV-954-LCB-JLW

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSION, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al.,<br><br>　　Defendants. | |

## MOTION FOR REDACTION OF TRANSCRIPT

Defendants respectfully move for redaction of the trial transcript in this case at 560:22-562:16. This portion of the transcript contains personally-identifiable information about former students at UNC-Chapel Hill and should be redacted pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g. Plaintiffs and Defendant-Intervenors do not object to the redaction. Defendants submit a memorandum of law in support of this motion.

　　This the 11th day of January, 2021.

|  |  |
|---|---|
| /s/ Patrick Fitzgerald<br>Patrick Fitzgerald<br>Amy Van Gelder<br>Marianne Combs<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720<br>(312) 407-0700<br>E: patrick.fitzgerald@skadden.com<br>E: amy.vangelder@skadden.com<br>E: marianne.combs@skadden.com<br><br>/s/ Lara Flath<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>E: lara.flath@skadden.com | JOSHUA H. STEIN<br>  Attorney General<br><br>/s/ Stephanie Brennan<br>Stephanie Brennan<br>Special Deputy Attorney General<br>NC State Bar No. 35955<br>E: sbrennan@ncdoj.gov<br><br>/s/ Tamika Henderson<br>Tamika Henderson<br>Special Deputy Attorney General<br>NC State Bar No. 42398<br>E: tlhenderson@ncdoj.gov<br><br><br>*Attorneys for the UNC-Defendants* |