IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 1:14CV954 |

**ORDER**

This matter is before the Court on the Defendants' Motion for Redaction of Transcript. (ECF No. 241).

The Court has reviewed Defendants' motion for redaction of the November 2020 trial transcript at 560:22-562:16. Pursuant to the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and the court reporter is instructed to redact this portion of the transcript.

This, the 12th day of January 2021.

/s/ Loretta C. Biggs
United States District Judge