# Appendix A

# Peter Arcidiacono

## Demonstratives

---

*STUDENTS FOR FAIR ADMISSIONS, INC.*
*v.*
*UNIVERSITY OF NORTH CAROLINA, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-00954-LCB-JLW

Case 1:14-cv-00954-LCB-JLW   Document 247-1   Filed 02/05/21   Page 2 of 67

# Applicant Datasets (2016-2021)

| | In-State Applicants | Out-of-State Applicants | In-State + Out-of-State |
|---|---|---|---|
| Initial Observations | 65,123 | 135,289 | 200,412 |

| | In-State Removed | Out-of-State Removed | IS + OS Removed |
|---|---|---|---|
| Withdrawal, Incomplete | 2,840 (4.4%) | 7,772 (5.7%) | 10,612 |
| Any Rating Zero | 315 (0.5%) | 382 (0.3%) | 697 |
| Any Special | 4,590 (7.0%) | 4,273 (3.2%) | 8,863 |
| Foreign | 153 (0.2%) | 17,230 (12.7%) | 17,383 |
| Total Removed | 7,898 (12.1%) | 29,657 (21.9%) | 37,555 |
| **Total Remaining** | **57,225** | **105,632** | **162,857** |

NOTE: Percentages denote the number of observations cut as a percentage of the initial number of observations.

117.1 (Report of Peter Arcidiacono, Table A.2.1 and Table A.2.2)

1

UNC's Overall Acceptance Rate = 25.61%

Out-of-State Acceptance Rate = 13.52%

3.5×

In-State Acceptance Rate = 47.92%

117.1 (Report of Peter Arcidiacono, Table 2.1)

# Admission Rates by Race and Residency

|  | **White** | **Asian American** | **African American** | **Hispanic** |
|---|---|---|---|---|
| In-State Admission Rate | 50.86% | 53.56% | 30.53% | 40.96% |
| Out-of-State Admission Rate | 10.91% | 16.60% | 16.74% | 20.18% |

117.1 (Report of Peter Arcidiacono, Table 2.1)

# Application Summary Statistics by Race: In-State Applicants (2016-2021)

| | White | | | Asian American | | | African American | | | Hispanic | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reject | Admit | All | Reject | Admit | All | Reject | Admit | All | Reject | Admit | All |
| Female | 56.93 | 60.67 | 58.83 | 55.83 | 56.97 | 56.44 | 65.91 | 70.09 | 67.19 | 62.25 | 61.22 | 61.83 |
| First-generation college | 18.25 | 13.21 | 15.69 | 30.03 | 20.04 | 24.68 | 41.68 | 33.57 | 39.20 | 51.06 | 40.48 | 46.73 |
| Legacy | 17.42 | 21.84 | 19.67 | 4.62 | 5.77 | 5.24 | 6.35 | 9.27 | 7.24 | 4.53 | 4.90 | 4.68 |
| Waiver | 6.92 | 5.06 | 5.97 | 16.26 | 12.19 | 14.08 | 45.86 | 37.99 | 43.46 | 36.01 | 28.91 | 33.10 |
| SAT math (z-score) | -0.69 | 0.06 | -0.31 | -0.46 | 0.47 | 0.04 | -1.57 | -0.73 | -1.31 | -1.17 | -0.37 | -0.84 |
| SAT verbal (z-score) | -0.55 | 0.25 | -0.14 | -0.74 | 0.27 | -0.20 | -1.42 | -0.51 | -1.14 | -1.03 | -0.16 | -0.68 |
| High school class percentile (0-100) | 79.10 | 93.58 | 86.34 | 74.86 | 92.78 | 83.94 | 74.20 | 91.56 | 79.26 | 74.87 | 91.81 | 81.57 |
| GPA (z-score) | -0.09 | 0.90 | 0.41 | -0.14 | 1.03 | 0.49 | -0.67 | 0.59 | -0.28 | -0.39 | 0.74 | 0.07 |
| Program Rating (1-10) | 5.35 | 7.52 | 6.45 | 6.35 | 8.56 | 7.53 | 4.94 | 7.30 | 5.66 | 5.34 | 7.42 | 6.19 |
| Performance Rating (1-10) | 5.62 | 8.37 | 7.02 | 4.96 | 8.03 | 6.60 | 4.55 | 7.40 | 5.42 | 4.93 | 7.77 | 6.09 |
| Extracurricular Rating (1-10) | 5.42 | 6.07 | 5.75 | 5.09 | 6.02 | 5.59 | 4.90 | 5.69 | 5.15 | 5.00 | 5.71 | 5.29 |
| Essay Rating > 5 | 0.05 | 0.15 | 0.10 | 0.05 | 0.19 | 0.13 | 0.03 | 0.13 | 0.06 | 0.04 | 0.14 | 0.08 |
| Personal Quality Rating > 5 | 0.11 | 0.24 | 0.18 | 0.11 | 0.27 | 0.20 | 0.14 | 0.32 | 0.20 | 0.17 | 0.32 | 0.23 |
| N | 18229 | 18865 | 37094 | 2794 | 3223 | 6017 | 5401 | 2374 | 7775 | 2119 | 1470 | 3589 |

NOTE: Essay and Personal Quality are given across the set (1, 3, 5, 7, 10) though five is by far the most common score.

