# Appendix B

# Richard Kahlenberg

## Workable Race Neutral Alternatives Available to UNC-Chapel Hill

---

*STUDENTS FOR FAIR ADMISSIONS, INC.*
*v.*
*UNIVERSITY OF NORTH CAROLINA, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-00954-LCB-JLW

1



Source: Kahlenberg Opening Report 26

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 3 of 26

# Socioeconomic Diversity at UNC



Median Household Income
of North Carolina Residents
## $53,764

Source: Kahlenberg Opening Report 26

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 4 of 26

# Socioeconomic Diversity at UNC





Median Household Income
of North Carolina Residents
# $53,764

Median Family Income
of a U.N.C. Student
# $135,100

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 5 of 26

# Socioeconomic Diversity at UNC

- UNC's data also show that the proportion of students who are first generation college students is just 17% for the first year students admitted for the fall of 2017, compared to 72% of North Carolina's adults who over the age of 25 lack a bachelor's degree.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 6 of 26

# Socioeconomic Diversity at UNC

- UNC has more legacy students than first generation, even though there are 451 times as many American adults without a college degree as adults in the world with a UNC degree.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 7 of 26

<u>UNC's Amicus Brief in *Fisher v. University of Texas-Austin* (2012)</u>

- The analysis in UNC's amicus brief ignored the increase in racial diversity at expense of a limited academic decline.

# Working Group on Race-Neutral Alternatives (Polk Committee)

- Department of Education's Office of Civil Rights (OCR) required UNC to complete new race-neutral analysis by September 30, 2013. But UNC did not do so until February 25, 2016—about two and half years later.

- UNC wrongly declared that an alternative would not be viable unless it would "maintain" or "increase" racial diversity—meaning it would produce a "greater or equal percentage" of URMs—and "maintain or increase" academic quality as opposed to Supreme Court's guidance of working "about as well."

- UNC had no guidelines for what levels of diversity are required to achieve the educational benefits of diversity or critical mass.

- The report's literature review was limited, and UNC failed to update it after a former OCR official suggested that UNC add more to it.

- There was no baseline analysis of how important race is in admissions, even though UNC had done so for gender, early decision, and legacy status.

- **UNC failed to consider a broad range and combinations of RNAs. Remarkably, UNC did no analysis of socioeconomic preferences.**

<u>Committee on Race-Neutral Strategies (Panter Committee)</u>

- UNC formed a successor to the Working Group to examine race-neutral alternatives after SFFA filed this lawsuit.

- The Committee has done very little in the ensuing years, conducting only a preliminary analysis with no actual conclusions on the workability of race-neutral alternatives.

- As of December 4, 2018—nearly a year after expert reports were submitted in this case—the Subcommittee on Data Analytics had not reviewed my expert reports demonstrating the feasibility of race-neutral alternatives, and it had no specific plan for when it would do so.

## About Simulation 3: Holistic SES Race-Neutral Admissions

- Uses data from UNC's own admissions process—meaning it includes all of UNC's ratings and other information like SAT scores that it actually uses today in its holistic process, including:

  1. The rigor of the academic program
  2. Student performance (GPA and whether improving)
  3. Extracurricular activities
  4. Essay; and
  5. Personal qualities

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 11 of 26

## About Simulation 3: Holistic SES Race-Neutral Admissions

- Turned off the existing preferences for race, gender, early action, or being a legacy.

- Turned off the existing boosts that UNC gives for first generation college students and students who ask to waive their application fees.

