IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        Defendants.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff Students for Fair Admissions, Inc. respectfully requests that the Court enter an order briefly extending the deadlines for the parties to file their oppositions to proposed findings of fact and conclusions of law so that those briefs would be due on Wednesday, March 3, 2021. Defendants ("UNC") and Intervenors do not oppose this request.

In support of this Motion, SFFA states as follows:

1. On April 1, 2020, the Court ordered that the parties shall file briefs to include proposed finding of facts and conclusions of law no later than 30 days following the receipt of the official transcripts of the trial with opposition briefs due no later than 21 days thereafter. (ECF 202.)

2. On December 21, 2020, the court reporter filed the official trial transcripts, thereby making the deadline for the post-trial briefing January 20, 2021 and the deadline for opposition briefs February 10, 2021.

3. UNC sought a 16-day extension of that briefing schedule, which the Court granted the same day. (ECF 239.)

4. All parties filed their proposed findings of fact and conclusions of law on February 5, 2021.

5. SFFA seeks a modest three-business-day extension of time for all parties' opposition briefs to and including Wednesday, March 3, 2021.

6. Good cause for the requested extension exists because SFFA has experienced recent party and counsel conflicts.

7. Counsel for SFFA conferred with counsel for UNC and Intervenors regarding this request. Neither UNC nor Intervenors oppose the request.

8. SFFA has not previously requested an extension of this deadline.

WHEREFORE, SFFA respectfully requests that the Court issue an order granting this request and extending the date by which all parties may file opposition briefs to Wednesday, March 3, 2021.

A proposed Order is attached.

Respectfully submitted this 24th day of February, 2021.

/s/ Thomas R. McCarthy
Thomas R. McCarthy
William S. Consovoy
J. Michael Connolly
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-4923
E: tom@consovoymccarthy.com

/s/ Alan M. Ruley
Alan M. Ruley
N.C. State Bar No. 16407
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston Salem, NC 270120-1029
(336) 704-4147
E: aruley@belldavispitt.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Motion for Extension of Time to File Oppositions to Proposed Findings of Fact and Conclusions of Law via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 24th day of February, 2021.

/s/ Thomas R. McCarthy
Thomas R. McCarthy