IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| STUDENTS FOR FAIR ADMISSIONS, INC., | |
|---|---|
| Plaintiff, | |
| v. | ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| UNIVERSITY OF NORTH CAROLINA et al., | |
| Defendants. | |

The Court has reviewed Plaintiff Students for Fair Admissions, Inc.'s motion to extend the deadlines for the parties to file their oppositions to proposed findings of fact and conclusions of law. The motion is hereby GRANTED, and the Court ORDERS that opposition briefs are due on or before Wednesday, March 3, 2021.

_____
The Honorable Loretta C. Biggs
United States District Court Judge

Dated: February __, 2021