IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 1:14CV954 |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time. (ECF No. 248).

Based on representation to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED and the deadlines for the parties to file their oppositions to proposed findings of fact and conclusions of law are extended until Wednesday, March 3, 2021.

This, the 25th day of February 2021.

/s/ Loretta C. Biggs
United States District Judge