# EXHIBIT A

# Caroline Hoxby, Ph.D.

## Direct Examination Demonstratives

SFFA v. UNC et al., Case No. 14-cv-954 (MDNC)

# Caroline Hoxby, Ph.D.



Scott and Donya Bommer
Professor in Economics
Stanford University (2007 – Present)



Program Director
Economics of Education Program
National Bureau of Economic Research



Senior Fellow
Hoover Institution




Senior Fellow
Stanford Institute for Economic Policy Research

Previous Employment at Harvard University:
Harvard College Professor (2005-2007)

Allie S. Freed Professor of Economics (2001-2007)
Assistant / Associate Professor (1994-2000)



| EDUCATION |
| --- |
| Ph.D., Economics |
| Massachusetts Institute of Technology (May 1994) |
| M.Phil., Economics |
| University of Oxford (June 1990) |
| A.B. summa cum laude, Economics |
| Harvard University (June 1988) |





2

Civil Action No. 1:14-CV-954

DX506

Page 3

# Questions Posed

 Assess SFFA's allegations regarding UNC's admissions process, including the allegation that race and ethnicity is a dominant factor in the process.

 Consider potential race-neutral alternatives to determine whether they can attain the levels of racial and ethnic diversity and academic preparedness achieved through UNC's current race-conscious admissions practice.

 Respond to the opinions of Peter Arcidiacono and Richard Kahlenberg.

3

Civil Action No. 1:14-CV-954

DX506

# Opinions Reached

**1** Empirical analysis establishes that UNC's admissions decisions are holistic and cannot be explained using a formula containing verifiable student characteristics.

Race / ethnicity is not a dominant factor in the admissions process at UNC.

**2** Exhaustive simulations resulted in no race-neutral admissions policy that would allow UNC to attain the levels of academic preparedness and underrepresented minority representation of its actual entering class, even when those simulations are built on generous assumptions to maximize their chances of attaining the actual levels.

DX506

# Opinions Reached

**1** Empirical analysis establishes that UNC's admissions decisions are holistic and cannot be explained using a formula containing verifiable student characteristics.

Race / ethnicity is not a dominant factor in the admissions process at UNC.

**2** Exhaustive simulations resulted in no race-neutral admissions policy that would allow UNC to attain the levels of academic preparedness and underrepresented minority representation of its actual entering class, even when those simulations are built on generous assumptions to maximize their chances of attaining the actual levels.

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 6 of 48

# UNC Admissions Regression Models

| Row | Description of Specification [2] | $R^2$ |
|-----|----------------------------------|-------|
| (1) | SAT Combined, ACT Comp [3] [4] | 0.121 |
| (2) | (1) + SAT Subscores, ACT Subscores [3] [4] [5] | 0.127 |
| (3) | (1) + Class Rank, GPA | 0.254 |
| (4) | (3) + Sex | 0.254 |
| (5) | (4) + NC Resident | 0.364 |
| (6) | (5) + Min Coursework, HS Sport, Faculty / Staff Child | 0.398 |
| (7) | (6) + Alum Parent, Early Action | 0.406 |
| (8) | (7) + Parents' Education, Foreign Citizenship, Fee Waiver | 0.409 |
| (9) | (8) + Within-School GPA Rank (SGR) | 0.428 |

DX 110.1 – Opening Report Ex 1, Table 1

# R$^2$ versus Pseudo-R$^2$



Professor McFadden on the Pseudo R Square Metric

"Those unfamiliar with the ρ2 index should be forewarned that its values tend to be considerably lower than those of the R2 index and should not be judged by the standards for a 'good fit' in ordinary regression analysis. For example, values of 0.2 to 0.4 for ρ2 represent an excellent fit."

– D. McFadden, "Quantitative Methods for Analysing Travel Behavior: Some Recent Developments," (Chapter 13 in Behavioral Travel Modeling, D.A. Hensher and P.R. Stopher, editors, Croom Helm Ltd., 1979.)

Arcidiacono Slide 51

- Both R$^2$ and Pseudo-R$^2$ are indices on a scale from 0 to 100%. McFadden designed Pseudo-R$^2$ to be as analogous as possible to R$^2$ (linear models). Pseudo-R$^2$ is for non-linear models.

