# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **NORTH CAROLINA**

| SFFA | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|
| V. | | | |
| UNC | | Case Number: 1:14CV954 | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Loretta C. Biggs | Tom McCarthy/Pat Strawbridge | Stephanie Brennan/Pat Fitzgerald |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/9/2020 | Lori Russell | Debbie Blay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 11/9/2020 | | | Jennifer Kretchmar sworn |
| 108 | | 11/9/2020 | x | x | Reading Document |
| 67 | | 11/9/2020 | x | x | Email from J. Kretchmar to A. Memory concerning admission rates dated 4/8/2015 |
| 58 | | 11/9/2020 | x | x | Email from W. Prasertpol to others with Core Report Comparison dated 12/4/2013 |
| 17 | | 11/9/2020 | x | x | Email from J. Kretchmar and L. Williford concerning literature review dated 1/10/2014 |
| 7 | | 11/9/2020 | x | x | Email from S. Farmer to J. Kretchmar concerning data provided for amicus brief dated 7/30/2013 |
| | 42 | 11/9/2020 | x | x | Admission Meeting Min. from Working Group to Consider Race-Neutral Alternatives 2/26/2014 |
| 29 | | 11/9/2020 | x | x | Email from J. Kretchmar to B. Polk with draft RNA report dated 10/31/2014 |
| 3 | | 11/9/2020 | x | x | UNC's Objections and Responses to Plaintiff's Second Set of Interrogatories |
| 32 | | 11/9/2020 | x | x | Email from B. Polk to S. Farmer & J. Kretchmar concerning H. Kallem comments to RNA report |
| 30 | | 11/9/2020 | x | x | Email from H. Kallem to B. Polk concernatin RNA report dated 11/8/2014 |
| 38 | | 11/9/2020 | x | x | Minutes of Advisory Committee on Undergraduate Admissions dated 2/25/2016 |
| | 40 | 11/9/2020 | x | x | Agenda from Working Group to Consider Race-Neutral Alternatives to Admissions 12/19/2013 |
| W-2 | | 11/9/2020 | | | Peter Arcidiacono sworn |
| W-2 | | 11/10/2020 | | | Peter Arcidiacono sworn and continued with testimony |
| | 13 | 11/10/2020 | x | x | Application File A11229 |
| | 15 | 11/10/2020 | x | x | Appliation File B14771 |
| W-3 | | 11/12/2020 | | | Richard Kahlenberg sworn |
| | W-1 | 11/12/2020 | | | Stephen Farmer sworn |
| | 1 | 11/12/2020 | x | x | UNC Mission Statement |
| | 6 | 11/12/2020 | x | x | The UNC Academic Plan - July 2003 |
| | 7 | 11/12/2020 | x | x | The UNC Academic Plan - 2011 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

**SFFA vs. UNC** — CASE NO. 1:14CV954

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 2 | 11/12/2020 | x | x | Faculty Council Resolution 2016-12 |
|  | 3 | 11/12/2020 | x | x | The Educational Benefits of Diversity and Inclusion dated 5/26/2017 |
|  | 9 | 11/12/2020 | x | x | Statement on the Evaluation of Candidates for Admissions |
|  | 10 | 11/12/2020 | x | x | Reading Document for the 2016-2017 Application Year |
|  | 22 | 11/12/2020 | x | x | 2014-2015 Annual Report of the Advisory Committee |
|  | 34 | 11/12/2020 | x | x | 2007 Farmer Socioeconomic Study |
|  | 35 | 11/12/2020 | x | x | 2007 Farmer Socioeconomic Study |
|  | 36 | 11/12/2020 | x | x | 2007 Farmer Socioeconomic Study |
|  | 37 | 11/12/2020 | x | x | J. Kretchmar Research Compendium |
|  | 38 | 11/12/2020 | x | x | Top 10 Percent Plan (2012 Analysis) |
|  | W-1 | 11/13/2020 |  |  | Steven Farmer sworn and continued with testimony |
|  | 39 | 11/13/2020 | x | x | Letter from the Office for Civil Rights |
| 6 |  | 11/13/2020 | x | x | Email from S. Armer to B. Polk concerning meeting dated 7/8/2013 |
| 8 |  | 11/13/2020 | x | x | Email from K. Simmons to to othere concerning OCR investigation dated 9/3/2013 |
| 10 |  | 11/13/2020 | x | x | Email from S. Farmer to B. Polk concerning starting RNA group dated 9/19/2013 |
| 14 |  | 11/13/2020 | x | x | Email from S. Farmer to Deborah Stroman concerning working group dated 11/21/2013 |
| 47 |  | 11/13/2020 | x | x | PowerPoint presentation to Faculty Advisory Committee dated 1/19/2016 |
| 54 |  | 11/13/2020 | x | x | Interim Report Examining Potential Race-Neutral Strategies dated May 2018 |
| 16 |  | 11/13/2020 | x | x | UNC's Amicus Brief filed in Fisher v. University of Texas case |
|  | W-2 | 11/13/2020 |  |  | Jared Rosenberg sworn |
|  | 14 | 11/13/2020 | x | x | Application File A1906 |
| 65.2 |  | 11/13/2020 | x | x | Excel Spreadsheet of Undergraduate Admissions |
| 70 |  | 11/13/2020 | x | x | Email from J. Rosenberg to others concerning an applicant dated 11/7/2013 |
|  | W-3 | 11/13/2020 |  |  | Michael Davis sworn |
| 96 |  | 11/13/2020 | x | x | Email from P. Baum to E. Medina and others concerning Carolina 101 dated 8/14/2015 |
| 97 |  | 11/13/2020 | x | x | Email from M. Davis to others concerning student recruiting dated 8/20/2015 |
|  | W-4 | 11/16/2020 |  |  | Dr. Abigail Panter sworn |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | SFFA | vs. | | UNC | CASE NO. 1:14CV954 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 5 | 11/16/2020 | x | x | Status Report of the Educational Benefits of Diversity & Inclusion Working Group | |
| | 61 | 11/16/2020 | x | x | Inventory of Assessments Related to the Delivery of the Educational Benefits of Diversity | |
| | 11 | 11/16/2020 | x | x | Charge of the Advisory Committee on Undergratuate Admissions 2015-2016 | |
| | 48 | 11/16/2020 | x | x | Meeting Minutes of the February 2016 Advisory Committee Meetings | |
| | IW-1 | 11/16/2020 | | | Cecilia Polanco sworn | |
| | DI31 | 11/16/2020 | x | x | UNC-CH Admissions Application of Cecilia Polanco | |
| | IW-2 | 11/16/2020 | | | Kenneth Ward sworn and testified via video conference | |
| | W-5 | 11/17/2020 | | | Dr. Caroline Hoxby sworn and testified via video conference | |
| | W-5 | 11/18/2020 | | | Dr. Caroline Hoxby sworn and continued with testimony via video conference | |
| | W-6 | 11/18/2020 | | | Dr Bridget Long sworn and testified via video conference | |
| | IW-3 | 11/18/2020 | | | Andrew Brennan sworn | |
| | IW-4 | 11/18/2020 | | | Laura Ornelas sworn | |
| | IW-5 | 11/18/2020 | | | Star Wingate-Bey sworn | |
| | IW-6 | 11/19/2020 | | | Hanna Watson sworn and testified via video conference | |
| | IW-7 | 11/19/2020 | | | Luis Acosta sworn and testified via video conference | |
| | IW-8 | 11/19/2020 | | | Rimel Mwamba sworn | |