IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) DEFENDANTS' MOTION TO |
| | ) ALLOW WITHDRAWAL OF |
| UNIVERSITY OF NORTH CAROLINA, et al., | ) COUNSEL |
| Defendants. | ) |

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(e) of the United States District Court for the Middle District of North Carolina, Marianne H. Combs, an attorney for the University of North Carolina and related Defendants respectfully requests that this Court grant her leave to withdraw as counsel.

In support of this Motion, Ms. Combs states as follows:

1. Ms. Combs is one of several attorneys representing the Defendants. Other attorneys include Stephanie Brennan of the North Carolina Office of the Attorney General as well as other attorneys at Skadden Arps.

2. Ms. Combs will no longer be able to represent Defendants due to an impending change in professional circumstances.

3. Permitting Ms. Combs to withdraw will not result in delay or any negative impact or other circumstances causing prejudice to Defendants.

For these reasons, Ms. Combs asks that the Court grant this Motion to Allow Withdrawal of Counsel.

Dated: October 29, 2021

Respectfully submitted,

/s/ *Marianne H. Combs*

Marianne H. Combs
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
Marianne.combs@skadden.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 29, 2021

Respectfully submitted,

/s/ *Marianne H. Combs*

Marianne H. Combs
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
*Attorney for Defendants*