IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV954 |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Following a trial in the above-captioned matter, the Court on October 18, 2021, filed its Trial Findings of Fact and Conclusions of Law and further entered an Order, (collectively, ECF No. 254), that Judgment shall be entered on Counts I and II of Plaintiff's Complaint, (ECF No. 1), in favor of Defendants and against Plaintiff SFFA.

Based on the foregoing, the Court enters the following:

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby entered on Counts I and II of Plaintiff's Complaint, (ECF No. 1), in favor of Defendants and against Plaintiff SFFA.

IT IS FURTHER ORDERED AND ADJUDGED that attorneys' fees and costs will be addressed, if necessary, under separate order.

This, the 4th day of November 2021.

/s/ Loretta C. Biggs
United States District Judge