# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NO. 1:14-CV-954

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        Defendants.

## NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, Inc., now appeals to the United States Court of Appeals for the Fourth Circuit this Court's final judgment entered on November 4, 2021 (Dkt. 257), including the Court's Findings of Fact and Conclusions of Law (Dkt. 254), its Order granting the Defendants' motion for partial judgment on the pleadings (Dkt. 210), and its Memorandum Opinion and Order denying Plaintiff's motion for summary judgment (Dkt. 190).

| | |
|---|---|
| /s/ Thomas R. McCarthy | /s/ Alan M. Ruley |
| Thomas R. McCarthy | Alan M. Ruley |
| William S. Consovoy | N.C. State Bar No. 16407 |
| J. Michael Connolly | Bell, Davis & Pitt, P.A. |
| Consovoy McCarthy PLLC | P.O. Box 21029 |
| 1600 Wilson Boulevard, Suite 700 | Winston Salem, NC 270120-1029 |
| Arlington, Virginia 22209 | (336) 704-4147 |
| (703) 243-4923 | E: aruley@belldavispitt.com |
| E: tom@consovoymccarthy.com | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Notice of Appeal via the Court's electronic filing systems, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

November 6, 2021.

/s/ Thomas R. McCarthy  
Thomas R. McCarthy
