## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 15, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Students for Fair Admissions, Inc.
            v. University of North Carolina, et al.
           No. 21-707
           (Your No. 21-2263)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 11, 2021 and placed on the docket November 15, 2021 as No. 21-707.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Michael Duggan
                                        Case Analyst