IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUDENTS FOR FAIR
ADMISSIONS, INC.,

        Plaintiff,

        v.

UNIVERSITY OF NORTH
CAROLINA et al.,

        Defendants.

1:14CV954

**ORDER**

This matter is before the Court on the UNC Defendants' Unopposed Motion to Toll the Deadline for Any Motion for Attorneys' Fees. (ECF No. 262.)

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and the deadline for any motion for attorneys' fees is tolled until 60 days after the final conclusion of all appellate proceedings.

This, the 30th day of December 2021.

/s/ Loretta C. Biggs
United States District Judge