# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, et al., <br><br> Defendants. | Case No. 1:14-cv-954-LCB-JLW |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WILLIAM S. CONSOVOY

The undersigned counsel for Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby gives notice that attorney William S. Consovoy passed away on January 9, 2023, and therefore should be terminated as an attorney in this action.

Dated: January 26, 2023

Respectfully submitted,

/s/ *Thomas R. McCarthy*
Thomas R. McCarthy
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com

1

## CERTIFICATE OF SERVICE

I certify that this document was filed via the CM/ECF system, which will notify all counsel of record.

*/s/ Thomas R. McCarthy*
Thomas R. McCarthy
*Counsel for Plaintiff*
