IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-954

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF NORTH CAROLINA, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | ORDER GRANTING MOTION <br> TO WITHDRAW AS COUNSEL |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>**

It has been made to appear to the Court that Patrick Fitzgerald, for good cause shown, should be allowed to withdraw as counsel for Defendants.

IT IS HEREBY ORDERED that Patrick Fitzgerald is withdrawn as counsel for Defendants and is discharged from any further duties or responsibilities herein.

SO ORDERED this the ____ day of March, 2023.

_____