IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>UNIVERSITY OF NORTH CAROLINA, et al.,<br>　　　　Defendants. | Civil Action No. 1:14-cv-954-LCB-JLW |

**PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF FILING DEADLINE**

Plaintiff Students for Fair Admissions, Inc. ("SFFA") respectfully moves that the Court extend the deadline for its motion for statutory attorneys' fees. In support of this motion, SFFA states as follows:

1. On November 4, 2021, the Court entered a judgment in this proceeding in favor of Defendants.

2. On December 30, 2021, the Court entered an Order tolling "the deadline for any motion for attorneys' fees" in this action "until 60 days after the final conclusion of all appellate proceedings." Dkt. 263.

3. On June 29, 2023, the Supreme Court of the United States issued a judgment reversing the judgment of this Court.

4. On July 31, 2023, the Supreme Court of the United States transmitted a certified copy of its judgment to the Court of Appeals for the Fourth Circuit. Dkt. 269.

5. The Fourth Circuit issued its mandate on August 1, 2023. Dkt. 271.

6. As prevailing party, Plaintiff SFFA is entitled to recover its reasonable attorneys' fees. 42 U.S.C. § 1988(b).

7. Because the parties have not litigated and the Court has not ruled on potential remedies, Plaintiff's position is that there may still be a need for further proceedings in this Court.

8. The parties, however, are working together in good faith in the hopes of resolving this action in its entirety, without further litigation.

9. Affording the parties sufficient time to try to resolve this action without further litigation would promote judicial economy and conserve court and party resources.

10. Good cause thus exists for the Court extend the deadline for any motion for attorney's fees.

11. Plaintiff respectfully requests that the Court extend the deadline for any motion for attorney's fees to October 16, 2023.

12. Counsel for SFFA has consulted with counsel for Defendants and Intervenors about this motion. Defendants reserve their right to contest Plaintiff's claim of entitlement to fees and otherwise oppose a fee petition and/or further proceedings. However, Defendants and Intervenors do not oppose the requested extension of time.

For the foregoing reasons, the Court should grant the motion and extend the briefing deadline until October 16, 2023.

Dated: August 25, 2023                                  Respectfully submitted,

| | |
|---|---|
| | */s/ Thomas R. McCarthy* |
| Alan M. Ruley | Thomas R. McCarthy |
| N.C. State Bar No. 16407 | J. Michael Connolly |
| BELL, DAVIS & PITT, P.A. | Cameron T. Norris |
| P.O. Box 21029 | Bryan Weir |
| Winston Salem, NC 27120-1029 | James F. Hasson |
| (336) 714-4147 | CONSOVOY MCCARTHY PLLC |
| aruley@belldavispitt.com | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | tom@consovoymccarthy.com |

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

On August 25, 2023, I electronically filed the foregoing motion, will notify all counsel of record.

                                                        */s/ Thomas R. McCarthy*