IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 1:14CV954 |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Filing Deadline. (ECF No. 272.)

Based on the representation to the Court and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED** and the briefing deadline for any motion for attorney's fees are **extended until October 16, 2023**.

This, the 30th day of August 2023.

/s/ Loretta C. Biggs
United States District Judge