IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA et al., <br><br> Defendants. | 1:14CV954 |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Filing Deadline. (ECF No. 274.)

Based on the representations to the Court and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED** and the briefing deadline for any motion for attorney's fees are **extended until November 30, 2023**.

This, the 18th day of October 2023.

/s/ Loretta C. Biggs
United States District Judge