**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA, *et al.,* <br><br> Defendants. | 1:14CV954 |

## JUDGMENT

This matter is before the Court on the Joint Motion for Entry of Judgment. (ECF No. 276.)

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is hereby entered in favor of Plaintiff Students for Fair Admissions, as follows:

UNC-Chapel Hill's consideration of race as a factor in undergraduate admissions shall be governed by the majority decision of the United States Supreme Court in this case.

This, the 1st day of December 2023.

/s/ Loretta C. Biggs
United States District Judge