# Application Summary Statistics by Race: Out-of-State Applicants (2016-2021)

| | White Reject | White Admit | White All | Asian American Reject | Asian American Admit | Asian American All | African American Reject | African American Admit | African American All | Hispanic Reject | Hispanic Admit | Hispanic All |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Female | 61.18 | 55.26 | 60.53 | 55.73 | 54.74 | 55.56 | 66.00 | 66.79 | 66.13 | 59.26 | 60.35 | 59.48 |
| First-generation college | 8.97 | 7.22 | 8.78 | 13.37 | 8.90 | 12.63 | 29.75 | 19.00 | 27.95 | 23.97 | 14.94 | 22.14 |
| Legacy | 2.63 | 17.82 | 4.29 | 0.80 | 3.00 | 1.16 | 1.78 | 3.80 | 2.12 | 1.25 | 4.34 | 1.87 |
| Waiver | 3.70 | 2.63 | 3.58 | 9.92 | 6.63 | 9.37 | 36.39 | 25.67 | 34.60 | 18.54 | 12.63 | 17.35 |
| SAT math (z-score) | -0.01 | 0.80 | 0.08 | 0.48 | 1.20 | 0.60 | -1.16 | -0.08 | -0.98 | -0.43 | 0.40 | -0.27 |
| SAT verbal (z-score) | 0.15 | 1.02 | 0.24 | 0.22 | 1.17 | 0.38 | -0.91 | 0.24 | -0.72 | -0.25 | 0.64 | -0.07 |
| High school class percentile (0-100) | 87.49 | 96.75 | 88.44 | 86.78 | 97.14 | 88.53 | 77.18 | 94.01 | 79.88 | 83.34 | 95.34 | 85.57 |
| GPA (z-score) | -0.16 | 0.29 | -0.11 | -0.16 | 0.34 | -0.07 | -0.70 | 0.07 | -0.57 | -0.21 | 0.37 | -0.09 |
| Program Rating (1-10) | 6.16 | 8.40 | 6.40 | 7.26 | 9.10 | 7.57 | 5.08 | 7.65 | 5.51 | 6.26 | 8.42 | 6.70 |
| Performance Rating (1-10) | 7.32 | 9.08 | 7.51 | 6.85 | 9.06 | 7.22 | 5.29 | 8.01 | 5.75 | 6.35 | 8.58 | 6.80 |
| Extracurricular Rating (1-10) | 5.87 | 6.83 | 5.98 | 5.81 | 7.02 | 6.01 | 5.24 | 6.29 | 5.41 | 5.57 | 6.50 | 5.76 |
| Essay Rating > 5 | 0.11 | 0.44 | 0.15 | 0.14 | 0.50 | 0.20 | 0.08 | 0.30 | 0.12 | 0.10 | 0.35 | 0.15 |
| Personal Quality Rating > 5 | 0.16 | 0.53 | 0.20 | 0.17 | 0.56 | 0.24 | 0.19 | 0.51 | 0.24 | 0.20 | 0.50 | 0.27 |
| N | 56790 | 6954 | 63744 | 13554 | 2698 | 16252 | 7980 | 1605 | 9585 | 7202 | 1821 | 9023 |

NOTE: Essay and Personal Quality are given across the set (1, 3, 5, 7, 10) though five is by far the most common score.

# Academic Index

$$AI = SAT^* + GPA^*$$

$$^* \text{z-score}$$

# In-State & Out-of-State Admit Rates:  Full Sample vs. Decile Sample

| In-State | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| Full Sample | 50.86% | 53.56% | 30.53% | 40.96% |
| Decile Sample | 50.66% | 52.87% | 30.25% | 40.93% |

| Out-of-State | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| Full Sample | 10.91% | 16.60% | 16.74% | 20.18% |
| Decile Sample | 10.56% | 16.16% | 16.67% | 19.64% |

## In-State Applicants: Share Above Median Rating by Academic Index Decile

| Academic Decile | Program | Performance | Activities | Essay | Personal Qualities |
|---|---|---|---|---|---|
| 10 | 88.70% | 84.40% | 40.40% | 22.20% | 28.70% |
| 9 | 74.60% | 70.50% | 32.10% | 15.50% | 22.50% |
| 8 | 65.20% | 61.50% | 26.70% | 12.90% | 21.00% |
| 7 | 57.90% | 51.30% | 24.50% | 10.60% | 19.70% |
| 6 | 50.10% | 40.80% | 22.10% | 9.30% | 17.90% |
| 5 | 43.20% | 31.80% | 20.40% | 8.90% | 17.70% |
| 4 | 36.30% | 21.70% | 18.30% | 6.50% | 15.80% |
| 3 | 31.30% | 14.10% | 15.60% | 5.20% | 14.50% |
| 2 | 22.60% | 7.70% | 12.60% | 3.70% | 13.10% |
| 1 | 15.00% | 1.80% | 8.40% | 2.00% | 11.00% |

# Out-of-State Applicants: Share Above Median Rating by Academic Index Decile

| Academic Decile | Program | Performance | Activities | Essay | Personal Qualities |
|---|---|---|---|---|---|
| 10 | 85.90% | 82.10% | 47.20% | 29.70% | 35.30% |
| 9 | 79.00% | 74.80% | 41.80% | 24.10% | 30.20% |
| 8 | 72.00% | 68.60% | 38.20% | 20.20% | 26.90% |
| 7 | 64.80% | 62.90% | 34.30% | 18.00% | 23.40% |
| 6 | 56.40% | 54.40% | 31.40% | 14.90% | 20.60% |
| 5 | 48.20% | 47.50% | 28.00% | 13.00% | 18.30% |
| 4 | 40.70% | 38.40% | 25.60% | 10.30% | 16.60% |
| 3 | 34.00% | 26.60% | 21.10% | 8.40% | 14.70% |
| 2 | 25.60% | 15.50% | 18.10% | 6.80% | 13.10% |
| 1 | 15.30% | 3.90% | 12.50% | 3.40% | 11.30% |

117.1 (Report of Peter Arcidiacono, Table 3.5)

# In-State Applicants in Each Academic Index Decile

| Academic Decile | White | Asian American | African American | Hispanic |
|:---:|:---:|:---:|:---:|:---:|
| 10 | 3820 | 1139 | 67 | 128 |
| 9 | 4180 | 739 | 138 | 171 |
| 8 | 4153 | 625 | 205 | 248 |
| 7 | 4101 | 588 | 304 | 238 |
| 6 | 3972 | 498 | 452 | 325 |
| 5 | 3880 | 457 | 563 | 363 |
| 4 | 3663 | 473 | 723 | 406 |
| 3 | 3310 | 433 | 1053 | 476 |
| 2 | 2762 | 420 | 1553 | 518 |
| 1 | 1848 | 376 | 2462 | 582 |
| Total | 35689 | 5748 | 7520 | 3455 |