- Turned athletic preferences back on.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 12 of 26

# Simulation 3's Socioeconomic Preferences

1.  Students who themselves come from disadvantaged families: (A) first generation college; (B) fee waiver; or (C) eligibility for free and reduced priced lunch at in-state public schools;

2.  Students who come from socioeconomically disadvantaged neighborhoods.

⇨ Each applicant who falls in one of these categories got a boost per category of equivalent to the legacy preference given for out of state students.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 13 of 26

# Simulation 3

## Race-Neutral Admissions with Socioeconomic Preferences (In-State and Out-of-State High Schools)

### Racial/Ethnic Diversity



| | SAT Score | H.S. GPA |
|---|---|---|
| Status Quo | 1335 (92/93%) | 4.71 |
| Simulation | **1320 (91%)** | **4.69** |

### Academic Characteristics

### Socioeconomic Diversity



Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 14 of 26

## Simulation 13's Refinements to Simulation 3's Socioeconomic Preferences

## **Simulation 13**

1. Students who themselves come from disadvantaged families: (A) first generation college; (B) fee waiver; or (C) eligibility for free and reduced priced lunch at in-state public schools;

2. Students who come from socioeconomically disadvantaged neighborhoods;

3. Students who come from socioeconomically disadvantaged high schools

   - Highest (1/3) percentages of free and reduced lunch, **_OR_**

   - Highest (1/3) percentages of non-English speaking population, **_OR_**

   - Highest (1/3) percentages of single-parent families from Census block.

⇨ Each applicant who falls in one of these categories got a boost per category of equivalent to the legacy preference given for out of state students.

⇨ Turn off preference for children of faculty & staff in addition to prior removed preferences.

⇨ In-state applicants

Source: Kahlenberg Rebuttal Report 51-54; Reply Report 58                                                14

# Simulation 13
## Holistic SES Race-Neutral Admissions (In-State Public & Private High Schools)

### Racial/Ethnic Diversity



**UNC Admitted Class 2014-2015**
- Status Quo Race-Based Admissions
- Holistic SES Race-Neutral Admissions

White Admits: 69.0% / **69.2%**
Asian American Admits: 11.0% / **11.5%**
African American Admits: 9.0% / **8.8%**
Hispanic Admits: 5.0% / **5.3%**
Combined Under-Represented Minority Admits: 16.0% / **14.1%**

### Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Status Quo | 1311 (90/91%) | 4.67 |
| Simulation | **1294** (89/90%) | **4.66** |

### Socioeconomic Diversity



Status Quo Race-Based Admissions
Holistic SES Race-Neutral Admissions

Disadvantaged Family: 24.8% / **34.3%**
Disadvantaged Neighborhood: 19.6% / **27.8%**
Disadvantaged School: 6.3% / **9.5%**

Source: Kahlenberg Reply Report Appendix Simulations 8, 13

15

# About Simulation 11: 1.5 SES Boost Race-Neutral Admissions

- Based on the same Arcidiacono model, but it makes some adjustments.

    1. It includes not only those students who applied to UNC but also other potential applicants, using the same high school data that Prof. Hoxby used.

    2. Does not include UNC holistic ratings, but can the other race-neutral criteria in the model that matter to UNC, like SATs, grades, etc.

    3. Provided a boost for each of these SES categories which is only about 1/3 as large as the out of state legacy boost.

Source: Kahlenberg Expert Report 68, Rebuttal Report 38-40; Reply Report 49

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 17 of 26

# Simulation 11
## 1.5 SES Boost Race-Neutral Admissions (Including Non-Applicants; In-State Public Schools)

### Racial/Ethnic Diversity



**UNC Admitted Class 2014-2015**
- Status Quo Race-Based Admissions
- 1.5 SES Boost Race-Neutral Admissions (Including Non-Applicants)

White Admits: 68.4% / **72.7%**
Asian American Admits: 11.6% / **9.4%**
African American Admits: 8.5% / **10.4%**
Hispanic Admits: 5.9% / **6.3%**
Combined Under-Represented Minority Admits: 16.3% / **17.7%**

### Academic Characteristics

|  | SAT Score (%) | H.S. GPA |
|---|---|---|
| Status Quo | 1305 (90%) | 4.73 |
| Simulation | **1279** (87/88%) | **4.82** |

### Socioeconomic Diversity



Status Quo Race-Based Admissions
1.5 SES Boost Race-Neutral Admissions (Including Non-Applicants)

Disadvantaged Family: 28.5% / **44.1%**
Disadvantaged Neighborhood: 21.7% / **40.7%**
Disadvantaged School: 10.3% / **21.6%**

Source: Kahlenberg Reply Report Appendix Simulation 11

17

<u>About Simulation 8: Top 4.5% Holistic Race-Neutral Admissions</u>

- Based on top percentage plan.