- Arcidiacono's reference to McFadden is misleading because, in the article, McFadden is considering a multinomial (more than two possible outcomes) model. The more choices available, the more difficult it is to model choices. We judge Pseudo-R$^2$ by more generous standards when there are more choices.

- UNC's admit/reject decision is a *binary* (yes/no) choice, not a choice among several alternatives, so Arcidiacono's critique is misplaced.

7

# UNC's Admissions Process is Holistic



**PROBABILITY OF OBSERVED ADMISSIONS DECISIONS**

**42.8 %**
**explained by**
the model

**NOT EXPLAINED**

**57.2 %**
**not explained by**
the model

Source:
DX 110.1
Opening Report Ex 1
Table 1

8

# Shapley Decomposition

Economists have devised an econometric method designed to answer questions just like the one presented in this case: how to assess the role of various factors in admissions decisions. The optimal econometric method is known as a "Shapley Decomposition."

The Shapley Decomposition permits an economist to assess a model that has multiple factors where you seek to explain an outcome attributable to a factor or sub-group of factors.

9

# The Contribution of Race to the Model



| Row | Description of Specification [2] | $R^2$ | Share of admission decision due to race/ethnicity |
|-----|--------------------------------|-------|------------------------------|
| (1) | SAT Combined, ACT Comp [3] [4] | 0.121 | 0.8% |
| (2) | (1) + SAT Subscores, ACT Subscores [3] [4] [5] | 0.127 | 0.9% |
| (3) | (1) + Class Rank, GPA | 0.254 | 0.9% |
| (4) | (3) + Sex | 0.254 | 0.9% |
| (5) | (4) + NC Resident | 0.364 | 1.0% |
| (6) | (5) + Min Coursework, HS Sport, Faculty / Staff Child | 0.398 | 1.1% |
| (7) | (6) + Alum Parent, Early Action | 0.406 | 1.2% |
| (8) | (7) + Parents' Education, Foreign Citizenship, Fee Waiver | 0.409 | 1.2% |
| (9) | (8) + Within-School GPA Rank (SGR) | 0.428 | 1.2% |

DX 110.1 – Opening Report Ex 1, Table 1

**SHAPLEY DECOMPOSITION**

**NOT EXPLAINED**

**1.2%**
due to including
**race** in model

10

# The Contribution of Test Scores to the Model



| Row | Description of Specification [2] | $R^2$ | Share of admission decision due to combined test scores |
|-----|--------------------------------|-------|--------------------------------------------------------|
| (1) | SAT Combined, ACT Comp [3] [4] | 0.121 | 11.3% |
| (2) | (1) + SAT Subscores, ACT Subscores [3] [4] [5] | 0.127 | 5.7% |
| (3) | (1) + Class Rank, GPA | 0.254 | 8.4% |
| (4) | (3) + Sex | 0.254 | 8.3% |
| (5) | (4) + NC Resident | 0.364 | 10.6% |
| (6) | (5) + Min Coursework, HS Sport, Faculty / Staff Child | 0.398 | 11.3% |
| (7) | (6) + Alum Parent, Early Action | 0.406 | 11.2% |
| (8) | (7) + Parents' Education, Foreign Citizenship, Fee Waiver | 0.409 | 11.0% |
| (9) | (8) + Within-School GPA Rank (SGR) | 0.428 | 9.8% |