# Percentage of In-State Applicants in Each Academic Index Decile



# In-State Admission Rates by Academic Index Decile and Race/Ethnicity

| Academic Decile | White | Asian American | African American | Hispanic | All Applicants | |
|---|---|---|---|---|---|---|
| 10 | 98.85% | 98.16% | 97.01% | 98.44% | **98.66%** | + 5.24% |
| 9 | 94.07% | 88.36% | 97.10% | 96.49% | **93.42%** | + 9.93% |
| 8 | 84.08% | 74.40% | 94.63% | 87.50% | **83.50%** | + 13.86% |
| 7 | 69.40% | 56.97% | 88.49% | 81.09% | **69.64%** | + 18.53% |
| 6 | 47.31% | 44.38% | 80.09% | 67.69% | **51.11%** | + 15.50% |
| 5 | 29.56% | 28.67% | 71.23% | 53.72% | **35.61%** | + 11.96% |
| 4 | 17.83% | 16.91% | 49.24% | 38.42% | **23.65%** | + 10.49% |
| 3 | 7.76% | 6.24% | 28.77% | 22.48% | **13.16%** | + 7.72% |
| 2 | 3.08% | 1.90% | 10.69% | 5.21% | **5.44%** | + 4.55% |
| 1 | 0.70% | 0.27% | 1.02% | 1.37% | **0.89%** | |
| TOTAL | **50.66%** | **52.87%** | **30.25%** | **40.93%** | **47.33%** | |

# Out-of-State Applicants in Each Academic Index Decile

| Academic Decile | White | Asian American | African American | Hispanic |
|:---:|:---:|:---:|:---:|:---:|
| 10 | 4216 | 1900 | 123 | 568 |
| 9 | 4610 | 1551 | 136 | 540 |
| 8 | 4727 | 1386 | 197 | 562 |
| 7 | 4883 | 1199 | 265 | 537 |
| 6 | 4926 | 1140 | 308 | 581 |
| 5 | 4860 | 1012 | 409 | 645 |
| 4 | 4737 | 964 | 603 | 657 |
| 3 | 4618 | 816 | 808 | 693 |
| 2 | 4195 | 721 | 1296 | 787 |
| 1 | 3033 | 493 | 2674 | 840 |
| Total | 44805 | 11182 | 6819 | 6410 |

# Percentage of Out-of-State Applicants in Each Academic Index Decile



# Out-of-State Admission Rates by Academic Index Decile and Race/Ethnicity

| Academic Decile | White | Asian American | African American | Hispanic | All Applicants | |
|---|---|---|---|---|---|---|
| 10 | 41.58% | 52.89% | 73.17% | 61.44% | **46.97%** | + 18.10% |
| 9 | 26.51% | 27.66% | 69.12% | 42.41% | **28.87%** | + 10.42% |
| 8 | 15.87% | 15.51% | 57.87% | 33.63% | **18.45%** | + 6.18% |
| 7 | 9.24% | 6.51% | 57.74% | 30.35% | **12.27%** | + 3.84% |
| 6 | 5.34% | 4.56% | 46.10% | 22.20% | **8.43%** | + 2.37% |
| 5 | 2.90% | 1.38% | 39.61% | 15.97% | **6.06%** | + 1.42% |
| 4 | 1.52% | 1.04% | 29.85% | 9.28% | **4.64%** | + 1.99% |
| 3 | 0.89% | 0.25% | 14.36% | 3.61% | **2.65%** | + 1.11% |
| 2 | 0.52% | 0.28% | 5.71% | 1.27% | **1.54%** | + 1.14% |
| 1 | 0.49% | 0.00% | 0.45% | 0.12% | **0.40%** | |
| TOTAL | **10.56%** | **16.16%** | **16.67%** | **19.64%** | **12.91%** | |

# Number and Share of In-State Admits
## Under Admission from Top Academic Deciles

| | White | | Asian American | | African American | | Hispanic | |
|---|---|---|---|---|---|---|---|---|
| | Admit | Share | Admits | Share | Admit | Share | Admit | Share |
| Actual | 18080 | 72.9% | 3039 | 12.3% | 2275 | 9.2% | 1414 | 5.7% |
| Admission from Top Deciles | 19255 | 77.6% | 3467 | 14.0% | 1055 | 4.3% | 1031 | 4.2% |

117.1 (Report of Peter Arcidiacono, Table 3.6)

# Number and Share of Out-of-State Admits
## Under Admission from Top Academic Deciles

| | White | | Asian American | | African American | | Hispanic | |
|---|---|---|---|---|---|---|---|---|
| | Admit | Share | Admits | Share | Admit | Share | Admit | Share |
| Actual | 4730 | 52.9% | 1807 | 20.2% | 1137 | 12.7% | 1259 | 14.1% |
| Admission from Top Deciles | 5650 | 63.2% | 2382 | 26.7% | 165 | 1.9% | 736 | 8.2% |

117.1 (Report of Peter Arcidiacono, Table 3.7)





Applicant Data

$\downarrow$

LOGIT MODEL ≈ UNC PROCESS

$\rightarrow$ **a**\*Prog + **b**\*Perf + **c**\*Activ + **d**\*Essay … + **R**\*Race



Probability of Admission

Probability of Rejection

# *Gratz*: University of Michigan Points System

| VARIABLE | POINTS |
|---|---|
| Academic Achievement: GPA<br>+ Standardized Test Score<br>+ Academic Quality of Applicant's High School<br>+ Strength or Weakness of Applicant's Curriculum | Up to 110 |
| MI Residency | 10 |
| Personal Achievement | 5 |
| Outstanding Essay | 1-3 |
| Leadership + Service | 1-5 |
| Legacy | 1-4 |
| Under-Represented Minority* | 20 |
| Attendance at a socioeconomic or predominantly minority high school* | 20 |
| Recruited Athlete* | 20 |
| Provost's Discretion* | 20 |

| SCORE RANGE | ADMISSIONS DECISION |
|---|---|
| **100-150** | Admit |
| **95-99** | Admit or Postpone |
| **90-94** | Postpone or Admit |
| **75-89** | Delay or Postpone |
| **74 and Below** | Delay or Reject |

*Applicants can only receive 20 points for one of these categories

*Gratz v. Bollinger*, 539 U.S. 244, 255 (2003); id. at 277-78 (O'Connor, J., concurring).