- Uses UNC's current applicant pool (includes ratings) but turns off the same preferences as before *(race, legacy, early decision, first generation status, fee waiver, and female applicants.).*

- Missing seats because not all the top students from every high school applied.

    – Filled the remaining seats with the top remaining students.

    – Similar to UT's plan.

Source: Kahlenberg Opening Report 76-78; Reply Report 58-60

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 19 of 26

# Simulation 8
## Top 4.5% Holistic Race-Neutral Admissions (In-State Public/Private Schools)

### Racial/Ethnic Diversity



**UNC Admitted Class 2014-2015**
- Status Quo Race-Based Admissions
- Top 4.5% Class Rank Race-Neutral Admissions (Modified from Simulation 5)

### Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Status Quo | 1311 (90/91%) | 4.67 |
| Simulation | **1280** (88%) | **4.61** |

### Socioeconomic Diversity



Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 20 of 26

## About Simulation 9: Top 4.0% Class Rank Race-Neutral Admissions

- Similar to Simulation 8, but includes non-applicants.

- Because we don't have UNC's ratings for all of the students in this larger data set, we awarded admission to the top 4% by high school. We filled about 75% of the class this way, similar to UT's plan.

- We filled the remaining 25% with other top performing students.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 21 of 26

# Simulation 9
## Top 4.0% Class Rank Race-Neutral Admissions (Including Non-Applicants; In-State Public Schools)

### Racial/Ethnic Diversity



### Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Status Quo | 1305 (90%) | 4.73 |
| Simulation | **1292** (89/90%) | **4.88** |

### Socioeconomic Diversity



Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 22 of 26

## Hoxby 750/20 Simulation Adjustments

• Hoxby ran a variety of SES preferences and admitted a particular number of disadvantaged students before completing the class with <u>non-disadvantaged applicants who UNC actually admitted</u>

1. One model set aside 750 seats for disadvantaged admits;

2. Disadvantaged was the lowest 20% of the criteria using a formula that includes family, neighborhood, and school SES.

Adjustments made:

⇨ Because Hoxby used *actual* UNC admits to complete the class, her system was not race-neutral.

⇨ As a result, we completed the class by using the most academically qualified students remaining, using GPA and SAT (equally weighted) for in-state public high school students in NCERDC.

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 23 of 26

# Modified Hoxby Simulation
## SES 750/20% Completing Class With High SAT and GPA Students (In-State Public Schools)

### Racial/Ethnic Diversity



**UNC Admitted Class 2014-2015**
- Status Quo Race-Based Admissions
- SES 750/20% Completing Class With High SAT and GPA Students Race-Neutral Admissions

| | White Admits | Asian American Admits | African American Admits | Hispanic Admits | Combined Under-Represented Minority Admits |
|---|---|---|---|---|---|
| Status Quo | 66.7% | 12.7% | 8.8% | 5.9% | 16.5% |
| Simulation | 71.5% | 12.3% | 8.2% | 6.9% | 16.0% |

### Academic Characteristics

| | SAT Score (%) | H.S. GPA |
|---|---|---|
| Status Quo | 1330 (92%) | 4.75 |
| Simulation | **1303** (90%) | **4.63** |

### Socioeconomic Diversity



Status Quo Race-Based Admissions

SES 750/20% Completing Class With High SAT and GPA Students Race-Neutral Admissions

| | Family Low-Income (Fee Waiver/Free & Reduced-Price Lunch) | High School Low-Income |
|---|---|---|
| Status Quo | 12.5% | 36.0% |
| Simulation | 20.4% | 37.6% |

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 24 of 26

Case 1:14-cv-00954-LCB-JLW   Document 247-2   Filed 02/05/21   Page 25 of 26