DX 110.1 – Opening Report Ex 1, Table 1

SHAPLEY DECOMPOSITION

NOT EXPLAINED

**9.8%**
due to including
**test scores** in model →

11

# Testing Alternative Models Confirms That Race Is <u>Not</u> A Dominant Factor In Admissions Decisions

## Separating In-State and Out-of-State

DX 112.4 – Reply Report Ex 4, Table 1

**IN-STATE**
Race: **1.2%**
Test Scores: **14.9%**

**OUT-OF-STATE**
Race: **5.1%**
Test Scores: **18.9%**

## Including UNC Ratings Variables

DX 112.4 – Reply Report Ex 4, Table 1

**IN-STATE**
Race: **1.6%**
Test Scores: **14.2%**

**OUT-OF-STATE**
Race: **6.2%**
Test Scores: **14.7%**

## Multiplicative Variables

DX 110.1 – Opening Report Ex 1, Table 2

Race: **5.6%**



**ALTERNATIVE MODEL TESTS**

IN-STATE     OUT-OF-STATE

NOT EXPLAINED     NOT EXPLAINED

**1.2%**     **6.2%**

due to including **race** in model

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 13 of 48

# Using the Proper Econometric Method on Arcidiacono's Model Does Not Change My Conclusion

I disagree with Arcidiacono's choice to include the UNC ratings variables in his preferred model.

Regardless, he fails to employ the proper econometric method to assess these data: the Shapley Decomposition.

- Arcidiacono's model may have a higher $R^2$, but the portion explained by race does not meaningfully increase.

- Disagreements about the model **do not change the overall result** that only a small percentage of the probability of admission is due to race.



**ARCIDIACONO MODEL 4**

IN-STATE — NOT EXPLAINED

OUT-OF-STATE — NOT EXPLAINED

**2.7%**     **6.7%**

due to including **race** in model

Source: DX 111.1 – Rebuttal Report Ex 1, Table 1

13

# Race Is <u>Not</u> A Dominant Factor
# In Admissions Decisions



**HOXBY PREFERRED MODEL**

**1.2%**
due to including
**race** in model



**ALTERNATIVE MODEL TESTS**

**IN-STATE**  **OUT-OF-STATE**

**1.2%**  **6.2%**
due to including
**race** in model



**ARCIDIACONO MODEL 4**

**IN-STATE**  **OUT-OF-STATE**

**2.7%**  **6.7%**
due to including
**race** in model

Civil Action No. 1:14-CV-954

DX506

# Arcidiacono's Decile Analysis is Misleading



In-State Admission Rates by Academic Index Decile and Race/Ethnicity

Arcidiacono Slide 12



Out-of-State Admission Rates by Academic Index Decile and Race/Ethnicity

Arcidiacono Slide 15

- Arcidiacono assumes that that all deciles are equally relevant to the UNC admissions process, which they are not.

- Most UNC admitted students come from the top few deciles. Instead, Arcidiacono focuses on applicants who are "on-the-bubble." (Deciles 4 through 6 in-state and deciles 5 through 7 out-of-state.)

- When examining whether race is a dominant factor, it is inappropriate to draw a conclusion from a small subset of admitted students.

- Arcidiacono's decile analysis assumes away unobservable factors that contribute to the admission decisions.

Page 15

# Arcidiacono's "Average Marginal Effect"



1. Marginal effect and "shares" are inapplicable in this context: we cannot assume that when we flip a switch on the factor of race, all other factors will remain constant.

**Arcidiacono Measure of "Share Due to" Various Factors, Using Arcidiacono's Preferred Model [1]**
2011-12 to 2016-17 Admissions Cycles [2]

| | African American Applicants | Hispanic Applicants | All Applicants |
|---|---|---|---|
| **Out-of-State Applicants** | | | |
| "Share Due to" SAT Preferences | 100.0% | 100.0% | 100.0% |
| "Share Due to" GPA Preferences | 21.1% | 25.8% | 29.1% |
| "Share Due to" Percentile Preferences | 46.4% | 45.6% | 49.9% |
| "Share Due to" Program Rating Preferences | 14.9% | 25.6% | 29.8% |
| "Share Due to" Essay Rating Preferences | 100.0% | 100.0% | 100.0% |
| "Share Due to" Personal Quality Rating Preferences | 100.0% | 100.0% | 100.0% |
| "Share Due to" Activities Rating Preferences | 36.5% | 42.2% | 51.2% |
| "Share Due to" Performance Rating Preferences | 33.4% | 48.0% | 57.4% |
| "Share Due to" Race/Ethnicity Preferences | 91.1% | 70.2% | 21.5% |
| **Total** | **543.4%** | **557.4%** | **538.9%** |

DX 112.1: Hoxby Reply Report, Exhibit 1

16

# Arcidiacono's "Average Marginal Effect"



Arcidiacono Slide 39

2. Even if we accept these "marginal effects," the **median** marginal effect is much smaller than the average marginal effect.