# Controls Used for Opening Report Models of UNC Admissions

| CONTROLS | MODEL 1 | MODEL 2 | MODEL 3 | MODEL 4 | MODEL 5 | MODEL 6 | MODEL 7 |
|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Race/ethnicity | ● | ● | ● | ● | ● | ● | ● |
| Female | ● | ● | ● | ● | ● | ● | ● |
| Early or regular decision | ● | ● | ● | ● | ● | ● | ● |
| Alum | ● | ● | ● | ● | ● | ● | ● |
| First generation | ● | ● | ● | ● | ● | ● | ● |
| Fee waiver | ● | ● | ● | ● | ● | ● | ● |
| Missing fee waiver | ● | ● | ● | ● | ● | ● | ● |
| Year indicators | ● | ● | ● | ● | ● | ● | ● |
| SAT math | | ● | ● | ● | ● | ● | ● |
| SAT verbal | | ● | ● | ● | ● | ● | ● |
| Missing SAT times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| GPA | | ● | ● | ● | ● | ● | ● |
| Missing GPA times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Percentile | | ● | ● | ● | ● | ● | ● |
| Percentile times non-standard rank type | | ● | ● | ● | ● | ● | ● |
| Missing percentile times year | | ● | ● | ● | ● | ● | ● |
| Race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Non-standard rank type | | ● | ● | ● | ● | ● | ● |
| Non-standard rank type times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Indicators for different ways of imputing SAT | | ● | ● | ● | ● | ● | ● |
| UNC program score | | | ● | ● | ● | ● | ● |
| UNC performance score | | | ● | ● | ● | ● | ● |
| UNC activity score | | | ● | ● | ● | ● | ● |
| UNC essay score | | | ● | ● | ● | ● | ● |
| UNC personal quality score | | | ● | ● | ● | ● | ● |
| Intended college major | | | | ● | ● | ● | ● |
| Female interacted with race/ethnicity | | | | ● | ● | ● | ● |
| First-generation interacted with race/ethnicity | | | | ● | ● | ● | ● |
| High schools w/ min. number of applications and admits | | | | | ● | ● | |
| High school fixed effects | | | | | | ● | ● |
| Census tract data w/ min. number of applications and admits* | | | | | | | ● |

\* In-State Models Only

# Interactions

| Variable | Coefficient |
|---|:---:|
| African American | **A** |
| FGC | **F** |
| African American and FGC | **X** |

| | | | |
|---|:---:|:---:|:---:|
| FGC African American [vs. FGC White] | = **A** | | + **X** |
| FGC African American [vs. Not FGC African American] | = | **F** | + **X** |
| FGC African American [vs. Not FGC White] | = **A** | + **F** | + **X** |

# Controls Used for Updated Models of UNC Admissions

| CONTROLS | MODEL 1 | MODEL 2 | MODEL 3 | MODEL 4 | MODEL 5 | MODEL 6 | MODEL 7 |
|---|---|---|---|---|---|---|---|
| Race/ethnicity | ● | ● | ● | ● | ● | ● | ● |
| Female | ● | ● | ● | ● | ● | ● | ● |
| Early or regular decision | ● | ● | ● | ● | ● | ● | ● |
| Alum | ● | ● | ● | ● | ● | ● | ● |
| First generation | ● | ● | ● | ● | ● | ● | ● |
| Fee waiver | ● | ● | ● | ● | ● | ● | ● |
| Missing fee waiver | ● | ● | ● | ● | ● | ● | ● |
| Year indicators | ● | ● | ● | ● | ● | ● | ● |
| **Faculty child** | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 |
| SAT math | | ● | ● | ● | ● | ● | ● |
| SAT verbal | | ● | ● | ● | ● | ● | ● |
| Missing SAT times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| GPA | | ● | ● | ● | ● | ● | ● |
| Missing GPA times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Percentile | | ● | ● | ● | ● | ● | ● |
| Percentile times non-standard rank type | | ● | ● | ● | ● | ● | ● |
| Missing percentile times year | | ● | ● | ● | ● | ● | ● |
| Race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Non-standard rank type | | ● | ● | ● | ● | ● | ● |
| Non-standard rank type times race/ethnicity | | ● | ● | ● | ● | ● | ● |
| Indicators for different ways of imputing SAT | | ● | ● | ● | ● | ● | ● |
| **Rank within applicants from same high school** | | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 |
| **Rank within applicants from same high school missing** | | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 |
| **Met minimum admission requirements** | | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 | 🔴 |
| UNC program score | | | ● | ● | ● | ● | ● |
| UNC performance score | | | ● | ● | ● | ● | ● |
| UNC activity score | | | ● | ● | ● | ● | ● |
| UNC essay score | | | ● | ● | ● | ● | ● |
| UNC personal quality score | | | ● | ● | ● | ● | ● |
| Intended college major | | | | ● | ● | ● | ● |
| Female interacted with race/ethnicity | | | | ● | ● | ● | ● |
| First-generation interacted with race/ethnicity | | | | ● | ● | ● | ● |
| High schools w/ min. number of applications and admits | | | | | ● | ● | ● |
| High school fixed effects | | | | | | ● | ● |
| Census tract data w/ min. number of applications and admits* | | | | | | | ● |

\* In-State Models Only

# Logit Estimates of In-State Admissions, 2016-2021

| Variable | Spec1 | Spec2 | Spec3 | Spec4 |
|---|---|---|---|---|
| African American | -0.589 | 1.851 | 2.863 | 3.542 |
| | (0.029) | (0.057) | (0.073) | (0.119) |
| Hispanic | -0.131 | 1.240 | 1.771 | 1.993 |
| | (0.038) | (0.070) | (0.09) | (0.15) |
| Asian American | 0.235 | -0.133 | -0.011 | 0.148 |
| | (0.029) | (0.057) | (0.07) | (0.10) |
| Female | 0.104 | 0.198 | 0.035 | 0.112 |
| | (0.018) | (0.031) | (0.04) | (0.05) |
| FGC | -0.304 | 0.647 | 0.926 | 1.168 |
| | (0.024) | (0.04) | (0.05) | (0.06) |
| Alum | 0.193 | 0.380 | 0.447 | 0.467 |
| | (0.025) | (0.04) | (0.05) | (0.05) |
| | | | | |
| **FEMALE * RACE** | | | | |
| African American | | | | -0.469 |
| | | | | (0.12) |
| Hispanic | | | | -0.166 |
| | | | | (0.15) |
| Asian American | | | | -0.247 |
| | | | | (0.12) |
| | | | | |
| **FGC * RACE** | | | | |
| African American | | | | -1.027 |
| | | | | (0.12) |
| Hispanic | | | | -0.392 |
| | | | | (0.16) |
| Asian American | | | | -0.148 |
| | | | | (0.14) |
| | | | | |
| Academic Variables | | X | X | X |
| Ratings Variables | | | X | X |
| Heterogeneity Variables | | | | X |
| | | | | |
| N | 57,225 | 57,225 | 57,225 | 57,225 |
| Pseudo R-squared | 0.0564 | 0.588 | 0.725 | 0.727 |