DX 112.2: Hoxby Reply Report, Exhibits 1 & 2

17

Civil Action No. 1:14-CV-954

DX506

Page 18

# Arcidiacono's "Average Marginal Effect"



Marginal Effect of Race/Ethnicity on Probability of Admission (Out-of-State)

Arcidiacono Slide 39

3. Arcidiacono's "marginal effects" only reflect changes in probabilities within the model itself.

We cannot lose sight of the portion of admission decisions that are **not explained** by his model.



**ARCIDIACONO MODEL 4**

**IN-STATE**      **OUT-OF-STATE**

18

# In Assessing the *Accuracy* of a Model, the Difference Between In-Sample And Out-of-Sample Is What Matters



Average Mean-Squared Error of Arcidiacono Models and Hoxby Model 9

**Arcidiacono In-State**

| | In-Sample | Out-of-Sample | DIFFERENCE |
|---|---|---|---|
| Model 2 | 0.092 | 0.102 | **0.010** |
| Model 3 | 0.056 | 0.074 | **0.018** |
| Model 4 | 0.055 | 0.074 | **0.019** |
| Model 5 | 0.056 | 0.075 | **0.021** |
| Model 6 | 0.035 | 0.088 | **0.053** |
| Model 7 | 0.028 | 0.093 | **0.065** |

**Arcidiacono Out-of-State**

| | In-Sample | Out-of-Sample | DIFFERENCE |
|---|---|---|---|
| Model 2 | 0.072 | 0.084 | **0.012** |
| Model 3 | 0.046 | 0.063 | **0.017** |
| Model 4 | 0.045 | 0.063 | **0.018** |
| Model 5 | 0.061 | 0.077 | **0.016** |
| Model 6 | 0.037 | 0.104 | **0.067** |

**Hoxby**

| | In-Sample | Out-of-Sample | DIFFERENCE |
|---|---|---|---|
| Model 9 | 0.101 | 0.106 | **0.005** |

Modified Arcidiacono Slide 55

**The accuracy of a model is determined by whether it predicts *as well out-of-sample as it does in-sample*.**

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 20 of 48

# Comparing Overfit:
# Hoxby and Arcidiacono Models

DX 111.3: Hoxby Rebuttal Report, Exhibit 3



Average Mean-Squared Error of Arcidiacono Models and Hoxby Model 9

| Arcidiacono In-State | | In-Sample | Out-of-Sample | DIFFERENCE |
|---|---|---|---|---|
| | Model 2 | 0.092 | 0.102 | 0.010 |
| | Model 3 | 0.056 | 0.074 | 0.018 |
| | Model 4 | 0.055 | 0.074 | 0.019 |
| | Model 5 | 0.056 | 0.075 | 0.021 |
| | Model 6 | 0.035 | 0.088 | 0.053 |
| | Model 7 | 0.028 | 0.093 | 0.065 |

| | In-Sample | Out-of-Sample | DIFFERENCE | Arcidiacono Out-of-State |
|---|---|---|---|---|
| Model 2 | 0.072 | 0.084 | 0.012 | |
| Model 3 | 0.046 | 0.063 | 0.017 | |
| Model 4 | 0.045 | 0.063 | 0.018 | |
| Model 5 | 0.061 | 0.077 | 0.016 | |
| Model 6 | 0.037 | 0.104 | 0.067 | |

| | | In-Sample | Out-of-Sample | DIFFERENCE |
|---|---|---|---|---|
| Hoxby | Model 9 | 0.101 | 0.106 | 0.005 |

Modified Arcidiacono Slide 55

**The accuracy of a model is determined by whether it predicts as well out-of-sample as it does in-sample.**

0.005 — **HOXBY MODEL 9**

0.010 — **ARCIDIACONO MODEL 2 (IN-STATE)**

0.018 — **ARCIDIACONO MODEL 4 (OUT-OF-STATE)**

0.053 — **ARCIDIACONO MODEL 6 (IN-STATE)**

0.065 — **ARCIDIACONO MODEL 7 (IN-STATE)**

0.067 — **ARCIDIACONO MODEL 6 (OUT-OF-STATE)**

20

# Arcidiacono's Concept of "Accuracy" Only Reinforces the Finding That Race Is Not A Dominant Factor

**Even under Arcidiacono's definition of "accuracy", removing alleged racial preferences does not significantly change the "accuracy" of Arcidiacono's models.**