# Logit Estimates of Out-of-State Admissions, 2016-2021

| Variable | Spec1 | Spec2 | Spec3 | Spec4 |
|---|---|---|---|---|
| **African American** | **0.866** | **4.766** | **5.934** | **6.162** |
| | (0.033) | (0.077) | (0.095) | (0.125) |
| **Hispanic** | **0.98** | **2.484** | **3.054** | **3.000** |
| | (0.031) | (0.071) | (0.083) | (0.104) |
| **Asian American** | **0.781** | **0.196** | **0.09** | **0.077** |
| | (0.026) | (0.055) | (0.065) | (0.079) |
| **Female** | **-0.157** | **0.333** | **0.032** | **-0.075** |
| | (0.019) | (0.025) | (0.030) | (0.040) |
| **FGC** | **-0.172** | **0.912** | **1.367** | **1.889** |
| | (0.033) | (0.044) | (0.052) | (0.075) |
| **Alum** | **1.866** | **3.412** | **4.741** | **4.769** |
| | (0.037) | (0.055) | (0.071) | (0.072) |

| **FEMALE * RACE** | | | | |
|---|---|---|---|---|
| **African American** | | | | **0.081** |
| | | | | (0.107) |
| **Hispanic** | | | | **0.357** |
| | | | | (0.094) |
| **Asian American** | | | | **0.107** |
| | | | | (0.075) |

| **FGC * RACE** | | | | |
|---|---|---|---|---|
| **African American** | | | | **-1.343** |
| | | | | (0.136) |
| **Hispanic** | | | | **-0.986** |
| | | | | (0.136) |
| **Asian American** | | | | **-0.554** |
| | | | | (0.130) |

| | | | | |
|---|---|---|---|---|
| **Academic Variables** | | X | X | X |
| **Ratings Variables** | | | X | X |
| **Heterogeneity Variables** | | | | X |

| | | | | |
|---|---|---|---|---|
| **N** | 105,623 | 105,623 | 105,137 | 105,116 |
| **Pseudo R-squared** | 0.0727 | 0.42 | 0.586 | 0.588 |

# Accuracy of My Preferred Model for In-State Admissions

| | Accuracy for Admits | Accuracy for Rejects | Overall Accuracy |
|---|---|---|---|
| Preferred Model | 91.8% | 92.5% | 92.1% |
| Model with No Controls | 48.1% | 52.2% | 50.2% |

117.2 (Rebuttal Report of Peter Arcidiacono, Table 3.1)

# Distribution of Predicted Admit Probabilities for In-State Applicants



# Distribution of Predicted Admit Probabilities Conditional on Being Rejected or Admitted for In-State Applicants



*In-State*

# Accuracy of My Preferred Model for Out-of-State Admissions

|  | Accuracy for Admits | Accuracy for Rejects | Overall Accuracy |
|---|---|---|---|
| Preferred Model | 75.4% | 96.1% | 93.3% |
| Model with No Controls | 13.9% | 86.5% | 76.7% |

# Distribution of Predicted Admit Probabilities Conditional on Being Rejected or Admitted for Out-of-State Applicants



*Out-of-State*

117.2 (Rebuttal Report of Peter Arcidiacono, Figure 3)

# Quantifying the Effect of UNC's Racial Preferences

| | |
|---|---|
| Transformational Analysis | |
| Average Marginal Effect | |
| Admitted URMs Analysis | |
| Capacity Constraints Analysis | |

# Transformational Analysis Methodology

- Consider someone with characteristics that would given them a 25% chance of being admitted.

- The admissions index according to the implicit formula, A, is given by:

$$\frac{\exp(A)}{1+\exp(A)} = 0.25$$

- In this case, A =-1.098

- We add to this the racial bump given by the coefficients of the model.

- For example, for an in-state white male who is not FGC, we can just add the African American coefficient: 3.542

- So if this applicant was treated as African American, his new admit probability would be:

$$\frac{\exp(-1.098+3.542)}{1+\exp(-1.098+3.542)} = 0.92$$

# Transformational Analysis:
## Changing the Race of an Individual In-State Applicant

| | Original Admit Probability | Admission probability if treated as **African American** | Admission probability if treated as **Hispanic** |
|---|---|---|---|
| **White**, Male, not FGC | 10% | 79.33% | 44.92% |
| | 25% | 92.01% | 70.98% |
| **White**, Female, not FGC | 10% | 70.59% | 40.86% |
| | 25% | 87.80% | 67.45% |
| **White**, Male, FGC | 10% | 57.88% | 35.52% |
| | 25% | 80.48% | 62.30% |
| **White**, Female FGC | 10% | 46.21% | 31.81% |
| | 25% | 72.05% | 58.33% |

# Transformational Analysis:
## Changing the Race of an Individual Out-of-State Applicant

| | Original Admit Probability | Admission probability if treated as **African American** | Admission probability if treated as **Hispanic** |
|---|---|---|---|
| **White**, Male, not FGC | 10% | 98.14% | 69.05% |
| | 25% | 99.37% | 87.00% |
| **White**, Female, not FGC | 10% | 98.28% | 76.13% |
| | 25% | 99.42% | 90.54% |
| **White**, Male, FGC | 10% | 93.23% | 45.43% |
| | 25% | 97.64% | 71.41% |
| **White**, Female FGC | 10% | 93.72% | 54.34% |
| | 25% | 97.81% | 78.12% |

# Quantifying the Effect of UNC's Racial Preferences

| | |
|---|---|
| Transformational Analysis | ✔ |
| Average Marginal Effect | |
| Admitted URMs Analysis | |
| Capacity Constraints Analysis | |

# Average Marginal Effect



$\mathbf{a}$*Prog $+$ $\mathbf{b}$*Perf $+$ $\mathbf{c}$*Activ $+$ $\mathbf{d}$*Essay $\dots$ $+$ $\mathbf{R}$*Race $\rightarrow$ Probability of Admission with Race