**This shows that his models do not support his conclusion that race is a dominant factor in UNC's admission decisions.**

|  | Overall "Accuracy" |
|---|---|
| **In-State Applicants** | |
| Arcidiacono's Preferred Model with "Racial Preferences" [2] | 92.1% |
| Arcidiacono's Preferred Model without "Racial Preferences" [3] | 91.1% |
| **Difference in "Accuracy" (with "Racial Preferences" – without "Racial Preferences")** | 1.0% |
| **Out-of-State Applicants** | |
| Arcidiacono's Preferred Model with "Racial Preferences" [4] | 93.3% |
| Arcidiacono's Preferred Model without "Racial Preferences" [3] | 91.4% |
| **Difference in "Accuracy" (with "Racial Preferences" – without "Racial Preferences")** | 1.9% |

DX 112.3: Hoxby Reply Report, Exhibit 3

21

# Other Allegations in SFFA's Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff,

v.

Case No. _____

UNIVERSITY OF NORTH CAROLINA; UNIVERSITY OF
NORTH CAROLINA BOARD OF GOVERNORS; JOHN C.
FENNEBRESQUE, W. LOUIS BISSETTE, JR., JOAN
TEMPLETON PERRY, ROGER AIKEN, HANNAH D. GAGE,
ANN B. GOODNIGHT, H. FRANK FRAINGER, PETER D.
HANS, THOMAS J. HARRELSON, HENRY W. HINTON,
JAMES L. HOLMES, JR, RODNEY E. HOOD, W. MARTY
KOTIS III, G. LEROY LAIL, SCOTT LAMPE, STEVEN B.
LONG, JOAN G. MACNEILL, MARY ANN MAXWELL, W.
EDWIN MCMAHAN, W. G. CHAMPION MITCHELL, HARI H.
MATH, ANNA SPANGLER NELSON, ALEX PARKER, R.
DOYLE PARRISH, THERENCE O. PICKETT, DAVID M.
POWERS, ROBERT S. RIPPY, HARRY LEO SMITH, JR., J.
CRAIG SOUZA, GEORGE A. SYWASSINK, RICHARD F.
TAYLOR, RAIFORD TRASK III, PHILLIP D. WALKER,
LAURA I. WILEY, as members of the Board of Governors in their
official capacities; THOMAS W. ROSS, President of the University
of North Carolina in his Official Capacity; UNIVERSITY OF

COMPLAINT

JURY TRIAL
DEMANDED

> 49.    The Admissions Director is aware of the projected racial composition of the tentatively admitted students during the SGR process.  The reports used during the SGR process include information regarding each candidate's race/ethnicity.  Those reports, however, do not include information regarding non-race factors such as first generation college status or eligibility for a fee waiver.

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 23 of 48

# Analysis of School Group Review Data

| | 2013-14 | | 2014-15 | | 2015-16 | |
|---|---|---|---|---|---|---|
| | BEFORE | AFTER | BEFORE | AFTER | BEFORE | AFTER |
| African American | 10.1% | NO CHANGE | 9.3% | 0.3% | 10.1% | 0.1% |
| Asian | 19.2% | 0.2% | 20.5% | 0.2% | 20.4% | 0.5% |
| Hispanic | 9.3% | 1.0% | 8.5% | NO CHANGE | 9.4% | 0.2% |
| Native American | 1.7% | NO CHANGE | 1.6% | NO CHANGE | 1.5% | NO CHANGE |
| Pacific Islander | 0.1% | NO CHANGE | 0.1% | NO CHANGE | 0.0% | 0.1% |
| White | 59.7% | 0.8% | 60.0% | 0.1% | 58.5% | NO CHANGE |

DX 110.2 – Opening Report Ex 2, Table 1

23

DX506

# Opinions Reached

**1** Empirical analysis establishes that UNC's admissions decisions are holistic and cannot be explained using a formula containing verifiable student characteristics.