$\mathbf{a}$*Prog $+$ $\mathbf{b}$*Perf $+$ $\mathbf{c}$*Activ $+$ $\mathbf{d}$*Essay $\dots$ $+$ $\mathbf{R}$*Race $\rightarrow$ Probability of Admission without Race

Probability of Admission with Race $-$ Probability of Admission without Race $=$ Marginal Effect of Race

# Average Marginal Effect

## Average Admission Probability

### In-State

| | With Racial Preferences | Without Racial Preferences | Marginal Effect of Race |
|---|---|---|---|
| **African American** | 30.5% | 17.8% | 12.7% |
| **Hispanic** | 41.0% | 31.2% | 9.7% |

### Out-of-State

| | With Racial Preferences | Without Racial Preferences | Marginal Effect of Race |
|---|---|---|---|
| **African American** | 17.1% | 1.5% | 15.6% |
| **Hispanic** | 20.3% | 6.0% | 14.2% |

# Marginal Effect of Race/Ethnicity on Probability of Admission (In-State)



Arcidiacono Model 4

# Marginal Effect of Race/Ethnicity on Probability of Admission (Out-of-State)



# Racial Preferences by FGC Status

## Average Admission Probability

|  | With Racial Preferences | Without Racial Preferences | Marginal Effect of Race |
|---|---|---|---|
| **In-State** | | | |
| **African American** non-FGC | 33.4% | 18.4% | 14.9% |
| **African American** FGC | 26.1% | 16.9% | 9.3% |
| **Hispanic** non-FGC | 45.8% | 34.7% | 11.0% |
| **Hispanic** FGC | 35.5% | 27.2% | 8.3% |
| **Out-of-State** | | | |
| **African American** non-FGC | 19.1% | 1.6% | 17.5% |
| **African American** FGC | 11.9% | 1.4% | 10.5% |
| **Hispanic** non-FGC | 22.1% | 6.2% | 15.9% |
| **Hispanic** FGC | 13.7% | 5.5% | 8.2% |

117.2 (Rebuttal Report of Peter Arcidiacono, Table 3.4)

# Quantifying the Effect of UNC's Racial Preferences

| | |
|---|---|
| Transformational Analysis | ✓ |
| Average Marginal Effect | ✓ |
| Admitted URMs Analysis | |
| Capacity Constraints Analysis | |

## Determining the Effect of Racial Preferences for Admitted URMs

- Goal is to determine the probability that a URM who was admitted with UNC's racial preferences in place would still have been admitted if they instead had been treated as a white applicant.

- We can find this probability using Bayes' Rule:

$$\text{Pr}(Admit\ NoPref|Admit\ Pref) = \frac{\text{Pr}(Admit\ NoPref, Admit\ Pref)}{\text{Pr}(Admit\ Pref)}$$

$$= \frac{\text{Pr}(Admit\ NoPref)}{\text{Pr}(Admit\ Pref)}$$

# Effect of Racial Preferences on Admitted Under-Represented Minorities

|  | In-State | | Out-of-State | |
|---|---|---|---|---|
|  | **African American** | **Hispanic** | **African American** | **Hispanic** |
| Average admit probability for previous admits | 57.8% | 75.8% | 8.7% | 29.2% |
| Share with greater than 50% drop | 42.7% | 21.9% | 94.6% | 78.4% |

# Quantifying the Effect of UNC's Racial Preferences

| | |
|---|---|
| Transformational Analysis | ✓ |
| Average Marginal Effect | ✓ |
| Admitted URMs Analysis | ✓ |
| Capacity Constraints Analysis | |

# Capacity Constraint Methodology

- UNC has a limited capacity of available spaces for admitted students.

- Without racial preferences, URM admission probabilities decrease, which means fewer of those spaces are filled.

- Accordingly, each applicant's probability of admission must be adjusted upwards in order to reach the same number of admitted applicants as in the data.

- This is accomplished by increasing each applicant's admission index by the same amount until the average probability of admission matches that in the data.

# Capacity Constraints

## Change in Number of In-State Students by Race

|  | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| Number of Admits | 18,865 | 3,223 | 2,374 | 1,470 |
| No Racial Preference | 19,889 | 3,370 | 1,532 | 1,212 |
| Difference | **+1,024** | **+147** | **-842** | **-258** |

# Capacity Constraints

## Change in Number of Out-of-State Students by Race

|  | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| Number of Admits | 6,954 | 2,698 | 1,605 | 1,821 |
| No Racial Preference | 8,878 | 3,260 | 208 | 738 |
| Difference | **+1,924** | **+562** | **-1,397** | **-1,083** |

117.2 (Rebuttal Report of Peter Arcidiacono, Table 4.5 R)

# Capacity Constraints

## Change in Number Students Overall

|  | White | Asian American | African American | Hispanic |
|---|---|---|---|---|
| In-State | +1,024 | +147 | -842 | -258 |
| Out-of-State | +1,924 | +562 | -1,397 | -1,083 |
| TOTAL | +2,948 | +709 | -2,239 | -1,341 |

# Quantifying the Effect of UNC's Racial Preferences

| | |
|---|---|
| Transformational Analysis | ✓ |
| Average Marginal Effect | ✓ |
| Admitted URMs Analysis | ✓ |
| Capacity Constraints Analysis | ✓ |

**EXHIBIT 1 TABLE 1**

## Analyzing UNC's Admissions Process:
## Race/Ethnicity as Additive Factors [1]
### All UNC Applicants, 2013-14 to 2016-17

| Row | Description of Specification [2] | (A) $R^2$ | (B) Share of $R^2$ due to combined test scores | (C) Share of $R^2$ due to race/ ethnicity | (D) Share of $R^2$ due to variables other than race/ethnicity and combined test scores | (E)= (B) x (A) Share of admission decision due to combined test scores | (F)= (C) x (A) Share of admission decision due to race/ethnicity |
|---|---|---|---|---|---|---|---|
| (1) | SAT Combined, ACT Comp [3] [4] | 0.121 | 93.2% | 6.8% | - | 11.3% | 0.8% |
| (2) | (1) + SAT Subscores, ACT Subscores [3] [4] [5] | 0.127 | 44.9% | 7.0% | 48.2% | 5.7% | 0.9% |
| (3) | (1) + Class Rank, GPA | 0.254 | 33.0% | 3.5% | 63.5% | 8.4% | 0.9% |
| (4) | (3) + Sex | 0.254 | 32.8% | 3.5% | 63.7% | 8.3% | 0.9% |
| (5) | (4) + NC Resident | 0.364 | 29.3% | 2.8% | 67.9% | 10.6% | 1.0% |
| (6) | (5) + Min Coursework, HS Sport, Faculty / Staff Child | 0.398 | 28.3% | 2.8% | 69.0% | 11.3% | 1.1% |
| (7) | (6) + Alum Parent, Early Action | 0.406 | 27.5% | 3.0% | 69.6% | 11.2% | 1.2% |
| (8) | (7) + Parents' Education, Foreign Citizenship, Fee Waiver | 0.409 | 26.9% | 2.8% | 70.2% | 11.0% | 1.2% |
| (9) | (8) + Within-School GPA Rank (SGR) | 0.428 | 23.0% | 2.8% | 74.2% | 9.8% | 1.2% |