Race / ethnicity is not a dominant factor in the admissions process at UNC.

**2** Exhaustive simulations resulted in no race-neutral admissions policy that would allow UNC to attain the levels of academic preparedness and underrepresented minority representation of its actual entering class, even when those simulations are built on generous assumptions to maximize their chances of attaining the actual levels.

Case 1:14-cv-00954-LCB-JLW  Document 251-1  Filed 03/03/21  Page 25 of 48

# Testing Race-Neutral Alternatives

1.  Build admissions model using race-blind proxy



| WHO WOULD APPLY? | WHO WOULD BE ADMITTED? | WHO WOULD ENROLL? |

2.  Compare **results of simulation** against **UNC actual levels** of academic preparedness and underrepresented minority representation



vs.

25

# Applied Assumptions to Give the Simulations the Best Possible Chance to Attain UNC's Actual Racial Diversity & Test Scores

**The applicant pool**

→ ASSUMPTION →

**Assume that all actual applicants continue to apply**

**Expand applicant pool to include 75% of highly-qualified newly-eligible applicants**

**ACT / SAT scores**

→ ASSUMPTION →

**Assume applicants would take ACT or SAT more than once** (+40 SAT for students taking only once)

**Those who would enroll**

→ ASSUMPTION →

**Assume that current enrollment probabilities hold**

26

Civil Action No. 1:14-CV-954

DX506

Page 27

# Exhaustive Approach: 109 Different Simulations



**Socioeconomic Plans: 82**

**Top X Percent Plans: 5**

**Geography Based Plans: 2**

**Additional Concepts Suggested by Kahlenberg: 20**

**Simulations Matching UNC'S Actual Average SAT and % URM** : 

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 28 of 48

# Socioeconomic Status Indicators: Potential Proxies

- Eligibility for free or reduced price lunch

- Household income

- % of adults with educational attainment ranging from none to doctoral degree

- Mean educational attainment of adults

- % of families headed by single parent

- Mean number of dependents

- Rural/urban/central city/population size indicators

- % of students in high school on free or reduced price lunch

DX 110: Opening Report, paragraph 150

28

# Socioeconomic Status
# Is Not An Effective Proxy for Race

**THE MORE ACADEMICALLY PREPARED A STUDENT IS,
THE LESS THE SOCIOECONOMIC VARIABLES
ARE ABLE TO PREDICT WHETHER THE STUDENT IS URM:**

*All levels of
preparation*................. **83%** error rate

SAT > 1000.................. **89%** error rate

SAT > 1100.................. **91%** error rate

SAT > 1120.................. **91%** error rate

SAT > 1220.................. **92%** error rate

SAT > 1260.................. **94%** error rate

*error rate* =
*student is not URM
when socioeconomic
variables predicts
they are.*

DX506

DX 110.7

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 30 of 48

Civil Action No. 1:14-CV-954

DX506

# Socioeconomic Status-Based Simulations

1. Construct an SES index measure for every applicant.

2. Define ranges of emphasis* and threshold** to give to the SES index.

3. SES "Disadvantage Preference" :
   *Predict students admitted as a result of SES status using favorable assumptions about the new applicant pool.*

4. Complete the Class:
   *Predict the admissions outcomes for remaining applicants.*

\* **Emphasis** is the weight the SES index is given in admissions.

\*\* **Threshold** is the cut-off at which a student is held to be socioeconomically disadvantaged—e.g. "*how* low in income?"

30

# SES Simulations Structured as Favorably as Possible

**Assumed UNC could:**

1. Identify all of the socioeconomically "disadvantaged" students and get them to apply at the same rate as current, well-qualified applicants

2. Choose to admit the highest scoring students

3. Continue to enroll current admitted applicants

**When "completing the class," take UNC's actual applicants as given.**

- This assumes highly qualified students would continue to apply even though their chance of admission might decrease substantially under a new admissions process that emphasizes socioeconomic status.