Source: College Board; Connect Carolina; UNC Admissions Website

Note:

[1] This analysis uses Connect Carolina's pooled 2013-14 to 2016-17 data.

[2] Each specification includes race/ethnicity indicator variables.

[3] When a student has multiple SAT or ACT scores, the maximum subscores are utilized, both individually and in constructing the SAT combined score and the ACT comprehensive score.

[4] A new SAT test was introduced in 2016 and accepted during UNC's 2016-17 admissions cycle. UNC continues to accept the old SAT and the ACT. In the analysis here, new SAT scores are converted to old SAT scales. The new SAT math score is converted to the old SAT math scale using the 2008 College Board Concordance Conversion table. However, the new SAT verbal score can only be converted into the combined score of the old SAT reading and writing sections. An algorithm is used to determine the students' old SAT reading and writing subscores.

a) If the student only took the new SAT, the converted reading and writing scores are half the converted combined reading and writing score.

b) If the student took both the new SAT and the old SAT, then if the new converted SAT verbal score is less than the combined old reading and writing scores, the old scores are utilized. Otherwise, the difference between the new converted SAT verbal score and the combined old reading and writing scores (X) is added to the old reading score and the old writing score equally (X/2), unless this pushes an individual score over 800. In this case, this score is capped at 800 and the remaining amount of X is added to the other score. These adjusted old scores are then utilized.

[5] Both the SAT and ACT writing score are set to missing in 2016-17. In this admissions cycle, UNC stopped considering the writing section in the admissions process.

Confidential – Subject to Protective Order

# Professor McFadden on the Pseudo R Square Metric

"Those unfamiliar with the $\rho 2$ index should be forewarned that its values tend to be considerably lower than those of the R2 index and should not be judged by the standards for a 'good fit' in ordinary regression analysis. For example, values of 0.2 to 0.4 for $\rho 2$ represent an excellent fit."

– D. McFadden, "Quantitative Methods for Analysing Travel Behavior: Some Recent Developments," (Chapter 13 in Behavioral Travel Modeling, D.A. Hensher and P.R. Stopher, editors, Croom Helm Ltd., 1979.)

# Hoxby Overfit Methodology

**1.** Uses <u>only 3</u> of the 6 years of UNC applicant data.

**2.** Estimates the models on <u>one year</u> of data; tests out-of-sample accuracy on <u>other two</u>.

**3.** Uses <u>mean squared error (MSE)</u> to quantify in-sample and out-of-sample error.

**4.** Evaluates overfit by <u>dividing out-of-sample MSE by in-sample MSE.</u>

# Model Error In and Out of Sample



## Model Error

Under-fit | Over-fit

Minimum Out-of-Sample Error

Model Complexity (Added Controls)

In-Sample Error

Out-of-Sample Error

117.3 (Reply Report of Peter Arcidiacono, Figure 1)

## Professor Hoxby's Overfit Measures for All of Her Additive Models

| Hoxby Model | Increase in MSE, Out-of-Sample Relative to In-Sample | In-Sample MSE | Out-of-Sample MSE |
|:---:|:---:|:---:|:---:|
| 1 | 1.51% | 0.169 | 0.171 |
| 2 | 3.58% | 0.167 | 0.172 |
| 3 | 3.40% | 0.135 | 0.139 |
| 4 | 3.40% | 0.135 | 0.139 |
| 5 | 4.53% | 0.109 | 0.114 |
| 6 | 4.92% | 0.106 | 0.111 |
| 7 | 5.04% | 0.105 | 0.110 |
| 8 | 5.50% | 0.105 | 0.110 |
| 9 | 5.01% | 0.101 | 0.106 |

# Average Mean-Squared Error of Arcidiacono Models and Hoxby Model 9

**Arcidiacono In-State**

| | In-Sample | Out-of-Sample |
|---|---|---|
| Model 2 | 0.092 | 0.102 |
| Model 3 | 0.056 | 0.074 |
| Model 4 | 0.055 | 0.074 |
| Model 5 | 0.056 | 0.075 |
| Model 6 | 0.035 | 0.088 |
| Model 7 | 0.028 | 0.093 |

**Arcidiacono Out-of-State**

| | In-Sample | Out-of-Sample |
|---|---|---|
| Model 2 | 0.072 | 0.084 |
| Model 3 | 0.046 | 0.063 |
| Model 4 | 0.045 | 0.063 |
| Model 5 | 0.061 | 0.077 |
| Model 6 | 0.037 | 0.104 |

**Hoxby**

| | In-Sample | Out-of-Sample |
|---|---|---|
| Model 9 | 0.101 | 0.106 |

117.3 (Reply Report of Peter Arcidiacono, Table 2.2)

# Out-of-Sample Accuracy for Arcidiacono Models and Hoxby Model 9

**Arcidiacono In-State**

| | Accuracy for Admits | Accuracy for Rejects | Overall Accuracy |
|---|---|---|---|
| Model 2 | 86.9% | 87.9% | 87.4% |
| Model 3 | 91.6% | 92.2% | 91.9% |
| Model 4 | 91.6% | 92.2% | 91.9% |
| Model 5 | 91.9% | 91.9% | 91.9% |
| Model 6 | 92.3% | 92.4% | 92.3% |
| Model 7 | 92.1% | 91.8% | 92.0% |