31

# Categories of SES-Based Simulations

| LIKELIHOOD OF ATTENDING 4 or 2 YEAR COLLEGE INDEX | STRIVER INDEX | RACE PREDICTING INDEX |
|---|---|---|
| A student's predicted probability of attending either a four or two-year college based on socioeconomic background. | The difference between actual and predicted test score of a student. The index is positive if the student outperforms expectations, given socioeconomic background. | Artificial index constructed to maximize the probability that socioeconomic variables correctly predict underrepresented minority status. * This index is meant to test the *ceiling* of what can be attained by SES in an RNA. It does not have any race-neutral logic. |

32

# No Simulated Pool of Admitted Students Attained Current Levels of Academic Preparation & Racial Diversity



DX 110.9: Hoxby Report Exhibit 9 Figure 1

33

# No Simulated Pool of Admitted Students Achieved Current Levels of Academic Preparation & Racial Diversity



**Admissions Modeling Based on Race Predicting Index: "Disadvantaged Stage"**
Admitted Students, 2014-15

DX 110.9: Opening Report Exhibit 9 Figure 7

34

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 35 of 48

# Kahlenberg's Approach To SES-Based Simulations Is Fundamentally Flawed







- Kahlenberg makes unrealistic assumptions.

- His simulations frequently fail to reflect that the applicant pool will change.

- His simulations rely on extremely large "boosts" based on the SES index.

- Kahlenberg places heavy emphasis on socioeconomic diversity to evaluate simulation results rather than focusing on racial / ethnic diversity.

35

# Exhaustive Approach: 109 Different Simulations



Socioeconomic Plans: 82

Top X Percent Plans: 5

Geography Based Plans: 2

Additional Concepts Suggested by Kahlenberg: 20

36

# Percentage Plans

| | |
|---|---|
| **100%** | |
| **90%** | |
| **80%** | |
| **70%** | |
| **60%** | |
| **50%** | |
| **40%** | |
| **30%** | |
| **20%** | |
| **10%** | |
| **0** | |

A top X percent plan typically admits X% of students based upon **high school class rank**.

X depends on:

- The number of seats available at UNC.

- What percentage of students who are eligible for admission enroll at UNC.

37

# Percentage Plan Simulations: <u>Admitted</u> Students
# Significant Decreases in Test Scores



**TOP 7.95 % PLAN**

STATUS QUO     **AVERAGE TEST SCORES**     SIMULATION

**TOTAL AVERAGE DECREASE: 77 points**

| WHITE | ASIAN AMER. | AFRICAN AMER. | HISPANIC | NATIVE AMER. | PACIFIC ISLANDER |
|---|---|---|---|---|---|
| 1341   1278 | 1375   1335 | 1212   1082 | 1254   1155 | 1264   1122 | 1270   1133 |
| -63 | -40 | -129 | -99 | -142 | -137 |
| +240 | -210 | +67 | -8 | -51 | +1 |

STATUS QUO    SIMULATION

**MIXED RESULTS ON RACIAL DIVERSITY**

| 2664   2904 | 494   284 | 349   416 | 238   230 | 70   19 | 4   5 |
|---|---|---|---|---|---|

**ADMITTED STUDENTS**

Source: DX 110.11: Hoxby Report Exhibit 11 Table 1

38

# Percentage Plan Simulations: <u>Enrolled</u> Students
# Significant Decreases in Test Scores



**TOP 7.29 % PLAN**

STATUS QUO | AVERAGE TEST SCORES | SIMULATION

**TOTAL AVERAGE DECREASE: 76 points**

| WHITE | ASIAN AMER. | AFRICAN AMER. | HISPANIC | NATIVE AMER. | PACIFIC ISLANDER |
|---|---|---|---|---|---|
| 1328 / 1265 | 1352 / 1313 | 1187 / 1065 | 1233 / 1137 | 1260 / 1131 | 1325 / 1121 |
| -63 | -39 | -122 | -96 | -128 | -204 |
| +155 | -151 | +55 | -4 | -34 | +1 |

STATUS QUO | SIMULATION

**MIXED RESULTS ON RACIAL DIVERSITY**

| 1617 / 1772 | 350 / 199 | 229 / 284 | 160 / 156 | 45 / 11 | 2 / 3 |

**ENROLLED STUDENTS**

Source: DX 110.11: Hoxby Report Exhibit 11 Table 2

# Kahlenberg's Flawed "Percentage" Plans





- Kahlenberg's Top X% Simulations fail to reflect that the applicant pool will change if UNC's admissions policy changes.