**Arcidiacono Out-of-State**

| | Accuracy for Admits | Accuracy for Rejects | Overall Accuracy |
|---|---|---|---|
| Model 2 | 62.2% | 94.1% | 89.8% |
| Model 3 | 74.9% | 96.0% | 93.2% |
| Model 4 | 75.1% | 96.0% | 93.2% |
| Model 5 | 76.2% | 95.3% | 92.2% |
| Model 6 | 74.9% | 93.6% | 90.6% |

**Hoxby**

| | Accuracy for Admits | Accuracy for Rejects | Overall Accuracy |
|---|---|---|---|
| Model 9 | 71.6% | 89.9% | 85.1% |

# Including Special Recruiting Categories: Accuracy

| | Pseudo $R^2$ | | Overall Accuracy | |
|---|:---:|:---:|:---:|:---:|
| | In-State | Out-of-State | In-State | Out-of-State |
| Model 3 | 0.715 | 0.584 | 91.8% | 93.3% |
| Model 3 including specials | 0.688 | 0.522 | 91.8% | 92.1% |
| … plus special Indicator | 0.732 | 0.640 | 92.4% | 93.5% |
| Model 2 | 0.565 | 0.416 | 86.9% | 89.7% |
| Model 2 including specials | 0.556 | 0.352 | 87.3% | 88.3% |
| … plus special Indicator | 0.593 | 0.496 | 87.8% | 90.1% |

# Including Special Recruiting Categories: Coefficients

| | Coefficient on **African American** | | Coefficient on **Hispanic** | |
|---|---|---|---|---|
| | In-State | Out-of-State | In-State | Out-of-State |
| Model 3 | 2.85 | 5.85 | 1.81 | 3.01 |
| Model 3 including specials | 2.41 | 4.32 | 1.53 | 2.30 |
| … plus special Indicator | 2.82 | 5.66 | 1.79 | 2.90 |
| Model 2 | 1.84 | 4.68 | 1.27 | 2.43 |
| Model 2 including specials | 1.72 | 3.75 | 1.17 | 1.95 |
| … plus special Indicator | 1.83 | 4.54 | 1.26 | 2.34 |

# Methods of Imputing Missing GPA

**Model**
Interact Race with Missing GPA

**Alternative Method 1:**
Assign Race-Specific Mean GPA

**Alternative Method 2:**
Linear Regression to Impute Missing GPA (no race variables)

# Comparison of High School GPA and Performance Rating by Race and Missing GPA Status

| | Grade Point Average | | In-State Performance Rating | | Out-of-State Performance Rating | |
|---|---|---|---|---|---|---|
| | In-State | Out-of-State | GPA Present | GPA Missing | GPA Present | GPA Missing |
| **White** | 4.43 | 4.15 | 7.01 | 7.27 | 7.47 | 7.59 |
| **Asian** | 4.47 | 4.17 | 6.56 | 7.54 | 7.17 | 7.33 |
| **African American** | 4.08 | 3.84 | 5.42 | 5.59 | 5.70 | 5.85 |
| **Hispanic** | 4.26 | 4.16 | 6.10 | 6.03 | 6.71 | 7.01 |

# Average Marginal Effects of Race Under Alternative Imputation Procedures for Missing Performance Measures

|  | *Preferred* **African American** | | *Impute 1* **African American** | | *Impute 2* **African American** | |
|---|---|---|---|---|---|---|
|  | In-State | Out-of-State | In-State | Out-of-State | In-State | Out-of-State |
| Average Admission Probability with Racial Preferences | 30.5% | 17.1% | 30.5% | 17.1% | 30.5% | 17.1% |
| Average Admission Probability without Racial Preferences | 17.8% | 1.5% | 17.4% | 1.7% | 17.9% | 2.0% |
| Marginal Effect of Race | 12.7% | 15.6% | 13.2% | 15.4% | 12.6% | 15.1% |

|  | *Preferred* **Hispanic** | | *Impute 1* **Hispanic** | | *Impute 2* **Hispanic** | |
|---|---|---|---|---|---|---|
|  | In-State | Out-of-State | In-State | Out-of-State | In-State | Out-of-State |
| Average Admission Probability with Racial Preferences | 41.0% | 20.3% | 41.0% | 20.3% | 41.0% | 20.3% |
| Average Admission Probability without Racial Preferences | 31.2% | 6.0% | 31.4% | 5.9% | 31.9% | 6.3% |
| Marginal Effect of Race | 9.7% | 14.2% | 9.6% | 14.3% | 9.0% | 13.9% |

# Average Marginal Effect of Race When Personal Quality Rating is Removed

| | **African American** | | | **Hispanic** | |
| --- | :---: | :---: | --- | :---: | :---: |
| | In-State | Out-of-State | | In-State | Out-of-State |
| Average Admission with Racial Preferences | 30.5% | 17.0% | | 41.0% | 20.2% |
| Probability without Racial Preferences | 17.6% | 1.4% | | 30.9% | 5.8% |
| Marginal Effect of Race | 12.9% | 15.7% | | 10.1% | 14.5% |

# Average Marginal Effect of Racial Preferences: Hoxby Model 9

## Average Admission Probability

|  | With Racial Preferences | Without Racial Preferences | Marginal Effect Average |
|---|---|---|---|
| **African American** | 24.3% | 11.7% | **12.6%** |
| **Hispanic** | 27.9% | 16.6% | **11.2%** |

117.2 (Rebuttal Report of Peter Arcidiacono, Table 2.2)

# Effect of Racial Preferences on Admitted Under-Represented Minorities Under Hoxby Preferred Model

| | African American | | Hispanic | |
|---|---|---|---|---|
| | In-State | Out-of-State | In-State | Out-of-State |
| Average Admit Probability for Previous Admits | 58.5% | 32.4% | 73.9% | 49.8% |
| Share with greater than 50% drop | 36.9% | 84.9% | 12.7% | 56.7% |

# Preferences African-American Applicants Received in Admissions Translated into SAT & GPA (as compared to white non-FGC)

|  |  | In-State | | Out-of-State | |
|---|---|---|---|---|---|
|  |  | SAT Points | GPA Points | SAT Points | GPA Points |
| *Not FGC* | Male | 224 | 3.56 | 386 | 6.12 |
|  | Female | 191 | 3.03 | 369 | 5.85 |
| *FGC* | Male | 249 | 3.94 | 414 | 6.56 |
|  | Female | 216 | 3.42 | 397 | 6.29 |

*Class of 2019