- Kahlenberg fails to properly account for capacity constraints: how many students UNC can admit and enroll.

- Kahlenberg overweights test score and GPA when completing the class.

40

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 41 of 48

# Geography-Based Plans

**Place-based proxy instead of using high school class rank**

**Premise:** *a small geographic zone's historical admission rate is highly predictive of a current applicant's advantage or disadvantage related to attending selective colleges.*

**Modeled two types of theoretical simulations:**

1. Census Tract Plan
2. Race Predicting Index Based on Geography

**Structured RNA as favorably as possible:**

- More weight to test scores and GPA than UNC's actual admissions process.

41

# Geographical Plan Simulation 1

1. Compute the historical admissions rate among reasonably well-qualified students in each Tract.

2. The Tract Index gives a *higher* priority to tracts with *lower* historical admission rates.

3. Taking tracts in priority order, apply a hypothetical admissions process that admits each tract's top students (equal weighting of test score and GPA) until class is filled.

4. Consider results in the context of a hypothetical status quo resulting from an admissions process where applicant pool is admitted solely on the basis of test scores and GPA.

> **FINDING:**
> **SIGNIFICANT DECREASE**
> **IN RACIAL DIVERSITY**

Source: DX 110.13: Hoxby Report Exhibit 13

# Geographic Plan Simulation 2:
# Race Predicting Index that includes Geography

**Artificial index using geography and socioeconomic status variables from broader applicant pool to try to predict URM status.** As with the earlier race-predicting index, this is meant to test the ceiling of what can be attained with a race-blind index. There is no race-neutral logic behind this artificial index.

- Predict admissions outcomes based on model of UNC admissions using RPI Index instead of actual race/ethnicity.

- Compare against hypothetical status quo of current applicant pool if UNC admitted students based on admissions model.

**FINDING:
SIGNIFICANT DECREASE
IN RACIAL DIVERSITY**

Source: DX 110.14: Hoxby Report Exhibit 14

43

# Exhaustive Approach: 109 Different Simulations



Socioeconomic Plans: 82

Top X Percent Plans: 5

Geography Based Plans: 2

Additional Concepts Suggested by Kahlenberg: 20

44

# Additional "Alternatives" Suggested by Kahlenberg

**Partnerships with disadvantaged high schools**

1. Focused on disadvantaged high schools previously incorporated into SES simulations

2. Tested 16 different simulations:
   **All resulted in substantially lower average test scores**

**Community college transfers**

1. Considered potential transfers from North Carolina State University: **Resulted in lower average test scores and less racial diversity**

2. Used NCERDC data to consider students who indicated they were likely to attend community college:
   **Resulted in substantially lower average test scores**

Source: DX 112 – Hoxby Reply Report Exhibits 6 & 7

45

Civil Action No. 1:14-CV-954

DX506

# Kahlenberg Misinterprets My Prior Research

- My research focuses upon highly academically qualified, low income students who do not apply to selective universities ("one-offs").

- Four years of NCERDC data reveals the vast majority of one-offs (86%) are not URMs.

- Such recruiting is <u>not</u> a substitute for race-conscious admissions.

Case 1:14-cv-00954-LCB-JLW   Document 251-1   Filed 03/03/21   Page 47 of 48

# Opinions Reached

**1**

Empirical analysis establishes that UNC's admissions decisions are holistic and cannot be explained using a formula containing verifiable student characteristics.

Race / ethnicity is not a dominant factor in the admissions process at UNC.

**2**

Exhaustive simulations resulted in no race-neutral admissions policy that would allow UNC to attain the levels of academic preparedness and underrepresented minority representation of its actual entering class, even when those simulations are built on generous assumptions to maximize their chances of attaining the actual levels.

47